# Exhibit 14

WHO/PCS/06.1

# Pesticide residues in food - 2004

**Joint FAO/WHO Meeting on Pesticide Residues**

# EVALUATIONS
# 2004

## Part II—Toxicological

## IPCS

**International Programme on Chemical Safety**





**WORLD HEALTH ORGANIZATION**

MONGLY02402328

# Pesticide residues in food—2004

## Toxicological evaluations

**Sponsored jointly by FAO and WHO
With the support of the International Programme
on Chemical Safety (IPCS)**

**Joint Meeting of the
FAO Panel of Experts on Pesticide Residues
in Food and the Environment
and the
WHO Core Assessment Group**

**Rome, Italy, 20–29 September 2004**



The summaries and evaluations contained in this book are, in most cases, based
on unpublished proprietary data submitted for the purpose of the JMPR assess-
ment. A registration authority should not grant a registration on the basis of an
evaluation unless it has first received authorization for such use from the owner
who submitted the data for JMPR review or has received the data on which the
summaries are based, either from the owner of the data or from a second party
that has obtained permission from the owner of the data for this purpose.

MONGLY02402329

WHO Library Cataloguing-in-Publication Data

Joint Meeting of the FAO Panel of Experts on Pesticides Residues in Food and the Environment and the WHO Core Assessment Group (2004 : Rome, Italy) Pesticide residues in food : 2004 : toxicological evaluations : part II / Joint Meeting of the FAO Panel of Experts on Pesticides Residues in Food and the Environment and the WHO Core Assessment Group, Rome, Italy 20–29 September 2004.

1.Pesticide residues—toxicity.   2.Food contamination.   3.No-observed-adverse-effect level.   I.FAO Panel of Experts on Pesticide Residues in Food and the Environment.   II.WHO Core Assessment Group on Pesticide Residues.   III.Title.   IV.Pesticide residues in food : evaluations : 2004 : part II—toxicological.

   ISBN 92 4 166520 3                                    (NLM classification: WA 240)
   ISBN 978 92 4 166520 9

This report contains the collective views of two international groups of experts and does not necessarily represent the decisions nor the stated policy of the Food and Agriculture Organization of the United Nations or the World Health Organization.

The preparatory work for the toxicological evaluations of pesticide residues carried out by the WHO Expert Group on Pesticide Residues for consideration by the FAO/WHO Joint Meeting on Pesticide Residues in Food and the Environment is actively supported by the International Programme on Chemical Safety within the framework of the Inter-Organization Programme for the Sound Management of Chemicals.
The **International Programme on Chemical Safety** (IPCS), established in 1980, is a joint venture of the United Nations Environment Programme (UNEP), the International Labour Organization (ILO), and the World Health Organization (WHO). The overall objectives of the IPCS are to establish the scientific basis for assessing the risk to human health and the environment to exposure from chemicals, through international peer-review processes as a prerequisite for the promotion of chemical safety, and to provide technical assistance in strengthening national capacities for the sound management of chemicals.
**The Inter-Organization Programme for the Sound Management of Chemicals** (IOMC) was established in 1995 by UNEP, the Food and Agriculture Organization of the United Nations, WHO, the United Nations Industrial Development Organization, and the Organisation for Economic Co-operation and Development (Participating Organizations), following recommendations made by the 1992 United Nations Conference on the Environment and Development to strengthen cooperation and increase coordination in the field of chemical safety. The purpose of the IOMC is to promote coordination of the policies and activities pursued by the Participating Organizations, jointly or separately, to achieve the sound management of chemicals in relation to human health and the environment.

### © World Health Organization 2006

All rights reserved. Publications of the World Health Organization can be obtained from WHO Press, World Health Organization, 20 Avenue Appia, 1211 Geneva 27, Switzerland (tel: +41 22 791 3264; fax: +41 22 791 4857; email: bookorders@who.int). Requests for permission to reproduce or translate WHO publications—whether for sale or for noncommercial distribution—should be addressed to WHO Press, at the above address (fax: +41 22 791 4806; email: permissions@who.int).

The designations employed and the presentation of the material in this publication do not imply the expression of any opinion whatsoever on the part of the World Health Organization concerning the legal status of any country, territory, city or area or of its authorities, or concerning the delimitation of its frontiers or boundaries. Dotted lines on maps represent approximate border lines for which there may not yet be full agreement.

The mention of specific companies or of certain manufacturers' products does not imply that they are endorsed or recommended by the World Health Organization in preference to others of a similar nature that are not mentioned. Errors and omissions excepted, the names of proprietary products are distinguished by initial capital letters.

All reasonable precautions have been taken by WHO to verify the information contained in this publication. However, the published material is being distributed without warranty of any kind, either express or implied. The responsibility for the interpretation and use of the material lies with the reader. In no event shall the World Health Organization be liable for damages arising from its use.

Typeset in Hong Kong
Printed in Malta

MONGLY02402330

# TABLE OF CONTENTS

Page

List of participants ............................................................................................................ v
Abbreviations .................................................................................................................... vii

Introduction ....................................................................................................................... ix

Toxicological evaluations ................................................................................................. 1

  Bentazone ...................................................................................................................... 3
  Captan ............................................................................................................................ 13
  Dimethipin ..................................................................................................................... 23
  Fenpropimorph .............................................................................................................. 27
  Fenpyroximate .............................................................................................................. 35
  Fludioxonil* .................................................................................................................. 47
  Folpet ............................................................................................................................ 85
  Glyphosate** ................................................................................................................ 95
  Phorate** ...................................................................................................................... 171
  Pirimicarb** ................................................................................................................. 207
  Propiconazole** ........................................................................................................... 281
  Triademefon and triademenol** .................................................................................. 325
  Trifloxystrobin* ........................................................................................................... 387

Annex 1.  Reports and other documents resulting from previous Joint Meetings
          of the FAO Panel of Experts on Pesticide Residues in Food and the
          Environment and the WHO Expert Groups on Pesticide Residues ............... 451

_____
* First full evaluation
** Evaluated within the periodic review programme of the Codex Committee on Pesticide Residues

MONGLY02402331

**2004 Joint Meeting of the FAO Panel of Experts on
Pesticide Residues in Food and the Environment
and the WHO Core Assessment Group**

**Rome, 20–29 September 2004**

**PARTICIPANTS**

*Toxicological Core Assessment Group*

Professor Alan R. Boobis, Experimental Medicine & Toxicology, Division of Medicine, Faculty of Medicine, Imperial College London, London, England (*WHO Chairman*)

Dr Les Davies, Science Strategy and Policy, Office of Chemical Safety, Australian Government Department of Health and Ageing, Woden, ACT, Australia

Dr Vicki L. Dellarco, United States Environmental Protection Agency, Office of Pesticide Programs, Health Effects Division, Washington, DC, USA (*WHO Rapporteur*)

Dr Helen Hakansson, Institute of Environmental Medicine, Karolinska Institutet, Unit of Environmental Health Risk Assessment, Stockholm, Sweden

Dr Angelo Moretto, Dipartimento Medicina Ambientale e Sanità Pubblica, Università di Padova, Padova, Italy

Dr Roland Solecki, Pesticides and Biocides Division, Federal Institute for Risk Assessment, Berlin, Germany

Dr Maria Tasheva, Laboratory of Toxicology, National Center of Hygiene, Medical Ecology and Nutrition, Sofia, Bulgaria

*FAO Panel of Experts on Pesticide Residues in Food and the Environment*

Dr Ursula Banasiak, Federal Institute for Risk Assessment, Berlin, Germany

Dr Eloisa Dutra Caldas, University of Brasilia, College of Health Sciences, Pharmaceutical Sciences Department, Brasília/DF, Brazil

Dr Stephen Funk, Health Effects Division, United States Environmental Protection Agency, Washington, DC, USA (*Chairman*)

Mr Denis J. Hamilton, Biosecurity, Department of Primary Industries and Fisheries, Brisbane, Australia (*Rapporteur*)

Dr Bernadette C. Ossendorp, Centre for Substances and Integrated Risk Assessment (SIR), National Institute of Public Health and the Environment (RIVM), Bilthoven, Netherlands

Dr Yukiko Yamada, Research Planning and Coordination Division, National Food Research Institute, Tsukuba, Japan

*Secretariat*

Dr Arpàd Ambrus, Central Service for Plant Protection and Soil Conservation, Plant and Soil Protection Directorate, Budapest, Hungary (*FAO Consultant*)

Dr Andrew Bartholomaeus, Therapeutic Goods Administration, Commonwealth Department of Health and Ageing, Woden, ACT, Australia (*WHO Temporary Adviser*)

Dr Lourdes Costarrica, Food and Nutrition Division, Food and Agriculture Organization of the United Nations, Rome, Italy (*FAO Staff Member*)

Mr Bernard Declercq, Epinay sur Orge, France (*FAO Consultant*)

Dr Ghazi Dannan, Office of Pesticide Programs, United States Environmental Protection Agency, Washington, DC, USA (*WHO Temporary Adviser*)

Dr Ian C. Dewhurst, Pesticides Safety Directorate, Mallard House, King's Pool, 3 Peasholme Green, York YO1 7PX, England (*WHO Temporary Adviser*)

Dr Salwa Dogheim, Central Laboratory of Residue Analysis of Pesticides and Heavy Metals in Food, Agriculture Research Center, Ministry of Agriculture, Heliopolis, Cairo, Egypt (*FAO Consultant*)

Professor P.K. Gupta, Toxicology Consulting Services Inc., Bareilly, UP, India (*WHO Temporary Adviser*)

Dr Yibing He, Pesticide Residue Division, Institute for the Control of Agrochemicals, Ministry of Agriculture, Cheoyang District, Beijing, China (*FAO Consultant*)

Dr H. Jeuring, Chairman, Codex Committee on Pesticide Residues, Senior Public Health Officer, Food and Consumer Product Safety Authority, The Hague, Netherlands (*WHO Temporary Adviser*)

Mr David Lunn, Programme Manager (Residues-Plants), Dairy and Plant Products Group, New Zealand Food Safety Authority, Wellington, New Zealand (*FAO Consultant*)

Mr Antony F. Machin, London, England (*FAO Editor*)

Dr Dugald MacLachlan, Australian Quarantine and Inspection Service, Australian Department of Agriculture, Fisheries and Forestry, Kingston, ACT, Australia (*FAO Consultant*)

Dr Timothy C. Marrs, Food Standards Agency, Aviation House, London, England (*WHO Temporary Adviser*)

Dr Jeronimas Maskeliunas, Joint FAO/WHO Food Standards Programme, Food and Nutrition Division, Food and Agriculture Organization of the United Nations, Rome, Italy (*FAO Staff Member*)

Dr Heidi Mattock, Illkirch-Graffenstaden, France (*WHO Editor*)

Dr Douglas B. McGregor, Aberdour, Scotland (*WHO Temporary Adviser*)

Dr Rudolf Pfeil, Pesticides and Biocides Division, Federal Institute for Risk Assessment, Berlin (*WHO Temporary Adviser*)

Mr Tsuyoshi Sakamoto, Agricultural Chemicals Inspection Station, Kodaira, Tokyo, Japan (*FAO Consultant*)

Dr Atsuya Takagi, Division of Toxicology, Biological Safety Research Centre, National Institute of Health Sciences, Setagaya-ku, Tokyo, Japan (*WHO Temporary Adviser*)

Dr Amelia Tejada, Pesticide Management Group, Plant Protection Service, Plant Production and Protection Division, Food and Agriculture Organization of the United Nations, Rome, Italy (*FAO Joint Secretary*)

Dr Angelika Tritscher, International Programme on Chemical Safety, World Health Organization, Geneva, Switzerland (*WHO Joint Secretary*)

Dr Gero Vaagt, Pesticide Management Group, Food and Agriculture Organization of the United Nations, Rome, Italy (*FAO Staff Member*)

Dr Gerrit Wolterink, Centre for Substances & Risk Assessment, National Institute for Public Health and the Environment (RIVM), Bilthoven, Netherlands (*WHO Temporary Adviser*)

Dr Jürg Zarn, Swiss Federal Office of Public Health, Food Toxicology Section, Zurich, Switzerland (*WHO Temporary Adviser*)

MONGLY02402334

## Abbreviations used

| | |
|---|---|
| ADI | acceptable daily intake |
| ARfD | acute reference dose |
| AUC | area under the curve of concentration–time |
| bw | body weight |
| DMSO | dimethylsulfoxide |
| ECG | electrocardiogram |
| $F_0$ | parental generation |
| $F_1$ | first filial generation |
| $F_2$ | second filial generation |
| FIFRA | Federal Insecticide, Fungicide, and Rodenticide Act |
| FOB | functional observational battery |
| GLP | good laboratory practice |
| HDW | haemoglobin concentration distribution width |
| HPLC | high-performance liquid chromatography |
| IPCS | International Programme on Chemical Safety |
| ISO | International Organization for Standardization |
| IUPAC | International Union of Pure and Applied Chemistry |
| $LC_{50}$ | median lethal concentration |
| $LD_{50}$ | median lethal dose |
| LOAEL | lowest-observed-adverse-effect level |
| MS | mass spectrometry |
| MCV | mean cell volume |
| MCH | mean corpuscular haemoglobin |
| MCHC | mean corpuscular haemoglobin concentration |
| MRL | maximum residue level |
| NOAEC | no-observed-adverse-effect concentration |
| NOAEL | no-observed-adverse-effect level |
| NMR | nuclear magnetic resonance |
| OECD | Organisation for Economic Co-operation and Development |
| ppm | parts per million |
| TLC | thin-layer chromatography |
| TMDI | theoretical maximum daily intake |
| QA | quality assurance |
| WHO | World Health Organization |
| w/v | weight for volume |
| w/w | weight for weight |

MONGLY02402335

MONGLY02402336

# Introduction

The toxicological monographs and monograph addenda contained in this volume were prepared by a WHO Core Assessment Group that met with the FAO Panel of Experts on Pesticide Residues in Food and the Environment in a Joint Meeting on Pesticide Residues (JMPR) in Rome, Italy, on 20–29 September 2004.

Two of the compounds evaluated by the Core Assessment Group at the Meeting, fludioxinil and trifloxystrobin, were evaluated for the first time. The other 11 substances had been evaluated at previous meetings. For six of these, only information received since the previous evaluations is summarized in "monograph addenda". Of these, bentazone, captan, dimethipin, folpet, fenpropimorph and fenpyroximate were evaluated for establishment of an acute reference dose. The appropriate earlier documents on the six compounds should be consulted in order to obtain full toxicological profiles. Toxicological monographs were prepared on glyphosate, phorate, pirimicarb, propiconazole, triademefon/triademenol, summarizing new data and, where relevant, incorporating information from previous monographs and addenda. Reports and other documents resulting from previous Joint Meetings on Pesticide Residues are listed in Annex 1.

The report of the Joint Meeting has been published by the FAO as *FAO Plant Production and Protection Paper* 178. That report contains comments on the compounds considered, acceptable daily intakes established by the WHO Core Assessment Group, and maximum residue limits established by the FAO Panel of Experts. Monographs on residues prepared by the FAO Panel of Experts are published as a companion volume, as *Evaluations 2004, Part I, Residues*, in the FAO Plant Production and Protection Paper series.

The toxicological monographs and addenda contained in this volume are based on working papers that were prepared by temporary advisers before the 2004 Joint Meeting. A special acknowledgement is made to those advisers.

The preparation and editing of this volume was made possible by the technical and financial contributions of the lead institutions of the International Programme on Chemical Safety (IPCS), which supports the activities of the JMPR. The designations employed and the presentation of the material in this publication do not imply the expression of any opinion whatsoever on the part of the Central Unit of the IPCS concerning the legal status of any country, territory, city or area or of its authorities, nor concerning the delimitation of its frontiers or boundaries. The mention of specific companies or of certain manufacturers' products does not imply that they are endorsed or recommended by the IPCS in preference to others of a similar nature that are not mentioned.

Any comments or new information on the biological properties or toxicity of the compounds included in this volume should be addressed to: Joint WHO Secretary of the Joint FAO/WHO Meeting on Pesticide Residues, International Programme on Chemical Safety, World Health Organization, 20 Avenue Appia, 1211 Geneva, Switzerland.

MONGLY02402337

MONGLY02402338

# TOXICOLOGICAL MONOGRAPHS AND

# MONOGRAPH ADDENDA

MONGLY02402339

3

## BENTAZONE (addendum)

*First draft prepared by*
*T.C. Marrs*
*Food Standards Agency, London, England*

| | |
|---|---|
| Explanation | 3 |
| Evaluation for acute reference dose | 3 |
| Toxicological studies | 3 |
| Short-term studies of toxicity | 3 |
| Developmental toxicity | 6 |
| Observations in humans | 9 |
| Comments | 9 |
| Toxicological evaluation | 10 |
| References | 11 |

## Explanation

Bentazone was first evaluated by the Joint Meeting in 1991 (Annex 1, reference 62), when an acceptable daily intake (ADI) of 0–0.1 mg/kg bw was established. This was on the basis of the no-observed-adverse-effect level (NOAEL) of 9 mg/kg bw per day in a long-term study in rats and a safety factor of 100. Further data were made available to the Meeting in 1998, including observations in humans and a 90-day study in rats fed with 6-hydroxybentazone, the metabolite of bentazone. Data on the genotoxicity of 6-hydroxybentazone were also supplied. The Meeting concluded that 6-hydroxybentazone was less toxic than bentazone and the ADI of 0–0.1 mg/kg bw was maintained. Data were not evaluated to establish an acute reference dose (ARfD). The present Meeting re-evaluated some of the previously evaluated data to establish an ARfD, and two cases of acute human poisoning were described.

## Evaluation for acute reference dose

### 1. Toxicological studies

### 1.1 Short-term studies of toxicity

#### Mice

In a briefly-reported 30-day study of toxicity, groups of six male and six female B6C3F$_1$/CRJ mice were given diets containing bentazone (purity, 93.9%) at a concentration of 400, 2000, 5000 or 10 000 ppm, equal to 90, 407, 905 and 1469 mg/kg bw per day for males and 100, 487, 1004 and 1663 mg/kg bw per day for females. The mice were observed daily and weighed twice per week. Food and water consumption were measured twice per week. After 30 days, the animals were killed, subjected to necropsy and selected organs were weighed and processed for histopathology. Blood was taken from some mice (three out of six controls of each sex, three out of six male mice at 2000 ppm and two out of six female mice at 2000 and 5000 ppm) for measurement of clinical pathology parameters. At 10 000 ppm, all mice died within 30 days, while at 5000 ppm, six males and four females died. At 5000 and 10 000 ppm, the mice showed depression, skin pallor and low skin

4

temperature. At 5000 and 10 000 ppm, decreases in body-weight gain, food consumption, and water consumption were seen in both sexes. At autopsy of the decedents, which were all mice that had been fed bentazone at 5000 or 10 000 ppm, haemorrhages were seen in subcutaneous tissue, the pia, the lungs, the thoracic, pericardial and abdominal cavities, the thymus, the orbits, and skeletal muscles. Prothrombin time and partial thromboplastin time were prolonged at 2000 ppm in both sexes and at 5000 ppm in females. On histopathologi-cal examination of animals receiving bentazone at 5000 ppm and 10 000 ppm, there was haemosiderosis and extramedullary haematopoiesis in the spleen, haemorrhage and haemosiderosis in cardiac muscle, and haemorrhages in the cerebral cortex and pia. The NOAEL for the study was 400 ppm (equal to 90 and 100 mg/kg bw per day in males and females respectively) on the basis of prolonged prothrombin and partial thromboplastin times at 2000 ppm (Anonymous, 1981).

### Rats

In a 13-week study of oral toxicity, groups of 10 male and 10 female Wistar KFM-Han rats were given diets containing bentazone (purity, 97.8%) at a concentration of 0, 400, 1200 or 3600 ppm (Tennekes et al., 1987). These dietary concentrations produced intakes of 0, 25.3, 77.8 and 243 mg/kg bw per day for males and 0, 28.9, 86.1 and 258 mg/kg bw per day for females. For the controls and at the highest dietary concentration, additional groups of 10 rats of each sex received the diets for 13 weeks and were then maintained for 4 weeks, to study the reversibility of any effects observed ("recovery" groups). The rats were observed twice daily, and body weights were recorded before the start of the study and then weekly thereafter, except in the recovery groups, for which body weights were not recorded in week 15. Food consumption was recorded weekly and ophthalmoscopic exam-ination was carried out before the start and at the termination of the study for all groups, including those maintained for 4 weeks. Likewise, samples of blood and urine were taken at the end of the study from animals in all groups. The blood was used for haematological investigations and for measurements of clinical chemistry parameters. At necropsy, the weights of the adrenals, livers, kidneys and testes were determined. Sections of the lung, liver, kidney and testis from animals in all groups were processed for histopathological examination, as were any macroscopically abnormal organs. Sections of other selected organs from animals in the control group and at highest dietary concentration were also prepared and processed for histopathological examination. The same organs were retained and fixed from animals fed diets containing bentazone at the intermediate concentrations with the intention that they should only be processed and examined if toxicity at the highest dietary concentration was seen in the target organs. There were three deaths during the study, all among rats receiving bentazone at the highest dietary concentration. One was a male, and two were females, one of which died during anaesthesia on the day of necropsy. No clinical signs of toxicity were seen. Food consumption was similar in all groups. Body-weight gain was similar in all groups of males. Body-weight gain was lower in females at the highest dietary concentration than in the controls; in the recovery group, during the 4-week recovery period, body-weight gain was similar to that of the controls, but body weight was still below that of the controls at termination. Body-weight gain in animals in the groups receiving diets containing bentazone at the lowest or intermediate concentration was similar to that in the controls. No abnormalities were seen on ophthalmoscopic examination. At the highest dietary concentration in males, prolonged thromboplastin and partial thromboplas-tin times were observed. This proved to be reversible in the animals that experienced a 4-week recovery period. An increase in the concentration of albumin and in the albumin: globulin ratio at dietary concentrations of 1200 and 3600 ppm was found in males after 13

weeks; this was not found at 17 weeks, i.e. after the recovery period. Changes in the concentration of albumin and in the albumin: globulin ratio were not seen in females. An increase in cholesterol was observed in females receiving bentazone at a dietary concentration of 3600 ppm. An increase in urine output and a decrease in specific gravity were seen in both sexes at the highest dietary concentration. An increase in absolute and relative kidney weight was found in males at the highest dietary concentration, while an increase in kidney weight, relative but not absolute, was found in females at highest dietary concentration. No treatment-related macroscopic or microscopic abnormality was seen at necropsy. The NOAEL was 400 ppm (equal to 25.3 and 28.9 mg/kg bw per day for males and females respectively) on the basis of clinical chemistry changes at the next highest dietary concentration (Tennekes et al., 1987).

### Dogs

In a 13-week study of toxicity, groups of three male and three female beagles were given diets containing bentazone (technical grade; purity unstated) at a concentration of 0, 100, 300, 1000 or 3000 ppm (corresponding to intakes of 4.0, 12.0, 39.6 and 114 mg/kg bw per day). The animals were observed daily. Body weight was measured once per week, water and food consumption were measured daily. Blood was taken for measurement of haematological and clinical chemistry parameters before the start of the study and at weeks 6 and 13. Urine analysis was also undertaken. In addition to the usual clinical chemistry studies, a bromsulfthalein retention test was carried out before the start of treatment and at weeks 6 and 13. Electrocardiography was also carried out before the start of treatment and at weeks 6 and 13. Immediately before termination, hearing was tested, and ophthalmoscopic examination was undertaken. After termination, selected organs were weighed and processed for histopathological examination. Three animals at the highest dietary concentration died in a coma (one male, two females) during or after week 11. Significant clinical effects were not seen early in the study, although vomiting was later observed at 3000 ppm in all three males. Sedation, attacks of hyperactivity, ataxia, prostration and tremor were also observed at 3000 ppm. Diarrhoea, sometimes bloody, was observed during the second half of the study. One male at 1000 ppm showed sedation and this dog developed an ulcer later in the study. At 3000 ppm, but not at lower doses, body-weight loss and reduced food consumption were reported. Bilateral haemorrhagic conjunctivitis was observed in all animals at 3000 ppm. Concentration of haemoglobin, erythrocyte count, and erythrocyte volume fraction were decreased and the prothrombin time and bleeding time were prolonged at this, but not at lower dietary concentrations. The reticulocyte count was elevated and the platelet count was reduced at the highest dietary concentration. The erythrocyte sedimentation rate was increased. Clinical chemistry changes were seen only at the highest dietary concentration; there was an increase in activity of the alanine and aspartate aminotransferases and alkaline phosphatase. The blood concentration of urea nitrogen was increased, as was that of total bilirubin, while the concentration of total protein was decreased, electrophoresis showing a decrease in the albumin fraction, an increase in $\alpha_1$ globulin and a decrease in gamma globulin. The result of the bromsulfthalein test (% at 15 min) was raised.

At the lower doses, necropsy showed the animals to be macroscopically normal, while at the highest dose, cachexia was seen, accompanied by conjunctivitis and stomatitis and all animals had pale livers and most had pale kidneys. At the highest dose, substantially increased relative weights were recorded for livers, kidneys and adrenals, and marginally increased relative weights for spleens, lungs, thymuses, thyroids and brains (the relative weights for the survivors of both sexes were added together and compared with those for

6

the controls for the two sexes). No test material-related changes were found in any organ at histopathological examination at the lower dietary concentrations. At the highest dose, however, there was congestion and necrosis in the liver, together with fatty change, evidence of extramedullary haematopoiesis in the spleen, fatty change in the myocardium and cloudy swelling of the renal tubular cells. The NOAEL was 300 ppm, equal to 12.0 mg/kg bw per day, on the basis of sedation and ulceration and alopecia in the leg of one dog at 1000 ppm (Leuschner et al., 1970).

In a 1-year study in beagle dogs, four groups of six males and six females were given diets containing bentazone (purity, 97.8%) at a concentration of 0, 100, 400 or 1600 ppm (equal to 0, 3.2, 13.1 and 52.3 mg/kg bw per day) for 52 weeks. Animals were observed twice per day for any mortality and once per day for clinical signs. Food consumption was recorded daily and body weight was recorded weekly. Hearing tests were performed before the start of the study and after 52 weeks of treatment. Ophthalmoscopy was carried out before the start of the study, and at 13, 26 and 52 weeks after the start of treatment. The faeces of all the beagles in the control group and at the highest dietary concentration were examined for occult blood at week 14 of treatment. Samples of blood and urine were taken before the start of the study and at 13, 26 and 52 weeks after the start of treatment. Additional blood samples were taken from one dog (a male at the highest dietary concentration) at 7 and 8 weeks after the start of treatment. The blood samples were used for measurement of haematological and clinical chemistry parameters. The animals were killed after 52 weeks of treatment and selected organs were weighed. Selected organs were taken and processed for histopathological examination. No animals died during the study. Clinical signs (appearance of emaciation and dehydration in one male dog and hyperaemia and alopecia in another) were seen at the highest dietary concentration. Diarrhoea, on some occasions bloody, was seen in another male and in a female; in the latter case this was associated with a marked reduction in food consumption, gastroenteritis was diagnosed and the dog was treated with an antibiotic. Weight loss early during the exposure period was seen in two males and two females, all receiving bentazone at 1600 ppm; in all except one case, recovery occurred. Hearing tests and ophthalmoscopy did not reveal any clinical effects of the treatment. Faecal occult blood was not seen in the controls or dogs at the highest dose at week 14. No intergroup differences in mean haematological variables were seen. However, anaemia was seen in the male with diarrhoea (there was recovery after a short treatment-free period on days 44–49 inclusive). Anaemia was also seen in one female receiving bentazone at 1600 ppm. No findings of toxicological significance were seen on the results of clinical chemistry or urine analysis. There was no evidence of any test material-related effect on organ weights, and no histopathological change that could be ascribed to bentazone. The NOAEL for the study was 400 ppm, equal to 13.1 mg/kg bw per day, on the basis of clinical signs, weight loss and anaemia at the highest dietary concentration (Allen et al., 1989).

### 1.2   Developmental toxicity

#### Rats

In a study of developmental toxicity, groups of 26–29 impregnated Sprague-Dawley rats were given bentazone (purity, 92.5%) at a dose of 22.2, 66.7 or 200 mg/kg bw per day orally by gavage from day 6 to day 15 post coitum. Control groups received vehicle only or were untreated. The animals were observed daily. Body weight was determined three times per week, on day zero of pregnancy and also on days 6, 11, 15 and 20 post coitum. On day 20 post coitum, the rats were killed and the fetuses were delivered by caesarian section. Dams were examined macroscopically and the uteri were removed. The conception

MONGI Y02402344

7

rate and the number of corpora lutea and implantations were determined. The number of viable fetuses and their sex, weight and length were established. Dead implantations (early resorptions, intermediate resorptions, late resorptions and dead fetuses) were counted. The placentas were weighed. Two thirds of the fetuses were used for skeletal examination after staining with alizarin red. The remainder were processed for brain and visceral examination. Mortality was not observed. No clinical effects were seen in the dams, and the test material did not affect maternal body-weight gain. At autopsy, no macroscopic abnormality of the dams was observed. The conception rates, and numbers of dead implantations and viable fetuses were not affected by the treatment. Body weight and length of the fetuses was unaffected and there were no intergroup differences in numbers of anomalies observed. Placental weight was decreased in comparison to that of the untreated controls at the two higher doses: as no difference was observed in comparison with the vehicle controls, this finding is of dubious clinical significance. The NOAEL for both maternal and fetal toxicity was 200 mg/kg bw per day, the highest dose tested (Hofmann & Merkle, 1978a).

In a study of developmental toxicity, groups of 23 impregnated CD(SD) rats were given diets containing bentazone (purity, 93.9%) at a concentration of 0, 2000, 4000 or 8000 ppm (equal to 0, 162, 324 and 631 mg/kg bw per day) throughout pregnancy (days 0–21 of gestation). The rats were observed twice per day throughout the study. Body weights and food consumption were measured daily. On day 21 of gestation, the rats were killed and the main organs were examined grossly. The numbers of implantations, corpora lutea, and fetuses were counted and the placentas and placental membranes were observed. Embryonic and fetal mortalities were recorded. The uteri were weighed. Viable fetuses were weighed, sexed and external abnormalities were sought. Half the fetuses were fixed and stained with alizarin red for skeletal examination, while the other half were used for examination of the brain and viscera. Maternal mortality was not observed. No abnormal clinical signs were seen at 2000 and 4000 ppm, while, haematuria, nasal haemorrhage, skin pallor and piloerection were seen at 8000 ppm during late pregnancy. Weight gain and food consumption were both decreased at 8000 ppm. Increased water consumption was seen at 4000 and 8000 ppm. Emaciation and intrauterine haemorrhage were seen at 8000 ppm in one rat. Numbers of corpora lutea, implantation rates, and embryo-fetal mortality were similar in all groups. The numbers of viable fetuses were similar in all groups. The weight of amniotic fluid was increased at 4000 and 8000 ppm. At 8000 ppm, fetal weights were decreased and petechiae were found in the liver. The number of ossified cervical vertebrae was significantly lower in the group receiving bentazone at 8000 ppm. The NOAEL for maternal toxicity was 4000 ppm (equal to 324 mg/kg bw per day) on the basis of decreases in water consumption, food consumption and body weight at 8000 ppm. The NOAEL for fetal toxicity was 4000 ppm (equal to 324 mg/kg bw per day) on the basis of decreased fetal weights, decreased ossification of cervical vertebrae and fetal liver petechiae at 8000 ppm. Bentazone was not teratogenic (Itabashi et al., 1982).

In a study of developmental toxicity, groups of 25 female impregnated Wistar/HAN rats were given bentazone (purity, 97.8%) at a dose of 0, 40, 100 or 250 mg/kg bw per day by gavage from day 6 to day 15 post coitum; an additional group received vehicle only. During the study, the rats were observed twice per day. Body weights were recorded daily and food consumption was recorded on days 6, 11, 16, and 21 post coitum. At day 21 post coitum, the rats were killed, the fetuses were removed by caesarian section and the uteri were weighed. Half the fetuses from each litter were fixed and processed for examination of viscera and brains. The other half were fixed and stained with alizarin red for examination of the skeletons. No deaths were recorded. No abnormal clinical signs were seen in the

MONGLY02402345

dams. No intergroup differences in the body-weight gain of the dams were seen except at 100 mg/kg bw per day, and this was attributed to a higher number of offspring per dam in this group. There was a small reduction in food consumption at the highest dose between days 6 and 11 post coitum. There was an increase in postimplantation loss at the highest dose (22% of implantation versus 7.4% in the controls) and a correspondingly reduced number of live fetuses. Externally the fetuses appeared to be normal. The sex ratio of fetuses was similar in all groups, but the mean body weight of the fetuses in the group receiving the highest dose was reduced. No abnormal findings were seen on visceral examination, but incompletely ossified fetal skeletons were seen at the highest dose on skeletal examination. The NOAEL was 100 mg/kg bw per day for maternal toxicity (decreased food consumption) and fetal toxicity (postimplantation loss, reduced fetal weight and incompletely ossified fetal skeletons). Bentazone was not teratogenic (Becker et al., 1986).

### *Rabbits*

In a study of developmental toxicity, groups of 15 Himalayan rabbits (ChBB:HM) were given bentazone (purity, 92.5%) at a dose of 50, 100 or 150 mg/kg bw per day by gavage on day 6 to day 18 post coitum. Two additional groups served as untreated controls or vehicle controls. The animals were observed daily for clinical signs and for mortality. Body weights and body-weight gains were measured each day and food consumption was estimated daily. At necropsy, the uterus was removed and the animals were examined for gross pathology. The number of corpora lutea, conception rate, the number of implantations (live and dead implantation and early, intermediate and late resorptions) and dead fetuses were determined. The fetuses were removed from the uterus by caesarian section and examined. The weight and length of the fetuses were measured and the placentas were weighed. The heads of the fetuses were fixed and transverse sections were made and examined, while skeletal assessment was undertaken by radiological examination. One dam in the untreated control group aborted. One death was seen in each of the groups receiving bentazone at 100 and 150 mg/kg bw per day (these dams had severe vaginal haemorrhages) and a dam in the group at 100 mg/kg bw per day bore six fetuses prematurely on day 26 after conception. A dam at 100 mg/kg bw per day aborted on day 26 or 27 post coitum. No other adverse clinical signs were noted and there was no test material-related effect on maternal body-weight gain. Food consumption was lower in the dosed groups and in the vehicle control groups than in the group of untreated controls. No test material-related macroscopical abnormalities were seen in the animals that were killed at study termination. No intergroup differences were seen in conception rate and numbers of implantations and corpora lutea. Fetal body weights were increased at 100 and 150 mg/kg bw per day; however, this is not likely to be an adverse effect. Fetal length and placental weight were not affected by treatment. There were no differences between the groups in the frequency of anomalies, variations and retardations obeserved. Accordingly, the NOAEL for maternal and fetal toxicity for bentazone was 150 mg/kg bw per day, the highest dose tested. Bentazone was not teratogenic (Hofmann & Merkle, 1978b).

In a study of developmental toxicity, groups of 16 female impregnated chinchilla (Kfm: CHIN) rabbits were given bentazone at a dose of 0, 75, 150 or 375 mg/kg bw per day (purity, 97.8%) by gavage from days 6 to 18 of gestation. The rabbits were observed twice per day and body weights were recorded daily. Food consumption was recorded on days 6, 11, 15, 19, 24 and 28 post coitum. On day 28 post coitum, the rabbits were killed and the fetuses removed by caesarian section. The internal organs of the dams were examined grossly and the uteri weighed. The fetuses were weighed, examined grossly and sexed. The

9

crania were examined for ossification and organs were examined. The trunks were processed and stained with alizarin red for skeletal examination. At the highest dose, abortion occurred in one dam, and total postimplantation loss was confirmed in this dam at necropsy. This was considered to be a test material-related effect in view of the results of a range-finding study (reference not available), in which postimplantation losses of 70% and 11.1% occurred at 450 mg/kg bw per day and 300 mg/kg bw per day, respectively. In the other groups, all the rabbits were pregnant. No clinical signs attributable to the test material were seen. Differences in body-weight gain between the groups were not seen. There was a reduction in food consumption at 375 mg/kg bw per day. No abnormality was seen at necropsy of the dams. Numbers of corpora lutea, implantations and pre-implantation loss were similar in all groups, as were numbers of dead fetuses and numbers of embryonic and fetal resorptions. Postimplantation loss was increased at 375 mg/kg bw per day; this was attributed to the total postimplantation loss occurring in one dam, which was thought to be test-material-related. The sex ratio of the fetuses did not differ between groups and no abnormal finding was seen on external, visceral or skeletal examination of the fetuses.

The NOAEL for both fetal and maternal toxicity was 150 mg/kg bw per day on the basis of reduction in maternal food consumption and increased postimplantation loss at 375 mg/kg bw per day. Bentazone was not teratogenic (Becker et al. 1987).

## 2.    Observations in humans

### Case reports of poisoning

A woman aged 59 years intentionally ingested 100–200 ml of a commercial preparation of bentazone. She had vomiting and diarrhoea, and was drowsy with muddled speech. After 2 days, she was admitted to hospital where she had a cardiac arrest and died. The precise cause of death could not be ascertained at autopsy, but bentazone, alcohol and desmethyl-citalopram were found in the blood (Müller et al., 2003).

Turcant et al. (2003) reported a fatal suicidal attempt using bentazone. A male farmer ingested 500 ml of a commercial preparation of bentazone. He had diarrhoea and vomiting and polypnoea. During transport to hospital he had breathing difficulty of sudden onset. Rigidity was seen. This was followed by heart failure and the patient died. Plasma and urine concentrations of bentazone were 1500 mg/l and 1000 mg/l, respectively. Various metabolites were also seen in the urine.

### Comments

The oral median lethal dose (LD$_{50}$) for bentazone was 1200–2500 mg/kg bw in rats. In 13-week studies in mice, rats and dogs, interference with blood clotting was a consistently observed effect. There was prolongation of the prothrombin and partial thromboplastin times in mice and rats, and prolongation of the prothrombin and bleeding time in dogs. Additionally, extramedullary haematopoiesis, haemorrhage and haemosiderosis were found in mice at autopsy. Toxicological effects in rats were less dramatic, the NOAEL being identified on the basis of clinical chemistry changes. In dogs, clinical effects, such as hyperactivity, ataxia, prostration and tremor, were seen. At the highest dose in dogs, at histopathological examination of tissues post mortem there was congestion and necrosis in the liver, together with fatty change and, in the spleen, evidence of extramedullary haematopoiesis. Fatty change in the myocardium and cloudy swelling of the renal tubular cells were also

MONGLY02402347

10

observed. The NOAEL for the study in mice was 400 ppm (equal to 90 mg/kg bw per day) on the basis of prolonged prothrombin times and partial thromboplastin times at higher dietary concentrations. The NOAEL for the study in rats was 400 ppm (equal to 25.3 mg/kg bw per day) on the basis of clinical chemistry changes observed at the next highest dietary concentration. In the study in dogs, the NOAEL was 300 ppm (equal to 12.0 mg/kg bw per day) on the basis of clinical effects observed at higher dietary concentrations. Three deaths were observed at the highest dose in weeks 11 and 12 of the study. In a 1-year study in dogs, clinical signs (emaciation, dehydration, hyperaemia, alopecia and diarrhoea, which was occasionally bloody) were seen at the highest dietary concentration. The NOAEL for the study was 400 ppm (equal to 13.1 mg/kg bw per day) on the basis of clinical signs, weight loss and anaemia at the highest dietary concentration. It was not considered appropriate to set an ARfD on the clinical signs, reduced body weight or haematological changes occurring in dogs, since significant clinical effects were not seen early in these two studies.

Three studies of developmental toxicity in rats treated by gavage (two studies) or by dietary administration (one study) were evaluated by the Meeting. In the earlier study of rats treated by gavage, neither maternal nor fetal toxicity was seen at any dose; the NOAEL for both maternal and fetal toxicity was thus 200 mg/kg bw per day, the highest dose tested. In the later study in rats treated by gavage, in which higher doses were administered, the NOAEL was 100 mg/kg bw per day on the basis of maternal toxicity (decreased food consumption) and fetal toxicity (postimplantation loss, reduced fetal weight and incompletely ossified fetal skeletons). In the study of developmental toxicity in rats given diets containing bentazone, the NOAEL for maternal toxicity was 4000 ppm (equal to 324 mg/kg per day) on the basis of decreased weight gain and food consumption at 8000 ppm. The NOAEL for fetal toxicity was also 4000 ppm (equal to 324 mg/kg bw per day) on the basis of decreased fetal weights and fetal liver petechiae at 8000 ppm. Bentazone was not found to be teratogenic in any of the studies of developmental toxicity in rats. The Meeting assessed two studies of developmental toxicity in rabbits. In one study, the NOAEL for maternal and fetal toxicity was 150 mg/kg bw per day, the highest dose tested; neither maternal nor fetal toxicity was observed at any dose. In the second study, in which bentazone was administered at higher doses than in the earlier study, the NOAEL for maternal toxicity was 150 mg/kg bw per day on the basis of reduction in maternal food consumption at 375 mg/kg bw per day. Postimplantation losses were increased at 375 mg/kg bw per day and there was total implantation loss in one dam. Bentazone was not teratogenic in either study of developmental toxicity in rabbits.

Two case reports of fatal self-poisoning in humans were characterized by vomiting, diarrhoea, drowsiness and death from cardiac arrest.

## Toxicological evaluation

The Meeting concluded that the establishment of an ARfD was unnecessary.

*Estimate of acute reference dose*

Unnecessary

*Studies that would provide information useful for continued evaluation of the compound*

Further observations in humans

*Levels relevant to risk assessment*

| Species | Study | Effect | NOAEL | LOAEL |
|---------|-------|--------|-------|-------|
| Rat | 13-week study of toxicity[a] | Toxicity | 400 ppm, equal to 25.3 mg/kg bw per day | 1200 ppm, equal to 77.8 mg/kg bw per day |
| | Two-generation study of reproductive toxicity[a,b] | Parental toxicity | 800 ppm, equal to 62 mg/kg bw per day | 3200 ppm, approximately equal to 250 mg/kg bw per day |
| | | Reproductive toxicity | 200 ppm, equal to 15 mg/kg bw per day | 800 ppm, equal to 62 mg/kg bw per day |
| | Developmental toxicity[c] | Maternal toxicity | 100 mg/kg bw per day | 250 mg/kg bw per day |
| | | Embryo and feto-toxicity | 100 mg/kg bw per day | 250 mg/kg bw per day |
| Rabbit | Developmental toxicity[c] | Maternal toxicity | 150 mg/kg bw per day | 375 mg/kg bw per day |
| | | Embryo and feto-toxicity | 150 mg/kg bw per day | 375 mg/kg bw per day |
| Dog | 13-week study of toxicity[c,d] | Toxicity | 300 ppm, equal to 12.0 mg/kg bw per day | 1000 ppm, equal to 39.6 mg/kg bw per day |
| Dog | 1-year study of toxicity | Clinical signs | 400 ppm, equal to 13.1 mg/kg bw per day (1600 ppm, equal to 52.3 mg/kg bw per day for ARfD assessment) | 1600 ppm, equal to 52.3 mg/kg bw per day |

[a] Diet
[b] Evaluated previously (Annex 1, reference 62)
[c] Gavage
[d] Effects evident at early time-points

## References

Allen, T.R., Frei, T., Luetkemeier, H., Vogel, O., Terrier, C., Vogel, W. & Wilson, J. (1989) 52-Week oral (feeding) study with bentazone technical (ZST No. 86/48) in the dog. Unpublished report No. 89/0049 from RCC research and consulting company AG and RCC Umweltchemie AG, Itingen, Switzerland and EPS Experimental Pathology Services (UK) Ltd, Hereford, England. Submitted to WHO by BASF. GLP: CFR 48, 230 (1983), MAFF (Japan) 59 NohSan 3850 (1984), Swiss GLP Guidelines (1986), OECD 1981. Guidelines EPA chronic toxicity studies, pesticide assessment guidelines, subdivision F, Hazard evaluation: human and domestic animals, 83-1 (1982), OECD 452, MAFF (Japan) 59 NohSan 4200.

Anonymous (1981) Thirty-day oral toxicity study of bentazone in mice. Unpublished report No. 81/10239 from Nippon Institute for Biological Science, Tokyo, Japan. Submitted to WHO by BASF. GLP status not given in report.

Becker, H., Frei, D., Vogel, W. & Terrier, C. (1986) Embryotoxicity (including teratogenicity) study with bentazon technical in the rat. Unpublished report No. 86/421 from RCC research and consulting company AG. Itingen, Switzerland. Submitted to WHO by BASF. GLP: CFR 48, 230, MAFF (Japan) 59 NohSan 3850, Swiss GLP Guidelines. Guidelines USEPA 83-3 (1982), OECD 414 (1981), MAFF (Japan) 4200 (1985).

Becker, H., Muller, E., Vogel, W. & Terrier, C. (1987) Embryotoxicity (including teratogenicity) study in the rabbit. Unpublished report No. 87/058 from RCC research and consulting company AG, Itingen, Switzerland. Submitted to WHO by BASF. GLP: CFR 48, 230 (1983), MAFF (Japan) 59 NohSan 3850 (1984), Swiss GLP Guidelines (1986). Guidelines USEPA CFR 43 163 83-3 (1982), OECD 414 (1981), MAFF (Japan) 59 NohSan 4200 (1985).

Hofman, H.T. & Merkle, J. (1978a) Investigation to determine the prenatal toxicity of 3-isopropyl-2,1,3-benzothiadiazin-4-one2,2-dioxide on rats. Unpublished report No. 78/039 from BASF Gewerbehygiene und Toxikologie, Ludwigshafen, Germany. Submitted to WHO by BASF. Pre-GLP. Guidelines FDA, 1966; ABPI, 1975.

Hofmann, H.T. & Merkle, J. (1978b) Study to determine the prenatal toxicity of 3-(1-methylethyl)-1H-2,1,3-benzothiadiazin-4(3H)-on-2,2-dioxide in rabbits. Unpublished report No. 84/048 from BASF Toxicology Dept, Ludwigshafen, Germany. Submitted to WHO by BASF. Pre-GLP. Guidelines FDA, 1966; ABPI, 1975.

Itabashi, M., Inoue, T., Takehara, K. & Tajima, M. (1982) Teratogenicity study of bentazon, reg. No. 51 929 (ZNT no 81/273) in rats by dietary administration. Unpublished report No 84/066 from Nippon Institute for Biological Science, Tokyo, Japan. Submitted to WHO by BASF. GLP: FDA 1978. Guideline None mentioned.

Leuschner, F., Leuschner, A., Schwerdtfeger, W. & Otto, H. (1970) 13-Week toxicity of 3-isopropyl-1H-2,1,3-benzothiadiazin-4(3H)-one-2,2-dioxide (hereafter referred to as XIX/410) to beagles when administered in

12

the food. Unpublished report No. 70/009 from Pharmacology and toxicology laboratory, Ludwigshafen, Germany. Submitted to WHO by BASF.

Müller, I.B., Petersen, H.W., Johansen, S.S. & Theilade, P. (2003) Fatal overdose of the herbicide bentazone. *Forensic Sci. Int.*, **135**, 235–236.

Tennekes, H., Horst, K., Leutkemeier, H., Wilson, J., Vogel, W. & Terrier, C. (1987) 13 week oral toxicity (feeding) study with bentazon technical (ZNT No. 86/48). RCC research and consulting company AG and RCC Umweltchemie AG, Itingen, Switzerland. Submitted to WHO by BASF. GLP: USEPA, CFR 48, 230, Swiss GLP Guidelines 1982, OECD 1981. Guidelines EPA Sub-chronic oral toxicity, Hazard evaluation, human and domestic animals, 83-1 (1982), OECD 408 (1981).

Turcant, A., Harry, P., Cailleus, A., Puech, M., Bruhat, C., Vicq, N., le Bouil, A. & Allain, P. (2003) Fatal acute poisoning by bentazone. *J. Anal. Toxicol.*, **27**, 113–117.

MONGLY02402350

13

## CAPTAN (addendum)

*First draft prepared by*
*G. Wolterink and M.T.M. van Raaij*
*Centre For Substances and Integrated Risk Assessment*
*National Institute of Public Health and the Environment, Bilthoven, Netherlands*

| | |
|---|---|
| Explanation | 13 |
| Evaluation for acute reference dose | 13 |
| Biochemical aspects | 13 |
| Absorption, distribution and excretion | 13 |
| Biotransformation | 15 |
| Toxicological studies | 15 |
| Short-term studies of toxicity | 15 |
| Developmental toxicity | 16 |
| Observations in humans | 20 |
| Comments | 20 |
| Toxicological evaluation | 21 |
| References | 22 |

### Explanation

Captan is a fungicide used for the control of fungal diseases in crops. The Meeting evaluated captan in 1963, 1965, 1969, 1973, 1978, 1982, 1984, 1990 and 1995. Toxicological monographs were prepared in 1963, 1965 and 1969, and addenda to the monographs were prepared in 1973, 1977, 1978, 1982, 1984, 1990 and 1995. In 1984, an acceptable daily intake (ADI) of 0–0.1 mg/kg bw was established on the basis of a no-observed-adverse-effect level (NOAEL) of 12.5 mg/kg bw per day in studies of reproductive toxicity in rats and monkeys. The present Meeting considered the requirement for an acute reference dose (ARfD), on the basis of data from the previous evaluations and from new studies.

### Evaluation for acute reference dose

#### 1. Biochemical aspects

#### 1.1 Absorption, distribution and excretion

*Mice*

Two studies were performed to establish to what extent captan and its metabolites are present in the duodenum and other regions of the gastrointestinal tract of mice treated orally with captan. Quality assurance (QA) and good laboratory practice (GLP) statements were provided.

In the first study, groups of male CD1 mice were fed control diet (six mice per group) or diet containing captan at a concentration of 400 or 3000 ppm, equivalent to 60 or 450 mg/kg bw (30 mice per group), for 8 days, the acclimatization period. This was included because high concentrations of captan in the diet have been found to produce a short-term reduction in food intake. The diets containing captan were then replaced by diets containing $[1,2\ {}^{14}C]$cyclohexene-labelled captan, (purity, 99.1%) at the start of the 12 h dark phase.

**CAPTAN 13–22 JMPR 2004**

MONGLY02402351

14

At 6, 12, 18, 24 and 30 h after introduction of the radiolabelled diets, six mice per group were sacrificed, samples of blood and urine (from those animals with full bladders) were taken, and the gastrointestinal tract was removed. All samples were stored until analysis by radiochemistry ($n = 4$) or high-performance liquid chromatography (HPLC) ($n = 2$). Before analysis, the stomach was removed, the duodenum was cut into two 5 cm sections and the remaining gastrointestinal tract up to the caecum was cut into 10 cm sections. The caecum was analysed separately and the remaining sections of colon and rectum to anus were analysed together.

At each time-point, the amount of radiolabel measured in the gastrointestinal tract was low in comparison with the total amount ingested. At 3000 ppm, the recovery from sections including the duodenum to the anus ranged from 12.7% of the ingested dose after 6 h to 2.2% after 30 h. During the dark periods (after 6–12 h and after 24–30 h), radiolabel was mainly found in the stomach and in the caecum. In the daylight period (after 18–24 h), less radiolabel was present in the stomach, suggesting reduced food uptake, while no decline in radiolabel was observed in the caecum (probably owing to the concentration of intestinal material before excretion as faeces). During the 30 h experimental period, the concentration of radiolabelled material in the duodenum (the first 10 cm of the intestine) and the following 30 cm of the intestine remained constant, indicating a steady-state concentration of captan or metabolites during this time. At the lower dose of 400 ppm, the distribution of radiolabel along the gastrointestinal tract was found to be similar to that at 3000 ppm. The amount of material present in the gastrointestinal tract from the duodenum to the caecum was about sevenfold higher in animals in the group receiving the highest dose than in the group receiving the lowest dose, i.e. the amount of material present increased in proportion to the increase in dose (Provan & Eyton-Jones, 1996).

In the second study, the acclimatization and dosing protocols were identical to those used in the first study. At 12 h and 24 h after introduction of the diets containing radiolabelled captan, five males per group were sacrificed, and blood samples were taken. Stomach and duodenum sections (0–5 and 5–10 cm) were separated from their contents, and tissue from three mice per group was analysed for total radiolabel, while tissue from two mice per group was analysed for captan and metabolites.

The amount of radiolabelled material present in the duodenum of mice from both studies was similar, with about 0.006 µmol/5 cm section and 0.05 µmol/5 cm section at 400 and 3000 ppm respectively. Most of the radiolabel in the stomach and duodenum appeared to be associated with the stomach contents and not with the tissue. The parent compound captan could not be detected in the duodenum. In the stomach, captan was found in only three (out of four) mice at 3000 ppm (after 12 and 24 h). In the duodenum of these animals a small amount of metabolite of captan was detected. The only metabolite that was identified in the gastrointestinal tract was 1,2,3,6-tetrahydrophthalimide (THPI) which was found in the stomach. Blood samples contained small amounts of radiolabel. No captan was detected by HPLC in blood or urine samples. Metabolites were present in the urine in relatively large amounts compared with those in the gastrointestinal tract, with up to seven peaks being detected. The metabolites in urine were not further identified.

From these studies it was concluded that the captan molecule is largely degraded in the stomach before reaching the duodenum and consequently cannot be detected in duodenal contents, blood or urine (Provan & Eyton-Jones, 1996).

MONGLY02402352

15

## 1.2 Biotransformation

### Humans (in vitro)

$^{14}$C-Labelled captan (radiochemical purity, 80.9%) was incubated with whole human blood in vitro at 37°C. After incubation for times ranging from 0 to 22 s, the reaction was terminated by addition of phosphoric acid and acetone. Degradation of captan was measured. GLP and QA statements were provided.

Captan was degraded rapidly to THPI in whole blood, with a calculated half-life of 4 s. THPI was not significantly degraded to other compounds within the short period of time studied (Gordon & Williams, 1999).

In a study from the published literature, the degradation of captan (purity, 79.9%) during incubation with human blood was investigated. Captan at a concentration of about 1 μg/ml was mixed with blood at 37°C. At various time-points ranging from 0 to 31 s the reaction was terminated by adding phosphoric acid and acetone. Degradation of captan and formation of THPI was measured.

Captan was metabolized rapidly to THPI. The calculated half-life was 0.97 s. Mass spectrometry revealed that THPI was the only degradation product (Gordon et al., 2001).

## 2. Toxicological studies

### 2.1 Short-term studies of toxicity

Groups of 25 male CD1 mice received food containing captan (purity, 89.4%) at a concentration of 3000 ppm for 28 days. The actual consumption of captan increased from about 440 mg/kg bw per day on the first 2 days of treatment to about 700 mg/kg bw per day from day 7 to day 28. Since it was anticipated that there would be reduced food consumption, a pair-fed control group was fed the average amount of food consumed by the mice fed with captan. Clinical observations, body weight and food consumption were measured after 1, 3, 7, 14 and 28 days of treatment for five males per group, and the small intestine and stomach were also examined histopathologically at these time-points.

One mouse in the treated group and one mouse in the pair-fed group were killed on day 4 due to excessive body-weight loss. Among the mice fed with captan and the pair-fed mice, body weights were significantly reduced. These groups showed a body-weight loss of 2–3% at the end of the study, while a body-weight gain of 11% was observed in the control group. Food consumption was reduced by 37% on the first day of treatment and remained lower than that of controls throughout the first week of treatment. Food consumption was slightly reduced from weeks 2 to 4.

In mice fed with captan at a concentration of 3000 ppm for one day, no treatment-related abnormalities were observed in the duodenum or any other of the examined tissues. After 3 days of treatment, the duodenum showed crypt cell hyperplasia, shortening of the villi and a general disorganization of the villus enterocytes. In addition, immature cells were seen at the villus tips in all mice fed with captan from day 7 to day 28. In one out of five mice observed at days 3 and 7, gastritis in the glandular portion of the stomach was observed. On day 28, one mouse displayed a focal parakeratosis in the stomach. No treatment-related changes were observed in the jejenum or ileum. It was concluded that

MONGLY02402353

16

crypt cell hyperplasia occurs rapidly after exposure to captan at 3000 ppm. Changes in the villus or crypt cell population preceding the hyperplasia were not observable by routine histological methodology (Tinston, 1996).

In a range-finding study for a 1-year study in dogs, groups of two male and two female beagle dogs were given gelatin capsules containing captan at a dose of 0, 30, 100, 300, 600 or 1000 mg/kg bw per day for 28 days. The dogs were observed daily for clinical signs. Body weights and food consumption were determined weekly. At termination, haematological and clinical biochemical parameters were determined, liver and kidneys were weighed, and microscopic examination was performed on duodenum, kidney and liver of animals from the control group and from the group receiving captan at a dose of 1000 mg/kg bw per day.

Dose-related emesis, decreased body-weight gain and decreased food consumption were observed at all doses, except in the control group. Slight, statistically non-significant changes in clinical biochemical parameters were mainly observed at the two higher doses. These changes were probably related to emesis, reduced food consumption and body-weight loss. No toxicologically relevant effects on haematological parameters were observed. One male in the group receiving the highest dose had fatty changes in the liver and collecting tubules of the kidney. The toxicological significance of these findings is not clear. The histopathology of the duodenum was reported to be within normal limits (Blair, 1987).

## 2.2   *Developmental toxicity*

### *Hamsters*

In a study from the published literature, the teratogenic effects of a number of derivatives of phthalimide, including captan, were tested in groups of two to eight pregnant golden hamsters. Captan was administered as a single dose at 200, 300, 400, 500, 600, 750 or 1000 mg/kg bw on day 7 or 8 of gestation, or daily at a dose of 100, 200, 300 or 500 mg/kg bw per day from days 6 to 10 of gestation. Groups of dams serving as controls received either no treatment ($n = 43$) or carboxymethyl cellulose at a dose of 10 ml/kg bw ($n = 99$). The animals were killed and examined on day 15 of gestation. In the study report, the doses for the group treated with repeated doses on days 6 to 10 of gestation are expressed as total dose. It is assumed that this total dose was administered evenly over the 5 days of treatment, with one treatment per day.

In the groups treated with captan, maternal mortality occurred at single doses of ≥600 mg/kg bw and at repeated doses of ≥300 mg/kg bw per day. In the group treated on day 7 with a single dose of captan of ≥750 mg/kg bw, increases in the incidence of exencephaly were observed. There was no dose–response relationship. One case of exencephaly (out of 67 fetuses observed) was reported in animals treated with a single dose of 300 mg/kg bw on day 8 of gestation. At 500 mg/kg bw, there was one case (out of 58 fetuses observed) of exencephaly and three cases of cranial "pimples" (neural tissue not protruding). Significantly increased incidences of fused ribs were observed in fetuses of dams treated with a single dose of captan on days 7 or 8 of gestation. The lowest dose at which this effect was observed was at 300 mg/kg bw. Occasionally other skeletal malformations were observed in animals treated with single doses of captan on day 7 or day 8 of gestation. The only reported skeletal abnormality in the groups receiving repeated doses was one case of fused ribs in a fetus at 500 mg/kg bw per day. The study did not comply with GLP (Robens, 1970).

MONGLY02402354

17

The Meeting noted that mortality in the groups treated with repeated doses of captan appeared to be related to dose. In the groups receiving captan as single doses, the relationship between mortality and dose was less clear. For the observed and skeletal effects of captan in the golden hamster, no clear dose–response relationship was observed. This may be related to the small numbers of litters and fetuses in the treated groups. Nevertheless, the incidences of exencephaly on day 7 and fused ribs on days 7 or 8 were clearly above control values. Apart from the data on mortality, and the statement that diarrhoea occurred in many of the treated dams, no information about maternal toxicity was detailed in the paper. The Meeting considered that the mortality and developmental toxicity observed in this study were toxicologically relevant. Owing to the variability of the data, NOAELs for the maternal and fetal effects of captan could not be established. The Meeting noted that this study has major limitations (e.g. small number of animals per dose, limited reporting of the data) and is therefore of limited value. It does, however, suggest that developmental effects may occur after a single exposure to captan, albeit at maternally toxic doses.

### Rats

In a study of developmental toxicity performed according to OECD test guideline 415, groups of 22 pregnant ChR-CD rats were treated with captan (purity, 91%) at a dose of 0, 18, 90 or 450 mg/kg bw per day by oral gavage in 0.5% carboxymethylcellulose containing 0.05% acetic acid from day 6 to day 15 of gestation. The dams were killed on day 20 of gestation, fetuses were removed and dams and fetuses were examined to determine maternal toxicity, and reproductive and developmental effects. GLP and QA statements were provided.

In dams in the group receiving the highest dose, food consumption was decreased by 47% during the first 3 days of treatment and by 17% throughout the rest of the treatment period. Body-weight gain was decreased in dams in this group throughout the treatment period (controls: +45 g, highest dose, +23 g). Reduction was most marked during the first 3 days of treatment. In the dams receiving the intermediate dose, food intake was reduced by 18% from days 7 to 9 of gestation, and body-weight gain was reduced on days 7 and 8 of gestation (controls, +3 and +9 g, intermediate dose, −5 and −1 g). Pup viability was not affected by the treatment. An increased pre-implantation loss was observed at the intermediate dose, but not at the highest dose. Fetal weight was decreased at the highest dose. No treatment-related malformations were observed in any of the treated groups. A slight treatment-related increased incidence of skeletal variants (14th lumbar rib, incompletely fused vertibral hemicentra, reduced ossification of the pubic bones) was observed in fetuses in the group receiving the highest dose. On the basis of the decreases in body weight and food consumption at the intermediate and highest doses, the NOAEL for maternal toxicity was 18 mg/kg bw per day. On the basis of the decrease in fetal body weight and increase in incidence of skeletal variations observed at 450 mg/kg bw per day, the NOAEL for embryo/fetotoxicity was 90 mg/kg bw per day (Rubin, 1987).

### Rabbits

Groups of 15 pregnant New Zealand White rabbits received captan (dissolved in 0.5% sodium carboxymethyl cellulose) at a dose of 0, 6, 12, 25, or 60 mg/kg bw per day by gavage from day 6 to day 28 of gestation. Does were killed on day 29, litter values were determined and fetuses were examined for external, visceral and skeletal abnormalities. Body weights were measured on days 6, 10, 14, 18, 22, 26 and 29. QA and GLP statements were provided.

18

The incidences of animals that were found dead or were killed were 2, 1, 2, 2 and 1 in the groups receiving captan at a dose of 0, 6, 12, 25 and 60 mg/kg bw per day, respectively. The deaths of a single animal in each of the groups receiving 6, 25 and 60 mg/kg bw per day were considered to be a consequence of intubation errors. The other deaths were not considered to be related to treatment. The numbers of animals found not to be pregnant were 1, 0, 0, 1 and 6, and the incidences of abortions were 0, 1, 2, 3 and 0 in the groups receiving 0, 6, 12, 25 and 60 mg/kg bw per day, respectively. Consequently, at termination of the study, the number of animals with live fetuses were 12, 13, 11, 9 and 8, respectively. The reduction in pregnancy rate at the highest dose was probably not related to treatment. Over the total treatment period, body-weight gains at 0, 6, 12, 25 and 60 mg/kg bw per day were 521, 529, 426, 434 and 408 g, respectively. Reductions in body-weight gain at 25 and 60 mg/kg bw per day were most marked during days 6 to 10 of gestation (+72 and −9 g respectively, versus +111 g in control animals). Body-weight gain at 12 mg/kg bw was retarded from day 18 onwards. At the highest dose, slight reductions in fetal weight (8%) and crown–rump length (4%) were observed. Incidences of major malformations, minor anomalies (visceral and skeletal) and skeletal variants were not significantly affected by treatment.

On the basis of effects on maternal body weight during the initial phase of treatment, the NOAEL was 12 mg/kg bw per day. On the basis of the effects on fetal body weight, the NOAEL for embryo/fetotoxicity was 25 mg/kg bw per day (Palmer et al., 1981).

The Meeting noted that body weight was not measured on a daily basis. Therefore any transient effects on body weight cannot be established.

Groups of 20 female New Zealand White rabbits received captan (in corn oil) at a daily dose of 0, 10, 30 or 100 mg/kg bw by oral gavage from day 7 to day 19 (inclusive) of gestation. The day of insemination was designated day 1 of gestation. On day 30, the animals were sacrificed and maternal and developmental toxicity were examined. The study was performed according to OECD test guideline 414.

Body-weight gain and food consumption were reduced in dams at 30 and 100 mg/kg bw per day. Body-weight gain during days 7 to 19 of gestation was 238, 205, 57 and −159 g at 0, 10, 30 and 100 mg/kg bw per day, respectively. Reduction in body-weight gain was most marked during days 7 to 10 of treatment (16, 40, −68 and −143 g at 0, 10, 30 and 100 mg/kg bw per day, respectively). Food consumption was correspondingly reduced. One female at the highest dose was killed on day 19 after signs of abortion. In dams in all treated groups, a dose-dependent increased incidence of few or no faeces and a slightly increased incidence of diarrhoea were observed. In one and three dams at the intermediate and highest dose, blood was observed in the urine. On the basis of reduced body-weight gain and reduced food consumption, the NOAEL for maternal toxicity was 10 mg/kg bw per day.

Compared with the control group, an increased incidence of postimplantation loss was observed at the highest dose (control, 7%, highest dose, 23%), and the incidences of both early (3% versus 11%) and late intrauterine deaths (4% versus 12%) were increased. The statistically non-significant increase in late intrauterine deaths at the intermediate dose was within the range for historical controls. Mean fetal body weight was decreased by 17% at 100 mg/kg bw per day, which was reflected in a decreased mean gravid uterus weight. At the two higher doses, the incidence of abnormal fetuses was increased. The number of fetuses with one or more major abnormalities at 0, 10, 30 and 100 mg/kg bw per day was,

MONGLY02402356

respectively, 1, 0, 2 and 8. Eight fetuses (out of 86) from five different litters at 100 mg/kg bw per day had at least one major abnormality compared with only one fetus (out of 102) in the control group. Four of the eight affected fetuses at 100 mg/kg bw per day were in the same litter. The type and incidence of major defects at 100 mg/kg bw per day were: gross torso malformations, one; encephalocoele/open eyes/gros malformation of skull, one; mid brain ventricles extremely dilated/cebocephaly, one; maxillae fused, two; pulmonary artery extremely reduced, one; 11th rib and thoric arch absent, one; omphalocoele, one; forepaw extremely flexed, two; and pollex absent–bilateral, one. Two fetuses (out of 75) from two different litters at 30 mg/kg bw per day had one or multiple major abnormalities. The type and incidence of major defects in these two animals at 30 ppm were: microphthalmia, one; fused mandibles, one; pulmonary artery extremely enlarged, one; subclavian artery absent, one; and forepaw extremely flexed, one. These multiple malformations observed in two fetuses in the group receiving the intermediate dose were considered to be incidental. One fetus in the control group had an extremely enlarged aorta. In fetuses in the groups receiving the intermediate and highest doses; an increased incidence of cysts on the liver was found (one, one, five and six at 0, 10, 30 and 100 mg/kg bw per day, respectively). Also in fetuses in the groups receiving the intermediate and highest doses, increases in the incidences of a number of skeletal variations were observed. Incidences of these variations at 0, 10, 30 and 100 mg/kg bw per day were: extra 13th rib with normal length, 61%, 52%, 77% and 78%; 27 pre-sacral vertebrae, 21%, 12%, 57% and 46%, asymmetrical development of 1st and 2nd sacral vertebrae, 2%, 1%, 5% and 7%. At the intermediate and highest doses, slight increases in the incidences of the following variations were also observed: 4th, 5th, 6th and 7th lumbar transverse processes partially ossified; and 3rd lumbar transverse processes partially ossified; odontoid partially ossified. In addition, at the highest dose, the incidence of partially ossified 2nd lumbar transverse processes was increased. Also at the highest dose, the mean manus score was significantly increased, which reflects reduced ossification. On the basis of the increased incidences of variations in fetuses at 30 mg/kg bw per day, the NOAEL for embryo/fetotoxicity was 10 mg/kg bw (Tinston, 1991).

Four groups of mated HY/CR New Zealand White rabbits (aged 4–5 months) were given captan (active ingredient, 91%) at a dose of 0 (vehicle), 10, 40 or 160 mg/kg bw per day by oral gavage in 0.5% carboxymethylcellulose containing 0.05% acetic acid, from day 7 to day 19 inclusive post coitum. The numbers of animals in the groups were 18, 14, 15 and 16, respectively. A reduced food intake was observed at the highest dose throughout the treatment period. At the intermediate dose, food intake was reduced during days 15 to 19 of treatment. Over the treatment period, a marked effect on body weight was seen at the highest dose (control, +144 g, highest dose, −124 g during treatment). A slight effect on body weight (−7 g) was observed in dams in the group receiving the intermediate dose group after the first day of treatment. Adverse fetal responses to treatment consisted of increased fetal death (postimplantation loss) at 160 mg/kg bw per day, with one case of abortion after death of all fetuses in the litter and one case of total fetal death discovered at terminal necropsy. In addition, an increased frequency of minor skeletal variations was recorded in fetuses at the highest dose. Fetuses of dams dosed at 40 or 10 mg/kg bw per day were not affected. Captan did not show a potential for teratogenicity in the New Zealand White rabbit at the highest dose, and did not cause adverse fetal effects in the absence of maternal toxicity under the conditions of this study. On the basis of the effects of captan on food consumption at 40 mg/kg bw per day, the NOAEL for maternal toxicity was 10 mg/kg bw per day. On the basis of the increase in postimplantation loss and the increase in incidence of minor skeletal variations at 160 mg/kg bw per day, the NOAEL for embryo/fetotoxicity was 40 mg/kg bw per day (Rubin & Nyska, 1987).

MONGLY02402357

20

### 3.   Observations in humans

Captan has caused allergic dermatitis and eye irritation in man (Maddy et al., 1990; WHO, 1990).

The effects of ingestion of captan were described in a concise case report. In an attempted suicide, a woman aged 17 years (body weight not reported) ingested 7.5 g of Captan 50 WP, which is a suspension of captan in a ratio of 50% mixed with water. The woman complained of headache, nausea, weakness, numbness of upper limbs, and substernal pain. These symptoms started 3 h after ingestion. Cardiac, pulmonary, abdominal and neurological examinations were normal. Haematology revealed slight elevations in leukocyte count (11 200/mm$^3$), creatine kinase (309 U/l, normal up to 43 U/l) and aspartate aminotransferase (67 U/l, normal up to 29 U/l). Electrocardiogram (ECG) showed inversion of T-waves in the III and aVF leads and echocardiogram was normal with an ejection fraction of 67%. After 72 h, all biochemical abnormalities resolved (Chodorowski & Anand, 2003).

### Comments

In the evaluation of captan by the JMPR in 1995, it is reported that in mice treated orally with captan, the captan molecule is largely degraded to THPI and thiophosgene (via thiocarbonyl chloride) in the stomach before reaching the duodenum. No captan was detected in the blood or urine. Studies of metabolism in vitro with human blood revealed that captan is rapidly degraded to THPI, with a calculated half-life of 1–4 s. Thiophosgene is detoxified by reaction with, e.g. cysteine or glutathione, and is ultimately rapidly excreted.

The acute oral toxicity of captan in rats is low (LD$_{50}$, >5000 mg/kg bw). Mice fed diets containing captan at a concentration of 3000 ppm, equal to 440 mg/kg bw per day, for 28 days showed an initial reduction in food consumption of about 37%. Food consumption gradually recovered over the first week of treatment, although it remained lower that that of controls throughout the 4-week treatment period. After 1 day, no treatment-related macroscopic and microscopic changes were observed in the duodenum or any other tissue examined. From day 3 onwards, the duodenum showed crypt cell hyperplasia, shortening of villi and a general disorganization of the villus enterocytes. From day 7 onward, immature cells were seen at the villus tips.

In a 28-day range-finding study in which dogs were given captan at doses of 30 to 1000 mg/kg bw per day, dose-related emesis, reduced body-weight gain and food consumption were observed in all treatment groups. No other clinical signs were observed. Haematological parameters and histopathology of the duodenum were within normal limits.

In a study from the published literature, the teratogenic effects of a number of phthalimide derivatives, including captan, were tested in pregnant golden hamsters. The Meeting noted that this study had major limitations (e.g. small number of animals per dose, limited reporting of the data) and is therefore of limited value. It does, however, suggest that developmental effects may occur after a single exposure to captan, albeit at maternally toxic doses.

In a study of developmental toxicity in rats treated by gavage, captan was not teratogenic. The NOAEL for maternal toxicity was 18 mg/kg bw per day on the basis of a reduc-

MONGLY02402358

tion in body weight and food consumption. The NOAEL for offspring toxicity was 90 mg/kg bw per day on the basis of the reduction in fetal body weight and an increased incidence of skeletal variations.

In a study in rabbits treated by gavage, the NOAEL for maternal toxicity was 10 mg/kg bw per day on the basis of a markedly reduced body-weight gain and reduced food consumption at 30 mg/kg bw per day. The NOAEL for embryo/fetotoxicity was 10 mg/kg bw per day on the basis of increases in skeletal variations at 30 and 100 mg/kg bw per day. At 100 mg/kg bw per day, increased incidences of early and late intrauterine deaths were observed, as were increased incidences of several malformations. The NOAEL for these effects was 30 mg/kg bw per day. Multiple malformations observed in two fetuses in the group receiving the intermediate dose were considered to be incidental. In another study in rabbits treated by gavage, the NOAEL for maternal toxicity was 10 mg/kg bw per day on the basis of reduced body-weight gain and food consumption at 40 mg/kg bw per day. On the basis of the increase in postimplantation losses and the increase in incidence of minor skeletal variations at 160 mg/kg bw per day, the NOAEL for embryo/fetotoxicity was 40 mg/kg bw per day. In a third study in rabbits treated by gavage, the NOAEL for maternal toxicity was 12 mg/kg bw per day on the basis of reductions in body-weight gain during the initial phase of treatment. The NOAEL for embryo/fetotoxicity was 25 mg/kg bw per day on the basis of a reduction in fetal body weight at 60 mg/kg bw per day. The Meeting considered that maternal toxicity and the associated increases in skeletal variations and fetal body-weight reductions observed were likely to be caused by high local concentrations of captan produced by administration by gavage, and were not relevant to dietary exposure.

While few data on humans are available, captan is known to have caused allergic dermatitis and eye irritation in humans. After ingesting 7.5 g of Captan 50 WP, which is a suspension of captan mixed with water (ratio, 50%), a woman aged 17 years (body weight not reported) experienced some clinical signs, which started 3 h after ingestion and recovered within 72 h. Assuming a body weight of 50–60 kg, this intake equates to a dose of 62.5–75 mg/kg bw.

### Toxicological evaluation

Other than developmental effects, captan produced no toxicological effects that might be considered to be a consequence of acute exposure. The Meeting concluded that it was not necessary to establish an ARfD for the general population, including children aged 1–6 years, for whom separate data on dietary intake are available. The Meeting concluded that it might be necessary to establish an ARfD to protect the embryo or fetus from possible effects in utero. Such an ARfD would apply to women of childbearing age.

The maternal toxicity and associated increases in skeletal variations and fetal body-weight reductions observed in studies of developmental toxicity in rabbits are likely to be caused by high local concentrations of captan and are not considered to be relevant to dietary exposure. However, the observed intrauterine deaths and fetal malformations could not, with confidence, be attributed to maternal toxicity.

The Meeting concluded that the database was insufficient (in particular, with regard to the absence of studies on the developmental effects of THPI to establish the mode of action by which the increased incidences of intrauterine deaths and of fetuses with

MONGLY02402359

22

malformations, observed at 100 mg/kg bw per day (NOAEL, 30 mg/kg bw per day) in rabbits, were induced. As a consequence, their relevance for deriving an ARfD could not be dismissed. Therefore the Meeting established an ARfD of 0.3 mg/kg bw, based on a NOAEL of 30 mg/kg bw per day for increased incidences of intrauterine deaths and malformations at 100 mg/kg bw per day in the study in rabbits and a safety factor of 100. The use of a safety factor of 100 was considered to be conservative; although the mode of action by which the developmental effects were induced is uncertain, they are possibly secondary to maternal toxicity. The ARfD also covers the effects observed in the case report in humans. The Meeting noted that it might be possible to refine the ARfD using the results of an appropriately designed study.

*Estimate of acute reference dose*

0.3 mg/kg bw for women of childbearing age

Unnecessary for the general population

## References

Blair, M. (1987) Four-week oral range-finding study in beagle dogs with captan. Unpublished report No. IRDC 153-197 from ICI Americas. Submitted to WHO by Makhteshim Chemical Works, Beer-Sheva, Israel.

Chodorowski, Z. & Anand, J.S. (2003) Acute oral suicide intoxication with captan—a case report. *J. Toxicology*, **41**, 603.

Gordon, E.B. & Williams, M. (1999) The stability of captan and folpet in whole blood. Unpublished report No. 10238 from Horizon Laboratories, Inc. Submitted to WHO by Makhteshim Chemical Works, Beer-Sheva, Israel.

Gordon, E.B., Ehrlich, T., Mobley, S. & Williams, M. (2001) Measurement of the reaction between the fungicides captan or folpet and blood thiols. *Toxicol. Methods*, **11**, 209–223.

Maddy, K.T., Edmiston, S. & Richmond, D. (1990) Illness, injuries and deaths from pesticide exposures in California 1949–1988. *Rev. Environ. Contam. Toxicol.*, **114**, 57–123.

Palmer, A.K., Barton. S.J. & Clark, R. (1981) Effect of technical captan on pregnancy of the New Zealand white rabbit. Unpublished report No. CHR/15/8114 from Huntingdon Research Centre, England. Submitted to WHO by Makhteshim Chemical Works, Beer-Sheva, Israel.

Provan, W.M. & Eyton-Jones, H. (1996) The bioavailability of captan to the duodenum of CD-1 mice following dietary administration. Unpublished report No. CTL/R/1260 from Zeneca, USA. Submitted to WHO by Makhteshim Chemical Works, Beer-Sheva, Israel.

Robens, J.F. (1970) Teratogenic activity of several phthalimide derivates in the golden hamster. *Toxicol. Appl. Pharmacol.*, **16**, 24–34.

Rubin, Y. (1987) Captan teratology study in the rat. Unpublished report No. MAK/097/CAP from Life Science Research Israel Ltd. Submitted to WHO by Makhteshim Chemical Works, Beer-Sheva, Israel.

Rubin, Y. & Nyska, A. (1987) Captan teratology study in the rabbit. Unpublished report No. MAK/099/CAP from Life Science Research Israel Ltd. Submitted to WHO by Makhteshim Chemical Works, Beer-Sheva, Israel.

Tinston, D.J (1991) Captan: teratogenicity study in the rabbit. Unpublished report No. CTL/P/3039 from ICI Americas. Submitted to WHO by Makhteshim Chemical Works, Beer-Sheva, Israel.

Tinston, D.J. (1996) Captan: A time course study of induced changes in the small intestine and stomach of the male CD1 mouse. Unpublished report No. CTL/P/4893 from Zeneca Agrochemicals UK. Submitted to WHO by Makhteshim Chemical Works, Beer-Sheva, Israel.

WHO (1990) *Captan. Health and safety guide No. 50*. Geneva, International Programme on Chemical Safety.

23

## DIMETHIPIN (addendum)

*First draft prepared by*
*G. Wolterink and M.T.M. van Raaij*
*Centre For Substances and Integrated Risk Assessment, National Institute of Public*
*Health and the Environment, Bilthoven, Netherlands*

| | |
|---|---|
| Explanation........................................................................................... | 23 |
| Evaluation for an acute reference dose............................................... | 23 |
| Toxicological studies: developmental toxicity ......................... | 23 |
| Comments............................................................................................. | 25 |
| Toxicological evaluation...................................................................... | 25 |
| References ............................................................................................ | 25 |

### Explanation

The 1999 JMPR established an acute reference dose (ARfD) for dimethipin of 0.02 mg/kg bw, based on a no-observed-adverse-effect level (NOAEL) of 20 mg/kg bw per day and a lowest-observed-adverse-effect level (LOAEL) of 40 mg/kg bw per day for skeletal malformations (increased incidence of fetuses and of litters containing fetuses with scoliosis and 27 presacral vertebrae) in a study of developmental toxicity in rabbits, and using a safety factor of 1000 in consideration of the nature of the effects caused. The 2002 JMPR concluded that the 1000-fold safety factor might be excessive, and that the ARfD of dimethipin should be reconsidered on the basis of appropriate data.

### Evaluation for an acute reference dose

The present Meeting reconsidered the ARfD for dimethipin. The study of developmental toxicity in rabbits was re-evaluated in the light of a larger set of historical control data for Dutch belted rabbits, provided by the sponsor (Schroeder, 1999).

### 1. Toxicological studies: developmental toxicity

#### Rabbits

Groups of 16 sexually mature female Dutch belted rabbits were artificially inseminated and were intubated with technical-grade dimethipin (purity, 98.3%) at a dose of 0, 7.5, 20, or 40 mg/kg bw per day as a suspension in 0.5% carboxymethyl cellulose at a constant volume of 1 ml/kg bw, on days 6 to 27 of gestation, the day of insemination being considered as day 0 of gestation. The rabbits were killed on day 28 of gestation, and the uterine contents were examined. All fetuses, including those that were aborted or dead, were examined grossly and for skeletal and visceral abnormalities. Statements of adherence to good laboratory practice (GLP) and quality assurance (QA) were provided.

The historical control data in the study report came from an unspecified number of studies carried out over an unspecified period in Dutch belted rabbits. For the re-evaluation, the sponsor provided a larger set of historical control data on the incidences of malformations

*Table 1. Fetal and litter incidences of scoliosis and 27 presacral vertebrae*

| Finding | Present study[a] | | | | Historical control data in study report | | | Historical control data provided by sponsor | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Dose (mg/kg bw per day) | | | | Mean overall incidence | Range | N | Mean overall incidence | Range | N |
| | 0 | 7.5 | 20 | 40 | | | | | | |
| *Scoliosis* | | | | | | | | | | |
| Fetal incidence (%) | 0 | 0 | 0 | 4.0 | 0.7 | 0–1.9 | 951 | 0.9 | 0–4.1 | 2908 |
| Litter incidence (%) | 0 | 0 | 0 | 23.1 | 4.7 | 0–12.5 | 149 | 4.6 | 0–20 | 461 |
| *27 presacral vertebrae* | | | | | | | | | | |
| Fetal incidence (%) | 7.0 | 4.8 | 16.9 | 16.0 | 7.2 | 1.8–14.1 | 951 | 7.1 | 0–23.3 | 2908 |
| Litter incidence (%) | 25.0 | 14.3 | 28.6 | 46.2 | 24.2 | 13.3–44.4 | 149 | 25.4 | 0–63.6 | 461 |

[a] The number of fetuses examined in the groups receiving dimethipin at a dose of 0, 7.5, 20 and 40 mg/kg bw per day were respectively 71, 84, 77 and 75. The number of litters examined in the groups receiving dimethipin at a dose of 0, 7.5, 20 and 40 mg/kg bw per day were respectively 12, 14, 14 and 13

observed in Dutch belted rabbits in studies performed at the same laboratory during 1977–1983.

No deaths occurred in the does. A slightly increased number of females at 20 and 40 mg/kg bw per day had a reduced amount of faeces beneath the cage at various intervals during gestation when compared with concurrent controls. No data on food consumption were available. Does at 40 mg/kg bw per day showed weight loss between days 6 and 12 of gestation. In this group maternal weight gain between day 6 and 28 was virtually absent. Slight reductions in body weight gain were observed in the middle and low dose group between days 6 and 28. The fertility rate was 88–94% in control and treated groups. At each dose at 0, 20, and 40 mg/kg bw per day one doe aborted on day 28; seven non-viable fetuses were found in does at 0 and 20 mg/kg bw per day (but not at 7.5 and 40 mg/kg bw per day); and three late resorptions occurred in the doe at 40 mg/kg bw per day. At terminal sacrifice, the gross pathological findings in treated does were comparable to those in the controls. No significant differences were found between controls and treated groups in the mean numbers of corpora lutea, implantations, or viable or non-viable fetuses, or in fetal weight. The sex ratio of fetuses at 40 mg/kg bw per day was altered, the mean number of females being reduced. There was no apparent dose- or compound-related increase in the frequency of fetal soft-tissue abnormalities. At 40 mg/kg bw per day, the incidence of scoliosis and 27 presacral vertebrae was increased in fetuses as well as in litters (Table 1). At 20 mg/kg bw per day, an increased incidence in 27 presacral vertebrae was observed in fetuses.

The Meeting noted that the mean overall incidences of scoliosis and 27 presacral vertebrae according to the historical control data in the study report were similar to those in the historical control data for 1977–1983. The ranges for the historical control data for 1977–1983 are larger than those in the historical control data in the study report, which reflects the larger number of animals and litters in this database.

In the group receiving dimethipin at a dose of 40 mg/kg bw per day, the fetal and litter incidences of 27 presacral vertebrae exceeded the upper ranges of the historical control data in the study report. However, ranges were were within those for the historical control data for 1977–1983. The increase in fetal incidence of 27 presacral vertebrae at 20 mg/kg bw per day was also within the range for the historical control data for 1977–1983.

MONGLY02402362

25

For scoliosis, the fetal and litter incidences in the group receiving dimethipin at a dose of 40 mg/kg bw per day were respectively similar to and exceeded the upper ranges of the historical control data for 1977–1983. Therefore, the Meeting concluded that the increased incidences of fetuses and litters containing fetuses with scoliosis in the group at 40 mg/kg bw per day were toxicologically relevant.

The NOAEL for maternal toxicity was 20 mg/kg bw per day on the basis of reductions in body weight between days 6 and 12 of gestation, and the absence of body-weight gain during days 6 and 28 of gestation. The NOAEL for developmental toxicity was 20 mg/kg bw per day on the basis of the increased incidence in skeletal malformations (scoliosis) at 40 mg/kg bw per day (McMeekin et al., 1981).

### Comments

In a study of developmental toxicity in rabbits, does treated with dimethipin at a dose of 40 mg/kg bw per day showed body-weight loss on days 6 to 12 of gestation and decreased body-weight gain on days 6 to 28 of gestation. Fetal and litter incidences of scoliosis were 0% and 0% in the controls, and 4.0% and 23.1% at 40 mg/kg bw per day, respectively. The observed incidence of scoliosis at 40 mg/kg bw per day was at the upper bound of that for historical controls (i.e. fetal and litter incidences of 4.1% and 20%, respectively). The NOAEL for both maternal and developmental toxicity was 20 mg/kg bw per day.

### Toxicological evaluation

The Meeting established an ARfD of 0.2 mg/kg bw based on the NOAEL of 20 mg/kg bw per day in the study of developmental toxicity in rabbits and a safety factor of 100. The Meeting considered that a safety factor of 100 was adequate, since the observed developmental toxicity was at the upper range of the historical control incidence, and was possibly secondary to maternal toxicity.

*Estimate of acute reference dose*

0.2 mg/kg bw

### References

McMeekin, S.O., Schardein, J.L. & Blair, M. (1981) N252 (Harvade®technical). Teratology study in rabbits. Unpublished report from International Research and Development Corporation, Inc., USA. Submitted to WHO by Uniroyal Chemical Co., Inc., Bethany, Connecticut, USA.

Schroeder, R.E. (1999) Audited tabulation of IRDC developmental toxicity historical control data for Dutch belted rabbits (1997–1983). Unpublished report from MPI Research. USA. Submitted to WHO by Uniroyal Chemical Co., Inc., Bethany, Connecticut, USA.

MONGLY02402363

MONGLY02402364

27

# FENPROPIMORPH (addendum)

*First draft prepared by*
*Rudolf Pfeil*
*Federal Institute for Risk Assessment, Berlin, Germany*

Explanation........................................................................................ 27
Evaluation for acute reference dose..................................................... 27
Comments........................................................................................... 32
Toxicological evaluation..................................................................... 33
References .......................................................................................... 33

## Explanation

Fenpropimorph is a morpholine fungicide with systemic activity, interfering with sterol biosynthesis. It was first evaluated by the 1994 JMPR, which established an acceptable daily intake (ADI) of 0–0.003 mg/kg bw on the basis of a no-observed-adverse-effect level (NOAEL) of 10 mg/kg of diet, equal to 0.3 mg/kg bw per day, in a 2-year study of toxicity and carcinogenicity in rats. At the 2001 JMPR, an acute reference dose (ARfD) of 1 mg/kg bw was established on the basis of a NOAEL of 100 mg/kg bw per day in a study of acute neurotoxicity in rats. In 2002, the government of the Federal Republic of Germany asked the Meeting to reconsider the ARfD established for fenpropimorph by the 2001 JMPR, because this government considered that the NOAEL of 15 mg/kg bw per day for teratogenicity in the rabbit to be a more appropriate basis for the ARfD. The present review was undertaken to determine the appropriate end-point and NOAEL for establishing an ARfD, and to evaluate a new screening study of pre- and postnatal developmental toxicity in rats, which was submitted to the present Meeting.

## Evaluation for acute reference dose

### Rats

In a screening study of prenatal/postnatal developmental toxicity, which complied with with the principles of good laboratory practice (GLP), groups of 10 mated female Wistar rats (Crl:WI(GLX/BRL/HAN)IGS BR) received diets containing fenpropimorph (purity, 96.5%) at a dose of 0, 5, 10 or 15 mg/kg bw per day during pregnancy and lactation (up to day 21 post partum). The study was performed roughly according to the test guidelines of the United States Environmental Protection Agency (OPPTS 870.3800) and the OECD (TG 415), with the major deviation that only females were treated. The target doses were adjusted regularly throughout the study; the actual mean intakes of fenpropimorh were 0, 5.4, 10.3 and 15.5 mg/kg bw per day during gestation and 0, 5.0, 9.5 and 13.3 mg/kg bw per day during lactation. The $F_0$ females were allowed to litter and rear their $F_1$ pups until day 4 (reduction of litter size) or day 21 after parturition. After the $F_1$ pups were weaned, the $F_0$ dams were sacrificed. The state of health of the $F_0$ dams and pups was checked each day. Food consumption of the $F_0$ dams was determined regularly during pregnancy (days 0, 7, 14 and 20) and lactation (days 1, 4, 7 and 14). Body weights of the $F_0$ dams were determined regularly during pregnancy (days 0, 7, 14 and 20) and lactation (days 1, 4, 7, 14 and

MONGLY02402365

28

21). The $F_1$ pups were weighted on the day after birth and on day 4, 7, 14 and 21 post partum, and their viability was recorded. Before sacrifice, blood samples were taken from the fasted $F_0$ dams for assessment of standard haematological and biochemical parameters, including cholinesterase activity. All $F_0$ dams were examined for gross pathology (including weights of brain and liver) and brain tissue was sampled and examined for cholinesterase activity.

In $F_0$ females, food consumption was decreased during pregnancy (94%, 88%, and 85% of controls) and lactation (79, 74, and 66% of controls) at all doses. Body-weight gain was reduced transiently during the first week of gestation at the lowest dose and throughout gestation at the intermediate and highest doses. Statistically significantly decreased serum cholinesterase activity was observed at all doses. No inhibition of erythrocyte or brain cholinesterase activities and no treatment-related changes in other clinical chemistry or haematological parameters were observed. There were no substance-related adverse effect on any parameter involving organ weight or gross pathological findings. There were no adverse effects on reproductive performance.

At birth, mean body weights of pups were reduced in males and females at the highest dose (86% and 92% of controls, respectively). During the second and third week of lactation, body weights of the pups were slightly reduced in all groups treated with fenpropimorph when compared with those of the controls. Pup viability was not affected at any dose (Table 1).

*Table 1. Selected findings from a study screening for prenatal/postnatal developmental toxicity in rats given diets containing fenpropimorph*

|  | Dose (mg/kg bw per day) | | | |
|  | 0 | 5 | 10 | 15 |
|---|---|---|---|---|
| *Parents* | | | | |
| Mated females in study/non-pregnant | 10/1 | 10/0 | 10/0 | 10/1 |
| Conception rate (%) | 90 | 100 | 100 | 90 |
| Dams with live litters | 9 | 10 | 10 | 9 |
| Food consumption during gestation (g/animal per day): | | | | |
| Days 0–7 | 18.6 | 16.8* | 15.6** | 14.5** |
| Days 7–14 | 20.2 | 19.1 | 18.0** | 17.6** |
| Days 14–20 | 22.5 | 21.5 | 20.6* | 20.1** |
| Body-weight gain during gestation (g): | | | | |
| Days 0–7 | 26.7 | 21.5 | 16.8** | 14.4** |
| Days 7–14 | 26.5 | 26.2 | 23.2 | 23.8 |
| Days 0–20 | 99.4 | 93.6 | 80.4** | 76.1** |
| *Offspring* | | | | |
| Pups delivered/mean litter size | 86/9.6 | 92/9.2 | 78/7.8 | 71/7.9 |
| Pups surviving days 0–4/viability index | 85/100 | 90/99 | 78/100 | 71/100 |
| Pups surviving days 4–21/lactation index | 66/100 | 79/100 | 70/100 | 59/100 |
| Pup weight, males/females (g): | | | | |
| At birth | 6.9/6.3 | 6.3/6.0 | 6.3/6.3 | 5.9*/5.8 |
| Day 4, pre-culling | 10.3/9.7 | 9.4/9.1 | 9.5/9.4 | 8.6*/8.5 |
| Day 7 | 15.8/14.7 | 14.2/13.7 | 13.9/13.5 | 12.8**/12.4* |
| Day 14 | 30.5/28.8 | 26.7*/25.9 | 27.1*/26.2 | 25.1**/24.7* |
| Day 21 | 49.2/46.4 | 44.1*/42.5 | 45.0/42.5 | 41.7**/40.5* |
| Pup weight gain, males/females (g) | | | | |
| Days 1–4 | 3.5/3.4 | 3.2/3.1 | 3.2/3.2 | 2.7*/2.6 |
| Days 4–7 | 5.4/5.0 | 4.8/4.6 | 4.4*/4.0 | 4.3*/3.9* |
| Days 7–14 | 14.8/14.1 | 12.5/12.2 | 13.2/12.7 | 12.3/12.3 |
| Days 14–21 | 18.7/17.5 | 17.4/16.6 | 17.9/16.3 | 16.5/15.8 |
| Days 4–21 | 38.9/36.7 | 34.6/33.4 | 35.4/33.0 | 33.1*/32.0 |

From Schilling et al. (2000)

$*p < 0.05$, $**p < 0.01$; Dunnet-test (two-sided); $***p < 0.002$; Mann-Whitney U-test (two-sided)

29

The NOAEL for maternal toxicity was <5 mg/kg bw per day on the basis of decreased food consumption during pregnancy and lactation and reduced body-weight gain during pregnancy, at all doses. The NOAEL for developmental toxicity was <5 mg/kg bw per day on the basis of reduced body weights/body-weight gains of pups at all doses during lactation (Schilling et al., 2000).

In a study of prenatal developmental toxicity, conducted according to the test guidelines of the United States Food and Drug Administration and the Association of the British Pharmaceutical Industry, groups of 26–31 pregnant Sprague-Dawley rats were given fenpropimorph (purity, 92.5%; dissolved in olive oil) at a dose of 0, 2.5, 10, 40 or 160 mg/kg bw per day by gavage on days 6–15 of gestation. Dams were observed for clinical symptoms, body weight, mortality, macroscopic appearance of internal organs, conception rate and numbers of corpora lutea, viable implantations and dead implantations (early, intermediate and late resorptions). Fetuses were examined for weight, length, placental weight and external, skeletal and visceral signs.

Vaginal bleeding was observed in one animal in the control group, one animal at 10 mg/kg bw per day, three animals at 40 mg/kg bw per day and 16 animals at 160 mg/kg bw per day. A dose-related reduction in body-weight gain was observed in dams at doses of ≥40 mg/kg bw per day during the treatment period and at 160 mg/kg bw per day during the whole observation period, starting from day 6. At 160 mg/kg bw per day, the body weights of the dams were reduced and the number of viable fetuses was decreased, in association with an increased number of dead implants. The weight and length of the fetuses were reduced, and placental weight was increased. Irreversible structural changes, including cleft palate (fourteen fetuses from seven litters) and inferior brachygnathia (one fetus), were observed at the highest dose (Table 2).

*Table 2. Selected findings from a study of prenatal developmental toxicity in rats given fenpropimorph by gavage*

| | Dose (mg/kg bw per day) | | | | |
|---|---|---|---|---|---|
| | 0 | 2.5 | 10 | 40 | 160 |
| Pregnant females in study | 26 | 31 | 30 | 29 | 31 |
| Vaginal bleeding | 1 | 0 | 1 | 3 | 16 |
| Body-weight gain, days 6–15 (g) | 36 | 33 | 32 | 25** | −21** |
| Completely resorbed litters | 0 | 0 | 0 | 0 | 7** |
| Mean No. of corpora lutea | 13.5 | 14.1 | 14.3 | 14.3 | 13.5 |
| Mean No. of implantations | 10.7 | 9.7 | 10.7 | 11.8 | 10.7 |
| Mean No. of viable fetuses | 9.9 | 9.0 | 10.2 | 11.2 | 8.8 |
| Mean No. of dead implantations | 0.85 | 0.65 | 0.50 | 0.66 | 1.87** |
| No. of early resorptions (Salewski method) | 16 (0) | 16 (0) | 9 (0) | 8 (0) | 9 (39) |
| No of intermediate/late resorptions | 6/0 | 3/1 | 5/0 | 6/3 | 8/2 |
| No. of dead fetuses | 0 | 0 | 1 | 2 | 0 |
| Sex ratio (% males/litter) | 51 | 54 | 54 | 54 | 53 |
| Litter weight (g) | 26 | 31 | 30 | 29 | 24 |
| Fetal weight, males/females (g) | 3.50/3.42 | 3.66/3.42 | 3.80/3.56 | 3.77/3.56 | 3.30/3.14** |
| Fetal length, males/females (mm) | 3.55/3.50 | 3.59/3.49 | 3.63/3.53 | 3.57/3.53 | 3.43**/3.36** |
| Placental weights | 0.61 | 0.65 | 0.61 | 0.64 | 0.75** |
| Malformations, No. (%) of fetuses | 12 (4.4) | 7 (2.6) | 8 (2.9) | 12 (3.2) | 19 (7.4) |
| Malformations, No. (%) of litters | 6 (23.1) | 7 (22.6) | 6 (20.0) | 6 (20.7) | 11 (45.8) |
| Cleft palate, No. of fetuses/litters | 0 | 0 | 0 | 0 | 14/7 |
| Brachygnathia, No. of fetuses/litters | 0 | 0 | 0 | 0 | 1/1 |
| Variations/retardations, No. (%) of fetuses | 42 (15.0) | 46 (17.1) | 21 (8.6) | 40 (11.2) | 36 (14.9) |
| Variations/retardations, No. (%) of litters | 16 (61.5) | 17 (54.8) | 11 (36.7) | 16 (66.7) | 16 (66.7) |

From Hofmann & Merkle (1978)

** $p < 0.01$

30

The NOAEL for maternal toxicity was 10 mg/kg bw per day, on the basis of clinical signs (vaginal bleeding) and reduced body-weight gain in dams at 40 mg/kg bw per day and above. The NOAEL for developmental toxicity was 40 mg/kg bw per day, on the basis of evidence for embryo-/fetotoxicity and teratogenicity at 160 mg/kg bw per day (Hofmann & Merkle, 1978).

*Rabbits*

In a study of prenatal developmental toxicity, which was conducted according to the test guidelines of the United States Environmental Protection Agency, groups of 15 female Himalayan Chbb:HM rabbits were given fenpropimorph (purity, 92.5%) at a dose of 0, 2.4, 12 or 60 mg/kg bw per day by gavage in 0.5% carboxymethylcellulose (5 ml) during days 6–18 of gestation (experiment I). As dams at the highest dose showed severe signs of toxicity, an additional group of 15 animals treated with fenpropimorph at 36 mg/kg bw per day, and a second control group of 10 animals were included in the study (experiment II). All surviving animals were sacrificed on day 29 post insemination and the fetuses were delivered by caesarean section.

Diarrhoea was seen in all groups, and increased in incidence and severity with the dose. At 60 mg/kg bw per day, severe diarrhoea, salivation, apathy, a greenish mucous discharge from the nose and encrustations in the vaginal region and snout were seen, and convulsions were observed before the deaths of 11 animals. Food consumption and body weight were reduced. Macroscopic examination of the animals that died at this dose showed dilatation of the right chamber of the heart and congestive hyperaemia; the clinical findings were confirmed.

No dose-related effects on the number of corpora lutea, pre-implantation loss or conception rate were observed in dams, and no effects were seen on visceral examination of the fetuses.

At 60 mg/kg bw per day, absolute weights of the uterus were reduced, and the numbers of early resorptions and dead fetuses were increased such that only one fetus survived. This fetus had several abnormalities, including syndactyly on the forelegs, an anomalous position of the hindlegs and micromelia, and reduced weight and length; furthermore, the placental weight was increased, and the individual sternebrae were fused.

At 36 mg/kg bw per day, the dams had clinical signs that were less severe and occurred at a lower incidence than those in the group receiving the highest dose. Two animals aborted and three were killed in extremis. The numbers of dead implantations (attributable mainly to early resorptions) were slightly increased at this dose. Six fetuses from two litters had pseudoankylosis, a skeletal variation, which was also found in one fetus at 12 mg/kg bw per day (Table 3).

The NOAEL for maternal toxicity was 12 mg/kg bw per day on the basis of clinical sings (diarrhea, salivation) and reduced body-weight gain at ≥36 mg/kg bw per day. The NOAEL for developmental toxicity was 12 mg/kg bw per day, on the basis of evidence for embryo- and fetotoxicity at ≥36 mg/kg bw per day (Zeller & Merkle, 1980).

In a study of prenatal developmental toxicity, which was conducted in compliance with the principles of GLP and according to the test guidelines of the United States

MONGLY02402368

*Table 3. Selected findings from a study of prenatal developmental toxicity in rabbits given fenpropimorph by gavage*

| | Dose (mg/kg bw per day) | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | Experiment I | | | | Experiment II | |
| | 0 | 2.4 | 12 | 60 | 0 | 36 |
| No. of animals inseminated/pregnant | 15/14 | 15/14 | 14/11 | 15/14 | 10/8 | 15/13 |
| Conception rate | 93% | 93% | 79% | 86% | 80% | 93% |
| Mortalities/sacrificed prematurely | 0/5 | 1/5 | 0/3 | 11/0 | 0/1 | 0/5 |
| Abortions/premature birth | 0/5 | 0/5 | 0/3 | 0/0 | 0/1 | 2/0 |
| Clinical signs in dams[b] | +/– | +/– | + | +++ | +/– | ++ |
| Food intake, days 7–12 (g/day) | 71 | 70 | 68 | 42** | 69 | 57 |
| Food intake, days 13–19 (g/day) | 77 | 73 | 75 | 6** | 47 | 46 |
| Body-weight change, days 7–19 (g) | +78 | +6 | +106 | −542** | −6 | −45 |
| No. of completely resorbed litters/live litters | 0/9 | 0/8 | 0/8 | 3/1 | 0/7 | 0/9 |
| Gravid uterus weight (g) | 326 | 444 | 468 | 27** | 333 | 284 |
| Mean No. of corpora lutea/implantations | 9.9/6.4 | 7.5/6.9 | 9.6/8.1 | 8.3/5.8 | 10.7/7.1 | 9.9/8.0 |
| Mean No. of live fetuses | 6.2 | 6.5 | 7.4 | 1** | 6.4 | 5.9 |
| Pre-implantation loss (%) | 33 | 10 | 13 | 14 | 32 | 30 |
| No. of live litters with a postimplantation loss of >2 | 0 | 0 | 0 | 1 (100%) | 0 | 3 (33%) |
| Placental weight (g) | 4.6 | 4.5 | 4.1 | 5.1 | 4.6 | 4.3 |
| Fetal weight (g) | 38.8 | 38.3 | 37.0 | 37.4 | 38.4 | 35.8 |
| Crown–rump length (cm) | 8.4 | 8.4 | 8.2 | 8.1 | 8.1 | 7.8 |
| Malformations (% fetuses) | 0 | 0 | 5.4 | * | 5.9 | 10.0 |
| Malformations (% litters) | 0 | 0 | 37.5 | * | 42.9 | 33.3 |
| Variations/retardations (% fetuses) | 73.4 | 79.3 | 68.5 | * | 89.4 | 86.5 |
| Variations/retardations (% litters) | 100 | 100 | 87.5 | * | 100 | 100 |
| Pseudoankylosis, No. of fetuses | 0 | 0 | 1 | * | 0 | 6 |

From Zeller & Merkle (1980)

** $p < 0.01$

* Only one fetus survived

[b] + = yes, – = no

Environmental Protection Agency and the OECD (TG 414), groups of 20 pregnant Russian Chbb:HM rabbits were given fenpropimorph (purity, 95.6%; in 0.5% aqueous sodium carboxymethylcellulose) at a dose of 0, 7.5, 15 or 30 mg/kg bw per day by gavage on days 7–19 of gestation.

There were no mortalities in the dams throughout the study. The only clinical sign related to treatment was swelling of the anus for 2 to 12 days, observed in 9 rabbits at the highest dose. Also at this dose, food consumption was reduced during the whole treatment period, while maternal body weight was slightly reduced from days 12 to 29, body-weight gain was significantly reduced during days 7 to 15, and four animals showed weight loss. No maternal toxicity was observed at the lower doses.

There were no effects on pre- or postimplantation loss, number of live or dead fetuses per litter or sex ratio. Mean gravid uterus weight and weights of male fetuses were significantly reduced at the highest dose. At the highest dose of 30 mg/kg bw per day, there was an increase in the total number of malformations (21 fetuses from 4 litters) and findings described as 'anomalies' (36 fetuses from 13 litters). The malformations occurred mainly in the litters of three dams that showed marked signs of toxicity during treatment. Twenty fetuses from three litters had shortened fore- and hindlimbs, and four fetuses from two litters had a cleft palate. One of these fetuses also had exencephaly and open eye, and another fetus had gastro- and cranioschisis, an asymmetric skull and oedema of the trunk. One fetus in another litter had a diaphragmatic hernia. Furthermore, abnormal positions of forelimbs were observed in twenty-five fetuses from seven litters and of the hindlimbs in

*Table 4. Selected findings from a study of prenatal developmental toxicity in rabbits given fenpropimorph by gavage*

| | Dose (mg/kg bw per day) | | | |
|---|---|---|---|---|
| | 0 | 7.5 | 15 | 30 |
| No. of females on study/pregnant at caesarean section | 20/18 | 20/20 | 20/20 | 20/20 |
| Body-weight gain over whole treatment period (g) | 140 | 96 | 103 | 42** |
| Mean No. of corpora lutea/implantations | 8.8/7.2 | 8.8/7.1 | 8.8/7.5 | 7.8/6.3 |
| Mean No. of early/late resorptions | 0.2/0 | 0.3/0.1 | 0.5/0.1 | 0.4/0.1 |
| Mean pre-/postimplantation loss (%) | 17.7/0.2 | 18.7/0.4 | 14.4/0.6 | 19.6/0.5 |
| Total/mean No. of live fetuses | 126/7.0 | 134/6.7 | 138/6.9 | 116/5.8 |
| Mean sex ratio (% males) | 54 | 43 | 52 | 47 |
| Mean gravid uterus weight (g) | 369 | 347 | 356 | 287* |
| Mean fetal weight, males/females (g) | 38.0/38.0 | 37.6/37.4 | 38.0/35.2 | 34.7*/35.1 |
| Shortened fore- and hindlimbs (No. of fetuses/litters) | 0 | 0 | 0 | 20/3ª |
| Cleft palate (No. of fetuses/litters) | 0 | 0 | 0 | 4/2 |
| Abnormal positions of forelimbs (No. of fetuses/litters) | 0 | 0 | 0 | 25/7ᵇ |
| Abnormal positions of hindlimbs (No. of fetuses/litters) | 0 | 0 | 0 | 8/3ᵇ |

From Marty (1993)

$*p < 0.05, **p > 0.01$

ªFinding not reported in historical controls

ᵇHistorical controls: 0–3.7% of fetuses, 0–20% of litters

eight fetuses from three litters (Table 4). The external findings were confirmed by skeletal examination.

The NOAEL for maternal toxicity was 15 mg/kg bw per day on the basis of clinical signs (swelling of the anus) and reduction of food consumption and body-weight gain at 30 mg/kg bw per day. The NOAEL for developmental toxicity was 15 mg/kg bw per day on the basis of evidence for embryo- and fetotoxicity and teratogenicity at 30 mg/kg bw per day (Marty, 1993).

## Comments

Fenpropimorph is of low acute toxicity; in rats, the oral median lethal dose ($LD_{50}$) was 1500–3500 mg/kg bw, the dermal $LD_{50}$ was 4300 mg/kg bw, and the inhalation median lethal concentration ($LC_{50}$) was 2.9 mg/l of air (studies evaluated by the JMPR in 1994 and 2001; Annex 1, references 73 and 94.

In a study of acute neurotoxicity in rats, the NOAEL was 100 mg/kg bw per day on the basis of clinical and behavioural signs observed at doses of 500 and 1500 mg/kg bw per day.

In a screening study of pre- and postnatal developmental toxicity in rats, the NOAEL for maternal toxicity was <5 mg/kg bw per day on the basis of decreased food consumption during pregnancy and lactation, and reduced body-weight gain during pregnancy, at all doses. The NOAEL for developmental toxicity was <5 mg/kg bw per day on the basis of reduced body weight or body-weight gain in pups at all doses during lactation.

In a study of prenatal developmental toxicity in rats, an increased incidence of cleft palate (fourteen fetuses from seven litters) was observed at the highest dose of 160 mg/kg bw per day. At this dose, severe maternal toxicity, including mortality, was found. The

MONSANTO

33

NOAEL for developmental toxicity was 40 mg/kg bw per day, while the NOAEL for maternal toxicity was 10 mg/kg bw per day.

In a study of prenatal developmental toxicity in Himalayan rabbits, severe maternal toxicity, including mortality, was found at 60 mg/kg bw per day, the highest dose tested. The number of early resorptions and dead fetuses was increased such that only one fetus survived. This fetus had several abnormalities, including syndactyly of the forelimbs, an anomalous position of the hindlimbs and micromelia, fusion of individual sternebrae, and reduced weight and length. At 36 mg/kg bw per day, the clinical signs in dams (diarrhoea, salivation) were less severe and occurred at a lower incidence than at the highest dose. Two animals aborted and three were killed in extremis. The number of postimplantation losses was slightly increased at this dose. Six fetuses from two litters had pseudoankylosis, a skeletal variation. The NOAEL was 12 mg/kg bw per day for both maternal toxicity and developmental toxicity.

In a study of prenatal developmental toxicity in Russian rabbits, maternal toxicity (swelling of the anus, reduction of food consumption and of body weight or body-weight gain, weight loss) was observed only at the highest dose tested, 30 mg/kg bw per day. There were no effects on pre- or postimplantation loss, number of live or dead fetuses per litter and sex ratio. Mean gravid uterus weight and weights of male fetuses were significantly reduced at the highest dose. There was an increase in the total number of malformations (21 fetuses from four litters) and in findings described as "anomalies" (36 fetuses from 13 litters). The malformations occurred mainly in the litters of three dams that showed marked signs of toxicity during treatment. Twenty fetuses from three litters had shortened fore- and hindlimbs, and four fetuses from two litters had a cleft palate. Furthermore, position anomalies were observed in the forelimbs in twenty-five fetuses from seven litters and in the hindlimbs in eight fetuses from three litters. The NOAEL was 15 mg/kg bw per day for both maternal toxicity and developmental toxicity.

### Toxicological evaluation

The Meeting established an ARfD of 0.2 mg/kg bw on the basis of an overall NOAEL of 15 mg/kg bw per day for embryo- and fetotoxicity and teratogenicity in two studies of prenatal developmental toxicity in rabbits, and using a safety factor of 100. The lowest-observed-adverse-effect level (LOAEL) of 5 mg/kg bw per day for decreased body-weight gain in pups in the screening study of pre- and postnatal developmental toxicity in rats is related to repeated pre- and postnatal exposure, and is therefore not considered to be an appropriate basis for establishing an ARfD.

*Levels relevant to risk assessment*

| Species | Study | Effect | NOAEL | LOAEL |
|---------|-------|--------|-------|-------|
| Rat | Acute neurotoxicity | Neurotoxicity | 100 mg/kg bw per day | 500 mg/kg bw per day |
| | Screening for prenatal and postnatal developmental toxicity | Maternal toxicity | <5 mg/kg bw per day | 5 mg/kg bw per day |
| | | Developmental toxicity | <5 mg/kg bw per day* | 5 mg/kg bw per day* |
| | Prenatal developmental toxicity | Maternal toxicity | 10 mg/kg bw per day | 40 mg/kg bw per day |
| | | Developmental toxicity | 40 mg/kg bw per day | 160 mg/kg bw per day |
| Rabbit | Prenatal developmental toxicity | Maternal toxicity | 12 mg/kg bw per day | 36 mg/kg bw per day |
| | | Developmental toxicity | 12 mg/kg bw per day | 36 mg/kg bw per day |
| | Prenatal developmental toxicity | Maternal toxicity | 15 mg/kg bw per day | 30 mg/kg bw per day |
| | | Developmental toxicity | 15 mg/kg bw per day | 30 mg/kg bw per day |

*NOAEL and LOAEL for an effect that is not considered relevant for a single exposure

34

*Estimate of acute reference dose*

0.2 mg/kg bw

# References

Hofmann, H.T. & Merkle, J. (1978) Investigation to determine the prenatal toxicity of 4-[3-[4-(1,1-dimethyl ethyl)phenyl]-2-methyl]propyl-2,6(*cis*)-dimethyl morpholine on rats. Unpublished report No. 78/043, dated 6 October 1978, from BASF AG, Ludwigshafen, Germany. Submitted to WHO by BASF AG, Ludwigshafen, Germany.

Marty, J.H. (1993) CGA 101031 technical: rabbit oral teratogenicity. Unpublished report No. 93/11016, study No. 923154, dated 29 June 1993, from Ciba-Geigy Ltd, Toxicology Services, Stein, Switzerland. Submitted to WHO by BASF AG, Ludwigshafen, Germany.

Schilling, K., Deckardt, K., Gembardt, C. & Hildebrand, B. (2000) Fenpropimorph—pre-/postnatal screening toxicity study in Wistar rats. Continuous dietary administration. Unpublished report No. 2000/101325, project No. 62R0047/93068, dated 4 August 2000, from BASF AG, Ludwigshafen, Germany. Submitted to WHO by BASF AG, Ludwigshafen, Germany.

Zeller, H. & Merkle, J. (1980) Study to determine the prenatal toxicity of 4-[3-[4-(1,1-dimethylethyl)phenyl]-2-methyl]propyl-2,6(*cis*)-dimethyl morpholine (regulatory No. 108 406) in rabbits. Unpublished report No. 80/0109, dated 22 April 1980, from BASF AG, Ludwigshafen, Germany. Submitted to WHO by BASF AG, Ludwigshafen, Germany.

MONGI Y02402372

## FENPYROXIMATE (addendum)

*First draft prepared by*
*T.C. Marrs*
*Food Standards Agency, London, England*

| | |
|---|---|
| Explanation........................................................................................................ | 35 |
| Evaluation for an acute reference dose........................................................... | 35 |
| Toxicological studies ................................................................ | 35 |
| Short-term studies of toxicity ........................................................ | 35 |
| Reproductive toxicity ................................................................ | 39 |
| Multigeneration studies ................................................................ | 39 |
| Developmental toxicity................................................................ | 41 |
| Comments........................................................................................................ | 43 |
| Toxicological evaluation................................................................ | 44 |
| References ........................................................................................................ | 44 |

### Explanation

### Evaluation for an acute reference dose

Fenpyroximate is a phenoxypyrazole acaricide. Fenpyroximate was evaluated by the 1995 JMPR, when an acceptable daily intake (ADI) of 0–0.01 mg/kg bw was established based upon a no-observed-adverse-effect level (NOAEL) of 1 mg/kg bw per day in a 104-week study in rats and a safety factor of 100. The critical effect in that study was a reduction in body-weight gain. Fenpyroximate was re-evaluated by the present Meeting in order to determine an acute reference dose (ARfD).

### 1. Toxicological studies

#### 1.1 *Short-term studies of toxicity*

*Mice*

A 4-week range-finding study in SPF ICR (Crj:CD-1) mice was undertaken. This was to determine the doses suitable for use in an 18-month study of carcinogenicity. Groups of nine males and nine females (aged 4 weeks) were given diets containing fenpyroximate (purity, 97.9%) at a concentration of 0, 20, 100 or 500 ppm, producing intakes of test material of 0, 2.58, 12.9 and 53.2 mg/kg bw per day for males and 0, 3.07, 14.5 and 66.7 mg/kg bw per day for females. The animals were observed daily. Food consumption was measured weekly. After 4 weeks, urine analysis was carried out. Blood was taken for haematological and clinical chemistry examination (including cholinesterase activity) after 4 weeks of treatment. At autopsy, the weights of selected organs were recorded. Pathological examination by microscopy was not carried out. No abnormal clinical signs were observed, and no deaths occurred. There was a decrease in body weight compared with that of the controls at weeks 1, 2 and 4 in the males and at week 4 in the females at 500 ppm. In the same group, food consumption was depressed in the males at weeks 1 and 4 and at week 1 at 100 ppm. The specific gravity of the urine was reduced in male mice at 100 and 500 ppm. Notable changes in haematological parameters were not seen. A decrease in

MONGLY02402373

36

alanine aminotransferase activity was seen in male mice and an increase in blood urea nitrogen in female mice, both at the highest dietary concentration only. No test-material-related changes were noted in plasma or erythrocyte cholinesterase activities. No test-material related changes in gross pathology or organ weights were observed. The NOAEL for the study was 20 ppm (equal to 2.58 and 3.07 mg/kg bw per day in males and females respectively) on the basis of reduced food consumption at week 1 in males at 100 ppm (Takahashi, 1987).

Another 4-week range-finding study in SPF ICR (Crj:CD-1) mice was undertaken to determine the doses suitable for use in an 18-month study of carcinogenicity. A second range finding study was considered necessary, as few changes were found in the first (see above; Takahashi, 1987). Groups of nine males and nine females (aged 5 weeks) were given diets containing fenpyroximate (purity, 97.9%) at a concentration of 0, 80, 400 or 2000 ppm. These diets produced intakes of fenpyroximate of 0, 10.8, 48.4 and 182 mg/kg bw per day for males and 0, 11.7, 50.4 and 170 mg/kg bw per day for females. The animals were observed daily and the numbers of animals killed in extremis or found dead were recorded. Body weights were recorded weekly and food consumption was recorded over each period of 7 days. Urine analysis was performed on survivors at 4 weeks. Blood was taken for haematological and clinical chemistry examination (including cholinesterase activity) after 4 weeks of treatment. At autopsy, the weights of selected organs were recorded. Pathological examination by microscopy was not carried out. No deaths were seen and no clinical sign attributable to fenpyroximate was observed. At 2000 ppm, there was decreased body-weight gain and food consumption, while at 400 ppm in males there was decreased body-weight gain. Haematological examination showed decreases in erythrocyte volume fraction, haemoglobin concentration and total leukocyte count in males, and in haemoglobin concentration, erythrocyte count and mean corpuscular haemoglobin in females. An increase in aspartate aminotransferase activity was seen in both sexes and a decrease in total plasma protein was seen, also in both sexes. At 2000 ppm in males, absolute weights of the brain, pituitary, heart, thymus, kidney and testis were decreased. There was also, at this dietary concentration in the males, increases in the relative weights of the brain, thyroid, heart and adrenals and decreases in relative weights of the thymus and spleen. In the females at the highest dietary concentration, there were decreases in the absolute weight of the brain, pituitary, thyroid, heart, thymus, liver, kidney, spleen, adrenal and ovaries and an increase in the relative weight of the brain, heart and liver, and a decrease in the relative weight of the spleen and ovaries. At 400 ppm, the only finding of interest was a decrease in body-weight gain in males; on the basis of this finding, the NOAEL was 80 ppm, equal to 10.8 mg/kg bw per day for males and 11.7 mg/kg bw per day for females (Takahashi, 1988).

*Rats*

A 13-week study in CD rats was undertaken to assist in determining the doses for a 2-year combined study of carcinogenicity and toxicity. Groups of 10 males and 10 females were given diets containing fenpyroximate (purity, 99.0%) at a concentration of 0, 20, 100 or 500 ppm (equal to 0, 1.30, 6.57 and 35.2 mg/kg bw per day for males and 0, 1.65, 8.29 and 38.6 mg/kg bw per day for females. The rats were examined twice daily and any clinical signs recorded. A more detailed physical examination was carried out weekly. Body weights were estimated weekly, as was food consumption. Ophthalmoscopy was carried out before the start of the experiment on all rats and at 13 weeks in the controls and in the rats fed fenpyroximate at the highest dietary concentration. Blood was taken at 13 weeks for haematological and clinical chemistry examination. Urine analysis was undertaken at 13 weeks. After the rats had been killed, selected organs were removed, weighed and processed

37

for microscopical examination. A total of three intercurrent mortalities occurred (two males at the highest dietary concentration, and one female at 20 ppm). None of these fatalities was believed to be related to the administration of the test material. No abnormal clinical signs were seen, but hair loss and encrustations/excoriations of the skin were seen in females at 500 ppm; a few males at this dose had encrustations of the muzzle. Body-weight gain in both sexes at 100 and 500 ppm was lower than that in controls (markedly so at 500 ppm). Food consumption was markedly lower in both sexes in rats receiving fenpyroximate at a dietary concentration of 500 ppm. No significant abnormality was found on ophthal-moscopy. At 500 ppm, there was an increase in erythrocyte volume fraction, haemoglobin concentration and erythrocyte count, as well as a decrease in total leukocyte count in males and an increase in erythrocyte volume fraction, haemoglobin concentration and erythrocyte count in females. At 100 ppm, there was a decrease in total leukocyte count in males. Lowered total protein was seen in both sexes at 500 ppm and in females at 100 ppm. Lower plasma butyrylcholinesterase activity was seen in females at 500 ppm. A rise in the activ-ity of alkaline phosphatase was observed in females at 500 ppm. In rats treated with fen-pyroximate at 500 ppm for 12 weeks, the volume and pH of the urine were decreased in males and the specific gravity was decreased in females. No treatment-related intergroup differences were seen in organ weights. At autopsy, facial hair loss was noted in females at 500 ppm. At microscopy, minimal hepatocyte hypertrophy was seen in both sexes at 100 ppm and 500 ppm. The NOAEL for the study was 20 ppm, equal to 1.30 mg/kg bw per day for males and 1.65 mg/kg bw per day for females, on the basis of minimal hepatocyte hypertrophy at the higher doses (Aughton, 1987).

*Dogs*

In a 13-week study, groups of four male and four female dogs received capsules con-taining fenpyroximate (purity, 98.4–98.6%) at a dose of 2, 10 or 50 mg/kg bw per day. Con-trols (four dogs of each sex per group) received the empty gelatin capsules. Dogs were inspected throughout the working day and daily observation of each animal was carried out. A more detailed weekly examination was also carried out. A detailed veterinary examina-tion was carried out before the start of the study and after 4, 8 and 12 weeks of treatment. Ophthalmoscopic examination of the eyes was undertaken after 4, 8 and 12 weeks of treat-ment. Debilitated animals were carefully observed and those in extremis were killed, blood samples having been taken ante mortem. Body weight was measured at the start of the study, thence weekly and before death. Food consumption was measured daily. Water consump-tion was measured during 3 days in week 6. Electrocardiography was performed before the start of treatment and at weeks 6 and 12; at weeks 6 and 12, electrocardiography was per-formed both 2 h and 24 h after dosing. Before the start of treatment and after 6 and 12 weeks of dosing, blood was taken for haematological investigations and clinical chemistry studies; during the treatment period, samples were taken before dosing. Urine analysis was carried out before the start of the study and after 11 weeks of treatment. Surviving dogs were killed at 12 weeks and a detailed necropsy undertaken. Selected organs were removed and weighed. Samples of selected organs and any macroscopical abnormalities were processed for histopathological examination. Two females at the highest dose were killed in extremis during the study, because of severe weight loss and loss of appetite. Dogs in all treated groups had diarrhoea, and in the males this appeared to be dose-related and was apparent from week 1 (see Tables 1 and 2).

Emesis was seen in both sexes at 10 and 50 mg/kg bw per day. Emaciation was seen at 50 mg/kg bw per day (and in one female at 2 mg/kg bw per day). Torpor was seen in some females at 2 and 10 mg/kg bw per day, and in males and females at 50 mg/kg bw per

38

*Table 1. The mean percentage[a] of dogs having diarrhoea after treatment with capsules containing fenpyroximate in a 13-week study*

| Sex | Dose (mg/kg bw per day) | | | |
|---|---|---|---|---|
| | 0 | 2 | 10 | 50 |
| Males | 8.5 | 22.7 | 21.2 | 70.0 |
| Females | 5.0 | 30.8 | 50.0 | 48.0 |

From Broadmeadow (1989)

[a]The percentage of dogs having diarrhoea was recorded each day. The mean percentage of dogs having diarrhoea was calculated by adding the daily percentage for each group and dividing by the number of days on which observations had been carried out

*Table 2. Data from individual animals[a] on diarrhoea observed before dosing and during week 1 of dosing*

| Individual | Dose (mg/kg bw per day) | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Males | | | | Females | | | |
| | 0 | 2 | 10 | 50 | 0 | 2 | 10 | 50 |
| 1 | 0 (3) | 0 (4) | 0 (4) | 0 (7) | 0 (0) | 0 (5) | 0 (5) | 0 (3) |
| 2 | 0 (0) | 0 (2) | 0 (6) | 0 (7) | 0 (0) | 1 (6) | 0 (6) | 1 (7) |
| 3 | 0 (0) | 0 (0) | 1 (0) | 0 (2) | 3 (3) | 0 (2) | 0 (0) | 0 (2) |
| 4 | 0 (0) | 0 (1) | 0 (1) | 0 (6) | 0 (0) | 0 (0) | 0 (1) | 0 (0) |

From Broadmeadow (1989)

[a]The first figure is the number of days during the week before dosing that each beagle had diarrhoea; the figure in parentheses is the number of days during the first week of dosing that each beagle had diarrhoea

day. Weight loss was seen in week 1, in females receiving fenpyroximate at a dose of 10 mg/kg bw per day and in males and females at a dose of 50 mg/kg bw per day. Body-weight gain was clearly depressed at 50 mg/kg bw per day in males, and at 50 and 10 mg/kg bw per day in females, compared with that of the controls. Body-weight gain in females was marginally depressed, compared with that of the controls, in the group receiving fenpyroximate at 2 mg/kg bw per day. Food consumption was unaffected by treatment in males, but was reduced by treatment in a dose-related fashion in females. No treatment-related ocular lesions were noted. Slight bradycardia was seen in all treatment groups in both sexes, but especially in the groups receiving fenpyroximate at 10 and 50 mg/kg bw per day. There was no consistent difference between the measurements made 2 h after dosing and 24 h after dosing, and the bradycardia was not consistently present at 2 mg/kg bw per day. In males at all doses and in females at 2 and 10 mg/kg bw per day, no differences in haematological parameters were seen, compared with those of the concurrent controls. In females at 50 mg/kg bw per day, low total leukocyte counts at 6 weeks and 12 weeks, prolonged activated partial thromboplastin times at 6 weeks and high platelet counts at 12 weeks were recorded relative to these values for the concurrent controls. The two decedents (both females at 50 mg/kg bw per day) had low leukocyte counts. Raised blood urea nitrogen concentration was seen in females at 50 mg/kg bw per day at week 6, and at 2 and 50 mg/kg bw per day at week 12; it is unclear whether these effects were treatment-related as there was no clear dose–response relationship. Low concentrations of glucose were seen in males at 10 mg/kg bw per day and in both sexes at 50 mg/kg bw per day at weeks 6 and 12. The two decedents (both females at 50 mg/kg bw per day) had high blood urea concentrations and low plasma butyrylcholinesterase activities, and one of them had a low concentration of blood glucose. No intergoup differences were seen in the results of urine analysis. Slightly higher absolute and relative weights of the adrenals were observed in males at 50 mg/kg bw

MONGLY02402376

39

per day and slightly higher relative weights of the adrenals in females at that dose. Relative weights of the liver were increased in both sexes at 50 mg/kg bw per day. Macroscopic examination post mortem showed emaciation in one surviving female at 50 mg/kg bw per day. The decedents showed emaciation. There was depleted hepatic glycogen and fine renal medullary cytoplasmic vacuolation in the two decedent females at the highest dose, as well as in one surviving female at 50 mg/kg bw per day. The lowest-observed-adverse-effect level (LOAEL) for the study was 2 mg/kg bw per day on the basis of clinical signs at that dose (diarrhoea in both sexes, and torpor in females) and reduced body-weight gain in females. This LOAEL is probably close to the NOAEL (Broadmeadow, 1989).

### 1.2   Reproductive toxicity

#### (a)   Multigeneration studies

##### Rats

In a two-generation study of toxicity, groups of male and female CD rats were given diets containing fenpyroximate (purity, 97.3%) at a concentration of 0, 10, 30 or 100 ppm (equal to 0.67, 1.99 and 6.59 mg/kg bw per day for the $F_0$ males and 0.83, 2.44 and 8.60 mg/kg bw per day for the $F_0$ females, and 0.78, 2.33 and 8.45 mg/kg bw per day for the $F_1$ males and 0.96, 2.82 and 9.92 mg/kg bw per day for the $F_1$ females). In the $F_0$ generation, there were 24 males and 24 females in each group and they received the test diets for 14 weeks before being paired to produce the $F_1$ litters; treatment of the $F_0$ parents was continued throughout mating and until weaning of the $F_1$ offspring, at which time the $F_0$ males were killed, while the females were killed about 10 days later. At each dietary concentration, the size of these litters was reduced to eight (four males and four females where the numbers of each sex in the litter made this possible). Where the litter size was less than eight, culling was not carried out. Twenty-four males and 24 females were selected as the $F_1$ generation (if possible, one male and one female being selected from each litter. These animals were given diets containing fenpyroximate, as described above, for 14 weeks, after which they were paired to produce the $F_2$ litters. Treatment of the $F_1$ parents via the diet continued throughout mating and until weaning of the $F_2$ offspring, at which time the $F_1$ males and the $F_2$ offspring were killed, while the females were killed about 10 days later. All animals were examined daily throughout the study and any clinical signs were recorded. Animals found dead or killed in extremis were examined macroscopically and abnormal tissues retained. Males were weighed weekly throughout, while females were weighed weekly until mating was detected and thence on days 0, 6, 13 and 20 post coitum and on postnatal days 1, 4, 7, 14, 21 and 25. Food consumption was recorded weekly until pairing. The time between pairing and detection of mating was noted (precoital interval) and the time between detection of mating and commencement of parturition (i.e. the duration of gestation) was recorded. In each generation, on postnatal day 1 the number of offspring borne (alive or dead) was recorded, together with the individual weights and sex. The offspring were examined. Thereafter, daily records were kept of mortality of the offspring. The offspring were weighed on postnatal days 1 and 4 (i.e. before culling) and on postnatal days 7, 14, 21 and 25, and sexed on postnatal days 1 and 4 (before culling) and on postnatal days 14 and 25. Physical development was assessed by recording the time of unfolding of the pinna, growth of body hair, tooth eruption and eye opening. All parental animals were the subject of detailed necropsy and the reproductive organs were weighed (testis, seminal vesicles, prostate and epididymis in males, uterus and ovaries in females) and retained. In the females, the number of uterine implantation sites was recorded. Histopathological examination was carried out on the reproductive organs (testis, seminal vesicles, prostate and

MONGLY02402377

40

epididymis in males, ovaries, uterus, vagina in females and pituitary in both sexes) and also on any tissue noted at macroscopic examination to be abnormal. Additionally, in those females with litter loss, the mammary glands were examined histopathologically. Offspring found dead, culled at postnatal day 4, $F_1$ weanlings not selected for continuation of the study (that were killed at age 29–32 days) and $F_2$ weanlings (that were killed at age 25–27 days) were examined externally and internally for macroscopic abnormalities. In the offspring, any tissue noted at macroscopic examination to be abnormal was examined histopathologically.

In the $F_o$ generation, no intergroup differences in clinical signs were observed. One female in the $F_o$ generation, receiving fenpyroximate at 30 ppm, was killed in extremis, its poor condition apparently being due to difficulties with parturition, this event occurring on the 23rd day post coitum. Although there were some minor intergroup differences in body-weight gain in the males of the $F_o$ generation, these were not dose-related. In the females at 100 ppm, weight gain was reduced in the period up to pairing and during gestation. In the $F_o$ females at 30 ppm, there was slightly reduced body-weight gain during gestation. In the $F_o$ males at 100 ppm, there was slightly reduced food consumption compared with that of the controls, but food consumption was not reduced in males receiving fenpyroximate at lower dietary concentration nor in any group of females. Estrus cycles, mating perfor-mance, gestation length and gestation index were not affected by treatment. At 100 ppm in the $F_o$ generation, the conception rate and fertility index were slightly reduced. Litter size at birth and viability up until the time of weaning were not affected by treatment. The initial body weights of the offspring were similar in all groups, but weight gain until weaning of the $F_1$ offspring in the group receiving fenpyroximate at 100 ppm was reduced. Physical development in the groups was similar. There was no indication of a treatment-related effect on sex ratio. Necropsy of adult $F_o$ rats, of $F_1$ offspring which died before weaning, and of $F_1$ offspring, which were culled on postnatal day 4 or which were not selected to be $F_1$ parents, did not show treatment-related macroscopic abnormalities. Absolute and relative weights of the reproductive organs in all groups were similar. No treatment-related effect was apparent on histopathological examination of the organs of reproduction.

One female in the $F_1$ generation receiving fenpyroximate at 100 ppm was killed in extremis on day 24 post coitum and was found to have a ruptured uterus. Intergroup dif-ferences in clinical signs were seen in neither sex. At 100 ppm, there was a reduction in body-weight gain in males of the $F_1$ generation. In females at 100 ppm, body-weight gain was reduced in the period up to pairing and during gestation, but recovered during lacta-tion. Reduced body-weight gain was not seen at lower dietary concentrations in either sex. In the $F_1$ males at 100 ppm, food consumption was slightly reduced compared with that of the controls, but food consumption was not reduced in males receiving fenpyroximate at lower dietary concentrations, nor in any group of females. Estrus cycles, mating perfor-mance, gestation length and gestation index were not affected by treatment. Notably, at 100 ppm in the $F_1$ generation, the conception rate and fertility index were not reduced. Litter size at birth and viability up until the time of weaning were not affected by treatment. The initial body weights of the offspring were similar in all groups, but weight gain until weaning of the $F_2$ offspring in the group at 100 ppm was reduced. Physical development in the groups was similar. No intergroup differences in sex ratio, that were attributable to treatment, were seen. Necropsy of adult $F_1$ rats, of $F_2$ offspring that died before weaning and of $F_1$ offspring that were culled on postnatal day 4 or that were killed at termination after weaning did not show any treatment-related macroscopic abnormalities. In the $F_1$ males, the absolute weights

41

of the testes were increased in all treatment groups and the relative weights of the testes at 100 ppm. Epididymal weights (both relative and absolute) were increased at 100 ppm. Absolute and relative weights of other reproductive organs were not altered in a treatment-related fashion. No treatment-related effects were seen on histopathological examination of the organs of reproduction. The NOAELs for parental, offspring and reproductive toxicity were all 30 ppm (equal to 1.99 mg/kg bw per day for $F_0$ males, 2.44 mg/kg bw per day for $F_0$ females, 2.33 mg/kg bw per day for $F_1$ males and 2.82 mg/kg bw per day for $F_1$ females). The NOAEL for parental toxicity was identified on the basis of reduced body-weight gain and food consumption at 100 ppm, together with increased testicular and epididymal weights in males at 100 ppm. The NOAEL for offspring toxicity was identified on the basis of reduced body-weight gain in the offspring at 100 ppm, while that for reproductive performance was identified on the basis of reduction in conception rate and fertility index in the $F_0$ generation only (Higgins, 1989a).

### (b)   Developmental toxicity

#### Rats

In a study of developmental toxicity, groups of 22 pregnant CD rats were given fenpyroximate (purity, 97.6%) at a dose of 1, 5 or 25 mg/kg bw per day by gavage from day 6 to day 15 of gestation. A control group of rats received vehicle only. The rats were examined daily during the study and animals found dead were examined macroscopically. The rats were weighed on days 0, 3, 6 to 16, 18 and 20 of gestation. Food consumption and water consumption were recorded over days 0–2, 3–5, 6–8, 9–11, 12–15, 16–17 and 18–19 of gestation. The surviving rats were killed on day 20 of gestation for examination macroscopically and for examination of their uterine contents. The numbers of corpora lutea per ovary, implantation sites, resorption sites and number of live and dead fetuses were recorded. The fetuses were weighed, sexed and examined for external abnormalities. Approximately two thirds of the animals in each litter were processed and stained (with alizarin red) for skeletal examination and the remaining one third were fixed in Bouin's fixative and serially sectioned. Three deaths occurred on day 12 of gestation in the group receiving the intermediate dose (5 mg/kg bw per day) and none in the other groups; the cause of death could not determined, but because deaths were not observed in the group receiving the highest dose, the effect was not considered to be related to the test material. No intergroup differences in clinical condition were seen. At 25 mg/kg bw per day, there was initial weight loss and although weight gain thereafter was similar to that in the other groups, body weights in this group were persistently low compared with those of the controls. No intergroup differences in body weight or body-weight gain were seen in the other groups. Food intake at 25 mg/kg bw per day was initially reduced and water intake increased, but intergroup differences in food intake and water intake were not seen in the other groups. Necropsy at day 20 showed no treatment-related macroscopic abnormalities. The numbers of implantations, viable young and resorptions and the extent of pre- and postimplantation losses were not affected by treatment. Fetal and placental weights were unaffected by treatment. All treated groups showed increases in the number of thoracic ribs, which was greatest at 25 mg/kg bw per day. At the lower doses, there was no clear dose–response relationship. The NOAEL was accordingly 5 mg/kg bw per day on the basis of maternal weight loss, initially reduced maternal food consumption and increased maternal water intake. The NOAEL for embryo/fetal toxicity was also 5 mg/kg bw per day on the basis of increases in the number of thoracic ribs (Higgins, 1989b).

42

*Rabbits*

In a preliminary study of developmental toxicity, groups of four pregnant New Zealand white rabbits were given fenpyroximate (purity, 98.4%) at a dose of 2.5 or 5.0 mg/kg bw per day by gavage from day 6 to day 19 of gestation. An additional group of four pregnant rabbits received the vehicle only, and a group of three pregnant rabbits received fenpyroximate at a dose of 1.0 mg/kg bw per day by gavage. Animals were examined and weighed daily and adverse effects were recorded. Food and water intake was recorded over days 1–5, 6–12, 13–19, 20–23 and 24–28 of gestation. On day 29, the rabbits were killed, examined macroscopically and abnormal tissues were retained and fixed. The reproductive tract was dissected out and the number of corpora lutea in each ovary and the number of implantation sites and resorption sites were determined. Also, the number and distribution of live and dead fetuses were determined. The weight of each fetus and placenta was determined, and any external abnormalities of fetuses and placentas were recorded. The fetuses were eviscerated and one third were decapitated. Adverse effects were only seen at 5.0 mg/kg bw per day. These were depression of maternal body-weight gain and reduced food and water intake. Increased postimplantation loss, reduced fetal weight and anomalies were observed. The NOAELs for maternal and fetal toxicity were both 2.5 mg/kg bw per day (Bailey, 1989).

In a study of developmental toxicity, groups of 15 pregnant New Zealand white rabbits received fenpyroximate (purity, 97.6%) at a dose of 1.0, 2.5 or 5.0 mg/kg bw per day by gavage from day 6 to day 19 of gestation. An additional group of 15 pregnant rabbits received the vehicle only. The rabbits were observed daily throughout the study and any that were observed to be in extremis or that had aborted were killed, macroscopic examination being carried out. The rabbits were weighed daily and food and water intake was recorded for days 1–5, 6–12, 13–19, 20–23 and 24–28 days of gestation. On day 29 of gestation, the animals were killed and examined macroscopically. The reproductive tract, including the ovaries, were examined and the numbers of corpora lutea, implantation sites, resorption sites and live and dead fetuses were determined. The fetuses and placentas were weighed and examined for external abnormalities. Approximately two thirds of the animals in each litter were processed and stained (with alizarin red) for skeletal examination and the remaining one third were fixed in Bouin's fixative and serially sectioned. Two rabbits at 2.5 mg/kg bw per day group were killed in extremis. One appeared to have a respiratory infection and the other a gastrointestinal disturbance. There was a reduced level of faecal output in all the test groups, particularly in the group receiving the highest dose. Loss of body weight early in the treatment period followed by recovery was observed at 2.5 and 5.0 mg/kg bw per day. No effect on body weight was seen at 1.0 mg/kg bw per day. A reduction in food consumption was noted at 2.5 and 5.0 mg/kg bw per day and the reduction was marked at 5.0 mg/kg bw per day. A reduction in water consumption was seen at 5.0 mg/kg bw per day early in the study. One female in each of the groups receiving fenpyroximate at a dose of 2.5 or 5.0 mg/kg bw per day had complete litter resorption. The prevalence of complete litter loss was within the range for historical controls at the testing facility. One female receiving fenpyroximate at 5.0 mg/kg bw per day aborted. There were no intergroup differences in numbers of implantations, viable young, pre- and postimplantation loss and fetal and placental weights. A higher incidence of unilateral and bilateral slightly folded retinas was observed in the group at 5.0 mg/kg bw per day compared with the concurrent controls: the frequency of these findings was just within the ranges for controls at that testing facility (see Table 3). The biological significance of the higher incidence of unilateral and bilateral slightly folded retinas was unclear.

MONGLY02402380

*Table 3. Incidence (%) of slightly folded retina in fetuses and litters*[a]

| | Dose (mg/kg bw) | | | |
| --- | --- | --- | --- | --- |
| | 0 | 1 | 2.5 | 5 |
| Unilateral | 8.1 (3) | 6.1 (2) | 5.9 (2) | 25.8 (6) |
| Bilateral | 10.8 (3) | 6.1 (2) | 14.7 (4) | 16.1 (5) |

From King (1989)

[a]The first value is the percentage incidence in fetuses; the value in parentheses is the litter data

A single fetus at the highest dose had abnormalities of the heart and great vessels. The NOAEL for maternal toxicity was 1 mg/kg bw per day on the basis of reduced body weight and food consumption. The NOAEL for fetotoxicity was 2.5 mg/kg bw per day on the basis of unilateral and bilateral slightly folded retinas at 5 mg/kg bw per day. These NOAELs are consistent with those idientified in the preliminary study (King, 1989).

## Comments

The acute oral $LD_{50}$ of fenpyroximate was 245 and 480 mg/kg bw in male and female rats respectively.

The toxic effects of fenpyroximate include diarrhoea, failure to gain weight and haematological and clinical chemistry changes. In short-term (range-finding) dietary studies in mice, the effects of fenpyroximate were mainly limited to decreases in food consumption and reduced body-weight gain. The NOAELs for the two studies were 20 ppm (equal to 2.58 and 3.07 mg/kg bw per day in males and females, respectively) and 80 ppm (equal to 10.8 mg/kg bw per day in males and 11.7 mg/kg bw per day in females). In a 13-week dietary study in rats, effects were seen on body-weight gain, food consumption and haematological and clinical chemistry parameters. The NOAEL for the study was 20 ppm (equal to 1.30 mg/kg bw per day in males and 1.65 mg/kg bw per day in females). In a 13-week study in dogs given capsules containing fenpyroximate, weight loss or decreased weight gain, decreased food consumption and diarrhoea were seen. No NOAEL was identified in this study and the LOAEL was 2 mg/kg bw per day on the basis of diarrhoea occurring at all doses. This was considered to be a minimal effect level, and occurred from the beginning of the study. In a dietary study of reproductive toxicity in rats, parental toxicity comprised reduced body-weight gain and food consumption in both sexes, and increased testicular and epididymal weights in males. Offspring toxicity consisted of reduced body-weight gain. A reduction in conception rate and fertility index was observed in one generation only. The NOAELs for parental, offspring and reproductive toxicity were all 30 ppm (equal to 1.99 mg/kg bw per day in $F_0$ males, 2.44 mg/kg bw per day in $F_0$ females, 2.33 mg/kg bw per day in $F_1$ males and 2.82 mg/kg bw per day in $F_1$ females). In a study of developmental toxicity in rats treated by gavage, effects were seen on maternal body weight, while increases in the number of thoracic ribs were found in fetuses. The NOAEL for both effects was 5 mg/kg bw per day. In preliminary and substantive studies of the developmental toxicity of fenpyroximate in rabbits treated by gavage, reduced maternal body weight and food consumption was seen at the higher doses. These effects were not considered relevant for establishing an ARfD. The NOAEL for maternal toxicity was 1 mg/kg bw day. Significant elevations in the frequency of unilateral and bilateral slightly folded retinas were observed in fetuses at 5 mg/kg bw per day. No other significant evidence of fetotoxicity was observed and the biological significance of this finding is unclear.

MONGLY02402381

44

### Toxicological evaluation

The Meeting established an ARfD of 0.01 mg/kg bw on the basis of the a minimal LOAEL of 2 mg/kg bw per day for the induction of diarrhoea at the beginning of a 13-week study of toxicity in dogs. It was unclear whether the diarrhoea was the result of a direct irritant or pharmacological effect of fenpyroximate. A safety factor of 200 was used since no NOAEL was identified. This ARfD is probably conservative and could be refined using the results of an appropriately designed study.

*Estimate of acute reference dose*

   0.01 mg/kg bw

*Studies that would provide information useful for continued evaluation of the compound*

   Appropriately designed single-dose study

*Levels relevant to risk assessment*

| Species | Study | Effect | NOAEL | LOAEL |
|---|---|---|---|---|
| Rat | Two-generation study of reproductive toxicity[a] | Parental toxicity | 30 ppm, equal to 1.99 mg/kg bw per day | 100 ppm, equal to 6.59 mg/kg bw per day |
| | | Reproductive toxicity | 30 ppm, equal to 1.99 mg/kg bw per day | 100 ppm, equal to 6.59 mg/kg bw per day |
| | Developmental toxicity[b] | Maternal toxicity | 5 mg/kg bw per day | 25 mg/kg bw per day |
| | | Embryo and feto-toxicity | 5 mg/kg bw per day | 25 mg/kg bw per day |
| Rabbit | Developmental toxicity[b] | Maternal toxicity | 1 mg/kg bw per day | 2.5 mg/kg bw per day |
| | | Embryo and feto-toxicity | 2.5 mg/kg bw per day | 5 mg/kg bw per day |
| Dog | 13-week study of toxicity[c,d] | Toxicity | — | 2 mg/kg bw per day[e] |

[a] Diet
[b] Gavage
[c] Capsules
[d] Effects evident within 1 week
[e] Lowest dose tested

### References

Aughton, P. (1987) NNI-850: toxicity study by dietary administration to CD rats for 13 weeks. Unpublished report No. 89/NNH021/0972 from Life Sciences Research, Eye, Suffolk, England. Submitted to WHO by Nihon Nohyaku Co. Ltd, Tokyo, Japan. GLP: USA, USEPA (40 CFR 160); UK DHSS; OECD (1981); MAFF, Japan.

Bailey, G.P. (1989) NNI-850: preliminary teratology study in the rabbit. Unpublished report No. 89/NNH050/0981 amending report 89/NNH050/0393 from Life Sciences Research, Eye, Suffolk, England. Submitted to WHO by Nihon Nohyaki Co. Ltd, Osaka, Japan. GLP: USA, USEPA (40 CFR 160); UK DHSS; OECD (1981); MAFF, Japan.

Broadmeadow, A. (1989) NNI-850: toxicity study by oral (capsule) administration to CD beagle dogs for 13 weeks. Unpublished report No. 89/NNH036/1111 (amended from 89/NNH036/614) from Life Sciences Research, Eye, Suffolk, England. Submitted to WHO by Nihon Nohyaku Co. Ltd, Tokyo, Japan. GLP: USA, USEPA (40 CFR 160); UK DHSS; OECD (1981); MAFF, Japan. Guidelines: USEPA/FIFRA, 1982; MAFF Japan, 1985.

Higgins, C. (1989a) NNI-850: reproductive performance study in rats treated continuously through successive generations. Unpublished report No. 90/NNH043/0141 from Life Sciences Research, Eye, Suffolk, England. Submitted to WHO by Nihon Nohyaki Co. Ltd, Osaka, Japan. GLP: USA, USEPA (40 CFR 160); UK DHSS; OECD (1981); MAFF, Japan.

Higgins, C. (1989b) NNI-850: teratology study in the rat. Unpublished report No. 89/NNH053/0722 from Life Sciences Research, Eye, Suffolk, England. Submitted to WHO by Nihon Nohyaki Co. Ltd, Osaka, Japan. GLP: USA, USEPA (40 CFR 160); UK DHSS; OECD (1981); MAFF, Japan.

45

King, V.C. (1989) NNI-850: teratology study in the rabbit. Unpublished report No. 89/NNH051/0687 from Life Sciences Research, Eye, Suffolk, England. Submitted to WHO by Nihon Nohyaki Co. Ltd, Osaka, Japan. GLP: USA, USEPA (40 CFR 160); UK DHSS; OECD (1981); MAFF, Japan.

Takahashi, K. (1987) NNI-850: 18-month oral oncogenicity study in mice 4 week dose range finding study. Unpublished report No. IET 87-0034 from Institute of Environmental Toxicology, Kodaira-shi, Tokyo, Japan. Submitted to WHO by Nihon Noyaku Co. Ltd, Tokyo, Japan. GLP: USA, EPA (40 CFR 160) (1983); OECD (1981); MAFF, Japan (1984).

Takahashi, K. (1988) NNI-850: 18-month oral oncogenicity study in mice 4 week dose range finding study. Unpublished report No. IET 87-0186 from Institute of Environmental Toxicology, Kodaira-shi, Tokyo, Japan. Submitted to WHO by Nihon Noyaki Co. Ltd, Tokyo, Japan. GLP: USA, FIFRA (1983); OECD (1981); MAFF, Japan (1984).

MONGLY02402383

## FLUDIOXONIL

*First draft prepared by*
*A. Bartholomaeus*
*Therapeutic Goods Administration, Canberra, Australia*

| | |
|---|---|
| Explanation........................................................................................... | 47 |
| Evaluation for acceptable daily intake .......................................................... | 47 |
| Biochemical aspects ..................................................................... | 47 |
| Absorption, distribution and excretion ............................................. | 47 |
| Biotransformation ............................................................... | 50 |
| Toxicological studies ................................................................... | 52 |
| Acute toxicity ................................................................... | 52 |
| Lethal doses.................................................................... | 52 |
| Dermal and ocular irritation and dermal sensitization ............... | 52 |
| Short-term studies of toxicity ............................................................. | 54 |
| Long-term studies of toxicity and carcinogenicity............................. | 63 |
| Genotoxicity ...................................................................... | 67 |
| Reproductive toxicity: multigeneration studies ................................. | 67 |
| Special studies: mechanisms.............................................................. | 73 |
| Studies on metabolites ......................................................... | 73 |
| Observations in humans ......................................................... | 76 |
| Comments......................................................................................... | 76 |
| Toxicological evaluation.............................................................................. | 79 |
| References ...................................................................................... | 81 |

### Explanation

Fludioxonil is the International Organization for Standardization (ISO) approved name for a new phenylpyrrole fungicide, 4-(2,2-difluoro-1,3-benzodioxol-4-yl)pyrrole-3-carbonitrile (International Union of Pure and Applied Chemistry, IUPAC), that interferes with glucose transport across fungal membranes. Fludioxonil has not been evaluated previously by the JMPR.

### Evaluation for acceptable daily intake

Unless otherwise stated, the studies evaluated in this monograph were performed by laboratories that were certified for good laboratory practice (GLP) and complied with the relevant Organisation for Economic Co-operation and Development (OECD) test guideline(s) or similar guidelines of the European Union or United States Environmental Protection Agency. As these guidelines specify the tissues normally examined and the clinical pathology tests normally performed, only significant exceptions to these guidelines are reported here, to avoid repetitive listing of study parameters.

### 1. Biochemical aspects

#### 1.1 *Absorption, distribution and excretion*

Rats were treated by gavage with [$^{14}$C]pyrrole fludioxonil (purity, 99%), which was supplemented with unlabelled fludioxonil (purity, 99%) at the highest dose. Groups of five male and five female rats were given a single dose of [$^{14}$C]fludioxonil at 0.5 mg/kg bw, or

48

*Figure 1.  Chemical structure of fludioxonil*



*Table 1.  Excretion of radiolabel (% of administered dose) in rats 7 days after oral treatment with fludioxonil*

| Excreta | Dose | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | 0.5 mg/kg bw, single dose | | 0.5 mg/kg bw per day, for 14 days | | 100 mg/kg bw, single dose | |
| | Males | Females | Males | Females | Males | Females |
| Urine | 16.2 | 16.9 | 13.4 | 14.6 | 16.8 | 19.5 |
| Faeces | 81.2 | 79.1 | 82.8 | 81.5 | 77.6 | 77.6 |
| Air | — | — | — | — | <0.01 | <0.01 |

From Bissig (1990)

were pretreated with unlabelled fludioxonil for 14 days and then given a single dose of [$^{14}$C]fludioxonil at 0.5 or 100 mg/kg bw. Urine and faeces and, at 100 mg/kg bw, expired air were collected over the subsequent 7 days, after which tissues were analysed for radiolabel. An additional group of three females was treated with [$^{14}$C]fludioxonil at 0.5 mg/kg bw and blood was collected over the subsequent 48 h. An additional group of 10 females was treated with [$^{14}$C]fludioxonil at 0.5 mg/kg bw and tissues were collected after either 0.5 h (t$_{cmax}$) or 9 h (t$_{cmax/2}$). Another group of five bile-duct cannulated females was treated with [$^{14}$C] fludioxonil at 100 mg/kg bw and urine, faeces and bile were collected over the next 48 h. In bile-duct cannulated rats, approximately 67% of the administered dose was excreted in the bile, 10% in the urine and 14% in the faeces over the first 48 h, with at least 77% of the administered dose being absorbed from the intestinal tract. In intact animals, faecal excretion was of the order of 80% of the administered dose. Blood kinetic investigations demonstrated rapid absorption of an oral dose of 0.5 mg/kg bw from the intestinal tract into the general circulation, with maximum blood concentration (t$_{cmax}$) reached within 0.5 h, declining to half this concentration after 9 h (t$_{cmax/2}$). Rate and route of excretion were independent of both sex and dose. Approximately 96% of the administered dose was excreted within 7 days. Most of this was excreted within the first 24 h. Seven days after a single oral dose of [$^{14}$C]fludioxonil at 0.5 mg/kg bw, in rats that had or had not been pretreated with 14 daily oral doses of unlabelled fludioxonil at 0.5 mg/kg bw per day, concentrations of radiolabel in most tissues were below the limit of detection. Fludioxonil equivalents were detected in the liver (0.002 ppm), kidneys (0.004 ppm), blood (0.0007 ppm) and lungs (0.0012 ppm). After a dose of 100 mg/kg bw, tissue residues other than in the liver, kidneys, blood and lungs were low, but concentrations in the tissues of females were generally twice those found in males. The total amount of radioactivity recovered in tissues was approximately 0.17% of the administered dose. Elimination of radiolabelled fludioxonil from tissues (t$_{1/2}$) was biphasic; between 2 and 6 h for phase 1 and between 30 and 60 h for phase 2 (Bissig, 1990).

Groups of three rats were treated with single doses of $^{14}$C-labelled fludioxonil at 0.5 or 100 mg/kg bw by gavage and blood was collected for 48 h. Additional groups were treated

49

at the same doses and sacrificed for analysis of tissues at $t_{cmax}$, $t_{cmax/2}$ and two other time-points. At 0.5 mg/kg bw, maximum blood concentrations (fludioxonil equivalents: males, 0.065 mg/l; and females, 0.027 mg/l) were achieved after 15 min. Biphasic elimination was observed, with a rapid first phase and slow second phase. Blood concentrations declined to half $C_{max}$ within 1 h. At 100 mg/kg bw, maximum blood concentrations (fludioxonil equivalents: males, 4.5 mg/l; and females, 3.2 mg/l) were achieved between 4 and 8 h. Concentrations again declined in a biphasic manner reaching half $C_{max}$ within a further 8 h. The area under the curve of concentration–time (AUC) was approximately proportional to the dose administered and was similar in males and females. Thus, the proportion of a dose absorbed was independent of both sex and dose. At 0.5 mg/kg bw at $t_{cmax}$, all residues contained fludioxonil equivalents at ≤1 ppm and most were <0.1 ppm, except in the liver, kidneys, lungs and plasma in all animals and blood and heart in females. The distribution pattern was similar at the highest and lowest doses. At the highest dose, residues were <13 mg of fludioxonil equivalents per kg at $t_{cmax}$. Tissue depletion kinetics were biphasic for both doses. As fludioxonil is rapidly cleared from both the blood and the tissues, there appears to be little potential for bioaccumulation of either unchanged fludioxonil or its metabolites (Müller & Thanei, 1995).

Fludioxonil (purity, 97%) labelled with $^{14}C$ in the phenyl ring and unlabelled fludioxonil (purity, 99.9%), in a wettable granule formulation (62.5 g/kg), diluted in water, was applied to the shaved skin (10 cm$^2$) of male rats (body weight, approximately 250 g) at a concentration of 4.5 μg/cm$^2$ (reflecting a typical concentration recommended for application in the field) or at 560 μg/cm$^2$ for an exposure period of 6 h. After exposure, the application site was washed three times with a mild soap solution. The depletion of the remaining radioactivity at the application site, after washing, was determined at 24 and 48 h after application. Urine and faeces were collected from animals individually at 0–6, 6–24 and 24–48 h after application. For four animals at each dose, blood was collected at 0.5, 1, 2, 4, 6, 8, 24 h and 48 h after application by cutting the tip of the tail. At sacrifice, the amount of radiolabel was measured in the blood, urine, faeces, cage wash, skin wash, at the application site, in control skin, extracts of the cover and residual carcass. At 4.5 μg/cm$^2$, blood radioactivity was below the limit of detection at all time-points and absorption was low, reaching 5.1% at 24 h and 7.4% of the applied dose at 48 h after application. Elimination was mainly in the faeces (3.78% and 5.78% at 24 h and 48 h, respectively) and to a lesser degree in the urine (0.69% and 1.01%, respectively). At 560 μg/cm$^2$, the concentration of radiolabel in the blood reached a maximum of 0.017 mg of fludioxonil equivalents/l at 0.5 h after application and decreased rapidly thereafter to below the limit of detection at 1 h and all following sampling points. Absorption was lower than that at the lowest dose, 0.32% of the applied dose after 24 h and 0.61% after 48 h, reflecting a saturation of the rate of dermal flux. The bulk of the applied doses (76.5–90.5%) was removed with the skin wash at 6 h after application. The amount of fludioxonil remaining in the skin at 6, 24 and 48 h was almost constant (6.0, 8.5 and 5.7% at 4.5 μg/cm$^2$; and 3.1, 4.3 and 2.7% at 560 μg/cm$^2$) indicating little mobility of fludioxonil in the skin depot. Assuming that a steady state for percutaneous penetration is rapidly attained and maintained during the first 6 h after application, the flux rate at 560 μg/cm$^2$ (0.0774 μg/cm$^2$ · per h) was more than three times that at 4.5 μg/cm$^2$ (0.0284 μg/cm$^{-2}$ · per h), despite the dose being 120-fold greater, indicating saturation of the rate of dermal flux at the highest dose. Although a proportion of the fludioxonil remaining in the skin 24 h after application is available for subsequent movement into the systemic circulation, for human risk assessment purposes the appropriate dose metric is the amount reaching the systemic circulation during 24 h, as it is this amount that can reasonably be compared with appropriate no-observed-adverse-effect levels (NOAELs).

50

*Table 2. In vivo percutaneous absorption/excretion of radiolabel (% of applied dose) in rats treated with fludioxonil*

| Dose | $4.5\,\mu g/cm^2$ | | | $560\,\mu g/cm^2$ | | |
|---|---|---|---|---|---|---|
| Sacrifice time (h) | 6 | 24 | 48 | 6 | 24 | 48 |
| Total excretion (urine, faeces, cage wash) | 0.21 | 4.5 | 6.84 | 0.01 | 0.18 | 0.49 |
| Residues (whole blood, non-treated skin, carcass) | 3.41 | 0.64 | 0.53 | 0.07 | 0.14 | 0.12 |
| Total systemic absorption | 3.6 | 5.1 | 7.4 | 0.08 | 0.32 | 0.6 |
| Treated skin | 6.0 | 8.5 | 5.7 | 3.1 | 4.33 | 2.7 |

From Mewes (1999)

On this basis the dermal absorption factors for fludioxonil are approximately 5 and 0.5% of the applied dose at exposures of 4.5 and $560\,\mu g/cm^2$ respectively (Mewes, 1999).

Fludioxonil (purity, 99%) labelled with $^{14}C$ in the phenyl ring and unlabelled fludioxonil (99.8%), in a wettable granule formulation (62.5 g/kg), diluted in water, was applied at a concentration of $3.6\,\mu g/cm^2$ to rat skin or at a concentration of $3.4\,\mu g/cm^2$ to human skin (these values reflecting a typical concentration recommended for application in the field—300 g of active ingredient/8001 per 10 000 m$^2$) and at $690\,\mu g/cm^2$ to rat skin and at $720\,\mu g/cm^2$ human skin for 6 h, without occlusion. Rat epidermis was prepared from male rats aged approximately 23 days, and human cadaver abdominal epidermal skin was obtained from Caucasian donors (one male, aged 68 years, and one female, aged 86 years). Circles of epidermal membranes (approximately 1.8 cm in diameter) were cut and mounted in the diffusion cells between the donor and receptor chamber. The receptor fluid was ethanol/water (1 : 1 v/v) delivered at a flow rate of about 3 ml/h. Perfusates were collected hourly for the first 6 h after application, then every 2 h until 48 h. The penetration of fludioxonil through human skin was markedly lower than through rat skin (1% to 2% of the values in rats).

For rat skin, the flux, which reflects the rate of penetration under steady-state conditions, amounted to $0.075\,\mu g/cm^2/h$ at the lowest dose (steady-state conditions from about 1 h to 19 h). At the highest dose, the flux was $0.52\,\mu g/cm^2$ per h (steady-state conditions from about 1 h to 48 h). With the human epidermis, the majority of the individual values determined in the perfusate were below the limit of determination (LQ). However, based on the determined values, 0.2% and 0.01% of the applied dose penetrated the epidermis at the lowest and highest dose within 12 h, corresponding to 0.01 and $0.08\,\mu g/cm^2$ The total penetration at the two doses was 0.5% and 0.02% of the applied dose within 24 h. Since the individual values were mainly below the limit of determination, the flux constants were calculated based on the corresponding LQ values accounting for 0.0007 and $0.008\,\mu g/cm^2$ per h at the lowest and highest dose, respectively (Hassler, 1999).

## 1.2   Biotransformation

Pooled urine, bile and faeces collected from animals given $^{14}C$-labelled fludioxonil in a previous kinetic study (Bissig, 1990) were used to investigate the metabolic transformation of fludioxonil. No unchanged fludioxonil was detected in the urine or bile. Seven metabolites were detected in the bile. Four metabolites were separated and identified. Two of the metabolites were glucuronic acid derivatives of fludioxonil, with one of these being the major metabolite (56% of the administered dose). Twenty metabolites were detected in

MONGLY02402388

51

*Table 3. Penetration of rat and human epidermis by fludioxonil*

| | % of administered dose | Flux ($\mu g/cm^2$) | % of administered dose | Flux ($\mu g/cm^2$) |
|---|---|---|---|---|
| Rat epidermis | | | | |
| Dose administered | $3.6\mu g/cm^2$ | | $687\mu g/cm^2$ | |
| 12 h | 23.91[a] | 0.86[a] | 0.69 | 4.72 |
| 24 h | 37.67[a] | 1.35[a] | 1.35 | 9.72 |
| 48 h | 50.73[a] | 1.82[a] | 2.69 | 18.47 |
| Flux rate ($\mu g/cm^2$ per h) | 0.075 | | 0.518 | |
| Human epidermis | | | | |
| Dose administered | $3.4\mu g/cm^2$ | | $718\mu g/cm^2$ | |
| 12 h | 0.24[b] | 0.01[b] | 0.01[b] | 0.08[b] |
| 24 h | 0.50[b] | 0.02[b] | 0.02[b] | 0.16[b] |
| 48 h | 1.03[b] | 0.03[b] | 0.05[b] | 0.33[b] |
| Flux rate ($\mu g/cm^2$ per h) | 0.0007[c] | | 0.008[c] | |

From Hassler (1999)

[a] These values were calculated based on an interpolation of the corresponding mean values of 11–13 h and 23–25 h and an extrapolation of the values at 47 h

[b] Most of the individual values are below the limit of determination

[c] Flux calculated based on the corresponding LQ values

*Table 4. Metabolites in rats given a single oral dose of fludioxonil at 100 mg/kg bw*

| Metabolite | Chemical name | % of administered dose (urine, faeces, and bile)[a] |
|---|---|---|
| SYN 518577 | 4-(2,2-difluoro-benzo[1,3]dioxol-4-yl)-2-hydroxy-1H-pyrrole-3-carbonitrile | 0 |
| Met 1G (SYN518577 glucuronyl conjugate | 2-β-D-glucuronyl-4-(2,2-difluoro-benzo[1,3]dioxol-4-yl)-1H-pyrrole-3-carbonitrile | 56.0 (0.5, 0, 55.5) |
| Met 2G (SYN518577 sulfate conjugate) | 4-(2,2-difluoro-benzo[1,3]dioxol-4-yl)-1H-pyrrole-3-carbonitrile-2-hydrogen sulfate | <0.7 (<0.5, 0, <0.2) |
| SYN 518578 | 4-(2,2-difluoro-benzo[1,3]dioxol-4-yl)-5-hydroxy-1H-pyrrole-3-carbonitrile | 0 |
| MET 3G (SYN 518578 glucuronyl conjugate) | 4-(2,2-difluoro-benzo[1,3]dioxol-4-yl)-5-β-D-glucuronyl-1H-pyrrole-3-carbonitrile | 2.8 (0.7, 0, 2.1) |
| MET 1U (SYN 518578 sulfate conjugate) | 4-(2,2-difluoro-benzo[1,3]dioxol-4-yl)-1H-pyrrole-3-carbonitrile-5-hydrogen sulfate | 1.1 (1.1, 0, 0) |
| SYN 518576 | 4-(2,2-difluoro-7-hydroxy-benzo[1,3]dioxol-4-yl)-1H-pyrrole-3-carbonitrile | 0 |
| MET 4G (SYN 518576 glucuronyl conjugate) | 4-(2,2-difluoro-7-β-D-glucuronyl-benzo[1,3]dioxol-4-yl)-1H-pyrrole-3-carbonitrile | 2.2 (0.5, 0, 1.7) |
| Fludioxonil (unchanged) | | 11.6 (0, 11.6, 0) |

From Thanei (1992)

[a] Percentage of the administered dose found in all samples combined; in parentheses, % of the administered dose that was found in the urine, faeces, and bile, respectively

the urine; four of these were identical to metabolites in the bile. The predominant radio-labelled substance in the faeces (2–11% of the administered dose) was unchanged fludioxonil. The metabolism of fludioxonil was extensive, involving primarily oxidation of the pyrrole ring leading to a major (57% of the administered dose) and a minor (4% of the administered dose) oxo-pyrrole metabolite; hydroxylation of the phenyl ring yielded the corresponding phenol metabolite, representing 2% of the administered dose. These phase I metabolites were subsequently excreted as glucuronyl- and sulfate conjugates, and, together with unabsorbed and unchanged fludioxonil excreted in the faeces, accounted for approximately 75% of the administered dose. Investigation of a blue metabolite of fludioxonil is discussed further in section 2.6 (Thanei, 1992).

MONGLY02402389

52

*Table 5.  Distribution of metabolites in rats given a single oral dose of fludioxonil at 100 mg/kg bw*

| Metabolite[a] | Fludioxonil equivalents (% of administered dose) | | | |
|---|---|---|---|---|
| | Urine | Faeces | Bile | Total |
| MET 1G | 0.5 | — | 55.5 | 56.0 |
| MET 2G | <0.5 | — | <0.2 | <0.7 |
| *Total conjugates of SYN 518577* | | | | about 56.7 |
| MET 3G | 0.7 | — | 2.1 | 2.8 |
| MET 1U | 1.1 | — | — | 1.1 |
| *Total conjugates of SYN 518578* | | | | 3.9 |
| MET 4G (conjugate of SYN 518576) | 0.5 | — | 1.7 | 2.2 |
| CGA 173506 (fludioxonil) | — | 11.6 | — | 11.6 |
| Coloured | 0.4 | — | — | 0.4 |
| Total | 3.2–3.7 | 11.6 | 59.3–59.5 | 74.1–74.8 |

From Thanei (1992)

[a] See Figure 2 for structures associated with the codes for metabolites in this table

*Table 6.  Acute toxicity of fludioxonil*

| Species[b] | Strain | Route | $LD_{50}$ (mg/kg bw)/$LC_{50}$ (mg/l) | Reference |
|---|---|---|---|---|
| Mouse | Hsd:ICR | Oral | >5000; no deaths | Glaza (1991c) |
| Rat | Hsd:Sprague-Dawley | Oral | >5000; no deaths | Glaza (1991a) |
| Rat | Tif:RAIf | Dermal | >2000; no deaths | Hartmann (1988) |
| Rat | Tif:RAIf | Inhalation | >2.6; no deaths[a] | Hartmann (1989) |
| Rat | Hsd:Sprague-Dawley | Inhalation | >0.54; no deaths | Holbert (1992) |

[a] Piloerection, hunched posture and dyspnoea were noticed for up to 7 days

[b] All values are for both sexes combined

## 2.  Toxicological studies

### 2.1  Acute toxicity

#### (a)  Lethal doses

Table 6 summarizes the results of studies to establish the acute toxicity of fludioxonil.

#### (b)  Dermal and ocular irritation and dermal sensitization

In two studies, New Zealand white rabbits were exposed dermally to 0.5 g of fludioxonil (purity, 97.5%) under a semi-occlusive dressing moistened with water or 0.9% saline. No deaths occurred, and no effects on body weights or clinical signs were noted. In the first study, erythema (grade 1) that persisted for up to 48 h was noted in two animals. Grade 1 oedema was also noted in one animal 1 h after removing the bandage. The mean irritation score for 24 to 48 h was 0.66 (Schneider, 1988a). In the second study there were no signs of erythema or oedema (Glaza, 1991b). Fludioxonil is not an irritant to rabbit skin.

Fludioxonil (purity, 97.5%), 0.1 ml, was placed in the left eye of three female rabbits. The lids were held closed for 1 s. The right eye remained untreated and served as a control. Slight conjunctival redness was seen in three animals at 1 h; this had regressed in one animal by 24 h, and by 48 h in the other two animals. Chemosis (grade 1) of the conjunctiva was noted in one animal at 1 h, clearing by 24 h. No effects on the cornea or iris were noted. Fludioxonil was at most a slight eye irritant in female rabbits (Schneider, 1988b).

Figure 2. Comparative metabolism of fludioxonil in rats, goats and hens



* no differentiation was made in hens and goats concerning 2-or 5-position of the conjugate
# isolated in hens; intermediate in rats and goats
* tentative identification in goats

54

Fludioxonil (95.4%, 0.1 ml) was placed in the left eye of New Zealand white rabbits and the lids were held closed for 1 s. Three rabbits had the test materials flushed from the treated eye with lukewarm tap water for 60 s, 30 s after exposure. The right eye remained untreated and served as a control. No corneal damage was observed. In unwashed eyes, iridial irritation (grade 1) was seen at 1 h, continuing for up to 48 h, conjunctival redness (grade 2–3) was seen at 1 h decreasing in severity over the next 72 h and chemosis (grade 1–3) was noted in all eyes at 1 h decreasing in severity over the next 48 h. A clear discharge of the conjunctivae (grade 2) was noted in one animal at 1 h. In the washed eyes, irritation of the iris was noted in one eye 1 h after exposure (grade 1), conjunctival redness (grade 2) in all animals at 1 h and in two animals at 48 h, and chemosis (grade 1) in all eyes at 1 h persisting in one animal for 24 h. Fludioxonil caused slight ocular irritation in rabbits. Washing the eye immediately with water reduced the severity of the irritation. Average irritation scores for unwashed/washed eyes at 1, 24, 48, 72 and 96 h respectively were; 13.7/7.7, 6.8/2.7, 3.7/1.3, 0.7/0, 0/0 (Glaza, 1991d).

In a Magnussen & Kligman maximization assay, Pirbright white guinea-pigs were given 0.1 ml of fludioxonil (purity, 97.5%) by intradermal injection into the shaved neck. One week later, a second induction dose was applied topically by incorporation in vaseline onto a patch and placed on the neck. The exposed region was covered with an occlusive dressing for 48 h. On the day before this treatment, the application sites were pretreated with 10% sodium lauryl sulfate. Two weeks later, fludioxonil in vaseline was applied under an occlusive dressing to the flank for 24 h. Control animals were treated with the vehicle only during the induction period and exposed to fludioxonil in the challenge phase. The doses of fludioxonil used were: intradermal induction, 1%; epidermal induction, 30%; epidermal challenge, 10%. Skin reactions were evaluated after the induction doses and 24 and 48 h after removing the challenge dressing. Body weights were recorded at the start and end of the study. Food, water and the housing environment were controlled and monitored. No signs of irritation were noted for control or test animals after the induction period. No signs of irritation were noted after the challenge dose for either control or test animals. There was no apparent affect on body weight. Fludioxonil did not cause skin sensitization in guinea-pigs (Schneider, 1988c).

## 2.2   Short-term studies of toxicity

### Mice

Groups of 10 male and 10 female CD-1 mice were fed diets containing fludioxonil (purity, 96%) at a concentration of 0, 10, 100, 1000, 3000 or 7000 ppm for 90 days. Actual fludioxonil intakes were 0, 1.3, 14, 140, 450 or 1050 mg/kg bw per day for males and 0, 1.9, 17, 180, 560 or 1310 mg/kg bw per day. Food, water and the housing environment were controlled and monitored. The amount of fludioxonil in the diet was analysed regularly. Toxicity was evaluated through: mortality, daily clinical observation, body weight and food consumption measurements, ophthalmology, haematology (not including mean cell haemoglobin concentration or prothrombin time), serum biochemistry (including measurements of direct bilirubin, 5′nucleotidase and sorbital dehydrogenase activty), urine analysis, organ weights, gross pathology and histopathology (including thigh muscle).

There were no deaths and no treatment-related ophthalmological changes. Haematology parameters were unaffected and clinical signs were limited to discoloured urine and blue staining of the pelvic region at 1000, 3000 and 7000 ppm in males. Significantly lower body-weight gains were noted in females at 7000 ppm (73% of control) throughout the study.

MONGI Y02402392

*Table 7. Key findings in a 90-day study in mice given diets containing fludioxonil*

| Finding | Sex (historical control range) | Dietary concentration (ppm) | | | | | |
|---|---|---|---|---|---|---|---|
| | | 0 | 10 | 100 | 1000 | 3000 | 7000 |
| *Serum biochemistry* | | | | | | | |
| Potassium (mg/dl) | Males (3.8–5.1) | 4.8 | 4.6 | 4.5 | 4.5 | 4.4 | 4.7 |
| | Females (3.7–5.3) | 4.8 | 4.6 | 4.7 | 4.7 | 4.5 | 3.9** |
| 5'Nucleotidases (IU/l) | Males (10–21) | 14 | 15 | 13 | 13 | 15 | 18** |
| | Females (25–53) | 33 | 33 | 31 | 35 | 39 | 50** |
| *Organ weights* | | | | | | | |
| Liver, absolute (g) | Males | 1.455 | 1.446 | 1.387 | 1.483 | 1.437 | 1.613 |
| | Females | 1.225 | 1.172 | 1.217 | 1.245 | 1.324 | 1.375** |
| Liver, relative to body weight | Males | 4.044 | 3.890 | 3.981 | 4.106 | 4.205 | 4.745** |
| | Females | 4.166 | 4.178 | 4.074 | 4.283 | 4.749* | 5.065** |
| Thymus, absolute (g) | Males | 0.023 | 0.027 | 0.023 | 0.023 | 0.019 | 0.022 |
| | Females | 0.033 | 0.027 | 0.032 | 0.027 | 0.028 | 0.022* |
| Thymus, relative to brain weight | Males | 4.730 | 5.670 | 4.712 | 4.544 | 3.802 | 4.503 |
| | Females | 6.524 | 5.371 | 6.461 | 5.449 | 5.484 | 4.474* |
| *Pathology* | | | | | | | |
| Kidneys, nephropathy | Males | 2 | 2 | 2 | 2 | 1 | 10** |
| | Females | 2 | 3 | 1 | 2 | 2 | 9** |
| Liver, hypertrophy | Males | 0 | 0 | 0 | 0 | 0 | 7** |
| | Females | 0 | 0 | 0 | 0 | 3 | 8** |

From Chang & Morrissey (1990); Chang (1990b)

$* p < 0.05, ** p < 0.01$

Body weights in males and food intake in both sexes were unaffected. The concentration of 5'nucleotidase in serum was significantly increased in mice at 7000 ppm. Females exposed to fludioxonil at 7000 ppm had significantly reduced concentrations of potassium. These variations are within the range for historical controls. Discolouration of the urine, due to the presence of a coloured metabolite, and the presence of bilirubin was noted in males at 1000, 3000 and 7000 ppm and discolouration of the kidneys and digestive tract was noted in males and females at 7000 ppm. Liver weights, absolute and relative to body weight, were increased in mice of both sexes at 7000 ppm and correlated with centrilobular hypertrophy in females at 3000 ppm and in both sexes at 7000 ppm. In the absence of clinical chemistry reflecting liver damage, and as these liver changes are likely to reflect an adaptive response to the high xenobiotic load, it was concluded that they were not adverse effects. Thymus weights, both absolute and relative to brain weight, were significantly decreased in females at 7000 ppm. The incidence of chronic nephropathy was increased in mice of both sexes at 7000 ppm. The NOAEL for this study was 3000 ppm (450 mg/kg bw per day) on the basis of nephropathy and elevated serum 5'nucleotidase activity in both sexes and reduced weight gains in females at 7000 ppm (Chang & Morrissey, 1990; Chang, 1990b).

### Rats

In a range-finding study, groups of six male and six female Sprague Dawley Crl: CD(SD)Br rats received diets containing fludioxonil (purity not reported) at a concentration of 0, 1000, 5000, 10 000 or 20 000 ppm (equal to 120, 620, 1300 or 2500 mg/kg bw per day for males and 130, 700, 1400 or 2800 mg/kg bw per day for females) for 20 days (males) or 21 days (females). The homogenicity and stability of fludioxonil in the diet was checked before the study. Mortality was checked twice per day on working days and once on weekends. Clinical signs were checked daily. Body weight, and food (three animals per group) and water consumption (three animals per group) were recorded weekly. At the end of treatment, all animals were subjected to the following examinations: haematology (in four to six animals of each group; reticulocyte counts were not performed, and differential leukocyte

MONGLY02402393

count was carried out only for animals in the control group and at the highest dose), clinical chemistry (except phospholipids, bilirubin, creatinine, creatinine kinase), urine analysis (except specific gravity and examination of sediment). At sacrifice, the adrenals, brain, heart, kidneys, liver, spleeen, thymus, ovary and testes were weighed and the adrenals, heart, kidneys, liver, spleen and thymus were examined histologically (for animals in the control group and at the highest dose; kidneys were also examined at the intermediate doses).

There were no mortalities. Clinical signs were limited to black faeces in animals treated with fludioxonil at ≥5000 ppm during the last week of treatment, which may have been due to the presence of the blue-coloured metabolite SYN 518582 formed by non-enzymatic autoxidation at high doses. This effect is not considered to be toxicologically relevant. In males at 20 000 ppm, body weights at the end of the treatment period were 88% of those of the controls, food consumption was 90% of that of the controls and water consumption was increased by approximately 20% (also at 10 000 ppm). Haematological and urine analysis parameters were unaffected by treatment, although individual males at 10 000 and 20 000 ppm had slightly lower urine volumes with a slightly increased specific gravity. A slight (≤5%) but highly statistically significant reduction in concentrations of sodium and chloride in both sexes at ≥5000 ppm appears to be treatment related, and correlates with tubular nephrosis, although similar findings were not obtained in any other studies of repeated dose in rats, including the 28-day study, reported below, which used comparable doses. A dose-related increase in cholesterol levels was seen in both sexes, which wsaa significant at 20 000 ppm only. A slight decrease in concentrations of glucose was seen in females at ≥10 000 ppm. No toxicological or biological relevance was attributed to the variations in $\alpha$-1 globulins in the males as a dose–response relationship was not apparent and a similar effect was not seen in females. Slight decreases in alkaline phosphatase and alanine aminotransferase activities, while likely to be treatment related, were discounted as not being adverse. Alkaline phosphatase and alanine transferase serum activities in rats are affected by nutritional status and are commonly found to be lower in rats gaining less weight and/or eating less food.

Increased absolute and relative weights of the kidney were observed at ≥10 000 ppm and where associated with tubular nephrosis. In addition, paleness of the kidneys and blackish and punctiform foci were seen in one to two males at 10 000 and 20 000 ppm. A single male at 5000 ppm also had tubular nephrosis. Increased relative weights of the liver were observed at 10 000 and 20 000 ppm, but were not associated with any clinical chemistry or histopathological changes consistent with liver damage and were therefore considered to be likely to reflect an adaptive response. Further variations in the absolute and/or relative weight of some organs (heart, spleen, brain) were not associated with any histopathological changes (heart, spleen), considered to be secondary to the reduced body weights for males at 20 000 ppm (increased relative brain weights, reduced absolute heart and spleen weight) and/or without a dose–response relationship (heart and spleen weights in females). The NOAEL was 1000 ppm, equal to 120 and 130 mg/kg bw per day in males and females respectively, on the basis of altered kidney histology at higher doses (Courcy di Rosa, 1988).

Groups of 10 male and 10 female Tif:RAIf rats were given fludioxonil (purity, 97.5%) at a dose of 0, 10, 100 and 1000 mg/kg bw per day by gavage in distilled water containing 0.5% carboxymethylcellulose and 0.1% Tween 80, daily for 28 days. Food, water and the housing environment were controlled and monitored. Toxicity was evaluated through: mortality, daily clinical observation, body weight, measurements of food and water con-

*Table 8. Clinical pathology, organs weights and histopathological changes in 20-day study in rats given diets containing fludioxonil*

| | Dietary concentration (ppm) | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Males | | | | | Females | | | | |
| | 0 | 1000 | 5000 | 10 000 | 20 000 | 0 | 1000 | 5000 | 10 000 | 20 000 |
| *Clinical pathology* | | | | | | | | | | |
| Cl⁻ (mmol/l) | 107.8 | 109.4 | 103.6** | 104.5* | 103.0** | 103.7 | 104.3 | 100.4** | 98.3** | 101.0** |
| Na⁺ (mmol/l) | 142.3 | 142.9 | 138.8** | 137.9** | 138.0** | 136.9 | 138.2 | 133.2** | 133.4** | 133.5** |
| Glucose (mmol/l) | 5.34 | 6.54 | 4.89 | 6.33 | 5.10 | 5.87 | 5.69 | 5.36 | 4.78* | 4.59** |
| Cholesterol (mmol/l) | 1.9 | 2.2 | 2.3 | 2.5 | 2.7* | 2.3 | 2.2 | 2.4 | 2.5 | 3.2** |
| Alkaline phosphatase (U/l) | 563 | 472 | 421 | 417 | 424 | 382 | 397 | 313 | 265** | 333 |
| Alanine transferase (U/l) | 27 | 21* | 20* | 21 | 18** | 25 | 24 | 21 | 20 | 18* |
| α-1 Globulin (g/l) | 4.3 | 2.5** | 2.6** | 2.7** | 3.1* | 1.8 | 2.5 | 1.9 | 2.4 | 1.7 |
| *Organ weights and histology* | | | | | | | | | | |
| Carcass (g) | 249 | 238 | 242 | 231 | 202** | 159 | 156 | 149 | 161 | 149 |
| Kidney: | | | | | | | | | | |
| Absolute weight (g) | 2.274 | 2.227 | 2.364 | 2.384 | 3.017** | 1.571 | 1.642 | 1.505 | 1.811* | 1.528 |
| Relative weight (%) | 9.14 | 9.34 | 9.75 | 10.27 | 15.10** | 9.91 | 10.55 | 10.12 | 11.25* | 10.27 |
| Paleness | 0/6 | 0/6 | 0/6 | 1/6 | 2/6 | 0/6 | 0/6 | 0/6 | 0/6 | 0/6 |
| Foci | 0/6 | 0/6 | 0/6 | 0/6 | 1/6 | 0/6 | 0/6 | 0/6 | 0/6 | 0/6 |
| Tubular nephrosis | 0/6 | 0/6 | 1/6 | 4/6 | 6/6 | 0/6 | 0/6 | 0/6 | 1/6 | 3/6 |
| Liver: | | | | | | | | | | |
| Absolute weight (g) | 8.235 | 7.981 | 8.559 | 9.050 | 8.113 | 5.879 | 5.915 | 5.901 | 7.323** | 6.853 |
| Relative weight (%) | 33.13 | 33.59 | 35.39 | 39.16** | 40.10** | 37.20 | 37.92 | 39.79 | 45.44* | 46.23** |

Courcy di Rosa (1988)

* $p < 0.05$, ** $p < 0.01$

sumption, ophthalmology, haematology (including thrombocyte count, but not mean cell haemoglobin concentration or platelet count), serum biochemistry (except gamma glutamyl transferase), urine analysis (except microscopic examination), organ weights, gross pathology and histopathology (spleen, heart, adrenals, kidney, liver, lungs). No treatment-related mortality, ophthalmological changes or haematological alterations were observed and the only clinical sign noted was a blue discolouration of the tail in all animals at 1000 mg/kg bw per day; this was also noted at necropsy. Body-weight gains at this dose were 60% and 91% those of the controls for females and males respectively. Food consumption of the females at 1000 mg/kg bw per day was up to 20% less than that of the controls throughout the first 3 weeks of the study. Concentrations of glucose were reduced in males at 100 and 1000 mg/kg bw per day and in females at 1000 mg/kg bw per day. Concentrations of cholesterol were elevated in males at 1000 mg/kg bw per day and in females at 100 and 1000 mg/kg bw per day. Bilirubin and calcium concentrations were elevated in females at 1000 mg/kg bw per day. Significant increases in albumin and globulin concentrations and resultant total protein concentrations measured in males at 10 and 1000 mg/kg bw per day, were without a dose–response relationship, were small in magnitude and were consequently concluded to be incidental. The incidence of ketonuria and a yellow-green discolouration of the urine were noted in rats at 100 and 1000 mg/kg bw per day together with an increase in bilirubin concentration in females at 1000 mg/kg bw per day. The discolouration is likely to be due to the presence of a coloured metabolite. Occult blood in the urine was seen in two out of ten males at 1000 mg/kg bw per day. Liver weights relative to body weights were significantly increased at 1000 mg/kg bw per day in both sexes and at 100 mg/kg bw per day in females. The absolute weights of the liver and relative weights of the kidney were significantly increased at 100 and 1000 mg/kg bw per day in females. Females at 1000 mg/kg bw per day also had significantly elevated brain weights relative to body weights, secondary to reduced body-weight gains. Histopathological changes were confined to animals treated

**FLUDIOXONIL 47–84 JMPR 2004**

MONGLY02402395

58

at 1000 mg/kg bw per day and consisted of hepatocellular hypertrophy of the centrilobular region in two males and four females, pale casts in the renal tubules of two males, foreign material in the epidermis of the tail in two males and seven females, a fatty liver in one female, a fatty adrenal cortex in one female and lymphohistiocytic infiltration of the renal pelvis in one female. The NOAEL was 10 mg/kg bw per day on the basis of altered clinical chemistry at higher doses. The slight effects seen at 100 mg/kg bw per day suggest that this dose is a borderline NOAEL/lowest-observed-effect level (LOAEL) (Fankhauser, 1990).

Groups of 10 male and 10 female Sprague-Dawley rats were fed diets containing fludioxonil (purity, 96%) at a concentration of 0, 10, 100, 1000, 7000 or 20000 ppm for 90 days. Actual achieved doses were 0, 0.8, 6.6, 64, 430, 1300 mg/kg bw per day for males and 0, 1.0, 7.1, 70, 460 or 1300 mg/kg bw per day for females. Food, water and the housing environment were controlled and monitored. The amount of fludioxonil in the diet was analysed regularly. Toxicity was evaluated through: mortality, daily clinical observation, measurements of body weight and food consumption, ophthalmology, haematology (including erythrocyte volume fraction, clotting time, activated thromboplastin time, fibrinogen), serum biochemistry (including direct bilirubin, 5′nucleotidase and sorbitol dehydrogenase activity), urine analysis, organ weights, gross pathology and histopathology (including mammary glands and thigh muscle, but not gall bladder).

Rates of mortality were unaffected by treatment, although one male at 20000 ppm died of unknown causes on day 36 and another male at 7000 ppm was terminated in a moribund condition with a pituitary adenoma on day 50. The excretion of a blue coloured metabolite caused the urine of animals at 1000, 7000 and 20000 ppm to be coloured green-blue; at 7000 and 20000 ppm, there was blue discolouration of the tail with discolouration of the abdomen and scrotum in the males, and blue or black discolouration of the tail and kidneys in nearly all rats and of the digestive tract in a few animals. Significantly lower body-weight gains were noted in females at 7000 ppm and in both sexes at 20000 ppm, with a slight, non-significant, decrease in weight gains of males at 1000 ppm. Corresponding reductions in food intakes were noted. Ophthalmology in both sexes and haematology in males were unaffected. In females at 20000 ppm, significant reductions were noted in the

*Table 9. Clinical chemistry and organ weight changes in a 28-day study in rats treated with fludioxonil by gavage*

| Parameter | Dose (mg/kg bw per day) | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Males | | | | Females | | | |
| | 0 | 10 | 100 | 1000 | 0 | 10 | 100 | 1000 |
| *Clinical chemistry* | | | | | | | | |
| Glucose (mmol/l) | 7.866 | 7.875 | 6.794* | 6.546* | 6.576 | 6.968 | 6.074 | 5.459* |
| Bilirubin (µmol/l) | 2.413 | 2.226 | 2.267 | 2.391 | 2.657 | 2.808 | 2.744 | 3.453* |
| Protein (g/l) | 64.54 | 66.91 | 65.05 | 66.71* | 66.75 | 66.38 | 64.63 | 65.78 |
| Albumin (g/l) | 36.05 | 37.34* | 36.74 | 37.12* | 37.71 | 37.48 | 36.68 | 37.50 |
| Globulin (g/l) | 28.49 | 29.57* | 28.31 | 29.65* | 29.04 | 28.90 | 27.95 | 28.28 |
| Cholesterol (mmol/l) | 1.640 | 1.757 | 1.638 | 2.040** | 1.594 | 1.792 | 2.053* | 2.171* |
| Calcium (mmol/l) | 2.675 | 2.652 | 2.598 | 2.696 | 2.570 | 2.555 | 3.539 | 2.597* |
| *Organ weight changes* | | | | | | | | |
| Liver, absolute (g) | 18.14 | 17.93 | 19.09 | 18.78 | 10.55 | 11.30 | 12.04* | 12.32* |
| Liver, relative to body weight | 48.81 | 49.10 | 52.11 | 52.92* | 42.40 | 45.59 | 48.33* | 52.94** |
| Kidney, relative to body weight | 6.943 | 6.871 | 7.002 | 7.438* | 7.486 | 7.167 | 7.978* | 8.003 |
| Brain, relative to body weight | 6.377 | 6.426 | 6.358 | 6.613 | 8.635 | 8.701 | 8.675 | 9.169* |

From Faukhauser (1990)
* $p < 0.05$, ** $p < 0.01$

59

following parameters: concentration of haemoglobin (also noted at 7000 ppm), erythrocyte volume fraction, mean corpuscular volume and mean corpuscular haemoglobin. At 20 000 ppm, the following alterations in serum biochemistry were observed: decreased concentration of glucose, increased concentration of blood urea nitrogen, increased concentration of total bilirubin (also noted in males at 7000 ppm), increased cholesterol (also noted at 7000 ppm), and increased activity of gamma-glutamyl transferase. Females at 20 000 ppm also had significantly increased alkaline phosphatase activity and decreased 5′nucleotidase activity (also noted at 7000 ppm). An increase in the presence of bilirubin in urine was noted at 7000 and 20 000 ppm. The volume of urine was significantly decreased in females at 10, 7000 and 20 000 ppm. Given the absence of a significant effect at 100 and 1000 ppm, the effect at 10 ppm was concluded to be incidental.

Increased relative (to body) weights were observed at 7000 and 20 000 ppm for the adrenals (males only), brain, kidneys, liver, spleen and testes. The increase in relative weights of the brain and testes is likely to be secondary to reduced body weights, as the absolute weights of these organs tend to be conserved to some extent with reduced body-weight gains. Nonetheless, at 20 000 ppm absolute weights of the brain were decreased in females and absolute heart weights were decreased in both sexes. Absolute and relative weights of the thymus were significantly decreased at 7000 and 20 000 ppm. Five females and one male at 20 000 ppm were emaciated. Chronic nephropathy with active inflammation was noted in females at 20 000 ppm and in males at ≥1000 ppm. The incidence of chronic nephropathy was increased at 7000 ppm in males and at 20 000 ppm in both sexes. Hypertrophy of the centrilobular region of the liver was noted in one female at 100 ppm and in both sexes at ≥1000 ppm. Given the lack of statistical significance or a dose–response relationship in females at 100 and 1000 ppm, the single incidence at 10 ppm was discounted as incidental. As this is likely to reflect an adaptive response to the high xenobiotic load, it was also not considered to be an adverse effect at 1000 ppm, at which dose no evidence of liver damage from histology or clinical chemistry was observed. One male at 7000 ppm had a benign neoplasm in the pituitary and another had an adenoma of the pituitary. The NOAEL was 1000 ppm (64 mg/kg bw per day) on the basis of evidence of damage to the kidneys and liver at higher doses (Chang, 1990a).

Groups of five male and five female Tif:RAIf rats were dermally exposed to fludioxonil (purity, 97.5%) at a dose of at 0, 40, 200 or 1000 mg/kg bw per day, in 0.5% (w/v) carboxymethylcellulose in 0.1% (w/v) aqueous polysorbate 80, 5 days per week for 4 weeks. Fludioxonil was applied under an occlusive dressing that remained in place for 6 h and the application area was subsequently cleaned with lukewarm water. Control rats were exposed to a dressing containing the carrier under the same regime. Food, water and the housing environment were controlled and monitored. Toxicity was evaluated through: mortality, daily clinical observation, measurements of body weight and food consumption, skin irritation, haematology (including thrombocyte count, but not mean cell haemoglobin concentration or platelet count), serum biochemistry (except gamma-glutamyltransferase), organ weights, gross pathology and histopathology (skin at application site, skin at remote site, kidney, liver, thymus).

There were no deaths, no treatment-related clinical signs, no significant differences in body weights and, in males, no alteration in food consumption. For females at 1000 mg/kg bw per day, a slight increase in food intake was noted in the last 2 weeks. Organ weights, haematological and clinical biochemistry parameters were unaffected. Testicular atrophy was noted in one male at 1000 mg/kg bw per day, both macroscopically and microscopically.

MONGLY02402397

60

*Table 10. Principal observations in a 90-day study in rats fed diets containing fludioxonil*

| Parameter | Sex | Historical control range | Dietary concentration (ppm) | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | 0 | 10 | 100 | 1000 | 7000 | 20 000 |
| *Haematology* | | | | | | | | |
| Haemoglobin (g/dl) | Males | 14.5–17.3 | 15.3 | 15.7 | 15.5 | 15.6 | 15.5 | 14.9 |
| | Females | 13.5–16.9 | 15.6 | 15.7 | 15.9 | 15.2 | 14.7* | 14.1** |
| Erythrocyte volume fraction (%) | Males | 42.9–52.2 | 46.7 | 47.7 | 47.4 | 47.1 | 47.1 | 45.5 |
| | Females | 40.4–49.6 | 45.7 | 45.8 | 46.7 | 44.3 | 43.3 | 41.7** |
| Mean corpuscular volume (fl) | Males | 46–57 | 54 | 54 | 54 | 53 | 53 | 53 |
| | Females | 53–60 | 55 | 55 | 55 | 54 | 54 | 52** |
| Mean corpuscular haemoglobin (per g) | Males | 15.6–18.9 | 17.5 | 17.8 | 17.6 | 17.5 | 17.5 | 17.3 |
| | Females | 17.9–20.6 | 18.8 | 18.7 | 18.8 | 18.7 | 18.3 | 17.6** |
| *Serum biochemistry* | | | | | | | | |
| Glucose (mg/dl) | Males | 60–201 | 137 | 136 | 148 | 142 | 114 | 64** |
| | Females | 49–183 | 123 | 98 | 121 | 93 | 84 | 63** |
| Blood urea nitrogen (mg/dl) | Males | 12–22 | 16 | 15 | 16 | 15 | 15 | 20** |
| | Females | 12–23 | 17 | 18 | 16 | 17 | 18 | 21* |
| Bilirubin (mg/dl) | Males | 0.1–0.3 | 0.2 | 0.2 | 0.2 | 0.2 | 0.3* | 0.4** |
| | Females | 0.0–0.3 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.3* |
| Cholesterol (mg/dl) | Males | 40–99 | 69 | 60 | 74 | 61 | 103* | 109** |
| | Females | 59–147 | 79 | 83 | 79 | 80 | 119* | 122** |
| Gamma-glutamyl transferase (IU/l) | Males | 4–6 | 5 | 5 | 4 | 4 | 5 | 10** |
| | Females | 4–7 | 5 | 5 | 5 | 4 | 5 | 15** |
| Alkaline phosphatase (IU/l) | Males | 68–145 | 91 | 92 | 98 | 111 | 92 | 110 |
| | Females | 20–129 | 54 | 54 | 64 | 54 | 59 | 97** |
| 5'Nucleotidases (IU/l) | Males | 11–43 | 16 | 13 | 16 | 13 | 12 | 11 |
| | Females | 11–25 | 21 | 24 | 21 | 18 | 14* | 12** |
| *Body and organ weights* | | | | | | | | |
| Body weight (g) | Males | — | 577 | 601 | 591 | 546 | 518 | 418** |
| | Females | — | 327 | 303 | 324 | 308 | 273** | 227** |
| Adrenals, absolute (mg) | Males | — | 57.5 | 59.9 | 65.6 | 57.6 | 69.9 | 63.9 |
| | Females | — | 59.9 | 62.1 | 84.3 | 64.0 | 60.0 | 55.1 |
| Adrenals, relative to body weight | Males | — | 0.010 | 0.010 | 0.011 | 0.011 | 0.0141* | 0.0161** |
| | Females | — | 0.020 | 0.022 | 0.027 | 0.023 | 0.0246 | 0.0283 |
| Brain, absolute (g) | Males | — | 2.145 | 2.273 | 2.160 | 2.195 | 2.245 | 2.090 |
| | Females | — | 1.966 | 1.980 | 1.962 | 1.965 | 1.934 | 1.858** |
| Brain, relative to body weight | Males | — | 0.384 | 0.399 | 0.321 | 0.419 | 0.453** | 0.541** |
| | Females | — | 0.678 | 0.721 | 0.655 | 0.719 | 0.782* | 0.950** |
| Heart, absolute (g) | Males | — | 1.893 | 1.773 | 1.847 | 1.704 | 1.619 | 1.347** |
| | Females | — | 1.074 | 1.110 | 1.125 | 1.053 | 1.029 | 0.816* |
| Heart, relative to brain weight | Males | — | 88.25 | 78.10 | 85.61 | 77.70 | 72.660* | 64.730** |
| | Females | — | 54.66 | 56.02 | 57.36 | 53.67 | 52.320 | 43.913** |
| Kidneys, relative to body weight | Males | — | 0.615 | 0.614 | 0.608 | 0.678 | 0.738* | 0.857** |
| | Females | — | 0.651 | 0.660 | 0.638 | 0.694 | 0.714 | 0.876** |
| Liver, relative to body weight | Males | — | 2.734 | 2.644 | 2.817 | 2.827 | 3.323** | 3.798** |
| | Females | — | 2.596 | 2.624 | 2.603 | 2.791 | 3.667** | 4.434** |
| Liver, relative to brain weight | Males | — | 717.9 | 670.6 | 749.2 | 676.2 | 737.47 | 714.53 |
| | Females | — | 395.3 | 364.7 | 400.9 | 393.7 | 462.05 | 470.78* |
| Spleen, absolute (g) | Males | — | 0.878 | 0.961 | 0.863 | 0.895 | 0.836 | 0.749 |
| | Females | — | 0.526 | 0.490 | 0.551 | 0.525 | 0.495 | 0.409** |
| Spleen, relative to body weight | Males | — | 0.158 | 0.167 | 0.151 | 0.170 | 0.169 | 0.191** |
| | Females | — | 0.171 | 0.178 | 0.184 | 0.191 | 0.202 | 0.210** |
| Thymus, absolute (g) | Males | — | 0.339 | 0.315 | 0.366 | 0.358 | 0.227* | 0.160** |
| | Females | — | 0.226 | 0.216 | 0.263 | 0.263 | 0.205 | 0.124* |
| Thymus, relative to body weight | Males | — | 0.059 | 0.054 | 0.064 | 0.067 | 0.046 | 0.040* |
| | Females | — | 0.066 | 0.079 | 0.087 | 0.096* | 0.083 | 0.063 |
| Thymus, relative to brain weight | Males | — | 15.86 | 13.72 | 16.94 | 16.28 | 10.191* | 7.659* |
| | Females | — | 11.41 | 11.00 | 13.35 | 13.34 | 10.508 | 6.663* |
| Testes, relative to body weight | Males | — | 0.642 | 0.644 | 0.622 | 0.698 | 0.775* | 0.944** |
| *Histology* | | | | | | | | |
| Kidneys, inflammation | Males | — | 0 | 0 | 0 | 1 | 6** | 9** |
| | Females | — | 0 | 0 | 0 | 0 | 0 | 9** |
| Kidneys, nephropathy | Males | — | 3 | 3 | 2 | 4 | 10** | 10** |
| | Females | — | 0 | 0 | 0 | 0 | 0 | 10** |
| Kidneys, pelvis dilatation | Males | — | 1 | 0 | 0 | 0 | 0 | 0 |
| | Females | — | 0 | 0 | 0 | 1 | 1 | 2 |
| Liver, hypertrophy | Males | — | 0 | 0 | 0 | 5 | 5 | 9** |
| | Females | — | 0 | 0 | 1 | 1 | 6* | 10** |

From Chang (1990a)
$p < 0.05$, ** $p < 0.001$

61

One male from each of the grous at 40 and 200 mg/kg bw per day had mottled lungs that, after microscopic examination, were described as indicating chronic bronchopneumonia. Given the isolated occurence and lack of a dose–response relationship, these changes in the lung were concluded to be incidental to treatment. At 1000 mg/kg bw per day, all females displayed phagocytic cells in the thymus, one had lymphohistiocytic infiltration of remote skin and one had extramedullary haematopoiesis of the liver. Given the absence of such findings in studies in animals treated orally, the presence of phagocytic cells in the thymus is of uncertain relationship to treatment, but cannot be entirely discounted as incidental. Renal lymphohistiocytic infiltration was noted in one female from each of the groups at 200 and 1000 mg/kg bw per day. The NOAEL was 200 mg/kg bw per day on basis of the appearance of phagocytic cells in the thymus of females at 1000 mg/kg bw per day (Schneider, 1990).

### Dogs

Groups of four male and four female beagle dogs (six males and six females in the control group and the group receiving a dose of 15 000/10 000 ppm) were fed diets containing fludioxonil (purity, 97.5%) at a concentration of 0, 200, 2000 or 15 000 ppm (0, 6.2, 59 and 290 mg/kg bw per day for males and 0, 6.2, 60 and 340 mg/kg bw per day for females) for 90 days. Owing to marked body-weight loss and reduced food consumption at 15 000 ppm in the first 3 weeks, the dose was reduced to 10 000 ppm. The highest dose is referred to hereafter as 10 000 ppm. At the end of the 90-day period of treatment, two dogs of each sex in the control group and at 10 000 ppm were allowed to recover on control diets for 4 weeks. Food, water and the housing environment were controlled and monitored. The amount of fludioxonil in the diet was analysed regularly. Toxicity was evaluated through: mortality, daily clinical observation, measurements of body weight and food consumption, ophthalmology, haematology (including erythrocyte volume fraction and thrombocyte count, but not platelet count or prothrombin), serum biochemistry, urine analysis (including nitrites), organ weights (including pituitary, thyroid, parathyroid, but not thymus), gross pathology and histopathology (including mammary glands, but not gall bladder).

No deaths occurred during the study and ophthalmology and gross pathology were normal. Green discolouration of the digestive tract was noted in one male at 2000 ppm and three dogs of each sex at 10 000 ppm. Blue faeces were noted in dogs at 2000 and 10 000 ppm. This discolouration was attributed to a coloured metabolite and was not considered to be toxicologically relevant. Three dogs of each sex at 2000 ppm and all dogs at 10 000 ppm had intermittent diarrhoea. Within 2 days of cessation of treatment, faeces were normal for all animals. All other effects reported below occurred at 10 000 ppm only. Body weights of both sexes were reduced and food intake was markedly reduced, by up to 50%, during the first 3 weeks; after the dose was reduced no significant variations were noted. Erythrocyte counts were lower for both sexes at week 13 and recovered only partially on cessation of treatment. Reduced concentrations of haemoglobin were also noted at weeks 8 and 13, but not week 4. Mean cell haemoglobin concentration was reduced and thrombocyte count and fibrinogen concentrations were elevated, and the mean corpuscular volume was elevated in females; however, these effects were reversible. A significant increase in serum cholesterol concentrations was noted in females, but was reversible. Liver weight, both absolute and relative to body weight, was increased in both sexes and may have been related to increased severity, but not incidence, of bile duct proliferation, found in all groups at this dose. The NOAEL was 2000 ppm (59 mg/kg bw per day) on the basis of anaemia and increased serum cholesterol concentrations at 10 000 ppm. As the intermittent diarrhoea did

Table 11. *Key findings of a 90-day study in dogs fed diets containing fludioxonil*

| Parameter | Dietary concentration (ppm) | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Male | | | | Female | | | |
| | 0 | 200 | 2000 | 10 000 | 0 | 200 | 2000 | 10 000 |
| Erythrocyte count ($10^6/mm^3$) | 6.89 | 6.95 | 6.45 | 6.48 | 6.53 | 6.79 | 6.6 | 5.46* |
| Haemoglobin (g/dl) | 16.2 | 16.7 | 15.2 | 15.2 | 15.4 | 16.1 | 15.8 | 12.9* |
| Fibrin (g/l) | 1.93 | 1.53 | 1.63 | 2.12 | 1.72 | 1.42 | 1.4 | 2.28** |
| Platelets (g/l) | 310 | 325 | 337 | 440** | 397 | 336 | 432 | 527* |
| Cholesterol (mmol/l) | 4.2 | 4.6 | 4.2 | 4.7 | 4.4 | 3.3 | 3.7 | 6.9** |

From Moysan (1990)

$p < 0.05$, ** $p < 0.001$

not affect food consumption or the condition of the animals, was readily reversible and was not observed in a 1-year study at doses of up to 8000 ppm, it was considered unlikely to reflect systemic toxicity and was not therefore considered in relation to the the NOAEL (Moysan, 1990).

Groups of four male and four female beagle dogs were fed diets containing fludioxonil (purity, 97.5%) at a concentration of 0, 100, 1000 or 8000 ppm (0, 3.1, 33 or 300 mg/kg bw per day in males and 0, 3.3, 36 or 330 mg/kg bw per day in females) for 52 weeks. Food, water and the housing environment were controlled and monitored. The amount of fludioxonil in the diet was analysed regularly. Toxicity was evaluated through: mortality, daily clinical observation, measurements of body weight and food consumption, ophthalmology, haematology (including thrombocyte count, fibrinogen, activated thromboplastin time, erythrocyte volume fraction and quick time), serum biochemistry (including creatine kinase), urine analysis (including nitrites), organ weights (including pituitary, thyroids and parathyroids, but not thymus), gross pathology and histopathology (including mammary glands).

There were no deaths and food consumption, urine analysis parameters and ophthalmology were unaffected. Blue faeces were noted in all dogs at 1000 and 8000 mg/kg and those at 8000 ppm had discolouration of the digestive tract. Animals receiving fludioxonil at a dietary concentration of 8000 ppm weighed considerably less than control animals throughout the study. A single female at 1000 ppm lost weight from week 22 to week 32 and intermittently subsequently, and finished the study with a lower body weight than any animal at 8000 ppm. The remaining animals at this dose had body weights comparable to those of the controls. Given the pattern of weight change in this individual animal, it was concluded to be incidental to treatment. One male at 8000 ppm displayed alopecia from week 44. In males at 8000 mg/kg, the thrombocyte count and fibrinogen concentrations were consistently elevated throughout the study, and prothrombin time was reduced at week 52. These values were all within the ranges for historical controls. Platelet counts were increased significantly in males and non-significantly in females at 8000 ppm. Although the haematology changes are small in magnitude, they are generally consistent with those seen in the 90-day study, including slight non-significant decreases in erythrocyte and haemoglobin values, and it was therefore concluded that they were related to treatment. Significant increases in serum cholesterol concentrations, above the range for historical controls, were noted in males at 8000 ppm and total bilirubin concentrations were slightly elevated in all dogs at 8000 ppm throughout the study. At 8000 ppm, increased liver weights (correlating with visibly enlarged livers in two females) and decreased spleen weights were noted in both sexes and heart weights in males were reduced. Two females at 8000 ppm had enlarged

*Table 12. Key findings of a 12-month study in dogs fed diets containing fludioxonil*

| Parameter | Sex | Dietary concentration (ppm) | | | |
|---|---|---|---|---|---|
| | | 0 | 100 | 1000 | 8000 |
| Cholesterol (mmol/l) | Male | 2.8 | 3.2 | 3.0 | 4.7* |
| | Female | 4.8 | 4.1 | 4.0 | 4.8 |
| Total bilirubin (µmol/l) | Male | 2 | 2 | 1 | 3 |
| | Female | 2 | 2 | 2 | 4 |
| Prothrombin time (s) | Male | 7.0 | 6.6 | 6.8 | 6.3* |
| | Female | 6.5 | 6.3 | 6.6 | 6.4 |
| Fibrin (g/l) | Male | 1.87 | 2.27 | 2.02 | 2.78* |
| | Female | 2.04 | 1.89 | 2.06 | 2.11 |
| Platelets ($10^3/mm^3$) | Male | 316 | 324 | 368 | 413* |
| | Female | 402 | 395 | 442 | 500 |
| *Body and organ weights* | | | | | |
| Body weight (kg) | Male | 11.5 | 12.4 | 12.5 | 9.7 |
| | Female | 12.3 | 12.0 | 11.1 | 10.1 |
| Liver | Male | 288.2 | 265.5 | 297.0 | 305.6 |
| | Female | 285.7 | 266.3 | 267.8 | 324.9* |
| Spleen | Male | 25.03 | 24.39 | 25.20 | 18.07 |
| | Female | 29.24 | 21.26 | 24.33 | 24.08 |
| Heart | Male | 95.87 | 91.87 | 96.95 | 72.37** |
| | Female | 85.46 | 83.09 | 84.47 | 81.30 |

From Vallet (1992)
$p < 0.05$, ** $p < 0.001$

livers. The size of the spleen was reduced in two males and one female at 8000 ppm and in one male at 100 ppm. The size of the thymus was reduced in two dogs of each sex at 8000 ppm and in one male at 1000 ppm. Other than biliary epithelial cell proliferation observed in one female at 8000 ppm, no histological abnormalities were noted. The NOAEL was 1000 ppm (33 mg/kg bw per day) on the basis of reduced body-weight gains, increased cholesterol concentrations and altered haematology at 8000 ppm. Given the mild degree of the effects observed at 8000 ppm and the wide dose spacing between the NOAEL and LOAEL, the Meeting concluded that the NOAEL is conservative (Vallet, 1992).

### 2.3   Long-term studies of toxicity and carcinogenicity

#### Mice

Groups of 60 male and 60 female CD-1 mice were fed diets containing fludioxonil (purity, 95.4%) at a concentration of 0, 10, 100, 1000 or 3000 ppm (0, 1.1, 11.3, 112 or 360 mg/kg bw per day for males and 0, 1.4, 16.5, 133 or 417 mg/kg bw per day for females) for 18 months. Ten mice of each sex per group were terminated after 12 months. Food, water and the housing environment were controlled and monitored. The amount of fludioxonil in the diet was analysed regularly. Toxicity was evaluated through: mortality, daily clinical observation, body weight, measurements of food and water consumption, ophthalmology, haematology (including reticulocyte time), organ weights, gross pathology and histopathology. The survival patterns for control and treated groups were similar. Pelvic staining, blue discolouration of the skin, stomach and urine seen in some animals at 1000 and 3000 ppm were attributed to a coloured metabolite in the urine and discounted as toxicologically irrelevant. A slight decrease (statistically significant from week 10 to 78) in body-weight gain was noted in males at 3000 ppm; at various stages throughout the study these males consumed significantly more food than did the controls. Water consumption, only measured for weeks 50 and 51, was increased for males at 3000 ppm.

64

Haematology and ophthalmology were unaffected by treatment, with the exception of females at 1000 and 3000 for males at 3000 ppm for whom a slightly, but significantly, reduced mean corpuscular haemoglobin concentration (controls, 34.52%; 1000 ppm, 33.6%\*\*; 3000 ppm, 33.6\*\*; where \*\* $p < 0.01$) was observed at 18 months. Because of the small magnitude of the effect in this study, the absence of correlating haematology findings and the lack of a dose–response relationship, it was concluded that the reduced mean cell haemoglobin concentration, in isolation, was of equivocal relationship to treatment and was not considered in the identification of a NOAEL for this study, despite the statistical significance and the fact that it was consistent with weak anaemia at 7000 ppm in a second study in mice. At 3000 ppm, liver weights, absolute and/or relative, were elevated. The incidences of enlarged spleen (males and females), liver (females), thymus (females) and lymph nodes (males and females) were increased at 3000 ppm. There were no significant variations noted in the incidence of non-neoplastic lesions. There was a significant increase in the incidence of lymphoma in females at 3000 ppm (11, 10, 13, 12, 18 for the control group to the group receiving a dose of 3000 ppm, respectively). Lymphoma is a common finding in ageing female CD-1 mice and the historical incidence at the conducting laboratory is 13–32%, which is comparable to the incidence noted in females at 3000 ppm. Lymphoma was the cause of death of more females at 3000 ppm than in any other group (1, 0, 2, 4, 6 for the control group to the group receiving a dose of 3000 ppm, respectively). Given the high background rate of this finding and the absence of any increase in another study by the same authors using higher doses, the apparent increase in lymphomas observed in this study was concluded to be incidental. No significant variations in the incidence of neoplastic lesions were noted. The NOAEL was 1000 ppm (112 mg/kg bw per day) on the basis of increased liver weights, and thymic and splenic enlargement at 3000 ppm (Chang & Wyand, 1993a).

Groups of 60 male and 60 female CD-1 mice were fed diets containing fludioxonil (purity, 95.4%) at a concentration of 0, 3, 30, 5000 or 7000 ppm (0, 0.33, 3.3, 590 or 850 mg/kg bw per day for males, and 0, 0.41, 4.1, 715 or 1000 mg/kg bw per day for females) for 18 months. Ten mice of each sex per group were terminated after 12 months. Food, water and the housing environment were controlled and monitored. The amount of fludioxonil in

*Table 13. Key findings of an 18-month study in mice given diets containing fludioxonil*

| Parameter | Sex | Dietary concentration (ppm) | | | | |
|---|---|---|---|---|---|---|
| | | 0 | 10 | 100 | 1000 | 3000 |
| Body weight | Male | 40.8 | 42.3 | 43.1 | 42.0 | 40.0 |
| | Female | 32.0 | 34.8 | 34.3 | 34.5 | 33.4 |
| Liver weight, absolute | Male | 1.674 | 1.663 | 1.728 | 1.763 | 1.822 |
| | Female | 1.382 | 1.454 | 1.487 | 1.476 | 1.612\*\* |
| Liver weight, relative to body weight | Male | 4.168 | 4.031 | 4.084 | 4.183 | 4.518 |
| | Female | 4.366 | 4.262 | 4.441 | 4.282 | 4.887\* |
| Liver weight, relative to brain weight | Male | 325.151 | 324.139 | 330.177 | 338.419 | 361.290\* |
| | Female | 272.003 | 285.332 | 292.107 | 286.882 | 317.480\*\* |
| Enlarged spleen | Male | 14 | 16 | 9 | 18 | 22 |
| | Female | 19 | 22 | 21 | 26 | 28 |
| Enlarged liver | Male | 1 | 2 | 2 | 2 | 3 |
| | Female | 1 | 2 | 1 | 3 | 6 |
| Enlarged thymus | Male | 3 | 0 | 1 | 4 | 0 |
| | Female | 4 | 8 | 7 | 10 | 13 |
| Enlarged lymph nodes | Male | 1 | 2 | 3 | 3 | 6 |
| | Female | 0 | 3 | 4 | 3 | 6 |

From Chang & Wyand (1993a)
$p < 0.05$, \*\* $p < 0.001$

the diet was analysed regularly. Toxicity was evaluated through: mortality, daily clinical observation, measurements of body weight and food consumption, ophthalmology, haematology (including reticulocyte time), organ weights, gross pathology and histopathology.

At 7000 ppm, survival was markedly decreased (control: males, 76% and females, 71%; 7000 ppm: males, 27% and females, 22%) and animals displayed rough coat, hypothermia, reduced activity, pallor, distended abdomen, loose stools, dehydration, dyspnoea, discoloured stools, stained anus, discoloured urine and stained pelvic region. At 5000 ppm, rough coat, pallor and loose stools, were observed. Weight gains in males were 8% and 25% below those of controls for males at 5000 and 7000 ppm and 20% below those of controls for females at these doses. Discolouration of the urine, anus, pelvic region and some internal organs seen at 5000 and 7000 ppm were attributed to a coloured metabolite of fludioxonil and discounted as toxicologically irrelevant. Slight anaemia was observed in both sexes at 7000 ppm from 12 months. At 7000 ppm, absolute and relative weights of the kidney were significantly reduced in males (also at 5000 ppm) and elevated in females. Despite the unusual pattern of this change in the two sexes, as it correlates with nephropathy accompanied by calcification of renal tubules at 5000 and 7000 ppm, which was implicated in the death of 31 males and 32 females at 7000 ppm, it was considered to be a reflection of treatment. Absolute and relative weights of the liver in both sexes were elevated at 5000 and 7000 ppm. Rough coats, an increased incidence of liver cysts, renal pitting and renal cysts were seen in both sexes at 7000 ppm, and an elevated incidence of liver necrosis and bile duct hyperplasia was seen in males and a slight increase in the incidence of haemorrhage of the lungs was seen in females at this dose. There was no increase in the number or type of neoplastic lesions. The incidence of lymphomas, which appeared to be increased in the previous study, in females was similar to that in controls (control, 11; 3 ppm, 7; 30 ppm, 12; 5000 ppm, 11; 7000 ppm, 8). The NOAEL was 30 ppm (3.3 mg/kg bw per day) on the basis of decreased body-weight gains, increased liver weights and nephropathy at the next higher dose (Chang & Wyand, 1993b).

The two 18-month studies used the same strain and source of mice, the same batch of fludioxonil and were conducted in the same laboratory with only a difference of 6 months between the commencement of the first and second study. The overall NOAEL for these two studies was 1000 ppm (112 mg/kg bw per day).

### Rats

Groups of 50 male and 50 female Sprague-Dawley rats were fed diets containing fludioxonil (purity, 95.4%) at a concentration of 0, 10, 30, 100, 1000 or 3000 ppm (0, 0.37, 1.1, 3.7, 37 or 110 mg/kg bw per day for males, and 0, 0.44, 1.3, 4.4, 44 or 140 mg/kg bw per day) for up to 24 months. Twenty rats of each sex per group were maintained for clinical laboratory tests. An additional ten rats of each sex per group were terminated after 12 months, and a further ten rats of each sex from the control group and the group at 3000 ppm were treated for 12 months, removed from the test diet for 1 month and then terminated. A further nine males from each group were maintained for studies of metabolism. Food, water and the housing environment were controlled and monitored. The amount of fludioxonil in the diet was analysed regularly. Toxicity was evaluated through: mortality, daily clinical observation, measurements of body weight, food and water consumption, ophthalmology, haematology, serum biochemistry (including creatine kinase, 5-nucleotidase, sorbitol dehydrogenase), organ weights (except thymus), gross pathology and histopathology (including cervix).

66

*Table 14. Key observations in an 18-month study in mice given diets containing fludioxonil*

| Parameter | Sex | Dietary concentration (ppm) | | | | |
|---|---|---|---|---|---|---|
| | | 0 | 3 | 30 | 5000 | 7000 |
| *Haematology* | | | | | | |
| Erythrocytes ($10^6/\mu l$) | Male | 8.83 | 8.72 | 8.34 | 8.00 | 7.27 |
| | Female | 8.39 | 8.60 | 8.74 | 8.32 | 5.90** |
| Haemoglobin (g/dl) | Male | 13.6 | 13.1 | 12.7 | 11.9 | 10.9* |
| | Female | 12.7 | 12.4 | 13.2 | 12.5 | 8.9** |
| Erythrocyte volume fraction (%) | Male | 37.9 | 36.8 | 35.2 | 33.1 | 30.5* |
| | Female | 36.4 | 35.4 | 37.6 | 35.4 | 26.0** |
| Reticulocytes (%) | Male | 2.1 | 2.3 | 2.0 | 2.9 | 3.4 |
| | Female | 1.8 | 1.9 | 1.4 | 2.5 | 2.7 |
| *Body and organ weights* | | | | | | |
| Body weights | Male | 42 | 42.5 | 42.6 | 41.2 | 38.2* |
| | Female | 37.7 | 36.0 | 35.9 | 34.5** | 35.0 |
| Kidneys, absolute (g) | Male | 0.664 | 0.667 | 0.680 | 0.597* | 0.527** |
| | Female | 0.429 | 0.450 | 0.441 | 0.428 | 0.497* |
| Kidneys, relative to body weight | Male | 1.763 | 1.724 | 1.774 | 1.628 | 1.524** |
| | Female | 1.280 | 1.391 | 1.354 | 1.356 | 1.570** |
| Liver, absolute (g) | Male | 1.583 | 1.588 | 1.631 | 1.789* | 1.696 |
| | Female | 1.385 | 1.481 | 1.376 | 1.652** | 1.852** |
| Liver, relative to body weight | Male | 4.253 | 4.186 | 4.336 | 4.843* | 4.978 |
| | Female | 4.119 | 4.562 | 4.221 | 5.240** | 5.798** |
| *Gross pathology* | | | | | | |
| Rough coat | Male | 1 | 4 | 6 | 5 | 27 |
| | Female | 1 | 2 | 4 | 4 | 21 |
| Liver cysts | Male | 0 | 2 | 1 | 2 | 8 |
| | Female | 1 | 1 | 0 | 0 | 1 |
| Kidneys, rough pitted surface | Male | 0 | 2 | 1 | 4 | 29 |
| | Female | 1 | 0 | 1 | 5 | 21 |
| Kidney cysts | Male | 8 | 18 | 11 | 9 | 17 |
| | Female | 8 | 3 | 5 | 10 | 17 |
| *Histopathology* | | | | | | |
| Nephropathy | Male | 0 | 0 | 0 | 53 | 59 |
| | Female | 0 | 0 | 0 | 21 | 58 |
| Liver necrosis | Male | 2 | 3 | 4 | 7 | 13 |
| | Female | 5 | 5 | 3 | 1 | 5 |
| Bile duct, hyperplasia | Male | 0 | 0 | 1 | 4 | 23 |
| Kidneys, calcification | Male | 1 | 5 | 5 | 13 | 45 |
| | Female | 2 | 2 | 1 | 18 | 56 |
| Lungs, haemorrhage | Male | 1 | 1 | 2 | 2 | 1 |
| | Female | 0 | 1 | 2 | 3 | 8 |

From Chang & Wyand (1993b)
$p < 0.05$, ** $p < 0.001$

Treatment did not affect survival rates, ophthalmology, food and water consumption or clinical signs, other than the observation of some diarrhoea at 3000 ppm. Blue staining of the urine, stools and fur were attributed to a coloured metabolite and discounted as toxicologically irrelevant. Final body weights were lower in both sexes at 3000 ppm, although this did not reach statistical significance. Body-weight gains were significantly reduced at 3000 ppm (by 11%) in both sexes. Slight anaemia and slight decreases in leukocyte counts were noted at 3000 ppm. For males, statistical variations in bilirubin, creatine, gamma-glutamyl transferase and creatinine kinase activities were noted at 6 months, however these trends were not noted at 12, 18 and 24 months. In treated females, gamma-glutamyl transferase activities were statistically, but not toxicologically, significantly increased at 6, 18 and 24 months. The values were generally quite low in absolute terms and comparable to the range for historical controls. Although absolute organ weights were comparable to those of the controls, slightly elevated weights of kidneys and livers relative to body weight were noted in males at 3000 ppm. Increased relative weight of the testes at 24 months reflected

**FLUDIOXONIL 47–84 JMPR 2004**

MONGLY02402404

lower body weight and is not toxicologically significant. Males at 3000 ppm had increased incidences of enlarged liver, hepatocellular hypertrophy, nephropathy and renal cysts (also observed at 1000 ppm, but not confirmed histologically). Histologically, the incidence of renal cysts was increased in males at 3000 ppm only. Increased incidences of centrilobular necrosis and basophilic foci of the liver were noted at 3000 ppm in both sexes. An increase in the number of hepatocellular tumours (benign plus malignant) were also noted in females at 3000 ppm, but the incidence was within the historical range (adenoma, 0–10%; carcinoma, 0–1.7%; adenoma plus carcinoma, 0–10%), there were no histological changes indicative of a proliferative response (e.g. foci of cellular alteration) and the tumors were discrete nodules. The overall incidence of neoplasms and the number of animals with neoplasms were similar for control and treated groups. The NOAEL was 1000 ppm (37 mg/kg bw per day) on the basis of an increased incidence of renal cysts and nephrosis in males and decreased body-weight gains in both sexes at the next higher dose (Chang & Richter, 1993).

A subsequent re-examination of the slides of livers from this study (Emeigh Hart, 1994) was performed in order to determine whether the slight increase in hepatocellular tumours in females at 3000 ppm was attributable to a compound-related mitogenic effect and, if so, to identify a no-observed-effect level (NOEL) for this effect. An immunohisto-chemical method was used to detect proliferating cell nuclear antigen (PCNA). A slight, dose-related but not statistically significant, increase in the labelling index was noted in females at 12 months (labelling index: 0.35, 0.37, 0.49, 0.67, 0.56 for dietary concentrations from 0 to 3000 ppm respectively), but not at 13 months (i.e. after fludioxonil had been withdrawn for 1 month) indicating rapid reversibility of cell proliferation on compound withdrawal. Males were unaffected. The overall NOAEL of 1000 ppm was confirmed.

### 2.4 Genotoxicity

The results of studies of genotoxicity with fludioxonil are summarized in Table 16.

### 2.5 Reproductive toxicity: multigeneration studies

#### Rats

In a two-generation study, groups of 30 Sprague-Dawley rats were given diets containing fludioxonil (purity, 95.4%) at a concentration of 0, 30, 300 or 3000 ppm. Actual intakes of fludioxonil were calculated (weighted average) as 0, 2.2, 22 or 230 mg/kg bw per day for males and 0, 2.0, 21 or 210 mg/kg bw per day for females, for the control group to the group receiving 3000 ppm respectively. Treatment of the parental ($F_0$) rats commenced 70 days before cohabitation, continued through cohabitation (up to 21 days) and was subsequently continued for females until pups were weaned at day 21 of lactation. Parental males and females, and unmated females were terminated after weaning of the pups. Pups from the $F_0$ generation were culled to four males and four females on postnatal day 4 where possible. At postnatal day 21, pups of the $F_0$ dams (one male and one female from each litter where possible) were randomly selected for the $F_1$ generation and the remainder were terminated. Food, water and the housing environment were controlled and monitored. The amount of fludioxonil in the diet was analysed regularly. Toxicity was evaluated through: mortality, daily clinical observations, measurements of body weight and food consumption, gross pathology, litter parameters, mating performance, fertility indices, reproduction parameters, survival indices, sex ratio, organ weights (testes and ovaries only) and histopathology (uterus and gross lesions).

68

*Table 15. Key findings of a 2-year study in rats given diets containing fludioxonil*

| Parameter | Sex | Time-point (months) | Dietary concentration (ppm) | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | 0 | 10 | 30 | 100 | 1000 | 3000 |
| *Haematology* | | | | | | | | |
| Leukocytes ($10^3/\mu l$) | Male | 12 | 13.6 | 11.8 | 11.1 | 12.3 | 11.9 | 10.9 |
| | | 24 | 12.2 | 13.0 | 13.1 | 14.3 | 13.0 | 10.4 |
| | Female | 12 | 7.1 | 6.6 | 6.6 | 7.3 | 6.1 | 6.6 |
| | | 24 | 9.4 | 9.0 | 8.4 | 10.2 | 9.5 | 8.5 |
| Erythrocytes ($10^6/\mu l$) | Male | 12 | 9.14 | 9.26 | 9.07 | 9.25 | 8.98 | 9.04 |
| | | 24 | 8.34 | 8.11 | 8.27 | 8.21 | 8.12 | 8.04 |
| | Female | 12 | 8.32 | 8.46 | 8.43 | 8.28 | 8.46 | 7.91* |
| | | 24 | 7.54 | 7.13 | 7.57 | 6.95 | 6.77 | 6.72 |
| Haemoglobin (g/dl) | Male | 12 | 15.9 | 16.0 | 16.1 | 16.0 | 15.7 | 15.7 |
| | | 24 | 14.7 | 14.4 | 14.6 | 14.3 | 14.4 | 14.1 |
| | Female | 12 | 15.3 | 15.6 | 15.6 | 15.2 | 15.4 | 14.4** |
| | | 24 | 14.0 | 13.5 | 14.3 | 12.9 | 13.0 | 12.5 |
| Erythrocyte volume fraction (%) | Male | 12 | 47.5 | 17.9 | 47.6 | 47.8 | 47.4 | 48.0 |
| | | 24 | 43.6 | 42.9 | 43.1 | 42.8 | 43.1 | 42.3 |
| | Female | 12 | 45.4 | 46.2 | 46.5 | 45.5 | 45.9 | 45.1 |
| | | 24 | 41.6 | 39.7 | 41.8 | 38.2 | 38.2 | 37.1 |
| *Serum biochemistry* | | | | | | | | (Historical controls) |
| Gamma-glutamyl transferase (µg/l) | Male | 18 | 5 | 7* | 7* | 5 | 7* | 7* (0–20) |
| | | 24 | 3 | 6** | 6** | 5 | | 7** (1–7) |
| | Female | 18 | 2 | 3 | 4** | 4** | 4** | 4** (0–8) |
| | | 24 | 5 | 7* | 7* | 7* | 7* | 7* (0–6) |
| *Body and organ weights* | | | | | | | | |
| Body weight (g) | Male | 24 | 733 | 791 | 794 | 828 | 757 | 697 |
| | Female | 24 | 564 | 595 | 561 | 552 | 583 | 518 |
| Liver, relative | Male | 12 | 2.383 | 2.371 | 2.429 | 2.329 | 2.497 | 2.704* |
| | | 24 | 2.614 | 2.625 | 2.756 | 2.443 | 2.658 | 2.868 |
| | Female | 12 | 2.423 | 2.334 | 2.528 | 2.412 | 2.632 | 2.507 |
| | | 24 | 3.083 | 4.643 | 3.193 | 3.345 | 4.023 | 4.387 |
| Kidneys, relative | Male | 12 | 0.551 | 0.545 | 0.538 | 0.552 | 0.518 | 0.547 |
| | | 24 | 0.766 | 0.679 | 0.716 | 0.680 | 0.727 | 0.806 |
| | Female | 12 | 0.580 | 0.510 | 0.570 | 0.567 | 0.637 | 0.559 |
| | | 24 | 0.557 | 0.563 | 0.530 | 0.615 | 0.524 | 0.577 |
| Testes, relative | Male | 12 | 0.525 | 0.499 | 0.526 | 0.499 | 0.519 | 0.502 |
| | | 24 | 0.473 | 0.478 | 0.487 | 0.434 | 0.479 | 0.557* |
| *Gross pathology* | *n* | | 70 | 60 | 60 | 60 | 60 | 70 |
| Kidney cysts | Male | 24 | 6 | 7 | 4 | 9 | 12 | 11 |
| | Female | 24 | 0 | 1 | 4 | 2 | 1 | 3 |
| *Histology* | *n* | | 70 | 60 | 60 | 60 | 60 | 70 |
| Enlarged liver | Male | 24 | 2 | 4 | 3 | 3 | 3 | 12 |
| | Female | 24 | 6 | 3 | 1 | 4 | 0 | 3 |
| Liver, degeneration/atrophy/ | Male | 24 | 4 | 8 | 4 | 5 | 9 | 16 |
| centrilobular necrosis | Female | 24 | 8 | 5 | 9 | 9 | 13 | 21 |
| Liver, hepatocellular hypertrophy | Male | 24 | 17 | 16 | 15 | 21 | 16 | 27 |
| | Female | 24 | 19 | 13 | 4 | 5 | 13 | 15 |
| Hepatocellular carcinoma[a] | Female | 24 | 0 | 0 | 0 | 0 | 0 | 1 |
| Hepatocellular adenoma | Female | 24 | 0 | 2 | 0 | 0 | 0 | 4 |
| Kidney cysts | Male | 24 | 18 | 6 | 5 | 7 | 11 | 28 |
| | Female | 24 | 0 | 1 | 2 | 1 | 0 | 3 |
| Nephrosis | Male | 24 | 59 | 45 | 47 | 49 | 51 | 67 |

From Chang & Richter (1993)

[a] In males, the historical incidence of hepatocellular tumours (adenomas plus carcinomas) ranges from 1.4% to 15%. In females the historical incidence of hepatocellular tumours ranges from 0% to 10%

$p < 0.05$, ** $p < 0.001$

MONGLY02402406

69

*Table 16. Results of studies of genotoxicity with fludioxonil*

| End-point | Test object | Concentration or dose | Purity (%) | Result | Reference |
|---|---|---|---|---|---|
| *In vitro* | | | | | |
| Reverse mutation | *S. typhimurium*, plate incorporation | 0, 200, 780, 3130, 12500 or 50000 µg/ml ±S9, in acetone | NS | Negative | Ogorek (1987)[a] |
| Reverse mutation | *S. typhimurium*, broth culture | 0, 0.976, 3.91, 16.5, 250 or 1000 µg/ml ±S9, in DMSO | NS | Negative | Deparade (1987) |
| Reverse mutation | *S. typhimurium*, *E. coli*, ±S9, plate incorporation | 0, 200, 780, 3130, 12500 or 50000 µg/ml ±S9, in acetone | 97.5 | Negative | Ogorek (1989) |
| Gene mutation | Chinese hamster V79 cells | 0, 0.5, 1.0, 2.0, 4.0, 8.0, 10.0, 12.0, 16.0 or 20.0 µg/ml −S9, in DMSO | 97.5 | Negative | Dollenmeier (1989) |
| | | 0, 1.5, 3.0, 6.0, 12.0, 18.0, 24.0, 30.0, 36.6, 48.0 or 60.0 µg/ml +S9, in DMSO | | Negative | |
| Chromosomal aberration | Chinese hamster ovary CCL 61 cells | 0, 10.94, 21.88 or 43.75 µg/ml (3 h) −S9, in DMSO | 97.5 | Positive | Strasser (1989) |
| | | | | Negative | |
| | | 0, 2.73, 5.47 or 10.94 µg/ml (24 h) −S9, in DMSO | | Weak | |
| | | | | Positive[a] | |
| | | 0, 5.74, 10.94, 21.88, 43.75, 87.5, 175.0 or 350.0 µg/ml +S9, in DMSO | | | |
| Unscheduled DNA synthesis | Rat hepatocytes | 0, 4.1, 12.3, 37, 111, 333, 1000, 2500 or 5000 µg/ml | 97.5 | Negative | Hertner (1989) |
| *In vivo* | | | | | |
| Micronucleus formation | Tif:MAGf mice | 0, 1250, 2500 or 5000 mg/kg bw in aqueous carboxy methyl cellulose | 97.5 | Negative | Hertner (1990) |
| Micronucleus formation | Tif:RAIf rats | 0, 1250, 2500, 5000 mg/kg bw in aqueous carboxy methyl cellulose | 97.5 | Negative | Meyer (1991), Ogorek (1999) |
| Chromosomal aberration | Chinese hamster | 0, 1250, 2500 or 5000 mg/kg bw in aqueous carboxy methyl cellulose | 96.4 | Negative | Hertner (1993a) |
| Dominant lethal mutation | Tif:MAGf mice | 0, 1250, 2500 or 5000 mg/kg bw in aqueous carboxy methyl cellulose | 96.4 | Negative | Hertner (1992a) |
| DNA repair synthesis | Tif:RAIf rats | 0, 2500 or 5000 mg/kg bw in aqueous carboxy methyl cellulose | 96.4 | Negative | Hertner (1993c) |
| Replicative DNA synthesis | | | | Negative | |
| Bone marrow aneuploidy | Crl:CD(SD)BR rats | 1250, 2500 or 5000 mg/kg bw in aqueous carboxy methyl cellulose | 97.5 | Negative | Myhr (1999) |
| Dominant lethal mutation | Tif:MAGf mice | 1250, 2500, 5000 mg/kg bw per day | 96.4 | Negative | Hertner (1992b) |

DMSO, dimethyl sulfoxide; NS, not stated

[a] GLP status unknown

[b] Less than a doubling of the control value, but statistically significantly higher (aberration rates: negative control, 6%; positive control, 84%; 87.5 and 175 µg/ml, 11%) at non-cytotoxic concentrations

Parental $F_0$ males at 3000 ppm ate, and weighed (<5% reduction in weight gains), slightly less than the controls, and $F_1$ males had slightly but significantly reduced food consumption and weight gains (<10%). Weight gains in $F_0$ parental females at 3000 ppm were generally lower than those of controls, reaching significance at some time-points, but were largely unaffected in $F_1$ females. Food consumption was reduced in the $F_0$ but not $F_1$ females. Absolute weights of the testes were similar in the control and treated groups, however, $F_1$ males at 3000 ppm had significantly higher testicular weights relative to body weights (control, −0.63; 3000 ppm, −0.68, $p < 0.05$) reflecting the lower body weights (testes weights tend to be conserved where weight gain is reduced). Treatment did not affect the number of females mating within 21 days, fertility or reproduction parameters, or the length of gestation. The number of implantation sites per dam was significantly higher for $F_1$ groups at 300 and 3000 ppm compared with controls, which is clearly not an adverse effect and is likely to be an incidental finding. Absolute weights of the ovary were significantly lower in $F_0$ females at 30 and 3000 ppm than in controls, although no dose-related response was noted (control, −0.12 g; 30 ppm, −0.10* g; 300 ppm, −0.11 g; 3000 ppm, −0.10* g; where

**FLUDIOXONIL 47–84 JMPR 2004**

MONGLY02402407

70

* is $p < 0.05$) and no effect was seen in $F_1$ females. It was consequently concluded that this finding was incidental. No significant differences in survival indices were noted. One $F_0$ dam treated with fludioxonil at 3000 ppm had 13 pups with no milk in their stomachs. $F_1$ and $F_2$ pups at 3000 ppm weighed significantly less than controls (8–12% by day 14 and similar difference at day 21). This effect is not attributable to increased litter size or effects on parental weight gains as these were not consistent across the two generations of pups. The effects are also not attributable to consumption of maternal diet by the pups as the extent of the effect was maximal on day 14 with no progression to day 21. Consumption of maternal diet increased substantially between days 14 and 21. No treatment-related gross pathological changes were noted in culled pups and weanlings. The mean litter size was significantly increased in $F_2$ pups at 300 and 3000 ppm; this is probably an incidental finding and is clearly not adverse. The mean proportion of pups surviving to day 4 was significantly decreased for the $F_2$ generation at 3000 ppm, but was similar to the $F_1$ control value for this parameter. Also the number of pup deaths in the control group on postnatal days 0–21 was 3.9 per litter for $F_1$ pups and 1.3 per litter for $F_2$ pups, compared with 3.1 per litter and 4.2 per litter for the $F_1$ and $F_2$ pups at 3000 ppm, respectively, suggesting that the apparent decrease in survival rate in the $F_2$ pups at 3000 ppm was artifactual. The NOAEL for parental toxicity was 300 ppm (21 mg/kg bw per day) on the basis of slightly lower body weights and food intake in males at the next higher dose. The NOAEL for pup development was 300 ppm (21 mg/kg bw per day) on the basis of lower body weights at the next higher dose. There were no effects on the reproductive success of parental animals at the highest dose (Singh, 1992).

Sprague-Dawley rats were mated, with the day on which a sperm-positive vaginal smear was obtained being designated day 0. Groups of 25 successfully mated females were then treated with fludioxonil (purity, 97.5%) at a dose of 0, 10, 100 or 1000 mg/kg bw per day by gavage on days 6–15 of gestation. Maternal toxicity was evaluated using: rate of mortality, daily clinical observations, measurements of body weight and food consumption, and dissection and examination of the reproductive tract. Fetuses were removed by caesarean section on day 20 of gestation, and toxicity was determined by external, visceral and skeletal examination, and measurement of body weight. Food, water and the housing environment were controlled and monitored. One female in the control group died during the study and two dams in the groups receiving a dose of 10 or 100 mg/kg bw per day had total resorptions. No treatment-related clinical signs were noted. Females treated with fludiox-

*Table 17. Body weights (g/% of that of controls) of pups in a two-generation study of reproductive toxicity in rats fed diets containing fludioxonil*

| Generation | Postnatal day | Dietary concentration (ppm) | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Males | | | | Females | | | |
| | | 0 | 30 | 300 | 3000 | 0 | 30 | 300 | 3000 |
| $F_1$ | 0 | 6.64/100 | 6.52/98 | 6.64/100 | 6.40/96 | 6.19/100 | 6.16/100 | 6.30/102 | 5.99/97 |
| | 4[a] | 10.18/100 | 9.88/97 | 10.47/103 | 9.28*/91 | 9.59/100 | 9.40/98 | 10.02/104 | 8.80/92 |
| | 14 | 33.60/100 | 31.68/94 | 33.62/100 | 29.72**/88 | 32.17/100 | 30.23/94 | 32.39/101 | 28.35**/88 |
| | 21 | 56.87/100 | 54.34/96 | 56.68/100 | 50.27**/88 | 53.73/100 | 51.55/96 | 54.28/101 | 47.62**/89 |
| $F_2$ | 0 | 6.38/100 | 6.33/99 | 6.21/97 | 6.12/96 | 6.07/100 | 5.90/97 | 5.88/97 | 5.78/95 |
| | 4[a] | 9.15/100 | 9.64/105 | 9.03/99 | 8.67/95 | 8.89/100 | 8.96/101 | 8.76/99 | 8.16/92 |
| | 14 | 30.05/100 | 30.74/102 | 30.93/103 | 27.97*/93 | 29.59/100 | 29.49/100 | 30.17/102 | 26.12**/88 |
| | 21 | 48.67/100 | 50.53/104 | 51.07/105 | 44.62*/92 | 47.51/100 | 47.88/101 | 49.43/104 | 41.69**/88 |

From Singh (1992)

[a] Weight of remaining pups after culling

$*p < 0.5$, $**p < 0.01$

MONGLY02402408

71

*Table 18. Litter parameters in a two-generation study of reproductive toxicity in rats fed diets containing fludioxonil*

| Parameter | Dietary concentration (ppm) | | | |
|---|---|---|---|---|
| | 0 | 30 | 300 | 3000 |
| $F_1$ generation | | | | |
| No. of implantation sites | 16.2 | 14.8 | 15.0 | 15.3 |
| Mean litter size (day 0) | 15.0 | 13.3 | 13.6 | 14.7 |
| Mean % of pups that survived until day 4 | 96.9 | 98.5 | 98.3 | 98.3 |
| $F_2$ generation | | | | |
| No. of implantation sites | 14.86 | 12.68 | 16.42* | 16.32* |
| Mean litter size (day 0) | 14.1 | 12.2 | 15.1* | 15.5* |
| Mean % of pups that survived until day 4 | 98.8 | 93.7 | 98.4 | 96.3* |

From Singh (1992)
*$p < 0.5$, **$p < 0.01$

*Table 19. Findings in fetuses in a study of developmental toxicity in rats given fludioxonil by gavage*

| Parameter | Dose (mg/kgbw per day) | | | |
|---|---|---|---|---|
| | 0 | 10 | 100 | 1000 |
| Body weight (g) | $3.73 \pm 0.39$ | $3.86 \pm 0.50$ | $3.91 \pm 0.45$ | $3.95 \pm 0.41$ |
| Dilated renal pelvis | 1 (0.8%) | 1 | 1 | 5 (4.0%) |
| Dilated ureter | 4 (3.1%) | 2 | 5 | 7 (5.6%) |

From Savary (1989a)

onil at 1000 mg/kg bw per day had significantly lower body-weight gains during gestation (control, −98.3 g; 1000 mg/kg bw per day, −82.2 g). A slight decrease in food consumption at 1000 mg/kg bw per day was noted from day 6 to day 11 of gestation. Treatment had no effect on the number of live implants per dam, rate of resorptions, pup sex ratio, or fetal external or skeletal alterations. There was a very slight, non-significant increase in pup weight with dose. Slight increases in the incidence of dilated renal pelvis and dilated ureter were noted in fetuses at 1000 mg/kg bw per day, but remained well within the range for historical controls (0.6–7.5%) and the pattern of the dose–response relationship suggests that this is an incidental finding. The NOAEL for fetal development was 1000 mg/kg bw per day, the highest dose tested. The NOAEL for maternal toxicity was 100 mg/kg bw per day on the basis of lower body-weight gains at the next higher dose. Fludioxonil was not teratogenic in this study (Savary, 1989a).

### Rabbits

Groups of 16 female rabbits were artificially inseminated and then treated with fludioxonil (purity, 97.5%) at a dose of 0, 10, 100 or 300 mg/kg bw per day by gavage in 0.5% methylcellulose solution in distilled water during days 6–18 of gestation. Maternal toxicity was evaluated using: rate of mortality, daily clinical observations, measurements of body weight and food consumption, and dissection and examination of the reproductive tract. Fetuses were removed by caesarean section on day 28 of gestation and toxicity was determined by external, visceral and skeletal examination, and measurement of body weight. Food, water and the housing environment were controlled and monitored. One female at 100 mg/kg bw per day died during the study and one dam in the control group, and in the groups receiving a dose of 10 and 300 mg/kg bw per day had total resorptions. One female in the control group and one female at 300 mg/kg bw per day aborted. Blue-coloured urine,

MONGLY02402409

72

*Table 20. Key observations in a study of developmental toxicity in rabbits given fludioxonil by gavage*

| Observation | Dose (mg/kg bw per day) | | | |
|---|---|---|---|---|
| | 0 | 10 | 100 | 300 |
| *Skeletal variation* | | | | |
| Reduced ossification of the fifth sternebra | 22 | 20 | 30 | 33 |
| Total skeletal variations | 40 | 40 | 39 | 52 |
| *Body and organ weights* | | | | |
| Body weight (g/[% of control]) | | | | |
| Day 0 | 3763/100 | 3744/100 | 3716/99 | 3702/98 |
| Day 6 | 3937/100 | 3946/100 | 3908/99 | 3861/98 |
| Day 18 | 4089/100 | 4080/100 | 4034/99 | 3938/96 |
| Day 28 | 4234/100 | 4205/99 | 4140/98 | 4061/96 |
| Body-weight gain (g/[% of control]) | | | | |
| Days 0–6 | 173.3/100 | 140.7/81 | 191.4/110 | 159.3/92 |
| Days 6–18 | 152.5/100 | 195.7/128 | 126.4/83 | 76.4/50 |
| Days 18–28 | 145.0/100 | 125.0/86 | 105.7/73 | 122.9/85 |
| Days 0–28 (individual range) | 470.8/100 | 461.4/98 | 423.6/90 | 358.6/76 |
| Days 0–28[a] (individual range) | 63.6 (−514–+431) | 47.3 (−302–+287) | 9.6 (−393–+374) | −70.2 (−413–−201) |
| Uterus weight (g/[% of control]) | 407.2/100 | 414.1/102 | 414.0/102 | 428.8/105 |
| *Food consumption ([g/animal per day]/ [% ofcontrol]* | | | | |
| Days 0–6 | 209/100 | 193/92 | 198/95 | 189/90 |
| Days 6–12 | 188/100 | 193/103 | 180/96 | 145*/77 |
| Days 12–19 | 191/100 | 189/99 | 194/102 | 164/86 |
| Days 19–24 | 181/100 | 165/91 | 171/95 | 153/85 |
| Days 24–28 | 138/100 | 127/92 | 148/107 | 110/80 |

From Savary (1989b)
*$p < 0.05$ (Student's t-test)
[a] Without uterus weight

attributable to the presence of a blue metabolite of fludioxonil, was noted in four dams at 100 mg/kg bw per day and 12 dams at 300 mg/kg bw per day, but was considered to be of no toxicological relevance. Females treated with fludioxonil at 300 mg/kg bw had significantly lower body-weight gains during gestation (471, 424 and 359 g at 0, 100 and 300 mg/kg bw per day respectively), and reduced food consumption over the period of the study, and those at 100 mg/kg bw per day weighed sightly less than the controls from day 18. The equivocally lower net body-weight gain, without reduced food consumption, observed at 100 mg/kg bw per day was at least partially due to lower body weights in this group at the start of dosing. The individual values were well within the range of those for the controls and the final body weights expressed as a percentage of those of the controls were comparable at doses of up to 100 mg/kg bw per day (100%, 99%, 97% and 95% at 0, 100 and 300 mg/kg bw per day respectively). Consequently, the slightly lower body-weight gain at 100 mg/kg bw per day was considered to be not adverse and was probably incidental.

The sex ratio was statistically different in the control group (63% male) and at 300 mg/kg bw (48% male), but is unlikely to be attributable to treatment. Treatment did not affect the number of resorptions, fetal loss, fetal weights, or external, visceral and skeletal anomalies. There was a non-significant increase in the incidence of reduced ossification of the fifth sternebra and overall incidence of skeletal variations at 300 mg/kg bw, which is likely to reflect delayed development secondary to maternal nutritional stress manifested as reduced weight gains and food consumption. The NOAEL for fetal development was 300 mg/kg bw per day. The NOAEL for maternal toxicity was 100 mg/kg bw per day on the basis of lower body-weight gains and reduced food consumption at the next higher dose (Savary, 1989b).

73

*Figure 3. Mechanism of production of the coloured metabolite of fludioxonil*



## 2.6   Special studies: mechanisms

To investigate the cause of the blue colouration seen in the urine and some organs, the metabolites of fludioxonil in pooled samples of urine collected at 1, 3, 6, 12, 18 and 24 months during the long-term study in rats given diets containing fludioxonil at a concentration of 0, 10, 30, 100, 1000 or 3000 ppm were investigated. Male rats given diets containing fludioxonil at 3000 ppm for 7, 13 and 24 months were given a pulse dose of [4-$^{14}$C]pyrrole fludioxonil by gavage. Urine was collected from these animals for the next 72 h. From the original study, animals given diets at 1000 and 3000 ppm displayed coloured urine with an absorption maximum of $594 \pm 2$ nm. The absorption spectrum was between 450 nm and 650 nm. Two of the original samples had a further peak at 650 nm. For this peak, absorption increased with storage, indicating that it is derived from a degradation product. The extent of colouration of the urine reached a plateau after 3 months. The proportion of the administered radiolabel that was recovered in the urine was similar at 7, 13 and 24 months (24–33% over 24 h and 30–34% over 72 h). In a previous study of metabolism, 16.5% of the administered radiolabel was collected in the urine over 72 h after a single dose of fludioxonil. The pattern of metabolites was determined for the 0–24 h after the pulse dose. For all samples, a pronounced absorption maximum was noted between 593 nm and 596 nm. The pattern of urinary metabolites was similar to that noted in toxicokinetic studies. One nonpolar fraction was revealed to be the coloured component and represented between 3.9 and 6.4% of the radiolabelled dose, which corresponds to 1–2% of a daily dose at a dietary concentration of 3000 ppm. When one of the other metabolites was treated with β-glucuronidase, the solution turned blue immediately. The relative molecular mass was determined to be 538 and the proposed structure is presented in Figure 3 (Thanei, 1994).

## 2.7   Studies on metabolites

Studies were conducted on the acute oral toxicity and genotoxicity of several metabolites of fludioxonil that are formed in plants, soil, and/or chickens. These metabolites have the company codes of SYN 518579/CGA 308565 (a tautomeric pair; structures are given in Figure 4), CGA 265378, CGA 339833, CGA 308103, and CGA 192155. Their structures are provided in Figure 5, and the results of these studies are summarized in Table 21. In addition, a 90-day dietary study with CGA 339833 was conducted in rats.

74

*Figure 4. Structures of some key plant and animal metabolites of fludioxonil that are not found in rats*



| CGA 265378 | CGA 339833 | CGA 192155 | CGA 308103 |

*Figure 5. Tautomerism of SYN 51879 and CGA 308565*



CGA 339833 is formed from fludioxonil by photolysis, hydroxylation, and consequent opening of the pyrrol ring. The compound was identified in soil and water (photolysis studies at 15–31%) and in plants (wheat, peach, green onions, lettuce and in studies of rotational crops with wheat, radish and mustard).

Groups of 10 male and 10 female HanBrl:WIST(SPF) rats were given diets containing CGA 339833 (purity, 96%) at a concentration of 0, 10, 100, 800, 2500 or 7000 ppm for 90 days. Actual achieved doses of CGA 339833 were 0.7, 7.1, 58, 190, 510 mg/kg bw per day for males and 0.9, 8.7, 67, 210, 600 mg/kg bw per day. Stability and homogenicity of the test article in the diet were checked before treatment and at intervals during the study. Mortality was checked twice per day and clinical signs were checked daily. Body weight, food and water consumption were recorded before the start of treatment and once per week thereafter. Ophthalmological examinations were performed for all animals before treatment, and for animals in the control group and in the group receiving the highest dose in week 13. A functional observational battery (activity and overexcitation of the central nervous

75

*Table 21. Acute oral toxicity and genotoxicity of metabolites of fludioxonil*

| Metabolite | End-point and test object | Dose | Result | Reference |
|---|---|---|---|---|
| Syn 518579/CGA 308565 | $LD_{50}$, rat | 2000 mg/kg bw | $LD_{50} > 2000$ mg/kg bw (no deaths) | Hartmann (1993a) |
| | Ames test, *S. typhimurium* and *E. coli* | 312.5–5000 μg/plate ±S9 | Negative | Hertner (1992c) |
| CGA 265378 | $LD_{50}$, rat | 2000 mg/kg bw | $LD_{50} > 2000$ mg/kg bw (no deaths) | Hartmann (1992) |
| | Ames test, *S. typhimurium* and *E. coli* | 312.5–5000 μg/plate ±S9 | Negative | Hertner (1992a) |
| CGA 339833 | $LD_{50}$, rat | 2000 mg/kg bw | $LD_{50} > 2000$ mg/kg bw (no deaths) | Sommer (2000) |
| | Ames test, *S. typhimurium* and *E. coli* | 312.5–5000 μg/plate ±S9 | Negative | Deparade (2000) |
| | Gene mutation, mouse lymphoma L5178Y cells | 4 h: 400–3200 μg/ml (−S9); 200–3400 μg/ml (+S9); 24 h: 400–3200 μg/ml (−S9) | Negative | Wollny (2001) |
| | *In vitro* Chromosomal aberration, Chinese hamster V79 cells | −S9: 800–2400 μg/ml (4 h + 14 h), 200–1600 μg/ml (18 h), 800 μg/ml (28 h); +S9: 200–2400 μg/ml (4 h + 14 h), 200–800 μg/ml (4 h + 24 h) | Positive: −S9: 18 h<br>Negative<br>−S9: 4 h (+14 h) and 28 h<br>+S9: 4 h (+14 h) and 4 h (+24 h) | Schulz (2002) |
| | *In vivo* Micronucleus formation, rat bone marrow | 500, 1000 or 2000 mg/kg bw | Negative | Fox (2002) |
| CGA 308103 | $LD_{50}$, rat | 200, 500, 1000 or 2000 mg/kg bw | $1000 < LD_{50} < 2000$ mg/kg bw (Deaths: 0/5, 0/5, 0/3, 5/5) | Hartmann (1993c) |
| | Ames test, *S. typhimurium* and *E. coli* | 312.5–5000 μg/plate | Negative | Hertner (1994) |
| CGA 192155 | $LD_{50}$, rat | 2000 mg/kg bw | $LD_{50} > 2000$ mg/kg bw | Hartmann (1993b) |
| | Ames test, *S. typhimurium* and *E. coli* | 78.1–1250 μg/plate (+S9 *S. typhimurium* first experiment) 312.5–5000 μg/plate (all other experiments) | Negative | Hertner (1993b) |

system, sensorimotor, autonomic and physiological functions and motor activity tests) was performed towards the end of treatment. At the end of treatment, haematology, clinical chemistry, urine analysis, organ weights, gross pathology and histopathology were performed.

There were no treatment-related effects on mortality, clinical signs, the functional observation battery, food and water consumption, haematology, ophthalmological parameters, or gross pathology. Body-weight gain was slightly reduced in animals at the highest dose, resulting in final body weights that were 10% and 5% lower than those of the controls for males and females respectively. Apparently lower body-weight gain in males at 100 ppm was at least partly due to single animals in the control group and in the group receiving fludioxonil at 10 ppm with cumulative weight gains that were >50% greater than the average for those groups. If body-weight gains are calculated without these two outliers, then values for groups of males treated at ≤100 ppm are similar to those of the controls. Weight gains for groups treated with fludioxonil at 800 to 7000 ppm remain approximately 10–13% below that of the control group, but with a flat dose–response

relationship particularly at 800 and 2500 ppm. Consequently, lower body-weight gains in males treated at 100 ppm are considered to be incidental to treatment and those observed at 800 and 2500 ppm to be of equivocal relationship to treatment. Significantly lower triglyceride and higher phosphorus values were observed in males at 7000 ppm. Males at 7000 ppm excreted slightly larger volumes of a more dilute urine. A slightly increased absolute weight of the liver was noticed in females at 7000 ppm and relative weights were increased in both sexes at this dose. The weight changes correlated with centrilobular hepatocellular hypertrophy. Relative weight of the kidney was increased for males at 7000 ppm and slight non-significant increases were seen in males at 2500 ppm and in females at 7000 ppm. Histopathologically, a slightly increased incidence and severity of tubular casts was seen in males at 800 to 7000 ppm. The tubular casts were found in the proximal tubuli and consisted of eosinophilic formations in the tubular lumen and walls without causing tubular distention. As tubular casts were present in more than half of the control males, the slight increase in incidence and grading was not considered to be adverse—especially for males at 800 ppm where this finding was not accompanied by any change in kidney weight or other indications of kidney damage in clinical pathology parameters. Increased relative weights of the testes in males at 7000 ppm were considered to be secondary to reduced weight gains in this group, as absolute testes weights tended to be preserved. Increased weights of the ovaries in females treated at 100 ppm were attributable to the presence of watery cysts in one animal, and increased adrenal weight in this group was discounted as incidental owing to the lack of a dose–response relationship. Histopathology revealed an increased incidence of minimal to slight atrophy in the olfactory epithelium at 2500 and 7000 ppm, which was characterized by the disorderly arrangement of the olfactory epithelium, retention of secretion in the olfactory mucosal glands, and foamy appearance of submucosal supporting cells. A slightly increased incidence of follicular cell hypertrophy in the thyroid gland was seen in females at 7000 ppm.

The NOAEL for CGA 339833 was 800 ppm (equal to 58 and 67 mg/kg bw per day in males and females) on the basis of increased relative weight of the liver correlating with hepatocellular hypertrophy, increased relative weight of the kidney and tubular casts at ≥2500 ppm (males only), and minimal to slight atrophy of the olfactory epithelium at ≥2500 ppm (Sommer, 2001).

## 3. Observations in humans

Medical surveillance of employees engaged in the manufacture of fludioxonil or its formulation into products since 1992 has not revealed any adverse health effects. Medical surveillance included, at some sites, anamnesis, physical examination, haematology clinical chemistry and urine analysis (Lorez & Ledgerwood, 2003).

## Comments

After oral administration of radiolabelled fludioxonil, the radiolabel is rapidly and extensively (approximately 80% of the administered dose) absorbed, widely distributed, extensively metabolized and rapidly excreted, primarily in the faeces (approximately 80%) via the bile (approximately 70%), with a small amount being excreted in the urine (approximately 20%). The maximum blood concentration is reached within 1 h after administration. Elimination is biphasic, with half-lives of between 2 h and 5 h for the first phase, and between 30 and 60 h for the second phase. Fludioxonil is rapidly cleared from the blood and tissues, and there is consequently negligible potential for accumulation. The metabo-

77

*Table 22. Principle findings of a 90-day study with CGA 339833 in rats*

| | Dietary concentration (ppm) | | | | | | | | | | | |
| | Males | | | | | | Females | | | | | |
| | 0 | 10 | 100 | 800 | 2500 | 7000 | 0 | 10 | 100 | 800 | 2500 | 7000 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Terminal body weight (g) | 403.5 | 398.5 | 374.0 | 371.6 | 374.1 | 359.8 | 215.6 | 222.4 | 216.4 | 220.6 | 212.1 | 205.4 |
| Body weight (% of control), week 13 | 100 | 99 | 94 | 93 | 94 | 91 | 100 | 103 | 101 | 102 | 98 | 95 |
| Body-weight gain (g), weeks 1–13 | 227 | 221 | 203 | 197 | 199 | 188** | 93 | 98 | 97 | 93 | 86 | 81 |
| Triglycerides (mmol/l) | 0.84 | 0.79 | 0.71 | 0.62 | 0.54 | 0.45** | 0.391 | 0.417 | 0.399 | 0.466 | 0.384 | 0.367 |
| $PO_4^-$ (mmol/l) | 1.56 | 1.45 | 1.45 | 1.46 | 1.57 | 1.81** | 1.27 | 1.22 | 1.54* | 1.35 | 1.44 | 1.49 |
| *Urine* | | | | | | | | | | | | |
| Volume (ml) | 2.98 | 3.66 | 2.63 | 3.67 | 4.02 | 4.69* | 3.80 | 3.91 | 3.26 | 4.03 | 4.46 | 4.16 |
| Relative density (1) | 1.072 | 1.063 | 10.78 | 1.066 | 1.053 | 1.046* | 1.050 | 1.048 | 1.051 | 1.036 | 1.040 | 1.046 |
| *Liver* | | | | | | | | | | | | |
| Absolute weight (g) | 14.6 | 13.91 | 13.38 | 13.57 | 14.23 | 14.21 | 7.66 | 7.86 | 8.13 | 7.79 | 7.76 | 8.66 |
| Relative to body weight (%) | 36.2 | 35.1 | 35.8 | 34.1 | 36.4 | 39.5* | 35.5 | 35.4 | 37.5 | 35.4 | 36.6 | 42.3* |
| Relative to body weight (% of control) | 100 | 97 | 99 | 94 | 101 | 109 | 100 | 100 | 106 | 100 | 103 | 119 |
| Hepatocyte hypertrophy [grade] | 0/10 [—] | 0/10 [—] | 0/10 [—] | 0/10 [—] | 7/10 [1.0] | 10/10 [2.4] | 0/10 [—] | 0/10 [—] | 0/10 [—] | 0/10 [—] | 1/10 [1.0] | 7/10 [1.9] |
| *Kidney* | | | | | | | | | | | | |
| Absolute weight (g) | 2.519 | 2.427 | 2.373 | 2.343 | 2.524 | 2.492 | 1.630 | 1.683 | 1.657 | 1.584 | 1.551 | 1.615 |
| Relative to body weight (%) | 6.25 | 6.14 | 6.35 | 6.30 | 6.78 | 6.93** | 7.54 | 7.58 | 7.66 | 7.21 | 7.32 | 7.88 |
| Relative to body weight (% of control) | 100 | 98 | 102 | 101 | 109 | 111 | 100 | 101 | 102 | 96 | 97 | 105 |
| Tubular casts [grade] | 6/10 [1.3] | 7/10 [1.3] | 7/10 [1.0] | 8/10 [1.8] | 10/10 [1.6] | 10/10 [1.8] | 0/10 [—] | 0/10 [—] | 1/10 [2.0] | 1/10 [2.0] | 0/10 [—] | 0/10 [—] |
| *Nasal cavity* | | | | | | | | | | | | |
| Atrophy of olfactory epithelium [grade] | 0/10 [—] | 0/10 [—] | 0/10 [—] | 0/10 [—] | 4/10 [1.0] | 10/10 [1.6] | 0/10 [—] | 0/10 [—] | 0/10 [—] | 0/10 [—] | 1/10 [1.0] | 7/10 [1.9] |
| *Thyroid gland* | | | | | | | | | | | | |
| Follicular cell hypertrophy [grade] | 10/10 [1.2] | 9/10 [1.3] | 8/10 [1.3] | 7/10 [1.0] | 5/10 [1.0] | 10/10 [1.4] | 2/10 [1.0] | 3/10 [1.0] | 1/10 [1.0] | 3/10 [1.0] | 1/10 [1.0] | 5/10 [1.0] |

From Sommer (2001)

* $p < 0.05$, ** $p < 0.01$ (Dunnett's test)

lism of fludioxonil proceeds primarily through oxidation of the pyrrole ring, leading to one major (57% of the administered dose) and one minor (4% of the administered dose) oxo-pyrrole metabolite. Hydroxylation of the phenyl ring yields the corresponding phenol metabolite, which represents 2% of the administered dose. These phase I metabolites are subsequently excreted as glucuronyl and sulfate conjugates and, together with unabsorbed and unchanged fludioxonil excreted in faeces, account for approximately 75% of the administered dose. The dimerization of the hydroxy pyrole metabolite produces a metabolite of an intense blue colour.

The dermal absorption of fludioxonil, excluding material bound to the skin, is low in rats in vivo (<5%) and in human skin in vitro (<0.5%). In a study of dermal penetration in rats in vitro, values for dermal absorption at low levels of application were comparable to those obtained in a study performed in vivo (<2%), but at higher levels these values significantly overestimated absorption in vivo (38%).

Fludioxonil has low acute toxicity in rats when administered by oral, dermal or in-halation routes, producing no deaths at 5000 and 2000 mg/kg bw and 2.6 mg/l of air, respectively, the highest doses tested. There were also no deaths in mice given fludioxonil at 5000 mg/kg bw by gavage. Fludioxonil is a slight ocular irritant in rabbits, but is neither a dermal irritant in rabbits nor a dermal sensitizer in guinea-pigs (Magnusson & Kligman maximization assay).

In studies of repeated doses in mice and rats, the liver (necrosis, centrilobular hyper-trophy, increased serum cholesterol and 5'nucleotidase), the kidneys (nephropathy, inflam-mation, cysts) and haematopoietic system (mild anaemia) were the principle targets. Such effects often set the LOAELs for these studies, together with reduced body-weight gains. In mice, these effects were observed after 90 days of treatment at 450 mg/kg bw per day and at 590 mg/kg bw per day in one 18-month study, but not at 360 mg/kg bw per day in another such study. In rats, effects were seen at doses of ≥400 mg/kg bw per day in short-term studies and at 110 mg/kg bw per day in a 2-year study; lower body-weight gains were also observed at these doses. Liver toxicity was generally manifested by increased concentrations of serum cholesterol and bilirubin, and centrilobular hypertrophy and/or necrosis. Anaemia in mice (at >590 mg/kg bw per day for 18 months) and rats (at 1300 mg/kg bw per day for 3 months) was seen at doses greater than the LOAEL. In dogs, anaemia was observed at the LOAEL (at 290 mg/kg bw per day for 3 months, but only after 4 weeks of treatment; and at a dose of 300 mg/kg bw per day for 12 months). No haematological effects were observed in shorter studies in mice (at ≤1050 mg/kg bw per day for 90 days) or rats (at ≤2500 mg/kg bw per day for 20 days, and at ≤1000 mg/kg bw per day for 28 days).

Blue discolouration of the urine, perineal fur, kidneys and gastrointestinal tract were common observations in all species. These effects were secondary to the formation of the blue metabolite in quantities that were sufficient, at high doses, to stain the various tissues. The effect is not toxicologically significant and was disregarded in identifying NOAELs from studies in which it was observed.

Fludioxonil gave negative results in assays for reverse mutation in *S. typhimurium* and *E. coli*, gene mutation in Chinese hamster V79 cells, unscheduled DNA synthesis in rat hepatocytes, micronucleus formation in bone marrow of rats and mice in vivo, and chro-mosome aberration in Chinese hamsters in vivo. Fludioxonil was clastogenic in Chinese hamster ovary cells (CCL61) in vitro at non-cytotoxic concentrations. There was no evi-dence of heritable genetic damage in an assay for dominant lethal mutations in mice.

The Meeting concluded that fludioxonil is unlikely to be genotoxic in vivo.

The carcinogenicity potential of fludioxonil was examined in a study in rats and in two studies in mice. While the incidence of lymphomas was slightly increased in females in one study in mice receiving diets containing fludioxonil at a concentration of 3000 ppm (equal to 360 mg/kg bw per day), no increase was observed in a concurrent life-time study in mice given diets containing fludioxonil at dietary concentrations of up to 7000 ppm (1000 mg/kg bw per day). Lymphoma is a common finding in ageing female CD-1 mice, and the historical incidence at the laboratory conducting these studies was 13–32%, which encompasses the incidence noted in females at 3000 ppm (30%). Given the high background rate of this finding and the lack of any increase in the other study by the same authors using higher doses, the Meeting concluded that the apparent increase in lymphomas observed in one study in mice was incidental. There was no evidence of carcinogenic potential

Case 3:16-md-02741-VC   Document 3980-1   Filed 05/31/19   Page 89 of 104

with fludioxonil in the study in rats. The overall NOAELs in the long-term studies were 112 mg/kg bw per day and 37 mg/kg bw per day in mice and rats respectively.

On the basis of the above consideration and on the lack of genotoxic potential in vivo, the Meeting concluded that fludioxonil is unlikely to pose a carcinogenic risk to humans.

In a two-generation study of reproductive toxicity in rats, at a dose of 210 mg/kg bw per day, adult males had reduced body-weight gains and food consumption and pups had lower body-weight gains than did the controls. The NOAEL for parental and pup toxicity was 21 mg/kg bw per day. The NOAEL for effects on reproductive performance was 21 mg/kg bw per day on the basis of reduced pup weights. As no effects on body-weight gain, or any other parameter, were seen in adult rats at 37 mg/kg bw per day in a 2-year study, the NOAEL for parental animals in the study of reproductive toxicity can also be considered to be >37 mg/kg bw per day. The NOAEL of 21 mg/kg bw per day for pup toxicity was based on effects observed at 210 mg/kg bw per day. These effects were relatively mild and the dose–response relationship appears to be shallow (12% decrease in body-weight gain over the dose range of 190 mg/kg bw per day, or a 1%, or less, decrease in body-weight gain per dose increment of 16 mg/kg bw per day). Assuming a linear dose–response relationship between 21 and 210 mg/kg bw per day, then at the proposed overall NOAEL for rats of 37 mg/kg bw per day, a decrease in body-weight gain of ≤1% would be predicted in pups; this would not be interpreted as being an adverse effect. Consequently, the use of an overall NOAEL of 37 mg/kg bw per day is also appropriate for pup toxicity. In a study of developmental toxicity in rabbits and another in rats, fludioxonil was neither teratogenic nor fetotoxic and fetal weights were unaffected at doses of up to 1000 mg/kg bw per day and 300 mg/kg bw per day, respectively. Maternal toxicity in these studies was limited to reduced body-weight gain at 1000 mg/kg bw per day and 300 mg/kg bw per day in rats and rabbits, respectively.

The Meeting concluded that the existing database on fludioxonil was adequate to characterize the potential hazards to fetuses, infants and children.

Studies of acute oral toxicity and genotoxicity with a range of plant metabolites of fludioxonil demonstrated that these metabolites were of low acute oral toxicity and were not genotoxic. A 90-day study in rats given diets containing a photolytic/hydrolytic degradation product of fludioxonil found in soil and water yielded a NOAEL of 800 ppm (equal to 58 mg/kg bw per day), on the basis of increased relative weight of the kidney and tubular casts at ≥2500 ppm (in males), and minimal to slight atrophy of the olfactory epithelium at ≥2500 ppm.

## Toxicological evaluation

The Meeting established an ADI of 0–0.4 mg/kg bw based on a NOAEL of 37 mg/kg bw per day in a 2-year dietary study in rats, and a 100-fold safety factor.

Although effects on the kidneys occurred after relatively short periods of exposure, the Meeting concluded that such effects were unlikely to result from a single exposure. Consequently, the Meeting concluded that an ARfD for fludioxonil was unnecessary.

MONGLY02402417

80

*Levels relevant to risk assessment*

| Species | Study | Effect | NOAEL | LOAEL |
|---------|-------|--------|-------|-------|
| Mouse | 18-month study of toxicity and carcinogenicity[a] | Toxicity | 1000 ppm, equal to 112 mg/kg bw per day | 3000 ppm, equal to 360 mg/kg bw per day |
| | | Carcinogenicity | 3000 ppm, equal to 360 mg/kg bw per day[b] | — |
| Rat | 2-year study of toxicity and carcinogenicity[a] | Toxicity | 1000 ppm, equal to 37 mg/kg bw per day | 3000 ppm, equal to 110 mg/kg bw per day |
| | | Carcinogenicity | 3000 ppm, equal to 110 mg/kg bw per day[b] | — |
| | Two-generation study of reproductive toxicity[a] | Parental toxicity | 300 ppm, equal to 21 mg/kg bw per day[d] | 3000 ppm, equal to 210 mg/kg bw per day |
| | | Embryo- and fetotoxicity | 300 ppm, equal to 21 mg/kg bw per day[d] | 3000 ppm, equal to 210 mg/kg bw per day |
| | Developmental toxicity[c] | Maternal toxicity | 100 mg/kg bw per day | 1000 mg/kg bw per day |
| | | Embryo- and fetotoxicity | 1000 mg/kg bw per day | — |
| Rabbit | Developmental toxicity[c] | Maternal toxicity | 100 mg/kg bw per day | 300 mg/kg bw per day |
| | | Embryo- and fetotoxicity | 300 mg/kg bw per day[b] | — |
| Dog | 12-month study of toxicity[a,e] | Toxicity | 1000 ppm, equal to 33 mg/kg bw per day | 8000 ppm, equal to 300 mg/kg bw per day |

[a] Diet
[b] Highest dose tested
[c] Gavage
[d] The NOAEL of 21 mg/kg bw per day in this study was adjusted upwards to 37 mg/kg bw per day on the basis of an absence of effects in 90-day and 2-year studies in rats at 64 and 37 mg/kg bw per day, respectively. Additionally, interpolation of the reduced weight gain in pups in the study of reproductive toxicity indicated a likely, non-adverse, reduction in weight gain of 1% or less at the higher NOAEL of 37 mg/kg bw per day
[e] The LOAEL for this study was 300 mg/kg bw per day. Owing to the wide dose spacing used for this study, the NOAEL is conservative and hence the slightly higher NOAEL obtained in the 2-year study in rats was selected for establishment of the ADI


*Estimate of acceptable daily intake for humans*

   0–0.4 mg/kg bw

*Estimate of acute reference dose*

   Unnecessary

*Studies that would provide information useful for continued evaluation of the compound*

   Further observations in humans

81

## Summary of critical end-points for fludioxonil

| | |
|---|---|
| *Absorption, distribution, excretion and metabolism in animals* | |
| Rate and extent of oral absorption | Rapid, approximately 80% |
| Dermal absorption | Poor, <10% in the rat in vivo; ≤1% in human skin in vitro |
| Distribution | Extensive |
| Rate and extent of excretion | Largely complete within 24 h; approximately 10% in urine and 80% in the faeces; 70% of the administered dose was excreted in the bile |
| Potential for accumulation | Low, no evidence of accumulation |
| Metabolism in mammals | Extensively metabolized, involving primarily oxidation of the pyrrole ring leading to a major (57% of the administered dose) and a minor (4% of the administered dose) oxo-pyrrole metabolite, followed by glucuronyl- and sulfate conjugation |
| Toxicologically significant compounds (animals, plants and the environment) | Parent compound and metabolites |
| | |
| *Acute toxicity* | |
| Rat, $LD_{50}$, oral | >5000 mg/kg bw (no deaths) |
| Rat, $LD_{50}$, dermal | >2000 mg/kg bw (no deaths) |
| Rat, $LC_{50}$, inhalation | >2.6 mg/l of air (no deaths) |
| Rabbit, dermal irritation | Not irritating |
| Rabbit, ocular irritation | Slight irritant |
| Skin sensitization | Not sensitizing (Magnusson & Kligman test) |
| | |
| *Short-term studies of toxicity* | |
| Target/critical effect | Damage to liver (rats and dogs) and kidney (mice and rats) |
| Lowest relevant oral NOAEL | 1000 ppm, equal to 33 mg/kg bw per day (12-month study in dogs) |
| Lowest relevant dermal NOAEL | 200 mg/kg bw per day (rats) |
| Lowest relevant inhalation NOAEC | — |
| | |
| *Genotoxicity* | Unlikely to pose a genotoxic risk in vivo |
| | |
| *Long-term studies of toxicity and carcinogenicity* | |
| Target/critical effect | Reduced body-weight gains and liver necrosis in rats, liver and kidney damage in mice |
| Lowest relevant NOAEL | 1000 ppm, equal to 37 mg/kg bw per day, in rats |
| Carcinogenicity | Not carcinogenic in rats or mice; unlikely to pose a carcinogenic risk to humans |
| | |
| *Reproductive toxicity* | |
| Reproductive target/critical effect | Reduced pup weight gains in rats at parentally toxic doses |
| Lowest relevant reproductive NOAEL | 300 ppm, equal to 21 mg/kg bw per day |
| Developmental target/critical effect | None |
| Lowest relevant developmental NOAEL | 300 mg/kg bw per day (the highest dose tested in rabbits) |
| | |
| *Neurotoxicity* | No evidence of neurotoxicity or delayed neurotoxicity in any study conducted |
| | |
| *Other toxicological studies* | Studies on plant metabolites and a photolytic/hydrolytic degradation product of fludioxonil indicated that these were of no greater toxicity than the parent compound |
| | |
| *Medical data* | Medical monitoring since 1992 of employees engaged in the manufacture of fludioxonil, or its formulation, into products has not revealed any adverse health effects |

| *Summary* | | | |
|---|---|---|---|
| | *Value* | *Study* | *Safety factor* |
| ADI | 0–0.4 mg/kg bw | 2-year study in rats (liver effects and reduced body-weight gains) | 100 |
| ARfD | Unnecessary | — | — |

## References

Bissig, R. (1990) Absorption, distribution, metabolism and excretion of [4-$^{14}$C] pyrrole CGA 173506 in the rat. Unpublished report No. 32/90 from Ciba-Geigy Ltd, Basel, Switzerland. Syngenta File No. CGA173506/0087.

Chang, J.C.F. (1990a) 90-Day oral toxicity study in rats. Unpublished report No. F-00014 from Environmental Health Center, Farmington, USA. Syngenta File No. CGA173506/0048.

Chang, J.C.F. (1990b) 90-Day oral toxicity study in mice. Environ. Health Center, Farmington, USA. Unpublished report No. F-00017 dated 31 January 1990. Syngenta File No. CGA173506/0050.

Chang, J.C.F. & Morrissey, R.L. (1990) 90-Day oral toxicity study in mice. Unpublished report No. F-00017 from Ciba-Geigy Corporation, Farmington, USA.

82

Chang, J.C.F. & Richter, A.G. (1993) 2-Year chronic toxicity/oncogenicity study in rats. Unpublished report No. F-00018 from Ciba-Geigy Corporation, Farmington, USA.

Chang, J.C.F. & Wyand, S.D. (1993a) 18-Month dietary oncogenicity study with CGA 173506 in mice. Unpublished report No. F-00019 from Environmental Health Center, Farmington, USA. Syngenta File No. CGA173506/0278.

Chang, J.C.F. & Wyand, S.D. (1993b) 18-Month dietary oncogenicity study with CGA 173506 in mice. Unpublished report No. F-00071 from Environmental Health Center, Farmington, USA. Syngenta File No. CGA173506/0279.

Courcy di Rosa, J. (1988) CGA 173506 technical—toxicity by oral administration to rats (admixture with the diet) for 20 days. Unpublished report No. 871518 (3548 TSR) from Centre International de Toxicologie, Evreux, France. GLPcompliant. Syngenta File No. CGA173506/0028.

Deparade, E. (1987) Salmonella cobas bact pilot test (study No. 861688). Unpublished report from Ciba-Geigy Ltd, Basel, Switzerland.

Deparade, E. (2000) CGA 339833 technical (metabolite of CGA 173506)—Salmonella Escherichia/ mammalian-microsome mutagenicity test. Unpblished report No. 20003047 from Novartis Crop Protection AG, Basel, Switzerland. Syngenta File No. CGA339833/0007.

Dollenmeier, P. (1989) Point mutation test with Chinese hamster cells V79 (OECD conform). Unpublished report No. 881497from Ciba-Geigy Ltd, Basel, Switzerland. Syngenta File No. GA173506/0045.

Emeigh Hart, S.G. (1994) Amendment 2 to final report "2-Year chronic toxicity/oncogenicity study in rats (study report No. F-00018)" dated November 17 from Ciba-Geigy Ltd., Stein, Switzerland. Syngenta File No. CGA173506/5112.

Fankhauser, H. (1990) 28-Day oral cumulative toxicity study in rats (gavage). Unpublished report No. 881492 from Ciba-Geigy Ltd, Stein, Switzerland. Syngenta File No. CGA173506/0054.

Fox, V. (2002) CGA 339833 technical: rat bone marrow micronucleus test. Unpublished report No. SR1164 from Central Toxicology Laboratory, Cheshire, UK. Syngenta File No. CGA339833/0020.

Glaza, S.M. (1991a) Acute oral toxicity study of CGA 173506 technical in rats. Unpublished report No. HWI 10200144 from Hazleton Laboratories, Madison, USA. Syngenta File No. CGA173506/0103.

Glaza, S. (1991b) Primary dermal irritation study of CGA 173506 technical in rabbits. Unpublished report No. HWI 10200146 from Hazleton Laboratories, Madison, USA. Syngenta File No. CGA173506/0116.

Glaza, S. (1991c) Acute oral toxicity study of CGA 173506 technical in mice (project No. HWI 10200145). Unpublished report dated April 25 from Hazleton Wisconsin, Inc., Madison, Wisconsin, USA.

Glaza, S. (1991d) Primary eye irritation study of CGA 173506 technical in rabbits (project No. HWI 10200147A). Unpublished report dated June 14 from Hazleton Wisconsin, Inc, Madison, Wisconsin, USA.

Hartmann, H.R. (1988) Acute dermal toxicity in the rat with CGA 173506 technical. Unpublished report No. 881489 from Ciba-Geigy Ltd, Stein, Switzerland. Syngenta File No. CGA173506/0037.

Hartmann, H.R. (1989) Acute inhalation toxicity in the rat. Unpublished report No. 881491 from Ciba-Geigy Ltd, Stein, Switzerland. Syngenta File No. CGA173506/0038.

Hartmann, H.R. (1992) Acute oral toxicity in the rat. Unpublished report No. 923106 from Ciba-Geigy Ltd, Stein, Switzerland. Syngenta File No. CGA265378/0002.

Hartmann, H.R. (1993a) Acute oral toxicity in the rat. Unpublished report No. 923200 from Ciba-Geigy Ltd, Stein, Switzerland. Syngenta File No. CGA308565/0002.

Hartmann, H.R. (1993b) Acute oral toxicity in the rat. Unpublished report No. 933000 from Ciba-Geigy Ltd, Stein, Switzerland. Syngenta File No. CGA192155/0001.

Hartmann, H.R. (1993c) Acute oral toxicity in the rat. Unpublished report No. 933084 from Ciba-Geigy Ltd, Stein, Switzerland. Syngenta File No. CGA308103/0001.

Hassler, S. (1999) The in vitro percutaneous absorption of [phenyl-U-$^{14}$C] CGA 173506 formulated as SWITCH® 62.5 WG (A-9219 B) through rat and human epidermis. Unpublished report No. 023AM03 from Novartis Crop Protection AG, Basel, Switzerland. Syngenta File No. CGA173506/5098.

Hertner, T. (1989) Autoradiographic DNA repair test on rat hepatocytes (OECD conform). Unpublished report No. 881494 from Ciba-Geigy Ltd, Basel, Switzerland. Syngenta File No. CGA173506/0031.

Hertner, T. (1990) Micronucleus test, mouse. Unpublished report No. 881493 from Ciba-Geigy Ltd, Basel, Switzerland. Syngenta File NO. CGA173506/0047.

Hertner, T. (1992a) Salmonella and Escherichia/liver-microsome test. Unpublished report No. 923105 from Ciba-Geigy Basel, Genetische Toxikologie, Basel, Switzerland. Syngenta File No. CGA265378/0001.

Hertner, T. (1992b) Dominant lethal test, mouse, 8 weeks. Unpublished report No. 923068 from Ciba-Geigy Ltd, Basel, Switzerland. Syngenta File No. CGA173506/0228.

Hertner, T. (1992c) Salmonella and Escherichia/liver-microsome test. Unpublished report No. 923201 from Ciba-Geigy Basel, Genetische Toxikologie, Basel, Switzerland. Syngenta File No. CGA308565/0001.

83

Hertner, T. (1993a) Chromosome studies on somatic cells of Chinese hamster. Unpublished report No. 923099 from Ciba-Geigy Ltd, Basel, Switzerland. Syngenta File No. CGA173506/0241.

Hertner, T. (1993b) *Salmonella* and *Escherichia*/liver-microsome test. Unpublished report No. 933001 from Ciba-Geigy Ltd, Basel, Switzerland. Syngenta File No. CGA192155/0002.

Hertner, T. (1993c) In vivo/in vitro unscheduled and replicative DNA synthesis in rat hepatocytes. Unpublished report No. 933031 from Ciba-Geigy Ltd, Basel, Switzerland. Syngenta File No. CGA173506/0348.

Hertner, T. (1994) *Salmonella* and *Escherichia*/liver-microsome test. Unpublished report No. 933085 from Ciba-Geigy Basel, Genetische Toxikologie, Basel, Switzerland. Syngenta File No. CGA308103/0002.

Holbert, M.S. (1992) Acute inhalation study toxicity in rats (study No. 8391-91). Unpublished report dated January 6, Stillmeadow Inc., Sugar Land, Texas, USA.

Lorez, C. & Ledgerwood, K. (2003) Medical data. Unpublished report, dated March 25, from Syngenta Crop Protection AG, Basel, Switzerland. Syngenta File No. CGA173506/0645.

Mewes, K.E. (1999) Dermal absorption of [phenyl-U-$^{14}$C] CGA 173506 formulated as SWITCH® 62.5 WG (A-9219 B) in the rat. Unpublished report No. 023AM02 from Novartis Crop Protection AG, Basel, Switzerland. Syngenta File No. CGA173506/1396.

Meyer, A. (1991) In vivo micronucleus test on rat hepatocytes. Unpublished report No. 901145 from Ciba-Geigy Ltd, Basel, Switzerland. Syngenta File No. CGA173506/0089.

Moysan, F. (1990) Toxicity study by repeated oral administration for 13 weeks followed by a 28-day recovery period in Beagle dogs. Unpublished report No. 881173 (4279 TCC) from Centre International de Toxicologie, Evreux, France. Syngenta File No. CGA173506/0049.

Müller, T. & Thanei, P. (1995) Absorption and distribution kinetics of (4-$^{14}$C)pyrrole CGA 173506 in the rat after oral administration. Unpublished report No. 4/95 from Ciba-Geigy Ltd, Basel, Switzerland. Syngenta File No. CGA173506/0555.

Myhr, B.C. (1999) CGA 173506 technical—Evaluation of aneuploidy in rat bone marrow cells. Unpublished report No. 19965-0-458/1185-98 from Covance Laboratories, Vienna, USA. Syngenta File No. CGA173506/5139.

Ogorek, B. (1987) Salmonella mutagenicity test with three strains (study No. 861585). Unpublished report dated January 26, from Ciba-Geigy Ltd, Basel, Switzerland.

Ogorek, B. (1989) Salmonella/mammalian-microsome mutagenicity test (OECD conform). Unpublished report No. 881495 from Ciba-Geigy Ltd, Basel, Switzerland. Syngenta File No. CGA173506/0044.

Ogorek, B. (1999) CGA 173506 technical—In vivo micronucleus test on rat hepatocytes. Unpublished report No. 983167 from Novartis Crop Protection AG, Basel, Switzerland. Syngenta File No. CGA173506/5055.

Savary, M.H. (1989a) Assessment of possible embryotoxic or teratogenic effects in rats by oral route. Unpublished report No. 4517 RSR/CG 881177 from Centre International de Toxicologie, Evreux, France. Syngenta File No. CGA173506/0051.

Savary, M.H. (1989b) Assessment of possible embryotoxic or teratogenic effects in rabbits by oral route. Unpublished report No. 4801 RSL/CG 881728 from Centre International de Toxicologie, Evreux, France. Syngenta File No. CGA173506/0052.

Schneider, M. (1988a) Acute dermal irritation/corrosion study in the rabbit. Unpublished report No. 881487 from Ciba-Geigy Ltd, Stein, Switzerland. Syngenta File No. CGA173506/0040.

Schneider, M. (1988b) Acute eye irritation/corrosion study in the rabbit. Unpublished report No. 881486 from Ciba-Geigy Ltd, Stein, Switzerland. Syngenta File No. CGA173506/0039.

Schneider, M. (1988c) Skin sensitization test in the guinea pig (maximisation test). Unpublished report No. 881490 from Ciba-Geigy Ltd, Stein, Switzerland. Syngenta File No. CGA173506/0041.

Schneider, M. (1990) 28-Day repeated dose dermal toxicity study in the rat. Unpublished report No. 881488 from Ciba-Geigy Ltd, Stein, Switzerland. Syngenta File No. CGA173506/0083.

Schulz, M. (2002) In vitro chromosome aberration test in Chinese hamster V79 cells with CGA 339833 technical (metabolite of CGA 173506). Unpublished report No. 680503/20003058 from RCC Cytotest Cell Research GmbH, Rossdorf, Germany. Syngenta File No. CGA339833/0019.

Singh, A.R. (1992) A two-generation reproductive toxicity study in rats. Unpublished report No. MIN 902001 from Ciba-Geigy Corp., Summit, USA. Syngenta File No. CGA173506/0180.

Sommer, E.W. (2000) CGA 339833 technical (metabolite of CGA 173506)—Acute oral toxicity in the rat (limit test). Unpublished report No. 20003046 from Novartis Crop Protection AG, Stein, Switzerland. Syngenta File No. CGA339833/0003.

Sommer, E.W. (2001) CGA 339833 technical (metabolite of CGA 173506)—90-Day oral toxicity study in rats (administration in food). Unpublished report No. 20003048 from Syngenta Crop Protection AG, Stein, Switzerland. Syngenta File No. CGA339833/0015.

Strasser, F.F. (1989) Chromosome studies on Chinese hamster ovary cell line CCL 61 *in vitro* (OECD conform). Unpublished report No. 881496 from Ciba-Geigy Ltd, Basel, Switzerland. Syngenta File No. CGA173506/0046.

Thanei, P. (1992) Metabolic pathways of [4-$^{14}$C] pyrrole CGA 173506 in the rat. Unpublished report No. 12/92 from Ciba-Geigy Ltd, Basel, Switzerland. Syngenta File No. CGA173506/0199.

Thanei, P. (1994) On the nature and the extent of the urine coloration observed after subchronic and chronic administration of CGA 173506 to rats. Unpublished report No. 13/93 from Ciba-Geigy Ltd, Basel, Switzerland. Syngenta File No. CGA173506/0412.

Vallet, L. (1992) Toxicity study by repeated oral (dietary) administration for 52 weeks in Beagle dogs. Unpublished report No. 5577 TCC/CG 881174 from Centre International de Toxicologie, Evreux, France. Syngenta File No. CGA173506/0173.

Wollny, H.E. (2001) Cell mutation assay at the thymidine kinase locus (TK+/−) in mouse lymphoma L5178Y cells with CGA 339833 technical (metabolite of CGA 173506). Unpublished report No. 680501/20003059 from RCC Cytotest Cell Research GmbH, Rossdorf, Germany. Syngenta File No. CGA339833/0016.

MONGLY02402422

## FOLPET (addendum)

*First draft prepared by*
*G. Wolterink and M.T.M. van Raaij*
*Centre For Substances and Integrated Risk Assessment,*
*National Institute of Public Health and the Environment,*
*Bilthoven, Netherlands*

| | |
|---|---|
| Explanation.................................................................................................... | 85 |
| Evaluation for acute reference dose.................................................................. | 85 |
|    Biochemical aspects: biotransformation ................................................. | 85 |
|    Toxicological studies ............................................................................... | 86 |
|       Acute toxicity ................................................................................. | 86 |
|       Reproductive toxicity: developmental toxicity ................................. | 87 |
| Comments....................................................................................................... | 91 |
| Toxicological evaluation................................................................................. | 93 |
| References ..................................................................................................... | 93 |

### Explanation

Folpet is a fungicide used for the control of fungal diseases in crops. The Meeting prepared toxicological monographs on folpet in 1969 and 1995, and addenda to the monographs were prepared in 1973, 1984, 1986 and 1990. In 1995, an acceptable daily intake (ADI) of 0–0.1 mg/kg bw was established on the basis of a no-observed-adverse-effect level (NOAEL) of 10 mg/kg bw per day in a 2-year study of toxicity and carcinogenicity in rats, a 1-year study of toxicity in dogs, and studies of reproductive toxicity in rats and rabbits, and using a safety factor of 100. The present Meeting considered the requirement for an acute reference dose (ARfD) for folpet, based on data from the previous evaluations made by the Meeting and from new studies.

### Evaluation for acute reference dose

#### 1. Biochemical aspects: biotransformation

*In vitro*

In a study from the published literature, the degradation of folpet (purity, 94.6%) after incubation with human blood was investigated. Folpet at a concentration of about 1 µg/ml was mixed with blood at 37 °C. At various time-points ranging from 0 to 31 s, the reaction was terminated by adding phosphoric acid and acetone. Degradation of folpet and formation of phthalimide were measured.

Folpet was metabolized rapidly to phthalimide. The calculated half-life was 4.9 s. Mass spectrometry revealed that the phthalimide was the only degradation product (Gordon et al., 2001).

MONGLY02402423

86

## 2.   Toxicological studies

### 2.1   Acute toxicity

#### Mice

Two studies with folpet (purity, 96.9%) were performed to establish a NOAEL for gastrointestinal tract irritation in CD1 mice. Statements of adherence to quality assurance (QA) and good laboratory practice (GLP) were provided.

In a pilot experiment, groups of three female mice were given diets containing folpet at a concentration of 0, 200 or 5000 ppm (equal to 31 and 845 mg/kg bw) for 24 h. A fourth group of three females, fed on control diet, also received folpet at a dose of 1430 mg/kg bw by gavage. Body weight, food consumption and clinical signs were measured. After 24 h, the animals were killed and, after exsanguination, were injected via the tail vein with Evans Blue dye in order to visualize mucosal damage. The gastrointestinal tract was examined macroscopically. Stomach and duodenum were examined micropscopically.

Food consumption was reduced by 20–30% in all groups treated with folpet. In the animals treated by gavage, slight erosion and epithelial degeneration of stomach and slight mucosal congestion was observed. In the proximal duodenum, focal areas of moderate epithelial erosion and degeneration were observed. Occasionally, moderate loss of villi and congestion of mucosal vascularity was seen. In the proximal duodenum of animals at 5000 ppm, minimal to moderate epithelial erosions and degeneration were observed, but no abnormalities were detected in the stomach. One animal had moderate loss of villi and another mouse had slight mucosal congestion. No marked macroscopic and microscopic effects were observed in animals at 200 ppm (Moore, 200).

In the second study, groups of 15 female CD1 mice (or five in the control groups) received food containing folpet at a concentration of 0, 50, 200, 500 or 5000 ppm (equal to 0, 10, 44, 123 or 1060 mg/kg bw) for 24 h. An additional group fed on control diet that did not contain folpet was given folpet at a dose of 815 mg/kg bw by gavage. After 24 h, all animals were given control diet for the rest of the study. Animals were checked for clinical signs. Body weight was recorded at days 1, 3 and 7. Food consumption was measured during the first 24 h of the study. Five animals per group were killed on days 1, 3 and 7. From the control group, 3, 1 and 1 animals were killed on days 1, 3 and 7 respectively. In this study the animals did not receive Evans Blue dye. The gastrointestinal tract of all animals was examined macroscopically. Tissue from the stomach and duodenum obtained from animals killed at 24 h was examined microscopically.

Food consumption on day 1 was markedly reduced (44% of that of control animals) in animals given folpet at a dose of 815 mg/kg bw by gavage. Slight reductions (±10%) were observed in animals in the groups receiving diets containing folpet at 50, 200 and 5000 mg/kg of diet, while food consumption was not reduced at 500 mg/kg. At 815 mg/kg bw, one animal displayed decreased activity and was cold to touch on day 1. No other clinical signs were observed. Necropsy revealed no gross abnormalities in any of the groups at days 1, 3 and 7. Microscopical examination of the stomach and duodenum of the animals killed after one day revealed that two animals in the group at 815 mg/kg bw each had a single minimal erosion in the fundic stomach. No microscopic effects were observed in the stomach and proximal duodenum in mice fed for 24 h with diets containing folpet at a concentration of 5000 ppm (Moore, 2004).

MONGLY02402424

The Meeting noted that in the second study, histopathology was only performed on day 1. It is not clear whether at this time, i.e. immediately after the end of the 24 h treament period, any histopathological changes would have fully developed.

## 2.2   Reproductive toxicity: developmental toxicity

### Hamsters

In a study from the published literature, the teratogenic effects of a number of derivatives of phthalimide, including folpet, were tested in groups of two to eight pregnant golden hamsters given folpet as a single dose at 400, 500, 600, 700, 800, 900 or 1000 mg/kg bw on day 7 or 8 of gestation, or daily at a dose of 200, 300, 400 or 500 mg/kg bw per day from days 6 to 10 of gestation. Groups of dams serving as controls received either no treatment ($n = 43$) or carboxymethyl cellulose at a dose of 10 ml/kg bw ($n = 99$). The animals were killed and examined on day 15 of gestation. In the study report, the doses for the groups receiving folpet as repeated doses for 6–10 days are expressed as total dose. It is assumed that this total dose was administered evenly over the 5 days of treatment, with one treatment per day.

In the groups treated with folpet, maternal mortality occurred after all single doses except 500 mg/kg bw, and after repeated doses of ≥300 mg/kg bw per day. No terata were reported in the groups receiving repeated doses. In the groups treated with a single dose of folpet at 600 or 900 mg/kg bw on day 7 of gestation, an increase in the incidence of exencephaly was observed. There was no dose–response relationship. Exencephaly was not observed in animals treated with a single dose of folpet on day 8 of gestation, although one fetus (out of 43 fetuses examined) at 500 mg/kg bw had a cleft palate (versus none among the controls). Occasionally other skeletal malformations (short or curved tail, fused ribs, cranial pimple, limb defects) were observed in animals treated with single doses of folpet on day 7 or day 8 of gestation. No dose–response relationship was found. The study did not comply with GLP (Robens, 1970).

The Meeting noted that the mortality in the groups treated with repeated doses of folpet appeared to be related to dose. In the groups treated with a single dose, the relationship between mortality and dose was less clear. For the observed and skeletal effects of folpet in the golden hamster, no clear dose–response relationships were observed. This may be related to the small numbers of litters and fetuses in the treatment groups. Nevertheless, the incidences in exencephaly on day 7 were clearly higher than control values. Apart from the data on mortality, and the statement that diarrhoea occurred in many of the treated dams, no information about maternal toxicity was detailed in the paper. The Meeting considered that the mortality and developmental toxicity observed in this study was toxicologically relevant. Owing to the variability of the data, NOAELs for the maternal and fetal effects of folpet could not be established. The Meeting noted that this study has major limitations (e.g. small number of animals per dose, limited reporting of the data) and is therefore of limited value. It does, however, suggest that developmental effects may occur after a single exposure to folpet, albeit at maternally toxic doses.

### Rats

In a pilot study, groups of eight female mated Crl:COBS CD(SD)BR rats were given folpet at a dose of 0, 20, 80, 320, or 640 mg/kg bw by gavage on days 6 to 19 of gestation. There were no deaths, but clinical signs including rales, excess salivation,

88

chromorhinorrhoea, gasping, soft or liquid faeces, decreased motor activity, dyspnoea, and distended gut were observed. Reduced maternal body weight was seen at ≥80 mg/kg bw, and food consumption was reduced at ≥320 mg/kg bw; the average fetal body weight was also reduced at the latter dose (Christian & Hoberman, 1983a; Annex 1, reference 43).

Groups of 25 CRL:COBS CD(SD)BR rats were given folpet (purity, 89%) at a dose of 0, 10, 60, or 360 mg/kg bw by gavage on days 6 to 19 of gestation. The vehicle was deionized water containing Tween 80 (0.5%) and carboxy methyl cellulose (0.7%). Rats were observed for clinical signs of toxicity, abortion, death, body-weight change and food consumption. Animals were killed on day 20. A statement of compliance with QA was provided.

Clinical signs consisting of rales (at 60 and 360 mg/kg bw per day) and excess salivation, chromorhinorrhoea, decreased motor activity, soft or liquid faeces, dyspnoea, and urine-stained fur (at 360 mg/kg bw per day) were observed. None of these effects were observed on the first day of treatment. Three rats at the highest dose died, two from intubation errors. No gross lesions attributable to treatment were seen in the surviving rats. In dams at the highest dose, significant reductions in body-weight gain (30%) and food consumption (15%) were observed from days 6 to 19 of gestation. The numbers of implantations, live and dead fetuses, fetal viability, and resorptions, the average fetal body weight per litter, the fetal sex ratio, and the number of corpora lutea were similar in all groups. There were no differences in gross external, visceral, and skeletal abnormalities and on skeletal ossification. The NOAEL for maternal toxicity was 60 mg/kg bw per day on the basis of reduced body-weight gain and food consumption and the increased incidence of clinical signs at 360 mg/kg bw per day. The NOAEL for embryo/fetotoxicity was 360 mg/kg bw per day, the highest dose tested (Christian & Hoberman, 1983b).

Groups of 22 female Charles River CD rats received folpet (purity, 91.1%) at a dose of 0, 150, 550, or 2000 mg/kg bw in 0.5% acetic acid containing 0.5% carboxymethylcellulose by gavage on days 6 to 15 of gestation. The animals were sacrificed on day 20. A QA statement was provided.

One animal in the group receiving folpet at the highest dose died on day 16 of gestation because of multiple haemorrhagic ulcerations of the gastric mucosa. Clear signs of toxicity were observed in animals at the highest dose, including soft faeces (in 21 out of 21 rats), fur staining (in 4 out of 21 rats), and perianal staining (in 8 out of 21 rats). Food consumption was decreased by 16% during the first days of treatment at the intermediate dose and was markedly decreased (27%) throughout treatment at the highest dose. Maternal body-weight gain from days 6 to 20 of gestation was also decreased by 19 and 28% at the intermediate and highest dose, respectively. Gravid uterine weights were depressed in dams at the middle and highest doses, but terminal maternal body weight (without the gravid uterus) was significantly depressed only at the highest dose. On the basis of the effects on body weight and food consumption, the NOAEL for maternal toxicity was 150 mg/kg bw per day. Pre- and postimplantation losses in animals at the intermediate dose were greater than those of the controls. Fetal weights were reduced at the intermediate and highest doses. Fetal crown–rump length was slightly decreased after treatment at the intermediate and highest dose. A single fetus (1 out of 277) at the highest dose had multiple major malformations, and a second pup had unilateral microphthalmia. The incidence of hepatic discolouration was significant at the highest dose. The incidences of angulated ribs, reduced ossification of interparietal bone, cranial and pubic bones, sternebrae, metacarpals, and

89

metatarsals were significantly increased in animals at the intermediate and highest doses. There was a slight increase in the incidence of angulated ribs and reduction of ossification of the parietal bone at 150 mg/kg bw per day. (Rubin & Nyska, 1985a).

In a study of developmental toxicity, that complied with guideline OECD 414, groups of 22 pregnant female CD rats were given folpet (purity, 93.7 %) at a dose of 20, 100 or 800 mg/kg bw per day by gavage from days 9 to 19 of gestation. Control animals received vehicle only (0.5% Tween 80 and 0.7% w/w carboxymethylcellulose). Females were killed on day 20 of gestation and uterine contents and fetuses were examined for abnormalities. Statements of compliance with QA and GLP were provided.

No deaths occurred. Apart from increased salivation during week 2 in dams at 800 mg/kg bw per day, no clinical signs were observed. Body-weight gain was reduced significantly at the highest dose. Food consumption in this group was reduced during days 6 to 8 and 15 to 17. No treatment-related effects were observed in dams at the lowest and intermediate doses. There was no effect of treatment on fetal growth and development. On the basis of reduced body-weight gain at highest dose, the NOAEL for maternal toxicity was 100 mg/kg bw per day. The NOAEL for fetal toxicity was 800 mg/kg bw per day, the highest dose tested (Myers, 2003).

### Rabbits

Groups of 20 artificially inseminated New Zealand White rabbits were given folpet (purity, 89%) at a dose of 0, 10, 20, or 60 mg/kg bw by oral intubation on days 6 to 28 of gestation and were killed on day 29. The test article was suspended in vehicle containing Tween 80 and carboxymethylcellulose (concentrations not specified). A QA statement was provided.

The death of one doe at 60 mg/kg bw was considered to be related to treatment. One doe at the lowest dose aborted on day 21 of gestation and one at the highest dose on day 22 of gestation; one doe in the control group delivered a litter on day 28 and one at the highest dose on day 29. From days 6 to 29 of gestation, significant inhibition of body-weight gain was seen in animals at the intermediate (−0.2 kg) and highest doses (−0.4 kg) compared with controls (+0.19 kg). Effects were greatest from days 6 to 9 and days 12 to 18. Food consumption was correspondingly reduced. The average numbers of corpora lutea, implantations, resorptions, and fetuses per litter and the sex ratio and numbers of dead and resorbed implantations per litter were similar in all groups. The mean body weights of fetuses were decreased at the intermediate (11%) and highest dose (5%). A significant increase in the incidence of hydrocephaly (4 out of 65 fetuses in 3 out of 11 litters) was found at the highest dose. One fetus with hydrocephaly came from the litter of the doe that was found dead on day 27. These four fetuses also had skull, gastric, and pulmonary abnormalities. The observation of one fetus at the intermediate dose with hydrocephaly and cleft palate was considered to be within the range for historical controls (incidence of hydrocephalus in historical control was 3 out of 285 litters, 3 out of 2160 fetuses, and incidence of cleft palate was 2 out of 285 litters, 2 out of 2160 fetuses). The NOAEL for maternal and embryo/fetoxicity was 10 mg/kg bw per day (Feussner et al., 1984).

In a preliminary study, groups of six mated HY/CR female New Zealand White rabbits were given folpet (purity, 91.1%) at a dose of 0, 10, 60, or 150 mg/kg bw per day by gavage on days 6 to 18 of gestation. Marked body-weight loss was seen at the highest dose.

90

Body-weight gain was reduced in the groups receiving folpet at a dose of 60 or 10 mg/kg bw per day. Although fetal size was unaffected by treatment, fetal mortality was more marked at the highest dose. Postimplantation losses were increased in animals at the intermediate dose (Rubin & Nyska, 1985b; Annex 1, reference 49)

Subsequent to this study, groups of 14 mated HY/CR New Zealand White rabbits were given folpet (purity, 91.1%) at dose of 0, 10, 40, or 160 mg/kg bw per day by gavage on days 7 to 19 of gestation. The vehicle contained 0.5% carboxymethylcellulose and 0.5% acetic acid. Dams were sacrificed on day 29 of gestation. A statement of compliance with QA was provided.

After 2 days of treatment, body-weight was decreased by 48 g and 159 g at the intermediate and highest dose respectively (in control animals, body-weight gain was 13 g). From day 10 onwards, body weights in animals at the intermediate dose had recovered to control values. Body weights of animals at the highest dose remained lower than those of controls for the entire period of gestation. Food consumption was decreased during days 7 to 10 and days 7 to 19 at the intermediate and highest dose respectively. There were no deaths. Gravid uterine weight was significantly reduced in dams at the intermediate (17%) and highest dose (19%). Fetal death (postimplantation loss) occurred more frequently at the highest dose (22%) than in controls (14%); the proportion of small fetuses was also increased in this group, and mean fetal weight was non-significantly reduced by 7%. There was evidence of a dose-related delay in skeletal maturation at the intermediate and highest doses (% of fetuses with reduced ossification incidences in control, intermediate and highest dose groups were: in caudal vertebrae, 0, 2 and 6%; in sternebrae 1–4, 0.8, 7 and 10%; in long-bone epiphyses, 21, 25 and 43%). The incidence of bilateral lumbar ribs was increased in animals at the highest dose. Other minor skeletal malformations did not appear to be related to treatment. There was no evidence of hydrocephalus in either treated or control rabbits. The NOAEL for maternal toxicity and embryo/fetotoxicity was 10 mg/kg bw per day (Rubin, 1985).

Groups of 20 artificially inseminated female Hazelton Dutchland New Zealand White (D1A Hra:(NZW) specific pathogen-free) rabbits were given folpet (purity, 89.5%) in a volume of 5 ml/kg bw per day by gavage in 0.5% Tween 80 (w/w) and 0.7% carboxymethylcellulose (w/w), to give a dose of 60 mg/kg bw per day on days 7 to 9, 10 to 12, 13 to 15, or 16 to 18 of gestation. Analysis of the formulations indicated that the folpet content was 87.8–104% of the nominal concentration. Dams were sacrificed on day 29 of gestation; those that aborted or delivered, the single animal that died, and those terminally sacrificed were subjected to necropsy and examination of the uterine contents. Statements of compliance with GLP and QA were provided.

One doe in the group receiving folpet on days 7 to 9 aborted one fetus and died on day 25 of gestation. Necropsy revealed three dead fetuses and three early resorptions in utero. One doe in the group receiving folpet on days 10 to 12 aborted on day 18 of gestation. These abortions may have been related to treatment with folpet. The incidence of soft or liquid faeces was increased in all treated groups, usually after treatment. Maternal body weight was significantly reduced during the respective treatment periods in all treated animals. Body-weight reductions over the 3 days of treatment were 0.08, 0.04, 0.11 and 0.17 kg in the groups receiving folpet on days 7 to 9, 10 to 12, 13 to 15 and 16 to 18 respectively. Food consumption was correspondingly reduced. After cessation of treatment with folpet, a quick recovery of maternal body weight and food consumption was observed in

MONGLY02402428

91

the does in groups receiving folpet on days 7–9 and 10–12. In does in groups receiving folpet on days 13 to 15 and 16 to 18, recovery of body weight and food consumption was slower. No gross lesions attributable to treatment were seen at necropsy. Treatment had no apparent effect on the rate of abortion or on fetal resorption. The average litter sizes were unaffected, as were the average fetal weights, the number of viable fetuses, and the sex ratio. Two fetuses with hydrocephalus were observed, one in the group receiving folpet on days 10 to 12, and one in in the group receiving folpet on days 16 to 18. The incidence of hydrocephalus in historical controls were 5 out of 250 litters and 5 out of 1879 fetuses. A significantly increased incidence (12.1%) of fetuses with an irregularly shaped fontanelle was observed in the group treated on days 13 to 15; the control incidence was 4.5%. This variation did not occur in groups treated on days 7 to 9 or 16 to 18. It was possibly related to treatment, but the significance of the effect was not clear. Incidences for this effect among the historical controls were 5 out of 250 litters and 6 out of 1879 fetuses. There were no other significant variations in fetal skull morphology, and the incidence of gastric or pulmonary anomalies were not increased in any group (Feussner et al., 1985).

## Comments

In the evaluation of folpet by JMPR 1995 (Annex 1, reference 74), it is reported that in rodents treated orally, folpet is rapidly degraded to phthalimide and thiophosgene (via thiocarbonyl chloride). Studies of metabolism in vitro with human blood revealed that folpet is rapidly degraded to phthalimide, with a calculated half-life of 4.9 s. Thiophosgene is rapidly detoxified by reaction with cysteine or glutathione, for example, and is ultimately rapidly excreted.

The acute toxicity of folpet in rats treated orally is low ($LD_{50}$, > 2000 mg/kg bw). In a study in pregnant hamsters, mortality occurred after a single dose at 400 mg/kg bw. In groups of pregnant New Zealand White rabbits treated with folpet at a dose of 60 mg/kg bw per day for 3 days, mortality was observed that may have been related to treatment.

Mice fed diets containing folpet at a concentration of 5000 ppm, equal to 845 or 1060 mg/kg bw, for 24 h showed a reduction in food consumption of 10–20%. Immediately after the 24 h of treatment, minimal to moderate epithelial erosions and degeneration of the proximal duodenum were observed in some of these animals. Microscopy revealed moderate loss of villi and slight mucosal congestion in some animals. Microscopy was not performed at later time-points.

Studies of developmental toxicity with folpet have been carried out in hamsters, rats and rabbits.

In a study from the published literature, the teratogenic effects of a number of phthalimide derivatives, including folpet, were tested in pregnant golden hamsters. The Meeting noted that this study has major limitations (e.g. small number of animals per dose, limited reporting of the data) and is therefore of limited value. It does, however, suggest that developmental effects may occur after a single exposure to folpet, albeit at maternally toxic doses.

Folpet has been tested in a number of studies of developmental toxicity in rats. In a study in Sprague-Dawley rats treated by gavage, the NOAEL for maternal toxicity was 60 mg/kg bw per day on the basis of reduced body-weight gain and food consumption and

MONGLY02402429

92

increased incidence of clinical signs at 360 mg/kg bw per day. The NOAEL for embryo/feto-toxicity was 360 mg/kg bw per day, the highest dose tested. In another study in Sprague-Dawley rats treated by gavage, pregnant females received folpet at a dose of 0, 150, 550, or 2000 mg/kg bw on days 6 to 15 of gestation. On the basis of effects on body weight and food consumption, the NOAEL for maternal toxicity was 150 mg/kg bw per day. There was a slightly increased incidence of angulated ribs and the reduction in ossification of the inter-parietal bone at 150 mg/kg bw per day. The maternal toxicity and the associated fetal effects are likely to be caused by high local concentrations of folpet and are not considered to be relevant to dietary exposure. In a third study in Sprague-Dawley rats treated by gavage, the NOAEL for maternal toxicity was 100 mg/kg bw per day on the basis of reduced body-weight gain in the group receiving the highest dose. As treatment had no effect on fetal growth and development, the NOAEL for developmental toxicity was 800 mg/kg bw per day, the highest dose tested. Therefore, in these three studies of developmental toxicity in rats, the overall NOAEL for maternal toxicity was 150 mg/kg bw per day on the basis of reduction of body-weight gain and food consumption. In two out of three studies, no fetal developmental anomalies were found at doses of up to 800 mg/kg bw per day. In one study, however, a possible slight increase in developmental anomalies was reported at 150 mg/kg bw per day.

Folpet has been tested in a number of studies of developmental toxicity in rabbits treated by gavage. In a study in which New Zealand White rabbits were given folpet at a dose of 0, 10, 20, or 60 mg/kg bw per day on days 6 to 28 of gestation, the NOAEL for maternal toxicity was 10 mg/kg bw per day on the basis of reduced body-weight gain and food consumption. The NOAEL for fetal toxicity was 10 mg/kg bw per day on the basis of reduced fetal body weights. The maternal toxicity and the associated reduction in fetal body weight are likely to be caused by high local concentrations of folpet and are not considered to be relevant to dietary exposure. At 60 mg/kg bw per day, there was a significant increase in the incidence of hydrocephaly in four fetuses out of three litters. In these same fetuses, skull, gastric, and pulmonary abnormalities were also observed. As the observation of hydrocephaly and cleft palate in one fetus at the intermediate dose was considered to be within the historical control range, the NOAEL for these effects was 20 mg/kg bw per day.

In a second study, HY/CR New Zealand White rabbits were given folpet at a dose of 0, 10, 40, or 160 mg/kg bw per day on days 7 to 19 of gestation. The NOAEL for maternal toxicity was 10 mg/kg bw per day on the basis of reductions in body-weight gain and in gravid uterine weight. The NOAEL for fetal toxicity was 10 mg/kg bw per day on the basis of an increased incidence of bilateral lumbar ribs and delayed skeletal maturation.

In a pulse-dose study, pregnant D1A Hra:(NZW) rabbits were given folpet at a dose of 60 mg/kg bw per day by gavage on days 7 to 9, 10 to 12, 13 to 15, or 16 to 18 of gesta-tion. There were occasional occurrences of abortion, but it was not clear whether these abor-tions were related to treatment with folpet. Maternal body weight and food consumption were significantly reduced in all treated animals. Two fetuses with hydrocephalus were observed, one in the group treated on days 10 to 12 of gestation and one in the group treated on days 16 to 18 of gestation. These incidences were considered to be within the historical control range. A significantly increased incidence (12.1%) of fetuses with an irregularly shaped fontanelle was observed in the group treated on days 13 to 15 of gestation; the inci-dence in controls was 4.5%. The significance of these effects was not clear.

MONGLY02402430

93

## Toxicological evaluation

Other than developmental effects, folpet produced no toxicological effects that might be considered to be a consequence of acute exposure. The Meeting concluded that it was not necessary to establish an ARfD for the general population, including children aged 1–6 years for whom separate data on dietary intake are available. The Meeting concluded that it might be necessary to establish an ARfD to protect the embryo or fetus from possible effects in utero. Such an ARfD would apply to women of childbearing age.

The maternal toxicity and the associated reductions in fetal body weight, delayed ossification and increased incidences in skeletal variations observed in studies of developmental toxicity in rabbits are likely to be caused by high local concentrations of folpet and are not considered to be relevant to dietary exposure. However, the increased incidence of hydrocephalus observed could not be attributed with confidence to maternal toxicity.

The Meeting concluded that the database was insufficient (in particular, with regard to the absence of studies on the developmental effects of phthalimide) to establish the mode of action by which the increased incidence of hydrocephalus, observed in rabbits at 60 mg/kg bw per day (NOAEL, 20 mg/kg bw per day) was induced, and as a consequence, their relevance for deriving an ARfD could not be dismissed. Therefore the Meeting established an ARfD of 0.2 mg/kg bw based on a NOAEL of 20 mg/kg bw per day for the increased incidence of hydrocephalus at 60 mg/kg bw per day in rabbits and a safety factor of 100. The use of a safety factor of 100 was considered to be conservative; although the mode of action by which the developmental effects are induced was uncertain, they are possibly secondary to maternal toxicity. The Meeting noted that it might be possible to refine this ARfD using the results of an appropriately designed study.

*Estimate of acute reference dose*

0.2 mg/kg bw for women of childbearing age

Unnecessary for the general population

## References

Christian, M.S. & Hoberman, A.M. (1983a) Pilot teratology study in rats with folpet technical. Unpublished report from Argus Research Laboratories Inc. Evaluated in Annex 1, reference 43.

Christian, M.S. & Hoberman, A.M. (1983b) Teratology study in rats with folpet technical. Unpublished report No. 303-001 from Argus Research Laboratories, Inc. Submitted to WHO by Makhteshim Chemical Works Ltd, Beer-Sheva, Israel.

Feussner, E.L., Hoberman, A.M., Johnson, E.M. & Christian, M.S. (1984) Teratology study in rabbit with folpet technical. Unpublished report No. 303-002 from Argus Research Laboratories, Inc. Submitted to WHO by Makhteshim Chemical Works Ltd, Beer-Sheva, Israel.

Feussner, E.L., Hoberman, A.M., Johnson, E.M. & Christian, M.S. (1985) Teratology study in rabbits with folpet technical using a "pulse-dosing" regimen. Unpublished report No. 303-004 from Argus Research Laboratories, Inc., Horsham, PA, USA. Submitted to WHO by Makhteshim Chemical Works Ltd, Beer-Sheva, Israel.

Gordon, E.B., Ehrlich, T., Mobley, S. & Williams, M. (2001) Measurement of the reaction between the fungicides captan or folpet and blood thiols. *Toxicol. Methods*, **11**, 209–223.

Moore, G.E. (2004) Intestinal irritation in CD-1 mice after a 24-hour exposure to folpet. Unpublished report No. 13763 from Product Safety Laboratory, Dayton, USA. Submitted to WHO by Makhteshim Chemical Works Ltd, Beer-Sheva, Israel.

MONGLY02402431

94

Myers, D.P. (2003) Folpet. Study of effects on embryo-fetal development in CD rats treated by oral gavage administration. Unpublished report No. MAK 767/023430 from Huntingdon Life Sciences, Huntingdon, UK. Submitted to WHO by Makhteshim Chemical Works Ltd, Beer-Sheva, Israel.

Robens, J.F. (1970) Teratogenic activity of several phthalimide derivates in the golden hamster. *Toxicol. Appl. Pharmacol.*, **16**, 24–34.

Rubin, Y. & Nyska, A. (1985a) Folpan. Teratology study in the rat. Unpublished report No. MAK/049/FOL from Life Science Research Israel Ltd., Ness Ziona, Israel. Evaluated in Annex 1, reference 49.

Rubin, Y. & Nyska, A. (1985b) Folpan. Preliminary teratology study in rabbits. Unpublished report No. MAK/050/FOL from Life Science Research Israel Ltd., Ness Ziona, Israel. Submitted to WHO by Makhteshim Chemical Works Ltd, Beer-Sheva, Israel.

Rubin, Y. (1985) Folpan. Teratology study in the rabbit. Unpublished report No. MAK/051/FOL from Life Science Research Israel Ltd., Ness Ziona, Israel. Submitted to WHO by Makhteshim Chemical Works Ltd, Beer-Sheva, Israel.

MONGLY02402432