**Fenpyroximate**

The Meeting concluded that the short-term intake of residues of fenpyroximate from uses, other than on apple and grape, that have been considered by the JMPR is unlikely to present a public health concern.

## 4.11   FLUDIOXONIL (211)

### TOXICOLOGY

Fludioxonil is the ISO approved name for a new phenylpyrrole fungicide, 4-(2,2-difluoro-1,3-benzodioxol-4-yl)pyrrole-3-carbonitrile (IUPAC), that interferes with glucose transport across fungal membranes. Fludioxonil has not been evaluated previously by the JMPR.

After oral administration of radiolabelled fludioxonil, the radiolabel is rapidly and extensively (approximately 80% of the administered dose) absorbed, widely distributed, extensively metabolized and rapidly excreted, primarily in the faeces (approximately 80%) via the bile (approximately 70%), with a small amount being excreted in the urine (approximately 20%). The maximum blood concentration is reached within 1 h after administration. Elimination is biphasic, with half-lives of between 2 and 5 h for the first phase and between 30 and 60 h for the second phase. Fludioxonil is rapidly cleared from the blood and tissues, and there is consequently negligible potential for accumulation. The metabolism of fludioxonil proceeds primarily through oxidation of the pyrrole ring, leading to one major (57% of the administered dose) and one minor (4% of the administered dose) oxo-pyrrole metabolite. Hydroxylation of the phenyl ring yields the corresponding phenol metabolite, which represents 2% of the administered dose. These phase I metabolites are subsequently excreted as glucuronyl and sulfate conjugates and, together with unabsorbed and unchanged fludioxonil excreted in faeces, account for approximately 75% of the administered dose. The dimerization of the hydroxy pyrole metabolite produces a metabolite of an intense blue colour.

The dermal absorption of fludioxonil, excluding material bound to the skin, is low in rats in vivo (< 5%) and in human skin in vitro (< 0.5%). In a study of dermal penetration in rats in vitro, values for dermal absorption at low levels of application were comparable to those obtained in a study performed in vivo (< 2%), but at higher levels significantly overestimated absorption in vivo (38%).

Fludioxonil has low acute toxicity in rats when administered by oral, dermal or inhalation routes, producing no deaths at 5000 and 2000 mg/kg bw and 2.6 mg/l of air, respectively, the highest doses tested. There were also no deaths in mice given fludioxonil at 5000 mg/kg bw by gavage. Fludioxonil is a slight eye irritant in rabbits, but is neither a skin irritant in rabbits nor a skin sensitizer in guinea-pigs (Magnusson & Kligman maximization assay).

In studies with repeated doses in mice and rats, the liver (necrosis, centrilobular hypertrophy, increased serum cholesterol and 5´nucleotidase), the kidneys (nephropathy, inflammation, cysts) and haematopoietic system (mild anaemia) were the principal targets. Such effects often set the LOAELs for these studies, together with reduced body-weight gains. In mice, these effects were observed after 90 days of treatment at 450 mg/kg bw per day and at 590 mg/kg bw per day in one 18-month study, but not at 360 mg/kg bw per day in another such study. In rats, effects were seen at doses of ≥ 400 mg/kg bw per day in short-term studies and at 110 mg/kg bw per day in a 2-year study; lower body-weight gains were also observed at these doses. Liver toxicity was generally manifested by increased concentrations of serum cholesterol and bilirubin and centrilobular hypertrophy and/or necrosis. Anaemia in mice (at > 590 mg/kg bw per day for 18 months) and rats (at 1300 mg/kg bw per day for 3 months) was seen at doses greater than the LOAEL. In dogs, anaemia was observed at the LOAEL (at 290 mg/kg bw per day for 3 months, but only after 4 weeks of treatment; and at a dose of 300 mg/kg bw per day for 12 months). No haematological effects were observed in shorter studies in mice (at ≤ 1050 mg/kg bw per day for 90 days) or rats (at ≤ 2500 mg/kg bw per day for 20 days and at ≤ 1000 mg/kg bw per day for 28 days)

Blue discolouration of the urine, perineal fur, kidneys and gastrointestinal tract were common observations in all species. These effects were secondary to the formation of the blue metabolite in quantities that were sufficient, at high doses, to stain the various tissues. The effect is not toxicologically significant and was disregarded in identifying NOAELs from studies in which it was observed.

Fludioxonil gave negative results in assays for reverse mutation in *S. typhimurium* and *E. coli*, gene mutation in Chinese hamster V79 cells, unscheduled DNA synthesis in rat hepatocytes, micronucleus formation in bone marrow of rats and mice in vivo and chromosome aberration in Chinese hamsters in vivo. Fludioxonil was clastogenic in Chinese hamster ovary cells (CCL61) in vitro at non-cytotoxic concentrations. There was no evidence of heritable genetic damage in an assay for dominant lethal mutations in mice.

The Meeting concluded that fludioxonil is unlikely to be genotoxic in vivo.

The carcinogenicity potential of fludioxonil was examined in a study in rats and in two studies in mice. While the incidence of lymphomas was slightly increased in females in one study in mice receiving diets containing fludioxonil at a concentration of 3000 ppm (equal to 360 mg/kg bw per day), no increase was observed in a concurrent life-time study in mice given diets containing fludioxonil at dietary concentrations of up to 7000 ppm (1000 mg/kg bw per day). Lymphoma is a common finding in ageing female CD-1 mice, and the historical incidence at the laboratory conducting these studies was 13–32%, which encompasses the incidence noted in females at 3000 ppm (30%). Given the high background rate of this finding and the lack of any increase in the other study by the same authors using higher doses, the Meeting concluded that the apparent increase in lymphomas observed in one study in mice was incidental. There was no evidence of carcinogenic potential with fludioxonil found in rats. The overall NOAELs in the long-term studies were 112 and 37 mg/kg bw per day in mice and rats respectively.

On the basis of the above consideration and on the lack of genotoxic potential in vivo, the Meeting concluded that fludioxonil is unlikely to pose a carcinogenic risk to humans.

In a two-generation study of reproductive toxicity in rats, at a dose of 210 mg/kg bw per day, adult males had reduced body-weight gains and food consumption and pups had lower body-weight gains. The NOAEL for parental and pup toxicity was 21 mg/kg bw per day. The NOAEL for effects on reproductive performance was 21 mg/kg bw per day on the basis of reduced pup weights. As no effects on body-weight gain, or any other parameter, were seen in adult rats at 37 mg/kg bw per day in a 2-year study, the NOAEL for parental animals in the study of reproductive toxicity can also be considered to be > 37 mg/kg bw per day. The NOAEL of 21 mg/kg bw per day for pup toxicity was based on effects observed at 210 mg/kg bw per day. These effects were relatively mild and the dose–response relationship appears to be shallow (12% decrease in body-weight gain over the dose range of 190 mg/kg bw per day, or a 1%, or less, decrease in body-weight gain per dose increment of 16 mg/kg bw per day). Assuming a linear dose–response relationship between 21 and 210 mg/kg bw per day, then at the proposed overall NOAEL for rats of 37 mg/kg bw per day, a decrease in body-weight gain of ≤ 1% would be predicted in pups; this would not be interpreted as being an adverse effect. Consequently, the use of an overall NOAEL of 37 mg/kg bw per day is also appropriate for pup toxicity. In a study of developmental toxicity in rabbits and another in rats, fludioxonil was neither teratogenic nor fetotoxic and fetal weights were unaffected at doses of up to 1000 and 300 mg/kg bw per day, respectively. Maternal toxicity in these studies was limited to reduced body-weight gain at 1000 and 300 mg/kg bw per day in rats and rabbits, respectively.

The Meeting concluded that the existing database on fludioxonil was adequate to characterize the potential hazards to fetuses, infants and children.

Studies of acute oral toxicity and genotoxicity with a range of plant metabolites of fludioxonil showed that these metabolites are of low acute oral toxicity and are not genotoxic. The NOAEL in a 90-day study in rats given diets containing a photolytic/hydrolytic degradation product of fludioxonil found in soil and water was 800 ppm (equal to 58 mg/kg bw per day), on the basis of increased relative kidney weight and tubular casts at ≥ 2500 ppm (in males) and minimal to slight atrophy of the olfactory epithelium at ≥ 2500 ppm.

**Fludioxonil**

### *Toxicological evaluation*

The Meeting established an ADI of 0–0.4 mg/kg bw based on a NOAEL of 37 mg/kg bw per day in a 2-year dietary study in rats and a 100-fold safety factor.

Although effects on the kidneys occurred after relatively short periods of exposure, the Meeting concluded that such effects were unlikely to result from a single exposure. Consequently, the Meeting concluded that an ARfD for fludioxonil was unnecessary.

A toxicological monograph was prepared.

*Levels relevant to risk assessment*

| Species | Study | Effect | NOAEL | LOAEL |
|---|---|---|---|---|
| Mouse | 18 month study of toxicity and carcinogenicity[a] | Toxicity | 1000 ppm, equal to 112 mg/kg bw per day | 3000 ppm, equal to 360 mg/kg bw per day |
| | | Carcinogenicity | 3000 ppm equal to 360 mg/kg bw per day[b] | — |
| Rat | 2-year study of toxicity and carcinogenicity[a] | Toxicity | 1000 ppm, equal to 37 mg/kg bw per day | 3000 ppm, equal to 110 mg/kg bw per day |
| | | Carcinogenicity | 3000 ppm, equal to 110 mg/kg bw per day[b] | — |
| | Two-generation study of reproductive toxicity[a] | Parental toxicity | 300 ppm, equal to 21 mg/kg bw per day[d] | 3000 ppm, equal to 210 mg/kg bw per day |
| | | Embryo- and fetotoxicity | 300 ppm, equal to 21 mg/kg bw per day[d] | 3000 ppm, equal to 210 mg/kg bw per day |
| | Developmental toxicity[c] | Maternal toxicity | 100 mg/kg bw per day | 1000 mg/kg bw per day |
| | | Embryo- and fetotoxicity | 1000 mg/kg bw per day[b] | — |
| Rabbit | Developmental toxicity[c] | Maternal toxicity | 100 mg/kg bw per day | 300 mg/kg bw per day |
| | | Embryo- and fetotoxicity | 300 mg/kg bw per day[b] | — |
| Dog | 12-month study of toxicity[a,e] | Toxicity | 1000 ppm, equal to 33 mg/kg bw per day | 8000 ppm, equal to 300 mg/kg bw per day |

[a] Diet
[b] Highest dose tested
[c] Gavage
[d] The NOAEL of 21 mg/kg bw per day in this study was adjusted upwards to 37 mg/kg bw per day on the basis of an absence of effects in 90-day and 2-year studies in rats at 64 and 37 mg/kg bw per day, respectively. Additionally, interpolation of the reduced weight gain in pups in the study of reproductive toxicity indicated a probably non-adverse, reduction in weight gain of 1% or less at the higher NOAEL of 37 mg/kg bw per day.
[e] The LOAEL for this study was 300 mg/kg bw per day. Owing to the wide dose spacing used for this study, the NOAEL is conservative; hence the slightly higher NOAEL obtained in the 2-year study in rats was selected for establishment of the ADI.

*Estimate of acceptable daily intake for humans*

0–0.4 mg/kg bw

*Estimate of acute reference dose*

Unnecessary

*Studies that would provide information useful for continued evaluation of the compound*

Further observations in humans

## Fludioxonil

*Critical end-points for setting guidance values for exposure to fludioxonil*

| | |
|---|---|
| *Absorption, distribution, excretion and metabolism in animals* | |
| Rate and extent of oral absorption | Rapid, approximately 80% |
| Dermal absorption | Poor, < 10% in the rat in vivo; 1% or less in human skin in vitro |
| Distribution | Extensive |
| Rate and extent of excretion | Largely complete within 24 h; approximately 10% in urine and 80% in the faeces; 70% of the administered dose was excreted in the bile |
| Potential for accumulation | Low, no evidence of accumulation |
| Metabolism in mammals | Extensively metabolized, involving primarily oxidation of the pyrrole ring leading to a major (57% of the administered dose) and a minor (4% of the administered dose) oxo-pyrrole metabolite, followed by glucuronyl- and sulfate conjugation |
| Toxicologically significant compounds (animals, plants and the environment) | Parent compound and metabolites |
| | |
| *Acute toxicity* | |
| Rat, $LD_{50}$, oral | > 5000 mg/kg bw (no deaths) |
| Rat, $LD_{50}$, dermal | > 2000 mg/kg bw (no deaths) |
| Rat, $LC_{50}$, inhalation | > 2.6 mg/l (no deaths) |
| Rabbit, dermal irritation | Not irritating |
| Rabbit, eye irritation | Slight irritant |
| Skin sensitization | Not sensitizing (Magnusson & Kligman test) |
| | |
| *Short-term studies of toxicity* | |
| Target/critical effect | Damage to liver (rats and dogs) and kidney (mice and rats) |
| Lowest relevant oral NOAEL | 1000 ppm, equal to 33 mg/kg bw per day (12-month study in dogs) |
| Lowest relevant dermal NOAEL | 200 mg/kg bw per day (rats) |
| Lowest relevant inhalation NOAEC | — |
| | |
| *Genotoxicity* | Unlikely to pose a genotoxic risk in vivo |
| | |
| *Long-term studies of toxicity and carcinogenicity* | |
| Target/critical effect | Reduced body-weight gains and liver necrosis in rats, liver and kidney damage in mice |
| Lowest relevant NOAEL | 1000 ppm, equal to 37 mg/kg bw per day, in rats |
| Carcinogenicity | Not carcinogenic in rats or mice; unlikely to pose a carcinogenic risk to humans |
| | |
| *Reproductive toxicity* | |
| Reproductive target/critical effect | Reduced pup weight gains in rats at parentally toxic doses |
| Lowest relevant reproductive NOAEL | 300 ppm, equal to 21 mg/kg bw per day |
| Developmental target/critical effect | None |
| Lowest relevant developmental NOAEL | 300 mg/kg bw per day (the highest dose tested in rabbits) |
| | |
| *Neurotoxicity/delayed neurotoxicity* | No evidence of neurotoxicity in any study conducted |
| | |
| *Other toxicological studies* | Studies on plant metabolites and a photolytic/hydrolytic degradation product of fludioxonil indicated that these were of no greater toxicity than the parent compound |
| | |
| *Medical data* | Medical monitoring since 1992 of employees engaged in the manufacture of fludioxonil, or its formulation, into products has not revealed any adverse health effects |

| Summary | Value | Study | Safety factor |
|---|---|---|---|
| ADI | 0–0.4 mg/kg bw | 2-year study in rats (liver effects and reduced body-weight gains) | 100 |
| ARfD | Unnecessary | — | — |

Fludioxonil

## RESIDUE AND ANALYTICAL ASPECTS

Fludioxonil, or 4-(2,2-difluorobenzo[1,3]dioxol-4-yl)-1*H*-pyrrole-3-carbonitrile, is a fungicide that belongs to the chemical class phenylpyrroles. It functions by blocking the protein kinase which catalyses the phosphorylation of a regulatory enzyme of glycerol synthesis. It is specific for a limited number of fungi. It was evaluated for the first time by the 2004 Joint Meeting.

### *Metabolism*

#### *Animals*

The metabolism of $^{14}$C-pyrrole-labelled fludioxonil was studied in goats and laying hens. Two goats were given radiolabelled fludioxonil orally at a level equivalent to 100 ppm in the feed for 4 consecutive days. The levels of radioactive residue, calculated as fludioxonil, were: 0.07 mg/kg in tenderloin muscle, 0.19 mg/kg in fat, 5.8 mg/kg in liver, 2.9 mg/kg in kidney and 2.2 mg/kg in milk on day 4. Organic solvents released 35% of the TRR in liver, 76% in muscle, 50% in kidney, 35% in liver, 87% in fat and 90% in milk. Protease treatment of the solid residues from solvent extraction of liver, kidney and muscle released 75–91% of the remaining activity. Less than half of this released activity was characterized as proteins by derivatization with 2,4-dinitrofluorobenzene.

The main component identified in muscle was fludioxonil, representing 24% and 43% of the TRR in the two goats. Likewise, fludioxonil was the main component of the residue in omental fat, representing 83% TRR. The main identified metabolite in muscle was the sulfate conjugate of the 2-hydroxy or 5-hydroxy derivative of fludioxonil (22% or 2% TRR). Minor metabolites identified in muscle (< 10% TRR) included the 2-*O*-glucuronide derivative of fludioxonil and the 5-*O*-glucuronide derivative of fludioxonil. (The position numbers refer to the pyrrole ring.) About 50% of the residue in muscle and 83% of the residue in fat were identified.

Multiple components were found in kidney and liver. The following were identified in kidney: 2-*O*-glucuronide derivative of fludioxonil (23% TRR); 7′-*O*-glucuronide derivative (8% TRR); 5-*O*-glucuronide derivative (15% TRR); fludioxonil (2% TRR); and 2- or 5-*O*-sulfate ester (0.7% TRR), for a total identification of 48%. In liver, only fludioxonil was identified (14% TRR). Two labile compounds (24% TRR) were also encountered. No compounds without the pyrrole–phenyl linkage were identified.

On the basis of the identified and characterized residues, the Meeting concluded that the metabolism of fludioxonil via the oral route in goats involves oxidation of the pyrrole ring at the 2 and 5 positions, followed by rapid conversion to sulfate and glucuronide conjugates. A minor route involves oxidation of the benzodioxol ring at the 7′ position and conversion to the glucuronide conjugate. Evidence was also found for substantial incorporation into natural products, including proteins, in kidney and liver.

Five laying hens were given gelatin capsules containing [$^{14}$C-pyrrole]fludioxonil for 8 consecutive days at a rate equivalent to about 89 ppm in the feed. The vast majority of the radiolabelled residue was eliminated in the excreta (88–102% of the total administered dose). The levels of radioactive residues, calculated as fludioxonil, in the tissues and eggs were as follows: liver, 8.9 mg/kg; muscle, 0.12 mg/kg; skin with fat, 0.25 mg/kg; peritoneal fat, 0.17 mg/kg; egg yolk, 1.8 mg/kg (day 7); egg white, 0.054 mg/kg (day 7).

A series of organic solvent extractions released 61% TRR in liver, 33% in kidney, 62% in muscle, 42% in skin with fat, 74% in egg white and 83% in egg yolk. The solids remaining after solvent extraction of liver (33% TRR), kidney (54%) and muscle (34%) were solubilized with protease and characterized by treatment with 2,4-dinitrofluorobenzene. Protease solubilized 54% of the unextracted activity in liver, 63% of that in kidney and 67% of that in muscle. About 25% of the released radioactivity (< 10% TRR) was derivatized by 2,4-dinitrofluorobenzene at pH 2, indicating the terminal amino group of amino acids.

Alkaline hydrolysis (15% KOH, 95 °C) released all the remaining radioactivity from the solvent-extracted liver (33% TRR), but it could be characterized only as acidic, polar compounds.

About 69% of the TRR in eggs, 24% in liver, 14% in kidney, 44% in muscle and 29% in skin with fat were identified. The main metabolites identified in eggs were the sulfate conjugate of the 1-hydroxy derivative of fludioxonil (40% TRR) , the succinamic acid derivative (10% TRR) and the sulfate conjugate of the 2-hydroxy or 5-hydroxy derivative (13% TRR). Fludioxonil was a minor component (2.1% TRR) in eggs. The succinamic acid derivative was the only significant metabolite identified in liver, at about 6% TRR. The metabolites identified in kidney were the glucuronide conjugate of the 2-hydroxy or 5-hydroxy derivative (4.7% TRR), fludioxonil (2.6% TRR) and the 7′-hydroxy derivative (2.8% TRR). The main components identified in breast muscle were fludioxonil (29% TRR) and the sulfate conjugate of the 1-hydroxy derivative. A similar situation existed for skin with attached fat, which contained fludioxonil (9.8%) and the sulfate conjugate of the 1-hydroxy derivative (14%).

On the basis of the characterizations and identifications made in the study of metabolism in hens, the Meeting concluded that metabolism in poultry involves oxidation at the C-2, C-5 and N-1 positions in the pyrrole ring and at the C-7′ of the benzodioxol ring. This is followed by the formation of sulfate or glucuronide conjugates. The C-2 hydroxypyrrole further oxidizes to the 2,5-dioxo-2,5-dihydro pyrrole and succinamic acid derivatives. The last two compounds are unique to poultry. The remaining metabolites found in the hen and all the metabolites in ruminants were also found in rats. The studies of metabolism in rats were reviewed by the WHO Expert Group of the 2004 JMPR.

*Plants*

The metabolism of radiolabelled fludioxonil resulting from its foliar application has been studied in grape, tomato, peach, green onion and head lettuce. Grape vines were sprayed three times at 3-week intervals with [pyrrole-4-C$^{14}$] fludioxonil at a rate of 500 g ai/ha per application. Samples of grapes and leaves were taken at intervals, immediately after the first application, up to grape maturity 35 days after the final application. Grapes at maturity contained 2.5–2.8 mg/kg of radiolabelled residue, calculated as fludioxonil. About 57% of the TRR was a surface residue, released by a methanol–water rinse; another 32% of the TRR was released by solvent extraction. The leaves at maturity contained 5.2 mg/kg of radiolabelled residue, 52% as a surface residue and 44% solvent extracted.

The residues in grapes and leaves were extensively identified. In grapes at maturity, seven compounds were identified, but only fludioxonil at 70% TRR exceeded 2% TRR. The metabolites included the succinamic acid derivative (< 1% TRR), the 3-hydroxy succinamic acid derivative (< 1% TRR), the glucose conjugate of 2-hydroxyacetamide benzodioxol (< 1% TRR), 2-hydroxyacetamide benodioxol (< 1% TRR), the 2-hydroxy-5-oxo derivative (2% TRR), the 2,5-dioxo derivative (< 1% TRR) and the 1-hydroxy-2,5-dioxo derivative (< 1% TRR). Similar metabolites were identified in leaves, fludioxonil representing 69% of the TRR; no other metabolite exceeded 6% TRR.

The metabolism of [pyrrole-4-$^{14}$C]fludioxonil was studied in greenhouse tomato plants that were sprayed three times at 2-week intervals with a wettable powder formulation at a single application rate of 750 g ai/ha. Forty days after the last application, leaves and tomatoes were sampled. The leaves contained a fludioxonil-equivalent radiolabelled residue level of 7.0 mg/kg, and the tomatoes contained 0.28 mg/kg. Of the residue on tomatoes, 41% was on the surface. Rinsing and solvent extraction released 95% of the residues in tomatoes and 95% of those in leaves. About 73% of the tomato residue and 69% of the leaf residue was fludioxonil. Five metabolites, representing 3.6% of the TRR in tomato, were identified. These were the same metabolites as in grapes, except that the 2,5-dioxopyrrole derivative was not found and the benzodioxole-4-carboxylic acid derivative was present but at below the LOQ (< 0.001 mg/kg).

The metabolism of [phenyl-U-$^{14}$C]fludioxonil was studied in peaches. Three foliar applications at 30-day intervals were made at 130 and 1300 g ai/ha, starting at petal fall. Mature fruit was collected 28 days after the second treatment. In a second trial, two applications, 950 and 2860 g ai/ha, were made at a 35-day interval, starting at petal fall. Samples of immature and mature fruits were taken 30 and 114 days after the second application. The radiolabelled residue level, calculated as fludioxonil, was 0.083 mg/kg and

0.98 mg/kg in the first trial after application at 130 and 1300 g ai/ha, respectively. The residue level on mature peaches in the second trial was 0.26 mg/kg (114-day PHI).

Extraction with acetonitrile:water:acetic acid (80:20:1, v/v) released $\geq$ 88% TRR in all cases. Analyses were conducted on extracts from 28-day peaches treated at 130 and 1300 g ai/ha in the first trial and on 114-day peaches from the second trial. Fludioxonil was the main component in all cases, ranging from 22% TRR to 62% TRR. Eight metabolites were identified in the 114-day PHI peaches, of which four are also grape or tomato metabolites (succinamic acid derivative, 3% TRR; 2-hydroxy-5-oxo derivative, 1.4% TRR; 2-hydroxy-5-oxo derivative, 1% TRR; benzodioxole-4-carboxylic, 1% TRR). The other metabolites included oxidized fludioxonil glucose conjugates at 7% TRR and an oxirane-2-carboxylic acid derivative at 3% TRR. About 54% of the TRR in peach was identified.

The metabolism of [phenyl-U-$^{14}$C]fludioxonil on green onions was studied after radiolabelled fludioxonil was applied twice at a 14-day interval at a rate of 560 or 680 g ai/ha and at 2800 or 3380 g ai/ha. Samples were taken at maturity (14-day PHI) and at other intervals. TRR as fludioxonil represented 1.6 mg/kg on the onions given the 560 or 680 kg ai/ha treatment and 10 mg/kg on those given the 2800 or 3380 g ai/ha treatment. After the 2800 or 3380 g ai/ha treatment, 51% of the TRR was souble in organic solvents and 21% in water.

The metabolitic profiles were qualitatively similar at the two treatment levels and at the various sampling intervals. In the onions treated at 2800 or 3380 g ai/ha at mature harvest (14-day PHI), fludioxonil comprised 49% of the TRR. Six metabolites were identified, but none represented > 2% TRR. These were the same metabolites identified in the studies of grape, tomato and peach metabolism.

The metabolism of [pyrrole-4-$^{14}$C]fludioxonil on head lettuce was studied after three foliar treatments at 10-day intervals at 200 g ai/ha. A second experiment was conducted at 600 g ai/ha per application. With a 6-day PHI, the TRR calculated as fludioxonil was 1.3 mg/kg after treatment at 200 g ai/ha and 5.8 mg/kg at 600 g ai/ha treated. Almost 100% of the radioactivity was extracted with methanol:water. Fludioxonil was the main component (68% TRR after the 200 g ai/ha treatment, 80% after the 600 g ai/ha treatment).

Six metabolites, four of which corresponded to metabolites in the studies of tomato, grape and peach, were identified. No metabolite exceeded 3% TRR. Metabolites unique to head lettuce were lactic acid conjugates of fludioxonil (1–2% TRR).

Several studies were also conducted on metabolism after seed treatment. Seed potatoes were treated with [pyrrole-4-$^{14}$C]fludioxonil at a rate of 2.5 g ai/100 kg seed. The pieces were planted, and mature potatoes were harvested after 95 days. The tuber contained 0.006 mg/kg radiolabelled residue, calculated as fludioxonil. Fludioxonil represented 21% of the TRR.

Rice seeds were soaked in a [pyrrole-4-$^{14}$C]fludioxonil solution equivalent to 6.5 kg ai/100 kg seed. Rice plants were grown in a glasshouse and harvested at maturity, 152 days after treatment. Stalks, hulls and seeds contained $\leq$ 0.002 mg/kg radiolabelled residue as fludioxonil equivalents.

The metabolism of [pyrrole-4-$^{14}$C]fludioxonil was studied in field-grown spring wheat plants treated at 7.4 g ai/100 kg seed. Plants were harvested 48 days (ear emergence), 83 days (milky stage) and 106 days (maturity) after treatment. At 48 days, stalks contained 0.005 mg/kg of radioactive residue (calculated as fludioxonil). At 83 days, stalks contained 0.004 mg/kg and ears contained 0.002 mg/kg. At maturity, stalks contained 0.015 mg/kg, husks contained 0.005 mg/kg, and grain contained 0.003 mg/kg.

Cotton-seed was treated at a rate of 2.5 or 5.0 g ai/100 kg seeds with [pyrrole-4-$^{14}$C]fludioxonil and then planted in sandy loam soil in pots. Plants were sampled at maturity, 186 days after treatment. Cotton-seed treated at 5.0 g ai/100 kg seed contained 0.003 mg/kg TRR, and those treated at 2.5 g ai/100 kg contained 0.012 mg/kg. Only 20–30% of the radioactivity could be extracted.

Soya bean seeds were treated with [pyrrole-4-$^{14}$C]fludioxonil at a rate of 5.0 g ai/100 kg seed and grown to mature plants in a greenhouse. The plants were sampled at intervals of 28 days after planting (sixth

node stage), 38 days (mid- to full bloom stage) and 133 days (maturity). Soya bean forage (sixth node) contained 0.096 mg/kg TRR, calculated as fludioxonil. Soya bean hay (mid-flowering) contained 0.041 mg/kg. At maturity, stalks contained 0.005 mg/kg, dry beans contained 0.015 mg/kg, and dry hulls contained 0.012 mg/kg. The main tentatively identified component in forage and hay was 6-hydroxy-2*H*-chromeno[3,4-*c*]pyrrol-4-one, representing 2% TRR.

The metabolism of fludioxonil in and on plants after foliar and seed treatment is adequately understood. Generally, the residue concentrations resulting from seed treatment were too low to permit extraction and identification. The numerous studies of foliar application indicate a similar metabolic pathway, showing fludioxonil as the main component of the residue.

The pathway is characterized by the generation of a large number of metabolites and proceeds mainly through oxidation. Each metabolite represents < 10% TRR. With the exception of oxidation at the 7'-C of the benzoldioxol ring, the oxidations and conjugations occur at the C-2, C-5 and N-1 positions of the pyrrole ring. Ultimately, cleavage of the pyrrole ring, probably via the formation of succinamic acid derivatives, results in formation of 2,2-difluorobenzo[1,3]dioxole metabolites. In studies with pyrrole- or phenyl-labelled [14]C-fludioxonil, no metabolites were found, indicating cleavage of the bond between the phenyl and pyrrole ring.

No information was provided on the degradation of fludioxonil when applied post-harvest. Nevertheless, the use of both short and long PHIs in the trial on metabolism in peaches after foliar application provides some indication of the fate of fludioxonil when applied to fruit post-harvest. The study of metabolism in peach shows that the main constituent in the residue is fludioxonil.

*Soil*

The degradation of fludioxonil on soil exposed to light is rapid, with a half-life of < 1 day for the component of fludioxonil on the surface. On the basis of isolated and identified degradates in studies of radiolabelled compound, it would appear that fludioxonil degrades to 4-(2,2-difluorobenzo[1,3]dioxol-4-yl)-2,5-dioxo-2,5-dihyrdo-1*H*-pyrrole-3-carbonitrile or the 2,5-dioxo derivative of fludioxonil. This metabolite undergoes epoxidation at the C-3 to C-4 position and pyrrole ring opening to give 3-carbamoyl-2-cyano-3-(2,2-difluorobenzo[1,3]dioxol-4-yl)oxirane-2-carboxylic acid. The latter degrades to 2,2-difluoro-benzo[1,3]-dioxole-4-carboxylic acid, a compound found in the studies of rotational crops (see below).

The breakdown of fludioxonil in soil under aerobic conditions with no exposure to light is slow. Mineralization to carbon dioxide is the main route of breakdown (4–45% of applied radioactivity). Some unextractable residues (8–27%) also form. The half-life in sandy loam soil is approximately 250 days.

Four studies of confined rotational crops were conducted with [pyrrole-4-14]C]fludioxonil. In the first study, soil was sprayed with [pyrrole-4-14]C]fludioxonil at a rate of 750 g ai/ha, and lettuce, winter wheat, sugar beets and maize were planted after intervals of 90, 140, 320 and 345 days, respectively. Lettuce at maturity (152 days post-treatment) contained 0.006 mg/kg radiolabelled residue, winter wheat stems and grain contained 0.008 and 0.002 mg/kg 429 days post-treatment, sugar beet roots and tops contained 0.001 and < 0.001 mg/kg, respectively, and maize stalks and grain contained 0.005 and < 0.001 mg/kg, respectively, at maturity (519 days after treatment). The concentrations of residue were too low to pursue isolation and identification.

In a follow-up study, spring wheat, mustard and turnips were planted 33 days after application of [pyrrole-4-14]C]fludioxonil to bare ground at a rate of 120 g ai/ha. At maturity, the residue levels were < 0.01 mg/kg (TRR) in the turnips and mustard greens and 0.006 mg/kg in wheat grain. In 25% mature wheat forage (109 days post-treatment) and in wheat straw (175 days post-treatment), however, the residue levels were 0.058 and 0.12 mg/kg, respectively. The following components were identified in immature wheat forage: fludioxonil (2.4% TRR, 0.001 mg/kg), 6-hydroxy-2*H*-chromeno[3,4-*c*]pyrrol-4-one (11% TRR, 0.006 mg/kg, tentative identification), 4-hydroxy-2,5-dione derivative (4.2% TRR, 0.002 mg/kg), 2,5-dioxo derivative (< 0.001 mg/kg, tentative identification), 2,2-difluoro-benzo[1,3]dioxole-4-carboxylic acid (2.3%

TRR, 0.001 mg/kg, tentative identification) and 2-(2,2-difluorobenzo[1,3]dioxol-4-yl)-2-hydroxyacetamide (< 0.001 mg/kg, tentative identification). Fludioxonil (< 0.001 mg/kg) and similar metabolites at similar concentrations were detected in wheat straw. This work was confirmed by another experiment conducted at 60 g ai/ha.

In a final trial, [phenyl-U-$^{14}$C]fludioxonil was sprayed onto bare ground at a rate of 1120 g ai/ha. Rotational crops of spring wheat, mustard and radishes were planted 30, 90 and 210 days after treatment and grown to normal maturity. Radish tubers contained 0.14, 0.019 and 0.019 mg/kg of radiolabelled residue at plant-back intervals of 30, 90 and 210 days, about 50% of which could be extracted with organic solvents and water. Mustard greens contained 0.033, 0.044 and 0.050 mg/kg at 30, 90 and 120 days after treatment. Mature wheat straw contained 0.36, 0.14 and 0.11 mg/kg radiolabelled residues, and grain contained 0.058, 0.021 and 0.019 at 30, 90 and 120 days plant-back, of which about 40% from straw and 20% from grain was extractable.

The main metabolite identified in the various commodities was 2,2-difluorobenzo[1,3]dioxole-4-carboxylic acid, at levels ranging from 4.4% TRR in mature wheat straw (30-day plant-back) to 38% TRR (radish tuber, 90-day plant-back). Fludioxonil generally represented < 4% TRR (≤ 0.001 mg/kg) in all matrices except mature radish tuber (30-day plant-back), in which it represented 12% TRR or 0.016 mg/kg.

Field rotational crop studies were conducted in which fludioxonil was applied four times to bare soil at 280 g ai/ha per application, followed at plant-back intervals of 30, 90, 150 and 210 days by sowing of wheat, turnips and leaf lettuce. The mature crops contained no detectable residues of fludioxonil at any plant-back interval, with a LOQ of 0.01 mg/kg.

The nature and extent of the residue in rotational crops after use of fludioxonil on the primary crop is adequately delineated. Similar patterns were observed with pyrrole- and phenyl-labelled $^{14}$C-fludioxonil, although somewhat greater concentrations of residue were encountered with the phenyl label. In these trials, fludioxonil was not taken up into rotational crops at plant-back intervals as short as 30 days. The metabolism of fludioxonil in the crops was apparently the same as that seen in target crop studies, but this conclusion is speculative as little or no residue was generally found. Primarily on the basis of the confined study with [phenyl-U-$^{14}$C]fludioxonil, the metabolism and degradation of this compound is characterized by oxidation and cleavage of the pyrrole ring. No metabolites of cleavage of the bond between the phenyl and the pyrrole ring were observed. The proposed metabolic and degradation pathway is that suggested for foliar application of fludioxonil.

The Meeting concluded that the presence of fludioxonil residues in succeeding (rotational) crops from foliar applications is unlikely.

### *Methods of analysis*

The Committee concluded that adequate analytical methods exist for both monitoring and enforcing MRLs and for gathering data in supervised field trials and processing studies. Methods REM-133/AG631A and AG-597 are suitable for the determination of fludioxonil in samples of plant origin. The methods are fully validated for a range of crops and crop types. In addition, fludioxonil residues can be determined in samples of plant origin by European multi-residue method DG S17.

Method REM-133 involves high-performance liquid chromatography (HPLC) with ultraviolet detection (268 nm). Only fludioxonil is determined. Samples are extracted and then placed on a phenyl solid-phase extraction cartridge and eluted with the appropriate solvent. The samples are analysed by HPLC with column switching (C-18 and phenyl). The validated LOQ is 0.01–0.04 mg/kg. In some European field trials, method REM 133 was modified by the use of only one HPLC column (amino) with a fluorescence detector (excitation, 265 nm; emission, 312 nm). The method was radiovalidated. In this method, 89% of the total radioactivity was solubilized, and 66% of the fludioxonil determined in the metabolism study was identified.

Method AG-597 is another HPLC method with ultraviolet detection (268 nm). Only fludioxonil is determined. Samples are extracted and then cleaned-up by silica solid-phase extraction. Analysis is usually conducted on an amino or a C18 column. The method was validated with a wide array of commodities, with limits of determination of 0.01–0.02 mg/kg, except for sorghum grain, for which the limit was 0.05 mg/kg. The method was validated by the US Environmental Protection Agency. Liquid chromatography with mass spectrometry can be used for confirmation, with quantification on ion 247.

A European multi-residue method based on DFG S19 was developed for an array of plant commodities. Extracts are separated by gel permeation chromatography and analysed by capillary gas chromatography with a mass selective detector, monitoring ions 248, 154 and 127. The method was validated for fludioxonil only at 0.02 mg/kg for tomato, orange, wheat and rape and at 0.01 mg/kg for grape wine.

The Meeting concluded that an adequate method exists for the determination of fludioxonil and certain metabolites in livestock commodities (meat, milk, poultry, eggs). In the HPLC method, fludioxonil and metabolites are converted to 2,2-difluoro-1,3-benzodioxole-4-carboxylic acid. The resulting residue is quantified by external calibration against standards of this conversion product, with HPLC and a ultraviolet detector (230 nm). Column switching is used, and alternate columns are specified as a confirmatory procedure. The method was validated at 0.01 mg/kg for muscle and milk and at 0.05 mg/kg for eggs, fat, liver and kidney.

### Stability of residues in stored analytical samples

The Meeting concluded that fludioxonil is stable in an array of stored frozen commodities. No degradation of fludioxonil was observed in any frozen commodity throughout the duration of the studies. Fludioxonil is stable for at least 24 months in frozen samples of the following commodities: cereal grains, cereal straw, apple, tomato, grape, pea, rape-seed, maize grain, maize meal, sorghum hay, potato tuber and potato flake. Fludioxonil is stable for at least 12 months in frozen broccoli, cabbage and carrots and for 9 months in frozen chives. Fludioxonil is also stable for at least 3 months in frozen peach, plum, cherry and blueberry.

The Meeting also concluded that fludioxonil and metabolites, determined as 2,2-difluoro-1,3-benzodioxole-4-carboxylic acid, are stable for at least 12 months in frozen muscle and for at least 18 months in frozen liver, milk and eggs.

### Definition of the residue

The results of the studies of metabolism after both seed treatment and foliar treatment show that the main identified component of the radiolabelled residue is fludioxonil. The identified metabolites generally represent < 10% of the TRR. The toxicological evaluation did not reveal any metabolites of special concern relative to the parent. The Meeting concluded that the residue definition for plant commodities for compliance with MRLs and for estimation of dietary intake is fludioxonil.

In the analytical methods for plant commodities, HPLC with ultraviolet detection or gas chromatography with mass spectrometry detection, only fludioxonil is determined.

The results of the studies of metabolism in goats and hens were similar. In goats, the main identified metabolite in meat, fat and liver was fludioxonil, representing 33%, 83% and 14% TRR, respectively. The main metabolite in milk and kidney was the pyrrole carbonitrile-O-glucuronide, representing 65% and 31% TRR, respectively, and the parent was absent. In hens, fludioxonil was present in muscle (7.9–28.% TRR) and skin plus attached fat (9.8%). It accounted for 1.2% of the TRR in liver, 2.6% in kidney and 2.2% in egg yolk (equivalent to 2.1% egg TRR). The main identified component of the radioactive residue in eggs and fat was the sulfate conjugate of 4-(2,2-difluorobenzo[1,3]dioxol-4-yl)-1-hydroxy-1H-pyrrole-3-carbonitrile. The benzene–pyrrole linkage was intact in all the identified metabolites. The toxicological evaluation did not reveal any metabolites of particular concern relative to the parent.

The $P_{ow}$ for fludioxonil is 4.1, suggesting that fludioxonil is fat-soluble. In goats, the radioactive residue represented 0.07 mg/kg TRR in muscle and 0.26 mg/kg in fat. The main component in muscle and fat was fludioxonil (24–43% TRR in muscle and 83% in fat). The Meeting concluded that the fludioxonil residue is fat-soluble, but it also noted the lack of information on milk fat from both the metabolism and the feeding study.

In the validated analytical method for fludioxonil, fludioxonil and pyrrole-derivative metabolites are converted to 2,2-difluorobenzo[1,3]dioxole-4-carboxylic acid.

The Meeting concluded that the residue definition of the residue for livestock commodities (for compliance with MRLs and for estimation of dietary intake) is the sum of fludioxonil and its benzopyrrole metabolites, determined as 2,2-difluoro-benzo[1,3]dioxole-4-carboxylic acid and expressed as fludioxonil.

### *Results of supervised trials on crops*

Supervised trials were conducted with foliar treatment, seed treatment and post-harvest treatment of a variety of crops worldwide.

#### *Citrus fruit*

Citrus (orange, lemon, grapefruit) was treated by post-harvest dip (120 g ai/hl) or spray (1000 g ai/250 000 kg fruit) in 28 trials conducted in the USA. GAP specifies a maximum of two treatments, one on entering storage and a second on exit of storage for market distribution, at a single application rate of 500 g ai/250 000 kg fruit (2 mg/kg; 0.85 kg ai/hl for droplet-type applications with a low-volume concentrate, 0.24 kg ai/hl for high-volume jet-type sprays) and 0.24 kg ai/hl for 30-s dip treatments. All trials were conducted at twice GAP in a single-application dip or high-volume spray, and nine of the trials included a second application at twice GAP with a re-treatment interval of 0 days. In the absence of data on residue level decline during storage of citrus, the Meeting considered application at twice GAP an approximation of the practical situation of two treatments at GAP with a variable interval between applications.

The residue levels on orange (six trials; one treatment at twice GAP), in ranked order, were: 0.48, 0.90, 1, 1.4, 2.2 and 2.8 mg/kg. The levels on lemon (seven trials; one treatment at twice GAP) were: 0.46, 0.54, 1., 1.1 (two), 2.9 and 3.2 mg/kg, and those on grapefruit (six trials; one treatment at twice GAP) were: 0.51, 0.94, 0.95, 1.4, 3.8 and 5.2 mg/kg. The nine trials consisting of two sequential applications, each at twice the GAP application rate, were considered exaggerations and were not used; the residue levels ranged from 0.52 mg/kg to 6.0 mg/kg.

The Meeting decided to combine the data; the residue levels on citrus (19 trials; one treatment at twice GAP single rate), in ranked order, were: 0.46, 0.48, 0.51, 0.54, 0.90, 0.94, 0.95, 1 (two), 1.1 (two), 1.4 (two), 2.2, 2.8, 2.9, 3.2, 3.8 and 5.2 mg/kg. Data on residues in pulp were available from only one trial on oranges, in which flesh and peel contained approximately equal concentrations of fludioxonil. The Meeting estimated a maximum residue level for whole citrus of 7 mg/kg and an STMR of 1.1 mg/kg.

#### *Pome fruit*

*Apples* were treated by post-harvest dip or spray in the USA with a 50% wettable powder formulation. GAP specifies a maximum of two treatments, one on entering storage and a second on exit from storage for market distribution, at a single application rate of 500 g ai/250 000 kg fruit (2 mg/kg; 0.85 kg ai/hl for droplet-type applications with a low-volume concentrate, 0.24 kg ai/hl for high-volume jet-type sprays) and 0.06 kg ai/hl for dip treatments of approximately 30 s. Seven trials were conducted at approximately the GAP rate (single application), and two trials were conducted at the GAP rate with two sequential applications: dip at 0.06 kg ai/hl, followed by packing-line spray at 2.5 mg/kg (125% GAP). As GAP specifies two treatments, the Meeting regarded the two trials conducted with two applications as an approximation of GAP. The residue levels were 2.0 and 2.2 mg/kg. The Meeting considered two trials inadequate for estimating a maximum residue level.

**Fludioxonil** 85

*Pears* were treated by post-harvest dip or spray treatment in the USA with a 50% wettable powder formulation. GAP is identical to that for apples. Twelve trials were conducted, but only two were conducted with two applications: 0.048 kg ai/hl drench (80% dip GAP), followed by a packing-line spray at 0.2–0.6 kg ai/hl or 2.2–6.6 mg/kg fruit (110–300% GAP). As GAP specifies two treatments, the Meeting regarded the two trials conducted with two applications as an approximation of GAP. The residue levels (with an exaggerated rate for the second application) were 1.6 and 2.8 mg/kg. The Meeting considered two trials insufficient for estimating a maximum residue level.

The Meeting considered combining the post-harvest trials on pear and apple (same GAP) for mutual support, but considered four trials insufficient for these commodities.

Pears received foliar treatment with a 25% water-dispersible granule formulation in seven trials conducted at GAP (three in Italy , three in Spain and one in France). The GAPs are as follows: Italy, 0.02 kg ai/hl, 0.25 kg ai/ha, three applications, 14-day PHI; Spain, 0.025 kg ai/ha, 0.25 kg ai/ha, three applications, 7-day PHI. No GAP was available for France, and the GAP of Spain was applied to all trials (7-day PHI). The residue levels, in ranked order, were: 0.14, 0.15, 0.18, 0.21, 0.28, 0.32 and 0.36 mg/kg. The Meeting estimated a maximum residue level of 0.7 mg/kg and an STMR of 0.21 mg/kg.

*Stone fruit*

In seven post-harvest treatment trials (spray or dip), *peaches* were treated at the GAP of 0.06 kg ai/hl with a 50% wettable powder formulation. The residue levels on peaches after treatment (no storage interval), in ranked order, were: 0.37, 0.42, 1.6, 2.2, 2.8, 3.4 and 3.6 mg/kg

Trials of foliar application of fludioxonil (62.5% water-dispersible granules, 25% fludioxonil) were conducted in France, Italy and Spain. The relevant GAPs are: France, 0.015 kg ai/hl, 14-day PHI; Italy, 0.015 kg ai/hl, 0.25 kg ai/ha, two applications, 14-day PHI. No GAP was available for Spain, and the GAP of Italy was applied. The residue levels in 11 trials at GAP, in ranked order, were: 0.02, 0.04 (two), 0.08 (two), 0.11, 0.23 (two), 0.29 and 0.33 mg/kg. The data set on post-harvest treatment contained the highest residue values and was used to estimate the maximum residue level and the STMR.

Post-harvest treatment of *plums* was investigated in two trials in the USA. GAP is spray application at 0.06 kg ai/hl of a 50% wettable powder formulation. The results were 0.10 and 0.92 mg/kg. As the results for post-harvest treatment of plums were not statistically significantly different from those for peaches with the same GAP, the populations can be combined for mutual support.

Trials of foliar application of fludioxonil (22.5% water-dispersible granules, 25% fludioxonil) to plums were conducted in France, Italy, Germany and Switzerland. The relevant GAPs are: France, 0.012 kg ai/hl, 0.12 kg ai/ha, three applications, 14-day PHI; Italy, 0.025 kg ai/hl, 0.25 kg ai/ha, two applications, 14-day PHI; Switzerland, 0.3 kg ai/ha, two applications, PHI not specified. GAP in Germany was not available, and the GAP of Italy was applied. In 12 trials at GAP, the residue levels, in ranked order, were: < 0.02, 0.03, 0.04, 0.05, 0.06 (two), 0.065, 0.07, 0.09, 0.10, 0.11 and 0.17 mg/kg. The data set on post-harvest treatment contained the highest residue values and was used to estimate the maximum residue level and the STMR.

Post-harvest treatment of *cherries* was investigated in two trials in the USA. GAP is spray application at 0.06 kg ai/hl of a 50% wettable powder formulation. The reside levels were 0.19 and 0.68 mg/kg. As the results for post-harvest treatment of cherries were not statistically significantly different from those for peaches, with the same GAP, the populations can be combined for mutual support.

A 25% water-dispersible granule formulation of fludioxonil was applied as a foliar spray to cherries in Europe. In six trials, the residue levels ranged from 0.16 to 0.43 mg/kg after a treatment rate of 0.019 kg ai/hl and a PHI of 7 days. No GAP was provided for any country in Europe.

The results for post-harvest treatment (GAP, dip or spray at 0.06 kg ai/hl) of peaches, plums and cherries were combined. The residue levels in the 11 trials, in ranked order, were: 0.10, 0.19, 0.37, 0.42, 0.68,

## Fludioxonil

0.92, 1.6, 2.2, 2.8, 3.4 and 3.6 mg/kg. The Meeting estimated a maximum residue level of 5 mg/kg and an STMR of 0.80 mg/kg for stone fruit.

*Berries and other small fruit*

### Grape

Trials on foliar treatment of grape vines were available from Chile, France, Germany, Greece, Italy , South Africa, Spain and Switzerland. The relevant GAPs (25% water-dispersible granules) are: Chile, 0.25 kg ai/ha, two applications, 7-day PHI; France, 0.3 kg ai/ha, two applications, 60-day PHI; Germany, 0.015 kg ai/hl, 0.24 kg ai/ha, two applications, 35-day PHI; Italy, 0.02 kg ai/hl, 0.2 kg ai/ha, two applications, 21-day PHI; Spain, 0.25 kg ai/ha, two applications, 21-day PHI; Switzerland, 0.3 kg ai/ha, one application, early season. The residue values at the GAP of Chile, in ranked order, were: 0.18, 0.24 and 0.28 (two) mg/kg. The trials in France (northern), Germany and Switzerland were evaluated against the GAP of Germany, resulting in six trials in Germany (0.17, 0.20, 0.21, 0.24, 0.28, 0.31 mg/kg) and five trials in Switzerland (0.90, 0.99, 1.4, 1.6 (two) mg/kg) at GAP and combined: 0.17, 0.20, 0.21, 0.24, 0.28, 0.31, 0.90, 0.99, 1.4 and 1.6 (two) mg/kg. The GAP of Spain was used to evaluate the trials in Greece, Italy and Spain. The residue levels in two trials in Spain and one in Italy at this GAP were 0.22, 0.41 and 0.43 mg/kg. The Meeting combined the 18 values for Chile, Germany and Switzerland, Spain and Italy (same population) and found a ranked order of: 0.17, 0.18, 0.20, 0.21, 0.22, 0.24 (two), 0.28 (three), 0.31, 0.41, 0.43, 0.90, 0.99, 1.4 and 1.6 (two) mg/kg. The Meeting estimated a maximum residue level of 2 mg/kg and an STMR of 0.28 mg/kg.

### Strawberry

Foliar applications of a 50% wettable powder formulation were made to strawberries in the USA, and of a 25% water-dispersible granule formulation in Europe (glasshouse and outdoor). The relevant GAPs are: France, 0.25 kg ai/ha, one application, 3-day PHI; Germany, 0.125 kg ai/hl, 0.25 kg ai/ha, three applications, 7-day PHI; Italy, 0.02 kg ai/hl, 0.2 kg ai/ha, three applications, 7-day PHI; Spain, 0.25 kg ai/ha, three applications, 7-day PHI; Switzerland, 0.025 kg ai/hl, 0.3 kg ai/ha, two applications, 14-day PHI; USA, 0.25 kg ai/ha, four applications, 0-day PHI. The values from the eight trials in the USA in ranked order were: 0.22, 0.43, 0.54, 0.62, 1.0, 1.2 (two) and 1.3 mg/kg. At GAP of Spain and Germany (0.25 kg ai/ha, three applications, 7-day PHI), the values from outdoor trials in Germany were 0.04 and 0.05 (two) mg/kg; those in Switzerland were 0.13 (two) mg/kg; those in France were 0.09, 0.25, 0.61 and 0.77 mg/kg; that in Italy was 0.14 mg/kg; those in Spain were 0.64 and 0.83 mg/kg; and that in the United Kingdom was 0.11 mg/kg. These 13 values may be combined: 0.04, 0.05 (two), 0.09, 0.11, 0.13 (two), 0.14, 0.25, 0.61, 0.64, 0.77 and 0.83 mg/kg. When the European and US populations were combined, the residue levels, in ranked order, were: 0.04, 0.05 (two), 0.09, 0.11, 0.13 (two), 0.14, 0.22, 0.25, 0.43, 0.54, 0.61, 0.62, 0.64, 0.77, 0.83, 1.0, 1.2 (two) and 1.3 mg/kg.

Indoor trials were also conducted in France, Italy, Spain and Switzerland. The ranked order of residue values evaluated against the GAP of Italy was: 0.11, 0.21, 0.27 and 1.9 mg/kg.

When the results of the indoor and outdoor trials were combined, the residue levels in the 25 trials, in ranked order, were: 0.04, 0.05 (two), 0.09, 0.11 (two), 0.13 (two), 0.14, 0.21, 0.22, 0.25, 0.27, 0.43, 0.54, 0.61, 0.62, 0.64, 0.77, 0.83, 1.0, 1.2 (two), 1.3 and 1.9 mg/kg. The Meeting estimated a maximum residue level of 3 mg/kg and an STMR of 0.27 mg/kg.

### Raspberry

Foliar applications of a 25% water-dispersible granule formulation of fludioxonil were made to raspberries in Germany and the USA. The relevant GAPs are: Switzerland, 0.025 kg ai/hl, 0.32 kg ai/ha, two applications, 14-day PHI; and USA, 0.25 kg ai/ha, four applications, 0-day PHI. The residue levels, in ranked order, were: 0.19, 0.24 (two) and 0.30 mg/kg in Germany and 0.96, 1.0 (three) and 3.6 mg/kg in the USA.

The Meeting estimated a maximum residue level of 5 mg/kg and an STMR of 1.0 mg/kg for raspberries and extrapolated the values to blackberry and dewberry on the basis of the trials in the USA, which had the highest values.

*Blueberry*

Foliar applications of a 25% water-dispersible granule formulation of fludioxonil were made to blueberries in Germany and the USA. The relevant GAP is: USA, 0.25 kg ai/ha, four applications, 0-day PHI. No GAP was available for Germany or other European countries. The residue levels in ranked order at GAP in the USA were: < 0.05, 0.14, 0.26, 0.52, 0.68, 0.84, 0.90 and 1.4 mg/kg. The Meeting estimated a maximum residue level of 2 mg/kg and an STMR of 0.60 mg/kg.

*Black and red currant*

Foliar application of a 25% water-dispersible granule formulation of fludioxonil was made to black currants in four trials and to red currants in one trial in Germany. As no GAP is available for Germany or other European countries, the Meeting could not estimate an STMR or maximum residue level.

*Assorted tropical andsubtropical fruits*

*Lychee*

Fludioxonil (25% water-dispersible granules) was applied as a foliar spray to lychee in the USA, where GAP is: 0.25 kg ai/ha, four applications, 0-day PHI. The residue levels in ranked order were: 0.81, 0.92 and 1.4 mg/kg. The Meeting noted that five or seven applications were made at about 7-day intervals and that the extra one or three applications would have been made ≤21 days before harvest. On the basis of studies of decline in other fruit crops, they might have made a significant contribution (about 25%) to the final residue level. Therefore, the Meeting did not estimate a maximum residue level or an STMR.

*Kiwi*

Kiwi fruit in the USA were treated post-harvest at 0.06 kg ai/hl with a wettable powder formulation. GAP specifies application of a 50% wettable powder formulation as a dip at 0.06 kg ai/hl for 30 s or as a low-volume application with a control droplet-type application at 0.24 kg ai/hl or 2.5 mg/kg fruit. Trials were conducted, with two methods (dip, spray) at two locations and a single method (dip) at a third. The ranked order of residue levels in the five trials was: 1.6, 5.2, 7.2, 8.6 and 9.0 mg/kg. The Meeting estimated mg/kg a maximum residue level of 15 mg/kg and an STMR of 7.2 mg/kg for kiwi fruit.

*Pomegranate*

Pomegranate in the USA were treated post-harvest at 0.06 kg ai/hl with a wettable powder formulation. The residue levels were 0.65 and 0.95 mg/kg; however, there is no GAP, and the Meeting could not estimate a maximum residue level or an STMR.

*Bulb vegetables*

*Green (spring) onions*

Fludioxonil was applied as a foliar spray of a wettable powder formulation to green onions in the USA. The relevant GAP is 0.25 kg ai/ha, four applications, 7-day PHI. The residue levels in ranked order were 0.14, 0.59 and 3.0 mg/kg. The Meeting estimated a maximum residue level of 5 mg/kg and an STMR of 0.59 mg/kg.

*Bulb onion*

Fludioxonil (wettable powder formulation) was applied as a foliar spray to onions in France, Italy, Germany and Switzerland and in the USA. The relevant GAPs are: Austria, 0.25 kg ai/ha, three applications, 7-day PHI; Switzerland, 0.25 kg ai/ha, two applications, unspecified PHI; and USA, 0.25 kg ai/ha, four applications, 7-day PHI. GAP in Switzerland (assumed 0-day PHI) was applied to the other European

countries in the absence of a GAP for southern Europe. The residue levels in trials on bulb onions (fresh) at the Swiss GAP were: France, < 0.02, 0.05 and 0.06 mg/kg; and Italy, < 0.02, 0.04, 0.07 and 0.34 mg/kg. The levels in three trials on bulb onions (dry) in the USA at US GAP were: < 0.02 (three), 0.04 (two) and 0.06 mg/kg. The Meeting combined the data sets for Europe and the USA and found a ranked order of residue levels of: < 0.02 (five), 0.04 (three), 0.05, 0.06 (two), 0.07 and 0.34 mg/kg. The Meeting estimated a maximum residue level of 0.5 mg/kg and an STMR of 0.04 mg/kg.

*Brassica vegetables*

*Broccoli*

Fludioxonil (water-dispersible granule formulation) was applied as a foliar spray to broccoli in Canada and the USA. The relevant GAP is: 0.25 kg ai/ha, four applications, 7-day PHI. The residue levels in seven trials at US GAP, in ranked order, were: 0.07, 0.10, 0.18, 0.23, 0.26, 0.34 and 0.36 mg/kg. The Meeting estimated a maximum residue level of 0.7 mg/kg and an STMR of 0.23 mg/kg.

*Cabbage*

Fludioxonil (water-dispersible granule formulation) was applied as a foliar spray to cabbage in the USA. The relevant GAP is: 0.25 kg ai/ha, four applications, 7-day PHI. The residue levels in ranked order on cabbage with wrapper leaves in six trials at GAP were: 0.17, 0.17, 0.21, 0.27, 0.5 and 1.2 mg/kg. The Meeting estimated a maximum residue level of 2 mg/kg and an STMR of 0.24 mg/kg.

*Fruiting vegetables*

*Cucumber*

A 25% water-dispersible granule formulation of fludioxonil was applied as a foliar spray (glasshouse and field) to cucumbers in Greece, Spain and Switzerland. The relevant GAPs are: Italy, 0.02 kg ai/hl, 0.20 kg ai/ha, three applications, 7-day PHI; Spain, 0.025 kg ai/hl, three applications, 7-day PHI; Switzerland, 0.025 kg ai/hl, 3-day PHI. GAP for Greece was not available, and that of of Italy and Spain was used. The results from the 10 glasshouse trials (seven in Spain, one in Greece, two in Switzerland) in ranked order were: < 0.02, 0.02 (two), 0.06 (two), 0.07, 0.08 (two), 0.11 and 0.14 mg/kg. The results from the field trials (one in Greece, two in Spain) were: < 0.02, 0.02 and 0.03 mg/kg. The populations are not statistically significantly different, and the combined results are: < 0.02 (two), 0.02 (three), 0.03, 0.06 (two), 0.07, 0.08 (two), 0.11 and 0.14 mg/kg. The Meeting estimated a maximum residue level of 0.3 mg/kg and an STMR of 0.06 mg/kg.

*Summer squash (zucchini)*

Two indoor trials were conducted on zucchini in Italy. The relevant GAP is: 25% water-dispersible granule, 0.02 kg ai/hl, 0.20 kg ai/ha, three applications, 7-day PHI. The residue levels were 0.05 and 0.06 mg/kg. The Meeting agreed to use the results for cucumber as support for summer squash. The residue levels in ranked order were: < 0.02 (two), 0.02 (three), 0.03, 0.05, 0.06 (three), 0.07, 0.08 (two), 0.11 and 0.14 mg/kg. The Meeting estimated a maximum residue level of 0.3 mg/kg and an STMR of 0.06 mg/kg.

*Cantaloupe*

A 50% wettable powder formulation was applied to cantaloupe vines (three times 0.28 kg ai/ha, 0.84 kg ai/ha total, 14-day PHI) in the USA by drip irrigation. GAP specifies drip irrigation application of a 50% wettable powder formulation at a rate of 0.28 kg ai/ha. The total seasonal application is limited to 0.84 kg ai/ha, and the PHI is 14 days. The residue levels in ranked order were: < 0.02 (two) and 0.02 (two) mg/kg. The Meeting estimated a maximum residue level of 0.03 mg/kg and an STMR of 0.02 mg/kg for whole melon. No information was available on the residue in pulp.

*Tomato*

Fludioxonil (25% water-dispersible granules) was applied as a foliar spray in glasshouses (11 trials) and in the field (two trials) in Greece, Spain, Switzerland and the United Kingdom. The relevant GAPs are:

Italy, 0.02 kg ai/hl, 0.2 kg ai/ha, three applications, 7-day PHI; Spain, 0.025 kg ai/hl, three applications, 7-day PHI; Switzerland, 0.25 kg ai/ha, two applications, 3-day PHI. GAPs were not available for Greece or the United Kingdom. As three applications were used in all trials, the GAPs of Italy and Spain were used (7-day PHI). The residue levels in the 14 glasshouse trials at this GAP in ranked order were: 0.05, 0.08, 0.09 (two), 0.10 (two), 0.13 (two), 0.14 (two), 0.16, 0.21, 0.28 and 0.32 mg/kg. The levels in the outside trials in Switzerland were: 0.04 and 0.07 mg/kg. The two groups were statistically the same population, and the combined levels from the 16 trials were: 0.04, 0.05, 0.07, 0.08, 0.09 (two), 0.10 (two), 0.13 (two), 0.14 (two), 0.16, 0.21, 0.28 and 0.32 mg/kg. The Meeting estimated a maximum residue level of 0.5 mg/kg and an STMR of 0.12 mg/kg.

### Bell pepper

Fludioxonil (25% water-dispersible granules) was applied as a foliar spray to bell (sweet) peppers in eight glasshouse trials and two field trials in Spain and Switzerland. The relevant GAPs are: Austria, 0.025 kg ai/hl, 0.25 kg ai/ha, three applications, 7-day PHI; Italy, 0.02 kg ai/hl, 0.2 kg ai/ha, three applications, 7-day PHI; Spain, 0.25 kg ai/ha, three applications, 7-day PHI. The GAP of Austria and Italy was used. The ranked order of residue levels in the eight glasshouse trials ( six in Spain, two in Switzerland) at GAP was: 0.08, 0.10, 0.14, 0.22, 0.29, 0.46, 0.56 and 0.60 mg/kg. The ranked order in field trials at GAP (one in Italy, one in Spain) was: 0.06 and 0.13 mg/kg. As the two groups are from the same population, they were combined to give levels of: 0.06, 0.08, 0.10, 0.13, 0.14, 0.22, 0.29, 0.46, 0.56 and 0.60 mg/kg. The Meeting estimated a maximum residue level of 1 mg/kg and an STMR of 0.18 mg/kg.

### Eggplant

Fludioxonil formulated as 25% water-dispersible granule was applied to eggplant as a foliar spray three times in glasshouse trials in Italy and Spain. The relevant GAPs are: Italy, 0.02 kg ai/hl, 0.2 kg ai/ha, three applications, 7-day PHI; Spain, 0.025 kg ai/hl, three applications, 7-day PHI. The results at GAP in ranked order were: 0.03, 0.06, 0.06 and 0.08 mg/kg. The Meeting estimated a maximum residue level of 0.3 mg/kg and an STMR of 0.06 mg/kg.

#### Sweet corn (corn-on-the-cob)

Fludioxonil (flowable concentrate) was applied to sweet corn seed in the USA before planting. The relevant GAP is 5 g ai/1000 kg seed. The residue levels were < 0.01 in three trials at three to five times GAP. The Meeting recognized the similarity of sweet corn and maize (see below) and decided to translate the field trial data for seed treatment of maize (same GAP as sweet corn) to sweet corn seed treatment. The residue levels in the eight trials were all < 0.01 mg/kg. The Meeting estimated a maximum residue level of 0.01 (*) mg/kg and an STMR 0.01 mg/kg.

## Leafy vegetables

### Lettuce, head

Fludioxonil (25% water-dispersible granules) was applied as a foliar spray to lettuce in 11 glasshouse and 17 field trials in France, Germany, Italy, Spain and Switzerland. The relevant GAPs are: France, 0.15 kg ai/ha, four applications, 14-day PHI; Italy, 0.018 kg ai/hl, 0.18 kg ai/ha, three applications, 14-day PHI; Spain, 0.15 kg ai/ha, three applications, 14-day PHI; Switzerland, 0.12 kg ai/ha, two applications, early season. No GAP was available for Germany. The GAP of Italy was used to evaluate the trials. The ranked order of residue levels in the glasshouse trials was: 0.72, 0.98, 1.1, 2.4, 2.5, 2.7 (two), 3.4 (two), 4.7 and 6.0 mg/kg. The ranked order of residue levels in the field trials was: < 0.02 (six), 0.02 (two), 0.04 (three), 0.07, 0.11, 0.17, 0.29, 1.2 and 1.2 mg/kg. The two sets are not from the same population. In the basis of the indoor trials, the Meeting estimated a maximum residue level of 10 mg/kg and an STMR of 2.7 mg/kg.

### Watercress

Watercress was treated with fludioxonil (25% water-dispersible granules) as a foliar spray in the USA. The relevant GAP is: 0.25 kg ai/ha, four applications, 0-day PHI. In the two trials at GAP, the residue

levels were 4.2 and 4.5 mg/kg. The OECD York Workshop recommended a minimum of three trials for commodities that are not significant in trade or in the diet. (See mustard greens.)

### *Mustard greens*

Supervised trials were conducted on mustard greens in the USA. The relevant GAP is: 0.24 kg ai/ha, water-dispersible granules, four applications, 7-day PHI. The ranked order of residue levels in the seven trials at GAP was: 0.06, 0.49, 0.54, 0.76, 1.2, 6.6 and 7.1 mg/kg. The Meeting decided to combine the results of the trials on watercress and mustard greens (same GAP) for mutual support. The ranked order of levels in the nine trials was 0.06, 0.49, 0.54, 0.76, 1.2, 4.2, 4.5, 6.6 and 7.1 mg/kg. The Meeting estimated a maximum residue level of 10 mg/kg and an STMR of 1.2 mg/kg for both watercress and mustard greens.

### *Legume vegetables and pulses*

#### *Bean pod with seed (common bean, French bean, edible podded bean)*

Fludioxonil (water-dispersible granules) was applied as a foliar spray to beans in pod in 22 field and glasshouse trials in France, Spain and Switzerland. The relevant GAPs are: France, 0.083 kg ai/hl, 0.25 kg ai/ha, number of applications not specified, 14-day PHI; Spain, 0.025 kg ai/hl, three applications, 14-day PHI. No GAP was available for Switzerland, and the GAP of France was applied. The ranked order of residue levels from the 15 field trials was: < 0.02, 0.02 (two), 0.03 (five), 0.04 (two), 0.06 (three), 0.09 and 0.13 mg/kg. The ranked order in the seven glasshouse trials was: 0.03, 0.04 (two), 0.06, 0.09, 0.17 and 0.20 mg/kg. The two groups are not from different populations and were therefore combined to give residue levels of: < 0.02, 0.02 (two), 0.03 (six), 0.04 (four), 0.06 (four), 0.09 (two), 0.13, 0.17 and 0.20 mg/kg. The Meeting estimated a maximum residue level of 0.3 mg/kg and an STMR of 0.04 mg/kg for beans (pods and/or immature seeds). This maximum residue level and STMR are extended to peas with pod.

Trials were also conducted on the seed treatment of broad bean and French bean seeds (flowable concentrate) at 5 g ai/100 kg seed in Denmark and Germany. The residue levels were < 0.02 mg/kg on bean seed in all six trials, but no GAP was available.

#### *Peas (succulent)*

Fludioxonil (25% water-dispersible granules) was applied as a foliar spray to pea vines in France and Switzerland. The relevant GAP is that of France for legume vegetables: 0.083 kg ai/hl, 0.25 kg ai/ha, number of applications not specified, 14-day PHI. No GAP was available for Switzerland, and the GAP of France was applied. The ranked order of residue levels in the trials at GAP was: ≤ 0.02 (10) and 0.02 mg/kg.

Trials were also conducted of seed treatment of peas with a flowable concentrate or water-dispersible granule formulation in France and the United Kingdom. The residue levels were < 0.02 mg/kg in the six trials conducted at the GAP of the United Kingdom (5% water-dispersible granules, 10 g ai/100 kg seed).

The Meeting estimated a maximum residue level of 0.03 mg/kg and an STMR of 0.02 mg/kg for peas, shelled (succulent seeds) on the basis of the trials with foliar application. Nevertheless, the maximum residue level and STMR also accommodate seed treatment use and are extended to succulent beans without pod.

#### *Pulses (dry bean and dry pea)*

A water-dispersible granule formulation of fludioxonil was applied as a foliar spray to pea and bean (kidney) vines in France. The relevant GAP is: Austria and Spain, water-dispersible granules, 0.25 kg ai/ha, two applications, 14-day PHI. No GAP was available for France, and the GAP of Spain was applied. The ranked order of residue levels in dry pea and bean was: < 0.02 (two), 0.04 (two) and 0.05 mg/kg.

Supervised trials on the seed treatment of pea seed in France were also considered. GAP in the United Kingdom is application of a 5% water-dispersible granule formulation of fludioxonil (w/w) at a rate of 10 g

ai/100 kg pea seed. The residue levels in the seven trials at this GAP were < 0.02 mg/kg in dry seed at harvest.

The Meeting estimated a maximum residue level of 0.07 mg/kg and an STMR of 0.02 mg/kg for dry peas and for dry beans after foliar application of fludioxonil. The Meeting noted that this also accommodates use of fludioxonil for seed treatment.

*Root and tuber vegetables*

*Potato*

Fludioxonil (flowable concentrate, dustable powder) was applied to potato pieces as seed treatment in six trials in Australia, three in South Africa and 13 in the USA. The available GAPs are: Australia, flowable concentrate, 10%, 2.5 g ai/100 kg seed; USA, flowable concentrate, 2.5 g ai/100 kg seed. The ranked order of residue levels on mature potatoes in trials at GAP in Australia and the USA was: < 0.01 (16) and 0.01 (17) mg/kg. The Meeting estimated a maximum residue level of 0.02 mg/kg and an STMR of 0.01 mg/kg.

*Yam*

A 50% wettable powder formulation of fludioxonil was applied as post-harvest treatment to yams at 0.06 kg ai/hl in the USA. GAP specifies application of a 50% wettable powder formulation as a single dip application at a rate of 0.06 kg ai/hl for about 30 s. Two trials were conducted at GAP, and in each trial both whole tubers and tuber pieces (cut yams) were tested. The ranked order of residue levels was: 4.6 and 5.0 mg/kg. The Meeting regarded two independent trials as insufficient for estimating a maximum residue level or an STMR.

*Carrot*

Nine trials were conducted in the USA in which carrot plots were given four foliar applications of fludioxonil at 0.24 kg ai/ha. The relevant GAP is: water-dispersible granules, 0.25 kg ai/ha, four applications, 7-day PHI. The residue levels in seven trials at GAP were: 0.04, 0.16, 0.18, 0.20, 0.20, 0.25 and 0.42 mg/kg. The Meeting estimated a maximum residue level of 0.7 mg/kg and an STMR of 0.20 mg/kg.

*Asparagus*

In two trials in Germany, asparagus plants were treated with a water-dispersible granule formulation after harvest. This gives a PHI of about 240 days. No GAP was available for Germany. GAP for Austria specifies use of a 25% water-dispersible granule formulation three times with a 14–21-day interval at 0.042 kg ai/hl or 0.25 kg ai/ha per application. No PHI is specified, but treatments are to be made at transplantation from the glasshouse to the field. The residue levels in the two German trials were < 0.02 mg/kg. The Meeting considered two trials insufficient for estimating a maximum residue level or an STMR.

*Cereal grains*

Fludioxonil formulations were applied to wheat in France, Germany and Switzerland as seed treatment. The relevant GAPs are: Austria, Belgium, United Kingdom, flowable concentrate formulation, 5 g ai/100 kg seed, one application. In the 48 trials conducted at or above GAP, the residue levels in ranked order were: < 0.02 (36) and < 0.04 (12) mg/kg.

One trial was reported from Denmark in which rye seed was treated. The relevant GAP is: Austria, flowable concentrate, 5 g ai/100 kg seed. No GAP is available for Denmark. The residue level was < 0.02 mg/kg.

Fludioxonil was applied as seed treatment to barley in 30 trials in France, Germany and Switzerland. The relevant GAPs are: Austria, Belgium, United Kingdom, flowable concentrate formulation, 5 g ai/100 kg seed. No GAP was available for France, Germany or Switzerland. The residue levels in six trials conducted at or above GAP were < 0.02 mg/kg.

Fludioxonil was applied as a seed treatment to maize (field corn) in 27 trials in France, Germany, Greece, Hungary, Italy and Spain, three trials in South Africa and five trials in the USA. The relevant GAP is: USA, flowable concentrate formulation, 5 g ai/100 kg seed. No GAPs were available for Europe or South Africa, and the GAP of the USA was applied. The ranked order of residue values in trials conducted at GAP and at three and five times the GAP rate were < 0.01 (five) and < 0.02 (seven) mg/kg.

Fludioxonil was applied as seed treatment to sorghum in four trials in the USA. The relevant GAP is flowable concentrate formulation, 5 g ai/100 kg seed. The residue level at three to five times the GAP rate was < 0.05 mg/kg.

All residue levels resulting from seed treatment of the five different cereal grains were below the LOQ. The combined results from all the trials, in ranked order, were: < 0.01 (five), < 0.02 (50), < 0.04 (12) and < 0.05 (four) mg/kg. The Meeting estimated a maximum residue level of 0.05 (*) mg/kg and an STMR of 0.02 mg/kg for cereal grains.

### Pistachio nut

Fludioxonil was applied as a water-dispersible granule formulation to pistachio trees in the USA. The relevant GAP is: 0.25 kg ai/ha, four applications, 7-day PHI. The residue levels, in ranked order, were: 0.04, 0.05 and 0.08 mg/kg. The Meeting estimated a maximum residue level of 0.2 mg/kg and an STMR 0.05 mg/kg.

### Rape-seed

Fludioxonil was applied to rape as seed treatment in trials in France, Germany, Sweden and the United Kingdom. GAP in Germany is treatment of seed with a flowable concentrate formulation at 12 g fludioxonil per 100 kg seed. The residue levels in the 15 trials at this GAP were < 0.02 mg/kg. The Meeting estimated a maximum residue level of 0.02 (*) mg/kg and an STMR of 0.02 mg/kg.

### Cotton-seed

Fludioxonil was applied as seed treatment (flowable concentrate and emulsion formulations) to cotton in Greece and the USA. The relevant GAP is: USA, flowable concentrate, 5 g ai/100 kg seed. No GAP was available for Greece (or any other European country), and the GAP of the USA was applied. The ranked order of residue levels in the trials was: < 0.02 (two) and < 0.05 (six) mg/kg. The Meeting estimated a maximum residue level of 0.05 (*) mg/kg and an STMR of 0.05 mg/kg for cotton-seed.

### Herbs

Fludioxonil was applied as a foliar spray (water-dispersible granules) to chives and basil in the USA. The relevant GAP is 0.25 kg ai/ha, four applications, 7-day PHI. The residue levels were: 1.8 and 3.9 mg/kg on chives and 1.9 and 3.0 mg/kg on basil. The Meeting estimated a maximum residue level of 10 mg/kg and an STMR of 2.4 mg/kg for fresh basil and a maximum residue level of 10 mg/kg and an STMR of 2.8 mg/kg for fresh chives.

For each herb, one trial included drying. The drying factor for chives is 8 (31/3.9), and that for basil is also 8 (23/3). Application of this factor to the data from field trials with chives yielded a revised ranked order of residue levels: 14 and 31 mg/kg. Therefore, the Meeting estimated a maximum residue level of 50 mg/kg and an STMR of 22 mg/kg for dried chives. Application of the drying factor for basil yield a revised ranked order of 15 and 24 mg/kg. Therefore, the Meeting estimated a maximum residue level of 50 mg/kg and an STMR of 20 mg/kg for dried basil.

### Animal feedstuffs

#### Straw, fodder and forage of cereal grains and grasses

Trials of residue levels in forage, fodder and straw after application of fludioxonil as seed treatment were conducted with wheat, rye, barley, maize, sweet corn and sorghum. Trials on wheat were conducted in

**Fludioxonil**                                                                93

Europe according to the following relevant GAP: Austria, Belgium, United Kingdom, flowable concentrate formulation, 5 g ai/100 kg seed, one application. In the 45 trials conducted at or above GAP, the ranked order of residue levels in straw was: < 0.02 (eight), < 0.04 (14) and < 0.05 (23) mg/kg. The ranked order of residue levels in forage was: < 0.02 (seven) and < 0.04 (11) mg/kg.

A trial on rye was conducted in Denmark according to the GAP for Austria: flowable concentrate, 5 g ai/100 kg seed. The residue level was < 0.05 mg/kg in straw and < 0.05 mg/kg in forage.

Trials on barley were conducted in Europe according to the GAP for Austria, Belgium and the United Kingdom: flowable concentrate formulation, 5 g ai/100 kg seed. In five trials conducted at or above GAP, the ranked order of residue levels were: < 0.02 and < 0.05 (four) mg/kg in straw and < 0.05 (three) mg/kg in forage.

Trials on maize and sweet corn were conducted Europe (maize only) and in the USA. The relevant GAP was: USA, flowable concentrate formulation, 5 g ai/100 kg seed, as no GAP was available for any country in Europe. There were no detectable residues in fodder (< 0.01 (five) mg/kg) or forage (< 0.01 (seven) mg/kg). Using the default moisture content value of 40% for maize forage (*FAO Manual*, Appendix IX), the Meeting estimated a maximum residue level of 0.03 (*) mg/kg (0.01/0.40) and an STMR of 0 mg/kg (0.00/0.40) for maize forage (dry).

Field trials were conducted on sorghum in the USA, the relevant GAP being flowable concentrate formulation, 5 g ai/100 kg seed. The residue levels after exaggerated application rates were < 0.01 (four) mg/kg on fodder and < 0.01 (four) mg/kg on forage.

The combined values for fodder and straw in ranked order were: < 0.01 (nine), < 0.02 (nine), < 0.04 (four) and < 0.05 (28). As no data were available on the moisture content, the default value of 83% for maize fodder was used (*FAO Manual*, Appendix IX). The Meeting estimated an STMR of 0 mg/kg (0.00/0.83) and a maximum residue level of 0.06 (*) mg/kg (0.05/0.83) for fodder (dry) and straw of cereal grains.

*Rape forage and straw*

Fludioxonil was applied to rape as seed treatment in trials in France, Germany, Sweden and the United Kingdom. The GAP in Germany is treatment of seed with an flowable concentrate formulation at 12 g fludioxonil per 100 kg seed. The residue levels were < 0.05 mg/kg in forage (12) and straw (six).

**Fate of residues during processing**

A study of hydrolysis with [pyrrole-4-[14]C]fludioxonil showed that fludioxonil is stable under the typical conditions of pasteurization, baking, brewing, boiling and sterilization.

The processing (transfer) factors through commercial-type processes for plums, strawberries, grapes, citrus and tomato are summarized in the table below. Factors could not be calculated for cereal grains, cotton-seed or potatoes because there were no quantifiable residues in the raw agricultural commodities, even in trials with exaggerated treatment rates.

*Processing factors and STMR-P values for various commodities*

| Raw agricultural commodity | | | | Processed commodity | | | |
|---|---|---|---|---|---|---|---|
| Commodity | MRL (mg/kg) | STMR (mg/kg) | HR (mg/kg) | Commodity | Processing factor | STMR-P (mg/kg) | HR-P (mg/kg) |
| Plum[1] | 5 | 0.80 | 3.6 | Prunes (dried plums) | 1.91[2] | 0.96 | 4.3 |
| | | | | Juice | 0.10 | 0.080 | |
| | | | | Preserves | 0.50 | 0.40 | |

| Raw agricultural commodity | | | | Processed commodity | | | |
|---|---|---|---|---|---|---|---|
| Commodity | MRL (mg/kg) | STMR (mg/kg) | HR (mg/kg) | Commodity | Processing factor | STMR-P (mg/kg) | HR-P (mg/kg) |
| | | | | Puree | 0.80 | 0.64 | |
| Strawberry | 3 | 0.38 | 2.2 | Juice | 0.16 | 0.061 | |
| | | | | Preserves | 0.62 | 0.24 | |
| | | | | Jam | 0.34 | 0.13 | |
| Grapes | 2 | 0.28 | 1.6 | Raisins (dried grapes) | $1.1^3$ | 0.31 | 1.8 |
| | | | | Juice | $0.92^4$ | 0.26 | |
| | | | | Wine (< 100 days) | $0.30^5$ | 0.08 | |
| | | | | Wine (>100 days | $0.036^6$ | 0.010 | |
| Lemons | | | | Juice | 0.031 | | |
| | | | | Oil | 61 | | |
| | | | | Pulp | 2.1 | | |
| Tomato | 0.5 | 0.12 | 0.32 | Juice | $0.22^7$ | 0.026 | |
| | | | | Paste | $1.4^8$ | 0.17 | |
| | | | | Pomace (wet) | $3.3^9$ | | |

[1] Stone fruit, includes field trial data for cherries and peaches

[2] Four trials, range 1.8–2.7, mean 1.91, median 1.6

[3] 15 trials, range 0.58–1.7, mean 1.1, median 1.1

[4] 12 trials, range 0.58–1.0, mean 0.92, median 0.86

[5] 17 trials, range 0.012–0.86, mean 0.30, median 0.24

[6] 11 trials, range 0.0086–0.11, mean 0.036, median 0.029

[7] Four trials for pasteurized juice, range 0.20–0.24, average 0.22, median 0.22

[8] Four trials for pasteurized paste, range 1.1–1.6, average 1.4, median 1.35

[9] Two trials for wet pomace, 3.0 and 3.6

### *Residues in animal commodities*

A feeding study was conducted in which three groups of three dairy cows received 0.55 ppm, 1.6 ppm or 5.5 ppm fludioxonil in the diet for 28–30 days. Residues of fludioxonil and metabolites, determined as CGA-192155 (2,2-difluorobenzo[1,1]dioxole-4-carboxylic acid), were quantifiable only at the highest feeding level (5.5 ppm). Residues were found in the milk of two of three cows, with maximum values of 0.019 mg/kg and 0.014 mg/kg on days 14 and 21, respectively. At the lowest feeding level, residues were detected in milk on days 3–21 at levels of 0.001–0.004 mg/kg, with maximum detection on day 3.

Only tissue samples from cows fed the 5.5 ppm diet were analysed. No residues of fludioxonil or metabolites were found. The LOQ was 0.01 mg/kg in muscle and 0.05 mg/kg in liver, kidney and fat (perirenal and omental).

The dietary intake of ruminants and poultry can be calculated from the recommended STMRs or HRs and consideration of possible animal feed items. The table below shows the bases for the dietary intake calculation.

**Fludioxonil**  95

| Commodity | Group | Maximum or highest residue level (mg/kg) | STMR or STMR-P (mg/kg) | Dry matter (%) | Dietary content (%) | | | Residue contribution (mg/kg) | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Beef cattle | Dairy cows | Poultry | Beef cattle | Dairy cows | Poultry |
| Barley grain | GC | 0.05 | | 88 | 50 | 40 | 75 | | | |
| Barley straw (dry) | AS | 0.06 | | | 10 | 60 | | | | |
| Cotton-seed | SO | 0.05 | | 88 | 25 | 25 | | | | |
| Cotton-seed meal | | 0.05 | | 89 | 15 | 15 | 20 | | | |
| Maize grain | GC | 0.05 | | 88 | 80 | 40 | 80 | 0.02 | 0.03 | 0.05 |
| | | | | | 25 | 40 | | | | |
| Maize forage (dry) | AF | 0.03 | | | 40 | 50 | | | | |
| Maize fodder (dry) | AS | 0.06 | | | 25 | 15 | | | | |
| Oat grain | GC | 0.05 | | 89 | 50 | 40 | 80 | | | |
| Oat straw (dry) | AS | 0.06 | | 90 | 10 | 10 | | | | |
| Potato waste | AB | | 0.01 | 15 | 75 | 40 | | 0.05 | 0.03 | |
| Rape meal | | 0.02 | | 88 | 15 | 15 | 15 | | | |
| Rape forage | AM | 0.05 | | 30 | 30 | 30 | | | | |
| | | | | | | 20 | | | | |
| Rye grain | GC | 0.05 | | | 40 | 40 | 50 | | | |
| Rye straw (dry) | AS | 0.06 | | 88 | 10 | 10 | | | | |
| Wheat grain | GC | 0.05 | | 89 | 50 | 40 | 80 | | | |
| Wheat forage | AF | 0.05 | | 25 | | | | | | |
| Wheat straw (dry) | AS | 0.06 | | 88 | 10 | 10 | | | | |
| Pea seed | VD | 0.07 | | 90 | 20 | 20 | 20 | | | 0.02 |
| **Total** | | | | | **100** | **100** | **100** | **0.07** | **0.06** | **0.07** |

The calculated dietary intakes of beef cattle, dairy cows and poultry are 0.07, 0.06 and 0.07 mg/kg, respectively.

No quantifiable residue was found in the tissues of ruminants at levels 60 times (cows) and 80 times (beef cattle) the calculated dietary burden. Fludioxonil and metabolites were detected in liver and kidney at concentrations of 0.014–0.017 mg/kg and 0.022–0.025 mg/kg, respectively, at the 5.5 ppm feeding level. None was detected in fat or muscle. The Meeting concluded that the maximum residue level is the LOQ, 0.05 (*) mg/kg, for offal and 0.01 (*) mg/kg for muscle and that the STMR values for edible offal and muscle are both 0 mg/kg.

In milk, the highest residue level found was 0.019 mg/kg with the 5.5 ppm diet (60 times). The Meeting concluded that the maximum residue level is the LOQ, 0.01 (*) mg/kg, and that the STMR value for milk is 0 mg/kg.

No feeding study was available with poultry. The dietary intake calculation shows a possible burden of 0.07 ppm. The study of the nature of the residue in poultry was conducted at 89 ppm (1300 times) for 8 consecutive days. While short of the normal 30-day feeding study, the extreme exaggeration provides some idea of the likelihood of residues of fludioxonil and metabolites occurring in poultry commodities. The identified residue levels in eggs, liver, kidney, muscle and skin with fat were 0.26, 0.046, 0.020, 0.036 and 0.036 mg/kg, respectively. This strongly suggests that residues will not be quantifiable in these commodities at a feeding level of 0.07 mg/kg. Therefore, the Meeting estimated MRLs at the LOQ of 0.05 (*) mg/kg for eggs, 0.01 (*) mg/kg for poultry meat and 0.05 (*) mg/kg for poultry offal and STMRs of 0 mg/kg for eggs, poultry meat and poultry offal.

## DIETARY RISK ASSESSMENT

### Long-term intake

The IEDIs of fludioxonil based on the STMRs estimated for 45 commodities for the five GEMS/Food regional diets were 0–1% of the ADI (Annex 3). The Meeting concluded that the long-term dietary intake of residues of fludioxonil is unlikely to present a public health concern.

### Short-term intake

The 2004 JMPR decided that an ARfD for fludioxinil is unnecessary. The Meeting therefore concluded that the short-term dietary intake of fludioxonil residues is unlikely to present a public health concern.

## 4.12   FOLPET (041)

## TOXICOLOGY

### Evaluation for an acute reference dose

Folpet is a fungicide used for the control of fungal diseases in crops. The Meeting prepared toxicological monographs on folpet in 1969 and 1995, and addenda to the monographs were prepared in 1973, 1984, 1986 and 1990. In 1995, an ADI of 0–0.1 mg/kg bw was established on the basis of a NOAEL of 10 mg/kg bw per day in a 2-year study of toxicity and carcinogenicity in rats, a 1-year study of toxicity in dogs, and studies of reproductive toxicity in rats and rabbits, and using a safety factor of 100. The present Meeting considered the requirement for an ARfD for folpet, based on data from the previous evaluations for JMPR and from new studies.

In rodents treated orally, folpet is rapidly degraded to phthalimide and thiophosgene (via thiocarbonyl chloride). Studies of metabolism in vitro with human blood revealed that folpet is rapidly degraded to phthalimide, with a calculated half-life of 4.9 s. Thiophosgene is rapidly detoxified by reaction with cysteine or glutathione, for example, and is ultimately rapidly excreted.

The acute oral toxicity of folpet in rats is low ($LD_{50}$, > 2000 mg/kg bw). In a study in pregnant hamsters, mortality occurred after a single dose of 400 mg/kg bw. In groups of pregnant New Zealand white rabbits treated for 3 days with folpet at a dose of 60 mg/kg bw per day, mortality was observed that may have been related to treatment.

Mice fed diets containing folpet at 5000 ppm, equal to 845 or 1060 mg/kg bw, for 24 h showed a reduction in food consumption of 10–20%. Immediately after the 24 h of treatment, minimal to moderate epithelial erosions and degeneration of the proximal duodenum were observed in some of these animals. Microscopy revealed moderate loss of villi and slight mucosal congestion in some animals. Microscopy was not performed at later time-points.

Studies of developmental toxicity with folpet have been carried out in hamsters, rats and rabbits.

In a study from the published literature, the teratogenic effects of a number of phthalimide derivatives, including folpet, were tested in pregnant golden hamsters. The Meeting noted that this study has major limitations (e.g. small number of animals per dose, limited reporting of the data) and is therefore of limited value. It does, however, suggest that developmental effects may occur after a single exposure to folpet, albeit at maternally toxic doses.

Folpet has been tested in a number of studies of developmental toxicity in rats. In a study in Sprague-Dawley rats treated by gavage, the NOAEL for maternal toxicity was 60 mg/kg bw per day on the basis of reduced body-weight gain and food consumption and increased incidence of clinical signs at 360 mg/kg bw per day. The NOAEL for embryo- and fetotoxicity was 360 mg/kg bw per day, the highest dose tested. In another study in Sprague-Dawley rats treated by gavage, pregnant females received folpet at a dose of 0, 150, 550, or 2000 mg/kg bw on days 6–15 of gestation. On the basis of effects on body weight and food consumption, the NOAEL for maternal toxicity was 150 mg/kg bw per day. There was a slightly increased incidence of angulated ribs and the reduction in ossification of the interparietal bone at 150 mg/kg bw per day. The maternal toxicity and the associated fetal effects are likely to be caused by high local concentrations of folpet and are not considered to be relevant to dietary exposure. In a third study in Sprague-Dawley rats treated by gavage, the NOAEL for maternal toxicity was 100 mg/kg bw per day on the basis of a reduced body-weight gain in the group receiving the highest dose. As treatment had no effect on fetal growth and development, the NOAEL for developmental toxicity was 800 mg/kg bw per day, the highest dose tested. Therefore, in these three studies of developmental toxicity in rats, the overall NOAEL for maternal toxicity was 150 mg/kg bw per day on the basis of reduction of body-weight gain and food consumption. In two out of three studies, no fetal developmental anomalies were found at doses of up to 800 mg/kg bw per day. In one study, however, a possible slight increase in developmental anomalies was reported at 150 mg/kg bw per day.

Folpet has been tested in a number of studies of developmental toxicity in rabbits treated by gavage. In a study in which New Zealand white rabbits were given folpet at a dose of 0, 10, 20, or 60 mg/kg bw per day on days 6–28 of gestation, the NOAEL for maternal toxicity was 10 mg/kg bw per day on the basis of reduced body-weight gain and food consumption. The NOAEL for fetal toxicity was 10 mg/kg bw per day on the basis of reduced fetal body weights. The maternal toxicity and the associated reduction in fetal body weight are likely to be caused by high local concentrations of folpet and are not considered to be relevant to dietary exposure. At 60 mg/kg bw per day, there was a significant increase in the incidence of hydrocephaly in four fetuses out of three litters. In these same fetuses, skull, gastric, and pulmonary abnormalities were also observed. As the observation of hydrocephaly and cleft palate in one fetus at the intermediate dose was considered to be within the historical control range, the NOAEL for these effects was 20 mg/kg bw per day.

In a second study, HY/CR New Zealand white rabbits were given folpet at a dose of 0, 10, 40, or 160 mg/kg bw per day on days 7–19 of gestation. The NOAEL for maternal toxicity was 10 mg/kg bw per day on the basis of reductions in body-weight gain and in gravid uterine weight. The NOAEL for fetal toxicity was 10 mg/kg bw per day on the basis of an increased incidence of bilateral lumbar ribs and delayed skeletal maturation.

In a pulse-dose study, pregnant D1A Hra: (New Zealand white) rabbits were given folpet at a dose of 60 mg/kg bw per day by gavage on days 7–9, 10–12, 13–15, or 16–18 of gestation. There were occasional occurrences of abortion, but it was not clear whether these abortions were related to treatment with folpet. Maternal body weight and food consumption were significantly reduced in all treated animals. Two fetuses with hydrocephalus were observed, one in the group treated on days 10–12 of gestation and one in the group treated on days 16–18 of gestation. These incidences were considered to be within the historical control range. A significantly increased incidence (12.1%) of fetuses with an irregularly shaped fontanelle was observed in the group treated on days 13–15 of gestation; the incidence in controls was 4.5%. The significance of these effects was not clear.

### Toxicological evaluation

Other than developmental effects, folpet produced no toxicological effects that might be considered to be a consequence of acute exposure. The Meeting concluded that it was not necessary to establish an ARfD for the general population, including children aged 1–6 years for whom separate data on dietary intake are available. The Meeting concluded that it might be necessary to establish an ARfD to protect the embryo or fetus from possible effects in utero. Such an ARfD would apply to women of childbearing age.

**Folpet**

The maternal toxicity and the associated reductions in fetal body weight, delayed ossification and increased incidences in skeletal variations observed in studies of developmental toxicity in rabbits are likely to be caused by high local concentrations of folpet and are not considered to be relevant to dietary exposure. However, the increased incidence of hydrocephalus observed could not be attributed with confidence to maternal toxicity.

The Meeting concluded that the database was insufficient (in particular, with regard to the absence of studies on the developmental effects of phthalimide) to establish the mode of action by which the increased incidence of hydrocephalus, observed in rabbits at 60 mg/kg bw per day (NOAEL, 20 mg/kg bw per day) was induced, and as a consequence, their relevance for deriving an ARfD could not be dismissed. Therefore the Meeting established an ARfD of 0.2 mg/kg bw based on a NOAEL of 20 mg/kg bw per day for the increased incidence of hydrocephalus at 60 mg/kg bw per day in rabbits and a safety factor of 100. The use of a safety factor of 100 was considered to be conservative; although the mode of action by which the developmental effects are induced was uncertain, they are possibly secondary to maternal toxicity. The Meeting noted that it might be possible to refine this ARfD using the results of an appropriately designed study.

An addendum to the toxicological monograph was prepared.

*Estimate of acute reference dose*

0.2 mg/kg bw for women of childbearing age

Unnecessary for the general population

## DIETARY RISK ASSESSMENT

### *Short-term intake*

The Meeting set an ARfD of 0.2 mg/kg bw for folpet for women of childbearing age and decided that an ARfD was unnecessary for the general population, including children aged 1–6 years. Women of childbearing age are also part of the general population.

In the absence of relevant studies on the developmental effects of phthalimide (metabolite of folpet), the Meeting was unable to determine whether phthalimide should be excluded from the residue definition for dietary risk assessment. The Meeting was not able to finalize the risk assessment before an evaluation of the residue definition for risk assessment and associated residue values for dietary intake estimation had been completed.

## 4.13    GLYPHOSATE (158)

## TOXICOLOGY

Glyphosate (*N*-(phosphonomethyl)glycine) is a non-selective systemic herbicide that was last evaluated by the JMPR in 1986, when an ADI of 0–0.3 mg/kg bw was established on the basis of a NOAEL of 31 mg/kg bw per day, the highest dose tested in a 26-month study of toxicity in rats. In 1997, JMPR evaluated aminomethylphosphonic acid (AMPA), the main metabolite of glyphosate, and concluded that AMPA was of no greater toxicological concern than its parent compound. A group ADI of 0–0.3 mg/kg bw was established for AMPA alone or in combination with glyphosate. Glyphosate was re-evaluated by the present Meeting within the periodic review programme of the CCPR. The Meeting reviewed new data on glyphosate that had not been reviewed previously and relevant data from the previous evaluations.

After oral administration to rats, $[^{14}C]$glyphosate was only partially absorbed (about 30–36%) from the gastrointestinal tract. Absorption was not significantly dose-dependent over the range of 10 to 1000 mg/kg bw. Peak plasma concentrations of radiolabel were observed at 0.5–1 h after dosing in rats and hens, respectively, and at 6–8 h after dosing in goats. The highest tissue concentrations were found in bone, with lower concentrations being found in bone marrow, kidney and liver. After oral administration, about 60–70% was eliminated in the faeces. Of the glyphosate that was absorbed, most was excreted in the urine and < 0.2% in expired air. After intravenous application, faecal excretion via bile was only about 2–8% of the administered dose. Whole body clearance (about 99% of an orally administered dose) occurred within approximately 168 h. The estimated half-life for whole-body elimination of the radiolabel was 2.1–7.5 h for the alpha phase and 69–337 h for the beta phase. Repeated dosing did not alter absorption, distribution and excretion. There was very little biotransformation of glyphosate; the only metabolite, AMPA, accounted for ≤ 0.7% of the administered dose in excreta; the rest was unchanged glyphosate.

Glyphosate has low acute oral toxicity in mice ($LD_{50}$, > 2000 mg/kg bw; no deaths at this dose) and rats ($LD_{50}$, > 5000,mg/kg bw), low acute dermal toxicity in rats ($LD_{50}$, > 2000 mg/kg bw) and rabbits ($LD_{50}$, > 5000 mg/kg bw), and low acute inhalation toxicity in rats ($LC_{50}$, > 4.43 mg/l of air). Clinical signs after acute oral exposure included reduced activity, ataxia and convulsions.

Glyphosate was not irritating to the skin, but produced moderate to severe eye irritation with irreversible corneal opacity in one study. Glyphosate salts were slightly irritating to the eye, with minimal to moderate conjunctival irritation and slight iritis that usually disappeared within 48 h after exposure. Glyphosate was not a skin sensitizer in guinea-pigs.

In short-term studies of toxicity in different species, the most important effects were clinical signs related to gastrointestinal irritation, salivary gland changes (hypertrophy and increase in basophilia of cytoplasm of acinar cells) and hepatotoxicity. In mice, reduced body-weight gain was seen at dietary concentrations of 25 000 ppm. Alterations of the salivary glands were present in mice in one of two short-term studies at dietary concentrations of ≥ 6250 ppm; the NOAEL for this finding was 3125 ppm (equal to 507 mg/kg bw per day). In rats, findings included soft faeces, diarrhoea, reduced body-weight gain, decreased food utilization and slightly increased plasma enzyme activities (alkaline phosphatase, alanine aminotransferase) at dietary concentrations of ≥ 20 000 ppm. Additionally, in two out of four 90-day studies in rats, increased incidences of alterations of the salivary glands were observed. At the lower doses, the severity and incidence of these changes were only minimal. The overall NOAEL was 300 mg/kg bw per day.

In dogs, the NOAEL in a 90-day feeding study was 10 000 ppm (equal to 323 mg/kg bw per day) on the basis of reduced body-weight gain, marginal reductions in albumin and calcium concentrations, and increased plasma alkaline phosphatase activities at 50 000 ppm. In a 1-year study in dogs given capsules containing glyphosate, the NOAEL was 30 mg/kg bw per day, on the basis of clinical signs (soft faeces, diarrhoea) and reduced body-weight gain at ≥ 300 mg/kg bw per day. In a 1-year feeding study, the NOAEL was 15 000 ppm (equal to 440 mg/kg bw per day) on the basis of reduced body-weight gain at 30 000 ppm.

Long-term studies of toxicity and carcinogenicity were conducted in mice and rats. In the study of carcinogenicity in mice, no toxic effects were observed at up to the highest dose tested (1000 mg/kg bw per day), and there was no evidence of carcinogenicity.

In a 1-year study of toxicity in rats, the NOAEL was 2000 ppm (equal to 141 mg/kg bw per day) on the basis of a reduction in body weight and clinical chemistry findings at 8000 ppm. Three new long-term studies in rats were evaluated. In the first study, the NOAEL was 8000 ppm (equal to 362 mg/kg bw per day) on the basis of a reduction in body weight in females and an increased incidence of cataracts and lens abnormalities in males at 20 000 ppm. In the second study, the NOAEL was 100 mg/kg bw per day on the basis of more pronounced alterations of the parotid and submaxillary salivary glands at ≥ 300 mg/kg bw per day. In the most recent 2-year study in rats, the NOAEL was 6000 ppm (equal to 361 mg/kg bw per day) on the basis of a reduction in body weight and food consumption and indications of kidney, prostate and liver toxicity at 20 000 ppm. There was no evidence of a carcinogenic response to treatment in rats.

The genotoxic potential of glyphosate has been extensively tested in a wide range of assays both in vitro and in vivo, including end-points for gene mutation, chromosomal damage and DNA repair. Negative results were obtained in studies performed in compliance with current test guidelines. The Meeting concluded that glyphosate is unlikely to be genotoxic.

In view of the absence of a carcinogenic potential in animals and the lack of genotoxicity in standard tests, the Meeting concluded that glyphosate is unlikely to pose a carcinogenic risk to humans.

Glyphosate had no effect on fertility in either two-generation study of reproductive toxicity in rats. The overall NOAEL for parental and offspring toxicity was 3000 ppm (equal to 197 mg/kg bw per day) on the basis of increased food and water consumption and reduced body-weight gain in $F_1$ animals, and increased incidences of alterations of parotid and submaxillary salivary glands in parental and $F_1$ animals at 10 000 ppm.

In studies of developmental toxicity in rats, the NOAEL for maternal and developmental toxicity was 300 mg/kg bw per day, on the basis of clinical signs and reduced body-weight gain in the dams and increased incidences of fetuses with delayed ossification and skeletal anomalies.

In studies of developmental toxicity in rabbits, the NOAEL for maternal toxicity was 100 mg/kg bw per day on the basis of clinical signs and reduced food consumption and body-weight gain. The NOAEL for developmental toxicity was 175 mg/kg bw per day on the basis of reduced fetal weight and delayed ossification and an increased incidence of postimplantation loss. The Meeting concluded that glyphosate is not teratogenic. The Meeting concluded that the existing database on glyphosate was adequate to characterize the potential hazard to fetuses, infants and children.

Hypertrophy and cytoplasmic alterations of the salivary glands (parotid and/or mandibular) was a common and sensitive end-point in six studies: in three 90-day studies (one in mice, two in rats), a 1-year study in rats, a 2-year study in rats and a two-generation study of reproductive toxicity in rats. Mechanistic studies available to the Meeting hypothesized that the mechanism was adrenergic. However, the inability of a β-blocker to significantly inhibit these effects indicates that glyphosate does not act as a β-agonist. Other proposed mechanisms for the salivary gland alterations include oral irritation caused by dietary administration of glyphosate, a strong organic acid. Although the mechanism of the cytoplasmic alterations in the salivary glands was unclear, the Meeting concluded that this treatment-related effect is of unknown toxicological significance.

In a study of acute neurotoxicity in rats, the NOAEL for neurotoxicity was 2000 mg/kg bw, the highest dose tested. In a short-term study of neurotoxicity in rats, the NOAEL for neurotoxicity was 20 000 ppm, equal to 1547 mg/kg bw per day, the highest dose tested. In a study of acute delayed peripheral neuropathy in hens, clinical and histopathological examination found no evidence for acute delayed peripheral neuropathy at a dose of 2000 mg/kg bw.

New toxicological data on AMPA (the primary degradation product of glyphosate in plants, soil and water, and the only metabolite of glyphosate found in animals) was submitted to the present Meeting for evaluation. AMPA was of low acute oral and dermal toxicity in rats ($LD_{50}$, > 5000 and > 2000 mg/kg bw, respectively), and was not a skin sensitizer in guinea-pigs. In a 90-day study of toxicity in rats, the NOAEL was 1000 mg/kg bw per day, the highest dose tested. AMPA had no genotoxic potential in vitro or in vivo. In a study of developmental toxicity in rats, no evidence for embryo- or fetotoxicity was found and the NOAEL for maternal and developmental toxicity was 1000 mg/kg bw per day, the highest dose tested.

On the basis of the new toxicological data, the present Meeting concluded that AMPA is of no greater toxicological concern than its parent compound, thus confirming the conclusion of the 1997 JMPR.

Routine medical surveillance of workers in production and formulation plants revealed no adverse health effects attributable to glyphosate. In operators applying glyphosate products, cases of eye, skin and/or respiratory tract irritation have been reported. Acute intoxication was reported in humans after accidental or intentional ingestion of concentrated glyphosate formulations, resulting in gastrointestinal, cardiovascular,

pulmonary and renal effects and occasionally death. The acute toxicity of glyphosate formulations was likely to be caused by the surfactant in these products.

### Toxicological evaluation

The Meeting established a group ADI for glyphosate and AMPA of 0–1.0 mg/kg bw on the basis of the NOAEL of 100 mg/kg bw per day for salivary gland alterations in a long-term study of toxicity and carcinogenicity in rats and a safety factor of 100. The ADI is supported by NOAELs of 141 and 197 mg/kg bw per day from the 1-year study and the two-generation study of reproductive toxicity in rats, respectively.

The Meeting concluded that it was not necessary to establish an ARfD for glyphosate in view of its low acute toxicity, the absence of relevant developmental toxicity in rats or rabbits as a consequence of acute exposure and the absence of any other toxicological effect that would be elicited by a single dose.

The NOAEL of 30 mg/kg bw per day in a 1-year study in dogs was not considered relevant for establishing either the ADI or ARfD, since the gastrointestinal effects seen in this study at 300 and 1000 mg/kg bw per day were related to high local concentrations of test substance resulting from the administration of glyphosate in capsules.

An addendum to the toxicological monograph was prepared.

### Levels relevant to risk assessment

| Species | Study | Effect | NOAEL | LOAEL |
|---|---|---|---|---|
| Mouse | 3-month study of toxicity[a,e] | Toxicity | 3125 ppm, equal to 507 mg/kg bw per day | 6250 ppm, equal to 1065 mg/kg bw per day |
| | 2-year study of carcinogenicity[a] | Toxicity | 1000 mg/kg bw per day[d] | — |
| | | Carcinogenicity | 1000 mg/kg bw per day[d] | — |
| Rat | 3-month study of toxicity[a,e] | Toxicity | 300 mg/kg bw per day | 12 500 ppm, equal to 811 mg/kg bw per day |
| | 1-year study of toxicity[a] | Toxicity | 2000 ppm, equal to 141 mg/kg bw per day | 8000 ppm, equal to 560 mg/kg bw per day |
| | 2-year study of toxicity and carcinogenicity[a,e] | Toxicity | 100 mg/kg bw per day | 300 mg/kg bw per day |
| | | Carcinogenicity[d] | 20 000 ppm, equal to 1214 mg/kg bw per day[d] | — |
| | Multigeneration reproductive toxicity[a,e] | Parental toxicity | 3000 ppm, equal to 197 mg/kg bw per day | 10 000 ppm, equal to 668 mg/kg bw per day |
| | | Offspring toxicity | 3000 ppm, equal to 197 mg/kg bw per day | 10 000 ppm, equal to 668 mg/kg bw per day |
| | Developmental toxicity[b,e] | Maternal toxicity | 300 mg/kg bw per day | 1000 mg/kg bw per day |
| | | Embryo- and fetotoxicity | 300 mg/kg bw per day | 1000 mg/kg bw per day |
| Rabbit | Developmental toxicity[b,e] | Maternal toxicity | 100 mg/kg bw per day | 150 mg/kg bw per day |
| | | Embryo- and fetotoxicity | 175 mg/kg bw per day | 300 mg/kg bw per day |
| Dog | 3-month study of toxicity[a] | Toxicity | 10 000 ppm, equal to 323 mg/kg bw per day | 50 000 ppm, equal to 1680 mg/kg bw per day |
| | 1-year study of toxicity[a,c,e] | Toxicity | 30 mg/kg bw per day[c,f] | 300 mg/kg bw per day[c] |

[a]  Diet
[b]  Gavage
[c]  Capsules
[d]  Highest dose tested
[e]  Two or more studies combined
[f]  Not used for establishing the ADI (or ARfD) since the NOAEL is based on an effect induced by high local concentrations

102                                          **Glyphosate**

*Estimate of acceptable daily intake for humans*

  0–1.0 mg/kg bw

*Estimate of acute reference dose*

  Unnecessary

*Studies that would provide information useful for continued evaluation of the compound*

  — Additional information on the mechanism of the changes in the salivary glands

  — Further observations in humans

### Critical end-points for setting guidance values for exposure to glyphosate

| *Absorption, distribution, excretion and metabolism in animals* | |
| --- | --- |
| Rate and extent of oral absorption | Rapid, approximately 30–36% |
| Dermal absorption | No information |
| Distribution | Widely distributed |
| Rate and extent of excretion | Largely complete within 48 h; approximately 30% in urine and 70% in faeces |
| Potential for accumulation | No evidence of accumulation (< 1% after 7 days) |
| Metabolism in mammals | Very limited (< 0.7%), hydrolysis leading to AMPA |
| Toxicologically significant compounds (animals, plants and the environment) | Parent compound, AMPA |
| | |
| *Acute toxicity* | |
| Rat, $LD_{50}$, oral | > 5000 mg/kg bw |
| Rat, $LD_{50}$, dermal | > 2000 mg/kg bw |
| Rat, $LC_{50}$, inhalation | > 4.43 mg/l (4-h, nose-only exposure) |
| Rabbit, dermal irritation | Non-irritant |
| Rabbit, eye irritation | Moderately to severely irritant |
| Skin sensitization | Not sensitizing (Magnusson and Kligman test, Buehler test) |
| | |
| *Short-term toxicity* | |
| Target/critical effect | Clinical signs (soft faeces, diarrhoea), reduced body-weight gain; liver (toxicity), salivary glands (hypertrophy) |
| Lowest relevant oral NOAEL | 300 mg/kg bw per day (90-day study in rats) |
| Lowest relevant dermal NOAEL | — |
| Lowest relevant inhalation NOAEC | — |
| | |
| *Genotoxicity* | No genotoxic potential |
| | |
| *Long-term studies of toxicity and carcinogenicity* | |
| Target/critical effect | Reduced body-weight gain; liver (toxicity), salivary glands (hypertrophy), eye (cataract, lens fibre degeneration) |
| Lowest relevant NOAEL | 100 mg/kg bw per day (2-year study in rats) |

**Glyphosate**                                                                    103

| | |
|---|---|
| Carcinogenicity | No evidence of carcinogenicity in rats or mice |
| | |
| *Reproductive toxicity* | |
| Reproductive target/critical effect | Reduced pup weight at parentally toxic doses |
| Lowest relevant reproductive NOAEL | 197 mg/kg bw per day (two-generation study in rats) |
| Developmental target/critical effect | Embryo- and fetotoxicity at maternally toxic doses (rat, rabbit) |
| Lowest relevant developmental NOAEL | 175 mg/kg bw per day (rabbit) |
| | |
| *Neurotoxicity/delayed neurotoxicity* | No evidence of neurotoxicty in any study conducted |
| *Medical data* | Medical surveillance of workers in plants producing and formulating glyphosate plants did not reveal any adverse health effects. In operators applying glyphosate products, cases of eye, skin and/or respiratory irritation have been reported. Cases of acute intoxication have been observed after accidental or intentional ingestion of glyphosate formulations. |

| *Summary* | *Value* | *Study* | *Safety factor* |
|---|---|---|---|
| ADI[a] | 0–1.0 mg/kg bw | 2-year study in rats (salivary gland effects) | 100 |
| ARfD | Unnecessary | — | — |

[a] For the sum of glyphosate and AMPA

## DIETARY RISK ASSESSMENT

### Long-term intake

Estimated theoretical maximum daily intakes for the five GEMS/Food regional diets, based on recommended MRLs, were 1% of the ADI (Annex 3). The Meeting concluded that the long-term intake of residues of glyphosate resulting from uses that have been considered by the JMPR is unlikely to present a public health concern.

### Short-term intake

The 2004 JMPR decided that an ARfD for glyphosate is unnecessary. The Meeting therefore concluded that the short-term intake of glyphosate residues is unlikely to present a public health concern.

## 4.14   MALATHION (049)

### RESIDUE AND ANALYTICAL ASPECTS

Malathion has been evaluated many times since 1965. The company asked the CCPR at its Thirty-third Session in 2001 to reconsider withdrawal of the existing Codex MRLs recommended during the periodic review of the compound by the 1999 JMPR. The CCPR at its Thirty-sixth Session decided to retain the current CXL for apple, broccoli, cabbage (head), cereal grains, citrus fruit and grape, awaiting the review of the new residue data by the 2004 JMPR. The company submitted data on mandarin, orange, apple, peach, grape, strawberry, tomato, alfalfa fodder and forage (green) to the present Meeting.

### *Results of supervised trials on crops*

#### *Citrus fruit*

Sixteen trials were conducted with mandarin and orange in Greece (GAP for citrus, 0.044–0.088 kg ai/hl, 7-day PHI), Italy (GAP, 0.053 kg ai/hl, 20-day PHI) and Spain (GAP for foliar application, 0.11–0.15 kg ai/hl, 7-day PHI) between 2000 and 2002. Malaoxon was analysed in all trials, and the maximum residue level found in fruit was 0.09 mg/kg on the day of the last application.

Ten trials conducted at 0.18 kg ai/hl and five trials performed at 0.30 kg ai/hl were evaluated against Spanish and Portuguese GAP for citrus (0.05–0.30 kg ai/hl, 7-day PHI), respectively. Decline studies conducted in both crops indicated that residue levels decreased slowly within 3 days of the last application, and samples harvested from 7 up to 10–11 days could be considered at GAP.

The residue levels in *mandarin* fruit were, in ranked order: 0.75, 1.8 (three), 2.4 (two), 2.9, 3.1 and 4.7 mg/kg. In mandarin pulp, the levels were: < 0.01, 0.01, 0.02, 0.03, 0.12, 0.15, 0.21 and 0.22 mg/kg.

The residue levels in *orange* fruit were, in ranked order: 0.58, 0.75, 0.89, 1.1, 1.4, 1.6, 1.7 and 2.1 mg/kg. The levels in orange pulp were: < 0.01 (three), 0.01 (two), 0.03 and 0.07 (two) mg/kg. One trial conducted at 0.4 kg ai/hl gave residue levels within the same range.

The Meeting agreed that the levels of residues of malathion in mandarin and orange from trials conducted at GAP could be combined to represent a residue population for citrus. In fruit, the levels were, in ranked order: 0.58, 0.75 (two), 0.89, 1.1, 1.4, 1.6, 1.7, 1.8 (three), 2.1, 2.4 (two), 2.9, 3.1 and 4.7 mg/kg. In citrus pulp, the levels were: < 0.01 (four), 0.01 (three), 0.02, 0.03, 0.07 (two), 0.12, 0.15, 0.21 and 0.22 mg/kg.

The Meeting recommended a maximum residue level of 7 mg/kg, a STMR of 0.02 mg/kg and a highest residue levl of 0.22 mg/kg for malathion in citrus.

#### *Apple*

Twelve trials were conducted on apples in northern France in 2000 and 2001, with three applications at 0.18 kg ai/hl. There is no GAP for malathion in France; however, the results can be evaluated against Spanish or Italian GAP (up to 0.16 kg ai/hl). The PHI is 7 days in Spain and 20 days in Italy. The residue levels in apple fruit at the most critical PHI (7 days) were, in ranked order: 0.02, 0.05 (two), 0.07, 0.08, 0.09, 0.13, 0.14, 0.19, 0.24, 0.25 and 0.37 mg/kg. The levels of malaoxon were < 0.01–0.02 mg/kg.

The Meeting recommended a maximum residue level of 0.5 mg/kg, an STMR of 0.11 mg/kg and an HR of 0.37 mg/kg for malathion in apple.

#### *Peach*

Four trials were conducted in Italy in 1997 on peaches, with three applications of 0.16 kg ai/hl, corresponding to GAP. The residue levels of malathion in the fruit at 20 days' PHI were < 0.01 (three) and 0.01 mg/kg. No malaoxon was found in the fruit after the last application (0–20 days).

The Meeting agreed that four trials is not enough to recommend a maximum residue level for malathion in peaches. The Meeting confirmed the previous recommendation of 1999 JMPR to withdraw the CXs for malathion in peaches

#### *Grape*

Six trials were conducted in grapes in southern and northern France (no GAP) in 2000–01, with three applications at 0.27 kg ai/hl. The residue levels of malathion 7 days after the last application were 0.26–1.3 mg/kg.

In four trials conducted in northern Spain in 2000–01 within maximum GAP (0.11–0.15 kg ai/hl, 7-day PHI), the residue levels of malathion at 7 days' PHI were: 1.1, 1.5 (two) and 2.6 mg/kg. The levels of

malaoxon were 0.02–0.13 mg/kg. Four trials conducted in Italy at GAP (0.05–0.16 kg ai/hl, 20-day PHI), evaluated against Spanish GAP, showed levels of 0.01, 0.03 and 0.21 (two) mg/kg.

The residue levels in trials conducted in Italy and Spain according to GAP were 0.01, 0.03, <u>0.21</u> (two), <u>1.1</u>, 1.5 (two) and 2.6 mg/kg.

The Meeting recommended a maximum residue level of 5 mg/kg, a STMR of 0.16 mg/kg and a highest residue level of 2.6 mg/kg for malathion grapes.

*Strawberry*

GAPs for malathion on strawberry in Europe are: Denmark, three times 1.1 kg ai/ha, 7-day PHI; Italy, up to 0.16 kg ai/hl, 20-day PHI; Portugal, 0.10 kg ai/hl, 1-day PHI; and Spain, up to 0.15 kg ai/hl, 7-day PHI. In three trials conducted in France, two in Italy and three in Spain with four or six applications at 0.15–0.18 kg ai/hl, the residue levels at 7 days' PHI were < 0.01–0.14 mg/kg.

The Meeting confirmed the currently recommended maximum residue level of 1 mg/kg of malathion in strawberry, which was set by the 1999 JMPR on the basis of trials conducted in the USA according to GAP with a 1-day PHI.

*Tomato*

GAP for malathion in tomato is up to 0.088 kg ai/hl with a 7-day PHI in Greece, up to 0.16 kg ai/hl with a 20-day PHI in Italy and up to 0.10 kg ai/hl with a 1-day PHI in Portugal. In five trials conducted in Italy and one in Spain in 1997–2001 according to Greek GAP, the residue levels were < 0.01 (three), 0.01 and 0.02 (two) mg/kg. Four other trials were conducted in these countries at higher or lower rates than GAP.

The Meeting confirmed the currently recommended maximum residue level of 0.5 mg/kg for malathion in tomato, which was set by the 1999 JMPR on the basis of trials conducted in the USA according to GAP with a 1-day PHI.

*Alfalfa*

Two trials were conducted in Italy in 2000–01 (no GAP) and two in Spain (GAP, 0.12–0.25 kg ai/hl or 1.5–2.8 kg ai/ha) with one application at 0.15 kg ai/hl (1.5 kg ai/ha). The Italian trials, evaluated against Spanish GAP, gave residue levels of malathion of 0.67 and 0.41 mg/kg on a dry weight basis in alfalfa forage (green) at 7 days' PHI, and 0.12 mg/kg in hay harvested at 7 days' PHI and allowed to dry on the field for 3 days. In the Spanish trials, the residue levels were 1.2 and 3.5 mg/kg in forage and 3.3 mg/kg in hay.

The Meeting confirmed the currently recommended maximum residue levels for malathion on alfalfa forage (green) and alfalfa hay of 500 and 200 mg/kg, respectively, which were set by the 1999 JMPR on the basis of trials conducted in USA according to GAP at 1 day PHI.

## DIETARY RISK ASSESSMENT

### Long-term intake

The current ADI for malathion is 0.3 mg/kg bw. IEDIs were calculated for commodities for human consumption for which STMRs were estimated by the 1999 JMPR and by the present Meeting (Annex 3). The IEDI for the five GEMS/Food regional diets was 0% of the maximum ADI. The Meeting concluded that long-term intake of residues of malathion resulting from uses considered by the JMPR is unlikely to present a public heath concern.

### Short-term intake

An ARfD for malathion of 2 mg/kg bw was established by the 2003 JMPR. The IESTIs of malathion by the general population and by children were calculated for commodities for which STMR and highest

106                                    **Malathion**

residue values were estimated by the current Meeting (Annex 4). The IESTI was 0–4% of the ARfD for the general population and 0–10% of the ARfD for children. The Meeting concluded that short-term intake of residues of malathion from its use in citrus, apples and grapes is unlikely to present a public health concern.


## 4.15   METALAXYL M (212)

### RESIDUE AND ANALYTICAL ASPECTS

The toxicology of metalaxyl-M was evaluated by the 2002 JMPR, which established a group ADI of 0–0.08 mg/kg bw for metalaxyl and metalaxyl-M. Residue and analytical aspects were considered for the first time by the present Meeting. Metalaxyl-M is the biologically active enantiomer (R-enantiomer) of the racemic compound metalaxyl. Metalaxyl was first evaluated by the JMPR in 1982, and Codex MRLs for metalaxyl were established.

Metalaxyl-M is registered for use on fruit, nut and vegetable crops for the control of various fungal diseases such as those caused by *Phytophthora* and *Pythium* spp. It is applied to foliage, soil or seed and also as a post-harvest fruit treatment.



| IUPAC name | (R)-2-[(2,6-dimethylphenyl)-methoxyacetylamino]-propionic acid methyl ester |
| Chemical Abstracts name | *N*-(2,6-dimethylphenyl)-*N*-(methoxyacetyl)-D-alanine methyl ester |

The Meeting received information on the metabolism and environmental fate of metalaxyl-M and on methods of residue analysis, stability in freezer storage, national registered use patterns, the results of supervised trials and farm animal feeding studies, the fate of residues in processing and national MRLs.

As metalaxyl-M constitutes 50% of metalaxyl, investigations into the metabolism and fate of metalaxyl can legitimately be accepted as supporting the metabolism and fate of metalaxyl-M. When the metabolism of metalaxyl and metalaxyl-M was compared directly, it was found to be similar.

In the studies of animal and plant metabolism and environmental fate, metalaxyl or metalaxyl-M uniformly $^{14}$C labelled in the aromatic ring was used.

### *Metabolism*

In the list below, the numbering is preserved from the 2002 JMPR toxicology evaluation.

Metabolite 1: *N*-(2,6-dimethylphenyl)-*N*-(methoxyacetyl)alanine

Metabolite 3: *N*-(2,6-dimethylphenyl)-*N*-(hydroxyacetyl)alanine methyl ester

Metabolite 6: *N*-(2,6-dimethylphenyl)-*N*-(hydroxyacetyl)alanine

Metabolite 7: *N*-(2,6-dimethyl-5-hydroxyphenyl)-*N*-(methoxyacetyl)alanine methyl ester

Metabolite 8: *N*-(2-hydroxymethyl-6-methylphenyl)-*N*-(methoxyacetyl)alanine methyl ester (occurs as two isomers)

Metabolite P: *N*-[(2-hydroxymethyl)-6-methylphenyl]-*N*-(hydroxyacetyl)alanine (occurs as two isomers)

## Metalaxyl M

107

*Animals*

The Meeting received the results of studies on metabolism in rats, lactating goats and laying hens. When animals were dosed orally with radiolabelled metalaxyl, most of the radiolabel was excreted in the urine within a short time, with a small amount in the faeces. Numerous metabolites resulting from hydrolysis, oxidation and demethylation of metalaxyl and subsequent conjugate formation were identified. In a study in goats, metalaxyl itself was not detected as a component of the residue in tissues or milk. In a study in laying hens, low levels of metalaxyl were present in liver and eggs. The metabolic pathway for metalaxyl was similar in rats, goats and hens.

The absorption, distribution, metabolism and excretion of radiolabel were similar in *rats* dosed orally with $^{14}$C-metalaxyl or $^{14}$C-metalaxyl-M. Detailed information on metabolism in this species is reported in the 2002 JMPR toxicological evaluations.

Very little radiolabel was found in milk (0.003 mg/kg) or tissues (0.057 mg/kg in liver) from a *goat* dosed with $^{14}$C-metalaxyl at the equivalent of 7 ppm in the feed for 10 days.

When two lactating dairy goats were dosed orally once daily for 4 consecutive days by gelatin capsule with $^{14}$C-metalaxyl, equivalent to 77 ppm in the diet, the radiolabel was excreted rapidly: within 24 h of administration, 67% of the daily dose appeared in urine, 9% in faeces and 0.1% in milk. Metalaxyl was not detected as a component of the residue. Metabolite 6 was the main component of the residue in liver (0.19 mg/kg), leg muscle (0.014 mg/kg) and perirenal fat (0.065 mg/kg); metabolite 8 was the main residue component in kidney. The main metabolites in milk were C-10 and C-8 fatty acid conjugates of metabolite 3 (0.058 mg/kg). These fatty acids are conjugated through the hydroxyacetyl group of metabolite 3.

When five laying *hens* were dosed orally once daily for 4 consecutive days by gelatin capsule with $^{14}$C-metalaxyl, equivalent to approximately 100 ppm metalaxyl in the diet, radiolabel recovered in edible tissues and eggs represented 0.97% of the administered dose; the remainder was recovered in excreta. Metabolite P (consisting of P1 and P2, steric isomers) was the main metabolite in egg white (0.056 mg/kg), egg yolk (0.072 mg/kg) and thigh muscle (0.31 mg/kg). Metalaxyl parent was identified in egg white (0.013 mg/kg), egg yolk (0.010 mg/kg) and liver (0.018 mg/kg), but not in thigh muscle or fat (< 0.001 mg/kg).

*Plants*

The Meeting received the results of studies on the metabolism of metalaxyl in grape, lettuce and potato and of metalaxyl-M in lettuce. No metabolites were identified in plants which had not already been identified in animals. Parent metalaxyl was the main component of the residue in grapes and in juice produced from the grapes when metalaxyl was used on grape vines. In treated lettuce, parent metalaxyl and metabolite 8 were each present at approximately 20% of the total residue. Metabolite 8 was the main residue component in lettuce in both cases in which metalaxyl and metalaxyl-M were compared. When metalaxyl was used on potato plants, some residue reached the tubers, where parent metalaxyl was the main residue component.

Grapevines in Switzerland were sprayed to runoff seven times at 14-day intervals with a $^{14}$C-metalaxyl spray at a concentration of 0.050 kg ai/hl and were harvested 52 days after the final application. Parent metalaxyl (2.0 mg/kg) constituted 64% of the total residues in *grapes*.

When two grapevines in Switzerland were sprayed to runoff six times at approximately 14-day intervals with a $^{14}$C-metalaxyl spray at a concentration of 0.030 kg ai/hl and harvested 68 days after the final application, parent metalaxyl (0.83 mg/kg) comprised 64% of total residues in the grapes. Metabolite 8 accounted for 20% of the residue, and metabolites 1, 6 and 7 were minor components (1.8–4.3%). When the grapes were separated into juice and presscake, metalaxyl was still the main part of the residue (62% and 57%, respectively).

Metalaxyl was the main identified component of the residue in *lettuce* (18.6% of the total $^{14}$C residue) after seedlings in a greenhouse were sprayed twice, 2 weeks apart, with $^{14}$C-metalaxyl at a rate equivalent to 0.25 kg ai/ha and harvested 2 weeks later. The identified metabolites (including glucose conjugates) were metabolite 8 (22% of the total $^{14}$C residue), metabolite 6 (10%), metabolite 3 (8.9%), metabolite 7 (6.2%) and metabolite 1 (6.0%).

The metabolic pathways of metalaxyl-M and metalaxyl were compared in lettuce in a field in Switzerland treated three times at 10-day intervals with labelled compounds. The levels of total applied residue and parent compounds in the residue were generally comparable. Metabolite 8 (free and conjugated) was the main identified component of the residue in samples taken 14 and 21 days after treatment. Enantiomeric ratio measurements suggested similar disappearance rates for the two enantiomers and little interconversion.

*Potato* plants in the field in Switzerland received five foliar treatments of $^{14}$C-metalaxyl at 0.2 kg ai/ha at 10-day intervals and were harvested at maturity 5 weeks after the final treatment. Little residue reached the tubers (0.02 mg/kg $^{14}$C as metalaxyl). No parent metalaxyl was detected in tubers. In a second experiment, the level of $^{14}$C as metalaxyl in tubers was < 0.0001 mg/kg after $^{14}$C-metalaxyl was applied to the soil (residues in soil, approximately 0.5 mg/kg), indicating that metalaxyl is not taken up by the tubers directly from the soil.

Potato plants in the field in the USA received six foliar treatments, about 2 weeks apart, of $^{14}$C-metalaxyl at 1.3 kg ai/ha. Tubers harvested at maturity, 1 week after the final treatment, contained 0.5 mg/kg $^{14}$C as metalaxyl, of which 50–60% was parent metalaxyl. A number of metabolites were identified, but only the concentration of metabolite 8 exceeded 5% of the residue.

### *Environmental fate*

#### *Soil*

The Meeting received information on the behaviour and fate of metalaxyl and metalaxyl-M during aerobic metabolism in a number of soils. The rate of degradation is strongly influenced by the properties of the soil, including its biological activity and the conditions of temperature, moisture and concentration of the residue, with recorded half-lives in the range of 5–180 days. In direct comparisons of metalaxyl and metalaxyl-M under aerobic conditions, metalaxyl-M was the more persistent in one case and less persistent in two others. The main soil metabolite is metabolite 1 or, in the case of metalaxyl-M, the specific enantiomer of metabolite 1.

Field dissipation studies for metalaxyl-M were provided from France, Italy, Spain and Switzerland. Metalaxyl-M residues disappeared from the soil with half-lives ranging from 5 to 35 days. The residues occurred mostly in the top 10 cm of soil, but some reached lower levels. The enantiomer of metabolite 1 was produced in all cases, and its level sometimes exceeded that of the parent metalaxyl-M. A comparison of enantiomeric ratios in metalaxyl residues in soil suggested that the R-enantiomer (i.e. the metalaxyl-M enantiomer) disappeared more quickly than the S-enantiomer. This resulted in a preponderance of S-enantiomer in the metalaxyl residue and a preponderance of R-enantiomer in metabolite 1.

The studies of dissipation in the field suggest that, after use of metalaxyl-M for seed treatment or at the time of sowing, little or none will remain as a soil residue when the crop is harvested.

#### *Rotational crops*

Information on the fate of radiolabelled metalaxyl in confined crop rotational studies and of unlabelled metalaxyl-M in field rotational crops was made available to the Meeting. The studies with radiolabel showed that parent metalaxyl was usually a minor part of the residue that reached the rotational crop. The identifiable metabolites were also usually minor, but metabolite 8 as glucose conjugates was detected in spring wheat stalks at 2.3 mg/kg. Metalaxyl-M residues were not detected in unconfined field

rotational crops in Switzerland or the United Kingdom, but levels of 0.11 mg/kg were present in broccoli and 0.03 mg/kg in lettuce leaves from crops sown 29 days after treatment of the first crop in a study in Italy. The short interval was used in order to simulate the ploughing-in of a failed crop and the sowing of a new one.

### *Methods of analysis*

The Meeting received descriptions and validation data for analytical methods for residues of metalaxyl in plant material, animal tissues, milk and eggs.

Common moiety methods rely on the 2,6-dimethylaniline moiety of metalaxyl and many of its metabolites, and these methods have been used to identify metalaxyl residues in animal commodities. The typical LOQs are 0.05 mg/kg for tissues and 0.01 mg/kg for milk. Metabolite 8, containing the 2-hydroxymethyl-6-methylaniline moiety, is apparently partially converted to 2,6-dimethylaniline, resulting in low and variable recoveries.

With gas–liquid chromatography and nitrogen–phosphorus detection and HPLC with mass spectrometry detection procedures for identifying metalaxyl or metalaxyl-M after a simple extraction and limited clean-up, the LOQs are 0.02–0.04 mg/kg for many crop substrates. A modification to the method (method REM 181.06), with the introduction of an HPLC chiral separation step before determination, allows for the analysis of specific enantiomers.

A multi-residue regulatory method (DFG S19) is available for metalaxyl.

Method REM 181.06 (gas–liquid chromatography with mass spectrometry detection) is not a multi-residue method, but it is enantioselective and suitable as a regulatory method for metalaxyl-M.

### *Stability of residues in stored analytical samples*

The Meeting received information on the stability of residues of metalaxyl-M in crops (orange, potato, rape-seed, tomato, wheat) and animal commodities (beef muscle, beef liver, milk, eggs) during storage of analytical samples. Metalaxyl-M residues were stable in these substrates and under the conditions and intervals of storage (2 years). There was no evidence of epimerization during freezer storage. As a common moiety method was used for the animal commodity samples, storage stability refers to the total residue rather than to parent metalaxyl-M. As the common moiety method, which relies on the 2,6-dimethylaniline moiety, is less suitable for metabolite 8, the freezer stability of this metabolite during storage is not demonstrated.

### *Definition of the residue*

Parent metalaxyl is the main identifiable component of the residue in crops resulting from use of metalaxyl, although metabolite 8 can occur at approximately the same levels. Metabolite 8 was not considered to be toxicologically significant.

The current residue definition of metalaxyl is metalaxyl. As metalaxyl-M is one enantiomer of metalaxyl, it is covered by the current residue definition. Non-enantioselective methods cannot distinguish metalaxyl-M from metalaxyl, but an enantioselective method is available. While metalaxyl-M and metalaxyl are both registered for crop uses, it is preferable, for enforcement purposes, to maintain a single residue definition. As the 2002 JMPR recommended a group ADI for metalaxyl and metalaxyl-M, the inclusive residue definition is also suitable for risk assessment purposes. The Meeting recommended that metalaxyl-M be contained within the metalaxyl residue definition and recommended amendment of the metalaxyl residue definition to provide definitions for enforcement and risk assessment purposes.

**Metalaxyl M**

*For plant commodities*: Metalaxyl, including metalaxyl-M. Definition of the residue (for compliance with MRL and for estimation of dietary intake): metalaxyl. Note: Metalaxyl is a racemic mixture of an R-enantiomer and an S-enantiomer. Metalaxyl-M is the R-enantiomer.

In animals dosed with metalaxyl, parent metalaxyl was either a minor part of the residue or was not detected. Analytical methods for metalaxyl are based on a common moiety method, and residues in the farm animal feeding studies were measured by this method. Common moiety residues are acceptable for estimation of dietary intake when the parent compound is a minor part of the residue. The log $P_{OW}$ for metalaxyl-M is 1.7, and the studies of animal metabolism confirm that metalaxyl is not fat-soluble.

*For animal commodities*: Metalaxyl including metalaxyl-M. Definition of the residue (for compliance with MRL and for estimation of dietary intake): metalaxyl and metabolites containing the 2,6-dimethylaniline moiety, expressed as metalaxyl.

### Results of supervised trials on crops

The Meeting received data from supervised trials with metalaxyl-M used on citrus fruit, apple, grape, onion, tomato, pepper, lettuce, spinach, potato, sunflower and cacao. In some trials, residues were measured on samples taken just before and just after ('zero-day' residue) the final application. The residue level measured just before the final application, expressed as a percentage of zero-day residue, provides a measure of the contribution of previous applications to the final residue in the use pattern used in the trial. For grapes, the average carryover of residue was 32% in 12 trials in Australia, 57% in three trials in Germany and 46% in three trials in Italy. In lettuce, the average carryover was 1.7% in six trials in France, Germany and Italy. In spinach, the average carryover was 1.1% in eight trials in France.

Residue data were evaluated only when labels (or translations of labels) describing the relevant GAP were available to the Meeting.

#### Citrus fruit

Metalaxyl-M is registered for use as a post-harvest treatment on citrus in Israel. It is applied as a 0.1 kg ai/hl spray.

In the trials, the formulation of metalaxyl-M was mixed with a commercial wax to produce a spray solution, which was applied at a rate of 200 l /90 t of fruit (theoretical concentration of residue, 2.1 g/t). The residue levels in three trials on *oranges* were 1.2, 1.3 and 1.6 mg/kg in whole fruit and < 0.02 mg/kg in pulp. This method of post-harvest application includes control of the application rate in terms of the amount of metalaxyl-M per unit weight of fruit. The residue levels agreed substantially with expectations.

The Meeting noted that three supervised trials is generally an insufficient number for a major commodity such as oranges.

The residue levels of metalaxyl-M in the trials conducted in line with Israeli GAP did not exceed the current metalaxyl MRL of 5 mg/kg for citrus fruit.

#### Apple

Metalaxyl-M is registered in Spain for soil treatment around apple trees at 0.5–1.0 g ai/tree and in Italy at 0.5–4 g ai/tree. In two trials each in France, Italy and Spain at application rates of 0.78–10 kg ai/ha, no residues were detected in apples (< 0.02 mg/kg). For an assumed 500–1000 trees per ha, the rate of 10 kg ai/ha appears to be exaggerated.

The Meeting estimated a maximum residue level for metalaxyl-M in apples of 0.02* and an STMR value of 0 mg/kg.

Metalaxyl-M residue levels complying with the estimated maximum residue level of 0.02* mg/kg would not exceed the current metalaxyl MRL of 1 mg/kg for pome fruits.

*Grape*

In Australia, metalaxyl-M is registered for a maximum four applications on grapes at 0.11 kg ai/ha, with a PHI of 7 days. The residue levels in grapes in five Australian trials matching GAP, but with six applications instead of four, were: < 0.02, 0.03, 0.06, 0.14 and 0.52 mg/kg. As the final residue level should not be influenced by earlier applications, residue levels after six applications are acceptable as equivalent to residues levels in GAP trials.

No GAP was available to evaluate the data for grapes treated in Germany and Switzerland.

In Greece, grapes may be treated four times with metalaxyl-M at 0.1 kg ai/ha, with harvest 15 days after the final application. The residue levels in grapes in six trials in Italy and Portugal, conducted substantially according to Greek GAP, were: 0.04, 0.06, 0.18, 0.19, 0.21 and 0.55 mg/kg.

The residue levels in the Australian and European trials appear to be similar and can be combined. In summary, the residue levels in the 11 trials, in ranked order, were: < 0.02, 0.03, 0.04, 0.06, 0.06, 0.14, 0.18, 0.19, 0.21, 0.52 and 0.55 mg/kg

The Meeting estimated a maximum residue level for metalaxyl-M in grapes of 1 mg/kg and an STMR value of 0.14 mg/kg.

Metalaxyl-M residue levels complying with the estimated maximum residue level of 1 mg/kg would not exceed the current metalaxyl MRL of 1 mg/kg for grapes.

*Onion*

In Ecuador and Uruguay, metalaxyl-M is registered for a maximum of three applications on onions at 0.1 and 0.12 kg ai/ha, with a PHI of 7 days. Metalaxyl-M residue levels in bulb onions in three Brazilian trials matching Uruguayan GAP, but with four applications instead of three, were < 0.02 (two) and 0.02 mg/kg.

Metalaxyl-M is registered in Germany for a maximum of three applications on onions at 0.097 kg ai/ha, with a PHI of 21 days. In four trials in Switzerland with conditions matching German GAP, the residue levels were all below the LOQ (0.02 mg/kg).

Data on residues in trials in onions in Italy and Spain could not be evaluated because no relevant GAP was available.

In summary, the residue levels in the seven trials, in ranked order, were ≤ 0.02 (six) and 0.02 mg/kg.

The Meeting estimated a maximum residue level for metalaxyl-M in onions of 0.03 mg/kg and an STMR value of 0.02 mg/kg.

Metalaxyl-M residue levels complying with the estimated maximum residue level of 0.02 mg/kg would not exceed the current metalaxyl MRL of 2 mg/kg for bulb onions.

*Tomato*

Metalaxyl-M is registered for foliar application on tomatoes in Algeria, Chile, Ecuador, Greece, Israel and Morocco at 0.10—0.14 kg ai/ha, with a PHI of 3 days and a maximum of three or four treatments.

Residue levels in tomatoes in six greenhouse trials in France, two in Spain and four in Switzerland at 0.15 kg ai/ha, with harvest 3 days after treatment (equivalent to the stated GAP) were: 0.02 (two), 0.02, 0.03, 0.04, 0.04, 0.05, 0.05, 0.08, 0.09, 0.12 and 0.18 mg/kg.

The Meeting estimated a maximum residue level for metalaxyl-M in tomatoes of 0.2 mg/kg and an STMR value of 0.045 mg/kg.

Metalaxyl-M residue levels complying with the estimated maximum residue level of 0.2 mg/kg would not exceed the current metalaxyl MRL of 0.5 mg/kg for tomatoes.

*Pepper*

GAP for use of metalaxyl-M in Italy allows three soil applications of 1 kg ai/ha with a 15-day PHI. Data on residues from Italian and Spanish trials approximating Italian GAP were provided. In some of the trials, residues were measured 10 and 20 days after the final application instead of 15 days, but these trials were considered valid because the residue levels were relatively unchanged. The residue levels in the seven greenhouse trials were: < 0.02 (two), 0.02, 0.03, 0.08, 0.10 and 0.36 mg/kg; and those in the three outdoor trials in Italy were: < 0.02 (two) and 0.02 mg/kg.

The Meeting decided to use the data from the greenhouse trials: < 0.02 (two), 0.02, 0.03, 0.08, 0.10 and 0.36 mg/kg.

The Meeting estimated a maximum residue level for metalaxyl-M in sweet peppers of 0.5 mg/kg and an STMR value of 0.03 mg/kg.

Metalaxyl-M residue levels complying with the estimated maximum residue level of 0.5 mg/kg would not exceed the current metalaxyl MRL of 1 mg/kg for peppers.

*Lettuce*

Metalaxyl-M is registered in Spain for use on lettuce at 0.10 kg ai/ha with a PHI of 14 days. The residue levels in lettuce were < 0.02 mg/kg in an Italian trial matching Spanish GAP. The residue levels in lettuce in four French trials matching Spanish GAP were: < 0.02 (two), 0.02 and 0.03 mg/kg.

Metalaxyl-M is registered in Germany for a maximum of two applications on lettuce at 0.097 kg ai/ha, with a PHI of 21 days. In six trials on head lettuce in Germany under conditions matching GAP, but with three applications instead of two, the residue levels were: < 0.02 (four), 0.02 and 0.03 mg/kg. In two German greenhouse trials at 0.10 kg ai/ha with harvest 21 days after the second application, the residue levels were < 0.02 and 0.41 mg/kg.

In two trials in The Netherlands matching German GAP, the residue levels were < 0.02 mg/kg.

Trials in Spain and Switzerland could not be evaluated because there was no matching GAP.

In summary, the residue levels in lettuce in the 15 trials, in ranked order, were: < 0.02 (10), 0.02 (two), 0.03 (two) and 0.41 mg/kg.

The Meeting estimated a maximum residue level for metalaxyl-M in head lettuce of 0.5 mg/kg and an STMR value of 0.02 mg/kg.

Metalaxyl-M residue levels complying with the estimated maximum residue level of 0.5 mg/kg would not exceed the current metalaxyl MRL of 2 mg/kg for head lettuce.

*Spinach*

Metalaxyl-M is registered in Switzerland for a maximum of six applications on spinach at 0.10 kg ai/ha with a PHI of 14 days. In three trials on spinach in Switzerland at 0.10 kg ai/ha and three at 0.14 kg ai/ha, with intervals before harvest of 10 or 14 days, the residue levels were all < 0.02 kg/ha. The levels were also < 0.02 mg/kg in two trials in Germany matching the conditions of GAP in Switzerland.

In a number of trials in France in which the application rate was 0.10 or 0.14 kg ai/ha, spinach was sampled for analysis 10 and 20 days after treatment. The Meeting noted that the residue levels generally changed slowly between 10 and 20 days post-treatment and decided to accept the residue levels at 10 days as sufficiently close to those expected at 14 days. The residue levels in the 10 French trials were: < 0.02 (two), 0.02 (four), 0.03, 0.04 (two) and 0.05 mg/kg.

In summary, metalaxyl-M residue levels in the 18 trials were < 0.02 (10), 0.02 (four), 0.03, 0.04 (two) and 0.05 mg/kg.

The Meeting estimated a maximum residue level for metalaxyl-M in spinach of 0.1 mg/kg and an STMR value of 0.02 mg/kg.

Metalaxyl M                                113

Metalaxyl-M residue levels complying with the estimated maximum residue level of 0.1 mg/kg would not exceed the current metalaxyl MRL of 2 mg/kg for spinach.

*Potato*

Labels were available from Algeria, Australia, Austria, Chile, Ecuador, Greece, Israel and Morocco from formulations for foliar application of metalaxyl-M to potatoes at 0.1–0.12 kg ai/ha. The information on GAP suggests that the recommended foliar application rate on potatoes is 0.1 kg ai/ha in many situations.

The results of supervised trials were available from Brazil (three at 0.1 kg ai/ha and three at 0.2 kg ai/ha), Germany (six at 0.1 kg ai/ha), Switzerland (three at 0.075 kg ai/ha) and the United Kingdom (four at 0.1 kg ai/ha). The residue levels in all 19 trials, measured at intervals of 0–28 days after the final treatment, were below the LOQ (0.02 mg/kg).

As residues were found in potato tubers in the metabolism studies after high application rates, the median residue values cannot be assumed to be nil. The Meeting estimated a maximum residue level for metalaxyl-M in potato of 0.02* mg/kg and an STMR value of 0.02 mg/kg. Metalaxyl-M residue levels complying with the estimated maximum residue level of 0.02* mg/kg would not exceed the current metalaxyl MRL of 0.05* mg/kg for potato.

*Sunflower seed*

Metalaxyl-M is registered in China and Serbia and Montenegro for use as a seed treatment at 0.105 kg ai/100 kg sunflower seed. The Meeting agreed that the results of trials from other countries could be evaluated with respect to this seed treatment GAP.

In six trials in France and two in Spain, metalaxyl-M was used as seed treatment at a nominal rate of 105 g ai/100 kg seed (measured, 61–80 g ai/100 kg seed). The residue levels in harvested sunflower seed 125–151 days after sowing were all below the LOQ (0.01 and 0.02 mg/kg). Because of the long interval between sowing and harvest and the solubility of metalaxyl-M, residues would not be expected in harvested sunflower seed.

The Meeting estimated a maximum residue level for metalaxyl-M in sunflower seed of 0.02* mg/kg and an STMR value of 0 mg/kg. Metalaxyl-M residue levels complying with the estimated maximum residue level of 0.02* mg/kg would not exceed the current metalaxyl MRL of 0.05* mg/kg for sunflower seed.

*Cacao beans*

Metalaxyl-M is registered in Côte d'Ivoire for use on cacao at 0.012 kg ai/ha. In eight trials in Côte d'Ivoire in which metalaxyl-M was applied as foliar treatment four times at 0.09 kg ai/ha (an exaggerated rate), with harvest 29–30 days after the final treatment, the residue levels in the cacao beans were: < 0.02 (four) and 0.02 (four) mg/kg. The cacao beans were fermented and dried before analysis. The Meeting agreed that the residue levels after application at the label rate would not exceed 0.02 mg/kg.

The Meeting estimated a maximum residue level for metalaxyl-M in cacao beans of 0.02 mg/kg and an STMR value of 0.02 mg/kg.

Metalaxyl-M residue levels complying with the estimated maximum residue level of 0.02 mg/kg would not exceed the current metalaxyl MRL of 0.2 mg/kg for cacao beans.

**Fate of residues during processing**

The Meeting received information on the fate of metalaxyl-M residues during the production of fruit juices and vinification. The Meeting also received information that metalaxyl-M is hydrolytically stable under hydrolysis conditions that simulate those occurring during food processing.

The following processing factors were calculated from the data from the trials. The factors are mean values, excluding those calculated in cases of undetectable residues.

114                                    **Metalaxyl M**

| Commodity | Processed product | Processing factor | No. of trials |
|---|---|---|---|
| Orange | Washed fruit | 0.97 | 2 |
| | Juice, pasteurized | 0.060 | 4 |
| | Oil | 9.0 | 4 |
| | Pomace, wet | 1.1 | 4 |
| | Pomace, dry | 4.1 | 4 |
| | Peel | 2.5 | 3 |
| | Pulp | 0.091 | 1 |
| | Marmalade | 0.39 | 4 |
| Grapes | Juice | 0.36 | 6 |
| | Young wine | 0.87 | 8 |
| | Wine | 0.66 | 13 |

The Meeting used the processing factors to estimate STMR-Ps for processed commodities. The processing factor for wine (0.66) was applied to the grape STMR (0.14 mg/kg) to calculate an STMR-P of 0.092 mg/kg for wine. The processing factor for grape juice (0.36) was applied to the grape STMR (0.14 mg/kg) to calculate an STMR-P of 0.050 mg/kg for grape juice

### *Residues in animal commodities*

#### *Feeding studies*

The Meeting received the results of studies of feeding metalaxyl to lactating dairy cows and laying hens, which provided information on probable residue levels in tissues, milk and eggs from residues in animal feeds.

A group of three lactating dairy cows were dosed daily with metalaxyl, equivalent to 75 ppm in their diet, and were slaughtered for tissue collection on days 14, 21 and 28. Liver, kidney, fat and muscle were analysed by a dimethylaniline common moiety method. The residues were transitory and did not accumulate, and the interval between final dose and slaughter (4 and 23.5 h) influenced the residue levels more than the duration of dosing. The level of residue in milk was 0.02 mg/kg. The residue levels in the tissues collected on day 28 from the animal slaughtered 23.5 h after the final dose were 0.11 mg/kg in kidney, 0.12 mg/kg in liver, < 0.05 mg/kg in fat and 0.06–0.08 mg/kg in muscle.

Groups of 15 laying hens were dosed daily for 28 days with metalaxyl at levels equivalent to 10, 30 and 100 ppm in the feed. Tissue and egg samples were analysed by a dimethylaniline common moiety method. No residues appeared in the eggs (< 0.05 mg/kg) at any dose. The residue levels in the tissues of hens fed 10 ppm were generally below the LOQ (< 0.05 mg/kg) or, in a few cases, just above the LOQ.

#### *Maximum residue levels*

The farm animal feeding studies suggest that residues would generally be undetected or transitory in meat, milk and eggs if metalaxyl was present in animal feeds.

Farm animals are therefore not exposed to residues in their feed from commodities in this evaluation, and no MRLs have been established for metalaxyl in animal commodities. Consequently, the Meeting agreed not to recommend animal commodity maximum residue levels.

## DIETARY RISK ASSESSMENT

*Long-term intake*

Estimated Theoretical Maximum Daily Intakes for the five GEMS/Food regional diets, based on recommended MRLs for metalaxyl, were in the range of 2-10% of the ADI (Annex 3). The Meeting concluded that the long-term intake of residues of metalaxyl and metalaxyl-M resulting from their uses that have been considered by JMPR is unlikely to present a public health concern.

*Short-term intake*

The 2002 JMPR decided that an ARfD is unnecessary. The Meeting therefore concluded that the short-term intake of metalaxyl and metalaxyl-M residues is unlikely to present a public health concern.

## 4.16   METHAMIDOPHOS

### RESIDUE AND ANALYTICAL ASPECTS

The 2003 JMPR evaluated supporting information on cucumbers and concluded that the residue data were insufficient to estimate maximum residue limits for acephate or for methamidophos arising from use of acephate. The Meeting noted that the report of the 2003 JMPR, while stating that the number of trials was inadequate for the purposes of estimating a maximum residue level for acephate on cucumber, made no recommendation with respect to the existing recommended maximum residue level for methamidophos arising from the use of acephate.

*Recommendation*

The Meeting recommended that the MRL of 1 mg/kg for cucumber (CCN: VC0424) be withdrawn.

## 4.17   METHOMYL (094)

### RESIDUE AND ANALYTICAL ASPECTS

Data on methomyl residues were reviewed in 1975, and data from supervised field trials with various crops and related data were considered in 1976, 1978, 1986, 1991 and 2001. At its Thirty-sixth Session, the CCPR noted that new data on mint hay and pepper had been reported and decided to maintain the CXLs for these commodities for 4 years under the periodic review procedure. The evaluation was scheduled for 2004 (ALINORM 04/27/24, para. 124, p 15).

The 2004 Meeting received data on residues from supervised field trials on pepper and mint hay from the manufacturer. Information on labels and current GAP was also provided.

*Methods of analysis*

The gas chromatographic method for measuring residues of methomyl in many plant commodities, evaluated by the 2001 JMPR, was validated for pepper and mint hay. This method consists of extraction with an organic solvent, liquid–liquid partition and hydrolysis with sodium hydroxide. The latter converts methomyl to methomyl oxime. The final extract is analysed by gas chromatography, usually with a flame photometric detector in the sulfur mode.

116                                    **Methomyl**

A more recent method is based on HPLC. The plant matrix is extracted with solvent, cleaned up on a Florisil column and analysed by HPLC with post-column reaction to convert methomyl to methylamine. Methylamine is derivatized (on-line) and detected by fluorescence.

The gas chromatographic method has been validated for numerous plant commodities at an LOQ of 0.02 mg/kg. The HPLC method and its modifications have been validated at an LOQ of 0.02 mg/kg for methomyl.

The Meeting concluded that adequate methods exist for the determination of methomyl in pepper and mint hay.

### Stability of residues in stored analytical samples

As described by the 2001 JMPR, the stability of methomyl under frozen conditions has been demonstrated in a number crop samples, including broccoli, orange, apple and grape, for up to 24 months.

Data were presented on the stability of methomyl under frozen storage (–10 °C) in mint hay. Adequate stability (> 90% remaining) was demonstrated after 6 months' storage.

The Meeting concluded that methomyl is stable under frozen conditions on mint hay and pepper.

### Results of supervised trials on crops

#### Peppers

Supervised trials were conducted on peppers in Canada (no GAP) and the USA (GAP: 1.0 kg ai/ha, 3-day PHI). Fifteen trials (one in Canada, 14 in the USA) were conducted at US GAP, with residue concentrations of 0.02, 0.03, 0.04 (two), 0.08 (two), 0.10 (two), 0.11 (two), 0.12, 0.18, 0.24, 0.26, 0.39 and 0.44 mg/kg.

Supervised trials on peppers were conducted in France (no GAP), Greece (GAP: 0.45 kg ai/ha, 15-day PHI), Italy (GAP: 0.04 kg ai/hl, 10-day PHI), Portugal (no GAP) and Spain (no GAP). In nine trials (two in France, three in Italy, one in Portugal and three in Spain) conducted at about Italian GAP, the ranked order of concentrations was: < 0.02 (five), 0.02 (two), 0.03 and 0.04 mg/kg. The data from southern Europe and the USA were considered to represent different populations. Using only the data from the USA (higher values), the Meeting estimated an STMR value of 0.105 mg/kg, a highest residue of 0.44 mg/kg and a maximum residue level of 0.7 mg/kg, which replaces the previous estimate (1 mg/kg).

#### Mint hay

Supervised trials were conducted on fresh mint hay in the USA (GAP: 1.0 kg ai/ha, 14-day PHI, maximum of four applications). In the six trials conducted at GAP, the ranked order of concentrations of residues in fresh and spent mint hay was: 0.02 (three), 0.07 (two), 0.13, 0.16, 0.17, and 0.28 mg/kg. The dry matter in fresh and spent mint is 88%. The Meeting estimated an STMR value of 0.08 mg/kg, a highest residue value of 0.32 mg/kg and a maximum residue level of 0.5 mg/kg for mint hay on a dry weight basis. The Meeting agreed to withdraw the previous recommendation (2 mg/kg) and to replace it with the recommendation for mint hay (0.5 mg/kg, dry weight).

### Residues in animal commodities

As mint hay is not considered to be a significant feed item, establishment of an MRL for mint hay would not significantly change the dietary exposure of animals. The Meeting therefore decided not to revise the previous MRL recommendations for animal commodities (edible offal, meat, milk) on the basis of the addition of mint hay (fresh and spent).

## 4.18   OXYDEMETON METHYL (166)

### RESIDUE AND ANALYTICAL ASPECTS

Oxydemeton methyl was evaluated for residues by the 1998 JMPR within the CCPR periodic review programme and then for residues and toxicology by the JMPR in 1999 and 2002, respectively.

At its Thirty-first Session, the CCPR asked the JMPR to clarify whether demeton-*S*-methyl and demeton-*S*-methylsulfon should remain in the residue definition of oxydemeton methyl, as it was believed that registration of these compounds would not be retained. At its Thirty-second Session, the CCPR withdrew the draft MRLs for several commodities, as there was no existing GAP for them. The Committee advanced the proposed draft MRLs to Step 5 and returned the draft MRLs to Step 6 because of intake concerns, which would be considered at its next session. The Committee requested detailed information on oxydemeton methyl. The Committee discussed the residue definition that had been confirmed by the 1999 JMPR. It stated that, as demeton-*S*-methyl was no longer supported and there was no GAP, its use should be prevented by removing this compound from the residue definition. It was pointed out, however, that demeton-*S*-methyl could not be distinguished from oxydemeton methyl in analysis and that it could be generated from oxydemeton methyl during analysis. As no agreement was reached, the Committee agreed as a compromise to maintain the present residue definition but to specify that the residue definition and MRLs apply only to residues resulting from use of oxydemeton methyl. Those conditions would be met by adding a note to the residue definition, reading: "The residue definition and MRLs are based on the use of oxydemeton methyl only."

At its Thirty-third Session, the CCPR noted a written comment from the European Commission stating a general reservation (lack of an acute RfD) and a specific reservation on the MRLs for grape, lemon and oranges, sweet, sour (acute risk) and decided to return the draft MRLs to Step 6. The CCPR decided to return all the MRLs to Step 6 until calculations of short-term intake had been obtained from the JMPR. The Committee was informed by the manufacturer that data would be submitted to the 2004 JMPR for a review of the residue definition.

The Meeting received new data on physical and chemical properties (partially updated), analytical methods, fate of residues in processing, plant metabolism (apple), residue data (apples, pears, grapes, cabbage, Brussels sprouts, cauliflower, field peas, potatoes, sugar-beet, fodder beet, wheat, barley, rape and sunflower), GAP and national MRLs.

### *Metabolism*

#### *Plants*

The metabolism of [ethylene-1-$^{14}$C]oxydemeton methyl in *apple* was investigated in the field. Apple trees were sprayed on two separate occasions about 4 months before harvest (pink bud stage, BBCH 57) and then about 3 months before harvest (flowers fading, BBCH 67). The formulated material was prepared at a nominal concentration of 1.4 g ai/l and applied at a nominal rate of 350 g ai/ha. Samples of fruit and leaves were taken for analysis 2 h after the first application (leaves only), 2 h after the second application (leaves only), about 60 days before harvest (first intermediate sample; fruit and leaves), about 30 days before harvest (second intermediate sample; fruit and leaves) and at harvest (fruit and leaves).

Analysis of fruit samples (flesh and peel) from the two intermediate samples showed the presence of oxydemeton methyl, but none was found at harvest. The two intermediate samples did, however, contain desmethyl-oxydemeton methyl sulfone (metabolite 7) and two polar materials (P2 and P3). In the first intermediate sample, polar radioactivity in the flesh accounted for 17% of the radioactivity in the fruit (0.2 mg/kg). In the second intermediate sample, polar radioactivity in the flesh had decreased to 10% of that in fruit (0.05 mg/kg), and by harvest no components were detected.

In the peel extracts, polar metabolites accounted for 3% of the radioactivity in the fruit (0.023 mg/kg) at the first intermediate sampling, and this had increased to 4% (0.026 mg/kg) by the second intermediate sampling. No components were detected at harvest.

The main metabolites detected at the first intermediate sampling time in both flesh and peel were oxydemeton methyl (26.6% fruit radioactivity, 0.245 mg/kg) and demeton-S-methylsulfone (2.9% fruit radioactivity, 0.026 mg/kg). In the second intermediate sample, oxydemeton methyl (1.7% fruit radioactivity, 0.012 mg/kg) and demeton-S-methylsulfone (0.2% fruit radioactivity, 0.001 mg/kg) were detected only in peel extracts. The main component detected in flesh extracts was an unidentified polar compound (14.1% radioactivity, 0.072 mg/kg). No components were detected at harvest in either flesh or peel extracts owing to the low levels of radioactivity in the extract samples (< 0.001 mg/kg). The results of this study do not change the conclusions reached in the 1998 evaluation.

## Environmental fate

### Soil

The aerobic degradation of oxydemeton methyl was studied in three soils for a maximum of 11 days under aerobic conditions in the dark at 20 °C. [ethylene-1-$^{14}$C]Oxydemeton methyl was applied at a nominal rate of 0.67 mg/kg dry soil, equivalent to the proposed single maximum annual use rate of 250 g ai/ha calculated for 2.5 cm depth of soil.

During the study, the total recovery of radioactivity in individual test vessels ranged from 90.8% to 100%, and the times to 50% and 90% decomposition ($DT_{50}$ and $DT_{90}$) in the three soils ranged from 0.17 to 0.22 and from 0.58 to 0.74 days, respectively. The results also indicate that the main metabolites were continuously degraded, that no metabolite accumulated towards the end of the study and that the bound residues participated in the natural carbon cycle of soil.

Analysis of soil extracts showed two major and one semi-major degradation product, representing 10% or more of the applied radioactivity at any time during the study. The concentration of the 2-ethylsulfinyl ethane sulfonic acid metabolite reached a maximum on day 1 and then declined gradually until day 11. Its concentration was below the LOQ towards the end of the study in soils with higher microbial activity. The 2-ethylsulfonyl ethane sulfonic acid metabolite is an oxidation product of 2-ethylsulfinyl ethane sulfonic acid, and its concentration reached a maximum on day 3 in all soils; it ranked highest, at 16.8% of the applied radioactivity. The level declined towards the end of the study in all soils, and in the most active soil to below the LOQ by day 11. Significant formation of bound residues occurred during overall metabolism of parent compound. The concentration of bound residues reached a maximum on day 11 at about 50% of the applied radioactivity. Soils showed high mineralization capacity, yielding values for $^{14}CO_2$ of > 30% by day 11. The results of study demonstrate that oxydemeton methyl is quickly degraded in aerobic soils.

### Water–sediment systems

The hydrolysis of oxydemeton methyl was studied in sterile 0.01 mol/l buffer solutions, which were adjusted to pH4, 7 or 9, for a maximum of 31 days in the dark at two temperatures. The experiment was carried out in compliance with good laboratory practice (GLP) and in accordance with guidelines of the US Environmental Protection Agency, the Society of Environmental Toxicology and Chemistry, the OECD and the European Commission. The test solutions were prepared with [ethylene-1-$^{14}$C]oxydemeton methyl at a concentration of about 5 mg/l. The pre-test solutions were incubated for 7 days under sterile conditions in the dark at 50 °C. The solutions at pH 4 and pH 7 in the main test were incubated for a maximum of 31 days under sterile conditions in the dark at 25 °C.

In the pre-test at 50 °C and in the main test at 25 °C, oxydemeton methyl was not stable at pH 4, 7 or 9, and considerable degradation occurred. Especially at higher pH values, the compound was thoroughly hydrolysed to desmethyl-oxydemeton methyl and 2-ethylsulfinyl-ethyl mercaptan by cleavage of the P–S

bound. Furthermore, 2-ethylsulfonyl ethane sulfonic acid was observed as an oxidized P–S cleavage product at low percentages (maximum of 2.2% of the applied radioactivity), although it was identified only tentatively.

By calculation from the data obtained at 50 °C, orienting $DT_{50}$ values (first order) for the hydrolysis of oxydemeton methyl were estimated to be 4.9, 3.5 and 0.2 days at pH 4, 7 and 9, respectively. Using the data obtained at 25 °C, the $DT_{50}$ values (first order) were estimated to be 91, 42 and 2.5 days at pH 4, 7 and 9, respectively. At 20 °C, the $DT_{50}$ values calculated from Arrhenius plots (1/T versus ln(k)) were 174, 73 and 4.5 days at pH 4, 7 and 9, respectively. The results indicate that hydrolytic processes contribute to the degradation of oxydemeton methyl in the environment.

The quantum yield from direct photodegradation of oxydemeton methyl in water was determined according to the European Centre for Ecotoxicilogy and Toxicology of Chemicals method in polychromatic light. The quantum yield calculated from the ultraviolet absorption data and the kinetics of photodegradation was 0.00078. The resulting quantum yield and data on ultraviolet absorption in aqueous solution were used to estimate the environmental half-life of oxydemeton methyl after direct photodegradation in water in two simulation models. The calculated half-lives were 112 days in summer and 274 days in winter at 30° latitude and 200 days in May) and 790 days in October at 50° latitude.

### Methods of analysis

A number of methods have been developed for the analysis of residues of oxydemeton methyl in various matrices, many of which were reviewed by the 1998 Meeting as part of the periodic review of this compound. The Meeting was provided with additional methods based on the same principle as those evaluated earlier, i.e. use of the oxidation process to produce demeton-*S*-methylsulfone as the analyte. The LOQs were 0.005 mg/kg for potato; 0.005–0.01 mg/kg for apples and grapes; 0.01 mg/kg for pear, Brussels sprouts, cauliflower, cabbage, corn, sunflower, rape-seed and rape (green plant material); 0.02 mg/kg for wheat grain and 0.05 mg/kg for wheat straw.

### Stability of residues in stored analytical samples

The stability of oxydemeton methyl in stored cabbage, maize, lettuce and papaya was evaluated by the 1998 JMPR, which concluded that data on the stability of stored analytical samples of raw agricultural commodities containing quantifiable residues of oxydemeton methyl were highly desirable. The available information was not representative of the various crop groups, did not cover extended storage intervals and suggested variable storage stability. The manufacture submitted new study data on the storage stability of oxydemeton methyl in several crops.

A study was conducted to determine the stability of oxydemeton methyl in spiked samples of stored apple, dried peas, potato and oil-seed rape (meal and oil at $-20$ °C). Samples for the study were obtained from a commercial source. The samples of apple and potato were prepared for use by fine chopping in an industrial food processor; the preparation of samples of dried peas was not recorded in the report. For each crop, 20 g of prepared sample were spiked with formulated oxydemeton methyl at a nominal concentration of 0.1, 1.0 or 10 mg/kg and placed in storage at $-20$ °C. Two samples of each were removed for analysis after 0, 3, 6, 12 and 24 months of storage. The analytical method was validated for each crop at each sampling time.

There was no substantial loss of residue during 24 months' storage from apple, potato or oil; however, the residues in dried peas and rape meal apparently decreased to half the initial values after 3 or 6 months of storage. The control samples (un-spiked samples) also showed residues of oxydemeton methyl, with $< 0.005$–0.022 mg/kg in apple, $< 0.005$–0.016 mg/kg in dried peas, $< 0.01$–0.016 mg/kg in potatoes, 0.013–0.03 mg/kg in rape meal and $< 0.005$–0.011 mg/kg in rape oil. The Meeting concluded that the data submitted on storage stability were insufficient or inadequate, and the former requirement was maintained.

120                               **Oxydemeton methyl**

*Definition of the residue*

The Meeting received the results of new studies of plant metabolism and supplementary information on the analytical method. The new data did not, however, provide a basis for changing the current residue definition. The Meeting confirmed its previous recommendation.

*Results of supervised trials on crops*

The results of supervised field trials on apples, pears, grapes, cabbage, Brussels sprouts, cauliflower, field peas, potatoes, sugar-beet, fodder beet, wheat, barley, rape and sunflower were submitted to the Meeting. The new data were evaluated against current GAPs, and highest residue levels were estimated for commodities evaluated by the 1998 JMPR, as the 1998 JMPR did not do so. When no residues were found in any sample in older trials in which the analytical methods used had higher LOQs than current methods, the Meeting decided to use only data from the newly submitted trials in order to avoid unnecessarily high maximum residue levels.

*Citrus fruit*

No data from new supervised trials were submitted. From 11 trials on *orange* and *lemon*, the 1998 JMPR estimated a maximum residue level of 0.2 mg/kg and an STMR of 0.01 mg/kg.

In the 1998 evaluations, the reported residues in pulp, in ranked order, were < 0.01 (seven), 0.01, 0.02 (two) and 0.04 mg/kg. The Meeting estimated a highest residue level of 0.04 mg/kg for orange and lemon.

*Pome fruit*

The results of 15 new supervised trials on apples and two on pears were submitted to the Meeting

One supervised trial on *apples* in northern France in 1998 involved higher doses than used in German GAP (0.13 kg ai/ha once, immediately after flowering). Nevertheless, the residue data could be used, since the residue levels were below the LOQ. Three supervised trials on apples in southern France in 1997 and 1998, three on apples in Italy in 1997 and 1998 and four on apples in Spain in 1997 and 1998 were conducted according to Italian GAP (0.023–0.028 kg ai/hl, 90-day PHI). As two of the four Spanish trials (conducted in 1997) were carried out in the same location under almost identical trial conditions, one residue level was taken from each. The residue levels of oxydemeton methyl in apples were < 0.01 (nine) and 0.01 mg/kg.

One supervised trial on *pears* in southern France in 1998 was conducted according to Italian GAP (0.023–0.028kg ai/hl, 90-day PHI), and one trial on pears in Germany in 1998 was conducted according to Austrian GAP (0.024 kg ai/hl once, up to 2 weeks after flowering). The residue level of oxydemeton methyl in pears was < 0.01 (two) mg/kg.

The 1998 JMPR evaluated 10 supervised trials on apples and pears and estimated a maximum residue level of 0.05 mg/kg and an STMR of 0.01 mg/kg for apple and pear, based on residue levels, in ranked order, of < 0.01 (seven), 0.03 and < 0.04 (two) mg/kg.

The Meeting confirmed that the residue levels found in the newly submitted trials did not exceed the formerly estimated maximum and highest residue values of 0.04 mg/kg for apple and pear in the 1998 JMPR evaluations.

*Grape*

Three new supervised trials from Germany were conducted within German GAP (0.027 kg ai/hl, up to fully developed inflorescence). The residue levels were < 0.01 (three).

The 1998 JMPR evaluated the results of five supervised trails and estimated a maximum residue level of 0.1 mg/kg and an STMR of 0.04 mg/kg.

**Oxydemeton methyl** 121

The Meeting confirmed that the residue levels found in the newly submitted trials did not exceed the formerly estimated maximum and highest residue values of 0.06 mg/kg for grapes in the 1998 JMPR evaluations. The residue levels, in ranked order, were < 0.04 (four) and 0.06 mg/kg.

*Brassica vegetables*

*Cabbage (head)*

The results of four new supervised trials were submitted to the Meeting.

Two supervised trials on red and white cabbage in northern France in 1996 and two supervised trials on Savoy cabbage in Germany were conducted according to German GAP (0.16 kg ai/ha (< 50 cm) once, 21-day PHI). The residue levels were < 0.01 (four) mg/kg.

The 1998 JMPR evaluated 16 supervised trials and estimated a maximum residue level of 0.05* mg/kg and an STMR of 0.03 mg/kg. The highest value of < 0.06 mg/kg was disregarded because of the high LOQ in the older trials (1976).

The Meeting confirmed that the residue levels in the submitted trials did not exceed the formerly estimated maximum and highest residue values of 0.05 mg/kg in the 1998 JMPR evaluations. The residue levels, in ranked order, were < 0.01 (six), 0.02, < 0.03 (three), < 0.04 and < 0.05 (four) mg/kg.

*Kale*

No data from new supervised trials were submitted to the Meeting. Four supervised trials were evaluated by the 1998 JMPR, which estimated a maximum residue level of 0.01* mg/kg and an STMR of 0.01 mg/kg.

On the basis of the reported residue level, < 0.01 (four) mg/kg, the Meeting estimated a highest residue level of 0.01mg/kg.

*Kohlrabi*

No data from new supervised trials were submitted to the Meeting. Four supervised trials were evaluated by the 1998 JMPR, which recommended a maximum residue level of 0.05 mg/kg and an STMR of 0.02 mg/kg. The reported residue levels, in ranked order, were < 0.01 (two), 0.03 and < 0.06 mg/kg. The highest value was disregarded because of the high LOQ associated with the older trials (1979).

The Meeting estimated a highest residue level of 0.05 mg/kg, at the same level as the maximum residue level recommended by the 1998 JMPR.

*Brussels sprouts*

Five supervised trials conducted in Germany in 1997 and 1998, two conducted in Belgium in 1997 and 1998, one conducted in the United Kingdom in 1998 and one conducted in northern France in 1998 were submitted to the Meeting; however, no comparable GAP was submitted. The Meeting could not therefore estimate a maximum residue level, an STMR or a highest residue level.

*Cauliflower*

The results of eight new supervised trials were submitted to the Meeting. Two trials in Germany in 1996 were conducted according to German GAP (0.16 kg ai/ha (< 50 cm) once, 21-day PHI) and also according to Belgian GAP (0.15 kg ai/ ha once, 28-day PHI).

Four supervised trials in southern France in 1996 and 1997 and one in the United Kingdom in 1996 were conducted according to German GAP. One of the trials in France in 1996 involved higher doses than in German GAP, but the residue data could be used for evaluation as the level was below the LOQ.

In all the trials the residue level was < 0.01 (eight) mg/kg. The Meeting estimated a maximum residue level of 0.01* mg/kg and STMR and highest residue values of 0.01 mg/kg for cauliflower.

*Field peas (dry)*

Data from two supervised trials on field peas were submitted to the Meeting, but no information on GAP was provided. The Meeting could therefore not estimate a maximum residue level, an STMR or a highest residue level.

*Potatoes*

The results of 20 supervised trials were submitted to the Meeting.

Two supervised trials in Germany in 1996 and one in the United Kingdom in 1996 were not matched by comparable GAP. Nine supervised trials in France in 1996 and 1998, one in Greece in 1998, three in Italy in 1997 and 1998 and four in Spain in 1997 and 1998 were conducted according to Greek GAP (0.05kg ai/hl three times, 28-day PHI). As two of four Spanish trials conducted in 1997 were carried out in the same location under similar trial conditions, one residue level was taken from each. The residue levels, in ranked order, were < 0.005 (five) and $\leq 0.01$ (11) mg/kg.

The 1998 JMPR evaluated the results of 16 supervised trials and estimated a maximum residue level of 0.05* mg/kg and an STMR of 0.02 mg/kg. The reported residue levels, in ranked order, were < 0.01 (seven), < 0.02 (nine) and < 0.05 (two) mg/kg.

The Meeting decided to use the data from the newly submitted trials and estimated a maximum residue level of 0.01*mg/kg and STMR and highest residue values of 0.01 mg/kg to replace the former recommendations.

*Sugar-beet (root)*

The results of seven supervised trials on sugar-beet and two on fodder beet were submitted to the Meeting.

Three supervised trials on sugar-beet in Spain in 1997 and 1998 and four in Italy in 1997 and 1998 involved higher doses than in Spanish GAP (0.025 kg ai/hl, 30-day PHI) or Italian GAP (0.023–0.028 kg ai/hl, 30-day PHI); however, the residue data could be used for evaluation as all the levels in leaf and root were below the LOQ. As two of the three Spanish trials were conducted at the same location under the same trial conditions, one residue level was taken from each.

Two supervised trials on fodder beet in southern France in 1998 involved higher doses than in Spanish GAP (0.025 kg ai/hl, 30-day PHI), but the residue data could be used for evaluation as all the levels in leaf and root were below the LOQ. Six trials on sugar-beet and two on fodder beet could be evaluated together, as all the residue levels were $\leq 0.01$ (eight) mg/kg.

The 1998 JMPR evaluated seven supervised trials on sugar-beet and two on fodder beet in Germany, and estimated a maximum residue level of 0.05* mg/kg and an STMR of 0.04 mg/kg. The reported residue levels, in ranked order, were < 0.01 (four) and < 0.04 (five) mg/kg.

The Meeting decided to use the data from the newly submitted trials and estimated a maximum residue level of 0.01*mg/kg and an STMR of 0.01 mg/kg, to replace the former recommendations.

*Wheat, barley and rye*

Eleven supervised trials on wheat and two on barley were submitted to the Meeting.

Four supervised trials on wheat in Italy in 1997 and 1998, six in southern France in 1997 and 1998 and one in Spain in 1998 involved higher doses than in Italian GAP (0.023–0.028 kg ai/hl, 30-day PHI), but the data on residues on wheat grain could be used for evaluation as all the levels were below the LOQ. The residue levels, in ranked order, were < 0.01 (six) and < 0.02 (five) mg/kg.

**Oxydemeton methyl**                                         123

Two supervised trials on barley in southern France in 1997 and 1998 involved slightly higher doses than in the Italian GAP for wheat. The Meeting concluded that this GAP could be applied to trials on barley, as the two crops are cultivated similarly. The residue levels were < 0.01 (two) mg/kg.

The 1998 JMPR evaluated seven supervised trials on wheat and three on barley and estimated a maximum residue level of 0.05* mg/kg and an STMR of 0.04 mg/kg. The reported residue levels, in ranked order, were < 0.04 (seven) and < 0.05 (three) mg/kg.

The Meeting decided to use the data from the newly submitted trials to estimate the maximum residue level. The combined residue levels, in ranked order, were ≤ 0.01 (eight) and < 0.02 (five) mg/kg. The Meeting estimated a maximum residue level of 0.02*mg/kg and an STMR of 0.01 mg/kg, to replace the former recommendations.

*Rape-seed*

One supervised trial on rape was submitted to the Meeting; however, no information on GAP was provided. The Meeting could therefore not estimate a maximum residue level, an STMR or a highest residue level.

*Sunflower seed*

Six supervised trial data on sunflower were submitted to the Meeting; however, no information on GAP was provided. The Meeting could therefore not estimate a maximum residue level, an STMR or a highest residue level.

*Sugar-beet (tops)*

The residue levels in the leaves of sugar-beets and fodder beets treated according to GAP, in ranked order, were ≤ 0.01 (five) and < 0.04 (three) mg/kg. The Meeting estimated a maximum residue level of 0.05 mg/kg, an STMR of 0.01 mg/kg and a highest residue level of 0.04 mg/kg, to replace the former recommendations.

*Wheat, barley and rye straw and fodder*

The residue levels in straw and fodder from wheat and barley, in ranked order, were ≤ 0.04 (eight), < 0.05 (three) and 0.06 mg/kg. The Meeting estimated a maximum residue level of 0.1 mg/kg, an STMR of 0.04 mg/kg and a highest residue level of 0.06 mg/kg, to replace the former recommendations.

**Fate of residues during processing**

The results of studies on residues in processed peas were provided to the Meeting. The samples were fortified with diluted oxydemeton methyl formulation by soaking because the levels of residue in samples produced under GAP conditions were expected to be too low. The reported processing factors were 0.034 for processed marrowfat peas (canning), 0.024 for vining peas (canning), 0.43 for vining peas (freezing) and 0.43 for vining peas (freezing and domestic cooking).

**Residues in animal commodities**

The 1998 JMPR, estimated the dietary burden of farm animals and concluded that quantifiable residues of demeton-*S*-methyl, oxydemeton methyl or demeton-*S*-methylsulfone are unlikely to occur in commodities of animal origin (meat, milk, poultry and egg). Therefore, MRLs could be set at the practical LOQ of 0.05* mg/kg for all commodities except milk and at 0.01* mg/kg for milk. The current Meeting did not recommend the addition of further feed items or an increase in the recommended residue levels. It therefore confirmed the previous maximum residue levels and STMRs for commodities of animal origin and

estimated a highest residue level of 0 mg/kg for cattle fat, eggs, meat of cattle, pigs and sheep, pig fat, poultry fats, poultry meat and sheep fat.

### *Further work or information*

*Desirable*

Data on the stability of stored analytical samples of raw agricultural commodities containing quantifiable residues of oxydemeton methyl are highly desirable, as the information provided was not representative of the various crop groups, did not cover extended storage and suggested variable storage stability.

## DIETARY RISK ASSESSMENT

### *Long-term intake*

STMR or STMR-P values were estimated by the 1998 JMPR and by the present Meeting for 27 commodities. When data on consumption were available, these values were used in the estimates of dietary intake.

The dietary intake from the five GEMS/Food regional diets, on the basis of the STMR values, represented 3–30% of ADI (Annex 3). The Meeting concluded that the intake of residues of oxydemeton methyl resulting from uses that have been considered by the JMPR is unlikely to present a public health concern.

### *Short-term intake*

The IESTI for oxydemeton methyl was calculated for the commodities for which maximum residue levels, STMR values and highest residue levels were established and for which data on consumption (of large portions and unit weight) were available. The results are shown in Annex 4.

The ARfD for oxydemeton methyl is 0.002 mg/kg bw. The IESTI represented 0–220% of the ARfD for children and 0–90% of that for the general population. For children, 100% of the ARfD was exceeded in apple (130%), cabbage (120%), grape (220%) and orange (120%).

The Meeting concluded that the short-term intake of residues of oxydemeton methyl from uses on commodities other than apples, cabbages, grapes and oranges that have been considered by the JMPR is unlikely to present a public health concern.

### 4.19  PARAQUAT (057)

## RESIDUE AND ANALYTICAL ASPECTS

Paraquat, a non-selective contact herbicide, was first evaluated by the JMPR for toxicology and residues in 1970. Subsequently, it was reviewed for toxicology in 1972, 1976, 1982, 1985 and 1986 and for residues in 1972, 1976, 1978 and 1981. The Meeting reviewed paraquat toxicologically within the periodic review programme in 2003 and established an ADI of 0–0.005 mg/kg bw and an ARfD of 0.006 mg/kg bw as

paraquat cation. Currently, there are 22 Codex MRLs for plant commodities, their derived products and animal commodities.

The CCPR at its Thirty-second Session identified paraquat as a priority for periodic review by the 2002 JMPR, but residue evaluation was postponed to the present Meeting.

Paraquat is usually available in the form of paraquat dichloride or paraquat bis(methylsulfate). The Meeting received data on metabolism, environmental fate, analytical methods, storage stability, supervised field trials, processing and use patterns.

## Metabolism

### Animals

The WHO Expert Group of the 2003 JMPR reviewed studies on the the excretion balance of paraquat in *rats* given a single dose of 1 or 50 mg/kg bw [1,1′-¹⁴C-dimethyl]paraquat dichloride or 14 daily doses of 1 mg/kg bw unlabelled paraquat dichloride followed by 1 mg/kg bw of the labelled compound. They also evaluated studies of the biotransformation of paraquat in rats given the same doses of radiolabelled paraquat and other studies of metabolism and toxicity in rats. They concluded that orally administered paraquat is not well absorbed. Excretion was rapid, with 60–70% in faeces and 10–20% in urine; 90% was excreted within 72 h. Paraquat was eliminated largely unchanged: 90–95% of radiolabelled paraquat in urine was identified as the parent compound.

When 23 mg/kg [1,1′-¹⁴C-dimethyl]paraquat dichloride were administered through a rumen fistula to one *sheep*, all the administered radiolabel was excreted within 10 days in urine (4%) and faeces (96%), indicating that residues of orally administered paraquat would not remain or accumulate in sheep tissues. Most of the radiolabel in urine and faeces was attributed to unchanged paraquat and 2–3% to paraquat monopyridone. Less than 1% 4-carboxy-1-methylpyridinium ion, paraquat dipyridone and monoquat were found.

When 0.92 mg/kg [1,1′-¹⁴C-dimethyl]paraquat dichloride was administered subcutaneously to a sheep, paraquat was again excreted rapidly. Over 80% of the administered radioactivity was excreted in urine, 69% 1 day after treatment. Unchanged paraquat accounted for most of the radiolabel. The monopyridone was present at 2–3% and monoquat as a trace metabolite. The excretion patterns in the two sheep were virtually identical, regardless of the route of administration.

A *pig* weighing about 40 kg was fed twice daily with a diet containing [1,1′-¹⁴C-dimethyl]paraquat ion at a rate equivalent to 50 mg/kg for 7 days. At sacrifice, 69% of the administered radiolabel had been excreted in faeces and 3.4% in urine; 13% was present in the stomach contents and viscera. All the radiolabel found in tissues, except in liver, was attributed to paraquat. About 70% of the radiolabel in the liver was identified as paraquat, with 7% as monoquat ion and about 0.6% as monopyridone ion. This result indicates that there is no significant metabolism of paraquat in pigs.

In a similar study, a pig was fed a diet containing [2,2′,6,6′-¹⁴C]paraquat ion at a rate equivalent to 50 mg/kg for 7 days. At sacrifice, 72.5% of the administered radiolabel had been excreted in faeces and 2.8% in urine. In the liver, about 70% of the radiolabel was identified as paraquat and 4% as monoquat ion.

A Fresian *cow* weighing 475 kg given a single dose of about 8 mg/kg [1,1′-¹⁴C-dimethyl]paraquat dichloride from a balling gun excreted 95.6% of the administered radioactivity in faeces within 9 days; 89% was excreted within the first 3 days. Analysis indicated that 97–99% of the radioactivity in 1–4-day faeces and 100% of that in 5–6-day faeces co-chromatographed with paraquat. A total of 0.7% of the administered dose was excreted in urine, 80% of which was excreted within the first 2 days. Paraquat accounted for 90% of the radiolabel in urine on day 1, 70% on day 3 and 62% on day 5. The remaining activity was attributed to paraquat monopyridone and monoquat. Only 0.0032% of the administered radiolabel was recovered from milk within 9 days. The traces of radioactivity in milk (a maximum of 0.005 mg/l as paraquat ion equivalent

milk taken in the morning of day 2) were attributed mainly to paraquat and its monopyridone and to a naturally occurring compound which appeared to be lactose. The residue level of any one compound in milk was ≤ 0.002 mg/kg.

When a lactating *goat* was dosed with [2,2´,6,6´-$^{14}$C]paraquat dichloride twice daily at each milking for 7 days at a total daily rate equivalent to approximately 100 mg/kg in the diet, 50.3% of the administered radioactivity was excreted in faeces, 2.4% in urine and 33.2% in stomach contents by the time of sacrifice. The total radioactivity, expressed in paraquat ion equivalents, in milk increased during the experimental period, reaching a maximum of 0.0092 mg/kg (equivalent to 0.003% of the daily dose) 4 h before slaughter. Of this radioactivity, 75.7% was attributed to paraquat, and 15.8% did not show a cationic character. There appeared to be no significant metabolism of paraquat in any tissue, except liver and peritoneal fat, where about half the radiolabel was attributed to paraquat, < 5% as monopyridone ion and 5% as monoquat ion.

Warren laying *hens* given [2,2´,6,6´-$^{14}$C]paraquat ion in gelatin capsules at a rate equivalent to 30 mg/kg normal diet for 10 days had excreted 99% of the administered radiolabel in faeces at the time of sacrifice; 96.6% of the radiolabel was attributed to unchanged paraquat. The amount of radiolabel in egg albumen did not exceed 0.0014 mg/kg in paraquat ion equivalents throughout the experimental period, while that in the yolk was < 0.001 mg/kg on day 1 and increased gradually to 0.18 mg/kg (in one bird) on day 8. All the radiolabel in yolk was identified as paraquat.

The studies on the fate of orally administered paraquat show that most is excreted unchanged, mainly in faeces and to a much smaller extent in urine. Excretion of paraquat was rapid in all the species studied, hens showing the most efficient excretion. Little paraquat was absorbed from the gastrointestinal tract, and the small amount absorbed was not significantly metabolized. Less than 0.05 mg/kg of paraquat was found in muscle, milk and eggs, even at the high dose rates used in these studies. These findings indicate that no significant bioaccumulation of paraquat is expected to occur in these species.

The metabolism of paraquat in these species was similar. Four metabolites were identified: monoquat, paraquat monopyridone, 4-carboxy-1-methylpyridinium ion and paraquat dipyridone. In all tissues except liver of all the species tested and in goat peritoneal fat, 80–100% of the total radiolabel was attributable to the parent compound, paraquat. In liver and goat peritoneal fat, 50–80% of the radiolabel was associated with paraquat, and absorbed paraquat was metabolized to monoquat and paraquat monopyridone and to a much smaller extent to 4-carboxy-1-methylpyridinium ion. The metabolism of paraquat involves oxygenation of one pyridine ring to form paraquat monopyridone and desmethylation of one pyridine ring to form monoquat. Cleavage of the pyridine–pyridine linkage produces 4-carboxy-1-methylpyridinium ion. The other *N*-methylpyridine moiety would produce carbon dioxide and methylamine.

*Plants*

When paraquat is used as a directed spray before sowing, before planting, before emergence and after emergence, it is present in soil as residues, but no direct contact occurs with crops. Sandy loam soil in pots in which *lettuce* and *carrots* were sown was sprayed with [U-$^{14}$C-bipyridyl]paraquat ion immediately after sowing at rates equivalent to 14.3 kg ai/ha for lettuce and 14.7 kg ai/ha for carrots, which are 13 times the highest current application rates for those crops, and maintained in a greenhouse. The radiolabel in mature lettuce and carrots harvested 65 and 96 days after treatment represented 0.0034 and 0.0048 mg/kg in paraquat ion equivalents, respectively. This result confirms the lack of significant translocation of residues of paraquat from treated soil to lettuce leaves or carrot roots.

Paraquat is also used as a crop desiccant and harvest aid, when it is in direct contact with crops. The foliage of *potatoes* and *soya beans* growing in pots in a greenhouse was treated with $^{14}$C-paraquat at rates equivalent to 8.7 or 8.8 kg ai/ha (potato) and 8.2 kg ai/ha (soya beans), 14–16 times the highest current use for desiccation on potato and soya beans. The average TRR, expressed in paraquat ion equivalents, in soya and potato plants harvested 4 days after treatment were 638 mg/kg in soya foliage, 0.747 mg/kg in soya beans and 0.082 mg/kg in potato tuber. In all the samples, 89–94% of the TRR was identified as paraquat. The rest of the radioactive residue consisted of two or three fractions, none of which exceeded 10% of the respective

TRR. In soya foliage extracts, small amounts of 4-carboxy-1-methylpyridinium ion (0.3% TRR) and monoquat (0.3 % TRR) were found. The latter is a known photodegradation product of paraquat.

As paraquat is strongly adsorbed by soil (see above), its uptake by plants after pre-emergence or post-emergence directed use is insignificant, even at exaggerated application rates. When paraquat was applied as a desiccant to potato and soya bean at a rate > 10 times the highest recommended application rate, with a 4-day PHI, the main component in potato tuber, soya beans and soya foliage was paraquat. In soya foliage, monoquat and 4-carboxy-1-methylpyridinium ion were also found. Although the latter is a known photodegradation product and was not found in soya beans or potato tuber, biotransformation cannot be excluded because the TRR was too low for reliable identification. As the fate of paraquat in soya foliage appears to involve photodegradation, its fate is considered to be common among plants.

The metabolism of paraquat involves desmethylation of one pyridine ring to form monoquat. 4-Carboxy-1-methylpyridinium ion appears to be produced by photolysis of monoquat, with breakdown of the pyridine–pyridine linkage, but involvement of biotransformation cannot be excluded. Paraquat monopyridone and dipyridone, which are found in animals, were not found in plants even at much higher than normal application rates. The transformation of paraquat in plants is similar to its metabolism in animals.

### *Environmental fate*

*Soil*

Paraquat was applied to slurries of loam, loamy sand, silty clay loam or coarse sand in 0.01 mol/l aqueous calcium chloride at rates higher than normal, to give 0.01 mg/l in the equilibrium solution after a 16-h equilibration. The calculated adsorption coefficients ranged from 480 in the coarse sand to 50 000 in the loam. At normal application rates, the concentration of paraquat in the equilibrium solution could not be determined (< 0.0075 mg/l). No significant desorption was observed.

A field survey of 242 agricultural soils in Denmark, Germany, Greece, Italy, The Netherlands and the United Kingdom showed that paraquat was strongly adsorbed to all the soil types studied. The adsorption coefficients calculated at application rates much higher than normal ranged from 980 to 400 000, and those adjusted for the organic carbon content of soil were 8400–40 000 000. Adsorption coefficients could not be calculated at normal application rates because the concentration in equilibrium solution was below the limit of determination (0.01 mg/l). On the McCall scale, paraquat was classified as 'immobile' in all these soils, without leaching.

$[2,6-^{14}C]$Paraquat was applied to sandy loam soil in pots at a nominal rate of 1.05 kg/ha and incubated in the dark at $20 \pm 2$ °C under aerobic conditions in order to study the aerobic degradation of paraquat. After 180 days of incubation, paraquat accounted for > 93% of the applied radiocarbon, with no detected degradation products. Less than 0.1% of the applied radioactivity evolved as $^{14}CO_2$ over the 180-day incubation period. The half-life of paraquat in soil under aerobic conditions could not be estimated, although a long half-life in soil was implied by the results of the study.

In long-term field dissipation studies conducted on cropped plots in Australia, Malaysia, The Netherlands, Thailand, the United Kingdom and the USA, the location had no major effect on the field dissipation rate. Generally, paraquat residue levels had declined to about 50% 10–20 years after the start of the studies. This implies a $DT_{50}$ of 10–20 years after application of single, large doses of paraquat to soil. The $DT_{90}$ could not be estimated in these studies, however, as the experimental periods were too short.

Conventional laboratory studies could not provide useful information on the route or rate of degradation of paraquat in soil because of its strong adsorption to soil minerals and organic matter. In order to obtain information, microbiological degradation studies were conducted with microorganisms isolated from soil. The most effective soil organism for decomposing paraquat was a yeast species, *Lipomyces starkeyi*. When incubated with radiolabelled paraquat, the yeast culture or cultures originating from two sandy loam soils decomposed most of the paraquat, released $CO_2$ and formed oxalic acid at 24–25 °C.

An unidentified bacterium isolated from soil metabolized [1,1'-$^{14}$C]paraquat to monoquat and 4-carboxy-1-methylpyridinium ion. Extracts of *Achromobacter* D were found to produce $CO_2$, methylamine, succinate and formate as metabolites of 4-carboxy-1-methylpyridinium ion. The results showed that the $CO_2$ originated from a carboxyl group, methylamine from the *N*-methyl group and the carbon skeletons of formate and succinate from the C-2 and C-3–C-6 atoms of the pyridine ring, respectively. These results indicate that the pyridine ring is split between C-2 and C-3.

The degradation rate of paraquat in soil was determined by cultivating 10 mg/kg [U-$^{14}$C-dipyridyl]paraquat with *Lipomyces* and mixed cultures derived from two soils. The degradation of paraquat was rapid, with a $DT_{50}$ between 0.02 and 1.3 days after a lag phase of about 2 days, accompanied by rapid mineralization to $CO_2$ and the formation of several unidentified minor polar metabolites.

The photolysis of [2,2',6,6'-$^{14}$C]-paraquat was studied by applying it to the surface of a highly sandy soil which was exposed to natural sunlight. The proportion of paraquat in samples declined during 85 weeks, at which time paraquat represented 86.6–89.5% of the total radiolabel found in unmixed and mixed soil samples. Thin-layer chromatographic analysis of the 6 mol/l HCl extracts of mixed and unmixed soils contained monoquat ion, paraquat monopyridone ion and an uncharacterized compound, which accounted for 1.4–2.4%, 1.2–1.3% and 1.8–2.4%, respectively, of the total radioactivity after 85 weeks. Photodegradation on the soil surface is not considered to be a major environmental degradation process for paraquat.

*Water–sediment systems*

Aqueous photolysis of paraquat was examined by maintaining ring-labelled paraquat in sterilized 0.01 mol/l phosphate buffer solution (28 mg/l) at 25 °C under light. After 36 days of irradiation simulating summer sunlight in Florida (USA), most of the recovered radioactivity was attributed to paraquat, with 0.13% as $CO_2$ and no photodegradation products. When solutions of radiolabelled paraquat were exposed to unfiltered ultraviolet light, no paraquat remained after 3 days, with formation of $CO_2$, methylamine and 4-carboxy-1-methylpyridinium ion; the last metabolite further degraded to $CO_2$ and methylamine. These results indicate that, while paraquat appears to be stable to photolysis at pH 7, it readily degrades into $CO_2$ and methylamine when exposed to unfiltered ultraviolet light.

[U-$^{14}$C-dipyridyl]Paraquat in deionized water was applied to the water surface of two continuously aerated sediment–water systems at a rate equivalent to 1.1 kg ai/ha. Paraquat was strongly adsorbed to the sediment in both systems, even immediately after treatment. After 100 days of incubation, 0.1–0.2% of the applied radioactivity was found in the aqueous phase, 92.9–94.9% in extracts from sediment fractions and 4.2–4.5% in unextracted sediment fractions. Most of the radiolabel recovered from the aqueous phase and sediment extract was attributed to paraquat, while no degradation products were detected. The $DT_{50}$ or the $DT_{90}$ could not be estimated as no significant degradation of paraquat was observed during the experimental period.

*Residues in succeeding crops*

Seeds of wheat, lettuce and carrot were sown into individual pots containing a sandy loam soil 0, 30, 120 and 360 days after treatment of the soil with [2,2',6,6'-$^{14}$C]paraquat at an application rate equivalent to 1.05 kg ai/ha, and were maintained in a glasshouse until maturity. Over the course of the study, the TRR in soil represented an average of 99.2% of the applied radioactivity. $^{14}$C-Paraquat accounted for 72.7–99.3% of the TRR in soil extracts and no other radioactive compounds were detected in any soil sample. Radioactive residues, expressed in paraquat ion equivalents per kilogram, were below the LOQ in most crop samples sown 0, 30 and 120 days after treatment. The highest radioactive residue level, 0.009 mg/kg in paraquat ion equivalents, was found in wheat straw sown 30 days after treatment.

Seeds of lettuce and carrot were sown in pots containing sandy loam soil, and the soil was treated immediately afterwards with [U-$^{14}$C-dipyridyl]paraquat at exaggerated rates of 14.3 and 14.7 kg/ha respectively, corresponding to approximately 13 times the highest current application rate. The lettuce was harvested 65 days after treatment and the carrots 96 days after treatment. The levels of radioactive residues in

lettuce leaf and carrot root at harvest were 0.0034 and 0.0048 mg/kg in paraquat ion equivalents, respectively. There is therefore no significant uptake of paraquat into rotational crops, even when the soil is treated at exaggerated rates.

### Methods of analysis

With the long history of registration of paraquat in many countries, many analytical methods have been developed and used for measuring residues in plant and animal commodities. All the methods provided to the Meeting were for analysis of paraquat only. Some analytical methods allow separate determination of paraquat and diquat in a sample.

### Samples of plant origin

Six analytical methods for the determination of paraquat in plant commodities and oil and oil cake were submitted.

Three of the methods involve extraction of paraquat by refluxing homogenized or comminuted samples in 0.5 mol/l sulfuric acid for 5 h; filtration, cation-exchange chromatography from which paraquat is eluted with saturated ammonium chloride, conversion of paraquat to its coloured free radical with 0.2% (w/v) sodium dithionite in 0.3 mol/l NaOH and spectrophotometric measurement. The methods differ only in the spectrophotometric measures used: absorption of the free radical in the range 360–430 nm measured against a control solution or absorption in the range of 380–430 nm measured in second derivative mode against a paraquat standard.

In the most recent method, the eluate from cation-exchange chromatography is further cleaned up on a C18 SepPak solid phase extraction cartridge, and the second 5-ml eluate is analysed by reverse-phase ion-pair HPLC with ultraviolet detection at 258 nm.

Two other methods developed for the determination of paraquat in liquid samples, such as oil, also involve second derivative spectrophotometry (360–430 nm), but they do not involve extraction with sulfuric acid. Reverse-phase ion-pair HPLC is also used as the confirmatory method.

All these methods were validated in one or several laboratories for vegetables and fruits, cereal grains and seed, grass and straw, sugar-cane juice, oil seeds, oil and oil cake. The LOQ of these methods ranged from 0.01 to 0.05 mg/kg, except for oil cake, for which the LOQ was 0.5 mg/kg. The mean procedural recoveries were 61–107% at fortification rates reflecting both the LOQ and the actual levels of incurred residues. In general, lower recoveries were made from oil and oil cake. The mean recovery from rape-seed oil cake and olive oil was 67% and that from coffee beans was 61%; those from other commodities were > 70%. The relative standard deviation of recoveries ranged from 2% to 19%.

### Samples of animal origin

Three analytical methods for the determination of paraquat in animal products were submitted.

Two methods, including the most recent, for determining paraquat in milk, eggs and animal tissues involve extraction of paraquat by homogenizing samples in 10% trichloroacetic acid, centrifugation, dilution with water, application to a cation-exchange column, sequential washing, elution of paraquat with saturated ammonium chloride, determination by reverse-phase ion-pair HPLC with ultraviolet detection at 258 nm. Fat in milk, skin with subcutaneous fat and fat samples must be removed by hexane extraction before cation exchange.

A method for analysing liquid samples, including milk, does not involve acid extraction or defatting, and milk is mixed directly with cation exchange resin before packing. Otherwise, this method is the same as those described above.

The LOQs were reported to be 0.005 mg/kg for milk, eggs and bovine, ovine and chicken tissues. The mean procedural recoveries were 75–105%, with a relative standard deviation of 2–13%.

The currently used methods for plant and animal samples were found to be suitable for quantification of paraquat in plant and animal commodities for enforcement purposes. The methods are fully validated and include confirmatory techniques. The earlier methods for quantification of paraquat in plant and animal samples were also found to be suitable in validation; however, a mean recovery < 70% was seen for rape-seed cake, olive oil and coffee beans analysed by one of the methods.

*Stability of residues in stored analytical samples*

Investigations were reported of the stability of residues in ground samples of prunes, banana, cabbage, potato, carrot, tomato, maize (grain, forage, fodder and silage), wheat grain, coffee beans, birdsfoot trefoil (forage and hay), meat, milk and eggs stored in a deep freezer at a temperature $<-15$ °C for 1–4 years.

No decrease in residue levels of paraquat, whether fortified or incurred, was observed in any of the crop matrices during the test period, the longest being 46 months. The exception was a slight decrease in birdsfoot trefoil forage that had been treated at a rate equivalent to 0.54 kg ai/ha and contained incurred residues at 57 mg/kg.

No decrease in the levels of residues of paraquat in animal commodity matrices over time was observed under storage for up to 28 months. The test matrices represented a diverse selection of animal tissues, and the studies demonstrate the stability of paraquat under various storage conditions.

*Definition of the residue*

Paraquat is usually available as the dichloride salt or the bis(methylsulfate) salt but is determined as paraquat ion in analysis. Paraquat is known to adsorb strongly to soil, and most of the small amount incorporated into plant remains as paraquat (90%). Its metabolites were not found when paraquat was applied at normal rates. When it was applied post-emergence, most of the applied compound remained, with minimal amounts of photodegradation products, indicating the involvement of photolysis in the transformation of paraquat. The residue of concern in plants is paraquat ion.

In studies of metabolism in rats, cattle, goats, pigs and hens, the metabolic pathway was similar, producing minor levels of oxidized metabolites. The metabolic pathways in animals and plants are similar. In animals, the residue of concern is also paraquat ion.

The definition of the residue in all countries that provided national MRLs to the Meeting was paraquat ion.

All the identified metabolites have been covered by toxicological evaluations, owing either to their occurrence in rats or in independent studies. The ADI recommended by the JMPR is for paraquat cation.

The Meeting therefore agreed that the definition of residues for plant and animal commodities should be: Paraquat cation (for both compliance with MRLs and estimation of dietary intake).

*Results of supervised trials on crops*

When used for weed control, paraquat is not sprayed directly onto crops and is strongly adsorbed to soil. Therefore, little paraquat is expected to be found in harvested crops. After pre-emergence application, no residues were expected to be detected in the harvested crops, although some samples contained residues. After use as a harvest aid desiccant, however, paraquat is in direct contact with crops, and the residue levels tend to be much higher than when it is used for weed control.

The Meeting agreed that data from trials of pre-plant and pre-emergence application should be evaluated against any GAP available to the Meeting, regardless of the country or region; while data on trials of post-emergence application and harvest aid desiccation should be evaluated against GAP of the country in which the trials were conducted or of a neighbouring country.

As degradation of paraquat on the surface of crops appears to involve photolysis, residue levels are expected to be similar in all crops, justifying estimation of group MRLs for paraquat.

For estimating STMR from the results of two or more sets of trials with different LOQs in which no residues exceeding the LOQs are reported, the lowest LOQ should be used, as stated in the 2002 *FAO Manual*, unless the residue level can be assumed to be essentially zero. The size of the trial database supporting the lowest LOQ was taken into account in making decisions in these cases.

Since maximum residue levels were estimated for a number of vegetable groups in which the levels were below the LOQ, the Meeting decided to withdraw the previous recommendation for vegetables (except as otherwise listed) of 0.05 * mg/kg.

In Germany, information is required on the possible contamination of fruits that have fallen onto ground treated with pesticides. Therefore, tests were carried out on apples, stone fruits, grapes and olives to simulate the residue situation in fruit used for juice and other processed products. Nevertheless, direct consumption of fruit picked up from the ground is regarded as inappropriate.

*Citrus fruit*

Numerous supervised residue trials have been carried out over several seasons and in several locations on orange in Italy and in California and Florida, USA, and on lime, lemon and grapefruit in Florida.

Paraquat is registered for the control of weeds around the base of citrus fruit trees at a maximum rate of 1 kg ai/ha as an inter-row spray, with no PHI, in Italy and at a maximum rate of 1.14 kg ai/ha as a directed spray, with no PHI, in the USA. The residue levels of paraquat in whole mature *oranges* in trials in Italy and the USA were below the LOQs of 0.01, 0.02 or 0.05 mg/kg, even when paraquat was applied at twice or 30 times the maximum application rate, except in two trials. In one trial with an application rate of 2.44 kg ai/ha, mature fruit from one plot contained paraquat residues at a level of 0.01 mg/kg. In a trial with an application rate of 1.12 kg ai/ha, residue levels of 0.06 and 0.08 mg/kg were found in whole fruit. In this trial, however, the lower fruit-bearing branches were deliberately sprayed, the fruit fell onto sprayed weeds, and they were picked up from the ground within 3 days of spraying for analysis. Even though this represents the worst-case scenario, it does not reflect GAP in any country and is therefore inappropriate for use in estimating a maximum residue level. The residue levels in whole mature oranges in valid trials were, in ranked order: < 0.01 (15), 0.01, < 0.02 (two) and < 0.05 mg/kg (one).

In one trial in the USA, both juice and pulp were analysed for paraquat residues. Although the levels were below the LOQ of 0.01 mg/kg, the procedural recovery was too low for the results to be regarded as reliable.

In trials in the USA on *grapefruit*, *lemon* and *lime* in 1970 and 1972, with application rates reflecting GAP in the USA, the paraquat residue levels were < 0.01 (one) and < 0.05 mg/kg (three).

As the residue situation in oranges and other citrus fruits is similar and GAP is recommended for citrus fruits as a group in Italy and the USA, the Meeting considered it appropriate to establish a group maximum residue level for citrus fruits. The combined residue levels, in ranked order, were: < 0.01 (16), 0.01, < 0.02 (two) and < 0.05 (four) mg/kg. The Meeting estimated a maximum residue level of 0.02 mg/kg, an STMR of 0.01 mg/kg and a highest residue level of 0.02 mg/kg for paraquat in citrus fruits. The value of 0.02 mg/kg covers only the finite residue level found at 0.01 mg/kg.

*Pome fruit*

Trials were carried out on apples in Canada, Germany and the United Kingdom and on pears in Canada and Germany.

Paraquat is registered for use to control weeds around the base of pome fruit trees at a maximum rate of 0.66 kg ai/ha with one application and no PHI in the United Kingdom and at a maximum rate of 1.14 kg ai/ha with no PHI in the USA. No information on GAP was available for Canada or Germany, but the results

of trials conducted in those countries were reviewed against the GAP of the USA and United Kingdom, respectively.

Trials on *apple* were conducted at rates of 1.12–4.48 kg ai/ha, and in one trial in the United Kingdom at a highly exaggerated rate of 12.3 kg ai/ha, about 20 times the maximum rate permitted in that country. In the latter trial, paraquat was applied directly to the bark of the trees to simulate worst-case conditions. In some cases, two applications were made, in the same or subsequent years. Apples were harvested 0–780 days after the last application. In trials on *pear*, paraquat was applied at rates of 1.0–4.48 kg ai/ha once or twice, and pears were harvested 0–77 days after the last application. Paraquat residue levels were below the LOQ of 0.01 mg/kg in all apples and pears taken from trees, even after treatment at rates as high as 20 times the maximum GAP rate.

In the trials in Germany, apples and pears taken from the trees were placed on the ground 6–7 days after application and collected about 7 days later for analysis. Residue levels of paraquat of 0.02–0.19 mg/kg were found in the apples, which could be attributed to the transfer of paraquat from the sprayed weed. The Meeting concluded that these data are not appropriate for use in estimating a maximum residue level.

As the residue situations in apples and pears are similar, and GAP is recommended for pome fruits or orchard fruits as a whole in all the countries that provided information on GAP, the Meeting considered it appropriate to establish a group maximum residue level for pome fruits. As the paraquat residue levels in all the valid trials were below the LOQ, even after application at exaggerated rates, the Meeting estimated a maximum residue level for pome fruits of 0.01* mg/kg, an STMR of 0 mg/kg and a highest residue level of 0 mg/kg.

*Stone fruit*

Trials were carried out on peaches, plums, apricots and cherries in Canada, Germany, the United Kingdom and the USA.

Paraquat is registered for use to control weeds around the base of stone fruit trees at a maximum rate of 0.66 kg ai/ha, with one application and no PHI for stone fruits in the United Kingdom and at a maximum rate of 1.14 kg ai/ha, with three applications and a 28-day PHI for stone fruits other than peaches in the USA; the PHI for use on peach trees in the USA is 14 days. No information on GAP was available from Canada or Germany, and the results of trials conducted in those countries were reviewed against the GAP of the USA and the United Kingdom, respectively.

The application rates in the supervised trials ranged from 0.22 to 4.48 kg ai/ha, applied to the base of the fruit trees up to three times in a season; the fruit was harvested from the trees 0–103 days after the last application. No residues of paraquat above the LOQ of 0.01 or 0.05 mg/kg were found in fruit harvested directly from the trees in any trial, even after spraying three times at a rate four times the maximum permitted rate. In most of the US trials, paraquat was applied one or two times instead of the maximum of three, but because of the higher application rates, the total amount applied was higher than the maximum allowed by GAP.

In trials on plums in the United Kingdom, paraquat was applied directly to suckers at rates of 0.22–1.34 kg ai/ha. No residues were found above the LOQ of 0.01 mg/kg in fruit harvested 21 or 55 days later.

In the trials in Germany, fruit were placed on sprayed weeds and collected for analysis about 1 week later. Small amounts of paraquat residues were found (0.02 and 0.04 mg/kg on peach, < 0.01 mg/kg on plum and 0.07 mg/kg on cherry) in the fruit samples, due to transfer from the sprayed weeds. As stone fruit intended for juice production is usually grown in orchards in which herbicides are rarely used, these data were not used for estimating a maximum residue level.

As the residue situations in stone fruits are similar and GAP is recommended for stone fruits or similar GAPs are established for peach and stone fruits excluding peach, the Meeting considered it appropriate to establish a group maximum residue level for stone fruits. As the paraquat residue levels were

below the LOQ, even when applied at exaggerated rates and the methods of analysis in most of the trials had a LOQ of 0.01 mg/kg, the Meeting estimated a maximum residue level for stone fruits of 0.01* mg/kg and STMR and highest residue values of 0 mg/kg.

*Berries and small fruit*

### Grape

Trials on residues in grapes have been conducted in Canada, Japan, Switzerland and the USA at rates of 0.3–4.4 kg ai/ha applied one to five times. Grapes were harvested from the vines at maturity 0–196 days after the last application. Four trials were conducted in Germany in which paraquat was applied between the rows of established vines at a rate of 1.0 kg ai/ha and grapes were sampled from the vines 0–14 days after application.

Paraquat is registered for weed control around grape vines at a maximum rate of 0.72 kg ai/ha, with five applications and a 30-day PHI in Japan and a maximum rate of 1.14 kg ai/ha, with the number of applications and the PHI unspecified in the USA. No information on GAP was available from Canada, Germany or Switzerland, but the results of trials in Canada were reviewed against US GAP.

In all trials in Canada, Japan and the USA reviewed against respective GAP, grapes obtained directly from the vine did not contain paraquat residues at levels above the LOQ of 0.01 or 0.02 mg/kg, even when applied at five times the recommended rate or with a shorter PHI.

In the German trials, bunches of grapes were also placed on the sprayed weed a few days after application and collected 7 days later for analysis. Small amounts of paraquat residues (0.04, 0.07, 0.09, 0.10, 0.13 and 0.17 mg/kg) were found in the grapes due to transfer from the sprayed weeds. When the fruits were sampled directly from the vine, the levels of residues were always below the LOQ of 0.01 mg/kg (six trials), which supports the results of the trials conducted in Canada, Japan and the USA.

The residue levels of paraquat in grapes in the trials that met the respective GAP or were conducted at higher rates were: < 0.01 (16), < 0.02 (three) and < 0.05 (two) mg/kg.

### Cane fruit

Trials on residues were conducted in Canada on red and blackcurrants, blueberries, loganberries, gooseberries and raspberries at rates of application of paraquat of 0.56–2.24 kg ai/ha. Paraquat was applied once and the fruit was harvested 20–111 days after application.

GAP for cane fruit in the USA is a maximum rate of 1.14 kg ai/ha, with the number of applications and PHI unspecified.

Even at double the application rate, cane fruit did not contain paraquat residues at levels above the LOQ of 0.01 mg/kg. The residue levels in 25 trials following GAP or conducted at higher rates were < 0.01 mg/kg.

### Strawberry

Supervised trials were conducted in France, Germany and the United Kingdom in which paraquat was used to control runners of strawberry plants at rates of 0.42–1.32 kg ai/ha once or twice. Berries were harvested 47–226 days after the last application. Three trials in Germany were conducted in plastic greenhouses.

GAP in the United Kingdom for strawberries is a maximum rate of 0.66 kg ai/ha, with one application and PHI unspecified.

The residue levels of paraquat in strawberries in trials following GAP or conducted at higher application rates were < 0.01 (six) and < 0.05 mg/kg.

134                                   **Paraquat**

As the samples analysed in all the trials except that in which grapes were kept and taken from the ground did not contain paraquat residues at levels above the LOQs and the application rate in the respective GAP is similar, the Meeting decided to propose a group maximum residue level for small fruits and berries. The residue levels in these fruits, in ranked order, were: $\leq 0.01$ (47), < 0.02 (three) and < 0.05 mg/kg (three). The Meeting, considering that use of modern analytical methods would enable lower LOQs, agreed to disregard residue levels of < 0.05 mg/kg and < 0.02 mg/kg and estimated a maximum residue level of 0.01* mg/kg and STMR and highest residue values of 0 mg/kg.

*Olive*

Trials on residues in olives have been carried out in Greece, Italy, Spain and the USA (California).

Paraquat is registered for controlling weeds around the base of olive trees at a maximum rate of 1 kg ai/ha, with the number of applications unspecified and a 40-day PHI in Italy and at a maximum rate of 1.14 kg ai/ha, with four applications and a 13-day PHI in the USA. The results of trials conducted in Greece and Spain were reviewed against GAP in Italy.

In trials in Italy, paraquat was applied at rates of 0.54–1.8 kg ai/ha to the base of trees, and olives were harvested from the ground or trees 7–21 days after application. Although the delay was shorter than the recommended PHI of 40 days, the residue levels in the olives were < 0.05 and < 0.1 (two) mg/kg, indicating that at a PHI of 40 days the levels are likely to be < 0.1 mg/kg. No residues (< 0.05 mg/kg) of paraquat were detected in the oil from these fruits.

In one trial in the USA, paraquat was applied four times at an exaggerated rate (5.6 kg ai/ha; 22.4 kg/ha total) and the fruit was harvested from the trees 13 days later for analysis. The residue levels of paraquat were below the LOQ of 0.05 mg/kg, as were the levels in oil and cake prepared from the olives.

In six trials in Spain, olives were harvested from the ground 0, 1 and 7 days after application of paraquat at 0.60 kg ai/ha, simulating the worse-case scenario of collecting olives intended for oil production. In these trials, the application rate was 60% of the maximum allowed in Italy, but the olive fruit were harvested much earlier than the PHI of 40 days. The residue levels in whole fruit were 0.64–10 mg/kg, indicating that there had been transfer of paraquat from the sprayed weeds to the olives. In all the oil produced from these samples, however, the maximum residue levels of paraquat were 0.06 mg/kg, indicating that paraquat is not extracted into oil, as might be expected from its chemical nature.

In other trials in Spain, mature olives were sprayed directly on the ground with paraquat at rates of 0.36–1.3 kg/ha, and the fruit was analysed 3–17 days after application. The residue levels of paraquat in the olives were 0.08–4.4 mg/kg. Residues of paraquat did not transfer to extracted oil, and washing appeared to reduce the levels on the fruit.

In one trial in Greece, mature olives were sprayed directly with paraquat at a rate of 1.0 kg ai/ha to simulate direct spraying on fallen fruit in collection nets during weed control. No residues were found at levels above the LOQ (0.05 mg/kg) in oil extracted from treated fruit harvested 5 days after application.

Olives for oil production are often harvested from the ground and paraquat used for weed control may occasionally be applied directly to the fallen fruit on the ground. The whole fruit will contain some paraquat residue, either through transfer from treated vegetation or through direct spraying. Although the olives may contain relatively high levels of paraquat, no transfer of paraquat to oil occurs. This practice is not in compliance with GAP for olives.

The residue levels in olives taken directly from trees were: < 0.05 and < 0.10 mg/kg (two). In another trial, the level was < 0.05 mg/kg in olives taken from ground that had not been directly sprayed. The residue levels in one US trial conducted at five times the usual rate were below the LOQ of 0.05 mg/kg, indicating that when paraquat is applied in accordance with GAP no residues are expected to occur in olive fruit. The Meeting estimated a maximum residue level of 0.1 mg/kg to replace the previous recommendation

for olive at 1 mg/kg. The Meeting also estimated an STMR of 0.05 mg/kg and a highest residue level of 0.1 mg/kg.

*Assorted tropical fruits minus inedible peel*

Trials on residues were carried out on *passion fruit* in Hawaii, USA, at an application rate of 1.12–4.48 kg ai/ha, to control weeds. Fruit was harvested 1–28 days after application. GAP in the USA for use on passion fruit is a maximum rate of 1.05 kg ai/ha, with an unspecified number of applications and PHI. The residue level in whole fruit in a trial complying with the maximum GAP was 0.13 mg/kg. After application at a rate higher than the maximum GAP, residue levels of up to 0.19 mg/kg were found in whole fruit. The levels in the edible pulp of all passion fruits analysed in the trials, regardless of PHI, ranged from < 0.01 to 0.02 mg/kg at 1.12 kg ai/ha and from < 0.01 to 0.06 mg/kg at higher rates. Higher levels were found in peel than in the edible portion.

Trials on residues were carried out on *kiwifruit* in California, USA, at an application rate of 0.56–2.24 kg ai/ha, three times, to control weeds. Fruit was harvested 7–14 days after the last application. The US GAP for kiwifruit is a maximum rate of 1.14 kg ai/ha, with the number of applications unspecified and a 14-day PHI. The residue level in kiwifruit in one trial conducted in accordance with the maximum US GAP was < 0.01 mg/kg. Even at a higher application rate or a shorter PHI, the levels were below the LOQ of 0.01 mg/kg.

Trials on *guava* were carried out in two locations in Hawaii, USA, with three different application rates of 1.12–4.48 kg ai/ha at each location. Fruit was harvested 1–28 days after application. The US GAP for guava is identical to that for passion fruit. The residue levels of paraquat in all edible pulp and peel analysed were below the LOQ of 0.01 mg/kg at the maximum GAP rate and at rates up to four times the maximum GAP. No residue was found at levels above the LOQ of 0.01 or 0.02 mg/kg in juice, discarded skin or seed obtained from guava treated at 1.12 or 4.48 kg/ha with a 6-day PHI. Although no information was available on residues in whole fruit, levels above the LOQ were not expected in whole fruit in view of the residue situation in pulp, peel and other fractions.

Trials were carried out on *banana* in Honduras, with three applications of paraquat at 1.4 kg ai/ha or a single application at double this rate, to control weeds in established plantations. Fruit was harvested 0–90 days after the last application. As no information was available on GAP in Honduras, the data were reviewed against GAP of the USA (maximum rate of 1.14 kg ai/ha). The residue levels of paraquat in flesh (0- and 3-day PHI) and whole fruit (≥ 7-day PHI) were below the LOQ (0.01 mg/kg) in three trials, except in skin from fruit harvested immediately after application.

Except in the trials on passion fruit, the residue levels in tropical fruits in 10 trials conducted according to the respective GAP were all below the LOQ (< 0.01 mg/kg). The Meeting estimated a maximum residue level for paraquat in assorted tropical fruits with inedible peel, excluding passion fruit, of 0.01* mg/kg. The Meeting decided to withdraw the previous recommendation for passion fruit.

The residue levels in edible portions of these fruit were below the LOQ: < 0.01 (11) mg/kg. The Meeting estimated STMR and highest residue values for paraquat in assorted tropical fruits minus inedible peel, excluding passion fruit, of 0.01mg/kg.

*Bulb vegetables*

Trials on residues were conducted on *onion* in Canada, Germany and the United Kingdom in the 1960s. Paraquat is registered in the USA for pre-plant or pre-emergence application to onion in a limited number of states at a maximum rate of 1.14 kg ai/ha, with one application and a 60-day PHI (200 days in California). Uses on bulb vegetables are not included in the label in the United Kingdom.

In one Canadian trial at twice the GAP rate and with a shorter PHI (36 days), the residue levels were below the LOQ of 0.01 mg/kg. In another Canadian trial at an application rate of 1.12 mg/kg, the levels were also < 0.01 mg/kg, but the PHI was 143 days.

Trials were conducted in Germany for post-emergence directed application and for harvest aid uses, but there was no related GAP.

In one trial conducted in the United Kingdom of pre-emergence application on spring onion, the residue level was 0.02 mg/kg, but the application rate was > 30% higher than the maximum rate allowed in the USA. A further trial on spring onion involved directed post-emergence application, for which no information on GAP was available.

The Meeting concluded that there were insufficient data to recommend a maximum residue level for paraquat in onion bulb or bulb vegetables.

*Brassica vegetables*

Residue trials were carried out on *broccoli* in Canada; *Brussels sprouts* in The Netherlands (harvest aid); *cabbage* in Canada, Japan, Spain and the USA; and *cauliflower* in Canada. Paraquat was applied once or twice at 0.67–2.2 kg ai/ha for inter-row weed control, and the crop was harvested 5–52 days after the last application.

Paraquat is registered for use in the cultivation of *Brassica* vegetables during seed-bed preparation as a pre-plant or pre-emergence treatment, or applied as a post-emergence directed or guarded spray for inter-row weed control. GAP in Japan is a maximum rate of 0.36 kg ai/ha, with three applications and a 30-day PHI, for broccoli, cabbage, cauliflower and Chinese cabbage as pre-plant inter-row applications. GAP in the USA is a maximum rate of 1.14 kg ai/ha, with the number of applications and PHI unspecified, for *Brassica* vegetables as pre-plant, pre-emergence treatment.

In trials conducted on broccoli, cabbage and cauliflower in Canada, the residue levels were below the LOQ of 0.01 mg/kg, even when applied at double the rate. The exception was one trial in Canada in which cabbage harvested 51 days after treatment at twice the rate contained a residue level of 0.06 mg/kg. The residue levels were < 0.01 (two) and 0.06 mg/kg.

In two trials conducted on cabbage in Japan, the residue levels were below the LOQ of 0.03 mg/kg even after application at a higher rate of 0.96 kg ai/ha and a shorter PHI of 5 days. At a highly exaggerated rate of 19.2 kg ai/ha but with only one application and a longer PHI of 52 days, the residue levels were also < 0.03 mg/kg.

No information was available on GAP that would allow evaluation of trials conducted in Spain.

Trials on Chinese cabbage were conducted in the USA in which paraquat was applied once as pre-emergence treatment at 1.05 kg ai/ha, followed by three post-emergence directed applications at 0.56 kg ai/ha. The residue levels were < 0.05 and 0.07 mg/kg. The US label allows only pre-plant and pre-emergence applications.

Trials on Brussels sprouts in The Netherlands involved a direct harvest aid application to the vegetable. In these trials, the unwashed vegetable contained a residue level of 7.3 mg/kg after 31 days, while washed vegetable had a reduced level of 1.6 after 31 days. Harvest aid desiccation was not, however, included in the labels provided to the Meeting.

The residue levels in these crops in trials that followed GAP and in trials that showed residue levels below the LOQ were, in ranked order: < 0.01 (two), ≤ 0.03 (two) and 0.06 mg/kg. The Meeting concluded that there were insufficient data for estimating a maximum residue level for *Brassica* vegetables.

*Fruiting vegetables*

Numerous residue trials were carried out on tomatoes in Canada and the USA, on cucumbers, melons and summer squash in the USA and on peppers in Canada and the USA.

Paraquat is registered in the USA for use on tomatoes for pre-plant or pre-emergence application at a maximum rate of 1.14 kg ai/ha, with an unspecified number of applications and a 30-day PHI; on tomatoes

for post-emergence directed spray at a maximum rate of 0.55 kg ai/ha, with an unspecified number of applications and a 30-day PHI; on peppers by directed spray application at a maximum rate of 0.55 kg ai/ha, with three applications and no PHI; and on other fruiting vegetables for pre-plant or pre-emergence application at a maximum rate of 1.14 kg ai/ha, with unspecified number of applications and PHI.

The trials in Canada on *tomatoes* were for pre-emergence or pre-planting weed control, in which paraquat was used at a low rate of 0.11 kg ai/ha. Trials on tomatoes in the USA involved post-emergence directed application at 0.56–2.24 kg/ha and an exaggerated single high pre-emergence application at a rate of 11.2 kg ai/ha or pre-emergence application of 1.12 kg ai/ha followed by three inter-row directed applications at 2.8 kg ai/ha. Although samples were harvested 21 days after treatment, 30% shorter than the PHI in US GAP of 30 days, the residue levels in tomatoes were below the LOQ of 0.01 mg/kg after application at 0.56 kg ai/ha for post-emergence directed application, except in one trial in which levels up to 0.04 mg/kg were found. After application at exaggerated rates, the residue levels were still below the LOQ of 0.005 or 0.01 mg/kg or at a maximum of 0.02 mg/kg.

The residue levels in trials following GAP or conducted at higher application rates were, in ranked order: < 0.005 (two), < 0.01 (seven) and 0.04 mg/kg.

The trials on *sweet peppers* were for use of paraquat in inter-row weed control at 0.56–2.2 kg ai/ha. The residue levels in trials at maximum GAP were < 0.01 and 0.01 mg/kg. The levels after exaggerated application rates were either below the LOQ of 0.01 mg/kg, 0.03 mg/kg (once at 1.12 kg ai/ha pre- emergence and four times at 1.12 or 2.24 kg ai/ha post-emergence applications) or 0.02 mg/kg (one trial).

The Meeting considered it appropriate to evaluate residues in tomato and peppers together for estimating the maximum residue level for fruiting vegetables, other than cucurbits. The combined levels were: < 0.005 (two), < 0.01 (eight), 0.01 and 0.04 mg/kg. The Meeting estimated a maximum residue level for fruiting vegetables, other than cucurbits, of 0.05 mg/kg, an STMR of 0.01 mg/kg and a highest residue level of 0.04 mg/kg.

In trials on *cucumbers*, *melons* and *summer squash* in California (USA), paraquat was applied at 1.12 kg ai/ha pre-emergence, followed by three inter-row applications at 0.56 kg ai/ha. While US GAP allows pre-emergence application at a maximum of 1.12 kg ai/ha, the residue levels of paraquat in all 12 trials were below the LOQ of 0.025 mg/kg. The Meeting estimated a maximum residue level for cucurbits of 0.02 mg/kg and STMR and highest residue values of 0 mg/kg.

*Leafy vegetables*

Trials for residues were conducted on lettuce in Canada, Germany, Spain, the United Kingdom and the USA, on kale in France, Italy and the United Kingdom and on turnip greens in the USA.

Paraquat is registered for pre-emergence application on collard and lettuce in the USA at a maximum rate of 1.14 kg ai/ha, with the number of applications and PHI unspecified. Uses on leafy vegetables are not included on labels in Italy or the United Kingdom.

Trials on residues were conducted on *lettuce* in Canada, Germany, Spain, the United Kingdom and the USA at application rates of 0.42–2.24 kg/ha; lettuce was sampled 0–147 days after application. In trials conducted in Canada and the USA following US GAP, the residue levels in untrimmed head or bunch were 0.01, 0.04 and 0.05 mg/kg.

The results of trials in the United Kingdom were evaluated against US GAP, as the uses were similar in trials in the two countries. The residue levels in unwashed lettuce head in trials following US GAP were < 0.01, 0.01 and 0.02 mg/kg.

Residue levels up to 1.4 mg/kg were found in German trials on lettuce harvested immediately after one or two applications of paraquat for post-emergence inter-row weed control. The residues were believed to have derived from spray drift onto the outer leaves. In most of these trials, the whole lettuce head was analysed without removal of outer wrapper leaves that were yellow and withered. The residue levels had

138                                      **Paraquat**

declined to close to the LOQ (< 0.01 mg/kg) by 21 days after harvest. The results of trials in Germany and Spain could not be evaluated as no information on GAP in Europe was available.

Residue trials on *kale* were carried out in France, Italy and the United Kingdom at rates of 1.0–2.24 kg/ha, and kale was sampled 0–147 days after application. As no information was available on GAP in Europe, these data were not evaluated.

Six trials on *turnip greens* were carried out in the USA at a rate of 1.12 kg/ha, with sampling 55–128 days after application. The levels of paraquat residue were < 0.025 (three), 0.03, 0.04 and 0.05 mg/kg.

As the US GAPs for collard and lettuce are identical and the residue situations for these crops were similar, the Meeting considered it appropriate to combine the results for estimating a maximum residue level for leafy vegetables. The combined residue results, in ranked order were: < 0.01, 0.01 (two), 0.02, < 0.025 (three), 0.03, 0.04 (two) and 0.05 (two) mg/kg. The Meeting estimated a maximum residue level for paraquat in leafy vegetables of 0.07 mg/kg, an STMR of 0.025 mg/kg and a highest residue level of 0.05 mg/kg.

*Legume vegetables and pulses*

Residue trials were conducted on beans (with pod and dry) in Canada, Germany, Italy, The Netherlands and Spain, on broad beans in Spain, on peas in Australia, Canada and the USA, and on soya beans in Brazil and the USA.

Paraquat is registered for weed control and harvest aid on legume vegetables and pulses in Australia, Brazil and the USA as follows:

| Country | Maximum rate (kg ai/ha) | No. of applications | PHI (days) | Crop | Type of application |
|---|---|---|---|---|---|
| Australia | 0.2 | | 14 | Chickpea | Over-the-top spray |
| | 0.2 | | 14 | Field pea | Over-the-top spray |
| | 0.43 | | | Soya bean | Pre-plant |
| Brazil | 0.6 | 1 | 7 | Soya bean | Pre-plant |
| | 0.5 | 1 | 7 | Soya bean | Desiccation |
| USA | 1.14 | | — | Beans (lima, snap) | Pre-plant, pre-emergence |
| | 1.14 | | — | Pea | Pre-plant, pre-emergence |
| | 0.55 | 2 | 7 | Pulses | Harvest aid |
| | 1.14 | | — | Soya bean | Pre-plant or pre-emergence |
| | | | | | Should not exceed 1.9 l per season |
| | 0.14 | 2 | — | Soya bean | Post-emgence directed spray |
| | | | | | Second and final application 7–14 days later if needed |
| | 0.28 | | 15 | Soya bean | Harvest aid |

Uses on legumes and pulses were not included in the European labels provided to the current Meeting.

Residue trials were carried out on *dry beans* (genus *Phaseolus*) in Germany, Italy, The Netherlands and Spain, in which paraquat was used for pre-emergence weed control at single application of 0.56 or 2.24 kg ai/ha or post-emergence directed inter-row weeding at rates of 0.28–1.12 kg ai/ha. In trials in Europe, young pods were harvested 0–7 days after treatment and analysed. The residue levels in beans in pods were < 0.05–0.10 mg/kg (five trials). As no related GAP was available, these results were not used in estimating a

maximum residue level. The Meeting concluded that there were insufficient data to estimate a maximum residue level for legume vegetables.

The residue levels of paraquat in dry beans in Canadian trials after pre-emergence application following GAP were < 0.01 (two), < 0.05 and 0.07 mg/kg.

Residue trials were conducted on *broad beans* in Spain after post-emergence directed spray. The residue levels in seeds harvested on the day of application were < 0.05 mg/kg (two); however, no information was available on related GAP.

Residue trials were carried out on *peas* in Canada and the United Kingdom with paraquat used for pre-emergence weed control at single applications or post-emergence directed inter-row weeding at rates of 0.14–1.68 kg ai/ha and harvesting 55–152 days after application. The residue levels of paraquat in seeds were below the LOQ of 0.01 or 0.05 mg/kg in trials with post-emergence application; however, no GAP was available for post-emergence application on peas.

Paraquat was applied at 0.20 or 1.12 kg ai/ha to field peas and chick peas as a harvest aid desiccant in Australia and the USA, with samples taken 1–38 days after application. The resulting residues of paraquat in seed in trials following GAP were found at levels of: 0.05, 0.15, 0.23, 0.25, 0.31 and 0.41 mg/kg.

A number of trials were conducted on *soya beans* in Brazil between 1981 and 1983 with a harvest aid desiccation application of paraquat at 0.25–0.80 kg/ha and sampling 2–21 days after application. The residue levels of paraquat in seed in trials following GAP in Brazil were: < 0.02, 0.03 (two), < 0.05 (two), 0.07, 0.08, 0.09, 0.10, 0.11 (two), 0.13, 0.16 (two) and 0.28 (three) mg/kg.

In trials conducted in the USA with pre-emergence application with or without a post-emergence directed application at 0.14–1.4 kg/ha, the residue levels of paraquat in soya beans harvested 3–147 days after the last application in trials following GAP were < 0.025 (nine) and 0.03 mg/kg.

Other trials were conduced in the USA on harvest aid desiccation application at 0.28 or 0.56 kg/ha and sampling 6–36 days after application. The residue levels of paraquat in seeds in trials following GAP were: < 0.01, 0.02 (four), 0.03 (two), 0.04 (two), 0.05, 0.06, 0.07, 0.08 (two), 0.09, 0.12 and 0.13 mg/kg. The hulls of treated soya beans contained higher residues than seeds.

The results of these trials clearly indicate that the levels of residues arising from harvest desiccant uses are higher than those from pre-emergence or post-emergence application.

The Meeting considered it appropriate to combine the results of trials on field peas and chick peas in Australia and on soya beans in Brazil and the USA in which paraquat was used as a harvest aid desiccant to estimate a group maximum residue level for pulses. The combined residue levels in seeds were, in ranked order: < 0.01 (two), < 0.02, 0.02 (four), 0.03 (four), 0.04 (two), < 0.05 (two), 0.05 (two), 0.06, 0.07 (two), 0.08 (three), 0.09 (two), 0.10, 0.11 (two), 0.12, 0.13 (two), 0.15, 0.16 (two), 0.23, 0.25, 0.28 (three), 0.31 and 0.41 mg/kg. The Meeting estimated a maximum residue level of 0.5 mg/kg to replace the previous recommendation for soya bean and an STMR of 0.08 mg/kg and a highest residue level for pulses of 0.41 mg/kg.

*Root and tuber vegetables*

Paraquat is registered for use at a maximum rate of 0.36 kg ai/ha with three applications and a 30-day PHI in Japan for pre-plant, inter-row application on carrot and in the USA at a maximum rate of 1.14 kg ai/ha for pre-emergence treatment of root and tuber vegetables excluding potatoes.

Two residue trials carried out on *beetroot* in Canada and the United Kingdom for pre-emergence application in compliance with US GAP resulted in residue levels of < 0.01 and 0.03 mg/kg.

Residue trials were conducted in the United Kingdom on beetroot and *sugar-beet* in which paraquat was used pre-sowing or pre-emergence at 1.68 kg ai/ha, followed by two directed inter-row applications at

**Paraquat**

2.24 kg ai/ha after crop emergence. No information was available, however, on GAP for post-emergence application from Europe.

In trials conducted in four states of the USA with pre-emergence application at 1.12 kg ai/ha, the residue levels in sugar-beet roots harvested 136–178 days after application were < 0.05 mg/kg (six) after a single pre-emergence application at 1.12 kg ai/ha. After application at an exaggerated rate of 5.6 kg ai/ha, the residue levels in unwashed root were < 0.05 mg/kg.

Residue trials on *carrots* with use of paraquat for pre-emergence or inter-row weed control have been carried out in Canada, Japan, Germany and the United Kingdom. The residue levels of paraquat in carrot in the Japanese trials after both pre-emergence and inter-row applications were all below the LOQ of 0.03 mg/kg, despite a shorter PHI or use of a highly exaggerated rate of 19.2 kg ai/ha. The residue levels in carrot in four trials following GAP or conducted at higher rates or shorter PHI were < 0.03 mg/kg. In Canadian trials, the residue levels were below the LOQ of 0.01 mg/kg, even in one trial in which the rate was doubled and the PHI shorter.

As no information was available on GAP in Europe, the data from German trials with post-emergence application were not considered in estimating the maximum residue level.

Residue trials were carried out on *parsnips* and *swedes* in the United Kingdom and on *turnips* in Canada and United Kingdom with use of paraquat for pre-emergence weed control (Canada) or pre-emergence followed by inter-row weed control (United Kingdom). The rates of application were 0.56–2.24 kg ai/ha. Turnip, swede and parsnip roots were harvested 49–122 days after application. The residue levels of paraquat in turnips in two Canadian trials that followed US GAP were < 0.01 mg/kg. No information on GAP was available for post-emergence application in Europe.

One trial was conducted in France on *black salsify*, in which paraquat was applied as an inter-row treatment at 0.5 and 0.8 kg ai/ha. There were no residues (< 0.02 mg/kg) in salsify roots harvested 8 and 80 days after treatment; however, no information on GAP was available.

The combined residue levels in beetroot, sugar-beet, carrots and turnips were, in ranked order: < 0.01 (four), < 0.03 (four), 0.03 (two) and < 0.05 (six) mg/kg.

*Potato*

Trials were carried out on potatoes in Canada, Germany, the United Kingdom and the USA for pre-emergence, post-emergence and harvest aid applications of paraquat.

Paraquat is registered in the United Kingdom for pre-emergence use at a maximum rate of 0.66 kg ai/ha with one application. It is registered in the USA for pre-plant and pre-emergence broadcast application at a maximum rate of 0.55 kg ai/ha and for broadcast application for pre-harvest vine killing and weed dessication at a maximum rate of 0.42 kg ai/ha with a 3-day PHI. The latter application is restricted to fresh market produce, with a restriction of 2.3 l/ha per season; split applications must be applied a minimum of 5 days apart.

Trials were carried out in Germany with post-emergence directed application. The residue levels were below the LOQ of 0.01 mg/kg.

Several residue trials were carried out in Canada and the USA in which paraquat was applied for weed control by pre-emergence or post-crop emergence application at a rate of 0.20–1.12 kg ai/ha. The residue levels in the tubers in trials following US GAP were < 0.01 (eight) and 0.02 mg/kg. At double the application rate, the residue levels were below the LOQ of 0.01 mg/kg.

Trials were also carried out on harvest aid desiccant use in Canada, the United Kingdom and the USA. The US label allows use of paraquat for vine killing and weed desiccation at a maximum of 0.42 kg ai/ha, with a PHI of 3 days, but in these trials rates equivalent to or higher than twice the maximum rate or a much longer PHI were used. Harvest aid use is not included in the United Kingdom label.

Paraquat                                                                    141

The residue levels in trials of pre- and post-emergence application were < 0.01 (eight) and 0.02 mg/kg. The levels in trials with double the application rate in the USA and in trials conducted in Germany were all below the LOQ.

The Meeting decided to combine the results from trials on beetroot, sugar-beet, carrot, turnip and potato. The combined residue levels, in ranked order, were: < 0.01 (12), 0.02, < 0.03 (four), 0.03 (two) and < 0.05 (six) mg/kg. The Meeting estimated a maximum residue level of 0.05 mg/kg, an STMR of 0.02 mg/kg and a highest residue level of 0.05 mg/kg for root and tuber vegetables. The maximum residue level replaces the previous recommendation for potato.

*Stem vegetables*

Residue trials have been carried out on asparagus, celery and globe artichokes in Canada and the USA with use of paraquat for post-emergence directed inter-row weeding at rates of 1.12–3.25 kg ai/ha in a single application. Three applications of 1.12 or 1.35 kg/ha on artichokes were also tested.

Paraquat is registered in the USA for *asparagus* at a maximum rate of 1.14 kg ai/ha for pre-plant and pre-emergence broadcast or banded over-row application and at the same maximum rate with a 6-day PHI for asparagus more than 2 years old by broadcast or banded over-row application. The residue levels were < 0.02 (two) and < 0.05 mg/kg.

Although trials were conducted on *celery* in Canada and on *artichoke* in the USA, no information on GAP for these crops was available. The Meeting concluded that the data were insufficient for estimating a maximum residue level for asparagus.

*Cereal grains*

*Maize*

Residue trials were conducted on maize in Canada, Italy, the United Kingdom and the USA with pre- and post-emergence applications and harvest aid uses.

Paraquat is registered for use in the USA at a maximum rate of 1.14 kg ai/ha for pre-plant or pre-emergence broadcast of banded over-row applications and at a maximum rate of 0.55 kg ai/ha for post-emergence directed spray. Residue trials were conducted with use of paraquat for pre-emergence weed control or for post-emergence directed spray in Canada and the USA at rates of 0.28–1.12 kg ai/ha.

In a series of trials in the USA in 1987, one pre-emergence application at 1.12 kg ai/ha and two post-emergence applications at 0.31 kg ai/ha were made. Although the post-emergence application rate was not as high as the maximum rate, the pre-emergence application rate was the maximum allowed for pre-emergence application. The Meeting considered that these trials were conducted in accordance with US GAP. The residue levels in trials in Canada and the USA conducted in accordance with US GAP were: < 0.01 (eight) and < 0.025 mg/kg (16). In trials with higher application rates (up to four times), the residue levels were below the LOQ. The levels in maize cobs were also below the LOQ of 0.01 mg/kg (two trials).

In two residue trials in Italy, paraquat was applied pre-emergence at 0.92 kg ai/ha. The residue levels in cob were < 0.05 mg/kg; however, no analysis of kernels or grain was reported.

Trials were conducted in South Africa and the United Kingdom with post-emergence application; however, owing to the lack of relevant GAP for South Africa and the fact that post-emergence application is not included on the label in the United Kingdom, the results of these trials could not be evaluated by the Meeting.

Several trials were conducted in the USA on use of paraquat as a harvest aid desiccator at rates of 0.56–1.12 kg/ha. This use is not included in US GAP, although it is allowed in Argentina, Brazil and Uruguay.

**Paraquat**

On the basis of the residue levels in maize grain in trials with paraquat applied pre- or post-emergence in Canada and the USA, < 0.01 (eight) and < 0.025 mg/kg (16), the Meeting estimated a maximum residue level of 0.03 mg/kg to replace the previous recommendation for maize and STMR and highest residue values of 0.025 mg/kg.

*Sorghum*

A number of residue trials were conducted in the USA, where paraquat is registered for use on sorghum at a maximum rate of 1.14 kg ai/ha, with a PHI of 48 days for grain and 20 days for forage, for pre-plant or pre-emergence broadcast application, and at a maximum rate of 0.55 kg ai/ha in two applications with the same PHIs for post-emergence directed spray. In the latter application, the applications must not exceed 2.5 l per season.

Several residue trials were carried out in the USA in several years and locations, in which paraquat was applied for weed control, either pre-emergence, post-crop emergence directed or as a harvest aid, at rates of 0.21–7.8 kg ai/ha. Samples were taken 20–131 days after pre-emergence or post-emergence directed application. The residue levels in grain in 12 trials conducted in accordance with maximum GAP for pre-emergence or post-emergence applications were all < 0.025 mg/kg. When both pre- and post-emergence applications were made, if the post-application rate was in compliance with GAP, the residue results were taken into consideration in estimating the maximum residue level. In one trial with one pre-emergence application at 0.56 kg ai/ha followed by a post-emergence application at 0.56 kg ai/ha, a residue level of 0.01 mg/kg was found.

In harvest aid desiccation applications, paraquat was applied at a rate of 0.21–2.8 kg/ha, and sorghum was sampled 7–49 days after application. Harvest aid desiccant use is not included on the US label.

The Meeting estimated a maximum residue level of 0.03 mg/kg to replace the previous recommendation and STMR and highest residue values of 0.025 mg/kg for sorghum.

*Rice*

Trials on residues of paraquat on rice were conducted in Guatemala, Italy and the USA. Paraquat is registered for use on rice in the USA by pre-plant or pre-emergence broadcast at a maximum rate of 1.14 kg ai/ha, with no PHI specified.

Two trials were conducted in Italy in 1993, in which paraquat was applied at a rate of 0.92 kg ai/ha to the seed bed 5 days before rice was sown. Rice grain and straw samples taken at harvest did not contain residues of paraquat at levels above the LOQ of 0.05 mg/kg.

Three residue trials were conducted in Guatemala in 1983 in which paraquat was applied as a pre-emergence treatment at rates of 0.30 and 1.0 kg ai/ha to rice. Rice grain and straw samples were taken at harvest. The residues in de-husked rice in one trial conducted in compliance with the maximum rate in US GAP were < 0.05 mg/kg, but residues in rice grain were not analysed.

Residue trials were conducted in the USA in 1978 and 1982 in which paraquat was applied as a pre-emergence treatment at rates of 0.56 and 1.12 kg ai/ha to rice. In trials conducted at the maximum GAP, the residue levels in rice grain were below the LOQ of 0.01 (two) or 0.02 mg/kg. No trials were conducted at rates higher than the maximum allowed in US GAP for rice.

The Meeting concluded that there were insufficient data to estimate a maximum residue level and withdrew the previous recommendation for rice and rice, polished.

*Tree nuts*

It is common practice to harvest nuts from the ground, and this may result in residues of paraquat in the nuts.

Supervised residue trials were carried out over a number of years in Italy on *hazelnuts* and in the USA on *almonds* (California), *macadamia nuts* (Hawaii), *pecans* (Alabama and Texas), *pistachio nuts* (California) and *walnuts* (California).

Paraquat is registered for use on hazelnuts in Italy at a maximum rate of 1 kg ai/ha with a 40-day PHI and on walnuts at the same maximum rate but with no PHI specified. In the USA, paraquat is registered for use on pistachio nuts at a maximum rate of 1.14 kg ai/ha with a 7-day PHI, with the proviso that no more than two applications should be made after the nuts have split. It is registered for use in the USA on other tree nuts at the same maximum rate with no specification of the number of applications or PHI.

Two trials were conducted in Italy in which hazelnuts were harvested from the ground 1–10 days after treatment around the base of the trees at rates of 0.54–1.8 kg ai/ha. Although the PHI was shorter than 40 days, the residue levels in shelled nuts were below the LOQ of 0.05 mg/kg in one trial. At almost twice the maximum application rate and with a shorter PHI of 10 days, the levels were still below the LOQ.

In a trial in the USA, paraquat was applied at rates of 0.56–4.5 kg ai/ha one to eight times, to control weeds under mature nut trees. In some cases, applications were made over 2 years. Nuts were harvested, in some cases immature, 1–171 days after the last application. The residue levels in shelled nuts in trials following GAP were: < 0.01 (seven), 0.01, 0.02 and < 0.05 (three) mg/kg.

The combined results of all the trials, in ranked order, were: < 0.01 (seven), 0.01, 0.02 and < 0.05 (four) mg/kg. The Meeting estimated a maximum residue level for paraquat in tree nuts of 0.05 mg/kg, an STMR of 0.01 mg/kg and a highest residue level of 0.05 mg/kg.

*Oil seeds*

*Cotton-seed*

Paraquat is registered for use on cotton in the USA at a maximum rate of 1.14 kg ai/ha, with no specification of the number of applications of PHI, for pre-plant or pre-emergence treatment, and at a maximum rate of 0.55 kg ai/ha, with repeated application if necessary and a 3-day PHI as a harvest aid, with the proviso that a total of 1.5 l should not be exceeded in this use.

Residue trials were conducted in the USA over several years and locations, involving pre-emergence applications at 1.12 kg/ha and harvesting 4–176 days after application. The residue levels in fuzzy seed in trials at the maximum GAP were < 0.01 (four) and 0.04 mg/kg.

In numerous trials with pre-emergence application followed by harvest aid desiccation application or a single application as harvest aid desiccant, the residue levels of paraquat in fuzzy seed in trials following maximum GAP were: 0.07, 0.09, 0.15, 0.16 (two), 0.18, 0.21, 0.23, 0.30, 0.34, 0.35, 0.38, 0.44, 0.46, 0.49, 0.50, 0.58 and 2.0 mg/kg. On the basis of residue levels arising from harvest aid uses, the Meeting estimated a maximum residue level for cotton-seed of 2 mg/kg, to replace the previous recommendation, an STMR of 0.34 mg/kg and a highest residue level of 2 mg/kg.

*Sunflower seed*

In the USA, paraquat is registered for use on sunflower at a maximum rate of 1.14 kg ai/ha with no PHI specified for pre-plant or pre-emergence broadcast or banded over-row application and at a maximum rate of 0.55 kg ai/ha with a 7-day PHI for dessication use.

Trials were conducted with pre-emergence application to sunflowers at 1.12 or 5.6 kg/ha and sampling 41–131 days after application. The residue levels in seeds in four trials conducted in compliance with maximum GAP were < 0.05 mg/kg. When paraquat was applied at five times the maximum recommended rate, the levels were still below the LOQ of 0.05 mg/kg.

In further trials, paraquat was applied as a harvest aid desiccator at 0.28–1.12 kg/ha, and sunflower seeds were harvested 7–21 days after application. The residue levels of paraquat in seeds in trials conducted at maximum GAP were: 0.09, 0.14, 0.15, 0.16 (three), 0.19, 0.22, 0.24, 0.32, 0.35, 0.51, 0.60, 0.74, 0.81

(two) and 0.93 mg/kg. The Meeting used the residue levels arising from harvest aid uses to estimate a maximum residue level for sunflower seed of 2 mg/kg, an STMR of 0.22 mg/kg and a highest residue level of 0.81 mg/kg.

*Hops*

Residue trials were conducted in Canada and the USA. Paraquat was registered in the USA for use as a directed spray or for suckering and stripping on hops at a maximum rate of 0.55 kg ai/ha in three applications with a 14-day PHI; no more than two applications or applications at no more than 1.5 l/ha were recommended.

In a trial in Canada, a single post-emergence directed application of 1.12 kg ai/ha, which is double the maximum recommended dose, resulted in residue levels of < 0.01 mg/kg in green hops harvested 53 days after application.

In the USA, trials were conducted in the states of Idaho, Oregon and Washington with three post-emergence directed applications of paraquat at 2.8 kg ai/ha. The residue levels of paraquat in dried hops prepared from hops harvested 14 days after the last of three directed application at the maximum GAP rate were 0.05 mg/kg in two trials. At double this rate, the levels in dried hops prepared from green hops harvested 13 or 14 days after the last treatment were below the LOQ of 0.1 mg/kg (0.01 and 0.07 mg/kg). Two applications at higher rates than that of maximum GAP resulted in 0.02 and 0.03 mg/kg in dried hops.

The residue levels in dried hops were 0.05 mg/kg (two). In view of the low levels of residues in the other trials, the Meeting estimated a maximum residue level of 0.1 mg/kg, to replace the previous recommendation, and STMR and highest residue values of 0.05 mg/kg for hops, dry.

*Tea, green, black*

Residue trials on tea were conducted in India, where paraquat is registered for use for pre-emergence or post-emergence directed application between rows at a maximum rate of 0.75 kg ai/ha in one application, with no PHI specified.

Six trials were conducted at a total application rate of 0.57–2.0 kg ai/ha over 5–6 months. Green tea leaves were harvested 7 or 21 days after blanket application (after the first or last spot application) and processed into black tea, which was analysed. The residue levels of paraquat in black tea from tea plants treated in accordance with GAP in India or at higher rates were almost always below the LOQ of 0.05 mg/kg. In trials conducted in accordance with GAP, the levels in black tea were: < 0.05 (three), 0.07, 0.09 and 0.12 mg/kg.

In other trials in India, with application rates of 0.05–0.06 kg ai/ha, black tea samples from green tea leaves harvested 5 or 7 days after application contained 0.05 mg/kg (one) or < 0.05 mg/kg. As the application rate was much lower than the maximum, these results were not considered in estimating the maximum residue level.

The Meeting estimated a maximum residue level for teas, green, black of 0.2 mg/kg and an STMR of 0.06 mg/kg.

*Animal feedstuffs*

*Soya forage and hay or fodder*

Paraquat is registered for use in Australia, Brazil and the USA for weed control and as a harvest aid on soya beans. In the USA, it is registered for use at a maximum rate of 1.14 kg ai/ha for pre-plant or pre-emergence treatment, not to exceed 1.9 l per season, at a maximum rate of 0.14 kg ai/ha as a post-emergence directed spray with a second and final application 7–14 days later; it can also be used at a maximum rate of 0.28 kg ai/ha with a 15-day PHI as a harvest aid.

The residue levels in forage in trials conducted in the USA in accordance with US GAP were: < 0.025 (12), < 0.05 (13), 0.05, 0.06 (four), 0.07, 0.08, 0.15, 0.28 and 1.8 mg/kg, expressed on a dry weight basis.

The Meeting estimated a maximum residue level for soya bean forage (green) of 2 mg/kg, an STMR of 0.05 mg/kg and a highest residue level of 1.8 mg/kg.

The residue levels in hay or fodder in trials conducted in accordance with US GAP were: < 0.025 (five), 0.04, < 0.05 (four), 0.05, 0.1, 0.2 and 0.3 mg/kg, on a dry weight basis. The Meeting estimated a maximum residue level for soya bean fodder of 0.5 mg/kg, an STMR of 0.05 mg/kg and a highest residue level of 0.3 mg/kg.

### Sugar-beet tops

Trials were conducted on beet and sugar-beet in the United Kingdom and the USA. The residue levels in sugar-beet tops in six trials conducted in accordance with US GAP were < 0.025 mg/kg, on a fresh weight basis. The Meeting estimated a maximum residue level of 0.2 mg/kg and an STMR of 0.11 mg/kg. On the basis of 23% dry matter and a highest residue level on a fresh weight basis of 0.025 mg/kg, the Meeting calculated the highest residue level on a dry weight basis to be 0.11 mg/kg. As there is no code for sugar-beet tops, the maximum residue level was recommended for fodder beet leaves and tops.

### Maize forage and fodder

Trials were conducted in Italy and the USA. The residue levels in maize forage in trials in the USA conducted in accordance with US GAP were < 0.025 (eight), 0.09, 0.6, 2 (two) and 3 (two) mg/kg on a dry weight basis. The Meeting estimated a maximum residue level for maize forage of 5 mg/kg, an STMR of 0.025 mg/kg and a highest residue level of 3 mg/kg.

The levels of residues in silage were mostly below the LOQ of 0.025 or 0.05 mg/kg, except in one trial in which levels up to 0.04 mg/kg were found.

The residue levels in maize fodder in trials in the USA conducted in accordance with US GAP were: < 0.025 (eight), 0.03, 0.05, 0.06, 0.2, 1, 2 and 6 mg/kg on a dry weight basis. The Meeting estimated a maximum residue level for maize fodder of 10 mg/kg, an STMR of 0.025 mg/kg and a highest residue level of 6 mg/kg.

### Sorghum forage (green) and straw and fodder, dry

In trials conducted in the USA in accordance with GAP, the residue levels in sorghum forage were: < 0.025 (six), 0.025 (three), 0.04, 0.06 and 0.2 mg/kg. The Meeting estimated a maximum residue level for sorghum forage (green) of 0.3 mg/kg, an STMR of 0.025 mg/kg and a highest residue level of 0.2 mg/kg.

The residue levels in sorghum fodder or hay (whichever gave higher levels) in trials conducted in accordance with GAP were: < 0.025 (four), 0.03, 0.04, 0.05, 0.06 (two), 0.09, 0.1 and 0.2 mg/kg. The Meeting estimated a maximum residue level for sorghum straw and fodder, dry, of 0.3 mg/kg, an STMR of 0.035 mg/kg and a highest residue level of 0.2 mg/kg.

### Rice straw and fodder, dry

The Meeting concluded that there were insufficient data for estimating a maximum residue level for rice straw and fodder, dry.

### Almond hulls

In three trials conducted in the USA in accordance with GAP, the residue levels in almond hulls were < 0.01 mg/kg. The Meeting estimated maximum residue, STMR and highest residue values of 0.01 mg/kg.

### Cotton fodder

146                                     Paraquat

The Meeting concluded that there were insufficient data for estimating a maximum residue level for cotton fodder.

*Fate of residues during processing*

Numerous studies of residue levels after processing conducted in conjunction with supervised trials were submitted. Residue levels found after processing of raw agricultural commodities into animal feedstuffs are described in the section above. Some processed commodities for which maximum residue levels and STMR-Ps were estimated are also described in that section.

In this section, processing factors from raw commodities to processed food products and by-products are discussed. Information on processing was provided for orange, plum, grape, olive, tomato, sugar-beet, maize, sorghum, cotton-seed, sunflower seed and hop. Processing factors could not be reliably calculated for the processing of orange, plum, grape, tomato and sugar-beet because the paraquat residue levels in both raw commodities and processed products were all below the respective LOQs.

Processing factors were calculated for olive (oil), potato (crisps and granules), maize (milling fractions and oil), sorghum (milling fractions), cotton-seed (trash, gin products and oil), sunflower seed (oil) and hop (dried hop and beer) and are shown below.

| Commodity | Processing factor | STMR-P (mg/kg) |
|---|---|---|
| Olive | | 0.05 |
| Unwashed olives before processing | 0.57 | |
| Washed olives before processing | < 0.43 | |
| Virgin oil | < 0.35 | 0.018 |
| Refined oil | < 0.35 | 0.018 |
| Potato | | 0.02 |
| Wet peel | > 1.9 | 0.04 |
| Dry peel | > 11 | 0.22 |
| Peeled potato | 0.27[a] | 0.01 |
| Crisps | > 0.95 | 0.02 |
| Granules | > 2.7 | 0.05 |
| Maize | | 0.025 |
| Wet milling | | |
| Coarse starch | < 0.25[a] | 0.006 |
| Starch | < 0.25[a] | 0.006 |
| Crude oil | < 0.25[a] | 0.006 |
| Refined oil | < 0.25[a] | 0.006 |
| Dry milling | | |
| Germ | 0.3[a] | 0.0075 |
| Grits | 0.25–0.5[a] | 0.0006–0.013 |
| Coarse meal | 1[a] | 0.025 |
| Meal | 0.5[a] | 0.013 |
| Flour | 1.5[a] | 0.038 |
| Crude oil | < 0.25[a] | 0.006 |
| Refined oil | < 0.05[a] | 0.001 |
| Sorghum | | 0.025 |

| Commodity | Processing factor | STMR-P (mg/kg) |
|---|---|---|
| Hulled grain | 0.07[a] | 0.002 |
| Dry milled bran | 3.9 | 0.097 |
|    Coarse grits | 0.17 | 0.004 |
|    Flour | 0.14 | 0.004 |
| Wet milled bran | 2.3 | 0.058 |
|    Starch | 0.07 | 0.002 |
|    Shorts | 2.6 | 0.065 |
|    Germ | 0.52[a] | 0.013 |
| Cotton (from cotton including trash and bolls) | | |
|    Fuzzy seed | 0.08 | 0.34 |
|    Crude oil | < 0.006 | 0.01[b] |
|    Meal | < 0.009 | 0.04 |
| Sunflower seed | | 0.3 |
|    Hulls | 2.8[a] | 0.64 |
|    Meal | 0.05[a] | 0.01 |
|    Oil | < 0.05[a] | 0[b] |
| Hop | | |
|    Dry cones | 1.2 | 0.05[b] |
|    Beer | < 0.28 | 0.0001[c] |

[a]  Based on only one trial.
[b]  Estimated from supervised trials
[c]  Calculated from a factor of 0.0001

The STMR values for processed products from raw commodities with no residues or for which the results of many supervised trials were available were estimated on the basis of supervised trials.

In four trials in the USA, orange fruit was processed into juice, and the paraquat residues were measured; in all cases, the levels were below the LOQ of 0.01 mg/kg. The residue levels in *orange juice*, including those in trials conducted at rates higher than the maximum application rate, were all below the LOQ of 0.01 mg/kg. The Meeting estimated an STMR-P for orange juice of 0 mg/kg.

No residues of paraquat were found at levels above the LOQ of 0.05 mg/kg in *dried prunes* prepared from plums in two trials. The STMR-P for dried prunes was estimated to be 0 mg/kg.

In a number of trials, olives were processed into oil for analysis of residues. *Olive oil* prepared from olive fruits harvested directly from trees did not contain levels above the LOQ of 0.05 mg/kg. Most samples of olive oil prepared from olive fruits picked up from ground or sprayed directly did not contain paraquat residues at levels above the LOQ; however, in some samples, paraquat residues were found at levels up to 0.06 mg/kg, and fruit harvested at the same time contained 6.8 mg/kg of paraquat residues. As paraquat is unlikely to be transferred into oil owing to its chemical and physical characteristics, its STMR-P is calculated from the processing factor to be 0.018 mg/kg.

*Tomato juice* and *ketchup* prepared from tomato in trials conducted at an exaggerated rate did not contain paraquat residues at levels above the respective LOQ (0.005 mg/kg for juice and 0.025 mg/kg for ketchup). The STMR values for these products were estimated to be 0 mg/kg.

The residue levels in oil prepared from soya bean treated with paraquat as a harvest aid desiccant in accordance with GAP were below the LOQ of 0.01 mg/kg in five trials. The Meeting estimated an STMR-P for *soya bean oil* of 0.01 mg/kg.

148                                      **Paraquat**

The residue levels in cotton-seed oil, crude, were below the LOQ of 0.01 mg/kg in two trials. The Meeting estimated an STMR-P for *cotton-seed oil* of 0.01 mg/kg and decided to withdraw the previous recommendation for cotton-seed oil, edible.

The residue levels in *sunflower seed oil* obtained from sunflower seed in eight trials conducted at the maximum GAP were < 0.01 mg/kg. Oil obtained from sunflower seed in a trial at double the rate did not contain residues at levels above the LOQ of 0.01 mg/kg. The Meeting estimated an STMR-P for sunflower seed oil of 0 mg/kg and decided to withdraw the previous recommendation for sunflower seed oil, crude and edible.

The residue levels of paraquat in *cotton gin by-product* in trials for harvest aid uses were (including results for cotton harvested 13–17 days after treatment): 5.2, 5.3, 5.9, 6.2, 7.3, 8.0, <u>9.4</u>, <u>11</u>, 12 (two), 18, 23, 32, 34 and 69 mg/kg. The Meeting estimated an STMR-P of 10.2 mg/kg for cotton gin by-products.

As *maize flour* contained a higher concentration of paraquat residues than maize grain in one trial, the Meeting estimated a maximum residue level of 0.05 mg/kg.

***Residues in animal commodities***

*Dietary burden of farm animals*

The Meeting estimated the dietary burden of paraquat residues for farm animals on the basis of the diets described in Appendix IX to the *FAO Manual* (FAO, 2002), by summing the contribution of each feed to the residue.

*Estimated maximum dietary burden of farm animals*

| Crop | Residue (mg/kg) | Basis | Group | Dry matter (%) | Residue/ Dry matter (mg/kg) | Dietary content (mg/kg) | | | Residue contribution (mg/kg) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Beef cattle | Dairy cows | Poultry | Beef cattle | Dairy cows | Poultry |
| Sugar-beet tops | 0.025 | HR | AV | 23 | 0.11 | | | | | | |
| Cotton-seed | 2 | HR | SO | 88 | 2.27 | 25 | 25 | | 0.57 | 0.57 | |
| Cotton gin by-product | 10.2 | STMR-P | | 90 | 11.3 | 20 | 20 | | 2.27 | 2.27 | |
| Maize grain | 0.025 | HR | GC | 88 | 0.03 | | | 80 | | | 0.023 |
| Maize forage | 3 | HR | AF | | 3 | 40 | 50 | | 1.2 | 1.5 | – |
| Potato, wet peel | 0.04 | STMR-P | VR | 15 | 0.27 | | | | | | |
| Sorghum grain | 0.025 | HR | GC | 86 | 0.03 | | | | – | | – |
| Sorgum forage | 0.2 | HR | AF | – | 0.20 | | | | – | | – |
| Soya bean | 0.41 | HR | VD | 89 | 0.46 | | | 20 | | | 0.092 |
| Soya bean, forage | 1.8 | HR | AL | – | 1.8 | 15 | 5 | | 0.27 | 0.09 | – |
| Soya bean, hay | 0.3 | HR | AL | – | 0.3 | | | | – | | |
| Sunflower meal | 0.011 | STMR-P | AL | 92 | 0.01 | – | – | – | – | – | – |
| Turnip tops | 0.05 | HR | VL | 30 | 0.17 | | | | | | |
| Total | | | | | | | | | 4.30 | 4.43 | 0.11 |

Paraquat                                                                                    149

*Estimated maximum dietary burden of farm animals*

| Crop | Residue (mg/kg) | Basis | Group | Dry matter (%) | Residue/ Dry matter (mg/kg) | Dietary content (mg/kg) | | | Residue contribution (mg/kg) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Beef cattle | Dairy cows | Poultry | Beef cattle | Dairy cows | Poultry |
| Sugar-beet tops | 0.025 | STMR | AV | 23 | 0.11 | | | | | | — |
| Cotton-seed | 0.34 | STMR | SO | 88 | 0.39 | 25 | 25 | | 0.098 | 0.098 | |
| Cotton gin by-product | 10.2 | STMR-P | | 90 | 11.3 | 20 | 20 | | 2.27 | 2.27 | |
| Maize grain | 0.025 | STMR | GC | 88 | 0.028 | | | 80 | | | 0.02 |
| Maize forage | 0.025 | STMR | AF | | 0.03 | 40 | 50 | | 0.010 | 0.013 | — |
| Potato wet peel | 0.55 | STMR-P | VR | 15 | 0.27 | | | | | | |
| Sorghum grain | 0.025 | STMR | GC | 86 | 0.03 | | | | — | | — |
| Sorgum forage | 0.025 | STMR | AF | | 0.03 | | | | — | | — |
| Soya bean | 0.08 | STMR | VD | 89 | 0.09 | | | 20 | | | 0.02 |
| Soya bean, forage | 0.05 | STMR | AL | | 0.05 | 15 | 5 | | 0.008 | 0.003 | — |
| Soya bean, hay | 0.05 | STMR | AL | | 0.05 | | | | — | | — |
| Sunflower meal | 0.011 | STMR-P | AL | 92 | 0.01 | — | — | — | — | | — |
| Turnip tops | 0.025 | STMR | VL | 30 | 0.08 | | | | | | |
| Total | | | | | | | | | 2.39 | 2.38 | 0.04 |

The dietary burdens of paraquat for estimation of MRL and STMR values for animal commodities are: beef cattle, 4.30 and 2.39 ppm; dairy cattle, 4.43 and 2.38 ppm; and poultry, 0.11 and 0.04 ppm.

*Feeding studies*

In a study of metabolism in goats (see above), one goat was dosed at a rate equivalent to 100 mg/kg of total diet. This is considerably higher than the estimated maximum dietary burden for cattle of 4.30 or 4.43 mg/kg. At 100 mg/kg of diet, the maximum TRRs, expressed in paraquat ion equivalents, found in milk and edible goat tissues were 0.009 mg/kg in milk, 0.12 mg/kg in meat, 0.03 mg/kg in fat, 0.56 mg/kg in liver and 0.74 mg/kg in kidney. In milk, 75.9% of the radiolabel was identified with paraquat.

At the estimated maximum animal burden of 4.30 or 4.43 mg/kg, the levels of paraquat residues were calculated to be < 0.005 mg/kg in milk, 0.005 mg/kg in meat, 0.025 mg/kg in liver and 0.033 mg/kg in kidney. The Meeting estimated maximum residue levels of 0.005* mg/kg for milks, 0.005 mg/kg for mammalian meat and 0.05 mg/kg for edible mammalian offal. These levels replace the previous recommendations for related animal commodities. The STMR values were estimated to be 0.00002 mg/kg for milk, 0.0003 mg/kg for meat and 0.0018 mg/kg for edible offal; and the highest residue level values were estimated to be 0.005 mg/kg for meat and 0.033 mg/kg for edible offal.

In the study of metabolism in hens (see above), birds were dosed at a rate equivalent to 30 mg/kg of total diet, which is considerably higher than the estimated maximum dietary burden for poultry of 0.11 mg/kg. At 30 mg/kg diet, the maximum TRRs, expressed in paraquat ion equivalents, found in eggs and edible chicken tissues were 0.18 mg/kg in egg yolk, 0.001 mg/kg in egg albumen, 0.05 mg/kg in meat, 0.05 mg/kg in fat and 0.09 mg/kg in liver.

At the estimated maximum animal burden of 0.11 mg/kg, the maximum residue levels were calculated to be far below the LOQ of 0.005 mg/kg in eggs and other tissues. The Meeting estimated the maximum residue levels to be 0.005* mg/kg for eggs, poultry meat and edible poultry offal. The STMR and highest residue level values were estimated to be 0 for these commodities.