# Exhibit 16

**Designation Run Report**

# FINAL PLAYED

---

**Reeves, William 01-23-2019**
**Reeves, William 01-24-2019**

---

| | |
|---|---|
| **PLF Affirmative  01:11:20** | |
| **DEF Counter  00:11:59** | |
| **DEF Affirmative  00:22:34** | |
| **Total Time  01:45:53** | |



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**TRIAL EXHIBIT** _____969_____

Case No. 3:16-cv-0525-VC

Date Entered _____

By _____
        Deputy Clerk

ID:WR2_COMBINED_06

**WR2_COMBINED_06-FINAL PLAYED**

| Page/Line | Source | ID |
|---|---|---|
| 10:11 - 10:21 | **Reeves, William 01-23-2019 (00:00:19)** | WR2_COMBINED_06.1 |

10:11   Q. Good morning, sir.

10:12   A. Good morning.

10:13   Q. My name is Brent Wisner, and I represent

10:14 the plaintiff in this lawsuit.  I understand you have

10:15 been put forward as a witness to testify on behalf of

10:16 Monsanto; is that correct?

10:17   A. That's correct.

10:18   Q. What is your understanding of what your

10:19 role is here?

10:20   A. My role here is to represent the company

10:21 and speak on their behalf.

| 21:12 - 21:17 | **Reeves, William 01-23-2019 (00:00:12)** | WR2_COMBINED_06.2 |

21:12   Q. So one of the things you're here to talk

21:13 about, for example, is you're going to tell us

21:14 Monsanto's view on whether or not Roundup causes

21:15 non-Hodgkin's lymphoma?

21:16   A. Our knowledge and positions regarding the

21:17 carcinogenicity of glyphosate-based formulations.

| 23:7 - 23:16 | **Reeves, William 01-23-2019 (00:00:21)** | WR2_COMBINED_06.3 |

23:7   Q. And so I'm going to mark -- usually

23:8 I preprint these things, so I -- because my handwriting

23:9 is terrible, but I'm going to try my best here.  I'm

23:10 going to mark an Exhibit 2, and this is going to be a

23:11 -- just a white sheet of paper that I'm going to be

23:12 drawing on as we go through your testimony; okay?  And

23:13 it will be up here on the screen, so you'll see what

23:14 I'm writing.

23:15 [Exhibit 2 marked for identification.]

23:16   A. Okay.

| 23:17 - 23:20 | **Reeves, William 01-23-2019 (00:00:13)** | WR2_COMBINED_06.4 |

23:17   Q. So first thing I want to talk -- so we're

23:18 going to talk about causation, okay?  And I'm going to

23:19 write up here causation.  All right?

23:20   A. Okay.

| 24:6 - 24:21 | **Reeves, William 01-23-2019 (00:00:30)** | WR2_COMBINED_06.5 |

24:6   Q. And the way we've divided that is in one

24:7 pillar we have epidemiology; okay?

24:8   A. Okay.

24:9   Q. And in the next pillar, we have sort of

**WR2_COMBINED_06-FINAL PLAYED**

| Page/Line | Source | ID |
|---|---|---|

24:10 animal carcinogenicity studies.

24:11   A. Okay.

24:12   Q. Like does it promote tumors essentially is

24:13 when we're looking at there.

24:14   A. I understand.

24:15   Q. And those are primarily in rodents, but

24:16 there's been some dog studies and stuff here or there

24:17 that might be sort of relevant to the question.

24:18 And then the third one is -- we've been

24:19 calling it mechanistic data, but I think it's better

24:20 just to call it cell data; okay?

24:21   A. Okay.

**29:19 - 30:3**     **Reeves, William 01-23-2019 (00:00:24)**     WR2_COMBINED_06.6

29:19   Q. Let me just ask you.  Do you agree with

29:20 that, that there is no evidence at all suggesting that

29:21 Roundup can cause any type of cancer?

29:22   A. So the company's position is that there is

29:23 no evidence related to real-world exposures that would

29:24 indicate glyphosate or glyphosate-based formulations

30:1 cause cancer.

30:2   Q. And I just want to make sure I fully heard

30:3 you here.

**30:4 - 30:6**     **Reeves, William 01-23-2019 (00:00:07)**     WR2_COMBINED_06.7

30:4 The

30:5 Monsanto position, to be clear, is that there is no

30:6 evidence to support Roundup causing cancer in people?

**30:8 - 30:10**     **Reeves, William 01-23-2019 (00:00:09)**     WR2_COMBINED_06.8

30:8   A. It's that there is no evidence that

30:9 glyphosate or glyphosate-based formulations cause

30:10 cancer under the conditions that people are exposed to.

**31:1 - 31:24**     **Reeves, William 01-23-2019 (00:01:22)**     WR2_COMBINED_06.9

31:1   Q. So that leads us to the first pillar,

31:2 which we've called epidemiology; right?

31:3   A. That's right.

31:4   Q. And I know -- I'm just going to write here

31:5 for all three of these -- because this is really what

31:6 you're saying -- Monsanto, no evidence in real world;

31:7 is that right?

31:8   A. Well, I would say across the board.  The

31:9 animal studies show nothing.  The epidemiology data

| WR2_COMBINED_06-FINAL PLAYED | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

31:10 show no relationship.

31:11   Q. No evidence across the board?

31:12   A. That's correct.

31:13   Q. So let's look at some of the studies that

31:14 have been published, all right?  Let's start off with

31:15 epidemiology.  And just to make sure we also are on the

31:16 same page here, it is true, right, that Monsanto has

31:17 never conducted an epidemiological study?

31:18   A. We have participated with the agricultural

31:19 health study to develop exposure data, but we have

31:20 never actually conducted our own go-out-into-the-field,

31:21 case control or cohort study.  But we've done the

31:22 exposure data and we've also done a look at the health

31:23 of the people in our -- one of our production

31:24 facilities.

**32:1 - 32:2**   **Reeves, William 01-23-2019 (00:00:03)**   WR2_COMBINED_06.10

32:1   Q. But to -- so to be clear, though, you've

32:2 never actually done an epidemiological study?

**32:4 - 32:9**   **Reeves, William 01-23-2019 (00:00:14)**   WR2_COMBINED_06.11

32:4   A. Yeah, it's -- so we've -- again, we worked

32:5 with the agricultural health study to define exposures.

32:6 We looked at the workers at one of our manufacturing

32:7 facilities, but we have not done a case control or

32:8 cohort study where we go out in the way that some of

32:9 the studies in the literature describe.

**34:1 - 34:3**   **Reeves, William 01-23-2019 (00:00:06)**   WR2_COMBINED_06.12

34:1   Q. Sure, and we're talking about Monsanto for

34:2 now, but Monsanto has not conducted an animal

34:3 toxicology study on glyphosate since 1991; right?

**34:5 - 34:5**   **Reeves, William 01-23-2019 (00:00:00)**   WR2_COMBINED_06.13

34:5   A. Yes.  We have not conducted a study on

**34:6 - 34:15**   **Reeves, William 01-23-2019 (00:00:24)**   WR2_COMBINED_06.14

34:6 glyphosate because the other companies have also done

34:7 their long-term studies as well, so that informs the

34:8 overall database.

34:9   Q. (By Mr. Wisner)  And to be clear, when we

34:10 talk about animal toxicology studies, Monsanto has

34:11 never done one of those on a formulated Roundup

34:12 product; right?

34:13   A. We have not done that study because we've

| Page/Line | Source | ID |
|---|---|---|

**WR2_COMBINED_06-FINAL PLAYED**

34:14 never had any information in front of us indicating we
34:15 would need to do that study.

34:22 - 35:8    **Reeves, William 01-23-2019 (00:00:23)**                    WR2_COMBINED_06.15

34:22   Q. And just to be clear, your testimony is
34:23 you've never had any indication of a need for it?
34:24   A. We have never done that study because we
35:1 have never seen data in front of us indicating a need
35:2 for such a study.
35:3   Q. And then cell studies; right?  And that's
35:4 a -- Monsanto has done a bunch, but there's been a lot
35:5 done by a lot of people all throughout the country,
35:6 right?
35:7   A. That's correct.  It's -- there's Monsanto
35:8 studies, there's other companies, there's academics.

35:19 - 35:20   **Reeves, William 01-23-2019 (00:00:03)**                    WR2_COMBINED_06.16

35:19   Q. Okay, but you've never actually gone out
35:20 and taken blood from a human being exposed to Roundup?

35:22 - 36:8    **Reeves, William 01-23-2019 (00:00:28)**                    WR2_COMBINED_06.17

35:22   A. We have not done that because we have the
35:23 data necessary for understanding that question and
35:24 human cells, leukocytes.  We also have that study from
36:1 animals, and when you look at those two together, they
36:2 are accepted around the world of being predictive of
36:3 human health outcomes.
36:4   Q. (By Mr. Wisner)  So I understand why you
36:5 haven't, but just to be clear, you have never actually
36:6 just gone out to a person who's been spraying Roundup,
36:7 taken their blood, and seen if there was any
36:8 genotoxicity; correct?

36:10 - 36:22   **Reeves, William 01-23-2019 (00:00:33)**                    WR2_COMBINED_06.18

36:10   A. We have not done that because we have data
36:11 using human cells.  We have data from animals, and
36:12 those are the studies that experts around the world
36:13 agree predict human health outcomes.
36:14   Q. (By Mr. Wisner)  So let's talk about
36:15 epidemiology.  I'm going to go through a couple of
36:16 studies with you, and just kind of quickly -- I don't
36:17 want to spend too much time on this.  We have experts
36:18 for that.  But I'm handing you Exhibit 5.  This is a       EXHIBIT 443.1.1
36:19 case control study; correct?

| WR2_COMBINED_06-FINAL PLAYED | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

|  | 36:20 [Exhibit 5 marked for identification.] |  |
|---|---|---|
|  | 36:21  A. That's correct.  May I have a moment to |  |
|  | 36:22 review, please? |  |
| 36:23 - 37:15 | **Reeves, William 01-23-2019 (00:00:34)** | WR2_COMBINED_06.19 |
|  | 36:23  Q. Sure.  Okay, great.  So this is a study | EXHIBIT 443.1.2 |
|  | 36:24 done by two scientists, Dr. Hardell and Eriksson; |  |
|  | 37:1 correct? |  |
|  | 37:2  A. That's correct. |  |
|  | 37:3  Q. And it was published in 1998; correct? |  |
|  | 37:4  A. That's correct. |  |
|  | 37:5  Q. So this is legitimately 20 years ago? |  |
|  | 37:6  A. Yes, it was 20 years ago. |  |
|  | 37:7  Q. And the title of it is a case control |  |
|  | 37:8 study of non-Hodgkin lymphoma and exposure to |  |
|  | 37:9 pesticides. |  |
|  | 37:10 Do you see that. |  |
|  | 37:11  A. Yes, I do. |  |
|  | 37:12  Q. And if we go into the study -- and I'll |  |
|  | 37:13 specifically draw your attention to Table 1.  You see | EXHIBIT 443.3.1 |
|  | 37:14 that? |  |
|  | 37:15  A. Yes, I do. |  |
| 37:21 - 38:20 | **Reeves, William 01-23-2019 (00:00:48)** | WR2_COMBINED_06.20 |
|  | 37:21  Q. And in here there is a listing for | EXHIBIT 443.3.2 |
|  | 37:22 glyphosate and that has an odds ratio of 2.3.  That's |  |
|  | 37:23 not statistically significant; correct? |  |
|  | 37:24  A. That's correct. |  |
|  | 38:1  Q. And then if you go down to Table 2, there | EXHIBIT 443.3.3 |
|  | 38:2 is exposure to different types of herbicides with dose |  |
|  | 38:3 response.  Do you see that? |  |
|  | 38:4  A. Yes, I do. |  |
|  | 38:5  Q. And it lists these herbicides -- and |  |
|  | 38:6 glyphosate is not specifically listed; right? |  |
|  | 38:7  A. No, it is not. |  |
|  | 38:8  Q. But in the other category, there is a odds | EXHIBIT 443.3.4 |
|  | 38:9 ratio of 3.0.  Do you see that? |  |
|  | 38:10  A. I do. |  |
|  | 38:11  Q. And you have -- for low exposure it's 2.0. |  |
|  | 38:12 Do you see that? |  |
|  | 38:13  A. I do see that. |  |
|  | 38:14  Q. And for high exposure it's 6.8.  That's |  |

| WR2_COMBINED_06-FINAL PLAYED |
| --- |

| Page/Line | Source | ID |
| --- | --- | --- |

38:15 statistically significant.  Do you see that?

38:16   A. I do see that.

38:17   Q. This is a study that came out in 1998 and

38:18 Monsanto was fully aware of this study; correct?

38:19   A. Yes, we were aware of this study at the

38:20 time.

**42:22 - 43:1**   **Reeves, William 01-23-2019 (00:00:10)**   WR2_COMBINED_06.21

clear

42:22   Q.  You would

42:23 agree, though, that the study was raising the index of

42:24 concern about there being a possible link between

43:1 glyphosate and non-Hodgkin's lymphoma?

**43:6 - 43:8**   **Reeves, William 01-23-2019 (00:00:06)**   WR2_COMBINED_06.22

43:6   A. Within Monsanto, no.  There was no -- it

43:7 did not raise a concern with us.

43:8   Q. I'm handing you Exhibit 7.

**43:14 - 44:8**   **Reeves, William 01-23-2019 (00:00:33)**   WR2_COMBINED_06.23

EXHIBIT 86.1.1

43:14   Q. So this is a document.  It's a review of

43:15 the Hardell and Eriksson study; right?

43:16   A. That's correct.

43:17   Q. And it was prepared by John Acquavella and

43:18 Donna Farmer of the Monsanto company?

43:19   A. That's correct.

43:20   Q. April 14th, 1999?

43:21   A. That's correct.

43:22   Q. And this is a document that Monsanto

43:23 created as part of its review and consideration of the

43:24 epidemiological science?

44:1   A. That's right.

44:2   Q. And this is a document that was created in

44:3 the regular course of Monsanto's work?

44:4   A. That's correct.

44:5   Q. There's an executive summary, but I'm just   EXHIBIT 86.6.1

44:6 going to go straight to the conclusion.  It's on page

44:7 ending 377.  Do you see that?

44:8   A. Yes, I do.

**45:7 - 45:16**   **Reeves, William 01-23-2019 (00:00:23)**   WR2_COMBINED_06.24

EXHIBIT 86.6.2

45:7   Q. And it says it is clear, however, that the

45:8 widespread use of glyphosate and concerns about

45:9 pesticide-related health effects for farmers and their

45:10 families will raise the, quote, index of concern for

**WR2_COMBINED_06-FINAL PLAYED**

| Page/Line | Source | ID |
|---|---|---|

45:11 glyphosate and future agricultural epidemiological
45:12 studies.  Did I read that right?
45:13  A. Yes, you did.
45:14  Q. So according to Dr. Farmer and Dr.
45:15 Acquavella, this Hardell study did raise the index of
45:16 concern?

45:20 - 46:8   **Reeves, William 01-23-2019 (00:00:32)**   WR2_COMBINED_06.25

45:20  A. They are not saying that it raises the
45:21 index of concern for the company.  It's not clear here
45:22 who they're saying, but the implication is that it's in
45:23 future epidemiologic studies.  So it's -- perhaps other
45:24 researchers in the field might take more of an
46:1 interest.
46:2  Q. (By Mr. Wisner)  So this is 20 years ago;
46:3 right?
46:4  A. That's correct.
46:5  Q. And since Dr. Acquavella and Dr. Farmer
46:6 raised this concern about the Hardell study, did
46:7 Monsanto at that point investigate or explore the

46:11 - 47:17   **Reeves, William 01-23-2019 (00:01:28)**   WR2_COMBINED_06.26

46:8 possibility of conducting an epidemiological study?
46:11  A. I'm not convinced they're saying this
46:12 raises a concern for them.  They are walking through
46:13 giving an analysis saying this is a small study with
46:14 only a few people, weak associations, and perhaps other
46:15 researchers in epidemiology may take more of an
46:16 interest.
46:17  Q. So let's just be very clear.  This is by
46:18 John Acquavella and Donna Farmer; correct?
46:19  A. That's correct.
46:20  Q. In the very last sentence after the -- in
46:21 a paragraph that begins in conclusion, that sentence
46:22 ends, it is clear, however, the widespread use of
46:23 glyphosate and concerns about pesticide-related health
46:24 effects for farmers and their families will raise the,   EXHIBIT 86.6.3
47:1 quote, "index of concern" for glyphosate and future
47:2 agricultural epidemiological studies.  That's what it
47:3 says, right?
47:4  A. Those are the words on the page.
47:5  Q. And after they said that, that it raises

| WR2_COMBINED_06-FINAL PLAYED |
|---|

| Page/Line | Source | ID |
|---|---|---|
| | 47:6 this index of concern for glyphosate in future | |
| | 47:7 agricultural studies -- epidemiological studies -- did | |
| | 47:8 Monsanto do their own study? | |
| | 47:9   A. We did not do that because we did not | |
| | 47:10 believe this study provided the type of evidence that | |
| | 47:11 warranted additional concern. | |
| | 47:12   Q. Again, that goes back to where we started | clear |
| | 47:13 this discussion today, that there is no evidence across | |
| | 47:14 the board? | |
| | 47:15   A. That's correct. | |
| | 47:16   Q. I'm handing you another document.  This is | |
| | 47:17 Exhibit A to your -- 8 to your deposition. | |

**47:22 - 48:11** | **Reeves, William 01-23-2019 (00:00:25)** | WR2_COMBINED_06.27

EXHIBIT 89.1.1 - EXHIBIT 89.1.2

47:22   Q. So this is a document.  It has the first
47:23 pages as an e-mail, and then there's an attachment to
47:24 it; correct?
48:1   A. That's correct.
48:2   Q. And one second.  And as you can see here
48:3 the e-mail is from John Acquavella.  Do you see that?
48:4   A. I do see that.
48:5   Q. To Dr. Farmer?
48:6   A. That's correct.
48:7   Q. Did you ever know Dr. Acquavella?
48:8   A. I've met him, but not while he worked at
48:9 Monsanto.
48:10   Q. And he was an epidemiologist, right?
48:11   A. That's correct.

**48:24 - 50:1** | **Reeves, William 01-23-2019 (00:00:56)** | WR2_COMBINED_06.28

EXHIBIT 89.2.1

EXHIBIT 89.2.2

48:24   Q. And if you turn the page, attached to it
49:1 is a rough first draft NHL proposal for ECPA.  You see
49:2 that?
49:3   A. I do see that.
49:4   Q. Do you know what ECPA is?
49:5   A. European Crop Protection Association.
49:6   Q. That's an industry group?
49:7   A. It's a trade group, yes.
49:8   Q. And it goes on to discuss the Hardell
49:9 study.  Do you see that?
49:10   A. Yes, I do.
49:11   Q. The one that we've been talking about

**WR2_COMBINED_06-FINAL PLAYED**

| Page/Line | Source | ID |
|---|---|---|

49:12 today?

49:13   A. Yes, I do.

49:14   Q. And then if you look at the bottom,                    EXHIBIT 89.2.3

49:15 there's a paragraph.  It says Hardell's most recent

49:16 study comes at a time when the U.S. National Cancer

49:17 Institute is getting ready to begin publishing papers

49:18 from their perspective agricultural health study of

49:19 60,000 farmers and their families.  Thus the stage is

49:20 set for another round of epidemiologic studies to cause

49:21 significant concern for industry.

49:22 Do you see that?

49:23   A. I do see that.

49:24   Q. You would agree that the Hardell study

50:1 caused concern for the industry?

**50:3 - 50:5**   **Reeves, William 01-23-2019 (00:00:05)**        WR2_COMBINED_06.29

50:3   A. The word here on the page is concern, but

50:4 it's not really explained, but the context is for that     clear

50:5 concern.

**53:20 - 53:20**   **Reeves, William 01-23-2019 (00:00:01)**      WR2_COMBINED_06.30

53:20   Q. (By Mr. Wisner)  I'm handing you another

**53:21 - 53:22**   **Reeves, William 01-23-2019 (00:00:03)**      WR2_COMBINED_06.31

53:21 study.  This is Exhibit 9 to your deposition.            EXHIBIT 499.1.1

53:22 [Exhibit 9 marked for identification.]

**54:2 - 55:3**   **Reeves, William 01-23-2019 (00:01:02)**        WR2_COMBINED_06.32

54:2   Q. So this is a study also published by             EXHIBIT 499.1.2

54:3 Hardell Eriksson, and now there is a new author --

54:4 right?

54:5   A. Yes, there is.

54:6   Q. And it's titled exposure to pesticides as

54:7 risk factor for non-Hodgkin's lymphoma and hairy cell

54:8 leukemia, pooled analysis of two Swedish case control

54:9 studies.  Do you see that?

54:10   A. Yes, I do.

54:11   Q. And this is from 2002, as you can see it

54:12 up there at the top.

54:13   A. Yes, I do see that.

54:14   Q. And so this was a follow-up study by Drs.

54:15 Hardell and Eriksson, which looked at a larger group of

54:16 people; correct?

54:17   A. Larger overall, but not much larger for

| | WR2_COMBINED_06-FINAL PLAYED | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

|  |  |  |
|---|---|---|
| | 54:18 glyphosate use. | |
| | 54:19   Q. And if you look at the results section -- | EXHIBIT 499.3.1 |
| | 54:20 it's on Page 1045.  You there? | |
| | 54:21   A. Yes, I am. | |
| | 54:22   Q. It reads, an increased risk was found for | EXHIBIT 499.3.2 |
| | 54:23 exposure to herbicides, insecticides, fungicides, and | |
| | 54:24 impregnating agents, Table 1.  Regarding specific | |
| | 55:1 agents, odds ratio was highest for glyphosate and MCPA. | |
| | 55:2 You see that? | |
| | 55:3   A. I do see that. | |
| 65:18 - 66:3 | **Reeves, William 01-23-2019 (00:00:24)** | WR2_COMBINED_06.33 |
| | | clear |
| | 65:18   Q. And I mean, I guess the first question is, | |
| | 65:19 is did Monsanto at that point conduct an | |
| | 65:20 epidemiological study? | |
| | 65:21   A. No, because this study, as I describe, | |
| | 65:22 doesn't raise a question.  We have a very small number | |
| | 65:23 of cases and controls.  There's only 16 people here. | |
| | 65:24 And when we look at the data in Table 7, as they adjust | |
| | 66:1 for other exposures, the relationship goes away and | |
| | 66:2 becomes nonsignificant. | |
| | 66:3   Q. I understand. | |
| 66:7 - 66:7 | **Reeves, William 01-23-2019 (00:00:02)** | WR2_COMBINED_06.34 |
| | 66:7   Why didn't Monsanto then do it right? | |
| 66:9 - 66:9 | **Reeves, William 01-23-2019 (00:00:01)** | WR2_COMBINED_06.35 |
| | 66:9   A. So when you look at this data, this study | |
| 66:10 - 66:19 | **Reeves, William 01-23-2019 (00:00:27)** | WR2_COMBINED_06.36 |
| | 66:10 does not say that concern for us.  It does not say | |
| | 66:11 there's something here that we need to look into.  What | |
| | 66:12 we're seeing is small numbers of people, very large | |
| | 66:13 estimates of the odds ratio.  This paper really isn't | |
| | 66:14 of a quality to inform that kind of a decision.  You | |
| | 66:15 wouldn't take information like this and then go out and | |
| | 66:16 start conducting very large-scale studies. | |
| | 66:17   Q. (By Mr. Wisner)  So this wasn't enough to | |
| | 66:18 do anything? | |
| | 66:19   A. This study -- | |
| 66:21 - 67:6 | **Reeves, William 01-23-2019 (00:00:21)** | WR2_COMBINED_06.37 |
| | 66:21   A. -- is not sufficient to raise any concern, | |
| | 66:22 because it shows no relationship. | |
| | 66:23   Q. (By Mr. Wisner)  Well, that was two | |

| Page/Line | Source | ID |
|---|---|---|

**WR2_COMBINED_06-FINAL PLAYED**

66:24 thousand and -- was that 2002?  Is that right?  Right,
67:1 sir?
67:2  A. Sorry.  2002, yes, when they published it.
67:3  Q. Well, just before that came out, there was
67:4 another study called McDuffee.  Are you familiar with
67:5 that study?
67:6  A. Yes, I am.

69:18 - 70:1 · **Reeves, William 01-23-2019 (00:00:17)**   WR2_COMBINED_06.38

69:18  Q. (By Mr. Wisner)  All right, Doctor.  Thank
69:19 you for having a chance -- you had a chance to review
69:20 Exhibits 10, 11, and 12?
69:21  A. Yes.   EXHIBIT 249.1.1
69:22  Q. We'll start off with Exhibit 10.  This is   EXHIBIT 249.1.4
69:23 an e-mail exchange from Dr. Acquavella to several
69:24 Monsanto employees.  Do you see that?
70:1  A. Yes, I do.

70:20 - 71:14 · **Reeves, William 01-23-2019 (00:00:39)**   WR2_COMBINED_06.39

EXHIBIT 249.1.3

70:20  Q. And he writes all, the Canadian NHL
70:21 glyphosate abstract we discussed last week is on the
70:22 internet, so I think it is fair game to distribute, see
70:23 attached.
70:24 I am planning to attend the presentation
71:1 of this paper to talk to the author.  I note that one
71:2 of her coauthors, J. R. McLaughlin, is an
71:3 epidemiologist I recently recruited to serve on
71:4 American College of Epidemiology Admissions Committee,
71:5 which I chair.  You see that?
71:6  A. I do see that.
71:7  Q. And he goes on, I think we might want to
71:8 include him or even perhaps the first author after I
71:9 check her out.  In the scientific outreach meeting, we
71:10 were thinking about for Canadian scientists.
71:11 Do you see that?
71:12  A. I do see that.
71:13  Q. Do you know what scientific outreach
71:14 meeting he's referring to?

71:16 - 71:17 · **Reeves, William 01-23-2019 (00:00:07)**   WR2_COMBINED_06.40

71:16  A. Yeah, scientific outreach meeting.  Not
71:17 without additional chair -- additional context.

71:22 - 72:16 · **Reeves, William 01-23-2019 (00:00:45)**   WR2_COMBINED_06.41

| WR2_COMBINED_06-FINAL PLAYED | | |
| --- | --- | --- |
| **Page/Line** | **Source** | **ID** |

71:22   Q. And if you turn the page, there's the
EXHIBIT 250.1.1
71:23 attachment to it, and this is that abstract that he's
71:24 referring to in his e-mail; right?
72:1   A. Yes.
72:2   Q. And if you look at the very bottom of the
EXHIBIT 250.1.2
72:3 abstract -- and the title of the abstract is
72:4 non-Hodgkin's lymphoma and the pesticide hypothesis,
72:5 dose response.  Do you see that?
72:6   A. I do see that.
72:7   Q. And dose response -- that's the general
72:8 scientific principle that the more exposure you have to
72:9 something, the more likely that disease outcome occurs?
72:10   A. It -- well, if that disease outcome is
72:11 associated with the exposure.
72:12   Q. Absolutely -- right.
72:13   A. So if this is something capable of -- if
72:14 this substance is capable of resulting in a given
72:15 disease, then the general understanding is the greater
72:16 the exposure, the more likely that outcome is.

**73:18 - 74:2** | **Reeves, William 01-23-2019 (00:00:25)**
WR2_COMBINED_06.42
73:18   Q. But then it says, B, for more than two
EXHIBIT 250.1.3
73:19 days per year of exposure to glyphosate resulted in an
73:20 odds ratio of 2.11 with a confidence interval of 1.20
73:21 to 3.72.  Do you see that?
73:22   A. I do see that.
73:23   Q. So that's what was written in the original
73:24 abstract; right?
74:1   A. Yeah.  This is the abstract for the
74:2 scientific meeting.

**74:19 - 75:11** | **Reeves, William 01-23-2019 (00:00:42)**
WR2_COMBINED_06.43
74:19   Q. So this is the next document.  This is
clear - EXHIBIT 251.1.1
74:20 Exhibit 11.  Do you see that, sir?
74:21   A. I do see that.
74:22   Q. And this was a memo prepared by Dr.
EXHIBIT 251.1.2
74:23 Acquavella?
74:24   A. Yes.
75:1   Q. And it's dated August 24th, 2000; right?
75:2   A. That's correct.
75:3   Q. And again, this was prepared by Dr.
75:4 Acquavella in his capacity while employed at Monsanto?

| | WR2_COMBINED_06-FINAL PLAYED | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

|  | 75:5   A. Yes.  He was at Monsanto at this time. | |
|  | 75:6 Yes. | |
|  | 75:7   Q. All right.  Great.  And if you look at the | EXHIBIT 251.1.3 |
|  | 75:8 first blacked bullet point, he's actually talking about | |
|  | 75:9 this specific study, the McDuffee study? | |
|  | 75:10   A. Let me just make sure that's the same | |
|  | 75:11 author list.  Yes. | |
| 76:3 - 76:10 | **Reeves, William 01-23-2019 (00:00:17)** | WR2_COMBINED_06.44 |
|  | 76:3   Q. He says since the organizers of the ISEE | EXHIBIT 251.2.1 |
|  | 76:4 meeting -- and I'll stop right there.  That's the | |
|  | 76:5 meeting where this abstract was being presented; right? | |
|  | 76:6   A. Yes, that's correct. | |
|  | 76:7   Q. Asked me to chair the pesticide section, | |
|  | 76:8 which included this paper.  I had the opportunity to | |
|  | 76:9 spend some time with the author.  She struck me as a | |
|  | 76:10 reasonable person. | |
| 76:13 - 76:18 | **Reeves, William 01-23-2019 (00:00:12)** | WR2_COMBINED_06.45 |
|  | 76:13 She doesn't seem to have any preconceived | EXHIBIT 251.2.2 |
|  | 76:14 notions about glyphosate.  She agreed to share her | |
|  | 76:15 paper with me when it was ready for submission for | |
|  | 76:16 publication.  She also agreed to come and present her | |
|  | 76:17 work to an industry audience. | |
|  | 76:18 Do you see that? | |
| 76:20 - 76:20 | **Reeves, William 01-23-2019 (00:00:01)** | WR2_COMBINED_06.46 |
|  | 76:20   A. I do see those words. | |
| 78:11 - 78:19 | **Reeves, William 01-23-2019 (00:00:22)** | WR2_COMBINED_06.47 |
|  | 78:11   Q. And he goes, it remains to be seen how | EXHIBIT 251.2.3 |
|  | 78:12 glyphosate is treated in the eventual publication from | |
|  | 78:13 this study and whether anyone picks up selectively on | |
|  | 78:14 the presumably confounded glyphosate finding that was | |
|  | 78:15 included in the meeting abstract.  Obviously we need to | |
|  | 78:16 be as prepared as we can given limited information.  I | |
|  | 78:17 mention some specific follow-up plans below. | |
|  | 78:18 Do you see that? | |
|  | 78:19   A. I do see that. | |
| 81:23 - 82:14 | **Reeves, William 01-23-2019 (00:00:42)** | WR2_COMBINED_06.48 |
|  | 81:23   Q. (By Mr. Wisner)  Now, if we can turn to | clear |
|  | 81:24 Exhibit 12.  This is the actual McDuffee study that was | EXHIBIT 413.1.1 |
|  | 82:1 published; correct? | |
|  | 82:2   A. Yes.  This is a study from Dr. McDuffee | EXHIBIT 413.1.2 |

| WR2_COMBINED_06-FINAL PLAYED | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

|  | 82:3 and her team. | |
|  | 82:4   Q.  That's right.  And it's titled | |
|  | 82:5 non-Hodgkin's lymphoma and specific pesticides | |
|  | 82:6 exposures in men, cross-Canada study of pesticides and | |
|  | 82:7 health.  Do you see that? | |
|  | 82:8   A.  That's correct. | |
|  | 82:9   Q.  And as we see here, Dr. McDuffee -- and | EXHIBIT 413.1.3 |
|  | 82:10 you can see the abstract here that was ultimately | |
|  | 82:11 published; right? | |
|  | 82:12   A.  I do see that. | |
|  | 82:13   Q.  And there is no reference to the greater | |
|  | 82:14 than two days use result for glyphosate, is there? | |
| 82:15 - 82:16 | **Reeves, William 01-23-2019 (00:00:01)** | WR2_COMBINED_06.49 |
|  | 82:15   A.  Let me just make sure.  There is no | |
|  | 82:16 mention of that. | |
| 82:17 - 82:21 | **Reeves, William 01-23-2019 (00:00:13)** | WR2_COMBINED_06.50 |
|  | 82:17   Q.  But if we turn the page and you actually | clear |
|  | 82:18 dig into the article.  And Doctor, just to be clear, | |
|  | 82:19 because it's not in the abstract, that means it | |
|  | 82:20 wouldn't be picked up on literature searches; right? | |
|  | 82:21   A.  No, that's incorrect. | |
| 82:24 - 83:7 | **Reeves, William 01-23-2019 (00:00:17)** | WR2_COMBINED_06.51 |
|  | 82:24   Q.  And here we have the frequency of exposure | EXHIBIT 413.7.1 |
|  | 83:1 to selected herbicides, insecticides, fungicides, and | |
|  | 83:2 fumigants stratified by the number of days per year of | |
|  | 83:3 exposure.  Do you see that? | |
|  | 83:4   A.  I do see that. | |
|  | 83:5   Q.  And of course we have the glyphosate | |
|  | 83:6 number.  Do you see that? | |
|  | 83:7   A.  Yes, I do. | |
| 83:23 - 84:6 | **Reeves, William 01-23-2019 (00:00:18)** | WR2_COMBINED_06.52 |
|  | 83:23   Q.  But then when you look at greater than two | EXHIBIT 413.7.3 |
|  | 83:24 days per year we have an odds ratio of 2.12.  Do you | |
|  | 84:1 see that? | |
|  | 84:2   A.  I do see that. | |
|  | 84:3   Q.  And that result, according to this, is | |
|  | 84:4 statistically significant, correct? | |
|  | 84:5   A.  Yes, it is, based on what appears to be a | |
|  | 84:6 rather small sample size of the entire population. | |
| 96:12 - 96:15 | **Reeves, William 01-23-2019 (00:00:06)** | WR2_COMBINED_06.53 |

| WR2_COMBINED_06-FINAL PLAYED | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

| | | |
|---|---|---|
| | 96:12   Q. I handed you another document.  This is an | clear - EXHIBIT 448.1.1 |
| | 96:13 e-mail exchange that's been produced in this | |
| | 96:14 litigation.  It's Exhibit 13. | |
| | 96:15 [Exhibit 13 marked for identification.] | |
| 96:19 - 98:7 | **Reeves, William 01-23-2019 (00:01:16)** | WR2_COMBINED_06.54 |
| | 96:19   Q. And is this is an e-mail exchange between | EXHIBIT 448.1.2 |
| | 96:20 Dr. Farmer, Dr. Acquavella, and other Monsanto | |
| | 96:21 employees.  Do you see that? | |
| | 96:22   A. I do. | |
| | 96:23   Q. Including Dr. Heydens? | |
| | 96:24   A. Yes, I do. | |
| | 97:1   Q. Dr. Goldstein? | |
| | 97:2   A. Yes. | |
| | 97:3   Q. And this was a document that was shared | |
| | 97:4 amongst Monsanto employees in the ordinary course of | |
| | 97:5 their business? | |
| | 97:6   A. That's correct. | |
| | 97:7   Q. If you look at the bottom e-mail here, | EXHIBIT 448.1.3 |
| | 97:8 it's from Dr. Acquavella.  He talks about -- he's | |
| | 97:9 talking about the McDuffee article.  Do you see that? | |
| | 97:10   A. I do see that. | |
| | 97:11   Q. And he says the McDuffee article appeared | EXHIBIT 448.1.4 |
| | 97:12 in the November issue of the journal Epidemiology | |
| | 97:13 Biomarkers and Prevention.  See abstract below.  Unlike | |
| | 97:14 the abstract presented at the International Society for | |
| | 97:15 Environmental Epidemiology meeting, August 1999, | |
| | 97:16 glyphosate is no longer mentioned as a risk factor in | |
| | 97:17 the abstract.  You see that? | |
| | 97:18   A. I do see that. | |
| | 97:19   Q. It says I will have to get the article and | |
| | 97:20 see what it says in the small print; right? | |
| | 97:21   A. I do see that. | |
| | 97:22   Q. And then if you read, Donna Farmer | EXHIBIT 448.1.5 |
| | 97:23 responds to this, John, I know.  We don't yet know what | |
| | 97:24 it says in the small print, but the fact that | |
| | 98:1 glyphosate is no longer mentioned in the abstract is a | |
| | 98:2 huge step forward.  You see that? | |
| | 98:3   A. I do see that. | |
| | 98:4   Q. Then she says it removes it from being | |
| | 98:5 picked up by abstract searches, exclamation mark.  You | |

## WR2_COMBINED_06-FINAL PLAYED

| Page/Line | Source | ID |
|---|---|---|

98:6 see that?

98:7   A. I do see that.

**99:12 - 99:14**     **Reeves, William 01-23-2019 (00:00:07)**     WR2_COMBINED_06.55

99:12   Q. (By Mr. Wisner)  So here Dr. Farmer is

99:13 celebrating that the glyphosate result will not be

99:14 picked up in abstract searches; correct?

**99:17 - 100:1**     **Reeves, William 01-23-2019 (00:00:30)**     WR2_COMBINED_06.56

99:17   A. When I look at this, I don't know

99:18 celebrate is the right term for it, but what I don't

99:19 understand is why -- the meaning of -- the impact of

99:20 the abstract search, because when I do literature

99:21 searches, you just do a basic search.  It gives you a

99:22 search of the whole text.  The abstract search is

99:23 something you have to specifically ask for.  And so a

99:24 regular literature search would pick this up.

100:1 does get picked up when an agency does a review --

**100:10 - 100:11**     **Reeves, William 01-23-2019 (00:00:02)**     WR2_COMBINED_06.57

100:10   Q. So apparently

100:11 she's happy from it not being there?

**100:14 - 100:20**     **Reeves, William 01-23-2019 (00:00:14)**     WR2_COMBINED_06.58

100:14   A. I don't really know exactly what Dr.

100:15 Donna -- or what Dr. Farmer is referring to here in

100:16 terms of -- you're describing an emotion for her, and I

100:17 can't really characterize her behavior one way or the

100:18 other.

100:19   Q. She uses an exclamation mark.  Doesn't

100:20 that show excitement?

EXHIBIT 440.1.6

**100:22 - 101:11**     **Reeves, William 01-23-2019 (00:00:28)**     WR2_COMBINED_06.59

100:22   A. Again, for me to get inside of Dr.

100:23 Farmer's head to understand what exactly she meant here

100:24 in 2001, it's just not possible.

101:1   Q. (By Mr. Wisner)  Does Monsanto approve of

101:2 that?

101:3   A. I'm sorry.  Could you define approve --

101:4 what you mean by it?

101:5   Q. (By Mr. Wisner)  You don't know the

101:6 definition of approve?

101:7   A. I'm just trying to understand what you --

101:8 what you're -- you're saying approve of that, and so --

101:9   Q. You're here speaking for the company, and

| WR2_COMBINED_06-FINAL PLAYED | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

| | 101:10 my question is does Monsanto think that this is | |
| | 101:11 appropriate, what she's saying here? | |
| 101:13 - 101:18 | **Reeves, William 01-23-2019 (00:00:09)** | WR2_COMBINED_06.60 |
| | 101:13   A. Yeah, that's not really something I was | |
| | 101:14 prepared to speak on behalf of the company about today. | clear |
| | 101:15   Q. (By Mr. Wisner)  I'm handing you Exhibit | |
| | 101:16 14 to your deposition.  Let me know when you're ready | EXHIBIT 449 REDACTED.1.5 |
| | 101:17 to talk about it. | |
| | 101:18 [Exhibit 14 marked for identification.] | |
| 101:21 - 102:5 | **Reeves, William 01-23-2019 (00:00:12)** | WR2_COMBINED_06.61 |
| | 101:21   Q. So this is a series of e-mails between | |
| | 101:22 Monsanto employees; correct? | |
| | 101:23   A. Yes, it is. | EXHIBIT 449 REDACTED.1.1 |
| | 101:24   Q. Primarily Dr. Farmer, Dr. Acquavella, and | |
| | 102:1 Dr. Heydens; correct? | |
| | 102:2   A. That's correct. | |
| | 102:3   Q. And the subject of the e-mail is McDuffee | |
| | 102:4 paper? | |
| | 102:5   A. That's correct. | |
| 102:10 - 103:7 | **Reeves, William 01-23-2019 (00:00:59)** | WR2_COMBINED_06.62 |
| | 102:10   Q. And if we look -- the e-mail starts off | |
| | 102:11 with Dr. Acquavella sort of describing his quick review | |
| | 102:12 of the McDuffee article; correct? | |
| | 102:13   A. Yes, he does. | |
| | 102:14   Q. And then Bill Heydens responds, John, so | EXHIBIT 449 REDACTED.1.2 |
| | 102:15 if I understand the situation correctly, even though | |
| | 102:16 reference to glyphosate wasn't removed entirely, there | |
| | 102:17 was a substantial reduction in emphasis, including but | |
| | 102:18 not limited to removal from the abstract.  Bill.  Did I | |
| | 102:19 read that right? | |
| | 102:20   A. You did read that correctly. | |
| | 102:21   Q. And then Dr. Acquavella responds, Right. | EXHIBIT 449 REDACTED.1.3 |
| | 102:22 It is a good result, but not everything we wanted.  The | |
| | 102:23 invalid result could be cited as a second | |
| | 102:24 glyphosate/NHL finding.  However, it will not be picked | |
| | 103:1 up by most of the usual suspects because it's not | |
| | 103:2 mentioned in the abstract.  John.  Did I read that | |
| | 103:3 right? | |
| | 103:4   A. You did. | |
| | 103:5   Q. So according to Dr. Acquavella, an | |

**WR2_COMBINED_06-FINAL PLAYED**

| Page/Line | Source | ID |
|---|---|---|

103:6 epidemiologist at Monsanto, this McDuffee was a second
103:7 NHL finding?

**103:10 - 103:19**      **Reeves, William 01-23-2019 (00:00:23)**      WR2_COMBINED_06.63

103:10   A. He says the invalid result could be cited.
103:11 So if someone wanted to argue using this invalid
103:12 result, they could say we have a second finding.
103:13   Q. (By Mr. Wisner)  And he says --
103:14   A. He's not saying it's scientifically
103:15 justified.
103:16   Q. And he says it won't be picked up by most
103:17 of the usual suspects.  Do you know who he's referring
103:18 to?
103:19   A. No, I do not.

**104:11 - 104:19**      **Reeves, William 01-23-2019 (00:00:24)**      WR2_COMBINED_06.64

EXHIBIT 449 REDACTED.1.4

104:11 John, darn, but at least it's out of the abstract and
104:12 not a huge discussion in the text.  Regarding the
104:13 journal it is published in, how is it viewed?  Is it a
104:14 premier journal or a lower-rung journal?
104:15 Do you see that?
104:16   A. Yes, I do.
104:17   Q. So again, it looks like Dr. Farmer and Dr.
104:18 Acquavella both believe that it is a good thing that
104:19 the glyphosate data was not in the abstract?

**104:22 - 105:9**      **Reeves, William 01-23-2019 (00:00:34)**      WR2_COMBINED_06.65

104:22   A. Yeah, I can't speak to why they viewed
104:23 this using these words or describe their view of it
104:24 using these words, but I don't believe that being out
105:1 of the abstract really prevents people from finding it.
105:2   Q. (By Mr. Wisner)  He says it's a good

EXHIBIT 449 REDACTED.1.3

105:3 result; right?
105:4   A. He does say it's a good result, but not
105:5 everything we wanted.  The challenge here is the
105:6 invalid result could be cited, and so it's still
105:7 leaving it on the table.  Yes, people can find this
105:8 paper, they can cite it, they can use it to make an
105:9 argument.

**106:19 - 106:21**      **Reeves, William 01-23-2019 (00:00:02)**      WR2_COMBINED_06.66

clear

106:19   Q. (By Mr. Wisner)  So I'm handing you      EXHIBIT 450.1.1
106:20 Exhibit 15.
106:21   A. All right.

| WR2_COMBINED_06-FINAL PLAYED | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

| 107:3 - 107:8 | **Reeves, William 01-23-2019 (00:00:14)** | WR2_COMBINED_06.67 |
| | 107:3   Q. And this is a memo prepared by Dr. | EXHIBIT 450.1.2 |
| | 107:4 Acquavella, Marian Bleeke, Donna Farmer, Daniel | |
| | 107:5 Goldstein, and Christophe Gustin; correct? | |
| | 107:6   A. That is correct. | |
| | 107:7   Q. It's dated June 11, 2012 -- sorry, 2002. | |
| | 107:8   A. 2002. | |
| 107:16 - 108:21 | **Reeves, William 01-23-2019 (00:01:12)** | WR2_COMBINED_06.68 |
| | 107:16   Q. So if we turn the page, there's an | EXHIBIT 450.2.1 |
| | 107:17 introduction.  Do you see that? | |
| | 107:18   A. I do see that. | |
| | 107:19   Q. And then there's a section that says macro | EXHIBIT 450.2.2 |
| | 107:20 issues. | |
| | 107:21   A. I do see that. | |
| | 107:22   Q. I want to start off with the second | EXHIBIT 450.2.3 |
| | 107:23 paragraph.  It says allegations based on results from | |
| | 107:24 epidemiologic studies have begun to affect our freedom | |
| | 108:1 to operate.  I'll stop right there.  Do you understand | |
| | 108:2 what that means, freedom to operate? | |
| | 108:3   A. So freedom to operate within the company | |
| | 108:4 has -- I think everyone defines it differently, just | |
| | 108:5 depending on what role they're in and what sort of | |
| | 108:6 function they're part of. | |
| | 108:7   Q. Do you know what he means here when he | |
| | 108:8 says the results of epidemiologic studies have begun to | |
| | 108:9 affect our freedom to operate? | |
| | 108:10   A. I can't speak for what Dr. Acquavella | |
| | 108:11 specifically meant by that, again, just because people | |
| | 108:12 tend to use it differently. | |
| | 108:13   Q. In Canada, enabled by a recent Supreme | EXHIBIT 450.2.4 |
| | 108:14 Court ruling, localities have cited epidemiologic | |
| | 108:15 findings to ban non-essential use of pesticides, | |
| | 108:16 usurping federal regulations that are based on | |
| | 108:17 toxicologic data.  Do you see that? | |
| | 108:18   A. I do see that. | |
| | 108:19   Q. So it appears then that the freedom to | |
| | 108:20 operate that Dr. Acquavella is referring to is -- he's | |
| | 108:21 worried people are banning it? | |
| 108:24 - 109:7 | **Reeves, William 01-23-2019 (00:00:29)** | WR2_COMBINED_06.69 |
| | 108:24   A. Yeah.  He -- so in Canada, localities have | |

| Page/Line | Source | ID |
|---|---|---|

WR2_COMBINED_06-FINAL PLAYED

109:1 cited epidemiologic findings.  They're -- and what he's
109:2 pointing out here is those reviews are not based on --
109:3 those reviews are -- these bans are contradicting
109:4 federal regulations because -- and those federal
109:5 regulations are based on actual toxicological data.
109:6   Q. Sure.  And he's saying that that's what's
109:7 affecting Monsanto's freedom to operate?

**109:10 - 110:1    Reeves, William 01-23-2019 (00:00:44)**    WR2_COMBINED_06.70

109:10   A. Yeah, again, without Dr. Acquavella's
109:11 specific definition, it's very difficult to know
109:12 precisely what he's referring to.  Is he -- is there
109:13 some bigger definition he has?  Is it a narrower
109:14 definition?  He doesn't -- he's got a footnote, but it
109:15 doesn't define what he means.
109:16   Q. Well, you know, I guess we'll just have to
109:17 read the text and infer from that what we will.  The
109:18 next sentence says there are now six published studies
109:19 that arguably associate glyphosate and other pesticides
109:20 with lymphopoietic cancers or adverse reproductive
109:21 outcomes.
109:22 Do you see that?
109:23   A. I do see that.
109:24   Q. And lymphopoietic cancers -- that's blood
110:1 cancers, right, in the lymphocytes?

EXHIBIT 450.2.5

**110:3 - 110:8    Reeves, William 01-23-2019 (00:00:15)**    WR2_COMBINED_06.71

110:3   A. So I'm not here to testify for the company
110:4 about specific medical issues, of what specific medical
110:5 terms mean.  Speaking for myself, I can tell you that
110:6 is my understanding of that word.
110:7   Q. Non-Hodgkin's lymphoma is a lymphopoietic
110:8 cancer?

**110:10 - 111:11    Reeves, William 01-23-2019 (00:01:08)**    WR2_COMBINED_06.72

110:10   A. Again, I'm not here to testify for the
110:11 company about those topics, but speaking for myself, I
110:12 can tell you that is my understanding.
110:13   Q. (By Mr. Wisner)  And he cites 4 through 6.
110:14 You see that?
110:15   A. Yes, he does.
110:16   Q. Or I should say they do, because I don't
110:17 actually know who the final author of this document is,

| WR2_COMBINED_06-FINAL PLAYED | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

110:18 but -- and if we look at 4 through 6, we have a study
110:19 from 1998.  Do you see that?

EXHIBIT 450.7.1

110:20   A. I do see that.
110:21   Q. It's a Hardell study?
110:22   A. It is.
110:23   Q. We have the Hardell study we discussed
110:24 from 1999?
111:1   A. Yes, that's correct.
111:2   Q. And we have the McDuffee study that we've
111:3 discussed?
111:4   A. I do see that.

EXHIBIT 450.2.5

111:5   Q. So Dr. Acquavella is stating in this
111:6 memo -- sorry, I shouldn't say that.  These doctors,
111:7 Acquavella, Bleeke, Farmer, Goldstein, and Gustin, are
111:8 stating in this memo that these studies -- three ones
111:9 that we've talked about so far -- arguably associate
111:10 glyphosate and other pesticides with lymphopoietic
111:11 cancers; correct?

**111:14 - 111:16   Reeves, William 01-23-2019 (00:00:10)**   WR2_COMBINED_06.73

111:14   A. The words on the page -- sorry.  I think
111:15 you just have to go with what the actual statement on
111:16 the page is to get their understanding.

**112:3 - 112:21   Reeves, William 01-23-2019 (00:00:36)**   WR2_COMBINED_06.74

EXHIBIT 450.2.6

112:3   Q. And it discusses specifically the
112:4 agricultural health study?
112:5   A. I do see that.
112:6   Q. And it goes on to describe the study.
112:7 This study -- do you see that?
112:8   A. That later on he discusses the AHS?
112:9   Q. Great.
112:10   A. Yes.
112:11   Q. Then if you turn to the next page, the

EXHIBIT 450.3.1

112:12 paragraph continues.  It talks about numerous other
112:13 studies are ongoing in the U.S., Canada, and Europe.
112:14 Do you see that?
112:15   A. I do see that.
112:16   Q. It says experience has shown that these
112:17 studies will associate widely used pesticides with a
112:18 number of diseases.  Do you see that?
112:19   A. I see that statement.

| WR2_COMBINED_06-FINAL PLAYED | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

112:20   Q. Is that why Monsanto didn't want to do an
112:21 epi study?

**112:24 - 113:6**   **Reeves, William 01-23-2019 (00:00:18)**   WR2_COMBINED_06.75

112:24   A. There is nothing here discussing
113:1 Monsanto's view of it.  This is simply the author's --
113:2 they're just updating people on what is the AHS.
113:3   Q. (By Mr. Wisner)  I know, but I'm asking
113:4 you, is that why Monsanto didn't do an epi study?  Was
113:5 it because experience has shown that these studies will
113:6 associate widely used pesticides with disease?

**113:9 - 113:17**   **Reeves, William 01-23-2019 (00:00:16)**   WR2_COMBINED_06.76

113:9   A. I can't speculate about that.  We're
113:10 talking about a paragraph here where they're just
113:11 simply describing the agricultural health study.   EXHIBIT 450.3.2
113:12   Q. (By Mr. Wisner)  He reads the stage is
113:13 set, therefore, for more allegations about human health
113:14 effects associated with glyphosate and other
113:15 pesticides.  That's what he said -- that's what they
113:16 say; right?
113:17   A. Those are the words on the page.

**114:5 - 114:9**   **Reeves, William 01-23-2019 (00:00:17)**   WR2_COMBINED_06.77

114:5   Q. (By Mr. Wisner)  So these doctors are
114:6 saying the stage is set, we have this problem.  At this
114:7 point surely Monsanto explored the idea of just doing a
114:8 study on epidemiology themselves, and figure out if
114:9 there's an actual risk?

**114:11 - 114:11**   **Reeves, William 01-23-2019 (00:00:02)**   WR2_COMBINED_06.78

114:11   A. That statement is not on the page here.

**117:23 - 118:14**   **Reeves, William 01-23-2019 (00:00:25)**   WR2_COMBINED_06.79

117:23   Q. (By Mr. Wisner)  So Exhibit 16 is a   clear - EXHIBIT 451.1.1
117:24 document titled integrative assessment of multiple   EXHIBIT 451.1.2
118:1 pesticides as risk factors for non-Hodgkin's lymphoma
118:2 among men.  Do you see that?
118:3   A. I do see that.
118:4   Q. This is an epidemiological study that
118:5 you've reviewed before?
118:6   A. Yes, it is.
118:7   Q. It's one that Monsanto was fully aware of?
118:8   A. That's correct.
118:9   Q. And this was done by authors De Roos, et

| Page/Line | Source | ID |
|---|---|---|

118:10 al.  Do you see that?
118:11   A. I do see that.
118:12   Q. One of those authors is Dr. Dennis
118:13 Weisenburger.  Do you see that?
118:14   A. I do see that.

**118:24 - 119:2   Reeves, William 01-23-2019 (00:00:05)**   WR2_COMBINED_06.80

118:24   Q. You understand that this was a study that
119:1 was essentially coming out of the National Cancer
119:2 Institute?

**119:5 - 120:2   Reeves, William 01-23-2019 (00:01:05)**   WR2_COMBINED_06.81

119:5   A. Coming out of the National Cancer
119:6 Institute?  So we have to look at the author
119:7 affiliations at the end to understand that.   EXHIBIT 451.0.1
119:8   Q. (By Mr. Wisner)  Sure.  Lead author, De
119:9 Roos, Division of Cancer Epidemiology and Genetics,
119:10 National Cancer Institute, USA.  You see that?
119:11   A. I do see that, and then the other -- so
119:12 there's -- and then there's three others who were with
119:13 University of Nebraska, Kansas, and Iowa.   EXHIBIT 451.1.2
119:14   Q. Now, Dr. -- this publication explored
119:15 multiple exposures of pesticides and non-Hodgkin's
119:16 lymphoma; correct?
119:17   A. Yes, they were looking at ways to adjust
119:18 for other exposures.
119:19   Q. And one of those was in fact glyphosate;
119:20 correct?
119:21   A. It was included in this study.   EXHIBIT 451.5.1
119:22   Q. And when they did the analysis, the data
119:23 on glyphosate -- if you want to look at it, it's on   EXHIBIT 451.5.2
119:24 Table 3 -- using the logistical regression, showed a
120:1 odds ratio of 2.1.  That was statistically significant;
120:2 correct?

**120:3 - 120:4   Reeves, William 01-23-2019 (00:00:03)**   WR2_COMBINED_06.82

120:3   A. They have a logistic regression and a
120:4 hierarchical regression.

**121:23 - 122:1   Reeves, William 01-23-2019 (00:00:10)**   WR2_COMBINED_06.83

121:23   Q. So in fact, the logistical regression that
121:24 was statistically significant, that actually adjusted
122:1 for exposure to every other pesticide on this list?

**122:24 - 123:7   Reeves, William 01-23-2019 (00:00:22)**   WR2_COMBINED_06.84

| WR2_COMBINED_06-FINAL PLAYED | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

122:24  A. Okay.  Now I think I understand.  The
123:1 logistic regression is a way of adjusting for other
123:2 pesticide exposures, and what the authors are saying is
123:3 we used hierarchical regression to do a more I guess
123:4 you could say robust adjustment for those same
123:5 exposures, and when they do that, their relationships
123:6 diminish and tend to become non-significant.  So it's
123:7 two different methods.

123:17 - 123:18  **Reeves, William 01-23-2019 (00:00:05)**   WR2_COMBINED_06.85

123:17  A. The logistic regression does include an
123:18 adjustment for other pesticides.

127:20 - 128:15  **Reeves, William 01-23-2019 (00:00:51)**   WR2_COMBINED_06.86

EXHIBIT 451.7.1

127:20   Q. It says glyphosate commercially sold as
127:21 Roundup is a commonly used herbicide in the United
127:22 States, both on crops and on non-cropland areas.  An
127:23 association of glyphosate with NHL was observed in
127:24 another case-control study, but the estimate was based
128:1 on only four exposed cases.  A recent study across a
128:2 large region of Canada found an increased risk of NHL
128:3 associated with glyphosate use that increased by the
128:4 number of days per -- used per year.  These few
128:5 suggestive findings provide some impetus for further
128:6 investigation into the potential health effects of
128:7 glyphosate, even though one review concluded that the
128:8 active ingredient is noncarcinogenic and nongenotoxic.
128:9 Did I read that right?
128:10   A. Yes, you did.
128:11   Q. And if you actually look at the article --   EXHIBIT 451.9.3
128:12 she's actually specifically discussing the Hardell as
128:13 well as the McDuffee articles; correct?
128:14   A. I mean, I need to confirm that for me.
128:15   Q. Sure.

128:16 - 128:17  **Reeves, William 01-23-2019 (00:00:04)**   WR2_COMBINED_06.87

128:16   A. Yes, for the epidemiology she's referring
128:17 to Hardell and McDuffee papers.

129:7 - 129:16  **Reeves, William 01-23-2019 (00:00:21)**   WR2_COMBINED_06.88

EXHIBIT 451.7.2

129:7   Q. So the one counter-study she cites is
129:8 Citation 50; correct?
129:9   A. That is correct.
129:10   Q. And if we look at what Citation 50 is,   EXHIBIT 451.9.2

| WR2_COMBINED_06-FINAL PLAYED | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

|  | 129:11 that is the Williams, Kroes, and Munro article; | |
|  | 129:12 correct? | |
|  | 129:13   A. That is correct. | |
|  | 129:14   Q. You would agree this study, sir, from De | EXHIBIT 451.1.2 |
|  | 129:15 Roos 2003 -- it added fuel to the fire created by the | |
|  | 129:16 Hardell study? | |
| 129:19 - 130:2 | **Reeves, William 01-23-2019 (00:00:19)** | WR2_COMBINED_06.89 |
|  | 129:19   A. So if you mean by fuel to the fire it | clear |
|  | 129:20 created a legitimate interest on our part or a | |
|  | 129:21 legitimate need for more study or a reliable basis to | |
|  | 129:22 conclude there was some issue with glyphosate that | |
|  | 129:23 Monsanto needed to look into in some other way, no, I | |
|  | 129:24 would not agree with that. | |
|  | 130:1   Q. Well, I'm handing you Exhibit 17. | |
|  | 130:2 [Exhibit 17 marked for identification.] | |
| 130:9 - 130:17 | **Reeves, William 01-23-2019 (00:00:17)** | WR2_COMBINED_06.90 |
|  | 130:9   Q. So we have this series of e-mails.  These | |
|  | 130:10 are e-mail exchanges between various Monsanto | |
|  | 130:11 employees; correct? | |
|  | 130:12   A. That's correct. | |
|  | 130:13   Q. Included among those are Dr. Acquavella, | |
|  | 130:14 Dr. Goldstein, Dr. Farmer; correct? | |
|  | 130:15   A. That is correct. | |
|  | 130:16   Q. Bill Heydens is on there? | |
|  | 130:17   A. Yes, Dr. Heydens is there as well. | |
| 131:8 - 132:20 | **Reeves, William 01-23-2019 (00:01:34)** | WR2_COMBINED_06.91 |
|  | 131:8   Q. And if you look at the first e-mail, it's | EXHIBIT 254.1.1 |
|  | 131:9 actually citing the De Roos article we just looked at? | EXHIBIT 254.2.1 |
|  | 131:10   A. That is correct. | |
|  | 131:11   Q. And then Dr. Acquavella writes this | EXHIBIT 254.1.6 |
|  | 131:12 e-mail; correct? | |
|  | 131:13   A. Yes, that is correct. | |
|  | 131:14   Q. And he specifically -- he says | EXHIBIT 254.1.3 |
|  | 131:15 strangely -- you see that paragraph? | |
|  | 131:16   A. I do see that. | |
|  | 131:17   Q. Glyphosate looks to be one of the most -- | |
|  | 131:18 one of the pesticides most associated with NHL in this | |
|  | 131:19 analysis.  Do you see that? | |
|  | 131:20   A. I do see those words, yes. | |
|  | 131:21   Q. And he -- in the next paragraph he goes | EXHIBIT 254.1.4 |

| WR2_COMBINED_06-FINAL PLAYED | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

131:22 the authors spent an entire paragraph in the discussion

131:23 on glyphosate, specifically mentioning the Hardell and

131:24 McDuffee studies.  Do you see that?

132:1   A. Trying to catch up with where you are on

132:2 the page.

132:3   Q. Next paragraph.

132:4   A. Okay.  All right.  So he makes the

132:5 statements about the plausibility of the finding, then

132:6 he goes on and says what you had just read, so I see

132:7 those words, yes.

132:8   Q. And he actually pastes what appears to be

132:9 the paragraph we just read from the De Roos article;

132:10 correct?

132:11   A. I do see that.

132:12   Q. And he says, quote, I'm afraid this could

132:13 add more fuel to the fire for Hardell, et al; correct?

132:14   A. I do see that.

132:15   Q. And then if you look at the last sentence

EXHIBIT 254.1.5

132:16 in his e-mail he says it looks like NHL and other

132:17 lymphopoietic cancers continue to be the main cancer

132:18 epidemiology issues both for glyphosate and alachlor.

132:19 Do you see that?

132:20   A. I do see that.

| 134:5 - 134:7 | **Reeves, William 01-23-2019 (00:00:11)** | WR2_COMBINED_06.92 |

134:5   Q. So we have Hardell, Hardell,

134:6 McDuffee, and now we have De Roos 2003; right?

clear

134:7   A. That's correct.

| 135:5 - 135:6 | **Reeves, William 01-23-2019 (00:00:04)** | WR2_COMBINED_06.93 |

135:5   Q. I'd like to talk to you -- I just handed

135:6 you Exhibit 18.  That is another case control study.

| 135:14 - 136:12 | **Reeves, William 01-23-2019 (00:00:43)** | WR2_COMBINED_06.94 |

EXHIBIT 452.1.1

135:14   Q. So this is a case control

135:15 epidemiological study; correct?

135:16   A. That is correct.

135:17   Q. And it was published in 2008?

135:18   A. That's correct.

135:19   Q. It's titled pesticide exposure as risk

135:20 factor for non-Hodgkin lymphoma including

135:21 histopathological subgroup analysis.  Do you see that?

135:22   A. I do see that.

| Page/Line | Source | ID |
|---|---|---|

WR2_COMBINED_06-FINAL PLAYED

135:23   Q. And it's -- again, has two authors that
135:24 we've seen previously, Dr. Eriksson as well as Hardell?
136:1   A. That's correct.
136:2   Q. And there are some other researchers on
136:3 there as well?
136:4   A. That's correct.
136:5   Q. And this is a study that Monsanto has
136:6 reviewed and considered; correct?
136:7   A. That is correct.
136:8   Q. Now, this study listed results for          EXHIBIT 452.3.4
136:9 glyphosate; correct?
136:10   A. I'm sorry.  It listed results?
136:11   Q. It has results for glyphosate?
136:12   A. Yes, it does.  It includes results.

**137:14 - 138:9   Reeves, William 01-23-2019 (00:00:40)**          WR2_COMBINED_06.95

137:14   Q. And they looked at glyphosate when it was
137:15 less than 10 days and when it was greater than 10 days;
137:16 right?
137:17   A. That's correct.
137:18   Q. And when it was less than 10 days, it was          EXHIBIT 452.3.2
137:19 an elevated odds ratio of 1.69, but it was not
137:20 statistically significant; correct?
137:21   A. That's correct.
137:22   Q. And when they looked at it for greater          EXHIBIT 452.3.3
137:23 than 10 days, it was elevated 2.36, and it was
137:24 statistically significant; correct?
138:1   A. That's correct.
138:2   Q. And the authors report on the glyphosate
138:3 data in this paper; correct?
138:4   A. Yes, they do.
138:5   Q. And if you look at starting at Page 661,          EXHIBIT 452.5.2
138:6 the bottom right paragraph.
138:7   A. That's correct.
138:8   Q. It's talking about glyphosate; right?
138:9   A. Yes.

**138:19 - 140:8   Reeves, William 01-23-2019 (00:01:28)**          WR2_COMBINED_06.96

EXHIBIT 452.5.3

138:19   Q. And then it also does report,
138:20 though, since then some experimental studies indicate
138:21 genotoxic, hormonal, and enzymatic effect in mammals as
138:22 reviewed.  Of particular interest is that glyphosate

| WR2_COMBINED_06-FINAL PLAYED | | |
| --- | --- | --- |
| **Page/Line** | **Source** | **ID** |

138:23 treatment of human lymphocytes in vitro resulted in

138:24 increased sister chromatid exchanges, chromosomal

139:1 aberrations, and oxidative stress.

139:2 That's what it says.

139:3   A. Those are the words.

139:4   Q. And then on the next page it kind of goes

EXHIBIT 452.6.1

139:5 into the actual study a little bit farther.

139:6 The authors state glyphosate was

139:7 associated with a statistically significant increased

139:8 odds ratio for lymphoma in our study, and the result

139:9 was strengthened by a tendency to dose-response effect

139:10 as shown in Table 2.

139:11 Do you see that?

139:12   A. I do see that.

139:13   Q. And then discuss their former study, very

EXHIBIT 452.6.2

139:14 few subjects were exposed to glyphosate, but a

139:15 nonsignificant odds ratio of 2.3 was found.

139:16 Do you see that?

139:17   A. I do see that.

139:18   Q. We actually went over that study earlier

139:19 today?

139:20   A. Yes, we did.

139:21   Q. And then it goes to say furthermore, a

EXHIBIT 452.6.3

139:22 metaanalysis combining that study with an investigation

139:23 on hairy cell leukemia, a rare NHL variant, showed an

139:24 odds ratio for glyphosate of 3.04, and it lists the

140:1 confidence interval.

140:2 Do you see that?

140:3   A. I do see that.

140:4   Q. Recent findings from other groups also

140:5 associate glyphosate with different B cell malignancies

140:6 such as lymphomas and myeloma.

140:7 Do you see that?

140:8   A. I do see that.

| 143:15 - 143:15 | **Reeves, William 01-23-2019 (00:00:01)** | WR2_COMBINED_06.97 |
| | 143:15   Q. So we have Eriksson | clear |
| 143:16 - 143:21 | **Reeves, William 01-23-2019 (00:00:15)** | WR2_COMBINED_06.98 |

143:16 I wrote that on the thing.  Do you see

143:17 that?

143:18   A. Eriksson?  Yes, I do.

**WR2_COMBINED_06-FINAL PLAYED**

| Page/Line | Source | ID |
|---|---|---|

143:19   Q. Following the publication of this study,
143:20 isn't it true that Monsanto then took it upon itself to
143:21 actually combat the study?

**143:22 - 143:24**   **Reeves, William 01-23-2019 (00:00:03)**   WR2_COMBINED_06.99

143:22   A. Is there a particular document or
143:23 documents discussing --
143:24   Q. Do you have any knowledge about that?

**144:2 - 144:6**   **Reeves, William 01-23-2019 (00:00:07)**   WR2_COMBINED_06.100

144:2   A. I'd like to understand what you mean by
144:3 combat.  If there's a document you have, I'd be happy
144:4 to review it.
144:5   Q. (By Mr. Wisner)  Okay.  Handing you
144:6 Exhibit 19.

**144:12 - 145:2**   **Reeves, William 01-23-2019 (00:00:30)**   WR2_COMBINED_06.101

EXHIBIT 453.1.1

EXHIBIT 453.1.2

144:12   Q. So this is an e-mail exchange.  It's
144:13 Exhibit 19.  This is an e-mail -- series of e-mail
144:14 exchanges involving Dr. Farmer and other Monsanto
144:15 employees; correct?
144:16   A. That's correct.
144:17   Q. And if you look at the subject line, study
144:18 shows herbicides increase risk of non-Hodgkin's
144:19 lymphoma beyond pesticides, October 14th.
144:20 Do you see that?
144:21   A. I do see that.
144:22   Q. And as you go back and look at the actual
144:23 origination of this e-mail, you see that it's actually
144:24 talking about this exact study, the Eriksson 2008
145:1 study?
145:2   A. That's correct.

**145:11 - 147:1**   **Reeves, William 01-23-2019 (00:01:32)**   WR2_COMBINED_06.102

EXHIBIT 453.2.1

145:11   Q. And if you look at the last sort of
145:12 paragraph on here, the sort of last thing that's said
145:13 on the -- in this -- I guess some sort of press release
145:14 of some sort, is avoid carcinogenic herbicides and
145:15 foods by supporting organic agriculture and on lawns by
145:16 using nontoxic land care strategies that rely on soil
145:17 health, not toxic herbicides.
145:18 Do you see that?
145:19   A. I do see that.
145:20   Q. So then Dr. Farmer responds to this e-mail

EXHIBIT 453.1.2

**WR2_COMBINED_06-FINAL PLAYED**

| Page/Line | Source | ID |
|---|---|---|

145:21 that's been sent to her; right?

145:22   A. Yes.

145:23   Q. And she says -- and just to be clear, Dr.

145:24 Farmer is responding to this e-mail in the course of

146:1 her business; right?

146:2   A. Yes, she is.

146:3   Q. And she says thank you for forwarding

EXHIBIT 453.1.3

146:4 this.  We have been aware of this paper for a while and

146:5 knew it would only be a matter of time before the

146:6 activists pick it up.  I have some epi experts

146:7 reviewing it.  As soon as I have that review we will

146:8 pull together a backgrounder to use in response.  Here

146:9 is their bottom line, how do we combat this?

146:10 Do you see that?

146:11   A. I do see that.

146:12   Q. And then she actually pastes that sentence

EXHIBIT 453.1.4

146:13 that we read at the very end of the article.  Do you

146:14 see that?

146:15   A. I do see that.

146:16   Q. So Dr. Farmer is saying how do we combat

146:17 this, and this is avoiding carcinogenic herbicides in

146:18 food by supporting organic agriculture and on lawns by

146:19 using nontoxic land care strategies that rely on soil

146:20 health and not toxic herbicides.

146:21 Do you see that?

146:22   A. I do see that.

146:23   Q. Do you -- as someone who speaks for

146:24 Monsanto, is this something that Monsanto wishes to

147:1 combat?

147:3 - 147:14   **Reeves, William 01-23-2019 (00:00:32)**

WR2_COMBINED_06.103

147:3   A. Could you help me under -- there's a

147:4 problem I'm having here.  Here is their bottom line, is

147:5 the statement.  I'm not sure who there is -- here is

147:6 their bottom line, period, period, period, how do we

147:7 combat this, question mark.

147:8 She's not saying here is our bottom line,

147:9 so I'm not really sure what this is referring to.  I'm

147:10 having a hard time understanding whether this is -- it

147:11 doesn't appear to be our bottom line.  Donna is saying

147:12 their bottom line.

**WR2_COMBINED_06-FINAL PLAYED**

| Page/Line | Source | ID |
|---|---|---|

147:13  Q. (By Mr. Wisner)  Yeah, and she's
147:14 combatting it.

**147:17 - 147:24**   **Reeves, William 01-23-2019 (00:00:18)**   WR2_COMBINED_06.104

147:17  A. Yeah, I don't believe I can answer for
147:18 Donna on this one.  I can't be inside her head to
147:19 explain what it is she meant by these words.
147:20  Q. (By Mr. Wisner)  Well, sir, it's just
147:21 basic English grammar; right?  It says right here, here
147:22 is their bottom line, how do we combat this, and then
147:23 below that is their bottom line.
147:24 Do you see that?

**148:2 - 148:15**   **Reeves, William 01-23-2019 (00:00:33)**   WR2_COMBINED_06.105

148:2  A. Again, the way this is written, I can't
148:3 speak to what Donna meant by that.
148:4  Q. (By Mr. Wisner)  I'm not asking you what
148:5 she meant by it.  I'm asking you what it says right
148:6 here on this paper.
148:7  A. I see those words.
148:8  Q. So my question to you, sir, as a
148:9 representative from Monsanto, is do you think it's
148:10 appropriate for Dr. Donna Farmer to be discussing how
148:11 they're going to combat this sentence -- avoiding
148:12 carcinogenic herbicides in foods by supporting
148:13 organic agriculture and on lawns by using nontoxic land
148:14 care strategies that rely on soil health, not toxic
148:15 herbicides?

**148:18 - 148:21**   **Reeves, William 01-23-2019 (00:00:06)**   WR2_COMBINED_06.106

148:18  A. Again, I can't speak for Donna, for Dr.
148:19 Farmer, on this question.
148:20  Q. (By Mr. Wisner)  I know.  I'm asking you
148:21 to speak for Monsanto.  Is this appropriate, sir?

**148:24 - 149:3**   **Reeves, William 01-23-2019 (00:00:09)**   WR2_COMBINED_06.107

148:24  A. These are Donna's statements, and I
149:1 believe they're most appropriately addressed to her.
149:2 We cannot speak for what our employees -- what their
149:3 position is in an e-mail written like this.

**149:16 - 149:23**   **Reeves, William 01-23-2019 (00:00:17)**   WR2_COMBINED_06.108

149:16  Q. (By Mr. Wisner)  I'm not asking you to
149:17 speak for her.  I'm asking you to speak for the person
149:18 you're testifying for today.  That's the Monsanto

| WR2_COMBINED_06-FINAL PLAYED | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

149:19 corporation.

149:20 And my question to you is on behalf of

149:21 Monsanto -- and if you can't answer this, that's fine.

149:22 But on behalf of Monsanto, seeing what she's saying

149:23 here, do you find this to be inappropriate or not.

150:2 - 150:12   **Reeves, William 01-23-2019 (00:00:23)**   WR2_COMBINED_06.109

150:2   A. Again, these are Donna's words.  I can't

150:3 try to get inside of Donna's head and decipher what she

150:4 really meant by this, so I can't really speak to that.

150:5   Q. (By Mr. Wisner)  Well, let me just ask you

150:6 straightforwardly.  This sentence right here --

150:7   A. The very bottom one?

150:8   Q. Yeah.  The one that we've been talking

150:9 about.

150:10   A. I see that on the bottom.

150:11   Q. Do you believe that sentence should be

150:12 combatted?  And by you, I mean Monsanto.

150:15 - 151:3   **Reeves, William 01-23-2019 (00:00:23)**   WR2_COMBINED_06.110

150:15   A. Yeah, again, this is referring to Donna's

150:16 statements.  This is Donna's words.  This is how she

150:17 put this together.

150:18   Q. (By Mr. Wisner)  Sir, you didn't hear my

150:19 question --

150:20   A. She'd be the authority on what this meant.

150:21   Q. Sure.  I'm not asking you to interpret

150:22 what this means.  I'm asking you to speak for Monsanto.

150:23 And I'll ask you this question, and I've given it to

150:24 you straight now, and if you can't answer it, that's

151:1 fine.

151:2 But Monsanto's position -- does Monsanto

151:3 believe it should combat that sentence.

151:6 - 151:21   **Reeves, William 01-23-2019 (00:00:39)**   WR2_COMBINED_06.111

151:6   A. Yeah, I've answered this already.

151:7   Q. (By Mr. Wisner)  No, you haven't.

151:8   A. These are Donna's words, the way she put

151:9 it together.  The choice of the combat is hers.

151:10   Q. Sir, I'm not asking you to interpret what

151:11 Donna said.  I'm asking you to speak for Monsanto.  And

151:12 if you can't answer the question, then we're going to

151:13 need to get a witness who can.  So the question for you

| WR2_COMBINED_06-FINAL PLAYED | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

151:14 is very straightforward.  You've been put up to speak
151:15 for Monsanto.  Okay?
151:16 And so my question for you is, this
151:17 sentence, avoid carcinogenic herbicides in foods by
151:18 supporting organic agriculture and on lawns by using
151:19 nontoxic land care strategies that rely on soil health,
151:20 not toxic herbicides -- does Monsanto believe that is a
151:21 sentence that should be combatted.

**151:24 - 152:8**   **Reeves, William 01-23-2019 (00:00:21)**   WR2_COMBINED_06.112

151:24   A. Yeah.  Monsanto's position -- we don't
152:1 have an official position on the exact phrasing of this
152:2 statement.
152:3   Q. (By Mr. Wisner)  So all we can go on is
152:4 what Dr. Farmer says here?
152:5   A. We'd have to go on Donna Farmer's own
152:6 words.  She can explain that.
152:7   Q. She used the word combat; right?
152:8   A. That is a word that appears in her e-mail.   clear

**152:9 - 153:1**   **Reeves, William 01-23-2019 (00:00:35)**   WR2_COMBINED_06.113

152:9   Q. So you mentioned this earlier.  We were
152:10 going through the epidemiological study.  I'm looking
152:11 at Exhibit 2 again.  We've gone through Hardell's,
152:12 McDuffee, De Roos, Eriksson.  And you mentioned that
152:13 between De Roos and Eriksson there was a study
152:14 published by the AHS; correct?
152:15   A. That's correct.
152:16   Q. That was the original publication of 2005?
152:17   A. Yes, that's right.
152:18   Q. So I'm going to write AHS 2005.  Okay?
152:19   A. Yeah.  Well, it's De Roos who's the
152:20 author.
152:21   Q. Okay, fair enough.  Fair enough.  There
152:22 was a De Roos -- there was also an AHS publication in
152:23 2018; correct?
152:24   A. Yes.  And that was Andreotti, et al.  So
153:1 it would be De Roos --

**153:9 - 153:17**   **Reeves, William 01-23-2019 (00:00:15)**   WR2_COMBINED_06.114

153:9   Q. All right, we'll just put in there De
153:10 Roos.  That work?
153:11   A. Yeah.

| WR2_COMBINED_06-FINAL PLAYED | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

|  |  |  |
|---|---|---|
|  | 153:12  Q. And then we had an AHS? |  |
|  | 153:13  A. And that was Andreotti. |  |
|  | 153:14  Q. How do you spell it?  Andreotti. |  |
|  | 153:15  A. A-N-D -- |  |
|  | 153:16  Q. There we go. |  |
|  | 153:17  A. There you go. |  |
| 153:18 - 153:19 | **Reeves, William 01-23-2019 (00:00:04)** | WR2_COMBINED_06.115 |
|  | 153:18  Q. 2018; right? |  |
|  | 153:19  A. 2017 is when it first appeared. |  |
| 163:13 - 163:16 | **Reeves, William 01-23-2019 (00:00:06)** | WR2_COMBINED_06.116 |
|  | 163:13  Q. (By Mr. Wisner)  I'm going to hand you | clear |
|  | 163:14 another document.  This is a document that I'm labeling |  |
|  | 163:15 Exhibit 21 to your deposition. |  |
|  | 163:16 [Exhibit 21 marked for identification.] |  |
| 164:1 - 164:17 | **Reeves, William 01-23-2019 (00:00:36)** | WR2_COMBINED_06.117 |
|  | 164:1  Q. So Exhibit 21 is a series of e-mail | EXHIBIT 220.1.1 |
|  | 164:2 exchanges; correct? |  |
|  | 164:3  A. That's correct. |  |
|  | 164:4  Q. And they are e-mail exchanges primarily |  |
|  | 164:5 related to correspondence within Monsanto's employees? |  |
|  | 164:6  A. Yes, that is correct. |  |
|  | 164:7  Q. Specifically Dr. Farmer and a Thomas | EXHIBIT 220.1.2 |
|  | 164:8 Klevorn? |  |
|  | 164:9  A. That's correct. |  |
|  | 164:10  Q. And this document was created in the |  |
|  | 164:11 regular course of business; correct? |  |
|  | 164:12  A. That is correct. |  |
|  | 164:13  Q. Good.  All right.  So I -- there's a |  |
|  | 164:14 discussion earlier in the e-mail about Hardell and | EXHIBIT 220.1.3 |
|  | 164:15 other things, and I really want to focus on the e-mail |  |
|  | 164:16 from Dr. Farmer on the first page. |  |
|  | 164:17  A. Okay. |  |
| 164:21 - 167:13 | **Reeves, William 01-23-2019 (00:02:47)** | WR2_COMBINED_06.118 |
|  | 164:21  Q. And that is from Dr. Farmer? |  |
|  | 164:22  A. That is from Dr. Farmer. |  |
|  | 164:23  Q. And this is well before any results |  |
|  | 164:24 related to the AHS and Roundup have been published? |  |
|  | 165:1  A. That is -- let me make sure here. |  |
|  | 165:2  Q. Well, 1999. |  |
|  | 165:3  A. Yes.  I understand. |  |

| WR2_COMBINED_06-FINAL PLAYED | |
| --- | --- |
| **Page/Line** | **Source** | **ID** |

165:4   Q. She goes, Tom, you're welcome.  Life is
165:5 always busy, work/home/work/home, the key is the
165:6 balance.
165:7 Regarding business, unfortunately we feel
165:8 that Hardell is just the tip of the iceberg for these
165:9 type of association epi studies.  We have his two
165:10 papers with NHL and hairy cell leukemia and one from a
165:11 Canadian Ag Health study that declares an association
165:12 between glyphosate and miscarriages and preterm
165:13 deliveries.
165:14 What is of greater concern, however, is an
165:15 American initiative called the AHS.
165:16 Did I read that right?
165:17   A. Yes, you did.
165:18   Q. And she goes on to kind of describe the
165:19 AHS.  Do you see that?
165:20   A. I do see that.
165:21   Q. And if you look at sort of the last
165:22 sentence in that paragraph, she says these
165:23 organizations believe that farmers and their families
165:24 are suffering from a variety of illnesses and that
166:1 these illnesses are caused by pesticides.  No bias
166:2 there.
166:3 Do you see that?
166:4   A. I do see that.
166:5   Q. She goes on.  The widespread and
166:6 ever-growing use of glyphosate caused the AHS
166:7 investigators to reevaluate and give more priority to
166:8 glyphosate.
166:9 Do you see that?
166:10   A. I do see that.
166:11   Q. So so far she's been discussing potential
166:12 biases that she believes may exist with the AHS?
166:13   A. Is that a question?
166:14   Q. Correct?
166:15   A. Yes.  Yes.  That appears to be what she's
166:16 saying here, that she's just describing what she knows
166:17 factually about the AHS and expressing concern over
166:18 bias.
166:19   Q. And then she describes some more of the

EXHIBIT 220.1.4

EXHIBIT 220.1.5

EXHIBIT 220.1.6

**WR2_COMBINED_06-FINAL PLAYED**

| Page/Line | Source | ID |
|---|---|---|

EXHIBIT 220.1.7

166:20 study.  And then she just has this paragraph.
166:21 She reads many groups have been highly
166:22 critical of the study as being a flawed study.  In
166:23 fact, some have gone so far as to call it junk science.
166:24 It is small in scope, and the retrospective
167:1 questionnaire on pesticide usage and self-reported
167:2 diagnoses also from the questionnaire is thought to be
167:3 unreliable.
167:4 But the bottom line is scary.  There will
167:5 be associations identified between glyphosate use and
167:6 some health effects just because of the way the study
167:7 is designed.
167:8 Do you see that?
167:9   A. I do see that.
167:10   Q. So she feels in discussing the AHS to this
167:11 employee at Monsanto, Thomas Klevorn, she decides to
167:12 relay to him that people are highly critical of the
167:13 study and have even called it junk science?

**167:16 - 168:2    Reeves, William 01-23-2019 (00:00:31)**    WR2_COMBINED_06.119

167:16   A. I don't really know what the basis is.
167:17 She says some -- or many groups have been highly
167:18 critical.  I don't know what groups she's referring to.
167:19 She doesn't provide detail here to understand what the
167:20 basis for this statement is.
167:21   Q. (By Mr. Wisner)  She says the bottom line
167:22 is scary, doesn't she?
167:23   A. Those are -- those are five words she
167:24 includes here, yes.
168:1   Q. She also characterizes the exposure
168:2 classification in AHS as being unreliable; correct?

**168:5 - 168:12    Reeves, William 01-23-2019 (00:00:20)**    WR2_COMBINED_06.120

168:5   A. She describes -- she uses the words, is
168:6 thought to be unreliable, but she doesn't clarify who's
168:7 saying that.  I think that's the challenge with this
168:8 paragraph.  And --
168:9   Q. (By Mr. Wisner)  I mean, she kind of
168:10 endorses that view in this e-mail.  I mean, she says
168:11 she finds it scary, and she's talking about other
168:12 people calling it junk science; right?

**168:15 - 168:17    Reeves, William 01-23-2019 (00:00:07)**    WR2_COMBINED_06.121

| WR2_COMBINED_06-FINAL PLAYED | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

|  | 168:15   A. I can't really speak to where Donna was -- |  |
|  | 168:16 what she was trying to say here.  This is -- she |  |
|  | 168:17 appears to be relating statements from other people. |  |
| 175:10 - 175:22 | **Reeves, William 01-23-2019 (00:00:38)** | WR2_COMBINED_06.122 |
|  | 175:10   Q. So here's my question.  We showed you some | clear |
|  | 175:11 documents of Dr. Acquavella and Dr. Farmer discussing |  |
|  | 175:12 the AHS.  And I'll just draw your attention back to the |  |
|  | 175:13 Dr. Acquavella, because I think that's particularly on |  |
|  | 175:14 point, this one from 1997.  It's -- I believe it's |  |
|  | 175:15 Exhibit 20. |  |
|  | 175:16 Do you recall this document? |  |
|  | 175:17   A. Yes. |  |
|  | 175:18   Q. And if I'm not mistaken, I think you've |  |
|  | 175:19 testified that the only epidemiologist you ever know to |  |
|  | 175:20 ever have been employed by Monsanto, that you know of, |  |
|  | 175:21 obviously, is Dr. Acquavella? |  |
|  | 175:22   A. That's correct. |  |
| 179:4 - 179:8 | **Reeves, William 01-23-2019 (00:00:11)** | WR2_COMBINED_06.123 |
|  | 179:4   The other big change between what Dr. Acquavella |  |
|  | 179:5 said in 1997 and what you're saying on behalf of |  |
|  | 179:6 Monsanto today is you learned that the results were |  |
|  | 179:7 negative that supported your company's position; |  |
|  | 179:8 correct? |  |
| 179:10 - 179:14 | **Reeves, William 01-23-2019 (00:00:10)** | WR2_COMBINED_06.124 |
|  | 179:10   A. That is incorrect. |  |
|  | 179:11   Q. (By Mr. Wisner)  We're back to causation. |  |
|  | 179:12 No evidence across the board.  I want to talk about |  |
|  | 179:13 animal toxicology data; okay? |  |
|  | 179:14   A. All right. |  |
| 179:22 - 179:24 | **Reeves, William 01-23-2019 (00:00:04)** | WR2_COMBINED_06.125 |
|  | 179:22   Q. There have been five long-term animal |  |
|  | 179:23 carcinogenicity studies in mice; correct? |  |
|  | 179:24   A. Correct. |  |
| 180:7 - 180:9 | **Reeves, William 01-23-2019 (00:00:11)** | WR2_COMBINED_06.126 |
|  | 180:7   Q. So those are the sort of mice studies that |  |
|  | 180:8 I have in mind.  And then there's also seven reliable |  |
|  | 180:9 rat long-term carcinogenicity studies; correct? |  |
| 180:18 - 180:20 | **Reeves, William 01-23-2019 (00:00:07)** | WR2_COMBINED_06.127 |
|  | 180:18   A. I believe there are nine in rat. |  |
|  | 180:19   Q. Really? |  |

**WR2_COMBINED_06-FINAL PLAYED**

| Page/Line | Source | ID |
|---|---|---|

180:20   A. It's a total of 14.

181:3 - 181:7   **Reeves, William 01-23-2019 (00:00:09)**   WR2_COMBINED_06.128

181:3   Q. So it's your understanding that there's
181:4 actually nine?
181:5   A. There's 14 total long-term studies that
181:6 have looked at glyphosate and its ability to cause
181:7 cancer in rats and mice.

182:20 - 183:15   **Reeves, William 01-23-2019 (00:00:55)**   WR2_COMBINED_06.129

182:20   Q. But I understand, to be clear, that it's
182:21 Monsanto's position, though, that none of those studies
182:22 suggest or indicate that glyphosate exposure causes the
182:23 promotion or creation of tumors in rodents?
182:24   A. That is correct.
183:1   Q. And just to be clear, none of those mice
183:2 or rodent studies, those long-term ones, looked at
183:3 Roundup; right?
183:4   A. The two-year studies, or 18-month studies,
183:5 that is correct.
183:6   Q. Now, there have been researchers who have
183:7 attempted to look at Roundup; correct?
183:8   A. Is there a particular study in mind?
183:9   Q. Well, there are researchers that have
183:10 tried to do a long-term study on rats exposed to
183:11 commercial formulated Roundup; correct?
183:12   A. I am aware of some flawed studies that
183:13 weren't able to reach a reliable conclusion that may
183:14 fit that description, but if you have one, I'd be happy
183:15 to look at it.

184:4 - 184:7   **Reeves, William 01-23-2019 (00:00:12)**   WR2_COMBINED_06.130

184:4   Q. But for the purposes of
184:5 long-term sort of toxicity/carcinogenicity studies,
184:6 you're not aware of any one done on Roundup, the
184:7 formulated product, that you believe is reliable?

184:9 - 184:10   **Reeves, William 01-23-2019 (00:00:02)**   WR2_COMBINED_06.131

184:9   A. Not one that answers questions relevant to
184:10 a risk assessment.

184:21 - 184:23   **Reeves, William 01-23-2019 (00:00:06)**   WR2_COMBINED_06.132

184:21   Q. So to be clear, Monsanto has never
184:22 conducted a long-term animal carcinogenicity study on
184:23 formulated Roundup?

| WR2_COMBINED_06-FINAL PLAYED | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

185:1 - 185:10 **Reeves, William 01-23-2019 (00:00:21)**    WR2_COMBINED_06.133

185:1   A. So Roundup itself, if you're
185:2 referring to just the herbicides that contained
185:3 glyphosate and the surfactant and water, we have not
185:4 conducted that long-term study because we never
185:5 believed there was any information available that would
185:6 indicate such a study was necessary.
185:7   Q. (By Mr. Wisner)  I'm talking about the
185:8 stuff that people are using in the real world.
185:9   A. That's correct.  That we just discussed in
185:10 the epidemiology data.

185:15 - 185:16 **Reeves, William 01-23-2019 (00:00:07)**    WR2_COMBINED_06.134

185:15 Has Monsanto done a long-term
185:16 carcinogenicity study on glyphosate since 1991.

185:18 - 186:1 **Reeves, William 01-23-2019 (00:00:20)**    WR2_COMBINED_06.135

185:18   A. We completed the studies that we needed to
185:19 do for EPA registration, registrations around the world
185:20 in 1991.  Other companies since that time have done
185:21 additional studies, long-term.
185:22   Q. (By Mr. Wisner)  Isn't it true that the
185:23 EPA specifically asked Monsanto to redo a mouse study
185:24 and it refused?
186:1   A. That is not my understanding.

186:4 - 186:15 **Reeves, William 01-23-2019 (00:00:26)**    WR2_COMBINED_06.136

186:4   Q. So let's start from the beginning of the
186:5 story; okay?  Now, Roundup was put on the market in the
186:6 early 1970s; right?
186:7   A. That's correct.
186:8   Q. And it was approved at that time based on
186:9 studies that Monsanto had submitted to the EPA in the
186:10 1970s; right?
186:11   A. That's correct.
186:12   Q. The only animal carcinogenicity study that
186:13 had been done at that time, though, had been conducted
186:14 by a laboratory called IBT; correct?
186:15   A. That is correct.

193:24 - 194:3 **Reeves, William 01-23-2019 (00:00:10)**    WR2_COMBINED_06.137

193:24   Q. And you also understand that the only
194:1 oncogenicity study that supported glyphosate's
194:2 registration in 1975 was a study done by IBT?

| | | |
|---|---|---|
| **WR2_COMBINED_06-FINAL PLAYED** | | |
| **Page/Line** | **Source** | **ID** |

194:3   A. That is my understanding.

196:4 - 196:15   **Reeves, William 01-23-2019 (00:00:16)**   WR2_COMBINED_06.138

196:4   Q. (By Mr. Wisner)  So Monsanto then redoes
196:5 the mouse study; right?
196:6   A. Yes, we did.
196:7   Q. And it was done at a laboratory called
196:8 Bio/dynamics?
196:9   A. That's correct.
196:10   Q. And that study has been published, and
196:11 it's often called Knezevich and Hogan?
196:12   A. That's correct.
196:13   Q. And that study was completed in about
196:14 1983; is that right?
196:15   A. That's correct.

209:15 - 210:8   **Reeves, William 01-23-2019 (00:00:44)**   WR2_COMBINED_06.139

209:15   Q. And this is 1983, so I'm not sure of the
209:16 exact date, but it's either just at the very end before
209:17 it gets submitted or it's almost done?
209:18   A. It would -- yes, it would be near that
209:19 time, because we have a July date, but it's hard to
209:20 know when this was written exactly.
209:21   Q. So going back to the question that sort of
209:22 prompted all of this --
209:23   A. Uh-huh.
209:24   Q. -- is it was the study that was
210:1 ultimately submitted again in 1983 to Monsanto to
210:2 replace the IBT study -- prior to that, Roundup had
210:3 been being sold on the market for about eight years;
210:4 right?
210:5   A. That's correct.
210:6   Q. And during that time that it was being
210:7 sold on the market for eight years, there was no valid
210:8 carcinogenicity study for Roundup?

210:11 - 210:15   **Reeves, William 01-23-2019 (00:00:15)**   WR2_COMBINED_06.140

210:11   A. We were not aware of the issues at IBT lab
210:12 at that time, so we and EPA and every other customer of
210:13 IBT labs had no way of knowing what had been going on
210:14 there.  Once it was found out, we took action to
210:15 replace the study in consultation with EPA.

215:23 - 216:17   **Reeves, William 01-23-2019 (00:00:37)**   WR2_COMBINED_06.141

| WR2_COMBINED_06-FINAL PLAYED |
|---|

| Page/Line | Source | ID |
|---|---|---|

215:23   Q. We're at Exhibit 25, and this is that
*EXHIBIT 503.1.1*

215:24 memorandum by William Dykstra.  Do you see that?
*EXHIBIT 503.1.2*

216:1   A. I do see that.

216:2   Q. And it's reviewing the replacement mouse

216:3 study; correct?

216:4   A. I'm sorry, what was the wording you used

216:5 there?

216:6   Q. The replacement mouse study, it's

216:7 reviewing that?

216:8   A. It's reviewing the replacement mouse

216:9 study, yes.

216:10   Q. And it says conclusions, 1, glyphosate was
*EXHIBIT 503.1.3*

216:11 oncogenic in male mice, causing renal tubular adenomas,

216:12 a rare tumor, in a dose-related manner.

216:13 Did I read that right?

216:14   A. I do see those words.

216:15   Q. So Dr. Dykstra here is concluding that in

216:16 fact, based on this replacement study, there seems to

216:17 be an oncogenic effect?

**216:19 - 217:11**   **Reeves, William 01-23-2019 (00:00:34)**
*WR2_COMBINED_06.142*

216:19   A. So again, this is Dr. Dykstra's -- this is

216:20 a memorandum he's writing to other people.  It's not a

216:21 final agency determination.  He's speaking on his own

216:22 behalf, his own opinion.

216:23   Q. (By Mr. Wisner)  Sure.  As a scientist at

216:24 the EPA?

217:1   A. That's correct.  It's his own opinion.

217:2   Q. Who is independently reviewing the mouse

217:3 data; right?

217:4   A. That's correct.

217:5   Q. And then Number 2, the information on the
*EXHIBIT 503.1.4*

217:6 oncogenicity of glyphosate was evaluated by a

217:7 toxicology branch ad hoc committee, which concluded

217:8 that this was an oncogenic response.  A copy of the

217:9 consensus report of the committee is attached.

217:10 Do you see that?

217:11   A. I do see that.

**293:5 - 293:13**   **Reeves, William 01-23-2019 (00:00:18)**
*WR2_COMBINED_06.143*

293:5   Q. And in fact, Monsanto never redid the

293:6 mouse study, did it?

| WR2_COMBINED_06-FINAL PLAYED | | |
| --- | --- | --- |
| **Page/Line** | **Source** | **ID** |

293:7   A. We conducted a rat study.

293:8   Q. You didn't do the mouse one?

293:9   A. We conducted a rat study.  That is

293:10 correct.

293:11   Q. I didn't even remotely ask you about a rat

293:12 study, so I don't know why you keep talking about that.

293:13 I asked you, did Monsanto ever repeat the mouse study?

**293:16 - 295:3**   **Reeves, William 01-23-2019 (00:01:27)**    WR2_COMBINED_06.144

293:16   A. We did not repeat the mouse study because

293:17 we were doing the rat study.

293:18   Q. (By Mr. Wisner)  But the EPA required you

293:19 to do both, didn't they?

293:20   A. So what we did is worked with the EPA to

293:21 demonstrate the utility of the rat study to answer

293:22 their questions.

293:23   Q. So it looks like Number 2 is what    EXHIBIT 515.1.5

293:24 happened.  Agree to repeat the rat study and vehemently

294:1 argue the lack of justification for a repeat mouse

294:2 study; right?

294:3   A. So again, I think we'd have to look at the

294:4 full context.  They're talking about a tiered

294:5 assessment in the way that the rat study would fit into

294:6 that and allow them to see, is this repeatable?

294:7   Q. Why was Monsanto so scared of doing

294:8 another mouse study?    clear

294:9   A. The -- what you already have is a rat

294:10 study.  We're working on -- you've done the mouse

294:11 study, you've seen what you've seen.  We don't believe

294:12 there's anything there indicating a relationship

294:13 between glyphosate and cancer.  The rat study is a way

294:14 to confirm that, because when you do toxicological

294:15 studies -- when you do long-term animal studies -- you

294:16 want to see, can I repeat these observations?

294:17   Q. But you didn't repeat the mouse study?

294:18   A. No, no, I'm sorry.  Repeat them

294:19 in different species.  Different species, strains,

294:20 sexes.  You want to see how repeatable are these

294:21 outcomes, and that's what you see, is that they don't

294:22 repeat.

294:23   Q. Well, hold on a second.  At this point,

| Page/Line | Source | ID |
|---|---|---|

294:24 Monsanto has done one rat and one mouse study; correct?

295:1  A. Yes.

295:2  Q. The agency is asking you to repeat both of

295:3 them; correct?

**295:5 - 295:11   Reeves, William 01-23-2019 (00:00:14)**     WR2_COMBINED_06.145

295:5  A. Yeah, we discussed that.  What

295:6 they're doing is in this document saying, hey, let's

295:7 see another mouse study.

295:8  Q. (By Mr. Wisner)  Exactly.

295:9  A. This is in that guidance.  And so what

295:10 we're saying is let's give you the rat study and see if

295:11 these observations repeat.  Do we see the same thing?

**297:24 - 298:4   Reeves, William 01-23-2019 (00:00:10)**     WR2_COMBINED_06.146

297:24  Q. So Monsanto, in response to the

298:1 glyphosate -- the registration document -- specifically

298:2 said we want a waiver from having to do this mouse

298:3 study; correct?

298:4  A. That's correct.

**298:5 - 298:7   Reeves, William 01-23-2019 (00:00:02)**     WR2_COMBINED_06.147

298:5  Q. So --

298:6  A. Because we did not believe it was

298:7 scientifically justified.

**300:8 - 301:1   Reeves, William 01-23-2019 (00:00:42)**     WR2_COMBINED_06.148

EXHIBIT 516.2.1

300:8  Q. So the EPA is saying, listen, we should

300:9 redo the study, but we'll just use male mice so we can

300:10 really get to the bottom of this using statistics?

300:11  A. This is the view of the toxicology branch,

300:12 so it's not the EPA overall.  It's specifically the

300:13 view of William Dykstra.  So it's -- part of the EPA is

300:14 saying this is how we see the data, this is how we see

300:15 what should be done, but they're not speaking for EPA

300:16 as a whole.

300:17  Q. And they're saying we need to do a larger

300:18 study so we can get to the bottom of it; right?

300:19  A. Yeah, they're saying their opinion is that

300:20 another study is going to be informative.

300:21  Q. And Monsanto vehemently opposed doing

300:22 that; right?

300:23  A. We believed it would not provide

300:24 additional data that would help understand the safety

| WR2_COMBINED_06-FINAL PLAYED | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

301:1 of glyphosate.

| 303:3 - 303:8 | **Reeves, William 01-23-2019 (00:00:13)** | WR2_COMBINED_06.149 |

303:3 Isn't it true that it's false

303:4 that Monsanto has always done every study requested of

303:5 it by the EPA?

303:6   A. So again, given the context of what you're

303:7 saying, it sounds like you have some testimony that you

303:8 would like to discuss.  I'd be happy to look at it.

| 303:14 - 303:17 | **Reeves, William 01-23-2019 (00:00:04)** | WR2_COMBINED_06.150 |

303:14   A. So again, could I have your question?

303:15   Q. (By Mr. Wisner)  Sure, I'll have him read

303:16 it back to you.

303:17   A. Thank you.

| 303:18 - 303:19 | **Reeves, William 01-23-2019 (00:00:06)** | WR2_COMBINED_06.151 |

303:18 [The pending question was read by the.

303:19 reporter.]

| 303:22 - 303:23 | **Reeves, William 01-23-2019 (00:00:04)** | WR2_COMBINED_06.152 |

303:22   A. So I'm not able to speak to every

303:23 interaction we've had with EPA on every product.

| 304:9 - 305:10 | **Reeves, William 01-23-2019 (00:00:56)** | WR2_COMBINED_06.153 |

304:9   Q. (By Mr. Wisner)  Let's be very clear here.

304:10 You're staring at a document where Monsanto is refusing

304:11 to do a mouse study that the EPA has asked it to do;

304:12 right?

304:13   A. No, I would not agree as refusing.

304:14   Q. Oh.

304:15   A. This isn't refusing.  You can't refuse the

304:16 EPA.

304:17   Q. Oh, you can't?

304:18   A. No, you may not.

304:19   Q. So where's the mouse study, sir?

304:20   A. So it's a data call-in.  Again, we

304:21 discussed that.  Once they issue a data call-in and

304:22 you've agreed and they've agreed, there's nothing left.

304:23   Q. Well, then maybe you can explain to me

304:24 what happened, because as of right now, I see a

305:1 document from the EPA saying that Monsanto is required

305:2 to repeat the mouse study, and you're telling me that

305:3 Monsanto never repeated the mouse study, so how is it

305:4 that you always do what the EPA says when you didn't do

| | | |
|---|---|---|
| **WR2_COMBINED_06-FINAL PLAYED** | | |
| **Page/Line** | **Source** | **ID** |

305:5 it here?

305:6   A. There's always a conversation with the EPA

305:7 about data requirements.

305:8   Q. Conversations in back rooms with

305:9 consultants?

305:10   A. No.

305:13 - 306:1    **Reeves, William 01-23-2019 (00:00:25)**    WR2_COMBINED_06.154

305:13   A. So that is something that we -- that is

305:14 not true.

305:15   Q. (By Mr. Wisner)  Hold on a second.

305:16 Monsanto regularly has personal conversations with

305:17 people at the EPA; correct?

305:18   A. We have conversations with EPA

305:19 representatives.

305:20   Q. You guys share text messages; correct?

305:21   A. There are instances where EPA officials

305:22 and Monsanto employees have texted each other.

305:23   Q. And through that relationship, Monsanto

305:24 was able to avoid having to do the mouse study;

306:1 correct?

306:4 - 306:6    **Reeves, William 01-23-2019 (00:00:07)**    WR2_COMBINED_06.155

306:4   A. Yes, so you're -- that would require me to

306:5 guess about how the exact conversations went in person

306:6 over 30 years ago.

306:21 - 307:15    **Reeves, William 01-23-2019 (00:00:58)**    WR2_COMBINED_06.156

306:21   Q. So I just want to do sort of a global

306:22 retread here.  We've gone through this study, this

306:23 repeat of the mouse study that occurred because of the

306:24 data call-in from the IBT study; right?

307:1   A. The Knezevich and Hogan study.

307:2   Q. That's right.  And then the EPA originally

307:3 reviews it and there's a consensus panel that concludes

307:4 that it's a Class C oncogen; right?

307:5   A. There's a panel within EPA that, based on

307:6 the information they had, which was incomplete, that

307:7 they -- that was the classification they preferred.

307:8   Q. Monsanto meets with the EPA to discuss

307:9 this and asks, after finding a tumor in the control

307:10 group, how do we get it off Group C; right?

307:11   A. Well, they asked, other than another study

| WR2_COMBINED_06-FINAL PLAYED | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

307:12 or a finding of more tumors, what would be the answer?

307:13   Q. Monsanto hires Dr. Kuschner to help

307:14 persuade the EPA that glyphosate doesn't cause tumors;

307:15 right?

**307:18 - 308:13**   **Reeves, William 01-23-2019 (00:00:51)**   WR2_COMBINED_06.157

307:18   A. We hired Dr. Kuschner as an independent

307:19 expert to help us look at the data and understand if

307:20 there were mistakes made in its analysis.

307:21   Q. (By Mr. Wisner)  And he finds that tumor

307:22 in the control group; right?

307:23   A. He finds a tumor that others did not find

307:24 because he presumably had a more thorough review.

308:1   Q. (By Mr. Wisner)  And notwithstanding Dr.

308:2 Dykstra repeatedly saying this isn't true, there's no

308:3 tumor there, ultimately the SAP concludes that there

308:4 probably was a tumor there and you have to consider it;

308:5 right?

308:6   A. There was a pathology expert working group

308:7 that was blinded about which tumor they were looking at

308:8 or which kidney they were looking at.  They agreed with

308:9 Dr. Kuschner that it was there.

308:10   Q. And then notwithstanding that, they go,

308:11 you know what, there's too much uncertainty here; we're

308:12 too concerned about public health.  Monsanto, redo the

308:13 study.  That's what the EPA asks; right?

**308:16 - 309:18**   **Reeves, William 01-23-2019 (00:01:15)**   WR2_COMBINED_06.158

308:16   A. Yeah, I think that's -- EPA has issued

308:17 this guidance document, but the specific conversations

308:18 that they're having with Monsanto aren't shown here.

308:19   Q. (By Mr. Wisner)  Then in response to that

308:20 guidance document, we have an internal memo by Monsanto

308:21 where they propose repeating the rat study, but

308:22 vehemently arguing against doing the mouse study?

308:23   A. Yes, because what you want to do is

308:24 understand -- if this finding is robust, it is going to

309:1 show up in the rats as well, and it does not repeat in

309:2 the rats.

309:3   Q. And then after that proposal is made,

309:4 Monsanto never does the mouse study, but does repeat

309:5 the rat study; right?

| WR2_COMBINED_06-FINAL PLAYED |
|---|

| Page/Line | Source | ID |
|---|---|---|

309:6   A. That's correct.  And that rat study shows
309:7 that the mouse study results -- the original results --
309:8 did not repeat.  The results after the additional
309:9 pathology review show there was no relationship between
309:10 glyphosate and cancer.  So now you have two studies
309:11 showing no relationship.
309:12   Q. Since that day, Monsanto -- to this day,
309:13 Monsanto has not ever done another mouse study with
309:14 glyphosate; right?
309:15   A. No, because all the other registrants have
309:16 for their data packages.
309:17   Q. Also because they're kind of afraid to
309:18 find what the results would be; right?

**309:21 - 310:17**   **Reeves, William 01-23-2019 (00:00:54)**   <span style="font-size:smaller">WR2_COMBINED_06.159</span>

309:21   A. We would not be afraid.  With all those
309:22 other studies, we know what the answer would be, and
309:23 that is glyphosate is not causing cancer in rodents.
309:24   Q. (By Mr. Wisner)  Isn't it true every
310:1 single mouse study that has been done after Monsanto
310:2 has found an elevated statistically-significant result
310:3 of malignant lymphoma?
310:4   A. When all of those studies are looked at
310:5 across the board, the unanimous verdict of regulators
310:6 around the world is that they do not show evidence of
310:7 carcinogenic findings.
310:8   Q. Didn't answer my question, sir.  Every
310:9 mouse study that's been done since Monsanto has found a
310:10 statistically-significant elevated rate of lymphoma in
310:11 mice treated with glyphosate; isn't that true?
310:12   A. The regulatory studies conducted according
310:13 to international protocols, under good laboratory
310:14 practices, reviewed by regulatory agencies around the
310:15 world, the conclusion consistently is that there is no
310:16 indication that glyphosate causes cancer in those
310:17 studies.

**310:23 - 311:8**   **Reeves, William 01-23-2019 (00:00:16)**   <span style="font-size:smaller">WR2_COMBINED_06.160</span>

310:23   Q. I want to talk to you about someone who --
310:24 so we talked about glyphosate animal studies; right?
311:1   A. That's correct.
311:2   Q. Let's talk a little bit about Roundup

**WR2_COMBINED_06-FINAL PLAYED**

| Page/Line | Source | ID |
|---|---|---|

311:3 animal studies; okay?

311:4  A. All right.

311:5  Q. Now, Monsanto obviously has never done one

311:6 of those; right?

311:7  A. Because we never had information in front

311:8 of us indicating that it would be necessary.

**454:14 - 455:4    Reeves, William 01-24-2019 (00:00:25)**                    WR2_COMBINED_06.161

454:14  Q. And finally,

454:15 there's this last area of cell studies and I'm

454:16 actually not going to ask you many questions about

454:17 that.  There's -- but you would agree there's been

454:18 hundreds of studies?

454:19  A. Yes, that's correct.

454:20  Q. And some of them have been done by

454:21 Monsanto; right?

454:22  A. Some have been done by Monsanto.

454:23  Q. And some have been done by

454:24 independent researchers?

454:25  A. That's correct, outside of the

455:1 industry.

455:2  Q. Some have been published and subject

455:3 to the peer review process; right?

455:4  A. That's correct.

**456:5 - 456:16    Reeves, William 01-24-2019 (00:00:29)**                    WR2_COMBINED_06.162

456:5  Q. Okay.  And, you know, you would agree

456:6 that there are many cell studies that did show --

456:7 that were positive for genotoxicity; right?

456:8  A. Typically those involve studies where

456:9 they have somehow outright killed the cells and as

456:10 those cells decompose, they misinterpret those --

456:11 that decomposition as evidence of genetic damage,

456:12 but it is not true evidence of genetic damage.

456:13  Q. Okay.  So all those positive studies

456:14 that show genotoxicity, it's your opinion and

456:15 Monsanto's position that they are not reliable

456:16 studies; is that right?

**456:20 - 458:5    Reeves, William 01-24-2019 (00:01:18)**                    WR2_COMBINED_06.163

456:20  A. Typically, that's what I have

456:21 observed is that when they -- they treat the -- the

456:22 cells in a way that outright kills them and that as

**WR2_COMBINED_06-FINAL PLAYED**

| Page/Line | Source | ID |
|---|---|---|

456:23 those cells decompose, that decomposition is
456:24 misinterpreted as genetic damage, but if there's
456:25 particular studies you'd like to discuss.
457:1   Q. (BY MR. WISNER)  I would -- if I go
457:2 through all those studies, we will literally be
457:3 here for a week.  So I -- I'm not going to do that.
457:4 I just wanted to sort of make sure I understood
457:5 Monsanto's position with regards to it.
457:6 And that's why, and so, though, we've
457:7 talked about epidemiology, we've talked about
457:8 animal toxicology, and we obviously haven't talked
457:9 about all the cells that -- we haven't talked about
457:10 studies here but we've -- we've covered some of
457:11 them; right?
457:12   A. Yeah, examples of them.
457:13   Q. Okay.  And notwithstanding the stuff
457:14 that we have covered, it's -- it's still Monsanto's
457:15 position that there's no evidence across the board;
457:16 right?
457:17   A. Yes, our -- our position is that,
457:18 when you take all this data into account, you have
457:19 a very large body of evidence saying we fully
457:20 understand the carcinogenic potential of glyphosate
457:21 and Roundup-based herbicides, or glyphosate and
457:22 glyphosate-based herbicides, indicating there is no
457:23 carcinogenic potential.
457:24 There are additional studies that may
457:25 purport to have findings one way or the other but
458:1 when you look at those in particular, they often
458:2 have some sort of methodological flaw that prevents
458:3 either a conclusive outcome or a reliable source of
458:4 -- or from them being a reliable source of
458:5 information.

467:10 - 467:16   **Reeves, William 01-24-2019 (00:00:16)**                      WR2_COMBINED_06.164

467:10   Q. And so when you say there is no
467:11 evidence, when Monsanto says there is no evidence,
467:12 the only way you can really get there is by
467:13 ignoring the positive evidence; right?
467:14   A. We do not ignore it.  We consider all
467:15 available information, just the way a regulatory

**WR2_COMBINED_06-FINAL PLAYED**

| Page/Line | Source | ID |
|---|---|---|

467:16 agency would.

| 739:2 - 739:8 | **Reeves, William 01-24-2019 (00:00:16)** | WR2_COMBINED_06.183 |

739:2   Q.  -- you've gone quite a

739:3 number of hours being questioned by Mr. Wisner, who

739:4 represents Plaintiffs.  I'm going to give you a

739:5 chance to say some things that you didn't get a

739:6 chance to get out when you were being asked

739:7 questions by Mr. Wisner; okay?

739:8   A.  Okay.

| 739:14 - 740:4 | **Reeves, William 01-24-2019 (00:00:31)** | WR2_COMBINED_06.184 |

739:14   Q. How long had you worked for Monsanto?

739:15   A. I started in 2007, so now it's been

739:16 twelve years.

739:17   Q. Where do you live?

739:18   A. In St. Louis.

739:19   Q. Are you married?

739:20   A. Yes, I am.

739:21   Q. Do you have family in the area?

739:22   A. Yes, I do.  We have two daughters and

739:23 I also have my parents are here and then some

739:24 aunts, uncles, and cousins.

739:25   Q. Where did you grow up?

740:1   A. In St. Louis as well.

740:2   Q. Where did you go to high school?

740:3   A. Kirkwood High School.

740:4   Q. Do you use Roundup personally?

| 740:6 - 740:9 | **Reeves, William 01-24-2019 (00:00:06)** | WR2_COMBINED_06.185 |

740:6   A. Yes, I do.

740:7   Q. (BY MR. BRENZA)  And you use it at

740:8 your -- your home in St. Louis?

740:9   A. Yes, I do.

| 740:17 - 742:14 | **Reeves, William 01-24-2019 (00:01:45)** | WR2_COMBINED_06.186 |

740:17   Q. (BY MR. BRENZA)  How do you use

740:18 Roundup at your home?

740:19   A. I have -- I have two main ways I use

740:20 it.  One is in general maintenance, but then also

740:21 I've used it to establish gardens.  We have a

740:22 pollinator garden that I put in.  We also have a

740:23 bird bath garden.  And then there's also a native

740:24 plant area, that I used Roundup to establish those

| Page/Line | Source | ID |
|---|---|---|

740:25 by getting rid of the grass.

741:1   Q. Do you mix your own Roundup or do you

741:2 use the rated spray for adding?

741:3   A. I mix my own from concentrate.

741:4   Q. How do you -- how do you mix it when

741:5 you mix it?

741:6   A. This is -- so the instructions on the

741:7 container say six ounces of the concentrate per

741:8 gallon of water, and so then what I do, there's a

741:9 little measuring cup that comes with it, I pour the

741:10 Roundup concentrate into that at the six ounce mark

741:11 and then I pour that into -- it's a -- a plastic

741:12 pump sprayer that I already have a gallon of water

741:13 in.

741:14   Q. And how long have you been mixing and

741:15 using Roundup at your home?

741:16   A. About twelve years.

741:17   Q. During that twelve years, about how

741:18 many times per year have you mixed and sprayed

741:19 Roundup?

741:20   A. Typically, it's about five or six per

741:21 season.

741:22   Q. And in all that time, all those

741:23 times, have you ever spilled any Roundup on

741:24 yourself?

741:25   A. No, I have not.

742:1   Q. Has your sprayer ever caused a -- a

742:2 leak that got Roundup on you while you were

742:3 spraying?

742:4   A. No, it has not.

742:5   Q. Have you had problems with Roundup

742:6 drifting while you were spraying?

742:7   A. No, I have not.

742:8   Q. How would you know if you did?

742:9   A. If -- if it did, you would see dead

742:10 vegetation or at least damaged vegetation.

742:11   Q. Do you have any concerns about your

742:12 children or your pets or your neighbors as a result

742:13 of using Roundup in your home?

742:14   A. No, I do not.

**WR2_COMBINED_06-FINAL PLAYED**

| Page/Line | Source | ID |
|---|---|---|

**762:17 - 762:22**  **Reeves, William 01-24-2019 (00:00:21)**   WR2_COMBINED_06.187

762:17   Q. (BY MR. BRENZA)  Was there another
762:18 part of your work as the crop protection safety and
762:19 outreach lead?
762:20   A. Yes.  The other -- the other thing I
762:21 was working on there were developing materials that
762:22 discussed the benefits and safety of our products.

**762:23 - 764:20**  **Reeves, William 01-24-2019 (00:01:46)**   WR2_COMBINED_06.188

762:23   Q. I'm going to hand you what I'm going
762:24 to mark as Exhibit 93.  Is Exhibit 93 a document, a
762:25 business record that you prepared when you were
763:1 working as the crop protection safety and outreach
763:2 lead?
763:3   A. Yes, it is.
763:4   Q. Is it based on facts and research
763:5 that you did to prepare it?
763:6   A. Yes, it is.
763:7   Q. And did you prepare it about the time
763:8 that you acquired those facts and research?
763:9   A. I did.
763:10   Q. Did you prepare it as part of your
763:11 job?
763:12   A. Yes, I did.
763:13   Q. Was it part of the -- did you prepare
763:14 it in the ordinary course of -- of business at
763:15 Monsanto?
763:16   A. I did.
763:17   Q. And was this document marked Exhibit
763:18 93 used by Monsanto?
763:19   A. Yes.
763:20   Q. How was it used by Monsanto in its
763:21 business?
763:22   A. We have this posted on our website.
763:23 We also have this -- we bring copies of this along
763:24 in booklet form and we share it with audiences.
763:25 When I go out and talk to groups, I'll bring along,
764:1 you know, at least one copy to show them and direct
764:2 them to it.  Sometimes I bring along multiple
764:3 copies to hand out.  When we have a trade show or
764:4 scientific meeting where we have a booth in the

**WR2_COMBINED_06-FINAL PLAYED**

| Page/Line | Source | ID |
|---|---|---|

764:5 exhibition hall, we'll have copies of this
764:6 available.
764:7   Q. Was -- well, we'll come back -- we'll
764:8 come back to Exhibit 93 in a minute.  Let me -- let
764:9 me finish your employment history.
764:10   A. Sure.
764:11   Q. What was the next position you held
764:12 at Monsanto?
764:13   A. Starting in November of 2018, I
764:14 joined our agricultural affairs and sustainability
764:15 team and in that -- in that organization I am the
764:16 global health and safety issues management lead.
764:17 And so it's -- it's similar to the work I was doing
764:18 before but it has a -- responsibilities across our
764:19 portfolio of products rather than just crop
764:20 protection alone.

768:5 - 768:16   **Reeves, William 01-24-2019 (00:00:25)**   WR2_COMBINED_06.189

768:5   Q. What's the -- what was -- what was
768:6 understood about the safety profile of glyphosate
768:7 relative to other herbicides that existed at the
768:8 time?
768:9   A. That -- that was the other unique
768:10 feature.  So we talked about the systemic nature,
768:11 the -- the broad spectrum of activity.  The other
768:12 part that makes it unique is its safety profile.
768:13 It -- it -- it has -- it has a very favorable
768:14 safety profile and that's what enables, if this --
768:15 it's -- that's what enables glyphosate to have many
768:16 uses.

768:20 - 769:1   **Reeves, William 01-24-2019 (00:00:16)**   WR2_COMBINED_06.190

768:20   Q. (BY MR. BRENZA)  What -- what was
768:21 favorable about glyphosate safety profile?
768:22   A. We had the -- the data work
768:23 demonstrating to us there was low toxicity, both to
768:24 humans and animals.  It was not accumulating in the
768:25 environment, it was breaking down, and that it was
769:1 excreted rapidly from the body.

771:7 - 771:11   **Reeves, William 01-24-2019 (00:00:07)**   WR2_COMBINED_06.191

771:7   Q. (BY MR. BRENZA)  Now, we -- we talked
771:8 earlier about the pamphlet you prepared on the

| WR2_COMBINED_06-FINAL PLAYED | | |
| --- | --- | --- |
| **Page/Line** | **Source** | **ID** |

|  | 771:9 benefits and safety of glyphosate.  I want to talk |  |
|  | 771:10 a little bit about the benefits. |  |
|  | 771:11   A. Sure. |  |
| 776:15 - 781:17 | **Reeves, William 01-24-2019 (00:05:30)** | WR2_COMBINED_06.192 |
|  | 776:15   Q. (BY MR. BRENZA)  What's the benefits |  |
|  | 776:16 of Roundup for home use? |  |
|  | 776:17   A. In home settings one of the things it |  |
|  | 776:18 can do, glyphosate-based herbicides are effective |  |
|  | 776:19 at controlling poison ivy.  And so when you think |  |
|  | 776:20 about, you know, having a poison ivy plant in your |  |
|  | 776:21 yard, I have actually had this situation quite a |  |
|  | 776:22 lot, you know, or poison oak is another one, you |  |
|  | 776:23 just don't want to come into contact with these |  |
|  | 776:24 plants, you know, you don't want to get -- grab |  |
|  | 776:25 them with your hands or -- or try to get them out, |  |
|  | 777:1 you know, in a way that's going to cause you to |  |
|  | 777:2 come into contact with them. |  |
|  | 777:3 So the way I use glyphosate-based |  |
|  | 777:4 herbicides and other people do is controlling |  |
|  | 777:5 poison ivy in a way that keeps you from having to |  |
|  | 777:6 come into contact with it. |  |
|  | 777:7   Q. What other uses of Roundup and |  |
|  | 777:8 glyphosate are there for home landscaping use? |  |
|  | 777:9   A. It's also effective for brush control |  |
|  | 777:10 around houses.  So when you -- when you think |  |
|  | 777:11 about, you know, environments where, you know, you |  |
|  | 777:12 have brush that you need to control because if it |  |
|  | 777:13 dries out, you could have a fire risk, that's one |  |
|  | 777:14 of the things glyphosate is used for in home |  |
|  | 777:15 settings is to control brush around the home. |  |
|  | 777:16   Q. Okay.  What about for rights-of-way |  |
|  | 777:17 and roadsides? |  |
|  | 777:18   A. There -- there are many uses there as |  |
|  | 777:19 well.  The -- you know, at the simplest level you |  |
|  | 777:20 just -- you think about visibility, you know, being |  |
|  | 777:21 able to control vegetation along the side of a road |  |
|  | 777:22 so that drivers can see farther around a turn or |  |
|  | 777:23 just make sure there isn't something there they're |  |
|  | 777:24 going to drive into. |  |
|  | 777:25 Drainage, you know, if you have a lot |  |

| WR2_COMBINED_06-FINAL PLAYED | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

778:1 of vegetation next to a roadway, it can stop

778:2 drainage from occurring, creating slippery

778:3 conditions, whether it's just wet or if it's icy.

778:4 You think about with railroads, crossings, you

778:5 know, being able to control the vegetation so you

778:6 can see the train and the train can see you.

778:7 And -- and rights-of-way for

778:8 utilities as well is a way of keeping the

778:9 vegetation under control. Under say a power line,

778:10 can prevent fires from occurring.

778:11   Q. Now, are there other weed control

778:12 chemicals that are available on the market?

778:13   A. There are. They -- they span a range

778:14 of properties, you know. In -- whether they're for

778:15 agriculture or home use, you know, you can -- there

778:16 -- there are many other herbicides around.

778:17   Q. How do the safety profiles of those

778:18 other herbicides compare with glyphosate?

778:19   A. They all -- you know, EPA's job

778:20 during a registration is to make sure that all

778:21 herbicides and all pesticides in general can be

778:22 used safely. That the uses that they are

778:23 approving, you know, are not going to cause, you

778:24 know, harm to human health or harm to the

778:25 environment, you know. They -- they have standards

779:1 that they're working towards during those

779:2 assessments to make sure the proposed uses of every

779:3 product can -- you know, that every product can be

779:4 used safely and all those approved uses are safe.

779:5 The -- the challenge just comes in, you know, when

779:6 you use them, what sorts of steps do you have to

779:7 take? What sorts of precautions, you know.

779:8 We think about a herbicide like

779:9 paraquat. It has a fairly high toxicity level to

779:10 both humans and animals in the environment and

779:11 pets. That's not a home use product. That's

779:12 restricted use. It's meant for professionals,

779:13 typically for agricultural situations.

779:14 Atrazine is another one. It -- it's

779:15 not so much toxicity there but it's the ability for

| Page/Line | Source | ID |
|---|---|---|

779:16 it to leach to groundwater.  You know, it can move

779:17 through the soil and be -- make it to groundwater

779:18 and then it's -- can be taken up by someone's well.

779:19 So you have to be careful about where you apply it.

779:20 Also restricted use.

779:21 Also, you know, we think -- you know,

779:22 you think about the spectrum of herbicides

779:23 available, you know, there -- there are organic

779:24 herbicides, you know --

779:25   Q. So what -- what's -- let's -- let me

780:1 just stop you there.

780:2   A. Sure.

780:3   Q. What other organic herbicides are

780:4 there?

780:5   A. This is, so when you think about

780:6 organic, these are things that, to be approved,

780:7 they have to be from a natural source.  And EPA

780:8 does have to register them just like any other

780:9 herbicide.  So they are a pesticide that's been

780:10 registered by EPA but they're approved for organic

780:11 agriculture, or organic -- they -- they are -- they

780:12 just have that approval because they're from a

780:13 natural source.

780:14 There's one called Propion -- or, I'm

780:15 sorry.  Pelargonic acid.  P-e-l-a-r-g-o-n-i-c.  And

780:16 it's pelargonic acid, and it -- it's from a natural

780:17 source.  It's a fatty acid.  It's actually a type

780:18 of soap.  And it's used to kill vegetation in

780:19 organic settings and it -- it kills the above

780:20 ground portions.  It's non-selective, so it does

780:21 have that ability to kill a wide range of weeds but

780:22 it doesn't get the root.

780:23 The other challenge it has is that it

780:24 can be somewhat volatile.  And so you think about

780:25 these two things.  It's -- it's got vegetation

781:1 below ground can come back from the root --

781:2 vegetation can come back from the roots, so we're

781:3 going to have to apply it multiple times.  There's

781:4 also a volatility issue that, you know, you have to

781:5 read the label and be careful and think about a

| Page/Line | Source | ID |
|---|---|---|

WR2_COMBINED_06-FINAL PLAYED

781:6 little bit more and make sure you're not mixing it
781:7 in an enclosed environment because you can have
781:8 respiratory issues from it.
781:9 And so it's, really, when you look at
781:10 all that, you know, all these products are approved
781:11 by EPA, they're registered, they've been through
781:12 safety testing, it's a matter of, you know, each
781:13 specific use, are they safe for that use.  And
781:14 when, you know, glyphosate is part of that
781:15 spectrum, it's also gone through this same review
781:16 process to make sure each approved use is safe for
781:17 both humans and the environment.

**784:20 - 785:10    Reeves, William 01-24-2019 (00:00:47)**                    WR2_COMBINED_06.193

784:20   Q. All right.  So if -- do you remember
784:21 that you were asked a number of questions about the
784:22 mouse and rat studies that were originally -- well,
784:23 not originally used but were eventually used by
784:24 Monsanto to register glyphosate with the EPA?
784:25   A. I do.
785:1   Q. And there was a 1983 mouse study by
785:2 Knezevich and Hogan?
785:3   A. I do remember that.
785:4   Q. And as a result of that mouse study,
785:5 did the -- did the EPA reach a conclusion about --
785:6 a preliminary conclusion about the carcinogenicity
785:7 of glyphosate?
785:8   A. They -- they did have some
785:9 preliminary conclusions.  They were not made final
785:10 by the agency.

**785:11 - 786:24    Reeves, William 01-24-2019 (00:01:42)**                    WR2_COMBINED_06.194

785:11   Q. Do you remember that there was a
785:12 document you were shown where Monsanto had hired
785:13 somebody called Dr. -- named Dr. Kushner to review
785:14 the mouse biopsies?
785:15   A. I do recall that.
785:16   Q. Did Monsanto tell Dr. Kushner what he
785:17 should find with respect to his review of those
785:18 mouse biopsies?
785:19   A. No, Monsanto did not do that.
785:20   Q. How do you know that?

| WR2_COMBINED_06-FINAL PLAYED | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

785:21   A. The -- so Monsanto, when we work with
785:22 external experts, you know, the -- you know, when
785:23 you're talking about the science experts, the idea
785:24 is that you want to find someone who knows their
785:25 field, who understands the material that you're
786:1 asking them to investigate and advise us on, but we
786:2 also make sure, you know, we're not -- we're not
786:3 going out there and telling them, you know -- we
786:4 don't engage an expert and say this is what we want
786:5 you to find, please do the following.  It's please
786:6 look into this and tell us what you find.
786:7   Q. Now, why -- it may be obvious but why
786:8 wouldn't you tell an expert what to find?
786:9   A. So if -- if you're doing that, you
786:10 know, they are not really acting as an expert, but
786:11 more importantly, when you're doing something as
786:12 serious as dealing with the regulatory agency, you
786:13 know, putting information in front of them for them
786:14 to make a conclusion, if you give them, you know,
786:15 information that's false, that's not going to --
786:16 they're going to spend their -- they're going to
786:17 waste their time reviewing that and then they're
786:18 going to come back to you and say not only did you
786:19 waste our time, you gave us false information.
786:20 This isn't -- that's not a productive
786:21 interaction with the regulatory agency.  You want
786:22 to make sure you're giving them as much factual
786:23 information as possible so that you're able to
786:24 obtain the registration or the approval.

**787:14 - 789:1**   **Reeves, William 01-24-2019 (00:01:43)**   WR2_COMBINED_06.195

787:14   Q. Is Exhibit 95 the conclusion of the
787:15 EPA about the proper classification of glyphosate
787:16 based on mouse and rat studies?
787:17   A. Yes.  Following the -- the two rat
787:18 studies and the mouse study we discussed
787:19 previously.
787:20   Q. So let's -- let's talk about those
787:21 studies for a moment.  The -- the first rat study
787:22 was found to have inadequate dosing of rats; right?
787:23   A. That's correct.  The -- the agency at

| Page/Line | Source | ID |
|---|---|---|

787:24 the time expressed concern that the doses were too

787:25 low to really inform full assessment, and since

788:1 that time other regulatory agencies around the

788:2 world have -- have concluded the same thing about

788:3 it.  That they're -- we have better data to rely on

788:4 than this.

788:5   Q. Did Monsanto commission a replacement

788:6 or repeat rat study to dose the rats with more

788:7 glyphosate?

788:8   A. Yes, we did.

788:9   Q. And at the same time they also

788:10 performed the mouse study that we heard so much

788:11 about yesterday?

788:12   A. Yes, the mouse study was underway

788:13 first, and the rat study began later on.  So the

788:14 mouse data were available first.

788:15   Q. Now, when the mouse study -- the

788:16 mouse study received a number of different reviews

788:17 at the EPA; right?

788:18   A. That's correct.

788:19   Q. And there was some disagreement along

788:20 the way about what the mouse study -- that first

788:21 mouse study really showed?

788:22   A. That's correct.

788:23   Q. But in the end, the -- a number of

788:24 experts reviewed those, reviewed that mouse study

788:25 and concluded that it -- it provided evidence that

789:1 glyphosate was not a carcinogenic?

**789:7 - 789:9**     **Reeves, William 01-24-2019 (00:00:04)**     WR2_COMBINED_06.196

789:7   Q. (BY MR. BRENZA)  What did the -- what

789:8 did the EPA ultimately conclude about that first

789:9 mouse study?

**789:12 - 792:2**     **Reeves, William 01-24-2019 (00:02:56)**     WR2_COMBINED_06.197

789:12   A. So based on -- on the documents that

789:13 I've seen, they concluded that they wanted, you

789:14 know, at -- as we discussed yesterday, they wanted

789:15 a repeat of the mouse study.  Through conversations

789:16 with them we said we're having -- we have a rat

789:17 study coming.  Let's see what that study shows.

789:18 And then at that time decide do we need to do

| Page/Line | Source | ID |
|---|---|---|

789:19 another mouse study.

789:20   Q. (BY MR. BRENZA)  Okay.  And is that

789:21 recorded on page 4 of Exhibit 95?  Do you -- well,

789:22 let me -- let me ask it this way.  Do you see the

789:23 second full paragraph on page 4 of Exhibit 95 --

789:24   A. Yes, I do.

789:25   Q. -- beginning with "HED"?

790:1   A. I do see that.

790:2   Q. It says, "HED deferred a decision on

790:3 the repeat of an additional mouse oncogenicity

790:4 study until the 1990 rat feeding study had been

790:5 evaluated by the Peer Review Committee."

790:6   A. That is correct.  That's what it

790:7 says.

790:8   Q. Did -- did the EP -- so we heard the

790:9 questions yesterday about the EPA wanting a mouse

790:10 and a rat study and -- and Mr. Wisner suggested

790:11 that Monsanto refused to do one of the studies the

790:12 EPA wanted.

790:13 Is that a fair understanding of what

790:14 happened here?

790:15   A. No.  What -- what the EPA is

790:16 describing here is that the health effects division

790:17 is HED.  They deferred their decision about whether

790:18 we needed another repeat mouse study until they

790:19 could see the results of this repeated rat study.

790:20   Q. So are you familiar with the results

790:21 of the repeated rat study?

790:22   A. Yes, I am.

790:23   Q. And what did the repeated rat study

790:24 show about the safety of glyphosate?

790:25   A. EPA concluded that -- that this

791:1 repeated rat study, along with the existing mouse

791:2 study, supported a conclusion that glyphosate could

791:3 be classified in group E.

791:4   Q. What's -- and Group -- what is Group

791:5 E?  Well, let me -- let me just direct your

791:6 attention to the -- the final page of Exhibit 95

791:7 says Classification.

791:8 Do you see that?

MONSANTO 95.4.1

clear

MONSANTO 95.19.1

| WR2_COMBINED_06-FINAL PLAYED |
|---|

| Page/Line | Source | ID |
|---|---|---|

791:9   A. I do see that.

791:10   Q. And there it says, "Considering

791:11 criteria confined EPA guidelines for classifying a

791:12 carcinogen, the committee concluded that glyphosate

791:13 should be classified as a Group E (evidence of

791:14 non-carcinogenicity for humans), based on lack of

791:15 convincing carcinogenicity evidence in adequate

791:16 studies in two animal species."

791:17 You see that?

791:18   A. I do see that.  That's what they

791:19 concluded here.

791:20   Q. And so a Group E means what?

791:21   A. Group E, their description is

791:22 "evidence of non-carcinogenicity for humans," that

791:23 -- and that was their -- their definition here in

791:24 1991 following that review.

791:25   Q. What were the two species in which

792:1 non-carcinogenicity had been proven by studies?

792:2   A. Rat --

clear

**792:5 - 793:1**     **Reeves, William 01-24-2019 (00:00:58)**     WR2_COMBINED_06.198

792:5   A. In rats and mice.  Those were the two

792:6 species.

792:7   Q. (BY MR. BRENZA)  Are you aware of any

792:8 rat or mice studies the EPA wanted Monsanto to

792:9 perform that it didn't perform?

792:10   A. No, I am not.

792:11   Q. Was that even a feasible thing to

792:12 have happen?

792:13   A. To conduct a rat or a mouse study?

792:14   Q. To refuse to conduct a rat or mouse

792:15 study that the EPA asks you to perform?

792:16   A. Once -- once they issue -- we talked

792:17 yesterday about a data call in.  And so that's the

792:18 way -- that's how EPA can order a registrant to

792:19 turn in data.

792:20 You can -- you can have discussions

792:21 about EPA, with EPA about data requirements and

792:22 whether things are needed, but, you know, if -- if

792:23 they decide you're going to do something, you don't

792:24 have a -- you don't have a choice in that.  In

| | WR2_COMBINED_06-FINAL PLAYED | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

792:25 order to maintain your product registration, you
793:1 have to give them the data they're asking for.

793:7 - 797:14     **Reeves, William 01-24-2019 (00:04:53)**     WR2_COMBINED_06.199

793:7   Q. Are there tests that the company
793:8 performs on its formulations, its Roundup
793:9 formulations?
793:10   A. Yes, we do.  We look at dermal
793:11 penetration.  We discussed those earlier.  We're
793:12 looking at the formulated product, how much
793:13 glyphosate crosses the skin and enters the body.
793:14 And what we see there is very low penetration,
793:15 regardless of -- of what surfactant is there and --
793:16 and regardless of whether a surfactant is there.
793:17 It's less than 1 percent of -- of what's on the
793:18 skin.
793:19 The other thing we do is, these are
793:20 called genotoxicity assays.  So these are -- are
793:21 studies, we earlier referred to them as cell
793:22 studies.  These are -- these studies allow us to
793:23 understand whether or not the formulated product
793:24 damages DNA, you know, genotype, gene for genes,
793:25 whether or not the formulated product damages DNA
794:1 in a way that would be indicative of a chemical
794:2 that can cause cancer.
794:3 And when we look at those studies,
794:4 you know, these are being conducted according to
794:5 international protocols, these are protocols that
794:6 governments around the world have agreed this is
794:7 how we should do this sort of a test to get
794:8 reliable results.
794:9 We do it according to those
794:10 protocols.  Also under good laboratory practices to
794:11 ensure the data are traceable.  That they've been
794:12 well documented and that you can recreate the study
794:13 and that, in particular, the agency can come and
794:14 audit those findings.  They can come order you to
794:15 turn over the data so it can be looked at.  Those
794:16 studies also tell us glyphosate-based herbicides
794:17 are not genotoxic.
794:18 And then finally, we also do some --

| WR2_COMBINED_06-FINAL PLAYED | | |
| --- | --- | --- |
| **Page/Line** | **Source** | **ID** |

794:19 a series of about six toxicological screening

794:20 studies that look at more short-term toxicity into

794:21 some -- short-term into medium-term toxicity

794:22 studies, just to make sure we understand that the

794:23 formulated product is behaving the same way as the

794:24 individual components.

794:25   Q. Are -- are some of the genotoxicity

795:1 tests performed on live animals or are they all in

795:2 Petri dishes?

795:3   A. There -- there is a combination

795:4 there.  Some are in live animals, and so we're --

795:5 we're looking at the ability of a glyphosate-based

795:6 herbicide to cause genetic damage in their -- in

795:7 their blood cells as they form.  It's also looking

795:8 at human, they're leukocytes.  It's part of your

795:9 circulatory system.

795:10 The -- and then we also look at them

795:11 in -- we have a series of other cells but we also

795:12 look at them in a -- in a mutation -- a system

795:13 designed to detect mutations and it's in -- it's in

795:14 bacteria and it's a widely-accepted, short-term

795:15 genotoxicity assay.

795:16 So it's really all three.  You're

795:17 looking at whole animal, you're looking at -- at

795:18 human and other cells, and then a -- a very

795:19 well-established bacterial system that many people

795:20 rely on.

795:21   Q. Do you have safety testing on

795:22 surfactants?

795:23   A. Yes, we do.  And so that, just like

795:24 with the, you know, with the active ingredient,

795:25 we're looking at these things under short-term

796:1 medium-term toxicity, we are looking at their

796:2 ability to be absorbed, typically through an oral

796:3 exposure, you know, just when the animal eats it,

796:4 and looking as well at genotoxicity, the ability to

796:5 damage DNA in a way that would tell us they could

796:6 cause cancer.

796:7   Q. Have the surfactants that Monsanto

796:8 uses in Roundup all been registered with the EPA

| WR2_COMBINED_06-FINAL PLAYED | | |
| --- | --- | --- |
| **Page/Line** | **Source** | **ID** |

796:9 and gone through the same safety testing that you
796:10 just described?
796:11   A. Yes, they -- so the way EPA addresses
796:12 them, these are part of a formulated product and
796:13 they are not responsible for the weed killing
796:14 activity.  So --
796:15   Q. You're talking about "them," you're
796:16 talking about the surfactants?
796:17   A. The surfactants, that's correct.  So
796:18 the surfactants, because they are not causing the
796:19 weed killing activity of a glyphosate-based
796:20 herbicide, they're referred to as an inert.  It
796:21 simply refers to the fact that they aren't the one
796:22 -- they aren't the part of this product that kills
796:23 the weed, that has the intended effect.
796:24 Glyphosate is the, active the
796:25 surfactants are called the inerts.  The inerts go
797:1 through screening to make sure that they can be
797:2 used safely.  EPA handles them by breaking them
797:3 into groupings.  So surfactants that have similar
797:4 chemical properties are all grouped together, and
797:5 there are several -- they call them clusters and
797:6 there -- there's numerous clusters.
797:7   Q. Okay.  So all of the surfactants are
797:8 -- that Monsanto uses undergo the same extent of
797:9 safety testing as -- as glyphosate does as well?
797:10   A. They -- they do many of the -- of the
797:11 same studies.  It's not identical.  They -- they do
797:12 a -- so EPA's -- part of their assessment is to
797:13 make sure they can answer all these questions but
797:14 they may use different data to do it.

**797:15 - 799:15**   **Reeves, William 01-24-2019 (00:02:14)**   WR2_COMBINED_06.200

797:15   Q. Okay.  Now, you -- there was a series
797:16 of questions where you were asked if Monsanto had
797:17 ever done a long-term carcinogenicity study on --
797:18 on Roundup.
797:19   A. I do recall that.
797:20   Q. What are the problems with performing
797:21 a long-term carcinogenicity study on a formulated
797:22 product like Roundup?

| WR2_COMBINED_06-FINAL PLAYED | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

797:23   A. There -- there are a few reasons,
797:24 several reasons actually, why we haven't done that
797:25 kind of a test with the full formulated product to
798:1 go from, you know, a two year long study in rats or
798:2 18 month study in mice.
798:3 You know, first of all, when we look
798:4 across the data we have available, you know, when
798:5 we look at the epidemiology data, what we're seeing
798:6 is a -- a consistent message from those studies
798:7 that, you know, whether you're talking about the --
798:8 the cohort studies, the Agricultural Health Study
798:9 reports, there is no relationship between
798:10 glyphosate and cancer.
798:11 When we look at the -- the
798:12 case-control studies, some of the ones we discussed
798:13 yesterday, De Roos, McDuffie, studies like that,
798:14 what we see is that when you adjust for other
798:15 exposures in these people's lives, the relationship
798:16 between glyphosate use and cancer diminishes and
798:17 becomes non-statistically significant.  So the
798:18 epidemiology data overall are telling us there
798:19 really isn't a relationship here.
798:20 When we look at the information we
798:21 have about glyphosate and the surfactant, the
798:22 surfactants by themselves, we're also seeing
798:23 information, all the information we have from
798:24 these, you know, these studies conducted according
798:25 to the international protocols under good
799:1 laboratory practices are telling us there is no
799:2 relationship between glyphosate and -- and these
799:3 surfactants and the ability to cause cancer in an
799:4 experimental system.
799:5 So we know from human data under --
799:6 gathered under real world conditions, we know from
799:7 experimental system data, whether that's animals or
799:8 some of the cell studies we mentioned, we're not
799:9 seeing anything there that's telling us there is a
799:10 reason to do that sort of testing.
799:11 And then the other issues you think
799:12 about is the feasibility.  You know, so we have

| WR2_COMBINED_06-FINAL PLAYED | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

799:13 this problem --

799:14   Q. So let me --

799:15   A. I'm sorry.

**799:24 - 802:6**   **Reeves, William 01-24-2019 (00:02:32)**   WR2_COMBINED_06.201

799:24   Q. (BY MR. BRENZA)  Now, I interrupted

799:25 you.  You were about to explain the feasibility

800:1 problems that might exist if -- if you tried to

800:2 perform a long-term carcinogenicity study on

800:3 rodents.

800:4   A. Yes, our concern there --

800:5   Q. On -- on formulated product.

800:6   A. With formulated product, yes.  The,

800:7 you know, the concern we have about feasibility is

800:8 whether or not you can obtain, you know, useful

800:9 data.  Can you get data from a study like that that

800:10 can answer the question in -- in a way that, you

800:11 know, is -- is meaningful.

800:12 When you think about feeding an

800:13 animal a surfactant, these are essentially soaps.

800:14 If I give them too large of a dose, they're going

800:15 to get sick.  Soaps, surfactants, when you -- when

800:16 you feed them to animals, they cause irritation in

800:17 their stomachs.  They're either sick or they won't

800:18 eat.  Sick animals, you do not conduct studies on

800:19 sick animals for two years and get meaningful data

800:20 at the other end.  So we need to be very careful

800:21 about that.

800:22 The challenge comes when, if I have a

800:23 formulated product, I need to keep the ratio of

800:24 glyphosate to surfactant the same as it would be,

800:25 you know, in the -- in the product.  And in order

801:1 to have enough glyphosate in there for -- so one of

801:2 their issues we mentioned earlier, the first rat

801:3 study, they said the glyphosate doses were too low,

801:4 we can't -- this isn't meaningful.  So we need to

801:5 be able to reach a certain level of glyphosate.

801:6 In order to reach those levels of

801:7 glyphosate to have confidence that if we are going

801:8 to see something we would have, the surfactant at

801:9 that point is so high, you've made the animals --

WR2_COMBINED_06-FINAL PLAYED

| Page/Line | Source | ID |
|---|---|---|

801:10 you've -- you've essentially irritated their
801:11 stomachs, their digestive system so much, they're
801:12 not going to eat, they're going to be sick animals.
801:13 And so that, you know, at that point
801:14 you realize there isn't much feasibility there.
801:15 We're going to have to think about other ways to
801:16 answer that kind of question.  And we already have
801:17 that information that we need.
801:18 We, you know, as I mentioned, the
801:19 epidemiology data are telling us we don't have a
801:20 relationship between glyphosate-based herbicide use
801:21 and cancer, the animal data are telling us we're
801:22 not seeing anything here that would indicate the
801:23 ability to cause cancer, and then the cell studies,
801:24 these mechanistic studies we talked about, also
801:25 show us, either with -- whether it's with the
802:1 formulated product or the individual components
802:2 alone, these products don't cause some -- don't
802:3 result in some change, you know, either in whole
802:4 animals or in cellular systems in, you know, cells
802:5 growing in a laboratory, that would indicate the
802:6 potential to cause cancer.

**802:7 - 803:11**  **Reeves, William 01-24-2019 (00:01:14)**                    WR2_COMBINED_06.202

802:7   Q. Has -- has Monsanto considered the
802:8 possibility that there is some synergistic effect
802:9 between glyphosate and the surfactant in a
802:10 formulated product?
802:11   A. Yes, and part of my role, as I
802:12 discussed in scientific affairs, was compiling that
802:13 -- that information from experts within the company
802:14 and, you know, adding my thoughts to it so that we
802:15 could have our position on that, you know, what do
802:16 we -- what do we think about the potential for
802:17 interactions to occur.
802:18   Q. What's the -- what is the answer to
802:19 that gly -- that Monsanto has reached?
802:20   A. That we do not believe there is a
802:21 potential for an interaction.
802:22   Q. How does that relate to the work you
802:23 did with hydrocarbon mixtures?

| | | |
|---|---|---|
| **WR2_COMBINED_06-FINAL PLAYED** | | |

| Page/Line | Source | ID |
|---|---|---|

802:24   A. It -- it's a similar idea, you know,
802:25 and really what it comes down to is, you know, when
803:1 the exposure is, you know, below a level that has
803:2 some kind of adverse outcome, interactions are
803:3 extremely unlikely.
803:4 You know, we -- we know they're rare
803:5 to begin with, but when you, you know, when you
803:6 think about the -- what EPA has done to make sure
803:7 that human exposures stay low -- you know, that's
803:8 part of the review process, to make sure they stay
803:9 below any kind of effect level -- you don't have
803:10 any reason to believe that there could be an
803:11 interaction between -- between the two chemicals.

819:2 - 823:15   **Reeves, William 01-24-2019 (00:05:17)**   WR2_COMBINED_06.203

819:2   Q. So I'm going to hand you that study.
819:3 Is that a study that Dr. Acquavella actually
819:4 performed?
819:5   A. Yes, he is the main author on that --
819:6   Q. So I'm going to hand you --
819:7   A. -- publication.
819:8   Q. -- what's been marked as Exhibit 98.   EXHIBIT 241.1.1
819:9 This is a article with John Acquavella as the lead
819:10 author entitled Glyphosate Biomonitoring for
819:11 Farmers and Their Families:  Results from the Farm
819:12 Family Exposure Study.
819:13 Do you see that?
819:14   A. Yes, I do.
819:15   Q. Is this -- is this Exhibit -- did I
819:16 mark it 98?
819:17   A. 98.
819:18   Q. Is this Exhibit 98 commonly referred
819:19 to as the Farm Family Health Study?
819:20   A. Farm Family Exposure Study is what we
819:21 called it.
819:22   Q. Farm Family Exposure Study.  Is
819:23 Exhibit 98 one of the things that Monsanto did to
819:24 help improve the Agricultural Health Study?
819:25   A. Yes, it is.
820:1   Q. And what did Exhibit -- what did Dr.
820:2 Acquavella conclude about the exposures of people

| Page/Line | Source | ID |
|---|---|---|

820:3 who apply glyphosate?

820:4   A. What -- what Dr. Acquavella and his

820:5 -- and his co-authors here, this is, you know, John

820:6 Acquavella -- Dr. Acquavella at Monsanto and he

820:7 also has researchers from University of Minnesota

820:8 and Emory University in Atlanta, as well as

820:9 Exponent, which is a consulting company.  Dr.

820:10 Acquavella and his co-authors found that exposure

820:11 to glyphosate was actually very low among farmers

820:12 and their families.

EXHIBIT 241.4.4

820:13   Q. If you would turn to the page

820:14 numbered 324, and you see there is a -- a paragraph

820:15 in the -- in the column of text on the right-hand

820:16 side of that page beginning with the words "The

820:17 maximum"?

820:18   A. I do see that.

EXHIBIT 241.4.6

820:19   Q. It says, "The maximum systemic dose

820:20 for farmer applicators was estimated to be 0.004

820:21 milligrams per kilogram and the distribution of

820:22 values was highly skewed.  The GM" -- and I'll

820:23 represent to you he defines that as the geometric

820:24 mean.

820:25   A. Yes, that's correct.

821:1   Q. -- "systemic dose was 0.0001

821:2 milligrams per kilo -- per kilogram."

821:3   A. That's correct.

EXHIBIT 241.4.7

821:4   Q. And he compares that with the -- do

821:5 you see where he compares that with the lowest, no

821:6 effect level from glyphosate toxicology studies --

821:7 studies of 175 milligrams per kilogram per day?

821:8   A. I do see that.

821:9   Q. And he also compares it with the

821:10 reference dose which is 2 milligrams per kilogram

821:11 per day?

821:12   A. That's correct.

821:13   Q. So -- so looking at the -- the mean

821:14 dose that he -- that Dr. Acquavella and his

821:15 colleagues sought in farmers, how does that compare

821:16 to the doses that are considered to be safe or were

821:17 considered to be safe at that time?

| Page/Line | Source | ID |
|---|---|---|

821:18  A. They -- they are actually a -- a

821:19 small fraction of what those -- of -- of the doses

821:20 we're talking about.

821:21  Q. And when you say "small," we're

821:22 talking about --

821:23  A. Yeah.

821:24  Q. -- on the order of 20,000 times less?

821:25 2,000 -- I may be doing the math wrong.

822:1  A. Yeah, in -- in my -- in my head, I'm

822:2 -- I'm -- when I compare 0.004, you know, so this

822:3 is the maximum dose that these farmers were

822:4 receiving, they, um, that is about a 1/50,000th of

822:5 the exposure limit for the US at that time.

822:6  Q. And that's the maximum dose he found?

822:7  A. That is the -- the maximum systemic

822:8 dose.  So that's the maximum of what they think is

822:9 inside these farmers based on their monitoring

822:10 data.

822:11  Q. The mean dose was -- was hundreds of

822:12 times less than that?

822:13  A. Yes.  The mean dose is -- yes, it is

822:14 -- it is well below that.  It is at least a -- it's

822:15 a factor of -- it's over a factor of 10 lower.

822:16  Q. Okay.  Factor of 10.

822:17  A. So it would be at, you know, below

822:18 500 -- 500,000th of the exposure limit in the US at

822:19 the time.

822:20  Q. The results reported in the Farm

822:21 Family Exposure Study, are you aware of whether

822:22 they inform the researchers of the Agricultural

822:23 Health Study?

822:24  A. They did.  I may have mentioned

822:25 earlier they -- so one of the things in the

823:1 Andreotti study, the 2018 update of the

823:2 Agricultural Health Study, is they looked at these

823:3 intensity-weighted lifetime days I described.  So,

823:4 you know, making sure you can distinguish between

823:5 me killing dandelions in my yard or my driveway and

823:6 someone who is out spraying a corn field for a, you

823:7 know, good part of the day.  It's not just, you

EXHIBIT 241.4.8

clear

| WR2_COMBINED_06-FINAL PLAYED | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

823:8 know -- you would count that sometimes as one day,
823:9 but intensity allows you to really understand the
823:10 difference between me and a farmer.
823:11 And that's what this Farm Family
823:12 Exposure Study allowed was to give some
823:13 understanding so you could separate out people and
823:14 make sure you really were classifying them based on
823:15 their exposure.

PLF Affirmative = 01:11:20
DEF Counter = 00:11:59
DEF Affirmative = 00:22:34
**Total Time = 01:45:53**

**Documents Shown**
EXHIBIT 220
EXHIBIT 241
EXHIBIT 249
EXHIBIT 250
EXHIBIT 251
EXHIBIT 254
EXHIBIT 413
EXHIBIT 443
EXHIBIT 448
EXHIBIT 449 REDACTED
EXHIBIT 450
EXHIBIT 451
EXHIBIT 452
EXHIBIT 453
EXHIBIT 499
EXHIBIT 503
EXHIBIT 515
EXHIBIT 516
EXHIBIT 86
EXHIBIT 89
MONSANTO 95