UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITGATION<br><br>This document relates to:<br>*Graef v. Monsanto*, 3:19-cv-02316-VC | MDL No. 2741<br>Case No. 16-md-02741-VC<br><br>**ORDER RE PENDING MOTION TO DISMISS IN GRAEF V. MONANSANTO**<br><br>Dkt. No. 3626 |

By 5:00 pm on June 4, 2019, defendant Azusa Pacific University is directed to refile its motion to dismiss on both the member case docket for *Graef v. Monsanto*, 19-cv-02316-VC, and the docket for the MDL, 16-md-02741-VC. When Azusa Pacific University refiles its motion, it should reset the hearing for a date at least 35 days after the filing of the motion. *See* Civil Local Rule 7-2(a). The hearing set for June 6, 2019, is vacated.

**IT IS SO ORDERED.**

Date:   June 3, 2019

_____
Honorable Vince Chhabria
United States District Court