1  **HOLLINGSWORTH LLP**
   Joe G. Hollingsworth (*pro hac vice*)
2  Eric G. Lasker (*pro hac vice*)
   1350 I Street, N.W.
3  Washington, DC  20005
   Telephone:  (202) 898-5800
4  Facsimile:   (202) 682-1639
   Email:        jhollingsworth@hollingsworthllp.com
5                elasker@hollingsworthllp.com

6  *Attorneys for Defendant*
   *MONSANTO COMPANY*
7

8                 UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10 | IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
   |---|---|
   | | Case No. 3:16-md-02741-VC |
   | This document relates to: | |
   | *Edgar W. Snyder and Barbara L. Snyder v. Monsanto Co.*, Case No. 3:19-cv-02373-VC | |

15              **MONSANTO COMPANY'S**
16  <u>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**</u>

17       Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons,

18 associations of persons, firms, partnerships, corporations (including parent corporations) or other

19 entities (i) have a financial interest in the subject matter in controversy or in a party to the

20 proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be

21 substantially affected by the outcome of this proceeding:

22       Defendant Monsanto Company is an indirect, wholly-owned subsidiary of Bayer AG, so

23       Bayer AG has a financial interest in a party to the proceeding.

1  DATED:  June 3, 2019 	Respectfully submitted,

2
	/s/ Joe G. Hollingsworth
3 	Joe G. Hollingsworth (*pro hac vice*)
	(jhollingsworth@hollingsworthllp.com)
4 	Eric G. Lasker (*pro hac vice*)
	(elasker@hollingsworthllp.com)
5 	HOLLINGSWORTH LLP
	1350 I Street, N.W.
6 	Washington, DC  20005
	Telephone:  (202) 898-5800
7 	Facsimile:   (202) 682-1639

8 	*Attorneys for Defendant*
	*MONSANTO COMPANY*