**WILKINSON WALSH + ESKOVITZ LLP**
Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonwalsh.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonwalsh.com)
2001 M St. NW
10th Floor
Washington, DC 20036
Tel:    202-847-4030
Fax:   202-847-4005

**ARNOLD & PORTER KAYE SCHOLER**
Pamela Yates (CA Bar No. 137440)
(Pamela.Yates@arnoldporter.com)
777 South Figueroa St., 44th Floor
Los Angeles, CA 90017
Tel: 213-243-4178
Fax: 213-243-4199

**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
1350 I St. NW
Washington, DC 20005
Tel: 202-898-5843
Fax: 202-682-1639

**COVINGTON & BURLING LLP**
Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
One City Center
850 10th St. NW
Washington, DC 20001
Tel: 202-662-6000

*Attorneys for Defendant*
*MONSANTO COMPANY*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>*This document relates to:*<br>*Hardeman v. Monsanto Co., et al.*, 3:16-cv-0525-VC | MDL No. 2741<br><br>**NOTICE OF FILING SUPERSEDEAS BOND** |

# NOTICE OF FILING

**TO THE CLERK OF COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE** that Defendant Monsanto Company hereby files its supersedeas bond in the amount of $100,334,542.63, pending approval of the bond by the Court. Pursuant to the instruction of the Northern District of California Clerk's office, Monsanto is electronically filing a copy of the bond, but can file the original with the Court upon request. A true and correct copy of the bond is attached hereto as Exhibit A. Unless and until the Court so requests, Monsanto's counsel shall retain the original document.

Dated: June 3, 2019

By:   */s/ Brian L. Stekloff*
Brian L. Stekloff (*pro hac vice*)
bstekloff@wilkinsonwalsh.com
Tamarra Matthews Johnson (*pro hac vice*)
tmatthewsjohnson@wilkinsonwalsh.com
Rakesh Kilaru (*pro hac vice*)
rkilaru@wilkinsonwalsh.com
WILKINSON WALSH + ESKOVITZ LLP
2001 M St. NW
10th Floor
Washington, DC 20036
Tel:   202-847-4030
Fax:  202-847-4005
Attorneys for Defendant Monsanto Company