# EXHIBIT A

Bond No. 285061083

**WILKINSON WALSH + ESKOVITZ LLP**
Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonwalsh.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonwalsh.com)
2001 M St. NW
10th Floor
Washington, DC 20036
Tel:   202-847-4030
Fax:   202-847-4005

**ARNOLD & PORTER KAYE SCHOLER**
Pamela Yates (CA Bar No. 137440)
(Pamela.Yates@arnoldporter.com)
777 South Figueroa St., 44th Floor
Los Angeles, CA 90017
Tel: 213-243-4178
Fax: 213-243-4199

**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
1350 I St. NW
Washington, DC 20005
Tel: 202-898-5843
Fax: 202-682-1639

**COVINGTON & BURLING LLP**
Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
One City Center
850 10th St. NW
Washington, DC 20001
Tel: 202-662-6000

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) MDL No. 2741 ) ) Case No. 3:16-md-02741-VC ) |
| *Hardeman v. Monsanto Co., et al.*, 3:16-cv-0525-VC | ) **MONSANTO COMPANY'S** ) **SUPERSEDEAS BOND AS TO** ) **JUDGMENT IN CASE NO. 3:16-cv-0525-** ) **VC (HARDEMAN V. MONSANTO CO.)** ) ) ) ) ) |

## SUPERSEDEAS BOND

We, Defendant Monsanto Company, as principal, and Liberty Mutual Insurance Company, a corporation incorporated under the laws of the State of Massachusetts, and duly licensed and authorized to carry on a surety business in the State of California, as surety, are held and firmly bound to Edwin Hardeman, the Plaintiff in the above-entitled action, in the sum of One Hundred Million Three Hundred Thirty Four Thousand Five Hundred Forty Two and 63/100 Dollars ($100,334,542.63), to be paid to said Edwin Hardeman, for which payment, well and truly to be made, we bind ourselves, our heirs, executors, administrators, successors, or assigns, jointly and severally, by this instrument.

Whereas, on May 3, 2019, in an action pending in the above court, between Edwin Hardeman, as Plaintiff, and Monsanto Company, as Defendant, Judgment was rendered against Monsanto Company, and Monsanto Company having applied for and obtained an Order of the District Court staying enforcement of such Judgment, which stay shall remain in effect pursuant to Federal Rule of Civil Procedure ("FRCP") 62 during the pendency of post-trial motions under FRCP 59 and 60, and appeal, if any, to the United States Court of Appeals for the Ninth Circuit until the mandate from the Ninth Circuit issues.

Wherefore, the condition of this obligation is that if Monsanto Company shall prosecute its appeals to effect and shall satisfy the Judgment in full, together with costs, interest, and damages for delay if the appeals are finally dismissed or if the Judgment is affirmed and the mandate has issued, or if Monsanto Company shall satisfy in full such Judgment as modified together with such costs, interest, and damages for delay as the court of appeals may adjudge and award, this obligation shall be void; otherwise it shall remain in full force and effect.

Pursuant to Rule 8(b) of the Federal Rules of Appellate Procedure, Liberty Mutual Insurance Company, as surety, submits itself to the jurisdiction of the district court and irrevocably appoints the clerk of the district court as its agent upon whom any papers effecting its liability on this obligation may be served.

\

- 1 -

1  DATED:

2  For the principal:                                Monsanto Company

3

4                                                    By _____

5                                                    SCOTT PARTRIDGE

6                                                    SECRETARY

7

8  For the surety:

9  Amount of Premium $ 215,719.00

10                                                   Liberty Mutual Insurance Company

11

12                                                   By _____ 6/3/2019
                                                     James Ross, Attorney-in-Fact
13                                                   Liberty Mutual Surety
                                                     Home Office: 2200 Renaissance Blvd.,
14                                                   Suite 400, King of Prussia, PA 19406-2755
                                                     Local Office: 255 California Street, 950
15                                                   San Francisco, CA 94111

STATE OF NEW JERSEY        :
                                              SS.
COUNTY OF MORRIS        :

On this 29th day of May, 2019, before me personally came Scott Partridge, to me known to be the person who executed the foregoing instrument and who, being duly sworn by me, did depose and say that he is the Secretary of Monsanto Company, incorporated in the State of Delaware, and that he executed the foregoing instrument in the name of said Corporation and that he had authority to sign the same and he acknowledged to me that he executed the same as the act and deed of said Corporation for the uses and purposes therein mentioned.

_____
Notary Public of the
State of New Jersey

KAREN VAN EASTEREN
A Notary Public of New Jersey
My Commission Expires September 24, 2022

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**   CIVIL CODE § 1189

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California  )
County of  San Francisco  )

On  June 3, 2019  before me,  Teresa R. Parafina, Notary Public,
       Date                                                Here Insert Name and Title of the Officer

personally appeared  James Andrew Ross
                                              Name(s) of Signer(s)

_____,

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____Teresa R. Parafina_____
                   Signature of Notary Public

[Notary Seal: TERESA R. PARAFINA, Notary Public - California, San Francisco County, Commission # 2173316, My Comm. Expires Dec 20, 2020]

Place Notary Seal Above

─────────── **OPTIONAL** ───────────
*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: _____   Document Date: _____
Number of Pages: _____   Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _____
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited  ☐ General
☐ Individual         ☐ Attorney in Fact
☐ Trustee            ☐ Guardian or Conservator
☐ Other: _____
Signer Is Representing: _____

Signer's Name: _____
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited  ☐ General
☐ Individual         ☐ Attorney in Fact
☐ Trustee            ☐ Guardian or Conservator
☐ Other: _____
Signer Is Representing: _____

©2014 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)   Item #5907

**THIS POWER OF ATTORNEY IS NOT VALID UNLESS IT IS PRINTED ON RED BACKGROUND.**
This Power of Attorney limits the acts of those named herein, and they have no authority to bind the Company except in the manner and to the extent herein stated.

Certificate No. 8186704

Liberty Mutual Insurance Company
The Ohio Casualty Insurance Company       West American Insurance Company

## POWER OF ATTORNEY

KNOWN ALL PERSONS BY THESE PRESENTS: That The Ohio Casualty Insurance Company is a corporation duly organized under the laws of the State of New Hampshire, that Liberty Mutual Insurance Company is a corporation duly organized under the laws of the State of Massachusetts, and West American Insurance Company is a corporation duly organized under the laws of the State of Indiana (herein collectively called the "Companies"), pursuant to and by authority herein set forth, does hereby name, constitute and appoint, Victoria Dolan; Janet E. Fitzgerald; Danielle Lacombe; Ian McCormick; Lisa M. Merlin; Peggy Miles; Atsushi Miyamoto; Michael T. Oliver, Jr.; Stacy Ross; James Ross; Peter Scheinman; Melinda Thomas; Grace Varela-Martinie; Raymond Wu

all of the city of San Francisco, state of CA each individually if there be more than one named, its true and lawful attorney-in-fact to make, execute, seal, acknowledge and deliver, for and on its behalf as surety and as its act and deed, any and all undertakings, bonds, recognizances and other surety obligations, in pursuance of these presents and shall be as binding upon the Companies as if they have been duly signed by the president and attested by the secretary of the Companies in their own proper persons.

IN WITNESS WHEREOF, this Power of Attorney has been subscribed by an authorized officer or official of the Companies and the corporate seals of the Companies have been affixed thereto this 23rd day of August 2018.

The Ohio Casualty Insurance Company
Liberty Mutual Insurance Company
West American Insurance Company

By: _David M. Carey_
David M. Carey, Assistant Secretary

STATE OF PENNSYLVANIA     ss
COUNTY OF MONTGOMERY

On this 23rd day of August, 2018, before me personally appeared David M. Carey, who acknowledged himself to be the Assistant Secretary of Liberty Mutual Insurance Company, The Ohio Casualty Company, and West American Insurance Company, and that he, as such, being authorized so to do, execute the foregoing instrument for the purposes therein contained by signing on behalf of the corporations by himself as a duly authorized officer.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed my notarial seal at King of Prussia, Pennsylvania, on the day and year first above written.

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Teresa Pastella, Notary Public
Upper Merion Twp., Montgomery County
My Commission Expires March 28, 2021
Member, Pennsylvania Association of Notaries

By: _Teresa Pastella_
Teresa Pastella, Notary Public

This Power of Attorney is made and executed pursuant to and by authority of the following By-laws and Authorizations of The Ohio Casualty Insurance Company, Liberty Mutual Insurance Company, and West American Insurance Company which resolutions are now in full force and effect reading as follows:

**ARTICLE IV – OFFICERS** – Section 12. Power of Attorney. Any officer or other official of the Corporation authorized for that purpose in writing by the Chairman or the President, and subject to such limitation as the Chairman or the President may prescribe, shall appoint such attorneys-in-fact, as may be necessary to act in behalf of the Corporation to make, execute, seal, acknowledge and deliver as surety any and all undertakings, bonds, recognizances and other surety obligations. Such attorneys-in-fact, subject to the limitations set forth in their respective powers of attorney, shall have full power to bind the Corporation by their signature and execution of any such instruments and to attach thereto the seal of the Corporation. When so executed, such instruments shall be as binding as if signed by the President and attested to by the Secretary. Any power or authority granted to any representative or attorney-in-fact under the provisions of this article may be revoked at any time by the Board, the Chairman, the President or by the officer or officers granting such power or authority.

**ARTICLE XIII** – Execution of Contracts – SECTION 5. Surety Bonds and Undertakings. Any officer of the Company authorized for that purpose in writing by the chairman or the president, and subject to such limitations as the chairman or the president may prescribe, shall appoint such attorneys-in-fact, as may be necessary to act in behalf of the Company to make, execute, seal, acknowledge and deliver as surety any and all undertakings, bonds, recognizances and other surety obligations. Such attorneys-in-fact subject to the limitations set forth in their respective powers of attorney, shall have full power to bind the Company by their signature and execution of any such instruments and to attach thereto the seal of the Company. When so executed such instruments shall be as binding as if signed by the president and attested by the secretary.

**Certificate of Designation** – The President of the Company, acting pursuant to the Bylaws of the Company, authorizes David M. Carey, Assistant Secretary to appoint such attorneys-in-fact as may be necessary to act on behalf of the Company to make, execute, seal, acknowledge and deliver as surety any and all undertakings, bonds, recognizances and other surety obligations.

**Authorization** – By unanimous consent of the Company's Board of Directors, the Company consents that facsimile or mechanically reproduced signature of any assistant secretary of the Company, wherever appearing upon a certified copy of any power of attorney issued by the Company in connection with surety bonds, shall be valid and binding upon the Company with the same force and effect as though manually affixed.

I, Renee C. Llewellyn, the undersigned, Assistant Secretary, The Ohio Casualty Insurance Company, Liberty Mutual Insurance Company, and West American Insurance Company do hereby certify that the original power of attorney of which the foregoing is a full, true and correct copy of the Power of Attorney executed by said Companies, is in full force and effect and has not been revoked.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seals of said Companies this 3rd day of June, 20 19.

By: _Renee C. Llewellyn_
Renee C. Llewellyn, Assistant Secretary

*Not valid for mortgage, note, loan, letter of credit, currency rate, interest rate or residual value guarantees.*

*To confirm the validity of this Power of Attorney call 1-610-832-8240 between 9:00 am and 4:30 pm EST on any business day.*

147 of 200

LMS_12873_022017