

June 4, 2019

**FILED VIA ECF**

Honorable Vince Chhabria
United States District Court,
Northern District of California

      RE:    Case No: 3:16-md-02741-VC, In Re Roundup Products Liability Litigation
              Case No: 3:16-cv-00525-VC, Hardeman v. Monsanto

To the Honorable Vince Chhabria:

      Pursuant to this Court's Order regarding Trial Slides, entered June 3, 2019, ECF 3985, attached please find Mr. Hardeman's Phase 1 Closing Argument slide deck (Exhibit 1) and Phase 2 Opening Statement and Closing Argument slide decks (Exhibits 2 and 3, respectively).

                                          Respectfully submitted,

                                          /s/ Aimee H. Wagstaff
                                          Aimee H. Wagstaff
                                          ANDRUS WAGSTAFF, PC
                                          7171 W. Alaska Drive
                                          Lakewood, CO  80226
                                          Aimee.wagstaff@andruswagstaff.com

                                          Jennifer A. Moore
                                          MOORE LAW GROUP, PLLC
                                          1473 South 4th Street
                                          Louisville, KY  40208
                                          jennifer@moorelawgroup.com

                                          *Counsel for Plaintiff*