# EXHIBIT 1

# Ed Hardeman v. Monsanto Corporation



HARDEMAN v. MONSANTO COMPANY

# ONE QUESTION

**Was Roundup a**

*substantial*

*factor*

**in causing Mr. Hardeman's NHL?**

# YES

HARDEMAN v. MONSANTO COMPANY

# JURY INSTRUCTION No. 9

**To prevail on the question of medical causation, Mr. Hardeman must prove by a *preponderance of the evidence* that Roundup was a *substantial factor* in causing his non-Hodgkin's lymphoma.**

HARDEMAN v. MONSANTO COMPANY

# OUR BURDEN



# SUBSTANTIAL FACTOR No. 9

A **substantial factor** is a factor that a reasonable person would consider to have **contributed to the harm**.

It must be more than a remote or trivial factor. It does not have to be the only cause of the harm.

Subject to the additional instructions below, conduct is not a substantial factor in causing harm if the same harm would have occurred without that conduct.

# Jury Instruction No. 9

The following additional instructions apply if you believe that two or more NHL-causing factors operated independently on Mr. Hardeman.

If you conclude that Mr. Hardeman has proven that his exposure to Roundup was sufficient on its own to cause his NHL, then you must find for Mr. Hardeman even if you believe that other factors were also sufficient on their own to cause his NHL.

On the other hand, if you conclude that Mr. Hardeman has not proven that his exposure to Roundup was sufficient on its own to cause his NHL, then you must find for Monsanto.

# The WHOLE Puzzle



# Opening Statement Roadmap

1.  **What is Roundup?**

2.  **Can Roundup cause cancer?**

3.  **Was Roundup exposure a substantial factor in causing Mr. Hardeman's cancer?**

HARDEMAN v. MONSANTO COMPANY

# What is Roundup?

Glyphosate + Surfactant + Other Ingredients

ACTIVE INGREDIENT:
*Glyphosate, N–(phosphonomethyl)glycine,
 in the form of its isopropylamine salt.
OTHER INGREDIENTS (including surfactant):

HARDEMAN v. MONSANTO COMPANY

# What is Roundup?

**"So in this study the Roundup is 100 times more toxic than the glyphosate."**

**- Dr. Weisenburger, 1125:21-22.**







# Monsanto's Expert – *Specific Causation*

**Q:  And if the jury finds that Roundup is a risk factor for non-Hodgkin's lymphoma, your list of risk factors would be incomplete?**



A:  I have a list on mine which is idiopathic, and the idiopathic is something I cannot exclude no matter what.

Q.   Right. But your list does not include Roundup, so it would be incomplete, correct?

**Dr. Levine**

March 11, 2019, 1730:7-16

**A:  If the jury said that the Roundup was the cause and my list did not have it, then my list *would be incomplete* as it related to what the jury said, yes.**

# Opening Statement Roadmap

1. **What is Roundup?**

2. **Can Roundup cause cancer?**

3. **Was Roundup exposure a substantial factor in causing Mr. Hardeman's cancer?**

HARDEMAN v. MONSANTO COMPANY

# Opening Statement Roadmap

1. **What is Roundup?**

2. **Can Roundup cause cancer?**

3. **Was Roundup exposure a substantial factor in causing Mr. Hardeman's cancer?**

HARDEMAN v. MONSANTO COMPANY

# Who Came To Testify on General Causation



**Dr. Ritz, MD, PhD**



**Dr. Portier, PhD**



**Dr. Weisenburger, MD**



**Dr. Mucci, ScD, MPH**

HARDEMAN v. MONSANTO COMPANY

# Plaintiff's Experts: Beate Ritz, MD, Ph.D.



Professor, Departments of Epidemiology, Environmental Health, School of Public Health, and Neurology, School of Medicine, UCLA at University of California Los Angeles; Chairman of Epidemiology Department 2012-2015

➢ **Environmental Epidemiology**: "Experts in trying to figure out what exposures are, how large they are, how we can measure them, how we can measure them over a very long period of time and then link them to any disease…"

  ➢ ***President** of the International Society of Environmental Epidemiology (ISEE)*

➢ **Appointed by California Governor** to serve on California Air Resources Board

➢ **National Academy of Science**: non-profit mandated by federal government.  Advised on pesticide exposure of veterans during the Gulf War.

HARDEMAN v. MONSANTO COMPANY

# Plaintiff's Experts: Christopher Portier, Ph.D.



➢ Former Associate Director of the **National Toxicology Program** (NTP)

➢ Former Associate Director of **National Institutes of Health**

➢ Former Director of the National Center for Environmental Health (**NCEH**) at the Centers for Disease Control and Prevention (**CDC**)

➢ Former Director of the Agency for Toxic Substances and Disease Registry (**ATSDR**)

HARDEMAN v. MONSANTO COMPANY



# Plaintiff's Experts: Dr. Weisenburger, MD



➢ **Scientist and co-author** of two fundamental papers at issue in this case:

  ➢ De Roos 2003

  ➢ North American Pooled Project (NAPP).

➢ Studied causes of NHL for over **40 years**.

  ➢ **Published** over 434 Peer Reviewed literature; over 613 published abstracts; and 37 book chapters

➢ Published over **50 papers** on the causes of NHL, including pesticide use

➢ **Co-founder** of **InterLymph** in 2001. Organization to foster collaboration on determining the causes of cancer

HARDEMAN v. MONSANTO COMPANY

# Monsanto's Expert: Lorelei Mucci, ScD, MPH



**Q: Until Monsanto called you and asked you to serve as an expert witness for the company, you'd never researched glyphosate; right?**

*No, I had not.*

**Q: And until Monsanto called you to to serve as an expert witness, you'd never researched Roundup; right?**

*That's correct.*

**Q: And, in fact, until that phone call, you'd never investigated any pesticide; correct?**

*I had not done my own research on pesticides...*

**Dr. Mucci Cross-Examination, 1459:11-17**

# Can Roundup Cause Cancer?

## Three Legs of Cancer Science

### Animal Data



Long term (2 year) animal
carcinogenicity studies



Causation



# Can Roundup Cause Cancer?



Three Legs of Cancer Science

Mechanism Data

Studies looking at the
effect of chemical on DNA

Causation

Animal Data

HARDEMAN v. MONSANTO COMPANY

# Can Roundup Cause Cancer?

## Three Legs of Cancer Science



Epidemiology

Looking at people who use the
chemical in the real world

Causation

Animal Data   Mechanistic Data

HARDEMAN v. MONSANTO COMPANY

# Can Roundup Cause Cancer?

## Three Legs of Cancer Science



**To determine causation, you must look at all of the data**

HARDEMAN v. MONSANTO COMPANY

# What Did the Experts Consider?

## Plaintiff's Experts Each Analyzed ALL the data

 

Animal + Mechanistic + Epidemiological



## Monsanto's Expert Did Not



Epidemiological Only

 

Animal Data          Mechanism Data

HARDEMAN v. MONSANTO COMPANY

# What Did Monsanto's Experts Consider?





Q: And when you're practicing as an oncologist, do you agree that when you're trying to determine the cause of cancer, that it would be important for you **to consider** all of the data **before** reaching a conclusion?

A. **Without any question at all.**

Q: And would you agree that it would be *improper to ignore data* when you're trying to determine the cause of someone's cancer?

A. **I agree.**                    1640:4-12

**Monsanto's Expert** Did Not

**Epidemiological Only**



**Animal Data**



**Mechanism Data**

HARDEMAN v. MONSANTO COMPANY

# Bradford Hill to Infer Causation



**TABLE 6-3** THE HILL CRITERIA FOR INFERRING CAUSATION

| Criteria | Definition |
|---|---|
| Strength | A strong association is more likely to be causal. The measure of strength of an association is the relative risk and not statistical significance. |
| Consistency | An association is more likely to be causal when it is observed in different population groups. |
| Specificity | When an exposure is associated with a specific outcome only (for example, a cancer site or even better a particular histological type of this cancer), then it is more likely to be causal. There are exceptions, however, for example, smoking causing several forms of cancer. |
| Temporality | Not only should a cause precede the outcome (disease) but also the timing of the exposure should be compatible with the latency period (in noninfectious diseases) or the incubation period (in infectious diseases). |
| Gradient | This criterion refers to the presence of an exposure–response relationship. If the frequency or intensity of the outcome increases when an exposure is more intense or lasts longer, then it is more likely that the association is causal. |
| Plausibility | An association is more likely to be causal when it is biologically plausible. |
| Coherence | A cause and effect interpretation of an association should not conflict with what is known about the natural history and biology of the disease or its distribution in time and place. |
| Experimental evidence | If experimental evidence exists, then the association is more likely to be causal. Such evidence, however, is seldom available in human populations. |
| Analogy | The existence of an analogy (for example, if a drug causes birth defects, then another drug could also have the same effect) could strengthen the belief that an association is causal. |

Source: Hill,1965.

**"Table 6-3 The Hill Criteria for Inferring Causation"**

-Dr. Mucci's 2018 "Cancer Epidemiology" Textbook, Third Edition

# Bradford Hill and Weight of Evidence















NOTHING.

HARDEMAN v. MONSANTO COMPANY

## What the Evidence Says

# <u>DOSE RESPONSE</u>

**The risk of getting NHL increases the more you use Roundup.**

## "The Dose Makes the Poison"

## HARDEMAN v. MONSANTO COMPANY

# Three Pillars of Cancer Science

## Animal Data





## Mechanistic Data





## Epidemiological Data



"The Dose Makes the Poison"

HARDEMAN v. MONSANTO COMPANY

# Animal Data

## Animal Data

 

HARDEMAN v. MONSANTO COMPANY

# Animal Data

## **What the Animal Data Proves:**

➢  Dose Response: The more exposure, the greater the risk.

➢  Biological plausibility: Tumors in mice means biologically plausible in humans.

➢  Malignant lymphomas: Glyphosate causes Mr. Hardeman's cancer in animals.

HARDEMAN V. MONSANTO COMPANY

# Animal Data

**Significant Findings**



➢ **Dose response**

➢ **Rare tumors**



➢ **Replication**

➢ **Cross-species**

➢ **Significant increases in tumors**

HARDEMAN v. MONSANTO COMPANY

# Animal Data



# Animal Data



**Evidence** that glyphosate causes lymphoma in mammals

**Lymphoma** found in every mouse study

**Replication** across strains and labroatories

Lymphoma

# Animal Data

## Mice Studies – Tumor Chart

| Knezevich & Hogan (1983) | Atkinson (1993) | Sugimoto (1997) | Wood (2009) | Kumar (2001) |
|---|---|---|---|---|
| Kidney carcinomas or adenomas | Malignant lymphoma | Kidney carcinomas or adenomas | Malignant lymphoma | Kidney carcinomas or adenomas |
| Spleen composite lymphosarcoma | Hemangiosarcoma | Malignant lymphoma | Mul. malignant tumors or neoplasms | Malignant lymphoma |
| | | Hemangiosarcoma | Lung adenocarcinoma | Hemangioma |
| | | Hemangioma | | |
| | | Mul. malignant tumors or neoplasms | | |
| | | Harderian gland adenoma | | |

**Lymphoma** found in *every* mouse Study

HARDEMAN v. MONSANTO COMPANY

# Animal Data



1983  Knezevich & Hogan

| Knezevich & Hogan (1983) |
| Spleen composite lymphosarcoma |
| Kidney carcinomas or adenomas |

HARDEMAN v. MONSANTO COMPANY

# Animal Data



Feb. 11 1985 — EPA reviews Knezevich & Hogan and determines glyphosate is a Class C oncogen

1983 — Knezevich & Hogan

Knezevich & Hogan (1983)

Spleen composite lymphosarcoma

Kidney carcinomas or adenomas

HARDEMAN v. MONSANTO COMPANY

MEMORANDUM

PESTICIDES AND TOXIC SUBSTANCES

SUBJECT:   Consensus Review of Glyphosate
           Caswell No. 661A

TO:        Robert Taylor
           Product Manager
           Herbicide – Fungicide Branch
           Registration Division

On February 11, 1985, a group of Toxicology Branch personnel met to evaluate and discuss the data base on Glyphosate, and in particular the potential oncogenic response of Glyphosate.

A.  The following persons were in attendance:

Theodore M. Farber, Ph.D.
Chief, Toxicology Branch

Louis Kasza, D.V.M., Ph.D.
Pathologist

Bertram Litt, Statistician

Herbert Lacayo, Ph.D.
Statistician

Reto Engler, Ph.D.

William Dykstra, Ph.D.
Reviewer

Steve Saunders, Ph.D.

Laurence Chitlik, D.A.B.T.

The signatures above indicate concurrence with this concensus report.

The review panel recognizes that the exposure of mice was at a very high level 4.5 g/kg/day. Precipitation of Glyphosate in the kidneys might have occurred but none was reported. The panel believes that additional sectioning of new blocks of male kidneys might help in the interpretation of the study results. The kidney tumors as reported, were unilateral (pers. communication by Dr. Dykstra, after the panel meeting); additional histopathology could resolve the issue of whether this is a valid observation or due to not "finding" the tumors in the particular block analyzed.

The panel also believes that realistic exposure assessment, both for dietary and worker exposure are of singular importance. For example, the limit of detecting residue tolerances may overestimate exposure. Particular emphasis also should be given to residues in water, since Glyphosate has been used for aquatic weed control (EUP) and this use may become the subject of a permanent registration.

E.   Classification of Glyphosate:

In accordance with EPA proposed guidelines (FR of Nov. 23, 1984) the panel has classified Glyphosate as a Category C oncogen.

lymphosarcoma

HARDEMAN v. MONSANTO COMPANY

Kidney carcinomas
or adenomas

# Animal Data



# Animal Data



1983

Feb. 11 1985

Knezevich & Hogan

EPA reviews Knezevich & Hogan and determines glyphosate is a Class C oncogen

0 0 1 3

**Knezevich & Hogan (1983)**

Spleen composite lymphosarcoma

Kidney carcinomas or adenomas

HARDEMAN v. MONSANTO COMPANY

# Animal Data



Feb. 11 1985

EPA reviews Knezevich & Hogan and determines glyphosate is a Class C oncogen

1983

Knezevich & Hogan

0 0 1 3

Knezevich & Hogan (1983)

Spleen composite lymphosarcoma

Kidney carcinomas or adenomas

Feb. 21 1985

Monsanto meets with EPA to see what they can do.

HARDEMAN v. MONSANTO COMPANY

**Monsanto**

FROM
(NAME—LOCATION—PHONE)

Lyle L. Gingerich - 1920
Dept. of Medicine & Environmental Health

DATE        :   February 22, 1985                      C. T. Dickerson, Jr./File
                                                    cc.  F. R. Johannsen - G2WD

SUBJECT     :   EPA Toxicology Branch/Roundup

                                                        Copies for
REFERENCE   :                                           GJL/TWF/TJL

TO          :   T. F. Armstrong - C2SC
                E. E. Debus - C2SC
                F. S. Serdy - C2SC

Re:  Meeting February 21, 1985

Present:  Bill Burnam, Assistant Chief,
             OPP Toxicology Branch
          Ted Farber, Branch Chief
          Lyle Gingerich
          Fred Johannsen
          Frank Serdy

The meeting mood was relaxed, informal and open.  The toxicology branch
had decided on a course of action on February 11.  However, it was a
split decision and a very close call either way.  Farber and Burnam both
openly discussed their concerns, listened closely to our comments, and
seemed to be making an honest effort to reach the best solution.

Our objectives were to:

    (1)  see if we could respond to their concerns before any
         unnecessary comments became a part of the Roundup permanent

Page 2

## 2. Concerns of Toxicology Branch

Dr. Farber opened the meeting by reciting the conclusions of the toxicology branch internal peer review:

- Oncogenic in mouse, IARC ranking "c".

- "Possible Human Carcinogen" - one of the weaker ones by that system.

- Company's letter was too weak to be convincing.

- Biologically significant rare tumors.

- Statistically significant at .05 level (cited Tyrone at NTP).

*Tarone*

*$\int NCT$ 62:957-974, 1979*

- Historical controls not helpful.

- Will ask to re-section tissues, consider crystal formation, etc.

Responding to question from FJ, Dr. Farber said that it was an extremely close call and that the EPA remains open to any new information that would make their decision easier.

A 90-day study to look at crystal formation was discussed. Drs. Farber and Burnam said that they still consider Treflan to be an oncogen. Pointing out a secondary cause of the glyphosate tumors would move the chemical lower on the scale of group "c", but would not remove it from that category.

Dr. Farber indicated that a substantial re-look at tissues may cause the EPA pathologist to change his position. If no carcinomas are

HARDEMAN V. MONSANTO COMPANY

I asked FJ if he had detected any areas where we would obviously
want to come in quickly and discuss.  He said no.

FJ asked Dr. Farber what the EPA would be likely to do if we
re-sectioned and found no carcinomas.  Dr. Farber said that it would
force them to get the internal peer review group together again.

Dr. Farber said that the committee had a hard call.  When the case
is presented to Mr. Schatzow, Dr. Farber hopes to point out how weak

## Knezevich & Hogan  - Kidney Tumors



3.

HARDEMAN v. MONSANTO COMPANY

formally briefed in two weeks or so.  If this product were to go

I asked FJ if he had detected any areas where we would obviously want to come in quickly and discuss. He said no.

FJ asked Dr. Farber what the EPA would be likely to do if we re-sectioned and found no carcinomas. Dr. Farber said that it would force them to get the internal peer review group together again.

Dr. Farber said that the committee had a hard call. When the case is presented to Mr. Schatzow, Dr. Farber hopes to point out how weak



3.

formally briefed in two weeks or so. If this product were to go

# Animal Data



Feb. 11 1985 — EPA reviews Knezevich & Hogan and determines glyphosate is a Class C oncogen

0 0 1 3

1983 — Knezevich & Hogan

Feb. 21 1985 — Monsanto meets with EPA to see what they can do.

Knezevich & Hogan (1983)

Spleen composite lymphosarcoma

Kidney carcinomas or adenomas

HARDEMAN v. MONSANTO COMPANY

# Animal Data

Apr. 3
1985

Monsanto hires
Dr. Marvin
Kushner



HARDEMAN v. MONSANTO COMPANY

**Monsanto**

FROM
(NAME—LOCATION—PHONE)   Dept. of Medicine & Environmental Health   G.J. Levinskas, G2WF 4-8809

DATE   April 3, 1985                           cc.   G. Roush, Jr., M.D.

SUBJECT   :

REFERENCE   :

TO   :   T.F. Evans

The following item of information is in addition to those included in the current monthly report.

Senior management at EPA is reviewing a proposal to classify glyphosate as a class C "possible human carcinogen" because of kidney adenomas in male mice.  Dr. Marvin Kuschner will review kidney sections and present his evaluation of them to EPA in an effort to persuade the agency that the observed tumors are not related to glyphosate.

George J. Levinskas

GJL/sfd

HARDEMAN v. MONSANTO COMPANY

# Animal Data

Apr. 3
1985

Monsanto hires
Dr. Marvin
Kushner



HARDEMAN v. MONSANTO COMPANY

Does Round*Up*

April 3, 1985

Dr. Marvin Kushner

Huntington, New York 11743

Re: 77-2061

Dear Dr. Kushner:

The enclosed shipment is being sent to you at the request of Dr. Tim Long of Monsanto. It contains slides of kidney sections from all animals on the referenced study. As indicated on the inventory records, a number of the slides also contain sections of urinary bladder.

If you have any questions concerning this shipment, please do not hesitate to contact me.

Sincerely,

*A. L. Knezevich*

Aleksandar L. Knezevich, Dr.Med.Vet.
Senior Vice-President, Pathology

HARDEMAN V. MONSANTO COMPANY

nas
encls.
cc: Dr. Tim Long

DESCRIPTION:  5 Slide boxes containing 422 slides representing
399 animals from Groups I, II, III & IV (Term and
UD's)  Sections of Kidneys.  Also included is
a list of animals showing Kidneys with Urinary
Bladders.
Purpose:  Sponsors Request

COMMENTS:  NOTE:  Animal Number 1016 is missing per Report.

SHIPPED TO:  Dr. Marvin Kuschner
VIA:  Federal Express
AUTHORIZED BY:
for Bio/dynamics, Inc.                    Date
RECEIVED BY:  Marvin Kuschner                4/14/85

NOTE TO RECEIVER:  Please sign and return this form to Bio/dynamics, Inc.,
Attention: Pathology Department.

HARDEMAN V. MONSANTO COMPANY

# Animal Data

**Apr. 3 1985**

Monsanto hires
Dr. Marvin
Kushner

**Apr. 14 1985**

Dr. Kushner
receives the slides

HARDEMAN V. MONSANTO COMPANY

# Animal Data

**Apr. 3 1985**

Monsanto hires
Dr. Marvin
Kushner



Dr. Kushner submits
report finding tumor
in control group.



**Apr. 14 1985**

Dr. Kushner
receives the slides



**June 1986**

EPA reviews kidney
slides and does not
find a tumor.  Issues
guidance document.




HARDEMAN V. MONSANTO COMPANY



United States
Environmental Protection
Agency

Office of
Pesticides and Toxic Substances
Washington DC 20460

June 1986

Pesticides

# EPA

# Guidance for the Reregistration of Pesticide Products Containing Glyphosate

# as the Active Ingredient

HARDEMAN v. MONSANTO COMPANY

# Animal Data

The chronic feeding/oncogenicity study in mice tested dosages of 1000, 5000, and 30,000 parts per million (ppm). Glyphosate produced an equivocal oncogenic response in the mouse, causing a slight increase in the incidence of renal tubular adenomas (a benign tumor of the kidney) in males at the highest dose tested of 30,000 ppm.  The Toxicology Branch Ad Hoc Oncogenicity Committee tentatively classified glyphosate as a "Class C" oncogen.  The studies were reexamined by a consulting pathologist, and data were submitted indicating that an additional kidney tumor had been found in control males (no renal tumors were found in controls in the original examination).  The Agency then requested that additional kidney sections from the mouse study be prepared and examined.  The resultant microslides were examined by a number of pathologists. These examinations revealed no additional tumors, but confirmed the presence of the tumors identified in the original study report.  The apparent lesion in the control kidney was not present in any of the additional sections.  After examination of the slides, the Agency concluded that this lesion did not "represent a pathophysiologically significant change."

However the apparent oncogenic response was a marginal

# Animal Data

After consideration of the expert opinion of the SAP, and reconsideration of all relevant data for this compound in particular the statistical assessment provided by the SAP, the Agency agrees that available data are not sufficient to adequately address the question of whether the apparent effects noted in the mouse study are biologically relevant. Therefore, in order to fully address this question, the Agency is requiring that this study be repeated with a larger number of animals in each test group, so that the statistical power of the study is increased.

Other non-neoplastic changes noted in high-dose male mice included centrilobular hypertrophy and necrosis of hepatocytes, chronic interstitial nephritis, and proximal tubule epithelial cell basophilia and hypertrophy in females. The no-observable effect level (NOEL) for non-neoplastic chronic effects was the mid-dose level, 5000 ppm. This study is acceptable as a chronic feeding study.

The lifetime feeding study in rats tested dietary

# Animal Data

After consideration of the expert opinion of the SAP, and reconsideration of all relevant data for this compound in particular the statistical assessment provided by the SAP, the Agency agrees that available data are not sufficient to adequately address the question of whether the apparent effects noted in the mouse study are biologically relevant. Therefore, in order to fully address this question, the Agency is requiring that this study be repeated with a larger number of animals in each test group, so that the statistical power of the study is increased.

Other non-neoplastic changes noted in high-dose male mice included centrilobular hypertrophy and necrosis of hepatocytes, chronic interstitial nephritis, and proximal tubule epithelial cell basophilia and hypertrophy in females. The no-observable effect level (NOEL) for non-neoplastic chronic effects was the mid-dose level, 5000 ppm. This study is acceptable as a chronic feeding study.

The lifetime feeding study in rats tested dietary

# Animal Data

**Mice Studies – Tumor Chart**

| Knezevich & Hogan (1983) | Atkinson (1993) | Sugimoto (1997) | Wood (2009) | Kumar (2001) |
|---|---|---|---|---|
| Kidney carcinomas or adenomas | Malignant lymphoma | Kidney carcinomas or adenomas | Malignant lymphoma | Kidney carcinomas or adenomas |
| Spleen composite lymphosarcoma | Hemangiosarcoma | Malignant lymphoma | Mul. malignant tumors or neoplasms | Malignant lymphoma |
| | | Hemangiosarcoma | Lung adenocarcinoma | Hemangioma |
| | | Hemangioma | | |
| | | Mul. malignant tumors or neoplasms | | |
| | | Harderian gland adenoma | | |

HARDEMAN v. MONSANTO COMPANY

# Animal Data

## Rat Studies – Tumor Chart

| Lankas (1981) | Stout & Ruecker (1990) | Atkinson (1993) | Enemoto (1997) | Suresh (1996) | Brammer (2001) | Wood (2009) |
|---|---|---|---|---|---|---|
| Testicular interstitial cell tumors | Thyroid C-Cell carcinomas or adenomas | Thyroid follicular carcinomas or adenomas | Kidney carcinomas or adenomas | ↑ Problem with control group | Hepatocellular carcinomas or adenomas | Skin kera-toacanthoma |
| Thyroid C-Cell carcinomas or adenomas | Pancreatic islet cell tumors | Skin kera-toacanthoma | Skin kera-toacanthoma | | | Mammary gland carcinomas or adenomas |
| Pancreatic islet cell tumors | Hepatocellular carcinomas or adenomas | | Basal cell tumors | | | Pituitary adenomas |
| | Adrenal cortical carcinomas | | | | | |
| | Skin kera-toacanthoma | | | | | |



HARDEMAN v. MONSANTO COMPANY

# Animal Data



# Animal Data



Rat Studies – Tumor Chart

| Lankas (1981) | Stout & Ruecker (1990) | Atkinson (1993) | Enemoto (1997) | Suresh (1996) | Brammer (2001) | Wood (2009) |
|---|---|---|---|---|---|---|
| Testicular interstitial cell tumors | Thyroid C-Cell carcinomas or adenomas | Thyroid follicular carcinomas or adenomas | Kidney carcinomas or adenomas | | Hepatocellular carcinomas or adenomas | Skin kera-toacanthoma |
| Thyroid C-Cell carcinomas or adenomas | Pancreatic islet cell tumors | Skin kera-toacanthoma | Skin kera-toacanthoma | | | Mammary gland carcinomas or adenomas |
| Pancreatic islet cell tumors | Hepatocellular carcinomas or adenomas | | Basal cell | | | Pituitary adenomas |
| | Adrenal cortical carcinomas | | | | | |
| | Skin kera-toacanthoma | | | | | |

Evidence that glyphosate causes tumors in rats.

HARDEMAN v. MONSANTO COMPANY

# Animal Data

## **What the Animal Data Proves:**

➢ **Dose Response**: The more exposure, the greater the risk.

➢ **Biological plausibility**: Tumors in mice means biologically plausible in humans.

➢ **Malignant lymphomas**: Glyphosate causes Mr. Hardeman's cancer in animals.

HARDEMAN V. MONSANTO COMPANY

## Animal Data

# Who did Monsanto bring to dispute the animal data?



HARDEMAN v. MONSANTO COMPANY

# Animal Data

# **Monsanto's Response to Animal Data?**

## IGNORE

### HARDEMAN v. MONSANTO COMPANY

# The WHOLE Puzzle



# Three Pillars of Cancer Science

Animal

Mechanistic

## Epidemiological Data















HARDEMAN v. MONSANTO COMPANY
**"The Dose Makes the Poison"**

# Mechanistic Data

# <u>Mechanistic Data</u>





HARDEMAN v. MONSANTO COMPANY
**"The Dose Makes the Poison"**

# Mechanistic Data

## What the Mechanistic Data Proves:

➢ **Dose Response**: The more exposure → increased risk of cancer

➢ **Genotoxic**: Roundup and glyphosate damage the cell → leads to cancer

➢ **Oxidative Stress**: Roundup and glyphosate cause problems inside the cell → leads to cancer

HARDEMAN v. MONSANTO COMPANY

# Mechanistic Data



In vivo:
In a living organism.

In vitro:
In glass, as in a test tube.

# Mechanistic Data

## Cellular Data:
Refers to the way in which a substance can cause cancer.



# Mechanistic Data



# Mechanistic Data



Different methods of testing DNA damage
**Over 100 different studies**
➢ Both Roundup & glyphosate
➢ In humans (*vivo* & *vitro*)
➢ Non-human mammals (*vivo* & *vitro*) - Monkeys
➢ Non-mammals (*vivo* & *vitro*) – Fish, bacteria

# Mechanistic Data



## Paz-y-Miño (2007, 2012)

➢ Looked at blood of villagers exposed to glyphosate following aerial spraying for cocaine eradication

➢ Compared blood to nearby villages that were not sprayed

➢ Results: Villagers exposed to formulation had significant genetic damage in their blood

HARDEMAN v. MONSANTO COMPANY

➢ Damage gone after 1-2 years of no spraying

# Mechanistic Data



## Bolognesi (2009)

➤ Looked at blood of people before and after they sprayed glyphosate formulation

➤ Compared genetic damage in lymphocytes before and after exposure

➤ <u>Results</u>:  Exposure to glyphosate formulations caused genetic damage in lymphocytes

HARDEMAN v. MONSANTO COMPANY

# Human *In Vitro* Genotoxicity Data

| Study | Glyphosate | Formulation |
|---|---|---|
| Vigfusson and Vyse (1980) | ND | |
| Bolognesi (1997) | | |
| Lioi (1998) | | ND |
| Lueken (2004) | | ND |
| Monroy (2005)* | | ND |
| Gasnier (2009) | | |
| Manas (2009)* | | ND |
| Mladinic (2009) | | ND |
| Mladinic (2009) | | ND |
| Koller (2012) | | |
| Alvarez-Moya (2014) | | ND |

+  =  Positive
—  =  Negative
ND = No Data

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

TRIAL EXHIBIT   875

Case No. 3:16-cv-0525-VC

Date Entered

By
        Deputy Clerk

HARDEMAN v. MONSANTO COMPANY

# Human _**In Vitro**_ Genotoxicity Data



# Recent *In Vitro Human* Genotoxicity Data

| Study | Glyphosate | Formulation |
|-------|-----------|-------------|
| Townsend (2017) | | ND |
| Luo (2017) | ND | |
| Kwiatkowska (2017) | | ND |
| Kasuba (2017) | | ND |
| Wozniak (2018) | | |
| Santovito (2018) | | ND |
| De Almeida (2018) | | |
| Anifandis (2018) | | ND |

+ = Positive
— = Negative
ND = No Data

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

TRIAL EXHIBIT ___876___

Case No. 3:16-cv-0525-VC

Date Entered

By _____
        Deputy Clerk

HARDEMAN v. MONSANTO COMPANY

# Recent *In Vitro Human* Genotoxicity Data



# Recent *In Vitro* Genotoxicity Data – Human

| Study | Glyphosate | Formulation |
|---|---|---|
| Gehin (2005) | | |
| Mladinic (2009) | | ND |
| Elie-Caille (2010) | | ND |
| George and Shukla (2013) | ND | |
| Chaufan (2014) | | |
| Coalova (2014) | ND | |
| Kwiatkowska (2014) | | ND |
| Luo (2017) | ND | |
| Kasuba (2017) | | ND |
| Wozniak (2018) | | |

+ = Positive
— = Negative
ND = No Data

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

TRIAL EXHIBIT ___877___

Case No. 3:16-cv-0525-VC

Date Entered _____

By _____
        Deputy Clerk

HARDEMAN v. MONSANTO COMPANY

# Recent _**In Vitro**_ Oxidative Stress Data – Human



| Study | Glyphosate | Formulation |
| --- | --- | --- |
| Gehin (2005) | + | + |
| Mladinic (2009) | + | ND |
| Elie-Caille (2010) | ? | ND |
| George and Shukla (2013) | ND | + (?) |
| Chaufan (2014) | — | + |
| Coalova (2014) | ND | + |
| Kwiatkowska (2014) | + | ND |
| Luo (2017) | ND | + |
| Kasuba (2017) | + | ND |
| Wozniak (2018) | + | + |

+ = Positive
— = Negative
ND = No Data

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

TRIAL EXHIBIT __877__

Case No. 3:16-cv-0525-VC

Date Entered _____

By _____
Deputy Clerk

HARDEMAN v. MONSANTO COMPANY

## Mechanistic Data

**What the Mechanistic Data Proves:**

➢ **Dose Response**: The more exposure → increased risk of cancer

➢ **Genotoxic**: Roundup and glyphosate damage the cell → leads to cancer

➢ **Oxidative Stress**: Roundup and glyphosate cause problems inside the cell → leads to cancer

HARDEMAN v. MONSANTO COMPANY

## Mechanistic Data

# Who did Monsanto bring to dispute the mechanistic data?



HARDEMAN v. MONSANTO COMPANY

# Mechanistic Data – Dr. James Parry



**Dr. James Parry**



> Genetic Toxicologist
> Monsanto hired Dr. Parry in 1999 to analyze the data on genetic toxicology related to glyphosate and glyphosate formulations
> **Finding:** strong evidence that Glyphosate may be genotoxic...

Portier, 773:19-22

# Mechanistic Data



**Dr. Christopher Portier**

Q: **Since 1999** and after Dr. Parry made these recommendations, what has the data shown about the genotoxic effects or potentials of glyphosate?

A: It has strengthened since the time he looked at this.

- Dr. Portier, Trial Transcript, 777:11-16.

HARDEMAN v. MONSANTO COMPANY

# Mechanistic Data

# Monsanto's Response to Mechanistic Data?

## IGNORE

## HARDEMAN v. MONSANTO COMPANY



# Three Pillars of Science

Animal Data

Mechanistic Data

Epidemiological Data










HARDEMAN v. MONSANTO COMPANY
"The Dose Makes the Poison"

# Three Pillars of Science

## <u>Epidemiology</u>



"The Dose. Makes the Poison"

## Epidemiological Data

**What the Epidemiological Data Proves:**

➢ **Dose Response**: The more exposure, the greater the risk.

➢ **Statistical Significance**: Doubling of risk when adjusted for 47 pesticides.

➢ **Elevated Risk**: Only AHS shows "protective effect."

➢ **Specificity**:  The cancer is always NHL

## Human Epidemiological Studies

| Study | Type | Size | Findings | Exposed Cases |
|---|---|---|---|---|
| Swedish Case-Control Study *(Hardell et al., 1999)* | Population based case-control study | 404 case, 741 control (limited power) | | 4<br>NR |
| Cross-Canada *(McDuffie et al, 2001)* | Population-based case control study | 517 cases, 1506 controls | | 51<br>28<br>23 |
| Swedish Case-Control Study *(Hardell et al., 2002)* | Population-based case-control study | 515 cases, 1141 controls | | 8<br>8 |
| US Midwest *(De Roos et al., 2003)* | Pooled analysis 3 case-control studies | NHL: 650 cases, 1933 controls | | 36<br>36 |
| Swedish Case-Control Study *(Eriksson et al., 2008)* | Population-based case-control study | 910 cases, 1016 control | | 29<br>29<br>12<br>17 |
| France Case-Control *(Orsi et al, 2009)* | Hospital-based case-control study | 244 cases, 456 controls | | 12 |
| North American Pooled Project (Frequency, U — August 31, 2015 Sao Paulo, Brazil) (Frequency, A - June 3, 2015 Ontario, Canada) | Pooled analysis 2 case-control studies (De Roos, McDuffie) | 1690 cases, 5131 controls | | 113 |
| Agricultural Health Study *(De Roos et al., 2005)* | Cohort — licensed pesticide applicators | 52 395 (+32 347 spouses), 92 cases, 4-8 years follow up | | 73 |
| Agricultural Health Study *(Andreotti et al., 2018)* | Cohort — licensed pesticide applicators | 54 251 applicators, 575 cases | | 440 |

A — adjusted for other pesticides as potential confounders

# Epidemiological Data



# Epidemiological Data

# McDuffie
## Nov. 2001

Study shows
**212% increased risk**
of NHL when using Roundup
more than 2 days a year
**Dose Response**

# Epidemiological Data

## Eriksson
### July 2008

Eriksson study shows **202% increased** risk of getting NHL when exposed to Roundup

Also shows **236% increased** risk of NHL when used for more than 10 days a year

**Dose Response**

10 year after first exposure – **226% increase risk**

# Epidemiological Data



# Epidemiological Data

## **Plot** Summary of NHL risk with ever/ never



# Epidemiological Data

**ELECTRONIC PAPER**

Integrative assessment of multiple pesticides as risk factors for non-Hodgkin's lymphoma among men

A J De Roos, S H Zahm, K P Cantor, D D Weisenburger, F F Holmes, L F Burmeister, A Blair

# DeRoos
## March 2003

Another study shows **210% increased risk** of getting NHL when exposed to glyphosate formulations
*Controlled for 47 other pesticides*

# Epidemiological Data

## **North American Pooled Project (NAPP)**

➢ Pooled De Roos (2003) and McDuffie (2001)

➢ **Statistically significant**

➢ More than **doubling of risk**

➢ **Dose response**

➢ **Adjusted** for pesticides

# Epidemiological Data

"Overall, in accordance with evidence from experimental animal and mechanistic studies, our current meta-analysis of human epidemiological studies suggests ***a compelling* link between exposure to GBH [glyphosate-based herbicides] and increased risk for NHL.**" (emphasis added).

- Zhang L, *et. al*.(2019).

HARDEMAN v. MONSANTO COMPANY

## Epidemiological Data

# Monsanto's Response to the Epidemiological Data?

## Find a Way to Ignore All Data Except the AHS

HARDEMAN v. MONSANTO COMPANY

# Epidemiological Data

## Who did Monsanto bring to challenge the epidemiological data?

**Q: Until Monsanto called you and asked you to serve as an expert witness for the company, you'd never researched glyphosate; right?**

    **A:** *No, I had not.*

**Q: And until Monsanto called you to to serve as an expert witness, you'd never researched Roundup; right?**

    **A:** *That's correct.*

**Q: And, in fact, until that phone call, you'd never investigated any pesticide; correct?**

    **A:** *I had not done my own research on pesticides...*



Dr. Mucci, ScD, MPH

HARDEMAN v. MONSANTO COMPANY

# Epidemiological Data

## Real World:
## Team Science, Break Down Silos

Q: So tell me about this idea of team science. What is team science?

A. So in cancer research now, we are breaking down what we call the silos. So people are working really across different disciplines together.



Dr. Mucci, ScD, MPH

HARDEMAN v. MONSANTO COMPANY

402:1-5

# Epidemiological Data

## <u>Litigation Strategy</u>:

## Create Silos and Artificial Thresholds

A: So that really depends on the context.  So in some cases – you don't – first of all, you never ignore any data…

1508:14-15

A: Well, again, you should never – and let me restate what I said.  We never should ignore any of the data…

1508:23-24

Dr. Mucci, ScD, MPH

A:  So, again, just to be clear, I would not ignore any of the data.

HARDEMAN v. MONSANTO COMPANY

1509:7-8

# Epidemiological Data



## The Agricultural Health Study

*Deeply flawed study – Glyphosate*

# The AHS does not find an association,

# BECAUSE IT CAN'T

HARDEMAN v. MONSANTO COMPANY

# Epidemiological Data



## The Agricultural Health Study

*Deeply flawed study – Glyphosate*

# EXPOSURE MISCLASSIFICATION

FATAL

HARDEMAN v. MONSANTO COMPANY

# Epidemiological Data



## The Agricultural Health Study

*Deeply flawed study – Glyphosate*

Dr. Ritz's Criticisms

➢ Initial **_Baseline Problems_**

➢ **_Spike_** in Glyphosate use

➢ **_Only 1 year look back_** at second follow up

➢ **_37%_** disappeared

➢ **_No pesticide information_** after second phase

HARDEMAN V. MONSANTO COMPANY

## Exposure Misclassification Has Been Recognized as a Persistent Problem Throughout the Course of the AHS In Various Peer-Reviewed Publications

Gray, et al., *The Federal Government's Agricultural Health Study: A Critical Review With Suggested Improvements* 6 HUM. ECOL. RISK. ASSESS. 47, 57-58 (2000): "Nondifferential exposure misclassification *will produce bias toward the null*…Misclassification will reduce the power of the study to detect any genuine cause-effect relationships and will also *reduce the validity* of findings." (emphasis added).

Acquavella, et al., *Exposure Misclassification in Studies of Agricultural Pesticides Insights from Biomonitoring*, 17 EPIDEMIOLOGY 69, 73 (2006): …[T]here is no evidence that retrospective questionnaire information can be used to differentiate gradients of pesticide exposure…Accordingly, and given the uncertainty in questionnaire responses about yearly frequency of use and years of use, our results suggest that dose-response analyses based on estimated cumulative days of use would have *substantial exposure misclassification*." (emphasis added).

Weichenthal, et al., *A Review of Pesticide Exposure and Cancer Incidence in the Agricultural Health Study Cohort*, 118 ENVIRON. HEALTH PERSPECT. 1117 (2010): "Exposure misclassification *undoubtedly* had an impact on AHS findings reported to date." (emphasis added).

Blair, et al., *Impact of Pesticide Exposure Misclassification on Estimates of Relative Risk sin the Agricultural Health Study*, OCCUP ENVIRON MED. 68(7): 537-541 (2011): "Second, except in situations where exposure estimation is quite accurate (i.e., correlations of 0.70 or greater with true exposure) and true relative risks are 3.0 or more, pesticide misclassification may diminish risks estimates to such an extent that no association is obvious, which indicates *false negative findings might be common*." (emphasis added)

Sheppard, et al., *Re: Glyphosate Use and Cancer Incidence in the Agricultural Health* Study. JNCI J Natl Cancer Inst, 111(2) (2019): "However, because the phase II nonrespondent group was large (37%) and the phase II respondent group reported a high prevalence of glyphosate use (52%), there is reason to suspect that the consequence of using this imputation procedure is to *meaningfully attenuate the cancer risk estimates*. Unfortunately, it is unlikely that the conclusion of Heltshe et al. (4)— "This multiple imputation will allow for bias reduction and improved efficiency in future analyses of the AHS"—is correct." (emphasis added)

# Epidemiological Data



## The Agricultural Health Study

*Deeply flawed study – Glyphosate*

**Monsanto** knew **AHS had** *serious problems* **in 1997**

HARDEMAN v. MONSANTO COMPANY

# Epidemiological Data

## Trial Exhibit 100:

"The exposure assessment in the AHS *will be inaccurate*…inaccurate exposure classifications can produce spurious results…in a study of this size, there will be some, perhaps many, spurious exposure-disease findings *due to exposure misclassification* "

- July 22, 1997 - Dr. John Aquavella (Monsanto Epidemiologist )

   

HARDEMAN v. MONSANTO COMPANY

# Epidemiological Data

### Trial Exhibit 100:

"Most of the diseases to be studied in the AHS have scant reasoning to link them putatively to pesticide exposure. Thus, much of the research can be termed **"exploratory".** That's not unusual in epidemiology, but it is unusual on this big of a scale."

        - July 22, 1997 - Dr. John Aquavella (Monsanto Epidemiologist )

   

HARDEMAN V. MONSANTO COMPANY

# Epidemiological Data

<u>Trial Exhibit 100</u>:

 "The downside for industry and agriculture in this approach is that exploratory research tends to yield uncertain findings. Uncertain findings, at the least, cast doubt on the safety of products.  This energizes pesticide opponents, may cause the public to dictate a market change, and typically makes the manufacturer adopt a defensive stance. It would have been preferable if the AHS had a limited scope and focused more detail on a few noteworthy questions"

    - July 22, 1997 - Dr. John Aquavella (Monsanto Epidemiologist )

HARDEMAN V. MONSANTO COMPANY

# Epidemiological Data

<u>Trial Exhibit 454</u>:

"Many groups have been *highly critical* of the study as being a **flawed study,** in fact some have gone so far as to call it **junk science**. It is *small in scope* and the retrospective question[aire] on pesticide usage and self reported diagnoses also from the question[aire] is thought to be **unreliable**... but the bottom line is **scary**...there will be *associations identified* between glyphosate use and some health effects *just because of the way this study is designed*."

- May 31, 1999 - Dr. Donna Framer, (Monsanto Toxicologist)

## Epidemiology Data

**What changed between 1999-2019?**

➢ Monsanto now **knows the results** of the AHS data

➢ Mr. Hardeman filed a **lawsuit** against Monsanto

➢ Monsanto's **position on the reliability** and accuracy of the AHS data

HARDEMAN v. MONSANTO COMPANY

# Epidemiology Data

## **What changed between 1999-2019?**

➢ Monsanto now **knows the results** of the AHS data

➢ Mr. Hardeman filed a **lawsuit** against Monsanto

➢ Monsanto's **position on the reliability** and accuracy of the AHS data

HARDEMAN v. MONSANTO COMPANY

# Epidemiology Data

## **What changed between 1999-2019?**

➢ Monsanto now **knows the results** of the AHS data

➢ Mr. Hardeman filed a lawsuit against Monsanto

➢ Monsanto's **position on the reliability** and accuracy of the AHS data

HARDEMAN v. MONSANTO COMPANY

# Epidemiology Data

## **What changed between 1999-2019?**

➢ Monsanto now **knows the results** of the AHS data

➢ Mr. Hardeman filed a **lawsuit** against Monsanto

➢ Monsanto's **position on the reliability** and accuracy of the AHS data

HARDEMAN v. MONSANTO COMPANY

# Epidemiology Data

## Monsanto's Litigation Position on AHS

Q: What is your understanding of what your role is here?

A: My role here is to represent [Monsanto] and speak on their behalf.

Reeves (10:18-21)

Q: "And I understand it's Monsanto's position – correct me if I'm wrong – that you guys believe the AHS is the most reliable and best of the epidemiological studies"

A: **"Our position is that the agricultural health study** ...provides the most comprehensive look at pesticide exposure and health risk, particularly with respect to glyphosate and cancer."

Reeves (154:6-16)



**Dr. William Reeves**:
Monsanto's
Spokesperson

HARDEMAN V. MONSANTO COMPANY

## 2. Can Roundup cause cancer?





**IARC Conclusion:**

**2A: Probable Human Carcinogen**

# Monsanto's Weight of Evidence Analysis

## Monsanto's Response to Animal Data?

## IGNORE

## Monsanto's Response to Mechanistic Data?

## IGNORE

## Monsanto's Response to the Epidemiology Data?

## IGNORE Everything Except AHS

# Monsanto's Position

# **The Result of Ignoring Data?**

HARDEMAN v. MONSANTO COMPANY

# Monsanto's Position

## The Result of Ignoring Data?



**Dr. William Reeves**:
Monsanto's
Spokesperson

Q.  Monsanto's position, to be clear, is that there is no evidence to support Roundup causing cancer in people?

A.  It's that there is *no evidence* that glyphosate or glyphosate-based formulations cause cancer under the conditions that people are expose to.

- Transcript, 30:5-10.

HARDEMAN v. MONSANTO COMPANY

**Monsanto's Position  on January 23, 2019**

# Monsanto's Position

## The Result of Ignoring Data?



"No Evidence of a Causal Association between Roundup and NHL."

-Dr. Mucci, Monsanto's Paid Expert. March 9, 2019.

HARDEMAN v. MONSANTO COMPANY

# Monsanto's Weight of Analysis Position

## The Result of Considering All Data?

➤ Zhang L., *et al.* (2019) - "Overall, in accordance with evidence from experimental animal and mechanistic studies, our current meta-analysis of human epidemiological studies suggests *a compelling link between exposure to GBH [glyphosate-based herbicides] and increased risk for NHL.*" (emphasis added).

HARDEMAN v. MONSANTO COMPANY

# Epidemiological Data

**What the Epidemiological Data Proves:**

➤ **Dose Response**: The more exposure, the greater the risk.

➤ **Statistical Significance**: Doubling of risk when adjusted for 47 pesticides.

➤ **Elevated Risk**: Only AHS shows "protective effect."

➤ **Specificity**:  The cancer is always NHL.

# The WHOLE Puzzle



# Opening Statement Roadmap

1. **What is Roundup?**

2. **Can Roundup cause cancer?**

3. **Was Roundup exposure a substantial factor in causing Mr. Hardeman's cancer?**

HARDEMAN v. MONSANTO COMPANY

# Opening Statement Roadmap

1. **What is Roundup?**

2. **Can Roundup cause cancer?**

3. **Was Roundup exposure a substantial factor in causing Mr. Hardeman's cancer?**

HARDEMAN v. MONSANTO COMPANY

# What Did We Learn?

## The Result of Considering All Data?

## DOSE RESPONSE

**The risk of getting NHL increases the more you use Roundup.**

➢ Animal Data ✓

➢ Mechanistic Data ✓

➢ Epidemiological Data ✓

HARDEMAN V. MONSANTO COMPANY

# Roundup Exposure: 1986–2012 (approx. 26 yrs)



A: **I used it every year, so 25 years.**
> Hardeman Direct Exam (1022:22-25)

Q:...How often during a year would you spray Roundup?
A: Well, I would **start in May** when the temperature was right and the winter was over with; and I would spray into the summer; spray into September, October.  And then I would **stop in November** more than likely.
Q: And when you were spraying Roundup on any particular day, approximately how long would you be spraying it for?
A:  I would say **three to four hours, probably my spraying time**.
> Hardeman Direct Exam (1024:5-19)

A: And so, you know, I did some crude calculations of how many days he was – how many days during those 26 years he used Roundup based – I used information from his deposition.  So he was exposed to Roundup over **300 times** during those 26 years.  And he used – my calculation – he used around **5,900 gallons** of Roundup in those **26 years**.
> Dr. Weisenburger Direct Exam (1153:9-14)

# Roundup Exposure: 1986–2012 (approx. 26 yrs)



56 Acres

# Roundup Exposure: 1986–2012 (approx. 26 yrs)




# Roundup Exposure: 1986–2012 (approx. 26 yrs)



# None of Monsanto's Experts Considered Exposure

Q: You have not – you have no opinion on his exposure history, correct?

A: I've not looked at his medical records.  **I'm not commenting on that, no**.

Dr. Mucci Cross Exam (1470:24-1471:02)



Q: And as such, you aren't giving any opinions to this jury as to Mr. Hardeman's exposure to Roundup?

A: **I am not.**

Dr. Levine Cross Exam (1642:1-3)



HARDEMAN v. MONSANTO COMPANY

# *March 10, 2006 – Trial Exhibit 40 - CURED*

----- Message -----
   From: SUSAN M. RUFFNER-STATZER MD
   Sent: 3/10/06 12:20 PM
     To: Edwin Hardeman
Subject: RE: Test

Ed, There is no practical test for virus in the liver. The virus will IMMEDIATELY return if you stop taking the medicaiton now.  If you finish the 48 weeks of therapy and there is no detectable virus in your blood, you have a 50:50 chance that it will return in the next 6 months. There is not a l ot of  data about Long -term use of ribavirin (i.e. more than 48 weeks.  If the virus stays undetectable after 6 months off treatment, you are likely CURED.  We will continue to test your blood for return of virus, but 95% of the time (95/100) it stays gone.  If it is gone after 5 years, we will call you cured.)  I hope that helps.  The bottom line is "it's working" and "don't quit now:" Dr. Ruffner

# Mr. Hardeman's Treating Physicians

## Oncologists:







Dr. Turk                     Dr. Turley                     Dr. Ye

**February 14, 2015: Stage 3** Aggressive Cancer

6 rounds of CHEMO

HARDEMAN V. MONSANTO COMPANY

# *Dr. Ye - February 19, 2015– Trial Exhibit 45*



THE PERMANENTE MEDICAL GROUP

SRO-MAIN CAMPUS
401 BICENTENNIAL WAY
SANTA ROSA CA 95403-2149
Encounter Record

HARDEMAN,EDWIN
MRN:
DOB:                    Sex: M
Enc. Date: 02/19/15

**Progress Notes (continued)**

Ye, Jeffrey Zheng-Sheng (M.D.) at 2/19/2015 12:14 PM (continued)                              Version 1 of 1
Felt non tender lumps on the right neck after Christmas that persisted for several weeks.  FNA (1/28/2015)
showed necrotic cells. Core biopsy 2/6/2015 showed diffuse large B cell lymphoma, Ki67 = 80% of the
large cells. The neckmasses have not changed in size, or even become softer since he first felt them.
Patient is otherwise asymptomatic except chronic fatigue; no recent exacerbation.  Denies night sweats,
fever, or weight loss.

Hx of hepC s/p IFN therapy in 2005.  Recent viral screening showed hx of HepB exposure (HBsg/Ab-;
HBcAb+)

Liver cirrhosis documented by sonogram.  Liver reserve excellent

Wt Readings from Last 3 Encounters:
02/19/15      213 lb (96.616 kg)
01/28/15      215 lb 9.6 oz (97.796 kg)
12/26/14      218 lb (98.884 kg)

Patient Active Problem List:
 HX OF HEPATITIS C
 CIRRHOSIS OF LIVER
 HYPERTENSION
 LEFT BRANCH RETINAL VEIN OCCLUSION
 KNEE PAIN
 SEBORRHEIC KERATOSIS
 LIPOMA
 BILAT CATARACT
 BILAT OPEN ANGLE GLAUCOMA
 BPH (BENIGN PROSTATIC HYPERTROPHY)
 ACTINIC KERATOSIS

Reviewed lab results

ROS: General - well
ENT & Eyes - no discharge or epistaxis
CV - no palpitation, chest pain, or DOE
Respiratory - no cough, dyspnea, or hemoptysis
GI - no nausea, vomiting, or diarrhea

Allergy
Current Outpatient Prescriptions
Medication                                          Sig
 •  Latanoprost (XALATAN) 0.005 % Opht Drop  Instill 1 drop into each eye daily at bedtime for glaucoma
 •  Dorzolamide-Timolol (COSOPT) 2-0.5 %     Instill 1 drop into each eye 2 times a day for glaucoma
    Opht Drop
 •  Hydrochlorothiazide                       Take 1 tablet orally daily
    (ESIDRIX/HYDRODIURIL) 25 mg Oral Tab
 •  Lisinopril (PRINIVIL/ZESTRIL) 10 mg Oral  Take 4 tablets orally daily
    Tab

No current facility-administered medications for this visit.

CONFIDENTIAL                          HARDEMAN_EDWIN_KAISERPERMANENTE_00130

## "Liver Reserve Excellent"

HARDEMAN V. MONSANTO COMPANY

# Dr. Weinsenburger



**Reviewed** Animal+ Mechanistic+ Epidemiology Interview + Exposure History

Q: **Do you have any doubt** as to your opinion that **Roundup was a substantial factor** in causing Mr. Hardeman's non-Hodgkin's lymphoma?

HARDEMAN v. MONSANTO COMPANY

A:  **No.**

Dr. Weisenburger Direct Exam (1219:5-14)

# None of Monsanto's Experts Considered Exposure

Q: In this case when you were reaching your conclusion about the cause of Mr. Hardeman's non-Hodgkin's lymphoma, is it true that **you're not here to give any opinions about the animal studies** that looked at Roundup and glyphosate?



A. **Correct.**

Q. And **you're not here to give any opinions regarding the mechanistic data** or, as the jury has heard, the cell studies regarding Roundup and glyphosate?

A. **That is correct.**

Q. And **you're not here to give an opinion as to whether Roundup is genotoxic**; correct?     1640:24-1641:8

A. **That is correct.**

# None of Monsanto's Experts Considered Exposure



Q: And now let's talk about Roundup. **Did you review** all of the published **epidemiology** regarding Roundup or glyphosate and non-Hodgkin's lymphoma?

A. Yes, I did.

Q. And **based on that review**, in your opinion is Roundup or glyphosate a cause of non-Hodgkin's lymphoma?

A. No.

Q. And based on that opinion, **is that why** you **didn't include** Roundup as a potential risk factor for Mr. Hardeman?

A. Exactly.

HARDEMAN v. MONSANTO COMPANY          1760:6-18

# ONE QUESTION

**Was Roundup a**

*substantial*

*factor*

**in causing Mr. Hardeman's NHL?**

YES

HARDEMAN v. MONSANTO COMPANY

# JURY INSTRUCTION No. 9

**To prevail on the question of medical causation, Mr. Hardeman must prove by a *preponderance of the evidence* that Roundup was a *substantial factor* in causing his non-Hodgkin's lymphoma.**

HARDEMAN v. MONSANTO COMPANY

# OUR BURDEN



# SUBSTANTIAL FACTOR No. 9

A **substantial factor** is a factor that a reasonable person would consider to have **contributed to the harm**.

It must be more than a remote or trivial factor. It does not have to be the only cause of the harm.

Subject to the additional instructions below, conduct is not a substantial factor in causing harm if the same harm would have occurred without that conduct.

# Jury Instruction No. 9

The following additional instructions apply if you believe that two or more NHL-causing factors operated independently on Mr. Hardeman.

If you conclude that Mr. Hardeman has proven that his exposure to Roundup was sufficient on its own to cause his NHL, then you must find for Mr. Hardeman even if you believe that other factors were also sufficient on their own to cause his NHL.

On the other hand, if you conclude that Mr. Hardeman has not proven that his exposure to Roundup was sufficient on its own to cause his NHL, then you must find for Monsanto.

# The WHOLE Puzzle



Epidemiological Data

**Mr. Hardeman**

**Monsanto**

