# EXHIBIT 2

# Edwin Hardeman v. Monsanto Corporation




HARDEMAN v. MONSANTO COMPANY

# Why Are We Here?



HARDEMAN v. MONSANTO COMPANY

# Phase 2 Questions:

1. What did Monsanto know and when?

2. How did Monsanto influence the science?

3. Did Monsanto fail to warn?

4. Was Roundup as safe as expected?

5. What are Ed Hardeman's damages?

6. Did Monsanto act with conscious disregard of human health?

HARDEMAN v. MONSANTO COMPANY

# What Monsanto Did Not Do

➢ **<u>Epidemiology</u>** – To this day, Monsanto has NEVER conducted an Epidemiology Study.

➢ **<u>Animal</u>** – VEHEMENTLY REFUSED to repeat the 1983 mouse study; NEVER conducted any long-term rodent carcinogenicity test on Roundup.

➢ **<u>Mechanistic</u>** – NEVER completed Parry's recommendations. NEVER conducted In *vivo* human genotox study or In *vivo* oxidative stress study.

➢ Monsanto INFLUENCED and MANIPULATED the science through its relationships and GHOSTWRITING.

# Monsanto's Current & Former Decision Makers



**Dr. William Reeves**
Designated Spokesperson



**Dr. Mark Martens**
Toxicologist



**Dr. William Heydens**
Product Safety



**Mr. Hugh Grant**
Former CEO



**Dr. Donna Farmer**
Manager, Toxicology
Spokesperson for Roundup



**Any Live Witnesses?**



**Dr. David Saltmiras**
Toxicology Director

# What is Roundup?

**"So in this study the Roundup is <u>100 times more toxic</u> than the glyphosate."**

**- Dr. Weisenburger, 1125:21-22.**




Glyphosate

Surfactant

HARDEMAN V. MONSANTO COMPANY

# Monsanto Refuses to Test Roundup



"I will not support doing any studies on glyphosate formulations or other surfactant ingredients at this time with the limited information we have on the situation."

-Donna Farmer, August 2, 1999

HARDEMAN v. MONSANTO COMPANY

# Monsanto's Internal Position

## Roundup and Glyphosate are NOT THE SAME



**Dr. Donna Farmer**
*Monsanto Decision Maker*

The terms glyphosate and Roundup cannot be used interchangeably **...**For example *you cannot say* that Roundup is not a carcinogen...*we have not done the necessary testing* on the formulation to make that statement.

-November 22, 2003  (TX 426)

HARDEMAN v. MONSANTO COMPANY

# Roundup Exposure: 1986–2012 (approx. 26 yrs)



A: **I used it every year, so 25 years.**

Hardeman Direct Exam (1022:22-25)

Q:…How often during a year would you spray Roundup?
A: Well, I would **start in May** when the temperature was right and the winter was over with; and I would spray into the summer; spray into September, October.  And then I would **stop in November** more than likely.
Q: And when you were spraying Roundup on any particular day, approximately how long would you be spraying it for?
A:  I would say **three to four hours, probably my spraying time**.

Hardeman Direct Exam (1024:5-19)

HARDEMAN v. MONSANTO COMPANY

## Monsanto Admission

# Monsanto ADMISSION

Monsanto ADMITS that it has never warned any consumer that Roundup could cause cancer.

HARDEMAN v. MONSANTO COMPANY

# Roundup Exposure: 1986–2012 (approx. 26 yrs)



# Mr. Hardeman would not have used Roundup if Monsanto had warned of any cancer risk.

HARDEMAN v. MONSANTO COMPANY

## Roundup's Defective Design

➢ Approval was based on **ONE** animal carcinogenicity study done on glyphosate

    ➢ Conducted by Industrial Bio-Tech Laboratories ("IBT Labs") – *Invalid*

➢ **Roundup sold on the market for approximately eight years with no valid carcinogenicity study**

    ➢ **Monsanto knew before Mr. Hardeman began spraying Roundup**

HARDEMAN v. MONSANTO COMPANY

# Alleged Safety of Roundup



UNITED STATES ENVIRONMENTAL PROTECTION AGENCY
WASHINGTON, D.C. 20460

OFFICE OF
PESTICIDES AND TOXIC SUBSTANCES

The IBT Review Program

This report summarizes the findings of the joint program conducted by the Environmental Protection Agency (EPA) and the Health Protection Branch of Health and Welfare Canada to reexamine the validity of health effects studies on pesticides tested by Industrial Bio-Test Laboratories, Inc. (IBT). This program is one result of discoveries made during a series of audits beginning in 1976 by the Food and Drug Administration (FDA) and EPA which revealed serious deficiencies in IBT tests conducted to support the registration of numerous pesticides and some drugs in both the United States and Canada. This report assesses the impact of the IBT situation on the registration status of the chemicals involved and describes the steps the Agency has taken to resolve this problem and to prevent its recurrence.

Exhibit A shows how many IBT and non-IBT tests are available to EPA in each testing category for the pesticide chemicals having some IBT conducted studies in their data base. As these tables show, a large majority (93%) of the pesticides tested by IBT, also have non-IBT data available. Only 12 of the pesticides listed have a data base entirely of IBT studies. However, seven of these are either not registered for use in this country or are cancelled or discontinued products. Some of the IBT studies on the remaining five chemicals are at least partially valid or "supplemental", meaning the data can be used to support the findings of other studies.

➢ EPA issues summary of IBT Review Program, 1983

➢ "…serious deficiencies in IBT tests conducted to support the registration of numerous pesticides…"

➢ "The IBT case caused serious concern and uncertainty about the potential hazards of the hundreds of pesticides involved, both for EPA and the public."

➢ Glyphosate mouse carcinogenicity study determined to be invalid

➢ Monsanto agrees to re-do

# Animal Data



**Feb. 11 1985** — EPA reviews Knezevich & Hogan and determines glyphosate is a Class C oncogen

**1983** — Knezevich & Hogan

| Knezevich & Hogan (1983) |
|---|
| Spleen composite lymphosarcoma |
| Kidney carcinomas or adenomas |

HARDEMAN v. MONSANTO COMPANY

# Alleged Safety of Roundup



BIO/DYNAMICS,
Knezevich & Hogan, 1983

I asked FJ if he had detected any areas where we would obviously
want to come in quickly and discuss. He said no.

FJ asked Dr. Farber what the EPA would be likely to do if we
re-sectioned and found no carcinomas. Dr. Farber said that it would
force them to get the internal peer review group together again.

Dr. Farber said that the committee had a hard call. When the case
is presented to Mr. Schatzow, Dr. Farber hopes to point out how weak



Knezevich & Hogan - Kidney Tumors

| | Control | Low Dose | Mid Dose | High Dose |
|---|---|---|---|---|
| Tumors | 0 | 0 | 1 | 3 |

HARDEMAN v. MONSANTO COMPANY

3.

formally briefed in two weeks or so. If this product were to go

I asked FJ if he had detected any areas where we would obviously
want to come in quickly and discuss.  He said no.

FJ asked Dr. Farber what the EPA would be likely to do if we
re-sectioned and found no carcinomas.  Dr. Farber said that it would
force them to get the internal peer review group together again.

Dr. Farber said that the committee had a hard call.  When the case
is presented to Mr. Schatzow, Dr. Farber hopes to point out how weak



HARDEMAN V. MONSANTO COMPANY

3.

formally briefed in two weeks or so.  If this product were to go

# Animal Data

**Apr. 3 1985**

Monsanto hires Dr. Marvin Kushner



Dr. Kushner submits report finding tumor in control group.



**Apr. 14 1985**

Dr. Kushner receives the slides



**June 1986**

EPA reviews kidney slides and does not find a tumor. Issues guidance document.



HARDEMAN V. MONSANTO COMPANY

# Alleged Safety of Roundup



2. Agree to repeat the rat study and vehemently argue the lack of justification for a repeat mouse study. Again, the reasons for not repeating the mouse would be

HARDEMAN v. MONSANTO COMPANY

# Alleged Safety of Roundup



**Dr. Williams Reeves**
*Monsanto Decision Maker*

Reeves, 293:5-7; 297:24-
298:4; 309:12-16

Q.   And in fact, Monsanto never redid the mouse study, did it?
A.   We conducted a rat study.

Q.   So Monsanto, in response to the glyphosate -- the registration document – specifically said we want a waiver from having to do this mouse study; correct?
A.   That's correct.

Q.   Since that day, Monsanto – to this day, Monsanto has not ever done another mouse study with glyphosate; right?
A.   No, because all the other registrants have for their data package.



HARDEMAN v. MONSANTO COMPANY

# Animal Data

## Mice Studies – Tumor Chart

| Knezevich & Hogan (1983) | Atkinson (1993) | Sugimoto (1997) | Wood (2009) | Kumar (2001) |
|---|---|---|---|---|
| Kidney carcinomas or adenomas | Malignant lymphoma | Kidney carcinomas or adenomas | Malignant lymphoma | Kidney carcinomas or adenomas |
| Spleen composite lymphosarcoma | Hemangiosarcoma | Malignant lymphoma | Mul. malignant tumors or neoplasms | Malignant lymphoma |
| | | Hemangiosarcoma | Lung adenocarcinoma | Hemangioma |
| | | Hemangioma | | |
| | | Mul. malignant tumors or neoplasms | | |
| | | Harderian gland adenoma | | |

HARDEMAN v. MONSANTO COMPANY

## Monsanto Admission

# Monsanto ADMISSION

Monsanto ADMITS that it has never conducted a long-term animal carcinogenicity study on any surfactant used in Roundup.

HARDEMAN v. MONSANTO COMPANY

# Monsanto Admission

## Monsanto ADMISSION

Monsanto ADMITS that it has never conducted a long-term animal carcinogenicity study on Roundup.

HARDEMAN v. MONSANTO COMPANY

## Monsanto Admission

# Monsanto ADMISSION

Monsanto ADMITS that it did not conduct any further long-term carcinogenicity animal studies on glyphosate after 1991.

HARDEMAN v. MONSANTO COMPANY

# Admission No. 7

## Monsanto ADMISSION

Monsanto ADMITS that it is not precluded by any applicable law, regulation, or ordinance from conducting a long-term animal carcinogenicity study on Roundup.

HARDEMAN v. MONSANTO COMPANY

# For Monsanto, Ignorance is Bliss



**Dr. William Reeves**
*Monsanto Decision Maker*

January 23, 2019

HARDEMAN v. MONSANTO COMPANY

Q. And to be clear, when we talk about animal toxicology studies, Monsanto has never done one of those on a formulated Roundup product; right?

A. We have not done that study because we've never had any information in front of us indicating we would need to do that study.

Transcript, 34:9-15

# Mechanistic Data – Dr. James Parry



**Dr. James Parry**



Swansea University
Prifysgol Abertawe

➢ Genetic Toxicologist
➢ Monsanto hired Dr. Parry in 1999 to analyze the data on genetic toxicology related to glyphosate and glyphosate formulations
➢ **Finding:** strong evidence that Glyphosate may be genotoxic...

Portier, 773:19-22

HARDEMAN V. MONSANTO COMPANY

# Dr. James Parry – Monsanto Unsure

External global network of genotox experts:

– EU



- While Dr. Parry is a recognized genotox expert what is not known is how he views some of the "non-standard endpoints" (such as SCE, DNA P-32 postlabling, Comet assays etc) evaluated in the genotox articles by Rank, Bolognesi etc.
- Therefore it was recommended that before we ask him to get more deeply involved (reviewing all the literature, glyphosate data; represent us as a consultant with regulators, etc) we would ask him to review a subset of the articles.
- It was proposed that Mark Martens would contact Dr. Parry and ask him for a written review the articles by Rank, Bolognesi, Peluso & Lioi
- Based on his critique of the the genotox papers a decision would be made as to expanding or terminating his involvement.
- Regarding Dr. Jim Bridges, no further contact will be made at this time. When a clear role has been identified for Dr. Bridges Alan will contact him.
- Money for this initial consultation will come from Mark Martens budget. A bigger initiative will require additional funds to be located.

**Dr. Mark Martens**
*Monsanto Decision Maker*

– NA

- Expanded discussions with Dr. Gary Williams on genotox issues will occur as part of the CANTOX meetings (2/5,6&7). Dr. Williams is recognized internationally as a genotox expert and might be used in Europe on a contingency basis.

– LA/SEA – no action at this time

# Dr. James Parry – Monsanto Unsure



**Dr. Mark Martens**
*Monsanto Decision Maker*

External global network of genotox experts:

- EU

- While Dr. Parry is a recognized genotox expert what is not known is how he views some of the "non-standard endpoints" (such as SCE, DNA P-32 postlabling, Comet assays etc) evaluated in the genotox articles by Rank, Bolognesi etc.
- Therefore it was recommended that before we ask him to get more deeply involved (reviewing all the literature, glyphosate data; represent us as a consultant with regulators, etc) we would ask him to review a subset of the articles.
- It was proposed that Mark Martens would contact Dr. Parry and ask him for a written review the articles by Rank, Bolognesi, Peluso & Lioi
- Based on his critique of the the genotox papers a decision would be made as to expanding or terminating his involvement.
- Regarding Dr. Jim Bridges, no further contact will be made at this time. When a clear role has been identified for Dr. Bridges Alan will contact him.
- Money for this initial consultation will come from Mark Martens budget. A bigger initiative will require additional funds to be located.

- NA

- Expanded discussions with Dr. Gary Williams on genotox issues will occur as part of the CANTOX meetings (2/5,6&7). Dr. Williams is recognized internationally as a genotox expert and might be used in Europe on a contingency basis.

- LA/SEA - no action at this time.

# Dr. Parry

4) The development of a "positive" press release was requested.
Please comment on the DRAFT below.

DRAFT   DRAFT   DRAFT   DRAFT

"Several genotoxicity studies have been conducted on glyphosate, the surfactants in glyphosate formulations, and other closely-related surfactants.  Studies have also been performed on Roundup herbicide and other glyphosate formulations.  None of these studies have shown any adverse findings.  Based on all these results, we are confident that glyphosate herbicide products are not genotoxic and therefore to not present a mutagenic or carcinogenic risk to humans and animals. We will continue to diligently consider concerns raised in this area and will support our conclusions on the safety of Roundup herbicides with appropriate scientific

HARDEMAN v. MONSANTO COMPANY

# Dr. Parry's First Report – February 1999



Dr. Parry submits his first internal report, concluding glyphosate is capable of being *genotoxic both in vivo and in vitro* through oxidative damage.

HARDEMAN v. MONSANTO COMPANY

# More Data to Change Opinion




Monsanto provides more information with the hope of "moving Dr. Parry from his position"

HARDEMAN v. MONSANTO COMPANY

Donna will arrange for further meetings to discuss/design this program

4)  Global experts

Review Dr. Parry's analyis - what is our next step?
Dr. Parry concluded on his evaluation of the four
articles that glyphosate is capable of producing
genotoxicity both in vivo and in vitro by a mechanism
based upon the production of oxidative damage.

The data that Dr. Parry evaluated is limited and is
not consistant with other better conducted studies.
In order to move Dr. Parry from his position we will
need to provide him with the additional information
as well as asking him to critically evalute the
quality of all the data including the open literature
studies.

As a followup Mark will contact Dr. Parry, discuss
with him the existance of additional data and and ask
him to evaluate the full package. Mark will also
explore his interest (if we can turn his opinion
around) in being a spokesperson for us for these
type of issues.

Larry as well as others will be available to
discuss the data with Parry as needed by e-mail,
phone or in person or all the above.

Dr. Williams  - discuss the outcome of the Cantox meeting

The panel concluded that glyphosate and Roundup were not
mutagenic.  That in the evaluation of these types of studies
criteria should be set.. up front in the evaluation process as
to what makes an acceptable study and what does not - this is to
be included in the manuscript as well as a weight of evidence
approach.

5)  Lioi followup

# Dr. Parry's Second Report – August 1999

Key Issues concerning the potential genotoxicity of glyphosate, glyphosate formulations and surfactants; recommendations for future work.

James M. Parry

Centre for Molecular Genetics and Toxicology
School of Biological Sciences
University of Wales Swansea
Swansea SA2 8PP, UK

**Key Questions**

1. Is glyphosate an *in vitro* clastogen? Can the positive studies of Lioi *et al* (1998a, 1998b) be reproduced?

2. Is glyphosate an *in vivo* clastogen? Can the positive studies of Bolognesi *et al* (1997) be reproduced?

3. If glyphosate is an *in vitro* and *in vivo* clastogen, what is its mechanism of action and does the mechanism lead to other types of genotoxic activity *in vivo* such as point mutation induction?

4. Does glyphosate produce oxidative damage?

5. Can we explain the reported genotoxic effects of glyphosate on the basis of the induction of oxidative damage?

6. If glyphosate is an *in vivo* genotoxin is its mechanism of action thresholded? Under what conditions of exposure are the antioxidant defences of the cell overwhelmed?

7. Are there differences in the genotoxic activities of glyphosate and glyphosate formulations?

8. Do any of the surfactants contribute to the reported genotoxicity of glyphosate formulations?

Dr. Parry concludes *"glyphosate is a potential clastogenic in vitro"*.

**Clastogen:**
A clastogen is an agent that can induce mutation by disrupting or damaging chromosomes.

# Monsanto's Reaction



**Dr. William Heydens**



**Dr. Donna Farmer**

*Monsanto Decision Makers*

Message

From:       HEYDENS, WILLIAM F [FND/1000] [/O=MONSANTO/OU=NA-1000-01/CN=RECIPIENTS/CN=230737]
Sent:       9/16/1999 6:18:36 PM
To:         MARTENS, MARK A [FND/5045] [/O=MONSANTO/OU=EA-5040-01/CN=RECIPIENTS/CN=21606]; 'KIER, LARRY D
            [NCP/1000]' [/O=MONSANTO/OU=GLB-STL/CN=LEGACY ADDRESSES/CN=33322]; 'FARMER, DONNA R [FND/1000]'
            [/O=MONSANTO/OU=GLB-STL/CN=LEGACY ADDRESSES/CN=180070]
CC:         'HEYDENS, WILLIAM F [FND/1000]' [/O=MONSANTO/OU=GLB-STL/CN=LEGACY ADDRESSES/CN=230737]
Subject:    RE: Parry report

Mark, All,

I have read the report and agree with the comments - there are various things that can be done to improve the report.

However, let's step back and look at what we are really trying to achieve here.  We want to find/develop someone who is
comfortable with the genetox profile of glyphosate/Roundup and who can be influential with regulators and Scientific
Outreach operations when genetox. issues arise.  My read is that Parry is not currently such a person, and it would take
quite some time and $$$/studies to get him there.  We simply aren't going to do the studies Parry suggests.  Mark, do you
think Parry can become a strong advocate without doing this work Parry?   If not, we should *seriously* start looking for
one or more other individuals to work with.  Even if we think we can eventually bring Parry around closer to where we
need him, we should be currently looking for a second/back-up genetox. supporter.  We have not made much progress
and are currently very vulnerable in this area.  We have time to fix that, but only if we make this a high priority now.

Bill

-----Original Message-----
From:       MARTENS, MARK A [FND/5045]
Sent:       Thursday, September 16, 1999 2:02 AM
To:         KIER, LARRY D [NCP/1000]; FARMER, DONNA R [FND/1000]
Cc:         HEYDENS, WILLIAM F [FND/1000]
Subject:    Parry report
Importance: High

Larry and Donna,

I would like to get some feedback to Jim Parry on his report. I sent you my comments but didn't get a reaction.  Can I
get your opinions and then have a discussion on the action to take?

Regards, Mark

## Monsanto Reaction:

**Round up is "currently very vulnerable in [genotox]."**

**"We simply aren't going to do the studies Parry suggests."**

HARDEMAN v. MONSANTO COMPANY

September 16, 1999

## September 16, 1999





**Subject**:     RE: Parry report

**Dr. William Heydens**          **Dr. Donna Farmer**
*Monsanto Decision Makers*

Mark, All,

I have read the report and agree with the comments - there are various things that can be done to improve the report.

However, let's step back and look at what we are really trying to achieve here. We want to find/develop someone who is comfortable with the genetox profile of glyphosate/Roundup and who can be influential with regulators and Scientific Outreach operations when genetox. issues arise. My read is that Parry is not currently such a person, and it would take quite some time and $$$/studies to get him there. We simply aren't going to do the studies Parry suggests. Mark, do you think Parry can become a strong advocate without doing this work Parry? If not, we should ***seriously*** start looking for one or more other individuals to work with. Even if we think we can eventually bring Parry around closer to where we need him, we should be currently looking for a second/back-up genetox. supporter. We have not made much progress and are currently very vulnerable in this area. We have time to fix that, but only if we make this a high priority now.

HARDEMAN V. MONSANTO COMPANY

Bill

# Monsanto's Reaction to Parry Report

-----Original Message-----
**From:**      FARMER, DONNA R [FND/1000]
**Sent:**      Thursday, September 02, 1999 2:24 PM
**To:**        WILSON, ALAN G E [PHR/1000]
**Subject:**   RE: Comments on Parry write-up

Alan,

One option...I agree we need someone else to interface with Perry...right now the only person I think that can dig us out of this "genotox hole" is the Good Dr. Kier....



HARDEMAN V. MONSANTO COMPANY

**Dr. Larry Kier**

## Monsanto Admission

# Monsanto ADMISSION No. 26

Monsanto ADMITS that it has no record of submitting Dr. Parry's reports to the EPA.

HARDEMAN v. MONSANTO COMPANY

# Dr. James Parry – Monsanto Unsure



**Dr. Mark Martens**
*Monsanto Decision Maker*

External global network of genotox experts:

- EU

- While Dr. Parry is a recognized genotox expert what is not known is how he views some of the "non-standard endpoints" (such as SCE, DNA P-32 postlabling, Comet assays etc) evaluated in the genotox articles by Rank, Bolognesi etc.
- Therefore it was recommended that before we ask him to get more deeply involved (reviewing all the literature, glyphosate data; represent us as a consultant with regulators, etc) we would ask him to review a subset of the articles.
- It was proposed that Mark Martens would contact Dr. Parry and ask him for a written review the articles by Rank, Bolognesi, Peluso & Lioi
- Based on his critique of the the genotox papers a decision would be made as to expanding or terminating his involvement.
- Regarding Dr. Jim Bridges, no further contact will be made at this time.  When a clear role has been identified for Dr. Bridges Alan will contact him.
- Money for this initial consultation will come from Mark Martens budget.  A bigger initiative will require additional funds to be located.

- NA

- Expanded discussions with Dr. Gary Williams on genotox issues will occur as part of the CANTOX meetings (2/5,6&7).  Dr. Williams is recognized internationally as a genotox expert and might be used in Europe on a contingency basis.

- LA/SEA - no action at this time

HARDEMAN v. MONSANTO COMPANY

**Apr 2000**

Ghostwriting:
Dr. Heydens ghostwrites Williams paper.



**Dr. William Heydens**
*Monsanto Decision Maker*

# Monsanto Ghostwriting

# Ghostwriting:

When a company writes a favorable publication and pays a prestigious author to put their name on it.

HARDEMAN v. MONSANTO COMPANY

Apr 2000

Ghostwriting:
Dr. Heydens ghostwrites Williams paper.

# Safety Evaluation and Risk Assessment of the Herbicide Roundup[1] and Its Active Ingredient, Glyphosate, for Humans

Gary M. Williams,* Robert Kroes,† and Ian C. Munro‡[2]

*Department of Pathology, New York Medical College, Valhalla, New York 10595; †RITOX, Universiteit Utrecht, P.O. Box 80176, NL-3508 TD Utrecht Yalelaan 2, The Netherlands; and ‡Cantox Health Sciences International, 2233 Argentia Road, Suite 308, Mississauga, Ontario L5N 2X7, Canada

Received December 6, 1999

HARDEMAN v. MONSANTO COMPANY



**<u>Dr. William Heydens</u>**
*Monsanto Decision Maker*

Message



| | |
|---|---|
| **From**: | HEYDENS, WILLIAM F [FND/1000] [/O=MONSANTO/OU=NA-1000-01/CN=RECIPIENTS/CN |
| **Sent**: | 6/21/1999 12:46:52 PM |
| **To**: | FARMER, DONNA R [FND/1000] [▮▮▮▮▮▮▮@monsanto.com] |
| **Subject**: | FW: Roundup documents |

FYI

And Dougie thinks I would actually leave the final editing to him unsupervised...

-----Original Message-----
From: HEYDENS, WILLIAM F [FND/1000]
Sent: Friday, June 18, 1999 3:45 PM
To: '▮▮▮▮▮▮▮'; DRAKE, LISA M [FND/1000]
Cc: HEYDENS, WILLIAM F [FND/1000]; ▮▮▮▮▮▮▮
Subject: RE: Roundup documents


All,

A clarification - there is one step missing - I will review the final manuscript with the reviewers comments incorporated (in revision mode so I can find them easily) before it is sent to the publisher.  I will commit to conducting this review very quickly.  Assuming the reviewers don't throw in any surprises (I'm especially thinking of Peterson), I can turn it right back around with a very minimal investment of time.

Bill

-----Original Message-----
From: Douglas Bryant [mailto:▮▮▮▮@cantox.com]
Sent: Friday, June 18, 1999 3:18 PM
To: lisa.m.drake▮▮▮▮
Cc: william.f.heydens▮▮▮▮▮▮; ▮▮▮▮cantox.com
Subject: Roundup documents


Dear Lisa:

This is just a note to tell you of progress made to June 18, 1999

Ulysses has had a conference call with ▮▮▮▮▮▮▮ John Giesy, Mike Mckee and Keith Solomon to finalize the ecological risk document.  They had all submitted edits, and the call was to finalize remaining issues so the manuscript can be sent to the journal.

The progress of the human safety assessment of Roundup and glyphosate is a bit slower.  Gary Williams has completed his final edits and declares himself pleased with the overall document.  I await Robert Kroes' comments and will repeat my requests to Dick Peterson for each to complete edits in

HARDEMAN v. MONSANTO COMPANY



**Apr 2000**

Ghostwriting:
Dr. Heydens ghostwrites
Williams paper.

**Dr. William Heydens**
*Monsanto Decision Maker*

**From:** HEYDENS, WILLIAM F [AG/1000]
**Sent:** Thursday, February 19, 2015 7:53 AM
**To:** FARMER, DONNA R [AG/1000]
**Cc:** KOCH, MICHAEL S [AG/1000]; SALTMIRAS, DAVID A [AG/1000]; HODGE-BELL, KIMBERLY C [AG/1000]
**Subject:** RE: ███████████

A less expensive/more palatable approach might be to involve experts only for the areas of contention, epidemiology and possibly MOA (██████████ ██████████), and we ghost-write the Exposure Tox & Genetox sections.  An option would be to add Greim and Kier or Kirkland to have their names on the publication, but we would be keeping the cost down by us doing the writing and they would just edit & sign their names so to speak.  Recall that is how we handled Williams Kroes & Munro, 2000.

# Williams 2000 – Protecting Roundup FTO



-----Original Message-----
From: CARR, KATHERINE H [FND/1000]
Sent: Thursday, May 11, 2000 10:22 AM
To: HEYDENS, WILLIAM F [AG/1000]; FARMER, DONNA R [FND/1000]; WRATTEN,
STEPHEN J [FND/1000]; BLEEKE, MARIAN S [FND/1000]; MCKEE, MICHAEL J
[FND/1000]; DRAKE, LISA M [FND/1000]; FISHER, LORI J [FND/1000]
Cc:
Subject: Cantox Mammalian article posted on the Internet
Importance: High

The abstract for "Safety Evaluation and Risk Assessment of the Herbicide Roundup and Its Active
Ingredient, Glyphosate, for Humans" (Williams, Kroes, and Munro) is now posted on the Internet, at the
following link:

http://www.idealibrary.com/links/doi/10.1006/rtph.1999.1371

The PDF version of the article is available on-line to subscribers to the journal. Monsanto does not
hold a subscription to this service.

# Williams 2000 = "The" reference on Roundup and glyphosate safety

The publication by independent experts of the most exhaustive and detailed scientific assessment ever written on glyphosate in "Regulatory Toxicology and Pharmacology" Vol. 31, No. 2, April 2000 (see below) was due to the perserverance, hard work and dedication of the following group of folks. They deserve significant credit for the stewardship result here since this human health publication on Roundup herbicide and its companion publication on ecotox and environmental fate will be undoubtedly be regarded as "the" reference on Roundup and glyphosate safety. Our plan is now to utilize it both in the defense of Roundup and Roundup Ready crops worldwide and in our ability to competitively differentiate ourselves from generics. (You'll notice the publication itself refers specifically to the brand Roundup.)

Thanks to Donna Farmer, Bill Heydens, Kathy Carr, Marian Bleeke, Bill Graham, Mike McKee and Steve Wratten for their hard work over three years of data collection, writing, review and relationship building with the papers' authors. Credit goes to Tom Helscher, Kerry Preete, Larry Evetts, Tom Carrato and Jerry Hjelle for their moral and budget support and counsel and advice. Thanks and credit as well to CanTox (Ian Munro, Douglas Bryant and team) and Arnonow & Pollock (Louise Pollock and Khristin Heaney), our consultants, for helping us pull this together through infinite edits and reviews. In addition, the environmental and ecotox publication on Roundup and glyphosate will be published this summer.

Sent: Thursday, May 11, 2000 10:22 AM
To: HEYDENS, WILLIAM F [AG/1000]; FARMER, DONNA R [AG/1000]; WRATTEN, STEPHEN J [FND/1000]; BLEEKE, MARIAN S [FND/1000]; McKEE, MICHAEL J [FND/1000]; DRAKE, LISA M [FND/1000]; FISHER, LORI J [FND/1000]
CC:
Subject: Cantox Mammalian article posted on the Internet
Importance: High

The abstract for "Safety Evaluation and Risk Assessment of the Herbicide Roundup and Its Active Ingredient, Glyphosate, for Humans" (Williams, Kroes, and Munro) is now posted on the Internet, at the following links:

http://www.idealibrary.com/links/doi/10.1006/rtph.1999.1371

The PDF version of the article is available on-line to subscribers to the journal.  Monsanto does not hold a subscription to this service.

MONGLY02824348

# Williams 2000 – Meant to protect Roundup FTO

H [FND/1000]; CARR, KATHERINE H [FND/1000]; CARR, KATHERINE H
[FND/1000]; CARR, KATHERINE H [FND/1000]; QUINN, PATRICK M [AG/8050];
FOSTER, SCARLETT L [FND/1000]; WALKER, JOAN H [BUS/1820]; DILL JR.,
GERALD M [AG/1000]; SCHUMACHER, RICHARD W [AG/1000]; CARRATO, J THOMAS
[FND/1000]; WILDMAN, MARK S [AG/FLDS]; KREBSBACH, MICHAEL L [AG/FLDS];
GLOVER, JERRY P [FND/1000];                    ARA, GUSTAVO [AG/1300]; BUZIO, CARLOS A
[AG/1000]; LEITE, GUSTAVO T [AG/5050]; PELLAND, ADELE C [FND/5080];
MCKAY, DANNA H [AG/1600]; MOWLING, RAY [FND/5080]; MEENA, M; AUXENFANS,
BERNARD P [GBO/1000]; EVETTS, LARRY L [AG/1000]; HENDRICKSON, DEAN W
[AG/1000]; TAYLOR, LARRY [AG/5125]
Cc:                                            HEYDENS, WILLIAM F [AG/1000];
FARMER, DONNA R [FND/1000]; CARR, KATHERINE H [FND/1000]; WRATTEN,
STEPHEN J [FND/1000]; BLEEKE, MARIAN S [FND/1000]; MCKEE, MICHAEL J
[FND/1000]; FISHER, LORI J [FND/1000]; GRAHAM, WILLIAM [FND/5045]
Subject: Kudos on Publication of Roundup Tox Paper – now posted on the

Both documents - meant to be utilized by the next tier of third party scientists for continued Roundup FTO, were written by internationally acclaimed experts in their respective fields of science. It is important to note that this Roundup work was one of the first examples of a scientific outreach model in Ag.

Now the hard work by public affairs begins in utilizing these reference documents to the fullest -- this is where the public affairs strategy begins to kick in globally. I will leave it in the capable hands of Lori Fisher to communicate those next steps as she and the rest of the group work to accomplish their next major result. I am so proud to have been part of this team -- what a significant accomplishment -- congratulations to all.

(Please pass this note on to others in the Ag organization who can utilize these references in defending or building Roundup sales.)

Lisa Drake

HARDEMAN v. MONSANTO COMPANY

http://www.toxicology.com/links/bigsub.10006/fipmsg_nnti...
The PDF version of the article is available on-line to subscribers to the journal. Monsanto does not
hold a subscription to this service.

MONGLY02824348

# CEO Hugh Grant – "Very Good Work, Well Done"



Subject:    RE: Kudos on Publication of Roundup Tox Paper - now posted on the Internet

This is very good work, well done to the team, please keep me in the loop as you build the PR info to go with it, thanks again, Hugh

-----Original Message-----
From: DRAKE, LISA M [FND/1000]
Sent: Thursday, May 11, 2000 5:41 PM
To: VERFAILLIE, HENDRIK A [BUS/1000]; FRALEY, ROBERT T [BUS/1000]; GRANT, HUGH [BUS/1000]; CASALE, CARL M [AG/1000]; BEGEMANN, BRETT D [AG/1000]; PREETE, KERRY J [AG/1000]; POPIK, CARLOS A [AG/5000]; CHIU, B K [AG/5340]; HOOGHEEM, THOMAS J [AG/1000]; BENZ, CHARLES A [AG/1000]; HINCHEE, MAUD A [FND/1005]; HJELLE, JERRY J [FND/1000]; HELSCHER, THOMAS M [AG/1000]; STITH, GLENN A [AG/1795]; MEIER, CHERYL L [AG/1000]; GOETTE, JOHN M [AG/1000]; CARR, KATHERINE H [FND/1000]; CARR, KATHERINE



HARDEMAN v. MONSANTO COMPANY

MONGLY02824347

MONGLY02824348

**Apr 2000**

Ghostwriting:
Dr. Heydens ghostwrites Williams paper.

**Apr 2010**

Ghostwriting:
The Williams paper "**has served us well** over the last decade."







HARDEMAN V. MONSANTO COMPANY

**Dr. Williams Heydens**
*Monsanto Decision Maker*

**Dr. David Saltmiras**
*Monsanto Decision Maker*



# Publications



- Williams et al. (2000) an invaluable asset
  - Monsanto responses to agencies
  - Scientific Affairs rebuttals
  - Regulator reviews

**Dr. David Saltmiras**
*Monsanto Decision Maker*

- More current external expert publications are now needed to support our FTO and Registration Reviews
  - EU Annex 1 Renewal requires extensive lit. review
  - Will <u>weight</u> of evidence be measured by <u>number</u> of publications or quality of the science???

HARDEMAN V. MONSANTO COMPANY

# Political Science



- Unfortunately, we are facing regulatory reviews with increased focus on
  - Claims in the peer reviewed literature, irrespective of the quality of the science
  - Stakeholder input including activist researchers
  - Political pressure on outcomes – e.g. POEAs in Germany
  - Reduced pesticide use in general
- Williams et al. (2000) has served us well in toxicology over the last decade
- We need a stronger arsenal of robust scientific papers to support the safe use of our products as we face the next set of chemistry registration reviews across the globe
- With increasing business interests in South America, a local network credible expert scientists is crucial to facilitate scientifically robust and objective regulatory evaluations of our products *We have not determined exactly what we should & could do here.  I would modify bullet to reflect that we need to determine an appropriate  & do-able (i.e., we can get someone to pay for it course of action here*

HARDEMAN v. MONSANTO COMPANY

# Williams 2000 has served us well

Downloaded from oem.bmj.com on 7 March 2008

1 of 9

**ELECTRONIC PAPER**

Integrative assessment of multiple pesticides as risk
factors for non-Hodgkin's lymphoma among men

A J De Roos, S H Zahm, K P Cantor, D D Weisenburger, F F Holmes, L F Burmeister, A Blair

...................................................................................................................................

*Occup Environ Med 2003;60:e11 (http://www.occenvmed.com/cgi/content/full/60/9/e11)*

See end of article for
authors' affiliations
.......................

Correspondence to:
Dr A J De Roos,
1100 Fairview Avenue
North, MP-474,
PO Box 19024, Seattle,
WA 98109, USA;
aderoos@fhcrc.org

Accepted 27 March 2003
.......................

**Background:** An increased rate of non-Hodgkin's lymphoma (NHL) has been repeatedly observed among farmers, but identification of specific exposures that explain this observation has proven difficult.
**Methods:** During the 1980s, the National Cancer Institute conducted three case-control studies of NHL in the midwestern United States. These pooled data were used to examine pesticide exposures in farming as risk factors for NHL in men. The large sample size (n = 3417) allowed analysis of 47 pesticides simultaneously, controlling for potential confounding by other pesticides in the model, and adjusting the estimates based on a prespecified variance to make them more stable.
**Results:** Reported use of several individual pesticides was associated with increased NHL incidence, including organophosphate insecticides coumaphos, diazinon, and fonofos, insecticides chlordane, dieldrin, and copper acetoarsenite, and herbicides atrazine, glyphosate, and sodium chlorate. A subanalysis of these "potentially carcinogenic" pesticides suggested a positive trend of risk with exposure to increasing numbers.
**Conclusion:** Consideration of multiple exposures is important in accurately estimating specific effects and in evaluating realistic exposure scenarios.

Farming occupation has been associated with an increased risk of non-Hodgkin's lymphoma (NHL) in the United States and other countries.[1-4] Specific farming exposures contributing to the excess risk have not been clearly discerned, but pesticides have received considerable attention. Associations have been observed between NHL risk and exposure to phenoxyacetic acids, most notably 2,4-dichlorophenoxyacetic acid (2,4-D);[5-10] Organochlorine, organophosphate, carbamate, and triazine pesticides have also been implicated.[4,9,10-16]

There are several analytical challenges in studying health effects of pesticide exposures among farmers. Farmers are typically exposed to multiple pesticides during a lifetime, and pesticides are frequently used together or during the same growing season, posing a challenge for identifying specific risk factors. Although multiple and simultaneous exposures are common in epidemiology and the situation regarding pesticides is not unique, they do require large numbers to successfully identify risks from specific exposures. Many of the past studies of NHL and pesticides had limited power to adjust for potential confounding by associated pesticide exposures. Limited study power has also hindered investigation of the risk associated with common pesticide combinations.

In principle, multiple pesticide exposures should be modelled simultaneously to account for their probable correlation; however, modelling multiple pesticides can lead to imprecise estimates, particularly where exposures are infrequent. In addition, some estimates are expected to be very inaccurate, either due to chance or systematic error (such as recall bias). Hierarchical regression models, also known as multilevel or multistage models, allow the researcher to specify prior distributions for multiple effect parameters of interest (for example, pesticide effects), and to adjust the observed likelihood estimates towards these prior distributions with the objective of obtaining increased precision and accuracy for the ensemble of estimates.[17-21] Although the true prior distributions are rarely known, factors hypothesised to determine or explain the magnitude of the true effects of

interest can be used to specify the form of the prior distributions, whose magnitudes are then estimated.[21]

During the 1980s, the National Cancer Institute conducted three population based case-control studies of NHL in Nebraska,[9] Iowa and Minnesota,[10] and Kansas.[5] Each of these studies focused on farming exposure to pesticides, and data from the three studies have been pooled. In the pooled data, certain organophosphate[16] and carbamate[15] insecticides were positively associated with the risk of NHL. Lindane use was associated with slightly increased incidence of NHL,[14] whereas DDT use was not.[13] There was also a slightly increased incidence associated with atrazine exposure.[12]

We used these pooled data to conduct an analysis of exposure to multiple pesticides in farming as risk factors for NHL among men. The larger sample size provided adequate numbers of exposed persons to analyse a set of pesticide exposures simultaneously, using hierarchical regression to adjust estimates based on prior distributions for the pesticide effects. In addition, effects of the number of pesticides used and common pesticide combinations were explored to assess the risk associated with realistic scenarios of farmers' exposures to multiple pesticides.

## METHODS
### Study population
The three case-control studies had slightly different methods of subject recruitment. In Nebraska,[9] all cases of NHL diagnosed between July 1983 and June 1986 among white subjects 21 years of age and older, and living in one of the 66 counties of eastern Nebraska were identified through the Nebraska Lymphoma Study Group and area hospitals. In Iowa and Minnesota,[10] all newly diagnosed cases of NHL among

.......................
**Abbreviations:** 2,4-D, 2,4-dichlorophenoxyacetic acid; NHL, non-Hodgkin's lymphoma; OP, organophosphorus

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**TRIAL EXHIBIT 1145**

| Case No. | 3:16-cv-00525-VC |
| Date Entered | |
| By | |
|  | Deputy Clerk |

www.occenvmed.com

MONSANTO COMPANY

## DeRoos 2003

# Williams 2000 has served us well

Downloaded from oem.bmj.com on 7 March 2008

1 of 9

Downloaded from oem.bmj.com on 7 March 2008

7 of 9

ELECTRONIC PAPER

Integrative assessment of multiple pesticides as risk

Electronic paper

mortality among whites and non-whites from the late 1940s
to the late 1980s," a time period relevant for this study. This
increase may be partially attributed to improved diagnosis and

another potential mechanism. OP compounds may impair
immune function through pathways involving cholinergic
stimulation," or inhibition of serine esterases found in mono-

Glyphosate, commercially sold as Roundup, is a commonly used herbicide in the United States, both on crops and on non-cropland areas.[50] An association of glyphosate with NHL was observed in another case-control study, but the estimate was based on only four exposed cases.[51] A recent study across a large region of Canada found an increased risk of NHL associated with glyphosate use that increased by the number of days used per year.[8] These few suggestive findings provide some impetus for further investigation into the potential health effects of glyphosate, even though one review concluded that the active ingredient is non-carcinogenic and non-genotoxic.[50]

www.occenvmed.com

could thereby contribute to NHL aetiology." There are data
from in vitro, animal, and human studies that show effects of
several OP insecticides on the immune system,

from the Nebraska and Kansas studies. The literature on the
relation between 2,4-D and NHL is not consistent." Some
recent studies have reported excess risk among

# Williams 2000 has served us well

Downloaded from oem.bmj.com on 7 March 2008

1 of 9

Downloaded from oem.bmj.com on 7 March 2008

9 of 9

ELECTRONIC PAPER

Integrative assessment of multiple pesticides as risk
factors for non-Hodgkin's lymphoma among men

Electronic paper

47 **Sathiakumar N**, Delzell E, Cole P. Mortality among workers at two
triazine herbicide manufacturing plants. *Am J Ind Med*
1996;**29**:143–51.

48 **IARC**. Atrazine . *IARC Monogr Eval Carcinog Risks Hum*
1999;**73**:59–113.

49 **Hooghe RJ**, Devos S, Hooghe-Peters EL. Effects of selected herbicides on
cytokine production in vitro. *Life Sci* 2000;**66**:2519–25.

50 **Williams GM**, Kroes R, Munro IC. Safety evaluation and risk assessment
of the herbicide Roundup and its active ingredient, glyphosate, for
humans. *Regul Toxicol Pharmacol* 2000;**31**:117–65.

51 **Hardell L**, Eriksson M. A case-control study of non-Hodgkin lymphoma
and exposure to pesticides. *Cancer* 1999;**85**:1353–60.

52 **Dich J**, Zahm SH, Hanberg A, et al. Pesticides and cancer. *Cancer
Causes Control* 1997;**8**:420–43.

# Monsanto's pattern of Ghostwriting



**Dr. Donna Farmer**
*Monsanto Decision Maker*

**2008**:  Mink Epidemiology Review, "*Offered Suggested Edits*"

- **ADDS:** It was concluded that glyphosate is unlikely to pose a carcinogenic risk to humans. Cites Williams 2000.

- ADDS: Glyphosate is widely considered by regulator authorities and scientific bodies to have no carcinogenic potential.
- Not listed on final paper.

**2012**: Journal of Toxicology & Environmental Health

- Lead author, Amy Williams, said contributions were "significant."
- Dr. Farmer is red-lined out as an author.
- Not listed on final paper.

HARDEMAN V. MONSANTO COMPANY

# McDuffie 2001

Non-Hodgkin's Lymphoma and Specific Pesticide Exposures in Men: Cross-Canada Study of Pesticides and Health[1]

## *McDuffie 2001 Conclusion:*

## Statistically Significant doubling of the risk

## DOSE RESPONSE

## 2.12 (1.20 -3.73)

# Happy **the McDuffie Results Are** Harder to Find

The McDuffee article appeared in the November issue of the journal Cancer Epidemiology, Biomarkers, and Prevention (see abstract below). Unlike the abstract presented at the International Society for Environmental Epidemiology meeting August 1999, Glyphosate is no longer mentioned as a risk factor in the abstract. I'll have to get the article and see what it says in "the small print."

John

Donna

Donna Farmer -

**Subject**:     RE: the McDuffee article appears - glyphosate not mentioned in the abstract

John,

I know we don't know yet what is says in the "small print" - but the fact that glyphosate is no longer mentioned in the abstract is a huge step forward - it removes it from being picked up by abstract searches!

Donna

HARDEMAN v. MONSANTO COMPANY

John

**November 2001**

-----Original Message-----
**From:** HEYDENS, WILLIAM F [AG/1000]
**Sent:** Thursday, December 06, 2001 7:51 AM
**To:** ACQUAVELLA, JOHN F [AG/1000]; FARMER, DONNA R [AG/1000]; ARMSTRONG, JANICE M [AG/1000]
**Cc:** GOLDSTEIN, DANIEL A [AG/1000]
**Subject:** RE: McDuffee paper

John,

So if I understand the situation correctly, even though reference to glyphosate wasn't removed entirely, there was a substantial reduction in emphasis, including, *but not limited to*, removal from the Abstract ?

Bill

UNITED STATES DI
NORTHERN DISTRICT

TRIAL EXHIBI

Right. It's a good result, but not everything we wanted. The (invalid) result could be cited as a second glyphosate/NHL "finding." However, it will not be picked up by most of the usual suspects because it's not mentioned in the abstract.

John

John Acquavella, PhD
Senior Fellow, Epidemiology
Monsanto Company/A2NE

**From:** FARMER, DONNA R [AG/1000] [/O=MONSANTO/OU=NA-1000-01/CN=RECIPIENTS/CN=180D70]
**Sent:** 12/6/2001 6:46:24 PM
**To:** ACQUAVELLA, JOHN F [AG/1000] [/O=MONSANTO/OU=NA-1000-01/CN=RECIPIENTS/CN=145465]; HEYDENS, WILLIAM F [AG/1000] [/O=MONSANTO/OU=NA-1000-01/CN=RECIPIENTS/CN=230737]
**CC:** ARMSTRONG, JANICE M [AG/1000] [/O=MONSANTO/OU=NA-1000-01/CN=RECIPIENTS/CN=597137]
**Subject:** RE: McDuffee paper

John,

Darn. But at least it is out of the abstract and not a huge discussion in the text. Regarding the Journal it is published in - how is it viewed? Is it a premier journal or a lower rung journal?

Yes - please get a third party review.

Donna

HARDEMAN v. MONSANTO COMPANY

# Response to DeRoos 2003

## Fuel to the Hardell Fire



From: ACQUAVELLA, JOHN F [AG/1000]
Sent: 02 September 2003 21:29
To: CARR, KATHERINE H [AG/1000]; GOLDSTEIN, DANIEL A [AG/1000]; FARMER, DONNA R [AG/1000]; GARNETT, RICHARD P [AG/5040]; KRONENBERG, JOEL M [AG/1000]
Cc: WRATTEN, STEPHEN J [AG/1000]; MARTENS, MARK A [AG/5040]; BROECKAERT, FABRICE [AG/5040]; HEYDENS, WILLIAM F [AG/1000]; DANIAUX, ROY G [AG/1000]
Subject: RE: Article re: NHL and glyphosate, alachlor

Thanks to Kathy for bringing the De Roos et al. paper to our attention (see below). I have a few quick thoughts about it. More information will follow.

This is a paper from investigators at the National Cancer Institute (NCI). For those of you who don't know the history of the NCI's agricultural epidemiology research, the present paper is a reanalysis of data from the Kansas, Nebraska, and Minnesota Iowa studies from the mid-1980s. It surprises me greatly that they would spend such effort on this old and limited dataset, when they are collecting and analyzing data from the Agricultural Health Study. A fair amount of the data in these old studies came from next-of-kin respondents and is of questionable accuracy. Others have shown that next-of-kin of cancer cases tend to over-report pesticide use. Accordingly, they should have done some analyses segregating out the next-of-kin information, but they didn't.

What's new in this paper is that the investigators use a form of regression analysis that weights prior information (like in a Bayesian analysis) to influence measures of association. The lead author specialized in this type of analysis for her PhD dissertation and she did a postdoc at NCI. Relatively few people have much experience with this analysis, but it is said to be more conservative when doing multiple comparisons (viz. yields fewer false positives).

It is interesting that this analysis did not find an association between NHL and 2,4-D. The Kansas and Nebraska studies are always cited as evidence that 2,4-D does cause NHL. Unfortunately, the authors get into a bit of a convoluted argument in order to avoid saying that their most recent analyses seems to refute much of what they have said previously about 2,4-D.

It is clear that alachlor is near the top of the investigator's list of pesticides that might cause NHL, even though alachlor seemed not to be related to NHL in this analysis (see Table 3). As you know, the NCI Ag Health Study team has a soon to be published paper that shows a weak relationship between reported use of alachlor and lymphopoietic cancers.

Strangely, glyphosate looks to be one of the pesticides most associated with NHL in this analysis (see Table 3). At the time these NHL cases were diagnosed (1979-83), glyphosate was very early in its commercial history. Not only doesn't the association between glyphosate and NHL make sense given glyphosate's toxicology profile, but it doesn't make sense on a timing of exposure basis - one expects a fairly long period between exposure and related cancers for other than extremely potent carcinogens. I did note that De Roos et al. misclassified glyphosate in Table 1 as to its carcinogenic probability (they had it as 0.3, same as alachlor, when it should have been 0.1). Had it been classified correctly, the odds ratio in the last column of Table 3 would have been lower (perhaps much lower).

The authors paper an entire paragraph in the discussion on glyphosate, specifically mentioning the Hardell and McDuffie studies:

Glyphosate, commercially sold as Roundup, is a commonly used herbicide in the United States, both on crops and non-cropland areas...In an association of glyphosate with NHL was observed in another case-control study, but the estimate was based on only four exposed cases...A recent study across large region of Canada found an increased risk of NHL associated with glyphosate use that increased by the number days used per year...These few suggestive findings provide some impetus for further investigation into the potential health effects of glyphosate, even though our review concluded that the active ingredient is non-carcinogenic and non-genotoxic.

I'm afraid this could add more fuel to the fire for Hardell et al.

I'm going to see one of the authors of this paper this weekend at the American College of Epidemiology meeting. I'll ask him about some of these issues.

It looks like NHL and other lymphopoietic cancers continue to be the main cancer epidemiology issues both for glyphosate and alachlor. We're assembling a panel of experts to work on this.

Regards,

John

John Acquavella, PhD
Senior Fellow, Epidemiology
Monsanto Company A2NE
St. Louis, MO 63167



### Dr. John Aquavella
### Monsanto Decision Maker

### Hardell 1999
- **2.3 OR –** Doubling of risk
- **5.8 OR –** Five times the risk

### Hardell 2002
- **3.04 OR –** Statistically significant tripling of the risk

HARDEMAN v. MONSANTO COMPANY

September 2, 2003

# De Roos 2003 – Fuel to the Hardell Fire



**Hardell 1999**
- **2.3 OR –** Doubling **of risk**
- **5.8 OR –** Five times **the risk**

**Hardell 2002**
- **3.04 OR –** Statistically significant tripling of the risk

The authors spent an entire paragraph in the discussion on glyphosate, specifically mentioning the Hardell and McDuffie studies:

Glyphosate, commercially sold as Roundup, is a commonly used herbicide in the United States, both on crops and non-cropland areas.[59] An association of glyphosate with NHL was observed in another case-control study, but the estimate was based on only four exposed cases.[20] A recent study across large region of Canada found an increased risk of NHL associated with glyphosate use that increased by the number days used per year.[8] These few suggestive findings provide some impetus for further investigation into the potential health effects of glyphosate, even though one review concluded that the active ingredient is non-carcinogenic and non-genotoxic.[59]

I'm afraid this could add more fuel to the fire for Hardell et al.

I'm going to see one of the authors of this paper this weekend at the American College of Epidemiology meeting. I'll ask him about some of these issues.

It looks like NHL and other lymphopoietic cancers continue to be the main cancer epidemiology issues both for glyphosate and alachlor. We're assembling a panel of experts to work on this.

Regards,

# Never Conducted an Epidemiology Study



**Dr. William Reeves**
*Monsanto Spokesperson*

Reeves, 31:13-24

Q. So let's look at some of the studies that have been published, all right? Let's start off with epidemiology. And just to make sure we also are on the same page here, it is true, right, that Monsanto has never conducted an epidemiological study?

A. We have participated with the agricultural health study to develop exposure data, **but we have never actually conducted our own go-out-into-the-field, case control or cohort study.** But we've done the exposure data and we've also done a look at the health of the people in our -- one of our production facilities.

HARDEMAN v. MONSANTO COMPANY

## Monsanto Admission

# **Monsanto ADMISSION**

Monsanto ADMITS that it has never conducted an epidemiological study to study the association between Roundup and non-Hodgkin lymphoma.

HARDEMAN v. MONSANTO COMPANY

# Monsanto's Position



**Dr. William Reeves**
*Monsanto Spokesperson*

January 23, 2019

HARDEMAN v. MONSANTO COMPANY

Q. Monsanto's position, to be clear, is that there is no evidence to support Roundup causing cancer in people?

A. It's that there is *no evidence* that glyphosate or glyphosate-based formulations cause cancer under the conditions that people are exposed to.

- Transcript, 30:5-10.



# Glyphosate v. Roundup

## No one tests "Roundup"

# Monsanto's Defense



➢ Original EPA approval built on invalid study, which was never repeated.

➢ The EPA does not test anything.

➢ The EPA relies on information provided by Monsanto.

➢ Monsanto had a cozy relationship with the EPA.

➢ EPA did not follow its own guidelines.

# Why Are We Here?



# Plaintiff's Experts: Chadi Nabhan, M.D.



Dr. Nabhan



➢ Board-Certified hematologist and medical oncologist specializing in Non-Hodgkin Lymphoma ("NHL").

➢ Vice President and Chief Medical Officer of Cardinal Health Specialty Solutions.

➢ Former Medical Director of the Clinical Cancer Center at the University of Chicago.

➢ Treated thousands of lymphoma patients.

# What are Mr. Hardeman's damages?

# Compensatory Damages:

- <u>Stipulated economic damages</u>: $200,967.10

- <u>Non-economic damages</u>:

  - ➢ physical pain
  - ➢ mental suffering
  - ➢ loss of enjoyment of life
  - ➢ physical impairment
  - ➢ inconvenience
  - ➢ grief
  - ➢ anxiety
  - ➢ humiliation
  - ➢ emotional distress

HARDEMAN v. MONSANTO COMPANY

# Should Monsanto be Punished For Their Conduct?



HARDEMAN v. MONSANTO COMPANY

# Summary of Monsanto's Financial Condition

- Bayer Corporation acquired Monsanto in June 2018 for $63 Billion

- Net Worth - $7.8 Billion Dollars

- Cash on Hand - $2.4 Billion Dollars

HARDEMAN v. MONSANTO COMPANY



HARDEMAN v. MONSANTO COMPANY