# EXHIBIT 3

# Edwin Hardeman v. Monsanto Company

## Lawsuit filed February 2016 – over 3 years ago







HARDEMAN v. MONSANTO COMPANY

# PHASE 1 – Jury Decision

**Roundup was a substantial factor in causing Mr. Hardeman's non-Hodgkin's lymphoma.**

HARDEMAN v. MONSANTO COMPANY

# PHASE 2 – MONSANTO'S BAD CONDUCT

1.  FACT: **Monsanto knew or should have known <u>ENTIRE</u> time Mr. Hardeman sprayed that Roundup causes NHL**

2.  FACT: **Monsanto <u>ADMITS</u> it did <u>not</u> warn consumers like Mr. Hardeman**

3.  FACT: **Monsanto acted recklessly & with conscious disregard of safety**

HARDEMAN v. MONSANTO COMPANY



# Monsanto's Knowledge – The Facts
## 1975 – 2012



Epidemiology   Animal   Oxidative Stress   Genotoxicity

Parry (1999)
Hardell (1999)
Takahashi (1999)
Elie-Caille (2010)
McDuffie (2001)
George (2010)
Kumar (2001)
Paz-y-Miño (2007)
Atkinson (1993)
Eriksson (2008)
Rank (1993)
Manas (2009)
Peluso (1998)
Hardell (2002)
Mladinic (2009)
Sugimoto (1997)
De Roos (2003)
Bolognesi (2009)
EPA Class C Oncogen (1985)
Bolognesi (1997)
Lueken (2004)
Mladinic (2009)
Vigfusson (1980)
Wood (2009)
Monroy (2005)
Gasnier (2009)
Knezevich & Hogan (1983)
Lioi (1998)
Gehin (2005)
Koller (2012)

1975   1980   1985   1990   1995   2000   2005   2010   2012

HARDEMAN v. MONSANTO COMPANY



# Monsanto's Knowledge – The Facts

## 1975 – 2012

Epidemiology | Animal | Oxidative Stress | Genotoxicity

Vigfusson (1980)
Knezevich & Hogan (1983)
EPA Class C Oncogen (1985)
Atkinson (1993)
Rank (1993)
Sugimoto (1997)
Bolognesi (1997)
Peluso (1998)
Lioi (1998)
Parry (1999)
Hardell (1999)
Takahashi (1999)
McDuffie (2001)
Kumar (2001)
Hardell (2002)
De Roos (2003)
Lueken (2004)
Monroy (2005)
Gehin (2005)
Paz-y-Miño (2007)
Eriksson (2008)
Manas (2009)
Mladinic (2009)
Bolognesi (2009)
Mladinic (2009)
Wood (2009)
Gasnier (2009)
Elie-Caille (2010)
George (2010)
Koller (2012)

1975 | 1980 | 1985 | 1990 | 1995 | 2000 | 2005 | 2010 | 2012

HARDEMAN v. MONSANTO COMPANY

Monsanto's Conscious Disregard of Safety
Epidemiology
Animal
Oxidative Stress
Genotoxicity
Parry (1999)
Hardell (1999)
Takahashi (1999)
Elie-Caille (2010)
McDuffie (2001)
George (2010)
Kumar (2001)
Paz-y-Miño (2007)
Atkinson (1993)
Eriksson (2008)
Rank (1993)
Manas (2009)
Peluso (1998)
Hardell (2002)
Mladinic (2009)
Sugimoto (1997)
De Roos (2003)
Bolognesi (2009)
EPA Class C Oncogen (1985)
Bolognesi (1997)
Lueken (2004)
Mladinic (2009)
Vigfusson (1980)
Wood (2009)
Monroy (2005)
Gasnier (2009)
Knezevich & Hogan (1983)
Lioi (1998)
Gehin (2005)
Koller (2012)
1975
1980
1985
1990
1995
2000
2005
2010
2012
HARDEMAN v. MONSANTO COMPANY
IBT Study Invalid (1983)



# EPA finds IBT Study Invalid (1983)

➢ 1975, EPA approval of Roundup based on **one mouse carcinogenicity study by IBT**

➢ 1983, EPA found IBT Study **INVALID**

➢ 1975 to 1983 – **NO VALID** mice carcinogenicity studies on Roundup

➢ WHAT WE KNOW:  **every single mouse study** after IBT invalid study showed **positive lymphoma finding**

HARDEMAN v. MONSANTO COMPANY

# TX 504:      EPA finds IBT Study Invalid (1983)

CHEMICAL COMPOUNDS TESTED BY INDUSTRIAL BIO-TEST LABORATORIES:
A QUANTITATIVE PRESENTATION OF STUDIES SUBMITTED TO EPA BY IBT AND OTHER LABORATORIES.

| CHEMICALS | ONCOGENICITY | TERATOGENICITY | MUTAGENICITY | REPRODUCTIVE EFFECTS | NEUROTOXICITY | OTHER CHRONIC EFFECTS | REGULATORY ACTIVITY TO GENERATE CHRONIC DATA |
|---|---|---|---|---|---|---|---|
| Folpet | XX | XXXXXX 00000 | XXXX 0 | 00 | | X 00 | Data Call In |
| FormetanateHCL | | X 0 | X 0 | 0 | 000000 | 00 | Data Call In |
| Furloe (Chloropropham) | XXXXXX | XXXX | XXXX | XX 0 | X | XXX | |
| Glutaraldehyde | | 0 | X | | | | Ultra minor non food use |
| Glyphosate | 0 | XX 000 | X 0000 | XXX 00 | 0 | XX | Data Call In |
| Glyphosine | 0 | 0 | 0 | 0 | 00 | 00 | |
| Gossyplure | | | X | | | | Data Call In |
| Heptachlor Epox | XXXXXXXX XX | XXXXX | XXXXX | XXXXXXXX 0 | X | XXXXXXXX XXXXX | All uses cancelled |
| Hinosan | | X | 0 | | XX | | |
| Irgasan | 00 | X 0 | XXXXXXXX XXXX | X 00 | | XX 0 | |

0 = IBT

HARDEMAN V. MONSANTO COMPANY

# TX 504:   EPA finds IBT Study Invalid (1983)





Monsanto's Conscious Disregard of Safety
Epidemiology
Animal
Oxidative Stress
Genotoxicity
Parry (1999)
Hardell (1999)
Takahashi (1999)
Elie-Caille (2010)
McDuffie (2001)
George (2010)
Kumar (2001)
Paz-y-Miño (2007)
Atkinson (1993)
Eriksson (2008)
Rank (1993)
Manas (2009)
Peluso (1998)
Hardell (2002)
Mladinic (2009)
Sugimoto (1997)
De Roos (2003)
Bolognesi (2009)
EPA Class C Oncogen (1985)
Bolognesi (1997)
Lueken (2004)
Mladinic (2009)
Wood (2009)
Vigfusson (1980)
Monroy (2005)
Gasnier (2009)
Knezevich & Hogan (1983)
Lioi (1998)
Gehin (2005)
Koller (2012)
1975
1980
1985
1990
1995
2000
2005
2010
2012
EPA: Class C Oncogen; Dose Response (1985)
HARDEMAN V. MONSANTO COMPANY
IBT Study Invalid (1983)

## TX 503 & 505:    EPA finds Glyphosate a Category C Oncogen; (1985)

1983

Feb. 11 1985

Knezevich & Hogan

EPA reviews Knezevich & Hogan and determines glyphosate is a Class C oncogen



UNITED STATES ENVIRONMENTAL PROTECTION AGENCY
WASHINGTON, D.C. 20460

MAR  4 1985

OFFICE OF
PESTICIDES AND TOXIC SUBSTANCES

MEMORANDUM

SUBJECT:   Consensus Review of Glyphosate

The probability of observing this tumor 4 times or more in 198 mice (the total number of mice examined in the Glyphosate study) is p = 0.0064 when considering the historical control at the same laboratory. Even considering other reported historical controls, the p-value is low, about 0.01 indicating that it is very unlikely that the glyphosate test group is consistent with any historical controls. (See review by Dr. Lacayo).

In addition, the response rate (see above) seems to be related to the dose.

E.   Classification of Glyphosate:

In accordance with EPA proposed guidelines (FR of Nov. 23, 1984) the panel has classified Glyphosate as a Category C oncogen.

Kidney carcinomas or adenomas

Herbert Lacayo, Ph.D.
Statistician

Reto Engler, Ph.D.

William Dykstra, Ph.D.
Reviewer

Steve Saunders, Ph.D.

Laurence Chitlik, D.A.B.T.

The signatures above indicate concurrence with this consensus report.

B.   The material available for review consisted of a package issued on January 25, 1985 (attached) and a letter from Monsanto (dated February 5, 1985), rebutting the significance of renal mouse tumors.

panel believes that additional sectioning of new blocks or male kidneys might help in the interpretation of the study results. The kidney tumors as reported, were unilateral (persistent communication by Dr. Dykstra, after the panel meeting); additional histopathology could resolve the issue of whether this is a valid observation or due to not "finding" the tumors in the particular block analyzed.

The panel also believes that realistic exposure assessment, both for dietary and worker exposure are of singular importance.  For example, the limit of detecting residue tolerances may overestimate exposure.  Particular emphasis also should be given to residues in water, since Glyphosate has been used for aquatic weed control (RUP) and this use may become the subject of a permanent registration.

E.   Classification of Glyphosate:

In accordance with EPA proposed guidelines (FR of Nov. 23, 1984) the panel has classified Glyphosate as a Category C oncogen.

HARDEMAN v. MONSANTO

# TX 503:   EPA: Class C Oncogen; Dose Response (1985)



BIO/DYNAMICS,
Knezevich & Hogan, 1983

# TX 506:   Monsanto's Plan – Find a Tumor in the Control Group (1985)



Dr. Farber said that the committee had a hard call. When the case is presented to Mr. Schatzow, Dr. Farber hopes to point out how weak

Knezevich & Hogan  - Kidney Tumors

HARDEMAN v. MONSANTO COMPANY

# TX 506:   Monsanto's Plan – Find a Tumor in the Control Group (1985)



# MAGIC TUMOR FOUND (1985)

**Apr. 3 1985**

Monsanto hires Dr. Marvin Kushner (TX 508 & 509)



**Apr. 14 1985**

Dr. Kushner receives the slides (TX 508 & 509)



**June 1986**

EPA reviews kidney slides and does not find a tumor.  Issues guidance document. (TX 514)



HARDEMAN V. MONSANTO COMPANY

# TX 515:  Monsanto's Reaction to EPA (1986)



# Monsanto's Refusal to Re-do Mouse Study



**Dr. Williams Reeves**
*Monsanto Decision Mak...*

Reeves, 293:5-7; 297:24-
298:4; 309:12-16



Q.   And in fact, Monsanto never redid the mouse study, did it?
A.   We conducted a ... study.

Q. ... to the glyphosate -- the ... lly said we want a waiver ...; correct?

Q. ...to – to this day, Monsanto has not ... er mouse study with glyphosate; right?
A. ...se all the other registrants have for their data package.

Malignant Lymphoma in every mouse study (1983-2010)

HARDEMAN v. MONSANTO COMPANY

# The Facts

➤ 1975 – EPA initial approval based on invalid study

➤ 1983 – EPA found Glyphosate to be Class C Oncogen

➤ 1985 – EPA orders Monsanto to redo the mouse study

➤ 1986 – Monsanto finds magic tumor in control group

➤ 1986 – EPA does not see magic tumor

➤ 1991 – EPA changes to Class E

**MONSANTO HAS NEVER REDONE THE MOUSE STUDY**

HARDEMAN V. MONSANTO COMPANY



Monsanto's Conscious Disregard of Safety
Epidemiology
Animal
Oxidative Stress
Genotoxicity
Parry (1999)
Hardell (1999)
Takahashi (1999)
Elie-Caille (2010)
McDuffie (2001)
George (2010)
Kumar (2001)
Paz-y-Miño (2007)
Atkinson (1993)
Eriksson (2008)
Rank (1993)
Manas (2009)
Peluso (1998)
Hardell (2002)
Mladinic (2009)
Sugimoto (1997)
De Roos (2003)
Bolognesi (2009)
EPA Class C Oncogen (1985)
Bolognesi (1997)
Lueken (2004)
Mladinic (2009)
Vigfusson (1980)
Monroy (2005)
Wood (2009)
Gasnier (2009)
Knezevich & Hogan (1983)
Lioi (1998)
Gehin (2005)
Koller (2012)
1975
1980
1985
1990
1995
2000
2005
2010
2012
EPA: Class C Oncogen; Dose Response (1985)
HARDEMAN V. MONSANTO COMPANY
IBT Study Invalid (1983)
Parry (1999)

# TX 155:  Monsanto's Response to Evidence of Genotoxicity (1999)

## Trial Exhibit 155

MON 52276 – glyphosate = MON 8151 (Dodigen 4022) and Tween 20

MON 35012 – glyphosate = Cocoaamine and Antifoam RD

- Donna – will contact the lab, get protocols, request test
material etc.

c) Agreed an external global network of genotox experts needs to be developed.

As EU has an immediate need and is a critical area now it was agreed that Mark Martens would contact Dr. Parry next week to discuss with him his participation in the support of glyphosate, glyphosate-based ***formulation*** gentox issues.

agreed that Mark Martens would contact Dr. Parry next week to
discuss with him his participation in the support of glyphosate,
glyphosate-based ***formulation*** gentox issues.

After initial contact, if Dr. Parry is agreeable than
Larry will be included in discussion to outline issue/needs
etc.

For North America – Gary Williams will be here in early February as
part of the CANTOX project.  Larry Kier as graciously agreed to
join in those discussions.

*************************************************************
2)  Unfortunately our time rain out but Larry, Bill and Donna stayed a
little while longer and discussed the Lioi papers:

- The data are very unusual and suspect (i.e. the results may
reflect an artifact of some procedural error and/or inexperience in
scoring) but may be extremely difficult to refute based simply on
the contents of the paper.

- It is a real concern that these papers may create an even bigger
problem for us than the Peluso paper. Therefore we do some things
quickly!

- The results of the human lymphocyte test by Lioi do not agree with
the toxicity and data in the human lymphocyte study conducted by
Agrichem at NOTOX.

Recommendations:

Contact the authors.  Have a letter sent from Monsanto Italy or
Brussels and saying something about:

- The data doesn't agree with other data we have – the agrichem study
- Therefore we are interested in investigating the discrepancy
- We would like samples of what they tested for evaluation.

MONGLY06486896

HARDEMAN v. MONSANTO COMPANY

# TX 157:  Monsanto's Response to Evidence of Genotoxicity (1999)

## Trial Exhibit 157



**First Parry Report (1999)**

➢ **Finding:** strong evidence that Glyphosate may be genotoxic…

Portier, 773:19-22

HARDEMAN v. MONSANTO COMPANY

## TX 157:  Monsanto's Response to Evidence of Genotoxicity (1999)



Dr. Parry submits his first internal report, concluding glyphosate is capable of being genotoxic both *in vivo* and *in vitro* through oxidative damage.

HARDEMAN v. MONSANTO COMPANY

# TX 156: Monsanto's Reaction to Parry Report (1999)

4) The development of a "positive" press release was requested. Please comment on the DRAFT below:

DRAFT     DRAFT     DRAFT     DRAFT

"Several genotoxicity studies have been conducted on glyphosate, the surfactants in glyphosate formulations, and other closely-related surfactants. Studies have also been performed on Roundup herbicide and other glyphosate formulations. None of these studies have shown any adverse findings. Based on all these results, we are confident that glyphosate herbicide products are not genotoxic and therefore to not present a mutagenic or carcinogenic risk to humans and animals. We will continue to diligently consider concerns raised in this area and will support our conclusions on the safety of Roundup herbicides with appropriate scientific

HARDEMAN v. MONSANTO COMPANY

# TX 158 & 159:   Monsanto's Reaction to Parry Report (1999)





## TX 159

"has he ever worked with industry before…"

"we may have to help him write all this…"

"help to produce the definitive report without twisting his arms"

## TX 158

Monsanto provides more information with the hope of "moving Dr. Parry from his position:

"Turn his opinion around"

HARDEMAN v. MONSANTO COMPANY

# TX 160:  Monsanto's Response to Evidence of Genotoxicity (1999)

**Key Issues concerning the potential genotoxicity of glyphosate, glyphosate formulations and surfactants; recommendations for future work.**

James M. Parry

Centre for Molecular Genetics and Toxicology
School of Biological Sciences
University of Wales Swansea
Swansea SA2 8PP, UK

**Key Questions**

1. Is glyphosate an *in vitro* clastogen?  Can the positive studies of Lioi *et al* (1998a, 1998b) be reproduced?

2. Is glyphosate an *in vivo* clastogen?  Can the positive studies of Bolognesi *et al* (1997) be reproduced?

3. If glyphosate is an *in vitro* and *in vivo* clastogen, what is its mechanism of action and does the mechanism lead to other types of genotoxic activity *in vivo* such as point mutation induction?

4. Does glyphosate produce oxidative damage?

5. Can we explain the reported genotoxic effects of glyphosate on the basis of the induction of oxidative damage?

6. If glyphosate is an *in vivo* genotoxin is its mechanism of action thresholded?  Under what conditions of exposure are the antioxidant defences of the cell overwhelmed?

7. Are there differences in the genotoxic activities of glyphosate and glyphosate formulations?

8. Do any of the surfactants contribute to the reported genotoxicity of glyphosate formulations?

Dr. Parry concludes "glyphosate is a potential clastogenic *in vitro*".

## Clastogen:
A clastogen is an agent that can induce mutation by disrupting or damaging chromosomes.

HARDEMAN v. MONSANTO COMPANY

# TX 161:  Monsanto's Reaction to Parry Report (1999)

Message

| | |
|---|---|
| **From:** | HEYDENS, WILLIAM F [FND/1000] [/O=MONSANTO/OU=NA-1000-01/CN=RECIPIENTS/CN=230737] |
| **Sent:** | 9/16/1999 6:18:36 PM |
| **To:** | MARTENS, MARK A [FND/5045] [/O=MONSANTO/OU=EA-5040-01/CN=RECIPIENTS/CN=21606]; 'KIER, LARRY D [NCP/1000]' [/O=MONSANTO/OU=GLB-STL/CN=LEGACY ADDRESSES/CN=33322]; 'FARMER, DONNA R [FND/1000]' [/O=MONSANTO/OU=GLB-STL/CN=LEGACY ADDRESSES/CN=180070] |
| **CC:** | 'HEYDENS, WILLIAM F [FND/1000]' [/O=MONSANTO/OU=GLB-STL/CN=LEGACY ADDRESSES/CN=230737] |
| **Subject:** | RE: Parry report |

Mark, All,

I have read the report and agree with the comments - there are

However, let's step back and look at what
comfortable with the genotox
Outreach operations
quite

Bill

| | |
|---|---|
| From | |
| Sent | |
| To: | |
| Cc: | |
| Subject | |
| Important | |

Larry and Donna,

I would like to get some feedback to Jim Parry on his report.  I sent you my comments but didn't get a reaction.  Can I get your opinions and then have a discussion on the action to take?

Regards, Mark





**Dr. William Heydens**     **Dr. Donna Farmer**

*Monsanto Decision Makers*

> "We simply aren't going to do the studies Parry suggests."

## Monsanto Reaction:

**Round up is "currently very vulnerable in [genotox]."**

HARDEMAN v. MONSANTO COMPANY
September 16, 1999

## TX 161:  Monsanto's Response to Evidence of Genotoxicity (1999)

<u>September 16, 1999</u>

**Subject**:     RE: Parry report



**Dr. William Heydens**



**Dr. Donna Farmer**

*Monsanto Decision Makers*

Mark, All,

I have read the report and agree with the comments - there are various things that can be done to improve the report.

However, let's step back and look at what we are really trying to achieve here.  We want to find/develop someone who is comfortable with the genetox profile of glyphosate/Roundup and who can be influential with regulators and Scientific Outreach operations when genetox. issues arise.  My read is that Parry is not currently such a person, and it would take quite some time and $$$/studies to get him there.  We simply aren't going to do the studies Parry suggests.  Mark, do you think Parry can become a strong advocate without doing this work Parry?   If not, we should *seriously* start looking for one or more other individuals to work with.  Even if we think we can eventually bring Parry around closer to where we need him, we should be currently looking for a second/back-up genetox. supporter.  We have not made much progress and are currently very vulnerable in this area.  We have time to fix that, but only if we make this a high priority now.

Bill

# TX 208:  Monsanto's Response to Evidence of Genotoxicity (1999)

-----Original Message-----
**From:**       FARMER, DONNA R [FND/1000]
**Sent:**       Thursday, September 02, 1999 2:24 PM
**To:**         WILSON, ALAN G E [PHR/1000]
**Subject:**    RE: Comments on Parry write-up

Alan,

One option...I agree we need someone else to interface with Perry...right now the only person I think that can dig us out of this "genotox hole" is the Good Dr. Kier....

HARDEMAN v. MONSANTO COMPANY



**Dr. Larry Kier**

# Monsanto Admission

**Request for Admission No. 5:**

**Admit that Monsanto has NEVER conducted a long-term animal carcinogenicity study on any glyphosate formulation.**

Monsanto's response:  Monsanto ADMITS that is has not conducted a long-term animal carcinogenicity study on any formulated pesticide product.

HARDEMAN V. MONSANTO COMPANY

# Monsanto Admission

Request for Admission No. 4:

Admit that Monsanto has NOT conducted a long-term animal carcinogenicity study on glyphosate since 1991.

Monsanto's response:  Monsanto ADMITS that is has not identified any 12-month or longer animal chronic toxicity studies that it has conducted on glyphosate since 1991.

# Monsanto Admission

## Request for Admission No. 7:

**Admit that Monsanto has NEVER conducted a long-term animal carcinogenicity study on any surfactant used in a glyphosate-formulated product.**

Monsanto's response:  Monsanto ADMITS that it has never conducted a 12-month or longer term animal carcinogenicity study on any surfactants used in glyphosate-based products.  To the extent the phrase long-term animal carcinogenicity study is intended to apply to studies involving rodents exposed to surfactants for up to four weeks,  Monsanto denies this request.

# Monsanto Admission

**Request for Admission No. 6:**

**Admit that Monsanto is <u>NOT</u> precluded by any applicable law, regulation, or ordinance from conducting a long-term animal carcinogenicity study on a glyphosate formulation.**

**Monsanto's response:** ADMITTED

HARDEMAN V. MONSANTO COMPANY

# REFUSAL TO TEST

<u>TX 686:</u>

"if somebody came to me and said they wanted to test Roundup I know how I would react – <u>with serious concern</u>."

Mark Martens
Monsanto employee

HARDEMAN v. MONSANTO COMPANY

# Feasibility of Testing – Monsanto's Choice



Q. So just to be clear I -- make sure I heard you straight. Monsanto was spending on the order of one-and-a-half billion dollars a year in research and development?

A. More or less, yeah.

HARDEMAN v. MONSANTO COMPANY

(90:11-15)

$1.5 Billion available for testing

Monsanto's Conscious Disregard of Safety
Epidemiology
Animal
Oxidative Stress
Genotoxicity
Parry (1999)
Hardell (1999)
Takahashi (1999)
Elie-Caille (2010)
McDuffie (2001)
George (2010)
Kumar (2001)
Paz-y-Miño (2007)
Atkinson (1993)
Eriksson (2008)
Rank (1993)
Manas (2009)
Peluso (1998)
Hardell (2002)
Mladinic (2009)
Sugimoto (1997)
De Roos (2003)
Bolognesi (2009)
EPA Class C Oncogen (1985)
Bolognesi (1997)
Lueken (2004)
Mladinic (2009)
Vigfusson (1980)
Monroy (2005)
Wood (2009)
Gasnier (2009)
Knezevich & Hogan (1983)
Lioi (1998)
Gehin (2005)
Koller (2012)
1975
1980
1985
1990
1995
2000
2005
2010
2012
EPA: Class C Oncogen; Dose Response (1985)
HARDEMAN V. MONSANTO COMPANY
IBT Study Invalid (1983)
Hardell & Eriksson (1999)
Parry (1999)



# Hardell & Eriksson (1999) – "Index of Concern"

## Trial Exhibit 86



sulfosate's acidity; sulfosate was not mutagenic in this assay when the pH was adjusted to a physiological level.[25] Also, EPA characterized the sulfosate mouse carcinogenicity study[21] as showing "… no evidence of carcinogenicity … at the doses tested" and classified sulfosate as category E - no evidence for carcinogenicity in humans.[25]

The one glyphosate t
exchange in human ly
specific, mutagenicity
the available toxicolo
Agency[27,28] (EPA) an
is not mutagenic or c
against the biological

In conclusion, the
several chemical pestic
reported weak to moder
chance or to recall or conf
concerns about pesticide r
concern" for glyphosate in future agricultural epidemiologic studies.

In conclusion, the study by Hardell and Eriksson found a modest association between NHL and several chemical pesticides - most notably for MCPA and the collective group of fungicides. The reported weak to moderate associations for glyphosate are not statistically significant and could be due to chance or to recall or confounding bias. It is clear, however, that the widespread use of glyphosate and concerns about pesticide related health effects for farmers and their families will raise the "index of concern" for glyphosate in future agricultural epidemiologic studies.

**References**

1. Hardell L, Eriksson M. A Case-control Study of non-Hodgkin Lymphoma and Exposure to Pesticides. Cancer 1999;85:1353-1360.

2. Hardell L, Malignant lymphomas of the histiocytic type and exposure to phenoxyacetic acids or chlorophenols. Lancet 1979;I:55-56.

3. Hardell L, Eriksson M, Lenner P, Lundgren E. Malignant lymphoma and exosure to chemicals, especially organic solvents, chlorophenols, and phenoxy acids: a case control study. Brit J. Cancer 1981;43:169-176.

4. Hoar SK, Blair A, Holmes FF, et al. Agricultural herbicide use and risk of lymphoma and soft tissue sarcoma. JAMA 1986;256:1141-1147.

5. Hoar Zahm S, Weisenburger DD, Babbit PA, et al. A case control study of non-Hodgkin's lymphoma and the herbicide 2,4-dichlorophenoxyacetic acid (2,4-D) in eastern Nebraska. Epidemiology 1990;1:349-356.

6. Environmental Protection Agency, An SAB Report: Assessment of potential 2,4-D carcinogenicity. Review of the epidemiological and other data on potential carcinogenicity of 2,4-D by the SAB/SAP joint committee. EPA-SAB-EHC-94-005, Washington, DC: US EPA; 1994.

7. Miettinen OS. Theoretical Epidemiology. John Wiley & Sons, New York, 1985.

8. Rothman KJ, Greenland S. Modern Epidemiology. Second Edition. Lippincott-Raven, Philadelphia, 1998.

6

MONGLY00555377

HARDEMAN v. MONSANTO COMPANY

# Trial Exhibit 220 – (unredacted version of TX 454)



**Message**

From:      THOMAS B KLEVORN
Sent:      6/1/1999 12:56:23 PM
To:        DONNA R FARMER
Subject:   Re[5]: Questions about Glyphosate

Regarding business....unfortuantely we feel that Hardell is just the
tip of the iceberg for these type of "association epi" studies.  We
have his two papers with NHL and hairy cell leukemia and one from a
Canadian Ag Health study that declares an association between
glyphosate and miscarriages and pre-term deliveries.

What is of greater concern however is an American initiative called
the AHS.



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

TRIAL EXHIBIT   220

Case No. 3:16-cv-0523-VC

Date Entered _____

By _____
        Deputy Clerk

MONGLY00877483

**Monsanto described Hardell as "just the tip of the iceberg for these types of 'association epi' studies."**



Monsanto's Conscious Disregard of Safety
Epidemiology
Animal
Oxidative Stress
Genotoxicity
Parry (1999)
Hardell (1999)
Takahashi (1999)
Elie-Caille (2010)
McDuffie (2001)
George (2010)
Kumar (2001)
Paz-y-Miño (2007)
Atkinson (1993)
Eriksson (2008)
Rank (1993)
Manas (2009)
Peluso (1998)
Hardell (2002)
Mladinic (2009)
Sugimoto (1997)
De Roos (2003)
Bolognesi (2009)
EPA Class C Oncogen (1985)
Bolognesi (1997)
Lueken (2004)
Mladinic (2009)
Vigfusson (1980)
Monroy (2005)
Wood (2009)
Gasnier (2009)
Knezevich & Hogan (1983)
Lioi (1998)
Gehin (2005)
Koller (2012)
1975
1980
1985
1990
1995
2000
2005
2010
2012
Ghostwriting - Williams (2000)
EPA: Class C Oncogen; Dose Response (1985)
HARDEMAN V. MONSANTO COMPANY
Hardell & Eriksson (1999)
IBT Study Invalid (1983)
Parry (1999)

# TX 314: Refuse to Test - Ghostwrite to Manipulate Scientific Community and Public

## Message

| | |
|---|---|
| **From:** | HEYDENS, WILLIAM F [FND/1000] [/O=MONSANTO/OU=NA-1000-01/CN=RECIPIENTS/CN=230737] |
| **Sent:** | 6/21/1999 12:46:52 PM |
| **To:** | FARMER, DONNA R [FND/1000] [███████@monsanto.com] |
| **Subject:** | FW: Roundup documents |

FYI

And Dougie thinks I would actually leave the final editing to him unsupervised...

-----Original Message-----
From: HEYDENS, WILLIAM F [FND/1000]
Sent: Friday, June 18, 1999 3:45 PM
To: '████████' ; DRAKE, LISA M [FND/1000]
Cc: HEYDENS, WILLIAM F [FND/1000]; ████████
Subject: RE: Roundup documents

All,

A clarification - there is one step missing - I will review the final manuscript with the reviewers comments incorporated (in revision mode so I can find them easily) before it is sent to the publisher.  I will commit to conducting this review very quickly.  Assuming the reviewers don't throw in any surprises (I'm especially thinking of Peterson), I can turn it right back around with a very minimal investment of time.

Bill

-----Original Message-----
From: Douglas Bryant [mailto:████████@cantox.com]
Sent: Friday, June 18, 1999 3:18 PM
To: lisa.m.drake
Cc: william.f.heydens████████   ████████cantox.com
Subject: Roundup documents

Dear Lisa,

This is just a note to tell you of progress made to June 18, 1999

Ulysses has had a conferance call with ████████ John Giesy, Mike Mckee and Keith Solomon to finalize the ecological risk document.  They had all submitted edits, and the call was to finalize remaining issues so the manuscript can be sent to the journal.

The progress of the human safety assessment of Roundup and glyphosate is a bit slower.  Gary Williams has completed his final edits and declares himself pleased with the overall document.  I await Robert Kroes' comments and will repeat my requests to Dick Peterson for each to complete edits in a timely fashion.

# TX 301:   Ghostwriting to Manipulate

**Apr 2000**

Ghostwriting:
Dr. Heydens ghostwrites
Williams paper.



**Dr. William Heydens**
*Monsanto Decision Maker*

**From:** HEYDENS, WILLIAM F [AG/1000]
**Sent:** Thursday, February 19, 2015 7:53 AM
**To:** FARMER, DONNA R [AG/1000]
**Cc:** KOCH, MICHAEL S [AG/1000]; SALTMIRAS, DAVID A [AG/1000]; HODGE-BELL, KIMBERLY C [AG/1000]
**Subject:** RE: 

A less expensive/more palatable approach might be to involve experts only for the areas of contention, epidemiology and possibly MOA ([                    ] ), and we ghost-write the Exposure Tox & Genetox sections.  An option would be to add Greim and Kier or Kirkland to have their names on the publication, but we would be keeping the cost down by us doing the writing and they would just edit & sign their names so to speak.  Recall that is how we handled Williams Kroes & Munro, 2000.

## TX 464     Williams 2000 =

## "The" reference on Roundup and glyphosate safety

The publication by independent experts of the most exhaustive and detailed scientific assessment ever written on glyphosate in "Regulatory Toxicology and Pharmacology" Vol. 31, No. 2, April 2000 (see below) was due to the perserverance, hard work and dedication of the following group of folks. They deserve significant credit for the stewardship result here since this human health publication on Roundup herbicide and its companion publication on ecotox and environmental fate will be undoubtedly be regarded as "the" reference on Roundup and glyphosate safety. Our plan is now to utilize it both in the defense of Roundup and Roundup Ready crops worldwide and in our ability to competitively differentiate ourselves from generics. (You'll notice the publication itself refers specifically to the brand Roundup.)

Thanks to Donna Farmer, Bill Heydens, Kathy Carr, Marian Bleeke, Bill Graham, Mike McKee and Steve Wratten for their hard work over three years of data collection, writing, review and relationship building with the papers' authors. Credit goes to Tom Helscher, Kerry Preete, Larry Evetts, Tom Carrato and Jerry Hjelle for their moral and budget support and counsel and advice. Thanks and credit as well to CanTox (Ian Munro, Douglas Bryant and team) and Arnonow & Pollock (Louise Pollock and Khristin Heaney), our consultants, for helping us pull this together through infinite edits and reviews. In addition, the

Sent: Thursday, May 11, 2000 10:22 AM
To: HEYDENS, WILLIAM F [AG/1000]; FARMER, DONNA R [FND/1000]; WRATTEN,
STEPHEN J [FND/1000]; BLEEKE, MARIAN S [FND/1000]; MCKEE, MICHAEL J
[FND/1000]; DRAKE, LISA N [FND/1000]; FISHER, LORI J [FND/1000]
Cc:
Subject: Cantox Mammalian article posted on the Internet
Importance: High

The abstract for "Safety Evaluation and Risk Assessment of the Herbicide Roundup and Its Active
Ingredient, Glyphosate, for Humans" (Williams, Kroes, and Munro) is now posted on the Internet, at the
following links:

http://www.idealibrary.com/links/doi/10.1006/rtph.1999.1371

The pdf version of the article is available on-line to subscribers to the journal. Monsanto does not
hold a subscription to this service.

MONGLY02824348

# TX 464    Williams 2000 – Meant to protect Roundup FTO

H [FND/1000]; CARR, KATHERINE H [FND/1000]; CARR, KATHERINE H
[FND/1000]; CARR, KATHERINE H [FND/1000]; QUINN, PATRICK M [AG/8050];
FOSTER, SCARLETT L [FND/1000]; WALKER, JOAN M [BUS/1820]; DILL JR.,
GERALD M [AG/1001]; SCHUMACHER, RICHARD W [AG/1000]; CARRATO, J THOMAS
[FND/1000]; WILDMAN, MARK S [AG/FLDS]; KREBSBACH, MICHAEL L [AG/FLDS];
GLOVER, JERRY P [FND/1000]; ███████████████ARA, GUSTAVO [AG/5300]; BUZIO, CARLOS A
[AG/1000]; LEITE, GUSTAVO T [AG/5050]; PELLAND, ADELE C [FND/5080];
MCKAY, DANNA R [AG/1600]; MOWLING, RAY [FND/5080]; MEENA, M; AUXENFANS,
BERNARD P [GBO/1050]; EVETTS, LARRY L [AG/1000]; HENDRICKSON, DEAN W
[AG/1000]; TAYLOR, LARRY [AG/5125]
Cc: ████████████████████████; HEYDENS, WILLIAM F [AG/1000];
FARMER, DONNA R [FND/1000]; CARR, KATHERINE H [FND/1000]; WRATTEN,
STEPHEN J [FND/1000]; BLEEKE, MARIAN S [FND/1000]; MCKEE, MICHAEL J
[FND/1000]; FISHER, LORI J [FND/1000]; GRAHAM, WILLIAM [FND/5045]
Subject: Kudos on Publication of Roundup Tox Paper - now posted on the

Both documents - meant to be utilized by the next tier of third party scientists for continued Roundup FTO, were written by internationally acclaimed experts in their respective fields of science. It is important to note that this Roundup work was one of the first examples of a scientific outreach model in Ag.

Now the hard work by public affairs begins in utilizing these reference documents to the fullest -- this is where the public affairs strategy begins to kick in globally. I will leave it in the capable hands of Lori Fisher to communicate those next steps as she and the rest of the group work to accomplish their next major result. I am so proud to have been part of this team -- what a significant accomplishment -- congratulations to all.

(Please pass this note on to others in the Ag organization who can utilize these references in defending or building Roundup sales.)

Lisa Drake

http://www.metatorary.com/links/a3 y10.1006/rtph.1999.1371
The PDF version of the article is available on-line to subscribers to the journal. Monsanto does not hold a subscription to this service.

HARDEMAN v. MONSANTO COMPANY

MONGLY02824348

# TX 464    CEO Hugh Grant – "Very Good Work, Well Done"



**Subject:** RE: Kudos on Publication of Roundup Tox Paper - now posted on the Internet

This is very good work, well done to the team, please keep me in the loop as you build the PR info to go with it, thanks again, Hugh

-----Original Message-----
From: DRAKE, LISA M [FND/1000]
Sent: Thursday, May 11, 2000 5:41 PM
To: VERFAILLIE, HENDRIK A [BUS/1000]; ... 000];
GRANT, HUGH [BUS/1000]; CASALE, ... BRETT D
[AG/1000]; PREETE, KERRY J [A ... /5000]; CHIU, B
K [AG/5340]; HOOGHEEM, THOM ... ES A [AG/1000];
HINCHEE, MAUD A [FND/1005]; ... 000]; HELSCHER, THOMAS
M [AG/1000]; STITH, GLENN A [ ... CHERYL L [AG/1000];
GOETTE, JOHN M [AG/1000]; CARR, ... [FND/1000]; CARR, KATHERINE

Ratification



HARDEMAN v. MONSANTO COMPANY

MONGLY02624347

MONGLY02624348

# TX 312



# TX 312



**Dr. David Saltmiras**
*Monsanto Decision Maker*

## Publications

- Williams et al. (2000) an invaluable asset
  - Monsanto responses to agencies
  - Scientific Affairs rebuttals
  - Regulator reviews
- More current external expert publications are now needed to support our FTO and Registration Reviews
  - EU Annex 1 Renewal requires extensive lit. review
  - Will <u>weight</u> of evidence be measured by <u>number</u> of publications or quality of the science???

# Ghostwriting – Williams (2000) – Very Important Paper

"…So that was a very important paper."

Transcript, 193:22-23

"…This was – it was a very important paper because it was the first of its kind, it was comprehensive of everything that was out there up to that point in time, and it was a very, like I said, important paper for glyphosate…"

Transcript, 197:21-198:2



**Dr. William Heydens**
*Monsanto Decision Maker*

"…So it was a very important document."

Transcript, 198:11-12

HARDEMAN v. MONSANTO COMPANY

# TX 312



## Political Science

- Unfortunately, we are facing regulatory reviews with increased focus on
  - Claims in the peer reviewed literature, irrespective of the quality of the science
  - Stakeholder input including activist researchers
  - Political pressure on outcomes – e.g. POEAs in Germany
  - Reduced pesticide use in general
- Williams et al. (2000) has served us well in toxicology over the last decade
- We need a stronger arsenal of robust scientific papers to support the safe use of our products as we face the next set of chemistry registration reviews across the globe
- With increasing business interests in South America, a local network credible expert scientists is crucial to facilitate scientifically robust and objective regulatory evaluations of our products *We have not determined exactly what we should & could do here. I would modify bullet to reflect that we need to determine an appropriate & do-able (i.e., we can get someone to pay for it course of action here*

# TX 1145   Williams 2000 has served us well



DeRoos 2003

MONSANTO COMPANY

# TX 1145   Williams 2000 has served us well

Downloaded from oem.bmj.com on 7 March 2008

1 of 9

ELECTRONIC PAPER

Integrative assessment of multiple pesticides as risk

Downloaded from oem.bmj.com on 7 March 2008

Electronic paper

7 of 9

Glyphosate, commercially sold as Roundup, is a commonly used herbicide in the United States, both on crops and on non-cropland areas.[50] An association of glyphosate with NHL was observed in another case-control study, but the estimate was based on only four exposed cases.[51] A recent study across a large region of Canada found an increased risk of NHL associated with glyphosate use that increased by the number of days used per year.[8] These few suggestive findings provide some impetus for further investigation into the potential health effects of glyphosate, even though one review concluded that the active ingredient is non-carcinogenic and non-genotoxic.[50]

# TX 1145   Williams 2000 has served us well

Downloaded from oem.bmj.com on 7 March 2008

1 of 9

ELECTRONIC PAPER

Integrative assessment of multiple pesticides as risk factors for non-Hodgkin's lymphoma among men

Downloaded from oem.bmj.com on 7 March 2008

9 of 9

47 **Sathiakumar N**, Delzell E, Cole P. Mortality among workers at two triazine herbicide manufacturing plants. *Am J Ind Med* 1996;**29**:143–51.

48 **IARC**. Atrazine . *IARC Monogr Eval Carcinog Risks Hum* 1999;**73**:59–113.

49 **Hooghe RJ**, Devos S, Hooghe-Peters EL. Effects of selected herbicides on cytokine production in vitro. *Life Sci* 2000;**66**:2519–25.

50 **Williams GM**, Kroes R, Munro IC. Safety evaluation and risk assessment of the herbicide Roundup and its active ingredient, glyphosate, for humans. *Regul Toxicol Pharmacol* 2000;**31**:117–65.

51 **Hardell L**, Eriksson M. A case-control study of non-Hodgkin lymphoma and exposure to pesticides. *Cancer* 1999;**85**:1353–60.

52 **Dich J**, Zahm SH, Hanberg A, et al. Pesticides and cancer. *Cancer Causes Control* 1997;**8**:420–43.

# Monsanto's Pattern of Ghostwriting

**2008**:  Mink Epidemiology Review, "*Offered Suggested Edits*"

- **ADDS:** It was concluded that glyphosate is unlikely to pose a carcinogenic risk to humans. Cites Williams 2000.

- ADDS: Glyphosate is widely considered by regulator authorities and scientific bodies to have no carcinogenic potential.
- Not listed on final paper.



**Dr. Donna Farmer**
*Monsanto Decision Maker*

**2012**: Journal of Toxicology & Environmental Health

- Lead author, Amy Williams, said contributions were "significant."
- Dr. Farmer is red-lined out as an author.
- Not listed on final paper.

HARDEMAN v. MONSANTO COMPANY



Monsanto's Conscious Disregard of Safety
Epidemiology
Animal
Oxidative Stress
Genotoxicity
Parry (1999)
Hardell (1999)
Takahashi (1999)
Elie-Caille (2010)
McDuffie (2001)
George (2010)
Kumar (2001)
Paz-y-Miño (2007)
Atkinson (1993)
Eriksson (2008)
Rank (1993)
Manas (2009)
Peluso (1998)
Hardell (2002)
Mladinic (2009)
Sugimoto (1997)
De Roos (2003)
Bolognesi (2009)
EPA Class C Oncogen (1985)
Bolognesi (1997)
Lueken (2004)
Mladinic (2009)
Vigfusson (1980)
Monroy (2005)
Wood (2009)
Gasnier (2009)
Knezevich & Hogan (1983)
Lioi (1998)
Gehin (2005)
Koller (2012)
1975
1980
1985
1990
1995
2000
2005
2010
2012
Ghostwriting - Williams (2000)
EPA: Class C Oncogen; Dose Response (1985)
McDuffie Abstract (2001)
HARDEMAN V. MONSANTO COMPANY
Hardell & Eriksson (1999)
IBT Study Invalid (1983)
Parry (1985)

# McDuffie (2001)



## *McDuffie 2001 Conclusion:*

## Statistically Significant doubling of the risk

## DOSE RESPONSE

## 2.12 (1.20 -3.73)

# TX 252, 448, 449:   Happy the McDuffie Results Are Harder to Find

The McDuffie article appeared in the November issue of the journal Cancer Epidemiology, Biomarkers, and Prevention (see abstract below). Unlike the abstract presented at the International Society for Environmental Epidemiology meeting August 1999, Glyphosate is no longer mentioned as a risk factor in the abstract. I'll have to get the article and see what it says in "the small print."

John

Donna

Donna Farmer -

**Subject**:      RE: the McDuffee article appears - glyphosate not mentioned in the abstract

John,

I know we don't know yet what is says in the "small print" - but the fact that glyphosate is no longer mentioned in the abstract is a huge step forward - it removes it from being picked up by abstract searches!

Donna

HARDEMAN v. MONSANTO COMPANY

John

**November 2001**

TX 253 — Upon the McDuffie Results Are Hard to Find

-----Original Message-----
**From:** HEYDENS, WILLIAM F [AG/1000]
**Sent:** Thursday, December 06, 2001 7:51 AM
**To:** ACQUAVELLA, JOHN F [AG/1000]; FARMER, DONNA R [AG/1000]; ARMSTRONG, JANICE M [AG/1000]
**Cc:** GOLDSTEIN, DANIEL A [AG/1000]
**Subject:** RE: McDuffee paper

John,

So if I understand the situation correctly, even though reference to glyphosate wasn't removed entirely, there was a substantial reduction in emphasis, including, *but not limited to*, removal from the Abstract ?

Bill

UNITED STATES DI
NORTHERN DISTRICT

TRIAL EXHIBI

Right. It's a good result, but not everything we wanted. The (invalid) result could be cited as a second glyphosate/NHL "finding." However, it will not be picked up by most of the usual suspects because it's not mentioned in the abstract.

John

John Acquavella, PhD
Senior Fellow, Epidemiology
Monsanto Company/A2NE

**From:** FARMER, DONNA R [AG/1000] [/O=MONSANTO/OU=NA-1000-01/CN=RECIPIENTS/CN=180070]
**Sent:** 12/6/2001 6:46:24 PM
**To:** ACQUAVELLA, JOHN F [AG/1000] [/O=MONSANTO/OU=NA-1000-01/CN=RECIPIENTS/CN=145465]; HEYDENS, WILLIAM F [AG/1000] [/O=MONSANTO/OU=NA-1000-01/CN=RECIPIENTS/CN=230737]
**CC:** ARMSTRONG, JANICE M [AG/1000] [/O=MONSANTO/OU=NA-1000-01/CN=RECIPIENTS/CN=597137]
**Subject:** RE: McDuffee paper

HARDEMAN v. MONSANTO COMPANY

John,

Darn. But at least it is out of the abstract and not a huge discussion in the text. Regarding the Journal it is published in - how is it viewed? Is it a premier journal or a lower rung journal?

Yes - please get a third party review.

Donna

Monsanto's Conscious Disregard of Safety
Epidemiology
Animal
Oxidative Stress
Genotoxicity
Parry (1999)
Hardell (1999)
Takahashi (1999)
Elie-Caille (2010)
McDuffie (2001)
George (2010)
Kumar (2001)
Paz-y-Miño (2007)
Atkinson (1993)
Eriksson (2008)
Rank (1993)
Manas (2009)
Peluso (1998)
Hardell (2002)
Mladinic (2009)
Sugimoto (1997)
De Roos (2003)
Bolognesi (2009)
EPA Class C Oncogen (1985)
Bolognesi (1997)
Lueken (2004)
Mladinic (2009)
Vigfusson (1980)
Monroy (2005)
Wood (2009)
Gasnier (2009)
Knezevich & Hogan (1983)
Lioi (1998)
Gehin (2005)
Koller (2012)
1975
1980
1985
1990
1995
2000
2005
2010
2012
Ghostwriting - Williams (2000)
EPA: Class C Oncogen; Dose Response (1985)
McDuffie Abstract (2001)
IBT Study Invalid (1983)
Hardell & Eriksson (1999)
Parry (1999)
De Roos (2003)
HARDEMAN V. MONSANTO COMPANY



# TX 254    De Roos 2003 – Fuel to the Hardell Fire

From: ACQUAVELLA, JOHN F [AG/1000]
Sent: 02 September 2003 21:29
To: CARR, KATHERINE H [AG/1000]; GOLDSTEIN, DANIEL A [AG/1000]; FARMER, DONNA R [AG/1000]; GARNETT, RICHARD P [AG/5040]; KRONENBERG, JOEL M [AG/1000]
Cc: WRATTEN, STEPHEN J [AG/1000]; MARTENS, MARK A [AG/5040]; BROECKAERT, FABRICE [AG/5040]; HEYDENS, WILLIAM F [AG/1000]; DANHAUS, ROY G [AG/1000]
Subject: RE: Article re: NHL and glyphosate, alachlor

Thanks to Kathy for bringing the De Roos et al. paper to our attention (see below). I have a few quick thoughts about it. More information will follow.

This is a paper from investigators at the National Cancer Institute (NCI). For those of you who don't know the history of the NCI's agricultural epidemiology research, the present paper is a reanalysis of data from the Kansas, Nebraska, and Minnesota/Iowa studies from the mid-1980s. It surprises me greatly that they would spend such effort on this old and limited dataset, when they are collecting and analyzing data from the Agricultural Health Study. A fair amount of the data in these old studies came from next-of-kin respondents and is of questionable accuracy. Others have shown that next-of-kin of cancer cases tend to over-report pesticide use. Accordingly, they should have done some analyses segregating out the next-of-kin information, but they didn't.

What's new in this paper is that the investigators use a form of regression analysis that weights prior information (like in Bayesian analysis) to influence measures of association. The lead author specialized in this type of analysis for her PhD dissertation and she did a postdoc at NCI. Relatively few people have much experience with this analysis, but it is said to be more conservative when doing multiple comparisons (viz. yields fewer false positives).

It is interesting that this analysis did not find an association between NHL and 2,4-D.  The Kansas and Nebraska studies are always cited as evidence that 2,4-D does cause NHL. Unfortunately, the authors get into a bit of a convoluted argument in order to avoid saying that their most recent analyses seems to refute much of what they have said previously about 2,4-D.

It is clear that alachlor is near the top of the investigator's list of pesticides that might cause NHL, even though alachlor seemed not to be related to NHL in this analysis (see Table 3). As you know, the NCI Ag Health Study team has a soon to be published paper that shows a weak relationship between reported use of alachlor and lymphopoietic cancers.

Strangely, glyphosate looks to be one of the pesticides most associated with NHL in this analysis (see Table 3). At the time these NHL cases were diagnosed (1979-83), glyphosate was very early in its commercial history. Not only doesn't the association between glyphosate and NHL make sense given glyphosate's toxicology profile, but it doesn't make sense on a timing of exposure basis - one expects a fairly long period between exposure and related cancers for other than extremely potent carcinogens. I did note that De Roos et al. misclassified glyphosate in Table 1 as to its carcinogenic probability (they had it as 0.8, same as alachlor, when it should have been 0.1). Had it been classified correctly, the odds ratio in the last column of Table 3 would have been lower (perhaps much lower).

The authors spent an entire paragraph in the discussion on glyphosate, specifically mentioning the Hardell and McDuffie studies:

> Glyphosate, commercially sold in Roundup, is a commonly used herbicide in the United States, both on crops and non-cropland areas. An association of glyphosate with NHL was observed in another case-control study, but the estimate was based on only four exposed cases. A recent study across large region of Canada found an increased risk of NHL associated with glyphosate use that increased by the number days used per year. These few suggestive findings provide some impetus for further investigation into the potential health effects of glyphosate, even though our review concluded that the active ingredient is non-carcinogenic and non-genotoxic.

I'm afraid this could add more fuel to the fire for Hardell et al.

I'm going to see one of the authors of this paper this weekend at the American College of Epidemiology meeting. I'll ask him about some of these issues.

It looks like NHL and other lymphopoietic cancers continue to be the main cancer epidemiology issues both for glyphosate and alachlor. We're assembling a panel of experts to work on this.

Regards,

John

John Aquavella, PhD
Senior Science, Epidemiology
Monsanto Company-AZNE
St. Louis, MO 63167

**September 2, 2003**



**Dr. John Aquavella**
**Monsanto Decision Maker**

**Hardell 1999**

- **2.3 OR –** Doubling of risk
- **5.8 OR –** Five times the risk

**Hardell 2002**

- **3.04 OR –** Statistically significant tripling of the risk

HARDEMAN v. MONSANTO COMPANY

# TX 254    De Roos 2003 – Fuel to the Hardell Fire



**Hardell 1999**
- **2.3 OR – Doubling of risk**
- **5.8 OR – Five times the risk**

**Hardell 2002**
- **3.04 OR – Statistically significant tripling of the risk**

The authors spent an entire paragraph in the discussion on glyphosate, specifically mentioning the Hardell and McDuffie studies:

Glyphosate, commercially sold as Roundup, is a commonly used herbicide in the United States, both on crops and non-cropland areas.₅₉ An association of glyphosate with NHL was observed in another case-control study, but the estimate was based on only four exposed cases.₅₇ A recent study across large region of Canada found an increased risk of NHL associated with glyphosate use that increased by the number days used per year.₈ These few suggestive findings provide some impetus for further investigation into the potential health effects of glyphosate, even though one review concluded that the active ingredient is non-carcinogenic and non-genotoxic.₅₉

I'm afraid this could add more fuel to the fire for Hardell et al.

I'm going to see one of the authors of this paper this weekend at the American College of Epidemiology meeting. I'll ask him about some of these issues.

It looks like NHL and other lymphopoietic cancers continue to be the main cancer epidemiology issues both for glyphosate and alachlor. We're assembling a panel of experts to work on this.

Regards,

HARDEMAN V. MONSANTO COMPANY

# Monsanto Admission

Request for Admission No. 31:

Admit that Monsanto has NEVER conducted an epidemiological study to study the association between glyphosate-containing formulations and non-Hodgkin's lymphoma.

Monsanto's response: ADMITTED

HARDEMAN V. MONSANTO COMPANY



Monsanto's Conscious Disregard of Safety
Epidemiology
Animal
Oxidative Stress
Genotoxicity
Parry (1999)
Hardell (1999)
Takahashi (1999)
Elie-Caille (2010)
McDuffie (2001)
George (2010)
Kumar (2001)
Paz-y-Miño (2007)
Atkinson (1993)
Eriksson (2008)
Rank (1993)
Manas (2009)
Peluso (1998)
Hardell (2002)
Mladinic (2009)
Sugimoto (1997)
De Roos (2003)
Bolognesi (2009)
EPA Class C Oncogen (1985)
Bolognesi (1997)
Lueken (2004)
Mladinic (2009)
Vigfusson (1980)
Monroy (2005)
Wood (2009)
Gasnier (2009)
Knezevich & Hogan (1983)
Lioi (1998)
Gehin (2005)
Koller (2012)
1975
1980
1985
1990
1995
2000
2005
2010
2012
Ghostwriting - Williams (2000)
EPA: Class C Oncogen; Dose Response (1985)
McDuffie Abstract (2001)
HARDEMAN V. MONSANTO COMPANY
IBT Study Invalid (1983)
Hardell & Eriksson (1999)
Parry (1999)
Farmer Email (2003)
De Roos (2003)

# Hugh Grant, CEO:   Be a Responsible Corporation

**Hugh G[...]**
*Former [...]*

Q. Mr. Grant, during your time at M[...]santo, did you have
a[...] ther the compa[...] communicate
w[...] out the safety o[...]

A[...] should.  I think [...] onsibility
for companies like Monsanto.  There's a [...]nsibility to
communicate the science and to communicate what the
[...]t [...] h[...]s [...]nd [...] [...]. So [...] don't think that's
[...].

A:  [...] or
paren[...] young pare[...] ry
– and this isn't just Mor[...] at
science is advancing, the a[...] as
if not the companies communicating, then who?  So I think it's [...]ty and
tha[...]ing responsibility over time.

Q: [...] as being anything inappropriate abo[...]
co[...]s about the science to the public?
A:

Transcript, 243:20-244:21

**Refuse**

**Deceive**

**The good ol' Monsanto way – throw some $$ around. (TX 317)**

**LIE TO THE PUBLIC ABOUT ROUNDUP CAUSING CANCER**

**Ghost write**

**Manipulate**

HARDEMAN v. MONSANTO COMPANY

# TX 245:   Monsanto Lying to the Public



**Dr. Donna Farmer**
*Monsanto Decision Maker*

…*"you cannot say* that Roundup does not cause cancer…*we have not done* carcinogenicity studies with 'Roundup'."

September 21, 2009

**Will Roundup harm my family or me?**

**"poses no danger"**

HARDEMAN V. MONSANTO COMPANY

# TX 426:  Monsanto Lying to the Public



**Dr. Donna Farmer**
*Monsanto Decision Maker*

The terms glyphosate and Roundup cannot be used interchangeably **...**For example *you cannot say* that Roundup is not a carcinogen...*we have not done the necessary testing* on the formulation to make that statement.

-November 22, 2003



Monsanto's Conscious Disregard of Safety
Epidemiology
Animal
Oxidative Stress
Genotoxicity
Parry (1999)
Hardell (1999)
Takahashi (1999)
Elie-Caille (2010)
McDuffie (2001)
George (2010)
Kumar (2001)
Paz-y-Miño (2007)
Atkinson (1993)
Eriksson (2008)
Rank (1993)
Manas (2009)
Peluso (1998)
Hardell (2002)
Mladinic (2009)
Sugimoto (1997)
De Roos (2003)
Bolognesi (2009)
EPA Class C Oncogen (1985)
Bolognesi (1997)
Lueken (2004)
Mladinic (2009)
Vigfusson (1980)
Monroy (2005)
Wood (2009)
Gasnier (2009)
Knezevich & Hogan (1983)
Lioi (1998)
Gehin (2005)
Koller (2012)
1975
1980
1985
1990
1995
2000
2005
2010
2012
Ghostwriting - Williams (2000)
EPA: Class C Oncogen; Dose Response (1985)
McDuffie Abstract (2001)
Farmer Email (2009)
IBT Study Invalid (1983)
Hardell & Eriksson (1999)
Parry (1999)
Farmer Email (2003)
De Roos (2003)
HARDEMAN V. MONSANTO COMPANY

# **Monsanto's Egregious & Deliberate Conduct**

➢ **CHOICE**:  Not to pull it off market in 1983 after IBT scandal

➢ **CHOICE**:  Not to warn after EPA found Roundup to be a Category C Oncogen in 1985

➢ **CHOICE**:  Not to share Dr. Parry's Report with EPA

➢ **CHOICE**:  Not to do studies Dr. Parry recommended

➢ **CHOICE**:  Not to test Roundup for carcinogenicity

➢ **CHOICE**:  Ghost writing science re carcinogenicity

➢ **CHOICE**:  Not to put a cancer warning on label

➢ **CHOICE:**  LIE TO CONSUMERS ABOUT SAFETY

HARDEMAN v. MONSANTO COMPANY

# Monsanto's Defense: EPA Approved Roundup so we are off the hook



➢ Original EPA approval built on invalid study, which was never repeated.

➢ The EPA does not test anything.

➢ The EPA relies on information provided by Monsanto.

➢ Monsanto had a cozy relationship with the EPA.

➢ EPA did not follow its own guidelines.

# Monsanto's Defense



## TX 1178

GROUP E – "designation of agent … should not be interpreted as a DEFINITIVE conclusion that the agent will NOT be a carcinogen under any circumstances"

HARDEMAN V. MONSANTO COMPANY

# Dr. Portier – EPA

## "I feel as if [EPA] have let down the American public."

Transcript, 772:16-17



HARDEMAN v. MONSANTO COMPANY

# Monsanto Position: Enough to get by regulators



**Dr. Larry Kier**

Q. Do you believe that Monsanto wanted to know the ultimate answer with respect to whether or not Roundup causes cancer?

A. I think they wanted to have information sufficient for them and the regulatories – regulators to address that, yes.

Transcript, 254:19-24

HARDEMAN v. MONSANTO COMPANY

# Monsanto's Intentional Refusal to Test Roundup

**Message**

| From: | FARMER, DONNA R [FND/1000] [/O=MONSANTO/OU=NA-1000-01/CN=RECIPIENTS/CN=180070] |
|---|---|
| Sent: | 2/13/2001 7:09:03 PM |
| To: | MARTENS, MARK A [AG/5045] [/O=MONSANTO/OU=EA-5040-01/cn=Recipients/cn=21606]; 'Larry Kier' |
| | ███████████; HEYDENS, WILLIAM F [FND/1000] [/O=MONSANTO/OU=NA-1000-01/CN=RECIPIENTS/CN=230737] |
| CC: | GARNETT, RICHARD P [AG/5040] [/O=MONSANTO/OU=EA-5040-01/cn=Recipients/cn=107838] |
| Subject: | RE: Position on Parry's recommendations |

Mark - I have looked at the re-worked mutagenicity responses.  They look fine but I do think it is worthwhile to make the

**In vitro micronucleus assay with and without antioxidants**  - why not use the MON 35050 study here as well.  I still see no need to do these assays.....but if testing surfactant solutions get discussed then  - let's include talk about laundry detergents, hand soap, dishwashing detergents, shampoos as well and not limit it to those used only in AG. People have significantly more exposure surfactant solutins used in those products then they would AG products. I don't know for sure how suppliers would react – but if somebody came to me and said they wanted to test Roundup I know how I would react - with serious concern.  We have to really think about doing formulations even if they are not on the market....glyphosate is still in there and could get caught up in some false positive finding .
We can first ague that glyphosate is not genotoxic and that it is highly unlikely that it causes oxidative stress (is not metabolised with consumption of GSH for example), we can then refer to the negative micronucleus tests on glyphosate formulations and the negative in vitro CA test on glyphosate (NOTOX study).  As a fall back position we can agree with some testing on either surfactant solutions (would suppliers agree with this?) or with glyphosate formulations which don't exist anymore on the market (e.g. MON 35050).

formulations.  We can argue that results from components of mixtures can be used to assess the genotoxicity of the mixtures.  The database on glyphosate should be sufficient to dismiss its role in the possible genotoxicity of formulations containing it.

**In vitro micronucleus assay with and without antioxidants**  - why not use the MON 35050 study here as well.  I still see no need to do these assays.....but if testing surfactant solutions get discussed then  - let's include talk about laundry detergents, hand soap, dishwashing detergents, shampoos as well and not limit it to those used only in AG. People have significantly more exposure surfactant solutins used in those products then they would AG products. I don't know for sure how suppliers would react - but if somebody came to me and said they wanted to test Roundup I know how I would react - with serious concern.  We have to really think about doing formulations even if they are not on the market....glyphosate is still in there and could get caught up in some false positive finding .
We can first ague that glyphosate is not genotoxic and that it is highly unlikely that it causes oxidative stress (is not metabolised with consumption of GSH for example), we can then refer to the negative micronucleus tests on glyphosate formulations and the negative in vitro CA test on glyphosate (NOTOX study).  As a fall back position we can agree with some testing on either surfactant solutions (would suppliers agree with this?) or with glyphosate formulations which don't exist anymore on the market (e.g. MON 35050).

**Oxidative damage in vivo-** agree
Can be sufficiently addressed by MON 35050 I.P. study

**Micronucleus test with repeated dosing –** agree
NTP study should be sufficient to show that such a test is not needed

| UNITED STATES DISTRICT COURT |
|---|
| NORTHERN DISTRICT OF CALIFORNIA |
| **TRIAL EXHIBIT**    **686** |
| Case No. 3:16-cv-0525 VC |
| Date Entered |
| By |
| Deputy Clerk |

MONGLY00923065

**HARDEMAN V. MONSANTO COMPANY**

## -February 13, 2001 (TX 686)

# Monsanto Admission

Request for Admission No. 13:

Admit that Monsanto has <u>NEVER</u> warned any consumers that glyphosate-containing products can cause non-Hodgkin's lymphoma.

Monsanto's response: <u>ADMITTED.</u> Monsanto Denies that its glyphosate-containing products can cause non-Hodgkin's lymphoma.

HARDEMAN V. MONSANTO COMPANY

# DAMAGES

1.    **Past Medical Expenses**

2.    **Past suffering, loss of enjoyment, inconvenience, anxiety, humiliation, and emotional distress**

3.    **Future suffering, loss of enjoyment, inconvenience, anxiety, humiliation, and emotional distress**

HARDEMAN v. MONSANTO COMPANY

4.    **Punitive Damages**

# Plaintiff's Experts: Chadi Nabhan, M.D.



Dr. Nabhan



> Triple Board-Certified hematologist and medical oncologist specializing in Non-Hodgkin Lymphoma ("NHL").

> Vice President and Chief Medical Officer of Cardinal Health Specialty Solutions.

> Former Medical Director of the Clinical Cancer Center at the University of Chicago.

> Treated thousands of lymphoma patients.

AN v. MONSANTO COMPANY

# Mr. Hardeman's Past Medical Expenses

**Parties have agreed that Mr. Hardeman's past medical expenses total:**

# $200,967.10

HARDEMAN v. MONSANTO COMPANY

# What are Mr. Hardeman's damages?

## Compensatory Damages:

- <u>Non-economic damages:</u>

  - ➢ physical pain

  - ➢ mental suffering

  - ➢ loss of enjoyment of life

  - ➢ physical impairment

  - ➢ inconvenience

  - ➢ grief

  - ➢ anxiety

  - ➢ humiliation

  - ➢ emotional distress

HARDEMAN v. MONSANTO COMPANY

## SUMMARY OF MONSANTO'S
## FINANCIAL CONDITION

| MONSANTO'S FINANCES | HOW DID MONSANTO SPEND ITS MONEY? |
|---|---|
| $63 Billion – Bayer's 2018 acquisition of Monsanto | ZERO spent on epidemiology studies |
| $7.8 Billion –  Monsanto's net worth prior to Bayer's acquisition | ZERO spent on *in vivo* human genotoxicology studies |
| $2.4 Billion – Monsanto's cash on hand | ZERO spent on *in vivo* human oxidative stress studies |
| $1.5 Billion – Monsanto's annual budget for research and development | ZERO spent on long-term rodent carcinogenicity studies on Roundup formulation |
| | ZERO spent on warning the public Roundup causes cancer |

HARDEMAN v. MONSANTO COMPANY

# TX 788      Roundup is key to Monsanto (2009)

## ROUNDUP FTO AS PART OF THE GROWTH INITIATIVES: WHY?



- Preserve the value of a $470M GP business at the horizon of 2014 (draft LRP EMEA)
- Roundup is key to Monsanto in many aspects:
  - N°1 weedkiller all over the world
  - Fantastic brand
  - Close to 100% awareness amongs farmers around the globe
  - Outstanding contributor to Monsanto earnings
  - Pilar to the development of RR crops
- BUT
  - The political context in Europe is very much « against » pesticides
  - Due to its leadership position, Roundup is the easy target  chosen by opponents to attack Monsanto (GMO)

HARDEMAN v. MONSANTO COMPANY

# TX 788    Roundup is key to Monsanto

## MANY INITIATIVES BUT WITH A LACK OF COORDINATION



- No need to reinvent the wheel
- But clear need to circulate at country level what's happening at EU level and the other way around
- Missing processes: need to treat FTO as a strategic priority and manage it as a marketing plan (who, what, when, how much?)
- ROUNDUP FTO NEEDS A CHAMPION AT EMEA LEVEL
- ROUNDUP FTO NEEDS A TASK FORCE
- Additional ressources would allow to better or faster exploit existing material, to create new material (studies for example) to justify our assertions, and to communicate

HARDEMAN v. MONSANTO COMPANY

# TX 791:  Roundup Sales



**ORTHO®   Roundup**

## Product Line Review

- Roundup dollar sales have increased at a CAGR of 12.6% from 1996 - 1999 and are projected to increase another 12.5% in the year 2000.

HARDEMAN v. MONSANTO COMPANY

MONGLY07868847

# Punitive Damages:  Value of Monsanto

- **$63 Billion** Purchase in 2018
- **$7.8 Billion** Net Worth in 2018
- **$2.4 Billion** Cash on Hand in 2018
- **$1.5 Billion** spent on Research & Development

HARDEMAN v. MONSANTO COMPANY