**WILKINSON WALSH + ESKOVITZ LLP**
Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonwalsh.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonwalsh.com)
2001 M St. NW
10th Floor
Washington, DC 20036
Tel:    202-847-4030
Fax:   202-847-4005

**ARNOLD & PORTER KAYE SCHOLER**
Pamela Yates (CA Bar No. 137440)
(Pamela.Yates@arnoldporter.com)
777 South Figueroa St., 44th Floor
Los Angeles, CA 90017
Tel: 213-243-4178
Fax: 213-243-4199

**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
1350 I St. NW
Washington, DC 20005
Tel: 202-898-5843
Fax: 202-682-1639

**COVINGTON & BURLING LLP**
Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
One City Center
850 10th St. NW
Washington, DC 20001
Tel: 202-662-6000

*Attorneys for Defendant*
*MONSANTO COMPANY*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>*Hardeman v. Monsanto Co., et al.*,<br>3:16-cv-0525-VC | 3:16-md-02741-VC<br>Case No.: 3:16-cv-0525<br><br>[~~PROPOSED~~] **ORDER APPROVING SUPERSEDEAS BOND AND STAYING EXECUTION OF JUDGMENT** |

**ORDER**

The Court has reviewed the Stipulation of the Parties Requesting Issuance of Order Approving Defendant Monsanto Company's Supersedeas Bond and Staying Execution of Judgment ("Stipulation"). In the Stipulation, counsel for Plaintiff Edwin Hardeman and counsel for Defendant Monsanto Company have stipulated, agreed, and requested that this Court issue an Order approving the form of Monsanto Company's Supersedeas Bond, which is in the amount the Court has ordered ($100,334,542.63). The parties have further stipulated, agreed, and requested that the Court's Order will stay execution on the Judgment entered on May 3, 2019 in favor of Plaintiff Edwin Hardeman, and against Defendant Monsanto Company, with such stay remaining in effect, pursuant to Federal Rule of Civil Procedure ("FRCP") 62, during the pendency of post-trial motions under FRCP 59 and 60, and during appeal, if any, to the United States Court of Appeals for the Ninth Circuit until the mandate from the Ninth Circuit issues. Based upon the Stipulation, and good cause appearing, the Court hereby ORDERS:

1. Monsanto Company's Supersedeas Bond is in the amount the Court has ordered ($100,334,542.63), and complies in all other respects with the requirements of FRCP 62 and Local Rule 65.1-1(b)(2), except that it is not yet fully executed, and it is therefore APPROVED in form, but Monsanto shall file the fully executed bond as soon as possible;

2. Based upon this Court's approval of Monsanto Company's Supersedeas Bond, the Court ORDERS that execution of the Judgment entered in this matter on May 3, 2019, is STAYED pursuant to FRCP 62 during the pendency of post-trial motions under FRCP 59 and 60, and during appeal, if any, to the United States Court of Appeals for the Ninth Circuit until the mandate from the Ninth Circuit issues.

**IT IS SO ORDERED**

Dated: June 4, 2019

By: _____
HONORABLE VINCE CHHABRIA
United States District Judge