AUG 3 3 6 8

019 4591

FILED
in the office of the Secretary of State
of the State of California

OCT 1 8 2005

# RESTATED ARTICLES OF INCORPORATION OF AZUSA PACIFIC UNIVERSITY
## A California Religious Corporation

Jon R. Wallace and Evan R. Collins hereby certify that:

1.  They are the President and Secretary, respectively, of Azusa Pacific University.

2.  The Articles of Incorporation are restated in their entirety as follows:

### ARTICLE I

The name of the corporation is AZUSA PACIFIC UNIVERSITY, a California religious corporation.

### ARTICLE II

This corporation elects to be governed by all of the provisions of the Nonprofit Corporation Law of 1980 not otherwise applicable to it under Part 5.

### ARTICLE III

The corporation is a religious corporation and is not organized for the private gain of any person. It is organized under the Nonprofit Religious Corporation Law of the State of California primarily for religious purposes. The specific and primary purpose for which the corporation is formed is to establish, operate, and maintain a College, Seminary or University with all of the powers permitted by the laws of the State of California to a non-profit corporation. The corporation is formed for the express purpose of spreading and propagating the Gospel of Jesus Christ. Such purposes for which the corporation is formed are exclusively religious and educational within the meaning of Section 501(c)(3) of the Internal Revenue Code of 1986.

Notwithstanding any other provisions of these Articles, the corporation shall not carry on any activities not permitted to be carried on (a) by a corporation exempt from federal income tax under Section 501(c)(3) of the Internal Revenue Code of 1986 (or the corresponding provision of any future United States Internal Revenue law), or (b) by a corporation contributions to which are deductible under Section 170(c)(2) of the Internal Revenue Code of 1986 (or the corresponding provision of any future United States Internal Revenue law).

The property of the corporation is irrevocably dedicated to religious purposes and no part of the net income or assets of the corporation shall ever inure to the benefit of any

director or officer thereof or to the benefit of any private person. Upon the dissolution or winding up of the corporation, its assets remaining after payment, or provision for payment, of all debts and liabilities of the corporation shall be distributed to a nonprofit fund, foundation or corporation which is organized and operated exclusively for religious purposes and which has established its tax exempt status under Section 501(c)(3) of the Internal Revenue Code.

## ARTICLE IV

The management and conduct of all of the affairs, business and interests of the corporation shall be vested in a Board of Directors, who may also be inter-changeably referred to by the corporation collectively as the "Board of Trustees" or individually as "Trustees." The Board of Trustees shall consist of not less than five (5), nor more than forty-five (45) members. One-third of the number of Trustees shall be elected annually after the expiration of one year from the date of incorporation, and each shall serve thereafter for a period of three years, under such terms and conditions as may be provided in the By-Laws, including reducing the term to a one-year term when the Board of Trustees deems this to be advisable. The President of the corporation shall be a Trustee during his service as President of the corporation, without regard to the length of his service as President. Notwithstanding any other provision of these Restated Articles of Incorporation to the contrary, the President shall not be subject to election nor shall his term of service as a Trustee be limited except by the duration of his service as President.

In the election of Trustees, each Trustee of the corporation shall be entitled to one vote for each office to be filled.

The number of Trustees may be fixed or changed from time to time only by an amendment of the Articles of Incorporation of the corporation, or by amendment of the Bylaws of the corporation, adopted by the vote of a majority of a quorum at a meeting of Trustees of the corporation called pursuant to the Bylaws, or a unanimous written consent of the Trustees, provided that the number shall never be reduced to less than five (5) nor increased to more than forty-five (45).

## ARTICLE V

Except as provided in Article IV, these Articles may not be amended except by the vote of seventy-five percent (75%) of the Trustees of the corporation, present and voting at a meeting duly called and held for that purpose, or by the unanimous written consent of the Trustees.

## ARTICLE VI

The corporation is authorized to provide indemnification of agents (as defined in Section 9246 of the Corporations Code) for breach of duty to the corporation through bylaw provisions or through agreements with the agents, or both, as permitted by Section 9246 of the Corporations Code.

* * *

3. The corporation does not have any members.

4. The foregoing Restated Articles of Incorporation have been duly approved by the Board of Trustees.

The undersigned each declare under penalty of perjury under the laws of the State of California that the matters set forth in this certificate are true and correct of his or her own knowledge.

Executed at Azusa, California, on September 30, 2005.

_____
Jon R. Wallace
Its President

_____
Evan R. Collins
Its Secretary

40917156.3

3