

2001 M STREET NW
10th Floor
WASHINGTON, DC 20036

WWW.WILKINSONWALSH.COM
___
A LIMITED LIABILITY PARTNERSHIP

June 5, 2019

**VIA ECF**

Hon. Vince Chhabria
San Francisco Courthouse, Courtroom 4
450 Golden Gate Avenue
San Francisco, CA 94102

    Re:    *In re Roundup Prods. Liab. Litig.*, **No. 16-cv-00525-VC**

Dear Judge Chhabria:

    Pursuant to this Court's Order re Trial Slides (ECF No. 3985), attached hereto as Exhibit A is Monsanto's Phase 1 Closing Argument slide deck; attached hereto as Exhibit B is Monsanto's Phase 2 Opening Statement slide deck; and attached hereto as Exhibit C is Monsanto's Phase 2 Closing Argument slide deck.

    Respectfully submitted,

    /s/ Brian L. Stekloff_____

    Brian L. Stekloff (*pro hac vice*)
    (bstekloff@wilkinsonwalsh.com)
    Tamarra Matthews Johnson (*pro hac vice*)
    (tmatthewsjohnson@wilkinsonwalsh.com)
    Rakesh Kilaru (*pro hac vice*)
    (rkilaru@wilkinsonwalsh.com)
    WILKINSON WALSH + ESKOVITZ LLP
    2001 M St. NW, 10th Floor
    Washington, DC 20036
    Tel: 202-847-4030
    Fax: 202-847-4005

Cc: Counsel of Record (via ECF)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of June 2019, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

/s/ Brian L. Stekloff_____