# EXHIBIT A

## What Plaintiff Has To Prove

Did Mr. Hardeman prove by a preponderance of the evidence that his exposure to Roundup was a substantial factor in causing his non-Hodgkin's lymphoma?

Filed pursuant to Court order

Case No. 16-cv-00525-VC

1

# Mr. Hardeman's NHL Was Not Unique



**Edwin Hardeman**

▷ Diagnosed with **DLBCL**

▷ **No marker** to determine cause

▷ **No test** to determine cause

▷ **Nothing unique** about his cancer

Filed pursuant to Court order

Case No. 16-cv-00525-VC

2

# Cause Is Unknown In Most NHL Cases



Dr. Jeffrey Ye
Oncologist

Q. Unfortunately, the cause of non-Hodgkin's -- non-Hodgkin's lymphoma is unknown?

A. **For most patients, it's unknown.**



Dr. Dennis Weisenburger
Plaintiff Pathology Expert

Q. The cause of a patient's non-Hodgkin's lymphoma is **unknown in most cases**, right?

A. **Yes.**

# Mr. Hardeman Could Have Gotten NHL Without Roundup



**Dr. Dennis Weisenburger**
Plaintiff Pathology Expert

Q. And you were asked: And you would agree that Mr. Hardeman could have been diagnosed with the exact same diffuse large B-cell lymphoma **without exposure to Roundup**, true? And your answer was: It's possible. Right?

A. **It is possible**.

Tr. 1305:5-10

4

# Did Roundup Matter To Mr. Hardeman's Doctors?



**Dr. Jeffrey Ye**
Oncologist



**Dr. Roger Turk**
General Practitioner



**Dr. Richard Turley**
Otolaryngologist

▶ His doctors **don't say Roundup causes cancer**

▶ His doctors **don't say Roundup caused his cancer**

▶ His doctors **don't ask patients about Roundup**

▶ His medical records **don't mention Roundup**

Turk Tr. 82:9-13; Turley Tr. 40:21-41:2; Ye Tr. 122:13-16; 141:18-23

5

# Does Roundup Matter To Dr. Arber's Practice?



**Dr. Daniel Arber**
Pathology Expert

Q. Doctor, what, if **any role does Roundup play** in your clinical practice?

A. **None**. When I receive specimens I always get a list of details of the clinical information that the treating physician feels are important for me to make a diagnosis including risk factors and **I have never in my career received a specimen where Roundup was listed as a risk factor for a patient**.

Filed pursuant to Court Order

Case No. 16-cv-00525-VC

6

# Who Told You Roundup Caused Mr. Hardeman's Cancer?



**Dr. Dennis Weisenburger**
Plaintiff Pathology Expert

▶ **Not an oncologist**

▶ **Never told a patient** Roundup caused his or her cancer

▶ **Never told oncologists** Roundup can cause cancer

▶ **Never told other pathologists** Roundup can cause cancer

▶ **Never included** Roundup in a pathology report

# Dr. Weisenburger Defers To Clinicians



Dr. Dennis Weisenburger
Plaintiff Pathology Expert

The job of the pathologist is to look at the slides and to do stains or other tests that might help, **but we don't interview the patients. We don't review all of their laboratory results.** So that's the job of the clinician, okay. **That's the job of the clinician, not the job of the pathologist.**

Tr. 1221:5-10

8

# Oncologists Want To Know The Cause



**Dr. Jeffrey Ye**
Oncologist



**Dr. Alexandra Levine**
Oncology and
Hematology Expert

Q. As part of your care and treatment of your patients, **if you could determine the cause of their cancer, you would want to do so**, right?

A. **Yes**.

Q. Now, there has been testimony about oncologists who want to know the cause of their patients' non-Hodgkin's lymphoma. And my question for you is: If you, Dr. Levine, **could know the cause of every one of your patients' non-Hodgkin's lymphoma, would you want to know?**

A. **I would absolutely want to know**.

# Dr. Weisenburger Agrees



Dr. Dennis Weisenburger
Plaintiff Pathology Expert

Q. If a patient came in with non-Hodgkin's lymphoma and it were true that Roundup or glyphosate caused his or her cancer, **the oncologist would want to know that**, right?

A. **Yes.**

Tr. 1224:4-7

10

# Dr. Weisenburger: Outside The Courtroom



**Dr. Dennis Weisenburger**
Plaintiff Pathology Expert

Q. **You have never used this method** to determine the cause of a non-Hodgkin's lymphoma patient's cancer, correct?

A. **No**, but I have done it in other cases where I have tried to rule out causes. So, you know, I have done it -- I have done it in other cases.

Q. But **not to determine the cause of non-Hodgkin's lymphoma**, correct?

A. **No**, because it is not part of my practice.

11

# Doctors Do Not Use Dr. Weisenburger's Method



**Dr. Alexandra Levine**
Oncology and
Hematology Expert



**Dr. Daniel Arber**
Pathology Expert

Q. And specifically did you review the testimony he gave about what he calls his differential method?

A. Yes, I did.

Q. **Have you, in your 40-plus-year career as an oncologist, ever used that method to determine the cause of a patient's non-Hodgkin's lymphoma?**

A. **No.**

Q. And do you believe as someone who's been practicing in pathology for -- how long is it now?

A. 26 years.

Q. -- 26 years, do you believe that this is a valid way of identifying the cause of a patient's NHL as a pathologist?

A. **No, I don't.**

# Higher Standard Outside The Courtroom



**Dr. Dennis Weisenburger**
Plaintiff Pathology Expert

Q. What you do focus on in your clinical care is making diagnoses; right?

A. Yes.

Q. When you are making a diagnosis, **if it is 50.1 percent**, you don't go tell the other doctors this is the diagnosis. **You run other tests, right?**

A. **For making diagnosis we have to be much more sure than that, absolutely.**

# Mr. Hardeman's NHL Risk Factors



# Mr. Hardeman's 39 Years of Active Hepatitis C



**Dr. Dennis Weisenburger**
Plaintiff Pathology Expert

Q. So he had active
   hepatitis C that can lead
   to **genetic mutations**
   that can lead to cancer
   for **39 years**, right?

A. **Probably, yes**, it
   probably was that long.

Tr. 1314:6-8

15

# Everyone Agrees Hepatitis C Caused Cirrhosis



**Dr. Jeffrey Ye**
Oncologist



**Dr. Alexandra Levine**
Oncology and
Hematology Expert



**Dr. Dennis Weisenburger**
Plaintiff Pathology Expert



# Dr. Levine: "Hit And Run"



Dr. Alexandra Levine
Oncology and
Hematology Expert

Hepatitis C can directly cause accidents, mutations in the DNA. Mr. Hardeman had mutations in his DNA. **Once that accident is there, the virus doesn't have to be there anymore at all. We call that a hit-and-run kind of a mechanism.**

# Hit And Run Established In Scientific Literature

2004 **PNAS**



Keigo Machida, Kevin T.-N. Cheng.
Vicky M.-H. Sung. Shigetaka
Shimodaira. Karen L. Lindsay.
Alexandra M. Levine, Ming-Vang Lai.
and Michael M. C. Lai.

These results indicate that
**HCV induces a mutator
phenotype and may
transform cells by a hit-
and-run mechanism**. This
finding provides a
mechanism of oncogenesis
for an RNA virus.

2013 **JOURNAL OF HEPATOLOGY**



# Latency





# Dr. Weisenburger Dismisses Hepatitis C



**Dr. Dennis Weisenburger**
Plaintiff Pathology Expert

And based on what I have told you and the studies I showed you yesterday, it's my opinion that **after he was cured from the hepatitis C, he was no longer at risk for non-Hodgkin's lymphoma**, okay. You remember the curves all went back to the normal background level after treatment.

Tr. 1212:20–24

21

# Mr. Hardeman's Hepatitis C



# Dr. Weisenburger: Hepatitis B May Have Caused Mutations



**Dr. Dennis Weisenburger**
Plaintiff Pathology Expert

Q.  **You can't rule out** that at some point between 1966 and 2005 Mr. Hardeman had an **active hepatitis B infection**, correct?

A.  **I can't**. We don't know -- we don't know.

Q.  And so **you can't rule out** that if he had an active hepatitis B infection at any point between 1966 and 2005 **it may have caused genetic mutations**, right?

A.  **It may have, yes.**

# Mr. Hardeman's Hepatitis B



**Dr. Alexandra Levine**
Oncology and
Hematology Expert

**Hepatitis B can cause the same kinds of accidents or genetic errors, mutations, in the DNA** just as I was saying about hepatitis C; and **hepatitis B has also been proven to be a cause of non-Hodgkin's lymphoma and specifically diffuse large B-cell lymphoma**.

# Dr. Weisenburger Dismisses Hepatitis B



**Dr. Dennis Weisenburger**
Plaintiff Pathology Expert

And the **same is true for hepatitis B** because he was – he  has been immune to hepatitis B all along throughout his entire nine or ten years up to the time he developed lymphoma, and he never had active infection. He was immune to hepatitis B, **so the hepatitis B would not cause his non-Hodgkin's lymphoma either**.

# Plaintiff's Experts Agree: Age Is A Risk Factor



**Dr. Beate Ritz**
Plaintiff Epidemiology Expert

**NHL**, like most other cancers, **is a disease of aging** with dramatically higher incidence as people age.



**Dr. Dennis Weisenburger**
Plaintiff Pathology Expert

**Age** is a **known risk factor** for non-Hodgkin's lymphoma; that is, **as you get older, your risk for non-Hodgkin's lymphoma increases**.

# Dr. Weisenburger: Roundup Always The Cause



**Dr. Dennis Weisenburger**
Plaintiff Pathology Expert

Q. Isn't it true, Dr. Weisenburger, that absent extreme examples of very minimal use of Roundup or that someone is wearing like a suit where they never have any skin exposure ever to Roundup, if you have a patient as part of your methodology who was exposed to Roundup and developed non-Hodgkin's lymphoma, **in every one of those cases you are going to say more likely than not Roundup was a substantial contributing factor**?

A. **No.** I would have to -- each -- I would have to weigh each case individually, just like I did Mr. Hardeman, and look at how much exposure there was and make a decision in each case. So that's the way I would approach it.

Q. Okay. So what I said is inaccurate?

A. **I think it is inaccurate**, yes.

# Dr. Weisenburger: Roundup Always The Cause



**Dr. Dennis Weisenburger**
Plaintiff Pathology Expert

Q. **And your answer was: More likely than not.** Right?

A. Yes, more likely than not if there was a substantial exposure, okay.

Q. **So you are changing your testimony?**

A. Well, I'm clarifying my testimony.

Q. Changing it, right?

A. **Well, I'm changing it and I'm clarifying it, for you and for the jury.**

Tr. 1336:1-9

28

# What Dr. Weisenburger Dismissed



**Dr. Dennis Weisenburger**
Plaintiff Pathology Expert

▶ 70-90% Idiopathic

▶ 39 Years of Hepatitis C

▶ Exposure to Hepatitis B

▶ Diagnosis at Age 66

▶ BCL-6 Mutation

# Glyphosate Use Increased, NHL Stays The Same



United States

Filed pursuant to Court order

Case No. 16-cv-00525-VC

# Dr. Portier: Human Data Preferred

2009



**Dr. Christopher Portier**
Plaintiff Biostatistics
Expert



In the evaluation of human health risks, sound **human data, whenever available, are preferred to animal data**. Animal and in vitro studies provide support and are used mainly to supply evidence missing from human studies.

Ex. 1278 at X

31

# Human Data: Highest Level Of Evidence



**Dr. Lorelei Mucci**
Epidemiology Expert

If we want to understand why cancer occurs in humans, the ideal population to study is human beings. So therefore, **the epidemiology studies really are the highest level of evidence** that we have in trying to understand any relationship between a risk factor and cancer risk.

Tr. 1410:11-15

32

# Animal Study Doses Are Much Higher



**Dr. Christopher Portier**
Plaintiff Biostatistics
Expert

Q. Do you take issue with it being **hundreds or thousands of times higher** than what humans are exposed to?

A. **It's much higher. I'll give you that.**

# Mouse Study Did Not Change EPA Classification

**1991**





## G.  Classification:

Considering criteria contained in EPA Guidelines (FR 51:33992-34003, 1986] for classifying a carcinogen, the Committee concluded that Glyphosate should be classified as a Group E (evidence of non-carcinogenicity for humans), based on lack of convincing carcinogenicity evidence in adequate studies in two animal species.

# Dr. Portier: Cannot Leap From Animals To Humans



**Dr. Christopher Portier**
Plaintiff Biostatistics
Expert

Q. You would need to look at the human data, correct?

A. We would **need human data in order to make that leap from animals to humans** for a specific disease.

Q. Including glyphosate and NHL?

A. **Including NHL** and any agent.

Portier Tr. 378:6-378:12

35

# Genotoxicity: Not Used To Establish Cause



Dr. Christopher Portier
Plaintiff Biostatistics
Expert

Q. It's not the purpose of genotoxicity assays to establish that glyphosate causes NHL.

A. **Genotoxicity assays are not used to establish that glyphosate causes NHL in people.**

# European Response To Dr. Portier

## 2016



Dear Professor Portier,

**European Food Safety Authority**

### c) Conclusion

Considering a weight of evidence approach, taking into account the quality and reliability of all available data, it is concluded that glyphosate is unlikely to be genotoxic *in vivo* and does not require hazard classification regarding mutagenicity according to the CLP Regulation.

# Jury Instruction

### INSTRUCTION NO. 10:
### REGULATORY AGENCIES

You have heard testimony that the Environmental Protection Agency (EPA), the

International Agency for Research of Cancer (IARC), the European Food Safety Authority

(EFSA), and the European Chemicals Agency (ECHA) have reached conclusions about

glyphosate. You should not defer to any such conclusions. They are not a substitute for your own

independent assessment of the evidence presented in this case.

Filed pursuant to Court order

Case No.: 16-cv-00525 VC

38

# European Response To Dr. Portier

2016





**European Food Safety Authority**

Dear Professor Portier,

## VI.    Summary

EFSA considers that the arguments brought forward in the open letter do not have an impact on the EFSA conclusion on glyphosate.

# Regulators Say Glyphosate Not Carcinogenic







▶ Post IARC

▶ Post Dr. Portier

# Human Epidemiology Studies



**Dr. Lorelei Mucci**
Epidemiology Expert

| Case Control Studies | Agricultural Health Study |
|---|---|
| Exploratory | Repeatedly Validated |
| Early Years | Cancer Registries |
| Small Numbers | Power (Size, Exposure, Timeframe) |
| Fail to Properly Adjust for Other Pesticides | Properly Adjusts for Other Pesticides |

41

# Dr. Weisenburger Respects AHS



**Dr. Dennis Weisenburger**
Plaintiff Pathology Expert

Q. You **respect the researchers and doctors** who are associated with the **National Cancer Institute**; right?

A. **Yes**.

Q. And even more specifically, you respect the doctors and researchers that are part of that **2018 Agricultural Health Study publication**; right?

A. **Yes**.

# Dr. Ritz On AHS



**Dr. Beate Ritz**
Plaintiff Epidemiology Expert





"Beautiful study"

"They have done an amazing job"

"Well-designed questionnaire"

"Very fancy method"

43



# Farmers Are The Most Exposed



**Dr. Beate Ritz**
Plaintiff Epidemiology Expert

What they did is said, well, you know, **who is the group of people most exposed to pesticides**? If that's what we are interested in, **it is farmers**. So let's go out there and assemble a large group of farmers. And that's what we call a cohort, **a cohort of farmers**.



Ex. 1032 (out of 44,932); 1304

# AHS: <u>No Association</u> Between Roundup and NHL

## 2005



There was <u>no association</u> between glyphosate exposure and all cancer incidence or most of the specific cancer subtypes we evaluated, including NHL, whether the exposure metric was ever used, cumulative exposure days, or intensity-weighted cumulative exposure days.

## 2018



<u>No association</u> was apparent between glyphosate and any solid tumors or lymphoid malignancies overall, including NHL and its subtypes.

# AHS: No Dose Response



# AHS Was Repeatedly Validated







# AHS Authors Addressed Misclassification



## 2018

## 2019

To evaluate the impact of using imputed exposure data for participants who did not complete the follow-up questionnaire, we **limited the analysis to 34,698 participants who completed both questionnaires,** reducing the total number of cancer cases to 4,699. **Glyphosate use was not associated with NHL**.

# Human Epidemiology Studies



**Dr. Lorelei Mucci**
Epidemiology Expert

| Case Control Studies | Agricultural Health Study |
|---|---|
| Exploratory | Repeatedly Validated |
| Early Years | Cancer Registries |
| Small Numbers | Power (Size, Exposure, Timeframe) |
| Fail to Properly Adjust for Other Pesticides | Properly Adjusts for Other Pesticides |

51

# Plaintiff's Studies Are Small

## Case Control Studies

| Study | Exposed Controls | Exposed NHL Cases |
|---|---|---|
| Hardell | 8 | 8 |
| Eriksson | 18 | 29 |
| Orsi | 24 | 12 |
| De Roos | 61 | 36 |
| McDuffie | 133 | 51 |

Exs. 1246 at 1044; 1188 at 1659; 1423 at 295; 1145 at 5; 1375 at 1158

# Plaintiff's Studies Are Early

## Case Control Studies

| Study | Years | 20 Years Before |
|---|---|---|
| Hardell | 1987-1990 | 1967-1970 |
| Eriksson | 1999-2002 | 1979-1982 |
| Orsi | 2000-2004 | 1980-1984 |
| De Roos | 1979-1986 | 1959-1966 |
| McDuffie | 1991-1994 | 1971-1974 |

# Adjusting For Other Pesticides Is Necessary



**Dr. Dennis Weisenburger**
Plaintiff Pathology Expert

Q. And that's why it's **so important to adjust for other pesticides in these studies**, correct?

A. That's correct.

Q. Because if you don't adjust for other pesticides, **you might not be able to identify what the real data is about Roundup or glyphosate, correct**?

A. **Yes**.

Tr. 1279:12-18

54

# Statistical Significance = More Reliable



**Dr. Dennis Weisenburger**
Plaintiff Pathology Expert

Q. Why did you bold the **statistically significant** ones?

A. Well, because I think that **one can have more reliance on the numbers if they are statistically significant**, okay. There is **less chance for random error**, okay.

# Meta-Analysis: Must Look At Original Studies



**Dr. Beate Ritz**
Plaintiff Epidemiology Expert

▸ "Lazy" to look at meta-analysis

▸ "That's not science."

▸ "That's not what I do."

▸ Must go back to original studies

Tr. 724:2-12

56

# Plot Summary of NHL risk with ever/ never



# De Roos Could Not Be Properly Adjusted



**Dr. Lorelei Mucci**
Epidemiology Expert

And, again, just to be clear, my concern with this particular study is not only that particular confidence interval, but also the fact that -- the approach that they took for adjusting. **When you have only 36 exposed cases**, adjusting, whether you're using logistic or hierarchical, **putting 47 pesticides into a model with only 36 cases can cause a lot of problems**.

**Only 36 Cases / Needed 235 Cases**

Tr. 1512:24-1513:5

58

# Plot Summary of NHL risk with ever/ never



# Plot Summary of NHL risk – dose response



# NAPP: What Dr. Weisenburger Showed

## Frequency (#Days/Year) of Glyphosate Handling and NHL Risks



| # days/year handled | OR* (95% CI) | | | | |
|---|---|---|---|---|---|
| | Overall | FL | DLBCL | SLL | Other |
| 0 | 1 | 1 | 1 | 1 | 1 |
| >0 and ≤2 | 0.83 (0.51, 1.34) | 0.53 (0.22, 1.29) | 0.77 (0.37, 1.58) | 1.40 (0.41, 4.74) | 1.38 (0.58, 3.30) |
| >2 | 1.98 (1.16, 3.40) | 1.52 (0.63, 3.67) | 2.49 (1.23, 5.04) | 2.48 (0.66, 9.37) | 2.21 (0.78, 6.22) |
| P-trend | 0.02 | 0.18 | 0.02 | 0.40 | 0.29 |

*ORs adjusted for age, sex, state/province, lymphatic or hematopoietic cancer in a first-degree relative, use of a proxy respondent, use of any personal protective equipment, use of 2,4-D, use of dicamba, use of malathion

Towards a cancer-free workplace



# NAPP: What Dr. Weisenburger Did Not Show



**Dr. Dennis Weisenburger**
Plaintiff Pathology Expert

Q.  Okay. And you showed the **one page** of the June 2015 deck that supported your dose response opinion, correct?

A.  That's correct.

Q.  And **you did not show the other pages that did not support your opinion**, correct?

A.  **That's correct.**



# You Decide Credibility

**INSTRUCTION NO. 6:**
**CREDIBILITY OF WITNESSES**

In reaching your decision, you may have to decide which testimony to believe and which

testimony not to believe. You may believe everything a witness says, or part of it, or none of it. In

considering the testimony of any witness, you may take into account:

1. The opportunity and ability of the witness to see, hear, or know the things testified

to;

2. The witness's memory;

3. The witness's manner while testifying (although keep in mind that different people

react differently to testifying in court);

4. The witness's interest in the outcome of the case, if any;

5. The witness's bias or prejudice, if any;

6. Whether other evidence contradicted the witness's testimony;

7. The reasonableness of the witness's testimony in light of all the evidence; and

8. Any other factors that bear on believability.

Sometimes a witness may say something that is not consistent with something else he or

she said. Sometimes different witnesses will give different versions of what happened. People

often forget things or make mistakes in what they remember. Also, two people may see the same

event but remember it differently. You may consider these differences, but do not decide that

testimony is untrue just because it differs from other testimony.

However, if you decide that a witness has deliberately testified untruthfully about

something important, you may choose not to believe anything that witness said. On the other

hand, if you think the witness testified untruthfully about some things but told the truth about

others, you may accept the part you think is true and ignore the rest.

# Glyphosate Does Not Increase NHL Rates



# Plaintiff's Expert: Outside The Courtroom



**Dr. Dennis Weisenburger**
Plaintiff Pathology Expert

 



**Told patients?**

 



**Told pathologists?**

 



**Told oncologists?**

 



**Wrote in pathology report?**

 



**Used method with NHL?**

 

# Jury Instruction

## INSTRUCTION NO. 9:
## CAUSATION

To prevail on the question of medical causation, Mr. Hardeman must prove by a preponderance of the evidence that Roundup was a substantial factor in causing his non-Hodgkin's lymphoma. A substantial factor is a factor that a reasonable person would consider to have contributed to the harm. It must be more than a remote or trivial factor. It does not have to be the only cause of the harm. Subject to the additional instructions below, conduct is not a substantial factor in causing harm if the same harm would have occurred without that conduct.

The following additional instructions apply if you believe that two or more NHL-causing factors operated independently on Mr. Hardeman:

If you conclude that Mr. Hardeman has proven that his exposure to Roundup was sufficient on its own to cause his NHL, then you must find for Mr. Hardeman even if you believe that other factors were also sufficient on their own to cause his NHL. On the other hand, if you conclude that Mr. Hardeman has not proven that his exposure to Roundup was sufficient on its own to cause his NHL, then you must find for Monsanto.

# Mr. Hardeman Could Have Gotten NHL Without Roundup



Dr. Dennis Weisenburger
Plaintiff Pathology Expert

Q. And you were asked: And you would agree that Mr. Hardeman could have been diagnosed with the exact same diffuse large B-cell lymphoma **without exposure to Roundup**, true? And your answer was: It's possible. Right?

A. **It is possible**.

# Outside The Courtroom:
# Roundup Does Not Matter



Dr. Jeffrey Ye
Oncologist



Dr. Roger Turk
General Practitioner



Dr. Richard Turley
Otolaryngologist

▷ His doctors **don't say Roundup** causes cancer

▷ His doctors **don't say Roundup** caused **his** cancer

▷ His doctors **don't ask patients** about **Roundup**

▷ His medical records **don't** mention **Roundup**

Turk Tr. 82:9-13; Turley Tr. 40:21-41:2; Ye Tr. 122:13-16; 141:18-23

68

# Dr. Alexandra Levine



**Dr. Alexandra Levine**
**Oncologist / Hematologist**





▶ **Over 40 years experience** treating NHL patients
▶ **Treated thousands of NHL patients** and still does today
▶ **Teaches** about and researches NHL
▶ Recipient of numerous prestigious awards
▶ **Over 300 publications** including about causes of NHL such as HCV

# Dr. Levine: Consistent Inside and Outside The Courtroom



Dr. Alexandra Levine
Oncology and
Hematology Expert

▶ Would want to know the cause

▶ Roundup does not cause NHL

▶ Roundup did not cause or contribute to Mr. Hardeman's NHL

▶ HCV most likely cause; HBV second most likely cause

▶ Cannot rule out idiopathic

▶ Would never use Dr. Weisenburger's method for cause of NHL

70

# What You Have To Believe To Rule For Plaintiff

**National Cancer Institute Is Wrong**

**Age and Size of Studies Don't Matter**

**Mr. Hardeman's Risk Factors Don't Matter**

**Real World Medical Practice Doesn't Matter**

**What His Experts Do Outside Doesn't Matter**

71

