# EXHIBIT B



## What You Have To Answer

1986–2012

Based on the science at the time, did Monsanto act responsibly in not including a warning about NHL?

2

# Mr. Hardeman



**Edwin Hardeman**

▶ **Used Roundup between 1986–2012**

▶ **NHL in remission since July 2015**

▶ **Dr. Ye is optimistic about future**

3

# Roundup History



▶ **1975**: Entered market

▶ **Approved** multiple times since

▶ **Most studied** herbicide in the world

4

# What Monsanto Did



**Dr. Donna Farmer**
Monsanto Toxicologist
Product Safety Center

- ▶ Decades of testing
- ▶ Multiple types of tests
  - Acute toxicology
  - Genotoxicity
  - Animal testing
- ▶ Tested glyphosate/ surfactants/formulation
- ▶ Submitted to EPA and other regulators

5

# What EPA Did Not Do



1975–2012



▶ Did not suspend product

▶ Did not remove product

▶ Did not require warning

Filed pursuant to Court order

Case No. 16-cv-00525-VC

6

---

# Who Works At EPA?

 Toxicologists

 Chemists

 Pathologists

 Epidemiologists

 Biologists

 Other scientific experts



7

# Who At EPA Looked At The Science?

## 1993

## GLYPHOSATE REREGISTRATION ELIGIBILITY TEAM

GLYPHOSATE REREGISTRATION ELIGIBILITY TEAM

Office of Pesticide Programs:

Special Review and Reregistration Division
Eric Feris . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

Health Effects Division
Jane Smith . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Chemical Coordination Branch
Krystyna Locke . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Toxicology Branch I
Jeff Evans . . . . . . . . . . . . . . . . . . . . . . . . . Occupational and Residential Exposure Branch
Randolph Perfetti . . . . . . . . . . . . . . . . . . . . . . . . . Chemistry Branch

Biological and Economic Analysis Division
James G. Saulmon . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
Eric Maurer . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . E

Environmental Fate and Effects Division
Candace Brassard . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Ecological Effects Branch
Kevin Poff . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Environmental Fate and Groundwater Branch
Bernice Slutsky . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Science Analy

Registration Division
Mark Perry . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Re
Karen P. Hicks . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Fu

Policy and Special Projects Staff
Jean Frane . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Food Safety & Regulation Tracking Section

Office of General Counsel:

Pesticides and Toxic Substances Division
Debra Burton . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

Office of Compliance Monitoring:

Policy and Grants Division
Beverly Updike . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . FIFRA Policy & Analysis Branch

### Special Review and Reregistration Division

### Health Effects Division

### Biological and Economic Analysis Division

### Pesticides and Toxic Substances Division

# What Does EPA Look At?



▶ How product used

▶ Regulatory and labeling history

▶ **Rat studies**

▶ **Mouse studies**

▶ **Genotoxicity studies**

▶ Reproductive toxicity

▶ Developmental toxicity

▶ Chemistry

▶ Dietary exposure

▶ Occupational exposure

▶ **Residential exposure**

▶ Ecological effects

▶ Dosing

9

# 1993: EPA Completed Its Review

**1993**



**♻EPA  Reregistration
Eligibility Decision (RED)**

**Glyphosate**

Filed pursuant to Court order

> I am pleased to announce that the Environmental Protection Agency (the "Agency") has completed its reregistration eligibility decision on the pesticide active ingredient glyphosate.
>
> Enclosed is a <u>Reregistration Eligibility Decision (RED) Document</u> for the pesticide active ingredients isopropylamine salt of glyphosate and sodium salt of glyphosate, hereafter referred to as glyphosate. The RED is the Agency's evaluation of the glyphosate data base, its conclusions regarding human and environmental risks associated with the current product uses, and its decisions and conditions under which uses and products will be eligible for rereregistration.

# 1993: EPA Says Glyphosate Not Carcinogenic

**1993**



**⊕EPA** **Reregistration Eligibility Decision (RED)**
**Glyphosate**

Based on the results of its reregistration review, EPA has concluded that all registered uses of glyphosate are eligible for reregistration. The Agency has classified glyphosate as a Group E carcinogen (signifies evidence of non-carcinogenicity in humans). A Reference

# 1998: EPA Looked At The Science Again

**1998**



1. <u>Combined Chronic Toxicity/Carcinogenicity Study in Rats</u>

The carcinogenic potential was negative.



2. <u>Carcinogenicity Study in Mice</u>

The carcinogenic potential was negative.

3. <u>Classification of Carcinogenic Potential</u>   The OPP Cancer Peer Review Committee classified glyphosate as a "Group E " pesticide [no evidence for carcinogenicity in two acceptable species].

Ex. 1179 at 6-7

12

# Europe: No Evidence of Carcinogenicity

2002

European Commission

Review report for the active substance **glyphosate**



## Long term toxicity and carcinogenicity

|  | Glyphosate | Glyphosate Trimesium |
|---|---|---|
| Target / critical effect: | Liver (organ weight↑, clinicial chemistry, histology); salivary glands (organ weight↑, histology); stomach mucosa and bladder epithelium (histology); eye (cataracts) | Body weight (gain) and food consumption↓; chronic mucosal inflammation in nasopharynx and larynx in rats |
| Lowest relevant NOAEL: | 2 years, rat: 31 mg/kg bw/d | 2 years, rat: 500 ppm (about 21 mg/kg bw/d) |
| Carcinogenicity: | No evidence of carcinogenicity. | No evidence of carcinogenicity. |

13

# WHO: No Carcinogenic Risk

**2004**



**World Health Organization**

**Food and Agriculture Organization of the United Nations**

Report of the Joint Meeting of the FAO Panel of Experts on Pesticide Residues in Food and the Environment and the WHO Core Assessment Group on Pesticide Residues
Rome, Italy, 20–29 September 2004

The genotoxic potential of glyphosate has been extensively tested in a wide range of assays both in vitro and in vivo, including end-points for gene mutation, chromosomal damage and DNA repair. Negative results were obtained in studies performed in compliance with current test guidelines. The Meeting concluded that glyphosate is unlikely to be genotoxic.

In view of the absence of a carcinogenic potential in animals and the lack of genotoxicity in standard tests, the Meeting concluded that glyphosate is unlikely to pose a carcinogenic risk to humans.



# What Did Regulators Say?

▶ **EPA did not say** Roundup causes NHL

▶ **No international regulator** said Roundup causes NHL



1986–2012
Mr. Hardeman's Roundup Use

15

# Mouse Study: What Actually Happened

 Monsanto submitted mouse study to EPA

 EPA panel considered Group C classification

 EPA asked for more information

 Monsanto hired independent expert to help

 EPA held more discussion and a public hearing

 EPA said glyphosate not carcinogenic

16

# Monsanto Did Two-Year Rat Study

## 1990

Stout, L.; Ruecker, F. (1990) Chronic Study of Glyphosate Adminitered in Feed to Albino Rats: Lab Project Number: MSL-10495: R.D. 1014. Unpublished study prepared by Monsanto

A chronic feeding/carcinogenicity study was conducted using Sprague-Dawley rats fed diets containing glyphosate (males: 0, 89, 362 or 940 mg/kg/day and females: 0, 113, 457 or 1183 mg/kg/day) for 2 years. The study showed a slightly increased incidence of (1) pancreatic islet cells adenomas in the low-dose and high-dose males; (2) hepatocellular (liver) adenomas in the low-dose and high-dose males; and (3) thyroid C-cells adenomas in the mid-dose and high-dose males and females. The Agency concluded that these adenomas were not treatment-related and glyphosate was not considered to be carcinogenic in this study. With respect to



Submitted to EPA

# In The End EPA Said Not Carcinogenic

**1991**



**MEMORANDUM**

**SUBJECT: SECOND Peer Review of Glyphosate**

## G. Classification:

Considering criteria contained in EPA Guidelines (FR 51:33992-34003, 1986] for classifying a carcinogen, the Committee concluded that Glyphosate should be classified as a Group E (evidence of non-carcinogenicity for humans), based on lack of convincing carcinogenicity evidence in adequate studies in two animal species.



 **Not Carcinogenic**



# Monsanto's Role Was Fully Disclosed

**Regulatory Toxicology and Pharmacology**

2000

Safety Evaluation and Risk Assessment of the Herbicide Roundup[1] and Its Active Ingredient, Glyphosate, for Humans

Gary M. Williams,* Robert Kroes,† and Ian C. Munro‡[2]



## ACKNOWLEDGMENTS

tion used to write the manuscript for this document. Second, we thank the toxicologists and other scientists at Monsanto who made significant contributions to the development of exposure assessments and through many other discussions. The authors were given complete access to toxicological information contained in the great number of laboratory studies and archival material at Monsanto in St. Louis, Missouri, and elsewhere. Key personnel at Monsanto who provided scientific support were William F. Heydens, Donna R. Farmer, Marian S. Bleeke, Stephen J. Wratten, and Katherine H. Carr. We also acknowledge the

# Dr. Parry: What Actually Happened

 Dr. Parry reviewed genotoxicity studies

 Dr. Parry recommended further tests

 Monsanto conducted further tests

 Monsanto shared results with Dr. Parry

 Monsanto published test results

 Dr. Parry agreed not genotoxic

Ex. 1645

21

# Plaintiff's Expert: The Parry Studies Were Done



**Dr. Christopher Portier**
Biostatistician

Q.    Have you reviewed these various recommendations, sir?

A.    Yes, I have.

Q.    And just to be clear, has **Monsanto**, to the best of your knowledge, or anybody **done all of these recommendations**?

A.    With the exception of point I, I think **somebody has done something on most of the rest of these**.

# Plaintiff's Expert From 1986–2012





**Dr. Christopher Portier**
Biostatistician

▶ Worked at NTP finding causes of cancer

▶ Never said Roundup caused cancer

# Who Said Glyphosate Caused Cancer In 2012?

## <u>No</u> Regulatory Agencies

## <u>No</u> Health Organizations



24

# What Is The Evidence?



**Edwin Hardeman**

**Used Roundup**

## 1986–2012



**Never Required Warning**

## 1975–2012



**Never Required Warning**

## 1975–2012

25

