# EXHIBIT C



# Key Questions

**Did Monsanto fail to use reasonable care to warn about the risks of Roundup?**

What did Plaintiff prove about the label?

Did Plaintiff prove he is entitled to damages?

Filed pursuant to Court order

Case No. 16-cv-00525-VC

2

## Monsanto's Extensive Testing



**MONSANTO**

▶ Hundreds of tests

▶ Over 40 years

▶ Followed Good Laboratory Practices (GLP)

Filed pursuant to Court order

Case No. 16-cv-00525-VC

3

# EPA: Monsanto Used Good Laboratory Practices

**1996**



### REPORT OF A
### GLP COMPLIANCE INSPECTION
### CONDUCTED PURSUANT TO THE FIFRA

**LABORATORY**   Monsanto Agricultural Co.
Environmental Health Laboratory
645 South Newstead Avenue
St. Louis, Missouri  63110



### SUMMARY

A FIFRA GLP inspection was conducted at the Environmental Health Laboratory of the Monsanto Agricultural Co. in St. Louis, Missouri on September 14 through 17, 1993. A GLP Standards compliance review was requested by LDIAD and was done. Three studies that were conducted by this laboratory and submitted to EPA were audited. The GLP inspection found that the procedures followed by the Monsanto EHL at the time of the inspection were in accord with the FIFRA GLP regulations. The data audits that were done found no discrepancies between the raw data and the reports submitted to EPA.

# The Extensive Safety Data On Glyphosate



**Dr. Michael Koch**
Product Safety
Center Lead

A. I made reference to the regulatory dataset for glyphosate because it's an **unusually large dataset. It has both the Monsanto safety data as well as safety data from other registrants of glyphosate.** Since glyphosate went off patent, many other chemical manufacturers have begun manufacturing glyphosate as well, and they've generated safety data in addition to what Monsanto has, so it has a **larger safety dataset than usual.**

Q. What kind of data is in the regulatory safety data?

A. So there's an **extensive toxicology database.** There's acute, there's repeat dose, there's developmental and reproductive toxicology, **there's genotoxicity, there's carcinogenicity**, and quite a few other studies. In addition to human safety studies, there's ecotox studies, residue studies, and **just a considerable amount of data.**

## Monsanto Ran Numerous Tests

▶ Tested **glyphosate**, **surfactants**, & **formulated product**

▶ **Genotoxicity**, **animal studies**, & **human exposure**



MONSANTO

▶ **Long & short** term

▶ Performed all tests **required** by regulators

▶ Conducted additional tests that were **not required**

6

*(overlay watermark: Filed pursuant to Court order Case No. 16-cv-00525-VC)*

# Monsanto's Extensive Testing



**Dr. Donna Farmer**
Toxicologist
Product Safety Center

Q. Give us first an overview of the substances that Monsanto tested over the years as they related to glyphosate and glyphosate products.

A. So we have done **glyphosate** the active -- what we call the **active ingredient**. Again, we talked about -- the next one is the **surfactant**. We've done testing on the surfactants. And then when those two are put together in the glyphosate products, the **formulation** what we call it, we will then test that formulation.

# Monsanto's Decades Of Testing



**Dr. Donna Farmer**
Toxicologist
Product Safety Center

Q. Now, when -- over what period of time have the tests that Monsanto has done -- either in the lab that it owned back in the 1980s and 1990s or third-party labs that you've described -- over what period of time have these tests been done?

A. They have been ongoing for all this time, many, many years.

Q. Did it start before you arrived at Monsanto in the 1990s?

A. Yes.

Q. Does it continue today?

A. Yes.

Tr. 570:2-13

8

# Genotoxicity Testing On Formulated Product

**Formulated Products:**
**Genotoxicity Studies Conducted by Monsanto**

| Bates Begin | Author/Study Director | Year | Title | Test Organism | Description of Product or Test Substance | Positive or Negative? |
|---|---|---|---|---|---|---|
| MONGLY00601331 | MONGLY00604356 | 1992a | Ames/Salmonella Mutagenicity Assay of MON 2139 (Roundup Herbicide Formulation) | Salmonella typhimurium | Ames | 31% glyphosate (acid equivalent) | Negative |
| MONGLY00604357 | MONGLY00604386 | 1992b | Ames/Salmonella Mutagenicity Assay of Rodeo® | Salmonella typhimurium | Ames | 49% glyphosate acid equivalent | Negative |
| MONGLY00604381 | MONGLY00604404 | 1992c | Ames/Salmonella Mutagenicity Assay of MON 14449 (DIRECT Herbicide Formulation) | Salmonella typhimurium | Ames | 72% glyphosate acid equivalent | Negative |
| MONGLY00604146 | MONGLY00604163 | 1992d | Roundup Herbicide Mouse Micronucleus Assay | Mouse Bone Marrow | Micronucleus Assay | 31% glyphosate acid equivalent | Negative |
| MONGLY00604164 | MONGLY00604210 | 1992e | Mouse Micronucleus Study of Rodeo® Herbicide Formulation | Mouse Bone Marrow | Micronucleus Assay | 49% glyphosate acid equivalent | Negative |
| MONGLY00604211 | MONGLY00604259 | 1992f | Mouse Micronucleus Study of DIRECT Herbicide Formulation | Mouse Bone Marrow | Micronucleus Assay | 72% glyphosate acid equivalent | Negative |
| MONGLY04287095 | MONGLY04288625 | 1998 | A micronucleus study in mice for MON 77280 | Swiss albino mouse bone marrow | Micronucleus Assay | MON 77280 (646.4g/L Salt of Glyphosate) | Negative |
| MONGLY04287897 | MONGLY04287930 | 1998 | The Salmonella typhimurium reverse mutation by Roundup WG | Salmonella typhimurium (TA97a, TA98, TA100, TA1535) | Ames | Roundup WG (784 g/kg Ammonium Salt equivalent) | Negative |
| MONGLY02618195 | MONGLY02618233 | 1998 | The Salmonella typhimurium reverse mutation by MON 77280 | Salmonella typhimurium (TA97a, TA98, TA100, TA1535) | Ames | MON 77280 (646.4g/L Salt of Glyphosate) | Negative |
| MONGLY08729284 | MONGLY08729315 | 1998 | The Salmonella typhimurium reverse mutation by MON 78016 | Salmonella typhimurium (TA97a, TA98, TA100, TA1535) | Ames | MON 78016 (453.6 g/Kg glyphosate) | Negative |
| MONGLY04287931 | MONGLY04287952 | 1998 | A micronucleus study in mice for Roundup WG | Swiss Albino Mice Bone Marrow | Micronucleus Assay | 784g/kg Glyphosate | Negative |
| MONGLY03254811 | MONGLY03254863 | 1999 | Gene Reverse Mutation in Salmonella typhimurium for MON 78016 (In Portuguese) | Salmonella typhimurium (TA97a, TA98, TA100, TA1535) | Ames | MON 78016 (453.6 g/Kg glyphosate) | Negative |
| MONGLY03254955 | MONGLY03254977 | 1999b | Micronucleus test in mice for MON 77063 (In Portuguese) | Swiss albino mouse bone marrow | Micronucleus Assay | MON 77063 (753.2 g/Kg salt of glyphosate) | Negative |

# Genotoxicity Testing On Formulated Product



# Genotoxicity Testing On Formulated Product



# Genotoxicity Testing On Formulated Product



**Formulated Products:**
**Genotoxicity Studies Conducted by Monsanto**

# Genotoxicity Testing On Formulated Product



# Genotoxicity Testing On Formulated Product



**Formulated Products:**
**Genotoxicity Studies Conducted by Monsanto**

# Genotoxicity Testing On Formulated Product



# Genotoxicity Testing On Surfactants

**Surfactants:**
**Genotoxicity Studies Conducted by Monsanto**

| Bates Begin | Bates End | Author/ Study Director | Year | Title | Test Organism | Description of Product or Test Substance | | Positive or Negative? |
|---|---|---|---|---|---|---|---|---|
| MONGLY01318663 | MONGLY01318683 | | 1981 | Ames/Salmonella Mutagenicity Assay of MON 8080 | Salmonella (TA98, TA100, TA102, TA135, TA1537) E. coli (WP2uvrA) | Ames | MON 8080, purity 87.6% | Negative |
| MONGLY08732437 | MONGLY08732437 | | 1982 | Ames/Salmonella Mutagenicity Assay of MON 7911 | Salmonella (TA98, TA100, TA102, TA135, TA1537) E. coli (WP2uvrA) | Ames | MON 7911, 86.5% pure | Negative |
| MONGLY00603978 | MONGLY00604019 | Ste... | 1990 | Ames/Salmonella Mutagenicity Assay of MON 0818 | Salmonella typhimurium | Ames | MON 0818 | Negative |
| MONGLY00604462 | MONGLY00604527 | | 1996 | Ames/Salmonella-E.coli Reverse Mutation Assay on Test Article 6933-22-20 (MON 58121) | Salmonella E. coli | Ames | MON 58121 | Negative |
| MONGLY00603709 | MONGLY00603768 | | 1997 | Whole Blood Lymphocytes With and Without Exogenous Metabolic Activation With a Confirmatory Assay With Multiple Harvets with MON 58121 | Human lymphocyte | Chromosomal abberation | MON 58121 | Negative |
| MONGLY00604020 | MONGLY00604051 | Ste... | 1998 | Mouse Micronucleus Screening Assay of Mon 0818 | Mouse Bone Marrow | Micronucleus Assay | MON 0818 | Negative |
| MONGLY00603769 | MONGLY00603810 | | 2000 | Salmonella - Escherichia coli/Mammalian-Microsome Reverse Mutation Assay with a Confirmatory Assay with MON 59112 | Salmonella E. coli | Ames | MON 59112 | Negative |
| MONGLY00603108 | MONGLY00603143 | | 2000 | Mutagenicity Test with MON 59117 in the Salmonella - Escherichia Coli/Mammalian-Microsome Reverse Mutation Assay with a Confirmatory Assay | Salmonella E. coli | Ames | MON 59117 | Negative |
| MONGLY00603077 | MONGLY00603107 | | 2000 | Chromosomal Aberrations In Cultured Human Peripheral Blood Lymphocytes With MON 59117 | Human lymphocytes | Chromosomal abberation | MON 59117 | Negative |
| MONGLY00603608 | MONGLY00603645 | | 2009 | Bacterial Reverse Mutation Assay with a Confirmatory Assay with MON 51803 | Salmonella (TA98, TA100, TA102, TA135, TA1537) E. coli (WP2uvrA) | Ames | MON 51803, 100% pure | Negative |
| MONGLY00603811 | MONGLY00603840 | | 2000a | Mutagenicity Test on MON 59112 in the In Vivo Mouse Micronucleus Assay | Mouse Bone Marrow | Micronucleus Assay | Test Article MON 59112 | Negative |
| MONGLY00603146 | MONGLY00603165 | | 2000b | In Vivo Mouse Micronucleus Assay With MON 59117 | Mouse Bone Marrow | Micronucleus Assay | Test Article MON 59117 | Negative |

# Genotoxicity Testing On Surfactants



## Monsanto Learned From & Shared Results



MONSANTO

▶ **Evaluated** safety results

▶ **Provided all data** to regulators

▶ **Continued** to conduct **new tests**

▶ **Published key studies** in peer-reviewed journals

18

# Monsanto's CEO: Science Was The Bedrock



**Hugh Grant**
Fmr. Chief Executive Officer

Q.  Was getting the science right important to Monsanto during your tenure there?

A.  **It absolutely was.**

Q.  Why?

A.  Because **it was everything that we stood for, and sound science was the bedrock**, it was the platform that we operated on.

Tr. 225:20-226:5

19

# Monsanto's Science-Based Approach



**Dr. Donna Farmer**
Toxicologist
Product Safety Center



This does not mean however we do nothing. In my mind the stewardship program for glyphosate has a four-part strategy:

1) **publish relevant toxicologic, ecotoxicological and human information** about glyphosate in the peer reviewed literature – like Williams, Geisy, Acquavella

2) **review the literature regularly** for glyphosate findings and respond when appropriate – Hardell, Stocco, Barbosa, Daruich, Arbuckle etc.

3) **establish a scientific network of prestigious scientists** in key world areas and provide them the latest information about glyphosate – we have epi, tox, env. exp., repro/dev, clincial tox experts

4) **assess data gaps and fund appropriate research** – FFES, MON 35050, Stocco

# Monsanto Considered All The Science



**Dr. Bill Reeves**
Regulatory Policy &
Scientific Affairs Manager

Q. It's still Monsanto's position that there's no evidence across the board; right?

A. Yes, our -- our position is that, **when you take all this data into account,** you have a very large body of evidence saying we fully understand the carcinogenic potential of glyphosate and Roundup-based herbicides, or glyphosate and glyphosate-based herbicides, indicating there is no carcinogenic potential. **There are additional studies that may purport to have findings one way or the other but when you look at those in particular, they often have some sort of methodological flaw that prevents either a conclusive outcome or a reliable source of or from them being a reliable source of information.**

# Monsanto Believed In The Science



**Hugh Grant**
Fmr. Chief Executive Officer

Q. What did you learn about the safety profile of glyphosate and Roundup over the course of your tenure at Monsanto?

A. Both from the work scientists within the company and from the regulatory agencies around the world that **it was unrivaled in its safety position**.

Tr. 233:11-17

22

# Monsanto Employees Use Roundup





**Dr. Donna Farmer**
Toxicologist
Product Safety Center



**Dr. Michael Koch**
Product Safety
Center Lead



**Dr. James Guard**
Global Lawn &
Garden Lead



**Dr. Bill Reeves**
Global Health & Safety
Issues Management Lead



**Hugh Grant**
Fmr. Chief Executive Officer



**Dr. Larry Kier**
Fmr. Senior Expert on
Genetic Toxicology

Farmer Tr. 558:1-3; Koch Tr. 357:19-20; Guard Tr. 154:7-13; Reeves Tr. 740:4-6; Grant Tr. 223:19-224:15; Kier Tr. 249:20-250:6

23

# What Does Plaintiff Argue?

| **Requests For Admission:** | **Why Not?** |
|---|---|
| Admit that Monsanto has never conducted a long-term animal carcinogenicity study on any glyphosate formulation. | No scientific justification/ not feasible |
| Admit that Monsanto has never conducted a long-term animal carcinogenicity study on any surfactant used in a glyphosate-formulated product. | No scientific justification/ not feasible |
| Admit that Monsanto has not conducted a long-term animal carcinogenicity study on glyphosate since 1991. | Monsanto conducted 3 studies before 1991 and EPA repeatedly found no evidence of carcinogenicity |
| Admit that Monsanto has never conducted an epidemiological study to study the association between glyphosate-containing formulations and non-Hodgkin's lymphoma. | Numerous independent studies, including by National Cancer Institute |

Tr. 2343:24-2344:1; Tr. 2344:10-12; Tr. 2344:18-20; 2343:13-16

24

# What EPA **Never** Did:



1975–2012



▶ Did not **suspend product**

▶ Did not **remove product**

▶ Did not **require warning**

25



# World Regulators' Thorough Review






Canada



Australia



Japan

▶ Teams of **highly qualified** experts

▶ Scientists with **diverse expertise**

▶ Examined:

　– Monsanto's data

　– Non-Monsanto data

　– Independent data

**Consistently Said _Not Carcinogenic_**

27

# Who Works At EPA?

 **Toxicologists**

 **Chemists**

 **Pathologists**



 **Epidemiologists**

 **Biologists**

 **Other scientific experts**

28

# Who At EPA Looked At The Science?

**1993**

## GLYPHOSATE REREGISTRATION ELIGIBILITY TEAM



**Special Review and Rereqistration Division**

**Health Effects Division**

**Biological and Economic Analysis Division**

**Pesticides and Toxic Substances Division**

Ex. 481

29

# 1993: EPA Said Glyphosate Not Carcinogenic

**1993**



**&EPA  Reregistration Eligibility Decision (RED)**
Glyphosate

Based on the results of its reregistration review, EPA has concluded that all registered uses of glyphosate are eligible for reregistration. The Agency has classified glyphosate as a Group E carcinogen (signifies evidence of non-carcinogenicity in humans). A Reference

Ex. 481 at viii

30

# Monsanto Was Informed By EPA Reviews



**Dr. Donna Farmer**
Toxicologist
Product Safety Center

Q. When you say the EPA's reregistration decision helped inform Monsanto's views that glyphosate and glyphosate products did not cause cancer, how did it do that? Explain that.

A. In here, they talk about their decision on their carcinogenicity evaluation of glyphosate.

Q. And did they have scientists who reviewed the same tests that Monsanto had performed?

A. Yes.

Q. Did they come to the conclusion that glyphosate is not genotoxic?

A. Yes.

Q. Did they -- what else did they conclude with respect to glyphosate as it relates to whether or not it causes cancer?

A. They put it into Group E, which is evidence of non-carcinogenicity.

# 1998: EPA Reached Same Conclusion

**1998**



1. <u>Combined Chronic Toxicity/Carcinogenicity Study in Rats</u>
The carcinogenic potential was negative.



2. <u>Carcinogenicity Study in Mice</u>
The carcinogenic potential was negative.

3. <u>Classification of Carcinogenic Potential</u>   The OPP Cancer Peer Review Committee classified glyphosate as a "Group E " pesticide [no evidence for carcinogenicity in two acceptable species].

# Europe: No Evidence of Carcinogenicity

**2002**



European Commission

Review report for the active substance **glyphosate**

## Long term toxicity and carcinogenicity

| | Glyphosate | Glyphosate Trimesium |
|---|---|---|
| Target / critical effect: | Liver (organ weight↑, clinicial chemistry, histology); salivary glands (organ weight↑, histology); stomach mucosa and bladder epithelium (histology); eye (cataracts) | Body weight (gain) and food consumption↓; chronic mucosal inflammation in nasopharynx and larynx in rats |
| Lowest relevant NOAEL: | 2 years, rat: 31 mg/kg bw/d | 2 years, rat: 500 ppm (about 21 mg/kg bw/d) |
| Carcinogenicity: | No evidence of carcinogenicity. | No evidence of carcinogenicity. |

# World Health Organization: Unlikely To Pose Carcinogenic Risk

**2004**



**World Health Organization**

**Food and Agriculture Organization of the United Nations**

Report of the Joint Meeting of the FAO Panel of Experts on Pesticide Residues in Food and the Environment and the WHO Core Assessment Group on Pesticide Residues Rome, Italy, 20–29 September 2004

The genotoxic potential of glyphosate has been extensively tested in a wide range of assays both in vitro and in vivo, including end-points for gene mutation, chromosomal damage and DNA repair. Negative results were obtained in studies performed in compliance with current test guidelines. The Meeting concluded that glyphosate is unlikely to be genotoxic.

In view of the absence of a carcinogenic potential in animals and the lack of genotoxicity in standard tests, the Meeting concluded that glyphosate is unlikely to pose a carcinogenic risk to humans.

# Dr. Portier As Of 2012:
# Never Said Roundup Carcinogenic





**Dr. Christopher Portier**
Biostatistician

▶ **Worked at NTP finding causes of cancer**

▶ <u>**Never said**</u> **Roundup caused cancer**

# No Agency Found Carcinogenicity



**Dr. Christopher Portier**
Biostatistician

Q. Would the same statement be accurate as to 2013, that **of the agencies you know of that have reviewed glyphosate prior to 2013, their findings were not carcinogenic?**

A. **Yes.**

# Europe Rejected Dr. Portier's Conclusion

**2016**



**European Food Safety Authority**



## Dear Professor Portier,

Considering a weight of evidence approach, taking into account the quality and reliability of all available data, it is concluded that glyphosate is unlikely to be genotoxic *in vivo* and does not require hazard classification regarding mutagenicity according to the CLP Regulation.



37

# Europe Rejected Dr. Portier's Conclusion

2016



**European Food Safety Authority**



Dear Professor Portier,

EFSA considers that the arguments brought forward in the open letter do not have an impact on the EFSA conclusion on glyphosate.

# EPA Is Still Confident Today

**Dec. 21, 2018**



EPA is confident in its conclusion that glyphosate is not likely to be carcinogenic to humans.

# Monsanto Was Informed By Worldwide Regulators



**Hugh Grant**
Fmr. Chief Executive Officer

It's our conclusion that Roundup does not cause cancer. But more importantly, in the regulatory jurisdictions around the world, in the U.S., in Canada, in Japan, in Europe, with the German rapporteurs, it has been their conclusion for the last 40 years, and that's the point I was trying to make earlier. It's -- this is a conclusion that's validated by scientific evaluation, so we're a science-based company, and the regulators are looking at the science at that time, and that is their conclusion also.

Tr. 18:3-17

40





 





# Plaintiff's Opening Statement

## Opening Promise:

## Evidence:

"You are going to learn that Monsanto had a **cozy relationship with a couple of people, long-term EPA employees**. You are going to hear testimony about that."



# Plaintiff Did Not Present The Full Story

## What Plaintiff Said:

## Rest Of The Story:

▶ Knezevich tumor

▶ Dr. Parry's recommendations

▶ Ghostwriting

▶ "Combat" the science

Filed pursuant to Court order

Case No. 16-cv-00525-VC

44

# Plaintiff Did Not Present The Full Story

## What Plaintiff Said:

▶ Knezevich tumor

▶ Dr. Parry's recommendations

▶ Ghostwriting

▶ "Combat" the science

## Rest Of The Story:

▶ Further study and EPA approval

45

# What Did Plaintiff Present About Knezevich?

**Plaintiff's Story**

 Monsanto submitted mouse study to EPA

 EPA panel considered Group C classification

 EPA asked for more information

 Monsanto hired independent expert to help

**The Rest Of The Story**

 EPA held more discussion and public meeting

 Monsanto conducted new study on rats

 EPA: glyphosate not carcinogenic

# Plaintiff Left Out Two-Year Rat Study

**1990**

Stout, L.; Ruecker, F. (1990) Chronic Study of Glyphosate Adminitered in Feed to Albino Rats: Lab Project Number: MSL-10495:   R.D. 1014.   Unpublished study prepared by Monsanto

Filed pursuant to Court order

A chronic feeding/carcinogenicity study was conducted using Sprague-Dawley rats fed diets containing glyphosate (males: 0, 89, 362 or 940 mg/kg/day and females: 0, 113, 457 or 1183 mg/kg/day) for 2 years.  The study showed a slightly increased incidence of (1) pancreatic islet cells adenomas in the low-dose and high-dose males; (2) hepatocellular (liver) adenomas in the low-dose and high-dose males; and (3) thyroid C-cells adenomas in the mid-dose and high-dose males and females.  The Agency concluded that these adenomas were not treatment-related and glyphosate was not considered to be carcinogenic in this study.  With respect to



Submitted to EPA

47

# Plaintiff Left Out EPA's Conclusion

**1991**



**MEMORANDUM**

**SUBJECT:   SECOND Peer Review of Glyphosate**

## G.   Classification:

Considering criteria contained in EPA Guidelines (FR 51:33992-34003, 1986] for classifying a carcinogen, the Committee concluded that Glyphosate should be classified as a Group E (evidence of non-carcinogenicity for humans), based on lack of convincing carcinogenicity evidence in adequate studies in two animal species.





**Not Carcinogenic**

# Plaintiff Did Not Present The Full Story

## What Plaintiff Said:

▶ Knezevich tumor

▶ Dr. Parry's recommendations

▶ Ghostwriting

▶ "Combat" the science

## Rest Of The Story:

▶ Further study and EPA approval

▶ Concerns addressed

49

# What Did Plaintiff Present About Dr. Parry?

**Plaintiff's Story**

 Dr. Parry reviewed genotoxicity studies

 Dr. Parry found possible genotoxicity

 Dr. Parry made recommendations

**The Rest Of The Story**

 Monsanto conducted further tests

 Monsanto shared results with Dr. Parry

 Monsanto published results in journal

 Dr. Parry agreed not genotoxic

# Monsanto Responded To The Recommendations

## Actions Recommended

a) Provide comprehensive *in vitro* cyto

b) On the assumption that the reported

   due to oxidative damage determine t

   clastogenic activity of glyphosate in

   antioxidant activities. Such a study

   to clarify the validity of reports of di

   and b) should be undertaken using th

   lymphocytes. The *in vitro* micronuc

   method for evaluating a large numbe



# Response ✓

### 1. Cytogenetic Assays

| Name | Glyphosate[a] | In Vitro | In Vivo |
|---|---|---|---|
| Glyphosate | 98% purity | | Rat bone marrow; 6,12,24 h |
| Roundup[®] Herbicide Formulation | 31% G a.e. | | neg (ip 555 T) Mouse Bone Marrow |
| Rodeo[®] Herbicide Formulation | 40% G a.e. | | neg (ip 3400 T) Mouse Bone Marrow |

### 2. *In Vivo* Tests for Chromosomal Aberrations in Mammals   (Table 5.5 of EPA OPP 2017 Report)

| Test/Endpoint | Test System | Route of Administration | Doses | Test Material Purity | Results |
|---|---|---|---|---|---|
| Rodent Dominant Lethal Test | CD-1 mice Each dosed male mated with 2 females/week for 8 weeks | Oral gavage | 0, 200, 800, and 2000 mg/kg | 98.7% | Negative |
| Bone Marrow Chromosomal Aberration Test | Sprague Dawley rats (males and females) | Intraperitoneal injection; sampled at 6, 12 and 24 h after treatment | 0, 1000 mg/kg (6/sex/dose/ sampling time) | 98% | Negative |

### 3. Studies Evaluating DNA Damage

- Shirasu et al., *The report of mutagenic study with bacteria for CP67573*, Institute of Environmental Toxicology, Toxicology Division (1978) (REC A) MONGLY00512268

- Li and Long 1988, *An evaluation of the genotoxic potential of glyphosate*, Fundam. Appl. Toxicol. 10, 537-546 (UDS test utilizing Williams 1978)

# Monsanto Responded To The Recommendations

## Actions Recommended

c)   Evaluate the induction of oxidative damage *in vivo* and determine the influence of the

antioxidant status of the animals.  Determine the exposure concentrations of

glyphosate which overwhelm the antioxidant status of tissues.

## Response ✓

- Vol. I. Hotz, Kathy J., *A Study of the Short-Term Effects of MON 35050 in Male CD-I Mice,* Monsanto Study No. MSL-16949 (2001) MONGLY00204822

- Vol. 2. Hotz, Kathy J., *A Study of the Acute Effects of MON 35050 in Male CD-1 Mice Following Either a Single Intraperitoneal or Oral Dose Administration*, Monsanto Study No. MSL-16950 ( 2001) MONGLY00205035

- Heydens, W. et al., *Genotoxic Potential of Glyphosate Formulations: Mode-of-Action Investigations*, 56 J. Agric. Food Chem. 1517 (2008)

# Monsanto Responded To The Recommendations

## Actions Recommended

d)  Perform an *in vivo* bone marrow micronucleus assay with multiple dosing with

adequate numbers of animals to determine whether the work of Bolognesi *et al* (1997)

can be reproduced.

## Response ✓

- Chan, P. and Mahler, J., *NTP Technical Report on Toxicity Studies of Glyphosate Administered in Dosed Feed to F344/N Rats and B6C3F1 Mice*, NIH Publication 92-3135, Glyphosate NTP Report No. 16 (1992)

# Monsanto Responded To The Recommendations

## Actions Recommended

e)    I am making no recommendation to repeat any of the sister chromatid exchange

studies.   Chromosomal aberration data will always take priority over SCE data so I

see no point in repeating SCE studies as they involve an endpoint which is poorly

defined and doesn't lead to genetic changes.



## Response ✔

# N/A

# Monsanto Responded To The Recommendations

## Actions Recommended

f)   In view of the increasing ~~appreciation of the value of the COMET assay as marker of~~

tissue-specific damage I re

performed. The COMET

damage is produced in a w

studies would also indicat

formulations in tadpoles (

of the data on oxidative da

assays in the liver and kid

under c).



## Response ✔

- Shirasu et al., *The report of mutagenic study with bacteria for CP67573,* Institute of Environmental Toxicology, Toxicology Division (1978) (REC A) MONGLY00512268

- Li and Long 1988, *An evaluation of the genotoxic potential of glyphosate,* Fundam. Appl. Toxicol. 10, 537-546 (UDS test utilizing Williams 1978)

- Vol. I. Hotz, Kathy J., *A Study of the Short-Term Effects of MON 35050 in Male CD-I Mice,* Monsanto Study No. MSL-16949 (2001) MONGLY00204822

- Vol. 2. Hotz, Kathy J., *A Study of the Acute Effects of MON 35050 in Male CD-1 Mice Following Either a Single Intraperitoneal or Oral Dose Administration,* Monsanto Study No. MSL-16950 ( 2001) MONGLY00205035

- Heydens, W. et al., *Genotoxic Potential of Glyphosate Formulations: Mode-of-Action Investigations,* 56 J. Agric. Food Chem. 1517 (2008)

# Monsanto Responded To The Recommendations

## Actions Recommended

g)   I do not recommend any transgenic point mutation assay at this time.  There is no

available evidence that glyphosate is a point mutagen and the relatively low

sensitivity of the transgenic assay means that negative results would have little value

in the assessment of the hazard and risk of glyphosate exposures.

## Response 

N/A

# Monsanto Responded To The Recommendations

## Actions Recommended

h)    I do not recommend any studies of DNA adduct induction at this time.  Such a study

would only be of value if the adducts formed were characterised which would require

major efforts.  If the adducts reported by Peluso *et al* (1998) are the result of oxidative

damage they are likely to be of the same type as those produced in the absence of

glyphosate exposure by background oxidative damage.



## Response ✔

## N/A

# Monsanto Responded To The Recommendations

## Actions Recommended

i)    Provide comprehensive *in vitro* data on the surfactants.

## Response 

### 1)    *In Vitro* Data

| Year | Title | Test / End Point | Test Material | Result |
|------|-------|------------------|---------------|--------|
| 1981 | Ames/Salmonella Mutagenicity Assay of MON 8080 | Ames | MON 8080, purity 87.6% | Negative |
| 1982 | Ames/Salmonella Mutagenicity Assay of MON 7911 | Ames | MON 7911, purity 86.5% | Negative |
| 1990 | Ames/Salmonella Mutagenicity Assay of MON 0818 | Ames | Test material, MON 0818 | Negative |
| 1992 | Study of the mutagenic potential in strains of Salmonella typhimurium (Ames test) and Eschericha coli | Ames | Dodigen 4022 (82% purity) (43% glyphosate acid technical) | Negative |

### 2)    *In Vivo* Data

| Year | Title | Test / End Point | Test Material | Result |
|------|-------|------------------|---------------|--------|
| 1998 | Mouse Micronucleus Screening Assay of Mon 0818 | Micronucleus Assay | MON 0818 | Negative |
| | 8/18/99 | | | |
| 2000 | Mutagenicity Test on MON 59112 in the In Vivo Mouse MN Assay | Micronucleus Assay | MON 59112 | Negative |
| 2000 | In Vivo Mouse Micronucleus Assay With MON 59117 | Micronucleus Assay | Test Article MON 59117 | Negative |
| 2009 | In Vivo Mouse Bone Marrow MN Assay | Micronucleus Assay | MON51803 | Negative |

Filed pursuant to Court order

Case No. 16-cv-00325-VC

# Plaintiff Left Out Dr. Parry's Final Opinion

## Opening Promise:

"However, in the second paper **Dr. Parry** concludes that glyphosate is a potential clastogenic in vitro, and that means it is an agent that can induce mutation by disrupting or damaging chromosomes. **So he didn't change his position**."

## Evidence:

**Subject:** meeting **Prof Parry** 15 Feb 2001

### Results

- acceptance that glyphosate is **not genotoxic**

- **no longer requested any studies** on the final formulation

# Plaintiff Did Not Present The Full Story

## What Plaintiff Said:

▶ Knezevich tumor

▶ Dr. Parry's recommendations

▶ Ghostwriting

▶ "Combat" the science

## Rest Of The Story:

▶ Further study and EPA approval

▶ Concerns addressed

▶ Role disclosed; minor edits

60

# Monsanto's Role Was Disclosed

2000

**Regulatory Toxicology and Pharmacology**

Safety Evaluation and Risk Assessment of the Herbicide Roundup[1] and Its Active Ingredient, Glyphosate, for Humans

Gary M. Williams,* Robert Kroes,† and Ian C. Munro‡[2]



## ACKNOWLEDGMENTS

tion used to write the manuscript for this document. Second, we thank the toxicologists and other scientists at Monsanto who made significant contributions to the development of exposure assessments and through many other discussions. The authors were given complete access to toxicological information contained in the great number of laboratory studies and archival material at Monsanto in St. Louis, Missouri, and elsewhere. Key personnel at Monsanto who provided scientific support were William F. Heydens, Donna R. Farmer, Marian S. Bleeke, Stephen J. Wratten, and Katherine H. Carr. We also acknowledge the

61

# Monsanto's Edits Provided Context



**Dr. Donna Farmer**
Toxicologist
Product Safety Center

**Dr. Farmer's Edits**

Q. I don't really want to get into the substance. I just want to validate that you wrote these things. You wrote that paragraph under the introduction, glyphosate acid is typically -- you see that?

A. Again, I think it's important that we do take the context, because Dr. Williams and Dr. DeSesso are not familiar with the constituents of the product, **so the minor edits that I did was to help give a little bit of context to the formulated products.**

62

# Dr. Farmer's Edits To Mink Paper



**Dr. Donna Farmer**
Toxicologist
Product Safety Center



**Dr. Farmer's Edits**

▷ **No edits** to methods

▷ **No edits** to results

▷ **No edits** to discussion

▷ **Moved words around** in introduction

▷ **Provided context** and information for introduction

63

# Plaintiff Did Not Present The Full Story

## What Plaintiff Said:

▶ Knezevich tumor

▶ Dr. Parry's
   recommendations

▶ Ghostwriting

▶ "Combat" the science

## Rest Of The Story:

▶ Further study and
   EPA approval

▶ Concerns addressed

▶ Role disclosed;
   minor edits

▶ Provide scientific
   accuracy

64

# Monsanto Presented You Dr. Farmer's Testimony

## Oct. 14, 2008 Email

Here is their bottom line...how do we combat this?

Avoid carcinogenic herbicides in foods by supporting organic agriculture, and on lawns by using non-toxic land care strategies that rely on soil health, not toxic herbicides.



**Dr. Donna Farmer**
Toxicologist
Product Safety Center

Q. Why would you want to **combat that sentence**?

A. Well, first of all, in relationship to glyphosate, it was not a carcinogen, and I think that's really important that people understand that herbicides -- dose makes the poison, so you have to look at this that glyphosate was not carcinogenic. **I don't want people to be misled that all these herbicides are carcinogenics** and that everything that's used out there is -- organic is nontoxic.

Ex. 453, Tr. 274:19-275:4

65

# Dr. Farmer Required Scientific Accuracy

2003



**Dr. Donna Farmer**

From: FARMER, DONNA R [AG/1000]
Sent: 11/24/2003 2:32:41 PM

The terms glyphosate and Roundup cannot be used interchangeably nor can you use "Roundup" for all glyphosate-based herbicides any more. **For example you cannot say that Roundup is not a carcinogen**..we have not done the necessary testing to make that statement. The testing on the formulations are not anywhere near the level of the active ingredient. **We can make that statement about glyphosate and can infer that there is no reason to believe that Roundup would cause cancer**.

Ex. 426 at 1-2

66

# Monsanto Acted Reasonably



**Edwin Hardeman**

**Used Roundup**

**1986–2012**



**Never Required Warning**

**1975–Today**



**Never Required Warning**

**1975–Today**

Filed pursuant to Court order

Case No. 16-cv-00525-VC

67

# Key Questions

Did Monsanto fail to use reasonable care
to warn about the risks of Roundup?

**What did Plaintiff prove about the label?**

Did Plaintiff prove he is entitled to damages?

68

# Questions Plaintiff Never Answered

**What** did Roundup label say?

What **should** label have said?

**When** should Monsanto have added warning?

Would **EPA approve** the warning?





69

# Mr. Hardeman First Said
# He Read The Label Once



**Edwin Hardeman**

I don't know -- I -- I believe at one time when I -- and didn't -- every time I bought a thing of Roundup I didn't read. **I don't know if they updated it or not.** I mean, when I originally got the -- you know, the product in the -- in the earlier, **I may have read it once.** So I didn't -- so I knew it so **I didn't need to reread it again.** So I don't know.

# Mr. Hardeman Next Said
# He May Have Read It Twice



**Edwin Hardeman**

Q.   So you read the label the first time in 1986,
     but you didn't read it after that? And your
     answer was (reading):

A.   I may have looked at it again in Westside. I
     quickly -- I don't know. I, you know -- I -- I
     know, I -- **it's possible I looked at it again** in
     Westside, you know, after that time.

Q.   So you would have looked at it, so just so --

A.   **Maybe one other time**. I mean, it's – it's been
     **– there's no need for me to keep looking at it
     again**. You know -- you know, you're whatever
     and you know the conditions and the whatever
     you need to spray it under, and I was familiar
     with that and that's how I, you know, used it.

# Did Mr. Hardeman Read Other Labels?



**Edwin Hardeman**

File pursuant to Court order

Case No. 16-cv-00525-VC

▶ Ant spray

▶ Wasp spray

▶ Gasoline

▶ Paint

# Key Questions

Did Monsanto fail to use reasonable care to warn about the risks of Roundup?

What did Plaintiff prove about the label?

Did Plaintiff prove he is entitled to damages?

Filed pursuant to Court order

Case No. 16-cv-00525-VC

73



# What Is Plaintiff Asking You To Believe?



**Dr. Donna Farmer**
Toxicologist
Product Safety Center



**Dr. Dan Goldstein**
Lead Medical
Sciences & Outreach



**Hugh Grant**
Fmr. Chief Executive Officer



**Dr. James Guard**
Global Lawn &
Garden Lead



**Dr. Bill Heydens**
Product Safety
Assessment Lead



**Dr. Larry Kier**
Fmr. Senior Expert
Genetic Toxicology



**Dr. Michael Koch**
Product Safety
Center Lead



**Dr. Mark Martens**
Preclinical Development
& Toxicology Consultant



**Sam Murphey**
Head of Global
Issues Management



**Dr. Bill Reeves**
Global Health & Safety
Issues Management Lead

75

# What Is Plaintiff Asking You To Believe?

 United States







 Canada

 Australia



 Japan

 European Union



76

# Global Consensus As Of 2012

 **1991** June 1991, EPA classified glyphosate as a Group E oncogen--one that shows evidence of non-carcinogenicity for humans--based on the lack of convincing evidence of carcinogenicity in adequate studies.

 **1993** Based on the results of its reregistration review, EPA has concluded that all registered uses of glyphosate are eligible for reregistration. The Agency has classified glyphosate as a Group E carcinogen (signifies evidence of non-carcinogenicity in humans).

 **1998** 3. Classification of Carcinogenic Potential   The OPP Cancer Peer Review Committee classified glyphosate as a "Group E " pesticide [no evidence for carcinogenicity in two acceptable species].

 **2002** Carcinogenicity:   No evidence of carcinogenicity.   No evidence of carcinogenicity.

 **2004** In view of the absence of a carcinogenic potential in animals and the lack of genotoxicity in standard tests, the Meeting concluded that glyphosate is unlikely to pose a carcinogenic risk to humans.

# Global Consensus Since 2012

 **2016**

Considering a weight of evidence approach, taking into account the quality and reliability of all available data, it is concluded that glyphosate is unlikely to be genotoxic *in vivo* and does not require hazard classification regarding mutagenicity according to the CLP Regulation. It is noted that unpublished studies that were the

 **2016**

**Executive Summary:** The European Food Safety Agency (EFSA) and the European Chemical Agency (EChA) have completed their assessments of the carcinogenic potential of glyphosate and concluded that the evidence does not support a classification for glyphosate.

 **2018**

EPA is confident in its conclusion that glyphosate is not likely to be carcinogenic to humans.

# What Plaintiff Wants You To Ignore

**Decades** of Monsanto testing

Worldwide regulators have confirmed that Roundup is not carcinogenic

Worldwide regulators have not required a warning

No evidence of when a warning should have been added

No evidence of what a warning should have said

Monsanto employees use Roundup at home

79

