**HOLLINGSWORTH LLP**
Joe G. Hollingsworth (*pro hac vice*)
Eric G. Lasker (*pro hac vice*)
1350 I Street, N.W.
Washington, DC  20005
Telephone:  (202) 898-5800
Facsimile:  (202) 682-1639
Email:      jhollingsworth@hollingsworthllp.com
            elasker@hollingsworthllp.com

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 <br> Case No. 3:16-md-02741-VC |
| This document relates to: <br><br> *Michael L. Leary and Sheila J. Leary* <br> *v. Monsanto Co.*, <br> Case No. 3:19-cv-01178-VC | |

**MONSANTO COMPANY'S**
**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

Defendant Monsanto Company is an indirect, wholly-owned subsidiary of Bayer AG, so

Bayer AG has a financial interest in a party to the proceeding.

1

1    DATED:  June 5, 2019                Respectfully submitted,

2

3                                       /s/ Joe G. Hollingsworth
                                      Joe G. Hollingsworth (*pro hac vice*)

4                                       (jhollingsworth@hollingsworthllp.com)
                                      Eric G. Lasker (*pro hac vice*)

5                                       (elasker@hollingsworthllp.com)
                                      HOLLINGSWORTH LLP

6                                       1350 I Street, N.W.
                                      Washington, DC  20005

7                                       Telephone:  (202) 898-5800
                                      Facsimile:   (202) 682-1639

8                                       *Attorneys for Defendant*
                                      *MONSANTO COMPANY*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

MONSANTO COMPANY'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
3:16-md-02741-VC & 3:19-cv-01178-VC