

2001 M STREET NW
10th Floor
WASHINGTON, DC 20036

WWW.WILKINSONWALSH.COM
———
A LIMITED LIABILITY PARTNERSHIP

WASHINGTON, D.C.  |  LOS ANGELES

June 5, 2019

<u>VIA ECF</u>

Hon. Vince Chhabria
San Francisco Courthouse, Courtroom 4
450 Golden Gate Avenue
San Francisco, CA 94102

    Re:   <u>*In re Roundup Prods. Liab. Litig.*</u><u>, No. 16-md-02741-VC</u>

Dear Judge Chhabria:

    At yesterday's CMC, the Court asked Monsanto if it would be willing to agree to the entry of a direct filing order allowing plaintiffs in multi-plaintiff cases that have been transferred to this Court to file individual complaints on this Court's docket to facilitate the severance and pretrial workup of their cases. Monsanto does not object to that approach and will work with Plaintiffs on a proposed order to be filed Friday.

    Respectfully submitted,

/s/ Brian L. Stekloff

Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonwalsh.com)
Tamarra Matthews Johnson (*pro hac vice*)
(tmatthewsjohnson@wilkinsonwalsh.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonwalsh.com)
WILKINSON WALSH + ESKOVITZ LLP
2001 M St. NW, 10th Floor
Washington, DC 20036
Tel: 202-847-4030
Fax: 202-847-4005

Cc: Counsel of Record (via ECF)

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of June 2019, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

/s/ Brian L. Stekloff_____