

**Aimee Wagstaff**
*Licensed in Colorado & California*
Aimee.Wagstaff@AndrusWagstaff.com
AndrusWagstaff.com

7171 W Alaska Drive
Lakewood, Colorado 80226
Office: (303) 376-6360

June 5, 2019

**<u>FILED VIA ECF</u>**
Honorable Vince Chhabria
United States District Court,
Northern District of California

    RE: Case No. 3:16-md-02741-VC, In re Roundup Products Liability Litigation

To the Honorable Vince Chhabria,

    Pursuant to ECF No. 4036, Minute Entry for proceedings held during the June 4, 2019 Telephonic Case Management Hearing, Plaintiffs hereby select Illinois as their state preference to be adjudicated in Wave 2.

                        Sincerely,

                        */s/ Aimee H. Wagstaff*
                        Aimee H. Wagstaff, Esq.
                        ANDRUS WAGSTAFF, PC
                        7171 W. Alaska Drive
                        Lakewood, CO 80226
                        Tel: (303) 376-6360
                        aimee.wagstaff@andruswagstaff.com

                        *Co-Lead Counsel for Plaintiffs in MDL 2741*