| | |
|---|---|
| **WILKINSON WALSH + ESKOVITZ LLP**<br>Brian L. Stekloff (*pro hac vice*)<br>(bstekloff@wilkinsonwalsh.com)<br>Rakesh Kilaru (*pro hac vice*)<br>(rkilaru@wilkinsonwalsh.com)<br>2001 M St. NW, 10th Floor<br>Washington, DC 20036<br>Tel:    202-847-4030<br>Fax:   202-847-4005 | **ARNOLD & PORTER KAYE SCHOLER LLP**<br>Pamela Yates (CA Bar No. 137440)<br>(Pamela.Yates@arnoldporter.com)<br>777 South Figueroa St., 44th Floor<br>Los Angeles, CA 90017<br>Tel: 213-243-4178<br>Fax: 213-243-4199 |
| **HOLLINGSWORTH LLP**<br>Eric G. Lasker (*pro hac vice*)<br>(elasker@hollingsworthllp.com)<br>Martin C. Calhoun<br>(mcalhoun@hollingsworthllp.com)<br>1350 I St. NW<br>Washington, DC 20005<br>Tel: 202-898-5843<br>Fax: 202-682-1639 | **COVINGTON & BURLING LLP**<br>Michael X. Imbroscio (*pro hac vice*)<br>(mimbroscio@cov.com)<br>One City Center<br>850 10th St. NW<br>Washington, DC 20001<br>Tel: 202-662-6000 |

*Attorneys for Defendant*
*MONSANTO COMPANY*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>*Judith Benge, individually and as Executor of the Estate of Bruce Kiel Benge v. Monsanto Co.*,<br>Case No. 3:19-cv-02835-VC | **MONSANTO COMPANY'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENT** |

      Monsanto Company ("Monsanto") respectfully requests an order removing the document filed at Docket No. 4035 (16-md-0271-VC) and Docket No. 15 (3:19-cv-02835-VC) from those dockets because that document was incorrectly filed. That pleading was inadvertently filed with confidential attorney work product that should not be publicly disclosed. Monsanto will promptly file a corrected version of that pleading. To protect the confidentiality of the

---

1
MONSANTO COMPANY'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENT
3:16-md-02741-VC & 3:19-cv-02835-VC

information in that inadvertently filed pleading, the Court should grant this motion and permanently delete the pleading that was filed at Docket No. 4035 and Docket No. 15.

DATED: June 6, 2019							Respectfully submitted,

/s/ Martin C. Calhoun
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
Martin C. Calhoun
(mcalhoun@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I St. NW
Washington, DC 20005
Tel: 202-898-5843
Fax: 202-682-1639

Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonwalsh.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonwalsh.com)
WILKINSON WALSH + ESKOVITZ LLP
2001 M St. NW, 10th Floor
Washington, DC 20036
Tel: 202-847-4030
Fax: 202-847-4005

Pamela Yates (CA Bar No. 137440)
(Pamela.Yates@arnoldporter.com)
ARNOLD & PORTER KAYE SCHOLER LLP
777 South Figueroa St., 44th Floor
Los Angeles, CA 90017
Tel: 213-243-4178
Fax: 213-243-4199

Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
COVINGTON & BURLING LLP
One City Center
850 10th St. NW
Washington, DC 20001
Tel: 202-662-6000

Attorneys for Defendant
MONSANTO COMPANY