**WILKINSON WALSH + ESKOVITZ LLP**
Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonwalsh.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonwalsh.com)
2001 M St. NW, 10th Floor
Washington, DC 20036
Tel:   202-847-4030
Fax:   202-847-4005

**ARNOLD & PORTER KAYE SCHOLER LLP**
Pamela Yates (CA Bar No. 137440)
(Pamela.Yates@arnoldporter.com)
777 South Figueroa St., 44th Floor
Los Angeles, CA 90017
Tel: 213-243-4178
Fax: 213-243-4199

**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
Martin C. Calhoun
(mcalhoun@hollingsworthllp.com)
1350 I St. NW
Washington, DC 20005
Tel: 202-898-5843
Fax: 202-682-1639

**COVINGTON & BURLING LLP**
Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
One City Center
850 10th St. NW
Washington, DC 20001
Tel: 202-662-6000

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: *Judith Benge, individually and as Executor of the Estate of Bruce Kiel Benge v. Monsanto Co.*, Case No. 3:19-cv-02835-VC | **DECLARATION OF MARTIN CALHOUN IN SUPPORT OF MONSANTO COMPANY'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENT** |

I, Martin C. Calhoun, declare:

1. I am a partner with Hollingsworth LLP and one of the attorneys for Monsanto Company ("Monsanto"). I submit this declaration in support of Monsanto's Motion to Remove Incorrectly Filed Document.

2. On June 4, 2019, Monsanto filed an answer at Docket No. 4035 (3:16-md-0271-VC) and Docket No. 15 (3:19-cv-02835-VC).  That pleading was inadvertently filed with confidential attorney work product that should not be publicly disclosed.

3. Today, I contacted the ECF Helpdesk to ensure that this pleading is locked.

4. To protect the confidentiality of the information in that inadvertently filed pleading, Monsanto requests that the Court grant this motion and permanently delete the pleading that was filed at Docket No. 4035 and Docket No. 15.  Monsanto will promptly file a corrected version of that pleading.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 6, 2019

/s/ Martin C. Calhoun
Martin C. Calhoun