**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 <br> Master Case No. 3:16-md-02741-VC |

This Document Relates to:

Alison Brower Lomax

Case No.      3:19-cv-3016-VC

## NOTICE OF APPEARANCE

To:     The Clerk of the Court and all parties of record.

PLEASE TAKE NOTICE that pursuant to Pretrial Order No. 1, Rand P. Nolen, of the law firm Fleming, Nolen & Jez, hereby enters his appearance in the above-referenced action as counsel for Plaintiff Alison Brower Lomax.

Dated:  June 7, 2019.

Respectfully submitted,

By:   */s/ Rand P. Nolen*
Rand P. Nolen
**FLEMING, NOLEN & JEZ, L.L.P.**
2800 Post Oak Blvd., Suite 4000
Houston, Texas 77056-3109
Telephone:  (713) 621-7944
Facsimile:  (713) 621-9638
Email:  rand_nolen@fleming-law.com
*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 7, 2019, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter.

*/s/ Rand P. Nolen*