# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION <br><br> **THIS DOCUMENT RELATES TO:** <br><br> *James Erb v. Monsanto Company* <br><br> **Case No.**  3:19-cv-02166-VC | Master File No. 3:16-MD-02741-VC <br> MDL No. 2741 <br><br> **VINCE CHHABRIA** <br> **U.S. DISTRICT JUDGE** |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that, pursuant to Pretrial Order No. 1, Ken Moll, of the firm Moll Law Group, hereby enters his appearance in the above-captioned matter as counsel for plaintiff, JAMES ERB, and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served on and directed to the undersigned counsel.

Dated: June 10, 2019

        Respectfully submitted,

        */s/ Ken Moll*
        Ken Moll
        kmoll@molllawgroup.com
        MOLL LAW GROUP
        22 W. Washington Street
        15th Floor
        Chicago, IL, 60602
        T 312.462.1700
        F 312.756.0045
        **ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL

*/s/ Ken Moll*