**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION** <br><br> **THIS DOCUMENT RELATES TO:** <br><br> *John Schafer v. Monsanto Company* <br><br> **Case No.** 3:19-cv-02169-VC | **Master File No. 3:16-MD-02741-VC** <br> **MDL No. 2741** <br><br><br> **VINCE CHHABRIA** <br> **U.S. DISTRICT JUDGE** |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that, pursuant to Pretrial Order No. 1, Ken Moll, of the firm Moll Law Group, hereby enters his appearance in the above-captioned matter as counsel for plaintiff, JOHN SCHAFER, and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served on and directed to the undersigned counsel.

Dated: June 10, 2019

                                                      Respectfully submitted,

                                                      */s/ Ken Moll*
                                                      Ken Moll
                                                      kmoll@molllawgroup.com
                                                      MOLL LAW GROUP
                                                      22 W. Washington Street
                                                      15th Floor
                                                      Chicago, IL, 60602
                                                      T 312.462.1700
                                                      F 312.756.0045
                                                      **ATTORNEYS FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

    I hereby certify that on June 10, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL

*/s/ Ken Moll*