**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-2741-VC |
| This document relates to: | |
| *Billy Worth, et al. v. Monsanto Company* Case No. 3:18-cv-02906-VC | **STIPULATION FOR FILING FIRST AMENDED COMPLAINT AND PROPOSED ORDER** |

WHEREAS Plaintiffs Billy Worth and Alicia Worth commenced a lawsuit against Monsanto Company in the Iowa District Court in and for Chickasaw County on January 15, 2018, which was removed to the United States District Court for the Northern District of Iowa, Eastern Division, on April 27, 2018, and subsequently transferred to this Court on May 17, 2018 pursuant to 28 U.S.C. § 1407;

WHEREAS Plaintiff Billy Worth died on January 27, 2018;

WHEREAS Plaintiff's spouse, Alicia Worth, seeks to amend the original Complaint to include a survival action and a claim for wrongful death, and amend the parties named in the caption;

IT IS THEREFORE HEREBY STIPULATED AND AGREED, by and between the parties hereto through their respective attorneys of record, that Plaintiff Alicia Worth may, pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, file an Amended Complaint in the form of the *First Amended Complaint and Demand for Jury Trial* attached hereto as Exhibit A.

IT IS FURTHER STIPULATED AND AGREED that by not opposing the filing of Plaintiffs' *First Amended Complaint and Demand for Jury Trial*, Defendant Monsanto does not waive, and reserves, the right to assert any and all arguments and defenses in response to the *First*

1

1    *Amended Complaint* including, but not limited to, arguments that the amendment was untimely or

2    otherwise not permitted by applicable law.

3                                                          Respectfully submitted,

4

5    Dated: June 11, 2019                                 MESHBESHER & SPENCE, LTD.

6

7                                                          By: /s/ Anthony J. Nemo
                                                           Attorney for Plaintiffs
8

9

10   Dated: June 11, 2019                                 HOLLINGSWORTH LLP

11

12                                                         By: /s/ Martin C. Calhoun
                                                           Attorney for Defendant

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## **ORDER**

2

　　Based upon the written stipulation of the parties, and good cause appearing in support

3

thereof, Plaintiffs may file a first amended complaint in the form of the First Amended Complaint

4

and Demand for Jury Trial attached hereto as Exhibit A.

5

6

　　**IT IS SO ORDERED**

7

Dated: _____

8

　　　　　　　　　　　　　　　　　　_____

9

　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28