

RECEIVED

JUN 1 2 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA
450 Golden Gate Avenue
San Francisco, CA 94102

RALPH A. APPLEGATE
      PLAINTIFF,

versus

                      CASE :18-72281
                      CASE :16-MDL-02741-VC
                      CASE :3:18-CV-03363-VC

MONSANTO COMPANY
      DEFENDANT,



## ADDITION OF RELEVANT FACTS

1. "In 2008, United States Department of Agriculture, Agricultural Research Service scientist Stephen O. Duke and Stephen B. Powles -an Australian weed expert -described glyphosate as a " virtually ideal " herbicide ." Duke SO, Powles SB (2008),"Glyphosate : a once -in-a-century herbicide: Mini-review " (http://naldc.nal.usda.usda.gov/download/17918/PDF (PDF), Pest Management Science, 64 (4): 319-325, doi: 10.1002/ps.1518 (https://doi.org/10.1002%2Fps.1518), PMID 18273882 (https://www.ncbi.nim.nih.gov/pubmed/18273882 ) In 2010 Powles stated : "Glyphosate is a one in a 100-year discovery that is as important for reliable global food production as penicillen is for battling disease . Powles SB (January 2010). "Gene amplification delivers glyphosate-resistant weed evolution " (https://www.ncbi.nim.nih..gov/pmc/articles/PMC2824278). Proceedings of National Academy of Sciences of United States of America .107 (3): 955-56. Bibcode :2010PNAS.107.

955P (http://adsabs.harvard .edu/abs/2010PNS. 107. 955P). doi:10 . 1073/pnas. 0913 433107). PMC2824278 (https://www. ncbi. nim.nih.gov/pmc/articles/PMC/2824278). PMID20080659 (https://www. ncbi.nim.nih..gov/pubmed/20080659).

2. There is no evidence , whatsoever , that Stephen Powles in 2008 thru 2010 or thereafter knew, or could have known that plaintiff Applegate had proven by cause and effect that Applegate had been exposed for 7 days consecutive to Roundup, an unusually long exposure, and that exposure created a diagnostic astronomical increased IgM of 8980 mg/kg, and that these facts proved Roundup caused NHL's, or Powles could have otherwise stated that he knew those facts which proved that Roundup caused, still, many very,very rare cancers .

3. There has been no proof, whatsoever, that Glyphosate causes NHL, only true claim that Monsanto has stated ! Proof is in days continuous exposure and diagnostic IgM.

4. "To say that these three(3)Monsanto verdicts are not justified by scientific evidence would be a massive understatement . Every regulatory body in world that has studied Roundup has declared it's safe and that it's unlikely that it's a carcinogen." David Bernstein ,Attorney,University Professor and Executive Director of Liberty & Law Center at Antonin Scalia Law School, George Mason University, May 16 , 2019." Crazy Verdicts Against Bayer /Monsanto in Roundup Litigation "

5. " Just how weak is evidence presented by plaintiff's that Roundup caused their NHL?  Here is judge in a previous California case explaining why, in his opinion, jury's verdict  was justified based on relevant  scientific evidence ." David Bernstein .

6. " Plaintiff(Johnson's)evidence that his NHL was caused by his exposure to Glyphosate Based Herbicides (Abbreviated)was based on testimony of Dr. Nabhan, a former practicing oncologist . Dr. Nabhan does not dispute that he is unable to identify a cause of NHL in majority of his patients. Tr:2990:6-14; 2997,2998." David Bernstein . What is total meaning of this inability ? Inability of Dr.Nabhan suggests he is not expert ? Thus, Dr. Nabhan erroneously believed that glyphosate causes NHL, that is not true !

7. Pathologists are those physicians who decide NHL diagnosis! Neither Oncologists nor Pathologists historically inquire of patients whether or not patients had been exposed to chemicals , which one in detail , even though it should have been done, and that would have been a clue for a diagnosis. Pathologists are not in position to inquire of patients , that is for Oncologists ! Dr. Nabhan is an Oncologist .Was he mistaken ? No inquiry was made .

8.Plaintiff Applegate has recommended that Ohio State University James Cancer Center Oncologist's adopt a policy of questioning all cancer patients about their detailed exposures , and plaintiff Applegate was not recognized .

9. Plaintiff Applegate is omitting some paragraphs of David Bernstein which discuss "differential diagnosis " and " Dr. Nabhan's opinions ". Cooper v. Takeda Pharms. Am., Inc.(2015) 239 Cal. App. 4th, 555,565-66. Cited by David Bernstein for "differential diagnosis."

10. " Dr. Nabhan therefore concluded that GBH's were most substantial contributing to Mr. Johnson's NHL. Id at 2853:24-2854:2 ." David Bernstein

p.3

11. "This isn't science, testimony should have been excluded entirely under Sargon precedent in California, which bars courts from admitting "speculative " expert testimony. To call Nabhans causation testimony "speculative" would be generous. And note again that above excerpt is judge(Chhabria)explaining why testimony was sufficient to support a verdict, not a hostile account of Nabhan's testimony." David Bernstein

12. " Update: I(David Bernstein) neglected this gem a couple of paragraphs down : ' Because there is no substantial evidence of an alternate explanation for plaintiff (Johnson's) NHL, jury here was free to give weight to Dr. Nabhan's testimony that Glyphosate Based Herbicides were a substantial factor in causing the cancer .Given that everyone acknowledges that most cases of NHL are idiopathic, that is just incoherent .'" David Bernstein

13. Consequently, there is substantial evidence of an alternate explanation for plaintiff(Johnson's)NHL, that is all of plaintiff Applegate's pleadings in Applegate v. Monsanto Case No.3:18-CV-03363-VC, including discovery plaintiff Applegate demanded of Justice Chhabria in that case.

14. Plaintiff missed David Bernstein's teleforum on Roundup litigation for Federalist Society on May16, 2019, but, it may have been recorded.

15. David Bernstein stated "Other than academic interest watch, I have no stake in any way in this litigation and no affiliation with Monsanto or its attorneys ."

16. Sum of 13401 or more Roundup plaintiff's known days consecutive Roundup exposures and their known diagnostic Igm's is, no doubt, absolute historic

proof that can not be denied that Roundup causes Non Hodgkins Lymphoma's, regardless !

Respectfully submitted

Signed *Ralph A. Applegate*
Ralph A. Applegate, Plaintiff, Pro Se
1544 Zettler Road
Columbus, Ohio 43227
rapplegate48@gmail.com
914-410-1568

Defendant Chief Counsel
Joe Hollingsworth
Hollingsworth LLP
1350 I. Street NW
Washington, DC 20005
jhollingsworth@hollingsworthllp.com

Certificate of Service

Plaintiff certifies that one copy each of " ADDITIONAL RELEVANT FACTS "is being certified mailed, return receipt requested, to Clerk of U.S. District Court, Northern District of California, Clerk to efile or hand-carry to Justice Chhabria, and regular mailed to Clerk, 9th Circuit Court of Appeals, and to Defendant Chief Counsel, Joe Hollingsworth on, or before June 5, 2019.

Ralph [illegible] [illegible]
1549 Zettler Road
Columbus, Ohio 43227

7019 0160 0000 2501 5858

CERTIFIED MAIL

Clerk
U.S. District Court
Northern District of California
450 Golden Gate Ave.
San Francisco, CA. 94102

U.S. POSTAGE PAID
FCM LETTER
COLUMBUS, OH
43209
JUN 10, 19
AMOUNT
$6.30
R2305M114819S-99

USA FOREVER

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Clerk,
U.S. District Court
Northern District of CA
450 Golden Gate Ave,
San Francisco, CA 94102

9590 9402 5002 9063 7176 73

2. Article Number (Transfer from service label)

7019 0160 0000 2501 5858

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X

B. Received by (Printed Name) | C. Date of Delivery

☐ Agent
☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt