### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION** <br><br> **THIS DOCUMENT RELATES TO:** <br><br> *Mark Pecorelli, Individually and as Representative of the Estate of Michael Pecorelli, deceased v. Monsanto Company* <br><br> **Case No.**  3:16-cv-06936-VC | **Master File No. 3:16-MD-02741-VC** <br> **MDL No. 2741** <br><br><br><br> **VINCE CHHABRIA** <br> **U.S. DISTRICT JUDGE** |

### PLAINTIFF'S NOTICE OF CHANGE IN COUNSEL

PLEASE TAKE NOTICE that Kurt Hyzy of The Law Group, Ltd. hereby withdraws as an attorney of record in the above-captioned case on behalf of Plaintiff, Mark Pecorelli.

PLEASE TAKE FURTHER NOTICE that Attorney Stephen Cady of Moll Law Group wishes to substitute on his behalf in this action and hereby enters his appearance. Plaintiff will also continue to be represented by Ken Moll of Moll Law Group.

Plaintiff and undersigned counsel consent to such withdrawal and substitution of counsel. Accordingly, Plaintiff respectfully requests that all necessary changes be made to the Court's records and ECF, and all future communications regarding this case be directed to the following:

Stephen Cady
MOLL LAW GROUP
22 W Washington Street, 15th Floor
Chicago, IL 60602
T: (312) 462-1700
F: (312) 756-0045
scady@molllawgroup.com

Dated: June 13, 2019

> **Respectfully submitted and**
> **representation accepted by:**

1

2

By:     */s/ Stephen Cady*
        Stephen Cady
        MOLL LAW GROUP
        22 W Washington Street, 15th Floor
        Chicago, IL 60602
        T: (312) 462-1700
        F: (312) 756-0045
        scady@molllawgroup.com

        **Agreed to by**:

By:     */s/ Kurt Hyzy*
        Kurt Hyzy
        THE LAW GROUP, LTD.
        135 S. LaSalle, Suite 3950
        Chicago, IL 60603
        T: (312) 558-6444
        F: (312) 558-1112
        k.hyzy@karnolaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL

*/s /Stephen Cady*