UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Harris, et al v. Monsanto Co., et al.*<br>Case No. 3:17-CV-03199-VC | MDL No. 2741<br><br>Case No. 16-md-02741-VC<br><br>**PLAINTIFFS' NOTICE TO TAKE ORAL AND VIDEOTAPED DEPOSITION OF DR. NAYYAR SIDDIQUE, MD** |

TO: Dr. Nayyar Siddique, M.D.
     North County Oncology Medical Clinic, Inc.
     3617 Vista Way
     Oceanside, CA 92056

Please take notice that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiffs, by and through their counsel, will take the videotaped deposition upon oral examination of Dr. Nayyar Siddique, M.D. commencing at 9:00 A.M. on July 31, 2019 and continuing until completed. The location of said deposition is to be determined at a later date based upon the deponent's availability. The time and date of said deposition may be amended in accordance with the deponent's availability. The deposition will be taken before a person authorized by law to administer oaths, pursuant to Rule 28 of the Federal Rules of Civil Procedure, and will continue day-to-day until the examination is completed.

DATED:    June 13, 2019        By:    /s/ Peter A. Miller
                                                     Peter A. Miller
                                                    Miller DellaFera PLC
                                                    3420 Pump Rd., PMB 404
                                                    Henrico, VA 23233
                                                    Tel: 800-401-6670
                                                    pmiller@millerdellafera.org
                                                    *Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was filed with the Court and electronically served through the CM-ECF system which will send a notification of such filing to all counsel of record. Additionally, a copy of the foregoing document was forwarded by Certified Mail to Dr. Nayyar Siddique, M.D at the address of North County Oncology Medical Clinic, Inc., 3617 Vista Way, Oceanside, CA 92056.

DATED:      June 13, 2019                By:     /s/Peter A. Miller
                                                 Peter A. Miller
                                                 Miller DellaFera PLC
                                                 3420 Pump Rd., PMB 404
                                                 Henrico, VA 23233
                                                 Tel: 800-401-6670
                                                 pmiller@millerdellafera.org
                                                 *Counsel for Plaintiffs*

- 2 -

NOTICE TO TAKE ORAL AND VIDEOTAPED DEPOSITION OF DR. SIDDIQUE
3:16-md-02741-VC, 3:17-cv-03199-VC

## **EXHIBIT A**

1. All medical records pertaining to Mr. Anthony Harris (DOB: 02/08/1976), including but not limited to all admitting and discharge summaries, progress notes, nursing notes, orders, operative reports and summaries, consultation records and reports, diagnostic studies, toxicology screens and reports, x-rays, scans, clinic files, laboratory slips and records, pathology reports and studies, billing and payment records and any other documents relating to Mr. Harris, whether located within or outside your medical office's central medical file system.

2. Your current curriculum vitae.