# EXHIBIT 6

| | |
|---|---|
| **Message** | |
| **From**: | DONNA R FARMER |
| **Sent**: | 12/29/1998 9:59:24 AM |
| **To**: | WILLIAM F HEYDENS; LARRY D KIER; RICHARD P GARNETT; THOMAS W FUHREMANN; WILLIAM GRAHAM; ALAN G E WILSON; MARK A MARTENS |
| **CC**: | CAM S VERDIN |
| **Subject**: | Re[2]: Actions from 12/17 Meeting on Mutagenicity |

Mark,

What is your schedule for the week of the 11th?  We can discuss both of the topics below at that time.

Donna

_____  Reply Separator  _____
Subject: Re: Actions from 12/17 Meeting on Mutagenicity
Author:  MARK A MARTENS at MONLLN01
Date:    12/29/98 9:34 AM


Donna,

Thanks for the report.

Could we include in the micronucleus testing of the MON 35050-glyphosate the histopath of liver and kidneys?  This could give us some idea of the pathology of these organs in the test conditions of the Peluso test.

For the meeting on the testing programme of the detergent molecules I would prefer the week of Jan 11th since then I can attend the meeting in St Louis.  I would also like to meet with you, Bill, Alan and Larry to discuss what we are going to do with Parry in Europe.

Regards, Mark.


_____  Reply Separator  _____
Subject: Actions from 12/17 Meeting on Mutagenicity
Author:  DONNA R FARMER at MONSL125
Date:    12/27/98 1:31 PM



Below please find:

1) Actions from 12/17 meeting on Mutagenicity
2) Recommendations for the Lioi papers

Thank you all for your participation and especially to Larry for his continued support!

********************************************************************

1) Actions from todays conference call:

a) Agreed to conduct guideline AMES and Mouse Micronucleus Tests (i.p. route of exposure) on the following "formulation blanks' (all components present except glyphosate):

>      MON 35050  - glyphosate = MON 8081 (IPA salt of C8-10 Alkyl
>      Sulfate), KTS, Antifoam SF and Debubbler Bevaloid 680

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**TRIAL EXHIBIT** 155

Case No. 3:16-cv-0525-VC

Date Entered _____

By _____
Deputy Clerk

MONGLY06486896

```
        MON 52276 - glyphosate = MON 8151 (Dodigen 4022) and Tween 20

        MON 35012 - glyphosate = Cocaoamine and Antifoam RD

   - Donna - will contact the lab, get protocols, request test
           material etc.

   - We will target to start the studies mid-January. But recognize
           we may alter the studies/and or test materials based on
           receipt of german amendment on mutagenicity

b) Agreed to further discuss and develop "detergent molecule" testing
           program

   - Donna will arrange this discussion. Timing after the receipt of
           the german amendment.  Please let me know your availability for
           the following days (we can always cancel the meeting if we have
           not heard yet):

      AM of:

      1/11
      1/12
      1/15
      1/18
      1/19
      1/21
      1/22


c) Agreed an external global network of genotox experts needs to be
developed.

   As EU has an immediate need and is a critical area now it was
   agreed that Mark Martens would contact Dr. Parry next week to
   discuss with him his participation in the support of glyphosate,
   glyphosate-based ***formulation*** gentox issues.

           After initial contact, if Dr. Parry is agreeable than
           Larry will be included in discussion to outline issue/needs
           etc.


   For North America - Gary Williams will be here in early February as
   part of the CANTOX project.  Larry Kier as graciously agreed to
   join in those discussions.

**********************************************************************
2)  Unfortunately our time rain out but Larry, Bill and Donna stayed a
little while longer and dicussed the Lioi papers:

- The data are very unusual and suspect (i.e. the results may
reflect an artifact of some procedural error and/or inexperience in
scoring) but may be extremely difficult to refute based simply on
the contents of the paper.

- It is a real concern that these papers may create an even bigger
problem for us than the Peluso paper. Therefore we do some things
quickly!

- The results of the human lymphocyte test by Lioi do not agree with
the toxicity and data in the human lymphocyte study conducted by
Agrichem at NOTOX.

Recommendations:

Contact the authors.  Have a letter sent from Monsanto Italy or
Brussels and saying something about:

- The data doesn't agree with other data we have - the agrichem study
- Therefore we are interested in investigating the discrepancy
- We would like samples of what they tested for evaluation.
```

- Are the concentrations correct?
- Was it the acid or salt that was tested?
etc.

In addition, before this letter is sent we may want to contact the manufacturers of vinclozolin and atrazine and inquire if they have seen the papers, do they have data from similar assays for their products, are they planning on responding, contacting the authors etc.

Please let me know if you disagree with this proposal and/or have some other recommendation on how to proceed.

MONGLY06486898