# EXHIBIT 14

| | |
|---|---|
| **Message** | |
| From: | HEYDENS, WILLIAM F [FND/1000] [/O=MONSANTO/OU=NA-1000-01/CN=RECIPIENTS/CN=230737] |
| Sent: | 6/21/1999 12:46:52 PM |
| To: | FARMER, DONNA R [FND/1000][redacted]@monsanto.com] |
| Subject: | FW: Roundup documents |

FYI

And Dougie thinks I would actually leave the final editing to him unsupervised...

-----Original Message-----
From: HEYDENS, WILLIAM F [FND/1000]
Sent: Friday, June 18, 1999 3:45 PM
To: 'Douglas Bryant'; DRAKE, LISA M [FND/1000]
Cc: HEYDENS, WILLIAM F [FND/1000]; [redacted]@cantox.com
Subject: RE: Roundup documents

All,

A clarification - there is one step missing - I will review the final manuscript with the reviewers comments incorporated (in revision mode so I can find them easily) before it is sent to the publisher. I will commit to conducting this review very quickly. Assuming the reviewers don't throw in any surprises (I'm especially thinking of Peterson), I can turn it right back around with a very minimal investment of time.

Bill

-----Original Message-----
From: Douglas Bryant [[redacted]@cantox.com]
Sent: Friday, June 18, 1999 3:18 PM
To: [redacted]@monsanto.com
Cc: [redacted]@monsanto.com; [redacted]@cantox.com
Subject: Roundup documents

Dear Lisa:

This is just a note to tell you of progress made to June 18, 1999

Ulysses has had a conferance call with Stuart Dobson, John Giesy, Mike Mckee and Keith Solomon to finalize the ecological risk document. They had all submitted edits, and the call was to finalize remaining issues so the manuscript can be sent to the journal.

The progress of the human safety assessment of Roundup and glyphosate is a bit slower. Gary Williams has completed his final edits and declares himself pleased with the overall document. I await Robert Kroes' comments and will repeat my requests to Dick Peterson for each to complete edits in a timely fashion.

Bill Heydens, Donna Farmer, Kathy Carr and all those at Monsanto have been helping get the document through QA. There appear to be plenty of small errors, but as yet there don't seem to be any great problems threatening completion. Bill has proposed completing the QA changes, then sending the edited form of the manuscript back to Cantox to incorporate final comments by the reviewers, and send it off.

Khristin Heaney (Aronow and Pollock) has been in touch with the journal publishers to get some idea of reprint costs.

I look forward to hearing from you.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

TRIAL EXHIBIT __314__

Case No. 3:16-cv-0525-VC

Date Entered _____

By _____
    Deputy Clerk

MONGLY03751016