# EXHIBIT 15

Message

| | |
|---|---|
| From: | HEYDENS, WILLIAM F [FND/1000] [/O=MONSANTO/OU=NA-1000-01/CN=RECIPIENTS/CN=230737] |
| Sent: | 7/30/1999 3:47:17 PM |
| To: | antox.com' antox.com] |
| CC: | VERDIN, CAM S [FND/1000] [/O=MONSANTO/OU=NA-1000-01/CN=RECIPIENTS/CN=72405]; FARMER, DONNA R [FND/1000] [/O=MONSANTO/OU=NA-1000-01/CN=RECIPIENTS/CN=180070] |
| Subject: | GLYPHOSATE MAMMALIAN MANUSCRIPT |
| Attachments: | Manuscr9.doc; Tableall.doc; ReferAll2.doc |

Ian,

Finally!!  Attached are the text, tables, and references.  I have sprouted several new gray hairs during the writing of this thing, but as best I can tell, at least they have stayed attached to my head.

As I told you on the phone, the text and tables have been QA-approved.  The documents (text and most of the tables) show the numerous changes (in 'Revisions' mode) that have been made as part of this lengthy and painful process.  There are also a couple of enhancements made in the genetox section - Larry and I feel very strongly about them, so we will need to discuss if you don't want to add them as is.

Everyone at Monsanto has agreed with adding you as an author - please do so.

A few other notes on the manuscript and references:

1)  Douglas told me a week or two ago that he has a few edits from Gary and Kroes that he needs to add.

2)  Douglas needs to add Figure 3.  I think he has prepared it, but it was not included in the last version he sent me.

3)  Douglas needs to supply the full citation for # 152 on the reference list.

4)  I am not sure about the formatting on some of the EPA references (# 151-163) - Douglas may want to take a quick look at them.

If you need to discuss anything with me over the next 3 weeks, note that my availability is quite limited - right now, I plan on being in the office only on Aug 4, 5, 9, and possibly 19.  My administrative assisstant, Cam Verdin (314-         ) can reach me most of the time during this period if you need to talk to me.  I will be back in the office full time on Monday, August 23.

Best regards,   Bill



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

TRIAL EXHIBIT  315

Case No. 3:16-cv-0525-VC

Date Entered _____

By _____
Deputy Clerk

MONGLY01869261