1  Jennifer A. Moore (SBN 206779)
   **MOORE LAW GROUP, PLLC**
2  1473 S. 4th Street
   Louisville, KY 40208
3  Tel: (502) 717-4080
   jennifer@moorelawgroup.com
4
   *Attorney for Plaintiff Hardeman*
5

6                       UNITED STATES DISTRICT COURT

7                      NORTHERN DISTRICT OF CALIFORNIA

8                           SAN FRANCISCO DIVISION

9

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | Case No. 3:16-md-02741-VC |
| | MDL No. 2741 |
| This document relates to: | **DECLARATION OF JENNIFER A. MOORE IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT MONSANTO COMPANY'S MOTIONS FOR JUDGMENT AS A MATTER OF LAW OR, IN THE ALTERNATIVE, FOR A NEW TRIAL** |
| *Hardeman v. Monsanto Co., et al.*, 3:16-cv-0525-VC | |

I, Jennifer A. Moore, hereby declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am Partner at Moore Law Group, PLLC, and served as co-lead trial counsel for Plaintiff Hardeman in *Hardeman v. Monsanto Co.*, Case No. 16-cv-00525-VC ("*Hardeman*"). I submit this declaration in support of Plaintiffs' Opposition to Defendant Monsanto Company's ("Monsanto") Motions for Judgment as a Matter of Law or, in the Alternative, for a New Trial.

2. Attached hereto as Exhibit 1. is a true and correct copy of the document admitted during the *Hardeman* trial as trial exhibit 442, emails regarding European Commission Endocrine Disrupters developments, dated April 25, 2002.

3. Attached hereto as Exhibit 2. is a true and correct copy of the document admitted during the *Hardeman* trial as trial exhibit 157, Monsanto's Telefax Transmittal Sheet dated February 15, 1999 and attachments.

4. Attached hereto as Exhibit 3. is a true and correct copy of the document admitted during the *Hardeman* trial as trial exhibit 160, Professor James M. Parry's report, *Evaluation of the potential genotoxicity of Glyphosate, Glyphosate mixtures and component surfactants.*

5. Attached hereto as Exhibit 4. is a true and correct copy of the document admitted during the *Hardeman* trial as trial exhibit 426, emails dated November 24, 2003 regarding Agitation against Roundup®.

6. Attached hereto as Exhibit 5. is a true and correct copy of the document admitted during the *Hardeman* trial as trial exhibit 245, email chain dated September 21, 2009 regarding Roundup® article in Fremantle Herald.

7. Attached hereto as Exhibit 6. is a true and correct copy of the document admitted during the *Hardeman* trial as trial exhibit 155, email chain dated December 28, 1998 regarding meeting on Mutagenicity.

8. Attached hereto as Exhibit 7. is a true and correct copy of the document admitted during the *Hardeman* trial as trial exhibit 156, email chain regarding draft of minutes for January 15, 1999 meeting.

9. Attached hereto as <u>Exhibit 8.</u> is a true and correct copy of the document admitted during the *Hardeman* trial as trial exhibit 158, email chain regarding Meeting Minutes from February 25, 1999.

10. Attached hereto as <u>Exhibit 9.</u> is a true and correct copy of the document admitted during the *Hardeman* trial as trial exhibit 159, email chain dated September 1999 regarding Comments on Parry's write-up.

11. Attached hereto as <u>Exhibit 10.</u> is a true and correct copy of the document admitted during the *Hardeman* trial as trial exhibit 161, email chain dated September 16, 1999 re Parry's report.

12. Attached hereto as <u>Exhibit 11.</u> is a true and correct copy of the document admitted during the *Hardeman* trial as trial exhibit 220, email dated June 1, 1999 regarding questions about Glyphosate (AHS).

13. Attached hereto as <u>Exhibit 12.</u> is a true and correct copy of the document admitted during the *Hardeman* trial as trial exhibit 254, email dated September 2, 2003 regarding article re Non-Hodgkin's Lymphoma and Glyphosate.

14. Attached hereto as <u>Exhibit 13.</u> is a true and correct copy of the document admitted during the *Hardeman* trial as trial exhibit 312, email dated December 8, 2010 and attached power point regarding Williams (2000).

15. Attached hereto as <u>Exhibit 14.</u> is a true and correct copy of the document admitted during the *Hardeman* trial as trial exhibit 314, email dated June 21, 1999 regarding editing Williams (2000).

16. Attached hereto as <u>Exhibit 15.</u> is a true and correct copy of the document admitted during the *Hardeman* trial as trial exhibit 315, emails from Heydens regarding the Williams manuscript.

17. Attached hereto as <u>Exhibit 16.</u> is a true and correct copy of the document admitted during the *Hardeman* trial as trial exhibit 448, emails dated November 29, 2001 regarding Glyphosate missing from the McDuffie abstract.

18. Attached hereto as <u>Exhibit 17.</u> is a true and correct copy of the document admitted during the *Hardeman* trial as trial exhibit 449, emails regarding McDuffie paper, dated December 6, 2001.

19. Attached hereto as Exhibit 18. is a true and correct copy of the document admitted during the *Hardeman* trial as trial exhibit 461, email and attachment regarding draft Glyphosate Mammalian Manuscript, with draft manuscript, *Safety Evaluation and Risk Assessment of Herbicide Roundup® and its Active Ingredient, Glyphosate, For Humans*, dated July 30, 1999.

20. Attached hereto as Exhibit 19. is a true and correct copy of the document admitted during the *Hardeman* trial as trial exhibit 462, email and attachment regarding draft manuscript, *Safety Evaluation and Risk Assessment of Herbicide Roundup® and its Active Ingredient, Glyphosate, For Humans* to Drs. Williams and Kroes, dated September 15, 1999.

21. Attached hereto as Exhibit 20. is a true and correct copy of the document admitted during the *Hardeman* trial as trial exhibit 464, emails dated May 11 and 12, 2000 regarding publication of the manuscript, *Safety Evaluation and Risk Assessment of Herbicide Roundup® and its Active Ingredient, Glyphosate, For Humans*.

22. Attached hereto as Exhibit 21. is a true and correct copy of the document admitted during the *Hardeman* trial as trial exhibit 686, emails regarding Monsanto's position on Parry's recommendations, dated February 13, 2001.

23. Attached hereto as Exhibit 22. is a true and correct copy of the document admitted during the *Hardeman* trial as trial exhibit 788, emails from Voss, dated February 12, 2009, and attachment regarding Roundup FTO Growth Initiative January '09 power point.

24. Attached hereto as Exhibit 23. is a true and correct compilation of Christopher Portier's videotaped trial testimony, played during trial on February 27, 2019, as set forth in the trial transcript, volume 5, at 786.

25. Attached hereto as Exhibit 24. is a true and correct compilation of William Reeves' deposition testimony, played during trial on March 6, 2019, as set forth in the trial transcript, volume 9, at 1204.

26. Attached hereto as Exhibit 25. is a true and correct compilation of William Reeves' deposition testimony, played during trial on March 20, 2019, as set forth in the trial transcript, volume 17, at 2198.

27. Attached hereto as Exhibit 26. is a true and correct compilation of Mark Marten's deposition testimony, played during trial on March 20, 2019, as set forth in the trial transcript, volume 17, at 2198.

28. Attached hereto as Exhibit 27. is a true and correct compilation of Larry Kier's deposition testimony, played during trial on March 25, 2019, as set forth in the trial transcript, volume 19, at 2462.

29. Attached hereto as Exhibit 28. is a true and correct compilation of Michael Koch's deposition testimony, played during trial on March 25, 2019, as set forth in the trial transcript, volume 19, at 2462.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully Submitted,

Dated: June 14, 2019

*/s/Jennifer A. Moore*
Jennifer A. Moore

Jennifer A. Moore (SBN 206779)
**MOORE LAW GROUP, PLLC**
1473 S. 4th Street
Louisville, KY 40208
Tel: (502) 717-4080
jennifer@moorelawgroup.com

*Attorney for Plaintiff Hardeman*

# ECF ATTESTATION

Pursuant to Civil L.R. 5-1(i)(3), the filing attorney attests that concurrence regarding the filing of this document has been obtained from the signatory above.

| | |
|---|---|
| Date: June 14, 2019 | By:     */s/ Leland H. Belew* <br>         Leland H. Belew |

Leland H. Belew (SBN 293096)
leland@andrusanderson.com
Lori E. Andrus (SBN 205816)
lori@andrusanderson.com
Jennie Lee Anderson (SBN 203586)
jennie@andrusanderson.com
**ANDRUS ANDERSON LLP**
155 Montgomery Street, Suite 900
San Francisco, CA 94104
Telephone:  (415) 986-1400
Facsimile:  (415) 986-1474

*Attorneys for Plaintiff*