# EXHIBIT 20

Message

**From:** GRANT, HUGH [BUS/1000] [/O=MONSANTO/OU=NA-1000-01/CN=RECIPIENTS/CN=157212]
**Sent:** 5/12/2000 8:13:49 PM
**To:** DRAKE, LISA M [FND/1000] [█]; VERFAILLIE, HENDRIK A [BUS/1000] [█]; FRALEY, ROBERT T [BUS/1000] [█]; CASALE, CARL M [AG/1000] [█]; BEGEMANN, BRETT D [AG/1000] [█]; PREETE, KERRY J [AG/1000] [█]; POPIK, CARLOS A [AG/5000] [█]; CHIU, B K [AG/5340] [█]; HOOGHEEM, THOMAS J [AG/1000] [█]; BENZ, CHARLES A [AG/1000] [█]; HINCHEE, MAUD A [FND/1005] [█]; HJELLE, JERRY J [FND/1000] [█]; HELSCHER, THOMAS M [AG/1000] [█]; STITH, GLENN A [AG/1795] [█]; MEIER, CHERYL L [AG/1000] [█]; GOETTE, JOHN M [AG/1000] [█]; CARR, KATHERINE H [FND/1000] [█]; CARR, KATHERINE H [FND/1000] [█]; CARR, KATHERINE H [FND/1000] [█]; CARR, KATHERINE H [FND/1000] [█]; CARR, KATHERINE H [FND/1000] [█]; QUINN, PATRICK M [AG/8050] [█]; WALKER, JOAN H [BUS/1820] [█]; DILL JR, GERALD M [AG/1000] [█]; SCHUMACHER, RICHARD W [AG/1000] [█]; CARRATO, J THOMAS [FND/1000] [█]; WILDMAN, MARK S [AG/FLDS] [█]; KREBSBACH, MICHAEL L [AG/FLDS] [█]; GLOVER, JERRY P [FND/1000] [█]; LARA, GUSTAVO [AG/5300] [█]; BUZIO, CARLOS A [AG/1000] [█]; LEITE, GUSTAVO T [AG/5050] [█]; PELLAND, ADELE C [FND/5080] [█]; MCKAY, DANNA H [AG/1600] [█]; MOWLING, RAY [FND/5080] [█]; MEENA, M [█]; AUXENFANS, BERNARD P [Non-Monsanto/5040] [█]; EVETTS, LARRY L [AG/1000] [█]; HENDRICKSON, DEAN W [AG/1000] [█]; TAYLOR, LARRY [AG/5125] [█]
**CC:** [█]; HEYDENS, WILLIAM F [AG/1000] [█]; FARMER, DONNA R [FND/1000] [█]; CARR, KATHERINE H [FND/1000] [█]; WRATTEN, STEPHEN J [FND/1000] [█]; BLEEKE, MARIAN S [FND/1000] [█]; MCKEE, MICHAEL J [FND/1000] [█]; FISHER, LORI J [FND/1000] [█]; GRAHAM, WILLIAM [FND/5045] [█]
**Subject:** RE: Kudos on Publication of Roundup Tox Paper - now posted on the Internet

This is very good work, well done to the team, please keep me in the loop as you build the PR info to go with it, thanks again, Hugh

-----Original Message-----
From: DRAKE, LISA M [FND/1000]
Sent: Thursday, May 11, 2000 5:41 PM
To: VERFAILLIE, HENDRIK A [BUS/1000]; FRALEY, ROBERT T [BUS/1000]; GRANT, HUGH [BUS/1000]; CASALE, CARL M [AG/1000]; BEGEMANN, BRETT D [AG/1000]; PREETE, KERRY J [AG/1000]; POPIK, CARLOS A [AG/5000]; CHIU, B K [AG/5340]; HOOGHEEM, THOMAS J [AG/1000]; BENZ, CHARLES A [AG/1000]; HINCHEE, MAUD A [FND/1005]; HJELLE, JERRY J [FND/1000]; HELSCHER, THOMAS M [AG/1000]; STITH, GLENN A [AG/1795]; MEIER, CHERYL L [AG/1000]; GOETTE, JOHN M [AG/1000]; CARR, KATHERINE H [FND/1000]; CARR, KATHERINE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**TRIAL EXHIBIT** 464

Case No. 3:16-cv-0525-VC

Date Entered _____

By _____
Deputy Clerk

H [FND/1000]; CARR, KATHERINE H [FND/1000]; CARR, KATHERINE H [FND/1000]; CARR, KATHERINE H [FND/1000]; QUINN, PATRICK M [AG/8050]; FOSTER, SCARLETT L [FND/1000]; WALKER, JOAN H [BUS/1820]; DILL JR, GERALD M [AG/1000]; SCHUMACHER, RICHARD W [AG/1000]; CARRATO, J THOMAS [FND/1000]; WILDMAN, MARK S [AG/FLDS]; KREBSBACH, MICHAEL L [AG/FLDS]; GLOVER, JERRY P [FND/1000]; ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉;
▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ LARA, GUSTAVO [AG/5300]; BUZIO, CARLOS A [AG/1000]; LEITE, GUSTAVO T [AG/5050]; PELLAND, ADELE C [FND/5080]; MCKAY, DANNA H [AG/1600]; MOWLING, RAY [FND/5080]; MEENA, M; AUXENFANS, BERNARD P [GBO/1000]; EVETTS, LARRY L [AG/1000]; HENDRICKSON, DEAN W [AG/1000]; TAYLOR, LARRY [AG/5125]
Cc: ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉; HEYDENS, WILLIAM F [AG/1000]; FARMER, DONNA R [FND/1000]; CARR, KATHERINE H [FND/1000]; WRATTEN, STEPHEN J [FND/1000]; BLEEKE, MARIAN S [FND/1000]; MCKEE, MICHAEL J [FND/1000]; FISHER, LORI J [FND/1000]; GRAHAM, WILLIAM [FND/5045]
Subject: Kudos on Publication of Roundup Tox Paper - now posted on the Internet

The publication by independent experts of the most exhaustive and detailed scientific assessment ever written on glyphosate in "Regulatory Toxicology and Pharmacology" Vol. 31, No. 2, April 2000 (see below) was due to the perserverance, hard work and dedication of the following group of folks. They deserve significant credit for the stewardship result here since this human health publication on Roundup herbicide and its companion publication on ecotox and environmental fate will be undoubtedly be regarded as "the" reference on Roundup and glyphosate safety. Our plan is now to utilize it both in the defense of Roundup and Roundup Ready crops worldwide and in our ability to competitively differentiate ourselves from generics. (You'll notice the publication itself refers specifically to the brand Roundup.)

Thanks to Donna Farmer, Bill Heydens, Kathy Carr, Marian Bleeke, Bill Graham, Mike McKee and Steve Wratten for their hard work over three years of data collection, writing, review and relationship building with the papers' authors. Credit goes to Tom Helscher, Kerry Preete, Larry Evetts, Tom Carrato and Jerry Hjelle for their moral and budget support and counsel and advice. Thanks and credit as well to CanTox (Ian Munro, Douglas Bryant and team) and Arnonow & Pollock (Louise Pollock and Khristin Heaney), our consultants, for helping us pull this together through infinite edits and reviews. In addition, the environmental and ecotox publication on Roundup and glyphosate will be published this summer: "Ecotoxicological Risk Assessment for Roundup Herbicide", by John P. Giesy, Stuart Dobson, and Keith R. Solomon, "Archives of Environmental Contamination and Toxicology," Vol. 167 (in press), 2000.

Both documents - meant to be utilized by the next tier of third party scientists for continued Roundup FTO, were written by internationally acclaimed experts in their respective fields of science. It is important to note that this Roundup work was one of the first examples of a scientific outreach model in Ag.

Now the hard work by public affairs begins in utilizing these reference documents to the fullest -- this is where the public affairs strategy begins to kick in globally. I will leave it in the capable hands of Lori Fisher to communicate those next steps as she and the rest of the group work to accomplish their next major result. I am so proud to have been part of this team -- what a significant accomplishment -- congratulations to all.

(Please pass this note on to others in the Ag organization who can utilize these references in defending or building Roundup sales.)

Lisa Drake

-----Original Message-----
From: CARR, KATHERINE H [FND/1000]
Sent: Thursday, May 11, 2000 10:22 AM
To: HEYDENS, WILLIAM F [AG/1000]; FARMER, DONNA R [FND/1000]; WRATTEN, STEPHEN J [FND/1000]; BLEEKE, MARIAN S [FND/1000]; MCKEE, MICHAEL J [FND/1000]; DRAKE, LISA M [FND/1000]; FISHER, LORI J [FND/1000]
Cc: ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
Subject: Cantox Mammalian article posted on the Internet
Importance: High

The abstract for "Safety Evaluation and Risk Assessment of the Herbicide Roundup and Its Active Ingredient, Glyphosate, for Humans" (Williams, Kroes, and Munro) is now posted on the Internet, at the following link:

http://www.idealibrary.com/links/doi/10.1006/rtph.1999.1371

The PDF version of the article is available on-line to subscribers to the journal. Monsanto does not hold a subscription to this service.

Kathy

MONGLY02624349