# EXHIBIT 22

| | |
|---|---|
| **Message** | |
| **From:** | VOSS, MARTIN C [AG/6042] [/O=MONSANTO/OU=NA-1000-01/CN=RECIPIENTS/CN=528068] |
| **Sent:** | 2/12/2009 10:53:36 AM |
| **To:** | FERREIRA, JUAN A [AG/6042] [/O=MONSANTO/OU=LA-5000-01/CN=RECIPIENTS/CN=151896]; ALBA, ALFONSO [AG/5170] [/O=MONSANTO/OU=LA-5050-01/CN=RECIPIENTS/CN=534006]; BASTIEN, REMI [AG/2440] [/O=MONSANTO/OU=EA-5040-01/CN=RECIPIENTS/CN=620125]; OLIVER, SAMUEL C [AG/6042] [/O=MONSANTO/OU=NA-1000-01/CN=RECIPIENTS/CN=116021]; EDGE, MARK [AG/6042] [/O=MONSANTO/OU=EA-5040-01/CN=RECIPIENTS/CN=16743]; LIARDET, VIRGINIE [AG/5170] [/O=MONSANTO/OU=EA-5170-01/CN=RECIPIENTS/CN=228422]; HEERING, DAVID C [AG/6042] [/O=MONSANTO/OU=NA-1000-01/CN=RECIPIENTS/CN=68681]; KEY, TREY [AG/6042] [/O=MONSANTO/OU=EA-5040-01/CN=RECIPIENTS/CN=527428]; VORUZ, NATALIA [AG/6042] [/O=MONSANTO/OU=EA-5040-01/CN=RECIPIENTS/CN=NNVORU]; LUETTMER-OUAZANE, URSULA E [AG/8481] [/O=MONSANTO/OU=EA-5278-01/CN=RECIPIENTS/CN=530845]; MASSA, LISA J [AG/6042] [/O=MONSANTO/OU=NA-1000-01/CN=RECIPIENTS/CN=296417]; CASTAING, PHILIPPE [AG/5170] [/O=MONSANTO/OU=EA-5170-01/CN=RECIPIENTS/CN=209553]; NARAIN, D [AG/6042] [/O=MONSANTO/OU=NA-1000-01/CN=RECIPIENTS/CN=243783]; BAKKER, MARJOLEIN [AG/6042] [/O=MONSANTO/OU=EA-5040-01/CN=RECIPIENTS/CN=8567] |
| **Subject:** | Roundup FTO Growth initiative |
| **Attachments:** | Roundup FTO Growth initiative JAN 09.pptx |

Dear All,

Attached for your reference is the Roundup FTO deck we didn't get to go through today.


Roundup FTO Growth initiative ...

Looking forward to presenting this to you during a telco soon.

Martin

---

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**TRIAL EXHIBIT** 788

Case No. 3:16-cv-0525-VC

Date Entered _____

By _____
Deputy Clerk

MONGLY03400272



# ROUNDUP FTO GROWTH INITIATIVE

MORGES, FEBRUARY 12TH 2009

# ROUNDUP ON THE MEDIA SCREEN / CONSEQUENCES



- For Roundup
  - Restrictions could directly impact our business
    - Uses the more at risk: vineyard / Around the farm / amenity / L&G
  - Media pressure is damaging / eroding the high value perception of Roundup brand
  - Roundup: the only brand quoted
    - Perception that Roundup is more dangerous than a generic formulation
- For pesticides
  - A legal ban of advertising is possible

# WHAT DO WE DO?

## Stewardship / technical teams



- Glyphosate water contamination:
  - Create and provide information's/tools necessary to scientifically defend glyphosate water issues
- Glyphosate & Roundup Tox allegation :
  - Defend glyphosate & Roundup against all toxicological allegations (Bellé / ▮▮▮▮ ... studies) by asking to the officials or independent experts to write reports/publications refuting their conclusions
- Glyphosate weed resistance management
- Glyphosate GAP promotion
- Farmers mobilization to defend gyphosate