# EXHIBIT 23

```
                                      Volume 5

                                      Pages 784 - 846
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable Vince Chhabria, Judge

| | |
|---|---|
| EDWARD HARDEMAN,         ) | |
| ) | **NO. C 16-00525 VC** |
| Plaintiff,   ) | |
| ) | **PAGES 788 - 795** |
| ) | **PAGE 834** |
| ) | <u>**FILED UNDER SEAL**</u> |
| VS.                      ) | <u>**BY ORDER OF THE COURT AND BOUND**</u> |
| ) | <u>**SEPARATELY**</u> |
| MONSANTO COMPANY,        ) | |
| ) | |
| Defendant.   ) | |
| _____) | |

```
                       San Francisco, California
                       Wednesday, February 27, 2019
```

**TRANSCRIPT OF PROCEEDINGS**

<u>**APPEARANCES**</u>:

For Plaintiff:
        ANDRUS WAGSTAFF PC
        7171 W. Alaska Drive
        Lakewood, Colorado  80226
    **BY: AIMEE H. WAGSTAFF, ATTORNEY AT LAW**
        **DAVID J. WOOL, ATTORNEY AT LAW**

        MOORE LAW GROUP
        1473 South 4th Street
        Louisville, Kentucky  40208
    **BY: JENNIFER MOORE, ATTORNEY AT LAW**

      (APPEARANCES CONTINUED ON FOLLOWING PAGE)

REPORTED BY:  Marla F. Knox, RPR, CRR
              Jo Ann Bryce, CSR No. 3321, RMR, CRR, FCRR
              Official Reporters

```
 1   APPEARANCES:  (CONTINUED)

 2   For Plaintiff:

 3                       BAUM HEDLUND ARISTEI GOLDMAN PC
                         12100 Wilshire Blvd. - Suite 950
 4                       Los Angeles, California  90025
                   BY:   ROBERT BRENT WISNER, ATTORNEY AT LAW
 5
     For Defendant:
 6
                         WILKINSON  WALSH ESKOVITZ LLP
 7                       2001 M Street, NW - 10th Floor
                         Washington, D.C.  20036
 8                 BY:   BRIAN L. STEKLOFF, ATTORNEY AT LAW
                         RAKESH N. KILARU, ATTORNEY AT LAW
 9                       TAMARRA MATTHEWS JOHNSON, ATTORNEY AT LAW
                         JULIE RUBENSTEIN, ATTORNEY AT LAW
10                       CALI COPE-KASTEN, ATTORNEY AT LAW

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

# **I N D E X**

Wednesday, February 27, 2019 - Volume 5

**PLAINTIFF'S WITNESSES**                                **PAGE** **VOL.**

**PORTIER, CHRISTOPHER**
By Video Testimony (not reported)                          799    5

**Designation Run Report**

# PORTIER_DAY1_SS_PA_01 FINAL PLAYED

_____

Portier, Christopher 02-21-2019

_____

**PLF Affirmative   03:41:41**

**Total Time   03:41:41**



ID:CP1_SS_01

| CP1_SS_01-PORTIER_DAY1_SS_PA_01 FINAL PLAYED | | |
|---|---|---|
| Page/Line | Source | ID |

98:8   A. Okay.
98:9   Q. So the first column, it says,
98:10 Knezevich and Hogan, 1983.
98:11 What does that refer to?
98:12   A. So that's the two lead authors
98:13 of the report from the animal cancer study.
98:14 1983 is the year.
98:15 And I've also written 24 in
98:16 there because this particular study was a
98:17 24-month study.  The animals were exposed to
98:18 glyphosate for two years.
98:19 And this is in feed.  All of
98:20 these are feeding studies.  The chemical is
98:21 mixed in with the food, and the animals eat
98:22 it.
98:23   Q. Now, if we look at the top
98:24 here, it says 1983.  It says, Atkinson, 1993.
98:25 Sugimoto, 1997.
99:1 And what do those years refer
99:2 to?
99:3   A. The years in which the reports
99:4 were completed or submitted to the regulatory
99:5 agencies.  I'm not absolutely certain.  But
99:6 it's the year associated with the information
99:7 I have on that bioassay.
99:8 The assays themselves were done
99:9 before that date.
99:10   Q. And of these five studies on
99:11 this chart, which ones -- or which one was
99:12 done by Monsanto?
99:13   A. I think Knezevich and Hogan is
99:14 a Monsanto study, but I'm really not certain
99:15 because I -- it didn't matter to me as
99:16 reviewing these who did the study.  The
99:17 question was, what's the quality of the
99:18 study, what's it say, et cetera.
99:19   Q. Okay.  Great.
99:20 So let's look at Knezevich and
99:21 Hogan.  So we have this 24-year -- you said
99:22 that refers to the length of the study.

| Page/Line | Source | ID |
|---|---|---|

**CP1_SS_01-PORTIER_DAY1_SS_PA_01 FINAL PLAYED**

99:23 And then we have the blue box,
99:24 and it says, "Kidney carcinomas and
99:25 adenomas."
100:1 Do you see that?
100:2   A. Yes, I see it.
100:3   Q. What is that referring to?
100:4   A. So that's a finding from the
100:5 study.  This is one set of tumors, kidney
100:6 tumors, and the tumors in the kidney come in
100:7 two forms:  carcinomas, which are the
100:8 malignant tumors; and adenomas, which are the
100:9 precursors to the carcinomas.  So that's the
100:10 premalignant tumors.
100:11 And typically when you have
100:12 them, you can analyze them separately and you
100:13 can analyze them as combined.  Here, I'm
100:14 presenting the combined results.
100:15 I've also got the individual
100:16 results in a separate picture, but the
100:17 combined results are good enough here.
100:18 I've circled trend because they
100:19 are statistically significant in their trend,
100:20 which is that slope climb that we see before.
100:21 There's a single plus there.
100:22 If you slide down a little bit on the chart,
100:23 you'll see I put a little legend down there.
100:24   Q. Oh, down here.
100:25   A. Yes.
101:1 So the plus on the chart means
101:2 that the statistical probability of seeing
101:3 that trend is between .1 and .05.  So I will
101:4 refer to that as marginally significant.
101:5 Typically in these studies,
101:6 5 percent, .05, is what people refer to as
101:7 statistically significant.
101:8   Q. Is that referring to these two
101:9 pluses right here?
101:10   A. Correct.
101:11   Q. Okay.
101:12   A. So when it's two pluses, that

| Page/Line | Source | ID |
|---|---|---|

**CP1_SS_01-PORTIER_DAY1_SS_PA_01 FINAL PLAYED**

101:13 means it is below 5 percent but above
101:14 1 percent.
101:15 And people talk about highly
101:16 significant as below 1 percent.  So .01,
101:17 that's the three pluses.
101:18   Q. Okay.  Great.
101:19   A. So you're going from -- there's
101:20 a trend, but it's not extremely strong.
101:21 That's one plus.  There's a trend, it's
101:22 strong.  And the bottom one, there's a trend
101:23 and it's very strong.  So that's what the
101:24 three are broken down as.
101:25   Q. You also have here HC,
102:1 historical controls.
102:2 What does that refer to?
102:3   A. I'll explain that when we go
102:4 back to kidney.
102:5   Q. Okay.  Let's go back to
102:6 kidneys.
102:7 So we're back to kidneys?
102:8   A. Correct.
102:9   Q. And so you've circled the trend
102:10 and there's a plus?
102:11   A. That's correct.
102:12   Q. So that means it's a marginally
102:13 significant trend?
102:14   A. Correct.
102:15   Q. Okay.
102:16   A. In this case I think it was
102:17 .062, 6.2 percent.
102:18   Q. Okay.
102:19   A. And it's in males, not in
102:20 females.
102:21   Q. And that's why you circled the
102:22 M here?
102:23   A. Right.
102:24 And I did not circle dose.  And
102:25 that means that when you compare each dose
103:1 group to the control group, there are none
103:2 that were statistically significantly

| Page/Line | Source | ID |
|---|---|---|
| | **CP1_SS_01-PORTIER_DAY1_SS_PA_01 FINAL PLAYED** | |
| | 103:3 different from control. | |
| | 103:4 If I circle dose, that means | |
| | 103:5 that at least one of those dose groups was | |
| | 103:6 different than the control all by itself. | |
| | 103:7   Q. Gotcha. | |
| | 103:8   A. Now, I put a little line to the | |
| | 103:9 side here and I've written "HC," and I put | |
| | 103:10 two pluses on top of that. | |
| | 103:11 So remember I told you, you can | |
| | 103:12 look back at other control groups from other | |
| | 103:13 studies in the same species, same strain, | |
| | 103:14 same sex, and look to see if this looks | |
| | 103:15 different than those control populations. | |
| | 103:16 Well, it turns out there are | |
| | 103:17 statistical ways of bringing in that | |
| | 103:18 historical evidence and evaluating the | |
| | 103:19 current study using that historical evidence | |
| | 103:20 from other control groups.  And so I've done | |
| | 103:21 that here using what's known as the Tarone | |
| | 103:22 test for historical controls. | |
| | 103:23 In my expert report, I used a | |
| | 103:24 calculation that I had done on my own.  It | |
| | 103:25 was criticized, so I went to one of the | |
| | 104:1 literature approaches and used one of the | |
| | 104:2 standard approaches, Tarone's test for | |
| | 104:3 historical controls.  And I applied it here, | |
| | 104:4 and it shows a P value that's less than .05. | |
| 105:3 - 114:17 | **Portier, Christopher 02-21-2019 (00:08:20)** | CP1_SS_01.30 |
| | 105:3 All right, sir.  So we've | |
| | 105:4 looked at the kidney carcinomas and the | |
| | 105:5 Knezevich and Hogan tests from 1983.  I want | |
| | 105:6 to jump forward to Sugimoto just to sort of | |
| | 105:7 keep it consistent. | |
| | 105:8 We again have kidney carcinomas | |
| | 105:9 and adenomas. | |
| | 105:10 Do you see that? | |
| | 105:11   A. Yes, I see that. | |
| | 105:12   Q. Okay.  So let me see if I get | |
| | 105:13 my understanding of your symbols here. | |
| | 105:14 The circle with the plus, what | |

| Page/Line | Source | ID |
|---|---|---|
| | CP1_SS_01-PORTIER_DAY1_SS_PA_01 FINAL PLAYED | |
| | 113:15 for the trend tests.<br>113:16   Q. Thank you.  That's helpful.<br>113:17 All right.  Well, taking a step<br>113:18 back and looking at all these studies, we<br>113:19 have all these tumors, and we've color-coded<br>113:20 the tumors to match up, right?<br>113:21 So we have the kidney ones in<br>113:22 light blue.  Do you see that?<br>113:23   A. Yes.<br>113:24   Q. And we have this pink one that<br>113:25 appears in four of the five studies.<br>114:1   A. Correct.<br>114:2   Q. That's referring to malignant<br>114:3 lymphoma; is that right?<br>114:4   A. That's correct.<br>114:5   Q. What, if any, significance is<br>114:6 there that in four of the five mouse studies<br>114:7 you have a malignant lymphoma finding?<br>114:8   A. Again, it speaks to the<br>114:9 consistency of the finding across multiple<br>114:10 studies in multiple laboratories.<br>114:11 Two of those, both the 18-month<br>114:12 studies, both the most recent mouse studies,<br>114:13 are significant in and of themselves in each<br>114:14 of the two studies, and the other two are<br>114:15 marginally significant.  It basically says<br>114:16 that this chemical is causing these tumors in<br>114:17 mice. | |
| 115:2 - 116:9 | **Portier, Christopher 02-21-2019 (00:01:08)**<br>115:2   Q. Where was the findings of these<br>115:3 tumors?<br>115:4 What type of mice were they<br>115:5 found in?<br>115:6   A. CD-1 mice for the three -- for<br>115:7 the Atkinson, Sugimoto and Wood, and in the<br>115:8 Swiss Webster mouse.<br>115:9   Q. And what were their genders?<br>115:10   A. All males.<br>115:11   Q. Does that have any significance<br>115:12 to you? | CP1_SS_01.31 |

| Page/Line | Source | ID |
|---|---|---|

**CP1_SS_01-PORTIER_DAY1_SS_PA_01 FINAL PLAYED**

118:11   Q. And this finding between
118:12 Sugimoto and Kumar, what significance is
118:13 there to that?
118:14   A. Oh, again, it's -- you're
118:15 seeing the same tumor in multiple studies.
118:16 In this case, two different laboratories.  In
118:17 this case, two different strains of mice.
118:18 That adds to the overall finding that this is
118:19 probably a positive finding.
118:20 You don't see it in Wood, but
118:21 these hemangiomas -- I'd have to go back and
118:22 look at the Wood study to see why, but my
118:23 recollection is that Wood saw none.  This is
118:24 a very rare tumor.  And so that doesn't
118:25 really subtract from the fact that she found
119:1 it in the other study.
119:2 Again, it's a highly
119:3 significant finding.
119:4   Q. Now, looking at all these
119:5 tumors in these mice studies, which ones to
119:6 you are the most compelling findings when
119:7 you're assessing whether or not glyphosate
119:8 can cause cancer?
119:9   A. The kidney carcinomas and
119:10 adenomas are important.  They're repeated.
119:11 Even though they're marginal, they're rare
119:12 tumors.  And as we saw with EPA's guidelines,
119:13 when you see rare tumors occurring, you perk
119:14 up and look at it very carefully.  I think
119:15 those are clearly caused by glyphosate here.
119:16 The malignant lymphomas, I have
119:17 no doubt in my mind that they are caused by
119:18 glyphosate here.  It's especially obvious in
119:19 the 18-month studies.
119:20 One you didn't mention were
119:21 hemangiosarcomas.  You saw it in one of the
119:22 24-month studies in the Atkinson study.  It's
119:23 highly significant.
119:24 When you look at the 18-month
119:25 study, the hemangiosarcomas are significant.

| Page/Line | Source | ID |
|---|---|---|

120:1 But in 18 months, the historical controls, 26
120:2 historical control groups, there were no
120:3 hemangiosarcomas ever seen in 18 months, so
120:4 that's a highly significant finding,
120:5 biologically important, and that's quite
120:6 obvious.
120:7 So I think the hemangiosarcomas
120:8 are important, and the hemangiomas that we
120:9 just talked about in the females are
120:10 important findings as well.
120:11   Q. And just so we close the loop
120:12 on this, this Atkinson study has the word
120:13 "limited" in yellow.
120:14 Do you see that?
120:15   A. Oh, yes, I'm sorry, I didn't
120:16 explain that.
120:17   Q. Well --
120:18   A. Would you like me to explain
120:19 that?
120:20   Q. Yeah.
120:21 What does that mean?
120:22   A. So the Atkinson study is
120:23 different than the other studies because they
120:24 didn't look at all of the animals by taking
120:25 slices of the tissues.  They -- they did
121:1 something cheaper, less expensive, which was
121:2 popular at the time.  I don't want
121:3 to think they were doing something very, very
121:4 unusual.
121:5 Several groups were exploring
121:6 the possibility, including the National
121:7 Toxicology Program, of reducing the amount of
121:8 pathology you do.  The idea would be that you
121:9 do the control group and you do the high dose
121:10 group, you do the entire evaluation, and then
121:11 anything you see that's important in those
121:12 two groups, you only look at those tissues in
121:13 the interior groups.
121:14 And so that's what Atkinson
121:15 did.  It turned out Atkinson didn't think any

| Page/Line | Source | ID |
|---|---|---|
| | **CP1_SS_01-PORTIER_DAY1_SS_PA_01 FINAL PLAYED** | |

217:11 the important one for me, I believe
217:12 glyphosate can cause micronucleus in
217:13 mammalian systems.
217:14   Q. And the creation of
217:15 micronuclei, is that a recognized mechanism
217:16 through which something can cause cancer?
217:17   A. Yes.
217:18   Q. All right.  So we've been
217:19 talking about genotoxicity for a little bit
217:20 now.  I want to move on to the second one.
217:21 What was the second one, sir?
217:22   A. The second mechanism that was
217:23 considered that -- where they had enough
217:24 evidence was oxidative stress.
217:25   Q. And you discussed what it was
218:1 earlier, but let's just refresh everyone's
218:2 recollection.
218:3 What exactly is oxidative
218:4 stress in a human cell?
218:5   A. I'm going to try to make it as
218:6 noncomplicated as I possibly can.
218:7 Oxidative stress.  So oxygen is
218:8 the energy source of cells.  I mean, it
218:9 drives a lot of what we do in the cells to
218:10 keep ourselves alive and moving and
218:11 functioning and everything else.  It's the
218:12 energy source.
218:13 Oxygen radicals are oxygen
218:14 molecules that are not bound to anything.
218:15 You know, water is H20, so you've got two
218:16 molecules of hydrogen bound to an oxygen, and
218:17 that's a very stable chemical.
218:18 But when you pull those
218:19 hydrogens off, that oxygen becomes very
218:20 reactive and it wants to bind to anything
218:21 else.  So if there's any oxygen around,
218:22 hydrogen around, it's going to bind to the
218:23 hydrogen, reform water.
218:24 Okay.  So in cells, that oxygen
218:25 that's not bound to anything gets bound, then

| CP1_SS_01-PORTIER_DAY1_SS_PA_01 FINAL PLAYED | | |
|---|---|---|
| Page/Line | Source | ID |

219:1 it gets unbound, then it gets bound again,
219:2 and that's doing the work of the cell. It's
219:3 binding and unbinding energy sources. Oxygen
219:4 is one of them.
219:5 There are things that receive
219:6 that oxygen in the cell, and so you've got a
219:7 balance. You don't want too many things
219:8 there that are not bound to oxygen, because
219:9 they can cause a problem, and you don't want
219:10 too much oxygen that's not binding, because
219:11 that can cause a problem. So you've got to
219:12 balance.
219:13 Oxidative stress is when you go
219:14 out of balance. Either you remove the things
219:15 that the oxygen is binding to, reduce them,
219:16 which causes more free oxygen around, or you
219:17 make more free oxygen than can bind to what's
219:18 there, and then more free oxygen is around.
219:19 That free oxygen can bind to
219:20 micronuclei -- to mitochondria, it can bind
219:21 to DNA, it can bind to other structures in
219:22 the cell that can begin to damage the cell,
219:23 and that damage to the cell can lead to
219:24 mutations or other problems that can lead to
219:25 cancer.
220:1   Q. But, sir, I mean, you're
220:2 talking about oxygen in a cell.
220:3 I mean, isn't there oxygen in
220:4 our cells every day?
220:5   A. Absolutely.
220:6   Q. So why aren't I getting cancer?
220:7   A. Because too much of a good
220:8 thing is too much of a good thing. You want
220:9 to keep the balance. You want to make sure
220:10 that you're not going overboard on the amount
220:11 of free oxygen in the cell.
220:12   Q. So when we talk about oxidative
220:13 stress in the context of glyphosate, are we
220:14 talking about something that causes an
220:15 imbalance?

| Page/Line | Source | ID |
|---|---|---|
| | CP1_SS_01-PORTIER_DAY1_SS_PA_01 FINAL PLAYED | |
| | 244:2 It's a cohort study.  So they are following | |
| | 244:3 people over time who work in the agricultural | |
| | 244:4 industry, and every once in a while they look | |
| | 244:5 to see how many of them have a disease, in | |
| | 244:6 this case non-Hodgkin's lymphoma, but they | |
| | 244:7 look at all disease.  But for NHL, they look | |
| | 244:8 to see how many people have it.  And because | |
| | 244:9 they've asked these people questions about | |
| | 244:10 their exposure, they already know whether | |
| | 244:11 they've been exposed or not, and so they can | |
| | 244:12 relate the exposure to the study. | |
| | 244:13 So the first three lines, first | |
| | 244:14 three rows, are all from those cohort | |
| | 244:15 studies. | |
| | 244:16 The De Roos 2005 has two | |
| | 244:17 columns, B and C, the B and C columns.  The | |
| | 244:18 first one relates to whether they were | |
| | 244:19 exposed or not exposed, which is used in some | |
| | 244:20 of the meta-analyses.  The second relates to | |
| | 244:21 a grouping they did in the study of low, | |
| | 244:22 medium, high exposure, by grouping people | |
| | 244:23 into those exposures. | |
| | 244:24 And in one of the meta-analyses | |
| | 244:25 they only used the highest exposure group, so | |
| | 245:1 this is the result for that highest exposed | |
| | 245:2 group, which showed a relative risk below 1. | |
| | 245:3   Q. Okay.  And then we have De Roos | |
| | 245:4 again underneath that. | |
| | 245:5 Do you see that? | |
| | 245:6   A. Correct. | |
| | 245:7   Q. And let's just clarify.  This | |
| | 245:8 is the same De Roos that joined you in that | |
| | 245:9 letter we spoke about at the beginning of | |
| | 245:10 your testimony? | |
| | 245:11   A. That is correct. | |
| 245:15 - 247:19 | **Portier, Christopher 02-21-2019 (00:02:13)** | CP1_SS_01.65 |
| | 245:15   Q. And here we have De Roos 2003, | |
| | 245:16 and it's in a different color. | |
| | 245:17 Why is that? | |
| | 245:18   A. So from studies D through M, | |

| Page/Line | Source | ID |
|---|---|---|
| | CP1_SS_01-PORTIER_DAY1_SS_PA_01 FINAL PLAYED | |

245:19 they're all in the same color.  It's supposed
245:20 to be dark blue, but it looks like black on
245:21 my copy.
245:22 But these are a different type
245:23 of study.  These are case-control studies.
245:24 So in case-control studies what you've got is
245:25 people with non-Hodgkin's lymphoma, those are
246:1 your cases, and you have controls, which are
246:2 people who don't have non-Hodgkin's lymphoma
246:3 but they sort of match the cases with the
246:4 controls.
246:5 And then you ask them about
246:6 their past exposures.  And what you're really
246:7 looking for is are the cases more likely to
246:8 be exposed to glyphosate formulations than
246:9 the controls.
246:10 And so the relative risk you're
246:11 looking at here is the risk of being exposed
246:12 to glyphosate.  And each of these, with a
246:13 name and a number behind it, is a single
246:14 finding from that study.  And then if there
246:15 are multiple findings like for Eriksson,
246:16 which is F, G and H are two other findings
246:17 that are different, that are used in
246:18 different meta-analyses, so I extracted them
246:19 from that paper as well.
246:20   Q. And so just so we can
246:21 understand this, if we look at line L, which
246:22 is from the McDuffie study, do you see that?
246:23   A. Yes, I see it.
246:24   Q. And it has a risk ratio of
246:25 2.12.
247:1 Do you see that?
247:2   A. Yes, I do.
247:3   Q. And the lower bound is 1.2, and
247:4 the higher bound is 3.37.
247:5 Do you see that?
247:6   A. 3.73, yes, I see that.
247:7   Q. Sorry, I sometimes mix up
247:8 numbers.  I appreciate that.

| | CP1_SS_01-PORTIER_DAY1_SS_PA_01 FINAL PLAYED | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |
| 248:3 - 250:5 | 247:9 What -- what does that<br>247:10 indicate?<br>247:11   A. Well, that indicates in this<br>247:12 study that people in this study who had more<br>247:13 than two days per year exposure, the cases<br>247:14 were more likely to have that more than two<br>247:15 days per year exposure than the controls,<br>247:16 they were twice as likely as the controls to<br>247:17 have that level of exposure.<br>247:18 And it was statistically<br>247:19 significantly different from 1.<br>**Portier, Christopher 02-21-2019 (00:02:16)**<br>248:3   Q. Okay.  So then at the very<br>248:4 bottom we have the green.<br>248:5 Do you see that?<br>248:6   A. Yes, I see the greens.<br>248:7   Q. All right.  And what does the<br>248:8 green refer to, and specifically what do<br>248:9 these letters to the right of them refer to?<br>248:10   A. So there are three published<br>248:11 meta-analyses.  Remember we just looked at a<br>248:12 meta-analyses for micronuclei.  This is the<br>248:13 same thing, but now you're doing epidemiology<br>248:14 studies and bringing them together.<br>248:15   Q. I'm sorry, Doctor, you said<br>248:16 there's three?<br>248:17   A. Four.<br>248:18   Q. Oh, okay.<br>248:19   A. Sorry.  Four published<br>248:20 meta-analyses.<br>248:21 These are the results from the<br>248:22 four published meta-analyses that were<br>248:23 mentioned in Table 7 by Zhang.  The first<br>248:24 three are for were you exposed ever or never.<br>248:25 The Zhang paper looked at not<br>249:1 ever, never, but they were interested in the<br>249:2 highest exposed groups, so they're looking at<br>249:3 a slightly different question.  But that's<br>249:4 what all of these are.<br>249:5 The extra numbers -- the | CP1_SS_01.66 |

| Page/Line | Source | ID |
|---|---|---|

CP1_SS_01-PORTIER_DAY1_SS_PA_01 FINAL PLAYED

252:10 there are six studies, and they're
252:11 independent of each other.
252:12 And that's a very small number,
252:13 .03 or something along those lines. So it's
252:14 a 3 percent chance that you'd see everything
252:15 on the right-hand side. That's a very
252:16 unusual finding.
252:17   Q. What then is, in your opinion,
252:18 the appropriate interpretation of this data?
252:19   A. Well, I mean, you have to look
252:20 at everything in interpreting all of this
252:21 data. But when I look at everything I've
252:22 seen in the epi data, including this, the
252:23 meta-analyses, the understanding of how the
252:24 studies were done, the strengths and the
252:25 weaknesses of all of the studies, I see an
253:1 association that's justified, there -- there
253:2 is an association between NHL and glyphosate
253:3 formulation exposure.
253:4 I can't call it causal. And in
253:5 my opinion, it's just not strong enough for
253:6 me to bring me there all by itself.
253:7 There's still potential for
253:8 other things that could explain the results.
253:9 I think the probability of those other things
253:10 explaining the results is small, but I can't
253:11 really rule it out.
253:12 And so I'd say this is an
253:13 association. It could be causal, but I can't
253:14 absolutely say it's causal today with just
253:15 this data.
253:16   Q. So if we go back to this stool
253:17 of causation, if I understand that correctly,
253:18 if we got rid of the animal studies and got
253:19 rid of the mechanism studies and you just
253:20 look at the epi, it wouldn't be enough for
253:21 you; is that right?
253:22   A. To absolutely say this causes
253:23 cancer in humans, it would not be enough.
253:24   Q. That's not what we have here.