# EXHIBIT 24

**Volume 9**

**Pages 1202 - 1384**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable Vince Chhabria, Judge

| | |
|---|---|
| EDWARD HARDEMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| VS. ) | **NO. C 16-00525 VC** |
| ) | |
| MONSANTO COMPANY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

San Francisco, California
Wednesday, March 6, 2019

**TRANSCRIPT OF PROCEEDINGS**

**APPEARANCES**:

For Plaintiff:
        ANDRUS WAGSTAFF PC
        7171 W. Alaska Drive
        Lakewood, Colorado  80226
  **BY:**  **AIMEE H. WAGSTAFF, ATTORNEY AT LAW**
        **DAVID J. WOOL, ATTORNEY AT LAW**

        MOORE LAW GROUP
        1473 South 4th Street
        Louisville, Kentucky  40208
  **BY:**  **JENNIFER MOORE, ATTORNEY AT LAW**

**(APPEARANCES CONTINUED ON FOLLOWING PAGE)**

REPORTED BY:  Marla F. Knox, RPR, CRR
              Jo Ann Bryce, CSR No. 3321, RMR, CRR, FCRR
              Official Reporters

```
 1   APPEARANCES:  (CONTINUED)

 2   For Defendant:

 3                       WILKINSON  WALSH ESKOVITZ LLP
                         2001 M Street, NW - 10th Floor
 4                       Washington, D.C.  20036
                    BY:  BRIAN L. STEKLOFF, ATTORNEY AT LAW
 5                       RAKESH N. KILARU, ATTORNEY AT LAW
                         TAMARRA MATTHEWS JOHNSON, ATTORNEY AT LAW
 6                       JULIE RUBENSTEIN, ATTORNEY AT LAW
                         CALI COPE-KASTEN, ATTORNEY AT LAW
 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

**I N D E X**

Wednesday, March 6, 2019 - Volume 9

| **PLAINTIFF'S WITNESSES** | **PAGE** | **VOL.** |
|---|---|---|
| **WEISENBURGER, DENNIS (RECALLED)** | | |
| (PREVIOUSLY SWORN) | 1205 | 9 |
| Direct Examination resumed by Ms. Moore | 1205 | 9 |
| Cross-Examination by Mr. Stekloff | 1220 | 9 |
| Redirect Examination by Ms. Moore | 1336 | 9 |
| Recross-Examination by Mr. Stekloff | 1369 | 9 |
| **REEVES, WILLIAM** | | |
| By Video Testimony (not reported) | 1374 | 9 |

**Designation Run Report**

# FINAL PLAYED

---

**Reeves, William 01-23-2019**
**Reeves, William 01-24-2019**

---

**PLF Affirmative  00:35:52**
**DEF Counter  00:08:42**
**DEF Affirmative  00:11:40**
**PLF DEF Overlap  00:00:05**

**Total Time  00:56:19**



ID:REEVES_COMBINED_03

| | REEVES_COMBINED_03-FINAL PLAYED | |
|---|---|---|
| Page/Line | Source | ID |

|  |  |  |
|---|---|---|
| | 161:11   Q. And that's what he said about the AHS | |
| | 161:12 before he ever knew the results related to glyphosate, | |
| | 161:13 or Roundup? | |
| | 161:14   A. That's correct. | EXHIBIT 100.4.3 |
| | 161:15   Q. And the next sentence reads inaccurate | |
| | 161:16 exposure -- sorry, the next paragraph -- inaccurate | |
| | 161:17 exposure classification can produce spurious results. | |
| | 161:18 The conventional thinking in epidemiology is that | |
| | 161:19 exposure misclassification will most often obscure | |
| | 161:20 exposure disease relationships. | |
| | 161:21 Do you see that? | |
| | 161:22   A. I do see that. | |
| 217:12 - 217:13 | **Reeves, William 01-23-2019 (00:00:07)** | REEVES_COMBINED_03.15 |
| | 217:12   Q. I'm going to hand you the next document. | clear |
| | 217:13 This is Exhibit 27? | |
| 218:2 - 218:12 | **Reeves, William 01-23-2019 (00:00:15)** | REEVES_COMBINED_03.16 |
| | 218:2   Q. So you've seen this document before; | EXHIBIT 505.1.1 |
| | 218:3 right? | |
| | 218:4   A. Yes, I have. | |
| | 218:5   Q. This is a document from the EPA; correct? | EXHIBIT 505.1.2 |
| | 218:6   A. That is correct. | |
| | 218:7   Q. And it's -- the date on here is March 4th, | |
| | 218:8 1985; do you see that? | |
| | 218:9   A. Yeah, stamped at the top. | |
| | 218:10   Q. And it's titled consensus review of | |
| | 218:11 glyphosate; right? | |
| | 218:12   A. That is correct. | |
| 218:15 - 219:10 | **Reeves, William 01-23-2019 (00:00:44)** | REEVES_COMBINED_03.17 |
| | 218:15   Q. It's a document that Monsanto has | |
| | 218:16 considered in assessing its assessment of the safety of | |
| | 218:17 glyphosate? | |
| | 218:18   A. That's correct. | |
| | 218:19   Q. It reads on February 11th, 1985, a group | EXHIBIT 505.1.3 |
| | 218:20 of toxicology branch personnel met to evaluate and | |
| | 218:21 discuss the database on glyphosate, and in particular | |
| | 218:22 the potential oncogenic response of glyphosate. | |
| | 218:23 Did I read that correctly. | |
| | 218:24   A. That's correct. | |
| | 219:1   Q. And then it says the following persons | EXHIBIT 505.1.4 |
| | 219:2 were in attendance.  Do you see that? | |

| Page/Line | Source | ID |
|---|---|---|
| | **REEVES_COMBINED_03-FINAL PLAYED** | |
| 219:11 - 220:23 | 219:3  A. I do see that.<br>219:4  Q. And there are -- one, two, three, four,<br>219:5 five, six, seven -- eight people listed.  Do you see<br>219:6 that?<br>219:7  A. I do see that.<br>219:8  Q. And by my count, there's -- one, two,<br>219:9 three, four, five -- six different PhDs.  Is that<br>219:10 right?<br>**Reeves, William 01-23-2019 (00:01:12)**<br>219:11  A. Six -- yes, that's correct.<br>219:12  Q. And then there's a statistician in there?<br>219:13  A. That's correct.<br>219:14  Q. There's a DABT.  Do you see that?<br>219:15  A. Yes, I do.<br>219:16  Q. What's a DABT?<br>219:17  A. That's a diplomate of the American Board<br>219:18 of Toxicology.<br>219:19  Q. Is that a really fancy degree?<br>219:20  A. It is a certification you can get for<br>219:21 taking a test.<br>219:22  Q. And that's specifically as it relates to<br>219:23 toxicology?<br>219:24  A. It's typically about -- it focuses on how<br>220:1 toxicology studies are conducted.<br>220:2  Q. Oh, okay.  Well, that's appropriate.<br>220:3 We're dealing here with a toxicology study; right?<br>220:4  A. Yes, we are.<br>220:5  Q. And then you see it's actually signed by<br>220:6 every one of those people.  Do you see it?<br>220:7  A. Yes, I do see that.<br>220:8  Q. And one of them was obviously Dr. Dykstra;<br>220:9 right?<br>220:10  A. That's right.<br>220:11  Q. And it says right underneath all their<br>220:12 signatures, the signatures above indicate concurrence<br>220:13 with this consensus report; right?<br>220:14  A. That's correct.<br>220:15  Q. And if we turn to Section E in this<br>220:16 report, there is a classification of glyphosate.  Do<br>220:17 you see that? | EXHIBIT 505.1.9 - EXHIBIT 505.1.5<br><br><br><br><br>REEVES_COMBINED_03.18<br><br>EXHIBIT 505.1.10 - EXHIBIT 505.1.6<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>EXHIBIT 505.1.7<br><br><br>EXHIBIT 505.1.8<br><br><br><br>EXHIBIT 505.3.1 |

| Page/Line | Source | ID |
|---|---|---|
| | **REEVES_COMBINED_03-FINAL PLAYED** | |
| | 220:18   A. I do see that. | |
| | 220:19   Q. And it reads in accordance with EPA | |
| | 220:20 proposed guidelines, the panel has classified | |
| | 220:21 glyphosate as a Category C oncogen. | |
| | 220:22 Do you see that? | |
| | 220:23   A. I do see that. | |
| 222:4 - 222:5 | **Reeves, William 01-23-2019 (00:00:06)** | REEVES_COMBINED_03.19 |
| | 222:4   Q. I'm giving you Exhibit 28.  This is an | clear - EXHIBIT 506.1.1 |
| | 222:5 internal Monsanto document. | |
| 222:13 - 223:23 | **Reeves, William 01-23-2019 (00:01:12)** | REEVES_COMBINED_03.20 |
| | 222:13   Q. So this is an internal Monsanto document. | EXHIBIT 506.1.2 |
| | 222:14 It's dated February 22nd, 1985; correct? | |
| | 222:15   A. Yes, that's correct. | |
| | 222:16   Q. So this is after that February 11th, 1985, | |
| | 222:17 consensus meeting; correct? | |
| | 222:18   A. That's correct. | |
| | 222:19   Q. And this was a document prepared in the | |
| | 222:20 regular course of Monsanto's business; correct? | |
| | 222:21   A. That's correct. | |
| | 222:22   Q. And it says right here regarding meeting | |
| | 222:23 February 21st, 1985.  Do you see that? | |
| | 222:24   A. I do see that. | |
| | 223:1   Q. And it appears that there were different | |
| | 223:2 people who were present at that meeting; right? | |
| | 223:3   A. Yes, it lists a group of people. | |
| | 223:4   Q. And it looks like there was people from | |
| | 223:5 the EPA? | |
| | 223:6   A. That's correct. | |
| | 223:7   Q. And there were Monsanto employees; | |
| | 223:8 correct? | |
| | 223:9   A. That's correct. | |
| | 223:10   Q. And one person by the name of Fred | |
| | 223:11 Johannsen? | |
| | 223:12   A. Yes, I see that name. | |
| | 223:13   Q. And his initials would be F.J.; right? | |
| | 223:14   A. Yes, that's correct. | |
| | 223:15   Q. And in the document, it says the meeting | EXHIBIT 506.1.3 |
| | 223:16 mood was relaxed, informal, and open.  The toxicology | |
| | 223:17 branch had decided on a course of action on February | |
| | 223:18 11th. | |

| | REEVES_COMBINED_03-FINAL PLAYED | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

|  |  |  |
|---|---|---|
|  | 287:22 repeated with a larger number of animals in each test | |
|  | 287:23 group so that the statistical power of the study is | |
|  | 287:24 increased. | |
|  | 288:1 Do you see that? | |
|  | 288:2  A. I do see that. | |
|  | 288:3  Q. So the agency did in fact require an | |
|  | 288:4 additional study? | |
| 288:7 - 288:8 | **Reeves, William 01-23-2019 (00:00:02)** | REEVES_COMBINED_03.64 |
|  | 288:7  A. So what they're saying is the agency is | |
|  | 288:8 requiring. | |
| 288:10 - 288:17 | **Reeves, William 01-23-2019 (00:00:20)** | REEVES_COMBINED_03.65<br>clear |
|  | 288:10  A. Well, it would come in the forms -- so | |
|  | 288:11 earlier on this document discusses data call-in, so | |
|  | 288:12 that's the mechanism by which they would do it.  This | |
|  | 288:13 could be -- this document would be recounting perhaps | |
|  | 288:14 conversations that the agency has had, but it's the | |
|  | 288:15 official data call-in authority that the agency uses to | |
|  | 288:16 say submit a study.  So that would be a separate | |
|  | 288:17 document. | |
| 289:13 - 289:14 | **Reeves, William 01-23-2019 (00:00:03)** | REEVES_COMBINED_03.66<br>clear |
|  | 289:13  Q. I'm handing you a document, Exhibit 37 to | |
|  | 289:14 your deposition. | |
| 289:20 - 291:12 | **Reeves, William 01-23-2019 (00:01:23)** | REEVES_COMBINED_03.67<br><br>EXHIBIT 515.1.1<br><br>EXHIBIT 515.1.2 |
|  | 289:20  Q. So you've seen this document before? | |
|  | 289:21  A. Yes, I have. | |
|  | 289:22  Q. This is an internal Monsanto memo; | |
|  | 289:23 correct? | |
|  | 289:24  A. That is correct. | |
|  | 290:1  Q. And it's dated August 28th, 1986? | |
|  | 290:2  A. That's correct. | |
|  | 290:3  Q. Month or so after the registration | |
|  | 290:4 document? | |
|  | 290:5  A. About two months. | |
|  | 290:6  Q. And it -- I mean, it says subject, | |
|  | 290:7 glyphosate registration standard.  Do you see that? | |
|  | 290:8  A. I do see that. | |
|  | 290:9  Q. And this was written by Timothy Long.  Do | |
|  | 290:10 you see that? | |
|  | 290:11  A. Yes, I see T. J. Long as he signed it -- | |
|  | 290:12 Timothy J., yes. | |

| Page/Line | Source | ID |
|---|---|---|
| | **REEVES_COMBINED_03-FINAL PLAYED** | |
| | 290:13  Q. And this was a document made in the | |
| | 290:14 regular course of Monsanto's business; right? | |
| | 290:15  A. That's correct. | |
| | 290:16  Q. He writes, after reviewing the referenced | EXHIBIT 515.1.3 |
| | 290:17 document, I would like to make the following | |
| | 290:18 suggestions for our response to the requirements for | |
| | 290:19 additional testing. Do you see that? | |
| | 290:20  A. I do see that. | |
| | 290:21  Q. And the first section is rat and mouse | EXHIBIT 515.1.4 |
| | 290:22 oncogenicity studies. See that? | |
| | 290:23  A. Yes, I do. | |
| | 290:24  Q. And it says several approaches could be | |
| | 291:1 taken; right? | |
| | 291:2  A. That's correct. | |
| | 291:3  Q. First approach is, present arguments for | |
| | 291:4 not repeating either study based on the principles | |
| | 291:5 discussed in the agency's MTD position paper, | |
| | 291:6 attachment one. See that? | |
| | 291:7  A. Yes, I do. | |
| | 291:8  Q. Option 2, agree to repeat the rat study | EXHIBIT 515.1.5 |
| | 291:9 and vehemently argue the lack of justification for a | |
| | 291:10 repeat mouse study. See that? | |
| | 291:11  A. I do see that. | |
| | 291:12  Q. And then Option 3 -- it's on the third | EXHIBIT 515.3.1 |
| 291:13 - 291:17 | **Reeves, William 01-23-2019 (00:00:08)** | REEVES_COMBINED_03.68 |
| | 291:13 page. You see that? | |
| | 291:14  A. Yes, I do. | |
| | 291:15  Q. Repeat only the mouse study and only to a | |
| | 291:16 maximum dosage level of 7,000 PPM. You see that? | |
| | 291:17  A. I do see that. | |
| 292:6 - 293:4 | **Reeves, William 01-23-2019 (00:01:02)** | REEVES_COMBINED_03.69 |
| | 292:6  7,000 PPM is less than a | |
| | 292:7 third of what the Knezevich and Hogan study had; | |
| | 292:8 correct? | |
| | 292:9  A. That is correct, but I think it's | |
| | 292:10 important to have that context of they're saying this | |
| | 292:11 is already wildly above any human exposure. | |
| | 292:12  Q. Number 4, as a final fallback position if | EXHIBIT 515.3.3 |
| | 292:13 necessary, we could agree to repeat the oncogenic rat | |
| | 292:14 study as discussed in Point 2 above and agree to a | |