# EXHIBIT 25

```
                                            Volume 17

                                            Pages 2196 - 2304

             UNITED STATES DISTRICT COURT

           NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable Vince Chhabria, Judge

EDWARD HARDEMAN,               )
                               )
          Plaintiff,           )
                               )
  VS.                          )   NO. C 16-00525 VC
                               )        PHASE II
MONSANTO COMPANY,              )
                               )
          Defendant.           )
                               )

                                San Francisco, California
                                Wednesday, March 20, 2019

                    TRANSCRIPT OF PROCEEDINGS

APPEARANCES:

For Plaintiff:
                    ANDRUS WAGSTAFF PC
                    7171 W. Alaska Drive
                    Lakewood, Colorado  80226
              BY:   AIMEE H. WAGSTAFF, ATTORNEY AT LAW
                    DAVID J. WOOL, ATTORNEY AT LAW

                    MOORE LAW GROUP
                    1473 South 4th Street
                    Louisville, Kentucky  40208
              BY:   JENNIFER MOORE, ATTORNEY AT LAW


            (APPEARANCES CONTINUED ON FOLLOWING PAGE)


REPORTED BY:  Marla F. Knox, RPR, CRR
              Jo Ann Bryce, CSR No. 3321, RMR, CRR, FCRR
              Official Reporters
```

```
 1   APPEARANCES:  (CONTINUED)

 2   For Defendant:

 3                       WILKINSON  WALSH ESKOVITZ LLP
                         2001 M Street, NW - 10th Floor
 4                       Washington, D.C.  20036
                    BY:  BRIAN L. STEKLOFF, ATTORNEY AT LAW
 5                       RAKESH N. KILARU, ATTORNEY AT LAW
                         TAMARRA MATTHEWS JOHNSON, ATTORNEY AT LAW
 6                       JULIE RUBENSTEIN, ATTORNEY AT LAW
```

**I N D E X**

Wednesday, March 20, 2019 - Volume 17

|  | **PAGE** | **VOL.** |
|---|---|---|
| Opening Statement by Ms. Wagstaff | 2217 | 17 |
| Opening Statement by Mr. Stekloff | 2235 | 17 |

**PLAINTIFF'S WITNESSES**                           **PAGE**   **VOL.**

**MARTENS, MARK**
By Video Testimony (not reported)                   2260     17

**REEVES, WILLIAM**
By Video Testimony (not reported)                   2271     17

**FARMER, DONNA**
By Video Testimony (not reported)                   2275     17

**E X H I B I T S**

| **TRIAL EXHIBITS** | **IDEN** | **EVID** | **VOL.** |
|---|---|---|---|
| 86  |  | 2274 | 17 |
| 89  |  | 2274 | 17 |
| 155 |  | 2271 | 17 |
| 156 |  | 2271 | 17 |
| 157 |  | 2271 | 17 |
| 158 |  | 2271 | 17 |
| 159 |  | 2271 | 17 |
| 160 |  | 2271 | 17 |
| 161 |  | 2271 | 17 |
| 208 |  | 2271 | 17 |
| 220 |  | 2274 | 17 |
| 249 |  | 2274 | 17 |

**Designation Run Report**

# FINAL PLAYED

_____

**Reeves, William 01-23-2019**
**Reeves, William 01-24-2019**
_____

**PLF Affirmative  01:11:20**

**DEF Counter  00:11:59**

**DEF Affirmative  00:22:34**

**Total Time  01:45:53**



ID:WR2_COMBINED_06

| Page/Line | Source | ID |
|---|---|---|
| | **WR2_COMBINED_06-FINAL PLAYED** | |
| 36:23 - 37:15 | 36:20 [Exhibit 5 marked for identification.]<br>36:21  A. That's correct.  May I have a moment to<br>36:22 review, please?<br>**Reeves, William 01-23-2019 (00:00:34)**<br>36:23  Q. Sure.  Okay, great.  So this is a study<br>36:24 done by two scientists, Dr. Hardell and Eriksson;<br>37:1 correct?<br>37:2  A. That's correct.<br>37:3  Q. And it was published in 1998; correct?<br>37:4  A. That's correct.<br>37:5  Q. So this is legitimately 20 years ago?<br>37:6  A. Yes, it was 20 years ago.<br>37:7  Q. And the title of it is a case control<br>37:8 study of non-Hodgkin lymphoma and exposure to<br>37:9 pesticides.<br>37:10 Do you see that.<br>37:11  A. Yes, I do.<br>37:12  Q. And if we go into the study -- and I'll<br>37:13 specifically draw your attention to Table 1.  You see<br>37:14 that?<br>37:15  A. Yes, I do. | WR2_COMBINED_06.19<br>EXHIBIT 443.1.2<br><br><br><br><br><br><br><br><br><br>EXHIBIT 443.3.1 |
| 37:21 - 38:20 | **Reeves, William 01-23-2019 (00:00:48)**<br>37:21  Q. And in here there is a listing for<br>37:22 glyphosate and that has an odds ratio of 2.3.  That's<br>37:23 not statistically significant; correct?<br>37:24  A. That's correct.<br>38:1  Q. And then if you go down to Table 2, there<br>38:2 is exposure to different types of herbicides with dose<br>38:3 response.  Do you see that?<br>38:4  A. Yes, I do.<br>38:5  Q. And it lists these herbicides -- and<br>38:6 glyphosate is not specifically listed; right?<br>38:7  A. No, it is not.<br>38:8  Q. But in the other category, there is a odds<br>38:9 ratio of 3.0.  Do you see that?<br>38:10  A. I do.<br>38:11  Q. And you have -- for low exposure it's 2.0.<br>38:12 Do you see that?<br>38:13  A. I do see that.<br>38:14  Q. And for high exposure it's 6.8.  That's | WR2_COMBINED_06.20<br>EXHIBIT 443.3.2<br><br><br>EXHIBIT 443.3.3<br><br><br><br>EXHIBIT 443.3.4 |

| Page/Line | Source | ID |
|---|---|---|
| | **WR2_COMBINED_06-FINAL PLAYED** | |
| | 38:15 statistically significant.  Do you see that? | |
| | 38:16   A. I do see that. | |
| | 38:17   Q. This is a study that came out in 1998 and | |
| | 38:18 Monsanto was fully aware of this study; correct? | |
| | 38:19   A. Yes, we were aware of this study at the | |
| | 38:20 time. | |
| 42:22 - 43:1 | **Reeves, William 01-23-2019 (00:00:10)** | WR2_COMBINED_06.21 |
| | 42:22   Q.  You would | clear |
| | 42:23 agree, though, that the study was raising the index of | |
| | 42:24 concern about there being a possible link between | |
| | 43:1 glyphosate and non-Hodgkin's lymphoma? | |
| 43:6 - 43:8 | **Reeves, William 01-23-2019 (00:00:06)** | WR2_COMBINED_06.22 |
| | 43:6   A. Within Monsanto, no.  There was no -- it | |
| | 43:7 did not raise a concern with us. | |
| | 43:8   Q. I'm handing you Exhibit 7. | |
| 43:14 - 44:8 | **Reeves, William 01-23-2019 (00:00:33)** | WR2_COMBINED_06.23 |
| | 43:14   Q. So this is a document.  It's a review of | EXHIBIT 86.1.1 |
| | 43:15 the Hardell and Eriksson study; right? | |
| | 43:16   A. That's correct. | |
| | 43:17   Q. And it was prepared by John Acquavella and | |
| | 43:18 Donna Farmer of the Monsanto company? | |
| | 43:19   A. That's correct. | |
| | 43:20   Q. April 14th, 1999? | |
| | 43:21   A. That's correct. | |
| | 43:22   Q. And this is a document that Monsanto | |
| | 43:23 created as part of its review and consideration of the | |
| | 43:24 epidemiological science? | |
| | 44:1   A. That's right. | |
| | 44:2   Q. And this is a document that was created in | |
| | 44:3 the regular course of Monsanto's work? | |
| | 44:4   A. That's correct. | |
| | 44:5   Q. There's an executive summary, but I'm just | EXHIBIT 86.6.1 |
| | 44:6 going to go straight to the conclusion.  It's on page | |
| | 44:7 ending 377.  Do you see that? | |
| | 44:8   A. Yes, I do. | |
| 45:7 - 45:16 | **Reeves, William 01-23-2019 (00:00:23)** | WR2_COMBINED_06.24 |
| | 45:7   Q. And it says it is clear, however, that the | EXHIBIT 86.6.2 |
| | 45:8 widespread use of glyphosate and concerns about | |
| | 45:9 pesticide-related health effects for farmers and their | |
| | 45:10 families will raise the, quote, index of concern for | |

| | WR2_COMBINED_06-FINAL PLAYED | |
|---|---|---|
| Page/Line | Source | ID |

| | | |
|---|---|---|
| | 54:18 glyphosate use. | EXHIBIT 499.3.1 |
| | 54:19   Q. And if you look at the results section -- | |
| | 54:20 it's on Page 1045.  You there? | |
| | 54:21   A. Yes, I am. | |
| | 54:22   Q. It reads, an increased risk was found for | EXHIBIT 499.3.2 |
| | 54:23 exposure to herbicides, insecticides, fungicides, and | |
| | 54:24 impregnating agents, Table 1.  Regarding specific | |
| | 55:1 agents, odds ratio was highest for glyphosate and MCPA. | |
| | 55:2 You see that? | |
| | 55:3   A. I do see that. | |
| 65:18 - 66:3 | **Reeves, William 01-23-2019 (00:00:24)** | WR2_COMBINED_06.33 |
| | | clear |
| | 65:18   Q. And I mean, I guess the first question is, | |
| | 65:19 is did Monsanto at that point conduct an | |
| | 65:20 epidemiological study? | |
| | 65:21   A. No, because this study, as I describe, | |
| | 65:22 doesn't raise a question.  We have a very small number | |
| | 65:23 of cases and controls.  There's only 16 people here. | |
| | 65:24 And when we look at the data in Table 7, as they adjust | |
| | 66:1 for other exposures, the relationship goes away and | |
| | 66:2 becomes nonsignificant. | |
| | 66:3   Q. I understand. | |
| 66:7 - 66:7 | **Reeves, William 01-23-2019 (00:00:02)** | WR2_COMBINED_06.34 |
| | 66:7   Why didn't Monsanto then do it right? | |
| 66:9 - 66:9 | **Reeves, William 01-23-2019 (00:00:01)** | WR2_COMBINED_06.35 |
| | 66:9   A. So when you look at this data, this study | |
| 66:10 - 66:19 | **Reeves, William 01-23-2019 (00:00:27)** | WR2_COMBINED_06.36 |
| | 66:10 does not say that concern for us.  It does not say | |
| | 66:11 there's something here that we need to look into.  What | |
| | 66:12 we're seeing is small numbers of people, very large | |
| | 66:13 estimates of the odds ratio.  This paper really isn't | |
| | 66:14 of a quality to inform that kind of a decision.  You | |
| | 66:15 wouldn't take information like this and then go out and | |
| | 66:16 start conducting very large-scale studies. | |
| | 66:17   Q. (By Mr. Wisner)  So this wasn't enough to | |
| | 66:18 do anything? | |
| | 66:19   A. This study -- | |
| 66:21 - 67:6 | **Reeves, William 01-23-2019 (00:00:21)** | WR2_COMBINED_06.37 |
| | 66:21   A. -- is not sufficient to raise any concern, | |
| | 66:22 because it shows no relationship. | |
| | 66:23   Q. (By Mr. Wisner)  Well, that was two | |

| Page/Line | Source | ID |
|---|---|---|
| | WR2_COMBINED_06-FINAL PLAYED | Page 44/72 |

| Page/Line | Source | ID |
|---|---|---|
| | 294:24 Monsanto has done one rat and one mouse study; correct? | |
| | 295:1   A. Yes. | |
| | 295:2   Q. The agency is asking you to repeat both of | |
| | 295:3 them; correct? | |
| 295:5 - 295:11 | **Reeves, William 01-23-2019 (00:00:14)** | WR2_COMBINED_06.145 |
| | 295:5   A. Yeah, we discussed that.  What | |
| | 295:6 they're doing is in this document saying, hey, let's | |
| | 295:7 see another mouse study. | |
| | 295:8   Q. (By Mr. Wisner)  Exactly. | |
| | 295:9   A. This is in that guidance.  And so what | |
| | 295:10 we're saying is let's give you the rat study and see if | |
| | 295:11 these observations repeat.  Do we see the same thing? | |
| 297:24 - 298:4 | **Reeves, William 01-23-2019 (00:00:10)** | WR2_COMBINED_06.146 |
| | 297:24   Q. So Monsanto, in response to the | |
| | 298:1 glyphosate -- the registration document -- specifically | |
| | 298:2 said we want a waiver from having to do this mouse | |
| | 298:3 study; correct? | |
| | 298:4   A. That's correct. | |
| 298:5 - 298:7 | **Reeves, William 01-23-2019 (00:00:02)** | WR2_COMBINED_06.147 |
| | 298:5   Q. So -- | |
| | 298:6   A. Because we did not believe it was | |
| | 298:7 scientifically justified. | |
| 300:8 - 301:1 | **Reeves, William 01-23-2019 (00:00:42)** | WR2_COMBINED_06.148  EXHIBIT 516.2.1 |
| | 300:8   Q. So the EPA is saying, listen, we should | |
| | 300:9 redo the study, but we'll just use male mice so we can | |
| | 300:10 really get to the bottom of this using statistics? | |
| | 300:11   A. This is the view of the toxicology branch, | |
| | 300:12 so it's not the EPA overall.  It's specifically the | |
| | 300:13 view of William Dykstra.  So it's -- part of the EPA is | |
| | 300:14 saying this is how we see the data, this is how we see | |
| | 300:15 what should be done, but they're not speaking for EPA | |
| | 300:16 as a whole. | |
| | 300:17   Q. And they're saying we need to do a larger | |
| | 300:18 study so we can get to the bottom of it; right? | |
| | 300:19   A. Yeah, they're saying their opinion is that | |
| | 300:20 another study is going to be informative. | |
| | 300:21   Q. And Monsanto vehemently opposed doing | |
| | 300:22 that; right? | |
| | 300:23   A. We believed it would not provide | |
| | 300:24 additional data that would help understand the safety | |

| Page/Line | Source | ID |
|---|---|---|
| | WR2_COMBINED_06-FINAL PLAYED | |
| 303:3 - 303:8 | 301:1 of glyphosate.<br>**Reeves, William 01-23-2019 (00:00:13)**<br>303:3 Isn't it true that it's false<br>303:4 that Monsanto has always done every study requested of<br>303:5 it by the EPA?<br>303:6   A. So again, given the context of what you're<br>303:7 saying, it sounds like you have some testimony that you<br>303:8 would like to discuss.  I'd be happy to look at it. | WR2_COMBINED_06.149<br>clear |
| 303:14 - 303:17 | **Reeves, William 01-23-2019 (00:00:04)**<br>303:14   A. So again, could I have your question?<br>303:15   Q. (By Mr. Wisner)  Sure, I'll have him read<br>303:16 it back to you.<br>303:17   A. Thank you. | WR2_COMBINED_06.150 |
| 303:18 - 303:19 | **Reeves, William 01-23-2019 (00:00:06)**<br>303:18 [The pending question was read by the.<br>303:19 reporter.] | WR2_COMBINED_06.151 |
| 303:22 - 303:23 | **Reeves, William 01-23-2019 (00:00:04)**<br>303:22   A. So I'm not able to speak to every<br>303:23 interaction we've had with EPA on every product. | WR2_COMBINED_06.152 |
| 304:9 - 305:10 | **Reeves, William 01-23-2019 (00:00:56)**<br>304:9   Q. (By Mr. Wisner)  Let's be very clear here.<br>304:10 You're staring at a document where Monsanto is refusing<br>304:11 to do a mouse study that the EPA has asked it to do;<br>304:12 right?<br>304:13   A. No, I would not agree as refusing.<br>304:14   Q. Oh.<br>304:15   A. This isn't refusing.  You can't refuse the<br>304:16 EPA.<br>304:17   Q. Oh, you can't?<br>304:18   A. No, you may not.<br>304:19   Q. So where's the mouse study, sir?<br>304:20   A. So it's a data call-in.  Again, we<br>304:21 discussed that.  Once they issue a data call-in and<br>304:22 you've agreed and they've agreed, there's nothing left.<br>304:23   Q. Well, then maybe you can explain to me<br>304:24 what happened, because as of right now, I see a<br>305:1 document from the EPA saying that Monsanto is required<br>305:2 to repeat the mouse study, and you're telling me that<br>305:3 Monsanto never repeated the mouse study, so how is it<br>305:4 that you always do what the EPA says when you didn't do | WR2_COMBINED_06.153 |

| Page/Line | Source | ID |
|---|---|---|
| | WR2_COMBINED_06-FINAL PLAYED | |
| | 307:12 or a finding of more tumors, what would be the answer?<br>307:13   Q. Monsanto hires Dr. Kuschner to help<br>307:14 persuade the EPA that glyphosate doesn't cause tumors;<br>307:15 right? | |
| 307:18 - 308:13 | **Reeves, William 01-23-2019 (00:00:51)**<br>307:18   A. We hired Dr. Kuschner as an independent<br>307:19 expert to help us look at the data and understand if<br>307:20 there were mistakes made in its analysis.<br>307:21   Q. (By Mr. Wisner)  And he finds that tumor<br>307:22 in the control group; right?<br>307:23   A. He finds a tumor that others did not find<br>307:24 because he presumably had a more thorough review.<br>308:1   Q. (By Mr. Wisner)  And notwithstanding Dr.<br>308:2 Dykstra repeatedly saying this isn't true, there's no<br>308:3 tumor there, ultimately the SAP concludes that there<br>308:4 probably was a tumor there and you have to consider it;<br>308:5 right?<br>308:6   A. There was a pathology expert working group<br>308:7 that was blinded about which tumor they were looking at<br>308:8 or which kidney they were looking at.  They agreed with<br>308:9 Dr. Kuschner that it was there.<br>308:10   Q. And then notwithstanding that, they go,<br>308:11 you know what, there's too much uncertainty here; we're<br>308:12 too concerned about public health.  Monsanto, redo the<br>308:13 study.  That's what the EPA asks; right? | WR2_COMBINED_06.157 |
| 308:16 - 309:18 | **Reeves, William 01-23-2019 (00:01:15)**<br>308:16   A. Yeah, I think that's -- EPA has issued<br>308:17 this guidance document, but the specific conversations<br>308:18 that they're having with Monsanto aren't shown here.<br>308:19   Q. (By Mr. Wisner)  Then in response to that<br>308:20 guidance document, we have an internal memo by Monsanto<br>308:21 where they propose repeating the rat study, but<br>308:22 vehemently arguing against doing the mouse study?<br>308:23   A. Yes, because what you want to do is<br>308:24 understand -- if this finding is robust, it is going to<br>309:1 show up in the rats as well, and it does not repeat in<br>309:2 the rats.<br>309:3   Q. And then after that proposal is made,<br>309:4 Monsanto never does the mouse study, but does repeat<br>309:5 the rat study; right? | WR2_COMBINED_06.158 |

| Page/Line | Source | ID |
|---|---|---|
| | WR2_COMBINED_06-FINAL PLAYED | |
| | 309:6   A. That's correct.  And that rat study shows | |
| | 309:7 that the mouse study results -- the original results -- | |
| | 309:8 did not repeat.  The results after the additional | |
| | 309:9 pathology review show there was no relationship between | |
| | 309:10 glyphosate and cancer.  So now you have two studies | |
| | 309:11 showing no relationship. | |
| | 309:12   Q. Since that day, Monsanto -- to this day, | |
| | 309:13 Monsanto has not ever done another mouse study with | |
| | 309:14 glyphosate; right? | |
| | 309:15   A. No, because all the other registrants have | |
| | 309:16 for their data packages. | |
| | 309:17   Q. Also because they're kind of afraid to | |
| | 309:18 find what the results would be; right? | |
| 309:21 - 310:17 | **Reeves, William 01-23-2019 (00:00:54)** | WR2_COMBINED_06.159 |
| | 309:21   A. We would not be afraid.  With all those | |
| | 309:22 other studies, we know what the answer would be, and | |
| | 309:23 that is glyphosate is not causing cancer in rodents. | |
| | 309:24   Q. (By Mr. Wisner)  Isn't it true every | |
| | 310:1 single mouse study that has been done after Monsanto | |
| | 310:2 has found an elevated statistically-significant result | |
| | 310:3 of malignant lymphoma? | |
| | 310:4   A. When all of those studies are looked at | |
| | 310:5 across the board, the unanimous verdict of regulators | |
| | 310:6 around the world is that they do not show evidence of | |
| | 310:7 carcinogenic findings. | |
| | 310:8   Q. Didn't answer my question, sir.  Every | |
| | 310:9 mouse study that's been done since Monsanto has found a | |
| | 310:10 statistically-significant elevated rate of lymphoma in | |
| | 310:11 mice treated with glyphosate; isn't that true? | |
| | 310:12   A. The regulatory studies conducted according | |
| | 310:13 to international protocols, under good laboratory | |
| | 310:14 practices, reviewed by regulatory agencies around the | |
| | 310:15 world, the conclusion consistently is that there is no | |
| | 310:16 indication that glyphosate causes cancer in those | |
| | 310:17 studies. | |
| 310:23 - 311:8 | **Reeves, William 01-23-2019 (00:00:16)** | WR2_COMBINED_06.160 |
| | 310:23   Q. I want to talk to you about someone who -- | |
| | 310:24 so we talked about glyphosate animal studies; right? | |
| | 311:1   A. That's correct. | |
| | 311:2   Q. Let's talk a little bit about Roundup | |