# EXHIBIT 26

```
                                          Volume 17

                                          Pages 2196 - 2304

               UNITED STATES DISTRICT COURT

             NORTHERN DISTRICT OF CALIFORNIA

    Before The Honorable Vince Chhabria, Judge

EDWARD HARDEMAN,                 )
                                 )
          Plaintiff,             )
                                 )
   VS.                           )    NO. C 16-00525 VC
                                 )         PHASE II
MONSANTO COMPANY,                )
                                 )
          Defendant.             )
                                 )
```

San Francisco, California
Wednesday, March 20, 2019

**TRANSCRIPT OF PROCEEDINGS**

**APPEARANCES**:

For Plaintiff:
    ANDRUS WAGSTAFF PC
    7171 W. Alaska Drive
    Lakewood, Colorado  80226
 **BY:  AIMEE H. WAGSTAFF, ATTORNEY AT LAW**
    **DAVID J. WOOL, ATTORNEY AT LAW**

    MOORE LAW GROUP
    1473 South 4th Street
    Louisville, Kentucky  40208
 **BY:  JENNIFER MOORE, ATTORNEY AT LAW**


   **(APPEARANCES CONTINUED ON FOLLOWING PAGE)**


REPORTED BY:  Marla F. Knox, RPR, CRR
     Jo Ann Bryce, CSR No. 3321, RMR, CRR, FCRR
     Official Reporters

```
1   APPEARANCES:  (CONTINUED)

2   For Defendant:

3                         WILKINSON  WALSH ESKOVITZ LLP
                          2001 M Street, NW - 10th Floor
4                         Washington, D.C.  20036
                     BY:  BRIAN L. STEKLOFF, ATTORNEY AT LAW
5                         RAKESH N. KILARU, ATTORNEY AT LAW
                          TAMARRA MATTHEWS JOHNSON, ATTORNEY AT LAW
6                         JULIE RUBENSTEIN, ATTORNEY AT LAW
```

```
 1                        I N D E X

 2    Wednesday, March 20, 2019 - Volume 17

 3                                                    PAGE   VOL.

 4    Opening Statement by Ms. Wagstaff                2217   17
      Opening Statement by Mr. Stekloff                2235   17
 5
      PLAINTIFF'S WITNESSES                           PAGE   VOL.
 6
      MARTENS, MARK
 7    By Video Testimony (not reported)                2260   17

 8    REEVES, WILLIAM
      By Video Testimony (not reported)                2271   17
 9
      FARMER, DONNA
10    By Video Testimony (not reported)                2275   17

11                        E X H I B I T S

12    TRIAL EXHIBITS                           IDEN   EVID   VOL.

13     86                                             2274   17

14     89                                             2274   17

15     155                                            2271   17

16     156                                            2271   17

17     157                                            2271   17

18     158                                            2271   17

19     159                                            2271   17

20     160                                            2271   17

21     161                                            2271   17

22     208                                            2271   17

23     220                                            2274   17

24     249                                            2274   17

25
```

**Designation Run Report**

# FINAL PLAYED

**Martens, Mark 04-07-2017**

**PLF Affirmative  00:33:31**

**DEF Counter  00:34:16**

**PLF Affirm/Rebuttal  00:00:20**

**Total Time  01:08:07**



**ID:MM2_COMBINED_03**

| Page/Line | Source | ID |
|---|---|---|
| | **MM2_COMBINED_03-FINAL PLAYED** | **Page 9/45** |
| | 63:19 A. This is an indicator top of test of which<br>63:20 the biological mechanism is unknown and with some<br>63:21 kind of experimental endpoint which was not accepted<br>63:22 by regulatory authorities for assessment of<br>63:23 genotoxicity. | |
| 65:3 - 65:10 | **Martens, Mark 04-07-2017 (00:00:23)**<br>65:3 Q. Dr. Parry concluded that both glyphosate<br>65:4 and Roundup mixture produced an increase in DNA<br>65:5 strand breaks in mouse liver and kidney, correct?<br>65:6 A. That's what he says, yes.<br>65:7 Q. Okay. And next he found that glyphosate<br>65:8 increased 8-OHdG in mouse liver, which is a marker of<br>65:9 oxidative stress, correct?<br>65:10 A. Yes. | MM2_COMBINED_03.34<br>EXHIBIT 157.6.2<br><br>EXHIBIT 157.6.3 |
| 65:20 - 65:23 | **Martens, Mark 04-07-2017 (00:00:11)**<br>65:20 Q. So he concluded oxidative stress --<br>65:21 Dr. Parry concluded oxidative stress with respect to<br>65:22 glyphosate and with respect to Roundup, correct?<br>65:23 A. Yes, that was what he concluded, yes. | MM2_COMBINED_03.35 |
| 66:1 - 66:7 | **Martens, Mark 04-07-2017 (00:00:23)**<br>66:1 Q. Next we're moving to the Peluso<br>66:2 paper, which was one of the Italian papers we<br>66:3 discussed, and we talk about the conclusion that<br>66:4 Dr. Parry found for the Peluso paper. And that is<br>66:5 that Roundup mixture produced an increase in DNA<br>66:6 adducts in the mouse liver and kidney, correct?<br>66:7 A. Yes, that was what he concluded. | MM2_COMBINED_03.36<br>EXHIBIT 157.7.1<br><br>EXHIBIT 157.7.2 |
| 66:12 - 66:16 | **Martens, Mark 04-07-2017 (00:00:09)**<br>66:12 He also concluded that there was no<br>66:13 increase in the production of DNA adducts in the<br>66:14 presence of glyphosate.<br>66:15 Q. Sure.<br>66:16 A. And that's important. | MM2_COMBINED_03.37 |
| 66:18 - 66:21 | **Martens, Mark 04-07-2017 (00:00:05)**<br>66:18 -- so what you're saying is that he --<br>66:19 he determined that with glyphosate there wasn't, but<br>66:20 with Roundup mixture there was?<br>66:21 A. Yes. | MM2_COMBINED_03.38 |
| 66:23 - 66:23 | **Martens, Mark 04-07-2017 (00:00:06)**<br>66:23 Next if we turn to the Lioi 1998 paper, | MM2_COMBINED_03.39<br>EXHIBIT 157.7.3 |

| Page/Line | Source | ID |
|---|---|---|
| | MM2_COMBINED_03-FINAL PLAYED | |
| | 149:17   A. Yeah. | |
| | 149:18   Q. So you asked him an opinion and he writes | |
| | 149:19 a report, and the report is not well received by | |
| | 149:20 Monsanto toxicologists. | |
| | 149:21   A. Well, the conclusions were well received. | |
| | 149:22   Q. Okay. | |
| | 149:23   A. The form of the report was not well | |
| | 149:24 received. | |
| | 149:25   Q. Okay.  The conclusions were well | |
| | 150:1 received -- | |
| | 150:2   A. Mm-hmm. | |
| | 150:3   Q. -- and eventually Dr. Parry is given more | |
| | 150:4 information. | |
| | 150:5   A. Yes. | |
| | 150:6   Q. And he writes another report with very | |
| | 150:7 similar conclusions.  We've walked through each of | |
| | 150:8 the reports, correct? | |
| | 150:9   A. Mm-hmm. | |
| 151:19 - 151:21 | **Martens, Mark 04-07-2017 (00:00:05)** | MM2_COMBINED_03.105 |
| | 151:19   Q. I assume by the same | |
| | 151:20 token that Monsanto never shared the Parry report | |
| | 151:21 with any regulatory agencies, correct? | |
| 152:2 - 152:2 | **Martens, Mark 04-07-2017 (00:00:00)** | MM2_COMBINED_03.106 |
| | 152:2   A. That's correct, yeah. | |
| 187:24 - 193:5 | **Martens, Mark 04-07-2017 (00:05:20)** | MM2_COMBINED_03.107 |
| | 187:24 You are a toxicologist, correct, sir? | |
| | 187:25   A. Yes, sir. | |
| | 188:1   Q. Would you please tell the jury what a | |
| | 188:2 toxicologist is. | |
| | 188:3   A. A toxicologist is a scientist who studies | |
| | 188:4 the effects of chemical substances on the health of | |
| | 188:5 animals and men. | |
| | 188:6   Q. And you have a Ph.D. in toxicology? | |
| | 188:7   A. Yes. | |
| | 188:8   Q. Did you start your career as what is | |
| | 188:9 called a forensic toxicologist? | |
| | 188:10   A. Yes, I did. | |
| | 188:11   Q. Would you please explain to the jury what | |
| | 188:12 a forensic toxicologist is. | |
| | 188:13   A. A forensic toxicologist is a scientist | |