# EXHIBIT 27

**Volume 19**

**Pages 2460 - 2682**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable Vince Chhabria, Judge

| | |
|---|---|
| EDWARD HARDEMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| VS. ) | NO. C 16-00525 VC |
| ) | |
| MONSANTO COMPANY, ) | |
| ) | |
| Defendant. ) | |

San Francisco, California
Monday, March 25, 2019

**TRANSCRIPT OF PROCEEDINGS**

**APPEARANCES**:

For Plaintiff:
        ANDRUS WAGSTAFF PC
        7171 W. Alaska Drive
        Lakewood, Colorado  80226
  BY: **AIMEE H. WAGSTAFF, ATTORNEY AT LAW**
      **DAVID J. WOOL, ATTORNEY AT LAW**

        MOORE LAW GROUP
        1473 South 4th Street
        Louisville, Kentucky  40208
  BY: **JENNIFER MOORE, ATTORNEY AT LAW**

(APPEARANCES CONTINUED ON FOLLOWING PAGE)

REPORTED BY:  Marla F. Knox, RPR, CRR
               Jo Ann Bryce, CSR No. 3321, RMR, CRR, FCRR
               Official Reporters

```
 1   APPEARANCES:  (CONTINUED)

 2   For Defendant:

 3                       WILKINSON   WALSH ESKOVITZ LLP
                         2001 M Street, NW - 10th Floor
 4                       Washington, D.C.  20036
                    BY:  BRIAN L. STEKLOFF, ATTORNEY AT LAW
 5                       RAKESH N. KILARU, ATTORNEY AT LAW
                         TAMARRA MATTHEWS JOHNSON, ATTORNEY AT LAW
 6                       JULIE RUBENSTEIN, ATTORNEY AT LAW
                         CALI COPE-KASTEN, ATTORNEY AT LAW
```

**I N D E X**

Monday, March 25, 2019 - Volume 19

| PLAINTIFF'S WITNESSES | PAGE | VOL. |
|---|---|---|
| **WILLIAMS, HEYDENS**<br>By Videotape Deposition (not reported) | 2485 | 19 |
| **PORTIER, CHRISTOPHER**<br>By Video Testimony (not reported) | 2490 | 19 |
| **KIER, LARRY**<br>By Video Testimony (not reported) | 2490 | 19 |
| **MURPHY, SAMUEL**<br>By Video Testimony (not reported) | 2491 | 19 |
| **KOCH, MICHAEL**<br>By Video Testimony (not reported) | 2519 | 19 |
| **GRANT, HUGH**<br>By Video Testimony (not reported) | 2520 | 19 |
| **GUARD, JAMES**<br>By Video Testimony (not reported) | 2524 | 19 |

**E X H I B I T S**

| TRIAL EXHIBITS | IDEN | EVID | VOL. |
|---|---|---|---|
| 86 | | 2529 | 19 |
| 89 | | 2529 | 19 |
| 147 | | 2489 | 19 |
| 154 | | 2528 | 19 |
| 155 | | 2527 | 19 |
| 156 | | 2527 | 19 |
| 157 | | 2527 | 19 |
| 158 | | 2527 | 19 |

**Designation Run Report**

# FINAL SHOWN

**Kier, Larry 02-05-2019**

**PLF Affirmative  00:07:10**

**DEF Counter  00:08:57**

**Total Time  00:16:07**



ID:LK2_COMBINED_07

| Page/Line | Source | ID |
|---|---|---|
| | **LK2_COMBINED_07-FINAL SHOWN** | Page 5/10 |
| | 145:15 antioxidants.  Evaluate the clastogenic activity of | |
| | 145:16 glyphosate in the presence and absence of a variety of | |
| | 145:17 antioxidant activities.  Such a study should also | |
| | 145:18 incorporate glyphosate formulations to clarify the | |
| | 145:19 validity of reports of differences in activity. | |
| | 145:20 I recommend that both A and B should be | |
| | 145:21 undertaken using the in vitro micronucleus assay in | |
| | 145:22 human lymphocytes.  The in vitro micronucleus assay | |
| | 145:23 would provide a more cost-effective method for | |
| | 145:24 evaluating a large number of experimental variables. | |
| | 146:1   Q. And do you know if Monsanto Company | |
| | 146:2 conducted this test with glyphosate-based formulations? | |
| | 146:3   A. I don't recall that.  I don't know. | |
| | 146:4   Q. Would that be in the Kier and Kirkland | clear |
| | 146:5 article? | |
| | 146:6   A. It would be if -- well, let's see.  It | |
| | 146:7 would be in the same table, I think.  Table 2.  Let me | |
| 146:8 - 146:8 | **Kier, Larry 02-05-2019 (00:00:07)** | LK2_COMBINED_07.21 |
| | 146:8 look at still just Table 2 in discussion.  Yes.  Thank | |
| 146:9 - 146:10 | **Kier, Larry 02-05-2019 (00:00:11)** | LK2_COMBINED_07.22 |
| | 146:9 you.  I just wanted to check the text to crosscheck it | |
| | 146:10 with the table. | |
| 146:11 - 146:19 | **Kier, Larry 02-05-2019 (00:00:27)** | LK2_COMBINED_07.23 |
| | 146:11 And what the text says -- sorry.  On Page | EXHIBIT 640.12.2 |
| | 146:12 293 of Kier and Kirkland, right column, second full | |
| | 146:13 paragraph, there were no regulatory studies of GBFs in | |
| | 146:14 in vitro mammalian cell chromosome aberration or | |
| | 146:15 micronucleus assays. | |
| | 146:16   Q. So am I correct that Monsanto did not | clear |
| | 146:17 conduct the tests that Dr. Parry describes in Paragraph | |
| | 146:18 B using glyphosate -- | |
| | 146:19   A. As far as I know, yes. | |
| 156:3 - 156:8 | **Kier, Larry 02-05-2019 (00:00:16)** | LK2_COMBINED_07.24 |
| | 156:3   Q. (By Mr. Wool)  And Exhibit 13 appears to | EXHIBIT 686.1.1 |
| | 156:4 be an e-mail exchange between Donna Farmer, Mark | |
| | 156:5 Martens, and you, amongst other Monsanto employees. | |
| | 156:6   A. Yes.  Ah.  2001? | |
| | 156:7   Q. Yes. | |
| | 156:8   A. And I'm no longer at Monsanto. | |
| 156:23 - 157:4 | **Kier, Larry 02-05-2019 (00:00:18)** | LK2_COMBINED_07.25 |

| | LK2_COMBINED_07-FINAL SHOWN | Page 6/10 |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

|  |  |  |
|---|---|---|
| | 156:23  Q. And do you recall why Monsanto employees | |
| | 156:24 were e-mailing you with respect to Dr. Parry's | |
| | 157:1 recommendations? | |
| | 157:2  A. I mean, I -- because I was a gene tox | |
| | 157:3 person formerly at Monsanto.  That's my assumption, | |
| | 157:4 yes. | |
| 158:10 - 159:1 | **Kier, Larry 02-05-2019 (00:00:43)** | LK2_COMBINED_07.26 |
| | 158:10  Q. Let's turn back to the first page -- | EXHIBIT 686.1.2 |
| | 158:11  A. Yes. | |
| | 158:12  Q. -- of this e-mail. | EXHIBIT 686.1.3 |
| | 158:13 Now, in the middle of this paragraph, Mark | |
| | 158:14 Martens writes I don't know for sure how suppliers | |
| | 158:15 would react, but if somebody came to me and said they | |
| | 158:16 wanted to test Roundup, I know how I would react.  With | |
| | 158:17 serious concern.  We have to really think about doing | |
| | 158:18 formulations even if they are not on the market. | |
| | 158:19 Glyphosate is still in there and could get caught up in | |
| | 158:20 some false positive finding.  Did I read that | |
| | 158:21 correctly? | |
| | 158:22  A. I think so.  It took me a while to catch | |
| | 158:23 up with where you were. | |
| | 158:24  Q. What did you understand Mr. Martens's | |
| | 159:1 comment here to mean? | |
| 159:6 - 159:15 | **Kier, Larry 02-05-2019 (00:00:41)** | LK2_COMBINED_07.27 |
| | 159:6 I'm not sure what all of this -- it | |
| | 159:7 doesn't make a whole lot of sense to me, actually. | |
| | 159:8  Q. What do you understand the term false | |
| | 159:9 positive finding to mean? | |
| | 159:10  A. That would be an effect that is, for one | |
| | 159:11 reason or another, not a genuine effect.  Caused by | |
| | 159:12 artifact perhaps. | |
| | 159:13  Q. And without knowing definitively whether | |
| | 159:14 or not a substance is genotoxic, is it possible to | |
| | 159:15 presuppose that a finding would be a false positive? | |
| 159:18 - 160:4 | **Kier, Larry 02-05-2019 (00:00:38)** | LK2_COMBINED_07.28 |
| | 159:18  A. No, I mean, that doesn't make -- your | |
| | 159:19 question doesn't -- didn't make any sense.  Sorry. | |
| | 159:20  Q. (By Mr. Wool)  Well, isn't the point of | |
| | 159:21 doing, for example, a genotox test, to determine | |
| | 159:22 whether a substance is genotoxic? | |

| Page/Line | Source | ID |
|---|---|---|
| | **LK2_COMBINED_07-FINAL SHOWN** | |
| | 159:23  A. Uh-huh.  Uh-huh. | |
| | 159:24  Q. And without doing the test or having a | |
| | 160:1 sufficient amount of data, how would it be possible to | |
| | 160:2 know that the finding would be a false positive? | |
| | 160:3  A. Well, you wouldn't have a finding to label | |
| | 160:4 it false if you hadn't done the test. | |
| 160:10 - 160:12 | **Kier, Larry 02-05-2019 (00:00:10)** | LK2_COMBINED_07.29 clear |
| | 160:10  Q. And prior to this -- the commencement of | |
| | 160:11 the study, were you ever aware of a study that you | |
| | 160:12 believed would turn up a false positive? | |
| 160:15 - 161:3 | **Kier, Larry 02-05-2019 (00:00:55)** | LK2_COMBINED_07.30 |
| | 160:15  A. That's actually two questions to me. | |
| | 160:16 Maybe you didn't intend it that way.  There are certain | |
| | 160:17 endpoints, and I think I've indicated things like in | |
| | 160:18 the DNA damage category where a positive finding | |
| | 160:19 doesn't necessarily indicate genotoxicity or DNA | |
| | 160:20 reactive genotoxicity, so in that sense it's a false | |
| | 160:21 positive in that it's a possible result in that assay, | |
| | 160:22 but it doesn't mean there's mutagenesis or DNA-reactive | |
| | 160:23 genotoxicity. | |
| | 160:24 The other type of false positive would be | |
| | 161:1 one where, for example, you get a | |
| | 161:2 statistically-significant increase in an endpoint, but | |
| | 161:3 it isn't reproducible. | |
| 241:20 - 244:1 | **Kier, Larry 02-05-2019 (00:02:39)** | LK2_COMBINED_07.31 |
| | 241:20  Q. Now, one of the other areas of testimony | |
| | 241:21 today involved a document, Exhibit 9, that is both a -- | |
| | 241:22 apparently some sort of a report by a Dr. James | |
| | 241:23 Parry -- | |
| | 241:24  A. Uh-huh. | |
| | 242:1  Q. -- and some other attached e-mails. | |
| | 242:2  A. Yes. | |
| | 242:3  Q. And do you remember looking at the page | EXHIBIT 160.33.2 |
| | 242:4 ending in Bates Numbers 265, which appears to be | |
| | 242:5 actions recommended by Dr. Parry? | |
| | 242:6  A. Yes, we looked at that earlier today. | |
| | 242:7 Uh-huh. | |
| | 242:8  Q. And are there six subparts or more of | |
| | 242:9 actions? | |
| | 242:10  A. There are more.  Yes. | |