# EXHIBIT 28

**Volume 19**

**Pages 2460 - 2682**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable Vince Chhabria, Judge

```
EDWARD HARDEMAN,            )
                            )
         Plaintiff,         )
                            )
  VS.                       )    NO. C 16-00525 VC
                            )
MONSANTO COMPANY,           )
                            )
         Defendant.         )
                            )
```

San Francisco, California
Monday, March 25, 2019

**TRANSCRIPT OF PROCEEDINGS**

**APPEARANCES**:

For Plaintiff:
    ANDRUS WAGSTAFF PC
    7171 W. Alaska Drive
    Lakewood, Colorado  80226
  **BY: AIMEE H. WAGSTAFF, ATTORNEY AT LAW**
      **DAVID J. WOOL, ATTORNEY AT LAW**

    MOORE LAW GROUP
    1473 South 4th Street
    Louisville, Kentucky  40208
  **BY: JENNIFER MOORE, ATTORNEY AT LAW**


(APPEARANCES CONTINUED ON FOLLOWING PAGE)


REPORTED BY:  Marla F. Knox, RPR, CRR
             Jo Ann Bryce, CSR No. 3321, RMR, CRR, FCRR
             Official Reporters

```
1   APPEARANCES:   (CONTINUED)

2   For Defendant:

3                         WILKINSON   WALSH ESKOVITZ LLP
                          2001 M Street, NW - 10th Floor
4                         Washington, D.C.   20036
                    BY:   BRIAN L. STEKLOFF, ATTORNEY AT LAW
5                         RAKESH N. KILARU, ATTORNEY AT LAW
                          TAMARRA MATTHEWS JOHNSON, ATTORNEY AT LAW
6                         JULIE RUBENSTEIN, ATTORNEY AT LAW
                          CALI COPE-KASTEN, ATTORNEY AT LAW
```

## I N D E X

Monday, March 25, 2019 - Volume 19

| PLAINTIFF'S WITNESSES | PAGE | VOL. |
|---|---|---|
| **WILLIAMS, HEYDENS**<br>By Videotape Deposition (not reported) | 2485 | 19 |
| **PORTIER, CHRISTOPHER**<br>By Video Testimony (not reported) | 2490 | 19 |
| **KIER, LARRY**<br>By Video Testimony (not reported) | 2490 | 19 |
| **MURPHY, SAMUEL**<br>By Video Testimony (not reported) | 2491 | 19 |
| **KOCH, MICHAEL**<br>By Video Testimony (not reported) | 2519 | 19 |
| **GRANT, HUGH**<br>By Video Testimony (not reported) | 2520 | 19 |
| **GUARD, JAMES**<br>By Video Testimony (not reported) | 2524 | 19 |

## E X H I B I T S

| TRIAL EXHIBITS | IDEN | EVID | VOL. |
|---|---|---|---|
| 86 | | 2529 | 19 |
| 89 | | 2529 | 19 |
| 147 | | 2489 | 19 |
| 154 | | 2528 | 19 |
| 155 | | 2527 | 19 |
| 156 | | 2527 | 19 |
| 157 | | 2527 | 19 |
| 158 | | 2527 | 19 |

**Designation Run Report**

# FINAL SHOWN

Koch, Michael 01-11-2019

**PLF Affirmative  00:07:16**

**DEF Counter  00:08:19**

**Total Time  00:15:35**



ID:MK2_COMBINED_06

| Page/Line | Source | ID |
|---|---|---|
| | **MK2_COMBINED_06-FINAL SHOWN** | |
| | 207:2   A. I think the term -- as I said, I think the | |
| | 207:3 term means many things.  Someone might use it as | |
| | 207:4 shorthand for providing background information or | |
| | 207:5 references or other things to facilitate someone else | |
| | 207:6 writing a paper.  I don't see anything wrong with that. | |
| | 207:7 Ghostwriting could also be someone writing a paper and | |
| | 207:8 someone else signing their name to it as them having | |
| | 207:9 written it, and I would say that is probably -- that's | |
| | 207:10 not appropriate. | |
| | 207:11   Q. So that second one where someone else | |
| | 207:12 writes it and then someone signs their name, so to | |
| | 207:13 speak -- that's the unethical type? | |
| | 207:14   A. I would not be comfortable doing that. | |
| | 207:15   Q. And you wouldn't be comfortable for any of | |
| | 207:16 the people that you work with or work under you doing | |
| | 207:17 that; correct? | |
| | 207:18   A. That's correct. | |
| 212:1 - 212:5 | **Koch, Michael 01-11-2019 (00:00:14)** | MK2_COMBINED_06.15 |
| | 212:1   Q. (By Mr. Wisner)  Isn't the actual truth of | |
| | 212:2 the matter, sir, that the reason why Monsanto hasn't | |
| | 212:3 done these long-term studies is because it would create | |
| | 212:4 a dangerous precedent to be avoided? | |
| | 212:5   A. No. | |
| 221:22 - 222:6 | **Koch, Michael 01-11-2019 (00:00:22)** | MK2_COMBINED_06.20 |
| | 221:22   Q.  Now, you've repeatedly | |
| | 221:23 stated that studies were not needed to study the | |
| | 221:24 formulated product of Roundup; correct? | |
| | 222:1   A. I've stated that carcinogenicity studies | |
| | 222:2 aren't necessary with the formulated product, yes. | |
| | 222:3   Q. However, Dr. Farmer in 2003 openly | EXHIBIT 426.1.7 |
| | 222:4 admitted that Monsanto could not state that Roundup is | |
| | 222:5 not carcinogenic because they had not done carcinogenic | |
| | 222:6 studies on Roundup; correct? | |
| 222:9 - 222:14 | **Koch, Michael 01-11-2019 (00:00:08)** | MK2_COMBINED_06.21 |
| | 222:9   A. I don't know what Donna meant when she | |
| | 222:10 wrote that. | |
| | 222:11   Q. (By Mr. Wisner)  But she wrote it; right? | |
| | 222:12   A. That's what's in the e-mail. | |
| | 222:13   Q. She wrote the same thing in 2009, six | EXHIBIT 245.1.5 |
| | 222:14 years later; correct? | |

| Page/Line | Source | ID |
|---|---|---|
| | **MK2_COMBINED_06-FINAL SHOWN** | |
| 222:19 - 223:4 | **Koch, Michael 01-11-2019 (00:00:21)** | MK2_COMBINED_06.22 |
| | 222:19  A. Okay.  2009 e-mail says you cannot say | |
| | 222:20 that Roundup does not cause cancer.  I don't know what | |
| | 222:21 she meant by that. | |
| | 222:22  Q. (By Mr. Wisner)  Well, finish the | |
| | 222:23 sentence. | |
| | 222:24  A. We have not done carcinogenicity studies | |
| | 223:1 with Roundup. | |
| | 223:2  Q. So she meant based on what she wrote that | |
| | 223:3 you can't say it doesn't cause cancer because we | |
| | 223:4 haven't done cancer studies on Roundup? | |
| 223:7 - 223:8 | **Koch, Michael 01-11-2019 (00:00:03)** | MK2_COMBINED_06.23 |
| | 223:7  A. I don't know what she intended when she | |
| | 223:8 wrote that.  I wasn't there. | |
| 357:11 - 357:21 | **Koch, Michael 01-11-2019 (00:00:20)** | MK2_COMBINED_06.25 clear |
| | 357:11  Q. Let's start with your background.  Where | |
| | 357:12 do you live now? | |
| | 357:13  A. I live in the suburbs of St. Louis. | |
| | 357:14  Q. And how long have you lived there? | |
| | 357:15  A. I've lived there for about ten years. | |
| | 357:16  Q. Are you married? | |
| | 357:17  A. I am married and I have two children and | |
| | 357:18 two dogs. | |
| | 357:19  Q. Do you use Roundup? | |
| | 357:20  A. I do. | |
| | 357:21  Q. How do you use it? | |
| 357:23 - 360:20 | **Koch, Michael 01-11-2019 (00:03:37)** | MK2_COMBINED_06.26 |
| | 357:23  A. I have a deck under my house which has | |
| | 357:24 rocks spread out and weeds will grow up underneath it. | |
| | 358:1 I spray it on the weeds that are under my deck. | |
| | 358:2  Q. (By Mr. Brenza)  Do you use any sort of | |
| | 358:3 protective gear when you're spraying? | |
| | 358:4  A. Just typically the clothes I'm wearing. | |
| | 358:5 Sometimes gardening gloves. | |
| | 358:6  Q. Do you wear the gardening gloves because | |
| | 358:7 you already have them on? | |
| | 358:8  A. Typically. | |
| | 358:9  Q. Let's talk a little bit about your | |
| | 358:10 education.  Where did you get your undergraduate | |
| | 358:11 degree? | |