Mathew L. Larsen
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 474-6550
Facsimile: (816) 421-5547
mlarsen@shb.com

*Attorney for Defendant*
*MONSANTO COMPANY*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>*Giglio v. Monsanto Company, et al.*,<br>CAS/3:15-cv-02279 | MDL No. 2741<br><br>Case No. MDL No. 3:16-md-2741-VC |

### NOTICE OF APPEARANCE ON BEHALF OF MONSANTO COMPANY

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Mathew L. Larsen of the firm Shook, Hardy & Bacon L.L.P. hereby enters an appearance as counsel for Defendant MONSANTO COMPANY in the above-captioned matter.

June 17, 2019                                                                 Respectfully Submitted,

By: */s/ Mathew L. Larsen*
Mathew L. Larsen
California Bar No. 227810
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 474-6550
Fax: (816) 421-5547
mlarsen@shb.com

*Attorney for Defendant,*
*MONSANTO COMPANY*

## CERTIFICATE OF SERVICE

I, Mathew L. Larsen, hereby certify that, on June 17, 2019, I electronically filed NOTICE OF APPEARANCE OF MATHEW L. LARSEN ON BEHALF OF DEFENDANT MONSANTO COMPANY with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

DATED: June 17, 2019

Respectfully submitted,

*/s/ Mathew L. Larsen*
Mathew L. Larsen
California Bar No. 227810
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
Telephone:  (816) 474-6550
Fax:  (816) 421-5547
mlarsen@shb.com