# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 <br><br> Master Docket Case No. 3:16-md-2741 <br><br> Honorable Vince Chhabria |
| **THIS DOCUMENT RELATES TO:** <br><br> John Morris and Evelyn Morris, <br><br>        v. <br><br> Monsanto Company | Case No. 3:17-cv-4443 |

## ORDER RE STIPULATION OF DISMISSAL

Upon consideration of Plaintiffs John Morris and Evelyn Morris and Defendant Monsanto Company's Stipulation of Dismissal With Prejudice, it is on this  17th  day of  June , 2019, hereby:

**ORDERED** that the Stipulation for Dismissal With Prejudice is **GRANTED**; and

**FURTHER ORDERED** that each party shall bear its own costs and attorney's fees.

Hon. Vince Chhabria
Judge, U.S. District Court for the
Northern District of California