# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Master Docket Case No. 3: 16-md-2741<br><br>Honorable Vince Chhabria |
| THIS DOCUMENT RELATES To:<br><br>William Hurst<br><br>v.<br><br>Monsanto Company | Case No. 3: 18-cv-05256 |

## ORDER RE STIPULATION OF DISMISSAL

Upon consideration of Plaintiff William Hurst's and Defendant Monsanto Company's Stipulation of Dismissal With Prejudice, it is on this __18th__ day of __June__ of 2019, hereby:

**ORDERED** that the Stipulation for Dismissal With Prejudice is **GRANTED**; and

**FURTHER ORDERED** that each party shall bear its own costs and attorney's fees.

Hon. Vince Chhabria
Judge, U. S. District Court for the
Northern District of California