AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| ANTHONY HARRIS | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 16-md-02741-VC |
| MONSANTO COMPANY | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Anthony Harris, 3:17-cv-03199-VC .

Date: 06/19/2019

*Attorney's signature*

Thomas F DellaFera Jr. (CA 325005)
*Printed name and bar number*

Miller DellaFera PLC
3420 Pump Road | PMB 404
Henrico, VA 23233-1111

*Address*

tdellafera@millerdellafera.org
*E-mail address*

(800) 401-6670
*Telephone number*

(888) 830-1488
*FAX number*