## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Appearance of Counsel was served on all counsel of record via the ECF system on June 19, 2019.

/s/ Thomas F. DellaFera Jr.
Thomas F. DellaFera Jr.
Miller DellaFera PLC
3420 Pump Road | PMB 404
Henrico, VA 23233-1111
Tel. 800-401-6670
Fax 1-888-830-1488
tdellafera@millerdellafera.org