UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: | |
| *Robert Hooks, et al. v. Monsanto Co.*, Case No. 3:19-cv-00714-VC | |

**[~~PROPOSED~~] ORDER TO REMAND CASE TO STATE COURT**

Before this Court is Defendant Monsanto Company's Consent to Remand Case to State Court.  Having reviewed the Consent, and finding good cause, the Court HEREBY ORDERS that this lawsuit is remanded to the Twenty-First Judicial Circuit Court for St. Louis County, Missouri, with the parties to bear their own fees and costs.

PURSUANT TO THE CONSENT OF MONSANTO COMPANY, IT IS SO ORDERED this __20th__ day of __June_____, 2019.

The Honorable Vince Chhabria
United States District Judge