✎AO 154  (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| Northern | **District of** | California |
| --- | --- | --- |

Smith, et al.
(This document relates to Plaintiff
  Donald Richardson only)
  V.                                          Plaintiff (s),

**CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY**

Monsanto Company, et al.
                                             Defendant (s),

**CASE NUMBER:** 3:17-cv-2142

Notice is hereby given that, subject to approval by the court, Donald Richardson substitutes
                                                                 (Party (s) Name)

R. Brent Wisner , State Bar No. 276023 as counsel of record in
        (Name of New Attorney)

place of   Michael Joseph Miller .
                        (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:        Baum Hedlund Aristei & Goldman, P.C.

Address:          10940 Wilshire Blvd., 17th Floor, Los Angeles, CA 90024

Telephone:        (310) 207-3233         Facsimile   (310) 820-7444

E-Mail (Optional):   rbwisner@baumhedlundlaw.com

I consent to the above substitution.

Date:            5/14/2019

_____
(Signature of Party (s))

I consent to being substituted.

Date:            5/14/2019

s/s Michael J. Miller
_____
(Signature of Former Attorney (s))

I consent to the above substitution.

Date:            5/14/2019

/s/ R. Brent Wisner
_____
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:            June 20, 2019

_____
Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**