UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) MDL No. 2741 ) ) Case No. 3:16-md-02741-VC ) |
| *Sheppard v. Monsanto Co., et al.*, 3:16-cv-05650-VC | ) **ORDER GRANTING MOTION TO WITHDRAW AND SUBSTITUTION OF COUNSEL** |

Upon consideration of Plaintiff's Motion for Order Permitting Withdrawal and Substitution of Counsel,

IT IS HEREBY ORDERED THAT the motion is GRANTED. Timothy Litzenburg of Kincheloe, Litzenburg & Pendleton shall be substituted as counsel of record for Plaintiff. The Clerk of Court is hereby directed to update the Court's ECF system to reflect these changes.

**IT IS SO ORDERED**

Date: June 20, 2019

_____
HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT COURT