UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC |
| This document relates to :<br><br>Bev Lindsay, Cause No. 3:18-cv-03959 (N.D. Cal.) | |

### ~~PROPOSED~~ ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

THIS CAUSE having come before the Court on the Joint Stipulation of Dismissal with Prejudice. Having reviewed said request, and finding good cause, the Court GRANTS the Joint Stipulation of Dismissal with Prejudice as to Plaintiff Bev Lindsay;

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  June 20, 2019

_____
HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT COURT

719495 v1