**HOLLINGSWORTH LLP**
Joe G. Hollingsworth (*pro hac vice*)
Eric G. Lasker (*pro hac vice*)
1350 I Street, N.W.
Washington, DC  20005
Telephone:   (202) 898-5800
Facsimile:    (202) 682-1639
Email:         jhollingsworth@hollingsworthllp.com
                    elasker@hollingsworthllp.com

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>*Ann Kennedy v. Monsanto Co.*,<br>Case No. 3:19-cv-03340-VC | |

### MONSANTO COMPANY'S
### <u>CERTIFICATION OF INTERESTED ENTITIES OR PERSONS</u>

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

Defendant Monsanto Company is an indirect, wholly-owned subsidiary of Bayer AG, so Bayer AG has a financial interest in a party to the proceeding.

| | | |
|---|---|---|
| 1 | DATED:  June 20, 2019 | Respectfully submitted, |
| 2 | | |
| 3 | | /s/ Joe G. Hollingsworth<br>Joe G. Hollingsworth (*pro hac vice*) |
| 4 | | (jhollingsworth@hollingsworthllp.com)<br>Eric G. Lasker (*pro hac vice*) |
| 5 | | (elasker@hollingsworthllp.com)<br>HOLLINGSWORTH LLP |
| 6 | | 1350 I Street, N.W.<br>Washington, DC  20005 |
| 7 | | Telephone:  (202) 898-5800<br>Facsimile:   (202) 682-1639 |
| 8 | | *Attorneys for Defendant*<br>*MONSANTO COMPANY* |

- 2 -

MONSANTO COMPANY'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
3:16-md-02741-VC & 3:19-cv-03340-VC