**THE MILLER FIRM LLC**
Tayjes Shah (*pro hac vice*)
108 Railroad Avenue
Orange, VA  22960
Tel: (540) 672-4224
Fax: (540) 672-3055
tshah@millerfirmllc.com

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 3:16-md-02741-VC |
| *Aaron Johnson v. Monsanto Co., et al.*, 3:16-cv-06043-VC | |

### NOTICE OF SUBSTITUTION OF COUNSEL

TO:   CLERK OF THE ABOVE-ENTTLED COURT and ALL PARTIES AND COUNSEL OF RECORD:

Please take notice that Tayjes Shah, Esq. of the Miller Firm, LLC, has been substituted for Timothy Litzenburg, Esq. previously of the Miller Firm, LLC, as Attorney of Record for Plaintiff in the above-referenced action. The Miller Firm, LLC remains counsel for Plaintiff. The Clerk of this Court is hereby requested to make such entries as may be required to record such substitution, to remove Timothy Litzenburg from ECF/service on this case, and replace him with ECF service to Tayjes Shah respectively.

Dated: June, 20 2019                            Respectfully Submitted,

/s/ Tayjes Shah

Tayjes Shah, Esq.
The Miller Firm LLC
108 Railroad Ave.
Orange, VA 22960
540-672-4224

- 1 -
NOTICE OF SUBSTITUTION OF COUNSEL
3:16-md-02741-VC

**Error! Unknown doc**

tshah@millerfirmllc.com
*Attorney for Plaintiff*

### **CERTIFICATE OF SERVICE**

I hereby certify that on June 20, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

Date: June 20, 2019                        By:     /s/ Tayjes Shah
                                           Tayjes Shah Esq.
                                           The Miller Firm LLC
                                           108 Railroad Ave.
                                           Orange, VA 22960
                                           540-672-4224
                                           tshah@millerfirmllc.com
                                           *Attorney for Plaintiff*