# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Master Docket Case No. 3:16-md-2741 |
| | Honorable Vince Chhabria |
| **THIS DOCUMENT RELATES TO:** Shelly Y. Lucas and Terry Lucas, v. Monsanto Company | Case No. 3:19-cv-488 |

## ORDER RE STIPULATION OF DISMISSAL

Upon consideration of Plaintiffs Shelly Y. Lucas and Terry Lucas and Defendant Monsanto Company's Stipulation of Dismissal With Prejudice, it is on this __20th__ day of __June__, 2019, hereby:

**ORDERED** that the Stipulation for Dismissal With Prejudice is **GRANTED**; and

**FURTHER ORDERED** that each party shall bear its own costs and attorney's fees.

Hon. Vince Chhabria
Judge, U.S. District Court for the
Northern District of California