Victoria L. Ersoff (State Bar No. 161795)
versoff@wshblaw.com
Emil A. Macasinag (State Bar No. 256953)
emacasinag@wshblaw.com
**WOOD, SMITH, HENNING & BERMAN LLP**
10960 Wilshire Boulevard, 18th Floor
Los Angeles, California 90024-3804
Phone: 310-481-7600 ♦ Fax: 310-481-7650

Attorneys for Defendant AZUSA PACIFIC UNIVERSITY

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY ACTION | MDL 2741 |
| | Case No. 3:16-md-02741-VC |
| THIS DOCUMENT RELATES TO: | **STIPULATION AND [PROPOSED] ORDER RE: PLAINTIFFS' VOLUNTARY DISMISSAL OF DEFENDANT AZUSA PACIFIC UNIVERSITY PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii) AND CIVIL L.R. 7-12** |
| *Shaun Graef and Janelle Pitchford v. Monsanto Company, Azusa Pacific University, and Does 1-1000,* | |
| No. 3:19-cv-02316-VC | The Hon. Vince Chhabria |
| No. 3:16-md-02741-VC | |

**TO THE HONORABLE COURT:**

Plaintiffs SHAUN GRAEF and JANELLE PITCHFORD ("Plaintiffs"), Defendant AZUSA PACIFIC UNIVERSITY, and Defendant MONSANTO COMPANY (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate as follows:

The Parties agree that Defendant AZUSA PACIFIC UNIVERSITY shall be dismissed from Plaintiffs' above-captioned Action, with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each party shall each bear its own attorneys' fees and costs. Pursuant to

Civil Local Rule 7-12 of the United States District Court, Northern District of California, the Parties respectfully request that this Court enter the [Proposed] Order below.

**IT IS SO STIPULATED.**

DATED:  June 20, 2019  GIRARDI KEESE

By: /S/ Christopher T. Aumais
CHRISTOPHER T. AUMAIS
ASHKAHN MOHAMADI
Attorneys for Plaintiffs SHAUN GRAEF and JANELLE PITCHFORD

DATED:  June 20, 2019  WOOD, SMITH, HENNING & BERMAN LLP

By: /s/ Emil A. Macasinag
VICTORIA L. ERSOFF
EMIL A. MACASINAG
Attorneys for Defendant AZUSA PACIFIC UNIVERSITY

DATED:  June 20, 2019  ARNOLD & PORTER LLP

By: /s/ Alex Beroukhim
ALEX BEROUKHIM
Attorneys for Defendant MONSANTO COMPANY

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: June ____, 2019

The Honorable Vince Chhabria
United States District Court,
Northern District of California

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action. My business address is 10960 Wilshire Boulevard, 18th Floor, Los Angeles, CA 90024-3804.

On June 20, 2019, I served the following document(s) described as **STIPULATION AND [PROPOSED] ORDER RE: PLAINTIFFS' VOLUNTARY DISMISSAL OF DEFENDANT AZUSA PACIFIC UNIVERSITY PURSUANT TO F.R.C.P. 41(A)(1)(A)(II)** on the interested parties in this action as follows:

## SEE ATTACHED SERVICE LIST

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on June 20, 2019, at Los Angeles, California.

/s/ Adriana C. Moreno
Adriana C. Moreno

# SERVICE LIST

## UNITED STATES DISTRICT COURT - NORTHERN DISTRICT OF CALIFORNIA

## IN RE: ROUNDUP PRODUCTS LIABILITY ACTION
### THIS DOCUMENT RELATES TO:

*Shaun Graef and Janelle Pitchford v. Monsanto Co. and Azusa Pacific University,*
No. 2:19-cv-02290-DMG-SK (C.D. Cal.),
No. 3:16-md-02741-VC (N.D. Cal.)

| | |
|---|---|
| Thomas V. Girardi, Esq.<br>Christopher T. Aumais, Esq.<br>Ashkahn Mohamadi, Esq.<br>GIRARDI KEESE<br>1126 Wilshire Blvd.<br>Los Angeles, CA 90017<br>Tel: (213) 977-0211<br>Fax: (213) 481-1554<br>E-mail: amohamadi@girardikeese.com<br>        caumais@girardikeese.com<br><br>**Attorneys for Plaintiffs,**<br>**SHAUN GRAEF and**<br>**JANELLE PITCHFORD** | E. Alex Beroukhim, Esq.<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>777 South Figueroa St., 44th Floor<br>Los Angeles, CA 90017-5844<br>Tel: (213) 243-4000<br>Fax: (213) 243-4199<br>E-mail:<br>alex.beroukhim@arnoldporter.com<br><br>**Attorneys for Defendant,**<br>**MONSANTO COMPANY** |

Richard A. Clark, Esq.
Steven R. Platt, Esq.
PARKER, MILLIKEN, CLARK,
O'HARA & SAMUELIAN, P.C.
555 S. Flower St., 30th Floor
Los Angeles, CA 90071-2440
Tel: (213) 683-6500
Fax: (213) 683-6669
E-mail: rclark@pmcos.com
         splatt@pmcos.com


**Attorneys for Defendant,
MONSANTO COMPANY**