# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
### Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

Name of U.S. District Court: Northern District of California

U.S. District Court case number: 3:16-cv-525-VC

Date case was first filed in U.S. District Court: 02/01/2016

Date of judgment or order you are appealing: 05/21/2019, Docket 309 (see attached PTO 146)

Fee paid for appeal? *(appeal fees are paid at the U.S.*

☉ Yes   ○ No   ○ IFP was granted by U.S. District Court

**List all Appellants** *(List **each** party filing the appeal. Do not use "et al." or other abbreviations.)*

Edwin Hardeman

Is this a cross-appeal? ○ Yes   ☉ No

If Yes, what is the first appeal case number?

Was there a previous appeal in this case?   ○ Yes   ☉ No

If Yes, what is the prior appeal case number?

Your mailing address:

1473 South 4th Street

City: Louisville   State: KY   Zip Code: 40208

Prisoner Inmate or A Number (if applicable):

**Signature** /s/Jennifer A. Moore   **Date** 06/20/2019

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 1**   *Rev. 12/01/2018*

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

Edwin Hardeman

Name(s) of counsel (if any):

Jennifer A. Moore, Moore Law Group, PLLC
Aimee H. Wagstaff, Andrus Wagstaff, PC

Address: 1473 S. 4th Street, Louisville, KY 40208

Telephone number(s): (502) 717-4080

Email(s): jennifer@moorelawgroup.com;  aimee.wagstaff@andruswagstaff.com

Is counsel registered for Electronic Filing in the 9th Circuit?    ● Yes    ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

Monsanto Company

Name(s) of counsel (if any):

Brian L. Stekloff, Wilkinson Walsh + Eskovitz LLP;
Rakesh Kilaru, Wilkinson Walsh + Eskovitz LLP;
Tamarra Matthews Johnson, Wilkinson Walsh + Eskovitz LLP

Address: 2001 M St. NW, 10th Floor, Washington, D.C. 20036

Telephone number(s): 202-847-4030

Email(s):  bstekloff@wilkinsonwalsh.com;
            rkilaru@wilkinsonwalsh.com;
            tmatthewsjohnson@wilkinsonwalsh.com

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                           *1*                                     *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?  ○ Yes   ○ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**     2     *New 12/01/2018*