Christopher S. McRae
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 559-2685
Facsimile: (816) 421-5547
cmcrae@shb.com

*Attorney for Defendant*
*MONSANTO COMPANY*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. MDL No. 3:16-md-2741-VC |
| This document relates to: *Domina, et al. v. Monsanto Company,* NE/3:16-cv-05887 | |

### NOTICE OF APPEARANCE ON BEHALF OF MONSANTO COMPANY

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Pretrial Order No. 1, Christopher S. McRae of the firm Shook, Hardy & Bacon L.L.P. hereby enters an appearance as counsel for Defendant MONSANTO COMPANY in the above-captioned matter and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served on and directed to the undersigned counsel.

June 21, 2019                                          Respectfully Submitted,


By: */s/ Christopher S. McRae*
      Christopher S. McRae
      SHOOK, HARDY & BACON L.L.P.
      2555 Grand Blvd.
      Kansas City, MO 64108
      Telephone: (816) 559-2685
      Fax: (816) 421-5547
      cmcrae@shb.com

      *Attorney for Defendant,*
      *MONSANTO COMPANY*

## CERTIFICATE OF SERVICE

I, Christopher S. McRae, hereby certify that, on June 21, 2019, I electronically filed NOTICE OF APPEARANCE OF CHRISTOPHER S. McRAE ON BEHALF OF DEFENDANT MONSANTO COMPANY with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

DATED: June 21, 2019

Respectfully submitted,

*/s/ Christopher S. McRae*
Christopher S. McRae
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 559-2685
Fax: (816) 421-5547
cmcrae@shb.com