Kenneth T. Lumb
CORBOY & DEMETRIO, P.C.
33 North Dearborn Street, 21st Floor
Chicago, Illinois 60602
Telephone: (312) 346-3191
Fax:         (312) 346-5562
ktl@corboydemetrio.com

*Attorney for Plaintiff*
*THOMAS PANICHI*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. MDL No. 3:16-md-2741-VC |
| This document relates to: *Thomas Panichi. v. Monsanto Company,* 3:19-cv-02763-VC | |

## NOTICE OF APPEARANCE ON BEHALF OF THOMAS PANICHI

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Pretrial Order No. 1, Kenneth T. Lumb of the firm Corboy & Demetrio, P.C., hereby enters an appearance as counsel for Plaintiff, THOMAS PANICHI in the above-captioned matter and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served on and directed to the undersigned counsel.

June 21, 2019                                          Respectfully Submitted,

By: */s/ Kenneth T. Lumb*
Kenneth T. Lumb
CORBOY & DEMETRIO, P.C.
33 North Dearborn Street, 21st Floor
Chicago, Illinois 60602
Telephone: (312) 346-3191
Fax:         (312) 346-5562
ktl@corboydemetrio.com

*Attorney for Plaintiff,*
*THOMAS PANICHI*