## CERTIFICATE OF SERVICE

I, Kenneth T. Lumb, hereby certify that, on June 21, 2019, I electronically filed NOTICE OF APPEARANCE OF KENNETH T. LUMB ON BEHALF OF PLAINTFF, THOMAS PANICHI with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

DATED: June 21, 2019                     Respectfully submitted,

*/s/ Kenneth T. Lumb*
Kenneth T. Lumb
CORBOY & DEMETRIO, P.C.
33 North Dearborn Street, 21st Floor
Chicago, Illinois 60602
Telephone: (312) 346-3191
Fax:            (312) 346-5562
ktl@corboydemetrio.com