**HOLLINGSWORTH LLP**
Joe G. Hollingsworth (*pro hac vice*)
Eric G. Lasker (*pro hac vice*)
1350 I Street, N.W.
Washington, DC  20005
Telephone:   (202) 898-5800
Facsimile:   (202) 682-1639
Email:        jhollingsworth@hollingsworthllp.com
              elasker@hollingsworthllp.com

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: | |
| *Joseph P. Carollo v. Monsanto Co.*, Case No. 3:19-cv-02705-VC | |

### <u>MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT</u>

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Monsanto Company

("Monsanto") makes the following disclosures:

    1.     Monsanto is an indirect, wholly-owned subsidiary of Bayer AG.

    2.     Bayer AG is a publicly held corporation.

DATED:  June 21, 2019                Respectfully submitted,

                                 /s/ Joe G. Hollingsworth
                                 Joe G. Hollingsworth (*pro hac vice*)
                                 (jhollingsworth@hollingsworthllp.com)
                                 Eric G. Lasker (*pro hac vice*)
                                 (elasker@hollingsworthllp.com)
                                 HOLLINGSWORTH LLP
                                 1350 I Street, N.W.
                                 Washington, DC  20005
                                 Telephone:  (202) 898-5800
                                 Facsimile:   (202) 682-1639

                                 *Attorneys for Defendant*
                                 *MONSANTO COMPANY*