**WILKINSON WALSH + ESKOVITZ LLP**
Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonwalsh.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonwalsh.com)
Tamarra Matthews Johnson
(tmatthewsjohnson@wilkinsonwalsh.com)
2001 M St. NW, 10th Floor
Washington, DC 20036
Tel: 202-847-4030
Fax: 202-847-4005

**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
1350 I St. NW
Washington, DC 20005
Tel: 202-898-5843
Fax: 202-682-1639

**ARNOLD & PORTER KAYE SCHOLER**
Pamela Yates (CA Bar No. 137440)
(Pamela.Yates@arnoldporter.com)
777 South Figueroa St., 44th Floor
Los Angeles, CA 90017
Tel: 213-243-4178
Fax: 213-243-4199

**COVINGTON & BURLING LLP**
Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
One City Center
850 10th St. NW
Washington, DC 20001
Tel: 202-662-6000

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC<br><br>**DECLARATION OF BRIAN L. STEKLOFF IN SUPPORT OF MONSANTO COMPANY'S REPLY IN SUPPORT OF ITS MOTIONS FOR JUDGMENT AS A MATTER OF LAW OR, IN THE ALTERNATIVE, FOR A NEW TRIAL** |
| *Hardeman v. Monsanto Co., et al.*, 3:16-cv-0525-VC | |

I, Brian L. Stekloff, declare and state as follows:

1. I am a partner at the law firm of Wilkinson Walsh + Eskovitz, LLP, counsel for defendant Monsanto Company ("Monsanto"). I make this declaration in support of Monsanto's reply in support of its motions for judgment as a matter of law or, in the alternative, for a new trial.

2. Annexed hereto as Exhibit 1 is a true and correct copy of Dr. Weisenburger's "reference list" dated December 19, 2018.

3. Annexed hereto as Exhibit 2 is a true and correct copy of Dr. Weisenburger's "Master Reliance List" dated February 6, 2019.

4. Annexed hereto as Exhibit 3 is a true and correct excerpt of Dr. Portier's trial preservation deposition testimony played for the jury at trial in the above-captioned action.

I hereby declare under penalty of perjury that the facts set forth herein are true and correct.

| | |
|---|---|
| DATED: June 21, 2019 | Respectfully submitted, |
| | /s/ Brian L. Stekloff |
| | |
| | Brian L. Stekloff (*pro hac vice*) |
| | (bstekloff@wilkinsonwalsh.com) |
| | Rakesh Kilaru (*pro hac vice*) |
| | (rkilaru@wilkinsonwalsh.com) |
| | Tamarra Matthews Johnson |
| | (tmatthewsjohnson@wilkinsonwalsh.com) |
| | WILKINSON WALSH + ESKOVITZ LLP |
| | 2001 M St. NW, 10th Floor |
| | Washington, DC 20036 |
| | Tel: 202-847-4030 |
| | Fax: 202-847-4005 |
| | |
| | Pamela Yates (CA Bar No. 137440) |
| | (Pamela.Yates@arnoldporter.com) |
| | ARNOLD & PORTER KAYE SCHOLER |
| | 777 South Figueroa St., 44th Floor |
| | Los Angeles, CA 90017 |
| | Tel: 213-243-4178 |
| | Fax: 213-243-4199 |
| | |
| | Eric G. Lasker (*pro hac vice*) |
| | (elasker@hollingsworthllp.com) |
| | HOLLINGSWORTH LLP |
| | 1350 I St. NW |
| | Washington, DC 20005 |
| | Tel: 202-898-5843 |
| | Fax: 202-682-1639 |
| | |
| | Michael X. Imbroscio (*pro hac vice*) |
| | (mimbroscio@cov.com) |
| | COVINGTON & BURLING LLP |
| | One City Center |
| | 850 10th St. NW |
| | Washington, DC 20001 |
| | Tel: 202-662-6000 |
| | |
| | Attorneys for Defendant |
| | MONSANTO COMPANY |

- 3 -

STEKLOFF DECLARATION - MONSANTO'S REPLY IN SUPPORT OF ITS MOTIONS FOR JUDGMENT AS A MATTER OF LAW OR, IN THE ALTERNATIVE, FOR A NEW TRIAL
3:16-cv-0525-VC

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 21st day of June 2019, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

/s/ Brian L. Stekloff_____