# EXHIBIT 1

## ADDENDUM TO DR. WEISENBURGER'S REFERENCE LIST

### Hardeman v. Monsanto

[1-123]

1. Abe, S.K., Inoue, M., Sawada, N., Iwasaki, M., Shimazu, T., Yamaji, T., Sasazuki, S., Tanaka, Y., Mizokami, M., Tsugane, S., and Group, J.S., *Hepatitis B and C Virus Infection and Risk of Lymphoid Malignancies: A Population-Based Cohort Study (Jphc Study).* Cancer Epidemiol, 2015. 39(4): p. 562-566.

2. Allison, R.D., Tong, X., Moorman, A.C., Ly, K.N., Rupp, L., Xu, F., Gordon, S.C., Holmberg, S.D., and Chronic Hepatitis Cohort Study, I., *Increased Incidence of Cancer and Cancer-Related Mortality among Persons with Chronic Hepatitis C Infection, 2006-2010.* J Hepatol, 2015. 63(4): p. 822-828.

3. Andersen, E.S., Omland, L.H., Jepsen, P., Krarup, H., Christensen, P.B., Obel, N., Weis, N., and Study, D.C., *Risk of All-Type Cancer, Hepatocellular Carcinoma, Non-Hodgkin Lymphoma and Pancreatic Cancer in Patients Infected with Hepatitis B Virus.* J Viral Hepat, 2015. 22(10): p. 828-834.

4. Anderson, L.A., Pfeiffer, R., Warren, J.L., Landgren, O., Gadalla, S., Berndt, S.I., Ricker, W., Parsons, R., Wheeler, W., and Engels, E.A., *Hematopoietic Malignancies Associated with Viral and Alcoholic Hepatitis.* Cancer Epidemiol Biomarkers Prev, 2008. 17(11): p. 3069-3075.

5. Arcaini, L., Merli, M., Volpetti, S., Rattotti, S., Gotti, M., and Zaja, F., *Indolent B-Cell Lymphomas Associated with Hcv Infection: Clinical and Virological Features and Role of Antiviral Therapy.* Clin Dev Immunol, 2012. 2012: p. 638185.

6. Attar, B.M. and Van Thiel, D., *A New Twist to a Chronic Hcv Infection: Occult Hepatitis C.* Gastroenterol Res Pract, 2015. 2015: p. 579147.

7. Austria, A. and Wu, G.Y., *Occult Hepatitis C Virus Infection: A Review.* J Clin Transl Hepatol, 2018. 6(2): p. 155-160.

8. Barth, H., *Hepatitis C Virus: Is It Time to Say Goodbye Yet? Perspectives and Challenges for the Next Decade.* World J Hepatol, 2015. 7(5): p. 725-737.

9. Becker, N., Schnitzler, P., Boffetta, P., Brennan, P., Foretova, L., Maynadie, M., Nieters, A., Staines, A., Benavente, Y., Cocco, P., and de Sanjose, S., *Hepatitis B Virus Infection and Risk of Lymphoma: Results of a Serological Analysis within the European Case-Control Study Epilymph.* J Cancer Res Clin Oncol, 2012. 138(12): p. 1993-2001.

10. Belousova, V., Abd-Rabou, A.A., and Mousa, S.A., *Recent Advances and Future Directions in the Management of Hepatitis C Infections.* Pharmacol Ther, 2015. 145: p. 92-102.

11. Bernier, M.O., Baysson, H., Pearce, M.S., Moissonnier, M., Cardis, E., Hauptmann, M., Struelens, L., Dabin, J., Johansen, C., Journy, N., Laurier, D., Blettner, M., Le Cornet, L., Pokora, R., Gradowska, P., Meulepas, J.M., Kjaerheim, K., Istad, T., Olerud, H., Sovik, A., Bosch de Basea, M., Thierry-Chef, I., Kaijser, M., Nordenskjold, A., Berrington de Gonzalez, A., Harbron, R.W., and Kesminiene, A., *Cohort Profile: The Epi-Ct Study: A European Pooled Epidemiological Study to Quantify the Risk of Radiation-Induced Cancer from Paediatric Ct.* Int J Epidemiol, 2018.

12. Besson, C., Canioni, D., Lepage, E., Pol, S., Morel, P., Lederlin, P., Van Hoof, A., Tilly, H., Gaulard, P., Coiffier, B., Gisselbrecht, C., Brousse, N., Reyes, F., Hermine, O., and Groupe d'Etude des Lymphomes de l'Adulte, P., *Characteristics and Outcome of Diffuse Large B-Cell Lymphoma in Hepatitis C Virus-Positive Patients in Lnh 93 and Lnh 98 Groupe D'etude Des Lymphomes De L'adulte Programs.* J Clin Oncol, 2006. 24(6): p. 953-960.

13. Bonacci, M., Lens, S., Londono, M.C., Marino, Z., Cid, M.C., Ramos-Casals, M., Sanchez-Tapias, J.M., Forns, X., and Hernandez-Rodriguez, J., *Virologic, Clinical, and Immune Response Outcomes of Patients with Hepatitis C Virus-Associated Cryoglobulinemia Treated with Direct-Acting Antivirals.* Clin Gastroenterol Hepatol, 2017. 15(4): p. 575-583 e571.

14. Brechot, C., Thiers, V., Kremsdorf, D., Nalpas, B., Pol, S., and Paterlini-Brechot, P., *Persistent Hepatitis B Virus Infection in Subjects without Hepatitis B Surface Antigen: Clinically Significant or Purely "Occult"?* Hepatology, 2001. 34(1): p. 194-203.

15. Cabrerizo, M., Bartolome, J., Caramelo, C., Barril, G., and Carreno, V., *Molecular Analysis of Hepatitis B Virus DNA in Serum and Peripheral Blood Mononuclear Cells from Hepatitis B Surface Antigen-Negative Cases.* Hepatology, 2000. 32(1): p. 116-123.

16. Cacoub, P., Gragnani, L., Comarmond, C., and Zignego, A.L., *Extrahepatic Manifestations of Chronic Hepatitis C Virus Infection.* Dig Liver Dis, 2014. 46 Suppl 5: p. S165-173.

17. Canioni, D., Michot, J.M., Rabiega, P., Molina, T.J., Charlotte, F., Lazure, T., Davi, F., Settegrana, C., Berger, F., Alric, L., Cacoub, P., Terrier, B., Suarez, F., Sibon, D., Dupuis, J., Feray, C., Tilly, H., Pol, S., Deau Fischer, B., Roulland, S., Thieblemont, C., Leblond, V., Carrat, F., Hermine, O., Besson, C., and national, A.H.C.L.s., *In Situ Hepatitis C Ns3 Protein Detection Is Associated with High Grade Features in Hepatitis C-Associated B-Cell Non-Hodgkin Lymphomas.* PLoS One, 2016. 11(6): p. e0156384.

18. Cardis, E., Vrijheid, M., Blettner, M., Gilbert, E., Hakama, M., Hill, C., Howe, G., Kaldor, J., Muirhead, C.R., Schubauer-Berigan, M., Yoshimura, T., Bermann, F., Cowper, G., Fix, J., Hacker, C., Heinmiller, B., Marshall, M., Thierry-Chef, I., Utterback, D., Ahn, Y.O., Amoros, E., Ashmore, P., Auvinen, A., Bae, J.M., Bernar, J., Biau, A., Combalot, E., Deboodt, P., Diez Sacristan, A., Eklof, M., Engels, H., Engholm, G., Gulis, G., Habib, R.R., Holan, K., Hyvonen, H., Kerekes, A., Kurtinaitis, J., Malker, H., Martuzzi, M., Mastauskas, A., Monnet, A., Moser, M., Pearce, M.S., Richardson, D.B., Rodriguez-Artalejo, F., Rogel, A., Tardy, H., Telle-Lamberton, M., Turai, I., Usel, M., and Veress, K., *The 15-Country Collaborative Study of Cancer Risk among Radiation Workers in the Nuclear Industry: Estimates of Radiation-Related Cancer Risks.* Radiat Res, 2007. 167(4): p. 396-416.

19. Castro, R., Perazzo, H., Grinsztejn, B., Veloso, V.G., and Hyde, C., *Chronic Hepatitis C: An Overview of Evidence on Epidemiology and Management from a Brazilian Perspective.* Int J Hepatol, 2015. 2015: p. 852968.

20. Caviglia, G.P., Sciacca, C., Abate, M.L., Olivero, A., Rosso, C., Touscoz, G.A., Ciancio, A., Rizzetto, M., and Smedile, A., *Chronic Hepatitis C Virus Infection and Lymphoproliferative Disorders: Mixed Cryoglobulinemia Syndrome, Monoclonal Gammopathy of Undetermined Significance, and B-Cell Non-Hodgkin Lymphoma.* J Gastroenterol Hepatol, 2015. 30(4): p. 742-747.

21. Cerhan, J.R., Kricker, A., Paltiel, O., Flowers, C.R., Wang, S.S., Monnereau, A., Blair, A., Dal Maso, L., Kane, E.V., Nieters, A., Foran, J.M., Miligi, L., Clavel, J., Bernstein, L., Rothman, N., Slager, S.L., Sampson, J.N., Morton, L.M., and Skibola, C.F., *Medical History, Lifestyle, Family History, and Occupational Risk Factors for Diffuse Large B-Cell Lymphoma: The Interlymph Non-Hodgkin Lymphoma Subtypes Project.* J Natl Cancer Inst Monogr, 2014. 2014(48): p. 15-25.

22. Chen, A.Y., Zeremski, M., Chauhan, R., Jacobson, I.M., Talal, A.H., and Michalak, T.I., *Persistence of Hepatitis C Virus During and after Otherwise Clinically Successful Treatment of Chronic Hepatitis C with Standard Pegylated Interferon Alpha-2b and Ribavirin Therapy.* PLoS One, 2013. 8(11): p. e80078.

23. Chen, C.L., Yang, H.I., Yang, W.S., Liu, C.J., Chen, P.J., You, S.L., Wang, L.Y., Sun, C.A., Lu, S.N., Chen, D.S., and Chen, C.J., *Metabolic Factors and Risk of Hepatocellular Carcinoma by Chronic Hepatitis B/C Infection: A Follow-up Study in Taiwan.* Gastroenterology, 2008. 135(1): p. 111-121.

24. Chen, M.H., Hsiao, L.T., Chiou, T.J., Liu, J.H., Gau, J.P., Teng, H.W., Wang, W.S., Chao, T.C., Yen, C.C., and Chen, P.M., *High Prevalence of Occult Hepatitis B Virus Infection in Patients with B Cell Non-Hodgkin's Lymphoma.* Ann Hematol, 2008. 87(6): p. 475-480.

25. Conjeevaram, H.S. and Lok, A.S., *Occult Hepatitis B Virus Infection: A Hidden Menace?* Hepatology, 2001. 34(1): p. 204-206.

26. Coppola, N., Onorato, L., Pisaturo, M., Macera, M., Sagnelli, C., Martini, S., and Sagnelli, E., *Role of Occult Hepatitis B Virus Infection in Chronic Hepatitis C.* World J Gastroenterol, 2015. 21(42): p. 11931-11940.

27. Dal Maso, L. and Franceschi, S., *Hepatitis C Virus and Risk of Lymphoma and Other Lymphoid Neoplasms: A Meta-Analysis of Epidemiologic Studies.* Cancer Epidemiol Biomarkers Prev, 2006. 15(11): p. 2078-2085.

28. Dalia, S., Chavez, J., Castillo, J.J., and Sokol, L., *Hepatitis B Infection Increases the Risk of Non-Hodgkin Lymphoma: A Meta-Analysis of Observational Studies.* Leuk Res, 2013. 37(9): p. 1107-1115.

29. Dalia, S., Suleiman, Y., Croy, D.W., and Sokol, L., *Association of Lymphomagenesis and the Reactivation of Hepatitis B Virus in Non-Hodgkin Lymphoma.* Cancer Control, 2015. 22(3): p. 360-365.

30. Dan, Y.Y. and Lim, S.G., *Hepatitis C: An Eastern Perspective.* Gastroenterol Clin North Am, 2015. 44(4): p. 793-805.

31. de Sanjose, S., Benavente, Y., Vajdic, C.M., Engels, E.A., Morton, L.M., Bracci, P.M., Spinelli, J.J., Zheng, T., Zhang, Y., Franceschi, S., Talamini, R., Holly, E.A., Grulich, A.E., Cerhan, J.R., Hartge, P., Cozen, W., Boffetta, P., Brennan, P., Maynadie, M., Cocco, P., Bosch, R., Foretova, L., Staines, A., Becker, N., and Nieters, A., *Hepatitis C and Non-*

*Hodgkin Lymphoma among 4784 Cases and 6269 Controls from the International Lymphoma Epidemiology Consortium.* Clin Gastroenterol Hepatol, 2008. 6(4): p. 451-458.

32. Deng, L., Song, Y., Young, K.H., Hu, S., Ding, N., Song, W., Li, X., Shi, Y., Huang, H., Liu, W., Zheng, W., Wang, X., Xie, Y., Lin, N., Tu, M., Ping, L., Ying, Z., Zhang, C., Sun, Y., and Zhu, J., *Hepatitis B Virus-Associated Diffuse Large B-Cell Lymphoma: Unique Clinical Features, Poor Outcome, and Hepatitis B Surface Antigen-Driven Origin.* Oncotarget, 2015. 6(28): p. 25061-25073.

33. Douam, F., Ding, Q., and Ploss, A., *Recent Advances in Understanding Hepatitis C.* F1000Res, 2016. 5.

34. Dultz, G. and Zeuzem, S., *Hepatitis C Virus: A European Perspective.* Gastroenterol Clin North Am, 2015. 44(4): p. 807-824.

35. Economides, M.P., Mahale, P., Turturro, F., Hosry, J., Samaniego, F., Granwehr, B.P., and Torres, H.A., *Development of Non-Hodgkin Lymphoma as a Second Primary Cancer in Hepatitis C Virus-Infected Patients with a Different Primary Malignancy.* Leuk Lymphoma, 2017. 58(2): p. 485-488.

36. Einstein, A.J., *Beyond the Bombs: Cancer Risks of Low-Dose Medical Radiation.* Lancet, 2012. 380(9840): p. 455-457.

37. Engels, E.A., Cho, E.R., and Jee, S.H., *Hepatitis B Virus Infection and Risk of Non-Hodgkin Lymphoma in South Korea: A Cohort Study.* Lancet Oncol, 2010. 11(9): p. 827-834.

38. Fallah, M., Liu, X., Ji, J., Forsti, A., Sundquist, K., and Hemminki, K., *Autoimmune Diseases Associated with Non-Hodgkin Lymphoma: A Nationwide Cohort Study.* Ann Oncol, 2014. 25(10): p. 2025-2030.

39. Ferri, C., Sebastiani, M., Giuggioli, D., Colaci, M., Fallahi, P., Piluso, A., Antonelli, A., and Zignego, A.L., *Hepatitis C Virus Syndrome: A Constellation of Organ- and Non-Organ Specific Autoimmune Disorders, B-Cell Non-Hodgkin's Lymphoma, and Cancer.* World J Hepatol, 2015. 7(3): p. 327-343.

40. Fujiwara, K., Allison, R.D., Wang, R.Y., Bare, P., Matsuura, K., Schechterly, C., Murthy, K., Marincola, F.M., and Alter, H.J., *Investigation of Residual Hepatitis C Virus in Presumed Recovered Subjects.* Hepatology, 2013. 57(2): p. 483-491.

41. Gisbert, J.P., Garcia-Buey, L., Arranz, R., Blas, C., Pinilla, I., Khorrami, S., Acevedo, A., Borque, M.J., Pajares, J.M., Fernandez-Ranada, J.M., and Moreno-Otero, R., *The Prevalence of Hepatitis C Virus Infection in Patients with Non-Hodgkin's Lymphoma.* Eur J Gastroenterol Hepatol, 2004. 16(2): p. 135-138.

42. Gragnani, L., Fognani, E., Piluso, A., Boldrini, B., Urraro, T., Fabbrizzi, A., Stasi, C., Ranieri, J., Monti, M., Arena, U., Iannacone, C., Laffi, G., Zignego, A.L., and Ma, S.V.E.S.G., *Long-Term Effect of Hcv Eradication in Patients with Mixed Cryoglobulinemia: A Prospective, Controlled, Open-Label, Cohort Study.* Hepatology, 2015. 61(4): p. 1145-1153.

43. Gylfe, A.E., Sirkia, J., Ahlsten, M., Jarvinen, H., Mecklin, J.P., Karhu, A., and Aaltonen, L.A., *Somatic Mutations and Germline Sequence Variants in Patients with Familial Colorectal Cancer.* Int J Cancer, 2010. 127(12): p. 2974-2980.

44. Hartridge-Lambert, S.K., Stein, E.M., Markowitz, A.J., and Portlock, C.S., *Hepatitis C and Non-Hodgkin Lymphoma: The Clinical Perspective.* Hepatology, 2012. 55(2): p. 634-641.

45. Hassan, M.M., Hwang, L.Y., Hatten, C.J., Swaim, M., Li, D., Abbruzzese, J.L., Beasley, P., and Patt, Y.Z., *Risk Factors for Hepatocellular Carcinoma: Synergism of Alcohol with Viral Hepatitis and Diabetes Mellitus.* Hepatology, 2002. 36(5): p. 1206-1213.

46. Horner, S.M. and Naggie, S., *Successes and Challenges on the Road to Cure Hepatitis C.* PLoS Pathog, 2015. 11(6): p. e1004854.

47. Hsu, W.L., Preston, D.L., Soda, M., Sugiyama, H., Funamoto, S., Kodama, K., Kimura, A., Kamada, N., Dohy, H., Tomonaga, M., Iwanaga, M., Miyazaki, Y., Cullings, H.M., Suyama, A., Ozasa, K., Shore, R.E., and Mabuchi, K., *The Incidence of Leukemia, Lymphoma and Multiple Myeloma among Atomic Bomb Survivors: 1950-2001.* Radiat Res, 2013. 179(3): p. 361-382.

48. Huang, C.E., Yang, Y.H., Chen, Y.Y., Chang, J.J., Chen, K.J., Lu, C.H., Lee, K.D., Chen, P.C., and Chen, C.C., *The Impact of Hepatitis B Virus Infection and Vaccination on the Development of Non-Hodgkin Lymphoma.* J Viral Hepat, 2017. 24(10): p. 885-894.

49. Ito, M., Kusunoki, H., Mochida, K., Yamaguchi, K., and Mizuochi, T., *Hcv Infection and B-Cell Lymphomagenesis.* Adv Hematol, 2011. 2011: p. 835314.

50. Johnson, P.D., Rimmer, D.A., Garrod, A.N., Helps, J.E., and Mawdsley, C., *Operator Exposure When Applying Amenity Herbicides by All-Terrain Vehicles and Controlled Droplet Applicators.* Ann Occup Hyg, 2005. 49(1): p. 25-32.

51.    Kao, C.C., Yi, G., and Huang, H.C., *The Core of Hepatitis C Virus Pathogenesis.* Curr Opin Virol, 2016. 17: p. 66-73.

52.    Kaplan, D.E., *Immunopathogenesis of Hepatitis C Virus Infection.* Gastroenterol Clin North Am, 2015. 44(4): p. 735-760.

53.    Kawamura, Y., Ikeda, K., Arase, Y., Yatsuji, H., Sezaki, H., Hosaka, T., Akuta, N., Kobayashi, M., Suzuki, F., Suzuki, Y., and Kumada, H., *Viral Elimination Reduces Incidence of Malignant Lymphoma in Patients with Hepatitis C.* Am J Med, 2007. 120(12): p. 1034-1041.

54.    Kesminiene, A., Evrard, A.S., Ivanov, V.K., Malakhova, I.V., Kurtinaitis, J., Stengrevics, A., Tekkel, M., Anspaugh, L.R., Bouville, A., Chekin, S., Chumak, V.V., Drozdovitch, V., Gapanovich, V., Golovanov, I., Hubert, P., Illichev, S.V., Khait, S.E., Kryuchkov, V.P., Maceika, E., Maksyoutov, M., Mirkhaidarov, A.K., Polyakov, S., Shchukina, N., Tenet, V., Tserakhovich, T.I., Tsykalo, A., Tukov, A.R., and Cardis, E., *Risk of Hematological Malignancies among Chernobyl Liquidators.* Radiat Res, 2008. 170(6): p. 721-735.

55.    Khullar, V. and Firpi, R.J., *Hepatitis C Cirrhosis: New Perspectives for Diagnosis and Treatment.* World J Hepatol, 2015. 7(14): p. 1843-1855.

56.    Kim, J.H., Bang, Y.J., Park, B.J., Yoo, T., Kim, C.W., Kim, T.Y., Heo, D.S., Lee, H.S., and Kim, N.K., *Hepatitis B Virus Infection and B-Cell Non-Hodgkin's Lymphoma in a Hepatitis B Endemic Area: A Case-Control Study.* Jpn J Cancer Res, 2002. 93(5): p. 471-477.

57.    Kitahara, C.M., Linet, M.S., Rajaraman, P., Ntowe, E., and Berrington de Gonzalez, A., *A New Era of Low-Dose Radiation Epidemiology.* Curr Environ Health Rep, 2015. 2(3): p. 236-249.

58.    Kleinstern, G., Seir, R.A., Perlman, R., Abdeen, Z., Khatib, I., Elyan, H., Dann, E.J., Kedmi, M., Ellis, M., Nagler, A., Amir, G., Ben Yehuda, D., Safadi, R., and Paltiel, O., *Associations between B-Cell Non-Hodgkin Lymphoma and Exposure, Persistence and Immune Response to Hepatitis B.* Haematologica, 2016. 101(7): p. e303-305.

59.    Larsson, S.C. and Wolk, A., *Obesity and Risk of Non-Hodgkin's Lymphoma: A Meta-Analysis.* Int J Cancer, 2007. 121(7): p. 1564-1570.

60.    Lavy, T.L., Cowell, J.E., Steinmetz, J.R., and Massey, J.H., *Conifer Seedling Nursery Worker Exposure to Glyphosate.* Arch Environ Contam Toxicol, 1992. 22(1): p. 6-13.

61.    Lee, J., Conniff, J., Kraus, C., and Schrager, S., *A Brief Clinical Update on Hepatitis C--the Essentials.* WMJ, 2015. 114(6): p. 263-269; quiz 270.

62.    Leeksma, O.C., de Miranda, N.F., and Veelken, H., *Germline Mutations Predisposing to Diffuse Large B-Cell Lymphoma.* Blood Cancer J, 2017. 7(2): p. e532.

63.    Li, H.C. and Lo, S.Y., *Hepatitis C Virus: Virology, Diagnosis and Treatment.* World J Hepatol, 2015. 7(10): p. 1377-1389.

64.    Li, M., Gan, Y., Fan, C., Yuan, H., Zhang, X., Shen, Y., Wang, Q., Meng, Z., Xu, D., and Tu, H., *Hepatitis B Virus and Risk of Non-Hodgkin Lymphoma: An Updated Meta-Analysis of 58 Studies.* J Viral Hepat, 2018. 25(8): p. 894-903.

65.    Lin, C.Y., Chen, S.H., Huang, C.C., Weng, S.F., Lee, S.T., Guo, H.R., Kuo, S.C., and Su, S.B., *Risk of Secondary Cancers in Women with Breast Cancer and the Influence of Radiotherapy: A National Cohort Study in Taiwan.* Medicine (Baltimore), 2016. 95(49): p. e5556.

66.    Lin, M.V., King, L.Y., and Chung, R.T., *Hepatitis C Virus-Associated Cancer.* Annu Rev Pathol, 2015. 10: p. 345-370.

67.    Linet, M.S., Slovis, T.L., Miller, D.L., Kleinerman, R., Lee, C., Rajaraman, P., and Berrington de Gonzalez, A., *Cancer Risks Associated with External Radiation from Diagnostic Imaging Procedures.* CA Cancer J Clin, 2012. 62(2): p. 75-100.

68.    Lingala, S. and Ghany, M.G., *Natural History of Hepatitis C.* Gastroenterol Clin North Am, 2015. 44(4): p. 717-734.

69.    Machida, K., Cheng, K.T., Sung, V.M., Lee, K.J., Levine, A.M., and Lai, M.M., *Hepatitis C Virus Infection Activates the Immunologic (Type Ii) Isoform of Nitric Oxide Synthase and Thereby Enhances DNA Damage and Mutations of Cellular Genes.* J Virol, 2004. 78(16): p. 8835-8843.

70.    Machida, K., Cheng, K.T., Sung, V.M., Shimodaira, S., Lindsay, K.L., Levine, A.M., Lai, M.Y., and Lai, M.M., *Hepatitis C Virus Induces a Mutator Phenotype: Enhanced Mutations of Immunoglobulin and Protooncogenes.* Proc Natl Acad Sci U S A, 2004. 101(12): p. 4262-4267.

71.    Mahale, P., Engels, E.A., Li, R., Torres, H.A., Hwang, L.Y., Brown, E.L., and Kramer, J.R., *The Effect of Sustained Virological Response on the Risk of Extrahepatic Manifestations of Hepatitis C Virus Infection.* Gut, 2018. 67(3): p. 553-561.

72.    Mahale, P., Torres, H.A., Kramer, J.R., Hwang, L.Y., Li, R., Brown, E.L., and Engels, E.A., *Hepatitis C Virus Infection and the Risk of Cancer among Elderly Us Adults: A Registry-Based Case-Control Study.* Cancer, 2017. 123(7): p. 1202-1211.

73. Marcucci, F. and Mele, A., *Hepatitis Viruses and Non-Hodgkin Lymphoma: Epidemiology, Mechanisms of Tumorigenesis, and Therapeutic Opportunities.* Blood, 2011. 117(6): p. 1792-1798.

74. Marcucci, F., Mele, A., Spada, E., Candido, A., Bianco, E., Pulsoni, A., Chionne, P., Madonna, E., Cotichini, R., Barbui, A., De Renzo, A., Dore, F., Iannitto, E., Liso, V., Martino, B., Montanaro, M., Pagano, L., Musto, P., and Rapicetta, M., *High Prevalence of Hepatitis B Virus Infection in B-Cell Non-Hodgkin's Lymphoma.* Haematologica, 2006. 91(4): p. 554-557.

75. Marcucci, F., Spada, E., Mele, A., Caserta, C.A., and Pulsoni, A., *The Association of Hepatitis B Virus Infection with B-Cell Non-Hodgkin Lymphoma - a Review.* Am J Blood Res, 2012. 2(1): p. 18-28.

76. Matsuo, K., Kusano, A., Sugumar, A., Nakamura, S., Tajima, K., and Mueller, N.E., *Effect of Hepatitis C Virus Infection on the Risk of Non-Hodgkin's Lymphoma: A Meta-Analysis of Epidemiological Studies.* Cancer Sci, 2004. 95(9): p. 745-752.

77. Mele, A., Pulsoni, A., Bianco, E., Musto, P., Szklo, A., Sanpaolo, M.G., Iannitto, E., De Renzo, A., Martino, B., Liso, V., Andrizzi, C., Pusterla, S., Dore, F., Maresca, M., Rapicetta, M., Marcucci, F., Mandelli, F., and Franceschi, S., *Hepatitis C Virus and B-Cell Non-Hodgkin Lymphomas: An Italian Multicenter Case-Control Study.* Blood, 2003. 102(3): p. 996-999.

78. Michot, J.M., Canioni, D., Driss, H., Alric, L., Cacoub, P., Suarez, F., Sibon, D., Thieblemont, C., Dupuis, J., Terrier, B., Feray, C., Tilly, H., Pol, S., Leblond, V., Settegrana, C., Rabiega, P., Barthe, Y., Hendel-Chavez, H., Nguyen-Khac, F., Merle-Beral, H., Berger, F., Molina, T., Charlotte, F., Carrat, F., Davi, F., Hermine, O., Besson, C., and Group, A.H.-L.-C.S., *Antiviral Therapy Is Associated with a Better Survival in Patients with Hepatitis C Virus and B-Cell Non-Hodgkin Lymphomas, Anrs Hc-13 Lympho-C Study.* Am J Hematol, 2015. 90(3): p. 197-203.

79. Mihaila, R.G., *Hepatitis C Virus - Associated B Cell Non-Hodgkin's Lymphoma.* World J Gastroenterol, 2016. 22(27): p. 6214-6223.

80. Mohamed, A.A., Elbedewy, T.A., El-Serafy, M., El-Toukhy, N., Ahmed, W., and Ali El Din, Z., *Hepatitis C Virus: A Global View.* World J Hepatol, 2015. 7(26): p. 2676-2680.

81. Morton, L.M., Gibson, T.M., Clarke, C.A., Lynch, C.F., Weisenburger, D.D., and Engels, E.A., *Hepatitis B or C Virus Infection and Risk of Non-Hodgkin Lymphoma among Solid Organ Transplant Recipients.* Haematologica, 2014. 99(5): p. 70-73.

82. Muirhead, C.R., O'Hagan, J.A., Haylock, R.G., Phillipson, M.A., Willcock, T., Berridge, G.L., and Zhang, W., *Mortality and Cancer Incidence Following Occupational Radiation Exposure: Third Analysis of the National Registry for Radiation Workers.* Br J Cancer, 2009. 100(1): p. 206-212.

83. Niemann, L., Sieke, C., Pfeil, R., and Solecki, R., *A Critical Review of Glyphosate Findings in Human Urine Samples and Comparison with the Exposure of Operators and Consumers.* Journal für Verbraucherschutz und Lebensmittelsicherheit, 2015. 10(1): p. 3-12.

84. Nieters, A., Kallinowski, B., Brennan, P., Ott, M., Maynadie, M., Benavente, Y., Foretova, L., Cocco, P.L., Staines, A., Vornanen, M., Whitby, D., Boffetta, P., Becker, N., and De Sanjose, S., *Hepatitis C and Risk of Lymphoma: Results of the European Multicenter Case-Control Study Epilymph.* Gastroenterology, 2006. 131(6): p. 1879-1886.

85. Nobels, I., Spanoghe, P., Haesaert, G., Robbens, J., and Blust, R., *Toxicity Ranking and Toxic Mode of Action Evaluation of Commonly Used Agricultural Adjuvants on the Basis of Bacterial Gene Expression Profiles.* PLoS One, 2011. 6(11): p. e24139.

86. Omland, L.H., Jepsen, P., Krarup, H., Christensen, P.B., Weis, N., Nielsen, L., Obel, N., Sorensen, H.T., Stuver, S.O., and study, D.c., *Liver Cancer and Non-Hodgkin Lymphoma in Hepatitis C Virus-Infected Patients: Results from the Danvir Cohort Study.* Int J Cancer, 2012. 130(10): p. 2310-2317.

87. Pardo, M., Lopez-Alcorocho, J.M., Castillo, I., Rodriguez-Inigo, E., Perez-Mota, A., and Carreno, V., *Effect of Anti-Viral Therapy for Occult Hepatitis C Virus Infection.* Aliment Pharmacol Ther, 2006. 23(8): p. 1153-1159.

88. Paydas, S., *Hepatitis C Virus and Lymphoma.* Crit Rev Oncol Hematol, 2015. 93(3): p. 246-256.

89. Pearce, M.S., Salotti, J.A., Little, M.P., McHugh, K., Lee, C., Kim, K.P., Howe, N.L., Ronckers, C.M., Rajaraman, P., Sir Craft, A.W., Parker, L., and Berrington de Gonzalez, A., *Radiation Exposure from Ct Scans in Childhood and Subsequent Risk of Leukaemia and Brain Tumours: A Retrospective Cohort Study.* Lancet, 2012. 380(9840): p. 499-505.

90. Pearlman, B.L. and Traub, N., *Sustained Virologic Response to Antiviral Therapy for Chronic Hepatitis C Virus Infection: A Cure and So Much More.* Clin Infect Dis, 2011. 52(7): p. 889-900.

91. Pellicelli, A.M., Marignani, M., Zoli, V., Romano, M., Morrone, A., Nosotti, L., Barbaro, G., Picardi, A., Gentilucci, U.V., Remotti, D., D'Ambrosio, C., Furlan, C., Mecenate, F., Mazzoni, E., Majolino, I., Villani, R., Andreoli, A., and

Barbarini, G., *Hepatitis C Virus-Related B Cell Subtypes in Non Hodgkin's Lymphoma.* World J Hepatol, 2011. 3(11): p. 278-284.

92.     Peveling-Oberhag, J., Arcaini, L., Hansmann, M.L., and Zeuzem, S., *Hepatitis C-Associated B-Cell Non-Hodgkin Lymphomas. Epidemiology, Molecular Signature and Clinical Management.* J Hepatol, 2013. 59(1): p. 169-177.

93.     Pozzato, G., Mazzaro, C., Dal Maso, L., Mauro, E., Zorat, F., Moratelli, G., Bulian, P., Serraino, D., and Gattei, V., *Hepatitis C Virus and Non-Hodgkin's Lymphomas: Meta-Analysis of Epidemiology Data and Therapy Options.* World J Hepatol, 2016. 8(2): p. 107-116.

94.     Preston, D.L., Cullings, H., Suyama, A., Funamoto, S., Nishi, N., Soda, M., Mabuchi, K., Kodama, K., Kasagi, F., and Shore, R.E., *Solid Cancer Incidence in Atomic Bomb Survivors Exposed in Utero or as Young Children.* J Natl Cancer Inst, 2008. 100(6): p. 428-436.

95.     Preston, D.L., Kusumi, S., Tomonaga, M., Izumi, S., Ron, E., Kuramoto, A., Kamada, N., Dohy, H., Matsuo, T., Matsui, T., and et al., *Cancer Incidence in Atomic Bomb Survivors. Part Iii. Leukemia, Lymphoma and Multiple Myeloma, 1950-1987.* Radiat Res, 1994. 137(2 Suppl): p. S68-97.

96.     Preston, D.L., Ron, E., Tokuoka, S., Funamoto, S., Nishi, N., Soda, M., Mabuchi, K., and Kodama, K., *Solid Cancer Incidence in Atomic Bomb Survivors: 1958-1998.* Radiat Res, 2007. 168(1): p. 1-64.

97.     Rahman, M.U., Poe, D.S., and Choi, H.K., *Autoimmune Vestibulo-Cochlear Disorders.* Curr Opin Rheumatol, 2001. 13(3): p. 184-189.

98.     Ren, W., Ye, X., Su, H., Li, W., Liu, D., Pirmoradian, M., Wang, X., Zhang, B., Zhang, Q., Chen, L., Nie, M., Liu, Y., Meng, B., Huang, H., Jiang, W., Zeng, Y., Li, W., Wu, K., Hou, Y., Wiman, K.G., Li, Z., Zhang, H., Peng, R., Zhu, S., and Pan-Hammarstrom, Q., *Genetic Landscape of Hepatitis B Virus-Associated Diffuse Large B-Cell Lymphoma.* Blood, 2018. 131(24): p. 2670-2681.

99.     Richardson, D., Sugiyama, H., Nishi, N., Sakata, R., Shimizu, Y., Grant, E.J., Soda, M., Hsu, W.L., Suyama, A., Kodama, K., and Kasagi, F., *Ionizing Radiation and Leukemia Mortality among Japanese Atomic Bomb Survivors, 1950-2000.* Radiat Res, 2009. 172(3): p. 368-382.

100.    Richardson, D.B., Sugiyama, H., Wing, S., Sakata, R., Grant, E., Shimizu, Y., Nishi, N., Geyer, S., Soda, M., Suyama, A., Kasagi, F., and Kodama, K., *Positive Associations between Ionizing Radiation and Lymphoma Mortality among Men.* Am J Epidemiol, 2009. 169(8): p. 969-976.

101.    Ron, E., *Cancer Risks from Medical Radiation.* Health Phys, 2003. 85(1): p. 47-59.

102.    Seeff, L.B., Miller, R.N., Rabkin, C.S., Buskell-Bales, Z., Straley-Eason, K.D., Smoak, B.L., Johnson, L.D., Lee, S.R., and Kaplan, E.L., *45-Year Follow-up of Hepatitis C Virus Infection in Healthy Young Adults.* Ann Intern Med, 2000. 132(2): p. 105-111.

103.    Smith-Palmer, J., Cerri, K., and Valentine, W., *Achieving Sustained Virologic Response in Hepatitis C: A Systematic Review of the Clinical, Economic and Quality of Life Benefits.* BMC Infect Dis, 2015. 15: p. 19.

104.    Solomon, K.R., *Glyphosate in the General Population and in Applicators: A Critical Review of Studies on Exposures.* Crit Rev Toxicol, 2016. 46(sup1): p. 21-27.

105.    Su, T.H., Liu, C.J., Tseng, T.C., Chou, S.W., Liu, C.H., Yang, H.C., Wu, S.J., Chen, P.J., Chen, D.S., Chen, C.L., and Kao, J.H., *Hepatitis C Viral Infection Increases the Risk of Lymphoid-Neoplasms: A Population-Based Cohort Study.* Hepatology, 2016. 63(3): p. 721-730.

106.    Sulyok, M., Makara, M., Ujhelyi, E., and Valyi-Nagy, I., *Non-Hodgkin Lymphoma and Hepatitis C: Where We Are and What Next?* Pathol Oncol Res, 2015. 21(1): p. 1-7.

107.    Sung, V.M., Shimodaira, S., Doughty, A.L., Picchio, G.R., Can, H., Yen, T.S., Lindsay, K.L., Levine, A.M., and Lai, M.M., *Establishment of B-Cell Lymphoma Cell Lines Persistently Infected with Hepatitis C Virus in Vivo and in Vitro: The Apoptotic Effects of Virus Infection.* J Virol, 2003. 77(3): p. 2134-2146.

108.    Taborelli, M., Polesel, J., Montella, M., Libra, M., Tedeschi, R., Battiston, M., Spina, M., Di Raimondo, F., Pinto, A., Crispo, A., Grimaldi, M., Franceschi, S., Dal Maso, L., and Serraino, D., *Hepatitis B and C Viruses and Risk of Non-Hodgkin Lymphoma: A Case-Control Study in Italy.* Infect Agent Cancer, 2016. 11: p. 27.

109.    Takeshita, M., Sakai, H., Okamura, S., Higaki, K., Oshiro, Y., Uike, N., Yamamoto, I., Shimamatsu, K., and Muranaka, T., *Prevalence of Hepatitis C Virus Infection in Cases of B-Cell Lymphoma in Japan.* Histopathology, 2006. 48(2): p. 189-198.

110.    Tasleem, S. and Sood, G.K., *Hepatitis C Associated B-Cell Non-Hodgkin Lymphoma: Clinical Features and the Role of Antiviral Therapy.* J Clin Transl Hepatol, 2015. 3(2): p. 134-139.

111.    Tovo, P.A., Calitri, C., Scolfaro, C., Gabiano, C., and Garazzino, S., *Vertically Acquired Hepatitis C Virus Infection: Correlates of Transmission and Disease Progression.* World J Gastroenterol, 2016. 22(4): p. 1382-1392.

112.    Vajdic, C.M., Falster, M.O., de Sanjose, S., Martinez-Maza, O., Becker, N., Bracci, P.M., Melbye, M., Smedby, K.E., Engels, E.A., Turner, J., Vineis, P., Costantini, A.S., Holly, E.A., Kane, E., Spinelli, J.J., La Vecchia, C., Zheng, T., Chiu, B.C., Dal Maso, L., Cocco, P., Maynadie, M., Foretova, L., Staines, A., Brennan, P., Davis, S., Severson, R., Cerhan, J.R., Breen, E.C., Birmann, B., Cozen, W., and Grulich, A.E., *Atopic Disease and Risk of Non-Hodgkin Lymphoma: An Interlymph Pooled Analysis.* Cancer Res, 2009. 69(16): p. 6482-6489.

113.    Vannata, B., Arcaini, L., and Zucca, E., *Hepatitis C Virus-Associated B-Cell Non-Hodgkin's Lymphomas: What Do We Know?* Ther Adv Hematol, 2016. 7(2): p. 94-107.

114.    Visco, C., Arcaini, L., Brusamolino, E., Burcheri, S., Ambrosetti, A., Merli, M., Bonoldi, E., Chilosi, M., Viglio, A., Lazzarino, M., Pizzolo, G., and Rodeghiero, F., *Distinctive Natural History in Hepatitis C Virus Positive Diffuse Large B-Cell Lymphoma: Analysis of 156 Patients from Northern Italy.* Ann Oncol, 2006. 17(9): p. 1434-1440.

115.    Visentini, M. and Casato, M., *Hbv Messing with the B-Cell Genome Leads to Dlbcl.* Blood, 2018. 131(24): p. 2602-2603.

116.    Wang, F., Xu, R.H., Han, B., Shi, Y.X., Luo, H.Y., Jiang, W.Q., Lin, T.Y., Huang, H.Q., Xia, Z.J., and Guan, Z.Z., *High Incidence of Hepatitis B Virus Infection in B-Cell Subtype Non-Hodgkin Lymphoma Compared with Other Cancers.* Cancer, 2007. 109(7): p. 1360-1364.

117.    Wang, L.S., D'Souza, L.S., and Jacobson, I.M., *Hepatitis C-a Clinical Review.* J Med Virol, 2016. 88(11): p. 1844-1855.

118.    Wang, Y., Wang, H., Pan, S., Hu, T., Shen, J., Zheng, H., Xie, S., Xie, Y., Lu, R., and Guo, L., *Capable Infection of Hepatitis B Virus in Diffuse Large B-Cell Lymphoma.* J Cancer, 2018. 9(9): p. 1575-1581.

119.    Webster, D.P., Klenerman, P., and Dusheiko, G.M., *Hepatitis C.* Lancet, 2015. 385(9973): p. 1124-1135.

120.    Wiernik, P.H., Hu, X., Ratech, H., Fineberg, S., Marino, P., Schleider, M.A., Etkind, P., and Walewski, J.A., *Non-Hodgkin's Lymphoma in Women with Breast Cancer.* Cancer J, 2000. 6(5): p. 336-342.

121.    Xiong, W., Lv, R., Li, H., Li, Z., Wang, H., Liu, W., Zou, D., Qiu, L., and Yi, S., *Prevalence of Hepatitis B and Hepatitis C Viral Infections in Various Subtypes of B-Cell Non-Hodgkin Lymphoma: Confirmation of the Association with Splenic Marginal Zone Lymphoma.* Blood Cancer J, 2017. 7(3): p. e548.

122.    Zuckerman, E., Zuckerman, T., Sahar, D., Streichman, S., Attias, D., Sabo, E., Yeshurun, D., and Rowe, J., *Bcl-2 and Immunoglobulin Gene Rearrangement in Patients with Hepatitis C Virus Infection.* Br J Haematol, 2001. 112(2): p. 364-369.

123.    Zuckerman, E., Zuckerman, T., Sahar, D., Streichman, S., Attias, D., Sabo, E., Yeshurun, D., and Rowe, J.M., *The Effect of Antiviral Therapy on T(14;18) Translocation and Immunoglobulin Gene Rearrangement in Patients with Chronic Hepatitis C Virus Infection.* Blood, 2001. 97(6): p. 1555-1559.