# EXHIBIT 3

**Designation Run Report**

# FINAL SHOWN

**Portier, Christopher 02-23-2019**

**PLF Affirmative   00:12:48**
**DEF Affirmative   00:14:47**
**DEF Counter Counter   00:02:12**
**Total Time   00:29:47**



ID:CP2_COMBINED_05

| Page/Line | Source | ID |
|---|---|---|
| | CP2_COMBINED_05-FINAL SHOWN | |
| | 822:1   A. But not pesticides. | |
| | 822:2   Q. Okay. | |
| | 822:3   A. Because -- | |
| | 822:4   Q. The causes generally? | |
| | 822:5   A. Yeah, but because pesticides -- | |
| | 822:6 any testing for pesticides is a negotiated | |
| | 822:7 point between EPA and the regulated -- | |
| | 822:8 regulated community, NTP never really does | |
| | 822:9 pesticide studies and never deals with them. | |
| | 822:10   Q. They did a pesticide study in | |
| | 822:11 1992 when they looked at glyphosate, true? | |
| | 822:12   A. That was a short-term toxicity | |
| | 822:13 study that was at the request of EPA. | |
| | 822:14   Q. And it was a study on | |
| | 822:15 glyphosate? | |
| | 822:16   A. It was, but it's unusual. | |
| | 822:17   Q. And at the Report on | |
| | 822:18 Carcinogens, your job was to recommend things | |
| | 822:19 that should be included in the Report on | |
| | 822:20 Carcinogens, correct? | |
| | 822:21   A. Correct. | |
| | 822:22   Q. And I think what you have | |
| | 822:23 testified, but tell me if you agree with | |
| | 822:24 this, is in the case of glyphosate no one | |
| | 822:25 really thought it was carcinogenic until | |
| | 823:1 after the IARC review; is that accurate? | |
| | 823:2   A. I would say that's probably | |
| | 823:3 accurate. | |
| 823:15 - 823:20 | **Portier, Christopher 02-23-2019 (00:00:15)** | CP2_COMBINED_05.37 |
| | 823:15   Q. Sir, I promised I would show | |
| | 823:16 you your article one more time.  That's what | |
| | 823:17 I want to put in front of you if I could, | |
| | 823:18 Exhibit 1657, your article with Dr. Resnik | |
| | 823:19 from 2005. | |
| | 823:20 Do you recall this article? | |
| 823:21 - 824:7 | **Portier, Christopher 02-23-2019 (00:00:34)** | CP2_COMBINED_05.38 |
| | 823:21   A. Yes. | TRIAL EXHIBIT 1657.1.1 |
| | 823:22   Q. To orient the jury to this | |
| | 823:23 article -- we've already seen this article, | |
| | 823:24 but just to orient us to this article, this | |

| Page/Line | Source | ID |
|---|---|---|
| | 847:10  A. Okay.<br>847:11  Q. And I'll read it and ask you if<br>847:12 I've read it correctly.<br>847:13 The question is the one I just<br>847:14 asked: "And I'm correct that prior to 2015,<br>847:15 all of the health agencies that had looked to<br>847:16 the data and come to final conclusions had<br>847:17 concluded that glyphosate was not<br>847:18 carcinogenic?"<br>847:19 Your answer: "To the best of<br>847:20 my understanding, yes."<br>847:21 Did I read that correctly?<br>847:22  A. You read it correctly.<br>847:23  Q. Were you being truthful at that<br>847:24 time?<br>847:25  A. The correct answer would be of<br>848:1 the agencies I know of that had reviewed it<br>848:2 and I have looked at, prior to 2015, they<br>848:3 were -- their findings were not carcinogenic,<br>848:4 but I don't know every agency in the world. | |
| 848:7 - 848:12 | **Portier, Christopher 02-23-2019 (00:00:20)**<br>848:7  -- would<br>848:8 the same statement be accurate as to 2013,<br>848:9 that of the agencies you know of that have<br>848:10 reviewed glyphosate prior to 2013, their<br>848:11 findings were not carcinogenic?<br>848:12  A. Yes. | CP2_COMBINED_05.58 |

PLF Affirmative = 00:12:48
DEF Affirmative = 00:14:47
DEF Counter Counter = 00:02:12
**Total Time = 00:29:47**

**Documents Shown**
EXHIBIT 388
EXHIBIT 504
EXHIBIT 880
TRIAL EXHIBIT 1179
TRIAL EXHIBIT 1183