# Exhibit 1

---------- Forwarded message ---------
From: **Amy Goggans** <amy.goggans@andruswagstaff.com>
Date: Fri, Jan 25, 2019 at 7:47 PM
Subject: Hardeman Case Specific Exhibits
To: <jrubenstein@wilkinsonwalsh.com>, <mimbroscio@cov.com>, <tmatthewsjohnson@wilkinsonwalsh.com>, <bstekloff@wilkinsonwalsh.com>
Cc: Aimee Wagstaff <aimee.wagstaff@andruswagstaff.com>, Kevin Rowe <kevin.rowe@andruswagstaff.com>, David Wool <david.wool@andruswagstaff.com>, Jennifer Moore <jennifer@moorelawgroup.com>, <rbwisner@baumhedlundlaw.com>, <JTravers@millerfirmllc.com>

All,

Attached are Mr. Hardeman's case-specific exhibits that we agreed to exchange today.

Specifically, please find images of Exhibits 4, 5, 7, 8, 17, 90 (formerly 1178), 91 (formerly 1179), 92 (formerly 1180), and 93 (formerly 1181).

We did not include Exhibit Nos. 11, 13, 16, 17, and 20-72 as these are deposition exhibits.  We also did not include Exhibit Nos. 73-89 as these are either deposition transcripts and exhibits or expert reports with reliance list.

Kathryn and Julie are working on stipulated sets for Exhibit Nos. 1-3, which are the medical records, imaging, and bills.

We are moving what we originally noted as Exhibit Nos. 6, 9, 10, 14, and 15 to the "May Use" List.

Exhibit 18 is the container of Roundup that is depicted in the photograph marked as Exhibit 17.

Exhibit 5 is a draft stipulation re medical expenses for you to review and approve.

Exhibit 12 – you have the plot already.  It was provided at Mr. Hardeman's deposition.

If you have any questions, please let us know.  Thanks.

https://andruswagstaff.sharefile.com/d-sbdba86bd95b4165a
--
Thank you,
Amy Goggans
Lead Case Manager
Andrus Wagstaff, PC
7171 West Alaska Drive
Lakewood, CO 80226
Toll-Free: 866-795-9529
Office: 303-376-6360
Fax: 303-376-6361
amy.goggans@andruswagstaff.com
www.andruswagstaff.com

*This e-mail transmission contains information from the law firm of Andrus Wagstaff, PC which may be confidential or* protected by the attorney-client privilege. If *you are not the intended recipient, you are hereby notified that you must not read this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is prohibited. If you have received this transmission in error, please notify us immediately by e-mail and delete the original transmission.*