UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA
450 Golden Gate Avenue
San Francisco, CA 94102



RALPH A. APPLEGATE
    PLAINTIFF,

versus

    CASE :18-72281
    CASE :16-MDL-02741-VC
    CASE :3:18-CV-03363-VC

MONSANTO COMPANY
    DEFENDANT,

PLAINTIFF's POSITIVE RATIO of EXPOSURE

to LETHAL DOSE of 15 mg./kg of ARSENIC

1. We can not be certain that all other plaintiff's will be accurate in reporting number of gallons and or parts of gallons of exposure to Roundup because, inter alia, we do not know if, or not, how many other plaintiff's mixed those mixable gallons of Roundup ?

2. Plaintiff Applegate used one full gallon of mixable full strength Roundup over 7 consecutive days of Roundup exposure, but, did not mix that formulation with water !

3. Therefore, there are 464 grams in one gallon of Roundup, and because there are 1000 mg./g., plaintiff was exposed to 464,000 mg. of Roundup over 7 continuous days. 464 times 1000 equals 464,000 mg. Dimensional Analysis

4. Plaintiff is estimating that there is 10 percent of Arsenic in Roundup, even though there is very likely less ? This is a benefit to defendant !

5. When author of " LETHAL DOSE TABLE " was referring to mg./kg, he/she were referring to mg. of Arsenic, not of mg. of Roundup. Exhibit b. Unfortunately, neither Monsanto, nor Seralini, only world studiers of Roundup, never saw fit to calculate a "Lethal Dose of Roundup "? Why not is a very good question.

6. In calculating ratio of plaintiff total exposure to roundup to Lethal dose of 15 mg./kg. of Arsenic, there are 0.45359 kg.per one pound of plaintiff weight, and plaintiff's regular weight was 186 pounds,and no more! Therefore, 186 pounds weight is equal to 186 pounds times 0.45359kg.per pound, or about 83.37 kg. Dimensional analysis. Therefore, since there are 464,000 mg. in one gallon, we must divide 464,000mg.by 83.37 kg. weight to get plaintiff's Exposure ratio to his weight, thus 464,000mg.divided by 83.37 kg. equals 5565.55 mg. per kg. Dimensional analysis.

7. In order to correct amount of exposure to weight but for percentage of Arsenic in Roundup, cause of NHL, we must multiply by 10 percent, therefore 5565.55 times 10 percent or 0.10 equals 556.56 mg./kg, plaintiff's final Roundup exposure to Arsenic. Dimensional Analysis

8. In final mathematics, we must divide exposure to Arsenic by Lethal dose of Arsenic, not to Roundup, or 556.56 mg.per kg. divided by 15 mg. per kg. of Arsenic equals a ratio of Exposure to Roundup to Lethal dose of Arsenic of 37.1 more times that Lethal dose, possibly 16 many more times than needed to

prove that Roundup causes NHL's. Dimensional analysis .

                                   Respectfully submitted

Signed *Ralph A. Applegate*
Ralph A. Applegate, Plaintiff, Pro Se
1544 Zettler Road
Columbus, Ohio 43227
rapplegate48@gmail.com
914-410-1568

Defendant Chief Counsel
Joe Hollingsworth
Hollingsworth LLP
1350 I. Street NW
Washington, DC 20005
jhollingsworth@hollingsworthllp.com

### Certificate of Service

Plaintiff certifies that one copy each of " Plaintiff's Positive Ratio of Exposure to Lethal Dose of 15 mg./kg. of Arsenic "is being certified mailed, to Clerk of U.S. District Court, Northern District of California, Clerk to efile or hand-carry to Justice Chhabria, and regular mailed to Clerk, 9th Circuit Court of Appeals, and to Defendant Chief Counsel, Joe Hollingsworth on, or before June 12, 2019.

Ralph O. Cyr
1544 Zettler
Columbus, OH

7039 0160 0000 2499 3324

Clerk
U.S. District Court
Northern Dist, of CA
450 Golden Gate Ave
San Francisco CA 94102

U.S. POSTAGE PAID
FCM LETTER
COLUMBUS, OH
43209
JUN 11, 19
AMOUNT
$4.05
R2303S103580-13

94102
1000