UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to: ALL ACTIONS | **PRETRIAL ORDER NO. 151: ORDER RE MULTI-PLAINTIFF CASES** |

By June 28, 2019, the plaintiffs are directed to confer with Monsanto and then file a list of all multi-plaintiff cases currently pending in the MDL, organized by the state in which the cases were filed. The filing should note if there are any cases in the first wave, *see* Pretrial Order No. 150, with closely intertwined plaintiffs which plaintiffs' counsel believes should not be severed, as well as any objections Monsanto has to not severing those cases.

**IT IS SO ORDERED.**

Date: June 24, 2019

Honorable Vince Chhabria
United States District Court