**ARNOLD & PORTER KAYE SCHOLER LLP**
Daniel S. Pariser (*pro hac vice*)
601 Massachusetts Avenue, NW
Washington, DC 20001
Telephone:   (202) 942-5000
Facsimile:     (202) 942-5999
Email:          daniel.pariser@arnoldporter.com

**ARNOLD & PORTER KAYE SCHOLER LLP**
S. Zachary Fayne (CA Bar No. 307288)
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Telephone:   (415) 471-3100
Facsimile:     (415) 471-3400
Email:          zachary.fayne@arnoldporter.com

**HOLLINGSWORTH LLP**
Joe G. Hollingsworth (*pro hac vice*)
Eric G. Lasker (*pro hac vice*)
1350 I Street, N.W.
Washington, DC  20005
Telephone:   (202) 898-5800
Facsimile:     (202) 682-1639
Email:          jhollingsworth@hollingsworthllp.com
                    elasker@hollingsworthllp.com

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 3:16-md-02741-VC |
| This document relates to: *Robert Ramirez, et al. v. Monsanto Co.* Case No. 3:19-cv-02224-VC | |

### **MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Monsanto Company ("Monsanto") makes the following disclosures:

  1. Monsanto is an indirect, wholly-owned subsidiary of Bayer AG.

  2. Bayer AG is a publicly held corporation.

| | |
|---|---|
| DATED: June 24, 2019 | Respectfully submitted, |
| | /s/ Joe G. Hollingsworth |
| | Joe G. Hollingsworth (*pro hac vice*) |
| | (jhollingsworth@hollingsworthllp.com) |
| | Eric G. Lasker (*pro hac vice*) |
| | (elasker@hollingsworthllp.com) |
| | HOLLINGSWORTH LLP |
| | 1350 I Street, N.W. |
| | Washington, DC  20005 |
| | Telephone:   (202) 898-5800 |
| | Facsimile:     (202) 682-1639 |
| | |
| | Daniel S. Pariser (*pro hac vice*) |
| | (daniel.pariser@arnoldporter.com) |
| | ARNOLD & PORTER KAYE SCHOLER LLP |
| | 601 Massachusetts Avenue, NW |
| | Washington, DC 20001 |
| | Tel: 202-942-5000 |
| | Fax:  202-942-5999 |
| | |
| | S. Zachary Fayne (CA Bar No. 307288) |
| | (zachary.fayne@arnoldporter.com) |
| | ARNOLD & PORTER KAYE SCHOLER LLP |
| | Three Embarcadero Center, 10th Floor |
| | San Francisco, CA 94111-4024 |
| | Tel: 415-471-3100 |
| | Fax: 415-471-3400 |
| | |
| | *Attorneys for Defendant* |
| |   *MONSANTO COMPANY* |

MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT
3:16-md-02741-VC & 3:19-cv-02224-VC