**THE MILLER FIRM LLC**
Tayjes Shah (*pro hac vice*)
108 Railroad Avenue
Orange, VA 22960
Tel: (540) 672-4224
Fax: (540) 672-3055
tshah@millerfirmllc.com

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Elaine Stevick and Christopher Stevick v. Monsanto Co.*, 3:16-cv-02341-VC | MDL No. 2741<br><br>Case No. 16-md-02741-VC |

### NOTICE OF WITHDRAWAL OF COUNSEL

TO:   CLERK OF THE ABOVE-ENTTLED COURT and ALL PARTIES AND COUNSEL OF RECORD:

Please take notice that Timothy Litzenburg, Esq. previously of the Miller Firm, LLC, withdraws as Attorney of Record for Plaintiffs in the above-referenced action. The Miller Firm, LLC remains counsel for Plaintiffs.  The Clerk of this Court is hereby requested to make such entries as may be required to record such withdraw and remove Timothy Litzenburg from ECF/service on this case.

Dated: June, 25 2019                          Respectfully Submitted,

                                        /s/ Tayjes Shah

                                        Tayjes Shah, Esq.
                                        The Miller Firm LLC

<pre>
                                          108 Railroad Ave.
                                          Orange, VA 22960
                                          540-672-4224
                                          tshah@millerfirmllc.com
                                          *Attorney for Plaintiff*
</pre>

### CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

<pre>
Date: June 25, 2019            By:   /s/ Tayjes Shah
                                     Tayjes Shah Esq.
                                     The Miller Firm LLC
                                     108 Railroad Ave.
                                     Orange, VA 22960
                                     540-672-4224
                                     tshah@millerfirmllc.com
                                     *Attorney for Plaintiff*
</pre>