AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

| | | |
|---|---|---|
| Jerald Carriere | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 16-md-02741-VC |
| Monsanto Company | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Monsanto Company 3:18-cv-05778                                              .

Date: June 26, 2019                            /s/ H. Grant Law
                                                         *Attorney's signature*

                                                         H. Grant Law 144505
                                                         *Printed name and bar number*

                                                         One Montgomery Street, Suite 2600
                                                         San Francisco, CA 94104
                                                         *Address*

                                                         hlaw@shb.com
                                                         *E-mail address*

                                                         415.544.1900
                                                         *Telephone number*

                                                         415.391.0281
                                                         *FAX number*

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing Appearance of Counsel was served on all counsel of record via the ECF system on June 26, 2019.

      /s/ H. Grant Law
      H. Grant Law
      Shook, Hardy & Bacon, LLP
      One Montgomery Street, Suite 2600
      San Francisco, CA 94104
      Phone: 415-544-1900
      Fax: 415-391-0281
      hlaw@shb.com