Victoria L. Ersoff (State Bar No. 161795)
versoff@wshblaw.com
Emil A. Macasinag (State Bar No. 256953)
emacasinag@wshblaw.com
**WOOD, SMITH, HENNING & BERMAN LLP**
10960 Wilshire Boulevard, 18th Floor
Los Angeles, California 90024-3804
Phone: 310-481-7600 ♦ Fax: 310-481-7650

Attorneys for Defendant AZUSA PACIFIC UNIVERSITY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY ACTION | MDL 2741<br><br>Case No. 3:16-md-02741-VC |
| THIS DOCUMENT RELATES TO:<br><br>*Shaun Graef and Janelle Pitchford v. Monsanto Company, Azusa Pacific University, and Does 1-1000,*<br><br>No. 3:19-cv-02316-VC<br>No. 3:16-md-02741-VC | **STIPULATION AND [~~PROPOSED~~] ORDER RE: PLAINTIFFS' VOLUNTARY DISMISSAL OF DEFENDANT AZUSA PACIFIC UNIVERSITY PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii) AND CIVIL L.R. 7-12**<br><br>The Hon. Vince Chhabria |

**TO THE HONORABLE COURT:**

Plaintiffs SHAUN GRAEF and JANELLE PITCHFORD ("Plaintiffs"), Defendant AZUSA PACIFIC UNIVERSITY, and Defendant MONSANTO COMPANY (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate as follows:

The Parties agree that Defendant AZUSA PACIFIC UNIVERSITY shall be dismissed from Plaintiffs' above-captioned Action, with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.  Each party shall each bear its own attorneys' fees and costs.  Pursuant to

Civil Local Rule 7-12 of the United States District Court, Northern District of California, the Parties respectfully request that this Court enter the [Proposed] Order below.

    **IT IS SO STIPULATED.**

DATED:  June 20, 2019    GIRARDI KEESE

By:   /S/ Christopher T. Aumais
CHRISTOPHER T. AUMAIS
ASHKAHN MOHAMADI
Attorneys for Plaintiffs SHAUN GRAEF and JANELLE PITCHFORD

DATED:  June 20, 2019    WOOD, SMITH, HENNING & BERMAN LLP

By:   /s/ Emil A. Macasinag
VICTORIA L. ERSOFF
EMIL A. MACASINAG
Attorneys for Defendant AZUSA PACIFIC UNIVERSITY

DATED:  June 20, 2019    ARNOLD & PORTER LLP

By:   /s/ Alex Beroukhim
ALEX BEROUKHIM
Attorneys for Defendant MONSANTO COMPANY

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: June  28 , 2019

The Honorable Vince Chhabria
United States District Court,
Northern District of California