

June 28, 2019

Honorable Vince Chhabria
United States District Court for the Northern District of California
San Francisco Courthouse, Courtroom 4, 17th Floor
450 Golden Gate Avenue
San Francisco, California 94102

    Re:    *James Erb v. Monsanto Company*, 3:19-cv-02166
              *Garland Batherson v. Monsanto Company*, 3:19-cv-02167
              *Ricky Smith v. Monsanto Company*, 3:19-cv-02168
              *Janeil Chatman v. Monsanto Company*, 3:19-cv-02170
              *Nichole Shultz v. Monsanto Company*, 3:19-cv-02190

Dear Judge Chhabria:

    Pursuant to Pretrial Order No. 150 ("PTO 150"), the above-referenced matters have been placed on this Court's Wave 2 Remand Order for eventual transfer to the Northern District of Illinois. However, and pursuant to footnote 1 of PTO 150, the parties in these matters acknowledge and advise that each of these cases are governed by state law outside of the state of Illinois and, therefore, should be removed from PTO 150 - Wave 2 Scheduling and Remand Order and placed on later appropriate waves. Plaintiffs propose that the following state laws and jurisdictions govern these cases for future scheduling and remand orders:

1. James Erb – Michigan (Western District)
2. Garland Batherson – Michigan (Eastern District)
3. Ricky Smith – Texas (Western District)
4. Janeil Chatman – Georgia (Northern District)
5. Nicole Shultz – Indiana (Northern District)

    Monsanto asserts that these cases do not belong in the Northern District of Illinois but does not, at this early stage in these recently filed lawsuits, take a position regarding which district courts are the proper venues for these cases or which state's laws should apply to these cases. Therefore, the parties respectfully ask this Court to remove the above cases from PTO 150 and hold them for placement on later appropriate remand waves, as to be determined by this Court at a later date. By joining in this request, Monsanto Company does not waive any defenses asserted in its answers to the complaints in these cases, including: (a) lack of personal jurisdiction; and (b) improper venue.

Respectfully submitted

By: */s/ Stephen Cady*
Stephen Cady
Ken Moll
MOLL LAW GROUP
22 W Washington Street, 15th Floor
Chicago, IL 60602
scady@molllawgroup.com
kmoll@molllawgroup.com
**COUNSEL FOR PLAINTIFF**

By: */s/ Martin Calhoun*
Martin Calhoun
HOLLINGSWORTH LLP
1350 I Street NW
Washington, DC 20005
mcalhoun@hollingsworthllp.com

Brian Stekloff
WILKINSON WALSH + ESKOVITZ LLP
2001 M Street, NW, 10th Floor
Washington, DC 20005
bstekloff@wilkinsonwalsh.com
**COUNSEL FOR DEFENDANT**