**ANDRUS WAGSTAFF, PC**
Aimee H. Wagstaff (SBN 278480)
7171 W. Alaska Drive
Lakewood, Colorado 80226
Tel: (303) 376-6360
Fax: (303) 376-6361
aimee.wagstaff@andruswagstaff.com

**WEITZ & LUXENBERG, P.C.**
Robin L. Greenwald
700 Broadway
New York, New York 10003
Tel: (212) 558-5802
Fax: (646) 293-4921
Email: rgreenwald@weitzlux.com

**THE MILLER FIRM LLC**
Michael J. Miller
108 Railroad Avenue
Orange, Virginia 22960
Tel: (540) 672-4224
Fax: (540) 672-3055
mmiller@millerfirmllc.com

*Co-Lead Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
| This document relates to:<br>ALL ACTIONS | |

- 1 -

STATUS REPORT ON MULTI-PLAINTIFF CASES
3:16-cv-02741-VC

**STATUS REPORT ON MULTI-PLAINTIFF CASES**

Pursuant to Pretrial Order No. 151, and after conferring with counsel for Monsanto Company, Plaintiffs hereby submit a list of all multi-plaintiff cases currently pending in the MDL, organized by the state in which the cases were filed. (Exhibit A). There are currently two plaintiffs in the first wave that are included in multi-plaintiff complaints: Larry Domina (Member Case No. 3:16-cv-05887) and John D. Sanders (Member Case No. 3:16-cv-05752).

Plaintiffs object to the severance of the plaintiffs in *Goodbred v. Monsanto Company*, Case No. 3:16-cv-06010, as they are husband and wife and therefore, their claims are closely intertwined and share common questions of law and fact. Any prejudice to Monsanto is limited by the fact that the plaintiffs would testify at their spouses' trial if their claims were severed.

Monsanto believes the *Goodbred* case should be severed. In a meet-and-confer, Monsanto detailed its position as follows:

> The fact that the plaintiffs are married does not justify joinder. See 5/22 CMC Tr. at 113:8-114:7. Further, while fact discovery has not yet taken place, the PFS for those two plaintiffs reflect (among other distinctions) different times of diagnosis, different risk factors, different medical histories, and different uses of Roundup and other chemicals. Accordingly, there is no basis for departing from the general presumption of severance.

Additionally, there are ten (10) multi-party complaints that were filed in state court and have motions to remand pending before the Court. *See* Exhibit A. Plaintiffs object to the severance of these cases as the Court does not have jurisdiction and any decision regarding severance should be reserved for the state court. Monsanto maintains its position that these multi-plaintiff cases should not be remanded, and notes that Judge Smith has already ordered most of these cases to be severed.

All other plaintiffs, filed in multi-party complaints, agree to sever and re-file their claims in order to comply with the Court's Order. However, Plaintiffs maintain that their claims were properly joined and, therefore, reserve the right to request that the trial court join their claims for trial. Monsanto would oppose joining any severed cases for trial.

Executed this 28th day of June 2019.

/s *Michael J. Miller*
Michael J. Miller
**THE MILLER FIRM, LLC**
108 Railroad Avenue
Orange, Virginia 22960
Tel: (540) 672-4224
Fax: (540) 672-3055
mmiller@millerfirmllc.com

**ANDRUS WAGSTAFF, PC**
Aimee H. Wagstaff (SBN 278480)
7171 W. Alaska Drive
Lakewood, Colorado 80226
Tel: (303) 376-6360
Fax: (303) 376-6361
aimee.wagstaff@andruswagstaff.com

**WEITZ & LUXENBERG, P.C.**
Robin L. Greenwald
700 Broadway
New York, New York 10003
Tel: (212) 558-5802
Fax: (646) 293-4921
Email: rgreenwald@weitzlux.com

*Co-Lead Counsel for Plaintiffs*