| Case Name | Original Filing State | Current Court | Current Court Cause # | Total Pending Pltf's | MDL Wave | Counsel of Record | Status |
|---|---|---|---|---|---|---|---|
| Abreu, Rob O., et al. | CA | CA - N.D. | 3:19-cv-01587 | 9 | | Weitz & Luxenberg, P.C. | |
| Andrade, Jaime, et al. | CA | CA - N.D. | 3:19-cv-01019 | 29 | | Andrus Wagstaff, P.C. | Filed in State Court and Subject to Remand |
| Archambault, Gary, et al. | CA | CA - N.D. | 3:19-cv-01717 | 10 | | Weitz & Luxenberg, P.C. | |
| Ataide, Craig, et al. | CA | CA - N.D. | 3:19-cv-01289 | 27 | | The Miller Firm, LLC | Filed in State Court and Subject to Remand |
| Baum, Jeffrey D., et al. | CA | CA - N.D. | 3:19-cv-01018 | 20 | | Weitz & Luxenberg, P.C. | |
| Chupa, George, et al. | CA | CA - N.D. | 3:19-cv-01589 | 25 | | The Miller Firm, LLC | Filed in State Court and Subject to Remand |
| Conyers, Mimia, et al. | CA | CA - N.D. | 3:19-cv-02001 | 10 | | Weitz & Luxenberg, P.C. | |
| Gonzalez, Frances, et al. | CA | CA - N.D. | 3:19-cv-01020 | 10 | | Baum Hedlund Aristei and Goldman, P.C. | Filed in State Court and Subject to Remand |
| Jimenez, Cesilio et al. | CA | CA - N.D. | 3:19-cv-03438 | 14 | | Bernstein Liebhard LLP | |
| Kast, Charles, et al. | CA | CA - N.D. | 3:19-cv-01031 | 10 | | Baum Hedlund Aristei and Goldman, P.C. | Filed in State Court and Subject to Remand |
| Rabbers, John, et al. | CA | CA - N.D. | 3:19-cv-01023 | 7 | | Baum Hedlund Aristei and Goldman, P.C. | Filed in State Court and Subject to Remand |
| Rivas, Reynaldo, et al. | CA | CA - N.D. | 3:19-cv-01024 | 8 | | Baum Hedlund Aristei and Goldman, P.C. | Filed in State Court and Subject to Remand |
| Sanders, John D., et al. | CA | CA - N.D. | 3:16-cv-05752 | 2 | Wave 1 | Weitz & Luxenberg, P.C. | |
| Taylor, Samantha, et al. | CA | CA - N.D. | 3:19-cv-01030 | 9 | | Baum Hedlund Aristei and Goldman, P.C. | Filed in State Court and Subject to Remand |
| Curtsinger, William, et al. | DE | CA - N.D. | 3:17-cv-03205 | 3 | | Jacobs and Crumplar, P.A. and The Miller Firm, LLC | |
| Deutsch, Gary, et al. | DE | CA - N.D. | 3:17-cv-03230 | 4 | | Jacobs and Crumplar, P.A. and The Miller Firm, LLC | |
| Gallagher, Melanie, et al. | DE | CA - N.D. | 3:17-cv-03216 | 2 | | Jacobs and Crumplar, P.A. and The Miller Firm, LLC | |
| Hartman, Wayne, et al. | DE | CA - N.D. | 3:17-cv-03219 | 2 | | Jacobs and Crumplar, P.A. and The Miller Firm, LLC | |
| McMillon, Kenneth, et al. | DE | CA - N.D. | 3:17-cv-03229 | 4 | | Jacobs and Crumplar, P.A. and The Miller Firm, LLC | |
| Van Horn, Claire, et al. | DE | CA - N.D. | 3:17-cv-03207 | 3 | | Jacobs and Crumplar, P.A. and The Miller Firm, LLC | |
| Hernandez, Gabriel et, al. | FL | CA - N.D. | 3:19-cv-00489 | 6 | | Law Office of Brian Holland, P.A. | |

| Case Name | Original Filing State | Current Court | Current Court Cause # | Total Pending Pltf's | MDL Wave | Counsel of Record | Status |
|---|---|---|---|---|---|---|---|
| Goodbred, Larry, et al. | IL | CA - N.D. | 3:16-cv-06010 | 2 | | Bolen Robinson & Ellis, LLP | Should not be severed because husband and wife |
| Acosta, Brenda, et al. | MO | CA - N.D. | 3:18-cv-01960 | 74 | | Holland Law Firm, LLC | Filed in State Court and Subject to Remand |
| Angel, Albert, et al. | MO | CA - N.D. | 3:17-cv-05547 | 25 | | Onder and Shelton, LLC and The Miller Firm, LLC | |
| Ashton, Brenda, et al. | MO | CA - N.D. | 3:18-cv-03959 | 31 | | Onder and Shelton, LLC and The Miller Firm, LLC | |
| Beaudet, David, et al. | MO | CA - N.D. | 3:17-cv-06902 | 44 | | Onder and Shelton, LLC and The Miller Firm, LLC | |
| Berlin, Anthony, et al. | MO | CA - N.D. | 3:18-cv-00815 | 34 | | Onder and Shelton, LLC and The Miller Firm, LLC | |
| Bittinger, Jr., Donald, et al. | MO | CA - N.D. | 3:19-cv-03566 | 81 | | Niemeyer Grebel & Kruse LLC | |
| Bradley, Harley R. et al. | MO | CA - N.D. | 3:19-cv-03523 | 15 | | Wagstaff & Cartmell LLP | |
| Brooks, John, et al. | MO | CA - N.D. | 3:18-cv-03188 | 6 | | Gori and Julian, P.C. | |
| Edwards, Myrlon, et al. | MO | CA - N.D. | 3:17-cv-07365 | 4 | | Simmons Hanly Conroy, LLC | |
| Gines, Russell, et al. | MO | CA - N.D. | 3:18-cv-07015 | 3 | | Simmons Cooper, LLC | |
| Griffeth, Craig, et al. | MO | CA - N.D. | 3:18-cv-05777 | 2 | | Gori and Julian, P.C. | |
| Haney, Jerry, et al. | MO | CA - N.D. | 3:19-cv-00278 | 17 | | McCune Wright Arevalo, LLP | |
| Hartman, Charles, et al. | MO | CA - N.D. | 3:18-cv-01089 | 11 | | Onder and Shelton, LLC and The Miller Firm, LLC | |
| Marniella, Laurie, et al. | MO | CA - N.D. | 3:17-cv-05546 | 13 | | Onder and Shelton, LLC and The Miller Firm, LLC | |
| Mitchell, Dorothy, et al. | MO | CA - N.D. | 3:18-cv-04786 | 11 | | Gori and Julian, P.C. | |
| Payes, Eugenio et al. | MO | CA - N.D. | 3:19-cv-02585 | 21 | | McCune Wright Arevalo, LLP | |
| Smith, Fredrick, et al. | MO | CA - N.D. | 3:17-cv-02142 | 74 | | Onder and Shelton, LLC and The Miller Firm, LLC | Filed in State Court and Subject to Remand |
| Sutliff, Donna et al. | MO | CA - N.D. | 3:19-cv-02832 | 3 | | Onder and Shelton, LLC and The Miller Firm, LLC | |
| Tingle, Jerry, et al. | MO | CA - N.D. | 3:18-cv-01518 | 5 | | Gori and Julian, P.C. | |
| Wiley, Lisa, et al. | MO | CA - N.D. | 3:18-cv-06560 | 7 | | Gori and Julian, P.C. | |
| Billingsley, Sue, et al. | MS | CA - N.D. | 3:18-cv-05309 | 19 | | Eaves Law Firm, LLC | |
| Bourgeoris, Jill, et al. | MS | CA - N.D. | 3:18-cv-05249 | 15 | | Eaves Law Firm, LLC | |
| Domina, Larry E., et al. | NE | CA - N.D. | 3:16-cv-05887 | 4 | Wave 1 | Weitz & Luxenberg, P.C. | |
| Clarke, Wanda, et al. | OK | CA - N.D. | 3:17-cv-04824 | 2 | | Fulmer Sill PLLC | |