1
**HOLLINGSWORTH LLP**
Joe G. Hollingsworth (*pro hac vice*)
2
Eric G. Lasker (*pro hac vice*)
1350 I Street, N.W.
3
Washington, DC  20005
Telephone:   (202) 898-5800
4
Facsimile:   (202) 682-1639
Email:        jhollingsworth@hollingsworthllp.com
5
               elasker@hollingsworthllp.com

6
*Attorneys for Defendant*
*MONSANTO COMPANY*
7

8                          UNITED STATES DISTRICT COURT

9                         NORTHERN DISTRICT OF CALIFORNIA

10   IN RE: ROUNDUP PRODUCTS                  MDL No. 2741
     LIABILITY LITIGATION
11                                            Case No. 3:16-md-02741-VC

12   This document relates to:

13   *Eric M. Chasco and Kristina Chasco v.*
     *Monsanto Co.*,
14   Case No. 3:19-cv-03513-VC

15                          **MONSANTO COMPANY'S**
                 **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**
16

17        Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons,

18   associations of persons, firms, partnerships, corporations (including parent corporations) or other

19   entities (i) have a financial interest in the subject matter in controversy or in a party to the

20   proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be

21   substantially affected by the outcome of this proceeding:

22        Defendant Monsanto Company is an indirect, wholly-owned subsidiary of Bayer AG, so

23        Bayer AG has a financial interest in a party to the proceeding.

24

25

26

27

28                                            1
     MONSANTO COMPANY'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
                     3:16-md-02741-VC & 3:19-cv-03513-VC

1     DATED:  July 1, 2019                              Respectfully submitted,

2

3                                                       /s/ Joe G. Hollingsworth
                                                        Joe G. Hollingsworth (*pro hac vice*)
                                                        (jhollingsworth@hollingsworthllp.com)
4                                                       Eric G. Lasker (*pro hac vice*)
                                                        (elasker@hollingsworthllp.com)
5                                                       HOLLINGSWORTH LLP
                                                        1350 I Street, N.W.
6                                                       Washington, DC  20005
                                                        Telephone:  (202) 898-5800
7                                                       Facsimile:   (202) 682-1639

8                                                       *Attorneys for Defendant*
                                                        *MONSANTO COMPANY*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                                2

MONSANTO COMPANY'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
3:16-md-02741-VC & 3:19-cv-03513-VC