UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITGATION<br><br>This document relates to:<br><br>*Hardeman v. Monsanto*, 3:16-cv-00525-VC | MDL No. 2741<br><br>Case No. 16-md-02741-VC<br><br>**PRETRIAL ORDER NO. 153: FURTHER GUIDANCE FOR HEARING ON POST-TRIAL MOTIONS** |

In addition to the questions listed in Pretrial Order No. 152, the parties should be prepared to discuss the following at the July 2, 2019, hearing:

1. If the Court decides that the punitive damages award exceeds the constitutional limit, do the parties agree that judgment may be entered for the maximum amount permitted by the Constitution? *See S. Union Co. v. Irvin*, 563 F.3d 788, 792 n.4 (9th Cir. 2009); *Leatherman Tool Grp., Inc. v. Cooper Indus., Inc.*, 285 F.3d 1146, 1151 (9th Cir. 2002). Or does Mr. Hardeman need to be offered a choice between accepting a remittitur or proceeding with a new trial?

2. Even assuming the Court can reduce the punitive damages award to the constitutional limit without running afoul of the Seventh Amendment, would California Code of Civil Procedure section 662.5(a)(2) require that Mr. Hardeman be offered a choice between remittitur and a new trial?

**IT IS SO ORDERED.**

Date:   July 1, 2019

                                                        Honorable Vince Chhabria
                                                        United States District Court