AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| In re Roundup Products Liability Litigation | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:16-md-02741-VC |
| Monsanto Company | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Listed in Exhibit A

Date: 07/02/2019

*Attorney's signature*

Thomas F. DellaFera Jr. CA Bar 325005
*Printed name and bar number*

Miller DellaFera PLC
3420 Pump Road | PMB 404
Henrico, VA 23233-1111
*Address*

tdellafera@millerdellafera.org
*E-mail address*

(800) 401-6670
*Telephone number*

(888) 830-1488
*FAX number*