**EXHIBIT A**

| Plaintiff Name | Case Number |
| --- | --- |
| Sarah Barnard | 3:18-cv-01518-VC |
| Scott Broomfield | 3:18-cv-01518-VC |
| Robert Gregg | 3:18-cv-01518-VC |
| Regina Slugg | 3:18-cv-01518-VC |
| Jerry Tingle | 3:18-cv-01518-VC |
| Teresea Anderson | 3:18-cv-03188-VC |
| John Brooks | 3:18-cv-03188-VC |
| Beth Campbell | 3:18-cv-03188-VC |
| Mary Fitch | 3:18-cv-03188-VC |
| Gene Magwire | 3:18-cv-03188-VC |
| Betty Nolan | 3:18-cv-03188-VC |
| Drew Ballow | 3:18-cv-04786-VC |
| Loretta Buckingham | 3:18-cv-04786-VC |
| Glenn Fogel | 3:18-cv-04786-VC |
| Chantel Grant | 3:18-cv-04786-VC |
| James Hardy | 3:18-cv-04786-VC |
| Dorothy Mitchell | 3:18-cv-04786-VC |
| Bonnie Parrish | 3:18-cv-04786-VC |
| Valerie Rump | 3:18-cv-04786-VC |
| Ronnie Stevenson | 3:18-cv-04786-VC |
| Mary Ann Yagy | 3:18-cv-04786-VC |
| Herbert Zeman | 3:18-cv-04786-VC |
| Barbara Bernard | 3:18-cv-05777-VC |
| Craig Griffeth | 3:18-cv-05777-VC |
| Lisa Wiley | 3:18-cv-06560-VC |
| Mary Arven | 3:18-cv-06560-VC |
| Gary Barnett | 3:18-cv-06560-VC |
| Barbara Goldenstein | 3:18-cv-06560-VC |
| Gary Grunwald | 3:18-cv-06560-VC |
| Kimberly Hummer | 3:18-cv-06560-VC |
| John Johnson, Jr. | 3:18-cv-06560-VC |