## **CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing Appearance of Counsel was served on all counsel of record via the ECF system on July 2, 2019.

*/s/ Thomas F. DellaFera Jr.*
Thomas F. DellaFera Jr.
Miller DellaFera PLC
3420 Pump Road | PMB 404
Henrico, VA 23233-1111
Tel. 800-401-6670
Fax 1-888-830-1488
tdellafera@millerdellafera.org
