**ANDRUS WAGSTAFF, PC**
Aimee H. Wagstaff (SBN 278480)
David J. Wool (SBN 324124)
aimee.wagstaff@andruswagstaff.com
david.wool@andruswagstaff.com
7171 W. Alaska Drive
Lakewood, CO 80226
Tel: (303) 376-6360

**MOORE LAW GROUP, PLLC**
Jennifer A. Moore (SBN 206779)
jennifer@moorelawgroup.com
1473 South 4th Street
Louisville, KY 40208
Tel: (502) 717-4080

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to:<br>*Hardeman v. Monsanto Co., et al.,*<br>3:16-cv-0525-VC; | **PLAINTIFF'S RESPONSE TO PTO 152, ¶ 2** |

On June 28, 2019, the Court entered Pretrial Order No. 152: Guidance for Hearing on Post-Trial Motions. [ECF No. 339.] In response to paragraph 2, which orders Plaintiff to be prepared to "identify all evidence supporting the award of noneconomic compensatory damages," Plaintiff submits this response. Plaintiff identifies the following trial witnesses, with highlights of their testimony and also trial exhibits. Additionally, Plaintiff incorporates and references the testimony of these witnesses and their credibility, which was not disputed and which the jury was instructed to consider (Phase 2, Jury Instruction No 8).

## Testimony on Compensatory Damages

*Drs. Turk, Turley, & Ye are cited to the deposition run report played at trial.

| Deponent | Page:Line |
|---|---|
| Dr. Roger Turk (Ex. A) | 30:5-16 |
|  | 31:16-21:33:15-19 |
|  |  |
| Dr. Richard Turley (Ex. B) | 23:3-25:9 |
|  | 25:18-26:19 |
|  | 28:17-18; 30:3-6 |
|  | 31:9-32:1 |
|  |  |
| Dr. Jeffery Ye (Ex. C) | 22:2-23:4 |
|  | 23:14-24:6 |
|  | 24:8-13 |
|  | 62:15; 73:24-74:13 |
|  | 64:12-65:3 |
|  | 75:4-13 |
|  | 111:16-20 |
|  | 112:12-17 |
|  |  |
| Mr. Edwin Hardeman (Ex. D) | 2388:24-2389:14 |
|  | 2389:16-22 |
|  | 2389:24-2390:5 |
|  | 2390:7-23 |
|  | 2391:4-19 |
|  | 2392:5-2393:7 |
|  | 2393:10-20 |
|  | 2394:6-24 |
|  | 2395:9-21 |
|  | 2395:25-2398:25 |
|  | 2399:2-8 |
|  | 2399:16-2400:24 |
|  | 2401:11-14 |
|  | 2401:23-2402:10 |
|  | 2403:2-2405:7 |
|  | 2406:11-2408:17 |
|  | 2407:4--2408:17 |
|  | 2410:6-8 |

PLAINTIFF'S RESPONSE TO PTO 152, ¶ 2

| | |
|---|---|
| Ms. Mary Hardeman (Ex. D) | 2432:2-18 |
| | 2433:22-2434:7 |
| | 2434:8-2436:13 |
| | 2436:17-2438:16 |
| | 2438:20-2439:4 |
| | 2439:15-23 |
| | 2439:24-2440:9 |
| | 2440:10-2441:4 |
| | 2441:5-8 |
| | |
| Dr. Chadi Nabhan (Ex. D) | 2351:5-20 |
| | 2352:10-13 |
| | 2352:18-22 |
| | 2353:11-2356:24 |
| | 2357:8-2359:2 |
| | 2359:2-5 |
| | 2359:12-24 |
| | 2360:6-17 |
| | 2360:24-25 |
| | 2362:11-21 |
| | 2363:15-22 |
| | 2364:19-25 |
| | 2365:1-17 |
| | 2366:9-20 |
| | 2368:8-17 |
| | 2369:11-23 |
| | 2370:8-2371:12 |
| | 2372:1-15 |

PLAINTIFF'S RESPONSE TO PTO 152, ¶ 2

| **Exhibits on Compensatory Damages** | |
|---|---|
| Trial Exhibit | 28-32 |
| | 45-47 |
| | 50 |
| | 52 |
| | 54-55 |
| | 57 |
| | 59-60 |
| | 68 |

Dated: 7/02/2019                                    Respectfully submitted,

/s/ Aimee Wagstaff
**ANDRUS WAGSTAFF, PC**
Aimee H. Wagstaff (SBN 278480)
David J. Wool (SBN 324124)
aimee.wagstaff@andruswagstaff.com
david.wool@andruswagstaff.com
7171 W. Alaska Drive
Lakewood, CO  80226
Tel: (303) 376-6360


Jennifer A. Moore (SBN 206779)
jennifer@moorelawgroup.com
MOORE LAW GROUP, PLLC
1473 South 4th Street
Louisville, KY  40208
Tel: (502) 717-4080

*Counsel for Plaintiff*

### CERTIFICATE OF SERVICE

I certify that on July 2, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Aimee Wagstaff
Aimee H. Wagstaff (SBN 278480)
aimee.wagstaff@andruswagstaff.com