# EXHIBIT A

**Designation Run Report**

# TURK_COMBINED_06

---

**Turk, C 10-31-2018**

---

| | |
|---|---|
| **PLF Affirmative** | **00:15:09** |
| **DEF Affirmative** | **00:18:20** |
| **PLF Counter** | **00:00:05** |
| **Overlap** | **00:04:56** |
| **PLF Counter- Counter** | **00:00:13** |
| **Total Time** | **00:38:43** |





UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 1691**
Case No. __3:16-cv-00525-VC__
Date Entered _____
By _____
Deputy Clerk

| RT_06-TURK_COMBINED_06 FINAL PLAYED | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

| Page/Line | Source | ID |
|---|---|---|
| 7:8 - 7:16 | **Turk, C 10-31-2018 (00:00:14)** | RT_06.1 |

7:8   Q. Okay.  Doctor, first of all, thank you for
7:9 being here today, an early morning.
7:10 I have -- you've never met me before about
7:11 ten minutes ago, correct?
7:12  A. Correct.
7:13  Q. And you've never met any of the other
7:14 attorneys that represent my client, your patient,
7:15 Mr. Hardeman; is that correct?
7:16  A. Correct.

| Page/Line | Source | ID |
|---|---|---|
| 12:5 - 13:24 | **Turk, C 10-31-2018 (00:01:45)** | RT_06.2 |

12:5   Q. Okay.  So can you go ahead and give us an
12:6 explanation as to how the medical record is
12:7 prepared.
12:8   A. So we have a fully electronic medical
12:9 record these days as of -- it's been more than ten
12:10 years now.  And so after visits with a patient, I
12:11 enter an electronic note that is saved in the
12:12 record.  We can also review lab results, x-ray
12:13 results, those kinds of pieces of data.  After we
12:14 order them on the electronic record, we communicate
12:15 with other colleagues electronically and can
12:16 communicate with patients back and forth by a
12:17 secured e-mail service.
12:18   Q. Okay.  And is one record maintained for
12:19 each individual patient?
12:20   A. Yes.
12:21   Q. Okay.  So, for example, Mr. Hardeman's
12:22 records would have his record?
12:23   A. Correct.
12:24   Q. It would be one record; is that correct?
12:25   A. Correct.
13:1   Q. Okay.  And that would include all comments
13:2 and medical diagnosis that you make, in addition to,
13:3 for example, Dr. Ye, would all be in the same
13:4 record; is that correct?
13:5   A. That's correct.
13:6   Q. Okay.  And you would have access to that
13:7 record as needed, right, just by going into your
13:8 computer and accessing, I assume, a patient number

| | | |
|---|---|---|
| **RT_06-TURK_COMBINED_06 FINAL PLAYED** | | |
| **Page/Line** | **Source** | **ID** |

13:9 or something; is that correct?

13:10   A. Correct.

13:11   Q. Okay.  And other doctors at Kaiser can do

13:12 the same thing; is that correct?

13:13   A. Yes.

13:14   Q. Would it be fair and accurate to say that

13:15 everything concerning Mr. Hardeman in terms of

13:16 Kaiser would be in this one record?

13:17   A. Yes.

13:18   Q. Okay.  Everything that Kaiser has that

13:19 doctors have inputted, correct?

13:20   A. Yes.

13:21   Q. With regard to things like pathology, for

13:22 example, or CT scans, are the reports of those scans

13:23 entered into the record?

13:24   A. Yes.

**16:24 - 18:2**      **Turk, C 10-31-2018 (00:01:04)**      **RT_06.3**

16:24   Q. Okay.  I've also marked -- previously

16:25 marked Exhibit 2, which I understand is a current CV

17:1 for you.  And I'd ask you to just look it over

17:2 briefly and confirm that that is your CV.

17:3 (Whereupon, Exhibit 1 and Exhibit 2 were

17:4 marked for identification.)

17:5 THE WITNESS:  That is my CV.

17:6 BY MS. FORGIE:

17:7   Q. Okay.  And, Doctor, are you board

17:8 certified in anything?

17:9   A. I am board certified in family medicine.

17:10   Q. Okay.  And can you just briefly explain

17:11 for the members of the jury what family medicine is

17:12 and what a board certification is.

17:13 Well, let's do them one at a time.

17:14 Why don't we start with, can you explain,

17:15 first, what family medicine is.

17:16   A. Family medicine is the specialty of

17:17 medicine focused on primary care for all ages.  The

17:18 residency training is three years long and following

17:19 which you take a certification exam to become

17:20 certified by the American Board of Family

17:21 Physicians.

| RT_06-TURK_COMBINED_06 FINAL PLAYED | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

17:22   Q. Okay.  And when did you become board
17:23 certified in family medicine?
17:24   A. In 1999.
17:25   Q. And have you maintained your board
18:1 certification since you passed in 1999?
18:2   A. I have.

| 19:8 - 19:14 | **Turk, C 10-31-2018 (00:00:07)** | **RT_06.4** |

19:8   Q. Do you know what Roundup is?
19:9   A. I do.
19:10   Q. What's your understanding of what Roundup
19:11 is?
19:12   A. It's a weed killer.
19:13   Q. Okay.  And have you ever used it yourself?
19:14   A. I have.

| 19:15 - 19:16 | **Turk, C 10-31-2018 (00:00:05)** | **RT_06.5** |

19:15   Q. Okay.  You -- do you still use it?
19:16   A. I haven't used it in many years.

| 21:19 - 22:6 | **Turk, C 10-31-2018 (00:00:48)** | **RT_06.6** |

21:19 Can you explain to the members of the
21:20 jury, please, what family practice is, and then I'll
21:21 ask you to talk a little bit about your own
21:22 practice.
21:23   A. Family practice is the discipline of
21:24 medicine where we promote the primary care and
21:25 preventive medicine of our patients.  We are trained
22:1 to take care of all ages.  We also see patients for
22:2 problems or symptoms they are developing and work to
22:3 evaluate those and treat them.
22:4 When necessary, we make referrals to
22:5 specialists for additional consultation on their
22:6 conditions.  The main job is maintaining health.

| 22:7 - 23:2 | **Turk, C 10-31-2018 (00:01:07)** | **RT_06.7** |

22:7   Q. Okay.  And would it be fair to say that
22:8 it's fairly common as a family -- I mean, family
22:9 medicine practitioner to refer patients to other
22:10 specialized experts in, for example, oncology, if
22:11 you determine that that's necessary?
22:12   A. Yes, it's common.
22:13   Q. And then can you tell me a little bit
22:14 about your own practice and how it -- and starting

| | | |
|---|---|---|
| **RT_06-TURK_COMBINED_06 FINAL PLAYED** | | |
| **Page/Line** | **Source** | **ID** |

22:15 with, how long have you been at Kaiser?
22:16 And I'm going to borrow Exhibit 2 for a
22:17 minute.
22:18   A. I started here in 1999, July of 1999.  And
22:19 I've been here ever since.  My -- I carry a panel of
22:20 patients that are -- for which I'm responsible for
22:21 their primary care.  I work basically five days a
22:22 week.  Some weekends and evenings.
22:23 And so my days are filled with seeing
22:24 patients in the office, evaluating them, assessing
22:25 their needs for primary care and preventive
23:1 medicine, ordering any necessary testing and then
23:2 following up on those.

**23:3 - 24:4**   **Turk, C 10-31-2018 (00:00:58)**   **RT_06.8**

23:3   Q. Okay.  In looking at your CV, Exhibit
23:4 Number 2, it looks like you came to Kaiser as soon
23:5 as you completed your board certification; is that
23:6 correct?
23:7   A. That's correct.  This was my first
23:8 physician after residency.
23:9   Q. That's what I was going to ask.
23:10 So -- and just briefly explain, if you
23:11 will, please, your educational experience, briefly.
23:12 You don't have to give me high school or anything
23:13 like that.  Just college and then -- please.
23:14   A. So Bachelor's of Science from the
23:15 University of California Berkeley.  Then the medical
23:16 school at Hahnemann University in Philadelphia.  And
23:17 then a family medicine residency in Voorhees, New
23:18 Jersey.
23:19   Q. In where?
23:20   A. Voorhees, New Jersey.
23:21   Q. Okay.
23:22   A. And then the physician here at Kaiser.
23:23   Q. Okay.  And so you've been at Kaiser since
23:24 1999?
23:25   A. Correct.
24:1   Q. And have you always been -- at Kaiser,
24:2 have you always been a family medicine --
24:3   A. Yes.

| Page/Line | Source | ID |
|---|---|---|
| | **RT_06-TURK_COMBINED_06 FINAL PLAYED** | |

24:5 - 24:8
24:4  Q. -- practitioner?  Okay.
**Turk, C 10-31-2018 (00:00:07)**                                  **RT_06.9**
24:5 And did -- have you had any type of lab
24:6 experience or anything like that prior to coming to
24:7 Kaiser?
24:8  A. No.

24:9 - 24:16
**Turk, C 10-31-2018 (00:00:21)**                                  **RT_06.10**
24:9  Q. And what about at your time at Kaiser,
24:10 would it be fair to say that all of your time is
24:11 spent examining patients or is there anything else
24:12 that you do besides examining patients and writing
24:13 your reports?
24:14  A. That is by far the most common thing I do.
24:15 I also do some communication work with my colleagues
24:16 around communicating well with their patients.

24:17 - 25:9
**Turk, C 10-31-2018 (00:00:38)**                                  **RT_06.11**
24:17  Q. Okay.  So do you teach other -- or why
24:18 don't you tell me what you mean by "communication."
24:19  A. So some physicians want to be better at
24:20 communicating with their patients, and they'll ask
24:21 me for assistance in how to do that.
24:22  Q. Okay.  And is that -- so is it a formal
24:23 thing that you do or is it informal?
24:24  A. It's informal.
24:25  Q. Okay.  And approximately how much time do
25:1 you spend doing that per year, just roughly?
25:2  A. Probably four hours a month.
25:3  Q. Okay.
25:4  A. So 48 hours a year.
25:5  Q. So is the rest of your time spent in the
25:6 clinical practice or is there something else that
25:7 you do in addition to the communication and your
25:8 practice?
25:9  A. It's all clinical practice.

25:12 - 25:18
**Turk, C 10-31-2018 (00:00:11)**                                  **RT_06.12**
25:12 And as you sit here today, do you have an
25:13 independent recollection of Mr. Hardeman, who is
25:14 sitting here to my right?
25:15  A. I do.
25:16  Q. So you know him independent of the medical

| | | |
|---|---|---|
| **RT_06-TURK_COMBINED_06 FINAL PLAYED** | | |
| **Page/Line** | **Source** | **ID** |

| | | |
|---|---|---|
| | 25:17 records; is that fair to say?  You remember him? | |
| | 25:18  A. Yes. | |
| 26:13 - 26:14 | **Turk, C 10-31-2018 (00:00:04)** | **RT_06.13** |
| | 26:13 Okay.  Do you remember approximately when | |
| | 26:14 was the first time you saw Mr. Hardeman? | |
| 26:22 - 26:23 | **Turk, C 10-31-2018 (00:00:04)** | **RT_06.14** |
| | 26:22  A. My first visit with Mr. Hardeman was | |
| | 26:23 11/10/2005. | |
| 29:12 - 29:15 | **Turk, C 10-31-2018 (00:00:09)** | **RT_06.15** |
| | 29:12  Q. Okay.  Can you tell from the record, when | |
| | 29:13 was the first time he came with you -- with symptoms | |
| | 29:14 of what eventually turned out to be his diagnosis of | |
| | 29:15 non-Hodgkin's lymphoma? | |
| 29:16 - 29:16 | **Turk, C 10-31-2018 (00:00:01)** | **RT_06.16** |
| | 29:16  A. Let me look. | |
| 30:5 - 30:16 | **Turk, C 10-31-2018 (00:00:37)** | **RT_06.17** |
| | 30:5 THE WITNESS:  January 28, 2015, he saw me | |
| | 30:6 with complaints of swollen glands in his neck. | |
| | 30:7 BY MS. FORGIE: | |
| | 30:8  Q. Okay.  And at that time, what did you do? | |
| | 30:9  A. I referred him to the head and neck | |
| | 30:10 surgeons for evaluation and possible biopsy. | |
| | 30:11   Q. And just in general, what was the purpose | |
| | 30:12 of that recommendation? | |
| | 30:13  A. To determine the cause of the swelling in | |
| | 30:14 his neck. | |
| | 30:15  Q. Okay.  And who did you refer him to, | |
| | 30:16 please? | |
| 30:17 - 30:17 | **Turk, C 10-31-2018 (00:00:02)** | **RT_06.18** |
| | 30:17  A. I referred him to Dr. Richard Turley. | |
| 30:18 - 31:11 | **Turk, C 10-31-2018 (00:00:43)** | **RT_06.19** |
| | 30:18  Q. Okay.  And Dr. Turley, we deposed him | |
| | 30:19 yesterday.  My understanding is he's a head and neck | |
| | 30:20 surgeon; is that correct? | |
| | 30:21  A. That's correct. | |
| | 30:22  Q. Okay.  And what was the purpose of your | |
| | 30:23 referral exactly? | |
| | 30:24  A. To assess the swollen glands in the neck. | |
| | 30:25  Q. Okay.  And just -- I don't want to go over | |
| | 31:1 everything that we did yesterday so I'm going to | |

| RT_06-TURK_COMBINED_06 FINAL PLAYED | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

|  | 31:2 summarize a little bit of it and then if you need to | |
|  | 31:3 look at the medical records to refresh your | |
|  | 31:4 recollection or to answer the question, please feel | |
|  | 31:5 free to do so. | |
|  | 31:6 But my understanding is that Mr. Hardeman | |
|  | 31:7 had a biopsy which showed some necrotic cells and so | |
|  | 31:8 there was a necessity to do the biopsy again, a core | |
|  | 31:9 biopsy to get more active cells. | |
|  | 31:10 Is that your understanding of what | |
|  | 31:11 happened? | |
| 31:13 - 31:13 | **Turk, C 10-31-2018 (00:00:00)** | RT_06.20 |
|  | 31:13 THE WITNESS:  Yes. | |
| 31:16 - 31:21 | **Turk, C 10-31-2018 (00:00:10)** | RT_06.21 |
|  | 31:16  why don't you tell me in your own | |
|  | 31:17 words, then, your understanding of the biopsies that | |
|  | 31:18 he had. | |
|  | 31:19  A. Yes.  As I recall, the first biopsy was | |
|  | 31:20 not diagnostic and so a second one needed to be | |
|  | 31:21 obtained. | |
| 32:11 - 32:17 | **Turk, C 10-31-2018 (00:00:15)** | RT_06.22 |
|  | 32:11 Do you know who made the diagnosis of | |
|  | 32:12 non-Hodgkin's lymphoma? | |
|  | 32:13  A. I would suspect that it was Dr. Turley, | |
|  | 32:14 who made that diagnosis after reviewing the | |
|  | 32:15 pathologist's slides. | |
|  | 32:16  Q. Okay. | |
|  | 32:17  A. Or pathologist's report. | |
| 33:5 - 33:14 | **Turk, C 10-31-2018 (00:00:18)** | RT_06.23 |
|  | 33:5  Q. Okay.  But in any event, it's your | |
|  | 33:6 understanding that Mr. Hardeman was diagnosed in | |
|  | 33:7 early 2015? | |
|  | 33:8  A. Correct. | |
|  | 33:9  Q. With non-Hodgkin's lymphoma, correct? | |
|  | 33:10  A. Yes. | |
|  | 33:11  Q. And is it further your understanding that | |
|  | 33:12 he was diagnosed with what's known as large B-cell | |
|  | 33:13 lymphoma? | |
|  | 33:14  A. I believe that's correct. | |
| 33:15 - 33:19 | **Turk, C 10-31-2018 (00:01:42)** | RT_06.24 |
|  | 33:15  Q. Feel free to look at your records, please. | |

| | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

33:16  A. So the pathology from the core biopsy
33:17 2/6/15 suggested a high grade lymphoma.
33:18 And then a bone marrow biopsy performed
33:19 2/23/15 confirmed diffuse large B-cell lymphoma.

| | | |
|---|---|---|
| 33:24 - 34:4 | **Turk, C 10-31-2018 (00:00:13)** | **RT_06.25** |

33:24   Q. Okay.  Subsequent to the diagnosis of
33:25 large B-cell non-Hodgkin's lymphoma on
34:1 February 23rd, 2015, is it your understanding that
34:2 Mr. Hardeman was then treated for large B-cell
34:3 lymphoma?
34:4   A. Yes.

| | | |
|---|---|---|
| 34:8 - 34:23 | **Turk, C 10-31-2018 (00:00:37)** | **RT_06.26** |

34:8   Q. And is -- in your experience, is
34:9 Mr. Hardeman a compliant patient?
34:10   A. Yes.
34:11   Q. Okay.  And can you explain what compliant
34:12 patient means to you, please?
34:13   A. Compliant patient follows the
34:14 recommendations of the physician.
34:15   Q. Okay.  And, for example, for members of
34:16 the jury, if, for example, you prescribed a pill, a
34:17 compliant patient takes the pill until it's
34:18 completed; is that correct?
34:19   A. Yes.
34:20   Q. And in your experience with Mr. Hardeman,
34:21 he was compliant during the whole time that you saw
34:22 him starting in -- on November 10th, 2005, through
34:23 today; is that correct?

| | | |
|---|---|---|
| 34:25 - 34:25 | **Turk, C 10-31-2018 (00:00:01)** | **RT_06.27** |

34:25 THE WITNESS:  Yes.

| | | |
|---|---|---|
| 35:6 - 35:10 | **Turk, C 10-31-2018 (00:00:08)** | **RT_06.28** |

35:6 You still are Mr. Hardeman's primary care
35:7 physician; is that correct?
35:8   A. That is correct.
35:9   Q. Okay.  And when was the last time you saw
35:10 him?

| | | |
|---|---|---|
| 35:11 - 35:11 | **Turk, C 10-31-2018 (00:00:03)** | **RT_06.29** |

35:11   A. 7/27/2018.

| | | |
|---|---|---|
| 51:18 - 51:21 | **Turk, C 10-31-2018 (00:00:38)** | **RT_06.30** |

51:18 was it your

| | RT_06-TURK_COMBINED_06 FINAL PLAYED | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

| | 51:19 understanding that Mr. Hardeman was diagnosed with | |
| | 51:20 Hepatitis C genotype 2? | |
| | 51:21  A. Yes.  Genotype 2b. | |
| 52:16 - 52:21 | **Turk, C 10-31-2018 (00:00:10)** | **RT_06.31** |
| | 52:16  Q. Okay.  Now, without going through | |
| | 52:17 everything that we went through with Dr. Ye | |
| | 52:18 yesterday, is it your understanding that | |
| | 52:19 Mr. Hardeman was treated for his Hepatitis C with | |
| | 52:20 Interferon and other types of drugs? | |
| | 52:21  A. Yes. | |
| 53:4 - 53:6 | **Turk, C 10-31-2018 (00:00:04)** | **RT_06.32** |
| | 53:4  Q. And is it your understanding that | |
| | 53:5 Mr. Hardeman has been cured of his Hepatitis C? | |
| | 53:6  A. Yes. | |
| 53:9 - 53:12 | **Turk, C 10-31-2018 (00:00:13)** | **RT_06.33** |
| | 53:9  Q. And is it your understanding -- and you | |
| | 53:10 can refer to the records on this -- my records | |
| | 53:11 indicate that he was treated for his Hepatitis C | |
| | 53:12 from December 2nd, 2005, to November 2006. | |
| 53:13 - 53:14 | **Turk, C 10-31-2018 (00:00:04)** | **RT_06.34** |
| | 53:13  A. Yes, therapy was started on December 2nd, | |
| | 53:14 2005. | |
| 53:25 - 54:3 | **Turk, C 10-31-2018 (00:00:20)** | **RT_06.35** |
| | 53:25 THE WITNESS:  So the record of Dr. Susan | |
| | 54:1 Ruffner dated 12/15/05 states that the start date is | |
| | 54:2 12/2/05.  And the office record, 12/19/06, states | |
| | 54:3 the end date of 11/4/06. | |
| 54:15 - 55:2 | **Turk, C 10-31-2018 (00:00:34)** | **RT_06.36** |
| | 54:15 But -- well first, let me ask you, do you | |
| | 54:16 have an independent recollection that viral load | |
| | 54:17 testing was done? | |
| | 54:18  A. Yes. | |
| | 54:19  Q. Okay.  And can you just explain for the | |
| | 54:20 members of the jury what viral load testing is. | |
| | 54:21  A. So it is sampling of blood to look for | |
| | 54:22 evidence of active virus in the bloodstream. | |
| | 54:23  Q. Okay.  And was it your understanding or it | |
| | 54:24 was -- is it your recollection that Mr. Hardeman had | |
| | 54:25 quite a few viral load tests for Hepatitis C and | |
| | 55:1 that at least since November 2006, all of those | |

| | RT_06-TURK_COMBINED_06 FINAL PLAYED | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

| | 55:2 viral load testings were negative? | |
| 55:6 - 55:7 | **Turk, C 10-31-2018 (00:00:17)** | **RT_06.37** |
| | 55:6   A. So he had viral load testing starting | |
| | 55:7 2/23/06 through 6/7/2015 that were all negative. | |
| 55:13 - 55:17 | **Turk, C 10-31-2018 (00:00:15)** | **RT_06.38** |
| | 55:13 MS. FORGIE:  What I'm going to mark as | |
| | 55:14 Exhibit 7, which is a medical record from doctor -- | |
| | 55:15 it's a Kaiser medical record from Dr. Susan -- this | |
| | 55:16 one says Ruffner-Statzer.  Some of the others say | |
| | 55:17 Ruffner. | |
| 56:2 - 56:19 | **Turk, C 10-31-2018 (00:00:38)** | **RT_06.39** |
| | 56:2 Do you see where Dr. Ruffner indicates | |
| | 56:3 that she's going to "enclose the lab results here. | |
| | 56:4 All looks okay to me.  Best news is the negative | |
| | 56:5 viral load.  Congratulations." | |
| | 56:6 Do you see that? | |
| | 56:7   A. I see that. | |
| | 56:8   Q. And I believe you testified at the | |
| | 56:9 beginning of the deposition that in the Kaiser | |
| | 56:10 medical records patients can actually communicate | |
| | 56:11 through a secured system with their treating | |
| | 56:12 physicians; is that correct? | |
| | 56:13   A. That is correct. | |
| | 56:14   Q. Okay.  And so does this appear to be a | |
| | 56:15 communication between Mr. Hardeman and Dr. Ruffner? | |
| | 56:16   A. It does. | |
| | 56:17   Q. Okay.  And so is Dr. Ruffner communicating | |
| | 56:18 to Mr. Hardeman that the viral load is negative? | |
| | 56:19   A. Yes. | |
| 57:8 - 57:12 | **Turk, C 10-31-2018 (00:00:10)** | **RT_06.40** |
| | 57:8   Q. What's the date on where she's talking | |
| | 57:9 about the negative viral load?  Why don't you give | |
| | 57:10 us that from Exhibit 7. | |
| | 57:11   A. 3/6/2006 is the date of her message to | |
| | 57:12 Mr. Hardeman. | |
| 57:16 - 59:2 | **Turk, C 10-31-2018 (00:01:29)** | **RT_06.41** |
| | 57:16 MS. FORGIE:  What I'm going to mark as | |
| | 57:17 Exhibit 8. | |
| | 57:18 (Whereupon, Exhibit 8 was marked for | |
| | 57:19 identification.) | |

| RT_06-TURK_COMBINED_06 FINAL PLAYED | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

57:20 BY MS. FORGIE:

57:21   Q. I ask you to briefly look at that.  And

57:22 the top date of Exhibit 8 is March 9, 2006, up on

57:23 the top left.

57:24 Do you see that?

57:25   A. Yes.

58:1   Q. Okay.  And take your time to look at it.

58:2 But basically, this appears to be another

58:3 medical record from Dr. Ruffner with regard to her

58:4 treatment of Mr. Hardeman.  And I'd like you to just

58:5 look at the section from Dr. Ruffner to Dr. Hardeman

58:6 (verbatim), which is about in the middle of the

58:7 first page.

58:8   A. Yes.

58:9   Q. I'm sorry.  The middle of the second page.

58:10 Do you see that section where it says,

58:11 "Ed"?

58:12   A. Yes.

58:13   Q. Okay.  And I'd like you to turn to the

58:14 middle of that.  And it talks about, "If the virus

58:15 stays undetectable after six months off the

58:16 treatment you are likely cured."

58:17 And then it says, "Will continue to test

58:18 your blood for return of the virus, but 95 percent

58:19 of the time it stays gone and if it is gone after

58:20 five years, we'll call you cured."

58:21 Do you see that?

58:22   A. I do.

58:23   Q. Okay.  So as far as you know, Dr. --

58:24 Dr. -- Mr. Hardeman had no detectable viral loads of

58:25 Hepatitis C after six months of treatment; is that

59:1 correct?

59:2   A. That's correct.

| 60:24 - 61:3 | **Turk, C 10-31-2018 (00:00:13)** | **RT_06.42** |

60:24   Q. Okay.  And then I want to show you another

60:25 document -- or another medical record, I should

61:1 say --

61:2 MS. FORGIE:  Which I'm going to mark as

61:3 Exhibit 9.

| 61:7 - 61:14 | **Turk, C 10-31-2018 (00:00:18)** | **RT_06.43** |

| Page/Line | Source | ID |
|---|---|---|

**RT_06-TURK_COMBINED_06 FINAL PLAYED**

61:7   Q. -- and ask you to review that for a few
61:8 minutes and then I'm just going to ask you a couple
61:9 questions.  I would note that Exhibit 9 -- let's see
61:10 if we can find it -- well, what's the date that you
61:11 would say this medical record is?  I mean, I guess
61:12 there's several dates.
61:13   A. 2/6/15 was the date the sample was
61:14 collected?

**63:13 - 63:21**   **Turk, C 10-31-2018 (00:00:30)**   **RT_06.44**

63:13 Are you aware that certain treatments for
63:14 non-Hodgkin's lymphoma can activate hepatitis if
63:15 you've had prior exposure to hepatitis?
63:16   A. Yes, I've heard that is a risk.
63:17   Q. Okay.  Can you explain that briefly to the
63:18 jury, what that means.
63:19   A. Treatments for cancer of many types cause
63:20 immune suppression, and that can sometimes allow a
63:21 virus to reactivate.

**64:4 - 65:3**   **Turk, C 10-31-2018 (00:01:04)**   **RT_06.45**

64:4   Q. Okay.  And exposure to a virus can often
64:5 show up in the body in terms of antibodies; is that
64:6 correct?
64:7   A. Yes.
64:8   Q. But just because you have antibodies, to a
64:9 particular virus, doesn't mean you actually have
64:10 suffered the disease itself, it just means you've
64:11 been exposed to it; is that correct?
64:12   A. That is correct.
64:13   Q. Okay.  And can you tell the jury what an
64:14 antibody is, please?
64:15   A. It is a portion of your immune system, a
64:16 protein that is produced by your immune system cells
64:17 to fight antigens, infections, cancers.
64:18   Q. And with regard to Mr. Hardeman, because
64:19 he was about to have chemotherapy -- I'm going now
64:20 to 2015, after his diagnosis of non-Hodgkin's
64:21 lymphoma, okay, so for timing.
64:22 Because he was going to be treated with
64:23 certain chemotherapy drugs that we've discussed, it
64:24 was important to determine whether he had ever been

| | | |
|---|---|---|
| **RT_06-TURK_COMBINED_06 FINAL PLAYED** | | |
| **Page/Line** | **Source** | **ID** |

| Page/Line | Source | ID |
|---|---|---|
| | 64:25 exposed to certain viruses because if he had been, | |
| | 65:1 the chemotherapy could activate them into actual | |
| | 65:2 active disease; is that correct? | |
| | 65:3  A. Yes. | |
| 65:7 - 65:13 | **Turk, C 10-31-2018 (00:00:18)** | **RT_06.46** |
| | 65:7  Q. And so to avoid activating the exposure, | |
| | 65:8 you would want to check and see if he had antibodies | |
| | 65:9 which would indicate that exposure; is that correct? | |
| | 65:10  A. Yes. | |
| | 65:11  Q. And, in fact, that was done for | |
| | 65:12 Mr. Hardeman with regard to Hepatitis B, | |
| | 65:13 Hepatitis C | |
| 65:14 - 65:18 | **Turk, C 10-31-2018 (00:00:13)** | **RT_06.47** |
| | 65:14  A. I would have to look to see if it was | |
| | 65:15 done. | |
| | 65:16  Q. Okay.  I think if you look at -- let me | |
| | 65:17 find the record.  I mean, you can look, too, but | |
| | 65:18 I'll see if I can find it. | |
| 65:19 - 65:25 | **Turk, C 10-31-2018 (00:00:17)** | **RT_06.48** |
| | 65:19  A. So January 28, 2015. | |
| | 65:20  Q. I'm sorry.  Hold on one second. | |
| | 65:21 January 8th? | |
| | 65:22  A. 28. | |
| | 65:23  Q. 28th, 2015. | |
| | 65:24  A. 2015.  He was tested for Hepatitis C, | |
| | 65:25 Hepatitis B | |
| 66:1 - 66:2 | **Turk, C 10-31-2018 (00:00:04)** | **RT_06.49** |
| | 66:1  Q. Okay.  And it -- and what did it indicate? | |
| | 66:2 What did that testing indicate? | |
| 66:4 - 66:6 | **Turk, C 10-31-2018 (00:00:12)** | **RT_06.50** |
| | 66:4 Negative Hepatitis B | |
| | 66:5 surface antigen.  Negative Hepatitis B surface | |
| | 66:6 antibody.  Positive Hepatitis C antibody. | |
| 67:16 - 67:19 | **Turk, C 10-31-2018 (00:00:09)** | **RT_06.51** |
| | 67:16  Q. And the same would be true with regard to | |
| | 67:17 Hepatitis B, there was an exposure in the past, but | |
| | 67:18 no active disease in terms of Hepatitis B, correct? | |
| | 67:19  A. That's correct. | |
| 82:2 - 82:8 | **Turk, C 10-31-2018 (00:00:14)** | **RT_06.52** |
| | 82:2  Q. Okay.  So would it be fair to say that | |

| Page/Line | Source | ID |
|---|---|---|

**RT_06-TURK_COMBINED_06 FINAL PLAYED**

82:3 with regard to an opinion as to whether or not
82:4 Roundup caused Mr. Hardeman's non-Hodgkin's
82:5 lymphoma, given that you haven't read the
82:6 literature, you would defer to an expert who has
82:7 read the literature; is that fair?
82:8  A. I would.

**82:9 - 82:13**   **Turk, C 10-31-2018 (00:00:09)**   **RT_06.53**

82:9  Q. Okay.  And would it be fair to say that
82:10 you don't have an opinion at this time as to whether
82:11 or not Roundup caused Mr. Hardeman's non-Hodgkin's
82:12 lymphoma?
82:13  A. That would be fair to say.

**85:15 - 85:17**   **Turk, C 10-31-2018 (00:00:09)**   **RT_06.54**

85:15  Q. Okay.  Okay.  Let's go to some records.
85:16 If we could look at a record from
85:17 August 22nd, we'll give you a copy.

**86:4 - 86:11**   **Turk, C 10-31-2018 (00:00:21)**   **RT_06.55**

86:4  Q. Exhibit 14 is a Kaiser Permanente Medical
86:5 Group record.  And I believe it's from the encounter
86:6 date is August 22nd, 2014; is that right, Doctor?
86:7  A. That looks right.
86:8  Q. Okay.  And is this the result of an
86:9 ultrasound that you performed with respect to
86:10 Mr. Hardeman?
86:11  A. Yes.

**86:25 - 87:3**   **Turk, C 10-31-2018 (00:00:11)**   **RT_06.56**

86:25  Q. And why did you order an ultrasound for
87:1 Mr. Hardeman in or around August of 2014?
87:2  A. Let me review my record.
87:3  Q. Sure.

**87:4 - 87:9**   **Turk, C 10-31-2018 (00:00:18)**   **RT_06.57**

87:4  A. Okay.  I ordered an ultrasound in an
87:5 office visit 8/15/2014 because of his history of
87:6 cirrhosis of the liver.
87:7  Q. Had -- as of August 2014, had Mr. Hardeman
87:8 previously been diagnosed with liver cirrhosis?
87:9  A. I believe so.

**87:11 - 87:14**   **Turk, C 10-31-2018 (00:00:04)**   **RT_06.58**

87:11 THE WITNESS:  I can review the record to
87:12 see when he was first diagnosed.

| RT_06-TURK_COMBINED_06 FINAL PLAYED | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

|  | 87:13 BY MR. ESKOVITZ: |  |
|  | 87:14   Q. That would be great.  Thank you. |  |
| 87:15 - 89:19 | **Turk, C 10-31-2018 (00:03:02)** | **RT_06.59** |
|  | 87:15   A. The first mention of a cirrhosis of the |  |
|  | 87:16 liver is -- as a diagnosis was November 10th, 2005. |  |
|  | 87:17   Q. Okay.  And if we could then turn back to |  |
|  | 87:18 Exhibit 14, this is the results from the ultrasound |  |
|  | 87:19 that you ordered? |  |
|  | 87:20   A. Yes. |  |
|  | 87:21   Q. And under "Findings," it states that, "The |  |
|  | 87:22 liver is diffusely" -- well, I'll let you read that |  |
|  | 87:23 sentence, please, under "Findings." |  |
|  | 87:24   A. "The liver is diffusely hyperechoic and |  |
|  | 87:25 coarse in echotexture." |  |
|  | 88:1   Q. What does that mean in layperson's terms? |  |
|  | 88:2   A. That the returns from the ultrasound |  |
|  | 88:3 signal are strong indicating a more dense tissue. |  |
|  | 88:4   Q. Then if you turn to the next page and you |  |
|  | 88:5 see under "Impression," could you read what it says |  |
|  | 88:6 in the first sentence there under "Impression"? |  |
|  | 88:7   A. "Coarse appearance to the liver in keeping |  |
|  | 88:8 with known diffuse hepatocellular disease." |  |
|  | 88:9   Q. And is that a reference to the -- |  |
|  | 88:10 Mr. Hardeman's previously diagnosed liver cirrhosis? |  |
|  | 88:11   A. It is. |  |
|  | 88:12   Q. Okay.  This is not the first ultrasound I |  |
|  | 88:13 think you -- you mentioned that had been done of |  |
|  | 88:14 Mr. Hardeman's liver; is that right? |  |
|  | 88:15   A. I think that's correct. |  |
|  | 88:16 MR. ESKOVITZ:  Okay.  Let's turn to the |  |
|  | 88:17 next document in order, which will be Exhibit 15. |  |
|  | 88:18 (Whereupon, Exhibit 15 was marked for |  |
|  | 88:19 identification.) |  |
|  | 88:20 MR. ESKOVITZ:  Handing you Exhibit 15, |  |
|  | 88:21 Counsel. |  |
|  | 88:22 MS. FORGIE:  Thank you. |  |
|  | 88:23 BY MR. ESKOVITZ: |  |
|  | 88:24   Q. And is Exhibit 15 the results from a prior |  |
|  | 88:25 ultrasound of Mr. Hardeman's liver? |  |
|  | 89:1   A. Yes.  It is a letter dated June 29th, |  |

| RT_06-TURK_COMBINED_06 FINAL PLAYED | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

89:2 2006,

89:3   Q. And what does it show with respect to the

89:4 findings from that abdominal ultrasound in 2006?

89:5   A. The findings are, again, "The liver

89:6 demonstrates a coarsened and increased echotexture

89:7 and mildly lobulated contours consistent with a

89:8 cirrhosis."

89:9   Q. So is it fair to say that Mr. Hardeman

89:10 suffered liver cirrhosis for approximately a decade?

89:11   A. Yes.

89:12   Q. Okay.  You were asked some questions

89:13 earlier about the Hepatitis C diagnosis so I just

89:14 want to go over that topic briefly.

89:15 Cirrhosis of the liver can be caused by

89:16 Hepatitis C, correct?

89:17   A. Correct.

89:18   Q. And that's a normal side effect of the

89:19 Hepatitis C illness?

| 89:21 - 89:21 | **Turk, C 10-31-2018 (00:00:01)** | **RT_06.60** |

89:21 THE WITNESS:  Yes.

| 90:6 - 90:24 | **Turk, C 10-31-2018 (00:00:42)** | **RT_06.61** |

90:6   Q. Is Exhibit 16 a Kaiser record from -- why

90:7 don't you tell me what the date of -- the date of

90:8 this record would be.

90:9 MS. RUBENSTEIN:  7/26.

90:10 BY MR. ESKOVITZ:

90:11   Q. Oh, 7/26/2016; is that right?

90:12   A. So that's when this was generated.  I

90:13 believe what it is is a review of his medical

90:14 records.

90:15   Q. I see.

90:16   A. A summary of his medical records.

90:17   Q. It says "Clinical Summary" on the top

90:18 there?

90:19   A. Yes.  Uh-huh.

90:20   Q. Okay.  And this is a summary that was

90:21 prepared and generated in the ordinary course of

90:22 business by the Kaiser Medical Group as of

90:23 July 26th, 2016?

90:24   A. Yes.

| RT_06-TURK_COMBINED_06 FINAL PLAYED | | |
| --- | --- | --- |
| **Page/Line** | **Source** | **ID** |

| 91:8 - 92:4 | **Turk, C 10-31-2018 (00:00:53)** | RT_06.62 |

91:8   Q. And this document lists you as
91:9 Mr. Hardeman's primary care physician, correct?
91:10   A. Correct.
91:11   Q. And there's a -- a problem list as of
91:12 July 26th, 2016, there, correct?
91:13   A. Yes.
91:14   Q. Is this medical history something that
91:15 would have been gathered from Mr. Hardeman's records
91:16 in the ordinary course of business at -- at Kaiser?
91:17   A. Yes.  As a patient develops various
91:18 medical problems, we add them to their problem list.
91:19   Q. Okay.  And if you see it there, there's a
91:20 reference to Mr. Hardeman's cirrhosis of the liver,
91:21 and -- and it was noted January 20th, 2015.  That
91:22 would be the diagnosis date?
91:23   A. That's when it was entered, yes.
91:24   Q. Entered, okay.
91:25 And it says that the cirrhosis is
92:1 hep-C-related.  Was a determination made that
92:2 Mr. Hardeman's liver cirrhosis was related to his
92:3 Hepatitis C?
92:4   A. Yes.

| 92:6 - 93:9 | **Turk, C 10-31-2018 (00:01:36)** | RT_06.63 |

92:6 THE WITNESS:  That's what that would
92:7 imply.
92:8 BY MR. ESKOVITZ:
92:9   Q. And that's a determination that was made
92:10 based on the medical records from Kaiser, correct?
92:11   A. Yes.
92:12   Q. You were asked some questions by counsel
92:13 about Mr. Hardeman's viral load related to --
92:14   A. Yes.
92:15   Q. -- hep C.
92:16 I want to show you the next document,
92:17 Tab 13.  This will be Exhibit 17.
92:18 (Whereupon, Exhibit 17 was marked for
92:19 identification.)
92:20 BY MR. ESKOVITZ:
92:21   Q. Exhibit 17 is, I believe, dated

| RT_06-TURK_COMBINED_06 FINAL PLAYED | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

92:22 January 14th, 2005.  And it's a Kaiser medical
92:23 record as well, correct?
92:24   A. Yes.
92:25   Q. And what is reflected with respect to
93:1 the -- Mr. Hardeman's viral load as of January 14th,
93:2 20- -- 2005?
93:3   A. This is a Hepatitis C RNA, BDNA result
93:4 showing a value of 731,784.
93:5   Q. And is the reference range there, 615, is
93:6 that the relative comparator?
93:7   A. It is less than 615.
93:8   Q. Okay.  So is that viral load there one
93:9 that you would have considered quite high?

**93:11 - 93:16**       **Turk, C 10-31-2018 (00:00:15)**                          **RT_06.64**

93:11 THE WITNESS:  It's above normal.
93:12 BY MR. ESKOVITZ:
93:13   Q. Okay.  And this was the time -- this was
93:14 at a time when Mr. Hardeman had tested positive for
93:15 Hepatitis C, correct?
93:16   A. Yes.

**93:22 - 94:10**       **Turk, C 10-31-2018 (00:00:36)**                          **RT_06.65**

93:22   Q. Okay.  I've marked what's -- I've
93:23 identified and handed to you as Exhibit 18 another
93:24 Kaiser medical record.  I believe this one is from
93:25 January 28, 2005; is that right?
94:1   A. Yes.
94:2   Q. And if you turn to the portion under
94:3 "Progress notes," you'll see that at this time
94:4 Mr. Hardeman is described as 56-year-old male who
94:5 presents for Hepatitis C consultation.
94:6 Do you see that?
94:7   A. Yes.
94:8   Q. And it refers to him having a positive
94:9 history of hepatitis.
94:10   A. Yes.

**95:2 - 95:5**       **Turk, C 10-31-2018 (00:00:10)**                          **RT_06.66**

95:2   Q. And does this indicate to you that
95:3 Mr. Hardeman could have had a history of Hepatitis C
95:4 that dated back many years before 2005?
95:5   A. Yes.

| RT_06-TURK_COMBINED_06 FINAL PLAYED | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

| | | |
|---|---|---|
| 95:8 - 95:9 | **Turk, C 10-31-2018 (00:00:04)** | **RT_06.67** |
| | 95:8   Q. It could have gone back to as early as | |
| | 95:9 1966? | |
| 95:12 - 95:18 | **Turk, C 10-31-2018 (00:00:13)** | **RT_06.68** |
| | 95:12 THE WITNESS:  That is correct. | |
| | 95:13 BY MR. ESKOVITZ: | |
| | 95:14   Q. What is Hepatitis C? | |
| | 95:15   A. Hepatitis C is a viral illness that | |
| | 95:16 infects and damages the liver. | |
| | 95:17   Q. Can Hepatitis C have the effect of | |
| | 95:18 suppressing the immune system? | |
| 95:20 - 95:24 | **Turk, C 10-31-2018 (00:00:07)** | **RT_06.69** |
| | 95:20 THE WITNESS:  Many viral illnesses can | |
| | 95:21 have the effect of suppressing the immune system. | |
| | 95:22 BY MR. ESKOVITZ: | |
| | 95:23   Q. Including Hepatitis C? | |
| | 95:24   A. Including Hepatitis C. | |
| 96:2 - 96:4 | **Turk, C 10-31-2018 (00:00:11)** | **RT_06.70** |
| | 96:2   Q. Does the duration of exposure for | |
| | 96:3 Hepatitis C mean that the effects of the virus can | |
| | 96:4 be more pronounced in a patient? | |
| 96:6 - 96:14 | **Turk, C 10-31-2018 (00:00:28)** | **RT_06.71** |
| | 96:6 THE WITNESS:  The longer one is infected, | |
| | 96:7 the -- generally the more damage there is to the | |
| | 96:8 liver. | |
| | 96:9 MR. ESKOVITZ:  Okay.  Let's turn to the | |
| | 96:10 next document in order, which will be Tab 18. | |
| | 96:11 (Whereupon, Exhibit 19 was marked for | |
| | 96:12 identification.) | |
| | 96:13 MR. ESKOVITZ:  This is Exhibit 19. | |
| | 96:14 MS. FORGIE:  Thank you. | |
| 96:15 - 96:25 | **Turk, C 10-31-2018 (00:00:29)** | **RT_06.72** |
| | 96:15 BY MR. ESKOVITZ: | |
| | 96:16   Q. Exhibit 19, before you, is a Kaiser | |
| | 96:17 medical record from December 6, 2007. | |
| | 96:18   A. That's correct. | |
| | 96:19   Q. Okay.  And under "Diagnoses," you see | |
| | 96:20 there were -- it -- it first says cirrhosis of the | |
| | 96:21 liver and then it says Hepatitis C chronic? | |
| | 96:22   A. Yes. | |

| RT_06-TURK_COMBINED_06 FINAL PLAYED | | |
| --- | --- | --- |
| **Page/Line** | **Source** | **ID** |

| | 96:23   Q. What -- what does it mean that | |
| | 96:24 Mr. Hardeman's hepatitis is listed as chronic as of | |
| | 96:25 2007? | |
| 97:2 - 97:3 | **Turk, C 10-31-2018 (00:00:05)** | **RT_06.73** |
| | 97:2 THE WITNESS:  Generally chronic refers to | |
| | 97:3 a longstanding duration of infection. | |
| 98:2 - 98:20 | **Turk, C 10-31-2018 (00:00:54)** | **RT_06.74** |
| | 98:2   Q. I'm showing you Exhibit 20, if that's | |
| | 98:3 easier for you. | |
| | 98:4   A. Thank you. | |
| | 98:5   Q. I believe Exhibit 20 is a Kaiser | |
| | 98:6 Permanente record from January 28th of 2015; is that | |
| | 98:7 right? | |
| | 98:8   A. That's correct. | |
| | 98:9   Q. And this reflects results from hepatitis | |
| | 98:10 labs that you ordered for Mr. Hardeman? | |
| | 98:11   A. That is correct. | |
| | 98:12   Q. Okay.  And let me first direct you to | |
| | 98:13 the -- I guess the first half of the document -- or | |
| | 98:14 the first page and a half of the document.  It seems | |
| | 98:15 to refer to Hepatitis B testing. | |
| | 98:16 Do you see that? | |
| | 98:17   A. Yes. | |
| | 98:18   Q. Okay.  And at the bottom of that first | |
| | 98:19 segment, the segment that is titled "HBsAg." | |
| | 98:20   A. Yes. | |
| 99:3 - 99:9 | **Turk, C 10-31-2018 (00:00:16)** | **RT_06.75** |
| | 99:3   Q. Okay.  And if you go down to the bottom | |
| | 99:4 there before it says reviewed by you, Dr. Turk, it | |
| | 99:5 says, "Components.  Comment.  Positive HBsAg | |
| | 99:6 indicates active infection with Hepatitis B virus." | |
| | 99:7 Do you see that? | |
| | 99:8   A. Yes. | |
| | 99:9   Q. What does that mean? | |
| 99:12 - 100:6 | **Turk, C 10-31-2018 (00:00:55)** | **RT_06.76** |
| | 99:12 THE WITNESS:  The presence of Hepatitis B | |
| | 99:13 surface antigen is an indicator of active | |
| | 99:14 Hepatitis B. | |
| | 99:15 BY MR. ESKOVITZ: | |
| | 99:16   Q. So does this mean that as of -- and I'll | |

| Page/Line | Source | ID |
|---|---|---|

RT_06-TURK_COMBINED_06 FINAL PLAYED

99:17 refer you just so you have the benefit of the entire
99:18 document.  Well, let's go back -- let's look a
99:19 little bit more and I'll ask you the question.
99:20 If you go on to the second page under
99:21 "Hepatitis B core antibody," again under
99:22 "Component," it says, "Positive HBcAb may indicate
99:23 exposure to the Hepatitis B virus.  HBcAb and HBsAg
99:24 results are needed to determine presence or absence
99:25 of infection."
100:1 Do you see that?
100:2   A. I see that.
100:3   Q. And then it looks like an HBsAg test was
100:4 done in addition to the HBcAb test; is that right?
100:5   A. That is correct.
100:6   Q. And -- and that came back positive?

| 100:9 - 100:10 | **Turk, C 10-31-2018 (00:00:03)** | **RT_06.77** |

100:9 THE WITNESS:  The hep B, C core antibody
100:10 test came back positive.

| 100:12 - 100:13 | **Turk, C 10-31-2018 (00:00:06)** | **RT_06.78** |

100:12   Q. Okay.  So in -- as of January 2015, did
100:13 Mr. Hardeman have the Hepatitis B virus?

| 100:15 - 100:18 | **Turk, C 10-31-2018 (00:00:07)** | **RT_06.79** |

100:15 THE WITNESS:  So based on this testing, he
100:16 did not have an active Hepatitis B infection.  There
100:17 is evidence that he had been exposed to a
100:18 Hepatitis B virus.

| 102:5 - 103:4 | **Turk, C 10-31-2018 (00:00:51)** | **RT_06.80** |

102:5 you may have testified about this consult where he
102:6 had come in and -- with swollen glands; is that
102:7 right?
102:8   A. That is correct.
102:9   Q. Okay.  And at the -- and you took vitals
102:10 at the time of his visit to you?
102:11   A. Yes, we did.
102:12   Q. And at the time -- and this was shortly
102:13 before his diagnosis with NHL; right?
102:14   A. That is correct.
102:15   Q. Just about two weeks before the diagnosis?
102:16   A. Yes.
102:17   Q. And at the time his weight was 215 pounds?

| RT_06-TURK_COMBINED_06 FINAL PLAYED | | |
| --- | --- | --- |
| **Page/Line** | **Source** | **ID** |

|  | 102:18   A. Yes. |  |
|  | 102:19   Q. And he was 5 foot 9? |  |
|  | 102:20   A. He was. |  |
|  | 102:21   Q. And that resulted in a body mass index, or |  |
|  | 102:22 a BMI of 31.82? |  |
|  | 102:23 In the middle of the page? |  |
|  | 102:24   A. There it is. |  |
|  | 102:25 Yes.  Yes, that's correct. |  |
|  | 103:1   Q. And is that medical -- does that fit |  |
|  | 103:2 the -- that BMI measurement fit the medical |  |
|  | 103:3 definition of obese? |  |
|  | 103:4   A. It does. |  |
| 109:5 - 109:11 | **Turk, C 10-31-2018 (00:00:25)** | **RT_06.81** |
|  | 109:5   Q. Okay.  And you see under -- there is a -- |  |
|  | 109:6 it says, "History of skin cancer" on the first page, |  |
|  | 109:7 and it says, "Yes, basal cell carcinoma"? |  |
|  | 109:8   A. I do. |  |
|  | 109:9   Q. Does that reflect that, prior to 2018, |  |
|  | 109:10 Mr. Hardeman had had basal cell carcinoma? |  |
|  | 109:11   A. Yes. |  |
| 109:14 - 109:18 | **Turk, C 10-31-2018 (00:00:09)** | **RT_06.82** |
|  | 109:14   Q. That's skin cancer, correct? |  |
|  | 109:15   A. That is skin cancer. |  |
|  | 109:16   Q. And when -- can you tell when Mr. Hardeman |  |
|  | 109:17 was first diagnosed with skin cancer? |  |
|  | 109:18   A. I'd have to review -- |  |
| 109:20 - 110:7 | **Turk, C 10-31-2018 (00:01:18)** | **RT_06.83** |
|  | 109:20 THE WITNESS:  I would have to review the |  |
|  | 109:21 record. |  |
|  | 109:22 BY MR. ESKOVITZ: |  |
|  | 109:23   Q. Okay.  Thank you. |  |
|  | 109:24   A. The first mention of basal cell carcinoma |  |
|  | 109:25 in the record is from an office visit with |  |
|  | 110:1 Dr. Ruffner in January 28, 2005. |  |
|  | 110:2   Q. Okay.  And that refers to a basal cell |  |
|  | 110:3 carcinoma? |  |
|  | 110:4   A. It does.  It refers to a history of basal |  |
|  | 110:5 cell carcinoma. |  |
|  | 110:6   Q. Okay.  And that's -- that's a skin cancer, |  |
|  | 110:7 correct? |  |

| | RT_06-TURK_COMBINED_06 FINAL PLAYED | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

| | | |
|---|---|---|
| 110:9 - 110:20 | **Turk, C 10-31-2018 (00:00:28)** | **RT_06.84** |
| | 110:9 THE WITNESS:  Yes. | |
| | 110:10 BY MR. ESKOVITZ: | |
| | 110:11   Q. And then, based on the office visit that | |
| | 110:12 you had with Mr. Hardeman in July of 2018, did you | |
| | 110:13 then refer him for dermatological consult? | |
| | 110:14   A. I did. | |
| | 110:15   Q. Okay.  And as a result of that | |
| | 110:16 dermatological consult, was he, if you know, if not | |
| | 110:17 I can show you records, diagnosed with a melanoma? | |
| | 110:18   A. He was. | |
| | 110:19   Q. And that's a skin cancer, correct? | |
| | 110:20   A. Yes. | |
| 110:23 - 110:25 | **Turk, C 10-31-2018 (00:00:08)** | **RT_06.85** |
| | 110:23   Q. And he received then a treatment for that | |
| | 110:24 melanoma? | |
| | 110:25   A. He did. | |
| 117:16 - 117:25 | **Turk, C 10-31-2018 (00:00:15)** | **RT_06.86** |
| | 117:16   Q. Okay.  Fair to say that you don't have | |
| | 117:17 specialized treating -- specialized training in | |
| | 117:18 treating NHL? | |
| | 117:19   A. Yes, that's fair to say. | |
| | 117:20   Q. And that you're not an expert in the | |
| | 117:21 causes of NHL? | |
| | 117:22   A. That is correct. | |
| | 117:23   Q. Or the things that might contribute to a | |
| | 117:24 patient developing NHL? | |
| | 117:25   A. No. | |
| 118:3 - 118:5 | **Turk, C 10-31-2018 (00:00:02)** | **RT_06.87** |
| | 118:3   Q. That's not your area of specialization or | |
| | 118:4 expertise? | |
| | 118:5   A. That is true. | |
| 118:12 - 118:16 | **Turk, C 10-31-2018 (00:00:10)** | **RT_06.88** |
| | 118:12   Q. And that's something, in fact, that you do | |
| | 118:13 as a matter of course in your practice here at | |
| | 118:14 Kaiser Permanente, you refer on oncological patients | |
| | 118:15 for expert treatment by specialists like Dr. Ye? | |
| | 118:16   A. That is correct. | |
| 118:19 - 119:2 | **Turk, C 10-31-2018 (00:00:26)** | **RT_06.89** |
| | 118:19   Q. I think counsel asked you whether you had | |

| Page/Line | Source | ID |
|---|---|---|

118:20 an opinion as to whether Roundup or glyphosate
118:21 caused Mr. Hardeman's NHL.
118:22 Let me ask you, given the fact that you're
118:23 not an expert in that area, you don't have an
118:24 opinion one way or the other as to whether any
118:25 exposure that Mr. Hardeman had to Roundup or
119:1 glyphosate contributed to his NHL, do you?
119:2   A. That is correct.

**121:3 - 121:11**   **Turk, C 10-31-2018 (00:00:15)**   **RT_06.90**

121:3   Q. Doctor, you were asked, I think, one or
121:4 two questions about Mr. Hardeman having basal cell
121:5 carcinoma at some stage.
121:6 Do you remember that?
121:7   A. Yes.
121:8   Q. And is basal cell carcinoma a type of skin
121:9 cancer that is usually caused by exposure to the
121:10 sun?
121:11   A. It is.

**127:16 - 127:20**   **Turk, C 10-31-2018 (00:00:11)**   **RT_06.91**

127:16 Is there any reason to think that the 2005
127:17 basal cell carcinoma that Mr. Hardeman was diagnosed
127:18 with had anything to do with his later diagnosis of
127:19 NHL?
127:20   A. No.

PLF Affirmative = 00:15:09
DEF Affirmative = 00:18:20
PLF Counter = 00:00:05
Overlap = 00:04:56
PLF Counter- Counter = 00:00:13
**Total Time = 00:38:43**