# EXHIBIT B

**Designation Run Report**

# TURLEY_COMBINED_01

_____
Turley, Richard 10-30-2018
_____

| | |
|---|---|
| **PLF Affirmative** | **00:11:33** |
| **DEF Affirmative** | **00:02:36** |
| **DEF Counter** | **00:01:31** |
| **Overlap** | **00:03:55** |
| **Total Time** | **00:19:35** |



ID:v1



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 1692**
Case No. __3:16-cv-00525-VC__
Date Entered _____
By _____
Deputy Clerk

| Page/Line | Source | ID |
|---|---|---|
| 7:15 - 7:16 | **Turley, Richard 10-30-2018 (00:00:02)**<br>7:15   Q. Good afternoon, Dr. Turley.<br>7:16   A. Afternoon. | v1.1 |
| 7:17 - 7:19 | **Turley, Richard 10-30-2018 (00:00:06)**<br>7:17   Q. My name is Aimee Wagstaff, and I represent<br>7:18 your patient, Ed Hardeman, in this matter.<br>7:19   A. Uh-huh. | v1.2 |
| 11:15 - 11:18 | **Turley, Richard 10-30-2018 (00:00:09)**<br>11:15 Exhibit 2 is your<br>11:16 CV; is this correct?<br>11:17   A. Yes.<br>11:18   Q. Okay.  And so is this up to date? | v1.3 |
| 11:19 - 12:16 | **Turley, Richard 10-30-2018 (00:00:51)**<br>11:19   A. Yeah.<br>11:20   Q. Okay.  And so before we go into your<br>11:21 background, I just want to make sure, for the<br>11:22 record, that you and I have never spoken before.<br>11:23   A. Correct.<br>11:24   Q. We've never communicated with each other<br>11:25 in any way?<br>12:1   A. Correct.<br>12:2   Q. And you've never, to my knowledge,<br>12:3 communicated with anyone who represents Mr. Hardeman<br>12:4 in this matter, correct?<br>12:5   A. Correct.<br>12:6   Q. Do you know why you're here today?<br>12:7   A. Vaguely, but, no, not completely.<br>12:8   Q. Okay.  What's your -- what's your<br>12:9 understanding of why you think you're here today?<br>12:10   A. I mean, I know he -- he had -- I saw him<br>12:11 and diagnosed him with lymphoma, based on some neck<br>12:12 masses that he had, and I am assuming he had some<br>12:13 sort of working with either Monsanto or some product<br>12:14 made by Monsanto or something, is my basic<br>12:15 understanding, but I don't have any other details<br>12:16 other than that. | v1.45 |
| 12:17 - 13:1 | **Turley, Richard 10-30-2018 (00:00:20)**<br>12:17   Q. So let's talk a little bit about<br>12:18 your CV and your -- your education.<br>12:19 It looks like you -- you went to BYU in | v1.4 |

| Page/Line | Source | ID |
|---|---|---|
| | v1-TURLEY_COMBINED_01 FINAL PLAYED | |
| | 12:20 Provo, Utah, for your bachelor's in science? | |
| | 12:21   A. Uh-huh. | |
| | 12:22   Q. And you -- you graduated magna cum laude | |
| | 12:23 with a major in microbiology? | |
| | 12:24   A. Uh-huh. | |
| | 12:25   Q. And a minor in chemistry? | |
| | 13:1   A. Yes. | |
| 13:2 - 13:21 | **Turley, Richard 10-30-2018 (00:00:40)** | v1.5 |
| | 13:2   Q. Wow.  And also a minor in anthropology. | |
| | 13:3 How did you have time to do all three of | |
| | 13:4 those, I don't know. | |
| | 13:5   A. Chemistry was actually part of the degree | |
| | 13:6 for micro. | |
| | 13:7   Q. Oh, it was? | |
| | 13:8   A. It was a default.  Yeah. | |
| | 13:9   Q. Okay. | |
| | 13:10   A. You just sort of automatically got it as | |
| | 13:11 part of the major. | |
| | 13:12   Q. Okay.  Well, it's still impressive. | |
| | 13:13 And then you -- did you go straight to -- | |
| | 13:14 to medical school? | |
| | 13:15   A. I took one year off and worked at -- I'm | |
| | 13:16 not sure.  I assume it's on here.  Yeah, I worked as | |
| | 13:17 a microscopist in Phoenix, which is where my parents | |
| | 13:18 live.  So basically I took a year off and worked in | |
| | 13:19 a lab, counting fungal spores essentially. | |
| | 13:20   Q. Okay.  And then you -- | |
| | 13:21   A. Then I went to Michigan. | |
| 13:22 - 14:9 | **Turley, Richard 10-30-2018 (00:00:29)** | v1.6 |
| | 13:22   Q. And then you went to Michigan.  And | |
| | 13:23 you got your medical degree in 2006.  And then you | |
| | 13:24 went on to receive your surgical internship and -- | |
| | 13:25 how do you pronounce that word? | |
| | 14:1   A. Otolaryngology. | |
| | 14:2   Q. Okay.  And what is otolaryngology? | |
| | 14:3   A. So it's ear, nose, and throat or head and | |
| | 14:4 neck surgery are the other names for it. | |
| | 14:5   Q. Okay.  So you're commonly referred to as | |
| | 14:6 like an ENT -- | |
| | 14:7   A. Yeah. | |

| Page/Line | Source | ID |
|---|---|---|
| | v1-TURLEY_COMBINED_01 FINAL PLAYED | |
| | 14:8   Q. -- doctor? | |
| | 14:9   A. ENT or head-neck surgeon. | |
| 14:16 - 14:18 | **Turley, Richard 10-30-2018 (00:00:05)** | v1.7 |
| | 14:16 So your specialty is head and neck, head | |
| | 14:17 and neck and -- is that correct? | |
| | 14:18   A. Uh-huh. | |
| 14:19 - 14:22 | **Turley, Richard 10-30-2018 (00:00:10)** | v1.8 |
| | 14:19   Q. And so what board certifications do | |
| | 14:20 you have? | |
| | 14:21   A. So it's that -- it's the American Board of | |
| | 14:22 Otolaryngology, basically. | |
| 14:25 - 15:15 | **Turley, Richard 10-30-2018 (00:00:44)** | v1.9 |
| | 14:25   Q. Do you have any training in oncology? | |
| | 15:1   A. We have training in, like, oncologic | |
| | 15:2 surgery that pertains to like head- and | |
| | 15:3 neck-specific things, but I don't have a -- there's | |
| | 15:4 not like a -- in surgery from an oncologic | |
| | 15:5 standpoint is basically divided up into kind of what | |
| | 15:6 part of the body you're operating on. | |
| | 15:7 So if you're doing like, you know, surgery | |
| | 15:8 for colon cancer, then you're usually a general | |
| | 15:9 surgeon who sort of does that as part of practice, | |
| | 15:10 whereas, if you're a urologist who operates on | |
| | 15:11 urologic things, then you're going to be the surgeon | |
| | 15:12 who's going to operate on, you know, bladder tumors, | |
| | 15:13 things like that. | |
| | 15:14 So the areas that I work on are basically | |
| | 15:15 cancers of the head and neck. | |
| 15:16 - 16:2 | **Turley, Richard 10-30-2018 (00:00:27)** | v1.10 |
| | 15:16   Q. Okay. | |
| | 15:17   A. Is kind of what I do. | |
| | 15:18   Q. So you're -- | |
| | 15:19   A. But, I mean, there's not a specific -- you | |
| | 15:20 can be subspecialized in doing -- so there are some | |
| | 15:21 people who do a fellowship in cancers of the head | |
| | 15:22 and neck that focus on just that. But I don't do | |
| | 15:23 that. I'm kind of a general. | |
| | 15:24   Q. Okay. So you're a head and neck who -- | |
| | 15:25 who -- you don't have an official subspecialty in | |
| | 16:1 oncology? | |

| Page/Line | Source | ID |
|---|---|---|
| | v1-TURLEY_COMBINED_01 FINAL PLAYED | |
| 17:24 - 18:22 | 16:2   A. I don't have an official subspecialty.<br>**Turley, Richard 10-30-2018 (00:01:04)**<br>17:24   Q. And what's your experience with<br>17:25 non-Hodgkin's lymphoma?<br>18:1   A. So my -- my involvement in lymphoma is<br>18:2 basically involved in the diagnosing portion of<br>18:3 things.  So if someone comes in and they've got a<br>18:4 neck mass, which is the most common situation,<br>18:5 although sometimes you'll see it like in the throat,<br>18:6 you could have a mass on the back -- in your tonsil,<br>18:7 for example.<br>18:8 We'll see the patient, we'll evaluate<br>18:9 them, and we basically get a biopsy and get the<br>18:10 tissue to determine what type of tumor it is.<br>18:11 If it's a lymphoma then the treatment is<br>18:12 all done by an -- a medical oncologist, which is<br>18:13 well outside of what I do.  And so basically my job<br>18:14 is then to refer them to the medical oncologist.<br>18:15 So I'm not involved in -- you know, once<br>18:16 I've got the biopsy and know what the diagnosis is,<br>18:17 then I pass them on to them because that's outside<br>18:18 of my expertise.  So I don't do any of that further<br>18:19 workup.  I don't do any of the -- you know, I may<br>18:20 order some tests for them to sort of get them ready<br>18:21 for their appointment, but I don't do any of the<br>18:22 other testing or treatment or surveillance for that. | v1.11 |
| 18:23 - 18:25 | **Turley, Richard 10-30-2018 (00:00:05)**<br>18:23   Q. Do you ever try to determine the<br>18:24 cause of somebody's non-Hodgkin's lymphoma?<br>18:25   A. No. | v1.12 |
| 19:1 - 19:10 | **Turley, Richard 10-30-2018 (00:00:28)**<br>19:1   Q. Do you ever -- do you -- have you heard of<br>19:2 Roundup?<br>19:3   A. I've heard of Roundup.<br>19:4   Q. Okay.  Have you ever heard of the active<br>19:5 ingredient in Roundup, glyphosate?<br>19:6   A. Not specifically, no.<br>19:7   Q. Okay.  So have you ever done any research<br>19:8 on your own or read anything in the scientific<br>19:9 literature that links exposure to Roundup to | v1.13 |

| Page/Line | Source | ID |
|---|---|---|
| | v1-TURLEY_COMBINED_01 FINAL PLAYED | |
| | 19:10 non-Hodgkin's lymphoma? | |
| 20:1 - 20:1 | **Turley, Richard 10-30-2018 (00:00:01)** | v1.14 |
| | 20:1 THE WITNESS:  No, I have not. | |
| 20:2 - 20:6 | **Turley, Richard 10-30-2018 (00:00:10)** | v1.15 |
| | 20:2 BY MS. WAGSTAFF: | |
| | 20:3   Q. And so I am guessing you similarly have | |
| | 20:4 not read any literature linking exposure to | |
| | 20:5 glyphosate to non-Hodgkin's lymphoma? | |
| | 20:6   A. No. | |
| 20:9 - 20:11 | **Turley, Richard 10-30-2018 (00:00:09)** | v1.16 |
| | 20:9   Q. do you know any of the risk factors | |
| | 20:10 for non-Hodgkin's lymphoma? | |
| | 20:11   A. No. | |
| 20:13 - 20:16 | **Turley, Richard 10-30-2018 (00:00:06)** | v1.46 |
| | 20:13 Is it your role in this process to | |
| | 20:14 determine a stage of somebody's non-Hodgkin's | |
| | 20:15 lymphoma? | |
| | 20:16   A. No. | |
| 20:17 - 21:16 | **Turley, Richard 10-30-2018 (00:01:00)** | v1.17 |
| | 20:17   Q. So somebody comes in to your office with | |
| | 20:18 a -- a neck mass -- | |
| | 20:19   A. Uh-huh. | |
| | 20:20   Q. -- and you decide whether or not it's | |
| | 20:21 cancer and you determine what type of cancer? | |
| | 20:22   A. Well, my job is to see -- determine if it | |
| | 20:23 needs a biopsy. | |
| | 20:24   Q. Okay. | |
| | 20:25   A. And then if it does, to perform the biopsy | |
| | 21:1 or -- or refer them to someone else who can.  So | |
| | 21:2 there are some -- most of the time we do the | |
| | 21:3 biopsies ourselves in the office.  But there are | |
| | 21:4 some situations where I'll have the interventional | |
| | 21:5 radiologist do it. | |
| | 21:6 So, for example, if it's a small tumor | |
| | 21:7 that's near, say, blood vessels that I feel like in | |
| | 21:8 my hands I'm not going to be able to get a needle | |
| | 21:9 safely in there, then sometimes I'll have the | |
| | 21:10 radiologist do it.  Or they'll do image-guided | |
| | 21:11 approaches. | |
| | 21:12 But basically, the -- basically my role is | |

| | v1-TURLEY_COMBINED_01 FINAL PLAYED | |
|---|---|---|
| Page/Line | Source | ID |

| | | |
|---|---|---|
| | 21:13 to try to get some tissue to make the diagnosis of | |
| | 21:14 what -- | |
| | 21:15   Q. Okay. | |
| | 21:16   A. -- type of tumor it is. | |
| 21:17 - 21:21 | **Turley, Richard 10-30-2018 (00:00:09)** | v1.18 |
| | 21:17   Q. So let's -- 23.  Let's turn to | |
| | 21:18 Mr. Hardeman. | |
| | 21:19 Do you have an independent recollection of | |
| | 21:20 him? | |
| | 21:21   A. No. | |
| 22:22 - 22:25 | **Turley, Richard 10-30-2018 (00:00:09)** | v1.19 |
| | 22:22 what's your | |
| | 22:23 understanding of how Mr. Hardeman came under your | |
| | 22:24 care? | |
| | 22:25   A. I can look.  Let me just pull up his note. | |
| 23:1 - 23:3 | **Turley, Richard 10-30-2018 (00:00:12)** | v1.47 |
| | 23:1 So he came to me in January of 2015.  And | |
| | 23:2 I presume that he saw his primary care doctor | |
| | 23:3 probably before that.  Let me see. | |
| 23:4 - 23:7 | **Turley, Richard 10-30-2018 (00:00:10)** | v1.48 |
| | 23:4   Q. So I believe the record I just handed you | |
| | 23:5 is your first visit with him. | |
| | 23:6   A. That's an e-mail that I sent to him after | |
| | 23:7 the first visit.  Yeah. | |
| 23:8 - 23:12 | **Turley, Richard 10-30-2018 (00:00:19)** | v1.49 |
| | 23:8 So it looks like he saw Dr. Turk on the | |
| | 23:9 same day he saw me.  He said that he had a cold a | |
| | 23:10 month ago and had these nodules in his neck.  And | |
| | 23:11 then -- and then was referred to my office the same | |
| | 23:12 day. | |
| 23:14 - 23:22 | **Turley, Richard 10-30-2018 (00:00:23)** | v1.20 |
| | 23:14 MS. WAGSTAFF:  So I'll just let the -- I | |
| | 23:15 don't think the camera is capturing that | |
| | 23:16 Mr. Turley's looking at -- or Dr. Turley is looking | |
| | 23:17 at his online profile of Mr. Hardeman. | |
| | 23:18 BY MS. WAGSTAFF: | |
| | 23:19   Q. So he was referred to you and you saw him | |
| | 23:20 that same day and what did you -- what happened at | |
| | 23:21 this first visit? | |
| | 23:22   A. So at the first visit, I did an exam.  So | |

| Page/Line | Source | ID |
|---|---|---|
| 23:23 - 25:9 | **Turley, Richard 10-30-2018 (00:01:46)** | v1.50 |
| | 23:23 I asked him about other symptoms. So tumors in the | |
| | 23:24 neck can come from a variety of different -- there's | |
| | 23:25 a variety of different causes. So I ask him about | |
| | 24:1 other symptoms he may or may not have had. | |
| | 24:2 You know, do you have a sore throat, | |
| | 24:3 hoarseness, ear pain, throat pain, those kinds of | |
| | 24:4 things like that. How long the growth has been | |
| | 24:5 there, anything that preceded it, things like that. | |
| | 24:6 And then asked about smoking and alcohol history. | |
| | 24:7 And then did an exam where I felt his neck | |
| | 24:8 and then also looked and did what's called a | |
| | 24:9 fiberoptic laryngoscopy where I'm looking at | |
| | 24:10 basically the back of his nose and his mouth and the | |
| | 24:11 back of his tongue and -- so the reason we're doing | |
| | 24:12 that is that one of the other things, other than | |
| | 24:13 lymphoma that you can get in the neck, is a | |
| | 24:14 metastasis from something -- like what's called a | |
| | 24:15 squamous cell cancer, which is basically a cancer of | |
| | 24:16 the lining of the throat. | |
| | 24:17 So basically I'm just looking at all those | |
| | 24:18 surfaces to make sure there was not anything there | |
| | 24:19 that looks abnormal. | |
| | 24:20 I'm looking at my record again. | |
| | 24:21 And all of those areas looked normal. And | |
| | 24:22 so then we did what's called a fine needle | |
| | 24:23 aspiration biopsy, which is just using a small gauge | |
| | 24:24 needle to put into one of those lymph nodes and | |
| | 24:25 aspirate some of the cells. | |
| | 25:1 So that's often what we do, is the first | |
| | 25:2 type of biopsy, because it's pretty noninvasive, | |
| | 25:3 it's a very small bore needle. You can get a few | |
| | 25:4 cells. And oftentimes in some situations, that | |
| | 25:5 biopsy alone will give you the information you need | |
| | 25:6 and can make the diagnosis. | |
| | 25:7  Q. Okay. And so what -- what was the date of | |
| | 25:8 this meeting, your first meeting? | |
| | 25:9  A. January 28, 2015. | |
| 25:14 - 27:5 | **Turley, Richard 10-30-2018 (00:02:08)** | v1.21 |
| | 25:14  A. So this is the report -- so this is the | |

| Page/Line | Source | ID |
|---|---|---|
| | 25:15 report of the phone call, which is two days later, | |
| | 25:16 when we got -- so we got the results, basically, of | |
| | 25:17 the -- what's called the fine needle aspiration | |
| | 25:18 biopsy, which basically just showed extensively | |
| | 25:19 necrotic neoplasm. | |
| | 25:20 I describe it as basically saying there's | |
| | 25:21 extensively necrotic neoplasm limited by tumor | |
| | 25:22 necrosis, no viable tumor present for evaluation. | |
| | 25:23 And so because of that, definitive classification is | |
| | 25:24 not possible on this specimen. | |
| | 25:25 So some -- some tumors will do this, where | |
| | 26:1 most of the actual mass is kind of dead tissue and | |
| | 26:2 so you just don't have enough cells to look at to | |
| | 26:3 make the diagnosis.  So then what we routinely do in | |
| | 26:4 that situation is try to get more tissue. | |
| | 26:5 So I recommended to him that we do what's | |
| | 26:6 called a core needle biopsy where you're taking a | |
| | 26:7 larger bore needle and you're getting a larger piece | |
| | 26:8 of tissue.  That's still with a needle so it's still | |
| | 26:9 not super invasive. | |
| | 26:10 But because you're taking a -- a little | |
| | 26:11 sliver of tissue, generally, depends on the | |
| | 26:12 situation, but most of the time, for those I | |
| | 26:13 recommend getting imaging beforehand so I can see | |
| | 26:14 the relationship of the lymph nodes or the mass or | |
| | 26:15 whatever it is with major vessels in the area.  And | |
| | 26:16 it's just kind of a safety thing so that you have an | |
| | 26:17 idea before you put a core in there that you're not | |
| | 26:18 going to go into a vessel or something like that. | |
| | 26:19   Q. Okay. | |
| | 26:20   A. So that's the purpose of that.  And it | |
| | 26:21 allows you to look at the -- the -- you know, in | |
| | 26:22 this case he had multiple masses, and I could look | |
| | 26:23 and see, like, which ones. | |
| | 26:24 Sometimes you can get a sense based on the | |
| | 26:25 scan, which if it's a lymph node, for example, you | |
| | 27:1 can tell which ones look like they're more necrotic | |
| | 27:2 than others.  And so then what you try to do is get | |
| | 27:3 a biopsy of something that doesn't look as necrotic. | |
| | 27:4 So you're -- basically you're trying to make sure | |

| Page/Line | Source | ID |
|---|---|---|
| | v1-TURLEY_COMBINED_01 FINAL PLAYED | |
| 27:12 - 28:6 | 27:5 you get a better -- of a complete sample.<br>**Turley, Richard 10-30-2018 (00:00:34)**<br>27:12   Q. -- Exhibit 5 is your original office note,<br>27:13 which you've --<br>27:14   A. Yeah.<br>27:15   Q. -- described you read off the computer.<br>27:16 (Whereupon, Exhibit 4 and Exhibit 5 were<br>27:17 marked for identification.)<br>27:18 BY MS. WAGSTAFF:<br>27:19   Q. And then Exhibit 4 is when you brought him<br>27:20 in and you told him that --<br>27:21   A. Well, I called him on the phone.<br>27:22   Q. You called him on the phone and you --<br>27:23   A. Yeah.<br>27:24   Q. -- told him that the cells that you got<br>27:25 from the January 28th biopsy were necrotic and you<br>28:1 recommended a core needle biopsy?<br>28:2   A. Yeah.<br>28:3   Q. And did you conduct that core needle<br>28:4 biopsy?<br>28:5   A. Yeah.  So that was done on the 6th of --<br>28:6 the 6th of February. | v1.22 |
| 28:12 - 29:20 | **Turley, Richard 10-30-2018 (00:01:40)**<br>28:12   Q. So I believe this is your note<br>28:13 from the core needle biopsy.<br>28:14   A. Yeah.<br>28:15   Q. And can you tell the jury what your<br>28:16 finding was from the biopsy.<br>28:17   A. So those results we got back on the 14th,<br>28:18 it looks like, is when I called the patient.<br>28:19 MS. WAGSTAFF:  34.  I can hand you that<br>28:20 hardcopy of that.<br>28:21 THE WITNESS:  Yeah.<br>28:22 (Whereupon, Exhibit 7 was marked for<br>28:23 identification.)<br>28:24 BY MS. WAGSTAFF:<br>28:25   Q. So please confirm that's the results from<br>29:1 the...<br>29:2   A. This is an e-mail I -- oh, yeah.  So this<br>29:3 is -- so I -- we got the results.  I called the | v1.23 |

| Page/Line | Source | ID |
|---|---|---|
| | **v1-TURLEY_COMBINED_01 FINAL PLAYED** | |
| | 29:4 patient and then I sent him an e-mail that basically | |
| | 29:5 was a copy of the biopsy report which shows diffuse | |
| | 29:6 large B-cell lymphoma. | |
| | 29:7   Q. Okay.  So just so the record's clear, | |
| | 29:8 let's go back to Exhibit 6. | |
| | 29:9   A. Yeah. | |
| | 29:10   Q. And this is -- Exhibit 6 is your -- your | |
| | 29:11 office note from when you actually took the core | |
| | 29:12 biopsy? | |
| | 29:13   A. Yeah. | |
| | 29:14   Q. Core needle biopsy. | |
| | 29:15 And your diagnosis is what, cervical... | |
| | 29:16   A. Cervical lymph nodes probably or cervical | |
| | 29:17 lymph adenopathy. | |
| | 29:18   Q. Yeah, and what does that mean? | |
| | 29:19   A. That just means that the lymph nodes are | |
| | 29:20 enlarged. | |
| 29:21 - 30:2 | **Turley, Richard 10-30-2018 (00:00:13)** | v1.24 |
| | 29:21   Q. So is there anything abnormal about | |
| | 29:22 this biopsy? | |
| | 29:23   A. What do you mean, the -- | |
| | 29:24   Q. Anything abnormal -- did anything abnormal | |
| | 29:25 happen or was this pretty -- a pretty much routine | |
| | 30:1 core needle biopsy? | |
| | 30:2   A. I think it was routine. | |
| 30:3 - 30:6 | **Turley, Richard 10-30-2018 (00:00:13)** | v1.25 |
| | 30:3   Q. Okay.  And then it was on Valentine's Day | |
| | 30:4 of 2015 that -- that you diagnosed him with NHL? | |
| | 30:5   A. That we diagnosed him with -- yeah, the | |
| | 30:6 diffuse large B-cell. | |
| 30:9 - 31:2 | **Turley, Richard 10-30-2018 (00:00:48)** | v1.26 |
| | 30:9 It's your role in this -- the diagnosis | |
| | 30:10 and treatment to determine what subtype of NHL he's | |
| | 30:11 diagnosed with, too; is that right? | |
| | 30:12   A. Well, it's my job to get the tissue and | |
| | 30:13 then -- then the lab does all the testing and the | |
| | 30:14 various work. | |
| | 30:15   Q. Okay.  And then who actually diagnosed | |
| | 30:16 him, then?  Who made the determination that he had | |
| | 30:17 NHL? | |

| Page/Line | Source | ID |
|---|---|---|
| | v1-TURLEY_COMBINED_01 FINAL PLAYED | |
| | 30:18  A. Well, the lab does that. | |
| | 30:19  Q. Okay. | |
| | 30:20  A. I mean, the lab's the one that looks at | |
| | 30:21 the -- so if you look at the -- you know, they | |
| | 30:22 make -- they have their whole report so the | |
| | 30:23 pathologist is the one who looks at the slides, | |
| | 30:24 looks at the tissue, does all of these different | |
| | 30:25 stains that are listed here and then makes the | |
| | 31:1 determination based on all of that information what | |
| | 31:2 type of tumor they have. | |
| 31:3 - 31:5 | **Turley, Richard 10-30-2018 (00:00:08)** | v1.27 |
| | 31:3  Q. Okay. And it looks like his Ki-67 was | |
| | 31:4 80 percent? | |
| | 31:5  A. Correct. | |
| 31:6 - 31:8 | **Turley, Richard 10-30-2018 (00:00:07)** | v1.51 |
| | 31:6  Q. And then it looks like perhaps you | |
| | 31:7 saw him one more time. | |
| | 31:8  A. I could check. | |
| 31:9 - 32:1 | **Turley, Richard 10-30-2018 (00:00:52)** | v1.52 |
| | 31:9  Q. Or you exchanged e-mails with him. | |
| | 31:10  A. I think he e-mailed me some -- so that day | |
| | 31:11 I -- so I talked to -- I did what's called a P | |
| | 31:12 consult where basically I talked to Dr. Ye and just | |
| | 31:13 asked him if he needed any other -- basically | |
| | 31:14 saying, hey, there's this patient that has this | |
| | 31:15 lymphoma, do you need me to order any tests before | |
| | 31:16 they actually see you. | |
| | 31:17 And then they said just get a PET scan. | |
| | 31:18 So I ordered the PET scan. And then it looks like | |
| | 31:19 some of the e-mail conversation that happened after | |
| | 31:20 that was basically just his questions about | |
| | 31:21 logistics of the PET scan appointment and the | |
| | 31:22 appointment with Dr. Ye. | |
| | 31:23  Q. All right. And at that point, his care | |
| | 31:24 and treatment was handed off to Dr. Ye; is that | |
| | 31:25 correct? | |
| | 32:1  A. Correct. | |
| 32:2 - 32:4 | **Turley, Richard 10-30-2018 (00:00:09)** | v1.28 |
| | 32:2  Q. Do you have any opinion on the cause of | |
| | 32:3 Mr. Hardeman's NHL? | |

| Page/Line | Source | ID |
|---|---|---|
| | v1-TURLEY_COMBINED_01 FINAL PLAYED | |
| | 32:4  A. No. | |
| 32:7 - 32:10 | **Turley, Richard 10-30-2018 (00:00:07)** | v1.29 |
| | 32:7  Q. Do you have any opinion on any factors | |
| | 32:8 that may have contributed to Mr. Hardeman's | |
| | 32:9 contracting NHL? | |
| | 32:10  A. No. | |
| 36:2 - 36:12 | **Turley, Richard 10-30-2018 (00:00:18)** | v1.30 |
| | 36:2  Q. Good afternoon, Dr. Turley. | |
| | 36:3  A. Afternoon. | |
| | 36:4  Q. Again, my name is Brian Stekloff, and I am | |
| | 36:5 one of the lawyers representing Monsanto. | |
| | 36:6 We have not met before this afternoon, | |
| | 36:7 correct? | |
| | 36:8  A. Correct. | |
| | 36:9  Q. And you haven't met with any other | |
| | 36:10 attorneys representing Monsanto? | |
| | 36:11  A. Correct. | |
| | 36:12  Q. I just have a few follow-up questions. | |
| 36:13 - 36:20 | **Turley, Richard 10-30-2018 (00:00:20)** | v1.31 |
| | 36:13 First of all, in your clinical practice, | |
| | 36:14 you have performed biopsies on other patients who | |
| | 36:15 have ultimately been diagnosed with non-Hodgkin's | |
| | 36:16 lymphoma, correct? | |
| | 36:17  A. Correct. | |
| | 36:18  Q. And is it fair to say that Mr. Hardeman | |
| | 36:19 didn't -- as compared to other patients, there was | |
| | 36:20 nothing unusual or unique about his presentation? | |
| 36:22 - 36:22 | **Turley, Richard 10-30-2018 (00:00:01)** | v1.32 |
| | 36:22 THE WITNESS:  Not that I recall. | |
| 37:3 - 37:6 | **Turley, Richard 10-30-2018 (00:00:10)** | v1.33 |
| | 37:3 He presented like other patients who | |
| | 37:4 you've performed biopsies on who ultimately were | |
| | 37:5 diagnosed with non-Hodgkin's lymphoma? | |
| | 37:6  A. Yes. | |
| 39:9 - 39:17 | **Turley, Richard 10-30-2018 (00:00:20)** | v1.38 |
| | 39:9  Q. And so in Mr. Hardeman's case there's no | |
| | 39:10 way you would have been able to determine the cause | |
| | 39:11 of his non-Hodgkin's lymphoma within the scope of -- | |
| | 39:12 of your practice, right? | |
| | 39:13  A. Not in mine.  And I'm not -- I -- I'd have | |

| | v1-TURLEY_COMBINED_01 FINAL PLAYED | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

| Page/Line | Source | ID |
|---|---|---|
| | 39:14 to defer to the oncologist, the medical oncologist, <br> 39:15 if they think there's something they can, you know, <br> 39:16 determine.  Because again, that's outside of what I <br> 39:17 do. | |
| 39:18 - 40:6 | **Turley, Richard 10-30-2018 (00:00:35)** <br> 39:18  Q. And when you -- and I think you said that <br> 39:19 it was the lab.  So it's the pathologist who <br> 39:20 receives the results of your biopsy who determines <br> 39:21 the diagnosis of non-Hodgkin's lymphoma, correct? <br> 39:22  A. Yes.  So they're the ones that will take <br> 39:23 the tissue and they're the ones that are looking at <br> 39:24 the cells under the microscope and they're looking <br> 39:25 at these different markers. <br> 40:1 And my understanding is, you know, based <br> 40:2 on the way -- the appearance of the cells, the types <br> 40:3 of cells, and then the results of various different <br> 40:4 markers that have -- you know, that they use <br> 40:5 determines how they make that -- make that <br> 40:6 determination. | v1.39 |
| 40:7 - 40:12 | **Turley, Richard 10-30-2018 (00:00:08)** <br> 40:7  Q. And that's the determination of whether <br> 40:8 the patient has cancer and what type of cancer? <br> 40:9  A. Correct. <br> 40:10  Q. And there's -- <br> 40:11  A. So the pathologist's the one who makes <br> 40:12 that determination. | v1.40 |
| 40:21 - 41:2 | **Turley, Richard 10-30-2018 (00:00:13)** <br> 40:21  Q. And you never asked Mr. Hardeman in your <br> 40:22 interactions with him whether he had ever been <br> 40:23 exposed to Roundup, correct? <br> 40:24  A. I don't recall ever asking that. <br> 40:25  Q. It wouldn't have been relevant to your <br> 41:1 care and treatment of Mr. Hardeman, right? <br> 41:2  A. That's not something I routinely ask, no. | v1.42 |

PLF Affirmative = 00:11:33
DEF Affirmative = 00:02:36
DEF Counter = 00:01:31

| Page/Line | Source | ID |
|---|---|---|

**v1-TURLEY_COMBINED_01 FINAL PLAYED**

Overlap = 00:03:55
**Total Time = 00:19:35**