# EXHIBIT C

**Designation Run Report**

# YE_COMBINED_04

_____

**Ye, Jeffrey 10-30-2018**
_____

| | |
|---|---|
| **PLF Affirmative  00:37:01** | |
| **DEF Affirmative  00:15:20** | |
| **DEF Counter  00:01:11** | |
| **OVERLAP  00:05:59** | |
| **PLF Counter Counter  00:00:31** | |
| **Total Time  01:00:02** | |



ID:YE4



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 1693**
Case No. __3:16-cv-00525-VC__
Date Entered _____
By _____ Deputy Clerk

| | | |
|---|---|---|
| **YE4-YE_COMBINED_04 FINAL PLAYED** | | |
| **Page/Line** | **Source** | **ID** |

| Page/Line | Source | ID |
|---|---|---|
| 9:12 - 9:15 | **Ye, Jeffrey 10-30-2018 (00:00:03)**<br>9:12  Q. Good morning, Dr. Ye.<br>9:13  A. Good morning.<br>9:14  Q. How are you?<br>9:15  A. Very good. | YE4.1 |
| 9:16 - 9:22 | **Ye, Jeffrey 10-30-2018 (00:00:10)**<br>9:16  Q. My name is Aimee Wagstaff.<br>9:17 And we met just a few moments ago, right?<br>9:18  A. Yes.<br>9:19  Q. And we've never spoken before this<br>9:20 meeting, we've never communicated by e-mail or any<br>9:21 other method, right?<br>9:22  A. We never did. | YE4.2 |
| 13:14 - 13:17 | **Ye, Jeffrey 10-30-2018 (00:00:08)**<br>13:14 your CV right here, is this up<br>13:15 to date?<br>13:16  A. Yes.<br>13:17  Q. Okay.  So today is October 30th, 2018. | YE4.3 |
| 13:18 - 13:24 | **Ye, Jeffrey 10-30-2018 (00:00:21)**<br>13:18 Can you please introduce yourself to the<br>13:19 jury with your -- your name and your position and<br>13:20 what you do here at Kaiser.<br>13:21  A. I'm Jeffrey Ye.  I'm an oncologist and a<br>13:22 hematologist at Kaiser, and I treat cancer patients<br>13:23 and hematological disease.<br>13:24 And I've been here since 2005. | YE4.4 |
| 13:25 - 14:2 | **Ye, Jeffrey 10-30-2018 (00:00:05)**<br>13:25  Q. And it looks like you received your<br>14:1 medical degree in China; is that right?<br>14:2  A. Correct. | YE4.5 |
| 14:3 - 14:20 | **Ye, Jeffrey 10-30-2018 (00:00:39)**<br>14:3  Q. And you are a hematologist?<br>14:4  A. And oncologist.<br>14:5  Q. You are a hematologist and an oncologist.<br>14:6 Okay.<br>14:7  A. Correct.<br>14:8  Q. And it looks like you received your<br>14:9 fellowship from Memorial Sloan-Kettering in New York<br>14:10 City; is that correct?<br>14:11  A. Correct. | YE4.6 |

| Page/Line | Source | ID |
|---|---|---|

**YE4-YE_COMBINED_04 FINAL PLAYED**

14:12   Q. Okay.  And you have -- you are a board
14:13 certified oncologist; is that correct?
14:14   A. Correct.
14:15   Q. Okay.  And what does that mean to be board
14:16 certified?
14:17   A. That means I went through medical oncology
14:18 training, then we have to take a certification test
14:19 to be eligible for the board.  So then -- then I'm
14:20 full-fledged oncologist.

14:21 - 15:13   **Ye, Jeffrey 10-30-2018 (00:00:33)**   YE4.7

14:21   Q. What did you do to prepare for the
14:22 deposition today?
14:23   A. I just read my notes.  I remember the case
14:24 well.
14:25   Q. Okay.  So you have an independent
15:1 recollection of Mr. Hardeman, you remember him --
15:2   A. Yes.
15:3   Q. -- outside of this deposition?
15:4   A. Yes.
15:5   Q. Okay.  And you have been treating
15:6 Mr. Hardeman for a few years now, right?
15:7   A. Uh-huh.
15:8   Q. Okay.  Did you speak to anybody in
15:9 preparation for the deposition today?
15:10   A. I did not.
15:11   Q. Okay.  Did you review your medical
15:12 records, your medical file of Mr. Hardeman?
15:13   A. Yes, I did.

18:2 - 18:19   **Ye, Jeffrey 10-30-2018 (00:00:43)**   YE4.8

18:2 What is oncology?
18:3   A. Oncology is a science and a medicine
18:4 treating neoplastic's disease, cancers, basically.
18:5   Q. Okay.  So -- and you're an oncologist, so
18:6 you're a cancer doctor?
18:7   A. Yes.
18:8   Q. Okay.  And then what is hematology?
18:9   A. Hematology's a blood disease.  Some are
18:10 benign.  Benign disease.  Some are malignant, which
18:11 are -- also fall into the category of oncology.
18:12   Q. Okay.

| YE4-YE_COMBINED_04 FINAL PLAYED | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

| | 18:13   A. We also treat benign blood disease. | |
| | 18:14   Q. So you are, simply stated, a blood cancer | |
| | 18:15 doctor? | |
| | 18:16   A. No.  Actually, I'm a medical oncologist | |
| | 18:17 for solid cancer -- solid organ cancers.  But also | |
| | 18:18 we are treating the blood disease, so I'm still | |
| | 18:19 specialty. | |
| 18:20 - 18:20 | **Ye, Jeffrey 10-30-2018 (00:00:01)** | **YE4.9** |
| | 18:20   Q. Okay.  Excellent. | |
| 18:21 - 19:22 | **Ye, Jeffrey 10-30-2018 (00:01:12)** | **YE4.10** |
| | 18:21 And non-Hodgkin's lymphoma is a blood | |
| | 18:22 disease, right? | |
| | 18:23   A. It is blood disease, but it's also | |
| | 18:24 oncology.  It falls in both categories. | |
| | 18:25   Q. Okay.  So the -- the treatment of NHL | |
| | 19:1 falls squarely within your expertise; is that right? | |
| | 19:2   A. Yes. | |
| | 19:3   Q. Okay.  Why don't you tell the jury a | |
| | 19:4 little about what non-Hodgkin's lymphoma is. | |
| | 19:5   A. Non-Hodgkin's lymphoma is a big category | |
| | 19:6 of different cancers.  They all come from a benign | |
| | 19:7 type of blood cells called the lymphocytes, which | |
| | 19:8 circulates with all the immune cells. | |
| | 19:9 But if one of the cell become malignant, | |
| | 19:10 it can develop into lymphoma, or Leukemia in some | |
| | 19:11 situations.  They are related disease. | |
| | 19:12 Then there's a unique type called | |
| | 19:13 Hodgkin's but most of them form as a non-Hodgkin's. | |
| | 19:14 That's what Mr. Hardeman has. | |
| | 19:15 And non-Hodgkin's disease has probably 30, | |
| | 19:16 40 different subtypes.  And one of the unique | |
| | 19:17 sub- -- subtypes is called diffuse large B-cell | |
| | 19:18 lymphoma, which the plaintiff had.  And that's what | |
| | 19:19 I treat him for. | |
| | 19:20   Q. Okay.  Now, you see people with cancer | |
| | 19:21 every day, right? | |
| | 19:22   A. Correct. | |
| 19:23 - 19:25 | **Ye, Jeffrey 10-30-2018 (00:00:08)** | **YE4.11** |
| | 19:23   Q. But in the -- the general population, it's | |
| | 19:24 fairly uncommon that somebody would be diagnosed | |

| | YE4-YE_COMBINED_04 FINAL PLAYED | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

19:25 with NHL in their lifetime, right?

| | | |
|---|---|---|
| 20:2 - 20:10 | **Ye, Jeffrey 10-30-2018 (00:00:16)** | **YE4.12** |

20:2 THE WITNESS: I cannot cite the incidence
20:3 in adults. This will count about half of
20:4 non-Hodgkin's lymphoma, this particular subtype.
20:5 BY MS. WAGSTAFF:
20:6  Q. Well -- sure. Sure.
20:7 So what you're saying is that diffuse
20:8 large B-cell is about half of the non-Hodgkin's
20:9 cases?
20:10  A. Correct, for adults.

| | | |
|---|---|---|
| 20:11 - 20:14 | **Ye, Jeffrey 10-30-2018 (00:00:10)** | **YE4.13** |

20:11  Q. Okay. So I'm taking a step backwards and
20:12 I'm saying, in the general population of people, of
20:13 everybody, it's pretty rare that somebody would get
20:14 NHL; is that correct?

| | | |
|---|---|---|
| 20:16 - 20:18 | **Ye, Jeffrey 10-30-2018 (00:00:07)** | **YE4.14** |

20:16 THE WITNESS: Now, when you say "pretty
20:17 rare," can you give me a little more detail?
20:18 It's -- it is not a rare cancer.

| | | |
|---|---|---|
| 20:21 - 20:23 | **Ye, Jeffrey 10-30-2018 (00:00:06)** | **YE4.15** |

20:21  A. But cancer itself is still not common in
20:22 general population. So we can look at the
20:23 statistics. I don't have that in my mind.

| | | |
|---|---|---|
| 21:2 - 21:20 | **Ye, Jeffrey 10-30-2018 (00:00:47)** | **YE4.16** |

21:2  Q. So you answered my question better than I
21:3 asked it, which is cancer is a pretty rare
21:4 occurrence in people; is that correct?
21:5  A. It's getting more common, but, yeah...
21:6 I don't know how to define "rare." I
21:7 don't know how -- where you draw the line being rare
21:8 or not rare. Most people don't have it, but it's
21:9 not -- it's -- it's common in terms of cancer. It's
21:10 a big group of cancer we treat.
21:11  Q. Okay.
21:12  A. Does that answer your question?
21:13 It's not a rare cancer that we don't see.
21:14 We see Hodgkin's -- non-Hodgkin's lymphoma every day
21:15 in my practice, pretty much, or several -- a big
21:16 population of the patients.

| | YE4-YE_COMBINED_04 FINAL PLAYED | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

21:17   Q. Sure.
21:18   A. It's not like a really exotic cancer we
21:19 have to look up in the textbook to know how to
21:20 treat.

| 21:22 - 22:1 | **Ye, Jeffrey 10-30-2018 (00:00:10)** | YE4.17 |

21:22 We're talking about non- -- we're -- as
21:23 a -- as a cancer doctor who specializes in blood
21:24 cancers, of course non-Hodgkin's is something that
21:25 you see frequently?
22:1   A. Correct.

| 22:2 - 23:4 | **Ye, Jeffrey 10-30-2018 (00:00:54)** | YE4.18 |

22:2   Q. And non-Hodgkin's lymphoma is more
22:3 aggressive than Hodgkin's, correct?
22:4   A. Yes and no.  There are non-Hodgkin's
22:5 disease which are very indolent, not aggressive.
22:6 But the diffuse large B-cell is considered to be
22:7 aggressive type.
22:8   Q. Okay.
22:9   A. The diffuse large B-cell is aggressive.
22:10   Q. Okay.  So Mr. Hardeman has an aggressive
22:11 type of non-Hodgkin's?
22:12   A. Correct.
22:13   Q. Okay.  And there are different stages of
22:14 non-Hodgkin's lymphoma, correct?
22:15   A. Uh-huh.
22:16   Q. There's stages I, II, III, and IV.
22:17   A. Uh-huh.
22:18   Q. Right?
22:19   A. Uh-huh.
22:20   Q. And do you remember which stage
22:21 Mr. Hardeman had?
22:22   A. I think he is limited stage II, confined
22:23 to the neck.
22:24   Q. Okay.  I believe that he has a stage --
22:25 some of your records show stage III, but we will --
23:1 we will get to that.
23:2   A. Yeah, but let me -- hold on one minute.
23:3   Q. Okay.
23:4   A. Let me clarify.

| 23:7 - 23:9 | **Ye, Jeffrey 10-30-2018 (00:00:07)** | YE4.19 |

| Page/Line | Source | ID |
|---|---|---|
| | YE4-YE_COMBINED_04 FINAL PLAYED | |

23:7 THE WITNESS:  All right.  You are right.

23:8 I have -- yeah, because it's below the diaphragm too

23:9 because I -- correct.

**23:14 - 24:6    Ye, Jeffrey 10-30-2018 (00:00:50)**                    **YE4.20**

23:14   Q. So Mr. Hardeman had stage III on both

23:15 sides of his diaphragm and on his neck; is that

23:16 correct?

23:17   A. Correct.

23:18   Q. Okay.  And so stage -- the -- can you

23:19 explain the stages a little bit?

23:20   A. So the stage IV non-Hodgkin's lymphoma

23:21 comes from a very -- actually, ancient concept about

23:22 lymphoma, which we don't use.  It's not that

23:23 important anymore, actually, because "stage" just

23:24 say distribution.

23:25 So if it's in one lymphocyte -- in one

24:1 site of the lymph node, then it's stage I.

24:2 If it's in multiple sites but the same

24:3 side of diaphragm is stage II.  But if we found some

24:4 lymph node across the diaphragm on the other side,

24:5 then it's stage III.  Then if it's involving organ

24:6 or bone marrow, it's stage IV.

**24:8 - 24:13    Ye, Jeffrey 10-30-2018 (00:00:14)**                    **YE4.21**

24:8   A. So he had a -- on the PET scan there were

24:9 lymph node below the diaphragm, which will give him

24:10 stage III.

24:11   Q. Okay.  So -- so he had an aggressive type

24:12 that was diffuse throughout his body; is that fair

24:13 to say?

24:15 - 24:16    **Ye, Jeffrey 10-30-2018 (00:00:02)**                    YE4.22

24:15 THE WITNESS:  Yes.  Well, it's diffuse,

24:16 yes.

24:18 - 25:7    **Ye, Jeffrey 10-30-2018 (00:00:29)**                    YE4.23

24:18   Q. so let's talk a little bit

24:19 more about non-Hodgkin's lymphoma.

24:20 Non-Hodgkin's lymphoma is not inherited,

24:21 correct?

24:22   A. No.

24:23   Q. Okay.  How does one get non-Hodgkin's

24:24 lymphoma?

| | YE4-YE_COMBINED_04 FINAL PLAYED | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

24:25   A. Mutations in the cell.

25:1   Q. Okay.  And first, it's possible for -- for

25:2 some types of cancer for someone to get it

25:3 completely because of their genetics, correct?

25:4   A. For some cancer, yes.

25:5   Q. Non-Hodgkin's lymphoma is not that type of

25:6 cancer?

25:7   A. Not known to be that type.

**39:15 - 39:25**   **Ye, Jeffrey 10-30-2018 (00:00:29)**   **YE4.24**

39:15   Q. So let's -- let's talk a little bit

39:16 now about some medical records of Mr. Hardeman.  And

39:17 what's going to happen is, I'm going to hand you

39:18 some records and I'm going to hand -- she's going to

39:19 mark them.  Okay?  And then I'm going to hand --

39:20 hand him one, and we're going to kind of go through

39:21 them.

39:22 And these were all given to me from Kaiser

39:23 Permanente.  We -- we sent a HIPAA record release,

39:24 and we got a stack of records a decade long.

39:25   A. Yes.

**40:1 - 40:9**   **Ye, Jeffrey 10-30-2018 (00:00:30)**   **YE4.25**

40:1   Q. So the first one is -- well, let

40:2 me -- let me just -- before we start going through

40:3 medical records, is there anything remarkable about

40:4 Mr. Hardeman's medical treatment that you have

40:5 independent recollection of?  Is anything stand out

40:6 in your head, as we sit here today?

40:7   A. I remember when I met with the patient.  I

40:8 was concerned about his immune function.  Because he

40:9 also has Hepatitis B and the C in the past.

**40:19 - 40:24**   **Ye, Jeffrey 10-30-2018 (00:00:23)**   **YE4.26**

40:19   Q. Okay.  So we'll talk about his Hepatitis C

40:20 and B separately.  But let's take a moment

40:21 right now to talk about Hepatitis C.  Okay?

40:22 Speaking in general terms, Hepatitis C can

40:23 be cured?

40:24   A. Can be cured today.

**41:10 - 41:15**   **Ye, Jeffrey 10-30-2018 (00:00:15)**   **YE4.27**

41:10   Q. Okay.  And so you're aware that

41:11 Mr. Hardeman was diagnosed with Hepatitis 2B --

| | | |
|---|---|---|
| **YE4-YE_COMBINED_04 FINAL PLAYED** | | |

| Page/Line | Source | ID |
|---|---|---|

41:12 genotype 2?

41:13   A. I -- I don't recall that.

41:14   Q. Okay.

41:15   A. That's probably in the records.

**41:16 - 41:20     Ye, Jeffrey 10-30-2018 (00:00:11)**      **YE4.28**

41:16   Q. Okay.  And you would agree that

41:17 Hepatitis C genotype 2, is one of the most curable

41:18 types of Hepatitis C?

41:19   A. I don't know that.  That's not in my

41:20 knowledge base.

**41:25 - 42:1      Ye, Jeffrey 10-30-2018 (00:00:05)**      **YE4.29**

41:25 Do you know Susan Marie Ruffner-Statzer?

42:1   A. Yeah, I know her.

**42:10 - 42:24     Ye, Jeffrey 10-30-2018 (00:00:51)**      **YE4.30**

42:10   Q. Okay.  So Dr. Ruffner treated Mr. Hardeman

42:11 for his Hepatitis C.

42:12 Are you aware that?

42:13   A. I know, yes, he was on the treatment.

42:14   Q. Okay.  And are you aware that Dr. Ruffner

42:15 diagnosed Mr. Hardeman with Hepatitis C Genotype 2b?

42:16   A. I don't recall that.  I probably went

42:17 through his note -- her notes at that time.  I don't

42:18 recall.  It's probably true if it's in the note.

42:19   Q. Okay.  And are you aware that Dr. Ruffner

42:20 stated that if the Hepatitis C was not present in

42:21 his blood tests six months after treatment that he

42:22 was probably cured, and if it wasn't in his tests

42:23 five years after his -- the end of his treatment he

42:24 was cured from Hepatitis C?

**43:1 - 43:18      Ye, Jeffrey 10-30-2018 (00:00:40)**      **YE4.31**

43:1 THE WITNESS:  I have -- I did not read

43:2 that note, particular note you mentioned.

43:3 BY MS. WAGSTAFF:

43:4   Q. Okay.  And we'll go over that note.

43:5 But you -- you do agree that Hepatitis C

43:6 can be cured?  You've already stated that, correct?

43:7   A. Yes.

43:8   Q. Okay.  And you -- you believe that prior

43:9 to acquiring NHL, Mr. Hardeman's Hepatitis C was, in

43:10 fact, cured?

| | YE4-YE_COMBINED_04 FINAL PLAYED | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

43:11   A. I didn't check the viral load at that time
43:12 was inactive so at that time he didn't have active
43:13 disease.  Whether it's cured or not, it's -- you
43:14 know, it's up to your definition what's being cured.
43:15 Sometimes it's flared up, then it's not cured.
43:16   Q. Yes.
43:17   A. But at that time he has no evidence of
43:18 that hepatitis.

**44:3 - 45:2**  **Ye, Jeffrey 10-30-2018 (00:00:54)**    **YE4.32**

44:3   Q. this is a note in
44:4 Mr. Hardeman's Kaiser records; is that correct?
44:5   A. Uh-huh.
44:6   Q. Okay.  So if you turn to the second page
44:7 where -- or right at the very top where it says,
44:8 "A," colon, and then it says, "HCV positive," that's
44:9 Hepatitis C virus positive, correct?
44:10   A. Uh-huh.
44:11   Q. Genotype 2b?
44:12   A. Uh-huh.
44:13   Q. Is that correct?
44:14   A. Uh-huh.
44:15   Q. And viral load is 732,000; is that
44:16 correct?
44:17   A. Uh-huh.
44:18   Q. So that means that at this point, which
44:19 the date is January 28, 2005 --
44:20   A. Correct.
44:21   Q. -- he has -- Mr. Hardeman had a viral load
44:22 of 732,000?
44:23   A. Uh-huh.
44:24   Q. So he had an active Hepatitis C
44:25 Genotype 2b on this date; is that correct?
45:1   A. Correct.
45:2   Q. Okay.  Put that aside.

**45:3 - 45:14**  **Ye, Jeffrey 10-30-2018 (00:00:31)**    **YE4.33**

45:3 And so are you aware of the
45:4 treatment that Mr. Hardeman used for the
45:5 Hepatitis C?
45:6   A. I don't recall, but based on the timing,
45:7 it probably was Interferon.

| | YE4-YE_COMBINED_04 FINAL PLAYED | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

|  |  |  |
|---|---|---|
| | 45:8   Q. That's correct. | |
| | 45:9 And so Mr. Hardeman started Interferon | |
| | 45:10 with -- under Dr. Ruffner's care. | |
| | 45:11 Are you aware of that? | |
| | 45:12   A. Yes. | |
| | 45:13   Q. Okay. | |
| | 45:14 MS. WAGSTAFF:  And so here's Exhibit 8. | |
| 45:18 - 48:2 | **Ye, Jeffrey 10-30-2018 (00:02:03)** | YE4.34 |
| | 45:18   Q. So this is two months later -- I'm sorry, | |
| | 45:19 a year and two months later.  We are now March 6th | |
| | 45:20 of 2006. | |
| | 45:21 Do you see that? | |
| | 45:22   A. Uh-huh. | |
| | 45:23   Q. And this is, again, a record from | |
| | 45:24 Dr. Ruffner that is a Kaiser Permanente record kept | |
| | 45:25 in the ordinary course of business, correct? | |
| | 46:1   A. Uh-huh. | |
| | 46:2   Q. That you had access to, correct? | |
| | 46:3   A. Yes. | |
| | 46:4   Q. Okay.  And so it looks like these are | |
| | 46:5 e-mails -- or I guess when you say, "Kaiser | |
| | 46:6 Permanente allows the patients and the doctors to | |
| | 46:7 communicate by writing each other back and forth"; | |
| | 46:8 is that correct? | |
| | 46:9   A. Right. | |
| | 46:10   Q. Okay. | |
| | 46:11   A. Correct. | |
| | 46:12   Q. And so some of these printoffs are -- are | |
| | 46:13 communications between the patients and the doctor; | |
| | 46:14 is that right? | |
| | 46:15   A. Yes. | |
| | 46:16   Q. And that's what this one -- this record | |
| | 46:17 is, right? | |
| | 46:18   A. Yeah, it looks like it. | |
| | 46:19   Q. Okay.  And so if you look at the bottom of | |
| | 46:20 the first page, it -- it looks like Mr. Hardeman | |
| | 46:21 wrote to Dr. Ruffner on March 1st, 2006, at | |
| | 46:22 3:15 p.m. | |
| | 46:23 Do you see that? | |
| | 46:24   A. Uh-huh. | |

| Page/Line | Source | ID |
|---|---|---|

46:25   Q. And says, "Did you get the results back
47:1 from my HVC test?"
47:2   A. Uh-huh.
47:3   Q. He probably meant to say "HCV."
47:4   A. Uh-huh.
47:5   Q. Hepatitis C virus.
47:6 And she writes back, "Ed, I'll enclose the
47:7 lab results here.  All looks okay to me.  Best news
47:8 is the negative viral load," exclamation,
47:9 exclamation, exclamation, ex- -- five exclamations.
47:10   A. Uh-huh.
47:11   Q. "Congratulations."
47:12 So do you see that?
47:13   A. Yes.
47:14   Q. So as of March 1st, 2006, Mr. Hardeman had
47:15 a negative viral load for Hepatitis C, correct?
47:16   A. Right.
47:17   Q. That means that -- why don't you explain
47:18 what that means.
47:19   A. To me it means he is in remission.
47:20   Q. Okay.  He's in remission from the hep --
47:21 from hep C?
47:22   A. Yes.
47:23   Q. Okay.  So now we're talking about
47:24 Hepatitis C?
47:25   A. Right.
48:1   Q. And this is a big deal, right?
48:2   A. Yes, it's important.

**48:10 - 51:16**          **Ye, Jeffrey 10-30-2018 (00:03:51)**                    **YE4.35**

48:10 MS. WAGSTAFF:  Okay.  Next we will go to
48:11 Exhibit 9.
48:12 (Whereupon, Exhibit 9 was marked for
48:13 identification.)
48:14 BY MS. WAGSTAFF:
48:15   Q. So the -- the -- the document we just
48:16 looked at where Dr. Ruffner told Mr. Hardeman
48:17 congratulations on the negative viral load was
48:18 March 6th, 2006.
48:19 So here we are three days later.  And it
48:20 looks like there is some communication.  Again, it

| YE4-YE_COMBINED_04 FINAL PLAYED | | |
| Page/Line | Source | ID |

48:21 looks like this is back and forth between
48:22 Dr. Ruffner and Mr. Hardeman.
48:23 Do you see that?
48:24   A. Uh-huh.  Yes.
48:25   Q. All right.  So Dr. Ruffner says, "Ed, I
49:1 got your message about," and then in all caps, "what
49:2 does the negative viral load mean."
49:3 And then she explains what the negative
49:4 viral load means.  And so why don't you read that
49:5 into the record.
49:6   A. So it says, "Ed, I got your message about
49:7 what does the negative viral load mean.  What it
49:8 means is that there's no detectable virus in your
49:9 blood.  It does not mean that the virus is
49:10 completely gone from your liver.  It does mean that
49:11 the treatment appears to have" -- "to be working and
49:12 that that is worthwhile to continue treatment.
49:13 "We'll test the virus in 24 weeks at the
49:14 end of the treatment of six months after completing
49:15 the treatment.  It is very important to continue
49:16 taking your ribavirin" -- it's a medication, oral
49:17 medication -- "twice a day every day.  Hope that
49:18 helps.  Dr. Ruffner."
49:19   Q. All right.  And then if you turn to the
49:20 next page -- and -- and you can see, just flipping
49:21 back really quick, that Dr. Ruffner wrote that at
49:22 3:46 p.m.
49:23   A. Uh-huh.
49:24   Q. What you just read.
49:25 So at 3:46 p.m., Dr. Ruffner tells
50:1 Mr. Hardeman that there is no detectable hep C in
50:2 his blood; is that correct?
50:3   A. Correct.
50:4   Q. About an hour and a half later,
50:5 Mr. Hardeman writes to Dr. Ruffner and says, "Is
50:6 there a test that can detect the virus in my liver?
50:7 If there is no virus in my blood, is taking the" --
50:8 "the pill or the" -- "the drug safe to continue
50:9 using long-term?"
50:10 Do you see that?

| Page/Line | Source | ID |
|---|---|---|
| | **YE4-YE_COMBINED_04 FINAL PLAYED** | |

50:11  A. Uh-huh.

50:12  Q. And she writes back the following day, on

50:13 March 10th, 2006.

50:14 Do you see that?

50:15  A. Yes.

50:16  Q. And she says, "There is no practical test

50:17 for virus in the liver."

50:18 And then what does she say?

50:19  A. That, "The virus will immediately return

50:20 if you stop taking the medication now.  If you

50:21 finish the 48 weeks of therapy, and there's no

50:22 detectable virus in your blood, you have a 50/50

50:23 chance of being" -- "chance that it will return in

50:24 the next six months.  There's no" -- "not a lot of

50:25 data about long-term use of ribavirin for more than

51:1 48 weeks.

51:2 "If the virus stays undetectable after six

51:3 months of treatment, you are likely cured.  You will

51:4 continue to test your" -- "we will continue to test

51:5 your blood for return of virus, but 95 percent time

51:6 it will stay gone.  If it is gone after five years,

51:7 we will call you cured.  I hope that helps.  The

51:8 bottom line is it" -- "it's working and don't quit

51:9 now."

51:10  Q. Okay.  So that's really important.

51:11 Dr. Ruffner, on March 10th, 2006, has told

51:12 Mr. Hardeman that his viral load is negative.

51:13  A. Uh-huh.

51:14  Q. That there's no detectable hep C in his

51:15 blood; is that correct?

51:16  A. Yes.

| 51:19 - 51:22 | **Ye, Jeffrey 10-30-2018 (00:00:12)** | **YE4.36** |

51:19  Q. And then Dr. Ruffner is telling

51:20 Mr. Hardeman, "If the virus stays undetectable after

51:21 six months of" -- "off treatment you are likely

51:22 cured," and puts "cured" in all caps; is that right?

| 51:24 - 52:23 | **Ye, Jeffrey 10-30-2018 (00:00:58)** | **YE4.37** |

51:24 THE WITNESS:  "You are likely cured."

51:25

52:1 BY MS. WAGSTAFF:

| | YE4-YE_COMBINED_04 FINAL PLAYED | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

52:2  Q. "If the virus stays" -- Dr. Ruffner tells

52:3 Mr. Hardeman --

52:4  A. Let me -- yeah.  Let me just read one more

52:5 time.

52:6 So, yeah, six months, the patient will be

52:7 likely cured.  But we need five years then to

52:8 declare the patient cured.

52:9  Q. Yep.  So in March of -- March 10th of '06,

52:10 Dr. Ruffner's telling Mr. Hardeman, if you are --

52:11 if -- if the viral load stays negative for six

52:12 months, you're -- there's a 95 percent chance you're

52:13 cured?

52:14  A. Uh-huh.

52:15  Q. If it stays -- if the viral load stays

52:16 negative for five years, we will call you cured?

52:17  A. Uh-huh.

52:18  Q. And you agree with -- with that prognosis?

52:19  A. That I trust her judgment, but this is

52:20 beyond my scope of practice.

52:21  Q. Okay.

52:22  A. But I trust she has base to say what she

52:23 said.

| 52:25 - 53:2 | **Ye, Jeffrey 10-30-2018 (00:00:13)** | **YE4.38** |

52:25 So that was on March of '06.

53:1 So let's move to June of '07.  So we're --

53:2 we're now a little over a year later.  And this is,

| 53:3 - 54:4 | **Ye, Jeffrey 10-30-2018 (00:00:52)** | **YE4.39** |

53:3 again, a document, a medical record from

53:4 Dr. Ruffner, correct?

53:5  A. Uh-huh.  Yes.

53:6  Q. It shows that Mr. Hardeman has been

53:7 alcohol free for two years.

53:8 Do you see that?

53:9  A. Yes.

53:10  Q. And then when you go to the bottom when it

53:11 says, "Assessment," it says, "Antiviral therapy

53:12 completed.  Negative viral load by TMA at one year

53:13 post treatment."

53:14 Do you see that?

53:15  A. Uh-huh.

| Page/Line | Source | ID |
|---|---|---|

YE4-YE_COMBINED_04 FINAL PLAYED

53:16   Q. So one year post treatment, Mr. Hardeman's
53:17 viral load is still negative?
53:18   A. Uh-huh.  Yes.
53:19   Q. Do you see that?
53:20   A. Yeah.  According to the note, yes.
53:21   Q. All right.  So we've now passed the
53:22 six-month period and now we're waiting for the
53:23 five-year period; is that correct?
53:24   A. Yes.
53:25   Q. So at this point, according to
54:1 Dr. Ruffner's prognosis, Mr. Hardeman is -- has a
54:2 95 percent chance of being cured from hep C; is that
54:3 correct?
54:4   A. Based on her previous e-mail, yes.

54:23 - 55:14   **Ye, Jeffrey 10-30-2018 (00:00:45)**   YE4.40

54:23 So now here we are in December of '07.  So
54:24 we're now six months later.  And this is, again,
54:25 a -- a medical record from Dr. Ruffner.
55:1 Do you see that?
55:2   A. Yes.
55:3   Q. Once again, a Kaiser Permanente record.
55:4 And if you look, it talks about Edwin
55:5 Hardeman, Mr. Hardeman, he is HCV positive,
55:6 Genotype 2b.
55:7 And then you -- there's his -- the -- the
55:8 treatment that he did.  He started it in '05.  He
55:9 ended the treatment in 11/06.  And it showed that
55:10 the viral load was negative in January of '07.
55:11 Negative in July of '07.  At this point, he's had no
55:12 alcohol for three years.
55:13 Do you see all of that?
55:14   A. Yes.

55:15 - 55:23   **Ye, Jeffrey 10-30-2018 (00:00:30)**   YE4.41

55:15   Q. And then if you turn the page, at the very
55:16 bottom, Dr. Ruffner has stated that the Hepatitis C
55:17 is in a sustained viral response.
55:18 Do you see that?
55:19   A. I -- I saw that.  Uh-huh.
55:20   Q. Okay.  And so that would mean that it is
55:21 indefinitely -- the prognosis is that Mr. Hardeman

**YE4-YE_COMBINED_04 FINAL PLAYED**

| Page/Line | Source | ID |
|---|---|---|

55:22 is indefinitely viral free.
55:23 Do you agree with that?

**55:25 - 56:11**  **Ye, Jeffrey 10-30-2018 (00:00:28)**                            **YE4.42**

55:25 THE WITNESS:  I disagree, actually,
56:1 because sustained means we cannot declare cured yet.
56:2 So sustained within five years, then we can declare
56:3 cured.  Indefinitely would be no time frame there.
56:4 BY MS. WAGSTAFF:
56:5   Q. Okay.  So you're not -- you don't know the
56:6 medical definition of "sustained viral response"; is
56:7 that correct?
56:8   A. I don't as -- as -- like the way GI doctor
56:9 put down.  But to me, it looks like this is before
56:10 we declare cured, it's sustained until five years,
56:11 then we can declare.

**56:17 - 56:22**  **Ye, Jeffrey 10-30-2018 (00:00:07)**                            **YE4.43**

56:17   Q. Well, Dr. Ruffner said after six months
56:18 there was a 95 percent chance of cure?
56:19   A. Right.
56:20   Q. And then after five years it's declared
56:21 cured, right?
56:22   A. Yes.

**57:17 - 58:5**  **Ye, Jeffrey 10-30-2018 (00:00:38)**                            **YE4.44**

57:17   Q. So again, here we are, now we're in July
57:18 of 2008.  So we're seven months after the last
57:19 record.  And we're, again, with Dr. Ruffner.
57:20 And if you turn to the second page,
57:21 Dr. Ruffner's prognosis is that Mr. Hardeman's hep C
57:22 is still in a sustained viral response.
57:23 Do you see that?
57:24   A. Yes.
57:25   Q. Okay.  And once again, you're not --
58:1 you're not exactly sure of the medical definition of
58:2 a sustained viral response, but you -- you
58:3 understand that -- that Dr. Ruffner declared that in
58:4 July of 2008?
58:5   A. Yes.

**58:6 - 58:13**  **Ye, Jeffrey 10-30-2018 (00:00:16)**                            **YE4.45**

58:6   Q. So now, we're going to move --
58:7 we're going to jump forward a couple of years.

| | YE4-YE_COMBINED_04 FINAL PLAYED | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

| | 58:8 MS. WAGSTAFF:  This one will be | |
| | 58:9 Exhibit 13. | |
| | 58:10 (Whereupon, Exhibit 13 was marked for | |
| | 58:11 identification.) | |
| | 58:12 BY MS. WAGSTAFF: | |
| | 58:13   Q. And we're now going to go to 2011.  All | |
| 58:14 - 60:3 | **Ye, Jeffrey 10-30-2018 (00:01:53)** | **YE4.46** |
| | 58:14 right.  Exhibit 13 is a Kaiser Permanente record, | |
| | 58:15 correct? | |
| | 58:16   A. Yes. | |
| | 58:17   Q. And it looks like it's a lab results, | |
| | 58:18 correct? | |
| | 58:19   A. Correct. | |
| | 58:20   Q. Okay.  And if you jump to the very last | |
| | 58:21 page, it looks like the Hepatitis C test was taken; | |
| | 58:22 is that correct? | |
| | 58:23   A. Yes. | |
| | 58:24   Q. Okay.  And it looks like that it's a | |
| | 58:25 negative test? | |
| | 59:1   A. Correct. | |
| | 59:2   Q. Okay.  So here we are five years later, | |
| | 59:3 July of 2011, and Mr. Hardeman has a negative | |
| | 59:4 Hepatitis C viral load still; is that correct? | |
| | 59:5   A. Correct. | |
| | 59:6   Q. Okay.  And did you -- have you seen any | |
| | 59:7 record since 2005 in your treatment of Mr. Hardeman | |
| | 59:8 where Mr. Hardeman had a positive viral load for | |
| | 59:9 Hepatitis C? | |
| | 59:10   A. I don't recall that. | |
| | 59:11   Q. Okay.  And, in fact, you've seen -- I've | |
| | 59:12 now shown you several where he had a negative viral | |
| | 59:13 load since Dr. Ruffner declared him cured in -- | |
| | 59:14 in -- or in a negative viral load in 2006, correct? | |
| | 59:15   A. Uh-huh. | |
| | 59:16   Q. And five years later, he continues to have | |
| | 59:17 a negative viral load? | |
| | 59:18   A. Right. | |
| | 59:19   Q. Okay.  All right.  Now we're going to get | |
| | 59:20 into your treatment of -- of -- of Mr. Hardeman. | |
| | 59:21 Can you tell me how it came to be that | |

| YE4-YE_COMBINED_04 FINAL PLAYED | | |
| --- | --- | --- |
| **Page/Line** | **Source** | **ID** |

59:22 Mr. Hardeman came under your care and treatment?

59:23   A. I believe he was referred after biopsy was

59:24 done to the neck.  Probably by the head/neck doctor

59:25 who did a biopsy which showed the lymphoma at that

60:1 point.  So he was referred to see me.

60:2   Q. Okay.  And would that be Dr. Turley?

60:3   A. I believe so.

| 60:11 - 60:23 | **Ye, Jeffrey 10-30-2018 (00:01:02)** | **YE4.47** |

60:11 MS. WAGSTAFF:  So this, I think, is your

60:12 first -- this will be Number 14.  I believe this is

60:13 your -- your first visit.

60:14 (Whereupon, Exhibit 14 was marked for

60:15 identification.)

60:16 BY MS. WAGSTAFF:

60:17   Q. For the record, before you start looking

60:18 at 14, my review of Mr. Hardeman's records showed

60:19 that he was at a hep C negative viral load test on

60:20 July of 2008, January of 2009, January of 2009, July

60:21 of 2009, and again on September of 2011.

60:22 Do you have any reason to disagree with

60:23 that?

| 60:25 - 61:23 | **Ye, Jeffrey 10-30-2018 (00:00:45)** | **YE4.48** |

60:25 THE WITNESS:  I don't have a reason to

61:1 disagree with it.

61:2 BY MS. WAGSTAFF:

61:3   Q. Okay.  So I believe that the record I've

61:4 just handed you is your first time that you -- that

61:5 Mr. Hardeman came under your care, which was on

61:6 February 19th, 2015?

61:7   A. Uh-huh.  Yes.

61:8   Q. Is this your medical record that you

61:9 created?

61:10   A. Yeah, this is the note I wrote.

61:11   Q. Okay.  And so this was the -- you agree,

61:12 this was -- it looks down at the bottom of the first

61:13 page like he was, in fact, referred to you by

61:14 Mr. Turley?

61:15   A. Yes.

61:16   Q. Okay.  And so it looks like he had already

61:17 been diagnosed at this point with diffuse large

| Page/Line | Source | ID |
|---|---|---|
| | YE4-YE_COMBINED_04 FINAL PLAYED | |

61:18 B-cell lymphoma?

61:19   A. Correct.

61:20   Q. Or did you diagnose Mr. Hardeman with --

61:21 whose diagnosis is that?

61:22   A. It's a pathological diagnosis by the

61:23 pathologist.

**62:3 - 62:7**     **Ye, Jeffrey 10-30-2018 (00:00:11)**                        **YE4.49**

62:3   Q. So tell me what happened on this

62:4 first -- this first visit.

62:5   A. Let me quickly go through the note --

62:6   Q. Sure.

62:7   A. -- before I...

**62:8 - 63:20**     **Ye, Jeffrey 10-30-2018 (00:02:06)**                        **YE4.50**

62:8 Yeah.  So I saw the patient, and he

62:9 already had diagnosis of diffuse large B-cell

62:10 lymphoma.  So the treat- -- so under chemotherapy,

62:11 basically a doctor who recommend different therapies

62:12 for cancer patient, including lymphoma.  So at that

62:13 time, the -- we have the diagnosis, but we don't

62:14 have the stage.  So we have to do more work to get

62:15 the stage.  So I scheduled bone marrow biopsy, which

62:16 is part of the stage -- staging workup.  Meanwhile,

62:17 start discussing the treatment options.

62:18 Well, in the plan section, so I talk about

62:19 what general treatment approaches are based on what

62:20 stage we finally will find after bone marrow biopsy.

62:21 Then, also, I talk different -- two

62:22 different concerns in his particular case.  One is

62:23 the Hepatitis C caused liver cirrhosis, which was

62:24 evident on the, I think, ultrasound studies.  The

62:25 cirrhosis can cause decreased liver reserve, liver

63:1 function.  Liver is important to metabolize the

63:2 chemotherapy drugs for well toxicity.  My assessment

63:3 that he's -- although he has liver cirrhosis, but

63:4 early stage, his functional reserve was good.

63:5 So I did not recommend to -- to dose

63:6 reduction in chemotherapy, which may compromise the

63:7 treatment outcome.

63:8 The second concerns is he had the

63:9 Hepatitis B and the C, which at that time both were

| Page/Line | Source | ID |
|---|---|---|
| | **YE4-YE_COMBINED_04 FINAL PLAYED** | |

63:10 in remission, but we know from the drug called the
63:11 rituximab we use, we can activate B and/or C even
63:12 when people are in remission declared cured.  So
63:13 that was a concern.
63:14 So I recommend to monitor those, you know,
63:15 viral load through the treatment.  Also, for
63:16 hepatitis B, there were data that if we give this
63:17 antiviral drug called lamivudine, we can suppress
63:18 the reactivation.  But there was no data on C so we
63:19 cannot really recommend any treatment to prevent C
63:20 reactivation.  So that was the discussion.

**63:21 - 65:3**    **Ye, Jeffrey 10-30-2018 (00:01:04)**    **YE4.51**

63:21   Q. All right.  Let me see if I can sum up
63:22 what you just said.
63:23   A. Okay.
63:24   Q. So -- so Mr. Hardeman presents at your
63:25 office on February 19th, 2015?
64:1   A. Uh-huh.
64:2   Q. Is that correct?
64:3   A. Yes.
64:4   Q. And at that point he's already been
64:5 diagnosed with diffuse large B-cell lymphoma; is
64:6 that correct?
64:7   A. Correct.  Correct.
64:8   Q. And he present to you for you to do
64:9 further tests to do staging on the lymphoma; is that
64:10 correct?
64:11   A. Correct.
64:12   Q. And -- and, in fact, he -- he had been
64:13 diagnosed with a KI 67 of 80 percent.
64:14   A. Correct.
64:15   Q. And as I understand what a KI 67 means,
64:16 that's a pretty aggressive KI 67, isn't it?
64:17   A. Yes.
64:18   Q. Okay.  And that's out of a hundred
64:19 percent?
64:20   A. That means how many cells are undergoing
64:21 division.
64:22   Q. Yeah.
64:23   A. So 80 percent's a very high number.  Means

| | | |
|---|---|---|
| | **YE4-YE_COMBINED_04 FINAL PLAYED** | |
| **Page/Line** | **Source** | **ID** |

64:24 it's a fast growing tumor.

64:25   Q. Sure.  And, I mean, over 20 percent is

65:1 considered high and he's at 80 percent so it's a

65:2 really high KI 67, right?

65:3   A. Very -- yes, aggressive lymphoma.

| | | |
|---|---|---|
| 65:7 - 65:9 | **Ye, Jeffrey 10-30-2018 (00:00:11)** | **YE4.52** |

65:7   Q. And so if you look at page 130, look at

65:8 the bottom, the Bates -- let me just reach over --

65:9 that says 132.  If you go back to 130.

| | | |
|---|---|---|
| 65:10 - 65:18 | **Ye, Jeffrey 10-30-2018 (00:00:24)** | **YE4.53** |

65:10 So recent -- it says, "Recent viral

65:11 screening showed history of hep C exposure."

65:12   A. Uh-huh.

65:13   Q. There's no history -- there's no history

65:14 of an active Hepatitis B, correct?

65:15   A. Not that I'm aware of, no.

65:16   Q. Okay.  So it's just Hepatitis B exposure

65:17 but no active Hepatitis B; is that correct?

65:18   A. Correct.

| | | |
|---|---|---|
| 65:21 - 66:24 | **Ye, Jeffrey 10-30-2018 (00:00:51)** | **YE4.54** |

65:21   Q. And where would you have gotten this

65:22 statement about him being -- that Mr. Hardeman being

65:23 exposed to Hepatitis B?

65:24   A. Because he had the core antibody, the

65:25 HBcAB plus.

66:1   Q. Okay.

66:2   A. That's a core antibody.  That's only

66:3 generated when somebody had the exposure to --

66:4   Q. Okay.

66:5   A. -- Hepatitis B.

66:6   Q. And of the general population, what

66:7 percentage, roughly, is exposed to Hepatitis B?

66:8   A. United States, I don't know.  In Asian

66:9 countries, pretty high.

66:10   Q. Okay.

66:11   A. Maybe 10 percent.  But in United States, I

66:12 don't have that data.

66:13   Q. Okay.  So we know from our past discussion

66:14 already that Hepatitis C was active at one point in

66:15 Mr. Hardeman, right?

| Page/Line | Source | ID |
|---|---|---|

**YE4-YE_COMBINED_04 FINAL PLAYED**

66:16   A. Uh-huh.
66:17   Q. But there is no evidence that the
66:18 Hepatitis B was ever active in Mr. Hardeman,
66:19 correct?
66:20   A. It has to be active at some point to
66:21 generate antibody.
66:22   Q. Okay.
66:23   A. Otherwise, he would not get this antibody,
66:24 but I don't know when.

67:3 - 68:12   **Ye, Jeffrey 10-30-2018 (00:01:22)**                                    **YE4.55**

67:3   Q. And so you -- you had talked about
67:4 the -- what you were worried about was the damage
67:5 that the Hepatitis C had done to Mr. Hardeman's
67:6 liver previously?
67:7   A. Correct.
67:8   Q. But it turned out that that didn't affect
67:9 his treatment at all, did it?
67:10   A. It did not.
67:11   Q. Okay.  And part of that reason was because
67:12 you told me that his liver reserve, his --
67:13 Mr. Hardeman's liver functional reserve was
67:14 excellent?
67:15   A. Correct.
67:16   Q. So what does that mean?
67:17   A. I believe it had -- I looked either -- I
67:18 tested or look at his previous blood tests.
67:19   Q. Uh-huh.
67:20   A. Which reflect the degree of liver reserve
67:21 in people with cirrhosis, and his reserve was
67:22 excellent.
67:23   Q. Okay.
67:24   A. Based on blood tests.
67:25   Q. So that's a good thing?
68:1   A. That's a good thing.
68:2   Q. Okay.  And so at the time you -- you
68:3 started the chemotherapy, neither the hep C nor the
68:4 hep B was active in Mr. Hardeman; is that correct?
68:5   A. Correct.
68:6   Q. Okay.  And so what you were worried about,
68:7 was you worried that the treatment to cure his

| | YE4-YE_COMBINED_04 FINAL PLAYED | |
|---|---|---|
| Page/Line | Source | ID |

68:8 NHL might actually reactivate the hep C or the
68:9 hep C; is that correct?
68:10   A. Correct.
68:11   Q. But, in fact, that didn't happen, did it?
68:12   A. It did not happen.

**68:20 - 69:18**     **Ye, Jeffrey 10-30-2018 (00:00:59)**     YE4.56

68:20   Q. And so just to be clear for the
68:21 jury, the hep C was -- just to be clear for the
68:22 jury, the hep C was not present prior to starting
68:23 chemotherapy?
68:24   A. Correct.
68:25   Q. And the hep C was not present in
69:1 Mr. Hardeman's blood during the chemotherapy?
69:2   A. I believe so.
69:3   Q. And the hep C was not present in
69:4 Mr. Hardeman's blood after the chemotherapy?
69:5   A. I believe so.
69:6   Q. And as far as the Hepatitis B, the
69:7 Hepatitis B was not present in Mr. Hardeman's blood
69:8 prior to the chemotherapy?
69:9   A. I don't remember if I tested that.  But
69:10 based on the blood tests I saw, it was not present.
69:11   Q. Okay.
69:12   A. But different tests, I don't remember what
69:13 particular tests I ordered.  But based on the
69:14 statement I have in my notes, at that time, it was
69:15 not active because the -- there was a blood test --
69:16 turn to the previous page.
69:17 The HBsAb minus itself is telling me it's
69:18 not active.

**69:24 - 71:3**     **Ye, Jeffrey 10-30-2018 (00:01:03)**     YE4.57

69:24   Q. Okay.  So based on that -- based on your
69:25 testing, the Hepatitis B was not active in
70:1 Mr. Hardeman's blood prior to the chemotherapy
70:2 treatment?
70:3   A. That was tests, I believe, done by
70:4 Dr. Ruffner or somebody else I just cited.
70:5   Q. Okay.  But to your satisfaction, that --
70:6   A. Yes.
70:7   Q. Okay.

| | | |
|---|---|---|
| | **YE4-YE_COMBINED_04 FINAL PLAYED** | |
| **Page/Line** | **Source** | **ID** |

70:8   A. Correct.  That satisfied my...

70:9   Q. So you were satisfied --

70:10   A. Yeah, by the test.

70:11   Q. Okay.  So you were satisfied that

70:12 Hepatitis B was not in Mr. Hardeman's bloodstream

70:13 prior to chemotherapy --

70:14   A. Correct.

70:15   Q. -- commencing?

70:16   A. Correct.

70:17   Q. And you were satisfied that during and

70:18 after Mr. Hardeman's chemotherapy treatment, the

70:19 Hepatitis B was not in his bloodstream?

70:20   A. Correct.

70:21   Q. Okay.  And at this first visit, you -- you

70:22 scheduled a PET scan to happen the following day, on

70:23 February 20th?

70:24   A. Yes.

70:25   Q. And you -- you scheduled a bone marrow

71:1 biopsy for the following Monday to -- to determine

71:2 if it was in stage IV; is that why you did that?

71:3   A. Yes, was staging, yes.

| | | |
|---|---|---|
| 71:6 - 71:9 | **Ye, Jeffrey 10-30-2018 (00:00:08)** | **YE4.58** |

71:6 Is anything remarkable about this visit

71:7 after reading -- that we haven't talked about after

71:8 reading this record?

71:9   A. No.  You summarized pretty well.

| | | |
|---|---|---|
| 71:17 - 71:17 | **Ye, Jeffrey 10-30-2018 (00:00:04)** | **YE4.59** |

71:17   Q. This is going to be Exhibit 15.  So this

| | | |
|---|---|---|
| 71:18 - 71:20 | **Ye, Jeffrey 10-30-2018 (00:00:13)** | **YE4.60** |

71:18 is the following day.  February 20th, 2015.

71:19 Do you see that date, Doctor?

71:20   A. Yes.  Uh-huh.

| | | |
|---|---|---|
| 71:21 - 73:13 | **Ye, Jeffrey 10-30-2018 (00:01:45)** | **YE4.61** |

71:21   Q. So this looks like tests done by Kaiser

71:22 Permanente; is that correct?

71:23   A. Correct.

71:24   Q. Okay.  And if you look at the first page,

71:25 these are tests done on Mr. Hardeman, correct?

72:1   A. Uh-huh.  Yes.

72:2   Q. Looks like HCV again.  That's Hepatitis C

| | | |
|---|---|---|
| | **YE4-YE_COMBINED_04 FINAL PLAYED** | |
| **Page/Line** | **Source** | **ID** |

72:3 virus.  It looks like it's non-detective, and it's
72:4 negative.
72:5 Do you see that?
72:6   A. Yes, I do.
72:7   Q. So the day after your first visit, the
72:8 viral load for Mr. Hardeman on hep C is negative; is
72:9 that correct?
72:10   A. Yes, I ordered this test to confirm the
72:11 status.
72:12   Q. Okay.  So you ordered these tests to -- to
72:13 test the Hepatitis B and Hepatitis C.  You'll see
72:14 that the Hepatitis B is tested on page 771 where it
72:15 says hep C little e virus negative?
72:16   A. Yes.  Yes.
72:17   Q. Okay.  So your first visit with doctor --
72:18 or with Mr. Hardeman, you ordered blood tests and
72:19 these are the results, correct?
72:20   A. Uh-huh.  Yes.
72:21   Q. And these results show that the viral load
72:22 for Hepatitis B and Hepatitis C are negative?
72:23   A. Correct.
72:24   Q. And this is eight -- this is roughly eight
72:25 and a half years after Mr. Hardeman has completed
73:1 his Hepatitis C treatment; is that right?
73:2   A. Yes.
73:3   Q. Okay.  So at this time you can declare
73:4 Mr. Hardeman's cured from Hepatitis C?
73:5   A. Based on Dr. Ruffner's definition.
73:6   Q. Okay.
73:7   A. Yes.
73:8   Q. Great.
73:9 So what is the purpose of a PET scan?  You
73:10 ordered a PET scan?
73:11   A. PET scan is to see the -- whether they are
73:12 lymph node in the body suspicious for cancer based
73:13 on the uptake of sugar in the lymph node.

| | | |
|---|---|---|
| 73:24 - 74:13 | **Ye, Jeffrey 10-30-2018 (00:00:29)** | **YE4.62** |

73:24   Q. So you ordered a PET scan and a bone
73:25 marrow biopsy?
74:1   A. Correct.

| Page/Line | Source | ID |
|---|---|---|
| | **YE4-YE_COMBINED_04 FINAL PLAYED** | |

74:2  Q. I believe this is the bone marrow biopsy.
74:3  A. That's the procedure note.
74:4  Q. Okay.  And did you do -- did you do the
74:5 procedure?
74:6  A. Yes, I did.
74:7  Q. Okay.  So this is the second time you've
74:8 seen Mr. Hardeman; is that correct?
74:9 And you did a --
74:10  A. Correct.
74:11  Q. -- bone marrow biopsy.
74:12 This is Exhibit 16.
74:13  A. Right.

**75:4 - 75:13    Ye, Jeffrey 10-30-2018 (00:00:25)                    YE4.63**

75:4  Q. And at some point, you decided
75:5 that -- on a course of treatment for Mr. Hardeman
75:6 for his stage III cancer; is that correct?
75:7  A. Yes.
75:8  Q. And what was the course of treatment you
75:9 decided?
75:10  A. Chemotherapy.
75:11  Q. Okay.  And what sort of chemotherapy?
75:12  A. It's called R-CHOP.  It's five drugs
75:13 together given every three weeks for six times.

**79:2 - 79:22    Ye, Jeffrey 10-30-2018 (00:00:39)                    YE4.64**

79:2 So -- so you wrote Mr. Hardeman a secure
79:3 message on the day of his -- first day of his
79:4 chemotherapy, and you said, "Edwin, the Hepatitis C
79:5 virus is not active right now.  We will" --
79:6  A. Which page are you at?
79:7  Q. 224.
79:8  A. 224.
79:9  Q. Can I just reach over real quick?
79:10  A. Yeah.
79:11  Q. We're just going to go up and then --
79:12  A. Oh, this goes backwards.
79:13  Q. Yeah.
79:14  A. Okay.  I see.
79:15  Q. You can see in time.
79:16 But on January 24th, 2015, at 6:01 p.m.,
79:17 you wrote Mr. Hardeman, you said, "Edwin, the

| | | |
|---|---|---|
| | **YE4-YE_COMBINED_04 FINAL PLAYED** | |
| **Page/Line** | **Source** | **ID** |

|  |  |  |
|---|---|---|
|  | 79:18 Hepatitis C virus is not active right now.  We will | |
|  | 79:19 continue to follow it during chemotherapy." | |
|  | 79:20   A. Correct. | |
|  | 79:21   Q. Do you see that? | |
|  | 79:22   A. Yes, I do. | |
| 87:25 - 88:22 | **Ye, Jeffrey 10-30-2018 (00:01:05)** | **YE4.65** |
|  | 87:25 MS. WAGSTAFF:  So next I'm going to pull | |
|  | 88:1 up Exhibit 50 -- or Number 52, please.  This is | |
|  | 88:2 going to be Exhibit 19. | |
|  | 88:3 (Whereupon, Exhibit 19 was marked for | |
|  | 88:4 identification.) | |
|  | 88:5 BY MS. WAGSTAFF: | |
|  | 88:6   Q. So this is an exhibit -- or this is a | |
|  | 88:7 medical record that is in between the first and | |
|  | 88:8 second R-CHOP, so right in the middle of his | |
|  | 88:9 chemotherapy.  And this is, again, a laboratory | |
|  | 88:10 blood test where you are testing for the Hepatitis C | |
|  | 88:11 viral load and the Hepatitis B viral load; is that | |
|  | 88:12 correct? | |
|  | 88:13   A. Correct. | |
|  | 88:14   Q. Okay.  And it looks like both the | |
|  | 88:15 Hepatitis C and the Hepatitis B viral load are -- | |
|  | 88:16 continue to be negative; is that correct? | |
|  | 88:17   A. Correct. | |
|  | 88:18   Q. Okay.  So the R-CHOP that -- that you had | |
|  | 88:19 ordered to be administered were not reactivating or | |
|  | 88:20 otherwise affecting the Hepatitis C or Hepatitis B; | |
|  | 88:21 is that correct? | |
|  | 88:22   A. Correct. | |
| 92:3 - 92:8 | **Ye, Jeffrey 10-30-2018 (00:00:21)** | **YE4.66** |
|  | 92:3 So the next record is from April 5th, | |
|  | 92:4 which is between the second and third R-CHOP; is | |
|  | 92:5 that correct? | |
|  | 92:6   A. Yes. | |
|  | 92:7   Q. Okay.  So this is a lab testing, again, | |
|  | 92:8 where you are testing -- and we will mark this as | |
| 92:9 - 92:21 | **Ye, Jeffrey 10-30-2018 (00:00:31)** | **YE4.67** |
|  | 92:9 Exhibit 21 -- and you -- you are again -- this is a | |
|  | 92:10 Kaiser Permanente lab blood cell -- or a blood -- a | |
|  | 92:11 viral load test, and you are testing the viral load | |

| Page/Line | Source | ID |
|---|---|---|
| | **YE4-YE_COMBINED_04 FINAL PLAYED** | |

| Page/Line | Source | ID |
|---|---|---|
| | 92:12 for Hepatitis C and Hepatitis B; is that correct? | |
| | 92:13   A. Correct. | |
| | 92:14   Q. And you will note on 11/20 at the bottom? | |
| | 92:15   A. Yeah, I saw that. | |
| | 92:16   Q. That he Hepatitis B viral load on | |
| | 92:17 April 5th, 2015, is negative? | |
| | 92:18   A. Uh-huh. | |
| | 92:19   Q. And the Hepatitis C viral load continues | |
| | 92:20 to be negative as well; is that correct? | |
| | 92:21   A. Correct. | |
| 93:24 - 94:5 | **Ye, Jeffrey 10-30-2018 (00:00:14)** | **YE4.68** |
| | 93:24   Q. And you still got a stage III -- if you | |
| | 93:25 look at page 423, again, we're talking about a | |
| | 94:1 stage III diffuse large B-cell with a KI of 67 of | |
| | 94:2 80 percent. | |
| | 94:3   A. Correct. | |
| | 94:4   Q. So this is an aggressive lymphoma? | |
| | 94:5   A. Correct. | |
| 96:20 - 96:21 | **Ye, Jeffrey 10-30-2018 (00:00:02)** | **YE4.69** |
| | 96:20 MS. WAGSTAFF:  we labeled that | |
| | 96:21 Exhibit 23. | |
| 96:22 - 97:3 | **Ye, Jeffrey 10-30-2018 (00:00:16)** | **YE4.70** |
| | 96:22 66.  We'll label this next one Exhibit 24. | |
| | 96:23 (Whereupon, Exhibit 24 was marked for | |
| | 96:24 identification.) | |
| | 96:25 | |
| | 97:1 BY MS. WAGSTAFF: | |
| | 97:2   Q. And this is blood tests that were taken | |
| | 97:3 between the third and fourth R-CHOP on April 26th, | |
| 97:4 - 98:8 | **Ye, Jeffrey 10-30-2018 (00:00:57)** | **YE4.71** |
| | 97:4 2015, by Kaiser Permanente. | |
| | 97:5 And you were the -- the one who ordered | |
| | 97:6 this blood test; is that correct? | |
| | 97:7   A. Yes. | |
| | 97:8   Q. Okay.  And it looks like, once again, you | |
| | 97:9 are -- you are testing the viral load for | |
| | 97:10 Hepatitis C and Hepatitis B; is that correct? | |
| | 97:11   A. Yes. | |
| | 97:12   Q. And once again, both Hepatitis C and | |
| | 97:13 Hepatitis B have a negative viral load; is that | |

| | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

YE4-YE_COMBINED_04 FINAL PLAYED

| Page/Line | Source | ID |
|---|---|---|
| | 97:14 correct? | |
| | 97:15   A. Correct. | |
| | 97:16   Q. Okay.  And this is between the third and | |
| | 97:17 fourth R-CHOP. | |
| | 97:18   A. Yes. | |
| | 97:19   Q. All right. | |
| | 97:20   A. That's actually right before -- yeah, | |
| | 97:21 right before the fourth. | |
| | 97:22   Q. Two days before the fourth -- | |
| | 97:23   A. Right. | |
| | 97:24   Q. -- R-CHOP; is that right? | |
| | 97:25   A. It's prechemotherapy lab panel. | |
| | 98:1   Q. Okay.  And you tested his blood between -- | |
| | 98:2 right before every R-CHOP; is that correct? | |
| | 98:3   A. Correct.  Also, in between as the nadir, | |
| | 98:4 the previous one that showed. | |
| | 98:5   Q. And not once did you find a viral load | |
| | 98:6 that contained any Hepatitis B or Hepatitis C | |
| | 98:7 strain; is that correct? | |
| | 98:8   A. I believe so. | |
| 103:8 - 103:9 | **Ye, Jeffrey 10-30-2018 (00:00:07)** | **YE4.72** |
| | 103:8 MS. WAGSTAFF:  So next, we have what we | |
| | 103:9 will mark as Exhibit 26. | |
| 103:10 - 103:15 | **Ye, Jeffrey 10-30-2018 (00:00:06)** | **YE4.73** |
| | 103:10 (Whereupon, Exhibit 26 was marked for | |
| | 103:11 identification.) | |
| | 103:12 BY MS. WAGSTAFF: | |
| | 103:13   Q. This is a visit to you on | |
| | 103:14 June 8, 2015, correct? | |
| | 103:15   A. Correct. | |
| 103:22 - 103:23 | **Ye, Jeffrey 10-30-2018 (00:00:07)** | **YE4.74** |
| | 103:22   Q. Okay.  Anything remarkable about this | |
| | 103:23 medical visit to you? | |
| 104:14 - 105:7 | **Ye, Jeffrey 10-30-2018 (00:00:56)** | **YE4.75** |
| | 104:14 And I also advised to continue Hepatitis B | |
| | 104:15 suppression for three more months after finishing | |
| | 104:16 chemotherapy, then he can stop. | |
| | 104:17 BY MS. WAGSTAFF: | |
| | 104:18   Q. And so this lamivudine? | |
| | 104:19   A. That's the Hepatitis B suppressive therapy | |

| YE4-YE_COMBINED_04 FINAL PLAYED | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

104:20 to prevent the relapse of there.
104:21   Q. And that was a pill?
104:22   A. It's a pill.
104:23   Q. Okay.  And we have been over this
104:24 ad nauseam, but there was no viral load of
104:25 Hepatitis B at any point in his chemo --
105:1 chemotherapy treatment, so why did you have him
105:2 continue on that -- that pill?
105:3   A. Because we have -- study has shown that
105:4 with the R drugs, in R-CHOP, it can reactivate
105:5 Hepatitis B and the C, even people are in remission
105:6 considered to be cured.  So we give this drug during
105:7 treatment to prevent relapse.

**111:4 - 111:8**          **Ye, Jeffrey 10-30-2018 (00:00:10)**          **YE4.76**

111:4   Q. As far as you know, was
111:5 Mr. Hardeman compliant in his treatment?
111:6   A. Yes.
111:7   Q. Was Mr. Hardeman a good patient?
111:8   A. Yes.

**111:9 - 111:14**          **Ye, Jeffrey 10-30-2018 (00:00:14)**          **YE4.77**

111:9   Q. And so this record that you
111:10 brought, this is your last record.  I believe it's
111:11 also the same thing as --
111:12 MS. WAGSTAFF:  Can I get 111?
111:13 (Whereupon, Exhibit 28 was marked for
111:14 identification.)

**111:16 - 111:20**          **Ye, Jeffrey 10-30-2018 (00:00:10)**          **YE4.78**

111:16   Q. The last time you saw Mr. Hardeman was
111:17 about four months ago; is that correct?
111:18   A. Correct.
111:19   Q. Okay.  Which was in June 20th of 2018?
111:20   A. Correct.

**112:12 - 112:17**          **Ye, Jeffrey 10-30-2018 (00:00:13)**          **YE4.79**

112:12   Q. Okay.  And so you ordered that
112:13 Mr. Hardeman come back to visit you again in March
112:14 of 2019?
112:15   A. I think the plan was December this year.
112:16 Six months' visit.  Then nine months for -- for the
112:17 CT scan.

**114:4 - 114:6**          **Ye, Jeffrey 10-30-2018 (00:00:07)**          **YE4.80**

| Page/Line | Source | ID |
|---|---|---|

114:4   Q. Okay.  You have no testimony on whether or
114:5 not Roundup is cancerous one way or the other?
114:6   A. I have -- I have no knowledge.

| 114:18 - 114:21 | **Ye, Jeffrey 10-30-2018 (00:00:10)** | **YE4.81** |

114:18 MS. WAGSTAFF:  So, Doctor, I wanted to
114:19 mark as Exhibit 29 the documents that you brought
114:20 today in response to the subpoena.
114:21 THE WITNESS:  Yes.

| 115:3 - 115:24 | **Ye, Jeffrey 10-30-2018 (00:00:41)** | **YE4.82** |

115:3   Q. Good morning, Dr. Ye.
115:4   A. Hi.
115:5   Q. Hi.  I'm Brian Stekloff, and I'm one of
115:6 the attorneys representing Monsanto.
115:7 We have not met before this morning,
115:8 correct?
115:9   A. Never met.
115:10   Q. And you haven't met with any other
115:11 attorneys representing Monsanto?
115:12   A. No.
115:13   Q. Okay.  I wanted to walk through your
115:14 educational background in a little more detail.  I
115:15 know Ms. Wagstaff touched on that.  So I also looked
115:16 on the website to get a little information.
115:17 It sounds like you first started medical
115:18 school in China; is that correct?
115:19   A. Yes, correct.
115:20   Q. Then did you move to the United States
115:21 following that for your residency?
115:22   A. I came here for Ph.D. program.
115:23   Q. Okay.
115:24   A. Through exchange program.

| 115:25 - 116:9 | **Ye, Jeffrey 10-30-2018 (00:00:26)** | **YE4.83** |

115:25   Q. And what was your Ph.D. in?
116:1   A. Molecular biology.
116:2   Q. And can you just very briefly describe for
116:3 the jury what molecular biology is?
116:4   A. Studying basically the -- how the cell
116:5 works at the molecular level, DNA level, protein
116:6 level, such as that.
116:7   Q. And where were you studying for your

| | | |
|---|---|---|
| | **YE4-YE_COMBINED_04 FINAL PLAYED** | |
| **Page/Line** | **Source** | **ID** |

116:8 Ph.D.?

116:9   A. New York University.

| | | |
|---|---|---|
| 116:10 - 116:16 | **Ye, Jeffrey 10-30-2018 (00:00:10)** | **YE4.84** |

116:10   Q. How long were you studying -- well, first

116:11 of all, how long did you study in terms of your

116:12 medical training in China?

116:13   A. Six years.

116:14   Q. And then when you came to NYU how long

116:15 were you studying?

116:16   A. Five years.

| | | |
|---|---|---|
| 116:17 - 117:22 | **Ye, Jeffrey 10-30-2018 (00:00:57)** | **YE4.85** |

116:17   Q. Following your obtaining a Ph.D., what was

116:18 your next step in your education?

116:19   A. I did a post doc training.

116:20   Q. And where was your post doc training?

116:21   A. I did several.  It was National Institute

116:22 of Health.  I did a short one at NYU and Rockefeller

116:23 University in New York, New York City.

116:24   Q. And so let's start with the National

116:25 Institute of Health.

117:1 That's a government agency here in the

117:2 United States, correct?

117:3   A. Yes.

117:4   Q. Located in Bethesda, Maryland?

117:5   A. Correct.

117:6   Q. And what were you -- what was your

117:7 fellow- -- your post doc fellowship in at NIH?

117:8   A. Molecular immunology.

117:9   Q. And --

117:10   A. That's basically how immune systems works.

117:11   Q. How long was that?

117:12   A. A year and a half.

117:13   Q. And then you said you did another

117:14 fellowship at NYU?

117:15   A. For six months.

117:16   Q. What was that in?

117:17   A. It's the same, DNA study.

117:18   Q. And then you mentioned Rockefeller

117:19 University; is that right?

117:20   A. Correct.

| YE4-YE_COMBINED_04 FINAL PLAYED | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

|  | 117:21   Q. What were you studying there? |  |
|  | 117:22   A. Also molecular biology. |  |
| 117:23 - 118:4 | **Ye, Jeffrey 10-30-2018 (00:00:21)** | **YE4.86** |
|  | 117:23   Q. And so up until now, we had -- you had six |  |
|  | 117:24 years of medical training in China, approximately |  |
|  | 117:25 five more years at -- for your Ph.D. at NYU, and |  |
|  | 118:1 then another two to three years in post doc |  |
|  | 118:2 fellowship? |  |
|  | 118:3   A. Actually, longer, a total -- let's see, |  |
|  | 118:4 about five years post doc. |  |
| 118:5 - 119:22 | **Ye, Jeffrey 10-30-2018 (00:01:18)** | **YE4.87** |
|  | 118:5   Q. Okay.  So 16 years of training? |  |
|  | 118:6   A. Correct. |  |
|  | 118:7   Q. Up to where we are now? |  |
|  | 118:8   A. Correct. |  |
|  | 118:9   Q. Following your post doc fellowship, was |  |
|  | 118:10 your next step a residency? |  |
|  | 118:11   A. Correct. |  |
|  | 118:12   Q. And where was that? |  |
|  | 118:13   A. New York University. |  |
|  | 118:14   Q. And were you associated then with Memorial |  |
|  | 118:15 Sloan-Kettering Cancer Center in New York? |  |
|  | 118:16   A. That's after the fellow- -- after the |  |
|  | 118:17 internship -- residency, went there for fellowship. |  |
|  | 118:18   Q. Okay. |  |
|  | 118:19   A. For cancer. |  |
|  | 118:20   Q. Okay.  So let's start with the residency. |  |
|  | 118:21 Your -- you did a residency at NYU? |  |
|  | 118:22   A. Correct. |  |
|  | 118:23   Q. What was that in? |  |
|  | 118:24   A. Internal medicine. |  |
|  | 118:25   Q. And can you -- you explained before that |  |
|  | 119:1 you were focused on hematology and oncology. |  |
|  | 119:2 Can you explain how internal medicine |  |
|  | 119:3 relates? |  |
|  | 119:4   A. Internal medicine is the foundation.  You |  |
|  | 119:5 study basically all the organs and cardiology, |  |
|  | 119:6 including cancer, hematology.  But that's a pretty |  |
|  | 119:7 basic level, cover everything, kidney disease and |  |
|  | 119:8 lung disease, heart disease. |  |

| | YE4-YE_COMBINED_04 FINAL PLAYED | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

119:9 That's for three years.
119:10 After that, I went to Sloan-Kettering for
119:11 specialty training, which is oncology, hematology.
119:12   Q.  Okay.  And is it fair to say that Memorial
119:13 Sloan-Kettering Cancer Center is an elite cancer
119:14 center in the United States?
119:15   A. We believe so.
119:16   Q.  And how long did you do your fellowship
119:17 there?
119:18   A. Three years.
119:19   Q. So we had 15 years and then three years of
119:20 residency and three years of fellowship.  So
119:21 21 years of training?
119:22   A. I guess so.

119:23 - 121:9 **Ye, Jeffrey 10-30-2018 (00:01:24)**                                              **YE4.88**

119:23   Q.  And at that time -- when did you know that
119:24 you wanted to focus on hematology and oncology?
119:25   A. During residency at NYU.
120:1   Q.  And why was it that that was the area you
120:2 wanted to focus on?
120:3   A. Because I just -- because my basic
120:4 research experience naturally leads to cancer
120:5 medicine, and I found it very interesting.
120:6   Q.  And with respect to -- well, when you --
120:7 following your -- your fellowship at
120:8 Sloan-Kettering, is that when you moved here to
120:9 Kaiser in California?
120:10   A. No, I stayed at Sloan-Kettering as
120:11 attending for four more years.
120:12   Q.  Okay.  And what was your focus during
120:13 those four years?
120:14   A. Breast cancer.
120:15   Q.  And following that, is that when you came
120:16 here to Kaiser?
120:17   A. I actually went back to NYU for a year to
120:18 do lab research before I moved here.
120:19   Q.  Okay.  And what year, again, did you move
120:20 here?
120:21   A. 2005.
120:22   Q.  And at that point is when you began to

| Page/Line | Source | ID |
|---|---|---|

**YE4-YE_COMBINED_04 FINAL PLAYED**

120:23 focus more on clinical care with hematology?
120:24   A. Correct.
120:25 Before that, I was doing part lab
121:1 research, part medicine, but since I moved here it's
121:2 a hundred percent clinical practice.
121:3   Q. What was it that made you want to do a
121:4 hundred percent clinical practice in that 2005 time
121:5 period?
121:6   A. Career change at the -- at that age, I
121:7 guess, because I found that it's impossible to do
121:8 both full time, basically.  So I want to focus on
121:9 one.

**121:10 - 121:24   Ye, Jeffrey 10-30-2018 (00:00:31)**                    **YE4.89**

121:10   Q. And was one of your goals to be able to
121:11 use your education and your research to help
121:12 patients in treating their cancer?
121:13   A. Yes.
121:14   Q. And that, of course, is true with respect
121:15 to Mr. Hardeman as well, you wanted to give him the
121:16 best care and treatment possible; is that right?
121:17   A. Correct.
121:18   Q. And you wanted to, of course, help him
121:19 treat his non-Hodgkin's lymphoma, right?
121:20   A. Correct.
121:21   Q. And as part of your care and treatment of
121:22 your patients, if you could determine the cause of
121:23 their cancer, you would want to do so, right?
121:24   A. Yes.

**121:25 - 122:3   Ye, Jeffrey 10-30-2018 (00:00:08)**                     **YE4.90**

121:25   Q. And with respect to non-Hodgkin's
122:1 lymphoma, you've never been able to tell a patient
122:2 what caused his or her non-Hodgkin's lymphoma; is
122:3 that correct?

**122:5 - 122:12   Ye, Jeffrey 10-30-2018 (00:00:12)**                     **YE4.91**

122:5 THE WITNESS:  Okay.  In some -- some
122:6 sub-form of non-Hodgkin's lymphoma we can find a
122:7 cause, but not -- usually not in the diffuse large
122:8 B-cell lymphoma.
122:9 BY MR. STEKLOFF:
122:10   Q. You --

| YE4-YE_COMBINED_04 FINAL PLAYED | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

|  | 122:11   A. We know it's caused by something, but we | |
|  | 122:12 cannot nail it down. | |
| 122:13 - 122:16 | **Ye, Jeffrey 10-30-2018 (00:00:05)** | **YE4.92** |
|  | 122:13   Q. You've never told a patient that | |
|  | 122:14 glyphosate or Roundup caused his or her cancer, | |
|  | 122:15 correct? | |
|  | 122:16   A. I don't think I did. | |
| 122:17 - 122:22 | **Ye, Jeffrey 10-30-2018 (00:00:17)** | **YE4.93** |
|  | 122:17   Q. You certainly never told Mr. Hardeman that | |
|  | 122:18 glyphosate or Roundup caused his cancer? | |
|  | 122:19   A. I don't believe I did.  I don't remember. | |
|  | 122:20 In conversation, we talk about chemicals may cause | |
|  | 122:21 cancer in general, but I don't remember that | |
|  | 122:22 conversation about Roundup. | |
| 125:8 - 125:15 | **Ye, Jeffrey 10-30-2018 (00:00:18)** | **YE4.94** |
|  | 125:8   Q. And Mr. Hardeman had a B-cell lymphoma? | |
|  | 125:9   A. Correct. | |
|  | 125:10   Q. And within non-Hodgkin's lymphoma, is it | |
|  | 125:11 fair to say that B-cell lymphomas are also common? | |
|  | 125:12   A. Much more common than T. | |
|  | 125:13   Q. Right.  So the majority of non-Hodgkin's | |
|  | 125:14 Lymphomas are B-cell lymphomas? | |
|  | 125:15   A. Correct. | |
| 125:18 - 126:9 | **Ye, Jeffrey 10-30-2018 (00:00:32)** | **YE4.95** |
|  | 125:18   Q. And when you see patients, you don't know | |
|  | 125:19 whether they've ever been exposed to glyphosate or | |
|  | 125:20 Roundup, correct? | |
|  | 125:21   A. I don't ask that question as a routine.  I | |
|  | 125:22 don't. | |
|  | 125:23   Q. Right. | |
|  | 125:24   A. So I don't usually know. | |
|  | 125:25   Q. And so when you have patients who have | |
|  | 126:1 non-Hodgkin's lymphoma, some may have been exposed | |
|  | 126:2 to glyphosate, but many may have not been exposed to | |
|  | 126:3 glyphosate, correct? | |
|  | 126:4   A. Yes, that -- yeah, that's a fair | |
|  | 126:5 statement. | |
|  | 126:6   Q. And the reason you don't ask is because | |
|  | 126:7 it's not relevant to your care and treatment of your | |
|  | 126:8 patients, correct? | |

| YE4-YE_COMBINED_04 FINAL PLAYED | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

|  | 126:9   A. Correct. |  |
| 126:11 - 126:14 | **Ye, Jeffrey 10-30-2018 (00:00:07)** | **YE4.96** |
|  | 126:11 BY MR. STEKLOFF: |  |
|  | 126:12   Q. It's not relevant to your care and |  |
|  | 126:13   treatment of their cancer going forward, correct? |  |
|  | 126:14   A. Correct. |  |
| 133:13 - 133:23 | **Ye, Jeffrey 10-30-2018 (00:00:32)** | **YE4.97** |
|  | 133:13   Q. And Mr. Hardeman presented with a diffuse |  |
|  | 133:14 large B-cell lymphoma; is that right? |  |
|  | 133:15   A. Yes. |  |
|  | 133:16   Q. Which again, of non-Hodgkin's Lymphomas, |  |
|  | 133:17 is a common lymphoma, correct? |  |
|  | 133:18   A. Yes.  So diffuse large B-cell lymphoma is |  |
|  | 133:19 the most common non-Hodgkin's for adults. |  |
|  | 133:20   Q. And you have -- you have treated hundreds |  |
|  | 133:21 of patients over the years who have had this type of |  |
|  | 133:22 non-Hodgkin's lymphoma? |  |
|  | 133:23   A. Perhaps. |  |
| 133:25 - 134:7 | **Ye, Jeffrey 10-30-2018 (00:00:12)** | **YE4.98** |
|  | 133:25 THE WITNESS:  Dozens at least. |  |
|  | 134:1 BY MR. STEKLOFF: |  |
|  | 134:2   Q. And you've never determined -- tried to |  |
|  | 134:3 determine whether any of them were exposed to |  |
|  | 134:4 glyphosate, correct? |  |
|  | 134:5   A. No, I don't. |  |
|  | 134:6   Q. So -- |  |
|  | 134:7   A. No, I didn't. |  |
| 135:4 - 136:15 | **Ye, Jeffrey 10-30-2018 (00:01:38)** | **YE4.99** |
|  | 135:4   Q. Now, when you first met, I note on this |  |
|  | 135:5 record on number -- we're on Exhibit 14, sorry -- |  |
|  | 135:6 that there are three diagnosis. |  |
|  | 135:7 The first is the diffuse large B-cell |  |
|  | 135:8 lymphoma that we have been talking about, correct? |  |
|  | 135:9   A. Correct. |  |
|  | 135:10   Q. The second is liver cirrhosis, right? |  |
|  | 135:11   A. Correct. |  |
|  | 135:12   Q. What is liver cirrhosis? |  |
|  | 135:13   A. Liver cirrhosis is the consequence of |  |
|  | 135:14 Hepatitis B or Hepatitis C infection that cause |  |
|  | 135:15 liver to go through with a process called fibrosis, |  |

| | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

135:16 scarring process, diffuse scarring process of the
135:17 liver.
135:18   Q. And what does that -- what did that tell
135:19 you about how Mr. Hardeman's Hepatitis C impacted
135:20 him from a viral standpoint?
135:21   A. So he has to -- anybody develops cirrhosis
135:22 from hepatitis infection, they have to have at least
135:23 ten-year history of hepatitis before they start
135:24 having cirrhosis because of the long term
135:25 consequence of infection.
136:1   Q. So would that have been true with respect
136:2 to Mr. Hardeman?
136:3   A. I believe so.
136:4   Q. So you believe that Mr. Hardeman had
136:5 active Hepatitis C before -- at least ten years
136:6 prior to being treated when you reviewed those
136:7 records between 2005 and 2006?
136:8   A. Correct.  Based on statistics, that will
136:9 be correct.
136:10   Q. And it is the Hepatitis C that caused his
136:11 liver cirrhosis, most likely?
136:12   A. Most likely it's the C.  B can cause it
136:13 too, but in his case, his C was more active than B,
136:14 based on my review.  So it's probably more likely C
136:15 caused it.

| 136:16 - 136:22 | **Ye, Jeffrey 10-30-2018 (00:00:16)** | **YE4.100** |

136:16   Q. And is it -- is it common for your
136:17 patients who have non-Hodgkin's lymphoma to have had
136:18 a history of both Hepatitis C and Hepatitis B?
136:19   A. Not quite common.
136:20   Q. That's pretty -- relatively rare?
136:21   A. Correct.  In my practice, I don't see that
136:22 common.

| 136:23 - 137:8 | **Ye, Jeffrey 10-30-2018 (00:00:15)** | **YE4.101** |

136:23   Q. And here, you also noted, below liver
136:24 cirrhosis, the history of Hepatitis C; is that
136:25 right?
137:1   A. Correct.
137:2   Q. And I think you talked about that was in
137:3 part because you were -- you didn't want to

| Page/Line | Source | ID |
|---|---|---|

137:4 reactivate the Hepatitis C through -- through the
137:5 chemotherapy?
137:6   A. Right.
137:7   Q. Is that right?
137:8   A. Right.

**137:18 - 138:2**     **Ye, Jeffrey 10-30-2018 (00:00:23)**     **YE4.102**

137:18   Q. But when you were treating Mr. Hardeman in
137:19 2015, you had a concern that his Hepatitis C was not
137:20 permanently cured and might come back, right?
137:21   A. Correct.
137:22   Q. And that's why you noted his history of
137:23 Hepatitis C in the medical records?
137:24   A. Correct.
137:25   Q. And that's why you repeatedly tested him
138:1 to see if his Hepatitis C had become active again?
138:2   A. Correct.

**141:18 - 141:23**     **Ye, Jeffrey 10-30-2018 (00:00:15)**     **YE4.103**

141:18   Q. Now, we looked at a -- a number of medical
141:19 records regarding your care and treatment of
141:20 Mr. Hardeman.  And we can agree that nowhere did you
141:21 ever write down glyphosate or Roundup in his medical
141:22 records, correct?
141:23   A. I don't believe I would have.

**141:24 - 142:4**     **Ye, Jeffrey 10-30-2018 (00:00:16)**     **YE4.104**

141:24   Q. In terms of Mr. Hardeman's overall
141:25 presentation, there was nothing unusual about his
142:1 presentation as compared to other B-cell lymphoma
142:2 patients whom you've treated, correct?
142:3   A. It's a pretty typical case of presentation
142:4 in the course of treatment.

**142:7 - 142:11**     **Ye, Jeffrey 10-30-2018 (00:00:07)**     **YE4.105**

142:7   Q. And there were no -- I think you were
142:8 asked if there was anything unusual.  There was
142:9 nothing unusual that occurred during your care and
142:10 treatment of him, correct?
142:11   A. No.

**142:12 - 142:16**     **Ye, Jeffrey 10-30-2018 (00:00:15)**     **YE4.106**

142:12   Q. And there's no marker for -- for you to be
142:13 able to tell whether a non- -- a -- a B-cell
142:14 non-Hodgkin's lymphoma was caused by one thing or

**YE4-YE_COMBINED_04 FINAL PLAYED**

| Page/Line | Source | ID |
|---|---|---|

142:15 another when you had the pathology and all the
142:16 underlying details, correct?

142:18 - 142:22     **Ye, Jeffrey 10-30-2018 (00:00:11)**     **YE4.107**

142:18 THE WITNESS:  No.  There's no clinical
142:19 test we can do to link the cause at this point.
142:20 BY MR. STEKLOFF:
142:21   Q. There's no diagnostic tests, right?
142:22   A. No diagnostic tests.

142:25 - 143:2     **Ye, Jeffrey 10-30-2018 (00:00:06)**     **YE4.108**

142:25   Q. Unfortunately, the cause of
143:1 non-Hodgkin's -- non-Hodgkin's lymphoma is unknown?
143:2   A. For most patients, it's unknown.

143:19 - 144:3     **Ye, Jeffrey 10-30-2018 (00:00:27)**     **YE4.109**

143:19   Q. Have you ever read any of the scientific
143:20 literature, the epidemiology peer-reviewed
143:21 literature, toxicology reports, or anything at all
143:22 that relates exposure to Roundup or glyphosate to
143:23 non-Hodgkin's lymphoma?
143:24   A. No, I have not.
143:25   Q. You haven't -- so, therefore, you have no
144:1 opinion one way or the other because you haven't
144:2 read the literature, right?
144:3   A. Yeah.

144:5 - 144:13     **Ye, Jeffrey 10-30-2018 (00:00:25)**     **YE4.110**

144:5 THE WITNESS:  I don't a particular opinion
144:6 on that.
144:7 BY MS. WAGSTAFF:
144:8   Q. So with respect to the literature, the
144:9 body of literature that discusses whether or not
144:10 exposure to Roundup or glyphosate causes
144:11 non-Hodgkin's lymphoma, you would have to defer to
144:12 someone who's actually read that literature?
144:13   A. Correct.

146:20 - 146:23     **Ye, Jeffrey 10-30-2018 (00:00:11)**     **YE4.111**

146:20   Q. And so you haven't read any literature or
146:21 seen any literature associating Hepatitis C to
146:22 large -- large diffuse B-cell lymphoma, correct?
146:23   A. I have not read that.

147:6 - 147:10     **Ye, Jeffrey 10-30-2018 (00:00:12)**     **YE4.112**

147:6   Q. Okay.  And it was -- Mr. Hardeman's

| | | |
|---|---|---|
| **YE4-YE_COMBINED_04 FINAL PLAYED** | | |
| **Page/Line** | **Source** | **ID** |

147:7 Hepatitis C was cured prior to developing NHL,
147:8 correct?
147:9   A. Correct.  Based on -- yeah, that -- that
147:10 disease is cured, but --

147:21 - 148:3 **Ye, Jeffrey 10-30-2018 (00:00:17)**                                 YE4.113

147:21   Q. And so it's your opinion that
147:22 the NHL did not -- or it's your opinion that
147:23 Mr. Hardeman's prior Hepatitis C did not cause his
147:24 NHL; is that correct?
147:25   A. I cannot say either way.
148:1   Q. Okay.  So you would defer to someone who
148:2 has actually read the literature and -- and knows
148:3 that information better, correct?

148:11 - 148:12 **Ye, Jeffrey 10-30-2018 (00:00:02)**                               YE4.114

148:11   A. So I -- I don't take a position on that.
148:12 I don't know.

149:18 - 150:1 **Ye, Jeffrey 10-30-2018 (00:00:24)**                                 YE4.115

149:18 "Question:  In fact, it's common in
149:19 medicine to do a differential diagnosis to try to
149:20 determine the cause of a cancer as well?"
149:21 THE WITNESS:  Actually, I wouldn't put it
149:22 that way because most of the time we know we don't
149:23 find a cause.  We don't really spend lots of time to
149:24 find a cause unless there's an obvious one that
149:25 stands out because most of the time we won't find
150:1 one.

---

PLF Affirmative = 00:37:01
DEF Affirmative = 00:15:20
DEF Counter = 00:01:11
OVERLAP = 00:05:59
PLF Counter Counter = 00:00:31
**Total Time = 01:00:02**