J. Patrick Sullivan
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
Telephone:  (816) 474-6550
Facsimile:  (816) 421-5547
jsullivan@shb.com

*Attorney for Defendant*
*MONSANTO COMPANY*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. MDL No. 3:16-md-2741-VC |
| This document relates to:<br>*Jaime Alvarez Calderone v. Monsanto Company*<br>3:19-cv-01630 | |

### NOTICE OF APPEARANCE ON BEHALF OF MONSANTO COMPANY

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Pretrial Order No. 1, J. Patrick Sullivan of the firm Shook, Hardy & Bacon L.L.P. hereby enters an appearance as counsel for Defendant MONSANTO COMPANY in the above-captioned matter and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served on and directed to the undersigned counsel.

July 2, 2019                                                    Respectfully Submitted,

                                    By: */s/ J. Patrick Sullivan*
                                        J. Patrick Sullivan
                                        SHOOK, HARDY & BACON L.L.P.
                                        2555 Grand Blvd.
                                        Kansas City, MO 64108
                                        Telephone:  (816) 474-6550
                                        Fax:  (816) 421-5547
                                        jsullivan@shb.com

                                        *Attorney for Defendant,*
                                        *MONSANTO COMPANY*

## CERTIFICATE OF SERVICE

    I, J. Patrick Sullivan, hereby certify that, on July 2, 2019, I electronically filed NOTICE OF APPEARANCE OF J. PATRICK SULLIVAN ON BEHALF OF DEFENDANT MONSANTO COMPANY with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

DATED: July 2, 2019　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　*/s/ J. Patrick Sullivan*
　　　　　　　　　　　　　　　　　　　　　　J. Patrick Sullivan
　　　　　　　　　　　　　　　　　　　　　　SHOOK, HARDY & BACON L.L.P.
　　　　　　　　　　　　　　　　　　　　　　2555 Grand Blvd.
　　　　　　　　　　　　　　　　　　　　　　Kansas City, MO 64108
　　　　　　　　　　　　　　　　　　　　　　Telephone:  (816) 474-6550
　　　　　　　　　　　　　　　　　　　　　　Fax:  (816) 421-5547
　　　　　　　　　　　　　　　　　　　　　　jsullivan@ @shb.com