

**W E I T Z**

**&**

**L U X E N B E R G**

A   P R O F E S S I O N A L   C O R P O R A T I O N

• L A W   O F F I C E S •

**700 BROADWAY** • **NEW YORK, NY 10003**
**TEL. 212-558-5500** **FAX   212-344-5461**
WWW.WEITZLUX.COM

July 3, 2019

**FILED VIA ECF**
Honorable Vince Chhabria
United States District Court, Northern District of California

   *In re: Roundup Production Liability Litigation* Case No. 3:16-cv-02341-VC
      Pretrial Order No. 154

Dear Judge Chhabria:

   Plaintiffs submit this letter in response to PTO 154 and the Court's granting permission to Plaintiffs to file objections to the Proposed Severance Order for Multi-Plaintiff Complaints.

   While Plaintiffs are not filing formal objections to the order, Plaintiffs want the record to reflect that they contend the current joinder of the claims is proper and that the filing of short form complaints does not constitute a waiver of their arguments that joinder of the plaintiffs was proper and/or that the cases should be tried together when remanded.

                     Respectfully submitted,

                     Robin L. Greenwald

Cc: Aimee Wagstaff
     Michael Miller