**WILKINSON WALSH + ESKOVITZ LLP**
Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonwalsh.com)
Tamarra Matthews Johnson (*pro hac vice*)
(tmatthewsjohnson@wilkinsonwalsh.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonwalsh.com)
2001 M St. NW, 10th Floor
Washington, DC 20036
Tel:   (202) 847-4030
Fax:   (202) 847-4005

**ARNOLD & PORTER KAYE SCHOLER LLP**
Pamela Yates (CA Bar No. 137440)
(Pamela.Yates@arnoldporter.com)
777 South Figueroa St., 44th Floor
Los Angeles, CA 90017
Tel: (213) 243-4178
Fax: (213) 243-4199

**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
1350 I St. NW
Washington, DC 20005
Tel: (202) 898-5843
Fax: (202) 682-1639

**COVINGTON & BURLING LLP**
Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
One City Center
850 10th St. NW
Washington, DC 20001
Tel: (202) 662-6000

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC<br><br>**DECLARATION OF BRIAN L. STEKLOFF IN SUPPORT OF MONSANTO COMPANY'S MOTION TO SUPPLEMENT THE RECORD IN CONNECTION WITH ITS MOTIONS FOR JUDGMENT AS A MATTER OF LAW OR, IN THE ALTERNATIVE, FOR A NEW TRIAL** |
| *Hardeman v. Monsanto Co., et al.*, 3:16-cv-0525-VC | |

1    I, Brian L. Stekloff, declare and state as follows:

2    1.     I am a partner at the law firm of Wilkinson Walsh + Eskovitz, LLP, counsel for defendant Monsanto Company ("Monsanto"). I make this declaration in support of Monsanto's motion to supplement the record in connection with its motion for judgment as a matter of law or, in the alternative, for a new trial. I make this declaration based on my personal knowledge and, if called as a witness, I would and could testify competently to these matters.

2.     At the July 2, 2019 post-trial hearing in this case, I observed that Juror #5 was in attendance for the entire hearing.

3.     Prior to the hearing and during the recess in the hearing, I or my co-counsel observed the following:

    a.     Juror #5 conversed with Plaintiff's counsel.

    b.     Juror #5 conversed with Mr. and Mrs. Hardeman.

    c.     Juror #5 hugged Mr. and Mrs. Hardeman.

    d.     Juror #5 sat near and conversed with a person who I understand to have served as a juror in the *Johnson v. Monsanto* trial ("the *Johnson* juror").

4.     As my co-counsel and I prepared to leave the Courtroom, we noticed Juror #5 leaving the Courtroom with Plaintiffs' counsel, Mr. and Mrs. Hardeman, and the *Johnson* juror.

5.     When my co-counsel and I were leaving the Courthouse, we observed Juror #5 leaving the Courthouse with Mr. and Mrs. Hardeman and the *Johnson* juror.

6.     It is my understanding that the *Johnson* juror attended the post-trial hearing in that case and wrote a letter to the trial judge, Judge Bolanos, urging her not to disturb that jury's verdict. I further understand several other *Johnson* jurors also attended the post-trial hearing in that case and wrote letters and emails to Judge Bolanos to similar effect.

7.     Further, since the trial in that case, the *Johnson* juror has been posting recaps of trials and hearings in the Roundup litigation on an anti-Monsanto advocacy blog, www.glyphosategirl.com.

8. On July 4, 2019, I was copied on a letter from Juror #5 to the Court. Plaintiff's counsel was also copied. That letter is attached hereto as Exhibit 1.

I hereby declare under penalty of perjury that the facts set forth herein are true and correct.

DATED: July 8, 2019

                                                Respectfully submitted,

                                                /s/ *Brian L. Stekloff*

Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonwalsh.com)
Tamarra Matthews Johnson (*pro hac vice*)
(tmatthewsjohnson@wilkinsonwalsh.com
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonwalsh.com)
WILKINSON WALSH + ESKOVITZ LLP
2001 M St. NW, 10th Floor
Washington, DC 20036
Tel: (202) 847-4030
Fax: (202) 847-4005

Pamela Yates (CA Bar No. 137440)
(Pamela.Yates@arnoldporter.com)
ARNOLD & PORTER KAYE SCHOLER
777 South Figueroa St., 44th Floor
Los Angeles, CA 90017
Tel: (213) 243-4178
Fax: (213) 243-4199

Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I St. NW
Washington, DC 20005
Tel: (202) 898-5843
Fax: (202) 682-1639

Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
COVINGTON & BURLING LLP
One City Center
850 10th St. NW
Washington, DC 20001
Tel: (202) 662-6000

STEKLOFF DECLARATION - MONSANTO'S MOTION TO SUPPLEMENT THE RECORD

*Attorneys for Defendant*
*MONSANTO COMPANY*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 8th day of July 2019, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

/s/ *Brian L. Stekloff*