Holly P. Smith
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
Telephone:  (816) 474-6550
Facsimile:  (816) 421-5547
hpsmith@shb.com

*Attorney for Defendant*
*MONSANTO COMPANY*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>*Goldie Christina Perkins v. Monsanto Company*<br>3:16-cv-06025 | MDL No. 2741<br><br>Case No. MDL No. 3:16-md-2741-VC |

**<u>NOTICE OF APPEARANCE ON BEHALF OF MONSANTO COMPANY</u>**

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Pretrial Order No. 1, Holly P. Smith of the firm Shook, Hardy & Bacon L.L.P. hereby enters an appearance as counsel for Defendant MONSANTO COMPANY in the above-captioned matter and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served on and directed to the undersigned counsel.

July 8, 2019                                                    Respectfully Submitted,

                                                   By: */s/ Holly P. Smith*
                                                        Holly P. Smith
                                                        SHOOK, HARDY & BACON L.L.P.
                                                        2555 Grand Blvd.
                                                        Kansas City, MO 64108
                                                        Telephone:  (816) 474-6550
                                                        Fax:  (816) 421-5547
                                                        hpsmith@shb.com

                                                        *Attorney for Defendant,*
                                                        *MONSANTO COMPANY*

---

**CERTIFICATE OF SERVICE**

I, Holly P. Smith, hereby certify that, on July 8, 2019, I electronically filed NOTICE OF APPEARANCE OF HOLLY P. SMITH ON BEHALF OF DEFENDANT MONSANTO COMPANY with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

DATED: July 8, 2019                                   Respectfully submitted,

                                                                         */s/ Holly P. Smith*
                                                                         Holly P. Smith
                                                                         SHOOK, HARDY & BACON L.L.P.
                                                                         2555 Grand Blvd.
                                                                         Kansas City, MO 64108
                                                                         Telephone: (816) 474-6550
                                                                         Fax: (816) 421-5547
                                                                         hpsmith@ @shb.com