# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Master Docket Case No. 3: 16-md-02741-VC |
| | Honorable Vince Chhabria |
| THIS DOCUMENT RELATES TO: Robert Barnett v. Monsanto Company | Case No. 3: 19-cv-02075-VC |

## STIPULATION OF DISMISSAL PURSUANT TO F.R.C.P. 41 (a)(1)(A)(ii)

Pursuant to F.R.C.P. 41 (a)(l)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff, Robert Barnett, and Defendant Monsanto Company hereby give notice that the above-captioned action is dismissed with prejudice against Defendant Monsanto Company.

IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiff Robert Barnett, and counsel for Defendant Monsanto Company that the above referenced Complaint is hereby dismissed with prejudice.

Each party agrees to bear its own costs and attorneys' fees.

Dated: July 8, 2019

| | |
|---|---|
| **/s/ Seth W. Webb** | **/s/ Martin C. Calhoun** |
| Seth W. Webb | Martin C. Calhoun, Esq. |
| Brown & Crouppen P.C. | HOLLINGSWORTH LLP |
| 211 N. Broadway Suite 1600 | 1350 I Street NW |
| St. Louis, MO 63102 | Washington, DC 20005 |
| Tel: (314) 222-2222 | Tel: (202) 898-5867 |
| Attorney for the Plaintiff William Hurst | Attorney for Defendant Monsanto Company |

## CERTIFICATE OF SERVICE

    I, Seth S. Webb, hereby certify that on July 8, 2019, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

                                                                                    /s/ Seth S. Webb