**ANDRUS WAGSTAFF, PC**
Aimee H. Wagstaff (SBN 278480)
aimee.wagstaff@andruswagstaff.com
7171 W. Alaska Drive
Lakewood, CO  80226
Tel:  (303) 376-6360
Fax: (303) 376-6361

**MOORE LAW GROUP, PLLC**
Jennifer A. Moore (SBN 206779)
jennifer@moorelawgroup.com
1473 South 4th Street
Louisville, KY  40208
Tel:  (502) 717-4080
Fax: (502) 717-4086

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 <br><br> Case No. 16-md-02741-VC <br><br> **DECLARATION OF JENNIFER A. MOORE IN SUPPORT OF PLAINTIFF'S MOTION TO SUPPLEMENT THE RECORD RELATED TO PLAINTIFF'S MOTION TO AMEND THE JUDGMENT TO CLARIFY PRE AND POST-JUDGMENT INTEREST RATES** |
| This document relates to: <br> *Hardeman v. Monsanto Co., et al.,* <br> 3:16-cv-0525-VC; | |

1

MOORE DECLARATION IN SUPPORT OF PLAINTIFF'S MOTION TO SUPPLEMENT THE RECORD RELATED TO PLAINTIFF'S MOTION TO AMEND THE JUDGMENT TO CLARIFY PRE AND POST-JUDGMENT INTEREST RATES

I, Jennifer A. Moore, hereby declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am a partner at Moore Law Group, PLLC, and served as co-lead trial counsel for Plaintiff Edwin Hardeman in *Hardeman v. Monsanto Co.*, Case No. 16-cv-00525-VC ("*Hardeman*"). I submit this declaration in support of Plaintiff's Motion To Supplement The Record In Support Of Plaintiff's Motion To Amend The Judgment To Clarify Pre And Post-Judgment Interest Rates.

2. On October 1, 2018, Plaintiff Hardeman provided to Defendant medical authorizations allowing Defendant to obtain any and all of Plaintiff's medical records and bills.

3. On October 22, 2018, Plaintiff Hardeman provided to Defendant his Plaintiff Fact Sheet, including copies of Plaintiff's medical records and bills.

4. According to the third party vendor's site, Defendant requested Plaintiff's medical bills using the medical authorizations provided by Plaintiff and received the bills on October 24, 2018.

5. Attached hereto as Exhibit 1 is a true and accurate copy of Trial Tr. vol. 20, 2786:15-18, March 26, 2019, the excerpt from Defendant's closing argument.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: 07/08/2019                                    Respectfully submitted,

/s/ Jennifer A. Moore
Jennifer A. Moore (SBN 206779)
jennifer@moorelawgroup.com
MOORE LAW GROUP, PLLC
1473 South 4th Street
Louisville, KY  40208
Tel: (502) 717-4080

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I certify that on July 8, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Jennifer A. Moore
Jennifer A. Moore (SBN 206779)
jennifer@moorelawgroup.com