1   and 2012, and frankly up until today, then you are done.  You

2   only get to damages if you answer yes to one of those three

3   questions.

4       So I want to talk to you briefly about damages because

5   there are two types of damages.  There are compensatory damages

6   that you heard about from His Honor during the instructions and

7   there are punitive damages.

8       I think I heard today They didn't cross-examine

9   Dr. Nabhan.  They didn't challenge compensatory damages.

10  That's right, we didn't cross Dr. Nabhan.  I told you in the

11  opening for Phase Two we weren't going to challenge how

12  difficult and unfortunate it was that Mr. Hardeman suffered

13  from non-Hodgkin's lymphoma and what he went through.  I'm not

14  standing here challenging that this morning.

15      We stipulated to the amount of his medical records.  We

16  agreed that his medical costs up through, I think, late 2018

17  when we had the records, were approximately $200,000.  It is in

18  the instructions.  It is on the verdict form.

19      But you only give that if you find that Monsanto acted

20  unreasonable.

21      And one of the instructions that His Honor read to you --

22  one of the first ones -- Instruction Number 1 reads in part:

23  You must follow the law as I give it to you whether you agree

24  with it or not.  And you must not be influenced by any personal

25  likes or dislikes, opinions, prejudices, or sympathies.  You