**ANDRUS WAGSTAFF, PC**
Aimee H. Wagstaff (SBN 278480)
aimee.wagstaff@andruswagstaff.com
7171 W. Alaska Drive
Lakewood, CO  80226
Tel:  (303) 376-6360
Fax: (303) 376-6361

**MOORE LAW GROUP, PLLC**
Jennifer A. Moore (SBN 206779)
jennifer@moorelawgroup.com
1473 South 4th Street
Louisville, KY  40208
Tel:  (502) 717-4080
Fax: (502) 717-4086

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. 16-md-02741-VC |
| This document relates to:<br>*Hardeman v. Monsanto Co., et al.,*<br>3:16-cv-0525-VC; | **PLAINTIFF'S RESPONSE TO MONSANTO COMPANY'S MOTION TO SUPPLEMENT THE RECORD IN CONNECTION WITH ITS MOTIONS FOR JUDGMENT AS A MATTER OF LAW OR, IN THE ALTERNATIVE, FOR A NEW TRIAL** |

1

PLF.'S RESP. TO MONSANTO COMPANY'S MOTION TO SUPPLEMENT THE RECORD IN CONNECTION WITH ITS MOTIONS FOR JUDGMENT AS A MATTER OF LAW OR, IN THE ALTERNATIVE FOR A NEW TRIAL

# MEMORANDUM OF POINTS AND AUTHORITIES

Plaintiff does not object to Monsanto's request to supplement the record with a letter submitted by one of the jurors asking the Court not to disturb the jury's verdict. However, Plaintiff must respond to the two baseless assertions by Monsanto that suggest impropriety may have occurred.

First, Juror #5's letter does not provide any evidence of bias. Juror #5 spent approximately one month of her life serving on the jury in this case. She, along with all other jurors, spent weeks considering and weighing all the evidence presented before arriving at a thoughtful verdict. It is therefore hardly surprising that Juror #5 does not wish to see the jury's verdict disturbed after investing so much of her time evaluating the evidence and coming to a verdict. Under these circumstances, the fact that Juror #5 wrote a letter to the Court asking the Court to let the jury's verdict stand is hardly evidence of bias considering the amount of time she sacrificed in order to serve.

Second, Plaintiff's Counsel had nothing to do with Juror #5's letter. Monsanto suggests, but does not overtly state, that Plaintiff's counsel may have had some involvement in writing or encouraging Juror #5 to author her letter to the Court, but there is no evidence to support this proposition. To be clear: Plaintiff's Counsel was unaware Juror #5 intended to submit a letter. *See* Declaration of Jennifer A. Moore. In fact, Plaintiff's Counsel only became aware of the letter when Juror #5 submitted the letter to the Court and copied Plaintiff's counsel and defense counsel. *Id.* Plaintiff's Counsel never discussed with Juror #5 any plan to send a letter to the Court in any way and Plaintiff's Counsel in no way encouraged or asked Juror #5 to write her letter. *Id.* And, although Monsanto now claims that Juror #5's letter will "generate[] further anti-Monsanto bias in the Bay Area that will infect future Roundup trials" any speculative concerns over bias generated by the letter are self inflicted. Mot. at 3. After all, but for Monsanto's request to make the otherwise private letter public, it is hard to fathom how the letter could "generate further anti-Monsanto bias."

2
PLF.'S RESP. TO MONSANTO COMPANY'S MOTION TO SUPPLEMENT THE RECORD IN CONNECTION WITH ITS MOTIONS FOR JUDGMENT AS A MATTER OF LAW OR, IN THE ALTERNATIVE FOR A NEW TRIAL

Dated: 07/08/2019                                   Respectfully submitted,

/s/ Jennifer A. Moore
Jennifer A. Moore (SBN 206779)
jennifer@moorelawgroup.com
MOORE LAW GROUP, PLLC
1473 South 4th Street
Louisville, KY  40208
Tel: (502) 717-4080

and

Aimee H. Wagstaff (SBN 278480)
aimee.wagstaff@andruswagstaff.com
ANDRUS WAGSTAFF, P.C.
7171 W. Alaska Drive
Lakewood, CO  80226
Tel: (303) 376-6360

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on July 8, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Jennifer A. Moore
Jennifer A. Moore (SBN 206779)
jennifer@moorelawgroup.com

PLF.'S RESP. TO MONSANTO COMPANY'S MOTION TO SUPPLEMENT THE RECORD IN CONNECTION WITH ITS MOTIONS FOR JUDGMENT AS A MATTER OF LAW OR, IN THE ALTERNATIVE FOR A NEW TRIAL