**ANDRUS WAGSTAFF, PC**
Aimee H. Wagstaff (SBN 278480)
aimee.wagstaff@andruswagstaff.com
7171 W. Alaska Drive
Lakewood, CO  80226
Tel:  (303) 376-6360
Fax: (303) 376-6361

**MOORE LAW GROUP, PLLC**
Jennifer A. Moore (SBN 206779)
jennifer@moorelawgroup.com
1473 South 4th Street
Louisville, KY  40208
Tel:  (502) 717-4080
Fax: (502) 717-4086

*Counsel for Plaintiff*

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to: *Hardeman v. Monsanto Co., et al.,* 3:16-cv-0525-VC; | **DECLARATION OF JENNIFER A. MOORE IN SUPPORT OF PLAINTIFF'S RESPONSE TO MONSANTO COMPANY'S MOTION TO SUPPLEMENT THE RECORD IN CONNECTION WITH ITS MOTIONS FOR JUDGMENT AS A MATTER OF LAW OR, IN THE ALTERNATIVE, FOR A NEW TRIAL** |

I, Jennifer A. Moore, hereby declare as follows:

1.      I am an attorney duly admitted to practice before this Court. I am a partner at Moore Law Group, PLLC, and served as co-lead trial counsel for Plaintiff Edwin Hardeman in *Hardeman v. Monsanto Co.*, Case No. 16-cv-00525-VC ("*Hardeman*"). I submit this declaration in support of Plaintiff's Response to Monsanto Company's Motion To Supplement The Record In Connection With Its Motions for Judgment As A Matter of Law Or, In The Alternative, For A New Trial.

2.      None of the attorneys for Plaintiff were aware that Juror #5 intended to submit a letter to the Court dated July 4, 2019 asking the Court not to disturb the jury's verdict.

3.      Plaintiff's Counsel only became aware of the letter when Juror #5 submitted the letter to the Court and copied Plaintiff's counsel and defense counsel.

4.      Plaintiff's Counsel never discussed with Juror #5 any plan to send a letter to the Court in any way and Plaintiff's Counsel in no way encouraged Juror #5 to write her letter or asked her to write the letter.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: 07/08/2019                           Respectfully submitted,


                                            /s/ Jennifer A. Moore
                                            Jennifer A. Moore (SBN 206779)
                                            jennifer@moorelawgroup.com
                                            MOORE LAW GROUP, PLLC
                                            1473 South 4th Street
                                            Louisville, KY  40208
                                            Tel: (502) 717-4080

                                            *Counsel for Plaintiff*

MOORE DECLARATION IN SUPPORT OF PLAINTIFF'S RESPONSE TO MONSANTO COMPANY'S MOTION TO SUPPLEMENT THE RECORD IN CONNECTION WITH ITS MOTIONS FOR JUDGMENT AS A MATTER OF LAW OR, IN THE ALTERNATIVE, FOR A NEW TRIAL

## <u>CERTIFICATE OF SERVICE</u>

I certify that on July 8, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Jennifer A. Moore
Jennifer A. Moore (SBN 206779)
jennifer@moorelawgroup.com

MOORE DECLARATION IN SUPPORT OF PLAINTIFF'S RESPONSE TO MONSANTO COMPANY'S MOTION TO SUPPLEMENT THE RECORD IN CONNECTION WITH ITS MOTIONS FOR JUDGMENT AS A MATTER OF LAW OR, IN THE ALTERNATIVE, FOR A NEW TRIAL