**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE:  ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Master Docket Case No. 3:16-md-02741 |
| | Honorable Vince Chhabria |
| **THIS DOCUMENT RELATES TO:** | |
| KEVIN BULLOCK | Case No. 3:19-cv-02575 |
| v. | |
| MONSANTO COMPANY | |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 11-5, Kenneth Brennan moves this Court to grant him leave to withdraw as counsel on behalf of Plaintiff Kevin Bullock in the above-captioned case.  In support of this Motion, he states as follows:

1.  Attorney Jason Edward Ochs of the Ochs Law Firm, whom, among other states, is a California-licensed attorney, is and has remained lead counsel on this matter since its inception.

2.  That Kenneth Brennan served as local counsel in the instant matter for purposes of filing in the US District Court, Northern District of Illinois.

3.  Thereafter this matter was transferred to US District Court, Northern District of California where it became part of MDL 02741.

4.  That in light of this matter now under the jurisdiction of the MDL, the need for local Illinois Counsel is unnecessary at this time.

5.  Attorney Jason Edward Ochs will continue to represent Plaintiff Kevin Bullock in this case.  As such, Mr. Bullock will not be prejudiced by this withdrawal.

6.  That in the event this matter should be transferred back to the Northern District of Illinois, then attorney Jason Edward Ochs will immediately endeavor to seek local counsel with respect to same.

WHEREFORE, Counsel for Plaintiff Kevin Bullock respectfully requests this Court to grant leave for attorney Kenneth Brennan to withdraw, and be removed from all service lists as Counsel for Kevin Bullock in the above-captioned case.

Respectfully submitted this 9th day of July 2019.

*Attorneys for Plaintiff*

By:  */s/ Kenneth Brennan*
Kenneth Brennan, IL:  6239037
TorHoerman Law LLC
227 West Monroe Street, Suite 2650
Chicago, IL  60606
T: (312) 313-2273
kbrennan@thlawyer.com


By:  */s/ Jason Edward Ochs*
Jason Edward Ochs, KBN:  22282
Ochs Law Firm, PC
690 US 89, Ste. 206
PO Box 10944
Jackson Hole, WY  83001
T: (307) 234.3239
jason@ochslawfirm.com

**<u>CERTIFICATE OF SERVICE</u>**

I, Jason Edward Ochs, hereby certify that on July 9th, 2019, the foregoing document was filed

via the Court's CM/ECF system, which will automatically serve and send email notification of

such filing to all registered attorneys of record.

_/s/ Jason Edward Ochs_____
Jason Edward Ochs