**WILKINSON WALSH + ESKOVITZ LLP**
Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonwalsh.com)
Tamarra Matthews Johnson (*pro hac vice*)
(tmatthewsjohnson@wilkinsonwalsh.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonwalsh.com)
2001 M St. NW, 10th Floor
Washington, DC 20036
Tel:  (202) 847-4030
Fax:  (202) 847-4005

**ARNOLD & PORTER KAYE SCHOLER LLP**
Pamela Yates (CA Bar No. 137440)
(Pamela.Yates@arnoldporter.com)
777 South Figueroa St., 44th Floor
Los Angeles, CA 90017
Tel: (213) 243-4178
Fax: (213) 243-4199

**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
1350 I St. NW
Washington, DC 20005
Tel: (202) 898-5843
Fax: (202) 682-1639

**COVINGTON & BURLING LLP**
Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
One City Center
850 10th St. NW
Washington, DC 20001
Tel: (202) 662-6000

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Hardeman v. Monsanto Co., et al.*,<br>3:16-cv-0525-VC | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC<br><br>**MONSANTO COMPANY'S OPPOSITION TO PLAINTIFF'S MOTION TO SUPPLEMENT THE RECORD IN SUPPORT OF PLAINTIFF'S MOTION TO AMEND THE JUDGMENT TO CLARIFY PRE AND POST-JUDGMENT INTEREST RATES** |

Monsanto respectfully submits this Opposition to Plaintiff's Motion to Supplement the Record in Support of Plaintiff's Motion to Amend the Judgment to Clarify Pre and Post-Judgment Interest Rates (ECF No. 4528).  Plaintiff has waived the argument he now makes in his request for supplementation—that Monsanto's counsel conceded, *during closing argument*, that Plaintiff's medical expenses were certain in October 2018.  The alleged "admissions" Plaintiff seeks to add to the record have been part of the record since trial, and Plaintiff provides no justification for his failure to timely raise the argument he now seeks to present in his two prior briefs on the interest issue (ECF Nos. 3979, 4302).

In any event, the argument is meritless and based on a misrepresentation of the record. The portion of closing argument that Plaintiff cites is Monsanto's counsel's description of the stipulation the parties reached on February 24, 2019 about Mr. Hardeman's medical expenses through June 2018, as evidenced by the fact that the first two words of the quote are "[w]e agreed."  Mot. at 2; *see* Ex. 1 at 1.  Monsanto acknowledged in its prior filing that it had Plaintiff's medical bills prior to entering into the stipulation.  ECF No. 4133 at 2 ("It was not until February 24, 2019, when the parties stipulated to Mr. Hardman's medical expenses, *after Plaintiff provided Monsanto with his bills . . . .*") (emphasis added).  But Plaintiff's medical expenses did not become certain until after several weeks of negotiation between the parties over which particular expenses were proper.  Indeed, Plaintiff's initial proposed stipulation sought $222,724.10 in medical expenses, or over $20,000 more than the final stipulated amount. Ex. 2 at 1.  Under similar circumstances, California courts have concluded that damages became certain only on the date of the stipulation.  *See Levy-Zenter Co. v. S. Pac. Transportation Co.*, 74 Cal. App. 3d 762, 802 (Cal. Ct. App. 1977) (concluding that plaintiff's "damages were not certain until the date of the stipulation"); ECF No. 4133 at 2-3.

Monsanto therefore respectfully requests that the Court deny Plaintiff's motion.

DATED:  July 10, 2019

                                  Respectfully submitted,

                                  /s/ *Brian L. Stekloff*

Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonwalsh.com)
Tamarra Matthews Johnson (*pro hac vice*)
(tmatthewsjohnson@wilkinsonwalsh.com
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonwalsh.com)
WILKINSON WALSH + ESKOVITZ LLP
2001 M St. NW, 10th Floor
Washington, DC 20036
Tel: (202) 847-4030
Fax: (202) 847-4005

Pamela Yates (CA Bar No. 137440)
(Pamela.Yates@arnoldporter.com)
ARNOLD & PORTER KAYE SCHOLER
777 South Figueroa St., 44th Floor
Los Angeles, CA 90017
Tel: (213) 243-4178
Fax: (213) 243-4199

Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I St. NW
Washington, DC 20005
Tel: (202) 898-5843
Fax: (202) 682-1639

Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
COVINGTON & BURLING LLP
One City Center
850 10th St. NW
Washington, DC 20001
Tel: (202) 662-6000


*Attorneys for Defendant*
*MONSANTO COMPANY*

MONSANTO'S OPPOSITION TO PLAINTIFF'S MOTION TO SUPPLEMENT THE RECORD

- 4 -

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 10th day of July 2019, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

/s/ *Brian L. Stekloff*