# Exhibit 1

1 | **ANDRUS WAGSTAFF, PC**
Aimee H. Wagstaff (SBN 278480)
2 | Aimee.wagstaff@andruswagstff.com
David J. Wool (*pro hac vice*)
3 | David.Wool@andruswagstaff.com
7171 W. Alaska Drive
4 | Lakewood, CO 80226
Telephone: 303-376-6360

**MOORE LAW GROUP, PLLC**
6 | Jennifer A. Moore (SBN 206779)
jennifer@moorelawgroup.com
7 | 1473 South 4th Street
Louisville, KY 40208
8 | Telephone: 502-717-4080

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) MDL No. 2741<br>) Case No. 16-md-02741-VC<br>) |
| THIS DOCUMENT RELATES TO: | ) **JOINT STIPULATION REGARDING**<br>) **EDWIN HARDEMAN'S MEDICAL**<br>) **EXPENSES**<br>) |
| *HARDEMAN v. MONSANTO COMPANY,*<br>*Case No: 3:16-cv-00525-VC* | )<br>)<br>)<br>) |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

The parties, Edwin Hardeman and Monsanto Company, by counsel, stipulate that Edwin Hardeman's medical expenses incurred for treatment of non-Hodgkin's Lymphoma total $200,967.10. The parties further stipulate that the $200,967.10 of medical expenses for Mr. Hardeman's treatment of non-Hodgkin's lymphoma from December 26, 2014 through June 20, 2018 were medically reasonable and medically necessary.

JOINT STIPULATION REGARDING EDWIN HARDEMAN'S MEDICAL EXPENSES

Case No: 3:16-cv-00525-VC

HAVE SEEN AND AGREED TO:

**MOORE LAW GROUP, PLLC**

By: /s/ Jennifer A. Moore
Jennifer A. Moore (SBN 206779)
jennifer@moorelawgroup.com
1473 South 4th Street
Louisville, KY 40208
Telephone: 502-717-4080

**ANDRUS WAGSTAFF, PC**
Aimee H. Wagstaff (SBN 278480)
Aimee.wagstaff@andruswagstff.com
David J. Wool (*pro hac vice*)
David.Wool@andruswagstaff.com
7171 W. Alaska Drive
Lakewood, CO 80226
Telephone: 303-376-6360

*Co-counsel for Plaintiff*

**WILKINSON WALSH + ESKOVITZ LLP**

By: /s/ Brian L. Stekloff (*with permission*)
Brian L. Stekloff (*pro hac vice*)
bstekloff@wilkinsonwalsh.com
Rakesh Kilaru (*pro hac vice*)
rkilaru@wilkinsonwalsh.com
2001 M St. NW, 10th Floor
Washington, DC 20036
Telephone: 202-847-4030

**HOLLINGSWORTH LLP**
Joe G. Hollingsworth (*pro hac vice*)
jhollingsworth@hollingsworthllp.com
Eric G. Lasker (*pro hac vice*)
elasker@hollingsworthllp.com
1350 I Street, N.W.
Washington, DC 20005
Telephone: 202-898-5800

**ARNOLD & PORTER KAYE SCHOLER**
Pamela Yates (CA Bar No. 137440)
Pamela.Yates@arnoldporter.com
777 South Figueroa St., 44th Floor
Los Angeles, CA 90017
Telephone: 213-243-4178

---

JOINT STIPULATION REGARDING EDWIN HARDEMAN'S MEDICAL EXPENSES

Case No: 3:16-cv-00525-VC

**COVINGTON & BURLING LLP**
Michael X. Imbroscio (*pro hac vice*)
mimbroscio@cov.com
One City Center
850 10th Street NW
Washington, DC  20001
Telephone:  202-662-6000

JOINT STIPULATION REGARDING EDWIN
HARDEMAN'S MEDICAL EXPENSES

Case No: 3:16-cv-00525-VC