# Exhibit 2

**ANDRUS WAGSTAFF, PC**
Aimee H. Wagstaff (SBN 278480)
Aimee.wagstaff@andruswagstff.com
David J. Wool (*pro hac vice*)
David.Wool@andruswagstaff.com
7171 W. Alaska Drive
Lakewood, CO  80226
Telephone: 303-376-6360

**MOORE LAW GROUP, PLLC**
Jennifer A. Moore (SBN 206779)
jennifer@moorelawgroup.com
401 West Main Street, Suite 1810
Louisville, KY  40202
Telephone: 502-657-7100

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) MDL No. 2741 <br> ) Case No. 16-md-02741-VV <br> ) |
| THIS DOCUMENT RELATES TO: | ) **JOINT STIPULATION REGARDING** <br> ) **EDWIN HARDEMAN'S MEDICAL** <br> ) **EXPENSES** <br> ) |
| *HARDEMAN v. MONSANTO COMPANY,* <br> *Case No: 3:16-cv-00525-VC* | ) <br> ) <br> ) <br> ) |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

The parties, Edwin Hardeman and Monsanto Company, by counsel, stipulate to the admissibility of the attached medical expenses. (Exhibit A.)  The parties further stipulate that Edwin Hardeman's medical expenses incurred for treatment of non-Hodgkin's Lymphoma total $222,724.10. It is further stipulated that the $222,724.10 of medical expenses for treatment of non-Hodgkin's lymphoma from December 15, 2014 through October 26, 2018 were reasonable and necessary.

**PLAINTIFF'S EXHIBIT 5**

HAVE SEEN AND AGREED TO:

**MOORE LAW GROUP, PLLC**

By: /s/ Jennifer A. Moore
Jennifer A. Moore (SBN 206779)
jennifer@moorelawgroup.com
401 West Main Street, Suite 1810
Louisville, KY 40202
Telephone: 502-657-7100

**ANDRUS WAGSTAFF, PC**
Aimee H. Wagstaff (SBN 278480)
Aimee.wagstaff@andruswagstff.com
David J. Wool (*pro hac vice*)
David.Wool@andruswagstaff.com
7171 W. Alaska Drive
Lakewood, CO 80226
Telephone: 303-376-6360

*Co-counsel for Plaintiff*

**WILKINSON WALSH + ESKOVITZ LLP**

By: _____
Brian L. Stekloff (*pro hac vice*)
bstekloff@wilkinsonwalsh.com
Rakesh Kilaru (*pro hac vice*)
rkilaru@wilkinsonwalsh.com
2001 M St. NW, 10th Floor
Washington, DC 20036
Telephone: 202-847-4030

**HOLLINGSWORTH LLP**
Joe G. Hollingsworth (*pro hac vice*)
jhollingsworth@hollingsworthllp.com
Eric G. Lasker (*pro hac vice*)
elasker@hollingsworthllp.com
1350 I Street, N.W.
Washington, DC 20005
Telephone: 202-898-5800

**ARNOLD & PORTER KAYE SCHOLER**
Pamela Yates (CA Bar No. 137440)
Pamela.Yates@arnoldporter.com
777 South Figueroa St., 44th Floor
Los Angeles, CA 90017
Telephone: 213-243-4178

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**COVINGTON & BURLING LLP**
Michael X. Imbroscio (*pro hac vice*)
mimbroscio@cov.com
One City Center
850 10th Street NW
Washington, DC  20001
Telephone:  202-662-6000

JOINT STIPULATION REGARDING EDWIN
HARDEMAN'S MEDICAL EXPENSES

Case No: 3:16-cv-00525-VC