**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE:  ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Master Docket Case No. 3:16-md-02741 |
| | Honorable Vince Chhabria |
| **THIS DOCUMENT RELATES TO:** | |
| ROBERT LLOYD, | Case No. 3:19-cv-03579-VC |
| v. | |
| MONSANTO COMPANY | |

## <u>MOTION FOR LEAVE TO WITHDRAW AS COUNSEL</u>

Pursuant to Local Rule 11-5, attorney Craig Smith moves this Court to grant him leave to withdraw as counsel on behalf of Plaintiff Robert Lloyd in the above-captioned case.  In support of this Motion, he states as follows:

1. Attorney Jason Edward Ochs of the Ochs Law Firm, whom, among other states, is a California-licensed attorney, is and has remained lead counsel on this matter since its inception.

2. That Craig Smith served as local counsel in the instant matter for purposes of filing in the US District Court of Connecticut.

3. Thereafter this matter was transferred to US District Court, Northern District of California where it became part of MDL 02741.

4. That in light of this matter now under the jurisdiction of the MDL, the need for local Connecticut Counsel is unnecessary at this time.

5. Attorney Jason Edward Ochs will continue to represent Plaintiff Robert Lloyd in this case. As such, Mr. Lloyd will not be prejudiced by this withdrawal.

6. That in the event this matter should be transferred back to the US District Court of Connecticut then attorney Jason Edward Ochs will immediately endeavor to seek local counsel with respect to same.

WHEREFORE, Counsel for Plaintiff Robert Lloyd respectfully requests this Court to grant leave for attorney Craig Smith to withdraw, and be removed from all service lists as Counsel for Robert Lloyd in the above-captioned case.

Respectfully submitted this 11th day of July 2019.

*Attorneys for Plaintiff*

By: */s/ J. Craig Smith*
J. Craig Smith (*ct26662)
Koskoff Koskoff & Bieder, PC
350 Fairfield Avenue
Bridgeport, CT  06604
T: (203) 336-4421
csmith@koskoff.com

By: */s/ Jason Edward Ochs*
Jason Edward Ochs, CBN:  232819
Ochs Law Firm, PC
690 US 89, Ste. 206
PO Box 10944
Jackson Hole, WY  83001
T: (307) 234.3239
jason@ochslawfirm.com

## <u>CERTIFICATE OF SERVICE</u>

I, Jason Edward Ochs, hereby certify that on July 11th, 2019, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

*/s/ Jason Edward Ochs*_____
Jason Edward Ochs