AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| John D. Sanders, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 16-md-01741 |
| Monsanto Company | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Monsanto Company, 3:16-cv-05752                                    .

Date:  July 15, 2019                              /s/ Janet L. Hickson
                                                    *Attorney's signature*

                                              Janet L. Hickson, Bar No. 198849
                                                *Printed name and bar number*

                                              Shook, Hardy & Bacon
                                              Jamboree Center
                                              5 Park Plaza, Suite 1600
                                              Irvine, CA 92614-2546

                                              jhickson@shb.com
                                                *E-mail address*

                                              (949) 475-1500
                                                *Telephone number*

                                              (949) 475-0016
                                                *FAX number*