Eileen Tilghman Moss
SHOOK, HARDY & BACON L.L.P.
Citigroup Center
Suite 3200
201 South Biscayne Blvd
Miami, FL 33131-4332
Phone: (305) 358-5171
Fax: (305) 358-7470
elmoss@shb.com

*Attorney for Defendant*
*MONSANTO COMPANY*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. MDL No. 3:16-md-2741-VC |
| This document relates to: *Karen Wooten, et al. v. Monsanto Company* Case No. 3:17-cv-01735 | |

**NOTICE OF APPEARANCE ON BEHALF OF MONSANTO COMPANY**

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Pretrial Order No. 1, Eileen Tilghman Moss of the firm Shook, Hardy & Bacon L.L.P. hereby enters an appearance as counsel for Defendant MONSANTO COMPANY in the above-captioned matter and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served on and directed to the undersigned counsel.

July 16, 2019                                    Respectfully Submitted,

                                    By: */s/ Eileen Tilghman Moss*
                                         Eileen Tilghman Moss
                                         SHOOK, HARDY & BACON L.L.P.
                                         Citigroup Center
                                         Suite 3200
                                         201 South Biscayne Blvd
                                         Miami, FL 33131-4332
                                         Phone: (305) 358-5171
                                         Fax: (305) 358-7470
                                         elmoss@shb.com

*Attorney for Defendant,*
*MONSANTO COMPANY*

**CERTIFICATE OF SERVICE**

  I, Eileen Tilghman Moss, hereby certify that, on July 16, 2019, I electronically filed NOTICE OF APPEARANCE OF EILEEN TILGHMAN MOSS ON BEHALF OF DEFENDANT MONSANTO COMPANY with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

DATED: July 16, 2019

              Respectfully submitted,
              */s/ Eileen Tilghman Moss*
              Eileen Tilghman Moss
              SHOOK, HARDY & BACON L.L.P.
              Citigroup Center
              Suite 3200
              201 South Biscayne Blvd
              Miami, FL 33131-4332
              Phone: (305) 358-5171
              Fax: (305) 358-7470
              elmoss@shb.com

              *Attorney for Defendant,*
              *MONSANTO COMPANY*