1  Kelly H. Foos
   SHOOK, HARDY & BACON L.L.P.
2  2555 Grand Blvd.
   Kansas City, MO 64108
3  Phone: (816) 474-6550
   Fax: (816) 421-5547
4  kfoos@shb.com

5  *Attorney for Defendant*
   *MONSANTO COMPANY*
6
                    **UNITED STATES DISTRICT COURT**
7                   **NORTHERN DISTRICT OF CALIFORNIA**

8  | IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
9  | | Case No. MDL No. 3:16-md-2741-VC |

10 | This document relates to: | |
   | *Yolanda Mendoza v. Monsanto Company* | |
11 | *Case No.*  3:16-cv-06046 | |

12

13           **<u>NOTICE OF APPEARANCE ON BEHALF OF MONSANTO COMPANY</u>**

14     **TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

15         PLEASE TAKE NOTICE that, pursuant to Pretrial Order No. 1, Kelly H. Foos of the firm

16     Shook, Hardy & Bacon L.L.P. hereby enters an appearance as counsel for Defendant MONSANTO

17     COMPANY in the above-captioned matter and respectfully requests that all pleadings, notices,

18     orders, correspondence, and other papers in connection with this action be served on and directed

19     to the undersigned counsel.

20     July 16, 2019                              Respectfully Submitted,

21
                                         By: */s/ Kelly H. Foos*
22                                           Kelly H. Foos
                                             SHOOK, HARDY & BACON L.L.P.
23                                           2555 Grand Blvd.
                                             Kansas City, MO 64108
24                                           Phone: (816) 474-6550
                                             Fax: (816) 421-5547
25                                           kfoos@shb.com

26                                           *Attorney for Defendant,*
                                             *MONSANTO COMPANY*
27
28

## CERTIFICATE OF SERVICE

I, Kelly H. Foos, hereby certify that, on July 16, 2019, I electronically filed NOTICE OF APPEARANCE OF KELLY H. FOOS ON BEHALF OF DEFENDANT MONSANTO COMPANY with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

DATED: July 16, 2019

Respectfully submitted,

*/s/ Kelly H. Foos*
Kelly H. Foos
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
Phone: (816) 474-6550
Fax: (816) 421-5547
kfoos@shb.com

*Attorney for Defendant,*
*MONSANTO COMPANY*

---

NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT MONSANTO COMPANY
Case No. 3:16-md-02741-VC

4844-4086-3388 v1