## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION, <br><br> This document relates to: <br> *Sanders v. Monsanto Co., et al,* <br> Case No. 3:16-CV-05752 | MDL No. 02741 <br><br> **NOTICE OF APPEARANCE OF KRISTEN B. MILLER ON BEHALF OF PLAINTIFFS** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

     PLEASE TAKE NOTICE that Kristen B. Miller of the firm Weitz & Luxenberg, P.C. hereby enters an appearance as counsel for Plaintiffs in the above-referenced action.  Please serve said counsel with all pleadings, notices, orders, correspondence, and other papers in this action.

July 16, 2019                                          Respectfully Submitted,


                                                                                        By:   /s/ Kristen B. Miller_____
                                                                                               Kristen B. Miller, Esq.
                                                                                                WEITZ & LUXENBERG, PC
                                                                                                700 Broadway
                                                                                                New York, New York 10003
                                                                                                Phone: 212-558-5864
                                                                                                kmiller@weitzlux.com
                                                                                                Attorney for Plaintiffs