AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the NORTHERN DISTRICT

| | |
|---|---|
| Goldie Christina Perkins )<br>*Plaintiff* )<br>v. )<br>Monsanto Company )<br>*Defendant* ) | Case No. 3:16-md-2741 |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Monsanto Company; 3:19-cv-01630

Date: July 15, 2019

/s/ Matthew J. Vanis
*Attorney's signature*

Matthew J. Vanis (SBN 210706)
*Printed name and bar number*

Shook, Hardy & Bacon
One Montgomery Tower, Suite 2600, San Francicisco, CA, 94104
*Address*

mvanis@shb.com
*E-mail address*

(415)544-1900
*Telephone number*

(415)391-0281
*FAX number*

**CERTIFICATE OF SERVICE**

I, Matthew J. Vanis, hereby certify that, on July 17, 2019, I electronically filed APPEARANCE OF COUNSEL FOR MATTHEW J. VANIS ON BEHALF OF DEFENDANT MONSANTO COMPANY with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

Dated: July 17, 2019

Respectfully Submitted,

By: /s/ Matthew J. Vanis
Matthew J. Vanis
SHOOK, HARDY & BACON L.L.P.
One Montgomery, Suite 2600
San Franicsco, Ca 94104
Telephone: (415)544-1900
Fax: (415)391-0281
mvanis@shb.com

2
NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT MONSANTO COMPANY
Case No. 3:16-md-02741-VC

4834-3655-3372 v1