# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE



# CERTIFICATE OF GOOD STANDING

I, **VICKI R. KINKADE,** Acting Clerk of the United States District Court for the Middle District of Tennessee, do hereby certify that

### TIM L. BOWDEN

was duly admitted to practice in said Court on

**November 2, 2000**

and is in good standing as a member of the bar of said Court.

Dated at Nashville, Tennessee on    June 18, 2019   .

VICKI R. KINKADE, ACTING CLERK

By: _____

Deputy Clerk