Robin L. Greenwald, Esq.
**WEITZ & LUXENBERG PC**
700 Broadway
New York, NY 10003
Tel: (212) 558-5802
Fax: (212) 344-5461
rgreenwald@weitzlux.com

*Attorney for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. |
| This document relates to:<br><br>FRANK TANNER,<br>Plaintiff,<br><br>v.<br><br>MONSANTO COMPANY,<br>Defendant. | **SHORT FORM COMPLAINT** |

**SHORT FORM COMPLAINT**

Pursuant to Pretrial Order (PTO) No. 149, in which the parties were ordered to sever the plaintiffs in the case captioned *John D. Sanders*, *et al. v. Monsanto Company*, originally filed in the United States District Court for the Central District of California (Eastern Division), into individual short form complaints for pre-trial work up purposes, Plaintiff Frank Tanner provides the following allegations required by the Court in PTO No. 155:

1. This case is brought on behalf of Plaintiff Frank Tanner.

2. This case is brought against Defendant Monsanto Company (Monsanto).

3. Plaintiff first filed his case against Monsanto in the United States District Court for the Central District of California (Eastern Division).

4. Plaintiff incorporates by reference, as if fully alleged herein, the allegations contained in *John D. Sanders and Frank Tanner v. Monsanto Company*, Case No. 5:16-cv-00726-PA-KK, other than the 13 and 111-121.

5. Plaintiff resided in Duarte, California at the time of filing the original complaint against Monsanto.

6. Plaintiff currently resides in Duarte, California.

7. Plaintiff resided in Duarte, California at the time of his diagnosis of Non-Hodgkin Lymphoma (NHL).

8. Plaintiff received medical treatment for his NHL in California.

9. Venue over this case properly lies in the United States District Court for the Central District of California (Eastern Division).

10. Jurisdiction is proper based on diversity under 28 U.S.C. § 1332 because Plaintiff is a citizen of California, a different state than the Defendant's states of citizenship, and the aggregate amount in controversy exceeds $75,000, exclusive of interest and costs.

11. Plaintiff alleges injury from his exposure to Defendant's Roundup products, including but not limited to Roundup® concentrate (2.5 gallons, 41% glyphosate).

12. Plaintiff was exposed to Monsanto's Roundup products from in or around April 1974 through March 2015. From approximately 1974 through 2001, Mr. Tanner used Roundup® as needed to kill weeds on various projects for his landscaping company, Flora Landscaping. From approximately 2001 to 2006, Mr. Tanner used Roundup® on a frequent and heavy basis, between 50-70 gallons per year, to control weeds on Los Angeles County Sanitation District properties for which his

company had a maintenance contract. From approximately 2006 to 2008, he continued to use Roundup® to perform landscape work for clients upon request. From approximately 1974 to 2015, Mr. Tanner sprayed Roundup® once a month at home to control weeds.

13. Plaintiff used Monsanto's Roundup® products at each of the following locations: Various locations in Pasadena, California and Los Angeles County, California.

14. Plaintiff was first diagnosed with diffuse large B-cell lymphoma in August 2005.

15. Plaintiff brings claims against Monsanto under the following theories of liability: Strict Liability (Design Defect); Strict Liability (Failure to Warn); Negligence; Breach of Express Warranty; Breach of Implied Warranties.

Dated: July 17, 2019

**WEITZ & LUXENBERG PC**

By: */s/ Robin L. Greenwald*

Robin L. Greenwald, Esq.
700 Broadway
New York, NY 10003
Tel: (212) 558-5802
Fax: (212) 344-5461
rgreenwald@weitzlux.com

**CERTIFICATE OF SERVICE**

I, Robin Greenwald, hereby certify that, on July 17, 2019, I electronically filed the foregoing with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

*/s/ Robin L. Greenwald*