Robin L. Greenwald, Esq.
**WEITZ & LUXENBERG PC**
700 Broadway
New York, NY 10003
Tel: (212) 558-5802
Fax: (212) 344-5461
rgreenwald@weitzlux.com

David A. Domina  11043NE
**Domina Law Group pc llo**
2425 S 144th St.
Omaha NE 68144-3267
Tel: (402) 493 4100
ddomina@dominalaw.com
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. |
| This document relates to:<br><br>FRANK POLLARD,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>MONSANTO COMPANY,<br>　　　　　Defendant. | **SHORT FORM COMPLAINT** |

**SHORT FORM COMPLAINT**

Pursuant to Pretrial Order (PTO) No. 149, in which the parties were ordered to sever the plaintiffs in the case captioned *Larry E. Domina, et al. v. Monsanto Corporation*, originally filed in the United States District Court for the District of Nebraska, into individual short form

1
SHORT FORM COMPLAINT

complaints for pre-trial work up purposes, Plaintiff Frank Pollard provides the following allegations required by the Court in PTO No. 155:

1. This case is brought on behalf of Plaintiff Frank Pollard.

2. This case is brought against Defendant Monsanto Company (Monsanto).

3. Plaintiff first filed his case against Monsanto in the Nebraska State Court. His case was removed to the United States District Court of the District of Nebraska.

4. Plaintiff incorporates by reference, as if fully alleged herein, the allegations contained in *Larry E. Domina, Frank Pollard, Robert L. Dickey and Royce Janzen v. Monsanto Corporation*, U.S. Dist. Ct. of Nebraska Case No. 4:16-cv-03074 other than the paragraphs 10, 12, 13, 87-90, and 96-103.

5. Plaintiff resided in Fremont, Dodge County, Nebraska at the time of filing the original complaint against Monsanto.

6. Plaintiff currently resides in Fremont, Dodge County, Nebraska.

7. Plaintiff resided in Fremont, Dodge County, Nebraska at the time of his diagnosis of Non-Hodgkin Lymphoma (NHL).

8. Plaintiff received medical treatment for his NHL in Nebraska.

9. Venue over this case properly lies in the United States District Court of the District of Nebraska.

10. Jurisdiction is proper based on diversity under 28 U.S.C. § 1332 because Plaintiff is a citizen of Nebraska, a different state than the Defendant's states of citizenship, and the aggregate amount in controversy exceeds $75,000, exclusive of interest and costs.

11. Plaintiff alleges injury from his exposure to Defendant's Roundup® products, including but not limited to Roundup® concentrate herbicide sold under several marketing names by Monsanto from about 1976 until 2016 and received, handled,

and applied Roundup® in large bulk quantities of thousands of gallons per year (estimated as at least 15,000 gallons of concentrate per year) and in small 2-3 gallon jugs for home and non-agricultural use.

12. Plaintiff was exposed to Monsanto's Roundup® products from in or around May 1976 through September 2016 and thereafter in 2017 and 2018. He received, loaded, mixed, delivered, applied, and cleaned up Roundup® (or did some combination of these things daily during the May-September season as an agronomist and consultant farmers, retail outlet employee and location manager, and person in agriculture. He also used it around building sites and at home as needed for weed control.

13. Plaintiff used Monsanto's Roundup products at each of the following locations: At the North Bend, Nebraska farm chemicals retail work location and on farms in Dodge and Saunders and Colfax Counties, Nebraska with and for customers of the North Bend facility. He also used it around the North Bend facility buildings and grounds, and at his residence.

14. Plaintiff was diagnosed with NHL in March of 2016. He was diagnosed with B-cell marginal zone NHL.

15. Plaintiff brings claims against Monsanto under the following theories of liability: Strict Liability (Design Defect); Strict Liability (Failure to Warn); Negligence; Breach of Express Warranty; Breach of Implied Warranty of Merchantability.

Dated: July 17, 2019

**Domina Law Group pc llo**

By: __/s/ David A. Domina_____
David A. Domina #11043NE

2425 S. 144th St. 1st Flr.
Omaha NE 68144-3267
402-493-4100
ddomina@dominalaw.com

**WEITZ & LUXENBERG PC**

By: */s/ Robin L. Greenwald*

Robin L. Greenwald, Esq.
700 Broadway
New York, NY 10003
Tel: (212) 558-5802
Fax: (212) 344-5461
rgreenwald@weitzlux.com

**CERTIFICATE OF SERVICE**

      I, Robin Greenwald, hereby certify that, on July 17, 2019, I electronically filed the foregoing with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

      */s/ Robin L. Greenwald*