Robin L. Greenwald, Esq.
**WEITZ & LUXENBERG PC**
700 Broadway
New York, NY 10003
Tel: (212) 558-5802
Fax:  (212) 344-5461
rgreenwald@weitzlux.com

David A. Domina  11043NE
**Domina Law Group pc llo**
2425 S 144th St.
Omaha NE 68144-3267
Te: 402 493 4100
ddomina@dominalaw.com
*Attorneys  for Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:  ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. |
| This document relates to:<br><br>ROYCE D. JANZEN,<br><br>              Plaintiff,<br><br>v.<br><br>MONSANTO COMPANY,<br>            Defendant. | **SHORT FORM COMPLAINT** |

## SHORT FORM COMPLAINT

Pursuant to Pretrial Order (PTO) No. 149, in which the parties were ordered to sever the

plaintiffs in the case captioned *Larry E. Domina et al. v. Monsanto Corporation*, originally filed

in the United States District Court for the District of Nebraska into individual short form

complaints for pre-trial work up purposes, Plaintiff Royce D. Janzen provides the following

allegations required by the Court in PTO No. 155:

1.    This case is brought on behalf of Plaintiff Royce D. Dickey.

2.    This case is brought against Defendant Monsanto Company (Monsanto).

3.    Plaintiff first filed his case against Monsanto in the Nebraska State Court. His case was removed to the United States District Court of the District of Nebraska.

4.    Plaintiff incorporates by reference, as if fully alleged herein, the allegations contained in *Larry E. Domina, Frank Pollard, Robert L. Dickey and Royce Janzen v. Monsanto Corporation*, U.S. Dist. Ct. of Nebraska Case No. 4:16-cv-03074 except that he does not incorporate paragraphs 10, 11, 12, and 87-99.

5.    Plaintiff resided in York County, Nebraska at the time of filing the original complaint against Monsanto.

6.    Plaintiff currently resides in York County, Nebraska.

7.    Plaintiff resided in York County, Nebraska at the time of his diagnosis of Non-Hodgkin Lymphoma (NHL).

8.    Plaintiff received medical treatment for his NHL in Nebraska.

9.    Venue over this case properly lies in the United States District Court of the District of Nebraska.

10.   Jurisdiction is proper based on diversity under 28 U.S.C. § 1332 because Plaintiff is a citizen of Nebraska, a different state than the Defendant's states of citizenship, and the aggregate amount in controversy exceeds $75,000, exclusive of interest and costs.

11.   Plaintiff alleges injury from his exposure to Defendant's Roundup® products, including but not limited to Roundup® concentrate herbicide sold under several marketing names by Monsanto from about 1976 until 2016 and received, handled,

SHORT FORM COMPLAINT

and Roundup prepared  in tanks for with a sprayer on his farm land, and for weed control around building sites, fences and irrigation pipe areas.

12.     Plaintiff was exposed to Monsanto's Roundup® products from in or around May 1976 through September 2003 for agricultural purpose and from 1976 through 2008 for home and domestic use, and limited use thereafter.  He purchased, mixed, delivered, applied, and cleaned up Roundup on his farmland, and around his building site, in York and adjoining counties in Nebraska, for weed control.

13.     Plaintiff used Monsanto's Roundup® products on his farmland and around his building site in York and adjoining counties in Nebraska for weed control.

14.     Plaintiff was diagnosed with NHL on or about July 10, 2013.   He was diagnosed with Large B-cell cleaved type Follicular NHL.

15.     Plaintiff brings claims against Monsanto under the following theories of liability: Strict Liability (Design Defect); Strict Liability (Failure to Warn); Negligence; Breach of Express Warranty; Breach of Implied Warranty of Merchantability.


Dated:  July17, 2019

**Domina Law Group pc llo**

By: __/s/ David A. Domina__
David A. Domina #11043NE
2425 S. 144th St. 1st Flr.
Omaha NE 68144-3267
402-493-4100
ddomina@dominalaw.com

**WEITZ & LUXENBERG PC**

By: /s/ Robin L. Greenwald

Robin L. Greenwald, Esq.
700 Broadway
New York, NY 10003

SHORT FORM COMPLAINT

1

Tel: (212) 558-5802
Fax:  (212) 344-5461
rgreenwald@weitzlux.com

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

SHORT FORM COMPLAINT

1

**CERTIFICATE OF SERVICE**

2

3          I, Robin Greenwald, hereby certify that, on July 17, 2019, I electronically filed the
foregoing with the Clerk for the United States District Court for the Northern District of California
4     using the CM/ECF system, which shall send electronic notification to counsel of record.

5

6                              */s/ Robin L. Greenwald*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SHORT FORM COMPLAINT