David A. Domina, Esq.
**DOMINA LAW GROUP PC LLO**
2425 S 144th St.
Omaha, NE 68144-3267
Tel: (402) 493-4100
ddomina@dominalaw.com

Robin L. Greenwald, Esq.
**WEITZ & LUXENBERG PC**
700 Broadway
New York, NY 10003
Tel: (212) 558-5802
Fax:  (212) 344-5461
rgreenwald@weitzlux.com
*Attorneys for Plaintiffs*

Martin C. Calhoun, Esq.
**HOLLINGSWORTH LLP**
1350 I Street NW
Washington, DC 20005
Tel: (202) 898-5867
mcalhoun@hollingsworthllp.com
*Attorneys for Defendant Monsanto Company*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:  ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-cv-05887 |
| This document relates to: | **JOINT STIPULATION OF DISMISSAL** |
| LARRY E. DOMINA, et al., <br>              Plaintiff, <br> v. <br> MONSANTO COMPANY, <br>              Defendant. | |

## JOINT STIPULATION OF DISMISSAL PURSUANT TO PTO NO. 155

**WHEREAS,** Pretrial Order (PTO) No. 155 requires the parties to file a joint stipulation voluntarily dismissing plaintiffs originally filed in multi-plaintiff complaints;

**WHEREAS,** Plaintiffs Larry E. Domina, Frank Pollard, Robert L. Dickey, and Royce D. Janzen first filed their cases against Defendant Monsanto Company in the United States District Court for the District of Nebraska in a multi-plaintiff complaint; and

**WHEREAS,** this Court in PTO No. 149 ordered all complaints with multiple plaintiffs to be severed into individual complaints for pre-trial case work-up purposes.

**THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between Plaintiff and Defendant, by and through their respective counsel, that:

1. Plaintiffs Frank Pollard, Robert L. Dickey, and Royce D. Janzen may voluntarily dismiss their cases without prejudice from *Larry E. Domina, et al. v. Monsanto Company,* Case No. 3:16-cv-05887 and refile as individual cases with a Short Form Complaint in the Northern District of California pursuant to PTO Nos. 149 and 155; and

2. By voluntarily dismissing their cases, Plaintiffs are not waiving their right to request the trial Court upon remand to try the plaintiffs joined in the original complaint together. Monsanto Company reserves its right to object to joinder of plaintiffs for trial purposes.

Dated: July 17, 2019

**DOMINA LAW GROUP PC LLO**

By: */s/ David A. Domina*

David A. Domina
2425 S 144th St.
Omaha, NE 68144-3267
Tel: (402) 493-4100

ddomina@dominalaw.com

**WEITZ & LUXENBERG PC**

By: */s/ Robin L. Greenwald*

Robin L. Greenwald, Esq. (*pro hac vice*)
700 Broadway
New York, NY 10003
Tel: (212) 558-5802
Fax: (212) 344-5461
rgreenwald@weitzlux.com

**HOLLINGSWORTH LLP**

By: */s/ Martin Calhoun*

Martin C. Calhoun, Esq. (*pro hac vice*)
1350 I Street NW
Washington, DC 20005
Tel: (202) 898-5867
mcalhoun@hollingsworthllp.com

3
JOINT STIPULATION OF DISMISSAL

**CERTIFICATE OF SERVICE**

I, Robin Greenwald, hereby certify that, on July 17, 2019, I electronically filed the foregoing with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

*/s/ Robin L. Greenwald*