# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:  ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-cv-05887 |
| This document relates to: | **ORDER GRANTING JOINT STIPULATION OF DISMISSAL** |
| LARRY E. DOMINA, et al.,<br>                          Plaintiff, | |
| v. | |
| MONSANTO COMPANY,<br>                          Defendant. | |

**THIS CAUSE** having come before the Court on the Joint Stipulation of Dismissal. Having reviewed said request, and finding good cause, the Court GRANTS the Joint Stipulation of Dismissal as to Plaintiffs Frank Pollard, Robert L. Dickey, and Royce D. Janzen.

**IT IS SO ORDERED.**

Date: _____

_____
VINCE CHHABRIA
United States District Judge