1
2
3
4

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 3:16-cv-05752 |
| This document relates to:<br><br>JOHN D. SANDERS, et al.,<br>                Plaintiff,<br><br>v.<br><br>MONSANTO COMPANY,<br>                Defendant. | **ORDER GRANTING JOINT STIPULATION OF DISMISSAL** |

**THIS CAUSE** having come before the Court on the Joint Stipulation of Dismissal. Having reviewed said request, and finding good cause, the Court GRANTS the Joint Stipulation of Dismissal as to Plaintiff Frank Tanner.

**IT IS SO ORDERED.**

Date: _____

_____
VINCE CHHABRIA
United States District Judge