UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to: ALL ACTIONS | **PRETRIAL ORDER NO. 161: GRANTING MOTIONS TO DISMISS** |
| | Dkt. No. 3831, 3833 |

1. With respect to Monsanto's Eighth Amended Motion to Dismiss, Dkt. No. 3831, the following plaintiffs are dismissed with prejudice for failure to prosecute: Rafael Castro (18-cv-3959), Anthony Moceri (18-cv-3558), Dave Flynn (18-cv-6551), and Delbert Lee Brooks (18-cv-7558). Moceri, Flynn, and Brooks failed to submit an opposition to the motion to dismiss in response to Pretrial Order No. 149, and Castro's opposition did not provide an adequate explanation for his failure to submit a timely plaintiff fact sheet.

2. With respect to Monsanto's Ninth Amended Motion to Dismiss, Dkt. No. 3833, plaintiff John Otts (17-cv-2142) is dismissed with prejudice for failure to prosecute.

**IT IS SO ORDERED.**

Date:   July 17, 2019

Honorable Vince Chhabria
United States District Court