UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
| This document relates to:<br>*Acosta v. Monsanto Co.*, 18-cv-1960 | **PRETRIAL ORDER NO. 162: DENYING MOTION TO REMAND IN ACOSTA V. MONSANTO CO.**<br><br>Dkt. No. 2674 |

Construing Acosta's notice of supplemental authority as a motion to remand, the motion is denied on timeliness grounds. Acosta filed the motion almost a year after her case was removed, and a violation of the forum-defendant rule is not a jurisdictional defect. *See Lively v. Wild Oats Markets, Inc.*, 456 F.3d 933, 942 (9th Cir. 2006); 28 U.S.C. § 1447(c) (setting a 30-day time limit for motions to remand).

**IT IS SO ORDERED.**

Date:   July 17, 2019

Honorable Vince Chhabria
United States District Court