UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to: | |
| *Hardeman v. Monsanto*, 16-cv-00525-VC | **PRETRIAL ORDER NO. 164: AMENDED JUDGMENT** |

In light of the order granting in part Monsanto's motion for judgment as a matter of law, *see* Pretrial Order No. 160, Dkt. No. 4576, as well as the order granting Mr. Hardeman's motion to amend the interest rate, *see* Pretrial Order No. 163, Dkt. No. 4601, Edwin Hardeman shall recover from Monsanto Co. the following sums for compensatory and punitive damages:

| | |
|---|---|
| Past economic loss | $200,967.10 |
| Past noneconomic loss | $3,066,667.00 |
| Future noneconomic loss | $2,000,000.00 |
| Punitive damages | $20,000,000.00 |

Monsanto shall pay prejudgment interest for past economic damages awarded ($200,967.10) at the rate of seven percent (7%) from the date of the filing of the Complaint, February 1, 2016, through the entry of the original judgment on May 3, 2019, resulting in total prejudgment interest of $45,748.92. Thus, the total judgment in this case pending determination of awardable costs is $25,313,383.02.

Monsanto shall pay postjudgment interest upon this judgment at the federal interest rate governed by 28 U.S.C. § 1961, and shall pay for recoverable court costs incurred in this action by Mr. Hardeman as determined by this Court following review of Mr. Hardeman's bill of costs.

Execution may issue for all amended judgment amounts, interests, and costs thirty (30) days after entry of this judgment.

**IT IS SO ORDERED.**

Date:   July 17, 2019

Honorable Vince Chhabria
United States District Court