UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. 16-md-02741-VC |
| This document relates to:<br><br>*Bourgeoris v. Monsanto Co.*, 18-cv-5249 | **PRETRIAL ORDER NO. 165: MOTION TO SEVER IN BOURGEORIS V. MONSANTO**<br><br>Dkt. No. 13, 18-cv-5249 |

Steven Bussard is directed to sever his case in accordance with the procedures outlined in Pretrial Order No. 155. *See* Dkt. No. 4454. He may then file a motion for substitution of counsel.

**IT IS SO ORDERED.**

Date:   July 17, 2019

Honorable Vince Chhabria
United States District Court