UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 16-md-02741-VC |
| This document relates to:<br><br>ALL ACTIONS | **PRETRIAL ORDER NO. 166: MOTIONS FOR LEAVE TO APPEAR IN PRO HAC VICE** |
| | Dkt. Nos. 4588, 4592 |

As previously ordered, "[a]ttorneys admitted to practice and in good standing in any United States District Court are admitted pro hac vice in this MDL," and the requirements of Northern District of California Civil Local Rule 11-3 are waived. Pretrial Order 1, Dkt. No. 2. The motions for leave to appear in pro hac vice, filed by John Enochs (Dkt. 4588) and Tim Bowden (Dkt. 4592), are deemed moot.

**IT IS SO ORDERED.**

Dated: July 19, 2019

VINCE CHHABRIA
United States District Judge