UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 16-md-02741-VC |
| This document relates to: *Domina v. Monsanto Co.*, 16-cv-5887 *Sanders v. Monsanto Co.*, 16-cv-5752 | **PRETRIAL ORDER NO. 167: JOINT STIPULATIONS OF DISMISSAL** Dkt. Nos. 4597, 4598 |

The joint stipulations of dismissal are granted. Dkt. Nos. 4597, 4598. The parties are reminded that a plaintiff may dismiss an action without a court order by filing "a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii). Going forward, all parties subject to the Court's severance order in Pretrial Order No. 149, Dkt. No. 4009, are directed to file joint stipulations of dismissal without proposed orders, as outlined in Pretrial Order No. 155, Dkt. No. 4454.

**IT IS SO ORDERED.**

Dated: July 19, 2019

_____
VINCE CHHABRIA
United States District Judge