UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

**IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION**

| | | |
|---|---|---|
| Knox, et al. v. Monsanto Company, et al., ) | | |
| D. Montana, C.A. No. 4:19-00036 ) | | MDL No. 2741 |

## ORDER VACATING CONDITIONAL TRANSFER ORDER
## AND VACATING THE JULY 25, 2019, HEARING SESSION ORDER

A conditional transfer order was filed in this action (*Knox*) on May 15, 2019. Prior to expiration of that order's 7-day stay of transmittal, plaintiffs in *Knox* filed a notice of opposition to the proposed transfer. Plaintiffs later filed a motion and brief to vacate the conditional transfer order. The Panel has now been advised that *Knox* was remanded to the Eighth Judicial District Court, Cascade County, Montana by the Honorable Brian Morris, in an order filed on July 17, 2019.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-133" filed on May 15, 2019 is VACATED insofar as it related to this action.

IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on June 18, 2019, are VACATED insofar as they relate to this action.

FOR THE PANEL:

John W. Nichols
Clerk of the Panel