UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK ARNOLD PETTY, and his wife, SHARON PETTY,<br>    Plaintiffs,<br><br>vs.<br><br>IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION,<br>    Defendant(s), | )<br>)<br>)   CASE NO.16-MD-02741-VC<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF FILING

Comes now the Plaintiffs, by and through Counsel, and respectfully gives notice of the Filing of the Plaintiff's Fact Sheet, a copy of which had to been sent to defense counsel via email on June 13, 2019.

Respectfully submitted this 19th day of July, 2019.

/s/ Tim L. Bowden_____
TIM L. BOWDEN (pro hac vice)
Law Offices of Tim L. Bowden
306 Northcreek Blvd., Suite 200
Goodlettsville TN 37072
(615) 859-1996 tel | (615) 859-1919 fax
Email: bowden_law@bellsouth.net

Attorney for Plaintiffs

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served via e-service by way of the Northern District of California Filing Portal to all designated parties on the 19th day of July, 2019.

/s/ Tim L. Bowden_____

TIM L. BOWDEN (pro hac vice)

2