**HOLLINGSWORTH LLP**
Joe G. Hollingsworth (*pro hac vice*)
Eric G. Lasker (*pro hac vice*)
1350 I Street, N.W.
Washington, DC  20005
Telephone:   (202) 898-5800
Facsimile:    (202) 682-1639
Email:        jhollingsworth@hollingsworthllp.com
              elasker@hollingsworthllp.com

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 Case No. 3:16-md-02741-VC |
| This document relates to: *Jerome Bernard Schuetz v. Monsanto Co.*, Case No. 3:19-cv-03618-VC | |

**MONSANTO COMPANY'S**
**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons,

associations of persons, firms, partnerships, corporations (including parent corporations) or other

entities (i) have a financial interest in the subject matter in controversy or in a party to the

proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be

substantially affected by the outcome of this proceeding:

Defendant Monsanto Company is an indirect, wholly-owned subsidiary of Bayer AG, so

Bayer AG has a financial interest in a party to the proceeding.

- 1 -

1    DATED:  July 19, 2019              Respectfully submitted,

2

3                                     /s/ Joe G. Hollingsworth
                                    Joe G. Hollingsworth (*pro hac vice*)

4                                     (jhollingsworth@hollingsworthllp.com)
                                    Eric G. Lasker (*pro hac vice*)

5                                     (elasker@hollingsworthllp.com)
                                    HOLLINGSWORTH LLP

6                                     1350 I Street, N.W.
                                    Washington, DC  20005

7                                     Telephone:  (202) 898-5800
                                    Facsimile:   (202) 682-1639

8                                     *Attorneys for Defendant*
                                    *MONSANTO COMPANY*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MONSANTO COMPANY'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
3:16-md-02741-VC & 3:19-cv-03618-VC