UNITED STATES  DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PATRICK ARNOLD PETTY, and his wife, SHARON PETTY,<br>    Plaintiffs, | ) ) ) | CASE NO.16-MD-02741-VC |
| vs. | ) ) ) | |
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION,<br>    Defendant(s),<br>_____ | ) ) ) ) | |

## NOTICE OF APPEARANCE OF PLAINTIFF'S COUNSEL

Plaintiff hereby give notice of the appearance of the undersigned counsel, Michael W. Gaines, 306 Northcreek Blvd., Suite 200, Goodlettsville, TN 37072, along with Plaintiff's current counsel of record.  Plaintiff requests that all future pleadings, correspondence, notices and communications of any kind be included to both counsels' attention at the address below.

/s/ Michael W. Gaines
Michael W. Gaines (pro hac vice)
FBN 775614
Tim L. Bowden (pro hac vice)
TN BPR 015379
Law Offices of Tim Bowden
306 Northcreek Blvd., Ste. 200
Goodlettsville TN  37072
615.589.1996 tel. | 615.589.1919 fax
mwgaines01@gmail.com
bowden_law@bellsouth.com

Attorneys for Plaintiff

1

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been served via e-service by way of the Northern District of California Filing Portal to all designated parties on the 22nd day of July, 2019.

/s/ Michael W. Gaines
Michael W. Gaines (pro hac vice)