UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 16-md-02741-VC |
| This document relates to: ALL ACTIONS | **PRETRIAL ORDER NO. 168: PENDING MOTIONS TO SEAL** |
| | Dkt. Nos. 2413, 2414, 2415, 2416, 2421, 2478, 2491, 2493, 2495, 2524, 2528, 2558, 2606, 2608, 2609, 2703, 2862 |

The Court is tentatively of the view that all pending motions to seal should be denied, and all items on the docket for which a motion to seal is pending should be unsealed. The parties are ordered to file a response within 14 days if they are in disagreement with this course of action, specifically identifying any item they believe should remain under seal and explaining why.

**IT IS SO ORDERED.**

Dated: July 22, 2019

VINCE CHHABRIA
United States District Judge