Lori E. Andrus (SBN 205816)
lori@andrusanderson.com
Jennie Lee Anderson (SBN 203586)
jennie@andrusanderson.com
ANDRUS ANDERSON LLP
155 Montgomery Street, Suite 900
San Francisco, CA 94104
Telephone:    (415) 986-1400
Facsimile:    (415) 986-1474

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| RAY JENKS,<br><br>          Plaintiff,<br><br>     vs.<br><br>MONSANTO COMPANY,<br><br>          Defendant. | Case No.: 3:19-cv-03591-VC<br><br>**PLAINTIFF'S CERTIFICATION OF INTERESTED PARTIES** |

      Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED: <u>July 23, 2019</u>          By:   <u>  /s/ Lori E. Andrus  </u>
                                   Lori E. Andrus

                                ANDRUS ANDERSON LLP
                                *Attorneys for Plaintiff*