# O'Brien Law

O'Brien Law, LLC
3763 Sulphur Spring Road
Toledo, Ohio 43606
(419) 930-6401
(888) 234-3430

James G. O'Brien, Esq.

Direct:   (419) 930-6406
Email:   jim@obrien.law
Admitted in Ohio and California

July 25, 2019

<u>*Via Filed ECF*</u>
Honorable Vince Chhabria
United States District Court, Northern District of California
San Francisco Courthouse, Courtroom 4 - 17th Floor
450 Golden Gate Avenue
San Francisco, California 94102

Re:   *Sabas Sanchez et al. v. Monsanto Company*, No. 3:17-cv-3377

Dear Judge Chhabria,

I write on behalf of my clients, Sabas T. Sanchez Sr. and Rosa Sanchez, to request—jointly with Monsanto Company—that the Court move this case out of the Wave I remand group.

Unfortunately, Mr. Sanchez's medical condition is currently in flux, and I am not aware of his present status. Additionally, Mrs. Sanchez—who is a co-plaintiff, having brought a loss-of-consortium claim—is also experiencing health issues. The uncertainty regarding Mr. and Mrs. Sanchez's medical condition has greatly compromised their ability to participate in the proceedings as required by the Wave I work-up protocol and schedule, and makes fact discovery an insurmountable challenge at this time. Therefore, the Parties agree this case should be moved out of Wave I and jointly request the Court allow that.

July 25, 2019

Respectfully Submitted,

 */s/ James G. O'Brien*
James G. O'Brien (Ohio 0088460, Cal. 308239)
O'BRIEN LAW, LLC
3763 Sulphur Spring Road
Toledo, Ohio 43606
Tel.    (419) 930-6401
Fax    (419) 930-6403
Email   jim@obrien.law

*Counsel for Sabas T. Sanchez Sr. and Rosa Sanchez*

/s/ Brian L. Stekloff
Brian L. Stekloff
WILKINSON WALSH ESKOVITZ
2001 M Street, NW
Washington, DC 20036

*Counsel for Monsanto Company*