UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITGATION | MDL No. 2741 |
| --- | --- |
| | Case No. 16-md-02741-VC |
| This document relates to: ALL ACTIONS | |

# ORDER RE STIPULATION TO REMOVAL PLAINTIFF SABAS SANCHEZ FROM WAVE I

Upon consideration of the Plaintiffs' Letter Brief, it is on this _____ day of _____, 2019 hereby:

**ORDERED** that Sabas Sanchez, Case No. 3:17-cv-03377, will be removed from Wave I.

_____

Honorable Vince Chhabria
Judge, U.S. District Court for the
Northern District of California