# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to: ALL ACTIONS | **AMENDED JOINT REQUEST FOR EXTENSION OF TIME OF DEADLINES IN PRETRIAL ORDER NO. 150: SCHEDULING ORDER FOR REMAND WAVES 1 AND 2** |

Undersigned counsel for Monsanto and counsel for Plaintiffs agree that an extension of time is necessary for the Wave I and Wave II timelines, as discussed below. However, the Court has ordered that Plaintiff Emmanuel Richard Giglio (3:16-cv-05658) shall remain subject to the deadlines set forth in PTO 150. Moreover, on or before October 1, 2019, Monsanto shall file a letter brief notifying the Court whether it intends to file Daubert and/or dispositive motions in the Giglio matter and, if so, provide the grounds.

The parties agree to the below extensions of time.

<u>Wave 1 Timeline:</u>

| Event | Date |
|---|---|
| Plaintiff Fact Sheets (including all relevant authorizations) due for any plaintiffs who have not yet provided them. | No change from previous order |
| Each plaintiff will provide any medical records in his/her possession and/or his/her counsel's possession to defense counsel. | No change from previous order |
| Deficiency letter(s) sent. | No change from previous order |

1

AMENDED JOINT REQUEST FOR EXTENSION OF TIME OF DEADLINES IN PRETRIAL ORDER NO. 150: SCHEDULING ORDER FOR REMAND WAVES 1 AND 2

| Deadline to cure Plaintiff Fact Sheet deficiencies; the parties may file a consolidated letter brief regarding any disputes about whether a deficiency exists. | No change from previous order |
|---|---|
| Close of fact discovery. | September 20, 2019 |
| Plaintiffs' expert reports due. | October 4, 2019 |
| The parties should file a letter brief identifying any disputes over the applicable state law for the wave 1 cases. For cases where that is undisputed, the parties should file a stipulation identifying the governing state law. | September 13, 2019 |
| Monsanto's expert reports due. | October 25, 2019 |
| Close of expert discovery. | November 20, 2019 |
| Monsanto's *Daubert* and summary judgment briefs due. | November 26, 2019 |
| Plaintiffs' opposition and cross-motions re: *Daubert* and summary judgment due. | December 10, 2019 |
| Monsanto's oppositions and replies re: *Daubert* and summary judgment due. | December 24, 2019 |
| Plaintiffs' replies re: *Daubert* and summary judgment due. | January 7, 2020 |
| *Daubert* hearing (if necessary). | January 29, 2020 |

Wave 2 Timeline:

| Event | Date |
|---|---|
| Plaintiff Fact Sheets (including all relevant authorizations) due for any plaintiffs who have not yet provided them. | No change from previous order |
| Each plaintiff will provide any medical records in his/her possession and/or his/her counsel's possession to defense counsel. | No change from previous order |
| Deficiency letter(s) sent. | No change from previous order |
| Deadline to cure Plaintiff Fact Sheet deficiencies. The parties may file a consolidated letter brief regarding any disputes about whether a deficiency exists. | No change from previous order |
| Close of fact discovery. | March 27, 2020 |
| Plaintiffs' expert reports due. | April 17, 2020 |

| | |
|---|---|
| The parties should file a letter brief identifying any disputes over the applicable state law for the wave 2 cases. For cases where that is undisputed, the parties should file a stipulation identifying the governing state law. | April 24, 2020 |
| Monsanto's expert reports due. | May 8, 2020 |
| Close of expert discovery. | June 5, 2020 |
| Monsanto's *Daubert* and summary judgment briefs due. | June 24, 2020 |
| Plaintiffs' opposition and cross-motions re: *Daubert* and summary judgment due. | July 15, 2020 |
| Monsanto's oppositions and replies re: *Daubert* and summary judgment due. | July 29, 2020 |
| Plaintiffs' replies re: *Daubert* and summary judgment due. | August 12, 2020 |
| *Daubert* hearing (if necessary). | September 9, 2020 |

Dated: July 25, 2019                     Respectfully submitted,

/s/Brian L. Stekloff
Brian L. Stekloff
Wilkinson Walsh + Eskovitz LLP
2001 M Street, NW
Washington, DC  20036

*Attorney for Defendant Monsanto Company*

/s/Aimee H. Wagstaff
Aimee H. Wagstaff
ANDRUS WAGSTAFF
7171 W. Alaska Drive
Lakewood, CO  80226

*Attorney for Plaintiffs*

3
AMENDED JOINT REQUEST FOR EXTENSION OF TIME OF DEADLINES IN PRETRIAL ORDER NO. 150: SCHEDULING ORDER FOR REMAND WAVES 1 AND 2

## **CERTIFICATE OF SERVICE**

I certify that on July 25, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Aimee H. Wagstaff
Aimee H. Wagstaff
ANDRUS WAGSTAFF
7171 W. Alaska Drive
Lakewood, CO  80226