UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 16-md-02741-VC |
| This document relates to:<br><br>ALL ACTIONS | **PRETRIAL ORDER NO. 169: DENYING JOINT REQUEST FOR EXTENSION OF TIME**<br><br>Dkt. No. 4698 |

The joint request for an extension of time is denied. As the Court explained to the parties in the most recent phone conference, adoption of the proposed new dates for Wave 1 and 2 will require the Stevick trial to be continued to at least late February 2020. Therefore, if they still wish to extend the Wave 1 and Wave 2 deadlines, the parties may resubmit a new extension request that includes a continuance of the Stevick trial.

**IT IS SO ORDERED.**

Dated: July 26, 2019

VINCE CHHABRIA
United States District Judge