1  Richard M. Paul III
   Ashlea Schwarz
2  **PAUL LLP**
   601 Walnut Street, Suite 300
3  Kansas City, Missouri 64106
   Phone: 816-984-8100
4  Fax: 816-984-8101
   rick@paulllp.com
5  ashlea@paulllp.com

6  Christopher M. Ellis
   **BOLEN ROBINSON & ELLIS, LLP**
7  202 S. Franklin, 2nd Floor
   Decatur, Illinois 62523
8  Phone: 217-429-4296
   Fax: 217-329-0034
9  cellis@brewlaw.com

10 Counsel for Plaintiffs Larry Goodbred and Mary Ellen Goodbred

11 Martin C. Calhoun, Esq.
   **Hollingsworth LLP**
12 1350 I Street NW
   Washington, D.C. 20005
13 Phone: 202-898-5867
   Fax: 202-682-1639
14 mcalhoun@hollingsworthllp.com
15 **Counsel for Defendant Monsanto Company**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| This document relates to: | Case No. 3:16-cv-06010-VC |
| LARRY GOODBRED and MARY ELLEN GOODBRED, Husband and Wife | **JOINT STIPULATION OF DISMISSAL** |
| Plaintiffs, | |
| v. | |
| MONSANTO COMPANY, | |
| Defendant. | |

-1-

# JOINT STIPULATION OF DISMISSAL

**WHEREAS,** Pretrial Order (PTO) 155 requires the parties to file a joint stipulation of dismissal for plaintiffs originally filed in a multi-plaintiff complaint;

**WHEREAS**, Plaintiff Mary Ellen Goodbred first filed her case against Defendant Monsanto Company in the United States District Court for the Northern District of California along with her husband, Larry Goodbred; and

**WHEREAS,** this Court in PTO 155 ordered the married Plaintiffs in *Goodbred, et al. v. Monsanto*, No. 16-cv-06010, be severed into individual complaints for pretrial purposes.

**THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff and Defendant, by and through their respective counsel, that:

1. Plaintiff Mary Ellen Goodbred may voluntarily dismiss her case without prejudice from *Larry Goodbred and Mary Ellen Goodbred, Husband and Wife v. Monsanto Company*, Case No. 3:16-cv-06010-VC, and refile as an individual case with a Short Form Complaint in the Northern District of California pursuant to PTO Numbers 149 and 155; and

2. By voluntarily dismissing her case, Plaintiff is not waiving her right to request the trial court upon remand to try the plaintiffs joined in the original complaint together. Monsanto Company reserves its right to object to joinder of plaintiffs for trial purposes.

| | |
|---|---|
| Dated: July 29, 2019 | Respectfully Submitted, |
| */s/ Martin C. Calhoun, Esq.* | */s/ Richard M. Paul III* |
| Martin C. Calhoun, Esq. | Richard M. Paul III |
| **Hollingsworth LLP** | Ashlea Schwarz |
| 1350 I Street NW | **PAUL LLP** |
| Washington, D.C. 20005 | 601 Walnut Street, Suite 300 |
| Phone: 202-898-5867 | Kansas City, Missouri 64106 |
| Fax: 202-682-1639 | Phone: 816-984-8100 |
| mcalhoun@hollingsworthllp.com | Rick@paulllp.com |
| | Ashlea@paulllp.com |

Christopher M. Ellis
**BOLEN ROBINSON & ELLIS, LLP**
202 S. Franklin, 2nd Floor
Decatur, Illinois 62523
Phone: 217-429-4296
Cellis@brewlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the July 29, 2019 I electronically transmitted the attached documents to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all parties of record.

*/s/ Richard M. Paul III*

JOINT STIPULATION OF DISMISSAL
**MDL No. 2741**
**Case No. 3:16-cv-06010-VC**