UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA
450 Golden Gate Avenue
San Francisco, CA 94102



RALPH A. APPLEGATE
    PLAINTIFF,

versus

    CASE :18-72281
    CASE :16-MDL-02741-VC
    CASE :3:18-CV-03363-VC

MONSANTO COMPANY
    DEFENDANT,

## EDUCATIONAL CORRECTION

1. Plaintiff Applegate has been mistaken in using 31 percent was Glyphosate in Roundup when it was 41 percent ! So, plaintiff Applegate corrects by multiplying 0.05735, previous Glyphosate Dimensional Analysis calculation, by 41 percent divided by 31 percent equals 0.0748, correct number of times Glyphosate exposure exceeds Glyphosate LD50 toxicity of 5660 mg./kg. Still much less than one time !

2. "Exposure dose is cumulative(Accumulation)exposure by all routes." Agency for Toxic Substances & Disease Registry, Original Date, October 1, 2009, 4770 Buford Highway NE, Atlanta, GA 30341. Meaning of this opinion of these government agents is that Arsenic exposure has and does accumulate, but that if another government agent had offered this earlier opinion, it is not known to plaintiff Applegate. Proving Glyphosate does not cause NHL's. Again, Dimensional Analysis is what this is !

Respectfully submitted

Signed *Ralph A. Applegate*
Ralph A. Applegate, Plaintiff, Pro Se
1544 Zettler Road
Columbus, Ohio 43227
rapplegate48@gmail.com
914-410-1568

Defendant Chief Counsel
Joe Hollingsworth
Hollingsworth LLP
1350 I. Street NW
Washington, DC 20005
jhollingsworth@hollingsworthllp.com

Certificate of Service

Plaintiff certifies that one copy each of "EDUCATIONAL CORRECTION "is being regular mailed, to Clerk of U.S.District Court, Northern District of California, Clerk to efile or hand-carry to Justice Chhabria, and regular mailed to Clerk, 9th Circuit Court of Appeals, and to Defendant Chief Counsel, Joe Hollingsworth on, or before July 27, 2019.

Ralph C. Appleto
15the Zettler Road
Columbus, Ohio 43227

COLUMBUS OH 431
25 JUL 2019 PM 2 L

94102-366199

Clerk
U.S. District Court
Northern District of California
450 Golden Gate Ave.
San Francisco, CA 94102