UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 16-md-02741-VC |
| This document relates to:<br>ALL ACTIONS | **SECOND AMENDED JOINT REQUEST FOR EXTENSION OF TIME OF DEADLINES IN PRETRIAL ORDER NO. 150: SCHEDULING ORDER FOR REMAND WAVES 1 AND 2** |

Undersigned counsel for Monsanto and counsel for Plaintiffs agree that an extension of time is necessary for the trial of *Stevick v. Monsanto Company,* 3:16-cv-2341-VC, and the Wave I and Wave II timelines, as discussed below. However, the Court has ordered that Plaintiff Emmanuel Richard Giglio (3:16-cv-05658) shall remain subject to the deadlines set forth in PTO 150. Moreover, on or before October 1, 2019, Monsanto shall file a letter brief notifying the Court whether it intends to file Daubert and/or dispositive motions in the Giglio matter and, if so, provide the grounds.

The parties agree to the below extensions of time.

Stevick v. Monsanto Company

The parties agree to continue the Stevick trial to February 24, 2020.

Wave 1 Timeline:

| Event | Date |
|---|---|
| Plaintiff Fact Sheets (including all relevant authorizations) due for any plaintiffs who have not yet provided them. | No change from previous order |
| Each plaintiff will provide any medical records in his/her possession and/or his/her counsel's possession to defense counsel. | No change from previous order |
| Deficiency letter(s) sent. | No change from previous order |
| Deadline to cure Plaintiff Fact Sheet deficiencies; the parties may file a consolidated letter brief regarding any disputes about whether a deficiency exists. | No change from previous order |
| Close of fact discovery. | September 20, 2019 |

1

SECOND AMENDED JOINT REQUEST FOR EXTENSION OF TIME OF DEADLINES IN PRETRIAL ORDER NO. 150: SCHEDULING ORDER FOR REMAND WAVES 1 AND 2

| Event | Date |
|---|---|
| Plaintiffs' expert reports due. | October 4, 2019 |
| The parties should file a letter brief identifying any disputes over the applicable state law for the wave 1 cases. For cases where that is undisputed, the parties should file a stipulation identifying the governing state law. | September 13, 2019 |
| Monsanto's expert reports due. | October 25, 2019 |
| Close of expert discovery. | November 20, 2019 |
| Monsanto's *Daubert* and summary judgment briefs due. | November 26, 2019 |
| Plaintiffs' opposition and cross-motions re: *Daubert* and summary judgment due. | December 10, 2019 |
| Monsanto's oppositions and replies re: *Daubert* and summary judgment due. | December 24, 2019 |
| Plaintiffs' replies re: *Daubert* and summary judgment due. | January 7, 2020 |
| *Daubert* hearing (if necessary). | January 29, 2020 |

Wave 2 Timeline:

| Event | Date |
|---|---|
| Plaintiff Fact Sheets (including all relevant authorizations) due for any plaintiffs who have not yet provided them. | No change from previous order |
| Each plaintiff will provide any medical records in his/her possession and/or his/her counsel's possession to defense counsel. | No change from previous order |
| Deficiency letter(s) sent. | No change from previous order |
| Deadline to cure Plaintiff Fact Sheet deficiencies. The parties may file a consolidated letter brief regarding any disputes about whether a deficiency exists. | No change from previous order |
| Close of fact discovery. | March 27, 2020 |
| Plaintiffs' expert reports due. | April 17, 2020 |
| The parties should file a letter brief identifying any disputes over the applicable state law for the wave 2 cases. For cases where that is undisputed, the parties should file a stipulation identifying the governing state law. | April 24, 2020 |
| Monsanto's expert reports due. | May 8, 2020 |
| Close of expert discovery. | June 5, 2020 |
| Monsanto's *Daubert* and summary judgment briefs due. | June 24, 2020 |
| Plaintiffs' opposition and cross-motions re: *Daubert* and summary judgment due. | July 15, 2020 |
| Monsanto's oppositions and replies re: *Daubert* and summary judgment due. | July 29, 2020 |
| Plaintiffs' replies re: *Daubert* and summary judgment due. | August 12, 2020 |
| *Daubert* hearing (if necessary). | September 9, 2020 |

Dated: July 31, 2019                          Respectfully submitted,

/s/Brian L. Stekloff
Brian L. Stekloff
Wilkinson Walsh + Eskovitz LLP
2001 M Street, NW
Washington, DC  20036

*Attorney for Defendant Monsanto Company*

/s/Aimee H. Wagstaff
Aimee H. Wagstaff
ANDRUS WAGSTAFF
7171 W. Alaska Drive
Lakewood, CO  80226

*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

I certify that on July 31, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Aimee H. Wagstaff
Aimee H. Wagstaff
ANDRUS WAGSTAFF
7171 W. Alaska Drive
Lakewood, CO  80226