1 | Cristen M. Mendoza
2 | **ANDRUS WAGSTAFF, PC**
  | 7171 W. Alaska Drive
3 | Lakewood, CO  80226
  | Telephone: 303-376-6360
4 | cristen.mendoza@andruswagstaff.com

5 | *Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: | |
| *Goldie Christina Perkins v. Monsanto Company* *3:16-cv-06025* | |

## NOTICE OF APPEARANCE ON BEHALF OF PLAINTIFF

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to Pretrial Order No. 1, Cristen M. Mendoza of the law firm Andrus Wagstaff, PC, hereby enters an appearance as counsel for Plaintiff in the above-captioned matter and respectfully requests that all pleadings, notices, orders, correspondence, ,and other papers in connection with this action be served on and directed to the undersigned counsel.

Dated: July 31, 2019

**ANDRUS WAGSTAFF, PC**

By: /s/ *Cristen M. Mendoza*
Cristen M. Mendoza
7171 W. Alaska Drive
Lakewood, CO  80226
Telephone: 303-376-6360
cristen.mendoza@andruswagstaff.com
*Counsel for Plaintiff*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 31st day of July 2019, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

                                    /s/ Cristen M. Mendoza
                                    *Counsel for Plaintiff*