UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
| This document relates to:<br>*Sanchez v. Monsanto Co.*, 17-cv-3377-VC | **PRETRIAL ORDER NO. 170: GRANTING JOINT REQUEST TO REMOVE PLAINTIFFS FROM WAVE 1 REMAND GROUP**<br>Dkt. No. 4697 |

The Court grants the parties' joint request to remove Mr. and Mrs. Sanchez from the group of Nebraska plaintiffs subject to the scheduling order for the Wave 1 remand. *See* Pretrial Order No. 150, Dkt. No. 4132.

**IT IS SO ORDERED.**

Dated: August 1, 2019

_____
VINCE CHHABRIA
United States District Judge