UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
| This document relates to:<br>ALL ACTIONS | **PRETRIAL ORDER NO. 171: GRANTING JOINT REQUEST FOR EXTENSION OF TIME**<br><br>Dkt. No. 4704 |

The Court grants the parties' second amended joint request for extension of time of deadlines in Pretrial Order No. 150, Dkt. No. 4132. However, *Giglio v. Monsanto Co.*, 16-cv-2341-VC, remains subject to the deadlines set forth in Pretrial Order No. 150. The Court also grants the request for a continuance of the trial in *Stevick v. Monsanto Co.*, 16-cv-2341-VC, to February 24, 2020.

Wave 1 Timeline:

| Event | Date |
|---|---|
| Plaintiff Fact Sheets (including all relevant authorizations) due for any plaintiffs who have not yet provided them. | No change from previous order |
| Each plaintiff will provide any medical records in his/her possession and/or his/her counsel's possession to defense counsel. | No change from previous order |
| Deficiency letter(s) sent. | No change from previous order |
| Deadline to cure Plaintiff Fact Sheet deficiencies; the parties may file a consolidated letter brief regarding any disputes about whether a deficiency exists. | No change from previous order |
| Close of fact discovery. | September 20, 2019 |
| Plaintiffs' expert reports due. | October 4, 2019 |
| The parties should file a letter brief identifying any disputes over the applicable state law for the wave 1 cases. For cases where that | September 13, 2019 |

| | |
|---|---|
| is undisputed, the parties should file a stipulation identifying the governing state law. | |
| Monsanto's expert reports due. | October 25, 2019 |
| Close of expert discovery. | November 20, 2019 |
| Monsanto's *Daubert* and summary judgment briefs due. | November 26, 2019 |
| Plaintiffs' opposition and cross-motions re: *Daubert* and summary judgment due. | December 10, 2019 |
| Monsanto's oppositions and replies re: *Daubert* and summary judgment due. | December 24, 2019 |
| Plaintiffs' replies re: *Daubert* and summary judgment due. | January 7, 2020 |
| *Daubert* hearing (if necessary). | January 29, 2020 |

Wave 2 Timeline:

| **Event** | **Date** |
|---|---|
| Plaintiff Fact Sheets (including all relevant authorizations) due for any plaintiffs who have not yet provided them. | No change from previous order |
| Each plaintiff will provide any medical records in his/her possession and/or his/her counsel's possession to defense counsel. | No change from previous order |
| Deficiency letter(s) sent. | No change from previous order |
| Deadline to cure Plaintiff Fact Sheet deficiencies; the parties may file a consolidated letter brief regarding any disputes about whether a deficiency exists. | No change from previous order |
| Close of fact discovery. | March 27, 2020 |
| Plaintiffs' expert reports due. | April 17, 2020 |
| The parties should file a letter brief identifying any disputes over the applicable state law for the wave 2 cases. For cases where that is undisputed, the parties should file a stipulation identifying the governing state law. | April 24, 2020 |
| Monsanto's expert reports due. | May 8, 2020 |
| Close of expert discovery. | June 5, 2020 |
| Monsanto's *Daubert* and summary judgment briefs due. | June 24, 2020 |
| Plaintiffs' opposition and cross-motions re: *Daubert* and summary judgment due. | July 15, 2020 |
| Monsanto's oppositions and replies re: *Daubert* and summary judgment due. | July 29, 2020 |
| Plaintiffs' replies re: *Daubert* and summary judgment due. | August 12, 2020 |
| *Daubert* hearing (if necessary). | September 9, 2020 |

**IT IS SO ORDERED.**

Dated: August 1, 2019

_____
VINCE CHHABRIA
United States District Judge