**Documents Subject to Pretrial Order No. 168 Which Monsanto Has Re-Filed Unredacted Or With Minimal Redactions**

**Docket No. 2413**

| Exhibit to Dkt. No. 2413 | Document | Publicly Re-Filed |
|---|---|---|
| 2413-4　2413-5 | Benbrook Report in MDL cases | 2791-1 |
| 2413-6　2413-7 | Sawyer Report in MDL cases | 2791-2 |
| 2413-8　2413-9 | Benbrook Deposition in *Peterson / Hall* (5/23/18) | 2791-3 |
| 2413-10　2413-11 | Benbrook Deposition in *Johnson* (2-9-18) | 2791-4 |
| 2413-12　2413-13 | Sawyer Deposition in *Peterson / Hall* (10/16/2018)* | 2791-5 |
| 2413-14　2413-15 | Sawyer Deposition in *Peterson / Hall* (10/16/2018) | 2791-5 |

\* Sawyer Deposition in *Peterson / Hall* (8/23/2018), included in 2413-12 and 2413-13, was not an exhibit to a substantive motion and thus inadvertently filed.

**Documents Subject to Pretrial Order No. 168 Which Monsanto Has Re-Filed Unredacted Or With Minimal Redactions**

**Docket No. 2414**

| Exhibit to Dkt. No. 2414 | Document | Publicly Re-Filed |
|---|---|---|
| 2414-4　2414-5 | Sawyer Report in MDL cases | 2791-2 |
| 2414-6　2414-7 | Benbrook Report in MDL cases | 2791-1 |
| 2414-22　2414-23 | Benbrook Deposition in MDL cases (12/28/18) | 2793-1 |
| 2414-24*　2414-25 | Benbrook Deposition in *Peterson / Hall* (5/23/18) | 2791-3 |
| 2414-26　2414-27 | Benbrook Deposition in *Peterson / Hall* (8/14/18) | 2791-3 |
| 2414-28　2414-29 | Benbrook Deposition in *Johnson* (2/8/18) | 2791-52 |

**Docket No. 2415**

| Exhibit to Dkt. No. 2415 | Document | Publicly Re-Filed |
|---|---|---|
| 2415-4　2415-5 | Benbrook Deposition in *Johnson* (2/9/18) | 2791-4 |
| 2415-8　2415-9 | Sawyer Deposition in *Peterson / Hall* (10/16/2018) | 2791-5 |
| 2415-12　2415-13 | Nabhan Deposition in *Adams* (11/15/18) | 2791-30 |
| 2415-28　2415-29 | Weisenburger Deposition in *Adams* (11/26/18) | 2791-31 |

*Doc. No. 2414-24 was deleted from the Court's docket per Doc. No. 2501 and re-filed as Doc. No. 2432-1.

**Documents Subject to Pretrial Order No. 168 Which Monsanto Has Re-Filed Unredacted Or With Minimal Redactions**

**Docket No. 2491**

| Exhibit to Dkt. No. 2415 | Document | Publicly Re-Filed |
|---|---|---|
| 2491-3 | MONGLY00233235 (Ex 19 to Joint Letter Brief Regarding PL's Issue One) | 2791-53 |
| 2491-4 | MONGLY04278162 (Ex 21 to Joint Letter Brief Regarding PL's Issue One) | 2791-54 |

**Docket No. 2493**

| Exhibit to Dkt. No. 2493 | Document | Publicly Re-Filed |
|---|---|---|
| 2493-3 | MONGLY01825807 (Ex 2 to Joint Letter Brief Regarding PL's Issue Two) | 2791-55 |
| 2493-4 | Goldstein Deposition (Exhibit 6 to Joint Letter Brief Regarding PL's Issue Two) | 2791-56 |
| 2493-5 | MONGLY02836502 (Ex 8 to Joint Letter Brief Regarding PL's Issue Two) | 2791-57 |

**Documents Subject to Pretrial Order No. 168 Which Monsanto Has Re-Filed Unredacted Or With Minimal Redactions**

| Exhibit to Dkt. No. 2493 | Document | Publicly Re-Filed |
|---|---|---|
| 2493-6 | MONGLY07575511 (Ex 10 to Joint Letter Brief Regarding PL's Issue Two) | 2791-58 |
| 2493-7 | MONGLY07577414 (Ex 12 to Joint Letter Brief Regarding PL's Issue Two) | 2791-59 |
| 2493-8 | MONGLY04773726 (Ex 13 to Joint Letter Brief Regarding PL's Issue Two) | 2791-60 |
| 2493-9 | MONGLY07593368 (Ex 14 to Joint Letter Brief Regarding PL's Issue Two) | 2791-61 |
| 2493-10 | MONGLY07585581 (Ex 15 to Joint Letter Brief Regarding PL's Issue Two) | 2791-62 |

**Documents Subject to Pretrial Order No. 168 Which Monsanto Has Re-Filed Unredacted Or With Minimal Redactions**

**Docket No. 2495**

| Exhibit to Dkt. No. 2495 | Document | Publicly Re-Filed |
|---|---|---|
| 2495-3 | Martens Deposition (Ex 3 to Joint Letter Brief Regarding PL's Issue Three) | 2791-63 |
| 2495-5 | MONGLY02626553 | 2791-32 |

**Docket No. 2558**

| Exhibit to Dkt. No. 2558 | Document | Publicly Re-Filed |
|---|---|---|
| 2558-3<br>2558-4 | Monsanto's Response to RFA in *Johnson* (Ex 4 to PL Opp. to MSJ and Daubert) | 2791-6 |
| 2558-5<br>2558-6 | MONGLY01314233 (Ex 8 to PL Opp. to MSJ and Daubert) | 2791-7 |
| 2558-11<br>2558-12 | MONGLY00904009 (Ex 24 to PL Opp. to MSJ and Daubert) | 2791-8 |
| 2558-13<br>2558-14 | MONGLY01312107 (Ex 25 to PL Opp. to MSJ and Daubert) | 2791-9 |
| 2558-15<br>2558-16 | MONGLY03734971 (Ex 26 to PL Opp. to MSJ and Daubert) | 2791-10 |
| 2558-17<br>2558-18 | MONGLY00878876 (Ex 27 to PL Opp. to MSJ and | 2791-11 |

**Documents Subject to Pretrial Order No. 168 Which Monsanto Has Re-Filed Unredacted Or With Minimal Redactions**

| Exhibit to Dkt. No. 2558 | Document | Publicly Re-Filed |
|---|---|---|
| | Daubert) | |
| 2558-23 2558-24 | MONGLY02078597 (Ex 33 to PL Opp. to MSJ and Daubert | 2791-12 |
| 2558-27 2558-28 | MONGLY02145917 (Ex 36 to PL Opp. to MSJ and Daubert) | 2791-13 |
| 2558-33 2558-34 | MONGLY01183933 (Ex 39 to PL Opp. to MSJ and Daubert) | 2791-14 |
| 2558-37 2558-38 | MONGLY01041641 (Ex 41 to PL Opp. to MSJ and Daubert) | 2791-15 |
| 2558-42 2558-43 | MONGLY02359008 (Ex 43 to PL Opp. to MSJ and Daubert) | 2791-16 |
| 2558-47 2558-48 | MONGLY06262795 (Ex 47 to PL Opp. to MSJ and Daubert) | 2791-17 |
| 2558-53 2558-54 | MONGLY02062439 (Ex 51 to PL Opp. to MSJ and Daubert) | 2791-18 |
| 2558-55 2558-56 | MONGLY00989918 (Ex 53 to PL Opp. to MSJ and Daubert) | 2791-19 |
| 2558-67 2558-68 | MONGLY02682357 (Ex 60 to PL Opp. to MSJ and Daubert) | 2791-20 |
| 2558-71 2558-72 | Sawyer Report in MDL cases (Ex 72 to PL Opp. to MSJ and Daubert) | 2791-2 |

**Documents Subject to Pretrial Order No. 168 Which Monsanto Has Re-Filed Unredacted Or With Minimal Redactions**

| Exhibit to Dkt. No. 2558 | Document | Publicly Re-Filed |
|---|---|---|
| 2558-74 | Sawyer Report in *Johnson* (Ex 77 to PL Opp. to MSJ and Daubert) | 2791-21 |
| 2558-75  2558-76 | Benbrook Report in MDL cases (Ex 88 to PL Opp. to MSJ and Daubert) | 2791-1 |
| 2558-79  2558-80 | Benbrook Deposition in *Johnson* (Ex 90 to PL Opp. to MSJ and Daubert) | 2791-4 |

**Docket No. 2606**

| Exhibit to Dkt. No. 2606 | Document | Publicly Re-Filed |
|---|---|---|
| 2606-4  2606-5 | Benbrook Report in MDL cases | 2791-1 |
| 2606-6  2606-7 | Sawyer Report in MDL cases | 2791-2 |

7

**Documents Subject to Pretrial Order No. 168 Which Monsanto Has Re-Filed Unredacted Or With Minimal Redactions**

**Docket No. 2609**

| Exhibit to Dkt. No. 2609 | Document | Publicly Re-Filed |
|---|---|---|
| 2609-3 | MONGLY00977264 (Ex C to PL Opp. to MIL 2) | 2791-22 |
| 2609-8 | MONGLY02145917 (Ex H to PL Opp. to MIL 2) | 2791- 23 |
| 2609-9 | Benbrook Report in MDL cases (Ex 1 to PL Opp. to MIL 7) | 2791-1 |
| 2609-10 | MONGLY01090874 (Ex 7 to PL Opp. to MIL 7) | 2791-24 |
| 2609-16 | MONGLY01312109 (Ex 2 to PL Opp. to MIL 10) | 2791-25 |
| 2609-17 | MONGLY01312093 (Ex 3 to PL Opp. to MIL 10) | 2791-26 |
| 2609-18 | MONGLY06486905 (Ex 4 to PL Opp. to MIL 10) | 2791-27 |
| 2609-21 | MONGLY01192115 (Ex 7 to PL Opp. to MIL 10) | 2791-28 |
| 2609-29 | MONGLY00978962 (Ex 15 to PL Opp. to MIL 10) | 2791-29 |