## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Master Docket Case No. 16-md-02741-VC |
| | Honorable Vince Chhabria |
| **THIS DOCUMENT RELATES TO:** Jay Logg  v.  Monsanto Company | Case No. 3:18-cv-4551 |

## SUGGESTION OF DEATH

Counsel for Plaintiff in the above-referenced action hereby gives notice of the death of Plaintiff Jay Logg. Mr. Logg passed away on May 25, 2019.

In accordance with Rule 25(a)(2) of the Federal Rules of Civil Procedure, Mr. Logg's wife, Freida John, will be substituted in this action so that Jay Logg's claims survive and the action on his behalf may proceed.

Dated this 5th day of August, 2019.

        Respectfully Submitted,

        GOLDBERG & OSBORNE LLP

        /s/ David J. Diamond
        David J. Diamond
        698 E. Wetmore Rd., Suite 200
        Tucson, AZ 85705
        Telephone:  (520) 620-3985
        Facsimile:  (520) 620-3991
        ddiamond@goldbergandosborne.com

        *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I, David J. Diamond, hereby certify that on August 5, 2019, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

*/s/ David J. Diamond*
David J. Diamond