## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Master Docket Case No. 16-md-02741-VC |
| | Honorable Vince Chhabria |
| **THIS DOCUMENT RELATES TO:** Scott Trayer and Elizabeth Trayer v. Monsanto Company | Case No. 3:17-cv-4632 |

## SUGGESTION OF DEATH

Counsel for Plaintiff in the above-referenced action hereby gives notice of the death of Plaintiff Scott Trayer. Mr. Trayer passed away on June 8, 2019.

In accordance with Rule 25(a) of the Federal Rules of Civil Procedure, Mr. Trayer's wife, Elizabeth Trayer, will be substituted in this action so that Scott Trayer's claims survive and the action on his behalf may proceed.

Dated this 5th day of August, 2019.

Respectfully Submitted,

GOLDBERG & OSBORNE LLP

 /s/ David J. Diamond
David J. Diamond
698 E. Wetmore Rd., Suite 200
Tucson, AZ 85705
Telephone:  (520) 620-3985
Facsimile:  (520) 620-3991
ddiamond@goldbergandosborne.com

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I, David J. Diamond, hereby certify that on August 5, 2019, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

                                            */s/ David J. Diamond*
                                            David J. Diamond