## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: Roundup<br>Products Liability Litigation | MDL No. 16-MD-2741-VC |
| This Document Relates to: | Court File No. 3:19-cv-02635 |
| ESTATE OF DEBORAH JOHNSON,<br><br>                    Plaintiff,<br>v.<br><br>MONSANTO COMPANY,<br><br>                    Defendants. | |

## ~~PROPOSED~~ ORDER

Pursuant to the Notice of Voluntary Dismissal Without Prejudice filed in this case by counsel to Plaintiff Estate of Deborah Johnson against Defendants Monsanto Company,

**IT IS ORDERED** as follows:

That the Plaintiff's Complaint and all claims in this matter against Monsanto Company, are dismissed without prejudice, each party to bear its own costs.

Dated: August 8, 2019



IT IS SO ORDERED

Judge Vince Chhabria