Michael J. Miller, Esq.
**THE MILLER FIRM LLC**
108 Railroad Avenue
Orange, VA 22960
Tel: (540) 672-4224
Fax: (540) 672-3055
mmiller@millerfirmllc.com

*Attorney for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. |
| This document relates to: | |
| DONALD RICHARDSON<br>　　　　　　　Plaintiff, | |
| v. | |
| MONSANTO COMPANY,<br>　　　　　　　Defendant. | |

**SHORT FORM COMPLAINT**

Pursuant to Pretrial Order (PTO) No. 149, in which the parties were ordered to sever the plaintiffs in the case captioned *Fredrick Smith, et al. v. Monsanto Company*, originally filed in the Circuit Court of the City of St. Louis State of Missouri, into individual short form complaints for pre-trial work up purposes, Plaintiff Donald Richardson provides the following allegations required by the Court in PTO No. 155:

1. This case is brought on behalf of Plaintiff Donald Richardson.

2. This case is brought against Defendant Monsanto Company (Monsanto).

3. Plaintiff first filed his case against Monsanto in the United States Circuit Court of the City of St. Louis State of Missouri. Defendants removed the case to the U.S. District Court for the Eastern District of Missouri

4. Plaintiff incorporates by reference, as if fully alleged herein, the allegations contained in *Fredrick Smith, et al. v. Monsanto Company*, Case No. 5:16-cv-00726-PA-KK, other than the 13 and 111-121.

5. Plaintiff resided in Henderson, Nevada at the time of filing the original complaint against Monsanto.

6. Plaintiff currently resides in Henderson, Nevada.

7. Plaintiff resided in Henderson, Nevada at the time of his diagnosis of Non-Hodgkin Lymphoma (NHL).

8. Plaintiff received medical treatment for his NHL in Nevada.

9. Jurisdiction is proper based on diversity under 28 U.S.C. § 1332 because Plaintiff is a citizen of Nevada, a different state than the Defendant's states of citizenship, and the aggregate amount in controversy exceeds $75,000, exclusive of interest and costs.

10. Plaintiff alleges injury from his exposure to Defendant's Roundup products.

11. Plaintiff was exposed to Monsanto's Roundup products from in or around 1991 through 2003. From approximately 1991 through 2003 Mr. Richardson used Roundup® as needed to kill weeds for agricultural projects.

12. Plaintiff used Monsanto's Roundup® products in Henderson, Nevada.

13. Plaintiff was first diagnosed with Non-Hodgkin's Lymphoma in 2011.

14. Plaintiff brings claims against Monsanto under the following theories of liability: Strict Liability (Design Defect); Strict Liability (Failure to Warn); Negligence; Breach of Express Warranty; Breach of Implied Warranties.

Dated: August 8th, 2019          THE MILLER FIRM LLC

By: /s/ Michael J. Miller

Michael J. Miller
108 Railroad Ave.
Orange, VA
Tel: (540) 672-4224
Fax: (540) 672-3055
mmiller@millerfirmllc.com

### CERTIFICATE OF SERVICE

I, Michael Miller, hereby certify that, on August 8th, 2019, I electronically filed the foregoing with the Clerk for the United States District Court Northern District of California San Francisco Division using the CM/ECF system, which shall send electronic notification to counsel of record.

/s/ Michael J. Miller