1  **HOLLINGSWORTH LLP**
   Joe G. Hollingsworth (*pro hac vice*)
2  Eric G. Lasker (*pro hac vice*)
   1350 I Street, N.W.
3  Washington, DC  20005
   Telephone:  (202) 898-5800
4  Facsimile:   (202) 682-1639
   Email:       jhollingsworth@hollingsworthllp.com
5               elasker@hollingsworthllp.com

6  *Attorneys for Defendant*
   *MONSANTO COMPANY*
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10 | IN RE: ROUNDUP PRODUCTS   | MDL No. 2741              |
   | LIABILITY LITIGATION      |                           |
11 |                           | Case No. 3:16-md-02741-VC |

12 | This document relates to:     |
13 | *Ray Jenks v. Monsanto Co.*,  |
   | Case No. 3:19-cv-03591-VC     |
14

15               **MONSANTO COMPANY'S**
       **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**
16

17       Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons,

18 associations of persons, firms, partnerships, corporations (including parent corporations) or other

19 entities (i) have a financial interest in the subject matter in controversy or in a party to the

20 proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be

21 substantially affected by the outcome of this proceeding:

22       Defendant Monsanto Company is an indirect, wholly-owned subsidiary of Bayer AG, so

23       Bayer AG has a financial interest in a party to the proceeding.

- 1 -

MONSANTO COMPANY'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
3:16-md-02741-VC & 3:19-cv-03591-VC

1  DATED:  August 12, 2019                    Respectfully submitted,

2

3                                                              /s/ Joe G. Hollingsworth
                                                              Joe G. Hollingsworth (*pro hac vice*)
                                                              (jhollingsworth@hollingsworthllp.com)
4                                                              Eric G. Lasker (*pro hac vice*)
                                                              (elasker@hollingsworthllp.com)
5                                                              HOLLINGSWORTH LLP
                                                              1350 I Street, N.W.
6                                                              Washington, DC  20005
                                                              Telephone:  (202) 898-5800
7                                                              Facsimile:   (202) 682-1639

8                                                              *Attorneys for Defendant*
                                                              *MONSANTO COMPANY*

- 2 -
MONSANTO COMPANY'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
3:16-md-02741-VC & 3:19-cv-03591-VC