UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION
Bronzini, et al. v. Monsanto Company,   )
    E.D. Missouri, C.A. No. 4:19-02026   )   MDL No. 2741

### ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Bronzini*) on July 25, 2019. Prior to expiration of that order's 7-day stay of transmittal, plaintiffs in *Bronzini* filed a notice of opposition to the proposed transfer. Plaintiffs have withdrawn their opposition to transfer.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-144" filed on July 25, 2019, is LIFTED insofar as it relates to this action. The action is transferred to the Northern District of California for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Vince Chhabria.

FOR THE PANEL:

John W. Nichols
Clerk of the Panel