**WILKINSON WALSH + ESKOVITZ LLP**
Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonwalsh.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonwalsh.com)
2001 M St. NW
10th Floor
Washington, DC 20036
Tel:    202-847-4030
Fax:    202-847-4005

**ARNOLD & PORTER KAYE SCHOLER**
Pamela Yates (CA Bar No. 137440)
(Pamela.Yates@arnoldporter.com)
777 South Figueroa St., 44th Floor
Los Angeles, CA 90017
Tel: 213-243-4178
Fax: 213-243-4199

**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
1350 I St. NW
Washington, DC 20005
Tel: 202-898-5843
Fax: 202-682-1639

**COVINGTON & BURLING LLP**
Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
One City Center
850 10th St. NW
Washington, DC 20001
Tel: 202-662-6000

*Attorneys for Defendant*
*MONSANTO COMPANY*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>*Hardeman v. Monsanto Co., et al.*, 3:16-cv-0525-VC | Case No.: 3:16-cv-0525<br><br>**STIPULATION OF THE PARTIES REQUESTING ISSUANCE OF ORDER MODIFYING DEFENDANT MONSANTO COMPANY'S SUPERSEDEAS BOND**<br><br>[Filed concurrently with [Proposed] Order] |

## STIPULATION AND REQUEST

This Stipulation and Request is entered into between Plaintiff Edwin Hardeman and Defendant Monsanto Company with respect to the issuance of an Order modifying the amount of Monsanto's Supersedeas Bond.

On May 3, 2019, Judgment was entered in favor of Plaintiff in the amount of $80,267,634.10.  The Court ordered Monsanto to post a bond in the amount of 1.25x the judgment.  On June 3, 2019, Monsanto filed its Supersedeas Bond for $100,334,542.63.

On July 15, 2019, the Court issued an order reducing the amount of punitive damages to $20,000,000, and on July 17, 2019, the Court entered an amended judgment in the total amount of $25,313,383.02.  In light of the amended judgment, the Parties agree that the amount of the bond should be modified to 1.25x the amended judgment.  Plaintiff and Defendant hereby stipulate, agree and request that:

The Court issue an Order modifying the amount of Monsanto Company's Supersedeas Bond and approving an amended bond in the amount of $31,641,728.78.

IT IS SO STIPULATED, AGREED, AND REQUESTED.

Dated: August 12, 2019

By: */s/ Aimee Wagstaff*
Aimee Wagstaff (SBN 278480)
Aimee.wagstaff@andruswagstaff.com
Andrus Wagstaff, P.C.
7171 West Alaska Drive
Lakewood, CO 80226
P: 303-376-6360

By: */s/ Jennifer A. Moore*
Jennifer A. Moore (SBN 206779)
Jennifer@moorelawgroup.com
Moore Law Group, PLLC
1473 South 4th Street
Louisville, KY 40208
P: 303-376-6360

Attorneys for Plaintiff Edwin Hardeman

- 3 -
STIPULATION REGARDING AMENDED BOND; 3:16-CV-0525-VC

Dated: August 12, 2019

By:   */s/ Brian L. Stekloff*
     Brian L. Stekloff (*pro hac vice*)
     bstekloff@wilkinsonwalsh.com
     Tamarra Matthews Johnson (*pro hac vice*)
     tmatthewsjohnson@wilkinsonwalsh.com
     Rakesh Kilaru (*pro hac vice*)
     rkilaru@wilkinsonwalsh.com
     WILKINSON WALSH + ESKOVITZ LLP
     2001 M St. NW
     10th Floor
     Washington, DC 20036
     Tel: 202-847-4030
     Fax: 202-847-4005
     Attorneys for Defendant Monsanto Company

I hereby attest, pursuant to Civil Local Rule 5-1(i)(3), that concurrence in the filing of this document has been obtained from each of the other signatories.

By:   */s/ Brian L. Stekloff*
     Brian L. Stekloff