**WILKINSON WALSH + ESKOVITZ LLP**
Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonwalsh.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonwalsh.com)
2001 M St. NW
10th Floor
Washington, DC 20036
Tel:    202-847-4030
Fax:    202-847-4005

**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
1350 I St. NW
Washington, DC 20005
Tel: 202-898-5843
Fax: 202-682-1639

**ARNOLD & PORTER KAYE SCHOLER**
Pamela Yates (CA Bar No. 137440)
(Pamela.Yates@arnoldporter.com)
777 South Figueroa St., 44th Floor
Los Angeles, CA 90017
Tel: 213-243-4178
Fax: 213-243-4199

**COVINGTON & BURLING LLP**
Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
One City Center
850 10th St. NW
Washington, DC 20001
Tel: 202-662-6000

*Attorneys for Defendant*
*MONSANTO COMPANY*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | Case No.: 3:16-cv-0525 |
|---|---|
| _____ | **[PROPOSED] ORDER MODIFYING AMOUNT OF SUPERSEDEAS BOND** |
| *Hardeman v. Monsanto Co., et al.,* 3:16-cv-0525-VC | |

- 1 -

## ORDER

The Court has reviewed the Stipulation of the Parties Requesting Issuance of an Order Modifying the Amount of Defendant Monsanto Company's Bond ("Stipulation").  In light of the amended judgment in this case, counsel for Plaintiff Edwin Hardeman and counsel for Defendant Monsanto Company have stipulated, agreed and requested that this Court issue an Order modifying Monsanto Company's Supersedeas Bond to be in the amount of 1.25 times the amended judgment.  Based upon the Stipulation, and good cause appearing, the Court hereby ORDERS:

The Court approves Monsanto Company's Amended Supersedeas Bond in the amount of $31,641,728.78.

**IT IS SO ORDERED**.

Dated: August 12, 2019

By:	_____
	HONORABLE VINCE CHHABRIA
	United States District Judge

[PROPOSED] ORDER MODIFYING AMOUNT OF BOND; 3:16-CV-0525-VC