**WILKINSON WALSH + ESKOVITZ LLP**
Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonwalsh.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonwalsh.com)
2001 M St. NW
10th Floor
Washington, DC 20036
Tel:   202-847-4030
Fax:   202-847-4005

**ARNOLD & PORTER KAYE SCHOLER**
Pamela Yates (CA Bar No. 137440)
(Pamela.Yates@arnoldporter.com)
777 South Figueroa St., 44th Floor
Los Angeles, CA 90017
Tel: 213-243-4178
Fax: 213-243-4199

**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
1350 I St. NW
Washington, DC 20005
Tel: 202-898-5843
Fax: 202-682-1639

**COVINGTON & BURLING LLP**
Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
One City Center
850 10th St. NW
Washington, DC 20001
Tel: 202-662-6000

*Attorneys for Defendant*
MONSANTO COMPANY

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>*Hardeman v. Monsanto Co., et al.*, 3:16-cv-0525-VC | Case No.: 3:16-cv-0525<br><br>**DEFENDANT MONSANTO COMPANY'S UNOPPOSED MOTION FOR MODIFICATION OF THE SUPERSEDEAS BOND**<br><br>[Filed concurrently with [Proposed] Order] |

Defendant Monsanto Company hereby respectfully moves the Court to modify the amount of Monsanto Company's Supersedeas Bond.

On May 3, 2019, Judgment was entered in favor of Plaintiff Edwin Hardeman in the amount of $80,267,634.10.  On June 3, 2019, Monsanto filed its Supersedeas Bond in the amount of $100,334,542.63, or 1.25x the Judgment.  On June 4, 2019, the Court approved Monsanto Company's Supersedeas Bond.

On July 15, 2019, the Court issued an order reducing the amount of punitive damages to $20,000,000, and on July 17, 2019, the Court entered an amended judgment in the total amount of $25,313,383.02.  In light of the amended judgment, Defendant respectfully requests that the Court modify the amount of Monsanto Company's Supersedeas Bond and approve an amended bond in the amount of $31,641,728.78.  Plaintiff does not oppose this request.

Dated: August 12, 2019

By:  /s/ Brian L. Stekloff
Brian L. Stekloff (*pro hac vice*)
bstekloff@wilkinsonwalsh.com
Tamarra Matthews Johnson (*pro hac vice*)
tmatthewsjohnson@wilkinsonwalsh.com
Rakesh Kilaru (*pro hac vice*)
rkilaru@wilkinsonwalsh.com
WILKINSON WALSH + ESKOVITZ LLP
2001 M St. NW
10th Floor
Washington, DC 20036
Tel:  202-847-4030
Fax:  202-847-4005
Attorneys for Defendant Monsanto Company