# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS<br>LIABILITY LITIGATION | MDL NO. 2741<br>Case No. 3:16-md-02741-VC |

This document relates to:

**GREGORY WATTS SIMMS, DECEASED**
**BY AND THROUGH HIS WIDOW,**
**ANITA DOLANDA MCARTHUR SIMMS**

      **Plaintiff,**

**v.**                       Case No. _____

**Monsanto Company,**

      **Defendant.**

## PLAINTIFF GREGORY WATTS SIMMS, DECEASED, BY AND THROUGH HIS WIDOW, ANITA DOLANDA MCARTHUR SIMMS SHORT FORM COMPLAINT

Pursuant to Pretrial Order (PTO) No. 149, in which the parties were ordered to sever the plaintiffs in the case captioned Bourgeois, *et al*. v. Monsanto Corporation, originally filed in the United States District Court for the District of Mississippi, into individual short form complaint for pre-trial work up purposes, Plaintiff Gregory Watts Simms, Deceased, by and through his widow, Anita Dolanda McArthur Simms provides the following allegations required by the Court in PTO No. 155:

1. This case is brought on behalf of the Plaintiff Gregory Watts Simms, Deceased, by and through his widow, Anita Dolanda McArthur Simms.

2. This case is brought against Defendant Monsanto Company (Monsanto).

3. This case was first filed against Monsanto in the United States District Court of

the District Mississippi.

4.      The allegations contained in Bourgeois, *et al*. v. Monsanto Corporation, United States District Court of the District Mississippi, Case No. 3:18-cv-00450-DPJ-FKB are incorporated herein by reference, other than the paragraphs pertaining to the other Plaintiffs listed in the original complaint.

5.      Widow, Dolanda McArthur Simms resided in Moss Point, Jackson County, Mississippi at the time of filing the original complaint against Monsanto.

6.      Widow, Dolanda McArthur Simms currently resides in Moss Point, Jackson County, Mississippi.

7.      Decedent resided in Moss Point, Jackson County, Mississippi at the time of his diagnosis of Non-Hodgkin Lymphoma (NHL).

8.      Decedent received medical treatment for his NHL in Alabama and Mississippi.

9.      Venue over this case properly lies in the United States District Court of the District of Mississippi.

10.      Jurisdiction is proper based on diversity under 28 U.S.C. § 1332 because Decedent was a citizen of Mississippi, a different state than the Defendant's states of citizenship, and the aggregate amount in controversy exceeds $75,000 exclusive of interest and costs.

11.      Allegedly, Decedent was injured from his exposure to Defendant's Roundup® products, included but not limited to Roundup® concentrate herbicide sold under several marketing names by Monsanto from about 1976 until 2016 and received, handled, and applied Roundup® in large bulk quantities of thousands of gallons per year (estimated as at least 15,000 gallons of concentrate per year) and in small 2-3 gallon jugs for home and non-agricultural use.

12.      Decedent was exposed to Monsanto's Roundup® products from in or around

2

August 2005 through sometime in 2007.  He used Monsanto's Roundup® to control weeds on his personal property.

13.     Decedent used Monsanto's Roundup® products at each of the following locations:  Moss Point, Mississippi.

14.     Decedent was diagnosed with NHL in November 2007 with diffuse large cell lymphoma with focal necrosis NHL.

15.     Claims against Monsanto are brought under the following theories of liability: Strict Liability (Design Defect), Strict Liability (Failure to Warn), and Negligence.

Respectfully submitted this the 13th day of August, 2019.

/s/ *John Arthur Eaves, Jr.*
John Arthur Eaves, Jr. (MS Bar #8843)
Eaves Law Firm, LLC
101 North State Street
Jackson, MS  39201
(601) 355-7961 – Telephone
(601) 355-0530 – Facsimile
johnjr@eaveslawmail.com
Attorney for Plaintiffs


**CERTIFICATE OF SERVICE**

I, hereby certify that on the 13th day of August, 2019, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

/s/ *John Arthur Eaves, Jr.*
John Arthur Eaves, Jr. (MS Bar #8843)