**BAUM HEDLUND ARISTEI GOLDMAN** PC
────── CONSUMER ATTORNEYS ──────

Washington, D.C. Office
2101 L Street, N.W.
Suite 800
Washington, D.C. 20037-1526
Office (202) 466-0513
Fax (202) 466-0527

10940 Wilshire Boulevard, 17th Floor
Los Angeles, CA 90024
Office (310) 207-3233
Fax (310) 820-7444
www.baumhedlundlaw.com

Philadelphia Office
1500 Market Street
12th Floor East Tower
Philadelphia, PA 19102-2100
Office (215) 665-5659
Fax (215) 569-8228

August 13, 2019

**FILED VIA ECF**

Honorable Vince Chhabria
United States District Court,
Northern District of California

   **RE**:   *Teri Michelle McCall, individually and as successor in interest for the estate of Anthony Jackson McCall, deceased v. Monsanto Company*, Case No. 3:16-cv-05749
   *In Re: Roundup Products Liability Litigation;* Case No. 3:16-md-02741-VC

To the Honorable Vince Chhabria,

   Plaintiff Teri McCall and Monsanto submit this joint letter brief to respectfully request moving Ms. McCall's action from the Wave I group of cases to Wave II.

   Ms. McCall represents the estate of her late husband, Anthony McCall. Unfortunately, Ms. McCall, who is still grieving from the death of Mr. McCall, is not in an emotional state to proceed with the Court proceedings at this time. And, recently, Ms. McCall experienced serious medical complications which compound her inability to participate in the Court proceedings as required by the trial work-up protocol governing Wave I cases. Accordingly, the Parties agree that Ms. McCall's case should be removed to Wave II in order to allow Ms. McCall further time to recover from her emotional and physical complications. The Parties jointly request that the Court move Ms. McCall's case to Wave II subject to the deadlines in Wave II.

                              Respectfully Submitted,

                              /s/ Pedram Esfandiary
                              Pedram Esfandiary (SBN: 312569)
                              **BAUM HEDLUND ARISTEI & GOLDMAN, P.C.**
                              pesfandiary@baumhedlundlaw.com
                              10940 Wilshire Blvd., 17th Floor,
                              Los Angeles, CA  90024
                              Tel: (310) 207-3233 | Fax: (310) 820-7444
                              *Counsel for Plaintiff*

                              /s/ Brian L. Stekloff
                              Brian L. Stekloff

BAUM HEDLUND ARISTEI GOLDMAN PC
— CONSUMER ATTORNEYS —

Honorable Vince Chhabria\
*McCall v. Monsanto*
Case No.: 3-16-cv-05749
Page 2

**WILKINSON WALSH ESKOVITZ**
bstekloff@wilkinsonwalsh.com
2001 M Street, NW
Washington, DC 20036
Tel: (202) 847-4000 | Fax: (202) 847-4005

*Counsel for Defendant Monsanto Company*