Michael J. Miller, Esq.
**THE MILLER FIRM LLC**
108 Railroad Avenue
Orange, VA 22960
Tel: (540) 672-4224
Fax: (540) 672-3055
mmiller@millerfirmllc.com

*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. |
| This document relates to: ROBERT AND PHYLLIS HEMPY, Plaintiff, v. MONSANTO COMPANY, Defendant. | |

## SHORT FORM COMPLAINT

Pursuant to Pretrial Order (PTO) No. 149, in which the parties were ordered to sever the plaintiffs in the case captioned *Laurie Marniella et al. v. Monsanto Company*, originally filed in the Superior Court of the State of State of Delaware in and for New Castle County, into individual short form complaints for pre-trial work up purposes, Robert and Phyllis Hempy provide the following allegations required by the Court in PTO No. 155:

1. This case is brought on behalf of Plaintiffs Robert and Phyllis Hempy.

2. This case is brought against Defendant Monsanto Company (Monsanto).

3. Plaintiff first filed his case against Monsanto in the Superior Court of the State of State of Delaware in and for New Castle County. Defendants removed the case to the U.S. District Court for the Eastern District of Missouri.

4. Plaintiff incorporates by reference, as if fully alleged herein, the allegations contained in *Laurie Marniella, et al. v. Monsanto Company*, Case No. 4:17-cv-1593.

5. Plaintiff resided in Waldo, Ohio at the time of filing the original complaint against Monsanto.

6. Plaintiff currently resides in Waldo, Ohio.

7. Plaintiff resided in Waldo, Ohio at the time of his diagnosis of Non-Hodgkin Lymphoma (NHL).

8. Plaintiff received medical treatment for his NHL in Ohio.

9. Jurisdiction is proper based on diversity under 28 U.S.C. § 1332 because Plaintiff is a citizen of Ohio, a different state than the Defendant's states of citizenship, and the aggregate amount in controversy exceeds $75,000, exclusive of interest and costs.

10. Plaintiff alleges injury from his exposure to Defendant's Roundup products.

11. Plaintiff was exposed to Monsanto's Roundup products from in or around 2006 through 2016. From approximately 2006 through 2016, Mr. Hempy used Roundup® as needed to kill weeds at home.

12. Plaintiff used Monsanto's Roundup® products in Waldo, Ohio.

13. Plaintiff was first diagnosed with Non-Hodgkin's Lymphoma in October 2015.

14. At all relevant times Phyllis Hempy was the spouse of Robert Hempy and brings a loss of consortium claim.

15. Plaintiff brings claims against Monsanto under the following theories of liability:

Strict Liability (Design Defect); Strict Liability (Failure to Warn); Negligence; Breach of Express Warranty; Breach of Implied Warranties.

Dated:  August 12th, 2019    THE MILLER FIRM LLC

By: */s/ Michael J. Miller*

Michael J. Miller
108 Railroad Ave.
Orange, VA
Tel: (540) 672-4224
Fax: (540) 672-3055
mmiller@millerfirmllc.com

## CERTIFICATE OF SERVICE

I, Michael Miller, hereby certify that, on August 12th, 2019, I electronically filed the foregoing with the Clerk for the United States District Court Northern District of California San Francisco Division using the CM/ECF system, which shall send electronic notification to counsel of record.

*/s/ Michael J. Miller*