1  Daniel C. Burke (*Pro Hac Vice*)
   **BERNSTEIN LIEBHARD LLP**
2  10 E. 40th Street
   New York, NY 10016
3  Tel: (212) 779-1414
   Fax: (212) 779-3218
4  Email: dburke@bernlieb.com

5  *Counsel for Plaintiffs*

7  UNITED STATES DISTRICT COURT

8  NORTHERN DISTRICT OF CALIFORNIA

9  SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:19-cv-4792 |
| THIS DOCUMENT RELATES TO: KENNETH BAUCOM, Plaintiff, v. MONSANTO COMPANY, Defendant. | **SHORT FORM COMPLAINT** |

**SHORT FORM COMPLAINT**

Pursuant to Pretrial Order (PTO) 149, in which the Court ordered multi-plaintiff complaints in this MDL be severed, and PTO 155, in which the parties were ordered to sever the plaintiffs in the case captioned *Cesilio Jimenez, et al. v. Monsanto Company*, No. 3:19-cv-03438, Plaintiff Kenneth Baucom provides the following allegations:

1. This case is brought on behalf of Kenneth Baucom ("Plaintiff").

2. Plaintiff first filed his case against Defendant Monsanto Company on June 17, 2019, in the Northern District of California.

00545210;V1

**SHORT FORM COMPLAINT**

3. Plaintiff incorporates by reference, as if fully set forth and alleged herein, the allegations contained in the Complaint in Cesilio Jimenez, et al. v. Monsanto Company, United States District Court for the Northern District of California, Case No. 3:19-cv-03438.

4. At the time the matter was originally filed on or about June 17, 2019, Plaintiff was a resident of Corpus Christi, Texas.

5. Plaintiff is a current resident of Corpus Christi, Texas.

6. Kenneth Baucom was diagnosed with Non-Hodgkin's Lymphoma in in the summer of 2017.

7. Plaintiff resided in Texas at the time he was diagnosed with Non-Hodgkin's Lymphoma (NHL).

8. Plaintiff received medical treatment related to his diagnosis of NHL in Texas.

9. This case properly lies in the United States District Court for the Western District of Oklahoma because Monsanto transacts business in Oklahoma and is a corporation doing business within Oklahoma. Monsanto knows that its Roundup products are and were sold throughout Oklahoma, and, more specifically, caused Roundup to be sold to Plaintiff in Oklahoma. In addition, Monsanto maintains sufficient contacts with the State of Oklahoma such that the Court's exercise of personal jurisdiction over it does not offend traditional notions of fair play and substantial justice.

10. Monsanto advertises and sells goods, specifically Roundup, throughout Oklahoma. It derived substantial revenue from goods and products used in Oklahoma. It expected its acts to have consequences within Oklahoma and derived substantial revenue from interstate commerce. Specific to this case, Monsanto engaged in the business of developing, manufacturing, testing, packaging, marketing, distributing, labeling, and selling Roundup. Monsanto purposefully availed itself of the privilege

of conducting activities within Oklahoma, thus invoking the benefits and protections of its laws.

11. Jurisdiction is proper under 28 U.S.C. § 1332 because there is complete diversity of citizenship between Plaintiff and Defendant. Monsanto is a citizen of Delaware (where it is incorporated) and Missouri (where it has its principal place of business). Plaintiff is a citizen of Oklahoma, and the amount in controversy exceeds $75,000, exclusive of interest and costs.

12. Venue is proper in the Western District of Oklahoma under 28 U.S.C. § 1391(b)(2) because Plaintiff was exposed to Roundup in Western District of Oklahoma.

13. Plaintiff regularly used and was exposed to Roundup for almost 20 years from approximately 1987 until 2005.

14. During that time, Plaintiff regularly used Roundup to help control various weeds at his homes in Oklahoma.

15. Plaintiff was exposed to Roundup in and around Oklahoma.

16. Plaintiff brings claims against Monsanto under the following theories of liability: Negligence, Strict Products Liability (Design Defect), Strict Products Liability (Failure to Warn), Breach of Warranties, and Breach of Implied Warranty of Merchantability.

17. Submitted herewith is a proposed order.

Dated: August 14, 2019               Respectfully Submitted,

                                     By: __/s/ *Daniel C. Burke*_____
                                         Daniel C. Burke (Pro Hac Vice)
                                         BERNSTEIN LIEBHARD LLP
                                         10 E. 40th Street
                                         New York, NY 10016
                                         Tel: (212) 779-1414
                                         Fax: (212) 779-3218
                                         Email: dburke@bernlieb.com

00545210;V1                           2
**SHORT FORM COMPLAINT**

1
2
3
4
## CERTIFICATE OF SERVICE

I hereby certify that on the August 14, 2019, I electronically transmitted the attached documents to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all parties of record.

/s/ Morris Dweck

00545210;V1                                3
**SHORT FORM COMPLAINT**