1  Daniel C. Burke (*Pro Hac Vice*)
   **BERNSTEIN LIEBHARD LLP**
2  10 E. 40th Street
   New York, NY 10016
3  Tel: (212) 779-1414
   Fax: (212) 779-3218
4  Email: dburke@bernlieb.com

5  *Counsel for Plaintiffs*

6

7  UNITED STATES DISTRICT COURT

8  NORTHERN DISTRICT OF CALIFORNIA

9  SAN FRANCISCO DIVISION

10

11 | IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| THIS DOCUMENT RELATES TO: MARILYN LYDON, Plaintiff, v. MONSANTO COMPANY, Defendant. | Case No. 3:19-cv-4795 SHORT FORM COMPLAINT |

**SHORT FORM COMPLAINT**

Pursuant to Pretrial Order (PTO) 149, in which the Court ordered multi-plaintiff complaints in this MDL be severed, and PTO 155, in which the parties were ordered to sever the plaintiffs in the case captioned *Cesilio Jimenez, et al. v. Monsanto Company*, No. 3:19-cv-03438, Plaintiff Marilyn Lydon provides the following allegations:

1. This case is brought on behalf of Marilyn Lydon ("Plaintiff").

2. Plaintiff first filed her case against Defendant Monsanto Company on June 17, 2019, in the Northern District of California.

00545258;V1

**SHORT FORM COMPLAINT**

3. Plaintiff incorporates by reference, as if fully set forth and alleged herein, the allegations contained in the Complaint in Cesilio Jimenez, et al. v. Monsanto Company, United States District Court for the Northern District of California, Case No. 3:19-cv-03438.

4. At the time the matter was originally filed on or about June 17, 2019, Plaintiff was a resident of Goodyear, Arizona.

5. Plaintiff is a current resident of Goodyear, Arizona.

6. Marilyn Lydon was diagnosed with Non-Hodgkin's Lymphoma in approximately March 2018.

7. Plaintiff resided in Arizona at the time she was diagnosed with Non-Hodgkin's Lymphoma (NHL).

8. Plaintiff received medical treatment related to her diagnosis of NHL in Arizona.

9. This case properly lies in the United States District Court for the District of Arizona, Phoenix Division because Monsanto transacts business in Arizona and is a corporation doing business within Arizona. Monsanto knows that its Roundup products are and were sold throughout Arizona, and, more specifically, caused Roundup to be sold to Plaintiff in Arizona. In addition, Monsanto maintains sufficient contacts with the State of Arizona such that the Court's exercise of personal jurisdiction over it does not offend traditional notions of fair play and substantial justice.

10. Monsanto advertises and sells goods, specifically Roundup, throughout Arizona. It derived substantial revenue from goods and products used in Arizona. It expected its acts to have consequences within Arizona and derived substantial revenue from interstate commerce. Specific to this case, Monsanto engaged in the business of developing, manufacturing, testing, packaging, marketing, distributing, labeling, and selling Roundup. Monsanto purposefully availed itself of the privilege of conducting activities within Arizona, thus invoking the benefits and protections of its laws.

11. Jurisdiction is proper under 28 U.S.C. § 1332 because there is complete diversity of citizenship between Plaintiff and Defendant. Monsanto is a citizen of Delaware (where it is incorporated) and Missouri (where it has its principal place of business). Plaintiff is a citizen of Arizona, and the amount in controversy exceeds $75,000, exclusive of interest and costs.

12. Venue is proper in the District of Arizona, Phoenix Division under 28 U.S.C. § 1391(b)(2) because Plaintiff was exposed to Roundup in the District of Arizona Phoenix Division.

13. Plaintiff regularly used and was exposed to Roundup from approximately 2015 until 2018.

14. During that time, Plaintiff regularly used Roundup to help control various weeds at her home in Arizona.

15. Plaintiff was exposed to Roundup in and around Goodyear, Arizona.

16. Plaintiff brings claims against Monsanto under the following theories of liability: Negligence, Strict Products Liability (Design Defect), Strict Products Liability (Failure to Warn), Breach of Warranties, and Breach of Implied Warranty of Merchantability.

17. Submitted herewith is a proposed order.

Dated: August 14, 2019                          Respectfully Submitted,

                                                By:  /s/ *Daniel C. Burke*
                                                    Daniel C. Burke (Pro Hac Vice)
                                                    BERNSTEIN LIEBHARD LLP
                                                    10 E. 40th Street
                                                    New York, NY 10016
                                                    Tel: (212) 779-1414
                                                    Fax: (212) 779-3218
                                                    Email: dburke@bernlieb.com

00545258;V1                                2
**SHORT FORM COMPLAINT**

## CERTIFICATE OF SERVICE

I hereby certify that on the August 14, 2019, I electronically transmitted the attached documents to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all parties of record.

/s/ Morris Dweck

00545258;V1                    3
**SHORT FORM COMPLAINT**