Kristy M. Arevalo, Esq. (SBN: 216308)
**McCune·Wright·Arevalo, LLP**
3281 East Guasti Road, Suite 100
Ontario, California 91761
Telephone:  (909) 557-1250
Facsimile:  (909) 557-1275

Daniel R. Weltin (SBN: 226600)
**THE LAW OFFICES OF DANIEL WELTIN, P.C.**
777 Davis Street, Suite 146
San Leandro, California 94577
Telephone: (510) 856-4421
Facsimile: (510) 856-3624

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:  ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:19-cv-4805 |
| This document relates to: | **SHORT FORM COMPLAINT** |
| DANIEL MUNCH,<br>           Plaintiff, | |
| v. | |
| MONSANTO COMPANY,<br>              Defendant. | |

## SHORT FORM COMPLAINT

Pursuant to Pretrial Order (PTO) No. 149, in which the parties were ordered to sever the

plaintiffs in the case captioned *Eugenio Payes et al v. Monsanto Company*, originally filed in the

United States District Court Eastern District of Missouri into individual short form complaints

for pre-trial work up purposes, Plaintiff Daniel Munch provides the following allegations

1

SHORT FORM COMPLAINT

required by the Court in PTO No. 155:

1.     This case is brought on behalf of Plaintiff Daniel Munch.

2.     This case is brought against Defendant Monsanto Company (Monsanto).

3.     Plaintiff first filed his case against Monsanto in United States District Court Eastern District of Missouri.

4.     Plaintiff incorporates by reference, as if fully alleged herein, the allegations contained in *Eugenio Payes, et al. v. Monsanto Company* U.S. Dist. Ct. E. Dist. of Mo. Case No 4:19-cv-00916-DDN, other than paragraphs 10-13 and 15-30.

5.     Plaintiff resided in Harlem, Georgia at the time of filing the original complaint against Monsanto.

6.     Plaintiff currently resides in Harlem, Georgia.

7.     Plaintiff resided in Harlem, Georgia at the time of his diagnosis of Non-Hodgkin Lymphoma (NHL).

8.     Plaintiff received medical treatment for his NHL in Georgia.

9.     Venue over this case properly lies in the United States District Court for the Southern District of Georgia.

10.     Jurisdiction is proper based on diversity under 28 U.S.C. § 1332 because Plaintiff is a citizen of Georgia, a different state than the Defendant's states of citizenship, and the aggregate amount in controversy exceeds $75,000, exclusive of interest and costs.

11.     Plaintiff alleges injury from his exposure to Defendant's Roundup products, including but not limited to Roundup Grass and Weed Killer sold under several marketing names by Monsanto beginning in 2007, that he uses with a hand sprayer and a backpack sprayer on agricultural properties.

12.     Plaintiff was exposed to Monsanto's Roundup products from in or around May

SHORT FORM COMPLAINT

2007 until 2018.  Plaintiff used Monsanto's Roundup products on average once a week from 2007 until 2018 on agricultural land, once every other week from 2012 to 2014 on agricultural land, and every six to eight weeks from 2007 until 2018 on agricultural land.

13.  Plaintiff used Monsanto's Roundup products at each of the following locations: Harlem, Georgia.

14.  Plaintiff was diagnosed with NHL in January 2018.  He was diagnosed with Indolent, B-Cell, Small Cell NHL.

15.  Plaintiff brings claims against Monsanto under the following theories of liability: Negligence; Strict Liability (Design Defect); Strict Liability (Failure to Warn); Breach of Express Warranties; Breach of Implied Warranties; Fraud; Violation of Consumer Fraud Acts.

Dated: August 14, 2019                    Respectfully submitted,

*/s Kristy M. Arevalo*
**MCCUNE WRIGHT AREVALO, LLP**

Kristy M. Arevalo, Esq. (SBN: 216308)
kma@mccunewright.com
3281 East Guasti Road, Suite 100
Ontario, California 91761
Telephone:  (909) 557-1250
Facsimile:  (909) 557-1275

Dated: August 14, 2019                    Respectfully submitted,

*/s/ Daniel R. Weltin*
**THE LAW OFFICES OF DANIEL WELTIN, P.C.**

Daniel R. Weltin (SBN: 226600)
777 Davis Street, Suite 146
San Leandro, California 94577
Telephone: (510) 856-4421
Facsimile: (510) 856-3624
E-mail: daniel@danielweltin.com

3

SHORT FORM COMPLAINT

## CERTIFICATE OF SERVICE

I, Kristy M. Arevalo, hereby certify that, on August 14, 2019, I electronically filed the foregoing with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.


_____*/s/ Kristy M. Arevalo*_____

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

SHORT FORM COMPLAINT