Kristy M. Arevalo, Esq. (SBN: 216308)
**McCune·Wright·Arevalo, LLP**
3281 East Guasti Road, Suite 100
Ontario, California 91761
Telephone:  (909) 557-1250
Facsimile:  (909) 557-1275

Daniel R. Weltin (SBN: 226600)
**THE LAW OFFICES OF DANIEL WELTIN, P.C.**
777 Davis Street, Suite 146
San Leandro, California 94577
Telephone: (510) 856-4421
Facsimile: (510) 856-3624

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:  ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:19-cv-4807 |
| This document relates to:<br><br>WILLIAM MEAD,<br>       Plaintiff,<br><br>v.<br><br>MONSANTO COMPANY,<br>              Defendant. | **SHORT FORM COMPLAINT** |

## SHORT FORM COMPLAINT

Pursuant to Pretrial Order (PTO) No. 149, in which the parties were ordered to sever the plaintiffs in the case captioned *Eugenio Payes et al v. Monsanto Company*, originally filed in the United States District Court Eastern District of Missouri into individual short form complaints for pre-trial work up purposes, Plaintiff William Mead provides the following allegations

1

required by the Court in PTO No. 155:

1. This case is brought on behalf of Plaintiff William Mead.

2. This case is brought against Defendant Monsanto Company (Monsanto).

3. Plaintiff first filed his case against Monsanto in United States District Court Eastern District of Missouri.

4. Plaintiff incorporates by reference, as if fully alleged herein, the allegations contained in *Eugenio Payes, et al. v. Monsanto Company* U.S. Dist. Ct. E. Dist. of Mo. Case No 4:19-cv-00916-DDN, other than paragraphs 10-14 and 16-30.

5. Plaintiff resided in Loves Park, Illinois at the time of filing the original complaint against Monsanto.

6. Plaintiff currently resides in Loves Park, Illinois.

7. Plaintiff resided in Loves Park, Illinois at the time of his diagnosis of Non-Hodgkin Lymphoma (NHL).

8. Plaintiff received medical treatment for his NHL in Illinois.

9. Venue over this case properly lies in the United States District Court for the Northern District of Illinois.

10. Jurisdiction is proper based on diversity under 28 U.S.C. § 1332 because Plaintiff is a citizen of Illinois, a different state than the Defendant's states of citizenship, and the aggregate amount in controversy exceeds $75,000, exclusive of interest and costs.

11. Plaintiff alleges injury from his exposure to Defendant's Roundup products, including but not limited to Roundup Grass and Weed Killer sold under several marketing names by Monsanto from about 2010 until 2012 that he used with a hand sprayer on his residential property.

12. Plaintiff was exposed to Monsanto's Roundup products from in or around April

2

SHORT FORM COMPLAINT

2010 through 2012.  During this time, Plaintiff used Monsanto's Roundup products on average four to five times per month on his residential property.

13. Plaintiff used Monsanto's Roundup products at each of the following locations: Loves Park, Illinois.

14. Plaintiff was diagnosed with NHL in May 2016.

15. Plaintiff brings claims against Monsanto under the following theories of liability: Negligence; Strict Liability (Design Defect); Strict Liability (Failure to Warn); Breach of Express Warranties; Breach of Implied Warranties; Fraud; Violation of Consumer Fraud Acts.

Dated: August 14, 2019				Respectfully submitted,

							*/s Kristy M. Arevalo*
							**MCCUNE WRIGHT AREVALO, LLP**

							Kristy M. Arevalo, Esq. (SBN: 216308 - CA)
							kma@mccunewright.com
							3281 East Guasti Road, Suite 100
							Ontario, California 91761
							Telephone:  (909) 557-1250
							Facsimile:  (909) 557-1275

Dated: August 14, 2019				Respectfully submitted,

							*/s/ Daniel R. Weltin*
							**THE LAW OFFICES OF DANIEL WELTIN, P.C.**

							Daniel R. Weltin (SBN: 226600)
							777 Davis Street, Suite 146
							San Leandro, California 94577
							Telephone: (510) 856-4421
							Facsimile: (510) 856-3624
							E-mail: daniel@danielweltin.com

## CERTIFICATE OF SERVICE

  I, Kristy M. Arevalo, hereby certify that, on August 14, 2019, I electronically filed the foregoing with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

      */s/ Kristy M. Arevalo*

SHORT FORM COMPLAINT