Michael J. Miller, Esq.
**THE MILLER FIRM LLC**
108 Railroad Avenue
Orange, VA 22960
Tel: (540) 672-4224
Fax:  (540) 672-3055
mmiller@millerfirmllc.com

*Attorney  for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:  ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. |
| This document relates to: | |
| THOMAS PENTECOST AND CECELIA PENTECOST, | **SHORT FORM COMPLAINT** |
|      Plaintiff, | |
| v. | |
| MONSANTO COMPANY, | |
|      Defendant. | |

Pursuant to Pretrial Order (PTO) No. 149, in which the parties were ordered to sever the plaintiffs in the case captioned *Fredrick Smith, et al. v. Monsanto Company*, originally filed in the Circuit Court of the City of St. Louis State of Missouri, into individual short form complaints for pre-trial work up purposes, Plaintiff Frank Tanner provides the following allegations required by the Court in PTO No. 155:

    1.    This case is brought on behalf of Plaintiffs Thomas Pentecost and Cecelia Pentecost.

    2.    This case is brought against Defendant Monsanto Company (Monsanto).

3.      Plaintiffs first filed his case against Monsanto in the United States Circuit Court of the Eastern District of Missouri.

4.      Plaintiffs incorporates by reference, as if fully alleged herein, the allegations contained in *Fredrick Smith, et al. v. Monsanto Company*, Case No. 5:16-cv-00726-PA-KK, other than the 13 and 111-121.

5.      Plaintiffs resided in Heath, Ohio at the time of filing the original complaint against Monsanto.

6.      Plaintiffs currently reside in Heath, Ohio.

7.      Plaintiffs resided in Heath, Ohio at the time of Thomas Pentecost's diagnosis of Non-Hodgkin Lymphoma (NHL).

8.      Plaintiff Thomas Pentecost received medical treatment for his NHL in Ohio.

9.      Jurisdiction is proper based on diversity under 28 U.S.C. § 1332 because Plaintiffs are citizens of Ohio, a different state than the Defendant's states of citizenship, and the aggregate amount in controversy exceeds $75,000, exclusive of interest and costs.

10.     Plaintiff Thomas Pentecost alleges injury from his exposure to Defendant's Roundup products.

11.     Plaintiff was exposed to Monsanto's Roundup products from in or around 1992. From approximately July 1992 to 2016, Mr. Pentecost sprayed Roundup® throughout the summer and spring to control weeds on his property.

12.     Plaintiff Thomas Pentecost used Monsanto's Roundup® products in Heath, Ohio.

13.     Plaintiff Thomas Pentecost was first diagnosed with Non-Hodgkin's Lymphoma in February 2016.

14.     At all relevant times Cecelia Pentecost was the spouse of Thomas Pentecost and brings a loss of consortium claim

15.     Plaintiffs bring claims against Monsanto under the following theories of liability:

SHORT FORM COMPLAINT

Strict Liability (Design Defect); Strict Liability (Failure to Warn); Negligence; Breach of Express

Warranty; Breach of Implied Warranties.


Dated:  August 14, 2019                    **THE MILLER FIRM LLC**

                                           By:  */s/ Michael J. Miller*
                                           Michael J. Miller
                                           108 Railroad Ave.
                                           Orange, VA
                                           Tel: (540) 672-4224
                                           Fax:  (540) 672-3055
                                           mmiller@millerfirmllc.com

SHORT FORM COMPLAINT

1

2

## **CERTIFICATE OF SERVICE**

3

4

I, Michael Miller, hereby certify that, on August 14, 2019, I electronically filed the

5

foregoing with the Clerk for the United States District Court, Northern District of California using

6

the CM/ECF system, which shall send electronic notification to counsel of record.

7

8

9                                                         */s/ Michael J. Miller*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SHORT FORM COMPLAINT