Michael J. Miller, Esq.
**THE MILLER FIRM LLC**
108 Railroad Avenue
Orange, VA 22960
Tel: (540) 672-4224
Fax: (540) 672-3055
mmiller@millerfirmllc.com

*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. |
| This document relates to: | |
| JON THORNTON AND NANCY THORNTON, | **SHORT FORM COMPLAINT** |
| Plaintiff, | |
| v. | |
| MONSANTO COMPANY, | |
| Defendant. | |

Pursuant to Pretrial Order (PTO) No. 149, in which the parties were ordered to sever the plaintiffs in the case captioned *Fredrick Smith, et al. v. Monsanto Company*, originally filed in the Circuit Court of the City of St. Louis State of Missouri, into individual short form complaints for pre-trial work up purposes, Plaintiff Frank Tanner provides the following allegations required by the Court in PTO No. 155:

1. This case is brought on behalf of Plaintiffs Jon Thornton and Nancy Thornton.

2. This case is brought against Defendant Monsanto Company (Monsanto).

3. Plaintiffs first filed his case against Monsanto in the United States Circuit Court of the Eastern District of Missouri.

4. Plaintiffs incorporates by reference, as if fully alleged herein, the allegations contained in *Fredrick Smith, et al. v. Monsanto Company*, Case No. 5:16-cv-00726-PA-KK, other than the 13 and 111-121.

5. Plaintiffs resided in Virginia Beach, Virginia at the time of filing the original complaint against Monsanto.

6. Plaintiffs currently reside in Virginia Beach, Virginia.

7. Plaintiffs resided in Virginia Beach, Virginia at the time of Jon Thornton's diagnosis of Non-Hodgkin Lymphoma (NHL).

8. Plaintiff Jon Thornton received medical treatment for his NHL in Virginia.

9. Jurisdiction is proper based on diversity under 28 U.S.C. § 1332 because Plaintiffs are citizens of Virginia, a different state than the Defendant's states of citizenship, and the aggregate amount in controversy exceeds $75,000, exclusive of interest and costs.

10. Plaintiff Jon Thornton alleges injury from his exposure to Defendant's Roundup products.

11. Plaintiff was exposed to Monsanto's Roundup products from in or around 1980. From approximately 1980 to 2008, Mr. Thornton sprayed Roundup® twice a month to control weeds at a business.  From approximately 1980 to 2008, Mr. Thomas sprayed Roundup® twice a month at home to control weeds.

12. Plaintiff Jon Thornton used Monsanto's Roundup® products in Virginia.

13. Plaintiff Jon Thornton was first diagnosed with Non-Hodgkin's Lymphoma in February 2016.

14. At all relevant times Nancy Thornton was the spouse of Jon Thornton and brings a loss of consortium claim

SHORT FORM COMPLAINT

15. Plaintiffs bring claims against Monsanto under the following theories of liability: Strict Liability (Design Defect); Strict Liability (Failure to Warn); Negligence; Breach of Express Warranty; Breach of Implied Warranties.

Dated: August 14, 2019

**THE MILLER FIRM LLC**

By: */s/ Michael J. Miller*
Michael J. Miller
108 Railroad Ave.
Orange, VA
Tel: (540) 672-4224
Fax: (540) 672-3055
mmiller@millerfirmllc.com

**CERTIFICATE OF SERVICE**

I, Michael Miller, hereby certify that, on August 14, 2019, I electronically filed the foregoing with the Clerk for the United States District Court, Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

                                              */s/ Michael J. Miller*