Michael J. Miller, Esq.
**THE MILLER FIRM LLC**
108 Railroad Avenue
Orange, VA 22960
Tel: (540) 672-4224
Fax: (540) 672-3055
mmiller@millerfirmllc.com

*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. |
| This document relates to:<br><br>DAVID WEBB AND ELLEN WEBB,<br><br>    Plaintiff,<br><br>v.<br><br>MONSANTO COMPANY,<br><br>    Defendant. | **SHORT FORM COMPLAINT** |

Pursuant to Pretrial Order (PTO) No. 149, in which the parties were ordered to sever the plaintiffs in the case captioned *Fredrick Smith, et al. v. Monsanto Company*, originally filed in the Circuit Court of the City of St. Louis State of Missouri, into individual short form complaints for pre-trial work up purposes, Plaintiff Frank Tanner provides the following allegations required by the Court in PTO No. 155:

   1.   This case is brought on behalf of Plaintiffs David Webb and Ellen Webb.

   2.   This case is brought against Defendant Monsanto Company (Monsanto).

1
SHORT FORM COMPLAINT

3. Plaintiffs first filed his case against Monsanto in the United States Circuit Court of the Eastern District of Missouri.

4. Plaintiffs incorporates by reference, as if fully alleged herein, the allegations contained in *Fredrick Smith, et al. v. Monsanto Company*, Case No. 5:16-cv-00726-PA-KK, other than the 13 and 111-121.

5. Plaintiffs resided in Sisters, Oregon at the time of filing the original complaint against Monsanto.

6. Plaintiffs currently reside in Sisters, Oregon.

7. Plaintiffs resided in Sisters, Oregon at the time of David Webb's diagnosis of Non-Hodgkin Lymphoma (NHL).

8. Plaintiff David Webb received medical treatment for his NHL in Oregon.

9. Jurisdiction is proper based on diversity under 28 U.S.C. § 1332 because Plaintiffs are citizens of Oregon, a different state than the Defendant's states of citizenship, and the aggregate amount in controversy exceeds $75,000, exclusive of interest and costs.

10. Plaintiff David Webb alleges injury from his exposure to Defendant's Roundup products.

11. Plaintiff was exposed to Monsanto's Roundup products from in or around April 1986. From approximately April 1986 to 2005, Mr. Webb sprayed Roundup® during the spring and summer to control weeds on a camp ground and resort. From approximately 2006 to 2010, Mr. Webb sprayed Roundup® year round to control weeds on his property.

12. Plaintiff David Webb used Monsanto's Roundup® products in Hawaii and California.

13. Plaintiff David Webb was first diagnosed with Non-Hodgkin's Lymphoma in January of 2016.

14. At all relevant times Ellen Webb was the spouse of David Webb and brings a loss

of consortium claim

15. Plaintiffs bring claims against Monsanto under the following theories of liability: Strict Liability (Design Defect); Strict Liability (Failure to Warn); Negligence; Breach of Express Warranty; Breach of Implied Warranties.

Dated: August 14, 2019    **THE MILLER FIRM LLC**

By: */s/ Michael J. Miller*
Michael J. Miller
108 Railroad Ave.
Orange, VA
Tel: (540) 672-4224
Fax: (540) 672-3055
mmiller@millerfirmllc.com

**CERTIFICATE OF SERVICE**

I, Michael Miller, hereby certify that, on August 14, 2019, I electronically filed the foregoing with the Clerk for the United States District Court, Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

                                                */s/ Michael J. Miller*