Kristy M. Arevalo, Esq. (SBN: 216308)
**McCune·Wright·Arevalo, LLP**
3281 East Guasti Road, Suite 100
Ontario, California 91761
Telephone:  (909) 557-1250
Facsimile:  (909) 557-1275

Daniel R. Weltin (SBN: 226600)
**THE LAW OFFICES OF DANIEL WELTIN, P.C.**
777 Davis Street, Suite 146
San Leandro, California 94577
Telephone: (510) 856-4421
Facsimile: (510) 856-3624

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:  ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:19-cv-4859 |
| This document relates to: | **SHORT FORM COMPLAINT** |
| ARLEN SWARTZ, INDIVIDUALLY AND AS SURVIVING HEIR OF PATRICIA SWARTZ, DECEASED,<br>                              Plaintiff,<br><br>v.<br><br>MONSANTO COMPANY,<br>                              Defendant. | |

### **SHORT FORM COMPLAINT**

Pursuant to Pretrial Order (PTO) No. 149, in which the parties were ordered to sever the plaintiffs in the case captioned *Eugenio Payes et al v. Monsanto Company*, originally filed in the United States District Court Eastern District of Missouri into individual short form complaints

1

SHORT FORM COMPLAINT

for pre-trial work up purposes, Plaintiff Arlen Swartz, individually and as surviving heir of Plaintiff Decedent Patricia Swartz provides the following allegations required by the Court in PTO No. 155:

1. This case is brought on behalf of Plaintiff Arlen Swartz, individually and as surviving heir of Plaintiff-Decedent Patricia Swartz.

2. This case is brought against Defendant Monsanto Company (Monsanto).

3. Plaintiff first filed his case against Monsanto in United States District Court Eastern District of Missouri.

4. Plaintiff incorporates by reference, as if fully alleged herein, the allegations contained in *Eugenio Payes, et al. v. Monsanto Company* U.S. Dist. Ct. E. Dist. of Mo. Case No 4:19-cv-00916-DDN, other than paragraphs 10-17 and 19-30.

5. Plaintiff resided in Dowagiac, Michigan at the time of filing the original complaint against Monsanto.

6. Plaintiff currently resides in Dowagiac, Michigan.

7. Plaintiff-Decedent resided in Dowagiac, Michigan at the time of his diagnosis of Non-Hodgkin Lymphoma (NHL).

8. Plaintiff-Decedent received medical treatment for his NHL in Indiana.

9. Venue over this case properly lies in the United States District Court for the Western District of Michigan.

10. Jurisdiction is proper based on diversity under 28 U.S.C. § 1332 because Plaintiff is a citizen of Michigan, a different state than the Defendant's states of citizenship, and the aggregate amount in controversy exceeds $75,000, exclusive of interest and costs.

11. Plaintiff-Decedent alleges injury from her exposure to Defendant's Roundup products, including but not limited to Roundup Grass and Weed Killer sold under

several marketing names by Monsanto from about 1982 until 2018 that she used with a field sprayer on agricultural property and with a hand sprayer on her residential property and agricultural property.

12. Plaintiff-Decedent was exposed to Monsanto's Roundup products from in or around April 1982 through 2018.  During this time, Plaintiff-Decedent used Monsanto's Roundup products on average one time per year in spring from 1982 until 1992 on agricultural property, and two times per week from 1992 until 2018 on residential and agricultural property.

13. Plaintiff-Decedent used Monsanto's Roundup products at each of the following locations: Dowagiac, Michigan.

14. Plaintiff-Decedent was diagnosed with NHL in July 2015.  She was diagnosed with B-Cell NHL.

15. Plaintiff brings claims against Monsanto under the following theories of liability: Negligence; Strict Liability (Design Defect); Strict Liability (Failure to Warn); Breach of Express Warranties; Breach of Implied Warranties; Fraud; Violation of Consumer Fraud Acts.

Dated: August 15, 2019                    Respectfully submitted,

*/s Kristy M. Arevalo*
**MCCUNE WRIGHT AREVALO, LLP**

Kristy M. Arevalo, Esq. (SBN: 216308)
kma@mccunewright.com
3281 East Guasti Road, Suite 100
Ontario, California 91761
Telephone:  (909) 557-1250
Facsimile:  (909) 557-1275

///

///

///

///

| | |
|---|---|
| Dated: August 15, 2019 | Respectfully submitted,<br><br>*/s/ Daniel R. Weltin*<br>**THE LAW OFFICES OF DANIEL WELTIN, P.C.**<br><br>Daniel R. Weltin (SBN: 226600)<br>777 Davis Street, Suite 146<br>San Leandro, California 94577<br>Telephone: (510) 856-4421<br>Facsimile: (510) 856-3624<br>E-mail: daniel@danielweltin.com |

**CERTIFICATE OF SERVICE**

    I, Kristy M. Arevalo, hereby certify that, on August 15, 2019, I electronically filed the foregoing with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

                    */s/ Kristy M. Arevalo*