Kristy M. Arevalo, Esq. (SBN: 216308)
**McCune·Wright·Arevalo, LLP**
3281 East Guasti Road, Suite 100
Ontario, California 91761
Telephone: (909) 557-1250
Facsimile: (909) 557-1275

Daniel R. Weltin (SBN: 226600)
**THE LAW OFFICES OF DANIEL WELTIN, P.C.**
777 Davis Street, Suite 146
San Leandro, California 94577
Telephone: (510) 856-4421
Facsimile: (510) 856-3624

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:19-cv-4869 |
| This document relates to: | **SHORT FORM COMPLAINT** |
| EUGENIO PAYES,<br>         Plaintiff,<br>v.<br>MONSANTO COMPANY,<br>         Defendant. | |

## **SHORT FORM COMPLAINT**

Pursuant to Pretrial Order (PTO) No. 149, in which the parties were ordered to sever the plaintiffs in the case captioned *Eugenio Payes et al v. Monsanto Company*, originally filed in the United States District Court Eastern District of Missouri into individual short form complaints for pre-trial work up purposes, Plaintiff Eugenio Payes provides the following allegations

1

SHORT FORM COMPLAINT

required by the Court in PTO No. 155:

1. This case is brought on behalf of Plaintiff Eugenio Payes.

2. This case is brought against Defendant Monsanto Company (Monsanto).

3. Plaintiff first filed his case against Monsanto in United States District Court Eastern District of Missouri.

4. Plaintiff incorporates by reference, as if fully alleged herein, the allegations contained in *Eugenio Payes, et al. v. Monsanto Company* U.S. Dist. Ct. E. Dist. of Mo. Case No 4:19-cv-00916-DDN, other than paragraphs 11-30.

5. Plaintiff resided in Vallejo, California at the time of filing the original complaint against Monsanto.

6. Plaintiff currently resides in Vallejo, California.

7. Plaintiff resided in Vallejo, California at the time of his diagnosis of Non-Hodgkin Lymphoma (NHL).

8. Plaintiff received medical treatment for his NHL in California.

9. Venue over this case properly lies in the United States District Court for the Eastern District of California.

10. Jurisdiction is proper based on diversity under 28 U.S.C. § 1332 because Plaintiff is a citizen of California, a different state than the Defendant's states of citizenship, and the aggregate amount in controversy exceeds $75,000, exclusive of interest and costs.

11. Plaintiff alleges injury from his exposure to Defendant's Roundup products, including but not limited to Roundup Grass and Weed Killer sold under several marketing names by Monsanto from about 1992 until 2018 that he used with a hand sprayer on his residential property.

12. Plaintiff was exposed to Monsanto's Roundup products from in or around July

1992 through 2018. During this time, Plaintiff used Monsanto's Roundup products on average one time per week on his residential property from 1992 until 1998, two times per month from 1998 until 2005 on his residential property, and one time per week from 2005 until 2018 on his residential property.

13. Plaintiff used Monsanto's Roundup products at each of the following locations: Hacienda Heights, California; Pomona, California; Chino, California; and Vallejo, California.

14. Plaintiff was diagnosed with NHL in January 2019. He was diagnosed with Aggressive Diffused Large B-cell NHL.

15. Plaintiff brings claims against Monsanto under the following theories of liability: Negligence; Strict Liability (Design Defect); Strict Liability (Failure to Warn); Breach of Express Warranties; Breach of Implied Warranties; Fraud; Violation of Consumer Fraud Acts.

Dated: August 15, 2019                    Respectfully submitted,

                                          */s Kristy M. Arevalo*
                                          **MCCUNE WRIGHT AREVALO, LLP**

                                          Kristy M. Arevalo, Esq. (SBN: 216308)
                                          kma@mccunewright.com
                                          3281 East Guasti Road, Suite 100
                                          Ontario, California 91761
                                          Telephone: (909) 557-1250
                                          Facsimile: (909) 557-1275

Dated: August 15, 2019                    Respectfully submitted,

                                          */s/ Daniel R. Weltin*
                                          **THE LAW OFFICES OF DANIEL WELTIN, P.C.**

                                          Daniel R. Weltin (SBN: 226600)
                                          777 Davis Street, Suite 146
                                          San Leandro, California 94577
                                          Telephone: (510) 856-4421
                                          Facsimile: (510) 856-3624
                                          E-mail: daniel@danielweltin.com

## CERTIFICATE OF SERVICE

  I, Kristy M. Arevalo, hereby certify that, on August 15, 2019, I electronically filed the foregoing with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

       */s/ Kristy M. Arevalo*