Michael J. Miller, Esq.
**THE MILLER FIRM LLC**
108 Railroad Avenue
Orange, VA 22960
Tel: (540) 672-4224
Fax: (540) 672-3055
mmiller@millerfirmllc.com

*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. |
| This document relates to: | |
| NANCY BALCOM AS NEXT OF KIN FOR ROBERT BALCOM, Plaintiff, v. MONSANTO COMPANY, Defendant. | |

## SHORT FORM COMPLAINT

Pursuant to Pretrial Order (PTO) No. 149, in which the parties were ordered to sever the plaintiffs in the case captioned *Brenda Ashton et al. v. Monsanto Company*, originally filed in the United States District Court Eastern District of Missouri, Eastern Division, into individual short form complaints for pre-trial work up purposes, Plaintiff Nancy Balcom provides the following allegations required by the Court in PTO No. 155:

1. This case is brought on behalf of Plaintiff Nancy Balcom.

2. This case is brought against Defendant Monsanto Company (Monsanto).

3. Plaintiff first filed her case against Monsanto in the United States District Court Eastern District of Missouri, Eastern Division.

4. Plaintiff incorporates by reference, as if fully alleged herein, the allegations contained in *Brenda Ashton, et al. v. Monsanto Company*, Case No. 4:17-cv-1593.

5. Plaintiff resided in Anderson, California at the time of filing the original complaint against Monsanto.

6. Plaintiff currently resides in Anderson, California.

7. Plaintiff resided in Anderson, California at the time of diagnosis of Non-Hodgkin Lymphoma (NHL).

8. Plaintiff received medical treatment for NHL in California.

9. Jurisdiction is proper based on diversity under 28 U.S.C. § 1332 because Plaintiff is a citizen of California, a different state than the Defendant's states of citizenship, and the aggregate amount in controversy exceeds $75,000, exclusive of interest and costs.

10. Plaintiff alleges injury from exposure to Defendant's Roundup products.

11. Plaintiff was exposed to Monsanto's Roundup products from in or around the 1970's through 2015. From approximately 1994 through 1995, Mr. Balcom used Roundup® as needed to kill weeds for landscaping projects in the course of his professional employment.

12. Plaintiff used Monsanto's Roundup® products in Anderson, California.

13. Plaintiff was first diagnosed with Non-Hodgkin's Lymphoma in 2015.

14. At all relevant times Nancy Balcom was and is the next of kin of Robert Balcom, deceased.

15. Plaintiff brings claims against Monsanto under the following theories of liability: Strict Liability (Design Defect); Strict Liability (Failure to Warn); Negligence;

Breach of Express Warranty; Breach of Implied Warranties.

Dated:  August 12th, 2019        **THE MILLER FIRM LLC**

By:  */s/ Michael J. Miller*

Michael J. Miller
108 Railroad Ave.
Orange, VA
Tel: (540) 672-4224
Fax:  (540) 672-3055
mmiller@millerfirmllc.com

## CERTIFICATE OF SERVICE

I, Michael Miller, hereby certify that, on August 12th, 2019, I electronically filed the foregoing with the Clerk for the United States District Court Northern District of California San Francisco Division using the CM/ECF system, which shall send electronic notification to counsel of record.

*/s/ Michael J. Miller*