Michael J. Miller, Esq.
**THE MILLER FIRM LLC**
108 Railroad Avenue
Orange, VA 22960
Tel: (540) 672-4224
Fax:  (540) 672-3055
mmiller@millerfirmllc.com

*Attorney for Plaintiffs*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:  ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. |
| This document relates to: RAMIRO CASTILLO TORRES,   Plaintiff, v. MONSANTO COMPANY,   Defendant. | |

### SHORT FORM COMPLAINT

Pursuant to Pretrial Order (PTO) No. 149, in which the parties were ordered to sever the plaintiffs in the case captioned *Brenda Ashton et al. v. Monsanto Company*, originally filed in the United States District Court Eastern District of Missouri, Eastern Division, into individual short form complaints for pre-trial work up purposes, Plaintiff Ramiro Castillo Torres provides the following allegations required by the Court in PTO No. 155:

1. This case is brought on behalf of Plaintiffs Ramiro Castillo Torres.

2. This case is brought against Defendant Monsanto Company (Monsanto).

3. Plaintiff first filed his case against Monsanto in the United States District Court Eastern District of Missouri, Eastern Division.

4. Plaintiff incorporates by reference, as if fully alleged herein, the allegations contained in *Brenda Ashton, et al. v. Monsanto Company*, Case No. 4:17-cv-1593.

5. Plaintiff resided in San Juan Capistrano, California at the time of filing the original complaint against Monsanto.

6. Plaintiff currently resides in San Juan Capistrano, California.

7. Plaintiff resided in San Juan Capistrano, California at the time of his diagnosis of Non-Hodgkin Lymphoma (NHL).

8. Plaintiff received medical treatment for his NHL in California.

9. Jurisdiction is proper based on diversity under 28 U.S.C. § 1332 because Plaintiff is a citizen of California, a different state than the Defendant's states of citizenship, and the aggregate amount in controversy exceeds $75,000, exclusive of interest and costs.

10. Plaintiff alleges injury from his exposure to Defendant's Roundup products.

11. Plaintiff was exposed to Monsanto's Roundup products from in or around the 1970's through 1995. From approximately the 1970's through 1995, Mr. Castillo Torres used Roundup® as needed to kill weeds at home.

12. Plaintiff used Monsanto's Roundup® products in San Juan Capistrano, California.

13. Plaintiff was first diagnosed with Non-Hodgkin's Lymphoma in 2015.

14. Plaintiff brings claims against Monsanto under the following theories of liability: Strict Liability (Design Defect); Strict Liability (Failure to Warn); Negligence; Breach of Express Warranty; Breach of Implied Warranties.

Dated:  August 12th, 2019     **THE MILLER FIRM LLC**

By:  */s/ Michael J. Miller*

Michael J. Miller
108 Railroad Ave.
Orange, VA
Tel: (540) 672-4224
Fax:  (540) 672-3055
mmiller@millerfirmllc.com

## CERTIFICATE OF SERVICE

I, Michael Miller, hereby certify that, on August 12th, 2019, I electronically filed the foregoing with the Clerk for the United States District Court Northern District of California San Francisco Division using the CM/ECF system, which shall send electronic notification to counsel of record.

*/s/ Michael J. Miller*