Michael J. Miller, Esq.
**THE MILLER FIRM LLC**
108 Railroad Avenue
Orange, VA 22960
Tel: (540) 672-4224
Fax: (540) 672-3055
mmiller@millerfirmllc.com

*Attorney for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. |
| This document relates to: SUSAN RUSTAN,         Plaintiff, v. MONSANTO COMPANY,         Defendant. | |

**SHORT FORM COMPLAINT**

Pursuant to Pretrial Order (PTO) No. 149, in which the parties were ordered to sever the plaintiffs in the case captioned *Brenda Ashton et al. v. Monsanto Company*, originally filed in the United States District Court Eastern District of Missouri, Eastern Division, into individual short form complaints for pre-trial work up purposes, Plaintiff Susan Rustan provides the following allegations required by the Court in PTO No. 155:

    1.    This case is brought on behalf of Plaintiff Susan Rustan.

    2.    This case is brought against Defendant Monsanto Company (Monsanto).

3. Plaintiff first filed her case against Monsanto in the United States District Court Eastern District of Missouri, Eastern Division.

4. Plaintiff incorporates by reference, as if fully alleged herein, the allegations contained in *Brenda Ashton, et al. v. Monsanto Company*, Case No. 4:17-cv-1593.

5. Plaintiff resided in Tracy, California at the time of filing the original complaint against Monsanto.

6. Plaintiff currently resides in Tracy, California.

7. Plaintiff resided in Tracy, California at the time of her diagnosis of Non-Hodgkin Lymphoma (NHL).

8. Plaintiff received medical treatment for her NHL in California.

9. Jurisdiction is proper based on diversity under 28 U.S.C. § 1332 because Plaintiff is a citizen of California, a different state than the Defendant's states of citizenship, and the aggregate amount in controversy exceeds $75,000, exclusive of interest and costs.

10. Plaintiff alleges injury from her exposure to Defendant's Roundup products.

11. Plaintiff was exposed to Monsanto's Roundup products from in or around the 1980's through 2016. From approximately the 1980's through 2016, Ms. Rustan used Roundup® as needed to kill weeds on her ranch. Ms. Rustan sprayed multiple gallons of Roundup® on a monthly basis.

12. Plaintiff used Monsanto's Roundup® products in Tracy, California.

13. Plaintiff was first diagnosed with Non-Hodgkin's Lymphoma in 2015.

14. Plaintiff brings claims against Monsanto under the following theories of liability: Strict Liability (Design Defect); Strict Liability (Failure to Warn); Negligence; Breach of Express Warranty; Breach of Implied Warranties.

Dated: August 12th, 2019        THE MILLER FIRM LLC

By: /s/ Michael J. Miller

Michael J. Miller
108 Railroad Ave.
Orange, VA
Tel: (540) 672-4224
Fax: (540) 672-3055
mmiller@millerfirmllc.com

## CERTIFICATE OF SERVICE

I, Michael Miller, hereby certify that, on August 12th, 2019, I electronically filed the foregoing with the Clerk for the United States District Court Northern District of California San Francisco Division using the CM/ECF system, which shall send electronic notification to counsel of record.

/s/ Michael J. Miller