Kristy M. Arevalo, Esq. (SBN: 216308)
**McCune·Wright·Arevalo, LLP**
3281 East Guasti Road, Suite 100
Ontario, California 91761
Telephone:  (909) 557-1250
Facsimile:  (909) 557-1275

Daniel R. Weltin (SBN: 226600)
**THE LAW OFFICES OF DANIEL WELTIN, P.C.**
777 Davis Street, Suite 146
San Leandro, California 94577
Telephone: (510) 856-4421
Facsimile: (510) 856-3624

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:  ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:19-cv-4901 |
| This document relates to:<br><br>HENRY HOEFER,<br>          Plaintiff,<br><br>v.<br><br>MONSANTO COMPANY,<br>               Defendant. | **SHORT FORM COMPLAINT** |

### SHORT FORM COMPLAINT

Pursuant to Pretrial Order (PTO) No. 149, in which the parties were ordered to sever the plaintiffs in the case captioned *Eugenio Payes et al v. Monsanto Company*, originally filed in the United States District Court Eastern District of Missouri into individual short form complaints for pre-trial work up purposes, Plaintiff Henry Hoefer provides the following allegations

required by the Court in PTO No. 155:

1. This case is brought on behalf of Plaintiff Henry Hoefer.

2. This case is brought against Defendant Monsanto Company (Monsanto).

3. Plaintiff first filed his case against Monsanto in United States District Court Eastern District of Missouri.

4. Plaintiff incorporates by reference, as if fully alleged herein, the allegations contained in *Eugenio Payes, et al. v. Monsanto Company* U.S. Dist. Ct. E. Dist. of Mo. Case No 4:19-cv-00916-DDN, other than paragraphs 10-19 and 21-30.

5. Plaintiff resided in Brooklyn Park, Minnesota at the time of filing the original complaint against Monsanto.

6. Plaintiff currently resides in Brooklyn Park, Minnesota.

7. Plaintiff resided in Brooklyn Park, Minnesota at the time of his diagnosis of Non-Hodgkin Lymphoma (NHL).

8. Plaintiff received medical treatment for his NHL in Minnesota.

9. Venue over this case properly lies in the United States District Court for the District of Minnesota.

10. Jurisdiction is proper based on diversity under 28 U.S.C. § 1332 because Plaintiff is a citizen of Minnesota, a different state than the Defendant's states of citizenship, and the aggregate amount in controversy exceeds $75,000, exclusive of interest and costs.

11. Plaintiff alleges injury from his exposure to Defendant's Roundup products, including but not limited to Roundup Grass and Weed Killer sold under several marketing names by Monsanto from about 1974 until 2018 that he used with a hand sprayer and tow tank on his residential property and his client's properties.

12. Plaintiff was exposed to Monsanto's Roundup products from in or around July

1974 through 2018.  During this time, Plaintiff used Monsanto's Roundup products on average two time per month.

13. Plaintiff used Monsanto's Roundup products at each of the following locations: Minneapolis, Minnesota.

14. Plaintiff was diagnosed with NHL in August 2018.  He was diagnosed with Mantle Cell Lymphoma, Aggressive B-Cell NHL.

15. Plaintiff brings claims against Monsanto under the following theories of liability: Negligence; Strict Liability (Design Defect); Strict Liability (Failure to Warn); Breach of Express Warranties; Breach of Implied Warranties; Fraud; Violation of Consumer Fraud Acts.

Dated: August 15, 2019                             Respectfully submitted,

*/s Kristy M. Arevalo*
**MCCUNE WRIGHT AREVALO, LLP**

Kristy M. Arevalo, Esq. (SBN: 216308)
kma@mccunewright.com
3281 East Guasti Road, Suite 100
Ontario, California 91761
Telephone:  (909) 557-1250
Facsimile:  (909) 557-1275

Dated: August 15, 2019                             Respectfully submitted,

*/s/ Daniel R. Weltin*
**THE LAW OFFICES OF DANIEL WELTIN, P.C.**

Daniel R. Weltin (SBN: 226600)
777 Davis Street, Suite 146
San Leandro, California 94577
Telephone: (510) 856-4421
Facsimile: (510) 856-3624
E-mail: daniel@danielweltin.com

# CERTIFICATE OF SERVICE

  I, Kristy M. Arevalo, hereby certify that, on August 15, 2019, I electronically filed the foregoing with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

     */s/ Kristy M. Arevalo*