**WILKINSON WALSH + ESKOVITZ LLP**
Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonwalsh.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonwalsh.com)
2001 M St. NW
10th Floor
Washington, DC 20036
Tel:     202-847-4030
Fax:     202-847-4005

**ARNOLD & PORTER KAYE SCHOLER**
Pamela Yates (CA Bar No. 137440)
(Pamela.Yates@arnoldporter.com)
777 South Figueroa St., 44th Floor
Los Angeles, CA 90017
Tel: 213-243-4178
Fax: 213-243-4199

**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
1350 I St. NW
Washington, DC 20005
Tel: 202-898-5843
Fax: 202-682-1639

**COVINGTON & BURLING LLP**
Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
One City Center
850 10th St. NW
Washington, DC 20001
Tel: 202-662-6000

*Attorneys for Defendant*
*MONSANTO COMPANY*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>———————————————————<br><br>*Hardeman v. Monsanto Co., et al.*, 3:16-cv-0525-VC | Case No.: 3:16-cv-0525<br><br>**DEFENDANT MONSANTO COMPANY'S NOTICE OF APPEAL** |

- 1 -

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that Defendant Monsanto Company hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Judgment entered in *Hardeman v. Monsanto Co.*, No. 3:16-cv-0525-VC on May 3, 2019, as amended by the Amended Judgment entered on July 17, 2019, and from any and all interim orders and rulings made appealable by the Judgment and Amended Judgment, including, but not limited to, Pretrial Order No. 45: Summary Judgment and *Daubert* Motions; Pretrial Order No. 85: Denying Monsanto's Motion for Summary Judgment on Specific Causation; the Court's July 12, 2019 Order Denying Monsanto's Motions for Judgment as a Matter of Law or, in the Alternative, for a New Trial on Non-Damages Grounds; and the Court's July 15, 2019 Order Granting in Part and Denying in Part Monsanto's Motion for Judgment as a Matter of Law on Punitive Damages and Denying Monsanto's Motion for a New Trial on Compensatory Damages.

Dated:  August 15, 2019

By:   */s/ Brian L. Stekloff*

Brian L. Stekloff (*pro hac vice*)
bstekloff@wilkinsonwalsh.com
Tamarra Matthews Johnson (*pro hac vice*)
tmatthewsjohnson@wilkinsonwalsh.com
Rakesh Kilaru (*pro hac vice*)
rkilaru@wilkinsonwalsh.com
WILKINSON WALSH + ESKOVITZ LLP
2001 M St. NW
10th Floor
Washington, DC 20036
Tel:  202-847-4030
Fax:  202-847-4005
Attorneys for Defendant Monsanto Company