# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

### Form 6. Representation Statement

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form06instructions.pdf

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

| |
|---|
| Monsanto Company |

Name(s) of counsel (if any):

| |
|---|
| Brian L. Stekloff; Rakesh Kilaru<br>Wilkinson Walsh + Eskovitz LLP |

Address: 2001 M Street NW, Washington, DC 20036
Telephone number(s): 202-847-4030
Email(s): bstekloff@wilkinsonwalsh.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ● Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

| |
|---|
| Edwin Hardeman |

Name(s) of counsel (if any):

| |
|---|
| Aimee Wagstaff<br>Andrus Wagstaff, P.C. |

Address: 7171 West Alaska Dr., Lakewood, CO 80226
Telephone number(s): 303-376-6360
Email(s): aimee.wagstaff@andruswagstaff.com

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**                                    *1*                                    *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**<u>Appellants</u>**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?    ⦿ Yes    ○ No

**<u>Appellees</u>**

Name(s) of party/parties:

Edwin Hardeman

Name(s) of counsel (if any):

Jennifer A. Moore
Moore Law Group, PLLC

Address: 1473 S. 4th Street, Louisville, KY 40208

Telephone number(s): 303-376-6360

Email(s): jennifer@moorelawgroup.com

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at <u>forms@ca9.uscourts.gov</u>*

**Form 6**                                         2                                    *New 12/01/2018*