GERALD SINGLETON, SBN 208783
MARK F. FLEMING, SBN 165770
JOHN C. LEMON, SBN 175847
ERIKA L. VASQUEZ, SBN 268205
SINGLETON LAW FIRM, APC
450 A Street, 5th Floor
San Diego, CA 92101
Tel:  (619) 771-3473
Fax:  (619) 255-1515
Email:  gerald@slffirm.com
        mark@slffirm.com
        john@slffirm.com
        erika@slffirm.com

TIMOTHY A. SCOTT, SBN 215074
NICOLAS O. JIMENEZ, SBN 295057
SCOTT TRIAL LAWYERS, APC
1350 Columbia Street, Suite 600
San Diego, California 92101
Telephone:  (619) 794-0451
Facsimile:  (619) 652-9964
Email: tas@scotttriallawyers.com
       noj@scotttriallawyers.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 3:16-MD-02741 |
| This document relates to: | Case No: 3:19-cv-03536-VC |
| CAITLIN JONES-BASLER, JOHNNY QUINONEZ, VANESSA MOORE,<br><br>         Plaintiffs,<br><br>v.<br><br>MONSANTO COMPANY, a Delaware Corporation,<br><br>         Defendant. | **NOTICE OF WITHDRAWAL OF SHORT FORM COMPLAINT FOR PLAINTIFF VANESSA MOORE AND SHORT FORM COMPLAINT FOR PLAINTIFF JOHNNY QUINONEZ (Docket Nos. 4973 and 4974)** |

1  **PLEASE TAKE NOTICE** that Singleton Law Firm hereby withdraws the Short Form Complaint for Plaintiff Johnny Quinonez [Docket No. 4973] and the Short Form Complaint for Plaintiff Vanessa Moore [Docket No. 4974], both filed on August 15, 2019.

Dated:  August 15, 2019                     Respectfully submitted,


                                            **SINGLETON LAW FIRM, APC**


                                             By:  *s/ Gerald Singleton*
                                            GERALD SINGLETON, SBN 208783
                                            MARK F. FLEMING, SBN 165770
                                            JOHN C. LEMON, SBN 175847
                                            ERIKA L. VASQUEZ, SBN 268205
                                            SINGLETON LAW FIRM, APC
                                            450 A Street, 5th Floor
                                            San Diego, CA 92101
                                            Tel:  (619) 771-3473
                                            Fax:  (619) 255-1515
                                            Email:  gerald@slffirm.com
                                                    mark@slffirm.com
                                                     john@slffirm.com
                                                    erika@slffirm.com

**CERTIFICATE OF SERVICE**

I, Gerald Singleton, hereby certify that on August 15, 2019, I electronically filed the foregoing with the Clerk for the United States District Court for the Northern District of California, San Francisco Division, using the CM/ECF system, which shall send electronic notification to all counsel of record.

                                            *s/Gerald Singleton*