GERALD SINGLETON, SBN 208783
MARK F. FLEMING, SBN 165770
JOHN C. LEMON, SBN 175847
ERIKA L. VASQUEZ, SBN 268205
SINGLETON LAW FIRM, APC
450 A Street, 5th Floor
San Diego, CA 92101
Tel: (619) 771-3473
Fax: (619) 255-1515
Email: gerald@slffirm.com
       mark@slffirm.com
       john@slffirm.com
       erika@slffirm.com

TIMOTHY A. SCOTT, SBN 215074
NICOLAS O. JIMENEZ, SBN 295057
SCOTT TRIAL LAWYERS, APC
1350 Columbia Street, Suite 600
San Diego, California 92101
Telephone: (619) 794-0451
Facsimile: (619) 652-9964
Email: tas@scotttriallawyers.com
       noj@scotttriallawyers.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br>This document relates to:<br><br>CAITLIN JONES-BASLER, JOHNNY QUINONEZ, VANESSA MOORE,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>MONSANTO COMPANY, a Delaware Corporation,<br><br>　　　　Defendant. | MDL No. 3:16-MD-02741<br><br>Case No: 3:19-cv-03536-VC<br><br>**SHORT FORM COMPLAINT** |

**PLAINTIFF JOHNNY QUINONEZ'S SHORT FORM COMPLAINT**

Pursuant to Pretrial Order (PTO) No. 149, in which the parties were ordered to sever the plaintiffs in the case captioned *Caitlin Jones-Basler, et al v. Monsanto Company* originally filed in the United States District Court for the Eastern District of California, into individual short form complains for pre-trial work up purposes, Plaintiff Johnny Quinonez provides the following allegations required by the Court in PTO No. 155:

1. This case is brought on behalf of Plaintiff Johnny Quinonez.
2. This case is brought against Defendant Monsanto Company (Monsanto).
3. Plaintiff first filed his case against Monsanto in the United State District Court for the Eastern District of California.
4. Plaintiff incorporates by reference, as if fully alleged herein, the allegations contained in *Caitlin Jones-Basler, Johnny Quinonez and Vanessa Moore v. Monsanto Company*, Case No. 2:19−CV−00953−TLN−EFB, as if set forth fully herein, except that Plaintiff Quinonez does not incorporate paragraphs 8 and 10, which pertain to other plaintiffs in the original complaint.
5. Plaintiff resided in Tulare County, California at the time of filing the original complaint.
6. Plaintiff currently resides in Tulare County, California.
7. Plaintiff resided in Tulare County, California at the time of his diagnosis of Non Hodgkin's Lymphoma (NHL).
8. Plaintiff received medical treatment for his NHL in California.
9. Venue over this case properly lies in the United States District Court for the Eastern District of California.
10. Jurisdiction is property based on diversity under 28 U.S.C. §1332 because Plaintiff is a citizen of California, a different state than the Defendant's states of citizenship, and the aggregate amount in controversy exceeds $75,000, exclusive of interest and costs.
11. Plaintiff alleges injury from his exposure to Defendant's Roundup® products.

12. Plaintiff was exposed to Roundup Products® from in or around 1980 through in or around 2017. During this time Plaintiff routinely used Monsanto's Roundup® products for garden and landscape maintenance at his home.

13. Plaintiff used Monsanto's Roundup® products in and around Tulare County, California.

14. Plaintiff was diagnosed with NHL in approximately 2004. After 6 months of treatment Plaintiff went into temporary remission, then suffered a recurrence in 2018.

15. Plaintiff bring claims against Monsanto under the following theories of liability: Strict Liability (Design Defect); Strict Liability (Failure to Warn), Negligence, Fraud, Misrepresentation and Suppression, as well as Violations of the Unfair Business Practices Act.

Dated: August 15, 2019                    Respectfully submitted,

**SINGLETON LAW FIRM, APC**

 By: *s/ Gerald Singleton*
GERALD SINGLETON, SBN 208783
MARK F. FLEMING, SBN 165770
JOHN C. LEMON, SBN 175847
ERIKA L. VASQUEZ, SBN 268205
SINGLETON LAW FIRM, APC
450 A Street, 5th Floor
San Diego, CA 92101
Tel: (619) 771-3473
Fax: (619) 255-1515
Email: gerald@slffirm.com
           mark@slffirm.com
           john@slffirm.com
           erika@slffirm.com

**CERTIFICATE OF SERVICE**

I, Gerald Singleton, hereby certify that on August 15, 2019, I electronically filed the foregoing with the Clerk for the United States District Court for the Northern District of California, San Francisco Division, using the CM/ECF system, which shall send electronic notification to all counsel of record.

_____*s/Gerald Singleton*_____