GERALD SINGLETON, SBN 208783
MARK F. FLEMING, SBN 165770
JOHN C. LEMON, SBN 175847
ERIKA L. VASQUEZ, SBN 268205
SINGLETON LAW FIRM, APC
450 A Street, 5th Floor
San Diego, CA 92101
Tel: (619) 771-3473
Fax: (619) 255-1515
Email: gerald@slffirm.com
       mark@slffirm.com
       john@slffirm.com
       erika@slffirm.com
*Attorneys for Plaintiffs.*

JOE G. HOLLINGSWORTH
ERIC G. LASKER
HOLLINGSWORTH LLP
1350 I Street NW
Washington, DC 20005
Tel: (202) 898-5867
Email: jhollingsworth@hollingsworthllp.com
       elasker@hollingsworthllp.com
*Attorneys for Defendant Monsanto Company.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 3:16-MD-02741 |
| This document relates to: | Case No: 3:19-cv-03536-VC |
| CAITLIN JONES-BASLER, JOHNNY QUINONEZ, VANESSA MOORE, | **JOIN STIPULATION OF DISMISSAL** |
| Plaintiffs, | |
| v. | |
| MONSANTO COMPANY, a Delaware Corporation, | |
| Defendant. | |

## JOINT STIPULATION OF DIMISSAL PURSUAL TO PTO NO. 155

**WHEREAS,** Pretrial Order (PTO) No. 155 requires the parties to file a join stipulation voluntarily dismissing plaintiffs originally file in multi-plaintiff complaints.;

**WHERES,** Plaintiffs Johnny Quinonez and Vanessa Moore first filed their cases against Defendant Monsanto Company in the United Stated District court for the Eastern District of California, in a multi-plaintiff complaint; and

**WHEREAS,** this court in PTO NO. 155 ordered all complaints with multiple plaintiffs to be served into individual complaints for pre-trial work-up purposes

**THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between Plaintiffs and Defendant, by and through their respective counsel, that:

1. Plaintiffs Johnny Quinones and Vanessa Moore may voluntarily dismiss their cases without prejudice from *Caitlin Jones-Basler, et all. v. Monsanto Company,* Case No. 2:19-cv-00953 and refile their cases individually with Short Form Complaints in the Northern District of California pursuant to PTO No. 155; and

2. By voluntarily dismissing their cases, Plaintiffs Johnny Quinonez and Vanessa Moore are not waiving their right to request the trial court upon remand to try the plaintiffs joined in the original complaint together. Monsanto Company reserves its right to object to the joinder of plaintiffs for trial purposes.

Dated:  August 15, 2019				Respectfully submitted,

**SINGLETON LAW FIRM, APC**

By:  *s/ Gerald Singleton*
      GERALD SINGLETON
      MARK F. FLEMING
      JOHN C. LEMON
      TIMOTHY A. SCOTT
      ERIKA L. VASQUEZ
      *Attorneys for Plaintiff JONES, QUINONEZ, and MOORE*

|   |   |
|---|---|
| 1 | **HOLLINGSWORTH LLP** |
| 2 |   |
| 3 | By: __s/ Eric G. Lasker_____ |
| 4 | JOE G. HOLLINGSWORTH |
|   | ERIC G. LASKER |
| 5 | 1350 I Street NW |
|   | Washington, DC 20005 |
| 6 | Tel: (202) 898-5867 |
|   | Mcalhoun@hollingsworthllp.com |
| 7 | *Attorneys for Defendant Monsanto Company* |

**CERTIFICATE OF SERVICE**

I, Gerald Singleton, hereby certify that on August 15, 2019, I electronically filed the foregoing with the Clerk for the United States District Court for the Northern District of California, San Francisco Division, using the CM/ECF system, which shall send electronic notification to all counsel of record.

                                                  *s/Gerald Singleton*