# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 3:16-MD-02741 |
| This document relates to: | Case No: 3:19-cv-03536-VC |
| CAITLIN JONES-BASLER, JOHNNY QUINONEZ, VANESSA MOORE, Plaintiffs, v. MONSANTO COMPANY, a Delaware Corporation, Defendant. | **[PROPOSED] ORDER GRANTING JOIN STIPULATION OF DISMISSAL** |

**THIS CAUSE** having come before the Court on the Joint Stipulation of Dismissal pursual to PTO 155. Having reviewed said request, and finding good cause, the Court GRANTS the Join Stipulation of Dismissal as to Plaintiffs Johnny Quinonez and Vanessa Moore.

**IT IS SO ORDERED**

Date:_____     _____
Hon. VINCE CHHIABRIA
United States District Court Judge