**SILL LAW GROUP, PLLC**
Matthew J. Sill
Tara Tabatabaie
1101 N Broadway Ave, Ste. 102
Oklahoma City, OK  73103
Telephone: (405) 509-6300
Facsimile: (800) 978-1345
msill@fulmersill.com
ttabatabaie@fulmersill.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:  ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No.  3:19-cv-4915-VC |
| This document relates to: | |
| DANIEL FINK, | **SHORT FORM COMPLAINT** |
| Plaintiff, | |
| v. | |
| MONSANTO COMPANY, | |
| Defendant. | |

### SHORT FORM COMPLAINT

Pursuant to Pretrial Orders (PTO) Nos. 149 and 155, in which the Court ordered multi-plaintiff complaints in this MDL be severed for pretrial purposes, plaintiff Daniel Fink, a plaintiff in the multi-plaintiff complaint entitled *Myrlon Edwards, et al., vs. Monsanto Co.*, No. 3:17-cv-07365-VC, provides the following allegations required by the Court in PTO 155:

1. Plaintiff Daniel Fink resided in Arroyo Grande, California at the time of filing the original complaint against Monsanto Company.

2. Plaintiff Daniel Fink resided in Arroyo Grande, California at the time of his diagnosis of Non-Hodgkin's Lymphoma (NHL).

1

SHORT FORM COMPLAINT                                   Case No. 3:19-cv-4915 VC

3. Plaintiff Daniel Fink used Monsanto's Roundup products to control weeds on his ranch and around his residence in Arroyo Grande, California.

4. Plaintiff Daniel Fink was exposed to Monsanto's Roundup products from approximately 2003 through 2016, for both personal use and for agricultural purposes, to control weeds on his ranch and around his residence.

5. Plaintiff Daniel Fink was diagnosed with NHL in approximately April 2010. Plaintiff was diagnosed with indolent B-cell Non-Hodgkin's Lymphoma.

6. Plaintiff Daniel Fink received medical treatment for his NHL in California.

7. Plaintiff Daniel Fink's case was first filed in Missouri State Court. His case was removed to the United States District Court for the Eastern District of Missouri.

8. Pursuant to PTO 155, paragraph 6, attached hereto as Exhibit 1, is a true and correct copy of PTO 155.

9. Plaintiff incorporates by reference, as if fully stated herein, the allegations contained in *Myrlon Edwards, Daniel Fink, Christopher Moore, Sara Partee, Ronald McCravey, individually, and as next of kin and Administrator of the Estate of Loretta McCravey, deceased vs. Monsanto Company*, U.S. Dist. Court for Eastern District of Missouri, Case No. 4:17-cv-02883-PLC, except that he does not incorporate paragraphs 2, 4, 5, 6 and 256-263.

10. Plaintiff alleges injuries from his exposure to Monsanto's Roundup products, including but not limited to Roundup concentrate herbicide sold under several marketing names by Monsanto from about 2003 through 2016 and received, handled and prepared Roundup in tanks for use with a pump sprayer on his ranch and around his home.

///
///
///
///
///
///
///

SHORT FORM COMPLAINT                                    Case No. 3:19-cv-4915-VC

11. Plaintiff brings claims against Monsanto under the following theories of liability: Negligence; Strict Product Liability (Failure to Warn); Strict Product Liability (Design Defect); Breach of Implied Warranties; Fraud and Misrepresentation; Fraudulent Concealment.

Dated: August 15, 2019  **SILL LAW GROUP, PLLC**

By: */s/ Matthew J. Sill*
Matthew J. Sill
Tara Tabatabaie
1101 N Broadway Ave, Ste. 102
Oklahoma City, OK  73103
Telephone: (405) 509-6300
Facsimile: (800) 978-1345
msill@fulmersill.com
ttabatabaie@fulmersill.com

## CERTIFICATE OF SERVICE

I, Matthew J. Sill, hereby certify that on August 15, 2019, I electronically file the foregoing with the Clerk for the Unites States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

_/s Matthew J. Sill_