**SILL LAW GROUP, PLLC**
Matthew J. Sill
Tara Tabatabaie
1101 N Broadway Ave, Ste. 102
Oklahoma City, OK  73103
Telephone: (405) 509-6300
Facsimile: (800) 978-1345
msill@fulmersill.com
ttabatabaie@fulmersill.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:  ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:19-cv-4916 VC |
| This document relates to: | |
| ESMERALDA HERNANDEZ, | **SHORT FORM COMPLAINT** |
| Plaintiff, | |
| v. | |
| MONSANTO COMPANY, | |
| Defendant. | |

**SHORT FORM COMPLAINT**

Pursuant to Pretrial Orders (PTO) Nos. 149 and 155, in which the Court ordered multi-plaintiff complaints in this MDL be severed for pretrial purposes, plaintiff Esmeralda Hernandez, a plaintiff in the multi-plaintiff complaint entitled *Wanda Clark, et al., vs. Monsanto Co.*, No. 3:17-cv-04824-VC provides the following allegations required by the Court in PTO 155:

1. Plaintiff Esmeralda Hernandez resided in Broken Arrow, Oklahoma at the time of filing the original complaint against Monsanto Company.

2. Plaintiff Esmeralda Hernandez resided in Broken Arrow, Oklahoma at the time of her diagnosis of Non-Hodgkin's Lymphoma (NHL).

3. Plaintiff Esmeralda Hernandez used Monsanto's Roundup products to control weeds around her residence(s) in Kenner, Louisiana; Tulsa, Oklahoma; and Broken Arrow, Oklahoma.

4. Plaintiff Esmeralda Hernandez was exposed to Monsanto's Roundup products from approximately 2001 through 2010, which she used for personal use to control weeds near and around her residence.

5. Plaintiff Esmeralda Hernandez was diagnosed with NHL in approximately December 2009.  Plaintiff was diagnosed with Large B-Cell Non-Hodgkin's Lymphoma.

6. Plaintiff Esmeralda Hernandez received medical treatment for her NHL in Oklahoma.

7. Plaintiff Esmeralda Hernandez's case was first filed in the United States District Court for the Western District of Oklahoma, at Oklahoma City.

8. Pursuant to PTO 155, paragraph 6, attached hereto as Exhibit 1, is a true and correct copy of PTO 155.

9. Plaintiff incorporates by reference, as if fully stated herein, the allegations contained in *1. Wanda Clarke; 2. Donald Shepherd;3. Esmeralda Hernandez; vs. 1. Monsanto Company*, U.S. Dist. Court for Western District of Oklahoma, Case No. 5:17-cv-0561-R, except that she does not incorporate paragraphs 6, 7 and 195-197.

10. Plaintiff alleges injuries from her exposure to Monsanto's Roundup products, including but not limited to Roundup Grass and Weed Killer sold under several marketing names by Monsanto from about 2001 through 2010, and Plaintiff received, handled and prepared Roundup for use with a hand sprayer near and around her private residences.

///

///

///

///

11. Plaintiff brings claims against Monsanto under the following theories of liability: Negligence; Strict Product Liability (Failure to Warn); Strict Product Liability (Design Defect); Breach of Implied Warranties; Fraud and Misrepresentation.

Dated: August 15, 2019                    **SILL LAW GROUP, PLLC**

By: */s Matthew J. Sill*
Matthew J. Sill
Tara Tabatabaie
1101 N Broadway Ave, Ste. 102
Oklahoma City, OK 73103
Telephone: (405) 509-6300
Facsimile: (800) 978-1345
msill@fulmersill.com
ttabatabaie@fulmersill.com

**CERTIFICATE OF SERVICE**

I, Matthew J. Sill, hereby certify that on August 15 2019, I electronically file the foregoing with the Clerk for the Unites States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

/s Matthew J. Sill