**SILL LAW GROUP, PLLC**
Matthew J. Sill
Tara Tabatabaie
1101 N Broadway Ave, Ste. 102
Oklahoma City, OK  73103
Telephone: (405) 509-6300
Facsimile: (800) 978-1345
msill@fulmersill.com
ttabatabaie@fulmersill.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:  ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>Ronald McCravey individually and as next of kin and Administrator of the Estate of Loretta McCravey, deceased,<br><br>    Plaintiff,<br><br>    v.<br><br>MONSANTO COMPANY,<br><br>    Defendant. | MDL No. 2741<br><br>Case No.  3:19-cv-4917-VC<br><br>**SHORT FORM COMPLAINT** |

## SHORT FORM COMPLAINT

Pursuant to Pretrial Orders (PTO) Nos. 149 and 155, in which the Court ordered multi-plaintiff complaints in this MDL be severed for pretrial purposes, plaintiff Ronald McCravey, individually, and as next of kin and Administrator of the Estate of Loretta McCravey, deceased, a plaintiff in the multi-plaintiff complaint entitled *Myrlon Edwards, et al., vs. Monsanto Co.*, No. 3:17-cv-07365-VC, provides the following allegations required by the Court in PTO 155:

1.      Plaintiff Ronald McCravey individually and as next of kin and Administrator of the Estate of Loretta McCravey, deceased, resided in Bilouxi, Mississippi at the time of filing the original complaint against Monsanto Company.

2.      Plaintiff Decedent Loretta McCravey resided in Bilouxi, Mississippi at the time of her diagnosis of Non-Hodgkin's Lymphoma (NHL).

3.      Plaintiff Decedent Loretta McCravey used Monsanto's Roundup products to control weeds near and around her residence in Bilouxi, Mississippi.

4.      Plaintiff Decedent Loretta McCravey was exposed to Monsanto's Roundup products from approximately 1980 through 2012, which she used for personal use near and around her residence.

5.      Plaintiff Decedent Loretta McCravey was diagnosed with NHL in approximately March 2009.  Plaintiff was diagnosed with Non-Hodgkin's Lymphoma, Hairy Cell Leukemia which then progressed to Aggressive Splenic Diffuse Large B-cell Non-Hodgkin's Lymphoma.

6.      Plaintiff Decedent Loretta McCravey received medical treatment for her NHL in Mississippi.

7.      Plaintiff Ronald McCravey individually and as next of kin and Administrator of the Estate of Loretta McCravey, deceased,'s case was first filed in Missouri State Court.  The case was removed to the United States District Court for the Eastern District of Missouri.

8.      Pursuant to PTO 155, paragraph 6, attached hereto as Exhibit 1, is a true and correct copy of PTO 155.

9.      Plaintiff incorporates by reference, as if fully stated herein, the allegations contained in *Myrlon Edwards, Ronald McCravey individually and as next of kin and Administrator of the Estate of Loretta McCravey, deceased,, Ronald McCravey individually and as next of kin and Administrator of the Estate of Loretta McCravey, deceased,, Sara Partee, Ronald McCravey, individually, and as next of kin and Administrator of the Estate of Loretta McCravey, deceased vs. Monsanto Company*, U.S. Dist. Court for Eastern District of Missouri, Case No. 4:17-cv-02883-PLC, except that he does not incorporate paragraphs 2, 3, 4, and 5.

///

10. Plaintiff alleges injuries and death from Plaintiff Decedent Loretta McCravey's exposure to Monsanto's Roundup products, including but not limited to Roundup Grass and Weed Killer sold under several marketing names by Monsanto from about 1980 through 2012, and Plaintiff Decedent Loretta McCravey received, handled and prepared Roundup for use with a hand sprayer near and around her home.

11. Plaintiff brings claims against Monsanto under the following theories of liability: Negligence; Strict Product Liability (Failure to Warn); Strict Product Liability (Design Defect); Breach of Implied Warranties; Fraud and Misrepresentation; Fraudulent Concealment, Loss of Consortium, and Survival and Wrongful Death.

Dated: August 15, 2019

**SILL LAW GROUP, PLLC**

By:  */s/ Matthew J. Sill*
Matthew J. Sill
Tara Tabatabaie
1101 N Broadway Ave, Ste. 102
Oklahoma City, OK  73103
Telephone: (405) 509-6300
Facsimile: (800) 978-1345
msill@fulmersill.com
ttabatabaie@fulmersill.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I, Matthew J. Sill, hereby certify that on August 15, 2019, I electronically file the foregoing with the Clerk for the Unites States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

_/s Matthew J. Sill_

4

**SHORT FORM COMPLAINT**  **Case No. 3:19-cv-4917 VC**