| | |
|---|---|
| 1 | **SILL LAW GROUP, PLLC** |
| 2 | Matthew J. Sill |
|  | Tara Tabatabaie |
| 3 | 1101 N Broadway Ave, Ste. 102 |
|  | Oklahoma City, OK  73103 |
| 4 | Telephone: (405) 509-6300 |
|  | Facsimile: (800) 978-1345 |
| 5 | msill@fulmersill.com |
|  | ttabatabaie@fulmersill.com |
| 6 | |
| 7 | *Attorneys for Plaintiff* |

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE:  ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No.  3:19-cv-4918 VC |
| This document relates to: | |
| CHRISTOPHER MOORE, | **SHORT FORM COMPLAINT** |
|       Plaintiff, | |
|       v. | |
| MONSANTO COMPANY, | |
|       Defendant. | |

### SHORT FORM COMPLAINT

Pursuant to Pretrial Orders (PTO) Nos. 149 and 155, in which the Court ordered multi-plaintiff complaints in this MDL be severed for pretrial purposes, plaintiff Christopher Moore, a plaintiff in the multi-plaintiff complaint entitled *Myrlon Edwards, et al., vs. Monsanto Co.*, No. 3:17-cv-07365-VC, provides the following allegations required by the Court in PTO 155:

///

1. Plaintiff Christopher Moore resided in Haskell, Oklahoma at the time of filing the original complaint against Monsanto Company.

2. Plaintiff Christopher Moore resided in Lexington, Oklahoma at the time of his diagnosis of Non-Hodgkin's Lymphoma (NHL).

3. Plaintiff Christopher Moore used Monsanto's Roundup products to control weeds on an 800-acre ranch and around his residence in Haskell, Oklahoma.

4. Plaintiff Christopher Moore was exposed to Monsanto's Roundup products from approximately 1998 through 2017, for both personal use and for agricultural purposes, to control weeds on an 800-acre ranch and around his residence.

5. Plaintiff Christopher Moore was diagnosed with NHL in approximately December 2015. Plaintiff was diagnosed with Diffuse Large B-cell Non-Hodgkin's Lymphoma.

6. Plaintiff Christopher Moore received medical treatment for his NHL in Oklahoma.

7. Plaintiff Christopher Moore's case was first filed in Missouri State Court. His case was removed to the United States District Court for the Eastern District of Missouri.

8. Pursuant to PTO 155, paragraph 6, attached hereto as Exhibit 1, is a true and correct copy of PTO 155.

9. Plaintiff incorporates by reference, as if fully stated herein, the allegations contained in *Myrlon Edwards, Christopher Moore, Christopher Moore, Sara Partee, Ronald McCravey, individually, and as next of kin and Administrator of the Estate of Loretta McCravey, deceased vs. Monsanto Company*, U.S. Dist. Court for Eastern District of Missouri, Case No. 4:17-cv-02883-PLC, except that he does not incorporate paragraphs 2, 3, 5, 6 and 256-263.

10. Plaintiff alleges injuries from his exposure to Monsanto's Roundup products from about 1998 through 2017. Plaintiff received, handled and prepared Roundup for use with a pump sprayer on an 800-acre ranch and around his home.

///
///
///
///

11. Plaintiff brings claims against Monsanto under the following theories of liability: Negligence; Strict Product Liability (Failure to Warn); Strict Product Liability (Design Defect); Breach of Implied Warranties; Fraud and Misrepresentation; Fraudulent Concealment.

Dated: August 15, 2019                         **SILL LAW GROUP, PLLC**

                                               By:  */s/ Matthew J. Sill*
                                                    Matthew J. Sill
                                                    Tara Tabatabaie
                                                    1101 N Broadway Ave, Ste. 102
                                                    Oklahoma City, OK 73103
                                                    Telephone: (405) 509-6300
                                                    Facsimile: (800) 978-1345
                                                    msill@fulmersill.com
                                                    ttabatabaie@fulmersill.com

**CERTIFICATE OF SERVICE**

I, Matthew J. Sill, hereby certify that on August 15, 2019, I electronically file the foregoing with the Clerk for the Unites States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

　　　　　　　　　　　　　　　　　　*/s Matthew J. Sill*