Curtis G. Hoke, Esq.
**THE MILLER FIRM LLC**
108 Railroad Avenue
Orange, VA 22960
Tel: (540) 672-4224
Fax:  (540) 672-3055
choke@millerfirmllc.com

*Attorney  for Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:  ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. |
| This document relates to: | |
| JUDY LEE, as Next of Kin for ROBERT KNIGHT, | **SHORT FORM COMPLAINT** |
| Plaintiff, | |
| v. | |
| MONSANTO COMPANY, | |
| Defendant. | |

Pursuant to Pretrial Order (PTO) No. 149, in which the parties were ordered to sever the plaintiffs in the case captioned *Fredrick Smith, et al. v. Monsanto Company*, originally filed in the Circuit Court of the City of St. Louis State of Missouri, into individual short form complaints for pre-trial work up purposes, Plaintiff Frank Tanner provides the following allegations required by the Court in PTO No. 155:

1. This case is brought on behalf of Plaintiff Judy Lee, As Next of Kin for Robert Knight.

2. This case is brought against Defendant Monsanto Company (Monsanto).

3. Plaintiff first filed his case against Monsanto in the United States Circuit Court of the Eastern District of Missouri.

4. Plaintiff incorporates by reference, as if fully alleged herein, the allegations contained in *Fredrick Smith, et al. v. Monsanto Company*, Case No. 5:16-cv-00726-PA-KK, other than the 13 and 111-121.

5. Plaintiff resided in Fernandina Beach, Florida at the time of filing the original complaint against Monsanto.

6. Plaintiff currently resides in Fernandina Beach, Florida.

7. Plaintiff resided in Alma, Georgia at the time of his diagnosis of Non-Hodgkin Lymphoma (NHL).

8. Plaintiff received medical treatment for his NHL in Georgia.

9. Jurisdiction is proper based on diversity under 28 U.S.C. § 1332 because Plaintiff is a citizen of Florida, a different state than the Defendant's states of citizenship, and the aggregate amount in controversy exceeds $75,000, exclusive of interest and costs.

10. Plaintiff alleges injury from his exposure to Defendant's Roundup products.

11. Plaintiff was exposed to Monsanto's Roundup products from in or around April 1985.  From approximately April 1985 to 2015, Mr. Knight sprayed Roundup® monthly on lawns and during crop season to control weeds on farm and personal property. .

12. Plaintiff used Monsanto's Roundup® products in Georgia.

13. Plaintiff was first diagnosed with Non-Hodgkin's Lymphoma in November of 2014.

14. Plaintiff brings claims against Monsanto under the following theories of liability: Strict Liability (Design Defect); Strict Liability (Failure to Warn); Negligence; Breach of Express Warranty; Breach of Implied Warranties.

SHORT FORM COMPLAINT

1

2      Dated:  August 15, 2019                      **THE MILLER FIRM LLC**

3
                                                    By: */s/ Curtis G. Hoke*
4                                                   Curtis G. Hoke
                                                    108 Railroad Ave.
5                                                   Orange, VA
                                                    Tel: (540) 672-4224
6                                                   Fax:  (540) 672-3055
                                                    choke@millerfirmllc.com
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SHORT FORM COMPLAINT

1

2

**<u>CERTIFICATE OF SERVICE</u>**

3

4

  I, Curtis G. Hoke, hereby certify that, on August 15, 2019, I electronically filed the

5

foregoing with the Clerk for the United States District Court, Northern District of California using

6

the CM/ECF system, which shall send electronic notification to counsel of record.

7

8

                 */s/ Curtis G. Hoke*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SHORT FORM COMPLAINT