Curtis G. Hoke, Esq.
**THE MILLER FIRM LLC**
108 Railroad Avenue
Orange, VA 22960
Tel: (540) 672-4224
Fax: (540) 672-3055
choke@millerfirmllc.com

*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. |
| This document relates to: | |
| BRENDA RICKER, | **SHORT FORM COMPLAINT** |
|     Plaintiff, | |
| v. | |
| MONSANTO COMPANY, | |
|     Defendant. | |

    Pursuant to Pretrial Order (PTO) No. 149, in which the parties were ordered to sever the plaintiffs in the case captioned *Fredrick Smith, et al. v. Monsanto Company*, originally filed in the Circuit Court of the City of St. Louis State of Missouri, into individual short form complaints for pre-trial work up purposes, Plaintiff Frank Tanner provides the following allegations required by the Court in PTO No. 155:

    1.    This case is brought on behalf of Plaintiff Brenda Ricker.

    2.    This case is brought against Defendant Monsanto Company (Monsanto).

3. Plaintiff first filed his case against Monsanto in the United States Circuit Court of the Eastern District of Missouri.

4. Plaintiff incorporates by reference, as if fully alleged herein, the allegations contained in *Fredrick Smith, et al. v. Monsanto Company*, Case No. 5:16-cv-00726-PA-KK, other than the 13 and 111-121.

5. Plaintiff resided in Concord, California at the time of filing the original complaint against Monsanto.

6. Plaintiff currently resides in Concord, California.

7. Plaintiff resided in Pittsburg California at the time of her diagnosis of Non-Hodgkin Lymphoma (NHL).

8. Plaintiff received medical treatment for his NHL in California.

9. Jurisdiction is proper based on diversity under 28 U.S.C. § 1332 because Plaintiff is a citizen of California, a different state than the Defendant's states of citizenship, and the aggregate amount in controversy exceeds $75,000, exclusive of interest and costs.

10. Plaintiff alleges injury from her exposure to Defendant's Roundup products.

11. Plaintiff was exposed to Monsanto's Roundup products from in or around 1974. From approximately 1974 to 1980, Ms. Ricker was exposed to Roundup® monthly during crop dusting on a farm. From approximately 1981 to 2014 Ms. Ricker was exposed to Roundup® once a month at home to control weeds.

12. Plaintiff used Monsanto's Roundup® products in Byers, Texas, Fort Worth, Texas, Pittsburg, California and Northridge, California.

13. Plaintiff was first diagnosed with Non-Hodgkin's Lymphoma in December of 2014.

14. Plaintiff brings claims against Monsanto under the following theories of liability: Strict Liability (Design Defect); Strict Liability (Failure to Warn); Negligence; Breach of Express

Warranty; Breach of Implied Warranties.

Dated:  August 15, 2019            **THE MILLER FIRM LLC**

                                           By:  */s/ Curtis G. Hoke*
Curtis G. Hoke
108 Railroad Ave.
Orange, VA
Tel: (540) 672-4224
Fax:  (540) 672-3055
choke@millerfirmllc.com

**CERTIFICATE OF SERVICE**

I, Curtis G. Hoke, hereby certify that, on August 15, 2019, I electronically filed the foregoing with the Clerk for the United States District Court, Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

                                        */s/ Curtis G. Hoke*