Curtis G. Hoke, Esq.
**THE MILLER FIRM LLC**
108 Railroad Avenue
Orange, VA 22960
Tel: (540) 672-4224
Fax:  (540) 672-3055
choke@millerfirmllc.com

*Attorney  for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:  ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. |
| This document relates to: | |
| BRUCE RUTLAND AND KIMBERLY RUTLAND, | **SHORT FORM COMPLAINT** |
|      Plaintiff, | |
| v. | |
| MONSANTO COMPANY, | |
|      Defendant. | |

Pursuant to Pretrial Order (PTO) No. 149, in which the parties were ordered to sever the plaintiffs in the case captioned *Fredrick Smith, et al. v. Monsanto Company*, originally filed in the Circuit Court of the City of St. Louis State of Missouri, into individual short form complaints for pre-trial work up purposes, Plaintiff Frank Tanner provides the following allegations required by the Court in PTO No. 155:

    1.    This case is brought on behalf of Plaintiffs Bruce Rutland and Kimberly Rutland.

    2.    This case is brought against Defendant Monsanto Company (Monsanto).

SHORT FORM COMPLAINT

3.      Plaintiffs first filed his case against Monsanto in the United States Circuit Court of the Eastern District of Missouri.

4.      Plaintiffs incorporates by reference, as if fully alleged herein, the allegations contained in *Fredrick Smith, et al. v. Monsanto Company*, Case No. 5:16-cv-00726-PA-KK, other than the 13 and 111-121.

5.      Plaintiffs resided in Tifton, Georgia at the time of filing the original complaint against Monsanto.

6.      Plaintiffs currently resides in Tifton, Georgia.

7.      Plaintiffs resided in Tifton Georgia at the time of Bruce Rutland's diagnosis of Non-Hodgkin Lymphoma (NHL).

8.      Plaintiff Bruce Rutland received medical treatment for his NHL in Georgia.

9.      Jurisdiction is proper based on diversity under 28 U.S.C. § 1332 because Plaintiffs are citizens of Georgia, a different state than the Defendant's states of citizenship, and the aggregate amount in controversy exceeds $75,000, exclusive of interest and costs.

10.     Plaintiff Bruce Rutland alleges injury from his exposure to Defendant's Roundup products.

11.     Plaintiff was exposed to Monsanto's Roundup products from in or around March of 1985.   From approximately 1985 to 2017, Mr. Rutland sprayed Roundup® everyday for 3 ½ months per year as an agricultural worker.

12.     Plaintiff Bruce Rutland used Monsanto's Roundup® products in Tifton, Georgia.

13.     Plaintiff Bruce Rutland was first diagnosed with Non-Hodgkin's Lymphoma in January of 2013.

14.     At all relevant times Kimberly Rutland was the spouse of Bruce Rutland and brings a loss of consortium claim

15.     Plaintiffs bring claims against Monsanto under the following theories of liability:

2

SHORT FORM COMPLAINT

Strict Liability (Design Defect); Strict Liability (Failure to Warn); Negligence; Breach of Express Warranty; Breach of Implied Warranties.


Dated:  August 15, 2019                    **THE MILLER FIRM LLC**

By:  */s/ Curtis G. Hoke*
Curtis G. Hoke
108 Railroad Ave.
Orange, VA
Tel: (540) 672-4224
Fax:  (540) 672-3055
choke@millerfirmllc.com

3

SHORT FORM COMPLAINT

1

2 **<u>CERTIFICATE OF SERVICE</u>**

3

4     I, Curtis G. Hoke, hereby certify that, on August 15, 2019, I electronically filed the

5 foregoing with the Clerk for the United States District Court, Northern District of California using

6 the CM/ECF system, which shall send electronic notification to counsel of record.

7

8                                         */s/ Curtis G. Hoke*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SHORT FORM COMPLAINT