Curtis G. Hoke , Esq.
**THE MILLER FIRM LLC**
108 Railroad Avenue
Orange, VA 22960
Tel: (540) 672-4224
Fax:  (540) 672-3055
choke@millerfirmllc.com

*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:  ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. |
| This document relates to: | |
| JEFF SOSBY AND TAMMY SOSBY, | **SHORT FORM COMPLAINT** |
|     Plaintiff, | |
| v. | |
| MONSANTO COMPANY, | |
|     Defendant. | |

Pursuant to Pretrial Order (PTO) No. 149, in which the parties were ordered to sever the plaintiffs in the case captioned *Fredrick Smith, et al. v. Monsanto Company*, originally filed in the Circuit Court of the City of St. Louis State of Missouri, into individual short form complaints for pre-trial work up purposes, Plaintiff Frank Tanner provides the following allegations required by the Court in PTO No. 155:

1. This case is brought on behalf of Plaintiffs Jeff Sosby and Tammy Sosby.

2. This case is brought against Defendant Monsanto Company (Monsanto).

3. Plaintiffs first filed his case against Monsanto in the United States Circuit Court of the Eastern District of Missouri.

4. Plaintiffs incorporates by reference, as if fully alleged herein, the allegations contained in *Fredrick Smith, et al. v. Monsanto Company*, Case No. 5:16-cv-00726-PA-KK, other than the 13 and 111-121.

5. Plaintiffs resided in Carnesville, Georgia at the time of filing the original complaint against Monsanto.

6. Plaintiffs currently resides in Carnesville, Georgia.

7. Plaintiffs resided in Carnesville, Georgia at the time of Jeff Sosby's diagnosis of Non-Hodgkin Lymphoma (NHL).

8. Plaintiff Jeff Sosby received medical treatment for his NHL in Georgia.

9. Jurisdiction is proper based on diversity under 28 U.S.C. § 1332 because Plaintiffs are citizens of Georgia, a different state than the Defendant's states of citizenship, and the aggregate amount in controversy exceeds $75,000, exclusive of interest and costs.

10. Plaintiff Jeff Sosby alleges injury from his exposure to Defendant's Roundup products.

11. Plaintiff was exposed to Monsanto's Roundup products from in or around 1986. From approximately 1986 to 2003, Mr. Sosby sprayed Roundup® 2 to 3 times a year from a tractor boom sprayer for weed control. From approximately 1986 to 2003 Mr. Sosby sprayed Roundup® once a month control weeds his property.

12. Plaintiff Jeff Sosby used Monsanto's Roundup® products in Carnesville, Georgia

13. Plaintiff Jeff Sosby was first diagnosed with Non-Hodgkin's Lymphoma in October of 2003.

14. At all relevant times Tammy Sosby was the spouse of Jeff Sosby and brings a loss of consortium claim

15. Plaintiffs bring claims against Monsanto under the following theories of liability: Strict Liability (Design Defect); Strict Liability (Failure to Warn); Negligence; Breach of Express Warranty; Breach of Implied Warranties.

Dated: August 15, 2019             **THE MILLER FIRM LLC**

By: */s/ Curtis G. Hoke*
Curtis G. Hoke
108 Railroad Ave.
Orange, VA
Tel: (540) 672-4224
Fax: (540) 672-3055
choke@millerfirmllc.com

**CERTIFICATE OF SERVICE**

I, Curtis G. Hoke , hereby certify that, on August 12, 2019, I electronically filed the foregoing with the Clerk for the United States District Court, Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

                                         */s/ Curtis G. Hoke*