Kristy M. Arevalo, Esq. (SBN: 216308)
**McCune·Wright·Arevalo, LLP**
3281 East Guasti Road, Suite 100
Ontario, California 91761
Telephone:  (909) 557-1250
Facsimile:  (909) 557-1275

Daniel R. Weltin (SBN: 226600)
**THE LAW OFFICES OF DANIEL WELTIN, P.C.**
777 Davis Street, Suite 146
San Leandro, California 94577
Telephone: (510) 856-4421
Facsimile: (510) 856-3624

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:  ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:19-cv-4922 |
| This document relates to: | **SHORT FORM COMPLAINT** |
| BETTY ZIMMER, INDIVIDUALLY AND AS SURVIVING HEIR OF FRIEDA GIANNONE, DECEASED,<br>                                        Plaintiff,<br><br>v.<br><br>MONSANTO COMPANY,<br>                Defendant. | |

## SHORT FORM COMPLAINT

Pursuant to Pretrial Order (PTO) No. 149, in which the parties were ordered to sever the

plaintiffs in the case captioned *Eugenio Payes et al v. Monsanto Company*, originally filed in the

United States District Court Eastern District of Missouri into individual short form complaints

1
SHORT FORM COMPLAINT

for pre-trial work up purposes, Plaintiff Betty Zimmer, individually and as surviving heir of

Plaintiff-Decedent Frieda Giannone provides the following allegations required by the Court in

PTO No. 155:

1. This case is brought on behalf of Plaintiff Betty Zimmer, individually and as surviving heir of Plaintiff-Decedent Frieda Giannone.

2. This case is brought against Defendant Monsanto Company (Monsanto).

3. Plaintiff first filed his case against Monsanto in United States District Court Eastern District of Missouri.

4. Plaintiff incorporates by reference, as if fully alleged herein, the allegations contained in *Eugenio Payes, et al. v. Monsanto Company* U.S. Dist. Ct. E. Dist. of Mo. Case No 4:19-cv-00916-DDN, other than paragraphs 10-12 and 14-30.

5. Plaintiff resided in Hopatcong, New Jersey at the time of filing the original complaint against Monsanto.

6. Plaintiff currently resides in Hopatcong, New Jersey.

7. Plaintiff-Decedent resided in Northport, Florida at the time of her diagnosis of Non-Hodgkin Lymphoma (NHL).

8. Plaintiff-Decedent received medical treatment for her NHL in Florida.

9. Venue over this case properly lies in the United States District Court for the Middle District of Florida.

10. Jurisdiction is proper based on diversity under 28 U.S.C. § 1332 because Plaintiff is a citizen of New Jersey, a different state than the Defendant's states of citizenship, and the aggregate amount in controversy exceeds $75,000, exclusive of interest and costs.

11. Plaintiff-Decedent alleges injury from her exposure to Defendant's Roundup products, including but not limited to Roundup Grass and Weed Killer sold under

2

SHORT FORM COMPLAINT

several marketing names by Monsanto from about 1999 until 2017 that she used with a hand sprayer on her residential property.

12.     Plaintiff-Decedent was exposed to Monsanto's Roundup products from in or around 1999 through 2017.  During this time, Plaintiff-Decedent used Monsanto's Roundup products on average every other week on her residential property.

13.     Plaintiff-Decedent used Monsanto's Roundup products at each of the following locations: Northport, Florida.

14.     Plaintiff-Decedent was diagnosed with NHL in January 2017.

15.     Plaintiff brings claims against Monsanto under the following theories of liability: Negligence; Strict Liability (Design Defect); Strict Liability (Failure to Warn); Breach of Express Warranties; Breach of Implied Warranties; Fraud; Violation of Consumer Fraud Acts.

Dated: August 15, 2019                    Respectfully submitted,

                                          */s Kristy M. Arevalo*
                                          **MCCUNE WRIGHT AREVALO, LLP**

                                          Kristy M. Arevalo, Esq. (SBN: 216308 - CA)
                                          kma@mccunewright.com
                                          3281 East Guasti Road, Suite 100
                                          Ontario, California 91761
                                          Telephone:  (909) 557-1250
                                          Facsimile:  (909) 557-1275

Dated: August 15, 2019                    Respectfully submitted,

                                          */s/ Daniel R. Weltin*
                                          **THE LAW OFFICES OF DANIEL WELTIN, P.C.**

                                          Daniel R. Weltin (SBN: 226600)
                                          777 Davis Street, Suite 146
                                          San Leandro, California 94577
                                          Telephone: (510) 856-4421
                                          Facsimile: (510) 856-3624
                                          E-mail: daniel@danielweltin.com

3

SHORT FORM COMPLAINT

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I, Kristy M. Arevalo, hereby certify that, on August 15, 2019, I electronically filed the foregoing with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.


_/s/ Kristy M. Arevalo_

SHORT FORM COMPLAINT