Peter A. Miller
**MILLER DELLAFERA PLC**
3420 Pump Road, PMB 404
Henrico, VA 23233
Tel: (800) 401-6670
Fax:  (888) 830-1488
pmiller@millerdellafera.org

*Attorney  for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:  ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. |
| This document relates to:<br><br>SARAH BARNARD,<br>　　　　　　　Plaintiff,<br>v.<br><br>MONSANTO COMPANY,<br>　　　　　　　Defendant. | |

## SHORT FORM COMPLAINT

Pursuant to Pretrial Order (PTO) No. 149, in which the parties were ordered to sever the plaintiffs in the case captioned *Jerry Tingle et al. v. Monsanto Company*, originally filed in the U.S. District Court for the Eastern District of Missouri, into individual short form complaints for pre-trial work up purposes, Plaintiff Sarah Barnard provides the following allegations required by the Court in Pretrial Order No. 155:

1.	This case is brought on behalf of Plaintiff Sarah Barnard.

2.	This case is brought against Defendant Monsanto Company (Monsanto).

3.  Plaintiff first filed her case against Monsanto in the U.S. District Court for the Eastern District of Missouri.

4.  Plaintiff incorporates by reference, as if fully alleged herein, the allegations contained in *Jerry Tingle, et al. v. Monsanto Company*, Case No. 4:18-cv-00154 except those pertaining to other named plaintiffs.

5.  Plaintiff resided in Brandenburg, Kentucky (Meade County) at the time of filing the original complaint against Monsanto.

6.  Plaintiff currently resides in Brandenburg, Kentucky.

7.  Plaintiff resided in Brandenburg, Kentucky at the time of her diagnosis of Non-Hodgkin Lymphoma (NHL).

8.  Plaintiff received medical treatment for his NHL in Kentucky.

9.  Jurisdiction is proper based on diversity under 28 U.S.C. § 1332 because Plaintiff is a citizen of Kentucky, a different state than the Defendant's states of citizenship, and the aggregate amount in controversy exceeds $75,000, exclusive of interest and costs.

10. Plaintiff alleges injury from her exposure to Defendant's Roundup® products.

11. Plaintiff was exposed to Monsanto's Roundup® products from in or around 2003 to 2015. Ms. Barnard used Roundup® as needed to kill weeds at her home and in gardening, landscaping, and agricultural projects.

12. Plaintiff used Monsanto's Roundup® products in Kentucky.

13. Plaintiff was first diagnosed with Non-Hodgkin's Lymphoma in 2017.

14. Plaintiff brings claims against Monsanto under the following theories of liability: Strict Liability (Design Defect); Strict Liability (Failure to Warn); Negligence; Breach of Express Warranty; Breach of Implied Warranties.

SHORT FORM COMPLAINT

Dated:  August 15th, 2019                **MILLER DELLAFERA PLC**

By:  */s/ Peter A. Miller*
_____

Peter A. Miller
MILLER DELLAFERA PLC
3420 Pump Road, PMB 404
Henrico, VA 23233
Tel: (800) 401-6670
Fax:  (888) 830-1488
pmiller@millerdellafera.org

## CERTIFICATE OF SERVICE

I, Peter Miller, hereby certify that, on August 15th, 2019, I electronically filed the foregoing with the Clerk for the United States District Court Northern District of California San Francisco Division using the CM/ECF system, which shall send electronic notification to counsel of record.

*/s/ Peter A. Miller*
_____

SHORT FORM COMPLAINT