Peter A. Miller
**MILLER DELLAFERA PLC**
3420 Pump Road, PMB 404
Henrico, VA 23233
Tel: (800) 401-6670
Fax: (888) 830-1488
pmiller@millerdellafera.org

*Attorney for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. |
| This document relates to:<br>LORETTA BUCKINGHAM, Individually and as Administrator of the Estate of KENDLE BARNETT<br><br>Plaintiff,<br>v.<br><br>MONSANTO COMPANY,<br>Defendant. | |

**<u>SHORT FORM COMPLAINT</u>**

Pursuant to Pretrial Order (PTO) No. 149, in which the parties were ordered to sever the plaintiffs in the case captioned *Dorothy Mitchell et al. v. Monsanto Company*, originally filed in the U.S. District Court for the Eastern District of Missouri, into individual short form complaints for pre-trial work up purposes, Plaintiff Loretta Buckingham provides the following allegations required by the Court in Pretrial Order No. 155:

1. This case is brought on behalf of Plaintiff Loretta Buckingham, Individually and as Administrator of the Estate of Kendle Barnett.

2. This case is brought against Defendant Monsanto Company (Monsanto).

3. Plaintiff first filed the case against Monsanto in the U.S. District Court for the Eastern District of Missouri.

4. Plaintiff incorporates by reference, as if fully alleged herein, the allegations contained in *Dorothy Mitchell, et al. v. Monsanto Company*, Case No. 4:18-cv-01044 except those pertaining to other named plaintiffs.

5. Plaintiff resided in Valley Spring, California (Calaveras County) at the time of filing the original complaint against Monsanto.

6. Plaintiff currently resides in Valley Spring, California.

7. Kendle Barnett resided in San Pablo, California at the time of his diagnosis of Non-Hodgkin Lymphoma (NHL).

8. Kendle Barnett received medical treatment for his NHL in California.

9. Jurisdiction is proper based on diversity under 28 U.S.C. § 1332 because Plaintiff is a citizen of California, a different state than the Defendant's states of citizenship, and the aggregate amount in controversy exceeds $75,000, exclusive of interest and costs.

10. Plaintiff alleges injury from Kendle Barnett's exposure to Defendant's Roundup® products.

11. Kendle Barnett was exposed to Monsanto's Roundup® products from in or around 1979 to 2016. Mr. Barnett used Roundup® as needed to kill weeds at his home and in gardening, landscaping, and agricultural projects.

12. Kendle Barnett used Monsanto's Roundup® products in California.

13. Kendle Barnett was first diagnosed with Non-Hodgkin's Lymphoma in 2016 and died on August 4, 2016.

14. At all relevant times, Loretta Buckingham was the daughter of Kendle Barnett. Loretta Buckingham is the Administrator of the Estate of Kendle Barnett.

15. Plaintiff brings claims against Monsanto under the following theories of liability: Strict Liability (Design Defect); Strict Liability (Failure to Warn); Negligence; Breach of Express Warranty; Breach of Implied Warranties.

Dated: August 15th, 2019        **MILLER DELLAFERA PLC**

By: */s/ Peter A. Miller*

Peter A. Miller
MILLER DELLAFERA PLC
3420 Pump Road, PMB 404
Henrico, VA 23233
Tel: (800) 401-6670
Fax: (888) 830-1488
pmiller@millerdellafera.org

## CERTIFICATE OF SERVICE

I, Peter Miller, hereby certify that, on August 15th, 2019, I electronically filed the foregoing with the Clerk for the United States District Court Northern District of California San Francisco Division using the CM/ECF system, which shall send electronic notification to counsel of record.

*/s/ Peter A. Miller*