Peter A. Miller
**MILLER DELLAFERA PLC**
3420 Pump Road, PMB 404
Henrico, VA 23233
Tel: (800) 401-6670
Fax: (888) 830-1488
pmiller@millerdellafera.org

*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. |
| This document relates to: | |
| BARBARA GOLDSTEIN, Individually and as Executor of the Estate of RICHARD GOLDSTEIN<br>Plaintiff, | |
| v. | |
| MONSANTO COMPANY, Defendant. | |

## SHORT FORM COMPLAINT

Pursuant to Pretrial Order (PTO) No. 149, in which the parties were ordered to sever the plaintiffs in the case captioned *Lisa Wiley et al. v. Monsanto Company*, originally filed in the 16th Circuit Court of Jackson County, State of Missouri, into individual short form complaints for pre-trial work up purposes, Plaintiff Barbara Goldstein provides the following allegations required by the Court in Pretrial Order No. 155:

1. This case is brought on behalf of Barbara Goldstein, individually and as Executor of the Estate of Richard Goldstein.

2. This case is brought against Defendant Monsanto Company (Monsanto).

3. Plaintiff first filed her case against Monsanto in the 16th Circuit Court of Jackson County, State of Missouri. Defendants removed the case to the U.S. District Court for the Western District of Missouri.

4. Plaintiff incorporates by reference, as if fully alleged herein, the allegations contained in *Lisa Wiley, et al. v. Monsanto Company*, Case No. 4:18-cv-00801 except those pertaining to other named plaintiffs.

5. Plaintiff resided in Highland Park, Illinois (Lake County County) at the time of filing the original complaint against Monsanto.

6. Plaintiff currently resides in Vernon Hills, Illinois (Lake County).

7. Richard Goldstein resided in Illinois at the time of his diagnosis of Non-Hodgkin Lymphoma (NHL).

8. Richard Goldstein received medical treatment for his NHL in Illinois.

9. Jurisdiction is proper based on diversity under 28 U.S.C. § 1332 because Plaintiff is a citizen of Illinois, a different state than the Defendant's states of citizenship, and the aggregate amount in controversy exceeds $75,000, exclusive of interest and costs.

10. Plaintiff alleges injury from Richard Goldstein's exposure to Defendant's Roundup® products.

11. Richard Goldstein was exposed to Monsanto's Roundup® products from in or around 1986 to 2007. Mr. Goldstein used Roundup® as needed to kill weeds at home and in gardening, landscaping, and agricultural projects.

12. Richard Goldstein used Monsanto's Roundup® products in Illinois.

13. Richard Goldstein was first diagnosed with Non-Hodgkin's Lymphoma in 2015 and died on October 25, 2016 .

14. At all relevant times, Barbara Goldstein was the spouse of Richard Goldstein and brings a claim for loss of consortium.

15. Plaintiff brings claims against Monsanto Company under the following theories of liability: Strict Liability (Design Defect); Strict Liability (Failure to Warn); Negligence; Breach of Express Warranty; Breach of Implied Warranties.

16. Barbara Goldstein is the Executor Under Will of the Estate of Richard S. Goldstein.

Dated:  August 16th, 2019

**MILLER DELLAFERA PLC**

By:  */s/ Peter A. Miller*

Peter A. Miller
MILLER DELLAFERA PLC
3420 Pump Road, PMB 404
Henrico, VA 23233
Tel: (800) 401-6670
Fax:  (888) 830-1488
pmiller@millerdellafera.org

**CERTIFICATE OF SERVICE**

I, Peter Miller, hereby certify that, on August 16th, 2019, I electronically filed the foregoing with the Clerk for the United States District Court Northern District of California San Francisco Division using the CM/ECF system, which shall send electronic notification to counsel of record.

*/s/ Peter A. Miller*