1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Kristy M. Arevalo, Esq. (SBN: 216308)
**McCune·Wright·Arevalo, LLP**
3281 East Guasti Road, Suite 100
Ontario, California 91761
Telephone:  (909) 557-1250
Facsimile:  (909) 557-1275

Daniel R. Weltin (SBN: 226600)
**THE LAW OFFICES OF DANIEL WELTIN, P.C.**
777 Davis Street, Suite 146
San Leandro, California 94577
Telephone: (510) 856-4421
Facsimile: (510) 856-3624

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:  ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:19-cv-4946 |
| This document relates to: | **SHORT FORM COMPLAINT** |
| DEBORAH MILLER,INDIVIDUALLY AND AS SURVIVING HEIR OF GIDEON MILLER, DECEASED,<br>                              Plaintiff,<br><br>v.<br><br>MONSANTO COMPANY,<br>                     Defendant. | |

## SHORT FORM COMPLAINT

Pursuant to Pretrial Order (PTO) No. 149, in which the parties were ordered to sever the

plaintiffs in the case captioned *Eugenio Payes et al v. Monsanto Company*, originally filed in the

United States District Court Eastern District of Missouri into individual short form complaints

1

for pre-trial work up purposes, Plaintiff Deborah Miller, individually and as surviving heir of Plaintiff-Decedent Gideon Miller provides the following allegations required by the Court in PTO No. 155:

1.   This case is brought on behalf of Plaintiff Deborah Miller, individually and as surviving heir of Plaintiff-Decedent Gideon Miller.

2.   This case is brought against Defendant Monsanto Company (Monsanto).

3.   Plaintiff first filed his case against Monsanto in United States District Court Eastern District of Missouri.

4.   Plaintiff incorporates by reference, as if fully alleged herein, the allegations contained in *Eugenio Payes, et al. v. Monsanto Company* U.S. Dist. Ct. E. Dist. of Mo. Case No 4:19-cv-00916-DDN, other than paragraphs 10-27 and 29-30.

5.   Plaintiff resided in Java, Virginia at the time of filing the original complaint against Monsanto.

6.   Plaintiff currently resides in Java, Virginia.

7.   Plaintiff-Decedent resided in Java, Virginia at the time of his diagnosis of Non-Hodgkin Lymphoma (NHL).

8.   Plaintiff-Decedent received medical treatment for his NHL in Virginia and North Carolina.

9.   Venue over this case properly lies in the United States District Court for the Western District of Virginia.

10.   Jurisdiction is proper based on diversity under 28 U.S.C. § 1332 because Plaintiff is a citizen of Virginia, a different state than the Defendant's states of citizenship, and the aggregate amount in controversy exceeds $75,000, exclusive of interest and costs.

2

SHORT FORM COMPLAINT

11.   Plaintiff-Decedent alleges injury from his exposure to Defendant's Roundup products, including but not limited to Roundup Grass and Weed Killer sold under several marketing names by Monsanto from about 1986 until 2011 that he used with a hand sprayer on his residential property.

12.   Plaintiff-Decedent was exposed to Monsanto's Roundup products from in or around June 1986 through 2011.  During this time, Plaintiff used Monsanto's Roundup products on average one time per week from April to September each year.

13.   Plaintiff-Decedent used Monsanto's Roundup products at each of the following locations: Java, Virginia.

14.   Plaintiff-Decedent was diagnosed with NHL in May 2010.  He was diagnosed with Aggressive Large B-Cell NHL.

15.   Plaintiff brings claims against Monsanto under the following theories of liability: Negligence; Strict Liability (Design Defect); Strict Liability (Failure to Warn); Breach of Express Warranties; Breach of Implied Warranties; Fraud; Violation of Consumer Fraud Acts.

Dated: August 16, 2019                         Respectfully submitted,

                                               */s Kristy M. Arevalo*
                                               **MCCUNE WRIGHT AREVALO, LLP**

                                               Kristy M. Arevalo, Esq. (SBN: 216308)
                                               kma@mccunewright.com
                                               3281 East Guasti Road, Suite 100
                                               Ontario, California 91761
                                               Telephone:  (909) 557-1250
                                               Facsimile:  (909) 557-1275

///

///

///

3

SHORT FORM COMPLAINT

1

2   Dated: August 16, 2019                    Respectfully submitted,

3                                             */s/ Daniel R. Weltin*
                                              **THE LAW OFFICES OF DANIEL WELTIN, P.C.**

4                                             Daniel R. Weltin (SBN: 226600)
                                              777 Davis Street, Suite 146
5                                             San Leandro, California 94577
                                              Telephone: (510) 856-4421
6                                             Facsimile: (510) 856-3624
                                              E-mail: daniel@danielweltin.com
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SHORT FORM COMPLAINT

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I, Kristy M. Arevalo, hereby certify that, on August 16, 2019, I electronically filed the foregoing with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.


_____ */s/ Kristy M. Arevalo* _____

SHORT FORM COMPLAINT