Kristy M. Arevalo, Esq. (SBN: 216308)
**McCune·Wright·Arevalo, LLP**
3281 East Guasti Road, Suite 100
Ontario, California 91761
Telephone:  (909) 557-1250
Facsimile:  (909) 557-1275

Daniel R. Weltin (SBN: 226600)
**THE LAW OFFICES OF DANIEL WELTIN, P.C.**
777 Davis Street, Suite 146
San Leandro, California 94577
Telephone: (510) 856-4421
Facsimile: (510) 856-3624

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:  ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:19-cv-4962 |
| This document relates to: | **SHORT FORM COMPLAINT** |
| DIANE RIVERA, INDIVIDUALLY AND AS SURVIVING HEIR OF JIMMIE CISNEROS, DECEASED,<br>                                    Plaintiff,<br><br>v.<br><br>MONSANTO COMPANY,<br>          Defendant. | |

## **SHORT FORM COMPLAINT**

Pursuant to Pretrial Order (PTO) No. 149, in which the parties were ordered to sever the plaintiffs in the case captioned *Eugenio Payes et al v. Monsanto Company*, originally filed in the United States District Court Eastern District of Missouri into individual short form complaints

1

SHORT FORM COMPLAINT

for pre-trial work up purposes, Plaintiff Diane Rivera, individually and as surviving heir of Plaintiff-Decedent Jimmie Cisneros provides the following allegations required by the Court in PTO No. 155:

1. This case is brought on behalf of Plaintiff Diane Rivera, individually and as surviving heir of Plaintiff-Decedent Jimmie Cisneros.

2. This case is brought against Defendant Monsanto Company (Monsanto).

3. Plaintiff first filed this case against Monsanto in United States District Court Eastern District of Missouri.

4. Plaintiff incorporates by reference, as if fully alleged herein, the allegations contained in *Eugenio Payes, et al. v. Monsanto Company* U.S. Dist. Ct. E. Dist. of Mo. Case No 4:19-cv-00916-DDN, other than paragraphs 10 and 12-30.

5. Plaintiff resided in Fresno, California at the time of filing the original complaint against Monsanto.

6. Plaintiff currently resides in Fresno, California.

7. Plaintiff-Decedent resided in Chino Valley, Arizona at the time of his diagnosis of Non-Hodgkin Lymphoma (NHL).

8. Plaintiff-Decedent received medical treatment for his NHL in Arizona.

9. Venue over this case properly lies in the United States District Court for the District of Arizona.

10. Jurisdiction is proper based on diversity under 28 U.S.C. § 1332 because Plaintiff is a citizen of California, a different state than the Defendant's states of citizenship, and the aggregate amount in controversy exceeds $75,000, exclusive of interest and costs.

11. Plaintiff-Decedent alleges injury from his exposure to Defendant's Roundup products, including but not limited to Roundup Grass and Weed Killer sold under

several marketing names by Monsanto from about 1974 until 2014 that he used with a hand sprayer on his residential property.

12. Plaintiff-Decedent was exposed to Monsanto's Roundup products from in or around 1974 through 2014. During this time, Plaintiff used Monsanto's Roundup products on average several times per month on his residential property.

13. Plaintiff-Decedent used Monsanto's Roundup products at each of the following locations: Fresno, California and Chino Valley, Arizona.

14. Plaintiff-Decedent was diagnosed with NHL in March 2014.

15. Plaintiff brings claims against Monsanto under the following theories of liability: Negligence; Strict Liability (Design Defect); Strict Liability (Failure to Warn); Breach of Express Warranties; Breach of Implied Warranties; Fraud; Violation of Consumer Fraud Acts.

Dated: August 16, 2019                              Respectfully submitted,

                                                    */s Kristy M. Arevalo*
                                                    **MCCUNE WRIGHT AREVALO, LLP**

                                                    Kristy M. Arevalo, Esq. (SBN: 216308)
                                                    kma@mccunewright.com
                                                    3281 East Guasti Road, Suite 100
                                                    Ontario, California 91761
                                                    Telephone: (909) 557-1250
                                                    Facsimile: (909) 557-1275

Dated: August 16, 2019                              Respectfully submitted,

                                                    */s/ Daniel R. Weltin*
                                                    **THE LAW OFFICES OF DANIEL WELTIN, P.C.**

                                                    Daniel R. Weltin (SBN: 226600)
                                                    777 Davis Street, Suite 146
                                                    San Leandro, California 94577
                                                    Telephone: (510) 856-4421
                                                    Facsimile: (510) 856-3624
                                                    E-mail: daniel@danielweltin.com

## CERTIFICATE OF SERVICE

I, Kristy M. Arevalo, hereby certify that, on August 16, 2019, I electronically filed the foregoing with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

*/s/ Kristy M. Arevalo*