Peter A. Miller
**MILLER DELLAFERA PLC**
3420 Pump Road, PMB 404
Henrico, VA 23233
Tel: (800) 401-6670
Fax: (888) 830-1488
pmiller@millerdellafera.org

*Attorney for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>ROBERT GREGG,<br>　　　　　Plaintiff,<br>v.<br><br>MONSANTO COMPANY,<br>　　　　　Defendant. | MDL No. 2741<br><br>Case No. |

### SHORT FORM COMPLAINT

Pursuant to Pretrial Order (PTO) No. 149, in which the parties were ordered to sever the plaintiffs in the case captioned *Jerry Tingle et al. v. Monsanto Company*, originally filed in the U.S. District Court for the Eastern District of Missouri, into individual short form complaints for pre-trial work up purposes, Plaintiff Robert Gregg provides the following allegations required by the Court in Pretrial Order No. 155:

　　1.　　This case is brought on behalf of Plaintiff Robert Gregg.

　　2.　　This case is brought against Defendant Monsanto Company (Monsanto).

3. Plaintiff first filed his case against Monsanto in the U.S. District Court for the Eastern District of Missouri.

4. Plaintiff incorporates by reference, as if fully alleged herein, the allegations contained in *Jerry Tingle, et al. v. Monsanto Company*, Case No. 4:18-cv-00154 except those pertaining to other named plaintiffs.

5. Plaintiff resided in Center, Texas (Shelby County) at the time of filing the original complaint against Monsanto.

6. Plaintiff currently resides in Center, Texas.

7. Plaintiff resided in Center, Texas at the time of his diagnosis of Non-Hodgkin Lymphoma (NHL).

8. Plaintiff received medical treatment for his NHL in Texas and Louisiana.

9. Jurisdiction is proper based on diversity under 28 U.S.C. § 1332 because Plaintiff is a citizen of Texas, a different state than the Defendant's states of citizenship, and the aggregate amount in controversy exceeds $75,000, exclusive of interest and costs.

10. Plaintiff alleges injury from his exposure to Defendant's Roundup® products.

11. Plaintiff was exposed to Monsanto's Roundup® products from in or around 2000 to 2003. Mr. Gregg used Roundup® as needed to kill weeds at his home and on a farm and in gardening, landscaping, and agricultural projects.

12. Plaintiff used Monsanto's Roundup® products in Texas.

13. Plaintiff was first diagnosed with Non-Hodgkin's Lymphoma in 2003.

14. Plaintiff brings claims against Monsanto under the following theories of liability: Strict Liability (Design Defect); Strict Liability (Failure to Warn); Negligence; Breach of Express Warranty; Breach of Implied Warranties.

Dated: August 16th, 2019                     MILLER DELLAFERA PLC

By: */s/ Peter A. Miller*

Peter A. Miller
MILLER DELLAFERA PLC
3420 Pump Road, PMB 404
Henrico, VA 23233
Tel: (800) 401-6670
Fax: (888) 830-1488
pmiller@millerdellafera.org

### CERTIFICATE OF SERVICE

I, Peter Miller, hereby certify that, on August 16th, 2019, I electronically filed the foregoing with the Clerk for the United States District Court Northern District of California San Francisco Division using the CM/ECF system, which shall send electronic notification to counsel of record.

*/s/ Peter A. Miller*