Peter A. Miller
**MILLER DELLAFERA PLC**
3420 Pump Road, PMB 404
Henrico, VA 23233
Tel: (800) 401-6670
Fax: (888) 830-1488
pmiller@millerdellafera.org

*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. |
| This document relates to:<br>BARBARA BARNARD, as Administratrix of the Estate of TRINA GUNNOE, deceased<br><br>                    Plaintiff,<br><br>v.<br><br>MONSANTO COMPANY,<br>                    Defendant. | |

### SHORT FORM COMPLAINT

Pursuant to Pretrial Order (PTO) No. 149, in which the parties were ordered to sever the plaintiffs in the case captioned *Craig Griffeth et al. v. Monsanto Company*, originally filed in the U.S. District Court for the Eastern District of Missouri, into individual short form complaints for pre-trial work up purposes, Plaintiff Barbara Barnard, as Administratrix of the Estate of Trina Gunnoe provides the following allegations required by the Court in Pretrial Order No. 155:

    1.    This case is brought on behalf of Plaintiff Barbara Barnard, as Administratrix of the Estate of Trina Gunnoe.

    2.    This case is brought against Defendant Monsanto Company (Monsanto).

3. Plaintiff first filed the case against Monsanto in the U.S. District Court for the Eastern District of Missouri.

4. Plaintiff incorporates by reference, as if fully alleged herein, the allegations contained in *Craig Griffeth, et al. v. Monsanto Company*, Case No. 4:18-cv-01439 except those pertaining to other named plaintiffs.

5. Trina Gunnoe resided in Charleton, West Virigina (Kanawha County) at the time of filing the original complaint against Monsanto.

6. Plaintiff Barbara Barnard currently resides in Kenna, West Virginia.

7. Trina Gunnoe resided in Charleston, West Virginia at the time of her diagnosis of Non-Hodgkin Lymphoma (NHL).

8. Trina Gunnoe received medical treatment for her NHL in West Virginia.

9. Jurisdiction is proper based on diversity under 28 U.S.C. § 1332 because Plaintiff is a citizen of West Virginia, a different state than the Defendant's states of citizenship, and the aggregate amount in controversy exceeds $75,000, exclusive of interest and costs.

10. Plaintiff alleges injury from Trina Gunnoe's exposure to Defendant's Roundup® products.

11. Trina Gunnoe was exposed to Monsanto's Roundup® products from in or around 1986 to 1994. Ms. Gunnoe used Roundup® as needed to kill weeds at her home and in gardening, landscaping, and agricultural projects.

12. Trina Gunnoe used Monsanto's Roundup® products in West Virginia.

13. Trina Gunnoe was first diagnosed with Non-Hodgkin's Lymphoma in 2016 and died on November 21, 2018.

14. At all relevant times, Barbara Barnard was the sister of Trina Gunnoe. Barbara Barnard is the Administratrix of the Estate of Trina Gunnoe.

15. Barbara Barnard was substituted as Plaintiff in MDL 2741 Member Case No 3:18-cv-05777-VC titled *Griffeth et al v. Monsanto Company* on January 9, 2019.

16. Plaintiff brings claims against Monsanto under the following theories of liability: Strict Liability (Design Defect); Strict Liability (Failure to Warn); Negligence; Breach of Express Warranty; Breach of Implied Warranties.

Dated: August 16th, 2019        **MILLER DELLAFERA PLC**

By: */s/ Peter A. Miller*

Peter A. Miller
MILLER DELLAFERA PLC
3420 Pump Road, PMB 404
Henrico, VA 23233
Tel: (800) 401-6670
Fax: (888) 830-1488
pmiller@millerdellafera.org

### CERTIFICATE OF SERVICE

I, Peter Miller, hereby certify that, on August 16th, 2019, I electronically filed the foregoing with the Clerk for the United States District Court Northern District of California San Francisco Division using the CM/ECF system, which shall send electronic notification to counsel of record.

*/s/ Peter A. Miller*