Michael J. Miller, Esq.
**THE MILLER FIRM LLC**
108 Railroad Avenue
Orange, VA 22960
Tel: (540) 672-4224
Fax: (540) 672-3055
mmiller@millerfirmllc.com

*Attorney for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. |
| This document relates to: | |
| TIMOTHY AND BARBARA NOWICKI, Plaintiff, | |
| v. | |
| MONSANTO COMPANY, Defendant. | |

**SHORT FORM COMPLAINT**

Pursuant to Pretrial Order (PTO) No. 149, in which the parties were ordered to sever the plaintiffs in the case captioned *Fredrick Smith, et al. v. Monsanto Company*, originally filed in the Circuit Court of the City of St. Louis State of Missouri, into individual short form complaints for pre-trial work up purposes, Plaintiffs Timothy and Barbara Nowicki provides the following allegations required by the Court in PTO No. 155:

1. This case is brought on behalf of Plaintiffs Timothy and Barbara Nowicki.

2. This case is brought against Defendant Monsanto Company (Monsanto).

3. Plaintiff first filed his case against Monsanto in the United States Circuit Court of the City of St. Louis State of Missouri. Defendants removed the case to the U.S. District Court for the Eastern District of Missouri.

4. Plaintiff incorporates by reference, as if fully alleged herein, the allegations contained in *Fredrick Smith, et al. v. Monsanto Company*, Case No. 5:16-cv-00726-PA-KK, other than the 13 and 111-121.

5. Plaintiff resided in North Arlington, New Jersey at the time of filing the original complaint against Monsanto.

6. Plaintiff currently resides in North Arlington, New Jersey.

7. Plaintiff resided in North Arlington, New Jersey at the time of his diagnosis of Non-Hodgkin Lymphoma (NHL).

8. Plaintiff received medical treatment for his NHL in New Jersey.

9. Jurisdiction is proper based on diversity under 28 U.S.C. § 1332 because Plaintiff is a citizen of New Jersey, a different state than the Defendant's states of citizenship, and the aggregate amount in controversy exceeds $75,000, exclusive of interest and costs.

10. Plaintiff alleges injury from his exposure to Defendant's Roundup products.

11. Plaintiff was exposed to Monsanto's Roundup products from in or around 2000 through 2016 including but limited to 2-gallon spray tank and 16oz concentrate. From approximately 2000 through 2016 Mr. Nowicki used Roundup® as needed to kill weeds at home. From approximately 2000 through 2016 Mr. Nowicki sprayed Roundup® twice per month during the spring, summer, and fall months.

12. Plaintiff used Monsanto's Roundup® products in North Arlington, New Jersey.

13. Plaintiff was first diagnosed with Non-Hodgkin's Lymphoma in 2012.

14. At all relevant times Barbara Nowicki was the spouse of Timothy Nowicki and

brings a loss of consortium claim.

15. Plaintiff brings claims against Monsanto under the following theories of liability: Strict Liability (Design Defect); Strict Liability (Failure to Warn); Negligence; Breach of Express Warranty; Breach of Implied Warranties.

Dated:  August 8th, 2019        **THE MILLER FIRM LLC**

By:  */s/ Michael J. Miller*

Michael J. Miller
108 Railroad Ave.
Orange, VA
Tel: (540) 672-4224
Fax:  (540) 672-3055
mmiller@millerfirmllc.com

### CERTIFICATE OF SERVICE

I, Michael Miller, hereby certify that, on August 8th, 2019, I electronically filed the foregoing with the Clerk for the United States District Court Northern District of California San Francisco Division using the CM/ECF system, which shall send electronic notification to counsel of record.

*/s/ Michael J. Miller*