Aimee Wagstaff, Esq. (SBN 278480)
David Wool, Esq. (SBN 324124)
Andrus Wagstaff, PC
7171 West Alaska Drive
Lakewood, CO 80226
Phone: (303) 376-6360
Fax:    (303) 376-6361
aimee.wagstaff@andruswagstaff.com
david.wool@andruswagstaff.com

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>JENNIE SON,<br>          Plaintiff,<br>v.<br><br>MONSANTO COMPANY,<br>          Defendant. | MDL No. 2741<br><br>Case No. 3:19-cv-5032<br><br>**SHORT FORM COMPLAINT** |

## **SHORT FORM COMPLAINT**

Pursuant to Pretrial Order (PTO) No. 149, in which the parties were ordered to sever the plaintiffs in the case captioned *Brenda Acosta, et al v. Monsanto Company,* originally filed in the Missouri Circuit Court, Twenty-First Judicial Circuit, St. Louis County, into individual short

SHORT FORM COMPLAINT - 1

form complaints for pre-trial work purposes, Plaintiff Jennie Son provides the following allegations required by the Court in PTO No. 155:

1. This case is brought on behalf of Plaintiff Jennie Son.
2. This case is brought against Defendant Monsanto Company (Monsanto).
3. Plaintiff first filed her case against Monsanto in the Missouri Circuit Court, Twenty-First Judicial Circuit, St. Louis County and said case was removed to the United States District Court for the Eastern District of Missouri prior to being transferred to MDL No. 2741.
4. Plaintiff incorporates by reference, as if fully alleged herein, the allegations contained in *Brenda Acosta, et al v. Monsanto Company,* Case No. 18SL-CC00893.
5. Plaintiff resided in Piedmont, South Carolina at the time of filing the original complaint.
6. Plaintiff currently resides in Piedmont, South Carolina.
7. Plaintiff resided in Charleston, South Carolina at the time of her diagnosis of Non-Hodgkin Lymphoma (NHL).
8. Plaintiff received medical treatment for her NHL in South Carolina.
9. Venue over this case properly lies in the United States District Court for the Eastern District of Missouri.
10. Jurisdiction is proper based on diversity under 28 U.S.C. § 1332 because Plaintiff is a citizen of South Carolina, a different state than the Defendant's states of citizenship, and the aggregate amount in controversy exceeds $75,000.00, exclusive of interests and costs.
11. Plaintiff alleges injury from her exposure to Defendant's Roundup® products.

12. Plaintiff was exposed to Roundup® products from 1974 - 2017.

13. Plaintiff used Monsanto's Roundup® products at each of the following locations:

    Charleston, South Carolina.

14. Plaintiff was first diagnosed with Diffuse Large B-cell non-Hodgkin's Lymphoma in

    December, 2005.

15. Plaintiff brings claims against Monsanto under the following theories of liability:

    Strict Liability (Design Defect); Strict Liability (Failure to Warn); and Negligence.

Dated: 8/16/2019             **ANDRUS WAGSTAFF, PC**

                             By:  */s/ Aimee Wagstaff*

                             Aimee Wagstaff, Esq. (SBN 278480)
                             David Wool, Esq. (SBN 324124)
                             7171 West Alaska Drive
                             Lakewood, CO 80226
                             Phone: (303) 376-6360
                             Fax:    (303) 376-6361
                             aimee.wagstaff@andruswagstaff.com
                             david.wool@andruswagstaff.com

### CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2019, I electronically transmitted the attached documents to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all parties of record.

                             */s/ Aimee Wagstaff*

SHORT FORM COMPLAINT - 3