Aimee Wagstaff, Esq. (SBN 278480)
David Wool, Esq. (SBN 324124)
Andrus Wagstaff, PC
7171 West Alaska Drive
Lakewood, CO 80226
Phone: (303) 376-6360
Fax:    (303) 376-6361
aimee.wagstaff@andruswagstaff.com
david.wool@andruswagstaff.com

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:19-cv-5034 |
| This document relates to: | **SHORT FORM COMPLAINT** |
| CLAUDE SMITHHART, by and through his representative PATRICIA WOODS-SMITHHART, PATRICIA WOODS-SMITHHART, surviving spouse of CLAUDE SMITHHART, on behalf of all legal heirs of CLAUDE SMITHHART, | |
| Plaintiff, | |
| v. | |
| MONSANTO COMPANY, | |
| Defendant. | |

### **SHORT FORM COMPLAINT**

Pursuant to Pretrial Order (PTO) No. 149, in which the parties were ordered to sever the plaintiffs in the case captioned *Brenda Acosta, et al v. Monsanto Company,* originally filed in the

SHORT FORM COMPLAINT - 1

Missouri Circuit Court, Twenty-First Judicial Circuit, St. Louis County, into individual short form complaints for pre-trial work purposes, PATRICIA WOODS-SMITHHART, surviving spouse and representative CLAUDE SMITHHART, on behalf of CLAUDE SMITHHART and all legal heirs of CLAUDE SMITHHART, provides the following allegations required by the Court in PTO No. 155:

1. This case is brought on behalf of CLAUDE SMITHHART (deceased) and on behalf of all legal heirs of CLAUDE SMITHHART, by and through his surviving spouse and representative, PATRICIA WOODS-SMITHHART (Plaintiff).
2. This case is brought against Defendant Monsanto Company (Monsanto).
3. Plaintiff first filed this case against Monsanto in the Missouri Circuit Court, Twenty-First Judicial Circuit, St. Louis County and said case was removed to the United States District Court for the Eastern District of Missouri prior to being transferred to MDL No. 2741.
4. Plaintiff incorporates by reference, as if fully alleged herein, the allegations contained in *Brenda Acosta, et al v. Monsanto Company,* Case No. 18SL-CC00893.
5. Plaintiff resided in Lufkin, Texas at the time of filing the original complaint.
6. Plaintiff currently resides in Lufkin, Texas.
7. Plaintiff's deceased resided in Lufkin, Texas at the time of his diagnosis of Non-Hodgkin Lymphoma (NHL).
8. Plaintiff's deceased resided in Lufkin, Texas at the time of his death.
9. Plaintiff's deceased received medical treatment for his NHL in Texas.
10. Venue over this case properly lies in the United States District Court for the Eastern District of Missouri.

11. Jurisdiction is proper based on diversity under 28 U.S.C. § 1332 because Plaintiff's deceased was a citizen of Texas, a different state than the Defendant's states of citizenship, and the aggregate amount in controversy exceeds $75,000.00, exclusive of interests and costs.

12. Plaintiff alleges injury and death from Plaintiff's deceased's exposure to Defendant's Roundup® products.

13. Plaintiff's deceased was exposed to Roundup® products from 1974-2015.

14. Plaintiff's deceased used Monsanto's Roundup® products at each of the following locations: Lufkin, Texas.

15. Plaintiff's deceased was first diagnosed with T-Cell Non-Hodgkin's Lymphoma in February, 2016.

16. Plaintiff's deceased passed away on March 10, 2016.

17. Plaintiff brings claims against Monsanto under the following theories of liability: Strict Liability (Design Defect); Strict Liability (Failure to Warn); Negligence; Wrongful Death and Survival Action.

Dated: 8/16/2019             **ANDRUS WAGSTAFF, PC**

                             By: _/s/ Aimee Wagstaff_

                             Aimee Wagstaff, Esq. (SBN 278480)
                             David Wool, Esq. (SBN 324124)
                             7171 West Alaska Drive
                             Lakewood, CO 80226
                             Phone: (303) 376-6360
                             Fax:    (303) 376-6361
                             aimee.wagstaff@andruswagstaff.com
                             david.wool@andruswagstaff.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on August 16, 2019, I electronically transmitted the attached documents to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all parties of record.

                                          */s/ Aimee Wagstaff*