AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| ARMANDO VARGAS CHAVEZ | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 16-md-02741 |
| MONSANTO COMPANY | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Monsanto Company; 3:18-cv-04855                                                                 .

Date:    08/16/2019                                                  /s/ Makai Fisher
                                                                    *Attorney's signature*

                                                                    Makai Fisher, # 203579
                                                                    *Printed name and bar number*

                                                                    Shook, Hardy & Bacon L.L.P.
                                                                    One Montgomery Tower
                                                                    Suite 2600
                                                                    San Francisco, CA 94104-4505
                                                                    *Address*

                                                                    mfisher@shb.com
                                                                    *E-mail address*

                                                                    (415) 544-1900
                                                                    *Telephone number*


                                                                    *FAX number*