1

Kristy M. Arevalo, Esq. (SBN: 216308)
**McCune·Wright·Arevalo, LLP**
3281 East Guasti Road, Suite 100
Ontario, California 91761
Telephone:  (909) 557-1250
Facsimile:  (909) 557-1275

2

3

4

Daniel R. Weltin (SBN: 226600)
**THE LAW OFFICES OF DANIEL WELTIN, P.C.**
777 Davis Street, Suite 146
San Leandro, California 94577
Telephone: (510) 856-4421
Facsimile: (510) 856-3624

5

6

7

8

*Attorneys for Plaintiff*

9

10

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

11

# SAN FRANCISCO DIVISION

12

13

14

| IN RE:  ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| --- | --- |
| | Case No. 3:19-cv-5053 |

15

16

17

| This document relates to: | **SHORT FORM COMPLAINT** |
| --- | --- |
| VIRGENNA SAUNDERS INDIVIDUALLY AND AS SURVIVING HEIR OF FRANK JOHNSON JR., DECEASED<br>                    Plaintiff,<br><br>     v.<br><br>MONSANTO COMPANY,<br>          Defendant. | |

18

19

20

21

22

23

24

25

## SHORT FORM COMPLAINT

26

Pursuant to Pretrial Order (PTO) No. 149, in which the parties were ordered to sever the

27

plaintiffs in the case captioned *Jerry Keith Haney, et al. v. Monsanto Company et al.*, originally

28

filed in the United States District Court Eastern District of Missouri, into individual short form

complaints for pre-trial work up purposes, Plaintiff Virgenna Saunders individually and as surviving heir of Plaintiff-Decedent Frank Johnson Jr., provides the following allegations required by the Court in PTO No. 155:

1.     This case is brought on behalf of Plaintiff Virgenna Saunders individually and as surviving heir of Plaintiff-Decedent Frank Johnson Jr.

2.     This case is brought against Defendant Monsanto Company (Monsanto).

3.     Plaintiff first filed her case against Monsanto in United States District Court Eastern District of Missouri.

4.     Plaintiff incorporates by reference, as if fully alleged herein, the allegations contained in *Jerry Keith Haney, et al. v. Monsanto Company et al.* U.S. Dist. Ct. E. Dist. of Mo. Case No. 4:18-cv-02075-JMB, other than paragraphs 10, 12- 26.

5.     Plaintiff resided in Atmore, Alabama, at the time of filing the original complaint against Monsanto.

6.     Plaintiff currently resides in Atmore, Alabama.

7.     Plaintiff-Decedent resided in Atmore, Alabama at the time of his diagnosis of Non-Hodgkin Lymphoma (NHL).

8.     Plaintiff-Decedent received medical treatment for his NHL in Florida.

9.     Venue over this case properly lies in the United States District Court for the Southern District of Alabama.

10.     Jurisdiction is proper based on diversity under 28 U.S.C. § 1332 because Plaintiff is a citizen of Alabama, a different state than the Defendant's states of citizenship, and the aggregate amount in controversy exceeds $75,000, exclusive of interest and costs.

11.     Plaintiff-Decedent alleges injury from his exposure to Defendant's Roundup products, including but not limited to Roundup Grass and Weed Killer sold under

2

SHORT FORM COMPLAINT

several marketing names by Monsanto from about 1989 until 2007 that he used with a hand sprayer on his residential property and a tractor on agricultural property for weed control.

12. Plaintiff-Decedent was exposed to Monsanto's Roundup products from in or around July 1989 through 2007.  During this time, Plaintiff used Monsanto's Roundup products on average weekly on his residential property and typically two times a year on agricultural property.

13. Plaintiff-Decedent used Monsanto's Roundup products at each of the following locations: Atmore, Alabama.

14. Plaintiff-Decedent was diagnosed with NHL in September 2002.  He was diagnosed with Lymphoblastic Lymphoma NHL.

15. Plaintiff brings claims against Monsanto under the following theories of liability: Strict Liability (Design Defect); Strict Liability (Failure to Warn); Negligence; Breach of Express Warranties; Breach of Implied Warranties; Fraud; Violation of Consumer Fraud Acts.


Dated: August 16, 2019                    Respectfully submitted,

                                          */s Kristy M. Arevalo*
                                          **MCCUNE WRIGHT AREVALO, LLP**

                                          Kristy M. Arevalo, Esq. (SBN: 216308)
                                          kma@mccunewright.com
                                          3281 East Guasti Road, Suite 100
                                          Ontario, California 91761
                                          Telephone:  (909) 557-1250
                                          Facsimile:  (909) 557-1275

///

///

///

///

3
SHORT FORM COMPLAINT

1

Dated: August 16, 2019                          Respectfully submitted,

2

*/s/ Daniel R. Weltin*
**THE LAW OFFICES OF DANIEL WELTIN, P.C.**

3

4                                                Daniel R. Weltin (SBN: 226600)
777 Davis Street, Suite 146

5                                                San Leandro, California 94577
Telephone: (510) 856-4421

6                                                Facsimile: (510) 856-3624
E-mail: daniel@danielweltin.com

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

SHORT FORM COMPLAINT

1

2

## **CERTIFICATE OF SERVICE**

3

4          I, Kristy M. Arevalo, hereby certify that, on August 16, 2019, I electronically filed
the foregoing with the Clerk for the United States District Court for the Northern District of
5     California using the CM/ECF system, which shall send electronic notification to counsel of record.

6

7              _____*/s/ Kristy M. Arevalo*_____

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SHORT FORM COMPLAINT