Kristy M. Arevalo, Esq. (SBN: 216308)
**McCune·Wright·Arevalo, LLP**
3281 East Guasti Road, Suite 100
Ontario, California 91761
Telephone: (909) 557-1250
Facsimile: (909) 557-1275

Daniel R. Weltin (SBN: 226600)
**THE LAW OFFICES OF DANIEL WELTIN, P.C.**
777 Davis Street, Suite 146
San Leandro, California 94577
Telephone: (510) 856-4421
Facsimile: (510) 856-3624

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>BEVERLY BRAY,<br>      Plaintiff,<br><br>v.<br><br>MONSANTO COMPANY,<br>      Defendant. | MDL No. 2741<br><br>Case No. 3:19-cv-5060<br><br>**SHORT FORM COMPLAINT** |

## SHORT FORM COMPLAINT

Pursuant to Pretrial Order (PTO) No. 149, in which the parties were ordered to sever the plaintiffs in the case captioned *Jerry Keith Haney, et al. v. Monsanto Company et al.*, originally filed in the United States District Court Eastern District of Missouri, into individual short form complaints for pre-trial work up purposes, Plaintiff Beverly Bray provides the following

allegations required by the Court in PTO No. 155:

1. This case is brought on behalf of Plaintiff BEVERLY BRAY.

2. This case is brought against Defendant Monsanto Company (Monsanto).

3. Plaintiff first filed her case against Monsanto in United States District Court Eastern District of Missouri.

4. Plaintiff incorporates by reference, as if fully alleged herein, the allegations contained in *Jerry Keith Haney, et al. v. Monsanto Company et al.* U.S. Dist. Ct. E. Dist. of Mo. Case No. 4:18-cv-02075-JMB, other than paragraphs 10-16 and 18-26.

5. Plaintiff resided in West Des Moines, Iowa at the time of filing the original complaint against Monsanto.

6. Plaintiff currently resides in West Des Moines, Iowa.

7. Plaintiff resided in West Des Moines, Iowa at the time of her diagnosis of Non-Hodgkin Lymphoma (NHL).

8. Plaintiff received medical treatment for her NHL in Iowa.

9. Venue over this case properly lies in the United States District Court for the Southern District of Iowa.

10. Jurisdiction is proper based on diversity under 28 U.S.C. § 1332 because Plaintiff is a citizen of Iowa, a different state than the Defendant's states of citizenship, and the aggregate amount in controversy exceeds $75,000, exclusive of interest and costs.

11. Plaintiff alleges injury from her exposure to Defendant's Roundup products, including but not limited to Roundup Grass and Weed Killer sold under several marketing names by Monsanto from about 1982 until 2018 that she used with a hand sprayer on her residential properties.

12. Plaintiff was exposed to Monsanto's Roundup products from in or around April 1982 through 2018. During this time, Plaintiff used Monsanto's Roundup products on average once per week between April and September.

13. Plaintiff used Monsanto's Roundup products at each of the following locations: Cumming, Iowa and West Des Moines, Iowa.

14. Plaintiff was diagnosed with NHL in 1999. She was diagnosed with Indolent, incurable NHL.

15. Plaintiff brings claims against Monsanto under the following theories of liability: Strict Liability (Design Defect); Strict Liability (Failure to Warn); Negligence; Breach of Express Warranties; Breach of Implied Warranties; Fraud; Violation of Consumer Fraud Acts.

Dated: August 16, 2019                    Respectfully submitted,

                                                            */s Kristy M. Arevalo*
                                                          **MCCUNE WRIGHT AREVALO, LLP**

                                                          Kristy M. Arevalo, Esq. (SBN: 216308)
                                                          kma@mccunewright.com
                                                          3281 East Guasti Road, Suite 100
                                                          Ontario, California 91761
                                                          Telephone:  (909) 557-1250
                                                          Facsimile:  (909) 557-1275

Dated: August 16, 2019                    Respectfully submitted,

                                                          */s/ Daniel R. Weltin*
                                                          **THE LAW OFFICES OF DANIEL WELTIN, P.C.**

                                                          Daniel R. Weltin (SBN: 226600)
                                                          777 Davis Street, Suite 146
                                                          San Leandro, California 94577
                                                          Telephone: (510) 856-4421
                                                          Facsimile: (510) 856-3624
                                                          E-mail: daniel@danielweltin.com

**CERTIFICATE OF SERVICE**

   I, Kristy M. Arevalo, hereby certify that, on August 16, 2019, I electronically filed the foregoing with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

    */s/ Kristy M. Arevalo*