Aimee Wagstaff, Esq. (SBN 278480)
David Wool, Esq. (SBN 324124)
Andrus Wagstaff, PC
7171 West Alaska Drive
Lakewood, CO 80226
Phone: (303) 376-6360
Fax:     (303) 376-6361
aimee.wagstaff@andruswagstaff.com
david.wool@andruswagstaff.com

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE:  ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:19-cv-5068 |
| This document relates to: | **SHORT FORM COMPLAINT** |
| JOE COLEMAN, by and through his representative BRENDA COLEMAN, BRENDA COLEMAN, surviving spouse of JOE COLEMEN, on behalf of all legal heirs of JOE COLEMAN, | |
| Plaintiff, | |
| v. | |
| MONSANTO COMPANY, | |
| Defendant. | |

**<u>SHORT FORM COMPLAINT</u>**

Pursuant to Pretrial Order (PTO) No. 149, in which the parties were ordered to sever the

plaintiffs in the case captioned *Brenda Acosta, et al v. Monsanto Company,* originally filed in the

SHORT FORM COMPLAINT - 1

Missouri Circuit Court, Twenty-First Judicial Circuit, St. Louis County, into individual short form complaints for pre-trial work purposes, Plaintiff BRENDA COLEMAN, surviving spouse and representative JOE COLEMAN, on behalf of JOE COLEMAN and all legal heirs of JOE COLEMAN, provides the following allegations required by the Court in PTO No. 155, a true and correct copy of which is attached hereto as **Exhibit "1"**:

1. This case is brought on behalf of JOE COLEMAN (Plaintiff's deceased) and on behalf of all legal heirs of JOE COLEMAN, by and through his surviving spouse and representative, BRENDA COLEMAN (Plaintiff).

2. This case is brought against Defendant Monsanto Company (Monsanto).

3. Plaintiff first filed this case against Monsanto in the Missouri Circuit Court, Twenty-First Judicial Circuit, St. Louis County and said case was removed to the United States District Court for the Eastern District of Missouri prior to being transferred to MDL No. 2741.

4. Plaintiff incorporates by reference, as if fully alleged herein, the allegations contained in *Brenda Acosta, et al v. Monsanto Company,* Case No. 18SL-CC00893.

5. Plaintiff resided in Bowling Green, Kentucky at the time of filing the original complaint.

6. Plaintiff currently resides in Bowling Green, Kentucky.

7. Plaintiff's deceased resided in Bowling Green, Kentucky at the time of his diagnosis of Non-Hodgkin Lymphoma (NHL).

8. Plaintiff's deceased resided in Bowling Green, Kentucky at the time of his death.

9. Plaintiff's deceased received medical treatment for his NHL in Kentucky.

10. Venue over this case properly lies in the United States District Court for the Eastern District of Missouri.

11. Jurisdiction is proper based on diversity under 28 U.S.C. § 1332 because Plaintiff's deceased was a citizen of Kentucky, a different state than the Defendant's states of citizenship, and the aggregate amount in controversy exceeds $75,000.00, exclusive of interests and costs.

12. Plaintiff alleges injury and death from Plaintiff's deceased's exposure to Defendant's Roundup® products.

13. Plaintiff's deceased was exposed to Roundup® products from 1996-2013.

14. Plaintiff's deceased used Monsanto's Roundup® products at each of the following locations: Bowling Green, Kentucky.

15. Plaintiff's deceased was first diagnosed with Follicular Non-Hodgkin's Lymphoma in March, 2001.

16. Plaintiff's deceased passed away on May 20, 2014.

17. Plaintiff brings claims against Monsanto under the following theories of liability: Strict Liability (Design Defect); Strict Liability (Failure to Warn); Negligence; Wrongful Death and Survival Action.

Dated: 8/16/2019    **ANDRUS WAGSTAFF, PC**

By: */s/ Aimee Wagstaff*

Aimee Wagstaff, Esq. (SBN 278480)
David Wool, Esq. (SBN 324124)
7171 West Alaska Drive
Lakewood, CO 80226
Phone: (303) 376-6360
Fax:    (303) 376-6361
aimee.wagstaff@andruswagstaff.com
david.wool@andruswagstaff.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on August 16, 2019, I electronically transmitted the attached documents to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all parties of record.

                                              */s/ Aimee Wagstaff*