Kristy M. Arevalo, Esq. (SBN: 216308)
**McCune·Wright·Arevalo, LLP**
3281 East Guasti Road, Suite 100
Ontario, California 91761
Telephone: (909) 557-1250
Facsimile: (909) 557-1275

Daniel R. Weltin (SBN: 226600)
**THE LAW OFFICES OF DANIEL WELTIN, P.C.**
777 Davis Street, Suite 146
San Leandro, California 94577
Telephone: (510) 856-4421
Facsimile: (510) 856-3624

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:19-cv-5096 |
| This document relates to: | **SHORT FORM COMPLAINT** |
| MICHAEL PETTIT, <br> Plaintiff, <br><br> v. <br><br> MONSANTO COMPANY, <br> Defendant. | |

## **SHORT FORM COMPLAINT**

Pursuant to Pretrial Order (PTO) No. 149, in which the parties were ordered to sever the plaintiffs in the case captioned *Jerry Keith Haney, et al. v. Monsanto Company et al.*, originally filed in the United States District Court Eastern District of Missouri, into individual short form complaints for pre-trial work up purposes, Plaintiff Michael Pettit provides the following

allegations required by the Court in PTO No. 155:

1. This case is brought on behalf of Plaintiff Michael Pettit.

2. This case is brought against Defendant Monsanto Company (Monsanto).

3. Plaintiff first filed his case against Monsanto in United States District Court Eastern District of Missouri.

4. Plaintiff incorporates by reference, as if fully alleged herein, the allegations contained in *Jerry Keith Haney, et al. v. Monsanto Company et al.* U.S. Dist. Ct. E. Dist. of Mo. Case No. 4:18-cv-02075-JMB, other than paragraphs 10-15 and 17-26.

5. Plaintiff resided in Sweetser, Indiana at the time of filing the original complaint against Monsanto.

6. Plaintiff currently resides in Sweetser, Indiana.

7. Plaintiff resided in Sweetser, Indiana at the time of his diagnosis of Non-Hodgkin Lymphoma (NHL).

8. Plaintiff received medical treatment for his NHL in Indiana.

9. Venue over this case properly lies in the United States District Court for the Northern District of Indiana.

10. Jurisdiction is proper based on diversity under 28 U.S.C. § 1332 because Plaintiff is a citizen of Indiana, a different state than the Defendant's states of citizenship, and the aggregate amount in controversy exceeds $75,000, exclusive of interest and costs.

11. Plaintiff alleges injury from his exposure to Defendant's Roundup products, including but not limited to Roundup Grass and Weed Killer sold under several marketing names by Monsanto from about 1990 until 2017 that he used with a hand sprayer on his residential property.

12. Plaintiff was exposed to Monsanto's Roundup products from in or around May 1990 through 2017. During this time, Plaintiff used Monsanto's Roundup products on average one time per week from May through September.

13. Plaintiff used Monsanto's Roundup products at each of the following locations: Sweetser, Indiana.

14. Plaintiff was diagnosed with NHL in November 2016. He was diagnosed with Large B-Cell NHL.

15. Plaintiff brings claims against Monsanto under the following theories of liability: Strict Liability (Design Defect); Strict Liability (Failure to Warn); Negligence; Breach of Express Warranties; Breach of Implied Warranties; Fraud; Violation of Consumer Fraud Acts.

Dated: August 16, 2019          Respectfully submitted,

                                */s Kristy M. Arevalo*
                                **MCCUNE WRIGHT AREVALO, LLP**

                                Kristy M. Arevalo, Esq. (SBN: 216308)
                                kma@mccunewright.com
                                3281 East Guasti Road, Suite 100
                                Ontario, California 91761
                                Telephone: (909) 557-1250
                                Facsimile: (909) 557-1275

Dated: August 16, 2019          Respectfully submitted,

                                */s/ Daniel R. Weltin*
                                **THE LAW OFFICES OF DANIEL WELTIN, P.C.**

                                Daniel R. Weltin (SBN: 226600)
                                777 Davis Street, Suite 146
                                San Leandro, California 94577
                                Telephone: (510) 856-4421
                                Facsimile: (510) 856-3624
                                E-mail: daniel@danielweltin.com

**CERTIFICATE OF SERVICE**

      I, Kristy M. Arevalo, hereby certify that, on August 16, 2019, I electronically filed the foregoing with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

      */s/ Kristy M. Arevalo*