Curtis G. Hoke, Esq.
**THE MILLER FIRM LLC**
108 Railroad Avenue
Orange, VA 22960
Tel: (540) 672-4224
Fax: (540) 672-3055
choke@millerfirmllc.com

*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:  ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. |
| This document relates to: | |
| MARK GOLIKE AND BECKY GOLIKE, | **SHORT FORM COMPLAINT** |
| Plaintiff, | |
| v. | |
| MONSANTO COMPANY, | |
| Defendant. | |

Pursuant to Pretrial Order (PTO) No. 149, in which the parties were ordered to sever the plaintiffs in the case captioned *Fredrick Smith, et al. v. Monsanto Company*, originally filed in the Circuit Court of the City of St. Louis State of Missouri, into individual short form complaints for pre-trial work up purposes, Plaintiff Frank Tanner provides the following allegations required by the Court in PTO No. 155:

      1.      This case is brought on behalf of Plaintiffs Mark Golike and Becky Golike.

      2.      This case is brought against Defendant Monsanto Company (Monsanto).

3.      Plaintiffs first filed his case against Monsanto in the United States Circuit Court of the Eastern District of Missouri.

4.      Plaintiffs incorporates by reference, as if fully alleged herein, the allegations contained in *Fredrick Smith, et al. v. Monsanto Company*, Case No. 5:16-cv-00726-PA-KK, other than the 13 and 111-121.

5.      Plaintiffs resided in Piasa, Illinois at the time of filing the original complaint against Monsanto.

6.      Plaintiffs currently reside in Piasa, Illinois.

7.      Plaintiffs resided in Piasa, Illinois at the time of Mark Golike's diagnosis of Non-Hodgkin Lymphoma (NHL).

8.      Plaintiff Mark Golike received medical treatment for his NHL in Illinois.

9.      Jurisdiction is proper based on diversity under 28 U.S.C. § 1332 because Plaintiffs are citizens of New Mexico, a different state than the Defendant's states of citizenship, and the aggregate amount in controversy exceeds $75,000, exclusive of interest and costs.

10.     Plaintiff Mark Golike alleges injury from his exposure to Defendant's Roundup products.

11.     Plaintiff was exposed to Monsanto's Roundup products from in or around 1995. From approximately 1995 to 2008, Mr. Golike sprayed Roundup® 3 times through spring and summer months on his soy and corn farm to control weeds.

12.     Plaintiff Mark Golike used Monsanto's Roundup® products in Illinois.

13.     Plaintiff Mark Golike was first diagnosed with Non-Hodgkin's Lymphoma in December 2015.

14.     At all relevant times Becky Golike was the spouse of Mark Golike and brings a loss of consortium claim

15.     Plaintiffs bring claims against Monsanto under the following theories of liability:

SHORT FORM COMPLAINT

Strict Liability (Design Defect); Strict Liability (Failure to Warn); Negligence; Breach of Express Warranty; Breach of Implied Warranties.

Dated:  August 16, 2019                    **THE MILLER FIRM LLC**

                                           By: */s/ Curtis G. Hoke*
                                           Curtis G. Hoke
                                           108 Railroad Ave.
                                           Orange, VA
                                           Tel: (540) 672-4224
                                           Fax:  (540) 672-3055
                                           choke@millerfirmllc.com

1

2

**CERTIFICATE OF SERVICE**

3

4

I, Curtis Hoke, hereby certify that, on August 16, 2019, I electronically filed the foregoing

5

with the Clerk for the United States District Court, Northern District of California using the

6

CM/ECF system, which shall send electronic notification to counsel of record.

7

8

9                                                             */s/ Curtis G. Hoke*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4
SHORT FORM COMPLAINT