Aimee Wagstaff, Esq. (SBN 278480)
David Wool, Esq. (SBN 324124)
Andrus Wagstaff, PC
7171 West Alaska Drive
Lakewood, CO 80226
Phone: (303) 376-6360
Fax:    (303) 376-6361
aimee.wagstaff@andruswagstaff.com
david.wool@andruswagstaff.com

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE:  ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:19-cv-5138 |
| | **SHORT FORM COMPLAINT** |
| This document relates to: | |
| JUDITH KEEHN, by and through her representative KELLY ALLEN, KELLY ALLEN, next of kin of JUDITH KEEHN, on behalf of all legal heirs of JUDITH KEEHN, | |
| Plaintiff, | |
| v. | |
| MONSANTO COMPANY, | |
| Defendant. | |

### SHORT FORM COMPLAINT

Pursuant to Pretrial Order (PTO) No. 149, in which the parties were ordered to sever the plaintiffs in the case captioned *Brenda Acosta, et al v. Monsanto Company,* originally filed in the Missouri Circuit Court, Twenty-First Judicial Circuit, St. Louis County, into individual short form complaints for pre-trial work purposes, Plaintiff KELLY ALLEN, next of kin and

SHORT FORM COMPLAINT - 1

representative JUDITH KEEHN, on behalf of JUDITH KEEHN and all legal heirs of JUDITH KEEHN, provides the following allegations required by the Court in PTO No. 155:

1. This case is brought on behalf of JUDITH KEEHNE (Plaintiff's deceased) and on behalf of all legal heirs of JUDITH KEEHN, by and through her next of kin and representative KELLY ALLEN (Plaintiff).
2. This case is brought against Defendant Monsanto Company (Monsanto).
3. Plaintiff first filed her case against Monsanto in the Missouri Circuit Court, Twenty-First Judicial Circuit, St. Louis County and said case was removed to the United States District Court for the Eastern District of Missouri prior to being transferred to MDL No. 2741.
4. Plaintiff incorporates by reference, as if fully alleged herein, the allegations contained in *Brenda Acosta, et al v. Monsanto Company,* Case No. 18SL-CC00893.
5. Plaintiff resided in Sweetwater, Tennessee at the time of filing the original complaint.
6. Plaintiff currently resides in Sweetwater, Tennessee.
7. Plaintiff's deceased resided in Byron, Illinois at the time of her diagnosis of Non-Hodgkin Lymphoma (NHL).
8. Plaintiff's deceased resided in Byron, Illinois at the time of her death.
9. Plaintiff's deceased received medical treatment for her NHL in Illinois.
10. Venue over this case properly lies in the United States District Court for the Eastern District of Missouri.
11. Jurisdiction is proper based on diversity under 28 U.S.C. § 1332 because Plaintiff's deceased was a citizen of Illinois, a different state than the Defendant's states of

citizenship, and the aggregate amount in controversy exceeds $75,000.00, exclusive of interests and costs.

12. Plaintiff alleges injury and death from Plaintiff's deceased's exposure to Defendant's Roundup® products.

13. Plaintiff's deceased was exposed to Roundup® products from 1997-2010.

14. Plaintiff's deceased used Monsanto's Roundup® products at each of the following locations: Monroe Center, Illinois.

15. Plaintiff's deceased was first diagnosed with Mantle Cell Lymphoma in September, 2015.

16. Plaintiff's deceased passed away on February 25, 2016.

17. Plaintiff brings claims against Monsanto under the following theories of liability: Strict Liability (Design Defect); Strict Liability (Failure to Warn); Negligence; Wrongful Death and Survival Action.

Dated: 8/19/2019                    **ANDRUS WAGSTAFF, PC**

                                                       By: */s/ Aimee Wagstaff*

                                                       Aimee Wagstaff, Esq. (SBN 278480)
David Wool, Esq. (SBN 324124)
7171 West Alaska Drive
Lakewood, CO 80226
Phone: (303) 376-6360
Fax:    (303) 376-6361
aimee.wagstaff@andruswagstaff.com
david.wool@andruswagstaff.com

SHORT FORM COMPLAINT - 3

**CERTIFICATE OF SERVICE**

    I hereby certify that on August 16, 2019, I electronically transmitted the attached documents to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all parties of record.

                                          */s/ Aimee Wagstaff*