1  Curtis G. Hoke, Esq.
   **THE MILLER FIRM LLC**
2  108 Railroad Avenue
   Orange, VA 22960
3  Tel: (540) 672-4224
   Fax: (540) 672-3055
4  choke@millerfirmllc.com

5  *Attorney for Plaintiffs*

6
                    **UNITED STATES DISTRICT COURT**
7
                    **NORTHERN DISTRICT OF CALIFORNIA**
8

9  | IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
10 | | Case No. |
11 | | |
12 | This document relates to: | **SHORT FORM COMPLAINT** |
13 | DERRIL HAYES, | |
14 | Plaintiff, | |
15 | v. | |
16 | MONSANTO COMPANY, | |
17 | Defendant. | |

18

19        Pursuant to Pretrial Order (PTO) No. 149, in which the parties were ordered to sever the

20  plaintiffs in the case captioned *Fredrick Smith, et al. v. Monsanto Company*, originally filed in the

21  Circuit Court of the City of St. Louis State of Missouri, into individual short form complaints for

22  pre-trial work up purposes, Plaintiff Frank Tanner provides the following allegations required by

23  the Court in PTO No. 155:

24
        1.      This case is brought on behalf of Plaintiff Derril Hayes.
25
        2.      This case is brought against Defendant Monsanto Company (Monsanto).
26

27

28

                                                1
                                      SHORT FORM COMPLAINT

3. Plaintiff first filed his case against Monsanto in the United States Circuit Court of the Eastern District of Missouri.

4. Plaintiff incorporates by reference, as if fully alleged herein, the allegations contained in *Fredrick Smith, et al. v. Monsanto Company*, Case No. 5:16-cv-00726-PA-KK, other than the 13 and 111-121.

5. Plaintiff resided in Corona, California at the time of filing the original complaint against Monsanto.

6. Plaintiff currently resides in Corona, California.

7. Plaintiff resided in Corona, California at the time of his diagnosis of Non-Hodgkin Lymphoma (NHL).

8. Plaintiff received medical treatment for his NHL in California.

9. Jurisdiction is proper based on diversity under 28 U.S.C. § 1332 because Plaintiff is a citizen of California, a different state than the Defendant's states of citizenship, and the aggregate amount in controversy exceeds $75,000, exclusive of interest and costs.

10. Plaintiff alleges injury from his exposure to Defendant's Roundup products.

11. Plaintiff was exposed to Monsanto's Roundup products from in or around 1980. From approximately 1980 to 2015, Mr. Hayes sprayed Roundup® once a month at home to control weeds on property and garden.

12. Plaintiff used Monsanto's Roundup® products in Corona, California.

13. Plaintiff was first diagnosed with Non-Hodgkin's Lymphoma in December of 2015.

14. Plaintiff brings claims against Monsanto under the following theories of liability: Strict Liability (Design Defect); Strict Liability (Failure to Warn); Negligence; Breach of Express Warranty; Breach of Implied Warranties.

Dated:  August 16, 2019

**THE MILLER FIRM LLC**

By:  */s/ Curtis G. Hoke*
Curtis G. Hoke
108 Railroad Ave.
Orange, VA
Tel: (540) 672-4224
Fax:  (540) 672-3055
choke@millerfirmllc.com

## CERTIFICATE OF SERVICE

I, Curtis Hoke, hereby certify that, on August 16, 2019, I electronically filed the foregoing with the Clerk for the United States District Court, Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

                                             */s/ Curtis G. Hoke*