# WEITZ & LUXENBERG

A PROFESSIONAL CORPORATION
• LAW OFFICES •

700 BROADWAY • NEW YORK, NY 10003
TEL. 212-558-5500   FAX  212-344-5461
WWW.WEITZLUX.COM

August 19, 2019

**VIA EMAIL**
Hon. Vince Chhabria
United States District Court
Northern District of California

    **RE**: *Paul Galvan v. Monsanto Co.*, MDL 2741
        In re Monsanto's Roundup Product Liability Litigation

Dear Hon. Vince Chhabria:

    Plaintiff Paul Galvan, deceased, and Monsanto submit this joint letter brief to respectfully request moving Mr. Galvan's action from the Wave I group of cases.

    Mr. Galvan died in February of last year.  The family is still working through estate issues.  For example, his surviving mother, who is 99 years old, lives in Mexico and is too elderly to handle these matters.  His sister is taking the necessary steps to become the administrator of the estate, but this is taking time.  What is more, the family's emotional state requires that they have more time to address the numerous issues facing them. The family simply is not able to participate in the Court proceedings as required by the trial work-up protocol governing Wave I cases.  Accordingly, the Parties agree that Mr. Galvan's case should be removed from Wave I to allow the issues above to be resolved and jointly request that the Court move Mr. Galvan's case out of the Wave I group of plaintiffs.

                Respectfully Submitted,

                _____
                Robin Greenwald
                Counsel for Plaintiff

/s/ Brian L. Stekloff
Brian L. Stekloff
Wilkinson Walsh Eskovitz
2001 M Street, NW
Washington, DC 20036

Counsel for Defendant Monsanto Company