| | |
|---|---|
| 1 | Curtis G. Hoke, Esq. |
| 2 | **THE MILLER FIRM LLC**<br>108 Railroad Avenue |
| 3 | Orange, VA 22960<br>Tel: (540) 672-4224 |
| 4 | Fax: (540) 672-3055<br>choke@millerfirmllc.com |
| 5 | *Attorney for Plaintiffs* |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. |
| This document relates to: | |
| THOMAS LAGUIDICE AND CAROL LAGUIDICE, | **SHORT FORM COMPLAINT** |
| Plaintiff, | |
| v. | |
| MONSANTO COMPANY, | |
| Defendant. | |

Pursuant to Pretrial Order (PTO) No. 149, in which the parties were ordered to sever the plaintiffs in the case captioned *Fredrick Smith, et al. v. Monsanto Company*, originally filed in the Circuit Court of the City of St. Louis State of Missouri, into individual short form complaints for pre-trial work up purposes, Plaintiff Frank Tanner provides the following allegations required by the Court in PTO No. 155:

1. This case is brought on behalf of Plaintiffs Thomas Laguidice and Carol Laguidice.

2. This case is brought against Defendant Monsanto Company (Monsanto).

3. Plaintiffs first filed his case against Monsanto in the United States Circuit Court of the Eastern District of Missouri.

4. Plaintiffs incorporates by reference, as if fully alleged herein, the allegations contained in *Fredrick Smith, et al. v. Monsanto Company*, Case No. 5:16-cv-00726-PA-KK, other than the 13 and 111-121.

5. Plaintiffs resided in Staten Island, New York at the time of filing the original complaint against Monsanto.

6. Plaintiffs currently reside in Staten Island, New York.

7. Plaintiffs resided in Staten Island, New York at the time of Thomas Laguidice's diagnosis of Non-Hodgkin Lymphoma (NHL).

8. Plaintiff Thomas Laguidice received medical treatment for his NHL in New York.

9. Jurisdiction is proper based on diversity under 28 U.S.C. § 1332 because Plaintiffs are citizens of New York, a different state than the Defendant's states of citizenship, and the aggregate amount in controversy exceeds $75,000, exclusive of interest and costs.

10. Plaintiff Thomas Laguidice alleges injury from his exposure to Defendant's Roundup products.

11. Plaintiff was exposed to Monsanto's Roundup products from in or around 1980. From approximately July 1982 to 2015, Mr. Laguidice sprayed Roundup® once per week during the summer months on his property to control weeds.

12. Plaintiff Thomas Laguidice used Monsanto's Roundup® products in New York.

13. Plaintiff Thomas Laguidice was first diagnosed with Non-Hodgkin's Lymphoma in 2015.

14. At all relevant times Carol Laguidice was the spouse of Thomas Laguidice and brings a loss of consortium claim

15. Plaintiffs bring claims against Monsanto under the following theories of liability:

Strict Liability (Design Defect); Strict Liability (Failure to Warn); Negligence; Breach of Express Warranty; Breach of Implied Warranties.

Dated:  August 16, 2019                    **THE MILLER FIRM LLC**

By:  */s/ Curtis G. Hoke*
Curtis G. Hoke
108 Railroad Ave.
Orange, VA
Tel: (540) 672-4224
Fax:  (540) 672-3055
choke@millerfirmllc.com

# CERTIFICATE OF SERVICE

I, Curtis Hoke, hereby certify that, on August 16, 2019, I electronically filed the foregoing with the Clerk for the United States District Court, Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

                                                     */s/ Curtis G. Hoke*