Aimee Wagstaff, Esq. (SBN 278480)
David Wool, Esq. (SBN 324124)
Andrus Wagstaff, PC
7171 West Alaska Drive
Lakewood, CO 80226
Phone: (303) 376-6360
Fax:    (303) 376-6361
aimee.wagstaff@andruswagstaff.com
david.wool@andruswagstaff.com

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:19-cv-5142 |
| | **SHORT FORM COMPLAINT** |
| This document relates to: | |
| MARCIA LARSON, | |
| Plaintiff, | |
| v. | |
| MONSANTO COMPANY, | |
| Defendant. | |

## SHORT FORM COMPLAINT

Pursuant to Pretrial Order (PTO) No. 149, in which the parties were ordered to sever the plaintiffs in the case captioned *Brenda Acosta, et al v. Monsanto Company,* originally filed in the Missouri Circuit Court, Twenty-First Judicial Circuit, St. Louis County, into individual short form complaints for pre-trial work purposes, Plaintiff Marcia Larson provides the following allegations required by the Court in PTO No. 155:

1. This case is brought on behalf of Plaintiff Marcia Larson.

2. This case is brought against Defendant Monsanto Company (Monsanto).

SHORT FORM COMPLAINT - 1

3. Plaintiff first filed her case against Monsanto in the Missouri Circuit Court, Twenty-First Judicial Circuit, St. Louis County and said case was removed to the United States District Court for the Eastern District of Missouri prior to being transferred to MDL No. 2741.

4. Plaintiff incorporates by reference, as if fully alleged herein, the allegations contained in *Brenda Acosta, et al v. Monsanto Company,* Case No. 18SL-CC00893.

5. Plaintiff resided in Zillah, Washington at the time of filing the original complaint.

6. Plaintiff currently resides in Zillah, Washington.

7. Plaintiff resided in Ellensburg, Washington at the time of his/her diagnosis of Non-Hodgkin Lymphoma (NHL).

8. Plaintiff received medical treatment for her NHL in Washington.

9. Venue over this case properly lies in the United States District Court for the Eastern District of Missouri.

10. Jurisdiction is proper based on diversity under 28 U.S.C. § 1332 because Plaintiff is a citizen of Washington, a different state than the Defendant's states of citizenship, and the aggregate amount in controversy exceeds $75,000.00, exclusive of interests and costs.

11. Plaintiff alleges injury from her exposure to Defendant's Roundup® products.

12. Plaintiff was exposed to Roundup® products from 1991-2017.

13. Plaintiff used Monsanto's Roundup® products at each of the following locations: Yakima, Selah, Ellensburg, and Zillah, Washington.

14. Plaintiff was first diagnosed with Follicular Non-Hodgkin's Lymphoma in August, 2009.

15. Plaintiff brings claims against Monsanto under the following theories of liability:

Strict Liability (Design Defect); Strict Liability (Failure to Warn); and Negligence.

Dated: 8/19/2019                    **ANDRUS WAGSTAFF, PC**

                                    By: */s/ Aimee Wagstaff*

                                    Aimee Wagstaff, Esq. (SBN 278480)
                                    David Wool, Esq. (SBN 324124)
                                    7171 West Alaska Drive
                                    Lakewood, CO 80226
                                    Phone: (303) 376-6360
                                    Fax:    (303) 376-6361
                                    aimee.wagstaff@andruswagstaff.com
                                    david.wool@andruswagstaff.com

### CERTIFICATE OF SERVICE

I hereby certify that on August 19, 2019, I electronically transmitted the attached documents to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all parties of record.

                                    */s/ Aimee Wagstaff*