Thomas V. Ayala, Esquire
**Grant & Eisenhofer, P.A.**
123 Justison Street
Wilmington, DE 19801
Tel: 302-622-7000
Fax: 302-622-7100
tayala@gelaw.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No.: 4:19-cv-00989 |
| THIS DOCUMENT RELATES TO: | |
| HUGH C. BROWN | **SHORT FORM COMPLAINT** |
| Plaintiff, | |
| v. | |
| MONSANTO COMPANY | |
| Defendants. | |

# SHORT FORM COMPLAINT

Pursuant to Pretrial Order (PTO) No. 149, in which the parties were ordered to sever the plaintiffs in the case captioned Harley Bradley, et al. v. Monsanto Company, originally filed in the United States District Court for the Eastern District of Missouri, into individual short form complaints for pre-trial work up purposes, Plaintiff Hugh C. Brown provides the following allegations required by the Court in PTO No. 155:

1. This case is brought on behalf of Plaintiff Hugh C. Brown.

2. This case is brought against Defendant Monsanto Company (Monsanto).

3. Plaintiff first filed his case against Monsanto in the United States District Court for the Eastern district of Missouri.

4. Plaintiff incorporates by reference, as if fully alleged herein, the allegations contained in Harley R. Bradley and Betty Bradley (h/w), Hugh C. Brown, Melanie L. Clawson-Roberts and John E. Roberts (h/w), Mark Clinker and B. Gayle Clinker (h/w), Mitchell B. Cooper and Adrien Lavoie (h/h), Mike R. Frost, Kenneth W. Johnson and Christina Johnson (h/w), Randy E. May and Deanna May (h/w), James S. Olsen and Robin Olsen (h/w), Lillian J. Radanovich and Behalf Of The Estate Of Daniel Radanovich, Barbara Sipich and David Sipich (h/w), Ronald W. Steen and Joan Steen (h/w), Carl B. Tanner And Lillian J. Tanner (h/w), And Glenn Yetter And Nicole Yetter (h/w), Larry E. Domina, Frank Pollard, Robert L. Dickey and Royce Janzen v. Monsanto Company, U.S. Dist. Ct. Eastern District of Missouri Case No. 4:19-cv-00989 other than the paragraphs 12 and 89-97.

5. Plaintiff resided in Creek County, Oklahoma at the time of filing the original complaint against Monsanto.

6. Plaintiff currently reside in Creek County, Oklahoma.

7. Plaintiff resided in Creek County, Oklahoma at the time of his diagnosis of Non-Hodgkin's Lymphoma in April 2016.

8. Plaintiff received medical treatment for his NHL in Oklahoma.

9. Jurisdiction is proper based on diversity under 28 U.S.C. § 1332 because Plaintiff is a citizen of Oklahoma, a different state than the Defendant's states of citizenship, and the aggregate amount in controversy exceeds $75,000, exclusive of interest and costs.

10. Plaintiff alleges injury from his exposure to Defendant's Roundup® products, including but not limited to Roundup® concentrate herbicide sold under several marketing names by Monsanto from about 1995 until 2013 and handled Roundup with back pack and hand held sprayers.

11. Plaintiff was exposed to Monsanto's Roundup® products from in or around 1995 through 2013 home and domestic use in Oklahoma. He purchased, mixed, delivered, applied, and cleaned up Roundup® on his residential property for grass and weed control.

12. Plaintiff brings claims against Monsanto under the following theories of liability: Strict Products Liability (Design Defect); Strict Products Liability (Failure to Warn); Negligence; Breach of Warranty; and Fraudulent Misrepresentation. .

Dated: August 19, 2019

By: /s/ Thomas V. Ayala
Thomas V. Ayala, Esquire
**Grant & Eisenhofer, P.A.**
123 Justison Street
Wilmington, DE 19801
Tel: 302-622-7000
Fax: 302-622-7100
tayala@gelaw.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I, Thomas V. Ayala, hereby certify that, on August 19, 2019, I electronically filed the foregoing with the Clerk of the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

/s/ Thomas V. Ayala