Aimee Wagstaff, Esq. (SBN 278480)
David Wool, Esq. (SBN 324124)
Andrus Wagstaff, PC
7171 West Alaska Drive
Lakewood, CO 80226
Phone: (303) 376-6360
Fax:    (303) 376-6361
aimee.wagstaff@andruswagstaff.com
david.wool@andruswagstaff.com

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:  ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:19-cv-5152 |
| | **SHORT FORM COMPLAINT** |
| This document relates to: | |
| MICHAEL MASON, | |
|         Plaintiff, | |
| v. | |
| MONSANTO COMPANY, | |
|         Defendant. | |

## SHORT FORM COMPLAINT

Pursuant to Pretrial Order (PTO) No. 149, in which the parties were ordered to sever the plaintiffs in the case captioned *Brenda Acosta, et al v. Monsanto Company,* originally filed in the Missouri Circuit Court, Twenty-First Judicial Circuit, St. Louis County, into individual short form complaints for pre-trial work purposes, Plaintiff Michael Mason provides the following allegations required by the Court in PTO No. 155:

1. This case is brought on behalf of Plaintiff Michael Mason.

2. This case is brought against Defendant Monsanto Company (Monsanto).

SHORT FORM COMPLAINT - 1

3. Plaintiff first filed his case against Monsanto in the Missouri Circuit Court, Twenty-First Judicial Circuit, St. Louis County and said case was removed to the United States District Court for the Eastern District of Missouri prior to being transferred to MDL No. 2741.

4. Plaintiff incorporates by reference, as if fully alleged herein, the allegations contained in *Brenda Acosta, et al v. Monsanto Company,* Case No. 18SL-CC00893.

5. Plaintiff resided in Randleman, North Carolina at the time of filing the original complaint.

6. Plaintiff currently resides in Randleman, North Carolina.

7. Plaintiff resided in Randleman, North Carolina at the time of his/her diagnosis of Non-Hodgkin Lymphoma (NHL).

8. Plaintiff received medical treatment for his NHL in North Carolina.

9. Venue over this case properly lies in the United States District Court for the Eastern District of Missouri.

10. Jurisdiction is proper based on diversity under 28 U.S.C. § 1332 because Plaintiff is a citizen of North Carolina, a different state than the Defendant's states of citizenship, and the aggregate amount in controversy exceeds $75,000.00, exclusive of interests and costs.

11. Plaintiff alleges injury from his exposure to Defendant's Roundup® products.

12. Plaintiff was exposed to Roundup® products from 1977 - 2017.

13. Plaintiff used Monsanto's Roundup® products at each of the following locations: Tulare, California as well as Curtisville and Randleman, North Carolina.

SHORT FORM COMPLAINT - 2

14. Plaintiff was first diagnosed with Diffuse Large B-cell non-Hodgkin's Lymphoma in November, 2011.

15. Plaintiff brings claims against Monsanto under the following theories of liability: Strict Liability (Design Defect); Strict Liability (Failure to Warn); and Negligence.

Dated:  8/19/2019             **ANDRUS WAGSTAFF, PC**

                                           By:  */s/ Aimee Wagstaff*

                                           Aimee Wagstaff, Esq. (SBN 278480)
                                           David Wool, Esq. (SBN 324124)
                                           7171 West Alaska Drive
                                           Lakewood, CO 80226
                                           Phone: (303) 376-6360
                                           Fax:    (303) 376-6361
                                           aimee.wagstaff@andruswagstaff.com
                                           david.wool@andruswagstaff.com

## CERTIFICATE OF SERVICE

     I hereby certify that on August 19, 2019, I electronically transmitted the attached documents to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all parties of record.

                                           */s/ Aimee Wagstaff*