Thomas V. Ayala, Esquire
**Grant & Eisenhofer, P.A.**
123 Justison Street
Wilmington, DE 19801
Tel: 302-622-7000
Fax: 302-622-7100
tayala@gelaw.com

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No.: |
| THIS DOCUMENT RELATES TO: | |
| GLENN YETTER and NICOLE YETTER, (h/w) | **SHORT FORM COMPLAINT** |
| Plaintiffs, | |
| v. | |
| MONSANTO COMPANY | |
| Defendants. | |

## **SHORT FORM COMPLAINT**

Pursuant to Pretrial Order (PTO) No. 149, in which the parties were ordered to sever the plaintiffs in the case captioned Harley Bradley, et al. v. Monsanto Company, originally filed in the United States District Court for the Eastern District of Missouri, into individual short form complaints for pre-trial work up purposes, Plaintiffs Glenn Yetter and Nicole Yetter, (h/w) provide the following allegations required by the Court in PTO No. 155:

1. This case is brought on behalf of Plaintiff Glenn Yetter and Nicole Yetter.

2. This case is brought against Defendant Monsanto Company (Monsanto).

3. Plaintiffs first filed their case against Monsanto in the United States District Court for the Eastern District of Missouri.

4. Plaintiffs incorporate by reference, as if fully alleged herein, the allegations contained in Harley R. Bradley and Betty Bradley (h/w), Lena G. Bradshaw And Robert E. Bradshaw (h/w), Hugh C. Brown, Melanie L. Clawson-Roberts and John E. Roberts (h/w), Mark Clinker and B. Gayle Clinker (h/w), Mitchell B. Cooper and Adrien Lavoie (h/h), Mike R. Frost, Kenneth W. Johnson and Christina Johnson (h/w), Randy E. May and Deanna May (h/w), James S. Olsen and Robin Olsen (h/w), Lillian J. Radanovich and Behalf Of The Estate Of Daniel Radanovich, Glenn Yetter and Nicole Yetter (h/w), Ronald W. Steen and Joan Steen (h/w), Carl B. Tanner And Lillian J. Tanner (h/w), And Glenn Yetter And Nicole Yetter (h/w), Larry E. Domina, Frank Pollard, Robert L. Dickey and Royce Janzen v. Monsanto Company, U.S. Dist. Ct. Eastern District of Missouri Case No. 4:19-cv-00989 other than the paragraphs 24 and 198-206.

5. Plaintiff resided in Montgomery County, Pennsylvania at the time of filing the original complaint against Monsanto.

6. Plaintiff currently resides in Montgomery County, Pennsylvania.

7. Plaintiff resided in Montgomery County, Pennsylvania at the time of his diagnosis of Hairy Cell Leukemia/Non-Hodgkin's lymphoma.

8. Plaintiff was diagnosed with NHL in or around August of 2018. He was diagnosed with Hairy Cell Lukemia/Non-Hodgkin's lymphoma.

9. Plaintiff received medical treatment for his NHL in Pennsylvania.

10. Jurisdiction is proper based on diversity under 28 U.S.C. § 1332 because Plaintiff is a citizen of Pennsylvania, a different state than the Defendant's states of citizenship, and the aggregate amount in controversy exceeds $75,000, exclusive of interest and costs.

11.     Plaintiff alleges injury from his exposure to Defendant's Roundup® products, including but not limited to Roundup® concentrate herbicide sold under several marketing names by Monsanto from about 2002 until 2014 and handled Roundup with hand held sprayers.

12.     Plaintiff was exposed to Monsanto's Roundup® products from in or around 2002 through 2014 around his residential property in Pennsylvania.  He  purchased, mixed, delivered, applied, and cleaned up Roundup® on his residential property for grass and weed control.

13.     Plaintiff brings claims against Monsanto under the following theories of liability: Strict Liability (Design Defect); Strict Liability (Failure to Warn); Negligence; Breach of Express Warranty; Breach of Implied Warranty of Merchantability.

Dated:  August 19, 2019

By: /s/ Thomas V. Ayala
Thomas V. Ayala, Esquire
**Grant & Eisenhofer, P.A.**
123 Justison Street
Wilmington, DE 19801
Tel: 302-622-7000
Fax: 302-622-7100
tayala@gelaw.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I, Thomas V. Ayala, hereby certify that, on August 19, 2019, I electronically filed the foregoing with the Clerk of the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

/s/ Thomas V. Ayala