Curtis G. Hoke, Esq.
**THE MILLER FIRM LLC**
108 Railroad Avenue
Orange, VA 22960
Tel: (540) 672-4224
Fax: (540) 672-3055
choke@millerfirmllc.com

*Attorney for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>RHONDA POWELL AND JASON POWELL,<br><br>    Plaintiff,<br><br>v.<br><br>MONSANTO COMPANY,<br><br>    Defendant. | MDL No. 2741<br><br>Case No.<br><br>**SHORT FORM COMPLAINT** |

Pursuant to Pretrial Order (PTO) No. 149, in which the parties were ordered to sever the plaintiffs in the case captioned *Fredrick Smith, et al. v. Monsanto Company*, originally filed in the Circuit Court of the City of St. Louis State of Missouri, into individual short form complaints for pre-trial work up purposes, Plaintiff Frank Tanner provides the following allegations required by the Court in PTO No. 155:

1. This case is brought on behalf of Plaintiffs Rhonda Powell and Jason Powell.

2. This case is brought against Defendant Monsanto Company (Monsanto).

3. Plaintiffs first filed his case against Monsanto in the United States Circuit Court of the Eastern District of Missouri.

4. Plaintiffs incorporates by reference, as if fully alleged herein, the allegations contained in *Fredrick Smith, et al. v. Monsanto Company*, Case No. 5:16-cv-00726-PA-KK, other than the 13 and 111-121.

5. Plaintiffs resided in Somerville, Ohio at the time of filing the original complaint against Monsanto.

6. Plaintiffs currently reside in Somerville, Ohio.

7. Plaintiffs resided in Somerville, Ohio at the time of Rhonda Powell's diagnosis of Non-Hodgkin Lymphoma (NHL).

8. Plaintiff Rhonda Powell received medical treatment for her NHL in Ohio.

9. Jurisdiction is proper based on diversity under 28 U.S.C. § 1332 because Plaintiffs are citizens of Ohio, a different state than the Defendant's states of citizenship, and the aggregate amount in controversy exceeds $75,000, exclusive of interest and costs.

10. Plaintiff Rhonda Powell alleges injury from her exposure to Defendant's Roundup products.

11. Plaintiff was exposed to Monsanto's Roundup products from in or around July 2004. From approximately 2004 to 2016, Ms. Powell sprayed Roundup® monthly to control weeds and poison ivy on her property.

12. Plaintiff Rhonda Powell used Monsanto's Roundup® products in Ohio.

13. Plaintiff Rhonda Powell was first diagnosed with Non-Hodgkin's Lymphoma in December of 2015.

14. At all relevant times Jason Powell was the spouse of Rhonda Powell and brings a loss of consortium claim

15. Plaintiffs bring claims against Monsanto under the following theories of liability:

Strict Liability (Design Defect); Strict Liability (Failure to Warn); Negligence; Breach of Express Warranty; Breach of Implied Warranties.

Dated:  August 16, 2019                                  **THE MILLER FIRM LLC**

By:  */s/ Curtis G. Hoke*
Curtis G. Hoke
108 Railroad Ave.
Orange, VA
Tel: (540) 672-4224
Fax:  (540) 672-3055
choke@millerfirmllc.com

3
SHORT FORM COMPLAINT

## CERTIFICATE OF SERVICE

I, Curtis Hoke, hereby certify that, on August 16, 2019, I electronically filed the foregoing with the Clerk for the United States District Court, Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

*/s/ Curtis G. Hoke*