UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Billy Worth, et al. v. Monsanto Company*<br>Case No. 3:18-cv-02906-VC | MDL No. 2741<br><br>Case No. 3:16-md-2741-VC<br><br>**STIPULATION FOR FILING FIRST AMENDED COMPLAINT AND ~~PROPOSED~~ ORDER AS MODIFIED** |

WHEREAS Plaintiffs Billy Worth and Alicia Worth commenced a lawsuit against Monsanto Company in the Iowa District Court in and for Chickasaw County on January 15, 2018, which was removed to the United States District Court for the Northern District of Iowa, Eastern Division, on April 27, 2018, and subsequently transferred to this Court on May 17, 2018 pursuant to 28 U.S.C. § 1407;

WHEREAS Plaintiff Billy Worth died on January 27, 2018;

WHEREAS Plaintiff's spouse, Alicia Worth, seeks to amend the original Complaint to include a survival action and a claim for wrongful death, and amend the parties named in the caption;

IT IS THEREFORE HEREBY STIPULATED AND AGREED, by and between the parties hereto through their respective attorneys of record, that Plaintiff Alicia Worth may, pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, file an Amended Complaint in the form of the *First Amended Complaint and Demand for Jury Trial* attached hereto as Exhibit A.

IT IS FURTHER STIPULATED AND AGREED that by not opposing the filing of Plaintiffs' *First Amended Complaint and Demand for Jury Trial*, Defendant Monsanto does not waive, and reserves, the right to assert any and all arguments and defenses in response to the *First*

*Amended Complaint* including, but not limited to, arguments that the amendment was untimely or otherwise not permitted by applicable law.

                    Respectfully submitted,

Dated: June 11, 2019          MESHBESHER & SPENCE, LTD.

                    By: /s/ Anthony J. Nemo
                    Attorney for Plaintiffs

Dated: June 11, 2019          HOLLINGSWORTH LLP

                    By: /s/ Martin C. Calhoun
                    Attorney for Defendant

## ORDER AS MODIFIED

Based upon the written stipulation of the parties, and good cause appearing in support thereof, Plaintiffs may file a first amended complaint in the form of the First Amended Complaint and Demand for Jury Trial attached to the Stipulation and Proposed order as Exhibit A. The Amended Complaint is to be filed on the docket within 7 days of the date of this order.

**IT IS SO ORDERED**

Dated: August 19, 2019

_____
UNITED STATES DISTRICT JUDGE