# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS LIABILITY
LITIGATION                                              MDL No. 2741

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO −146)**

On October 3, 2016, the Panel transferred 19 civil action(s) to the United States District Court for the Northern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 214 F.Supp.3d 1346 (J.P.M.L. 2016). Since that time, 1,399 additional action(s) have been transferred to the Northern District of California. With the consent of that court, all such actions have been assigned to the Honorable Vince Chhabria.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of California and assigned to Judge Chhabria.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Northern District of California for the reasons stated in the order of October 3, 2016, and, with the consent of that court, assigned to the Honorable Vince Chhabria.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of California. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Aug 15, 2019

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

John W. Nichols
Clerk of the Panel

| | | | |
|---|---|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | | | MDL No. 2741 |

### SCHEDULE CTO−146 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|

**ALABAMA MIDDLE**

| | | | |
|---|---|---|---|
| ALM | 1 | 19−00451 | Shirah v. Monsanto Company |

**ALABAMA NORTHERN**

| | | | |
|---|---|---|---|
| ALN | 2 | 19−00977 | Scruggs v. Monsanto Company |
| ALN | 2 | 19−00982 | McCall v. Monsanto Company |
| ALN | 3 | 19−00980 | Metcalf v. Monsanto Company |
| ALN | 4 | 19−00976 | Benton v. Monsanto Company |
| ALN | 7 | 19−00974 | Brasfield v. Monsanto Company |

**ARIZONA**

| | | | |
|---|---|---|---|
| AZ | 3 | 19−08228 | Fennell v. Monsanto Company |

**CALIFORNIA CENTRAL**

| | | | |
|---|---|---|---|
| CAC | 2 | 19−06241 | Cindy Weathers et al v. Monsanto Company |

**FLORIDA MIDDLE**

| | | | |
|---|---|---|---|
| FLM | 3 | 19−00635 | Gazaleh et al v. Monsanto Company |

**FLORIDA SOUTHERN**

| | | | |
|---|---|---|---|
| FLS | 0 | 19−61959 | Casale v. Monsanto Company |

**GEORGIA NORTHERN**

| | | | |
|---|---|---|---|
| GAN | 1 | 19−03183 | Crawford v. Monsanto Company |
| GAN | 1 | 19−03301 | Abbott et al v. Monsanto Company |
| GAN | 1 | 19−03302 | Beacham et al v. Monsanto Company |
| GAN | 1 | 19−03304 | Golden et al v. Monsanto Company |
| GAN | 1 | 19−03305 | Puha et al v. Monsanto Company |

**IOWA NORTHERN**

| | | | |
|---|---|---|---|
| IAN | 1 | 19−00075 | Breitbach v. Monsanto Company, Inc |
| IAN | 5 | 19−04034 | Kluver v. Monsanto Company |
| IAN | 6 | 19−02047 | Horton v. Monsanto Company |

KANSAS

| | | | |
|---|---|---|---|
| KS | 2 | 19−02302 | Long v. Monsanto Company |

KENTUCKY EASTERN

| | | | |
|---|---|---|---|
| KYE | 5 | 19−00305 | Ring et al v. Monsanto Company |

KENTUCKY WESTERN

| | | | |
|---|---|---|---|
| KYW | 3 | 19−00500 | Spaulding v. Monsanto Company |

LOUISIANA WESTERN

| | | | |
|---|---|---|---|
| LAW | 5 | 19−00785 | Myers v. Monsanto Co |
| LAW | 6 | 19−00684 | Bihm et al v. Monsanto Co |

MISSOURI EASTERN

| | | | |
|---|---|---|---|
| MOE | 4 | 19−01926 | Gutierrez et al v. Monsanto Company |
| MOE | 4 | 19−02041 | Neff v. Monsanto Company et al |
| MOE | 4 | 19−02061 | Aversa et al v. Monsanto Company |
| MOE | 4 | 19−02062 | Brogan v. Monsanto Company |
| MOE | 4 | 19−02067 | Brown et al v. Monsanto Company |
| MOE | 4 | 19−02069 | Case v. Monsanto Company |
| MOE | 4 | 19−02075 | D'Heur v. Monsanto Company |
| MOE | 4 | 19−02080 | Hines et al v. Monsanto Company |
| MOE | 4 | 19−02118 | Westrich et al v. Monsanto Company |
| MOE | 4 | 19−02119 | Hitchens v. Monsanto Company |
| MOE | 4 | 19−02120 | Huang et al v. Monsanto Company |
| MOE | 4 | 19−02121 | Mitchell et al v. Monsanto Company |
| MOE | 4 | 19−02123 | Sterner v. Monsanto Company |
| MOE | 4 | 19−02127 | Osborne v. Monsanto Company |
| MOE | 4 | 19−02128 | Price et al v. Monsanto Company |
| MOE | 4 | 19−02129 | Solis et al v. Monsanto Company |
| MOE | 4 | 19−02130 | Thomas et al v. Monsanto Company |
| MOE | 4 | 19−02131 | Young et al v. Monsanto Company |
| MOE | 4 | 19−02141 | Clark v. Monsanto Company |

NEW MEXICO

| | | | |
|---|---|---|---|
| NM | 1 | 19−00697 | Hedges v. Monsanto Company et al |

NEW YORK EASTERN

| | | | |
|---|---|---|---|
| NYE | 1 | 19−04313 | Yafreisi et al v. Monsanto Company |

| | | | |
|---|---|---|---|
| NYE | 2 | 19−04033 | Myers et al v. Monsanto Corporation |

OHIO NORTHERN

| | | | |
|---|---|---|---|
| OHN | 3 | 19−01025 | Rowland et al v. Monsanto Company |
| OHN | 5 | 19−01689 | Ulrich v. Monsanto Company |

SOUTH CAROLINA

| | | | |
|---|---|---|---|
| SC | 2 | 19−02014 | Wapner v. Monsanto Company |
| SC | 2 | 19−02027 | Tinnell v. Monsanto Company |
| SC | 8 | 19−02030 | Davis v. Monsanto Company |

WASHINGTON WESTERN

| | | | |
|---|---|---|---|
| WAW | 3 | 19−05523 | DeRooy v. Monsanto Company |