1
2
3
4

Curtis G. Hoke, Esq.
**THE MILLER FIRM LLC**
108 Railroad Avenue
Orange, VA 22960
Tel: (540) 672-4224
Fax: (540) 672-3055
choke@millerfirmllc.com

5

*Attorney for Plaintiffs*

6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

9
10

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION

MDL No. 2741

Case No.

11
12
13

This document relates to:

DAVE STEPHENS AND BARBARA STEPHENS,

**SHORT FORM COMPLAINT**

14

  Plaintiff,

15

v.

16
17

MONSANTO COMPANY,

18

  Defendant.

19
20
21
22
23
24

  Pursuant to Pretrial Order (PTO) No. 149, in which the parties were ordered to sever the plaintiffs in the case captioned *Fredrick Smith, et al. v. Monsanto Company*, originally filed in the Circuit Court of the City of St. Louis State of Missouri, into individual short form complaints for pre-trial work up purposes, Plaintiff Frank Tanner provides the following allegations required by the Court in PTO No. 155:

25
26

  1.  This case is brought on behalf of Plaintiffs Dave Stephens and Barbara Stephens.

27

  2.  This case is brought against Defendant Monsanto Company (Monsanto).

28

1
SHORT FORM COMPLAINT

3. Plaintiffs first filed his case against Monsanto in the United States Circuit Court of the Eastern District of Missouri.

4. Plaintiffs incorporates by reference, as if fully alleged herein, the allegations contained in *Fredrick Smith, et al. v. Monsanto Company*, Case No. 5:16-cv-00726-PA-KK, other than the 13 and 111-121.

5. Plaintiffs resided in Atmore, Alabama at the time of filing the original complaint against Monsanto.

6. Plaintiffs currently reside in Atmore, Alabama.

7. Plaintiffs resided in Atmore, Alabama at the time of Dave Stephens's diagnosis of Non-Hodgkin Lymphoma (NHL).

8. Plaintiff Dave Stephens received medical treatment for his NHL in Alabama and Tennessee.

9. Jurisdiction is proper based on diversity under 28 U.S.C. § 1332 because Plaintiffs are citizens of Alabama, a different state than the Defendant's states of citizenship, and the aggregate amount in controversy exceeds $75,000, exclusive of interest and costs.

10. Plaintiff Dave Stephens alleges injury from his exposure to Defendant's Roundup products.

11. Plaintiff was exposed to Monsanto's Roundup products from in or around 1979. From approximately 1979 to 2014, Mr. Stephens sprayed Roundup® monthly from spring to winter to control weeds on his property.

12. Plaintiff Dave Stephens used Monsanto's Roundup® products in Idaho, south Carolina, Alabama and California.

13. Plaintiff Dave Stephens was first diagnosed with Non-Hodgkin's Lymphoma in December of 2014.

14. At all relevant times Barbara Stephens was the spouse of Dave Stephens and brings

a loss of consortium claim

15. Plaintiffs bring claims against Monsanto under the following theories of liability: Strict Liability (Design Defect); Strict Liability (Failure to Warn); Negligence; Breach of Express Warranty; Breach of Implied Warranties.

Dated:  August 16, 2019      **THE MILLER FIRM LLC**

By:  */s/ Curtis G. Hoke*
Curtis G. Hoke
108 Railroad Ave.
Orange, VA
Tel: (540) 672-4224
Fax: (540) 672-3055
choke@millerfirmllc.com

## CERTIFICATE OF SERVICE

I, Curtis Hoke, hereby certify that, on August 16, 2019, I electronically filed the foregoing with the Clerk for the United States District Court, Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

*/s/ Curtis G. Hoke*