# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IN RE: ROUND UP PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL No. 2741<br><br>Case No. 16-md-02741-VC |

**This Document Relates to:**

*Pettway v. Monsanto - CAND 3:19-cv-02107-VC*

## NOTICE AND SUGGESTION OF DEATH

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, hereby informs the Honorable Court of the death of Plaintiff, Hardy Pettway. Counsel respectfully informs this Court that a Motion to Substitute Party Plaintiff will be filed by Elizabeth H. Pettway, who will, upon information and belief, be appointed as the Administratrix for the Estate of Hardy Pettway.

DATED: May 21, 2019

                                                Respectfully Submitted,

                                                /s/ Joel L. DiLorenzo
                                                Joel L. DiLorenzo (AL # 7575-J64D)
                                                Attorney for Plaintiff
                                                The DiLorenzo Law Firm, LLC
                                                505 20th Street North, Suite 1275
                                                Birmingham, Alabama 35203
                                                Telephone: 205-212-9988
                                                Email: joel@dilorenzo-law.com

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing NOTICE AND SUGGESTION OF DEATH has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2), via MDL Centrality, which will send notice of electronic filing in accordance with the procedures established in MDL 2741.

This the 21st day of May, 2019

/s/ Joel L. DiLorenzo