# ALABAMA
## Center for Health Statistics
### ALABAMA CERTIFICATE OF DEATH

State File Number: 101  2019-07699

1. **DECEASED LEGAL NAME:** Hardy Young Pettway
2. **DATE AND TIME OF DEATH:** Feb 21, 2019  0949
3. **ALIAS NAME (IF ANY):** None Given
4. **DATE AND TIME PRONOUNCED DEAD:**
5. **COUNTY OF DEATH:** Jefferson
6. **CITY, TOWN OR LOCATION OF DEATH AND ZIP CODE:** Birmingham, 35211
7. **PLACE OF DEATH:** Princeton Baptist Medical Center
8. **SEX:** Male
9. **LAST NAME PRIOR TO FIRST MARRIAGE:**
10. **SERVED IN ARMED FORCES:** No
11. **AGE:** 74
12. **DATE OF BIRTH:** Apr 26, 1944
13. **BIRTHPLACE (State or Foreign Country):** Alabama
14. **SOCIAL SECURITY NUMBER:** 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
15. **MARITAL STATUS:** Married
16. **SURVIVING SPOUSE NAME PRIOR TO FIRST MARRIAGE:** Elizabeth Hall
17. **RESIDENCE STATE:** Alabama
18. **RESIDENCE COUNTY:** Jefferson
19. **CITY, TOWN OR LOCATION AND ZIP CODE:** Midfield, 35228
20. **STREET ADDRESS:** 1544 Delton Place
21. **INFORMANT NAME, RELATIONSHIP AND ADDRESS:** Elizabeth Hall Pettway, Wife, 1544 Delton Place, Midfield, AL 35228
22. **FATHER/PARENT NAME PRIOR TO FIRST MARRIAGE:** Louish Young Sr
23. **MOTHER/PARENT NAME PRIOR TO FIRST MARRIAGE:** Annie Mae Pettway
24. **DISPOSITION OF BODY:** Burial
25. **CEMETERY OR CREMATORY:** Oak Grove Cemetery
26. **LOCATION:** Alberta, Alabama
27. **DATE OF DISPOSITION:** Mar 2, 2019
28. **FUNERAL DIRECTOR:** Ricky Powell
29. **LICENSE NUMBER:**
30. **DATE SIGNED:** Mar 4, 2019
31. **FUNERAL HOME NAME AND ADDRESS:** Christian Memorial Funeral Home, P O Box 759, Camden, AL 36726

**MEDICAL CERTIFICATION:** Certifying Physician

34. **NAME:** Allison Rogers MD
35. **LICENSE NUMBER:** 35613
36. **DATE SIGNED:** Feb 28, 2019
37. **ADDRESS OF PERSON WHO COMPLETED CAUSE OF DEATH:** 701 Princeton Avenue, S.W., Birmingham, Alabama 35211
38. **REGISTRAR:** Nicole Henderson Rushing
39. **DATE FILED:** Mar 4, 2019

### CAUSE OF DEATH

40. **PART I. DISEASES, INJURIES OR COMPLICATIONS THAT CAUSED DEATH**

| | | INTERVAL |
|---|---|---|
| IMMEDIATE CAUSE | A. multiorgan failure | days |
| UNDERLYING CAUSE | B. peripheral T-cell lymphoma | weeks |
| | C. | |
| | D. | |

41. **PART II. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH:**

42. **MANNER OF DEATH:** Natural Causes
43. **PREGNANT (IF FEMALE):**
44. **AUTOPSY:** No
45. **FINDINGS CONSIDERED:**
46. **TOXICOLOGY:** Unk
47. **FINDINGS CONSIDERED:** Unk
48. **TOBACCO USE CONTRIBUTED TO DEATH:** Unknown
49. **HOW INJURY OCCURRED:**
50. **DATE AND TIME OF INJURY:**
51. **INJURY AT WORK:**
52. **IF TRANSPORTATION INJURY, SPECIFY:**
53. **PLACE OF INJURY:**
54. **LOCATION OF INJURY:**

ADPH HS E2/REV 01-16

This is an official certified copy of the original record filed in the Center of Health Statistics, Alabama Department of Public Health, Montgomery, Alabama. 2019-176-287-7

March 6, 2019

Nicole H. Rushing
Nicole Henderson Rushing
State Registrar of Vital Statistics