UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This Document relates to:<br>*Keith Cichy v. Bayer Corporation, et al.*<br>Case No.  3:19-cv-04575-VC | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC |

**PLAINTIFF'S MOTION TO REMAND**

On March 05, 2019, the Plaintiff, Keith Cichy, a citizen of Illinois, filed his Complaint in the Circuit Court of Cook County, Illinois, against Bayer Corporation, Monsanto Company, Northwestern Memorial Hospital ("NMH"), a citizen of Illinois, Northwestern Medical Faculty Foundation ("NMFF"), a citizen of Illinois, and Olga Frankfurt, M.D. ("Frankfurt"), a citizen of Illinois, regarding severe and permanent injuries sustained by Keith Cichy as a result of his contracting acute myeloid leukemia ("AML") from use of Roundup® and for professional negligence in the treatment of his AML related conditions. (*See* Plaintiff's Complaint, attached as **Exhibit A**.). Defendant Monsanto removed the lawsuit to the US District Court for the Northern District of Illinois.

On July 31, 2019, the Judicial Panel on Multidistrict Litigation denied Plaintiff's motion to vacate Conditional Transfer Order ("CTO-130), issued in *Cichy v. Bayer Corporation et al.,* 1:19-cv-02548, pending in the Northern District of Illinois, which conditionally transferred this action to MDL 2741 – In Re: Roundup Products Liability Litigation. (*See* Transfer Order, attached as **Exhibit B**).  In the Order transferring this cause of action, the Judicial Panel recognized the jurisdictional issues but noted that they generally do not present an impediment to transfer, and that "Plaintiff can present his remand arguments to the transferee judge." Ex. B.

2

Accordingly, Plaintiff files the instant motion for remand under Illinois law. *See Phelps v. Cont'l Ill. Nat'l Bank & Trust Co. of Chi. (In re Nucorp Energy Sec. Litig.),* 772 F.2d 1486, 1492 (9th Cir.1985) ("affirming the Judicial Panel holding that it must apply the choice of law rules of Illinois because the claims were originally filed in district court in Illinois before they were transferred to California by the Judicial Panel on Multidistrict Litigation.").

WHEREFORE, the Plaintiff respectfully requests that this Court enter an Order:

A. That remands this case back to the Circuit Court of Cook County, Illinois; and,

B. That awards Plaintiff his reasonable attorney's fees and costs incurred in conjunction with prosecuting the remand of this case.

Respectfully submitted,

/s/ *David J. Gallagher*

DAVID J. GALLAGHER
MOTHERWAY & NAPLETON, LLP
140 S. Dearborn, Suite 1500
Chicago, IL  60603
(312) 726-2699
ARDC No. 6294250
dgallagher@mnlawoffice.com