UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This Document relates to:<br>*Keith Cichy v. Bayer Corporation, et al.*<br>Case No.  3:19-cv-04575-VC | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC |

**NOTICE OF MOTION**

TO:   ALL COUNSEL OF RECORD (See attached Service List).

On **October 17, 2019 at 10:00 a.m**. (PDT), or as soon thereafter as counsel may be heard, I shall appear before the **Honorable Judge Vince Chhabria** or any Judge sitting in his stead, in the Courtroom usually occupied by him in **Courtroom 4 – 17th Floor** located at **Phillip Burton Federal Building & United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102**, and shall then and there present the attached **Plaintiff's Motion to Remand.**

/s/ *David J. Gallagher*
DAVID J. GALLAGHER
*Attorney for Plaintiff*

DAVID J. GALLAGHER
MOTHERWAY & NAPLETON, LLP
140 S. Dearborn, Suite 1500
Chicago, IL  60603
(312) 726-2699
ARDC No.  6294250
dgallagher@mnlawoffice.com

**SERVICE LIST**
Cichy v. Monsanto, et al.
19 L 002422 / 19-cv-02548

Dominique Savinelli
James P. O'Shea
Husch Blackwell LLP
120 S. Riverside Plaza, Suite 2200
Chicago, IL 60606
    Phone: (312) 655-1500
    Fax: (312) 655-1501
    Email: HBService@huschblackwell.com; Dominique.Savinelli@huschblackwell.com; James.Oshea@huschblackwell.com
    **Attorneys for defendants, Monsanto Company and Bayer Corporation**

Daniel M. Meyers
Arnold & Porter Kaye Scholer LLP
70 W. Madison Street, Suite 4200
Chicago, IL 60602
    Phone: (312) 583-2300
    Fax: (312) 583-2360
    Email: daniel.meyers@apks.com
    **Attorney for defendant, Monsanto Company**

Thomas J. Dammrich, II
Shook, Hardy & Bacon, LLP
111 S. Wacker Drive, Suite 4700
Chicago, IL 60606
    Phone: (312) 704-7700
    Fax: (312) 558-1195
    Email: tdammrich@shb.com
    **Attorney for defendant, Monsanto Company**

Marie K. Lynch
Swanson, Martin & Bell, LLP
330 N. Wabash, Suite 3300
Chicago, IL 60611
    Phone: (312) 321-9100
    Fax: (312) 321-0990
    Email: mlynch@smbtrials.com
    **Attorney for defendants, Northwestern Memorial Hospital, Northwestern Medical Faculty Foundation and Olga Frankfurt, M.D.**

# **CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of August, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel.

Dominique Savinelli
James P. O'Shea
Husch Blackwell LLP
120 S. Riverside Plaza, Suite 2200
Chicago, IL 60606
    Phone: (312) 655-1500
    Fax: (312) 655-1501
    Email: HBService@huschblackwell.com; Dominique.Savinelli@huschblackwell.com; James.Oshea@huschblackwell.com
    **Attorneys for defendants, Monsanto Company and Bayer Corporation**

Daniel M. Meyers
Arnold & Porter Kaye Scholer LLP
70 W. Madison Street, Suite 4200
Chicago, IL 60602
    Phone: (312) 583-2300
    Fax: (312) 583-2360
    Email: daniel.meyers@apks.com
    **Attorney for defendant, Monsanto Company**

Thomas J. Dammrich, II
Shook, Hardy & Bacon, LLP
111 S. Wacker Drive, Suite 4700
Chicago, IL 60606
    Phone: (312) 704-7700
    Fax: (312) 558-1195
    Email: tdammrich@shb.com
    **Attorney for defendant, Monsanto Company**

Marie K. Lynch
Swanson, Martin & Bell, LLP
330 N. Wabash, Suite 3300
Chicago, IL 60611
    Phone: (312) 321-9100
    Fax: (312) 321-0990
    Email: mlynch@smbtrials.com
    **Attorney for defendants, Northwestern Memorial Hospital, Northwestern Medical Faculty Foundation and Olga Frankfurt, M.D.**

/s/ David J. Gallagher
MOTHERWAY & NAPLETON, LLP
140 S. Dearborn Street, Suite 1500
Chicago, IL  60603
(312) 726-2699
(312) 726-6851 Fax
ARDC No. 6294250
dgallagher@mnlawoffice.com
*Attorney for Plaintiff*

4

**CERTIFICATE OF SERVICE BY EMAIL**

      I, David J. Gallagher, hereby certify that on this 20th day of August, 2019, I emailed a copy of the foregoing to the following named individuals. I declare under penalty of perjury that the foregoing is true and correct.

Northwestern Medical Faculty Foundation
c/o Marie K. Lynch
Swanson, Martin & Bell, LLP
330 N. Wabash, Suite 3300
Chicago, IL 60611

Northwestern Memorial Hospital
c/o Marie K. Lynch
Swanson, Martin & Bell, LLP
330 N. Wabash, Suite 3300
Chicago, IL 60611

Olga Frankfurt, M.D.
c/o Marie K. Lynch
Swanson, Martin & Bell, LLP
330 N. Wabash, Suite 3300
Chicago, IL 60611

    /s/ David J. Gallagher
    MOTHERWAY & NAPLETON, LLP
    140 S. Dearborn Street, Suite 1500
    Chicago, IL  60603
    (312) 726-2699
    (312) 726-6851 Fax
    ARDC No. 6294250
    dgallagher@mnlawoffice.com
    *Attorney for Plaintiff*