# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This Document relates to:<br>*Keith Cichy v. Bayer Corporation, et al.*<br>Case No.  3:19-cv-04575-VC | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO REMAND** |

## PROPOSED ORDER

Before the Court is Plaintiff Keith Cichy's Motion to Remand. Plaintiff's Motion to Remand is Granted. The District Court Executive is directed to remand this action to the Circuit Court of Cook County in the State of Illinois.

**IT IS SO ORDERED.**

Dated: October 17, 2019

_____
United States District Judge

1