# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Master Docket Case No. 3: 16-md-02741-VC<br><br>Honorable Vince Chhabria |
| THIS DOCUMENT RELATES TO:<br><br>David J. Robbins<br><br>v.<br><br>Monsanto Company | Case No. 3:19-cv-01732-VC |

## STIPULATION OF DISMISSAL PURSUANT TO F.R.C.P. 41 (a)(1)(A)(ii)

Pursuant to F.R.C.P. 41 (a)(l)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff, David J. Robbins., and Defendant Monsanto Company hereby give notice that the above-captioned action is dismissed with prejudice against Defendant Monsanto Company.

IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiff David J. Robbins., and counsel for Defendant Monsanto Company that the above referenced Complaint is hereby dismissed with prejudice.

Each party agrees to bear its own costs and attorneys' fees.


Dated: August 20, 2019


**/s/ Seth W. Webb**                                                                 **/s/ Martin C. Calhoun**

Seth W. Webb                                                                      Martin C. Calhoun, Esq.

Brown & Crouppen P.C.                                                      HOLLINGSWORTH LLP

211 N. Broadway Suite 1600                                                    1350 I Street NW

St. Louis, MO 63102                                                       Washington, DC 20005

Tel: (314) 222-2222                                                          Tel: (202) 898-5867

Attorney for the Plaintiff David J. Robbins            Attorney for Defendant Monsanto Company

<u>CERTIFICATE OF SERVICE</u>

I, Seth S. Webb, hereby certify that on August 20, 2019, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

/s/ Seth S. Webb