# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Master Docket Case No. 3: 16-md-02741-VC |
| | Honorable Vince Chhabria |
| THIS DOCUMENT RELATES TO:<br><br>Lawrence Sullivan<br><br>v.<br><br>Monsanto Company | Case No. 3:18-cv-00990-VC |

## STIPULATION OF DISMISSAL PURSUANT TO F.R.C.P. 41 (a)(1)(A)(ii)

Pursuant to F.R.C.P. 41 (a)(l)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff, Lawrence Sullivan., and Defendant Monsanto Company hereby give notice that the above-captioned action is dismissed with prejudice against Defendant Monsanto Company.

IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiff Lawrence Sullivan., and counsel for Defendant Monsanto Company that the above referenced Complaint is hereby dismissed with prejudice.

Each party agrees to bear its own costs and attorneys' fees.

Dated: August 20, 2019

| | |
|---|---|
| **/s/ Seth W. Webb**<br>Seth W. Webb<br>Brown & Crouppen P.C.<br>211 N. Broadway Suite 1600<br>St. Louis, MO 63102<br>Tel: (314) 222-2222<br>Attorney for the Plaintiff Lawrence Sullivan | **/s/ Martin C. Calhoun**<br>Martin C. Calhoun, Esq.<br>HOLLINGSWORTH LLP<br>1350 I Street NW<br>Washington, DC 20005<br>Tel: (202) 898-5867<br>Attorney for Defendant Monsanto Company |

## CERTIFICATE OF SERVICE

    I, Seth S. Webb, hereby certify that on August 20, 2019, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

                                                        /s/ Seth S. Webb