| **LETTERS OF ADMINISTRATION** | **B-PROBATE-51** |
|---|---:|

**IN THE MATTER OF THE ESTATE OF:**         **IN THE PROBATE COURT OF**
                                                                    **JEFFERSON COUNTY, ALABAMA**
HARDY YOUNG PETTWAY                          **CASE NUMBER: 19BES00418**
**DECEASED**

*LETTERS OF ADMINISTRATION*

*TO ALL WHOM IT MAY CONCERN:*

**Letters of Administration** on the above-named deceased are hereby granted to **ELIZABETH H PETTWAY** , who has duly qualified and given bond in the amount of $20,000.00 as such Personal Representative (s), and is authorized to administer such estate. Subject to the priorities stated in §43-8-76, Code of Alabama (1975, as amended), the said Personal Representative, acting prudently for the benefit of interested persons, has all the powers authorized in transactions under §43-2-843, Code of Alabama (1975, as amended).

**WITNESS** my hand this date, 5th day of June, 2019.

_____
**JUDGE ALAN L. KING**
**JUDGE OF PROBATE**

---

    I, **JUDGE ALAN L. KING**, Judge of the Court of Probate of Jefferson County, Alabama, hereby certify that the foregoing is a true, correct and full copy of the **Letters of Administration** issued in the above-styled cause as appears of record in said Court. I further certify that said Letters are still in full force and effect.

    **WITNESS** my hand and seal of said Court this date, the 5th day of June 2019.

_____
**JUDGE OF PROBATE**

| **LETTERS OF ADMINISTRATION** | **B-PROBATE-51** |
|---|---|

| IN THE MATTER OF THE ESTATE OF: | IN THE PROBATE COURT OF JEFFERSON COUNTY, ALABAMA |
|---|---|
| HARDY YOUNG PETTWAY<br>**DECEASED** | **CASE NUMBER: 19BES00418** |

*LETTERS OF ADMINISTRATION*

TO ALL WHOM IT MAY CONCERN:

**Letters of Administration** on the above-named deceased are hereby granted to **ELIZABETH H PETTWAY**, who has duly qualified and given bond in the amount of $20,000.00 as such Personal Representative (s), and is authorized to administer such estate. Subject to the priorities stated in §43-8-76, Code of Alabama (1975, as amended), the said Personal Representative, acting prudently for the benefit of interested persons, has all the powers authorized in transactions under §43-2-843, Code of Alabama (1975, as amended).

**WITNESS** my hand this date, 5th day of June, 2019.

*/s/ Alan L. King*

**JUDGE ALAN L. KING**
**JUDGE OF PROBATE**

---

I, **JUDGE ALAN L. KING**, Judge of the Court of Probate of Jefferson County, Alabama, hereby certify that the foregoing is a true, correct and full copy of the **Letters of Administration** issued in the above-styled cause as appears of record in said Court. I further certify that said Letters are still in full force and effect.

**WITNESS** my hand and seal of said Court this date, the 5th day of June 2019.

*/s/ Alan L. King*
**JUDGE OF PROBATE**

| | |
|---|---|
| **LETTERS OF ADMINISTRATION** | **B-PROBATE-51** |

**IN THE MATTER OF THE ESTATE OF:**   **IN THE PROBATE COURT OF**
                                      **JEFFERSON COUNTY, ALABAMA**
HARDY YOUNG PETTWAY                   **CASE NUMBER: 19BES00418**
**DECEASED**

*LETTERS OF ADMINISTRATION*

*TO ALL WHOM IT MAY CONCERN:*

**Letters of Administration** on the above-named deceased are hereby granted to **ELIZABETH H PETTWAY**, who has duly qualified and given bond in the amount of $20,000.00 as such Personal Representative (s), and is authorized to administer such estate. Subject to the priorities stated in §43-8-76, Code of Alabama (1975, as amended), the said Personal Representative, acting prudently for the benefit of interested persons, has all the powers authorized in transactions under §43-2-843, Code of Alabama (1975, as amended).

**WITNESS** my hand this date, 5th day of June, 2019.

*/s/ Alan L. King*

**JUDGE ALAN L. KING**
**JUDGE OF PROBATE**

---

I, **JUDGE ALAN L. KING**, Judge of the Court of Probate of Jefferson County, Alabama, hereby certify that the foregoing is a true, correct and full copy of the **Letters of Administration** issued in the above-styled cause as appears of record in said Court. I further certify that said Letters are still in full force and effect.

**WITNESS** my hand and seal of said Court this date, the 5th day of June 2019.

*/s/ Alan L. King*

**JUDGE OF PROBATE**