W. Wylie Blair, Esq.
**ONDER LAW, LLC**
110 E. Lockwood
St. Louis, MO 63119
Tel: (314) 963-9000
Fax:  (314) 963-1700
blair@onderlaw.com

*Attorney  for Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:  ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:19-cv-5245 |
| This document relates to:<br><br>MELVIN COSTA,<br>　　　　　　　Plaintiff,<br><br>v.<br><br>MONSANTO COMPANY, ET AL<br>　　　　　　　Defendant. | |

# SHORT FORM COMPLAINT

Pursuant to Pretrial Order (PTO) No. 156, in which the parties were ordered to sever the plaintiffs in the case captioned *Fredrick Smith, et al. v. Monsanto Company, et al*, originally filed in the Circuit Court of the City of St. Louis, State of Missouri, into individual short form complaints for pre-trial work up purposes, Plaintiff Melvin Costa provides the following allegations required by the Court in PTO No. 155:

1.　　This case is brought on behalf of Plaintiff Melvin Costa.

2.　　This case is brought against Defendants Monsanto Company, Osborn & Barr

SHORT FORM COMPLAINT

Communications, Inc. and Osborn & Barr Holdings, Inc. (Defendants).

3.  Plaintiff first filed his case against the Defendants in the Circuit Court of the City of St. Louis, State of Missouri. Defendants removed the case to the U.S. District Court for the Eastern District of Missouri.

4.  Plaintiff incorporates by reference, as if fully alleged herein, the allegations contained in *Fredrick Smith, et al. v. Monsanto Company*, *et al* Case No. 1722-cc-00795.

5.  Plaintiff resided in Sacramento, California at the time of filing the original complaint against the Defendants.

6.  Plaintiff currently resides in Sacramento, California.

7.  Plaintiff resided in Stockton, California at the time of his diagnosis of Non-Hodgkin lymphoma (NHL).

8.  Plaintiff received medical treatment for his NHL in California.

9.  Jurisdiction is proper based on diversity under 28 U.S.C. § 1332 because Plaintiff is a citizen of California, a different state than the Defendants' states of citizenship, and the aggregate amount in controversy exceeds $75,000, exclusive of interest and costs.

10.  Plaintiff alleges injury from his exposure to Defendants' Roundup products.

11.  Plaintiff was exposed to Defendants' Roundup products from approximately 1978 to 1991. From approximately 1978 to 1991, Plaintiff used Roundup® as needed to kill weeds in commercial projects. Plaintiff sprayed Roundup® ten time per month.

12.  Plaintiff used Defendants' Roundup® products in Wallace, California.

13.  Plaintiff was first diagnosed with NHL in May 2009.

14.  Plaintiff brings claims against Defendants under the following theories of liability: Strict Liability (Design Defect); Strict Liability (Failure to Warn); Negligence;

2

SHORT FORM COMPLAINT

Fraud, Misrepresentation and Suppression; Violation of the Consumer Fraud Acts;

Breach of Express Warranty and Breach of Implied Warranties.


Dated:  August 22nd, 2019                    **ONDER LAW, LLC**

                                             By:  */s/ W. Wylie Blair*

                                             W. Wylie Blair
                                             110 E. Lockwood
                                             St. Louis, MO 63119
                                             Tel: (314) 963-9000
                                             Fax:  (314) 963-1700
                                             blair@onderlaw.com


## CERTIFICATE OF SERVICE


I, W. Wylie Blair, hereby certify that, on August 22nd, 2019, I electronically filed the foregoing with the Clerk for the United States District Court Northern District of California San Francisco Division using the CM/ECF system, which shall send electronic notification to counsel of record.


                                             */s/ W. Wylie Blair*

SHORT FORM COMPLAINT