W. Wylie Blair, Esq.
**ONDER LAW, LLC**
110 E. Lockwood
St. Louis, MO 63119
Tel: (314) 963-9000
Fax: (314) 963-1700
blair@onderlaw.com

*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:19-cv-5246 |
| This document relates to:<br><br>STAN GERLACH,<br>　　　　　　　Plaintiff,<br><br>v.<br><br>MONSANTO COMPANY, ET AL<br>　　　　　　　Defendant. | |

## SHORT FORM COMPLAINT

Pursuant to Pretrial Order (PTO) No. 156, in which the parties were ordered to sever the plaintiffs in the case captioned *Fredrick Smith, et al. v. Monsanto Company, et al*, originally filed in the Circuit Court of the City of St. Louis, State of Missouri, into individual short form complaints for pre-trial work up purposes, Plaintiff Stan Gerlach provides the following allegations required by the Court in PTO No. 155:

    1.    This case is brought on behalf of Plaintiff Stan Gerlach.

    2.    This case is brought against Defendants Monsanto Company, Osborn & Barr

Communications, Inc. and Osborn & Barr Holdings, Inc. (Defendants).

3. Plaintiff first filed his case against the Defendants in the Circuit Court of the City of St. Louis, State of Missouri. Defendants removed the case to the U.S. District Court for the Eastern District of Missouri.

4. Plaintiff incorporates by reference, as if fully alleged herein, the allegations contained in *Fredrick Smith, et al. v. Monsanto Company*, *et al* Case No. 1722-cc-00795.

5. Plaintiff resided in Steeleville, IL at the time of filing the original complaint against the Defendants.

6. Plaintiff currently resides in Steeleville, Illinois.

7. Plaintiff resided in Steeleville, Illinois at the time of his diagnosis of Non-Hodgkin lymphoma (NHL).

8. Plaintiff received medical treatment for his NHL in Missouri.

9. Jurisdiction is proper based on diversity under 28 U.S.C. § 1332 because Plaintiff is a citizen of Illinois, a different state than the Defendants' states of citizenship, and the aggregate amount in controversy exceeds $75,000, exclusive of interest and costs.

10. Plaintiff alleges injury from his exposure to Defendants' Roundup products.

11. Plaintiff was exposed to Defendants' Roundup products from approximately 1994 to 2016. From approximately 1994 to 2016, Plaintiff used Roundup® as needed to kill weeds in residential projects. Plaintiff sprayed Roundup® monthly.

12. Plaintiff used Defendants' Roundup® products in Steeleville, IL.

13. Plaintiff was first diagnosed with NHL in June 2010.

14. Plaintiff brings claims against Defendants under the following theories of liability: Strict Liability (Design Defect); Strict Liability (Failure to Warn); Negligence;

Fraud, Misrepresentation and Suppression; Violation of the Consumer Fraud Acts; Breach of Express Warranty and Breach of Implied Warranties.

Dated:  August 22nd, 2019

**ONDER LAW, LLC**

By:  /s/ W. Wylie Blair

W. Wylie Blair
110 E. Lockwood
St. Louis, MO 63119
Tel: (314) 963-9000
Fax:  (314) 963-1700
blair@onderlaw.com

## CERTIFICATE OF SERVICE

I, W. Wylie Blair, hereby certify that, on August 22nd, 2019, I electronically filed the foregoing with the Clerk for the United States District Court Northern District of California San Francisco Division using the CM/ECF system, which shall send electronic notification to counsel of record.

/s/ W. Wylie Blair