W. Wylie Blair, Esq.
**ONDER LAW, LLC**
110 E. Lockwood
St. Louis, MO 63119
Tel: (314) 963-9000
Fax: (314) 963-1700
blair@onderlaw.com

*Attorney for Plaintiffs*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>SUZANNE NORGREN,<br>                    Plaintiff,<br><br>    v.<br><br>MONSANTO COMPANY, ET AL<br>                    Defendant. | MDL No. 2741<br><br>Case No. 17-cv-02142-VC |

### SHORT FORM COMPLAINT

Pursuant to Pretrial Order (PTO) No. 156, in which the parties were ordered to sever the plaintiffs in the case captioned *Fredrick Smith, et al. v. Monsanto Company, et al*, originally filed in the Circuit Court of the City of St. Louis, State of Missouri, into individual short form complaints for pre-trial work up purposes, Plaintiff Suzanne Norgren provides the following allegations required by the Court in PTO No. 155:

    1.    This case is brought on behalf of Plaintiff Suzanne Norgren.

    2.    This case is brought against Defendants Monsanto Company, Osborn & Barr

Communications, Inc. and Osborn & Barr Holdings, Inc. (Defendants).

3. Plaintiff first filed her case against the Defendants in the Circuit Court of the City of St. Louis, State of Missouri. Defendants removed the case to the U.S. District Court for the Eastern District of Missouri.

4. Plaintiff incorporates by reference, as if fully alleged herein, the allegations contained in *Fredrick Smith, et al. v. Monsanto Company*, et al Case No. 1722-cc-00795.

5. Plaintiff resided in Alpharetta, Georgia at the time of filing the original complaint against the Defendants.

6. Plaintiff currently resides in Alpharetta, Georgia.

7. Plaintiff resided in Navarre, Florida at the time of her diagnosis of Non-Hodgkin lymphoma (NHL).

8. Plaintiff received medical treatment for her NHL in Florida and Georgia.

9. Jurisdiction is proper based on diversity under 28 U.S.C. § 1332 because Plaintiff is a citizen of Georgia, a different state than the Defendants' states of citizenship, and the aggregate amount in controversy exceeds $75,000, exclusive of interest and costs.

10. Plaintiff alleges injury from her exposure to Defendants' Roundup products.

11. Plaintiff was exposed to Defendants' Roundup products from approximately 2004 to 2013. From approximately 2004 to 2013, Plaintiff used Roundup® as needed to kill weeds in residential projects. Plaintiff sprayed Roundup® bi-monthly.

12. Plaintiff used Defendants' Roundup® products in Navarre, Florida.

13. Plaintiff was first diagnosed with NHL in January 2012.

14. Plaintiff brings claims against Defendants under the following theories of liability: Strict Liability (Design Defect); Strict Liability (Failure to Warn); Negligence;

Fraud, Misrepresentation and Suppression; Violation of the Consumer Fraud Acts; Breach of Express Warranty and Breach of Implied Warranties.

Dated:  August 22nd, 2019            **ONDER LAW, LLC**

By:  /s/ W. Wylie Blair

W. Wylie Blair
110 E. Lockwood
St. Louis, MO 63119
Tel: (314) 963-9000
Fax:  (314) 963-1700
blair@onderlaw.com

**CERTIFICATE OF SERVICE**

I, W. Wylie Blair, hereby certify that, on August 22nd, 2019, I electronically filed the foregoing with the Clerk for the United States District Court Northern District of California San Francisco Division using the CM/ECF system, which shall send electronic notification to counsel of record.

/s/ W. Wylie Blair