W. Wylie Blair, Esq.
**ONDER LAW, LLC**
110 E. Lockwood
St. Louis, MO 63119
Tel: (314) 963-9000
Fax: (314) 963-1700
blair@onderlaw.com

*Attorney for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. 17-cv-02142-VC |
| This document relates to:<br><br>ROBERT WHITFORD, INDIVIDUALLY AND AS SURVIVING CHILD OF MARTHA WHITFORD, DECEASED,<br>      Plaintiff,<br><br>v.<br><br>MONSANTO COMPANY, ET AL<br>      Defendant. | |

**SHORT FORM COMPLAINT**

Pursuant to Pretrial Order (PTO) No. 156, in which the parties were ordered to sever the plaintiffs in the case captioned *Fredrick Smith, et al. v. Monsanto Company, et al*, originally filed in the Circuit Court of the City of St. Louis, State of Missouri, into individual short form complaints for pre-trial work up purposes, Plaintiff Robert Whitford provides the following allegations required by the Court in PTO No. 155:

  1.  This case is brought on behalf of Plaintiff Robert Whitford, individually and as

1
SHORT FORM COMPLAINT

surviving child of Martha Whitford, deceased.

2. This case is brought against Defendants Monsanto Company, Osborn & Barr Communications, Inc. and Osborn & Barr Holdings, Inc. (Defendants).

3. Decedent Whitford first filed this case against the Defendants in the Circuit Court of the City of St. Louis, State of Missouri. Defendants removed the case to the U.S. District Court for the Eastern District of Missouri.

4. Plaintiff Whitford incorporates by reference, as if fully alleged herein, the allegations contained in *Fredrick Smith, et al. v. Monsanto Company*, *et al* Case No. 1722-cc-00795.

5. Decedent Whitford resided in Knox City, Texas at the time of filing the original complaint against the Defendants.

6. Decedent Whitford died on September 11, 2017 in Knox City, Texas.

7. Plaintiff Whitford currently resides in Mascoutah, Illinois.

8. Decedent Whitford resided in Knox City, Texas at the time of her diagnosis of Non-Hodgkin lymphoma (NHL).

9. Decedent Whitford received medical treatment for her NHL in Texas.

10. Jurisdiction is proper based on diversity under 28 U.S.C. § 1332 because Plaintiff Whitford is a citizen of Illinois, a different state than the Defendants' states of citizenship, and the aggregate amount in controversy exceeds $75,000, exclusive of interest and costs.

11. Plaintiff Whitford alleges Decedent Whitford was injured from her exposure to Defendants' Roundup products.

12. Decedent Whitford was exposed to Defendants' Roundup products from approximately 1982 to 2015. From approximately 1982 to 2015, Decedent Whitford used Roundup® as needed to kill weeds in residential projects. Decedent

Whitford sprayed Roundup® weekly.

13. Decedent Whitford used Defendants' Roundup® products in Knox City, Texas.

14. Decedent Whitford was first diagnosed with NHL in December 2014.

15. Plaintiff Whitford brings claims against Defendants under the following theories of liability: Strict Liability (Design Defect); Strict Liability (Failure to Warn); Negligence; Fraud, Misrepresentation and Suppression; Violation of the Consumer Fraud Acts; Breach of Express Warranty; Breach of Implied Warranties; Loss of Consortium and Wrongful Death.

Dated: August 22nd, 2019  **ONDER LAW, LLC**

By: */s/ W. Wylie Blair*

W. Wylie Blair
110 E. Lockwood
St. Louis, MO 63119
Tel: (314) 963-9000
Fax: (314) 963-1700
blair@onderlaw.com

## CERTIFICATE OF SERVICE

I, W. Wylie Blair, hereby certify that, on August 22nd, 2019, I electronically filed the foregoing with the Clerk for the United States District Court Northern District of California San Francisco Division using the CM/ECF system, which shall send electronic notification to counsel of record.

*/s/ W. Wylie Blair*