CAND Pay.gov Application for Refund (rev. 5/17)

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

# APPLICATION FOR REFUND (USDC-CAND PAY.GOV)

## PAY.GOV TRANSACTION DETAILS

**IMPORTANT**:

- *Complete all required fields (shown in red\*); otherwise, your request may be denied and require resubmission.*
- *In fields **3-7**, enter the information for the **incorrect** transaction (the one for which you are requesting a refund), not the **correct** transaction that appears on the docket. This information can be found in the Pay.gov screen receipt or confirmation email.*

| | | |
|---|---|---|
| **1. Your Name:\*** | **8. Your Phone Number:** | |
| **2. Your Email Address: \*** | **9. Full Case Number (if applicable):** | |
| **3. Pay.gov Tracking ID Number:\*** | **10. Fee Type:\*** | ☐ **Attorney Admission** <br> ☐ **Civil Case Filing** <br> ☐ **FTR Audio Recording** <br> ☐ **Notice of Appeal** <br> ☐ **Pro Hac Vice** <br> ☐ **Writ of Habeas Corpus** |
| **4. Agency Tracking ID Number:\* 0971-** | | |
| **5. Transaction Date:\*** | | |
| **6. Transaction Time:\*** | | |
| **7. Transaction Amount (Amount to be refunded):\*** | | |

**11. Reason for Refund Request:\*** *Explain in detail what happened to cause duplicate charges or no fee required.*
- *For a duplicate charge, provide the **correct** Pay.gov and Agency Tracking numbers in this field.*
- *If you paid a filing fee in an abandoned case number, note that case number here (but e-file the refund request in the **open** case).*

✓ *Efile this form using* OTHER FILINGS → OTHER DOCUMENTS → APPLICATION FOR REFUND.

*View detailed instructions at: cand.uscourts.gov/ecf/payments. For assistance, contact the ECF Help Desk at 1-866-638-7829 or ecfhelpdesk@cand.uscourts.gov Monday -Friday 9:00 a.m.-4:00 p.m.*

| FOR U.S. DISTRICT COURT USE ONLY | |
|---|---|
| Refund request:    ☐ Approved <br> ☐ Denied <br> ☐ Denied ─ Resubmit amended application (see reason for denial) | |
| Approval/denial date: | Request approved/denied by: |
| Pay.gov refund tracking ID refunded: | Agency refund tracking ID number: 0971- |
| Date refund processed: | Refund processed by: |
| Reason for denial (if applicable): | |
| Referred for OSC date (if applicable): | |