Mark P. Robinson, Jr., Esq. (SBN 054426)
mrobinson@robinsonfirm.com
Cynthia L. Garber, Esq. (SBN 208922)
cgarber@robinsonfirm.com
Jennifer M. Collins, Esq. (SBN 288579)
jcollins@robinsonfirm.com
**ROBINSON CALCAGNIE, INC.**
19 Corporate Plaza Drive
Newport Beach, CA 92660
Telephone:   (949) 720-1288
Facsimile:   (949) 720-1292

*Attorneys for Plaintiff*
*Michael Levy*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: *Michael Levy v. Monsanto Company, et al.* Case No. 3:19-cv-04246-VC | **PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date other than the named parties, there is no such interest to report.

Respectfully submitted,

Dated: August 23, 2019

**ROBINSON CALCAGNIE, INC.**

By: /s/ Mark P. Robinson, Jr.
    Mark P. Robinson, Jr.
    Cynthia Garber
    Attorney for Plaintiff Percival Veloro

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

**CERTIFICATE OF SERVICE**

    I hereby certify that on August 23, 2019, I caused the foregoing document to be electronically filed with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

                                    */s/ Mark P. Robinson, Jr.*
                                    Mark P. Robinson, Jr.