**ANDRUS WAGSTAFF, PC**
Aimee H. Wagstaff (SBN 278480)
Aimee.wagstaff@andruswagstff.com
David J. Wool (SBN 324124)
David.Wool@andruswagstaff.com
7171 W. Alaska Drive
Lakewood, CO  80226
Telephone: 303-376-6360

**MOORE LAW GROUP, PLLC**
Jennifer A. Moore (SBN 206779)
jennifer@moorelawgroup.com
1473 South 4th Street
Louisville, KY  40208
Telephone: 502-717-4080

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) MDL No. 2741 <br> ) Case No. 16-md-02741-VV <br> ) |
| THIS DOCUMENT RELATES TO: | ) **PLAINTIFF EDWIN HARDEMAN'S** <br> ) **NOTICE OF CROSS-APPEAL** <br> ) |
| *HARDEMAN v. MONSANTO COMPANY,* <br> *Case No: 3:16-cv-00525-VC* | ) <br> ) <br> ) <br> ) |

## NOTICE OF CROSS-APPEAL

PLEASE TAKE NOTICE that Plaintiff Edwin Hardeman hereby files a cross-appeal to the United States Court of Appeals for the Ninth Circuit from the portion of the Amended Judgment entered in *Hardeman v. Monsanto Co.*, Case No. 3:16-cv-0525-VC, on July 17, 2019 and from the portion of Pre-Trial Order No. 160 entered on July 15, 2019, which reduced the jury's punitive damages award from $75 million to $20 million.

Dated: August 27, 2019               Respectfully submitted,

/s/ Jennifer A. Moore
Jennifer A. Moore (SBN 206779)
jennifer@moorelawgroup.com
**MOORE LAW GROUP, PLLC**
1473 South 4th Street
Louisville, KY  40208
Tel: (502) 717-4080
Fax: (502) 717-4086

Aimee Wagstaff (SBN 278480)
aimee.wagstaff@andruswagstaff.com
David J. Wool (SBN 324124)
David.wool@andruswagstaff.com
**ANDRUS WAGSTAFF, P.C.**
7171 West Alaska Drive
Lakewood, CO  80226
Tel: 303-376-6360

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on August 27, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

/s/ Jennifer A. Moore
Jennifer A. Moore
jennifer@moorelawgroup.com