Michael L. Baum, Esq. (SBN: 119511)
mbaum@baumhedlundlaw.com
R. Brent Wisner, Esq. (SBN: 276023)
rbwisner@baumhedlundlaw.com
Pedram Esfandiary, Esq. (SBN: 312569)
pesfandiary@baumhedlundlaw.com
**BAUM  HEDLUND ARISTEI
& GOLDMAN, P.C.**
10940 Wilshire Blvd., 17th Floor
Los Angeles, CA 90024
Telephone: (310) 207-3233
Facsimile:  (310) 820-7444

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*David Means v. Monsanto Company*<br>Case No. 3:16-cv-05753-VC | MDL No. 02741<br><br>**NOTICE OF APPEARANCE OF PEDRAM ESFANDIARY ON BEHALF OF PLAINTIFF** |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that Pedram Esfandiary of Baum Hedlund Aristei & Goldman, P.C., hereby enters an appearance as counsel for Plaintiff David M. Means in the above-referenced actions. Please serve said counsel with all pleadings and notices in this action.

> Pedram Esfandiary, Esq.
> BAUM HEDLUND ARISTEI & GOLDMAN, P.C.
> 10940 Wilshire Blvd., 17th Floor
> Los Angeles, CA 90024
> Telephone: (310) 207-3233
> Facsimile:  (310) 820-7444

Dated:  August 27, 2019                **BAUM HEDLUND ARISTEI & GOLDMAN, P.C.**

 /s/ Pedram Esfandiary
Pedram Esfandiary, Esq. (SBN: 312569)
pesfandiary@baumhedlundlaw.com
Michael L. Baum, Esq. (SBN: 119511)
mbaum@baumhedlundlaw.com

---

**NOTICE OF APPEARANCE**

| | |
|---|---|
| 1 | R. Brent Wisner, Esq. (SBN: 276023) |
| 2 | rbwisner@baumhedlundlaw.com |
| | **BAUM HEDLUND ARISTEI & GOLDMAN, P.C.** |
| 3 | 10940 Wilshire Blvd., 17th Floor |
| | Los Angeles, CA 90024 |
| 4 | Telephone: (310) 207-3233 |
| | Facsimile:  (310) 820-7444 |
| 5 | *Attorneys for Plaintiff* |

**NOTICE OF APPEARANCE**

# CERTIFICATE OF SERVICE

I, Pedram Esfandiary hereby certify that, on August 27, 2019, I electronically filed NOTICE OF APPEARANCE OF PEDRAM ESFANDIARY ON BEHALF OF PLAINTIFF with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

/s/ Pedram Esfandiary
Pedram Esfandiary

**CERTIFICATE OF SERVICE**