Michael L. Baum, Esq. (SBN: 119511)
mbaum@baumhedlundlaw.com
R. Brent Wisner, Esq. (SBN: 276023)
rbwisner@baumhedlundlaw.com
Pedram Esfandiary, Esq. (SBN: 312569)
pesfandiary@baumhedlundlaw.com
**BAUM HEDLUND ARISTEI
& GOLDMAN, P.C.**
10940 Wilshire Blvd., 17th Floor
Los Angeles, CA 90024
Telephone: (310) 207-3233
Facsimile:  (310) 820-7444

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Eric Morris v. Monsanto Company*<br>Case No. 3:16-cv-06029-VC | MDL No. 02741<br><br>**NOTICE OF APPEARANCE OF PEDRAM ESFANDIARY ON BEHALF OF PLAINTIFF** |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that Pedram Esfandiary of Baum Hedlund Aristei & Goldman, P.C., hereby enters an appearance as counsel for Plaintiff Eric Morris in the above-referenced actions.

Please serve said counsel with all pleadings and notices in this action.

> Pedram Esfandiary, Esq.
> BAUM HEDLUND ARISTEI & GOLDMAN, P.C.
> 10940 Wilshire Blvd., 17th Floor
> Los Angeles, CA 90024
> Telephone: (310) 207-3233
> Facsimile:  (310) 820-7444

Dated:  August 27, 2019                **BAUM HEDLUND ARISTEI & GOLDMAN, P.C.**

 /s/ Pedram Esfandiary
Pedram Esfandiary, Esq. (SBN: 312569)
pesfandiary@baumhedlundlaw.com
Michael L. Baum, Esq. (SBN: 119511)
mbaum@baumhedlundlaw.com

**NOTICE OF APPEARANCE**

| | |
|---|---|
| 1 | R. Brent Wisner, Esq. (SBN: 276023) |
| 2 | rbwisner@baumhedlundlaw.com<br>**BAUM HEDLUND ARISTEI & GOLDMAN, P.C.** |
| 3 | 10940 Wilshire Blvd., 17th Floor<br>Los Angeles, CA 90024 |
| 4 | Telephone: (310) 207-3233<br>Facsimile:  (310) 820-7444 |
| 5 | *Attorneys for Plaintiff* |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**NOTICE OF APPEARANCE**

## CERTIFICATE OF SERVICE

I, Pedram Esfandiary hereby certify that, on August 27, 2019, I electronically filed NOTICE OF APPEARANCE OF PEDRAM ESFANDIARY ON BEHALF OF PLAINTIFF with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

/s/ Pedram Esfandiary
Pedram Esfandiary