Michael L. Baum, Esq. (SBN: 119511)
mbaum@baumhedlundlaw.com
R. Brent Wisner, Esq. (SBN: 276023)
rbwisner@baumhedlundlaw.com
Pedram Esfandiary, Esq. (SBN: 312569)
pesfandiary@baumhedlundlaw.com
**BAUM  HEDLUND ARISTEI
& GOLDMAN, P.C.**
10940 Wilshire Blvd., 17th Floor
Los Angeles, CA 90024
Telephone: (310) 207-3233
Facsimile:  (310) 820-7444

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Lynda K. Patterson v. Monsanto Company*<br>Case No. 3:16-cv-05787-VC | MDL No. 02741<br><br>**NOTICE OF APPEARANCE OF PEDRAM ESFANDIARY ON BEHALF OF PLAINTIFF** |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that Pedram Esfandiary of Baum Hedlund Aristei & Goldman, P.C., hereby enters an appearance as counsel for Plaintiff Lynda K. Patterson in the above-referenced actions. Please serve said counsel with all pleadings and notices in this action.

        Pedram Esfandiary, Esq.
        BAUM HEDLUND ARISTEI & GOLDMAN, P.C.
        10940 Wilshire Blvd., 17th Floor
        Los Angeles, CA 90024
        Telephone: (310) 207-3233
        Facsimile:  (310) 820-7444

Dated:  August 27, 2019        **BAUM HEDLUND ARISTEI & GOLDMAN, P.C.**

        /s/ Pedram Esfandiary
        Pedram Esfandiary, Esq. (SBN: 312569)
        pesfandiary@baumhedlundlaw.com
        Michael L. Baum, Esq. (SBN: 119511)
        mbaum@baumhedlundlaw.com

**NOTICE OF APPEARANCE**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

R. Brent Wisner, Esq. (SBN: 276023)
rbwisner@baumhedlundlaw.com
**BAUM HEDLUND ARISTEI & GOLDMAN, P.C.**
10940 Wilshire Blvd., 17th Floor
Los Angeles, CA 90024
Telephone: (310) 207-3233
Facsimile:  (310) 820-7444

*Attorneys for Plaintiff*

**NOTICE OF APPEARANCE**

**CERTIFICATE OF SERVICE**

    I, Pedram Esfandiary hereby certify that, on August 27, 2019, I electronically filed NOTICE OF APPEARANCE OF PEDRAM ESFANDIARY ON BEHALF OF PLAINTIFF with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

                                      /s/ Pedram Esfandiary
                                      Pedram Esfandiary