

2001 M STREET NW
10th Floor
WASHINGTON, DC 20036

WWW.WILKINSONWALSH.COM
___
A LIMITED LIABILITY PARTNERSHIP

August 28, 2019

**VIA ECF**

Hon. Vince Chhabria
San Francisco Courthouse, Courtroom 4
450 Golden Gate Avenue
San Francisco, CA 94102

      Re: *In re Roundup Prods. Liab. Litig.*, **No. 16-md-02741-VC**; *Robert Ramirez v. Monsanto*, **No. 19-cv-02224**

Dear Judge Chhabria:

      At the Case Management Conference on July 2, 2019, the parties raised the issue of removing plaintiff Robert Ramirez (Case No. 3:19-cv-02224) from Wave I (*see* ECF No. 4441, Minute Entry for 7/2/19 hearing). The *Ramirez* case is a purported class action and the parties, class counsel, and the PLC have agreed to taking it out of Waves I and II. The parties formalized this request as part of their initial proposal to extend the Wave I and II deadlines (*see* ECF No. 4455 at 2). However, the parties believe the request remains pending because it fell out of subsequent filings regarding the CMO for Waves I and II. The parties therefore jointly seek an order from the Court removing *Ramirez* from Waves I and II.

      Respectfully submitted,

      /s/ Brian L. Stekloff_____

      Brian L. Stekloff (*pro hac vice*)
      (bstekloff@wilkinsonwalsh.com)
      Tamarra Matthews Johnson (*pro hac vice*)
      (tmatthewsjohnson@wilkinsonwalsh.com)
      Rakesh Kilaru (*pro hac vice*)
      (rkilaru@wilkinsonwalsh.com)
      WILKINSON WALSH + ESKOVITZ LLP
      2001 M St. NW, 10th Floor
      Washington, DC 20036
      Tel: 202-847-4030
      Fax: 202-847-4005

/s/ Aimee H. Wagstaff_____

Aimee H. Wagstaff (SBN 278480)
(aimee.wagstaff@andruswagstaff.com)
ANDRUS WAGSTAFF, PC
7171 W. Alaska Drive
Lakewood, CO 80226
Tel.: 303-376-6360
Fax.: 303-376-6361

/s/ Michael J. Miller_____

Michael J. Miller (*pro hac vice*)
(mmiller@millerfirmllc.com)
THE MILLER FIRM LLC
108 Railroad Avenue
Orange, VA 22960
Tel.: 540-672-4224
Fax: 540-672-3055

/s/ Robin L. Greenwald_____

Robin L. Greenwald
(rgreenwald@weitzlux.com)
WEITZ & LUXENBERG P.C.
700 Broadway
New York, NY 10003
Tel.: 212-558-5500
Fax: 212-344-5461

Cc: Counsel of Record (via ECF)

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 28th day of August 2019, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

/s/ Brian L. Stekloff_____