**ANDRUS WAGSTAFF, PC**
Aimee H. Wagstaff (SBN 278480)
7171 W. Alaska Drive
Lakewood, CO 80226
Tel: (303) 376-6360
Fax: (303) 376-6361
aimee.wagstaff@andruswagstaff.com

**WEITZ & LUXENBERG, P.C.**
Robin L. Greenwald
700 Broadway
New York, NY 10003
Tel: (212) 558-5802
Fax: (646) 293-4921
Email: rgreenwald@weitzlux.com

**THE MILLER FIRM LLC**
Michael J. Miller (*pro hac vice*)
108 Railroad Avenue
Orange, VA 22960
Tel: (540) 672-4224
Fax: (540) 672-3055
mmiller@millerfirmllc.com

*Co-Lead Counsel for Plaintiffs*

**WILKINSON WALSH + ESKOVITZ LLP**
Brian L. Stekloff (*pro hac vice*)
Tamarra Matthews Johnson (*pro hac vice*)
Rakesh Kilaru (*pro hac vice*)
2001 M St. NW, 10th Floor
Washington, DC 20036
Tel:    202-847-4030
Fax:    202-847-4005
bstekloff@wilkinsonwalsh.com
tmatthewsjohnson@wilkinsonwalsh.com
rkilaru@wilkinsonwalsh.com

*Attorneys for Defendant Monsanto Co.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
| *Ramirez v. Monsanto Co., et al.*, No. 19-cv-02224 | |

**PROPOSED ORDER**

The Court grants the parties' joint request to remove *Ramirez v. Monsanto Co.,* Case No. 19-cv-02224 from remand Waves I and II.

IT IS SO ORDERED.

| | | |
|---|---|---|
| 1 | DATED: August 28, 2019 | Respectfully submitted, |
| 2 | | |
| 3 | | /s/ Aimee Wagstaff<br>Aimee Wagstaff |
| | | aimee.wagstaff@andruswagstaff.com |
| 4 | | Andrus Wagstaff, P.C.<br>7171 West Alaska Drive |
| 5 | | Lakewood CO 80226<br>P: 303-376-6360 |
| 6 | | |
| 7 | | /s/ Robin Greenwald<br>Robin Greenwald |
| | | rgreenwald@weitzlux.com |
| 8 | | Weitz & Luxenberg<br>700 Broadway |
| 9 | | New York NY 10003<br>P: 212-558-5500 |
| 10 | | |
| 11 | | /s/   Mike Miller<br>Michael Miller |
| | | mmiller@millerfirmllc.com |
| 12 | | The Miller Firm LLC<br>108 Railroad Ave |
| 13 | | Orange VA 22960<br>P: 540 672 4224 |
| 14 | | |
| | | Co-Lead Counsel for Plaintiffs |
| 15 | | |
| 16 | DATED: August 28, 2019 | Respectfully submitted, |
| 17 | | /s/ Brian L. Stekloff |
| | | Brian L. Stekloff (*pro hac vice*) |
| 18 | | (bstekloff@wilkinsonwalsh.com) |
| 19 | | Tamarra Matthews Johnson (*pro hac vice*)<br>(tmatthewsjohnson@wilkinsonwalsh.com) |
| 20 | | Rakesh Kilaru (*pro hac vice*)<br>(rkilaru@wilkinsonwalsh.com) |
| 21 | | WILKINSON WALSH + ESKOVITZ LLP |
| 22 | | 2001 M St. NW<br>10th Floor |
| 23 | | Washington, DC 20036<br>Tel:    202-847-4030 |
| 24 | | Fax:    202-847-4005 |
| 25 | | |
| 26 | | Attorneys for Defendant<br>MONSANTO COMPANY |
| 27 | | |
| 28 | | |