IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2741<br>Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>*Arlan L. Bern and Tami A. Bern, (h/w), et al.*<br>     *v.*<br>*Monsanto Co., Case No. 4:19-cv-02342-JMB* | : : : : : : : | |

## NOTICE OF APPEARANCE

Please enter the appearance of Thomas V. Ayala of Grant & Eisenhofer, PA in the master docket as counsel on behalf of Plaintiffs ARLAN L. BERN and TAMI A. BERN (h/w), ALISTAIR K. BOSTROM, ROBERT W. BOWLES, ROSEMARY CHALUKIAN on behalf of the estate of WILLIAM J. SCRIBNER, deceased, CURTIS S. COLEMAN, FRANK M. CUDEYRO, ROBERT J. DELAIR, KENNETH J. DEROMEDI and TRACY DEROMEDI (h.w), LOUIS DIMARE JR. and LOREN S. DIMARE (h/w), MICHAEL L. DUFFY, PATRICIA FERRICK, DEBORAH GILLESPIE-KERR, OMARIA GULKIS and AL GULKIS (w/h), JEFFERY E. HERSHEY, MONICA IRELAND on behalf of the estate of ALBERT IRELAND, deceased, PAUL M. JOHNSON, JOHN KONIECZNY and CAROL KONIECZNY (h/w), DAVID LABONNE, DANETTE D. LAMPKIN, RALPH LUCK, JOHN LYNN and CONSTANCE LYNN (h/w), MARK MACHEN, LINDA G. MAJOR and STEVEN MAJOR (h/w), JOSEPH T. MALAK, JAMES MALLETT, CHRISTINA L. MARTIN and ADAM MARTIN (w/h), CESAR MARTINEZ and PATSY MARTINEZ (h/w), HATTIE MAYS,

MELINDA MCCUAN, NOI NONG and NHIEW NHUYEN NONG (h/w), LEA OLIVER, ANNA PASQUALE on behalf of the estate of NICHOLAS PASQUALE, deceased, JACK F. PFIEFER, TROY RAIA and CELIA RAIA (h/w), TERESA REEVES, THOMAS SANTOS and ANNA MARIA SANTOS (h/w), KYLE R. SCHNEIDER, CURTIS SCHWARTZ and NANCY SCHWARTZ (h/w), MICHAEL S. SPENCER and LORI SPENCER (h/w), JOAN TALLEY-BADALMENTI, AND DEBORAH F. WOOLLEY and MICHAEL WOOLLEY (w/h), in *In Re: Roundup Products Liability Litigation*, MDL No. 2741, Case No 3:16-md-02741-VC.

Dated: August 28, 2019

GRANT & EISENHOFER, PA

Thomas V. Ayala
**GRANT & EISENHOFER, PA**
123 Justison Street
Wilmington, DE  19801
Tel.: 302-622-7000
Fax: 302-622-7100
tayala@gelaw.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to all CM/ECF participants.

By: _____
Thomas V. Ayala