UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 16-md-02741-VC |
| This document relates to: ALL ACTIONS | **PRETRIAL ORDER NO. 174: ORDER DENYING APPLICATIONS FOR REFUND** |

The refund applications filed at docket entries 5264 through 5270, 5272 through 5276, 5278 through 5281, and 5283 through 5304 are denied because the correct Pay.gov and Agency Tracking Numbers in field number 11 were not provided. The applications are denied without prejudice to refiling with the corrected information being completed in field number 11.

**IT IS SO ORDERED.**

Dated: August 28, 2019

VINCE CHHABRIA
United States District Judge