Reset Form

CAND Pay.gov Application for Refund (rev. 5/17)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## APPLICATION FOR REFUND (USDC-CAND PAY.GOV)

### PAY.GOV TRANSACTION DETAILS

**IMPORTANT:**
- Complete all required fields (shown in red*); otherwise, your request may be denied and require resubmission.
- In fields 3-7, enter the information for the **incorrect** transaction (the one for which you are requesting a refund), not the **correct** transaction that appears on the docket. This information can be found in the Pay.gov screen receipt or confirmation email.

| | |
|---|---|
| 1. Your Name:* Michael J. Miller | 8. Your Phone Number: (540) 672-4224 |
| 2. Your Email Address: * rmayer@millerfirmllc.com | 9. Full Case Number (if applicable): 3:16-md-02741 |
| 3. Pay.gov Tracking ID Number:* 26JCS0TB | 10. Fee Type:* ☐ Attorney Admission / ☑ Civil Case Filing / ☐ FTR Audio Recording / ☐ Notice of Appeal / ☐ Pro Hac Vice / ☐ Writ of Habeas Corpus |
| 4. Agency Tracking ID Number:* 0971- 13595859 | |
| 5. Transaction Date:* 08/09/2019 | |
| 6. Transaction Time:* 6:39 am | |
| 7. Transaction Amount (Amount to be refunded):* $ 400.00 | |

11. Reason for Refund Request:* *Explain in detail what happened to cause duplicate charges or no fee required.*
- *For a duplicate charge, provide the correct Pay.gov and Agency Tracking numbers in this field.*
- If you paid a filing fee in an abandoned case number, note that case number here (but e-file the refund request in the **open** case).

Plaintiff was dismissed immediately after time filing.

✓  Efile this form using OTHER FILINGS → OTHER DOCUMENTS → APPLICATION FOR REFUND.

View detailed instructions at: cand.uscourts.gov/ecf/payments. For assistance, contact the ECF Help Desk at 1-866-638-7829 or ecfhelpdesk@cand.uscourts.gov Monday -Friday 9:00 a.m.-4:00 p.m.

| FOR U.S. DISTRICT COURT USE ONLY | |
|---|---|
| Refund request:  ☐ Approved  ☐ Denied  ☑ Denied — Resubmit amended application (see reason for denial) | |
| Approval/denial date: 8/28/2019 | Request approved/denied by: [signature] |
| Pay.gov refund tracking ID refunded: | Agency refund tracking ID number: 0971- |
| Date refund processed: | Refund processed by: |
| Reason for denial (if applicable): Provide correct pay-gov and agency tracking #s in # 11. | |
| Referred for OSC date (if applicable): | |