Reset Form

CAND Pay.gov Application for Refund (rev. 5/17)

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

## APPLICATION FOR REFUND (USDC-CAND PAY.GOV)

### PAY.GOV TRANSACTION DETAILS

**IMPORTANT**:
- Complete all required fields (shown in red\*); otherwise, your request may be denied and require resubmission.
- In fields **3-7**, enter the information for the **incorrect** transaction (the one for which you are requesting a refund), not the **correct** transaction that appears on the docket. This information can be found in the Pay.gov screen receipt or confirmation email.

| | | | |
|---|---|---|---|
| 1. **Your Name:\*** Michael J. Miller | | 8. **Your Phone Number:** (540) 672-4224 | |
| 2. **Your Email Address:** \* rmayer@millerfirmllc.com | | 9. **Full Case Number (if applicable):** 3:16-md-02741 | |
| 3. **Pay.gov Tracking ID Number:\*** 26JCSK0A | | 10. **Fee Type:\*** | ☐ Attorney Admission<br>☑ Civil Case Filing<br>☐ FTR Audio Recording<br>☐ Notice of Appeal<br>☐ Pro Hac Vice<br>☐ Writ of Habeas Corpus |
| 4. **Agency Tracking ID Number:\*** 0971- 13595888 | | | |
| 5. **Transaction Date:\*** 08/09/2019 | | | |
| 6. **Transaction Time:\*** 7:29 am | | | |
| 7. **Transaction Amount (Amount to be refunded):\*** $ 400.00 | | | |

**11. Reason for Refund Request:\*** *Explain in detail what happened to cause duplicate charges or no fee required.*
- *For a duplicate charge, provide the **correct** Pay.gov and Agency Tracking numbers in this field.*
- *If you paid a filing fee in an abandoned case number, note that case number here (but e-file the refund request in the **open** case).*

An individual case was filed for this plaintiff, case 3:19-cv-04963; pursuant to PTO 155 the case was also docketed in 3:16-md-02741 where a second Fee was incorrectly paid.

✓ *Efile this form using* OTHER FILINGS → OTHER DOCUMENTS → APPLICATION FOR REFUND.

*View detailed instructions at: cand.uscourts.gov/ecf/payments. For assistance, contact the ECF Help Desk at 1-866-638-7829 or ecfhelpdesk@cand.uscourts.gov Monday -Friday 9:00 a.m.-4:00 p.m.*

| FOR U.S. DISTRICT COURT USE ONLY | |
|---|---|
| Refund request: ☐ Approved<br>☐ Denied<br>☑ Denied — Resubmit amended application (see reason for denial) | |
| Approval/denial date: 8/28/19 | Request approved/denied by: *[signature]* |
| Pay.gov refund tracking ID refunded: | Agency refund tracking ID number: 0971- |
| Date refund processed: | Refund processed by: |
| Reason for denial (if applicable): We cannot locate the case number noted in #11. Please provide the correct pay.gov and agency tracking number in #11. | |
| Referred for OSC date (if applicable): | |