UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 3:16-md-02741-VC |
| This document relates to: *Judith Benge, individually and as Executor of the Estate of Bruce Kiel Benge v. Monsanto Co.*, Case No. 3:19-cv-02835-VC | [~~PROPOSED~~] ORDER GRANTING MONSANTO COMPANY'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENT |

Upon consideration of Monsanto Company's Motion to Remove Incorrectly Filed Document, the Court finds that there is good cause to remove the document filed at Docket No. 4035 (16-md-0271-VC) and Docket No. 15 (3:19-cv-02835-VC) from the record.

IT IS THEREFORE ORDERED that this motion is GRANTED and that the document filed at Docket No. 4035 (3:16-md-0271-VC) and Docket No. 15 (3:19-cv-02835-VC) shall be, and hereby is, permanently deleted from the Court's docket.

Date: __August 28__, 2019

_____
HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT COURT