Kristy M. Arevalo, Esq. SBN: 216308
**McCune·Wright·Arevalo, LLP**
3281 East Guasti Road, Suite 100
Ontario, California 91761
Telephone: (909) 557-1250
Facsimile: (909) 557-1275

Daniel R. Weltin SBN: 226600
**THE LAW OFFICES OF DANIEL WELTIN, P.C.**
777 Davis Street, Suite 146
San Leandro, California 94577
Telephone: (510) 856-4421
Facsimile: (510) 856-3624

*Attorneys for Plaintiffs*

Joe G. Hollingsworth (pro hac vice)
Eric G. Lasker (pro hac vice)
**HOLLINGSWORTH LLP**
1350 I Street, N.W.
Washington, DC 20005
Telephone: (202) 898-5800
Facsimile: (202) 682-1639
Email: jhollingsworth@hollingsworthllp.com
         elasker@hollingsworthllp.com

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 4:19-cv-916 |
| EUGENIO PAYES, DIANE RIVERA, INDIVIDUALLY AND AS SURVIVING HEIR OF JIMMIE CISNEROS, DECEASED, ROBERT LACEY, BETTY ZIMMER, INDIVIDUALLY AND AS SURVIVING HEIR OF FRIEDA GIANNONE, DECEASED; DANIEL MUNCH, WILLIAM MEAD, JUSTIN GOIK, STEVEN LIVERMORE, ARLEN | **JOINT STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**<br><br>**Judge Assigned: Vince Chhabria** |

| | |
|---|---|
| 1 | SWARTZ, INDIVIDUALLY AND AS SURVIVING HEIR OF PATRICIA SWARTZ, DECEASED; FRANCIS WILCOME, HENRY HOEFER, RALPH VITALE, DAVID BALDWIN, JEFFREY CROOKS, CHARLEEN TREFRY, WILLIAM RICE, RODNEY ARCENEAUX, KARMEN TUCKER, DEBORAH MILLER, INDIVIDUALLY AND AS SURVIVING HEIR OF GIDEON MILLER, DECEASED, EVELYN MORSE, TERRY BENSON, |
| | Plaintiff, |
| | v. |
| | MONSANTO COMPANY, |
| | Defendant. |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Eugenio Payes, Diane Rivera, individually and as surviving heir of Jimmie Cisneros, deceased, Robert Lacey, Betty Zimmer, individually and as surviving heir of Frieda Giannone, deceased; Daniel Munch, William Mead, Justin Goik, Steven Livermore, Arlen Swartz, individually and as surviving heir of Patricia Swartz, deceased; Francis Wilcome, Henry Hoefer, Ralph Vitale, David Baldwin, Jeffrey Crooks, Charleen Trefry, William Rice, Rodney Arceneaux, Karmen Tucker, Deborah Miller, individually and as surviving heir of Gideon Miller, deceased, Evelyn Morse, Terry Benson, and Defendants Monsanto Company hereby stipulate to the dismissal without prejudice of the above-captioned action, with each party to bear its own costs and attorneys' fees.

**IT IS SO STIPULATED AND AGREED**

Dated: August 28, 2019

BY: */s Kristy M. Arevalo*
Kristy M. Arevalo, Esq. SBN: 216308
kma@mccunewright.com
**MCCUNE WRIGHT AREVALO, LLP**
3281 East Guasti Road, Suite 100
Ontario, California 91761

2
JOINT STIPULATION OF VOLUNTARY DISMISSAL

Telephone:  (909) 557-1250
Facsimile:  (909) 557-1275

Daniel R. Weltin SBN: 226600
daniel@danielweltin.com
**THE LAW OFFICES OF DANIEL WELTIN, P.C.**
777 Davis Street, Suite 146
San Leandro, California 94577
Telephone: (510) 856-4421
Facsimile: (510) 856-3624

*Attorneys for Plaintiffs*

Dated: August 28, 2019

BY:     ___*/s/ Joe G. Hollingsworth*_____
Joe G. Hollingsworth (pro hac vice)
(jhollingsworth@hollingsworthllp.com)
Eric G. Lasker (pro hac vice)
(elasker@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, DC 20005
Telephone: (202) 898-5800
Facsimile: (202) 682-1639

*Attorneys for Defendant*
*MONSANTO COMPANY*

**CERTIFICATE OF SERVICE**

  I, Kristy M. Arevalo, hereby certify that, on August 28, 2019, I electronically filed the foregoing with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

    */s/ Kristy M. Arevalo*

JOINT STIPULATION OF VOLUNTARY DISMISSAL