Kristy M. Arevalo, Esq. SBN: 216308
**McCune·Wright·Arevalo, LLP**
3281 East Guasti Road, Suite 100
Ontario, California 91761
Telephone:  (909) 557-1250
Facsimile:  (909) 557-1275

Daniel R. Weltin SBN: 226600
**THE LAW OFFICES OF DANIEL WELTIN, P.C.**
777 Davis Street, Suite 146
San Leandro, California 94577
Telephone: (510) 856-4421
Facsimile: (510) 856-3624

*Attorneys for Plaintiffs*

Joe G. Hollingsworth (pro hac vice)
Eric G. Lasker (pro hac vice)
**HOLLINGSWORTH LLP**
1350 I Street, N.W.
Washington, DC 20005
Telephone: (202) 898-5800
Facsimile: (202) 682-1639
Email: jhollingsworth@hollingsworthllp.com
          elasker@hollingsworthllp.com

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:  ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 4:18-cv-2075 |
| JERRY KEITH HANEY; VIRGENNA SAUNDERS INDIVIDUALLY AND AS SURVIVING HEIR OF FRANK JOHNSON JR., DECEASED; RAY MOORE; ALLOWISHES DULA SCOTT; LARRY SINGLETON; BEVERLY BRAY; RICHARD GARROTT; DENNIS LINDSTROM; DENNIS FERRIS; WALTER HOLDEN; | **JOINT STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**<br><br>**Judge Assigned: Vince Chhabria** |

|  |
|---|
| WILLIAM JOHNSON II; DARREL MOSELY; DELBERT KAZEE; MICHAEL PETTIT; MARK WALIGURA; CYNTHIA BANKS; OLIVER MCCAIN, <br><br> Plaintiffs, <br><br> v. <br><br> MONSANTO COMPANY, <br> Defendant. |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Jerry Keith Haney; Virgenna Saunders individually and as surviving heir of Frank Johnson Jr., deceased; Ray Moore; Allowishes Dula Scott; Larry Singleton; Beverly Bray; Richard Garrott; Dennis Lindstrom; Dennis Ferris; Walter Holden; William Johnson II; Darrel Mosely; Delbert Kazee; Michael Pettit; Mark Waligura; Cynthia Banks; Oliver McCain, and Defendants Monsanto Company hereby stipulate to the dismissal without prejudice of the above-captioned action, with each party to bear its own costs and attorneys' fees.

**IT IS SO STIPULATED AND AGREED**

Dated: August 28, 2019

BY: */s Kristy M. Arevalo*
Kristy M. Arevalo, Esq. SBN: 216308
kma@mccunewright.com
**MCCUNE WRIGHT AREVALO, LLP**
3281 East Guasti Road, Suite 100
Ontario, California 91761
Telephone:  (909) 557-1250
Facsimile:  (909) 557-1275

Daniel R. Weltin SBN: 226600
daniel@danielweltin.com
**THE LAW OFFICES OF DANIEL WELTIN, P.C.**
777 Davis Street, Suite 146
San Leandro, California 94577
Telephone: (510) 856-4421
Facsimile: (510) 856-3624

*Attorneys for Plaintiffs*

Dated: August 28, 2019

BY:    */s/ Joe G. Hollingsworth*
Joe G. Hollingsworth (pro hac vice)
(jhollingsworth@hollingsworthllp.com)
Eric G. Lasker (pro hac vice)
(elasker@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, DC 20005
Telephone: (202) 898-5800
Facsimile: (202) 682-1639

*Attorneys for Defendant*
*MONSANTO COMPANY*

3
JOINT STIPULATION OF VOLUNTARY DISMISSAL

**CERTIFICATE OF SERVICE**

I, Kristy M. Arevalo, hereby certify that, on August 28, 2019, I electronically filed the foregoing with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

*/s/ Kristy M. Arevalo*