UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IN RE: ROUND UP PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL No. 2741<br><br>Case No. 16-md-02741-VC |

**This Document Relates to: Petty, et. al. v. Monsanto - TNE 1:18-cv-00293-PLR-SKL**

### MOTION FOR SUBSTITUTION OF PROPER PARTY

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an Order substituting Patrick Bryan Petty as Administrator ad Litem, on behalf of the Estate of Patrick Arnold Petty, as Plaintiff in the above-captioned cause.

1. Patrick Arnold Petty and Sharon Petty brought a products liability lawsuit against defendants on December 3, 2018.

2. Plaintiff Patrick Arnold Petty died on July 6, 2019.

3. Patrick A. Petty's products liability action against defendants survived Plaintiff's death and was not extinguished.

4. Plaintiff filed a Suggestion of Death on August 29, 2019, attached hereto as "Exhibit A".

5. Patrick Bryan Petty, as Administrator ad Litem of the Estate of Patrick Arnold Petty is a proper party to substitute for Plaintiff Patrick Arnold Petty and has proper capacity to proceed forward with the surviving products liability lawsuit on Plaintiff's behalf, pursuant to Fed. R. Civ. P. 25(a)(1). "If a party dies and the claim is not extinguished, the court may order substitution of the proper party.

A motion for substitution may be made by any party or by the decedent's successor or representative." An Order appointing Patrick Bryan Petty as Administrator ad Litem is attached as Exhibit B.

WHEREFORE, counsel for the Plaintiffs requests that this Court grant this request for substitution of Patrick Bryan Petty as Administrator ad Litem for the Estate of Plaintiff Patrick Arnold Petty in this action.

Dated August 29, 2019

Respectfully submitted,

/s/ Tim. L. Bowden
Michael W. Gaines (pro hac vice)
FBN 775614
Tim L. Bowden (pro hac vice)
TN BPR 015379
Law Offices of Tim Bowden
306 Northcreek Blvd., Ste. 200
Goodlettsville TN 37072
615.589.1996 tel. | 615.589.1919 fax
mwgaines01@gmail.com
bowden_law@bellsouth.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing MOTION FOR SUBSTITUTION OF PROPER PARTIES has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2).

This the 29th day of August

/s/ Tim L. Bowden