# EXHIBIT A

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK ARNOLD PETTY, and his wife, SHARON PETTY,<br>    Plaintiffs,<br><br>vs.<br><br>IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION,<br>    Defendant(s), | CASE NO.16-MD-02741-VC |

## NOTICE AND SUGGESTION OF DEATH

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, hereby informs the Honorable Court of the death of Plaintiff, Patrick Arnold Petty. Counsel respectfully informs this Court that a Motion to Substitute Party Plaintiff will be filed by Patrick Bryan Petty, who has been appointed as the Administrator ad Litem for the Estate of Patrick Arnold Petty.

Respectfully submitted:

/s/ Tim L. Bowden
Tim L. Bowden, (pro hac vice)
TN BPR 015379
Michael W. Gaines (pro hac vice)
FBN 775614
Attorneys for Plaintiffs
306 Northcreek Blvd., Suite 200
Goodlettsville, TN 37072
Telephone: (615) 859-1996

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served via e-service by way of the Northern District of California Filing Portal to all designated parties on the 28th day of August, 2019.

/s/ Tim L. Bowden
Tim L. Bowden (pro hac vice)