# EXHIBIT B

IN THE CIRCUIT COURT FOR DAVIDSON COUNTY, TENNESSEE
AT NASHVILLE
PROBATE DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| ESTATE OF | )   Docket No.: 19P1426 |
| PATRICK A. PETTY, | ) |
| Decedent, | ) |
| | ) |
| PATRICK BRYAN PETTY | ) |
| Petitioner. | ) |

## ORDER TO APPOINT ADMINISTRATOR AD LITEM

It appears to this Honorable Court that upon the Petitioner's Petition for Appointment Patrick Bryan Petty as Administrator Ad Litem for the Estate of Patrick A. Petty, for the limited purpose of a personal injury and wrongful death causes of action involving the Decendent, and after considering the facts and record as a whole,

**IT IS THEREFORE ORDERED, ADJUDGED and DECREED as follows:**

1. That Patrick Bryan Petty shall be appointed as Administrator Ad Litem for the Estate of Patrick A. Petty for the limited purpose of pursuing a personal injury and wrongful death cause of action involving his father.

2. That the bond and accounting are waived.

3. That all other matters are reserved.

**IT IS SO ORDERED.**

ENTERED THIS THE ___28___ DAY OF ___August___, 2019.

_____
JUDGE/PROBATE

APPROVED FOR ENTRY:

/s/ Tim L. Bowden
Tim L. Bowden, Esq. BPR# 15379
Michael W. Gaines, Esq. BPR#37126
Attorneys for Petitioner
306 Northcreek Blvd., Suite 200
Goodlettsville, TN 37072
Telephone: (615) 859-1996

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was sent via US. Mail, postage prepaid, on this the 5th day of August, 2019, to:

>Sharon Petty
>12167 R.A. Griffith Hwy
>Whitwell, TN 37397
>
>Patrick Bryan Petty
>1645 Hwy. 283
>Whitwell, TN 37397
>
>Ben Petty
>218 Four Lake
>Whitwell, TN 37397

/s/ Tim L. Bowden

Tim L. Bowden