# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Master Docket Case No. 3:16-md-02741 |
| | Honorable Vince Chhabria |
| This document relates to**:** | **ORDER GRANTING MOTION TO WITHDRAW** |
| *Newble v. Monsanto, Co.,* 3:19-cv-02765-VC | Dkt. No. |

    Joe McGreevy's motion to withdraw as counsel on behalf of Plaintiff Juanita Newble in *Newble v. Monsanto Co.,* 3:19-cv-02765-VC, is granted.

**IT IS SO ORDERED.**

Date:  August 29, 2019

_____
Honorable Vince Chhabria
United States District Court