**ARNOLD & PORTER KAYE SCHOLER LLP**
Kathryn Podsiadlo (CA Bar No. 299438)
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017
Tel: 213-243-4273
Fax: 213-243-4199
Email: kathryn.podsiadlo@arnoldporter.com

*Attorney for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>ALL ACTIONS | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC |

**NOTICE OF APPEARANCE ON BEHALF OF**
**DEFENDANT MONSANTO COMPANY**

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD**:

**PLEASE TAKE NOTICE** that Kathryn Podsiadlo, of Arnold & Porter Kaye Scholer LLP, hereby enters her appearance in the above-captioned matter as counsel for defendant MONSANTO COMPANY, and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served upon her at the above address.

-1-
NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT
3:16-md-02741-VC

| | | |
|---|---|---|
| 1 | DATED: August 30, 2019 | Respectfully submitted, |
| 2 | | /s/ Kathryn Podsiadlo |
| 3 | | Kathryn Podsiadlo (CA Bar No. 299438) |
| 4 | | (kathryn.podsiadlo@arnoldporter.com) |
| | | Arnold & Porter Kaye Scholer LLP |
| 5 | | 777 South Figueroa Street, 44th Floor |
| 6 | | Los Angeles, CA 90017 |
| | | Tel: 213-243-4273 |
| 7 | | Fax: 213-243-4199 |
| 8 | | |
| 9 | | Attorney for Defendant |
| | | MONSANTO COMPANY |

-2-
NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT
3:16-md-02741-VC