UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITGATION | MDL No. 2741<br><br>Case No. 16-md-02741-VC |
| This document relates to:<br><br>ALL WAVE I AND II CASES | **STIPULATION TO EXTEND PTO 171 DEADLINES FOR FACT WITNESS DEPOSITIONS** |

Undersigned counsel for Monsanto and counsel for Plaintiffs, in the interest of efficiency, agree to wait and depose certain fact witnesses until the case is remanded or otherwise set for trial. Specifically, the parties agree that all fact witnesses must be noticed within 30 days after remand or 30 days before trial, whichever date is later.

Dated: August 30, 2019

                                                                                                           Respectfully Submitted,

                                                                                                            /s/ Brian L. Stekloff
Brian L. Stekloff
Wilkinson Walsh Eskovitz
2001 M Street, NW
Washington, DC 20036

Attorney for Defendant Monsanto Company

/s/ Aimee H. Wagstaff
Aimee H. Wagstaff
Andrus Wagstaff
7171 W. Alaska Drive
Lakewood, CO 80226

Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 30th day of August 2019, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

                                                                /s/ Brian L. Stekloff