

**Aimee Wagstaff**
*Licensed in Colorado & California*
Aimee.Wagstaff@AndrusWagstaff.com
AndrusWagstaff.com
7171 W Alaska Drive
Lakewood, Colorado 80226
Office: (303) 376-6360

August 30, 2019

**FILED VIA ECF**
Honorable Vince Chhabria
United States District Court, Northern District of California

  **RE:** *In re Roundup Prods. Liab. Litig.*, No. 3:16-md-02741-VC
     *Emanuel Richard Giglio v. Monsanto Co.*, No. 3:16-cv-05658

To the Honorable Vince Chhabria,

  The parties agree that California law shall apply to the *Giglio* vs. *Monsanto Company* matter.

DATE: August 30, 2019    By: */s/ Aimee H. Wagstaff*
                Aimee H. Wagstaff (SBN 278480)
                Aimee.wagstaff@andruswagstaff.com
                Kathryn M. Forgie (SBN 110404)
                Kathryn.forgie@andruswagstaff.com
                David J. Wool (SBN 324124)
                David.Wool@andruswagstaff.com
                **ANDRUS WAGSTAFF, PC**
                7171 W. Alaska Drive
                Lakewood, Colorado 80226
                Telephone: (866) 795-9529
                Facsimile: (303) 376-6361

                *Attorneys for Plaintiff*


                */s/ Brian Stekloff*
                Brian Stekloff
                bstekloff@wilkinsonwalsh.com
                **WILKINSON WALSH & ESKOVITZ LLP**
                2001 M Street NW, 10th Floor
                Washington, DC 20036
                Telephone: (202) 847-4000
                Facsimile: (202) 847-4005

                *Attorneys for Defendant Monsanto Co.*