UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) ) | MDL NO. 2741<br>**Case No. 3:16-md-02741-VC** |
| This document relates to:<br><br>*David Ayres v. Monsanto Co.*,<br>Case No.: 3:17-cv-05716-VC | ) ) ) ) | |

ORDER ALLOWING FILING OF AMENDED COMPLAINT
ADDING PARTY PLAINTIFF
AS MODIFIED

PURSUANT TO STIPULATION, IT IS SO ORDERED that the Plaintiff, David Ayres may file an Amended Complaint to add Karen Ayres as a Party Plaintiff to add a loss of consortium claim.  The Amended Complaint must be filed on both dockets within 7 days.

This __3rd__ day of __September__, 2019.

_____
Hon. Vince Chhabria
Judge, U.S. District Court
Northern District of California