| UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA Form CAND 133 (Rev. 2/2017) | AMENDED BILL OF COSTS *Please follow the instructions on page 3 when completing this form.* | | COURT USE ONLY OBJECTION DEADLINE: 5/31/2019 OBJECTION FILED: YES ☒  No ☐ |
|---|---|---|---|
| 1. CASE NAME Hardeman v. Monsanto, 3:16-cv-00525-VC | 2. CASE NUMBER 16-md-02741-VC | 3. DATE JUDGMENT ENTERED 05/03/19 | 4. PARTY AGAINST WHOM JUDGMENT WAS ENTERED Monsanto Company |
| 5. NAME OF CLAIMING PARTY Edwin Hardeman | 6. NAME OF ATTORNEY FOR CLAIMING PARTY (or indicate "PRO SE") Aimee H. Wagstaff, Esq. | | 7. PHONE AND EMAIL OF CLAIMING PARTY, IF PRO SE 720-208-9414 aimee.wagstaff@andruswagstaff.com |

8. REQUEST TO TAX THE FOLLOWING AS COSTS:                                          (SHADED AREAS ARE FOR COURT USE ONLY)

| COST ITEM | AMOUNT CLAIMED | LIST SUPPORTING DOCUMENTATION | Amt Allowed | Disallowed | Disallowance Reason |
|---|---|---|---|---|---|
| **a. FEES OF THE CLERK AND FOR SERVICE OF PROCESS** | | | | | |
| Filing Fees and Docket Fees, Civil LR 54-3(a)(1), 18 U.S.C. 1923 | $400.00 | Exhibit 1: Pay.gov receipt #1A | $400.00 | | |
| Service of Process, Civil LR 54-3(a)(2) | $3,627.11 | Exhibit 2: #1-12 & #237-242 | $75.90 | $3,5521.21 | Disallowed as unrecoverable under 28 USC §1920. |
| **b. REPORTERS' TRANSCRIPTS** | | | | | |
| Transcripts for appeal, Civil LR 54-3(b)(1) | $25,173.46 | Exhibit 3: #13-22 & #243-245 | $17,269.96 | $7,903.50 | Disallowed amount is outside the ambit of Civil Local Rule 54-3 |
| Rulings from the bench, Civil LR 54-3(b)(2) | N/A | N/A | | | |
| Other transcripts (by order or stipulation), Civil LR 54-3(b)(3) | $36,592.45 | Exhibit 10 | $0.00 | $36,592.45 | Disallowed amount is outside the ambit of Civil Local Rule 54-3. |
| **c. DEPOSITIONS** | | | | | |
| Deposition transcript/video recording, Civil LR 54-3(c)(1) | $442,836.15 | Exhibit 4: #23-120 & #175-236 & #246-248 | $118,556.37 | $324,279.78 | Disallowed amount is outside the ambit of Civil Local Rule 54-3 |
| Deposition exhibits, Civil LR 54-3(c)(3) | N/A | N/A | | | |
| Notary & reporter attendance fees, Civil LR 54-3(c)(4),(5) | N/A | N/A | | | |
| **d. REPRODUCTION, EXEMPLIFICATION** | | | | | |
| Government records, Civil LR 54-3(d)(1) | N/A | N/A | | | |
| Disclosure/formal discovery documents, Civil LR 54-3(d)(2) | | *See Civil LR 54-3(d)(4) | | | |
| Trial exhibits, Civil LR 54-3(d)(4) | $18,827.22 | Exhibit 5: #121-174 *Civil LR 54-3(d)(2) & (4) & (5) combined | $10,558.11 | $8,269.11 | - Disallowed amount is outside the ambit of Civil Local Rule 54-3. - Supporting documentation does not support full amount claimed. |

| | | | | | |
|---|---|---|---|---|---|
| Visual aids, Civil LR 54(d)(5) | | *See Civil LR 54-3(d)(4) | | | |
| **e. WITNESS FEES AND EXPENSES** | | | | | |
| Total from itemized Witness Fees worksheet,* Civil LR 54(e) | $13,575.09 | Exhibit 6: #249-268 | $3,780.14 | $9,794.95 | - Disallowed as excessive expense (28 USC §1821(c)(1)).<br>- Disallowed amount is outside the ambit of Civil Local Rule 54-3. |
| **f. COURT-APPOINTED PROFESSIONALS, INTERPRETERS** | | | | | |
| Fees for special masters & receivers, Civil LR 54-3(f) | N/A | N/A | | | |
| Court-appointed experts, 28 USC § 1920(6) | N/A | N/A | | | |
| Interpreters and special interpretation services, 28 USC §§ 1828, 1920(6) | N/A | N/A | | | |
| **g. MISCELLANEOUS COSTS** | | | | | |
| Costs on appeal, Civil LR 54-3(g) & FRAP 39 | N/A | N/A | | | |
| Costs of bonds and security, Civil LR 54-3(h) | N/A | N/A | | | |
| **TOTAL AMOUNT** | $541,031.48 | | $ 0.00<br>$150,640.48 | $ 0.00<br>$390,391.00 | |

9. ADDITIONAL COMMENTS, NOTES, ETC:

10. AFFIDAVIT PURSUANT TO 28 USC § 1924: I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.
Name of Attorney/Claiming Party:
SIGNATURE: [signature]   DATE: May 17, 19

11. Costs are taxed in the amount of $150,640.48   and included in the judgment.
Susan Y. Soong
Clerk of Court
BY: [signature] , Deputy Clerk   DATE: 9/3/2019

*WITNESS FEES/EXPENSES COMPUTATION WORKSHEET FOR ITEM 8.e OF REQUEST TO TAX COSTS (28 USC 1821)

| WITNESS NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | TRAVEL/MILEAGE | | TOTAL COST |
|---|---|---|---|---|---|---|---|
| | # Days | $ Cost | # Days | $ Cost | Travel Cost or # Miles POV | $ Cost | Per Witness |
| Beate Ritz  Topanga, CA | 3 | $120.00 | 3 | $1,030.94 | | $332.32 | $1,483.26 |
| Chris Portier (Via Australia/vd depo) Seattle, WA | 3 | $120.00 | | N/A | | $6,462.59 | $6,582.59 |
| Dennis Weisenburger Glendora, CA | 2 | $80.00 | 3 | $1,445.05 | | $1,362.62 | $2,887.67 |
| Chadi Nabhan Deerfield, IL | 2 | $80.00 | 3 | $352.37 | | $2,189.20 | $2,621.57 |
| | | | | | | **TOTAL WITNESS FEES/EXPENSES** | **$13,575.09** |