**HOLLINGSWORTH LLP**
Joe G. Hollingsworth (*pro hac vice*)
Eric G. Lasker (*pro hac vice*)
1350 I Street, N.W.
Washington, DC  20005
Telephone:   (202) 898-5800
Facsimile:    (202) 682-1639
Email:        jhollingsworth@hollingsworthllp.com
              elasker@hollingsworthllp.com

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>*Donald F. Jones and Linda Jones*<br>*v. Monsanto Co.*,<br>Case No. 3:19-cv-04652-VC | |

<u>**MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT**</u>

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Monsanto Company

("Monsanto") makes the following disclosures:

　　1.　　Monsanto is an indirect, wholly-owned subsidiary of Bayer AG.

　　2.　　Bayer AG is a publicly held corporation.

DATED:  September 5, 2019　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/ Joe G. Hollingsworth
　　　　　　　　　　　　　　　　　　Joe G. Hollingsworth (*pro hac vice*)
　　　　　　　　　　　　　　　　　　(jhollingsworth@hollingsworthllp.com)
　　　　　　　　　　　　　　　　　　Eric G. Lasker (*pro hac vice*)
　　　　　　　　　　　　　　　　　　(elasker@hollingsworthllp.com)
　　　　　　　　　　　　　　　　　　HOLLINGSWORTH LLP
　　　　　　　　　　　　　　　　　　1350 I Street, N.W.
　　　　　　　　　　　　　　　　　　Washington, DC  20005
　　　　　　　　　　　　　　　　　　Telephone:  (202) 898-5800
　　　　　　　　　　　　　　　　　　Facsimile:   (202) 682-1639

　　　　　　　　　　　　　　　　　　*Attorneys for Defendant*
　　　　　　　　　　　　　　　　　　*MONSANTO COMPANY*