# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL NO. 2741<br><br>Case No. 16-cv-05749 |
| THIS DOCUMENT RELATES TO:<br><br>*Teri Michelle McCall, individually and as successor in interest for the estate of Anthony Jackson McCall, deceased v. Monsanto Company* | [~~PROPOSED~~] ORDER RE: STIPULATION TO REMOVE PLAINTIFF MCCALL FROM WAVE I |

Upon consideration of the Parties' Letter Brief, it is on this __5th__ day of __September__, 2019 hereby:

**ORDERED** that Teri Michelle McCall, Case No. 3:16-cv-05749, will be removed from Wave I and moved into Wave II subject to all pretrial deadlines in Wave II.

By: _____
HONORABLE VINCE CHHABRIA
United States District Judge
Northern District of California