UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 16-md-02741-VC |
| This document relates to: *Bittinger v. Monsanto Co.*, 19-cv-3566 | **PRETRIAL ORDER NO. 175: GRANTING JOINT STIPULATION AND DIRECTING THE FILING OF A SHORT-FORM COMPLAINT** |
| | Re: Dkt. No. 5226 |

The Court grants the joint stipulation severing the claims of the non-federal-enclave plaintiffs and remanding those plaintiffs to the 22nd Judicial Circuit Court for the City of St. Louis, Missouri, with the parties to bear their own costs and attorneys' fees. *See* Dkt. No. 5226. The lone remaining plaintiff, Manuel Colon, is directed to file a short-form complaint in the docket for the member case, *Bittinger v. Monsanto Co.*, 19-cv-3566. The requirements for the short-form complaint are described in Pretrial Order No. 155, ¶ 1, Dkt. No. 4454.

**IT IS SO ORDERED.**

Dated: September 6, 2019

VINCE CHHABRIA
United States District Judge