# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>John Breitbach, 3:19-cv-05250 | MDL No. 2741<br><br>Case No. 16-md-02741-VC<br><br>Judge Vince Chhabria |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Douglass A. Kreis of the law firm of Aylstock, Witkin, Kreis & Overholtz, PLLC has been admitted to practice in the United States District Court, Northern District of Florida and hereby enters his appearance as pro hac vice for the Plaintiff in the following action:

- *John Breitbach v. Monsanto Company, Inc* Case No. 3:19-cv-05250

Counsel requests all further papers and pleadings in these actions and the Master Docket of MDL 2741 be served upon him.

Dated: September 10, 2019     Respectfully submitted,

*/s/ Douglass A. Kreis*
Douglass A. Kreis, FL Bar No. 129704
AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC
dkreis@awkolaw.com
17 East Main Street, Suite 200
Pensacola, FL 32502
Phone: (850) 202-1010
Facsimile: (850) 916-7449

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I do hereby certify that on this 10th day of September 2019, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system.

*/s/ Douglass A. Kreis*
Douglass A. Kreis