Sharon J. Zinns
CA SBN: 241476
BEASLEY ALLEN CROW
METHVIN PORTIS & MILES, P.C.
4200 Northside Pkwy, NW
Building Fourteen, Suite 100
Atlanta, GA 30327
sharon.zinns@beasleyallen.com

Douglas A. Dellaccio, Jr. (asb-4578-175d)
J. Curt Tanner (asb-1041-t80w)
R. Andrew Jones (asb-0096-i11r)
CORY WATSON, P.C.
2131 Magnolia Avenue, Suite 200
Birmingham, AL 35205
ddellaccio@corywatson.com
ctanner@corywatson.com
ajones@corywatson.com

*ATTORNEYS FOR PLAINTIFFS*

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
MDL MEMBER CASE**

| | |
|---|---|
| JOEL CRAWFORD,<br><br>   Plaintiff,<br><br> v.<br><br>MONSANTO COMPANY,<br><br>   Defendant. | CIVIL ACTION<br>NO. 3:19-cv-05239-VC<br>MDL No. 2741<br><br>(<u>Electronically Filed</u>)<br><br>**SHARON J. ZINNS' NOTICE OF MOTION AND MOTION TO WITHDRAW AS ADDITIONAL COUNSEL FOR PLAINTIFF; [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW** |

## NOTICE OF MOTION

**TO THE PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, Sharon J. Zinns shall and hereby does respectfully seek leave of this Court, pursuant to LOCAL R. 11-5(a) and in compliance with CAL. R. PROF. CONDUCT 3-700, to withdraw as additional counsel for Plaintiff Joel Crawford.

## MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS

Pursuant to LOCAL R. 11-5, Sharon J. Zinns ("Movant") hereby notifies the parties and the Court of her intent to withdraw as counsel for Plaintiff Joel Crawford. Movant states the following grounds for this notice and motion:

1. This matter is pending in MDL No. 2741.

2. Movant is additional counsel for Plaintiff Joel Crawford and counsel Douglas A. Dellaccio, Jr., J. Curt Tanner and R. Andrew Jones with Cory Watson, P.C. all remain counsel for Plaintiff Joel Crawford.

3. Movant's withdrawal as additional counsel will not cause any prejudice or delay in this case. All parties have counsel active in their representation, who will not require any additional time to review or acclimate to the absence of Movant as counsel.

4. Given the insubstantial nature of this Motion, as well as the substantial burden to all MDL members and parties in travelling and attending a hearing on this Motion, Movant respectfully requests that the Court waive oral argument.

THEREFORE, Movant Sharon J. Zinns respectfully requests that this Court waive oral argument on this Motion, grant her leave to withdraw as additional counsel for Plaintiff Joel Crawford in the above-captioned matter, and enter an order stating that Movant has so withdrawn.

Dated 10th day of September 2019.

Respectfully Submitted,

*/s/ Sharon J. Zinns*
Sharon J. Zinns
CA SBN. 241476
BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.
4200 Northside Pkwy, NW
Building Fourteen, Suite 100
Atlanta, GA 30327
sharon.zinns@beasleyallen.com

*/s/ Douglas A. Dellaccio, Jr.*
Douglas A. Dellaccio, Jr. (asb-4578-175d)
J. Curt Tanner (asb-1041-t80w)
R. Andrew Jones (asb-0096-i11r)
CORY WATSON, P.C.
2131 Magnolia Avenue, Suite 200
Birmingham, AL 35205
ddellaccio@corywatson.com
ctanner@corywatson.com
ajones@corywatson.com

## PROOF OF SERVICE

    The undersigned certifies that, on September 10, 2019, she caused this document to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of filing to counsel of record for each party.

                                          Respectfully Submitted,

                                          */s/ Sharon J. Zinns*
                                          Sharon J. Zinns
                                          CA SBN. 241476
                                          BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.
                                          4200 Northside Pkwy, NW
                                          Building Fourteen, Suite 100
                                          Atlanta, GA 30327
                                          sharon.zinns@beasleyallen.com

Sharon J. Zinns
CA SBN: 241476
BEASLEY ALLEN CROW
METHVIN PORTIS & MILES, P.C.
4200 Northside Pkwy, NW
Building Fourteen, Suite 100
Atlanta, GA 30327
sharon.zinns@beasleyallen.com

Douglas A. Dellaccio, Jr. (asb-4578-175d)
J. Curt Tanner (asb-1041-t80w)
R. Andrew Jones (asb-0096-i11r)
CORY WATSON, P.C.
2131 Magnolia Avenue, Suite 200
Birmingham, AL 35205
ddellaccio@corywatson.com
ctanner@corywatson.com
ajones@corywatson.com

*ATTORNEYS FOR PLAINTIFFS*

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
MDL MEMBER CASE**

| | |
|---|---|
| JOEL CRAWFORD,<br><br>   Plaintiff,<br><br>   v.<br><br>MONSANTO COMPANY,<br><br>   Defendant. | CIVIL ACTION<br>NO. 3:19-cv-05239-VC<br>MDL No. 2741<br><br>(<u>Electronically Filed</u>)<br><br>**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW (SHARON J. ZINNS)** |

   Sharon J. Zinns seeks to withdraw as counsel for Plaintiff in the above-captioned litigation pursuant to LOCAL R. 11-5(a) and CAL. R. PROF. CONDUCT 3-700(A)(1). As this Court finds that Ms. Zinns has submitted satisfactory reasoning for withdrawal as additional counsel for Plaintiff, and that the granting of his Motion will not cause substantial prejudice or delay to any party,

IT IS HEREBY ORDERED that Sharon J. Zinns' Motion to Withdraw as Counsel for Plaintiff is GRANTED, and Sharon J. Zinns' is hereby terminated as counsel in this proceeding.

DATED: _____   By:

_____
Hon. Vince Chhabria
United States District Judge