UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO CA 94102



RALPH A. APPLEGATE,
        Plaintiff,
vs.

Case : 16-MDL-02741-VC
Case : 3:18-CV-03363-VC
Case: 18-72281

MONSANTO COMPANY,
        Defendant

## REQUEST

1. Plaintiff Applegate was not sent , nor did plaintiff Applegate receive Monsanto motion , Judge Chhabria Order , certified mail with return receipt requested , and plaintiff fact sheet , and plaintiff Applegate requests that .

2. Only action that was required by Judge Chhabria was that Judge Chhabria remand Case No. 3:18-CV-03363-VC pursuant to MDL1407 after pre-trial, and no pretrial was processed , therefore plaintiff Applegate requests that Case No.3:18-CV-03363-CV be remanded to Franklin County Commom Pleas Court , also pursuant to Franklin County Common Pleas Court Local Rule 33.02 .

p.1

Respectfully submitted

Signed *Ralph A. Applegate*

Ralph A. Applegate , Plaintiff ,Pro Se
1544 Zettler Road
Columbus ,Ohio 43227
rapplegate48@gmail.com
914-410-1568

CERTIFICATE of SERVICE

Plaintiff certifies that one copy each of this document , " REQUEST" is being regular mailed to Clerk of U.S. District Court , Northern District of California , Clerk to e-file or hand-carry to Judge Chhabria ,and by regular mail to Clerk of 9th Circuit Court of Appeals , on or before August 27, 2019 .

p.2

Case 16-md-02741-VC   Document 5595   Filed 08/30/19   Pa[ge]

Ralph C. Applegate
1544 Zettler Road
Columbus, Ohio 43227

COLUMBUS OH 431
27 AUG 2019 PM 1 L

Clerk
United States District Court
Northern District of California
450 Golden Gate Ave.
San Francisco CA, 94102

94102–348999