UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION <br> _____ <br><br> This Document relates to: <br><br> **MONIQUE CHRISTY, et al** <br>        **Plaintiff** <br>       **V.** <br><br> **MONSANTO COMPANY, et al** <br>        **Defendants** | MDL NO. 2741 <br><br> Case No. 2:19−cv−11252 <br><br><br> **PARTIAL VOLUNTARY MOTION TO DISMISS WITHOUT PREJUDICE** |

## VOLUTARY PARTIAL MOTION TO DISMISS WITHOUT PREJUICE

**NOW INTO COURT,** comes Monique Christy, Individually and as Executrix of The Estate of Whitney Joseph Christy, and Whitney Marquette Christy who after communications with counsel for Scotts Miracle-Gro Company (Scotts) move this honorable court for an order voluntarily dismissing Scotts Miracle-Gro Company without prejudice reserving all rights against all other parties and reserving the right to amend pleadings in accordance with law should the plaintiffs later obtain information regarding liability of Scotts for any injuries and damages sustained by the Plaintiffs, Monique Christy, Individually and as Executrix of The Estate of Whitney Joseph Christy, and Whitney Marquette Christy.

   **WHEREFORE,** Plaintiffs, Monique Christy, Individually and as Executrix of The Estate of Whitney Joseph Christy, and Whitney Marquette Christy, pray that this Voluntary Partial Motion to Dismiss Without Prejudice be granted and that only Scotts Miracle-Gro Company dismissed

without prejudice reserving all rights against all other parties and reserving all rights to Plaintiffs to amend pleadings in accordance with law should the plaintiffs later obtain information regarding liability of Scotts for any injuries and damages sustained by the Plaintiffs, Monique Christy, Individually and as Executrix of The Estate of Whitney Joseph Christy, and Whitney Marquette Christy.

        **Respectfully submitted,**

        **Leefe, Gibbs, Sullivan, & Dupré, LLC**

        _____
        **WANDA ANDERSON DAVIS (TA) (#16788**
        **One Lakeway Center, Suite 1470**
        **3900 North Causeway Boulevard**
        **Metairie, LA  70002**
        **Telephone:  504-830-3990**
        **Facsimile:  504-830-3998**

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically forwarded the above and foregoing Interrogatories and Request for Production of Documents by using the CM/ECF system address provided for electronic filing to Counsels of Record on this 11th day of September 2019.

        _____
        **WANDA ANDERSON DAVIS**