UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION <br> _____ <br> This Document relates to: <br> **MONIQUE CHRISTY, et al** <br> Plaintiff <br> V. <br> **MONSANTO COMPANY, et al** <br> Defendants | MDL NO. 2741 <br><br> Case No. 2:19−cv−11252 <br><br> **ORDER PARTIAL VOLUNTARY MOTION TO DISMISS WITHOUT PREJUDICE** |

**THIS CAUSE** having come before the Court on the Voluntary Partial Motion to Dismiss Without Prejudice.

Having reviewed the Voluntary Partial Motion to Dismiss Without Prejudice and finding good cause, the Court **GRANTS** the Voluntary Partial Motion to Dismiss Without Prejudice as to Scotts Miracle-Gro Company dismissing Scotts Miracle-Gro Company without prejudice, reserving all rights against all other parties, and reserving all rights to Plaintiffs, Monique Christy, Individually and as Executrix of The Estate of Whitney Joseph Christy

to amend pleadings in accordance with law should the plaintiffs later obtain information regarding liability of Scotts Miracle-Gro Company for any injuries and damages sustained by the Plaintiffs, Monique Christy, Individually and as Executrix of The Estate of Whitney Joseph Christy.

**IT IS SO ORDERED.**

Date: _____

                                             _____
                                             VINCE CHHABRIA
                                             United States District Judge

ORDER GRANTING VOLUNTARY PARTIAL MOTION TO DISMISS