**MILLER DELLAFERA PLC**
Peter A. Miller (pro hac vice)
2420 Pump Rd., PMB 404
Henrico, VA 23233
Telephone: (800) 401-6670
Email: pmiller@millerdellafera.org

**THE MILLER FIRM LLC**
Brian K. Brake *(pro hac vice)*
108 Railroad Avenue
Orange, VA 22960
Telephone:  (540) 672-4224
Email: pmiller@millerfirmllc.com
*Attorneys for Plaintiffs*

**SHOOK, HARDY & BACON L.L.P.**
Anthony Rey Martinez
2555 Grand Blvd.
Kansas City, MO 64108
816-474-6550
Email: amartinez@shb.com
*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>*Anthony Harris v. Monsanto Co.*,<br>Case No. 3:17-cv-03199-VC | |

**STIPULATION REGARDING GOVERNING LAW**

Pursuant to Pretrial Order No. 171, the parties stipulate that California substantive law applies.

DATED:  September 12, 2019

|    |    |
|----|----|
| 1  | Respectfully submitted, |
| 2  | /s/  Brian K. Brake |
|    | Brian K. Brake |
| 3  | (bbrake@millerfirmllc.com) |
|    | THE MILLER FIRM LLC |
| 4  | 108 Railroad Avenue |
|    | Orange, VA 22960 |
| 5  | Telephone:  (540) 672-4224 |
|    | *Attorneys for Plaintiffs* |
| 6  |    |
| 7  |    |
|    | /s/  Anthony Rey Martinez |
| 8  | Anthony Rey Martinez |
|    | (amartinez@shb.com) |
| 9  | SHOOK, HARDY & BACON L.L.P. |
|    | 2555 Grand Blvd. |
| 10 | Kansas City, MO 64108 |
|    | 816-474-6550 |
| 11 | *Attorneys for Defendant* |
|    | *MONSANTO COMPANY* |

STIPULATION REGARDING GOVERNING
LAW 3:16-md-02741-VC & 3:17-cv-03199-VC