**THE MILLER FIRM LLC**
Brian K. Brake *(pro hac vice)*
108 Railroad Avenue
Orange, VA 22960
Telephone: (540) 672-4224
Email: bbrake@millerfirmllc.com
*Attorneys for Plaintiffs*

**SHOOK, HARDY & BACON L.L.P.**
Anthony Rey Martinez
2555 Grand Blvd.
Kansas City, MO 64108
816-474-6550
Email: amartinez@shb.com
*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>*Ines Hernandez v. Monsanto Co.*, Case No. 3:16-cv-05750-VC | |

### **STIPULATION REGARDING GOVERNING LAW**

Pursuant to Pretrial Order No. 171, the parties stipulate that California substantive law applies.

DATED: September 12, 2019

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Respectfully submitted,

/s/  Brian K. Brake
Brian K. Brake
(bbrake@millerfirmllc.com)
THE MILLER FIRM LLC
108 Railroad Avenue
Orange, VA 22960
Telephone:  (540) 672-4224
*Attorneys for Plaintiffs*


/s/  Anthony Rey Martinez
Anthony Rey Martinez
(amartinez@shb.com)
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
816-474-6550
*Attorneys for Defendant
MONSANTO COMPANY*