```
1  DAVID G. OTT (Mo. Bar No. 30449MO)
   JOHN F. COWLING (Mo. Bar No. 30929MO)
2  SCOTT T. JANSEN (Mo. Bar No. 57393MO)
   ARMSTRONG TEASDALE LLP
3  7700 Forsyth Blvd., Suite 1800
   St. Louis, Missouri 63105
4  Telephone:   314.621.5070
   Facsimile:   314.621.5065
5  dott@armstrongteasdale.com
   jcowling@armstrongteasdale.com
6  sjansen@armstrongteasdale.com

7  Attorneys for Defendants
   OSBORN & BARR COMMUNICATIONS, INC. and
8  OSBORN & BARR HOLDINGS, INC.
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:  ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Johnson v. Monsanto Co., et al.*,<br>Case No. 3:19-cv-05255 | Case No. 3:16-md-02741-VC<br>MDL No. 2741<br><br>**OSBORN & BARR DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM**<br><br>**JURY TRIAL DEMANDED**<br><br>**HEARING DATE:  October 17, 2019**<br><br>**10:00 A.M.** |

     1.    Please take notice that this motion is set for hearing on October 17, 2019 at 10:00 a.m.

     2.    Movants, Defendants Osborn & Barr Communications, Inc. and Osborn & Barr Holdings, Inc. (collectively, the "Osborn & Barr Defendants"), request the Court dismiss all claims against them because Plaintiff fails to state a claim upon which relief may be granted pursuant to Fed. R. Civ. P. 12(b)(6) due to res judicata, in that the Osborn & Barr Defendants were dismissed with prejudice from the underlying member case on July 28, 2017.

     3.    Movants submit their Memorandum in Support of this Motion, with their points and authority, by separate brief pursuant to Civil L.R. 7-4.

-1-

Case No. 3:19-cv-05255
(MDL No. 2741, from the E.D. Mo.
In Re:  Roundup Product Liability Litigation)    Motion to Dismiss for Failure to State a Claim

|   |   |
|---|---|
| | Respectfully submitted, |
| Dated:  September 12, 2019 | ARMSTRONG TEASDALE LLP |
| | /S/ SCOTT T. JANSEN |
| | By:  DAVID G. OTT<br>(Mo. Bar No. 30449MO)<br>JOHN F. COWLING<br>(Mo. Bar No. 30920MO)<br>SCOTT T. JANSEN<br>(Mo. Bar No. 57393MO)<br>7700 Forsythe Blvd., Ste. 1800<br>St. Louis, Missouri 63105<br>Telephone: (314) 621-5070<br>Facsimile:  (314) 621-5065 |
| | Attorneys for Defendants |
| | OSBORN & BARR COMMUNICATIONS, INC. and OSBORN & BARR HOLDINGS, INC. |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed using the ECF system on this 12th day of September, 2019.

/s/ Scott T. Jansen

-2-

Case No. 3:19-cv-05255
(MDL No. 2741, from the E.D. Mo.
In Re:  Roundup Product Liability Litigation)

[Proposed] Order Granting Osborn & Barr Defendants' Motion to Dismiss for Failure to State a Claim

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Johnson v. Monsanto Co., et al.,*<br>Case No. 3:19-cv-05255 | Case No. 3:16-md-02741-VC<br>MDL No. 2741<br><br>**[PROPOSED] ORDER GRANTING OSBORN & BARR COMMUNICATIONS, INC. AND OSBORN & BARR HOLDINGS, INC. MOTION TO DISMISS** |

Upon consideration of Defendants Osborn & Barr Communications, Inc. and Osborn & Barr Holdings, Inc.'s Motion to Dismiss,

IT IS HEREBY ORDERED that the motion is GRANTED; all Counts of Plaintiff's Complaint are dismissed as to Defendants Osborn & Barr Communications, Inc. and Osborn & Barr Holdings, Inc. for failure to state a claim upon which relief could be granted.

Date: _____, 2019         _____
                                          HON. VINCE CHHABRIA
                                          UNITED STATES DISTRICT COURT

-3-