UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. 16-md-02741-VC |
| This document relates to:<br><br>*Applegate v. Monsanto Co.*, 18-cv-3363 | **ORDER DIRECTING THE FILING OF A RESPONSE TO MOTION TO REOPEN**<br><br>Re: Dkt. No. 5595 |

Monsanto is ordered to file a response to Ralph Applegate's motion to reopen, Dkt. No. 5595, within 21 days.

**IT IS SO ORDERED.**

Dated: September 12, 2019

VINCE CHHABRIA
United States District Judge