[Reset Form]

CAND Pay.gov Application for Refund (rev. 5/17)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## APPLICATION FOR REFUND (USDC-CAND PAY.GOV)

### PAY.GOV TRANSACTION DETAILS

**IMPORTANT:**
- Complete all required fields (shown in red*); otherwise, your request may be denied and require resubmission.
- In fields 3-7, enter the information for the **incorrect** transaction (the one for which you are requesting a refund), not the **correct** transaction that appears on the docket. This information can be found in the Pay.gov screen receipt or confirmation email.

| | |
|---|---|
| 1. Your Name:* Michael J. Miller | 8. Your Phone Number: (540) 672-4224 |
| 2. Your Email Address: * rmayer@millerfirmllc.com | 9. Full Case Number (if applicable): 3:16-md-02741 |
| 3. Pay.gov Tracking ID Number:* 26JCRJM0 | 10. Fee Type:* ☐ Attorney Admission / ☑ Civil Case Filing / ☐ FTR Audio Recording / ☐ Notice of Appeal / ☐ Pro Hac Vice / ☐ Writ of Habeas Corpus |
| 4. Agency Tracking ID Number:* 0971- 13595843 | |
| 5. Transaction Date:* 08/09/2019 | |
| 6. Transaction Time:* 5:53 am | |
| 7. Transaction Amount (Amount to be refunded):* $ 400.00 | |

**11. Reason for Refund Request:*** Explain in detail what happened to cause duplicate charges or no fee required.
- For a duplicate charge, provide the **correct** Pay.gov and Agency Tracking numbers in this field.
- If you paid a filing fee in an abandoned case number, note that case number here (but e-file the refund request in the **open** case).

An individual case was filed for this plaintiff, case 3:19-cv-04758-VC pursuant to PTO 155 the case was also docketed in 3:16-md-02741 where a second Fee was incorrectly paid.
Pay.gov Tracking ID Number: 26JLBQPM     Agency Tracking ID Number: 0971-13631440

✓ **Efile this form using OTHER FILINGS → OTHER DOCUMENTS → APPLICATION FOR REFUND.**

View detailed instructions at: cand.uscourts.gov/ecf/payments. For assistance, contact the ECF Help Desk at 1-866-638-7829 or ecfhelpdesk@cand.uscourts.gov Monday -Friday 9:00 a.m.-4:00 p.m.

### FOR U.S. DISTRICT COURT USE ONLY

| | |
|---|---|
| Refund request: ☑ Approved / ☐ Denied / ☐ Denied — Resubmit amended application (see reason for denial) | |
| Approval/denial date: 9/4/2019 | Request approved/denied by: [signature] Ana Ravarra |
| Pay.gov refund tracking ID refunded: 26K0C3LG | Agency refund tracking ID number: 0971- 1358583 |
| Date refund processed: 9/5/19 | Refund processed by: [signature] |
| Reason for denial (if applicable): | |
| Referred for OSC date (if applicable): | |

Reset Form

CAND Pay.gov Application for Refund (rev. 5/17)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## APPLICATION FOR REFUND (USDC-CAND PAY.GOV)

### PAY.GOV TRANSACTION DETAILS

**IMPORTANT:**
- Complete all required fields (shown in red*); otherwise, your request may be denied and require resubmission.
- In fields 3-7, enter the information for the **incorrect** transaction (the one for which you are requesting a refund), not the **correct** transaction that appears on the docket. This information can be found in the Pay.gov screen receipt or confirmation email.

| | | | |
|---|---|---|---|
| 1. Your Name:* Michael J. Miller | | 8. Your Phone Number: (540) 672-4224 | |
| 2. Your Email Address: * rmayer@millerfirmllc.com | | 9. Full Case Number (if applicable): 3:16-md-02741 | |
| 3. Pay.gov Tracking ID Number:* 26JCRN02 | | 10. Fee Type:* | ☐ Attorney Admission<br>☑ Civil Case Filing<br>☐ FTR Audio Recording<br>☐ Notice of Appeal<br>☐ Pro Hac Vice<br>☐ Writ of Habeas Corpus |
| 4. Agency Tracking ID Number:* 0971- 13595852 | | | |
| 5. Transaction Date:* 08/09/2019 | | | |
| 6. Transaction Time:* 6:00 am | | | |
| 7. Transaction Amount (Amount to be refunded):* $ 400.00 | | | |

11. **Reason for Refund Request:*** *Explain in detail what happened to cause duplicate charges or no fee required.*
- For a duplicate charge, provide the **correct** Pay.gov and Agency Tracking numbers in this field.
- If you paid a filing fee in an abandoned case number, note that case number here (but e-file the refund request in the **open** case).

An individual case was filed for this plaintiff, case 3:19-cv-04950-VC ; pursuant to PTO 155 the case was also docketed in 3:16-md-02741 where a second Fee was incorrectly paid.
Pay.gov Tracking ID Number: 26JLBS63        Agency Tracking ID Number: 0971-13631443

✓ Efile this form using OTHER FILINGS → OTHER DOCUMENTS → APPLICATION FOR REFUND.

View detailed instructions at: cand.uscourts.gov/ecf/payments. For assistance, contact the ECF Help Desk at 1-866-638-7829 or ecfhelpdesk@cand.uscourts.gov Monday -Friday 9:00 a.m.-4:00 p.m.

| FOR U.S. DISTRICT COURT USE ONLY | |
|---|---|
| Refund request: ☑ Approved  ☐ Denied  ☐ Denied — Resubmit amended application (see reason for denial) | |
| Approval/denial date: 9/4/19 | Request approved/denied by: Ana Banares |
| Pay.gov refund tracking ID refunded: 26JOC63G | Agency refund tracking ID number: 0971- 13595852 |
| Date refund processed: 9/5/19 | Refund processed by: [signature] |
| Reason for denial (if applicable): | |
| Referred for OSC date (if applicable): | |

Case 3:16-md-02741-VC   Document 5387   Filed 08/29/19   Page 1 of 1

[Reset Form]

CAND Pay.gov Application for Refund (rev. 5/17)

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

## APPLICATION FOR REFUND (USDC-CAND PAY.GOV)

### PAY.GOV TRANSACTION DETAILS

**IMPORTANT:**
- Complete all required fields (shown in red*); otherwise, your request may be denied and require resubmission.
- In fields *3-7*, enter the information for the **incorrect** transaction (the one for which you are requesting a refund), not the **correct** transaction that appears on the docket. This information can be found in the Pay.gov screen receipt or confirmation email.

| | |
|---|---|
| 1. Your Name:* Michael J. Miller | 8. Your Phone Number: (540) 672-4224 |
| 2. Your Email Address: * rmayer@millerfirmllc.com | 9. Full Case Number (if applicable): 3:16-md-02741 |
| 3. Pay.gov Tracking ID Number:* 26JCRQAM | 10. Fee Type:* ☐ Attorney Admission ☑ Civil Case Filing ☐ FTR Audio Recording ☐ Notice of Appeal ☐ Pro Hac Vice ☐ Writ of Habeas Corpus |
| 4. Agency Tracking ID Number:* 0971- 13595854 | |
| 5. Transaction Date:* 08/09/2019 | |
| 6. Transaction Time:* 6:11 am | |
| 7. Transaction Amount (Amount to be refunded):* $ 400.00 | |

11. **Reason for Refund Request:*** *Explain in detail what happened to cause duplicate charges or no fee required.*
- For a duplicate charge, provide the **correct** Pay.gov and Agency Tracking numbers in this field.
- If you paid a filing fee in an abandoned case number, note that case number here (but e-file the refund request in the **open** case).

An individual case was filed for this plaintiff, case 3:19-cv-04951-VC; pursuant to PTO 155 the case was also docketed in 3:16-md-02741 where a second Fee was incorrectly paid.
Pay.gov Tracking ID Number: 26JLBS7V          Agency Tracking ID Number: 0971-13631446

✓   *Efile this form using* OTHER FILINGS → OTHER DOCUMENTS → APPLICATION FOR REFUND.

View detailed instructions at: cand.uscourts.gov/ecf/payments. For assistance, contact the ECF Help Desk at 1-866-638-7829 or ecfhelpdesk@cand.uscourts.gov Monday -Friday 9:00 a.m.-4:00 p.m.

### FOR U.S. DISTRICT COURT USE ONLY

| | |
|---|---|
| Refund request: ☑ Approved ☐ Denied ☐ Denied — Resubmit amended application (see reason for denial) | |
| Approval/denial date: 9/4/19 | Request approved/denied by: Anna Barnard |
| Pay.gov refund tracking ID refunded: 26KOC3LL | Agency refund tracking ID number: 0971- 13595854 |
| Date refund processed: 9/5/19 | Refund processed by: [signature] |
| Reason for denial (if applicable): | |
| Referred for OSC date (if applicable): | |

Reset Form

CAND Pay.gov Application for Refund (rev. 5/17)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## APPLICATION FOR REFUND (USDC-CAND PAY.GOV)

### PAY.GOV TRANSACTION DETAILS

**IMPORTANT:**
- Complete all required fields (shown in red*); otherwise, your request may be denied and require resubmission.
- In fields 3-7, enter the information for the **incorrect** transaction (the one for which you are requesting a refund), not the **correct** transaction that appears on the docket. This information can be found in the Pay.gov screen receipt or confirmation email.

| | | | |
|---|---|---|---|
| 1. Your Name:* Michael J. Miller | | 8. Your Phone Number: (540) 672-4224 | |
| 2. Your Email Address: * rmayer@millerfirmllc.com | | 9. Full Case Number (if applicable): 3:16-md-02741 | |
| 3. Pay.gov Tracking ID Number:* 26JG67D5 | | 10. Fee Type:* | ☐ Attorney Admission<br>☒ Civil Case Filing<br>☐ FTR Audio Recording<br>☐ Notice of Appeal<br>☐ Pro Hac Vice<br>☐ Writ of Habeas Corpus |
| 4. Agency Tracking ID Number:* 0971- 13608327 | | | |
| 5. Transaction Date:* 08/14/2019 | | | |
| 6. Transaction Time:* 7:26 am | | | |
| 7. Transaction Amount (Amount to be refunded):* $ 400.00 | | | |

**11. Reason for Refund Request:*** Explain in detail what happened to cause duplicate charges or no fee required.
- For a duplicate charge, provide the **correct** Pay.gov and Agency Tracking numbers in this field.
- If you paid a filing fee in an abandoned case number, note that case number here (but e-file the refund request in the **open** case).

An individual case was filed for this plaintiff, case 3:19-cv-04811-VC; pursuant to PTO 155 the case was also docketed in 3:16-md-02741 where a second Fee was incorrectly paid.
Pay.gov Tracking ID Number: 26JGN873      Agency Tracking ID Number: 0971-13611903

✓ Efile this form using OTHER FILINGS → OTHER DOCUMENTS → APPLICATION FOR REFUND.

View detailed instructions at: cand.uscourts.gov/ecf/payments. For assistance, contact the ECF Help Desk at 1-866-638-7829 or ecfhelpdesk@cand.uscourts.gov Monday -Friday 9:00 a.m.-4:00 p.m.

### FOR U.S. DISTRICT COURT USE ONLY

| | |
|---|---|
| Refund request: ☒ Approved<br>☐ Denied<br>☐ Denied — Resubmit amended application (see reason for denial) | |
| Approval/denial date: 9/4/19 | Request approved/denied by: Gina Banares |
| Pay.gov refund tracking ID refunded: 26KOC3LP | Agency refund tracking ID number: 0971-13608327 |
| Date refund processed: 9/5/19 | Refund processed by: Cicie Keven |
| Reason for denial (if applicable): | |
| Referred for OSC date (if applicable): | |

Case 3:16-md-02741-VC   Document 5389   Filed 08/29/19   Page 1 of 1

Reset Form

CAND Pay.gov Application for Refund (rev. 5/17)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## APPLICATION FOR REFUND (USDC-CAND PAY.GOV)

### PAY.GOV TRANSACTION DETAILS

**IMPORTANT:**
- Complete all required fields (shown in red*); otherwise, your request may be denied and require resubmission.
- In fields 3-7, enter the information for the **incorrect** transaction (the one for which you are requesting a refund), not the **correct** transaction that appears on the docket. This information can be found in the Pay.gov screen receipt or confirmation email.

| | | |
|---|---|---|
| 1. Your Name:* Michael J. Miller | 8. Your Phone Number: (540) 672-4224 | |
| 2. Your Email Address: * rmayer@millerfirmllc.com | 9. Full Case Number (if applicable): 3:16-md-02741 | |
| 3. Pay.gov Tracking ID Number:* 26JCRRI0 | 10. Fee Type:* | ☐ Attorney Admission<br>☑ Civil Case Filing<br>☐ FTR Audio Recording<br>☐ Notice of Appeal<br>☐ Pro Hac Vice<br>☐ Writ of Habeas Corpus |
| 4. Agency Tracking ID Number:* 0971- 13595855 | | |
| 5. Transaction Date:* 08/09/2019 | | |
| 6. Transaction Time:* 6:18 am | | |
| 7. Transaction Amount (Amount to be refunded):* $ 400.00 | | |

11. **Reason for Refund Request:*** Explain in detail what happened to cause duplicate charges or no fee required.
- For a duplicate charge, provide the **correct** Pay.gov and Agency Tracking numbers in this field.
- If you paid a filing fee in an abandoned case number, note that case number here (but e-file the refund request in the **open** case).

An individual case was filed for this plaintiff, case 3:19-cv-04952-VC; pursuant to PTO 155 the case was also docketed in 3:16-md-02741 where a second Fee was incorrectly paid.
Pay.gov Tracking ID Number: 26JLBSA6                Agency Tracking ID Number: 0971-13631447

✓ Efile this form using OTHER FILINGS → OTHER DOCUMENTS → APPLICATION FOR REFUND.

View detailed instructions at: cand.uscourts.gov/ecf/payments. For assistance, contact the ECF Help Desk at 1-866-638-7829 or ecfhelpdesk@cand.uscourts.gov Monday -Friday 9:00 a.m.-4:00 p.m.

### FOR U.S. DISTRICT COURT USE ONLY

| | |
|---|---|
| Refund request: ☑ Approved<br>☐ Denied<br>☐ Denied — Resubmit amended application (see reason for denial) | |
| Approval/denial date: 9/4/19 | Request approved/denied by: [signature] |
| Pay.gov refund tracking ID refunded: 26KOCL3M | Agency refund tracking ID number: 0971- 13595835 |
| Date refund processed: 9/5/19 | Refund processed by: [signature] |
| Reason for denial (if applicable): | |
| Referred for OSC date (if applicable): | |

Reset Form

CAND Pay.gov Application for Refund (rev. 5/17)

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

## APPLICATION FOR REFUND (USDC-CAND PAY.GOV)

### PAY.GOV TRANSACTION DETAILS

**IMPORTANT:**
- Complete all required fields (shown in red*); otherwise, your request may be denied and require resubmission.
- In fields **3-7**, enter the information for the **incorrect** transaction (the one for which you are requesting a refund), not the **correct** transaction that appears on the docket. This information can be found in the Pay.gov screen receipt or confirmation email.

| | |
|---|---|
| 1. Your Name:* Michael J. Miller | 8. Your Phone Number: (540) 672-4224 |
| 2. Your Email Address:* rmayer@millerfirmllc.com | 9. Full Case Number (if applicable): 3:16-md-02741 |
| 3. Pay.gov Tracking ID Number:* 26JCRRNP | 10. Fee Type:* ☐ Attorney Admission / ☑ Civil Case Filing / ☐ FTR Audio Recording / ☐ Notice of Appeal / ☐ Pro Hac Vice / ☐ Writ of Habeas Corpus |
| 4. Agency Tracking ID Number:* 0971- 13595857 | |
| 5. Transaction Date:* 08/09/2019 | |
| 6. Transaction Time:* 6:23 am | |
| 7. Transaction Amount (Amount to be refunded):* $ 400.00 | |

**11. Reason for Refund Request:*** Explain in detail what happened to cause duplicate charges or no fee required.
- For a duplicate charge, provide the **correct** Pay.gov and Agency Tracking numbers in this field.
- If you paid a filing fee in an abandoned case number, note that case number here (but e-file the refund request in the **open** case).

An individual case was filed for this plaintiff, case 3:19-cv-04954-VC; pursuant to PTO 155 the case was also docketed in 3:16-md-02741 where a second Fee was incorrectly paid.

Pay.gov Tracking ID Number: 26JLBVB9          Agency Tracking ID Number: 0971-13631451

✓ *Efile this form using* OTHER FILINGS → OTHER DOCUMENTS → APPLICATION FOR REFUND.

View detailed instructions at: cand.uscourts.gov/ecf/payments. For assistance, contact the ECF Help Desk at 1-866-638-7829 or ecfhelpdesk@cand.uscourts.gov Monday-Friday 9:00 a.m.-4:00 p.m.

### FOR U.S. DISTRICT COURT USE ONLY

| | |
|---|---|
| Refund request: ☑ Approved / ☐ Denied / ☐ Denied – Resubmit amended application (see reason for denial) | |
| Approval/denial date: 9/4/19 | Request approved/denied by: [signature] |
| Pay.gov refund tracking ID refunded: 26COC13N | Agency refund tracking ID number: 0971- 13595857 |
| Date refund processed: 9/5/19 | Refund processed by: [signature] |
| Reason for denial (if applicable): | |
| Referred for OSC date (if applicable): | |

Reset Form

CAND Pay.gov Application for Refund (rev. 5/17)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## APPLICATION FOR REFUND (USDC-CAND PAY.GOV)

### PAY.GOV TRANSACTION DETAILS

**IMPORTANT:**
- Complete all required fields (shown in red*); otherwise, your request may be denied and require resubmission.
- In fields 3-7, enter the information for the **incorrect** transaction (the one for which you are requesting a refund), not the **correct** transaction that appears on the docket. This information can be found in the Pay.gov screen receipt or confirmation email.

| | |
|---|---|
| 1. Your Name:* Michael J. Miller | 8. Your Phone Number: (540) 672-4224 |
| 2. Your Email Address: * rmayer@millerfirmllc.com | 9. Full Case Number (if applicable): 3:16-md-02741 |
| 3. Pay.gov Tracking ID Number:* 26JCRT00 | 10. Fee Type:* ☐ Attorney Admission / ☑ Civil Case Filing / ☐ FTR Audio Recording / ☐ Notice of Appeal / ☐ Pro Hac Vice / ☐ Writ of Habeas Corpus |
| 4. Agency Tracking ID Number:* 0971- 13595858 | |
| 5. Transaction Date:* 08/09/2019 | |
| 6. Transaction Time:* 6:31 am | |
| 7. Transaction Amount (Amount to be refunded):* $ 400.00 | |

11. **Reason for Refund Request:*** Explain in detail what happened to cause duplicate charges or no fee required.
- For a duplicate charge, provide the **correct** Pay.gov and Agency Tracking numbers in this field.
- If you paid a filing fee in an abandoned case number, note that case number here (but e-file the refund request in the **open** case).

An individual case was filed for this plaintiff, case 3:19-cv-04956-VC; pursuant to PTO 155 the case was also docketed in 3:16-md-02741 where a second Fee was incorrectly paid.
Pay.gov Tracking ID Number: 26JLBVDE          Agency Tracking ID Number: 0971-13631454

✓ *Efile this form using* OTHER FILINGS → OTHER DOCUMENTS → APPLICATION FOR REFUND.

View detailed instructions at: cand.uscourts.gov/ecf/payments. For assistance, contact the ECF Help Desk at 1-866-638-7829 or ecfhelpdesk@cand.uscourts.gov Monday -Friday 9:00 a.m.-4:00 p.m.

### FOR U.S. DISTRICT COURT USE ONLY

| | |
|---|---|
| Refund request: ☑ Approved / ☐ Denied / ☐ Denied — Resubmit amended application (see reason for denial) | |
| Approval/denial date: 9/4/19 | Request approved/denied by: [signature] |
| Pay.gov refund tracking ID refunded: 26K0C63 0 | Agency refund tracking ID number: 0971- 13595858 |
| Date refund processed: 9/5/19 | Refund processed by: [signature] |
| Reason for denial (if applicable): | |
| Referred for OSC date (if applicable): | |

Reset Form

CAND Pay.gov Application for Refund (rev. 5/17)

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

## APPLICATION FOR REFUND (USDC-CAND PAY.GOV)

### PAY.GOV TRANSACTION DETAILS

**IMPORTANT:**
- Complete all required fields (shown in red*); otherwise, your request may be denied and require resubmission.
- In fields 3-7, enter the information for the **incorrect** transaction (the one for which you are requesting a refund), not the **correct** transaction that appears on the docket. This information can be found in the Pay.gov screen receipt or confirmation email.

| | | | |
|---|---|---|---|
| 1. Your Name:* Michael J. Miller | | 8. Your Phone Number: (540) 672-4224 | |
| 2. Your Email Address: * rmayer@millerfirmllc.com | | 9. Full Case Number (if applicable): 3:16-md-02741 | |
| 3. Pay.gov Tracking ID Number:* 26JCS4FA | | 10. Fee Type:* | ☐ Attorney Admission |
| 4. Agency Tracking ID Number:* 0971- 13595864 | | | ☑ Civil Case Filing |
| | | | ☐ FTR Audio Recording |
| 5. Transaction Date:* 08/09/2019 | | | ☐ Notice of Appeal |
| | | | ☐ Pro Hac Vice |
| 6. Transaction Time:* 6:51 am | | | ☐ Writ of Habeas Corpus |
| 7. Transaction Amount (Amount to be refunded):* $ 400.00 | | | |

11. **Reason for Refund Request:*** Explain in detail what happened to cause duplicate charges or no fee required.
- For a duplicate charge, provide the **correct** Pay.gov and Agency Tracking numbers in this field.
- If you paid a filing fee in an abandoned case number, note that case number here (but e-file the refund request in the **open** case).

An individual case was filed for this plaintiff, case 3:19-cv-04957-VC; pursuant to PTO 155 the case was also docketed in 3:16-md-02741 where a second Fee was incorrectly paid.
Pay.gov Tracking ID Number:   26JLC0KG        Agency Tracking ID Number: 0971-13631457

✓ Efile this form using OTHER FILINGS → OTHER DOCUMENTS → APPLICATION FOR REFUND.

View detailed instructions at: cand.uscourts.gov/ecf/payments. For assistance, contact the ECF Help Desk at 1-866-638-7829 or ecfhelpdesk@cand.uscourts.gov Monday -Friday 9:00 a.m.-4:00 p.m.

### FOR U.S. DISTRICT COURT USE ONLY

| | |
|---|---|
| Refund request: ☑ Approved<br>☐ Denied<br>☐ Denied — Resubmit amended application (see reason for denial) | |
| Approval/denial date: 9/4/19 | Request approved/denied by: [signature] |
| Pay.gov refund tracking ID refunded: 26K0CL63Q | Agency refund tracking ID number: 0971- 13595864 |
| Date refund processed: 9/5/19 | Refund processed by: [signature] |
| Reason for denial (if applicable): | |
| Referred for OSC date (if applicable): | |

Reset Form

CAND Pay.gov Application for Refund (rev. 5/17)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## APPLICATION FOR REFUND (USDC-CAND PAY.GOV)

### PAY.GOV TRANSACTION DETAILS

**IMPORTANT**:
- Complete all required fields (shown in red*); otherwise, your request may be denied and require resubmission.
- In fields 3-7, enter the information for the **incorrect** transaction (the one for which you are requesting a refund), not the **correct** transaction that appears on the docket. This information can be found in the Pay.gov screen receipt or confirmation email.

| | |
|---|---|
| 1. Your Name:* Michael J. Miller | 8. Your Phone Number: (540) 672-4224 |
| 2. Your Email Address: * rmayer@millerfirmllc.com | 9. Full Case Number (if applicable): 3:16-md-02741 |
| 3. Pay.gov Tracking ID Number:* 26JCS4KE | 10. Fee Type:* ☐ Attorney Admission  ☑ Civil Case Filing  ☐ FTR Audio Recording  ☐ Notice of Appeal  ☐ Pro Hac Vice  ☐ Writ of Habeas Corpus |
| 4. Agency Tracking ID Number:* 0971- 13595867 | |
| 5. Transaction Date:* 08/09/2019 | |
| 6. Transaction Time:* 6:54 am | |
| 7. Transaction Amount (Amount to be refunded):* $ 400.00 | |

11. **Reason for Refund Request:*** Explain in detail what happened to cause duplicate charges or no fee required.
- For a duplicate charge, provide the **correct** Pay.gov and Agency Tracking numbers in this field.
- If you paid a filing fee in an abandoned case number, note that case number here (but e-file the refund request in the **open** case).

An individual case was filed for this plaintiff, case 3:19-cv-04958-VC; pursuant to PTO 155 the case was also docketed in 3:16-md-02741 where a second Fee was incorrectly paid.
Pay.gov Tracking ID Number:  ID: 26JLC0OE       Agency Tracking ID Number: 0971-13631466

✓   *Efile this form using* OTHER FILINGS → OTHER DOCUMENTS → APPLICATION FOR REFUND.

View detailed instructions at: cand.uscourts.gov/ecf/payments. For assistance, contact the ECF Help Desk at 1-866-638-7829 or ecfhelpdesk@cand.uscourts.gov Monday -Friday 9:00 a.m.-4:00 p.m.

### FOR U.S. DISTRICT COURT USE ONLY

| | |
|---|---|
| Refund request: ☑ Approved  ☐ Denied  ☐ Denied — Resubmit amended application (see reason for denial) | |
| Approval/denial date: SEP 04 2019 | Request approved/denied by: Ana Roman |
| Pay.gov refund tracking ID refunded: 26KOC3M8 | Agency refund tracking ID number: 0971- 13595867 |
| Date refund processed: 9/5/19 | Refund processed by: Crete Owen |
| Reason for denial (if applicable): | |
| Referred for OSC date (if applicable): | |

Reset Form

CAND Pay.gov Application for Refund (rev. 5/17)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## APPLICATION FOR REFUND (USDC-CAND PAY.GOV)

### PAY.GOV TRANSACTION DETAILS

**IMPORTANT:**
- Complete all required fields (shown in red*); otherwise, your request may be denied and require resubmission.
- In fields *3-7*, enter the information for the **incorrect** transaction (the one for which you are requesting a refund), not the **correct** transaction that appears on the docket. This information can be found in the Pay.gov screen receipt or confirmation email.

| | |
|---|---|
| 1. Your Name:* Michael J. Miller | 8. Your Phone Number: (540) 672-4224 |
| 2. Your Email Address: * rmayer@millerfirmllc.com | 9. Full Case Number (if applicable): 3:16-md-02741 |
| 3. Pay.gov Tracking ID Number:* 26JCS4PC | 10. Fee Type:* ☐ Attorney Admission / ☒ Civil Case Filing / ☐ FTR Audio Recording / ☐ Notice of Appeal / ☐ Pro Hac Vice / ☐ Writ of Habeas Corpus |
| 4. Agency Tracking ID Number:* 0971- 13595870 | |
| 5. Transaction Date:* 08/09/2019 | |
| 6. Transaction Time:* 6:58 am | |
| 7. Transaction Amount (Amount to be refunded):* $ 400.00 | |

11. **Reason for Refund Request:*** Explain in detail what happened to cause duplicate charges or no fee required.
- For a duplicate charge, provide the **correct** Pay.gov and Agency Tracking numbers in this field.
- If you paid a filing fee in an abandoned case number, note that case number here (but e-file the refund request in the **open** case).

An individual case was filed for this plaintiff, case 3:19-cv-04959-VC; pursuant to PTO 155 the case was also docketed in 3:16-md-02741 where a second Fee was incorrectly paid.
Pay.gov Tracking ID Number: 26JLC12C       Agency Tracking ID Number: 0971-13631468

✓ *Efile this form using* OTHER FILINGS → OTHER DOCUMENTS → APPLICATION FOR REFUND.

View detailed instructions at: cand.uscourts.gov/ecf/payments. For assistance, contact the ECF Help Desk at 1-866-638-7829 or ecfhelpdesk@cand.uscourts.gov Monday -Friday 9:00 a.m.-4:00 p.m.

### FOR U.S. DISTRICT COURT USE ONLY

| | |
|---|---|
| Refund request: ☒ Approved / ☐ Denied / ☐ Denied — Resubmit amended application (see reason for denial) | |
| Approval/denial date: SEP 04 2019 | Request approved/denied by: [signature] |
| Pay.gov refund tracking ID refunded: 26KOC3MD | Agency refund tracking ID number: 0971-13595870 |
| Date refund processed: 9/5/19 | Refund processed by: [signature] |
| Reason for denial (if applicable): | |
| Referred for OSC date (if applicable): | |

Reset Form

CAND Pay.gov Application for Refund (rev. 5/17)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## APPLICATION FOR REFUND (USDC-CAND PAY.GOV)

### PAY.GOV TRANSACTION DETAILS

**IMPORTANT:**
- Complete all required fields (shown in red*); otherwise, your request may be denied and require resubmission.
- In fields 3-7, enter the information for the **incorrect** transaction (the one for which you are requesting a refund), not the **correct** transaction that appears on the docket. This information can be found in the Pay.gov screen receipt or confirmation email.

| | | | |
|---|---|---|---|
| 1. Your Name:* Michael J. Miller | | 8. Your Phone Number: (540) 672-4224 | |
| 2. Your Email Address:* rmayer@millerfirmllc.com | | 9. Full Case Number (if applicable): 3:16-md-02741 | |
| 3. Pay.gov Tracking ID Number:* 26JCS7D9 | | 10. Fee Type:* | ☐ Attorney Admission |
| 4. Agency Tracking ID Number:* 0971- 13595874 | | | ☑ Civil Case Filing |
| | | | ☐ FTR Audio Recording |
| 5. Transaction Date:* 08/09/2019 | | | ☐ Notice of Appeal |
| | | | ☐ Pro Hac Vice |
| 6. Transaction Time:* 7:01 am | | | ☐ Writ of Habeas Corpus |
| 7. Transaction Amount (Amount to be refunded):* $ 400.00 | | | |

**11. Reason for Refund Request:*** Explain in detail what happened to cause duplicate charges or no fee required.
- For a duplicate charge, provide the **correct** Pay.gov and Agency Tracking numbers in this field.
- If you paid a filing fee in an abandoned case number, note that case number here (but e-file the refund request in the **open** case).

An individual case was filed for this plaintiff, case 3:19-cv-04960-VC; pursuant to PTO 155 the case was also docketed in 3:16-md-02741 where a second Fee was incorrectly paid.
Pay.gov Tracking ID Number: 26JLC2JI          Agency Tracking ID Number: 0971-13631470

✓ *Efile this form using* OTHER FILINGS → OTHER DOCUMENTS → APPLICATION FOR REFUND.

View detailed instructions at: cand.uscourts.gov/ecf/payments. For assistance, contact the ECF Help Desk at 1-866-638-7829 or ecfhelpdesk@cand.uscourts.gov Monday - Friday 9:00 a.m.-4:00 p.m.

### FOR U.S. DISTRICT COURT USE ONLY

| | | | |
|---|---|---|---|
| Refund request: | ☑ Approved<br>☐ Denied<br>☐ Denied — Resubmit amended application (see reason for denial) | | |
| Approval/denial date: SEP. 04 2019 | | Request approved/denied by: Ona Banerne | |
| Pay.gov refund tracking ID refunded: 26KOC3MG | | Agency refund tracking ID number: 0971- 13595874 | |
| Date refund processed: 9/5/19 | | Refund processed by: (signature) | |
| Reason for denial (if applicable): | | | |
| Referred for OSC date (if applicable): | | | |

Reset Form

CAND Pay.gov Application for Refund (rev. 5/17)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## APPLICATION FOR REFUND (USDC-CAND PAY.GOV)

### PAY.GOV TRANSACTION DETAILS

**IMPORTANT:**
- Complete all required fields (shown in red*); otherwise, your request may be denied and require resubmission.
- In fields 3-7, enter the information for the **incorrect** transaction (the one for which you are requesting a refund), not the **correct** transaction that appears on the docket. This information can be found in the Pay.gov screen receipt or confirmation email.

| | |
|---|---|
| 1. Your Name:* Michael J. Miller | 8. Your Phone Number: (540) 672-4224 |
| 2. Your Email Address: * rmayer@millerfirmllc.com | 9. Full Case Number (if applicable): 3:16-md-02741 |
| 3. Pay.gov Tracking ID Number:* 26JCSBCM | 10. Fee Type:* ☐ Attorney Admission / ☑ Civil Case Filing / ☐ FTR Audio Recording / ☐ Notice of Appeal / ☐ Pro Hac Vice / ☐ Writ of Habeas Corpus |
| 4. Agency Tracking ID Number:* 0971- 13595876 | |
| 5. Transaction Date:* 08/09/2019 | |
| 6. Transaction Time:* 7:09 am | |
| 7. Transaction Amount (Amount to be refunded):* $ 400.00 | |

**11. Reason for Refund Request:*** Explain in detail what happened to cause duplicate charges or no fee required.
- For a duplicate charge, provide the **correct** Pay.gov and Agency Tracking numbers in this field.
- If you paid a filing fee in an abandoned case number, note that case number here (but e-file the refund request in the **open** case).

An individual case was filed for this plaintiff, case 3:19-cv-04961-VC; pursuant to PTO 155 the case was also docketed in 3:16-md-02741 where a second Fee was incorrectly paid.
Pay.gov Tracking ID Number: 26JLC3O9      Agency Tracking ID Number: 0971-13631472

✓  *Efile this form using* OTHER FILINGS → OTHER DOCUMENTS → APPLICATION FOR REFUND.

View detailed instructions at: cand.uscourts.gov/ecf/payments. For assistance, contact the ECF Help Desk at 1-866-638-7829 or ecfhelpdesk@cand.uscourts.gov Monday -Friday 9:00 a.m.-4:00 p.m.

### FOR U.S. DISTRICT COURT USE ONLY

| | |
|---|---|
| Refund request: ☑ Approved / ☐ Denied / ☐ Denied — Resubmit amended application (see reason for denial) | |
| Approval/denial date: SEP 04 2019 | Request approved/denied by: [signature] |
| Pay.gov refund tracking ID refunded: 26LOC3MJ | Agency refund tracking ID number: 0971-13595876 |
| Date refund processed: 9/5/19 | Refund processed by: [signature] |
| Reason for denial (if applicable): | |
| Referred for OSC date (if applicable): | |

Case 3:16-md-02741-VC   Document 5397   Filed 08/29/19   Page 1 of 1

[Reset Form]

CAND Pay.gov Application for Refund (rev. 5/17)

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

## APPLICATION FOR REFUND (USDC-CAND PAY.GOV)

### PAY.GOV TRANSACTION DETAILS

**IMPORTANT:**
- Complete all required fields (shown in red*); otherwise, your request may be denied and require resubmission.
- In fields **3-7**, enter the information for the **incorrect** transaction (the one for which you are requesting a refund), not the **correct** transaction that appears on the docket. This information can be found in the Pay.gov screen receipt or confirmation email.

| 1. Your Name:* Michael J. Miller | 8. Your Phone Number: (540) 672-4224 |
|---|---|
| 2. Your Email Address: * rmayer@millerfirmllc.com | 9. Full Case Number (if applicable): 3:16-md-02741 |
| 3. Pay.gov Tracking ID Number:* 26JCSN7B | 10. Fee Type:* ☐ Attorney Admission / ☒ Civil Case Filing / ☐ FTR Audio Recording / ☐ Notice of Appeal / ☐ Pro Hac Vice / ☐ Writ of Habeas Corpus |
| 4. Agency Tracking ID Number:* 0971- 13595905 | |
| 5. Transaction Date:* 08/09/2019 | |
| 6. Transaction Time:* 7:33 am | |
| 7. Transaction Amount (Amount to be refunded):* $ 400.00 | |

**11. Reason for Refund Request:*** Explain in detail what happened to cause duplicate charges or no fee required.
- For a duplicate charge, provide the **correct** Pay.gov and Agency Tracking numbers in this field.
- If you paid a filing fee in an abandoned case number, note that case number here (but e-file the refund request in the **open** case).

An individual case was filed for this plaintiff, case 3:19-cv-04964-VC; pursuant to PTO 155 the case was also docketed in 3:16-md-02741 where a second Fee was incorrectly paid.
Pay.gov Tracking ID Number: 26JLC75L        Agency Tracking ID Number: 0971-13631485

✓ *Efile this form using* OTHER FILINGS → OTHER DOCUMENTS → APPLICATION FOR REFUND.

View detailed instructions at: cand.uscourts.gov/ecf/payments. For assistance, contact the ECF Help Desk at 1-866-638-7829 or ecfhelpdesk@cand.uscourts.gov Monday -Friday 9:00 a.m.-4:00 p.m.

### FOR U.S. DISTRICT COURT USE ONLY

| Refund request: | ☑ Approved / ☐ Denied / ☐ Denied — Resubmit amended application (see reason for denial) | |
|---|---|---|
| Approval/denial date: | SEP 04 2019 | Request approved/denied by: Ana Baranez |
| Pay.gov refund tracking ID refunded: | 26KOC3ML | Agency refund tracking ID number: 0971-13595905 |
| Date refund processed: | 9/5/19 | Refund processed by: [signature] |
| Reason for denial (if applicable): | | |
| Referred for OSC date (if applicable): | | |

Reset Form

CAND Pay.gov Application for Refund (rev. 5/17)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## APPLICATION FOR REFUND (USDC-CAND PAY.GOV)

### PAY.GOV TRANSACTION DETAILS

**IMPORTANT:**
- Complete all required fields (shown in red*); otherwise, your request may be denied and require resubmission.
- In fields 3-7, enter the information for the **incorrect** transaction (the one for which you are requesting a refund), not the **correct** transaction that appears on the docket. This information can be found in the Pay.gov screen receipt or confirmation email.

| | |
|---|---|
| 1. Your Name:* Michael J. Miller | 8. Your Phone Number: (540) 672-4224 |
| 2. Your Email Address: * rmayer@millerfirmllc.com | 9. Full Case Number (if applicable): 3:16-md-02741 |
| 3. Pay.gov Tracking ID Number:* 26JCSOU8 | 10. Fee Type:* ☐ Attorney Admission ☑ Civil Case Filing ☐ FTR Audio Recording ☐ Notice of Appeal ☐ Pro Hac Vice ☐ Writ of Habeas Corpus |
| 4. Agency Tracking ID Number:* 0971- 13595911 | |
| 5. Transaction Date:* 08/09/2019 | |
| 6. Transaction Time:* 7:36 am | |
| 7. Transaction Amount (Amount to be refunded):* $ 400.00 | |

11. **Reason for Refund Request:*** Explain in detail what happened to cause duplicate charges or no fee required.
- For a duplicate charge, provide the **correct** Pay.gov and Agency Tracking numbers in this field.
- If you paid a filing fee in an abandoned case number, note that case number here (but e-file the refund request in the **open** case).

An individual case was filed for this plaintiff, case 3:19-cv-04965-VC; pursuant to PTO 155 the case was also docketed in 3:16-md-02741 where a second Fee was incorrectly paid.
Pay.gov Tracking ID Number: 26JLC77K     Agency Tracking ID Number: 0971-13631489

✓ *Efile this form using* OTHER FILINGS → OTHER DOCUMENTS → APPLICATION FOR REFUND.

View detailed instructions at: cand.uscourts.gov/ecf/payments. For assistance, contact the ECF Help Desk at 1-866-638-7829 or ecfhelpdesk@cand.uscourts.gov Monday -Friday 9:00 a.m.-4:00 p.m.

### FOR U.S. DISTRICT COURT USE ONLY

| | |
|---|---|
| Refund request: ☑ Approved  ☐ Denied  ☐ Denied — Resubmit amended application (see reason for denial) | |
| Approval/denial date: SEP 04 2019 | Request approved/denied by: [signature] |
| Pay.gov refund tracking ID refunded: 26KDC3MP | Agency refund tracking ID number: 0971- 13595911 |
| Date refund processed: 9/5/19 | Refund processed by: [signature] |
| Reason for denial (if applicable): | |
| Referred for OSC date (if applicable): | |

Case 3:16-md-02741-VC   Document 5399   Filed 08/29/19   Page 1 of 1

Reset Form

CAND Pay.gov Application for Refund (rev. 5/17)

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

## APPLICATION FOR REFUND (USDC-CAND PAY.GOV)

### PAY.GOV TRANSACTION DETAILS

**IMPORTANT:**
- Complete all required fields (shown in red*); otherwise, your request may be denied and require resubmission.
- In fields **3-7**, enter the information for the **incorrect** transaction (the one for which you are requesting a refund), not the **correct** transaction that appears on the docket. This information can be found in the Pay.gov screen receipt or confirmation email.

| | |
|---|---|
| 1. Your Name:* Michael J. Miller | 8. Your Phone Number: (540) 672-4224 |
| 2. Your Email Address: * rmayer@millerfirmllc.com | 9. Full Case Number (if applicable): 3:16-md-02741 |
| 3. Pay.gov Tracking ID Number:* 26JCSQB9 | 10. Fee Type:*  ☐ Attorney Admission  ☑ Civil Case Filing  ☐ FTR Audio Recording  ☐ Notice of Appeal  ☐ Pro Hac Vice  ☐ Writ of Habeas Corpus |
| 4. Agency Tracking ID Number:* 0971- 13595915 | |
| 5. Transaction Date:* 08/09/2019 | |
| 6. Transaction Time:* 7:39 am | |
| 7. Transaction Amount (Amount to be refunded):* $ 400.00 | |

11. **Reason for Refund Request:*** *Explain in detail what happened to cause duplicate charges or no fee required.*
- For a duplicate charge, provide the **correct** Pay.gov and Agency Tracking numbers in this field.
- If you paid a filing fee in an abandoned case number, note that case number here (but e-file the refund request in the **open** case).

An individual case was filed for this plaintiff, case 3:19-cv-04966-VC; pursuant to PTO 155 the case was also docketed in 3:16-md-02741 where a second Fee was incorrectly paid.
Pay.gov Tracking ID Number: 26JLC79J    Agency Tracking ID Number: 0971-13631492

✓ *Efile this form using* OTHER FILINGS → OTHER DOCUMENTS → APPLICATION FOR REFUND.

*View detailed instructions at: cand.uscourts.gov/ecf/payments. For assistance, contact the ECF Help Desk at 1-866-638-7829 or ecfhelpdesk@cand.uscourts.gov Monday-Friday 9:00 a.m.-4:00 p.m.*

### FOR U.S. DISTRICT COURT USE ONLY

| | |
|---|---|
| Refund request: ☑ Approved  ☐ Denied  ☐ Denied — Resubmit amended application (see reason for denial) | |
| Approval/denial date: SEP 04 2019 | Request approved/denied by: [signature] |
| Pay.gov refund tracking ID refunded: 26KOC64T | Agency refund tracking ID number: 0971- 13595915 |
| Date refund processed: 9/5/19 | Refund processed by: [signature] |
| Reason for denial (if applicable): | |
| Referred for OSC date (if applicable): | |

Reset Form

CAND Pay.gov Application for Refund (rev. 5/17)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## APPLICATION FOR REFUND (USDC-CAND PAY.GOV)

### PAY.GOV TRANSACTION DETAILS

**IMPORTANT:**
- Complete all required fields (shown in red*); otherwise, your request may be denied and require resubmission.
- In fields 3-7, enter the information for the **incorrect** transaction (the one for which you are requesting a refund), not the **correct** transaction that appears on the docket. This information can be found in the Pay.gov screen receipt or confirmation email.

| | | | |
|---|---|---|---|
| 1. Your Name:* Michael J. Miller | | 8. Your Phone Number: (540) 672-4224 | |
| 2. Your Email Address: * rmayer@millerfirmllc.com | | 9. Full Case Number (if applicable): 3:16-md-02741 | |
| 3. Pay.gov Tracking ID Number:* 26JCSQG3 | | 10. Fee Type:* | ☐ Attorney Admission<br>☑ Civil Case Filing<br>☐ FTR Audio Recording<br>☐ Notice of Appeal<br>☐ Pro Hac Vice<br>☐ Writ of Habeas Corpus |
| 4. Agency Tracking ID Number:* 0971- 13595917 | | | |
| 5. Transaction Date:* 08/09/2019 | | | |
| 6. Transaction Time:* 7:43 am | | | |
| 7. Transaction Amount (Amount to be refunded):* $ 400.00 | | | |

11. **Reason for Refund Request:*** *Explain in detail what happened to cause duplicate charges or no fee required.*
- For a duplicate charge, provide the **correct** Pay.gov and Agency Tracking numbers in this field.
- If you paid a filing fee in an abandoned case number, note that case number here (but e-file the refund request in the **open** case).

An individual case was filed for this plaintiff, case 3:19-cv-04967-VC; pursuant to PTO 155 the case was also docketed in 3:16-md-02741 where a second Fee was incorrectly paid.
Pay.gov Tracking ID Number: 26JLC7B5          Agency Tracking ID Number: 0971-13631497

✓  *Efile this form using* OTHER FILINGS → OTHER DOCUMENTS → APPLICATION FOR REFUND.

View detailed instructions at: cand.uscourts.gov/ecf/payments. For assistance, contact the ECF Help Desk at 1-866-638-7829 or ecfhelpdesk@cand.uscourts.gov Monday-Friday 9:00 a.m.-4:00 p.m.

**FOR U.S. DISTRICT COURT USE ONLY**

| | |
|---|---|
| Refund request: ☑ Approved<br>☐ Denied<br>☐ Denied — Resubmit amended application (see reason for denial) | |
| Approval/denial date: SEP. 04 2019 | Request approved/denied by: *[signature]* |
| Pay.gov refund tracking ID refunded: 26KOC3MT | Agency refund tracking ID number: 0971- 13595917 |
| Date refund processed: 9/5/19 | Refund processed by: *[signature]* |
| Reason for denial (if applicable): | |
| Referred for OSC date (if applicable): | |