DAVID G. OTT (Mo. Bar No. 30449MO)
JOHN F. COWLING (Mo. Bar No. 30929MO)
SCOTT T. JANSEN (Mo. Bar No. 57393MO)
ARMSTRONG TEASDALE LLP
7700 Forsyth Blvd., Suite 1800
St. Louis, Missouri 63105
Telephone:   314.621.5070
Facsimile:    314.621.5065
dott@armstrongteasdale.com
jcowling@armstrongteasdale.com
sjansen@armstrongteasdale.com

Attorneys for Defendants
OSBORN & BARR COMMUNICATIONS, INC. and
OSBORN & BARR HOLDINGS, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Costa v. Monsanto Co., et al.*,<br>Case No. 3:19-cv-05245 | Case No. 3:16-md-02741-VC<br>MDL No. 2741<br><br>**OSBORN & BARR DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM**<br><br>**JURY TRIAL DEMANDED**<br><br>**HEARING DATE: October 17, 2019**<br>**10:00 A.M.** |

1.  Please take notice that this motion is set for hearing on October 17, 2019 at 10:00 a.m.

2.  Movants, Defendants Osborn & Barr Communications, Inc. and Osborn & Barr Holdings, Inc. (collectively, the "Osborn & Barr Defendants"), request the Court dismiss all claims against them because Plaintiff fails to state a claim upon which relief may be granted pursuant to Fed. R. Civ. P. 12(b)(6) due to res judicata, in that the Osborn & Barr Defendants were dismissed with prejudice from the underlying member case on July 28, 2017.

3.  Movants submit their Memorandum in Support of this Motion, with their points and authority, by separate brief pursuant to Civil L.R. 7-4.

-1-

Case No. 3:19-cv-05245
(MDL No. 2741, from the E.D. Mo.
In Re: Roundup Product Liability Litigation)                     Motion to Dismiss for Failure to State a Claim

Respectfully submitted,

Dated:  September 12, 2019                ARMSTRONG TEASDALE LLP

By:   */s/ Scott T. Jansen*
      DAVID G. OTT
      (Mo. Bar No. 30449MO)
      JOHN F. COWLING
      (Mo. Bar No. 30920MO)
      SCOTT T. JANSEN
      (Mo. Bar No. 57393MO)
      7700 Forsyth Blvd., Ste. 1800
      St. Louis, Missouri 63105
      Telephone: (314) 621-5070
      Facsimile:  (314) 621-5065

Attorneys for Defendants

OSBORN & BARR COMMUNICATIONS, INC. and OSBORN & BARR HOLDINGS, INC.

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed using the ECF system on this 12th day of September, 2019.

*/s/ Scott T. Jansen*

-2-

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Costa v. Monsanto Co., et al.*, Case No. 3:19-cv-05245 | Case No. 3:16-md-02741-VC<br>MDL No. 2741<br><br>**[PROPOSED] ORDER GRANTING OSBORN & BARR COMMUNICATIONS, INC. AND OSBORN & BARR HOLDINGS, INC. MOTION TO DISMISS** |

Upon consideration of Defendants Osborn & Barr Communications, Inc. and Osborn & Barr Holdings, Inc.'s Motion to Dismiss,

IT IS HEREBY ORDERED that the motion is GRANTED; all Counts of Plaintiff's Complaint are dismissed as to Defendants Osborn & Barr Communications, Inc. and Osborn & Barr Holdings, Inc. for failure to state a claim upon which relief could be granted.

Date: _____, 2019

_____
HON. VINCE CHHABRIA
UNITED STATES DISTRICT COURT