Reset Form

CAND Pay.gov Application for Refund (rev. 5/17)

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

# APPLICATION FOR REFUND (USDC-CAND PAY.GOV)

## PAY.GOV TRANSACTION DETAILS

*IMPORTANT*:
- *Complete all required fields (shown in red\*); otherwise, your request may be denied and require resubmission.*
- *In fields **3-7**, enter the information for the **incorrect** transaction (the one for which you are requesting a refund), not the **correct** transaction that appears on the docket. This information can be found in the Pay.gov screen receipt or confirmation email.*

| | | | |
|---|---|---|---|
| 1. Your Name:* Michael J. Miller | **8. Your Phone Number:** (540) 672-4224 | | |
| 2. Your Email Address: * rmayer@millerfirmllc.com | **9. Full Case Number (if applicable):** 3:16-md-02741 | | |
| 3. Pay.gov Tracking ID Number:* 26JG4U88 | **10. Fee Type:*** | ☐ | **Attorney Admission** |
| 4. Agency Tracking ID Number:* 0971- 13608274 | | ☑ | **Civil Case Filing** |
| | | ☐ | **FTR Audio Recording** |
| 5. Transaction Date:* 08/14/2019 | | ☐ | **Notice of Appeal** |
| 6. Transaction Time:* 5:14 am | | ☐ | **Pro Hac Vice** |
| | | ☐ | **Writ of Habeas Corpus** |

| |
|---|
| 7. Transaction Amount (Amount to be refunded):* $ 400.00 |

11. **Reason for Refund Request:*** *Explain in detail what happened to cause duplicate charges or no fee required.*
- *For a duplicate charge, provide the **correct** Pay.gov and Agency Tracking numbers in this field.*
- *If you paid a filing fee in an abandoned case number, note that case number here (but e-file the refund request in the **open** case).*

An individual case was filed for this plaintiff, case 3:19-cv-04674-VC; pursuant to PTO 155 the case was also docketed in 3:16-md-02741 where a second Fee was incorrectly paid.
Pay.gov Tracking ID Number:   26JEM440          Agency Tracking ID Number:  0971-13601834

---

✓   ***Efile this form using*** **OTHER FILINGS → OTHER DOCUMENTS → APPLICATION FOR REFUND.**

*View detailed instructions at: cand.uscourts.gov/ecf_payments. For assistance, contact the ECF Help Desk at 1-866-638-7829 or ecfhelpdesk@cand.uscourts.gov Monday -Friday 9:00 a.m.-4:00 p.m.*

| FOR U.S. DISTRICT COURT USE ONLY | |
|---|---|
| Refund request:   ☑ Approved<br>☐ Denied<br>☐ Denied — Resubmit amended application (see reason for denial) | |
| Approval/denial date: **SEP. 0 4 2019** | Request approved/denied by: *Aren Benamen* |
| Pay.gov refund tracking ID refunded: 2CKOC 3NV | Agency refund tracking ID number: 0971- 13608274 |
| Date refund processed: 9|5|19 | Refund processed by: *Gieie Aven* |
| Reason for denial (if applicable): | |
| Referred for OSC date (if applicable): | |

Case 3:16-md-02741-VC   Document 5403   Filed 08/29/19   Page 1 of 1

| | Reset Form |
|---|---|

CAND Pay.gov Application for Refund (rev. 5/17)

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

# APPLICATION FOR REFUND (USDC-CAND PAY.GOV)

## PAY.GOV TRANSACTION DETAILS

***IMPORTANT***:
- *Complete all required fields (shown in red\*); otherwise, your request may be denied and require resubmission.*
- *In fields **3-7**, enter the information for the **incorrect** transaction (the one for which you are requesting a refund), not the **correct** transaction that appears on the docket. This information can be found in the Pay.gov screen receipt or confirmation email.*

| | | | |
|---|---|---|---|
| 1. Your Name:* Michael J. Miller | | **8. Your Phone Number:** (540) 672-4224 | |
| 2. Your Email Address: * rmayer@millerfirmllc.com | | **9. Full Case Number (if applicable):** 3:16-md-02741 | |
| 3. Pay.gov Tracking ID Number:* 26JCT15R | | ☐ **Attorney Admission** | |
| 4. Agency Tracking ID Number:* 0971- 13595922 | **10. Fee Type:*** | ☑ **Civil Case Filing** | |
| 5. Transaction Date:* 08/09/2019 | | ☐ **FTR Audio Recording** | |
| | | ☐ **Notice of Appeal** | |
| 6. Transaction Time:* 7:57 am | | ☐ **Pro Hac Vice** | |
| | | ☐ **Writ of Habeas Corpus** | |

| | |
|---|---|
| 7. Transaction Amount (Amount to be refunded):* $ 400.00 | |

11. **Reason for Refund Request:*** *Explain in detail what happened to cause duplicate charges or no fee required.*
- *For a duplicate charge, provide the **correct** Pay.gov and Agency Tracking numbers in this field.*
- *If you paid a filing fee in an abandoned case number, note that case number here (but e-file the refund request in the **open** case).*

An individual case was filed for this plaintiff, case 3:19-cv-04968-VC; pursuant to PTO 155 the case was also docketed in 3:16-md-02741 where a second Fee was incorrectly paid.
Pay.gov Tracking ID Number: 26JLC7DC          Agency Tracking ID Number: 0971-13631503

✓  ***Efile this form using*** OTHER FILINGS → OTHER DOCUMENTS → APPLICATION FOR REFUND.

*View detailed instructions at: cand.uscourts.gov/ecf/payments. For assistance, contact the ECF Help Desk at 1-866-638-7829 or ecfhelpdesk@cand.uscourts.gov Monday -Friday 9:00 a.m.-4:00 p.m.*

| FOR U.S. DISTRICT COURT USE ONLY | | |
|---|---|---|
| Refund request: | ☑ Approved ☐ Denied ☐ Denied — Resubmit amended application (see reason for denial) | |
| Approval/denial date: SEP 04 2019 | | Request approved/denied by: Ana Barany |
| Pay.gov refund tracking ID refunded: 26KoC64P | | Agency refund tracking ID number: 0971- 13595922 |
| Date refund processed: 9/5/19 | | Refund processed by: Ticie Diver |
| Reason for denial (if applicable): | | |
| Referred for OSC date (if applicable): | | |

Reset Form

CAND Pay.gov Application for Refund (rev. 5/17)

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

# APPLICATION FOR REFUND (USDC-CAND PAY.GOV)

## PAY.GOV TRANSACTION DETAILS

***IMPORTANT***:
- *Complete all required fields (shown in red\*); otherwise, your request may be denied and require resubmission.*
- *In fields **3-7**, enter the information for the **incorrect** transaction (the one for which you are requesting a refund), not the **correct** transaction that appears on the docket. This information can be found in the Pay.gov screen receipt or confirmation email.*

| | | | |
|---|---|---|---|
| 1.  Your Name:*  Michael J. Miller | **8.  Your Phone Number:**  (540) 672-4224 | | |
| 2.  Your Email Address: *  rmayer@millerfirmllc.com | **9.  Full Case Number (if applicable):** 3:16-md-02741 | | |
| 3.  Pay.gov Tracking ID Number:*  26JCT1CF | **10. Fee Type:*** | ☐ | **Attorney Admission** |
| 4.  Agency Tracking ID Number:* 0971- 13595952 | | ☑ | **Civil Case Filing** |
| | | ☐ | **FTR Audio Recording** |
| 5.  Transaction Date:*  08/09/2019 | | ☐ | **Notice of Appeal** |
| | | ☐ | **Pro Hac Vice** |
| 6.  Transaction Time:*  8:00 am | | ☐ | **Writ of Habeas Corpus** |

| |
|---|
| 7.  Transaction Amount (Amount to be refunded):*  $ 400.00 |

**11. Reason for Refund Request:*** *Explain in detail what happened to cause duplicate charges or no fee required.*
- *For a duplicate charge, provide the **correct** Pay.gov and Agency Tracking numbers in this field.*
- *If you paid a filing fee in an abandoned case number, note that case number here (but e-file the refund request in the **open** case).*

An individual case was filed for this plaintiff, case 3:19-cv-04969-VC; pursuant to PTO 155 the case was also docketed in 3:16-md-02741 where a second Fee was incorrectly paid.
Pay.gov Tracking ID Number:  26JLC8GF            Agency Tracking ID Number:  0971-13631507

✓   ***Efile this form using*** OTHER FILINGS → OTHER DOCUMENTS → APPLICATION FOR REFUND.

*View detailed instructions at: cand.uscourts.gov/ecf_payments. For assistance, contact the ECF Help Desk at 1-866-638-7829 or ecfhelpdesk@cand.uscourts.gov Monday -Friday 9:00 a.m.-4:00 p.m.*

| FOR U.S. DISTRICT COURT USE ONLY | |
|---|---|
| Refund request:   ☑  Approved<br>☐  Denied<br>☐  Denied — Resubmit amended application (see reason for denial) | |
| Approval/denial date:   SEP. 04 2019 | Request approved/denied by: *Ana Bananen* |
| Pay.gov refund tracking ID refunded: 26K0C652 | Agency refund tracking ID number: 0971- 13595952 |
| Date refund processed:  9/5/19 | Refund processed by: *Cecil Given* |
| Reason for denial (if applicable): | |
| Referred for OSC date (if applicable): | |

Reset Form

CAND Pay.gov Application for Refund (rev. 5/17)

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

## APPLICATION FOR REFUND (USDC-CAND PAY.GOV)

### PAY.GOV TRANSACTION DETAILS

***IMPORTANT***:
- *Complete all required fields (shown in red\*); otherwise, your request may be denied and require resubmission.*
- *In fields **3-7**, enter the information for the **incorrect** transaction (the one for which you are requesting a refund), not the **correct** transaction that appears on the docket. This information can be found in the Pay.gov screen receipt or confirmation email.*

| | | | |
|---|---|---|---|
| 1. Your Name:* Michael J. Miller | | **8. Your Phone Number:** (540) 672-4224 | |
| 2. Your Email Address: * rmayer@millerfirmllc.com | | **9. Full Case Number (if applicable):** 3:16-md-02741 | |
| 3. Pay.gov Tracking ID Number:* 26JCT3L4 | | **10. Fee Type:*** | ☐ Attorney Admission<br>☑ Civil Case Filing<br>☐ FTR Audio Recording<br>☐ Notice of Appeal<br>☐ Pro Hac Vice<br>☐ Writ of Habeas Corpus |
| 4. Agency Tracking ID Number:* 0971- 13595964 | | | |
| 5. Transaction Date:* 08/09/2019 | | | |
| 6. Transaction Time:* 8:08 am | | | |
| 7. Transaction Amount (Amount to be refunded):* $ 400.00 | | | |

11. **Reason for Refund Request:*** *Explain in detail what happened to cause duplicate charges or no fee required.*
- *For a duplicate charge, provide the **correct** Pay.gov and Agency Tracking numbers in this field.*
- *If you paid a filing fee in an abandoned case number, note that case number here (but e-file the refund request in the **open** case).*

An individual case was filed for this plaintiff, case 3:19-cv-04970-VC; pursuant to PTO 155 the case was also docketed in 3:16-md-02741 where a second Fee was incorrectly paid.

Pay.gov Tracking ID Number:   26JLC8IN            Agency Tracking ID Number:  0971-13631513

✓   ***Efile this form using*** OTHER FILINGS → OTHER DOCUMENTS → APPLICATION FOR REFUND.

*View detailed instructions at: cand.uscourts.gov/ecf_payments. For assistance, contact the ECF Help Desk at 1-866-638-7829 or ecfhelpdesk@cand.uscourts.gov Monday -Friday 9:00 a.m.-4:00 p.m.*

| FOR U.S. DISTRICT COURT USE ONLY | | |
|---|---|---|
| Refund request: | ☑ Approved<br>☐ Denied<br>☐ Denied — Resubmit amended application (see reason for denial) | |
| Approval/denial date: SEP. 04 2019 | Request approved/denied by: *Ana Banan* | |
| Pay.gov refund tracking ID refunded: 26KOC653 | Agency refund tracking ID number: 0971- 1359864 | |
| Date refund processed: 9/5/19 | Refund processed by: *Lisa Kinser* | |
| Reason for denial (if applicable): | | |
| Referred for OSC date (if applicable): | | |

Case 3:16-md-02741-VC   Document 5406   Filed 08/29/19   Page 1 of 1

| Reset Form |

CAND Pay.gov Application for Refund (rev. 5/17)

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

## APPLICATION FOR REFUND (USDC-CAND PAY.GOV)

### PAY.GOV TRANSACTION DETAILS

*IMPORTANT:*
- *Complete all required fields (shown in red\*); otherwise, your request may be denied and require resubmission.*
- *In fields 3-7, enter the information for the **incorrect** transaction (the one for which you are requesting a refund), not the **correct** transaction that appears on the docket. This information can be found in the Pay.gov screen receipt or confirmation email.*

| 1. Your Name:* Michael J. Miller | 8. Your Phone Number: (540) 672-4224 |
|---|---|
| 2. Your Email Address: * rmayer@millerfirmllc.com | 9. Full Case Number (if applicable): 3:16-md-02741 |
| 3. Pay.gov Tracking ID Number:* 26JCT507 | 10. Fee Type:* |
| 4. Agency Tracking ID Number:* 0971- 13595985 | ☐ Attorney Admission |
| 5. Transaction Date:* 08/09/2019 | ☑ Civil Case Filing |
| 6. Transaction Time:* 8:12 am | ☐ FTR Audio Recording |
|  | ☐ Notice of Appeal |
|  | ☐ Pro Hac Vice |
|  | ☐ Writ of Habeas Corpus |

| 7. Transaction Amount (Amount to be refunded):* $ 400.00 |
|---|

| 11. Reason for Refund Request:* *Explain in detail what happened to cause duplicate charges or no fee required.* |
|---|
| - *For a duplicate charge, provide the **correct** Pay.gov and Agency Tracking numbers in this field.* |
| - *If you paid a filing fee in an abandoned case number, note that case number here (but e-file the refund request in the **open** case).* |
| An individual case was filed for this plaintiff, case 3:19-cv-04971-VC; pursuant to PTO 155 the case was also docketed in 3:16-md-02741 where a second Fee was incorrectly paid. |
| Pay.gov Tracking ID Number: 26JLCAJ0        Agency Tracking ID Number: 0971-13631517 |

✓  *Efile this form using* OTHER FILINGS → OTHER DOCUMENTS → APPLICATION FOR REFUND.

*View detailed instructions at: cand.uscourts.gov/ecf/payments. For assistance, contact the ECF Help Desk at 1-866-638-7829 or ecfhelpdesk@cand.uscourts.gov Monday -Friday 9:00 a.m.-4:00 p.m.*

| FOR U.S. DISTRICT COURT USE ONLY | |
|---|---|
| Refund request:   ☑ Approved<br>☐ Denied<br>☐ Denied — Resubmit amended application (see reason for denial) | |
| Approval/denial date: SEP. 04 2019 | Request approved/denied by: Oma Ramirez |
| Pay.gov refund tracking ID refunded: 26KOC3NE | Agency refund tracking ID number: 0971- 13595985 |
| Date refund processed: 9/5/19 | Refund processed by: Cicie Kwan |
| Reason for denial (if applicable): | |
| Referred for OSC date (if applicable): | |

Case 3:16-md-02741-VC   Document 5407   Filed 08/29/19   Page 1 of 1

Reset Form

CAND Pay.gov Application for Refund (rev. 5/17)

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

## APPLICATION FOR REFUND (USDC-CAND PAY.GOV)

### PAY.GOV TRANSACTION DETAILS

*IMPORTANT*:
- *Complete all required fields (shown in red\*); otherwise, your request may be denied and require resubmission.*
- *In fields 3-7, enter the information for the **incorrect** transaction (the one for which you are requesting a refund), not the **correct** transaction that appears on the docket. This information can be found in the Pay.gov screen receipt or confirmation email.*

| | | | |
|---|---|---|---|
| 1. Your Name:* Michael J. Miller | | **8. Your Phone Number:** (540) 672-4224 | |
| 2. Your Email Address: * rmayer@millerfirmllc.com | | **9. Full Case Number (if applicable):** 3:16-md-02741 | |
| 3. Pay.gov Tracking ID Number:* 26JCT6B8 | | **10. Fee Type:*** | ☐ **Attorney Admission** |
| 4. Agency Tracking ID Number:* 0971- 13596001 | | | ☑ **Civil Case Filing** |
| | | | ☐ **FTR Audio Recording** |
| 5. Transaction Date:* 08/09/2019 | | | ☐ **Notice of Appeal** |
| | | | ☐ **Pro Hac Vice** |
| 6. Transaction Time:* 8:17 am | | | ☐ **Writ of Habeas Corpus** |
| 7. Transaction Amount (Amount to be refunded):* $ 400.00 | | | |

11. **Reason for Refund Request:*** *Explain in detail what happened to cause duplicate charges or no fee required.*
- *For a duplicate charge, provide the **correct** Pay.gov and Agency Tracking numbers in this field.*
- *If you paid a filing fee in an abandoned case number, note that case number here (but e-file the refund request in the **open** case).*

An individual case was filed for this plaintiff, case 3:19-cv-04972-VC; pursuant to PTO 155 the case was also docketed in 3:16-md-02741 where a second Fee was incorrectly paid.
Pay.gov Tracking ID Number: 26JLCBKH          Agency Tracking ID Number: 0971-13631523

---

✓  *Efile this form using* OTHER FILINGS → OTHER DOCUMENTS → APPLICATION FOR REFUND.

*View detailed instructions at: cand.uscourts.gov/ecf payments. For assistance, contact the ECF Help Desk at 1-866-638-7829 or ecfhelpdesk@cand.uscourts.gov Monday -Friday 9:00 a.m.-4:00 p.m.*

| | | | |
|---|---|---|---|
| | **FOR U.S. DISTRICT COURT USE ONLY** | | |
| Refund request: | ☑ Approved ☐ Denied ☐ Denied — Resubmit amended application (see reason for denial) | | |
| Approval/denial date: SEP. 04 2019  9/4/19 | | Request approved/denied by: | |
| Pay.gov refund tracking ID refunded: 26KoC659 | | Agency refund tracking ID number: 0971- 13596001 | |
| Date refund processed: 9/5/19 | | Refund processed by: | |
| Reason for denial (if applicable): | | | |
| Referred for OSC date (if applicable): | | | |

Reset Form

CAND Pay.gov Application for Refund (rev. 5/17)

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

# APPLICATION FOR REFUND (USDC-CAND PAY.GOV)

## PAY.GOV TRANSACTION DETAILS

*IMPORTANT*:

- *Complete all required fields (shown in red\*); otherwise, your request may be denied and require resubmission.*
- *In fields **3-7**, enter the information for the **incorrect** transaction (the one for which you are requesting a refund), not the **correct** transaction that appears on the docket. This information can be found in the Pay.gov screen receipt or confirmation email.*

| | | | |
|---|---|---|---|
| 1. Your Name:* Michael J. Miller | | **8. Your Phone Number:** (540) 672-4224 | |
| 2. Your Email Address: * rmayer@millerfirmllc.com | | **9. Full Case Number (if applicable):** 3:16-md-02741 | |
| 3. Pay.gov Tracking ID Number:* 26JCT8PN | | **10. Fee Type:*** | ☐ **Attorney Admission** <br> ☑ **Civil Case Filing** <br> ☐ **FTR Audio Recording** <br> ☐ **Notice of Appeal** <br> ☐ **Pro Hac Vice** <br> ☐ **Writ of Habeas Corpus** |
| 4. Agency Tracking ID Number:* 0971- 13596016 | | | |
| 5. Transaction Date:* 08/09/2019 | | | |
| 6. Transaction Time:* 8:25 am | | | |
| 7. Transaction Amount (Amount to be refunded):* $ 400.00 | | | |

11. **Reason for Refund Request:*** *Explain in detail what happened to cause duplicate charges or no fee required.*
- *For a duplicate charge, provide the **correct** Pay.gov and Agency Tracking numbers in this field.*
- *If you paid a filing fee in an abandoned case number, note that case number here (but e-file the refund request in the **open** case).*

An individual case was filed for this plaintiff, case 3:19-cv-04973-VC; pursuant to PTO 155 the case was also docketed in 3:16-md-02741 where a second Fee was incorrectly paid.

Pay.gov Tracking ID Number:  26JLCBP0          Agency Tracking ID Number:  0971-13631528

✓   *Efile this form using* OTHER FILINGS → OTHER DOCUMENTS → APPLICATION FOR REFUND.

*View detailed instructions at: cand.uscourts.gov/ecf_payments. For assistance, contact the ECF Help Desk at 1-866-638-7829 or ecfhelpdesk@cand.uscourts.gov Monday -Friday 9:00 a.m.-4:00 p.m.*

| FOR U.S. DISTRICT COURT USE ONLY | |
|---|---|
| Refund request: ☑ Approved <br> ☐ Denied <br> ☐ Denied — Resubmit amended application (see reason for denial) | |
| Approval/denial date: **SEP .0 6 2019** | Request approved/denied by: 9/4/19 |
| Pay.gov refund tracking ID refunded: 26KOC3NK | Agency refund tracking ID number: 0971-13596016 |
| Date refund processed: 9/5/19 | Refund processed by: *[signature]* |
| Reason for denial (if applicable): | |
| Referred for OSC date (if applicable): | |

Reset Form

CAND Pay.gov Application for Refund (rev. 5/17)

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

## APPLICATION FOR REFUND (USDC-CAND PAY.GOV)

### PAY.GOV TRANSACTION DETAILS

*IMPORTANT*:
- *Complete all required fields (shown in red\*); otherwise, your request may be denied and require resubmission.*
- *In fields 3-7, enter the information for the **incorrect** transaction (the one for which you are requesting a refund), not the **correct** transaction that appears on the docket. This information can be found in the Pay.gov screen receipt or confirmation email.*

| | | | |
|---|---|---|---|
| 1. Your Name:\* Michael J. Miller | | **8. Your Phone Number:** (540) 672-4224 | |
| 2. Your Email Address: \* rmayer@millerfirmllc.com | | **9. Full Case Number (if applicable):** 3:16-md-02741 | |
| 3. Pay.gov Tracking ID Number:\* 26JCT912 | | **10. Fee Type:\*** | ☐ Attorney Admission |
| 4. Agency Tracking ID Number:\* 0971- 13596036 | | | ☑ Civil Case Filing |
| | | | ☐ FTR Audio Recording |
| 5. Transaction Date:\* 08/09/2019 | | | ☐ Notice of Appeal |
| | | | ☐ Pro Hac Vice |
| 6. Transaction Time:\* 8:27 am | | | ☐ Writ of Habeas Corpus |
| 7. Transaction Amount (Amount to be refunded):\*  $ 400.00 | | | |

11. **Reason for Refund Request:\*** *Explain in detail what happened to cause duplicate charges or no fee required.*
- *For a duplicate charge, provide the **correct** Pay.gov and Agency Tracking numbers in this field.*
- *If you paid a filing fee in an abandoned case number, note that case number here (but e-file the refund request in the open case).*

An individual case was filed for this plaintiff, case 3:19-cv-04976-VC; pursuant to PTO 155 the case was also docketed in 3:16-md-02741 where a second Fee was incorrectly paid.
Pay.gov Tracking ID Number: 26JLCCQN          Agency Tracking ID Number:  0971-13631533

✓  *Efile this form using* OTHER FILINGS → OTHER DOCUMENTS → APPLICATION FOR REFUND.

*View detailed instructions at: cand.uscourts.gov/ecf/payments. For assistance, contact the ECF Help Desk at 1-866-638-7829 or ecfhelpdesk@cand.uscourts.gov Monday -Friday 9:00 a.m.-4:00 p.m.*

| FOR U.S. DISTRICT COURT USE ONLY | | |
|---|---|---|
| Refund request:  ☑ Approved  ☐ Denied  ☐ Denied — Resubmit amended application (see reason for denial) | | |
| Approval/denial date: SEP. 0 4 2019 | Request approved/denied by: *Dre Parran* | |
| Pay.gov refund tracking ID refunded: 26KOC65T | Agency refund tracking ID number: 0971- 13596036 | |
| Date refund processed: 9/5/19 | Refund processed by: *Cecelia...* | |
| Reason for denial (if applicable): | | |
| Referred for OSC date (if applicable): | | |

Reset Form

CAND Pay.gov Application for Refund (rev. 5/17)

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

# APPLICATION FOR REFUND (USDC-CAND PAY.GOV)

## PAY.GOV TRANSACTION DETAILS

***IMPORTANT***:
- *Complete all required fields (shown in red\*); otherwise, your request may be denied and require resubmission.*
- *In fields 3-7, enter the information for the **incorrect** transaction (the one for which you are requesting a refund), not the **correct** transaction that appears on the docket. This information can be found in the Pay.gov screen receipt or confirmation email.*

| | | | | |
|---|---|---|---|---|
| 1. **Your Name:**\* Michael J. Miller | | **8. Your Phone Number:** (540) 672-4224 | | |
| 2. **Your Email Address:** \* rmayer@millerfirmllc.com | | **9. Full Case Number (if applicable):** 3:16-md-02741 | | |
| 3. **Pay.gov Tracking ID Number:**\* 26JCTA89 | **10. Fee Type:**\* | ☐ **Attorney Admission** | | |
| 4. **Agency Tracking ID Number:**\* 0971- 13596046 | | ☑ **Civil Case Filing** | | |
| | | ☐ **FTR Audio Recording** | | |
| 5. **Transaction Date:**\* 08/09/2019 | | ☐ **Notice of Appeal** | | |
| 6. **Transaction Time:**\* 8:30 am | | ☐ **Pro Hac Vice** | | |
| | | ☐ **Writ of Habeas Corpus** | | |
| 7. **Transaction Amount (Amount to be refunded):**\* $ 400.00 | | | | |

11. **Reason for Refund Request:**\* *Explain in detail what happened to cause duplicate charges or no fee required.*
- *For a duplicate charge, provide the **correct** Pay.gov and Agency Tracking numbers in this field.*
- *If you paid a filing fee in an abandoned case number, note that case number here (but e-file the refund request in the open case).*

An individual case was filed for this plaintiff, case 3:19-cv-04977-VC; pursuant to PTO 155 the case was also docketed in 3:16-md-02741 where a second Fee was incorrectly paid.
Pay.gov Tracking ID Number:  26JLCDRG            Agency Tracking ID Number: 0971-13631536

✓   ***Efile this form using* OTHER FILINGS → OTHER DOCUMENTS → APPLICATION FOR REFUND.**

*View detailed instructions at: cand.uscourts.gov/ecf_payments. For assistance, contact the ECF Help Desk at 1-866-638-7829 or ecfhelpdesk@cand.uscourts.gov Monday -Friday 9:00 a.m.-4:00 p.m.*

| FOR U.S. DISTRICT COURT USE ONLY | | |
|---|---|---|
| Refund request: | ☑ Approved | |
| | ☐ Denied | |
| | ☐ Denied — Resubmit amended application (see reason for denial) | |
| Approval/denial date: SEP 0 4 2019 | | Request approved/denied by: |
| Pay.gov refund tracking ID refunded: 26KDC3NP | | Agency refund tracking ID number: 0971- 1359 6046 |
| Date refund processed: 9/5/19 | | Refund processed by: |
| Reason for denial (if applicable): | | |
| Referred for OSC date (if applicable): | | |

Case 3:16-md-02741-VC   Document 5411   Filed 08/29/19   Page 1 of 1

Reset Form

CAND Pay.gov Application for Refund (rev. 5/17)

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

## APPLICATION FOR REFUND (USDC-CAND PAY.GOV)

### PAY.GOV TRANSACTION DETAILS

***IMPORTANT****:*
- *Complete all required fields (shown in red\*); otherwise, your request may be denied and require resubmission.*
- *In fields 3-7, enter the information for the **incorrect** transaction (the one for which you are requesting a refund), not the **correct** transaction that appears on the docket. This information can be found in the Pay.gov screen receipt or confirmation email.*

| | | | |
|---|---|---|---|
| 1. Your Name:* Michael J. Miller | | **8. Your Phone Number:** (540) 672-4224 | |
| 2. Your Email Address: * rmayer@millerfirmllc.com | | **9. Full Case Number (if applicable):** 3:16-md-02741 | |
| 3. Pay.gov Tracking ID Number:* 26JCTCBF | | **10. Fee Type:*** | ☐ **Attorney Admission** <br> ☑ **Civil Case Filing** <br> ☐ **FTR Audio Recording** <br> ☐ **Notice of Appeal** <br> ☐ **Pro Hac Vice** <br> ☐ **Writ of Habeas Corpus** |
| 4. Agency Tracking ID Number:* 0971- 13596057 | | | |
| 5. Transaction Date:* 08/09/2019 | | | |
| 6. Transaction Time:* 8:33 am | | | |

| |
|---|
| 7. Transaction Amount (Amount to be refunded):* $ 400.00 |

11. **Reason for Refund Request:*** *Explain in detail what happened to cause duplicate charges or no fee required.*
- *For a duplicate charge, provide the **correct** Pay.gov and Agency Tracking numbers in this field.*
- *If you paid a filing fee in an abandoned case number, note that case number here (but e-file the refund request in the **open** case).*

An individual case was filed for this plaintiff, case 3:19-cv-04979-VC; pursuant to PTO 155 the case was also docketed in 3:16-md-02741 where a second Fee was incorrectly paid.
Pay.gov Tracking ID Number: 26JLCESG          Agency Tracking ID Number: 0971-13631541

✓     ***Efile this form using*** OTHER FILINGS → OTHER DOCUMENTS → APPLICATION FOR REFUND.

*View detailed instructions at: cand.uscourts.gov/ecf_payments. For assistance, contact the ECF Help Desk at 1-866-638-7829 or ecfhelpdesk@cand.uscourts.gov Monday -Friday 9:00 a.m.-4:00 p.m.*

| FOR U.S. DISTRICT COURT USE ONLY | |
|---|---|
| Refund request:  ☑ Approved <br> ☐ Denied <br> ☐ Denied — Resubmit amended application (see reason for denial) | |
| Approval/denial date: SEP. 0 4 2019 | Request approved/denied by: *Oran Barang* |
| Pay.gov refund tracking ID refunded: 26KbC3NR | Agency refund tracking ID number: 0971- 13601359605 ) |
| Date refund processed: 9/5/19 | Refund processed by: *Girelinian* |
| Reason for denial (if applicable): | |
| Referred for OSC date (if applicable): | |

Reset Form

CAND Pay.gov Application for Refund (rev. 5/17)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## APPLICATION FOR REFUND (USDC-CAND PAY.GOV)

### PAY.GOV TRANSACTION DETAILS

*IMPORTANT*:
- *Complete all required fields (shown in red\*); otherwise, your request may be denied and require resubmission.*
- *In fields 3-7, enter the information for the **incorrect** transaction (the one for which you are requesting a refund), not the **correct** transaction that appears on the docket. This information can be found in the Pay.gov screen receipt or confirmation email.*

| | | | |
|---|---|---|---|
| 1. Your Name:* Michael J. Miller | | **8. Your Phone Number:** (540) 672-4224 | |
| 2. Your Email Address: * rmayer@millerfirmllc.com | | **9. Full Case Number (if applicable):** 3:16-md-02741 | |
| 3. Pay.gov Tracking ID Number:* 26JG50S9 | **10. Fee Type:*** | ☐ **Attorney Admission** | |
| 4. Agency Tracking ID Number:* 0971- 13608277 | | ☑ **Civil Case Filing** | |
| | | ☐ **FTR Audio Recording** | |
| 5. Transaction Date:* 08/14/2019 | | ☐ **Notice of Appeal** | |
| 6. Transaction Time:* 5:34 am | | ☐ **Pro Hac Vice** | |
| | | ☐ **Writ of Habeas Corpus** | |

| 7. Transaction Amount (Amount to be refunded):* $ 400.00 |
|---|

11. **Reason for Refund Request:*** *Explain in detail what happened to cause duplicate charges or no fee required.*
- *For a duplicate charge, provide the **correct** Pay.gov and Agency Tracking numbers in this field.*
- *If you paid a filing fee in an abandoned case number, note that case number here (but e-file the refund request in the open case).*

An individual case was filed for this plaintiff, case 3:19-cv-04673-VC; pursuant to PTO 155 the case was also docketed in 3:16-md-02741 where a second Fee was incorrectly paid.

Pay.gov Tracking ID Number:   26JLCFJJ          Agency Tracking ID Number: 0971-13631567

---

✓  *Efile this form using* OTHER FILINGS → OTHER DOCUMENTS → APPLICATION FOR REFUND.

*View detailed instructions at: cand.uscourts.gov/ecf/payments. For assistance, contact the ECF Help Desk at 1-866-638-7829 or ecfhelpdesk@cand.uscourts.gov Monday -Friday 9:00 a.m.-4:00 p.m.*

| FOR U.S. DISTRICT COURT USE ONLY | | |
|---|---|---|
| Refund request: | ☑ Approved<br>☐ Denied<br>☐ Denied — Resubmit amended application (see reason for denial) | |
| Approval/denial date: SEP 0 4 2019 | | Request approved/denied by: *(signature)* |
| Pay.gov refund tracking ID refunded: 26KDC65L | | Agency refund tracking ID number: 0971- 13608277 |
| Date refund processed: 9/5/19 | | Refund processed by: *(signature)* |
| Reason for denial (if applicable): | | |
| Referred for OSC date (if applicable): | | |

Reset Form

CAND Pay.gov Application for Refund (rev. 5/17)

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

## APPLICATION FOR REFUND (USDC-CAND PAY.GOV)

### PAY.GOV TRANSACTION DETAILS

*IMPORTANT*:

- *Complete all required fields (shown in red\*); otherwise, your request may be denied and require resubmission.*
- *In fields 3-7, enter the information for the **incorrect** transaction (the one for which you are requesting a refund), not the **correct** transaction that appears on the docket. This information can be found in the Pay.gov screen receipt or confirmation email.*

| 1. Your Name:* Michael J. Miller | 8. Your Phone Number: (540) 672-4224 | | |
|---|---|---|---|
| 2. Your Email Address: * rmayer@millerfirmllc.com | 9. Full Case Number (if applicable): 3:16-md-02741 | | |
| 3. Pay.gov Tracking ID Number:* 26JG51C7 | 10. Fee Type:* | ☐ | Attorney Admission |
| 4. Agency Tracking ID Number:* 0971- 13608278 | | ☑ | Civil Case Filing |
| 5. Transaction Date:* 08/14/2019 | | ☐ | FTR Audio Recording |
| 6. Transaction Time:* 5:41 am | | ☐ | Notice of Appeal |
| | | ☐ | Pro Hac Vice |
| | | ☐ | Writ of Habeas Corpus |
| 7. Transaction Amount (Amount to be refunded):* $ 400.00 | | | |

11. **Reason for Refund Request:*** *Explain in detail what happened to cause duplicate charges or no fee required.*

- *For a duplicate charge, provide the **correct** Pay.gov and Agency Tracking numbers in this field.*
- *If you paid a filing fee in an abandoned case number, note that case number here (but e-file the refund request in the **open** case).*

An individual case was filed for this plaintiff, case 3:19-cv-04671-VC; pursuant to PTO 155 the case was also docketed in 3:16-md-02741 where a second Fee was incorrectly paid.

Pay.gov Tracking ID Number:  26JELVB1          Agency Tracking ID Number: 0971-13601792

---

✓  ***Efile this form using*** OTHER FILINGS → OTHER DOCUMENTS → APPLICATION FOR REFUND.

*View detailed instructions at: cand.uscourts.gov/ecf_payments. For assistance, contact the ECF Help Desk at 1-866-638-7829 or ecfhelpdesk@cand.uscourts.gov Monday -Friday 9:00 a.m.-4:00 p.m.*

| FOR U.S. DISTRICT COURT USE ONLY | | |
|---|---|---|
| Refund request: | ☑ Approved<br>☐ Denied<br>☐ Denied — Resubmit amended application (see reason for denial) | |
| Approval/denial date: SEP. 0 4 2019 | Request approved/denied by: Ana Barquen |
| Pay.gov refund tracking ID refunded: 26KJC3NT | Agency refund tracking ID number: 0971- 13608278 |
| Date refund processed: 9/5/19 | Refund processed by: William |
| Reason for denial (if applicable): | |
| Referred for OSC date (if applicable): | |

Reset Form

CAND Pay.gov Application for Refund (rev. 5/17)

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

# APPLICATION FOR REFUND (USDC-CAND PAY.GOV)

## PAY.GOV TRANSACTION DETAILS

*IMPORTANT*:
- *Complete all required fields (shown in red\*); otherwise, your request may be denied and require resubmission.*
- *In fields 3-7, enter the information for the **incorrect** transaction (the one for which you are requesting a refund), not the **correct** transaction that appears on the docket. This information can be found in the Pay.gov screen receipt or confirmation email.*

| | |
|---|---|
| 1.  Your Name:* Michael J. Miller | **8. Your Phone Number:** (540) 672-4224 |
| 2.  Your Email Address: * rmayer@millerfirmllc.com | **9. Full Case Number (if applicable):** 3:16-md-02741 |
| 3.  Pay.gov Tracking ID Number:* 26JG53AB | **10. Fee Type:***  ☐ **Attorney Admission**  ☑ **Civil Case Filing**  ☐ **FTR Audio Recording**  ☐ **Notice of Appeal**  ☐ **Pro Hac Vice**  ☐ **Writ of Habeas Corpus** |
| 4.  Agency Tracking ID Number:* 0971- 13608282 | |
| 5.  Transaction Date:* 08/14/2019 | |
| 6.  Transaction Time:* 5:45 am | |
| 7.  Transaction Amount (Amount to be refunded):* $ 400.00 | |

11. **Reason for Refund Request:*** *Explain in detail what happened to cause duplicate charges or no fee required.*
- *For a duplicate charge, provide the **correct** Pay.gov and Agency Tracking numbers in this field.*
- *If you paid a filing fee in an abandoned case number, note that case number here (but e-file the refund request in the open case).*

An individual case was filed for this plaintiff, case 3:19-cv-04670-VC; pursuant to PTO 155 the case was also docketed in 3:16-md-02741 where a second Fee was incorrectly paid.

Pay.gov Tracking ID Number: 26JLCG4J            Agency Tracking ID Number: 0971-13631577

✓   *Efile this form using* OTHER FILINGS → OTHER DOCUMENTS → APPLICATION FOR REFUND.

*View detailed instructions at: cand.uscourts.gov/ecf_payments. For assistance, contact the ECF Help Desk at 1-866-638-7829 or ecfhelpdesk@cand.uscourts.gov Monday -Friday 9:00 a.m.-4:00 p.m.*

| FOR U.S. DISTRICT COURT USE ONLY | | |
|---|---|---|
| Refund request:  ☑ Approved  ☐ Denied  ☐ Denied — Resubmit amended application (see reason for denial) | | |
| Approval/denial date: SEP. 0 4 2019 | Request approved/denied by: *Ana Barraza* | |
| Pay.gov refund tracking ID refunded: 26K0C65P | Agency refund tracking number: 0971- 13608282 | |
| Date refund processed: 9/5/19 | Refund processed by: *Cecil Victor* | |
| Reason for denial (if applicable): | | |
| Referred for OSC date (if applicable): | | |

Case 3:16-md-02741-VC   Document 5415   Filed 08/29/19   Page 1 of 1

Reset Form

CAND Pay.gov Application for Refund (rev. 5/17)

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

## APPLICATION FOR REFUND (USDC-CAND PAY.GOV)

### PAY.GOV TRANSACTION DETAILS

*IMPORTANT*:

- *Complete all required fields (shown in red*); otherwise, your request may be denied and require resubmission.*
- *In fields **3-7**, enter the information for the **incorrect** transaction (the one for which you are requesting a refund), not the **correct** transaction that appears on the docket. This information can be found in the Pay.gov screen receipt or confirmation email.*

| | | | |
|---|---|---|---|
| 1.  Your Name:* Michael J. Miller | | **8.  Your Phone Number:** (540) 672-4224 | |
| 2.  Your Email Address: * rmayer@millerfirmllc.com | | **9. Full Case Number (if applicable):** 3:16-md-02741 | |
| 3.  Pay.gov Tracking ID Number:* 26JG53DD | | ☐ **Attorney Admission** | |
| 4.  Agency Tracking ID Number:* 0971- 13608283 | **10. Fee Type:*** | ☑ **Civil Case Filing** | |
| 5.  Transaction Date:* 08/14/2019 | | ☐ **FTR Audio Recording** | |
| | | ☐ **Notice of Appeal** | |
| 6.  Transaction Time:* 5:48 am | | ☐ **Pro Hac Vice** | |
| | | ☐ **Writ of Habeas Corpus** | |
| 7.  Transaction Amount (Amount to be refunded):* $ 400.00 | | | |

**11.  Reason for Refund Request:*** *Explain in detail what happened to cause duplicate charges or no fee required.*

- *For a duplicate charge, provide the **correct** Pay.gov and Agency Tracking numbers in this field.*
- *If you paid a filing fee in an abandoned case number, note that case number here (but e-file the refund request in the **open** case).*

An individual case was filed for this plaintiff, case 3:19-cv-04669-VC; pursuant to PTO 155 the case was also docketed in 3:16-md-02741 where a second Fee was incorrectly paid.

Pay.gov Tracking ID Number: 26JLCG79       Agency Tracking ID Number: 0971-13631586

---

✓   *Efile this form using* OTHER FILINGS → OTHER DOCUMENTS → APPLICATION FOR REFUND.

*View detailed instructions at: cand.uscourts.gov/ecf/payments. For assistance, contact the ECF Help Desk at 1-866-638-7829 or ecfhelpdesk@cand.uscourts.gov Monday -Friday 9:00 a.m.-4:00 p.m.*

| FOR U.S. DISTRICT COURT USE ONLY | | |
|---|---|---|
| Refund request: ☑ Approved ☐ Denied ☐ Denied ─ Resubmit amended application (see reason for denial) | | |
| Approval/denial date: SEP; 0 4 2019 | Request approved/denied by: *Ana Banare* | |
| Pay.gov refund tracking ID refunded: 26KOC65Q | Agency refund tracking ID number: 0971- 13608283 | |
| Date refund processed: 9/5/19 | Refund processed by: *Cecil Rivon* | |
| Reason for denial (if applicable): | | |
| Referred for OSC date (if applicable): | | |

Case 3:16-md-02741-VC   Document 5416   Filed 08/29/19   Page 1 of 1

Reset Form

CAND Pay.gov Application for Refund (rev. 5/17)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## APPLICATION FOR REFUND (USDC-CAND PAY.GOV)

### PAY.GOV TRANSACTION DETAILS

***IMPORTANT***:
- *Complete all required fields (shown in red\*); otherwise, your request may be denied and require resubmission.*
- *In fields 3-7, enter the information for the **incorrect** transaction (the one for which you are requesting a refund), not the **correct** transaction that appears on the docket. This information can be found in the Pay.gov screen receipt or confirmation email.*

| | | | |
|---|---|---|---|
| 1. Your Name:* Michael J. Miller | **8. Your Phone Number:** (540) 672-4224 | | |
| 2. Your Email Address: * rmayer@millerfirmllc.com | **9. Full Case Number (if applicable):** 3:16-md-02741 | | |
| 3. Pay.gov Tracking ID Number:* 26JG68V5 | **10. Fee Type:*** | ☐ **Attorney Admission** | |
| 4. Agency Tracking ID Number:* 0971- 13608345 | | ☑ **Civil Case Filing** | |
| | | ☐ **FTR Audio Recording** | |
| 5. Transaction Date:* 08/14/2019 | | ☐ **Notice of Appeal** | |
| 6. Transaction Time:* 7:32 am | | ☐ **Pro Hac Vice** | |
| | | ☐ **Writ of Habeas Corpus** | |
| 7. Transaction Amount (Amount to be refunded):* $ 400.00 | | | |

11. **Reason for Refund Request:*** *Explain in detail what happened to cause duplicate charges or no fee required.*
- *For a duplicate charge, provide the **correct** Pay.gov and Agency Tracking numbers in this field.*
- *If you paid a filing fee in an abandoned case number, note that case number here (but e-file the refund request in the **open** case).*

An individual case was filed for this plaintiff, case #3:19-cv-04813-VC; pursuant to PTO 155 the case was also docketed in 3:16-md-02741 where a second Fee was incorrectly paid.
Pay.gov Tracking ID Number:  26JGNB73        Agency Tracking ID Number: 0971-13611914

✓  ***Efile this form using* OTHER FILINGS → OTHER DOCUMENTS → APPLICATION FOR REFUND.**

*View detailed instructions at: cand.uscourts.gov/ecf_payments. For assistance, contact the ECF Help Desk at 1-866-638-7829 or ecfhelpdesk@cand.uscourts.gov Monday -Friday 9:00 a.m.-4:00 p.m.*

| FOR U.S. DISTRICT COURT USE ONLY | | |
|---|---|---|
| Refund request: | ☑ Approved<br>☐ Denied<br>☐ Denied — Resubmit amended application (see reason for denial) | |
| Approval/denial date: SEP 0 4 2019 | Request approved/denied by: *[signature]* | |
| Pay.gov refund tracking ID refunded: 26K0C65T | Agency refund tracking ID number: 0971- 13608345 | |
| Date refund processed: 9/5/19 | Refund processed by: *[signature]* | |
| Reason for denial (if applicable): | | |
| Referred for OSC date (if applicable): | | |

Case 3:16-md-02741-VC   Document 5417   Filed 08/29/19   Page 1 of 1

Reset Form

CAND Pay.gov Application for Refund (rev. 5/17)

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

# APPLICATION FOR REFUND (USDC-CAND PAY.GOV)

## PAY.GOV TRANSACTION DETAILS

***IMPORTANT****:*
- *Complete all required fields (shown in* red**)*; otherwise, your request may be denied and require resubmission.*
- *In fields **3-7**, enter the information for the **incorrect** transaction (the one for which you are requesting a refund), not the **correct** transaction that appears on the docket. This information can be found in the Pay.gov screen receipt or confirmation email.*

| | | | |
|---|---|---|---|
| 1.  Your Name:*  Michael J. Miller | | **8.  Your Phone Number:**  (540) 672-4224 | |
| 2.  Your Email Address: *  rmayer@millerfirmllc.com | | **9.  Full Case Number (if applicable):** 3:16-md-02741 | |
| 3.  Pay.gov Tracking ID Number:*  26JG54IQ | **10. Fee Type:*** | ☐  **Attorney Admission** | |
| 4.  Agency Tracking ID Number:*  0971- 13608284 | | ☑  **Civil Case Filing** | |
| | | ☐  **FTR Audio Recording** | |
| 5.  Transaction Date:*  08/14/2019 | | ☐  **Notice of Appeal** | |
| 6.  Transaction Time:*  5:52 am | | ☐  **Pro Hac Vice** | |
| | | ☐  **Writ of Habeas Corpus** | |
| 7.  Transaction Amount (Amount to be refunded):*  $ 400.00 | | | |

11.  **Reason for Refund Request:*** *Explain in detail what happened to cause duplicate charges or no fee required.*
- *For a duplicate charge, provide the **correct** Pay.gov and Agency Tracking numbers in this field.*
- *If you paid a filing fee in an abandoned case number, note that case number here (but e-file the refund request in the **open** case).*

An individual case was filed for this plaintiff, case 3:19-cv-04668-VC; pursuant to PTO 155 the case was also docketed in 3:16-md-02741 where a second Fee was incorrectly paid.
Pay.gov Tracking ID Number: 26JLCGF2          Agency Tracking ID Number:  0971-13631593

✓   ***Efile this form using* OTHER FILINGS → OTHER DOCUMENTS → APPLICATION FOR REFUND.**

*View detailed instructions at: cand.uscourts.gov/ecf payments. For assistance, contact the ECF Help Desk at 1-866-638-7829 or ecfhelpdesk@cand.uscourts.gov Monday -Friday 9:00 a.m.-4:00 p.m.*

| FOR U.S. DISTRICT COURT USE ONLY | | |
|---|---|---|
| Refund request: | ☑ Approved<br>☐ Denied<br>☐ Denied — Resubmit amended application (see reason for denial) | |
| Approval/denial date:  SEP, 0 4 2019 | Request approved/denied by:  *Ana Barian* | |
| Pay.gov refund tracking ID refunded: 26K0C660 | Agency refund tracking ID number: 0971- 13608284 | |
| Date refund processed:  9/5/19 | Refund processed by:  *Lisa Kwan* | |
| Reason for denial (if applicable): | | |
| Referred for OSC date (if applicable): | | |

Reset Form

CAND Pay.gov Application for Refund (rev. 5/17)

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

# APPLICATION FOR REFUND (USDC-CAND PAY.GOV)

## PAY.GOV TRANSACTION DETAILS

***IMPORTANT***:
- *Complete all required fields (shown in red*); otherwise, your request may be denied and require resubmission.*
- *In fields 3-7, enter the information for the **incorrect** transaction (the one for which you are requesting a refund), not the **correct** transaction that appears on the docket. This information can be found in the Pay.gov screen receipt or confirmation email.*

| | | | |
|---|---|---|---|
| 1. Your Name:* Michael J. Miller | **8. Your Phone Number:** (540) 672-4224 | | |
| 2. Your Email Address: * rmayer@millerfirmllc.com | **9. Full Case Number (if applicable):** 3:16-md-02741 | | |
| 3. Pay.gov Tracking ID Number:* 26JG5JVL | **10. Fee Type:*** | ☐ | **Attorney Admission** |
| 4. Agency Tracking ID Number:* 0971- 13608288 | | ☑ | **Civil Case Filing** |
| | | ☐ | **FTR Audio Recording** |
| 5. Transaction Date:* 08/14/2019 | | ☐ | **Notice of Appeal** |
| | | ☐ | **Pro Hac Vice** |
| 6. Transaction Time:* 6:29 am | | ☐ | **Writ of Habeas Corpus** |
| 7. Transaction Amount (Amount to be refunded):* $ 400.00 | | | |

11. **Reason for Refund Request:*** *Explain in detail what happened to cause duplicate charges or no fee required.*
- *For a duplicate charge, provide the **correct** Pay.gov and Agency Tracking numbers in this field.*
- *If you paid a filing fee in an abandoned case number, note that case number here (but e-file the refund request in the **open** case).*

An individual case was filed for this plaintiff, case 3:19-cv-04667-VC; pursuant to PTO 155 the case was also docketed in 3:16-md-02741 where a second Fee was incorrectly paid.
Pay.gov Tracking ID Number:   26JLCIGM          Agency Tracking ID Number: 0971-13631603

---

✓   ***Efile this form using*** OTHER FILINGS → OTHER DOCUMENTS → APPLICATION FOR REFUND.

*View detailed instructions at: cand.uscourts.gov/ecf/payments. For assistance, contact the ECF Help Desk at 1-866-638-7829 or ecfhelpdesk@cand.uscourts.gov Monday -Friday 9:00 a.m.-4:00 p.m.*

| FOR U.S. DISTRICT COURT USE ONLY | | |
|---|---|---|
| Refund request: ☑ Approved ☐ Denied ☐ Denied — Resubmit amended application (see reason for denial) | | |
| Approval/denial date: SEP, 0 4 2019 | Request approved/denied by: *Ana Barares* | |
| Pay.gov refund tracking ID refunded: 26KDC307 | Agency refund tracking ID number: 0971- 3608288 | |
| Date refund processed: 9/5/19 | Refund processed by: *[signature]* | |
| Reason for denial (if applicable): | | |
| Referred for OSC date (if applicable): | | |

Reset Form

CAND Pay.gov Application for Refund (rev. 5/17)

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

# APPLICATION FOR REFUND (USDC-CAND PAY.GOV)

## PAY.GOV TRANSACTION DETAILS

*IMPORTANT*:
- *Complete all required fields (shown in red\*); otherwise, your request may be denied and require resubmission.*
- *In fields **3-7**, enter the information for the **incorrect** transaction (the one for which you are requesting a refund), not the **correct** transaction that appears on the docket. This information can be found in the Pay.gov screen receipt or confirmation email.*

| | | |
|---|---|---|
| 1. Your Name:* Michael J. Miller | 8. Your Phone Number: (540) 672-4224 | |
| 2. Your Email Address: * rmayer@millerfirmllc.com | 9. Full Case Number (if applicable): 3:16-md-02741 | |
| 3. Pay.gov Tracking ID Number:* 26JG5K7L | 10. Fee Type:* | ☐ Attorney Admission<br>☑ Civil Case Filing<br>☐ FTR Audio Recording<br>☐ Notice of Appeal<br>☐ Pro Hac Vice<br>☐ Writ of Habeas Corpus |
| 4. Agency Tracking ID Number:* 0971- 13608290 | | |
| 5. Transaction Date:* 08/14/2019 | | |
| 6. Transaction Time:* 6:33 am | | |
| 7. Transaction Amount (Amount to be refunded):* $ 400.00 | | |

11. **Reason for Refund Request:*** *Explain in detail what happened to cause duplicate charges or no fee required.*
- *For a duplicate charge, provide the **correct** Pay.gov and Agency Tracking numbers in this field.*
- *If you paid a filing fee in an abandoned case number, note that case number here (but e-file the refund request in the **open** case).*

An individual case was filed for this plaintiff, case 3:19-cv-04666-VC; pursuant to PTO 155 the case was also docketed in 3:16-md-02741 where a second Fee was incorrectly paid.
Pay.gov Tracking ID Number: 26JLCING          Agency Tracking ID Number: 0971-13631612

✓ *Efile this form using* OTHER FILINGS → OTHER DOCUMENTS → APPLICATION FOR REFUND.

*View detailed instructions at: cand.uscourts.gov/ecf/payments. For assistance, contact the ECF Help Desk at 1-866-638-7829 or ecfhelpdesk@cand.uscourts.gov Monday -Friday 9:00 a.m.-4:00 p.m.*

| FOR U.S. DISTRICT COURT USE ONLY | |
|---|---|
| Refund request:   ☑ Approved<br>                     ☐ Denied<br>                     ☐ Denied — Resubmit amended application (see reason for denial) | |
| Approval/denial date: SEP: 04 2019 | Request approved/denied by: *(signature)* |
| Pay.gov refund tracking ID refunded: 26KDC3DA | Agency refund tracking ID number: 0971- 13608290 |
| Date refund processed: 9/5/19 | Refund processed by: *(signature)* |
| Reason for denial (if applicable): | |
| Referred for OSC date (if applicable): | |

Reset Form

CAND Pay.gov Application for Refund (rev. 5/17)

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

## APPLICATION FOR REFUND (USDC-CAND PAY.GOV)

### PAY.GOV TRANSACTION DETAILS

*IMPORTANT:*
- *Complete all required fields (shown in red*); otherwise, your request may be denied and require resubmission.*
- *In fields **3-7**, enter the information for the **incorrect** transaction (the one for which you are requesting a refund), not the **correct** transaction that appears on the docket. This information can be found in the Pay.gov screen receipt or confirmation email.*

| | | | |
|---|---|---|---|
| 1. Your Name:* Michael J. Miller | | **8. Your Phone Number:** (540) 672-4224 | |
| 2. Your Email Address: * rmayer@millerfirmllc.com | | **9. Full Case Number (if applicable):** 3:16-md-02741 | |
| 3. Pay.gov Tracking ID Number:* 26JG5MU5 | | 10. Fee Type:* | ☐ Attorney Admission<br>☑ Civil Case Filing<br>☐ FTR Audio Recording<br>☐ Notice of Appeal<br>☐ Pro Hac Vice<br>☐ Writ of Habeas Corpus |
| 4. Agency Tracking ID Number:* 0971- 13608291 | | | |
| 5. Transaction Date:* 08/14/2019 | | | |
| 6. Transaction Time:* 6:38 am | | | |

| |
|---|
| 7. Transaction Amount (Amount to be refunded):* $ 400.00 |

11. Reason for Refund Request:* *Explain in detail what happened to cause duplicate charges or no fee required.*
- *For a duplicate charge, provide the **correct** Pay.gov and Agency Tracking numbers in this field.*
- *If you paid a filing fee in an abandoned case number, note that case number here (but e-file the refund request in the **open** case).*

An individual case was filed for this plaintiff, case 3:19-cv-04665-VC; pursuant to PTO 155 the case was also docketed in 3:16-md-02741 where a second Fee was incorrectly paid.

Pay.gov Tracking ID Number: 26JEI3LC          Agency Tracking ID Number: 0971-13601636

---

✓   *Efile this form using* OTHER FILINGS → OTHER DOCUMENTS → APPLICATION FOR REFUND.

*View detailed instructions at: cand.uscourts.gov/ecf_payments. For assistance, contact the ECF Help Desk at 1-866-638-7829 or ecfhelpdesk@cand.uscourts.gov Monday -Friday 9:00 a.m.-4:00 p.m.*

| FOR U.S. DISTRICT COURT USE ONLY | |
|---|---|
| Refund request:  ☑ Approved<br>☐ Denied<br>☐ Denied — Resubmit amended application (see reason for denial) | |
| Approval/denial date: SEP 0 4 2019 | Request approved/denied by: *Ana Parvanov* |
| Pay.gov refund tracking ID refunded: 26KDC667 | Agency refund tracking ID number: 0971- 13608291 |
| Date refund processed: 9/5/19 | Refund processed by: *Cielavon* |
| Reason for denial (if applicable): | |
| Referred for OSC date (if applicable): | |

Case 3:16-md-02741-VC   Document 5421   Filed 08/29/19   Page 1 of 1

| Reset Form |

CAND Pay.gov Application for Refund (rev. 5/17)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## APPLICATION FOR REFUND (USDC-CAND PAY.GOV)

### PAY.GOV TRANSACTION DETAILS

*IMPORTANT:*
- *Complete all required fields (shown in red*); otherwise, your request may be denied and require resubmission.*
- *In fields 3-7, enter the information for the **incorrect** transaction (the one for which you are requesting a refund), not the **correct** transaction that appears on the docket. This information can be found in the Pay.gov screen receipt or confirmation email.*

| | | | |
|---|---|---|---|
| 1. Your Name:* Michael J. Miller | | 8. Your Phone Number: (540) 672-4224 | |
| 2. Your Email Address: * rmayer@millerfirmllc.com | | 9. Full Case Number (if applicable): 3:16-md-02741 | |
| 3. Pay.gov Tracking ID Number:* 26JG5QKB | | 10. Fee Type:* | ☐ Attorney Admission |
| 4. Agency Tracking ID Number:* 0971- 13608293 | | | ☑ Civil Case Filing |
| 5. Transaction Date:* 08/14/2019 | | | ☐ FTR Audio Recording |
| 6. Transaction Time:* 6:53 am | | | ☐ Notice of Appeal |
| | | | ☐ Pro Hac Vice |
| | | | ☐ Writ of Habeas Corpus |

| |
|---|
| 7. Transaction Amount (Amount to be refunded):* $ 400.00 |

11. **Reason for Refund Request:*** *Explain in detail what happened to cause duplicate charges or no fee required.*
- *For a duplicate charge, provide the **correct** Pay.gov and Agency Tracking numbers in this field.*
- *If you paid a filing fee in an abandoned case number, note that case number here (but e-file the refund request in the **open** case).*

An individual case was filed for this plaintiff, case 3:19-cv-04663-VC; pursuant to PTO 155 the case was also docketed in 3:16-md-02741 where a second Fee was incorrectly paid.
Pay.gov Tracking ID Number:    26JLCIQQ          Agency Tracking ID Number: 0971-13631615

✓ *Efile this form using* **OTHER FILINGS** → **OTHER DOCUMENTS** → **APPLICATION FOR REFUND.**

*View detailed instructions at: cand.uscourts.gov/ecf/payments. For assistance, contact the ECF Help Desk at 1-866-638-7829 or ecfhelpdesk@cand.uscourts.gov Monday -Friday 9:00 a.m.-4:00 p.m.*

| FOR U.S. DISTRICT COURT USE ONLY | |
|---|---|
| Refund request:  ☑ Approved  ☐ Denied  ☐ Denied — Resubmit amended application (see reason for denial) | |
| Approval/denial date: SEP. 04 2019 | Request approved/denied by: Ana Ranans |
| Pay.gov refund tracking ID refunded: 26K0C669 | Agency refund tracking ID number: 0971- 13608293 |
| Date refund processed: 9/5/19 | Refund processed by: Ciiie Kwon |
| Reason for denial (if applicable): | |
| Referred for OSC date (if applicable): | |

Reset Form

CAND Pay.gov Application for Refund (rev. 5/17)

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

# APPLICATION FOR REFUND (USDC-CAND PAY.GOV)

## PAY.GOV TRANSACTION DETAILS

*IMPORTANT*:
- *Complete all required fields (shown in red\*); otherwise, your request may be denied and require resubmission.*
- *In fields 3-7, enter the information for the **incorrect** transaction (the one for which you are requesting a refund), not the **correct** transaction that appears on the docket. This information can be found in the Pay.gov screen receipt or confirmation email.*

| | | | |
|---|---|---|---|
| 1. **Your Name:**\* Michael J. Miller | | **8. Your Phone Number:** (540) 672-4224 | |
| 2. Your Email Address: \* rmayer@millerfirmllc.com | | **9. Full Case Number (if applicable):** 3:16-md-02741 | |
| 3. Pay.gov Tracking ID Number:\* 26JG63EU | | **10. Fee Type:**\* | ☐ **Attorney Admission** |
| 4. Agency Tracking ID Number:\* 0971- 13608298 | | | ☑ **Civil Case Filing** |
| 5. Transaction Date:\* 08/14/2019 | | | ☐ **FTR Audio Recording** |
| 6. Transaction Time:\* 7:10 am | | | ☐ **Notice of Appeal** |
| | | | ☐ **Pro Hac Vice** |
| | | | ☐ **Writ of Habeas Corpus** |

| |
|---|
| 7. Transaction Amount (Amount to be refunded):\* $ 400.00 |

11. **Reason for Refund Request:**\* *Explain in detail what happened to cause duplicate charges or no fee required.*
- *For a duplicate charge, provide the **correct** Pay.gov and Agency Tracking numbers in this field.*
- *If you paid a filing fee in an abandoned case number, note that case number here (but e-file the refund request in the **open** case).*

An individual case was filed for this plaintiff, case 3:19-cv-04662-VC; pursuant to PTO 155 the case was also docketed in 3:16-md-02741 where a second Fee was incorrectly paid.
Pay.gov Tracking ID Number: 26JLCITT          Agency Tracking ID Number: 0971-13631618

---

✓  *Efile this form using* **Other Filings → Other Documents → Application for Refund.**

*View detailed instructions at: cand.uscourts.gov/ecf/payments. For assistance, contact the ECF Help Desk at 1-866-638-7829 or ecfhelpdesk@cand.uscourts.gov Monday -Friday 9:00 a.m.-4:00 p.m.*

| FOR U.S. DISTRICT COURT USE ONLY | | |
|---|---|---|
| Refund request: | ☑ Approved<br>☐ Denied<br>☐ Denied — Resubmit amended application (see reason for denial) | |
| Approval/denial date: SEP: 8 4 2019 | Request approved/denied by: *(signature)* | |
| Pay.gov refund tracking ID refunded: 26K0C3OH | Agency refund tracking ID number: 0971- 13608298 | |
| Date refund processed: 9/5/19 | Refund processed by: *(signature)* | |
| Reason for denial (if applicable): | | |
| Referred for OSC date (if applicable): | | |

Reset Form

CAND Pay.gov Application for Refund (rev. 5/17)

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

# APPLICATION FOR REFUND (USDC-CAND PAY.GOV)

## PAY.GOV TRANSACTION DETAILS

*IMPORTANT:*
- *Complete all required fields (shown in red\*); otherwise, your request may be denied and require resubmission.*
- *In fields 3-7, enter the information for the **incorrect** transaction (the one for which you are requesting a refund), not the **correct** transaction that appears on the docket. This information can be found in the Pay.gov screen receipt or confirmation email.*

| 1. Your Name:* Michael J. Miller | 8. Your Phone Number: (540) 672-4224 |
|---|---|
| 2. Your Email Address: * rmayer@millerfirmllc.com | 9. Full Case Number (if applicable): 3:16-md-02741 |
| 3. Pay.gov Tracking ID Number:* 26JG668A | 10. Fee Type:* ☐ Attorney Admission ☑ Civil Case Filing ☐ FTR Audio Recording ☐ Notice of Appeal ☐ Pro Hac Vice ☐ Writ of Habeas Corpus |
| 4. Agency Tracking ID Number:* 0971- 13608313 | |
| 5. Transaction Date:* 08/14/2019 | |
| 6. Transaction Time:* 7:23 am | |
| 7. Transaction Amount (Amount to be refunded):* $ 400.00 | |

11. **Reason for Refund Request:** *Explain in detail what happened to cause duplicate charges or no fee required.*
- *For a duplicate charge, provide the **correct** Pay.gov and Agency Tracking numbers in this field.*
- *If you paid a filing fee in an abandoned case number, note that case number here (but e-file the refund request in the open case).*

An individual case was filed for this plaintiff, case 3:19-cv-04709-VC; pursuant to PTO 155 the case was also docketed in 3:16-md-02741 where a second Fee was incorrectly paid.

Pay.gov Tracking ID Number:  26JLCJ1J          Agency Tracking ID Number:  0971-13631620

✓ *Efile this form using OTHER FILINGS → OTHER DOCUMENTS → APPLICATION FOR REFUND.*

*View detailed instructions at: cand.uscourts.gov/ecf/payments. For assistance, contact the ECF Help Desk at 1-866-638-7829 or ecfhelpdesk@cand.uscourts.gov Monday -Friday 9:00 a.m.-4:00 p.m.*

| FOR U.S. DISTRICT COURT USE ONLY | | |
|---|---|---|
| Refund request: | ☑ Approved ☐ Denied ☐ Denied — Resubmit amended application (see reason for denial) | |
| Approval/denial date: SEP. 04 2019 | Request approved/denied by: *Gina Ferrara* | |
| Pay.gov refund tracking ID refunded: 26K0C30K | Agency refund tracking ID number: 0971- 13608313 | |
| Date refund processed: 9/5/19 | Refund processed by: *Cecile Kuban* | |
| Reason for denial (if applicable): | | |
| Referred for OSC date (if applicable): | | |

| | | | Reset Form |

CAND Pay.gov Application for Refund (rev. 5/17)

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

## APPLICATION FOR REFUND (USDC-CAND PAY.GOV)

### PAY.GOV TRANSACTION DETAILS

*IMPORTANT*:
- *Complete all required fields (shown in red\*); otherwise, your request may be denied and require resubmission.*
- *In fields 3-7, enter the information for the **incorrect** transaction (the one for which you are requesting a refund), not the **correct** transaction that appears on the docket. This information can be found in the Pay.gov screen receipt or confirmation email.*

| 1. Your Name:* Michael J. Miller | 8. Your Phone Number: (540) 672-4224 |
|---|---|
| 2. Your Email Address: * rmayer@millerfirmllc.com | 9. Full Case Number (if applicable): 3:16-md-02741 |
| 3. Pay.gov Tracking ID Number:* 26JCSK0A | 10. Fee Type:*  ☐ Attorney Admission  ☑ Civil Case Filing  ☐ FTR Audio Recording  ☐ Notice of Appeal  ☐ Pro Hac Vice  ☐ Writ of Habeas Corpus |
| 4. Agency Tracking ID Number:* 0971- 13595888 | |
| 5. Transaction Date:* 08/09/2019 | |
| 6. Transaction Time:* 7:29 am | |
| 7. Transaction Amount (Amount to be refunded):* $ 400.00 | |

11. Reason for Refund Request:* *Explain in detail what happened to cause duplicate charges or no fee required.*
- *For a duplicate charge, provide the **correct** Pay.gov and Agency Tracking numbers in this field.*
- *If you paid a filing fee in an abandoned case number, note that case number here (but e-file the refund request in the **open** case).*

An individual case was filed for this plaintiff, case 3:19-cv-04756; pursuant to PTO 155 the case was also docketed in 3:16-md-02741 where a second Fee was paid.

Pay.gov Tracking ID Number: 26JR7770          Agency Tracking ID Number: 0971-13660972

✓  ***Efile this form using OTHER FILINGS → OTHER DOCUMENTS → APPLICATION FOR REFUND.***

*View detailed instructions at: cand.uscourts.gov/ecf_payments. For assistance, contact the ECF Help Desk at 1-866-638-7829 or ecfhelpdesk@cand.uscourts.gov Monday -Friday 9:00 a.m.-4:00 p.m.*

| FOR U.S. DISTRICT COURT USE ONLY | | |
|---|---|---|
| Refund request: | ☑ Approved  ☐ Denied  ☐ Denied – Resubmit amended application (see reason for denial) | |
| Approval/denial date: 9/4/19 | Request approved/denied by: *Gina Ranere* | |
| Pay.gov refund tracking ID refunded: 26K0763A | Agency refund tracking ID number: 0971- 13595888 | |
| Date refund processed: 9/5/19 | Refund processed by: *Gerel Quan* | |
| Reason for denial (if applicable): | | |
| Referred for OSC date (if applicable): | | |