# EXHIBIT 1

1 ONDER AND SHELTON, L.L.C
JAMES T. CORRIGAN
2 (Mo. Bar No. 45127MO)
corrigan@onderlaw.com
3 JAMES D. O'LEARY
oleary@onderlaw.com
4 110 East Lockwood
St. Louis, Missouri 63119
5 Telephone: (314) 963-9000
Facsimile:  (314) 963-1700
6
7 Attorneys for Plaintiffs.

8
9 **UNITED STATES DISTRICT COURT**
10 **NORTHERN DISTRICT OF CALIFORNIA**
11 **SAN FRANCISCO DIVISION**

12 | | |
|---|---|
| IN RE:  ROUNDUP PRODUCTS LIABILITY LIGITATION | Case No. 3:17-md-02142-VC<br>MDL No. 2741 |
| | **NOTICE OF DISMISSAL OF OSBORN & BARR DEFENDANTS ONLY** |
| This document relates to:<br><br>*Smith, et al. v. Monsanto Co., et al.*,<br>Case No. 3:17-cv-02142-VC | |

18
19    1.    Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, plaintiffs

20 hereby dismiss all claims against **defendants Osborn & Barr Communications, Inc. and**

21 **Osborn & Barr Holdings, Inc., only** with prejudice, with each party to bear their own costs.

Dated:  July 27, 2017

Respectfully submitted,
ONDER AND SHELTON, L.L.C.

By:  /S/ JAMES T. CORRIGAN
JAMES T. CORRIGAN
(Mo. Bar No. 45127MO)
corrigan@onderlaw.com
JAMES D. O'LEARY
oleary@onderlaw.com
110 East Lockwood
St. Louis, Missouri 63119
Telephone: (314) 963-9000
Facsimile:  (314) 963-1700

Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing was filed using the ECF system on this 28th day of July, 2017.

/s/ James T. Corrigan

-2-