DAVID G. OTT (Mo. Bar No. 30449MO)
JOHN F. COWLING (Mo. Bar No. 30929MO)
SCOTT T. JANSEN (Mo. Bar No. 57393MO)
ARMSTRONG TEASDALE LLP
7700 Forsyth Blvd., Suite 1800
St. Louis, Missouri 63105
Telephone:    314.621.5070
Facsimile:    314.621.5065
dott@armstrongteasdale.com
jcowling@armstrongteasdale.com
sjansen@armstrongteasdale.com

Attorneys for Defendants
OSBORN & BARR COMMUNICATIONS, INC. and
OSBORN & BARR HOLDINGS, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Fredrick Smith, et al. v. Monsanto Co., et al.*, Case No. 17-cv-02142-VC | Case No. 3:16-md-02741-VC<br>MDL No. 2741<br><br>**OSBORN & BARR DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM**<br><br>**JURY TRIAL DEMANDED**<br><br>**HEARING DATE:  October 17, 2019**<br><br>**10:00 A.M.** |

    1.    Please take notice that this motion is set for hearing on October 17, 2019 at 10:00 a.m.

    2.    Plaintiffs Reginald Liggins, Christopher Luetcke, Patrick Martin, Douglas Moss, Suzanne Norgren, Marty Pinkard, Shalisha Robinson, John Schoonover, James Sheldon, Donald Smith, Carol Sorensen, Jack Watson, and Robert Whitford, Individually And As Surviving Child Of Martha Whitford, Deceased, all filed their short form Complaint under original case 17-cv-02142-VC.

    3.    Movants, Defendants Osborn & Barr Communications, Inc. and Osborn & Barr Holdings, Inc. (collectively, the "Osborn & Barr Defendants"), request the Court dismiss all claims against them because Plaintiff fails to state a claim upon which relief may be granted

-1-

Case No. 17-cv-02142-VC
(MDL No. 2741, from the E.D. Mo.
In Re: Roundup Product Liability Litigation)    Motion to Dismiss for Failure to State a Claim

1  pursuant to Fed. R. Civ. P. 12(b)(6) due to res judicata, in that the Osborn & Barr Defendants
2  were dismissed with prejudice from the underlying member case on July 28, 2017.
3      4.    Movants submit their Memorandum in Support of this Motion, with their points
4  and authority, by separate brief pursuant to Civil L.R. 7-4.

Respectfully submitted,

Dated:  September 12, 2019        ARMSTRONG TEASDALE LLP

By:  /S/ SCOTT T. JANSEN
     DAVID G. OTT
     (Mo. Bar No. 30449MO)
     JOHN F. COWLING
     (Mo. Bar No. 30920MO)
     SCOTT T. JANSEN
     (Mo. Bar No. 57393MO)
     7700 Forsythe Blvd., Ste. 1800
     St. Louis, Missouri 63105
     Telephone: (314) 621-5070
     Facsimile:  (314) 621-5065

Attorneys for Defendants

OSBORN & BARR COMMUNICATIONS, INC. and OSBORN & BARR HOLDINGS, INC.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing was filed using the ECF system on this 12th day of September, 2019.

/s/ Scott T. Jansen

-2-

Case No. 17-cv-02142-VC
(MDL No. 2741, from the E.D. Mo.
In Re:  Roundup Product Liability Litigation)

[Proposed] Order Granting Osborn & Barr Defendants' Motion to Dismiss for Failure to State a Claim

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Fredrick Smith, et al. v. Monsanto Co., et al.*, Case No. 17-cv-02142-VC | Case No. 3:16-md-02741-VC<br>MDL No. 2741<br><br>**[PROPOSED] ORDER GRANTING OSBORN & BARR COMMUNICATIONS, INC. AND OSBORN & BARR HOLDINGS, INC. MOTION TO DISMISS** |

    Upon consideration of Defendants Osborn & Barr Communications, Inc. and Osborn & Barr Holdings, Inc.'s Motion to Dismiss,

    IT IS HEREBY ORDERED that the motion is GRANTED; all Counts of Plaintiff's Complaint are dismissed as to Defendants Osborn & Barr Communications, Inc. and Osborn & Barr Holdings, Inc. for failure to state a claim upon which relief could be granted.


Date: _____, 2019     _____
                                              HON. VINCE CHHABRIA
                                              UNITED STATES DISTRICT COURT