Barbara R. Light
SHOOK, HARDY & BACON L.L.P.
Texas Bar No. 24109472
JPMorgan Chase Tower
600 Travis Street, Suite 3400
Houston, Texas 77002-2926
Telephone:  713-227-8008
Fax:  713-227-9508
blight@shb.com
*Attorney for Defendant Monsanto Company*

Kirk John Goza
Goza Honnold Trial Lawyers
9500 Nall Ave,
Overland Park, Kansas 66207
Telephone: 913-451-3433
Fax: 913-451-3433
*Attorney for Plaintiff Edward Kennedy*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC |
| This document relates to :<br><br>Edward Kennedy, Cause No. 3:19-cv-01779-VC (N.D. Cal) | |

**STIPULATION OF DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)A)(ii)**

Pursuant to F.R.C.P 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Edward Kennedy, and Defendant Monsanto Company hereby give notice that the above captioned action is dismissed with prejudice against Defendant Monsanto Company.

IT IS HEREBY STIPLUATED AND AGREED by and between counsel for Plaintiff Edward Kennedy and counsel for Defendant Monsanto Company that the above captioned Complaint is hereby dismissed with prejudice.

Each party agrees to bear its own costs and attorneys' fees.

Dated: September 13, 2019

| | |
|---|---|
| /s/ Kirk John Goza | /s/ Barbara R. Light |
| Kirk John Goza | Barbara R. Light |
| Goza Honnold Trial Lawyers | SHOOK, HARDY & BACON L.L.P. |
| 9500 Nall Ave, | Texas Bar No. 24109472 |
| Overland Park, Kansas 66207 | JPMorgan Chase Tower |
| Telephone: 913-451-3433 | 600 Travis Street, Suite 3400 |
| Fax: 913-451-3433 | Houston, Texas 77002-2926 |
| *Attorney for Plaintiff Edward Kennedy* | Telephone: 713-227-8008 |
| | Fax: 713-227-9508 |
| | blight@shb.com |
| | *Attorney for Defendant Monsanto Company* |

## **CERTIFICATE OF SERVICE**

I, E. James Shepherd, hereby certify that on September 13, 2019, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

/s/ Barbara R. Light
Barbara R. Light