# EXHIBIT 1

| | |
|---|---|
| 1 | ONDER AND SHELTON, L.L.C |
| 2 | JAMES T. CORRIGAN<br>(Mo. Bar No. 45127MO) |
| 3 | corrigan@onderlaw.com<br>JAMES D. O'LEARY |
| 4 | oleary@onderlaw.com<br>110 East Lockwood |
| 5 | St. Louis, Missouri 63119<br>Telephone: (314) 963-9000 |
| 6 | Facsimile:  (314) 963-1700 |
| 7 | Attorneys for Plaintiffs. |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:  ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Smith, et al. v. Monsanto Co., et al.,*<br>Case No. 3:17-cv-02142-VC | Case No. 3:17-md-02142-VC<br>MDL No. 2741<br><br>**NOTICE OF DISMISSAL OF OSBORN & BARR DEFENDANTS ONLY** |

1. Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, plaintiffs hereby dismiss all claims against **defendants Osborn & Barr Communications, Inc. and Osborn & Barr Holdings, Inc., only** with prejudice, with each party to bear their own costs.

| | |
|---|---|
| Dated: July 27, 2017 | Respectfully submitted,<br>ONDER AND SHELTON, L.L.C.<br><br>By: /S/ JAMES T. CORRIGAN<br>JAMES T. CORRIGAN<br>(Mo. Bar No. 45127MO)<br>corrigan@onderlaw.com<br>JAMES D. O'LEARY<br>oleary@onderlaw.com<br>110 East Lockwood<br>St. Louis, Missouri 63119<br>Telephone: (314) 963-9000<br>Facsimile:  (314) 963-1700<br><br>Attorneys for Plaintiffs |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing was filed using the ECF system on this 28th day of July, 2017.

/s/ James T. Corrigan

-2-

Case No. 3:17-md-02142-VC

Notice of Dismissal of Osborn & Barr Defendants