# EXHIBIT 1

1  ONDER AND SHELTON, L.L.C
   JAMES T. CORRIGAN
2  (Mo. Bar No. 45127MO)
   corrigan@onderlaw.com
3  JAMES D. O'LEARY
   oleary@onderlaw.com
4  110 East Lockwood
   St. Louis, Missouri 63119
5  Telephone: (314) 963-9000
   Facsimile:  (314) 963-1700
6
7  Attorneys for Plaintiffs.

8
                    **UNITED STATES DISTRICT COURT**
9
                    **NORTHERN DISTRICT OF CALIFORNIA**
10
                          **SAN FRANCISCO DIVISION**
11

12  | IN RE:  ROUNDUP PRODUCTS LIABILITY LITIGATION | Case No. 3:17-md-02142-VC<br>MDL No. 2741 |
13  |---|---|
14  |  | **NOTICE OF DISMISSAL OF OSBORN & BARR DEFENDANTS ONLY** |
15  | This document relates to: |  |
16  | *Smith, et al. v. Monsanto Co., et al.*,<br>Case No. 3:17-cv-02142-VC |  |
17

18
        1.      Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, plaintiffs
19
   hereby dismiss all claims against **defendants Osborn & Barr Communications, Inc. and**
20
   **Osborn & Barr Holdings, Inc., only** with prejudice, with each party to bear their own costs.
21

22

23

24

25

26

27

28
                                            -1-

|   |   |
|---|---|
| Dated: July 27, 2017 | Respectfully submitted,<br>ONDER AND SHELTON, L.L.C.<br><br>By:  /S/ JAMES T. CORRIGAN<br>JAMES T. CORRIGAN<br>(Mo. Bar No. 45127MO)<br>corrigan@onderlaw.com<br>JAMES D. O'LEARY<br>oleary@onderlaw.com<br>110 East Lockwood<br>St. Louis, Missouri 63119<br>Telephone: (314) 963-9000<br>Facsimile:  (314) 963-1700<br><br>Attorneys for Plaintiffs |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing was filed using the ECF system on this 28th day of July, 2017.

/s/ James T. Corrigan