# EXHIBIT 1

1  ONDER AND SHELTON, L.L.C
   JAMES T. CORRIGAN
2  (Mo. Bar No. 45127MO)
   corrigan@onderlaw.com
3  JAMES D. O'LEARY
   oleary@onderlaw.com
4  110 East Lockwood
   St. Louis, Missouri 63119
5  Telephone: (314) 963-9000
   Facsimile:  (314) 963-1700
6
   Attorneys for Plaintiffs.
7

8
                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10
                     SAN FRANCISCO DIVISION
11

12                                          Case No. 3:17-md-02142-VC
    IN RE:  ROUNDUP PRODUCTS            MDL No. 2741
13  LIABILITY LITIGATION
                                            **NOTICE OF DISMISSAL OF OSBORN &
14  ─────────────────────────────          BARR DEFENDANTS ONLY**

15  This document relates to:

16  *Smith, et al. v. Monsanto Co., et al.,*
    Case No. 3:17-cv-02142-VC
17

18
       1.     Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, plaintiffs
19
    hereby dismiss all claims against **defendants Osborn & Barr Communications, Inc. and**
20
    **Osborn & Barr Holdings, Inc., only** with prejudice, with each party to bear their own costs.
21

22

23

24

25

26

27

28
                                       -1-

Dated:  July 27, 2017

Respectfully submitted,
ONDER AND SHELTON, L.L.C.

/S/ JAMES T. CORRIGAN

By:   JAMES T. CORRIGAN
(Mo. Bar No. 45127MO)
corrigan@onderlaw.com
JAMES D. O'LEARY
oleary@onderlaw.com
110 East Lockwood
St. Louis, Missouri 63119
Telephone: (314) 963-9000
Facsimile:  (314) 963-1700


Attorneys for Plaintiffs


**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that the foregoing was filed using the ECF system on this 28th day of July, 2017.


        /s/ James T. Corrigan