# EXHIBIT 1

ONDER AND SHELTON, L.L.C
JAMES T. CORRIGAN
(Mo. Bar No. 45127MO)
corrigan@onderlaw.com
JAMES D. O'LEARY
oleary@onderlaw.com
110 East Lockwood
St. Louis, Missouri 63119
Telephone: (314) 963-9000
Facsimile:  (314) 963-1700

Attorneys for Plaintiffs.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:  ROUNDUP PRODUCTS LIABILITY LITIGATION | Case No. 3:17-md-02142-VC<br>MDL No. 2741 |
| | **NOTICE OF DISMISSAL OF OSBORN & BARR DEFENDANTS ONLY** |
| This document relates to: | |
| *Smith, et al. v. Monsanto Co., et al.,*<br>Case No. 3:17-cv-02142-VC | |

1.      Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, plaintiffs hereby dismiss all claims against **defendants Osborn & Barr Communications, Inc. and Osborn & Barr Holdings, Inc., only** with prejudice, with each party to bear their own costs.

-1-

Dated:  July 27, 2017

Respectfully submitted,

ONDER AND SHELTON, L.L.C.

/S/ JAMES T. CORRIGAN

By:     JAMES T. CORRIGAN
(Mo. Bar No. 45127MO)
corrigan@onderlaw.com
JAMES D. O'LEARY
oleary@onderlaw.com
110 East Lockwood
St. Louis, Missouri 63119
Telephone: (314) 963-9000
Facsimile:  (314) 963-1700

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed using the ECF system on this 28th day of July, 2017.

/s/ James T. Corrigan

-2-

Case No. 3:17-md-02142-VC

Notice of Dismissal of Osborn & Barr Defendants