# EXHIBIT 1

1  ONDER AND SHELTON, L.L.C
   JAMES T. CORRIGAN
2  (Mo. Bar No. 45127MO)
   corrigan@onderlaw.com
3  JAMES D. O'LEARY
   oleary@onderlaw.com
4  110 East Lockwood
   St. Louis, Missouri 63119
5  Telephone: (314) 963-9000
   Facsimile:  (314) 963-1700
6
7  Attorneys for Plaintiffs.

8
9                    **UNITED STATES DISTRICT COURT**
10                   **NORTHERN DISTRICT OF CALIFORNIA**
11                        **SAN FRANCISCO DIVISION**

12  IN RE: ROUNDUP PRODUCTS          Case No. 3:17-md-02142-VC
    LIABILITY LITIGATION             MDL No. 2741
13
                                     **NOTICE OF DISMISSAL OF OSBORN &**
14  ─────────────────────────────    **BARR DEFENDANTS ONLY**

15  This document relates to:

16  *Smith, et al. v. Monsanto Co., et al.*,
    Case No. 3:17-cv-02142-VC
17

18
        1.    Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, plaintiffs
19
    hereby dismiss all claims against **defendants Osborn & Barr Communications, Inc. and**
20
    **Osborn & Barr Holdings, Inc., only** with prejudice, with each party to bear their own costs.
21

22
23
24
25
26
27
28

| | |
|---|---|
| 1 | Respectfully submitted, |
| | Dated:  July 27, 2017     ONDER AND SHELTON, L.L.C. |
| 2 | |
| 3 | /S/ JAMES T. CORRIGAN |
| | By:  JAMES T. CORRIGAN |
| 4 | (Mo. Bar No. 45127MO) |
| | corrigan@onderlaw.com |
| 5 | JAMES D. O'LEARY |
| | oleary@onderlaw.com |
| 6 | 110 East Lockwood |
| | St. Louis, Missouri 63119 |
| 7 | Telephone: (314) 963-9000 |
| | Facsimile:  (314) 963-1700 |
| 8 | |

Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing was filed using the ECF system on this 28th day of July, 2017.

/s/ James T. Corrigan

-2-

Case No. 3:17-md-02142-VC

Notice of Dismissal of Osborn & Barr Defendants