**LOCKRIDGE GRINDAL NAUEN, P.L.L.P**
Yvonne M. Flaherty (pro hac vice)
100 Washington Ave. S., Ste. 2200
Minneapolis, MN 55401
Telephone: 612-339-6900
Email: ymflaherty@locklaw.com

**MOORE LAW GROUP, PLLC**
Jennifer A. Moore (SBN 206779)
1473 South 4th Street
Louisville, KY 40208
Telephone: 502-717-4080
Email: jennifer@moorelawgroup.com
*Attorneys for Plaintiff*

**SHOOK, HARDY & BACON L.L.P.**
Anthony Rey Martinez
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: 816-474-6550
Email: amartinez@shb.com
*Attorneys for Defendant*
*MONSANTO COMPANY*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL 2741 |
| | Case No. 16-md-02741-VC |
| This Document Relates To:<br>*Carriere v. Monsanto Co., et al.*<br>Case No. 3:18-cv-05778-VC | **STIPULATION REGARDING GOVERNING LAW** |

Pursuant to Pretrial Order No. 171, the Parties stipulate that California substantive law shall apply to the *Carriere v. Monsanto Company* matter.

Dated: September 13, 2019        Respectfully submitted,

 *s/ Yvonne M. Flaherty*
Yvonne M. Flaherty
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Email: ymflaherty@locklaw.com
*Attorney for Plaintiff*


/s/ *Anthony Rey Martinez*
Anthony Rey Martinez
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: 816-474-6550
Email: amartinez@shb.com
*Attorneys for Defendant*
*MONSANTO COMPANY*

**CERTIFICATE OF SERVICE**

I certify that on September 13, 2019, I electronically filed the forgoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*s/ Yvonne M. Flaherty*
Yvonne M. Flaherty
ymflaherty@locklaw.com