**LOCKRIDGE GRINDAL NAUEN, P.L.L.P**
Yvonne M. Flaherty (pro hac vice)
100 Washington Ave. S., Ste. 2200
Minneapolis, MN 55401
Telephone: 612-339-6900
Email: ymflaherty@locklaw.com

**MOORE LAW GROUP, PLLC**
Jennifer A. Moore (SBN 206779)
1473 South 4th Street
Louisville, KY 40208
Telephone: 502-717-4080
Email: jennifer@moorelawgroup.com
*Attorneys for Plaintiff*

**SHOOK, HARDY & BACON L.L.P.**
Anthony Rey Martinez
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: 816-474-6550
Email: amartinez@shb.com
*Attorneys for Defendant*
*MONSANTO COMPANY*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL 2741 <br><br> Case No. 16-md-02741-VC <br><br> **STIPULATION REGARDING GOVERNING LAW** |
| This Document Relates To: <br> *Wooten, et al. v. Monsanto Co., et al.* <br> Case No. 3:17-cv-01735 | |

1   Pursuant to Pretrial Order No. 171, the Parties stipulate that California
2   substantive law shall apply to the *Wooten, et al. v. Monsanto Company, et al.* matter.

Dated: September 13, 2019

       *s/ Yvonne M. Flaherty*
Yvonne M. Flaherty
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
ymflaherty@locklaw.com
*Attorney for Plaintiffs*

/s/ *Anthony Rey Martinez*
Anthony Rey Martinez
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: 816-474-6550
Email: amartinez@shb.com
*Attorneys for Defendant*
*MONSANTO COMPANY*

# CERTIFICATE OF SERVICE

I certify that on September 13, 2019, I electronically filed the forgoing document with the Clerk of the Court using CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*s/ Yvonne M. Flaherty*
Yvonne M. Flaherty
ymflaherty@locklaw.com