Daniel C. Burke
**BERNSTEIN LIEBHARD LLP**
10 E. 40th Street
New York, NY 10016
Tel: (212) 779-1414
Fax: (212) 779-3218
Email: dburke@bernlieb.com
*Counsel for Plaintiffs*

Martin C. Calhoun, Esq.
**Hollingsworth LLP**
1350 I Street NW
Washington, D.C. 20005
Phone: 202-898-5867
Fax: 202-682-1639
mcalhoun@hollingsworthllp.com
*Counsel for Defendant Monsanto Company*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION** | MDL No. 2741 |
| | Case No. 3:19-cv-03438 |
| **THIS DOCUMENT RELATES TO:** | **JOINT STIPULATION OF DISMISSAL** |
| MIRJANA DJURDJEVIC as proposed administrator of the estate of GORAN MILOSEVIC (deceased), an Illinois consumer;  BARBARA RITCHEY as proposed administrator of the estate GREGORY RITCHEY (deceased), a Tennessee consumer; MARK WASILESKI, a Pennsylvania consumer; DIANE MONTGOMERY as proposed administrator of the estate of STEPHEN SCHARFE (deceased), a Nevada consumer; KENNETH BAUCOM, a Texas Consumer; MARILYN LYDON, an Arizona consumer; KENNETH LOVING, a Tennessee consumer; LARRY POPLIN, Sr., a Virginia consumer; MARY CLINE as proposed administrator of the estate of GARRY CLINE (deceased), a Tennessee consumer; WILLIAM RINAMAN, a North Carolina consumer; DARWIN TYLER, a Tennessee consumer; TERESA WADE, a West Virginia consumer; VERNON REDMON, a Kentucky consumer, | |

00544567;V1

|   |   |
|---|---|
| 1 | Plaintiff, |
| 2 | v. |
| 3 | MONSANTO COMPANY, |
| 4 | Defendant. |

## JOINT STIPULATION OF DISMISSAL

**WHEREAS,** Pretrial Order (PTO) 155 requires the parties to file a joint stipulation of dismissal for plaintiffs originally filed in a multi-plaintiff complaint;

**WHEREAS,** the above referenced plaintiffs first filed their cases against Defendant Monsanto Company in the United States District Court for the Northern District of California as a multi-plaintiff complaint;

**WHEREAS**, this Court in PTO 155 ordered Plaintiffs in *Cesilio Jimenez, et al. v. Monsanto Company*, No. 3:19-cv-03438, be severed into individual complaints for pretrial purposes.

**THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between Plaintiff and Defendant, by and through their respective counsel, that:

1. Plaintiffs Mirjana Djurdjevic as proposed administrator of the estate of Goran Milosevic (deceased), Barbara Ritchey as proposed administrator of the estate Gregory Ritchey (deceased), Mark Wasileski, Diane Montgomery as proposed administrator of the estate of Stephen Scharfe (deceased), Kenneth Baucom, Marilyn Lydon, Kenneth Loving, Larry Poplin, Sr., Mary Cline as proposed administrator of the estate of Garry Cline (deceased), William Rinaman, Darwin Tyler, Teresa Wade, Vernon Redmon, may voluntarily dismiss their case without prejudice from *Cesilio Jimenez, et al. v. Monsanto Company,* No. 3:19-cv-034383:16-cv-06010-VC, and refile as an individual case with a Short Form Complaint in the Northern District of California pursuant to PTO Numbers 149 and 155; and

2. By voluntarily dismissing their cases, Plaintiffs are not waiving their right to request the trial court upon remand to try the plaintiffs joined in the original complaint together. Monsanto Company reserves its right to object to joinder of plaintiffs for trial purposes. This case is brought on behalf of Mirjana Djurdjevic as proposed administrator of the estate of Goran Milosevic (deceased) ("Plaintiff").

Dated: September 13, 2019                    Respectfully Submitted,

By:   /s/ *Daniel C. Burke*
Daniel C. Burke (Pro Hac Vice)
BERNSTEIN LIEBHARD LLP
10 E. 40th Street
New York, NY 10016
Tel: (212) 779-1414
Fax: (212) 779-3218
Email: dburke@bernlieb.com

/s/
Martin C. Calhoun, Esq.
Hollingsworth LLP
1350 I Street NW
Washington, D.C. 20005
Phone: 202-898-5867
Fax: 202-682-1639
mcalhoun@hollingsworthllp.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the September 13, 2019, I electronically transmitted the attached documents to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all parties of record.

/s/ Morris Dweck