Daniel C. Burke
**BERNSTEIN LIEBHARD LLP**
10 E. 40th Street
New York, NY 10016
Tel: (212) 779-1414
Fax: (212) 779-3218
Email: dburke@bernlieb.com
*Counsel for Plaintiffs*

Martin C. Calhoun, Esq.
**Hollingsworth LLP**
1350 I Street NW
Washington, D.C. 20005
Phone: 202-898-5867
Fax: 202-682-1639
mcalhoun@hollingsworthllp.com
*Counsel for Defendant Monsanto Company*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION** | MDL No. 2741 |
| | Case No. 3:19-cv-04371 |
| **THIS DOCUMENT RELATES TO:** SHARON FULTZ, as proposed administrator of the estate of MURIEL JANET WYATT GUY (deceased), a Kentucky consumer; ELIZABETH HOUSER, a North Carolina consumer; JOHN BALDWIN, a Pennsylvania consumer; MICHAEL COOPERSMITH, a Kentucky consumer; CAROL LEFORT, a Connecticut consumer; THOMAS SLICK, a Nevada consumer, Plaintiff, v. MONSANTO COMPANY, Defendant. | **JOINT STIPULATION OF DISMISSAL** |

## JOINT STIPULATION OF DISMISSAL

**WHEREAS,** Pretrial Order (PTO) 155 requires the parties to file a joint stipulation of dismissal for plaintiffs originally filed in a multi-plaintiff complaint;

00550615;V1

1    **WHEREAS,** the above referenced plaintiffs first filed their cases against Defendant Monsanto Company in the United States District Court for the Northern District of California as a multi-plaintiff complaint;

   **WHEREAS**, this Court in PTO 155 ordered Plaintiffs in *Michael Doyle, et al. v. Monsanto Company,* No. 3:19-cv-04371, be severed into individual complaints for pretrial purposes.

   **THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between Plaintiff and Defendant, by and through their respective counsel, that:

1. Plaintiffs Sharon Fultz, as proposed administrator of the estate of Muriel Janet Wyatt Guy (deceased), Michael Coopersmith, Elizabeth Houser, Thomas Slick, John Baldwin, Carol LeFort, may voluntarily dismiss their case without prejudice from *Michael Doyle, et al. v. Monsanto Company,* No. 3:19-cv-04371:16-cv-06010-VC, and refile as an individual case with a Short Form Complaint in the Northern District of California pursuant to PTO Numbers 149 and 155; and

2. By voluntarily dismissing their cases, Plaintiffs are not waiving their right to request the trial court upon remand to try the plaintiffs joined in the original complaint together. Monsanto Company reserves its right to object to joinder of plaintiffs for trial purposes. This case is brought on behalf of Sharon Fultz, as proposed administrator of the estate of Muriel Janet Wyatt Guy (deceased) ("Plaintiff").

Dated: September 13, 2019             Respectfully Submitted,

            By:   /s/ *Daniel C. Burke*
                Daniel C. Burke (Pro Hac Vice)
                BERNSTEIN LIEBHARD LLP
                10 E. 40th Street
                New York, NY 10016
                Tel: (212) 779-1414
                Fax: (212) 779-3218
                Email: dburke@bernlieb.com

                /s/
                Martin C. Calhoun, Esq.
                Hollingsworth LLP
                1350 I Street NW
                Washington, D.C. 20005

Phone: 202-898-5867
Fax: 202-682-1639
mcalhoun@hollingsworthllp.com

## CERTIFICATE OF SERVICE

I hereby certify that on the September 13, 2019, I electronically transmitted the attached documents to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all parties of record.

/s/ Morris Dweck

00550615;V1

2

**SHORT FORM COMPLAINT**