Aimee H. Wagstaff (SBN 278480)
Aimee.wagstaff@andruswagstaff.com
Kathryn M. Forgie (SBN 110404)
Kathryn.forgie@andruswagstaff.com
David J. Wool (SBN 324124)
David.Wool@andruswagstaff.com
**ANDRUS WAGSTAFF, PC**
7171 W. Alaska Drive
Lakewood, Colorado 80226
Telephone: (866) 795-9529
Facsimile: (303) 376-6361

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC<br><br>**STIPULATION REGARDING GOVERNING LAW** |
| This document relates to:<br><br>*Matteo Anthony Russo v. Monsanto Co.*, Case No. 3:16-cv-06024<br><br>*Goldie Perkins v. Monsanto Co.*, Case No. 3:16-cv-06025 | |

Pursuant to Pretrial Orders #150 and #171, the Parties stipulate that California substantive law shall apply to the above-captioned cases.

Dated: September 14, 2019

By: */s/ Aimee H. Wagstaff*
Aimee H. Wagstaff, Esq.
**ANDRUS WAGSTAFF, PC**
7171 W. Alaska Drive
Lakewood, CO 80226
Tel: 303-376-6360
Aimee.wagstaff@andruswagstaff.com
*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

I certify that on September 14, 2019, I electronically filed the forgoing document with the Clerk of the Court using CM/ECF system which will send notification to all counsel of record.

*/s/ Aimee H. Wagstaff*