1  **HOLLINGSWORTH LLP**
   Joe G. Hollingsworth (*pro hac vice*)
2  Eric G. Lasker (*pro hac vice*)
   1350 I Street, N.W.
3  Washington, DC  20005
   Telephone:   (202) 898-5800
4  Facsimile:   (202) 682-1639
   Email:        jhollingsworth@hollingsworthllp.com
5                elasker@hollingsworthllp.com

6  *Attorneys for Defendant*
   *MONSANTO COMPANY*
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10 IN RE: ROUNDUP PRODUCTS            MDL No. 2741
   LIABILITY LITIGATION
11                                    Case No. 3:16-md-02741-VC

12 This document relates to:

13 *Robert Wiltrout and Lori Wiltrout, h/w,*
   *v. Monsanto Co.*,
14 Case No. 3:19-cv-04643-VC

15                **MONSANTO COMPANY'S**
   **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**
16

17       Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons,

18 associations of persons, firms, partnerships, corporations (including parent corporations) or other

19 entities (i) have a financial interest in the subject matter in controversy or in a party to the

20 proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be

21 substantially affected by the outcome of this proceeding:

22       Defendant Monsanto Company is an indirect, wholly-owned subsidiary of Bayer AG, so

23       Bayer AG has a financial interest in a party to the proceeding.

24

25

26

27

28                          1
   MONSANTO COMPANY'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
   3:16-md-02741-VC & 3:19-cv-04643-VC

1 | DATED:  September 16, 2019                    Respectfully submitted,

2

3

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth (*pro hac vice*)
(jhollingsworth@hollingsworthllp.com)

4

Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)

5

HOLLINGSWORTH LLP
1350 I Street, N.W.

6

Washington, DC  20005
Telephone:  (202) 898-5800

7

Facsimile:   (202) 682-1639

8

*Attorneys for Defendant*
*MONSANTO COMPANY*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MONSANTO COMPANY'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
3:16-md-02741-VC & 3:19-cv-04643-VC