# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:17-cv-00781-VC |
| This document relates to:<br><br>PAUL GALVAN<br>            Plaintiff,<br><br>v.<br><br>MONSANTO COMPANY,<br>            Defendant | **[P~~ROPOSED~~] ORDER RE: STIPULATION TO REMOVE PLAINTIFF GALVAN FROM WAVE I** |

Upon consideration of the Parties' Letter Brief, it is on this  16th  day of  September , 2019 hereby:

**ORDERED** that Paul Galvan, Case No. 3:17-cv-00781, will be removed from Wave I.

_____
VINCE CHHABRIA
United States District Judge