Deborah S. Kerr (SBN 175845)
dkerr@1800theeagle.com
David J. Diamond (AZ SBN 010842)
ddiamond@goldbergandosborne.com
**GOLDBERG & OSBORNE LLP**
698 E. Wetmore Rd., Suite 200
Tucson, Arizona 85705
Telephone: (520) 620-3975
Facsimile: (520) 620-3991

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Jaime Alvarez Calderon v. Monsanto Co.*, Case No. 3:19-cv-01630<br><br>*Ruben Hernandez, et al. v. Monsanto Co.*, Case No. 3:17-cv-07364 | MDL No. 2741<br><br>Master Docket Case No. 3:16-md-2741<br><br>Honorable Vince Chhabria |

## **STIPULATION REGARDING GOVERNING LAW**

Pursuant to Pretrial Orders #150 and #171, the Parties stipulate that California substantive law shall apply to the above-captioned cases.

Dated: September 16, 2019

| | |
|---|---|
| */s/  David J. Diamond*<br>David J. Diamond, Esq.<br>GOLDBERG & OSBORNE LLP<br>698 E. Wetmore Road, Suite 200<br>Tucson, AZ 85705<br>Tel: (520) 620-3975<br>*Attorney for Plaintiffs* | */s/  Anthony R. Martinez*<br>Anthony R. Martinez, Esq.<br>SHOOK, HARDY & BACON L.L.P.<br>2555 Grand Boulevard<br>Kansas City, Missouri  64108<br>Tel: (816) 559-2683<br>*Attorney for Defendant Monsanto Company* |

# CERTIFICATE OF SERVICE

I, David J. Diamond, hereby certify that on September 16, 2019, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

*/s/ David J. Diamond*
David J. Diamond