Deborah S. Kerr (SBN 175845)
dkerr@1800theeagle.com
David J. Diamond (AZ SBN 010842)
ddiamond@goldbergandosborne.com
**GOLDBERG & OSBORNE LLP**
698 E. Wetmore Rd., Suite 200
Tucson, Arizona 85705
Telephone: (520) 620-3975
Facsimile: (520) 620-3991

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Master Docket Case No. 3:16-md-2741 |
| | Honorable Vince Chhabria |
| **THIS DOCUMENT RELATES TO:** | |
| *Jaime Alvarez Calderon v. Monsanto Co.*, Case No. 3:19-cv-01630 | |
| *Ruben Hernandez, et al. v. Monsanto Co.*, Case No. 3:17-cv-07364 | |

## STIPULATION REGARDING GOVERNING LAW

Pursuant to Pretrial Orders #150 and #171, the Parties stipulate that California substantive law shall apply to the above-captioned cases.

Dated: September 16, 2019

| | |
|---|---|
| */s/ David J. Diamond* | */s/ Anthony R. Martinez* |
| David J. Diamond, Esq. | Anthony R. Martinez, Esq. |
| GOLDBERG & OSBORNE LLP | SHOOK, HARDY & BACON L.L.P. |
| 698 E. Wetmore Road, Suite 200 | 2555 Grand Boulevard |
| Tucson, AZ 85705 | Kansas City, Missouri 64108 |
| Tel: (520) 620-3975 | Tel: (816) 559-2683 |
| *Attorney for Plaintiffs* | *Attorney for Defendant Monsanto Company* |

**CERTIFICATE OF SERVICE**

I, David J. Diamond, hereby certify that on September 16, 2019, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

*/s/ David J. Diamond*
David J. Diamond