Michael J. Miller, Esq.
THE MILLER FIRM LLC
108 Railroad Avenue
Orange, VA 22960
Tel: (540) 672-4224
Fax: (540) 672-3055
mmiller@millerfirmllc.com

THOMAS W. KIELTY (SBN. 164186)
2447 Pacific Coast Highway, Suite 100
Hermosa Beach, CA 90254-2760
Tel: (310) 393-0515
Cell: (310) 621-7928
Fax: (310) 626-8521
tomkielty@twk-law.com

Attorneys for Plaintiff,
M. PATRICIA SASSOON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

MDL No. 2741

CASE NO. 3:16-md-02741-VC

This document relates to:

Mary Patricia Sassoon,

Cause No. 3:19-cv-03838-VC

NOTICE OF ASSOCIATION
OF COUNSEL

THOMAS W. KIELTY, ATTORNEY AT LAW
2447 PACIFIC COAST HIGHWAY, SUITE 100
HERMOSA BEACH, CA 90254-2760
(310) 393-0515

THOMAS W. KIELTY, ATTORNEY AT LAW
2447 PACIFIC COAST HIGHWAY, SUITE 100
HERMOSA BEACH, CA 90254-2760
(310) 393-0515

1

2      TO THE COURT, DEFENDANT MONSANTO COMPANY, AND ITS ATTORNEYS

3   OF RECORD: Plaintiff, Mary Patricia Sassoon, hereby associates as counsel of record,

4   Michael J. Miller and THE MILLER FIRM LLC who may be served and contacted at:

5

6   Michael J. Miller, Esq.
    THE MILLER FIRM LLC
7   108 Railroad Avenue
    Orange, VA 22960
8   Tel: (540) 672-4224
    Fax: (540) 672-3055
9   mmiller@millerfirmllc.com

10

11

12

13

14  Dated: 17 September 2019        _____
                                    Thomas W. Kielty
15                                  Counsel for Plaintiff, M. Patricia Sassoon

16

17

18

19                              **CERTIFICATE OF SERVICE**

20       I hereby certify that on Friday, September 13, 2019, the foregoing was filed
21  electronically with the Clerk of Court to be served by operation of the Court's
    electronic filing system to all counsel of record.

22

23

24

25

26  Dated: 17 September 2019        _____
                                    Thomas W. Kielty
27                                  Counsel for Plaintiff, M. Patricia Sassoon

28