1  **ANDRUS WAGSTAFF, P.C.**
   Aimee H. Wagstaff (SBN 278480)
2  7171 W. Alaska Drive
   Denver, CO  80226
3  Tel:     720-208-9403
   Fax:    303-376-6361
4  Email: aimee.wagstaff@andruswagstaff.com

5  *Attorneys for Plaintiffs*

6  **HOLLINGSWORTH LLP**
   Joe G. Hollingsworth (*pro hac vice*)
7  Eric G. Lasker (*pro hac vice*)
   Martin C. Calhoun (*pro hac vice*)
8  1350 I Street, N.W.
   Washington, DC  20005
9  Tel:     202-898-5800
   Fax:    202-682-1639
10 Email: jhollingsworth@hollingsworthllp.com
            elasker@hollingsworthllp.com
11          mcalhoun@hollingsworthllp.com

12 *Attorneys for Defendant MONSANTO COMPANY*

13

14                    UNITED STATES DISTRICT COURT

                     NORTHERN DISTRICT OF CALIFORNIA
15

| 16  IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| 17 | Case No. 3:16-md-02741-VC |
| 18  This document relates to: | |
| 19  *Jaime Andrade*, *et al.*, *v. Monsanto Co.*, *et al.*, Case No. 3:19-cv-01019-VC | |
| 20 | |

21              **JOINT STIPULATION REGARDING REMAND**

22         **WHEREAS,** defendant Monsanto Company ("Monsanto") removed this lawsuit from the

23 Superior Court of the State of California for Alameda County to this Court based on several

24 arguments set forth in Monsanto's Notice of Removal;

25         **WHEREAS,** this Court addressed similar removal arguments in Pretrial Order No. 157

26 when ruling on remand motions filed in other cases that Monsanto had removed from the

27 Superior Court of the State of California for Alameda County to this Court;

28

1    **WHEREAS,** this Court remanded the cases at issue in Pretrial Order No. 157 to the
2    Superior Court of the State of California for Alameda County based on this Court's conclusion
3    that it lacked subject matter jurisdiction over those cases;

4    **WHEREAS**, although no remand motion has been filed in this lawsuit, Plaintiffs and
5    Monsanto agree that the Court's lack-of-subject-matter-jurisdiction ruling in Pretrial Order No.
6    157 applies to this lawsuit as well;

7    **THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between
8    Plaintiffs and Monsanto, that this lawsuit should be remanded to the Superior Court of the State
9    of California for Alameda County, with the parties to bear their own attorneys' fee and costs, as
10   set forth in the accompanying proposed order.

12   DATED:  September 17, 2019

Respectfully submitted,

/s/ Aimee H. Wagstaff
Aimee H. Wagstaff (SBN 278480)
(aimee.wagstaff@andruswagstaff.com)
ANDRUS WAGSTAFFF, P.C.
7171 W. Alaska Drive
Denver, CO  80226
Telephone:  (720) 208-9403
Facsimile:  (303) 376-6361

Attorneys for Plaintiffs


/s/ Martin C. Calhoun
Joe G. Hollingsworth (*pro hac vice*)
(jhollingsworth@hollingsworthllp.com)
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
Martin C. Calhoun (*pro hac vice*)
(mcalhoun@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, DC  20005
Telephone:  (202) 898-5800
Facsimile:  (202) 682-1639

Attorneys for Defendant Monsanto Company