UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>*Jaime Andrade*, *et al.*, *v. Monsanto Co.*, *et al.*,<br>Case No. 3:19-cv-01019-VC | |

### **[PROPOSED] ORDER REGARDING STIPULATED REMAND**

Upon consideration of the Joint Stipulation Regarding Remand filed by Plaintiffs and Defendant Monsanto Company and finding good cause for the relief sought in that stipulation based on this Court's lack-of-subject-matter-jurisdiction ruling in Pretrial Order No. 157, the Court hereby orders that this lawsuit is remanded to the Superior Court of the State of California for Alameda County, with the parties to bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**


Dated: _____


_____
VINCE CHHABRIA
United States District Judge