AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | | |
|---|---|---|
| BERNICE KATZ | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 3:19-CV-03668 VC |
| MONSANTO COMPANY; BAYERCORP, BAYER HEALTHCARE, LLC, BAYER INC., BAYER HEALTHCARE, PHARMACEUTICALS, INC., STEVEN D. GOULD; WILBUR-ELLIS COMPANY, LLC; and WILBUR-ELLIS FEED, LLC., | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* MONSANTO COMPANY; 2710 Gateway Oaks Drive, Suite 150N, Sacramento, CA; BAYER CORP, 2710 Gateway Oaks Drive, Suite 150N, Sacramento, CA 95833; BAYER HEALTHCARE, LLC,2710 Gateway Oaks Drive, Ste 150N, Sacramento, CA; BAYER USA INC., 425 Park Avenue, New York, New York; BAYER HEALTHCARE; 601 Abbot Road, East Lansing, Michigan 48823 BAYER HEALTHCARE PHARMACEUTICALS, INC. 601 Abbot Road, East Lansing, Michigan 48823; STEVEN D. GOULD; 2710 Gateway Oaks Drive, Ste 150N, Sacramento, CA; Willbur-Ellis Company, LLC; 1220 S. Street, Ste 150, Sacramento, CA; Willbur-Ellis Company LLC, 2285 South Michigan Rd, Eaton Rapids, Michigan;

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Jeremy Michael JESSUP
Dolan Law Firm, PC
1438 MARKET STREET
SAN FRANCISCO, CA 94102

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Susan Y. Soong*

Date: 07/02/2019

Felicia Brown

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:19-CV-03668 VC

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

[Print]  [Save As...]  [Reset]