IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*Steven Dietz, Individually and As Representative of the Estate of Larry Dietz, Deceased v. Monsanto Company*<br><br>**Case No.**  3:19-cv-05354-VC | Master File No. 3:16-MD-02741-VC<br>MDL No. 2741<br><br>**VINCE CHHABRIA<br>U.S. DISTRICT JUDGE** |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that, pursuant to Pretrial Order No. 1, Ken Moll, of the firm Moll Law Group, hereby enters his appearance in the above-captioned matter as counsel for plaintiff, STEVEN DIETZ, and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served on and directed to the undersigned counsel.

Dated: September 19, 2019

                                              Respectfully submitted,

                                              */s/ Ken Moll*
                                              Ken Moll
                                              kmoll@molllawgroup.com
                                              MOLL LAW GROUP
                                              22 W. Washington Street
                                              15th Floor
                                              Chicago, IL, 60602
                                              T 312.462.1700
                                              F 312.756.0045
                                              **ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on September 19, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL

*/s/ Ken Moll*