UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL NO. 16-MD-2741-VC |
| | Case No. 19-cv-3969-VC |
| This Document relates to: | ORDER PARTIAL VOLUNTARY MOTION TO DISMISS WITHOUT PREJUDICE |
| **MONIQUE CHRISTY, et al** Plaintiff V. | |
| **MONSANTO COMPANY, et al** Defendants | |

**THIS CAUSE** having come before the Court on the Voluntary Partial Motion to Dismiss Without Prejudice.

Having reviewed the Voluntary Partial Motion to Dismiss Without Prejudice and finding good cause, the Court **GRANTS** the Voluntary Partial Motion to Dismiss Without Prejudice as to Scotts Miracle-Gro Company dismissing Scotts Miracle-Gro Company without prejudice, reserving all rights against all other parties, and reserving all rights to Plaintiffs, Monique Christy, Individually and as Executrix of The Estate of Whitney Joseph Christy

to amend pleadings in accordance with law should the plaintiffs later obtain information regarding liability of Scotts Miracle-Gro Company for any injuries and damages sustained by the Plaintiffs, Monique Christy, Individually and as Executrix of The Estate of Whitney Joseph Christy.

IT IS SO ORDERED.

Date: September 19, 2019

_____
VINCE CHHABRIA
United States District Judge

1
ORDER GRANTING VOLUNTARY PARTIAL MOTION TO DISMISS