1   **HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
2   1350 I Street, N.W.
Washington, DC  20005
3   Tel:    202-898-5800
Fax:    202-682-1639
4   Email: elasker@hollingsworthllp.com

5   *Attorney for Defendant*
*MONSANTO COMPANY*

6

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10  IN RE: ROUNDUP PRODUCTS           | MDL No. 2741
LIABILITY LITIGATION

11                                    | Case No. 3:16-md-02741-VC

12  This document relates to
*Bev Lindsay* v. *Monsanto Company*
13  3:19-cv-04833-VC

14

15      **NOTICE OF APPEARANCE ON BEHALF OF MONSANTO COMPANY**

16  **TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

17          PLEASE TAKE NOTICE that, pursuant to Pretrial Order No. 155, Eric G. Lasker, of

18  HOLLINGSWORTH LLP, hereby enters his appearance in the above-captioned matter as

19  counsel for defendant MONSANTO COMPANY, and respectfully requests that all pleadings,

20  notices, orders, correspondence, and other papers in connection with this action be served upon

21  him at the above address.

22

23

24

25

26

27

28

- 1 -
NOTICE OF APPEARANCE ON BEHALF OF MONSANTO COMPANY
3:16-md-02741-VC

1

**CERTIFICATE OF SERVICE**

2

I, Eric G. Lasker, hereby certify that, on September 24, 2019, I electronically filed

3

NOTICE OF APPEARANCE OF ERIC G. LASKER ON BEHALF OF DEFENDANT

4

MONSANTO COMPANY with the Clerk for the United States District Court for the Northern

5

District of California using the CM/ECF system, which shall send electronic notification to

6

counsel of record.

7

DATED: September 24, 2019                    Respectfully submitted,

8

/s/ Eric G. Lasker

9

Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)

10

HOLLINGSWORTH LLP
1350 I Street, N.W.

11

Washington, DC  20005

12

Telephone:  (202) 898-5800
Facsimile:  (202) 682-1639

13

Attorney for Defendant

14

MONSANTO COMPANY

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF APPEARANCE ON BEHALF OF MONSANTO COMPANY
3:16-md-02741-VC