1  **HOLLINGSWORTH LLP**
   Eric G. Lasker (*pro hac vice*)
2  1350 I Street, N.W.
   Washington, DC  20005
3  Tel:     202-898-5800
   Fax:    202-682-1639
4  Email: elasker@hollingsworthllp.com

5  *Attorney for Defendant*
   *MONSANTO COMPANY*
6

                    UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
|---|---|
| This document relates to<br>*Susan Rustan* v. *Monsanto Company*<br>3:19-cv-04863-VC | |

**NOTICE OF APPEARANCE ON BEHALF OF MONSANTO COMPANY**

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

  PLEASE TAKE NOTICE that, pursuant to Pretrial Order No. 155, Eric G. Lasker, of HOLLINGSWORTH LLP, hereby enters his appearance in the above-captioned matter as counsel for defendant MONSANTO COMPANY, and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served upon him at the above address.

- 2 -

1                         **CERTIFICATE OF SERVICE**

2      I, Eric G. Lasker, hereby certify that, on September 24, 2019, I electronically filed

3 NOTICE OF APPEARANCE OF ERIC G. LASKER ON BEHALF OF DEFENDANT

4 MONSANTO COMPANY with the Clerk for the United States District Court for the Northern

5 District of California using the CM/ECF system, which shall send electronic notification to

6 counsel of record.

7

8 DATED: September 24, 2019                 Respectfully submitted,

9                                                     /s/ Eric G. Lasker
                                                    Eric G. Lasker (*pro hac vice*)
10                                                (elasker@hollingsworthllp.com)
                                                    HOLLINGSWORTH LLP
11                                                1350 I Street, N.W.
                                                    Washington, DC  20005
12                                                Telephone:  (202) 898-5800
                                                    Facsimile:  (202) 682-1639
13

14                                                Attorney for Defendant
                                               MONSANTO COMPANY

15

16

17

18

19

20

21

22

23

24

25

26

27

28