Curtis Hoke, Esq.
THE MILLER FIRM LLC
108 Railroad Avenue
Orange, VA 22960
Tel: (540) 672-4224
Fax: (540) 672-3055
**choke@millerfirmllc.com**

THOMAS W. KIELTY (SBN. 164186)
2447 Pacific Coast Highway, Suite 100
Hermosa Beach, CA 90254-2760
Tel: (310) 393-0515
Cell: (310) 621-7928
Fax: (310) 626-8521
tomkielty@twk-law.com

Attorneys for Plaintiff,
M. PATRICIA SASSOON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>CASE NO 3:16-md-02741-VC |
| This document relates to:<br>Mary Patricia Sassoon,<br>Cause No. 3:19-cv-03838-VC | AMENDED NOTICE OF ASSOCIATION OF COUNSEL |

TO THE COURT, DEFENDANT MONSANTO COMPANY, AND ITS ATTORNEYS OF RECORD: Plaintiff, Mary Patricia Sassoon, hereby associates as counsel of record, Curtis Hoke and THE MILLER FIRM LLC who may be served and contacted at:

Curtis Hoke, Esq.
THE MILLER FIRM LLC
108 Railroad Avenue
Orange, VA 22960
Tel: (540) 672-4224
Fax: (540) 672-3055
**choke@millerfirmllc.com**

This Amended Notice is to correct the name and email information for The Miller Firm, LLC. The incorrect email (mmiller@millerfirmllc.com) should be removed.

Dated: 24 September 2019



Thomas W. Kielty
Counsel for Plaintiff, M. Patricia Sassoon

## CERTIFICATE OF SERVICE

I hereby certify that on Friday, September 24, 2019, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system to all counsel of record.

Dated: 24 September 2019

Thomas W. Kielty
Counsel for Plaintiff, M. Patricia Sassoon