# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

**BERNICE KATZ,**
    Plaintiff,

                          Case No.: 3:19-cv-03668-VC
                          Hon.: VINCENT CHHABRIA

-vs.-

**MONSANTO COMPANY; BAYER CORP.,
BAYER HEALTHCARE, LLC, BAYER
INC., BAYER HEALTHCARE
PHAYMACEUTICALS, INC., STEVEN
D. GOULD; WILBUR-ELLIS COMPANY,
LLC; and WILBUR-ELLIS FEED, LLC,**
              Defendant.
_____/

**MUSSIN & SCANLAND, PLLC
JERARD M. SCANLAND (P74992)
SCOTT P. MUSSIN (P66748)**
Attorneys for Plaintiff
13351 Reeck Court, Suite 5
Southgate, Michigan 48195
Phone: (734)-282-6037
Fax: (734)-447-5853
JScanland@milawoffices.com
_____/

# PLAINTIFF'S MOTION TO EXTEND
# SUMMONS AND REQUEST TO APPEAR BY PHONE

    **COMES NOW THE,** Plaintiff, **BERNICE KATZ,** through her attorneys the law firm of Mussin & Scanland, PLLC and by attorney Jerard M. Scanland and in support of her Motion To Extend Summons, states the following:

    1. Ms. Bernice Katz, the Plaintiff in the within matter, is involved in litigation pending before this Honorable Court.

    2. The law firm of Mussin & Scanland, PLLC obtained counsel in California to assist with litigation involving the within matter.


Case 3:16-md-02741-VC  Document 6062  Filed 09/24/19  Page 2 of 5
Case 3:19-cv-03668-VC  Document 10  Filed 09/20/19  Page 2 of 5

3. A Complaint along with a Motion To Appear Pro Hoc Vice was filed on the Courts e-file system, however, Plaintiff has yet to receive a response to the Complaint. This immediately prompted a phone call to the Court in an effort to determine if service of the Complaint on the e-file system would be considered good service.

4. Plaintiff Counsel in Michigan personally served a copy of the Complaint on the registered agent here in Michigan and mailed a copy of the Complaint via registered mail restricted delivery, to Mr. Steven Gould.

5. Plaintiff's Counsel is fearful the Complaint will not be served on Mr. Gould prior to the expiration of the Summons.

6. In an attempt to preserve the Plaintiff's rights, Plaintiff is respectfully requesting an extension of thirty days of the current summons in an effort to ensure all named Defendants are properly served.

7. Plaintiff's Counsel is located in Michigan, and is respectfully requesting this Honorable Court allow him the opportunity to appear on the within motion via the telephone.

8. Good cause exists to extend the time within which to timely serve process.

**WHEREFORE,** Plaintiff requests that this Honorable Court enter an Order extending the deadline to serve process upon the parties in the lawsuit for thirty (30) days, allow Plaintiff's Counsel to appear by phone, and granting such other relief as this Honorable Court deems just and proper.

Date: September 20, 2019                                      Respectfully Submitted,

                                                              **MUSSIN & SCANLAND, PLLC**

                                                              **/s/** JERARD M. SCANLAND_____
                                                              **JERARD M. SCANLAND (P74992)**
                                                              Attorney for Plaintiff
                                                              13351 Reeck Court, Suite 5
                                                              Southgate, Michigan 48195
                                                              Phone: (734)-282-6037
                                                              Fax: (734)-447-5853
                                                              JScanland@milawoffcies.com

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

**BERNICE KATZ,**
    Plaintiff,

Case No.: 3:19-cv-03668-VC
Hon.: VINCENT CHHABRIA

-vs.-

**MONSANTO COMPANY; BAYER CORP., BAYER HEALTHCARE, LLC, BAYER INC., BAYER HEALTHCARE PHAYMACEUTICALS, INC., STEVEN D. GOULD; WILBUR-ELLIS COMPANY, LLC; and WILBUR-ELLIS FEED, LLC,**
    Defendant.

_____/

**MUSSIN & SCANLAND, PLLC**
**JERARD M. SCANLAND (P74992)**
**SCOTT P. MUSSIN (P66748)**
Attorneys for Plaintiff
13351 Reeck Court, Suite 5
Southgate, Michigan 48195
Phone: (734)-282-6037
Fax: (734)-447-5853
JScanland@milawoffices.com
_____/

**PLAINTIFF'S BRIEF IN SUPPORT OF PLAINTIFF'S MOTION TO EXTEND SUMMONS AND REQUEST TO APPEAR BY PHONE**

    **COMES NOW THE,** Plaintiff, **BERNICE KATZ,** through her attorneys the law firm of Mussin & Scanland, PLLC and by attorney Jerard M. Scanland and makes this Plaintiff's Brief In Support Of Plaintiff's Motion To Extend Summons, states the following:

### Introduction

    Plaintiffs hereby move this Court for an Order extending the time for service of the Complaint and Summons on Defendants. This Motion requires a two-step analysis in deciding

3

whether to extend the time for serving a Complaint. First, upon a showing of good cause, the Court must extend the time period. Second, even absent good cause, the Court still has discretion to extend the time. Plaintiff requests an extension on both grounds.

## I. DOES GOOD CAUSE EXIST TO EXTEND THE TIME FOR SERVICE OF THE COMPLAINT?

The Plaintiff asserts that good cause exists to extend the Summons and for service of the complaint. The Plaintiff filed the within matter on June 22, 2019. Plaintiff's Counsel retained the services of the Dolan Law Firm to aid in the filing of the Complaint. Plaintiff's Counsel in Michigan has not yet received an answer to the Complaint. This prompted Plaintiff's Counsel to contact the District Court in an effort to ensure service of the Complaint on the e-file system was considered proper service. Plaintiff's Counsel was assured, as long as the Defendants email is registered with the e-file system, service of the Complaint via e-file was proper. Seeking to protect Plaintiff's rights, Counsel for Plaintiff personally served the Complaint on the registered agent for each company and mailed a copy of the Complaint via registered mail restricted delivery to Steven Gould. Plaintiff's Counsel, however, is fearful the Complaint will not be served on the individually named Defendant prior to the expiration of the Summons, which is scheduled to expire. If the Summons is not extended and the within matter is dismissed, the Plaintiff will be left without any remedy.

## II. SHOULD THE COURT EXERCISE ITS DISCRETION AND GRANT PLAINTIFF'S REQUEST TO EXTEND THE SUMMONS?

District courts have broad discretion to extend the time for service. In actions that arise under federal law and have been commenced in compliance with the governing statute of limitations, "the manner and timing of serving process are generally non-jurisdictional matters of 'procedure' controlled by the Federal Rules.

Thus, the Plaintiff is moving this Honorable Court for an Order extending the Summons to allow for additional time to serve the Complaint on the Defendants.

**WHEREFORE,** Plaintiff requests that this Honorable Court enter an Order extending the deadline to serve process upon the parties in the lawsuit for thirty (30) days, allow Plaintiff's Counsel to appear by phone, and granting such other relief as this Honorable Court deems just and proper.

Date: September 20, 2019         Respectfully Submitted,

**MUSSIN & SCANLAND, PLLC**

/s/ JERARD M. SCANLAND
**JERARD M. SCANLAND (P74992)**
Attorney for Plaintiff
13351 Reeck Court, Suite 5
Southgate, Michigan 48195
Phone: (734)-282-6037
Fax: (734)-447-5853
JScanland@milawoffcies.com

5