# EXHIBIT A.

1

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

**BERNICE KATZ,**
    Plaintiff,

                                  **Case No.: 3:19-cv-03668-VC**
                                  **Hon.: VINCENT CHHABRIA**

-vs.-

**MONSANTO COMPANY; BAYER CORP.,
BAYER HEALTHCARE, LLC, BAYER
INC., BAYER HEALTHCARE
PHAYMACEUTICALS, INC., STEVEN
D. GOULD; WILBUR-ELLIS COMPANY,
LLC; and WILBUR-ELLIS FEED, LLC,**
                Defendant.

_____/

**MUSSIN & SCANLAND, PLLC
JERARD M. SCANLAND (P74992)
SCOTT P. MUSSIN (P66748)**
Attorneys for Plaintiff
13351 Reeck Court, Suite 5
Southgate, Michigan 48195
Phone: (734)-282-6037
Fax: (734)-447-5853
JScanland@milawoffices.com
_____/

**PROPOSED ORDER TO EXTEND SUMMONS AND FOR APPEARNCE BY PHONE**

A session of said court
held in the City of San Francisco, County of San Francisco
and State of California
On_____
Present Hon.:_____
**VINCENT CHHABRIA
FEDERAL DISTRICT COURT JUDGE**

      This case having been brought on Plaintiff's filing of a Complaint and this Honorable

Court being advised good cause exists to extend the time for service of the Complaint and this

Honorable Court being otherwise fully advised in the premise:

2

**IT IS HEREBY ORDERED** that the Summons on Plaintiff's matter shall be extended for a period of thirty (30) days from the date of signing of this Order.

**IT IS HEREBY ORDERED.**

Dated:_____, 2019    HON.:_____
                                              **VINCENT CHHABRIA**
                                              **FEDERAL DISTRICT COURT JUDGE**

This Order Was Prepared By:

**MUSSIN & SCANLAND, PLLC**

/s/JERARD M. SCANLAND_____
  **JERARD M. SCANLAND (P74992)**
Attorney for Plaintiff
13351 Reeck Court, Suite 5
Southgate, Michigan 48195
Phone: (734)-282-6037
Fax: (734)-447-5853
JScanland@milawoffices.Com

3