Peter A. Miller (pro hac vice)
Thomas F. DellaFera, Jr.
**MILLER DELLAFERA PLC**
3420 Pump Road, PMB 404
Henrico, VA 23233
Tel: (800) 401-6670
Fax:  (888) 830-1488
pmiller@millerdellafera.org
*Attorneys for Plaintiffs*

Joe G. Hollingsworth (pro hac vice)
**HOLLINGSWORTH LLP**
1350 I Street NW
Washington, DC 20005
Tel: (202) 898-5800
jhollingsworth@hollingsworthllp.com
*Attorneys for Defendant Monsanto Company*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE:  ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:18-cv-05777 |
| This document relates to: | **JOINT STIPULATION OF DISMISSAL** |
| CRAIG GRIFFETH, et al., Plaintiff, v. MONSANTO COMPANY, Defendant. | |

**JOINT STIPULATION OF DISMISSAL PURSUANT TO PTO NO. 155**

**WHEREAS,** Pretrial Order (PTO) No. 155 requires the parties to file a joint stipulation voluntarily dismissing plaintiffs originally filed in multi-plaintiff complaints;

**WHEREAS,** Plaintiff Trina Gunnoe first filed her case against Defendant Monsanto Company in the United States District Court for the Eastern District of Missouri in a multi-plaintiff complaint; and

**WHEREAS,** this Court in PTO 149 ordered all complaints with multiple plaintiffs to be severed into individual complaints for purposes of pre-trial case workup.

**THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff and Defendant, by and through their respective counsel, that:

1. Plaintiff Barbara Barnard as Administratrix of the Estate of Trina Gunnoe may voluntarily dismiss her case without prejudice from *Craig Griffeth, et al. v Monsanto Company, Case No. 3:18-cv-05777* and has refiled it as an individual case with a Short Form Complaint in the United States District Court, Northern District of California pursuant to PTO Nos. 149 and 155; and

2. By voluntarily dismissing her case, Plaintiff is not waiving her right to request the trial Court upon remand to try the plaintiffs joined in the original complaint together. Monsanto Company reserves its right to object to joinder of plaintiffs for trial purposes.

Dated: September 25, 2019

**HOLLINGSWORTH LLP**
By:  */s/ Joe G. Hollingsworth*
Joe G. Hollingsworth (pro hac vice)
1350 I Street NW
Washington, DC 20005
Tel: (202) 898-5800
jhollingsworth@hollingsworthllp.com
*Attorney for  Defendants*

**MILLER DELLAFERA PLC**
By:  */s/ Peter A. Miller*
By: */s/ Thomas F. DellaFera, Jr.*
Peter A. Miller (pro hac vice)
Thomas F. DellaFera, Jr.
3420 Pump Road, PMB 404
Henrico, VA 23233
Tel: (800) 401-6670
pmiller@millerdellafera.org
tdellafera@millerdellafera.org

**GORI AND JULIAN, PC**
By: */s/ D. Todd Mathews*
D. Todd Mathews (pro hac vice)
156 N. Main Street
Edwardsville, IL 62025
Tel: (618) 659-9833
todd@gorijulianlaw.com

## CERTIFICATE OF SERVICE

I, Peter Miller, hereby certify that, on September 25, 2019, I electronically filed the foregoing with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

　　　　　　　　　*/s/ Peter A. Miller*