**David J. Diamond, Esq.**
State Bar #010842
698 E. Wetmore Rd., Suite 200
Tucson, AZ 85705
(520) 620-3975
ddiamond@goldbergandosborne.com

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Master Docket Case No. 3:16-md-2741 |
| | Honorable Vince Chhabria |
| **THIS DOCUMENT RELATES TO:** Steven C. Mitchell v. Monsanto Company | Case No. 3:19-cv-04276 |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A) hereby voluntary dismisses all claims against Defendant Monsanto Company from the above-captioned case, without prejudice, with each party to bear its own costs.

Dated: September 25, 2019

                         Respectfully Submitted,

                         GOLDBERG & OSBORNE LLP

                         /s/ David J. Diamond
                         David J. Diamond
                         698 E. Wetmore Rd., Suite 200
                         Tucson, AZ 85705
                         Telephone: (520) 620-3985
                         Facsimile: (520) 620-3991
                         ddiamond@goldbergandosborne.com
                         *Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I, David J. Diamond, hereby certify that on September 25, 2019, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

                                      */s/ David J. Diamond*
                                      David J. Diamond