THE UNITED STATES DISTRICT COURT

NOTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>*Nikolas Indelicato v. Monsanto Co. et al.*, Case No. 3:19-cv-04378-VC | |

_____

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF
DEFENDANTS, BAYER CORPORATION AND BAYER AG**
_____

Now comes plaintiff, Nikolas Indelicato, by and through counsel, and pursuant to Federal Rule of Civil Procedure 41(A), hereby dismisses his claims against defendant, Bayer Corporation, and defendant, Bayer AG, without prejudice, in the within action.

All of plaintiff's claims against defendant, Monsanto Company, remain pending.

    Respectfully Submitted,

*/s/ Gary F. Franke*
Gary F. Franke    (0029793)
GARY F. FRANKE CO., L.P.A.
120 East Fourth Street, Suite 1040
Cincinnati, OH  45202
Tel:   (513) 564-9222
Fax  (513) 564-9990
gff@garyfrankelaw.com
*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was filed through the Court's CM/ECF filing system, which shall serve a copy of the document upon all registered counsel of record.

/ s / *Gary F. Franke*
Gary F. Franke