Mark P. Robinson, Jr., Esq. (SBN 054426)
mrobinson@robinsonfirm.com
Cynthia L. Garber, Esq. (SBN 208922)
cgarber@robinsonfirm.com
Jennifer M. Collins, Esq. (SBN 288579)
jcollins@robinsonfirm.com
**ROBINSON CALCAGNIE, INC.**
19 Corporate Plaza Drive
Newport Beach, CA 92660
Telephone:    (949) 720-1288
Facsimile:    (949) 720-1292

Antonio M. Romanucci (*Pro Hac Forthcoming*)
aromanucci@rblaw.net
Bryce T. Hensley (*Pro Hac Forthcoming*)
bhensley@rblaw.net
**ROMANUCCI & BLANDIN, LLC**
321 North Clark Street, Suite 900
Chicago, IL 60654
Telephone:    (312) 253-8800
Facsimile:    (312) 458-1004

Attorneys for Plaintiffs
Percival Veloro and Maribon Veloro

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUND UP PRODUCTS LIABILITY LITIGATION | MDL NO. 2741 |
| THIS DOCUMENT RELATES TO: | Case No.: 3:16-md-02741-VC |
| *VELORO, et al. v. MONSANTO COMPANY, et al.*<br>Case No.: 3:19-CV-05187-VC | **NOTICE OF WITHDRAWAL OF MOTION BY PLAINTIFFS PERCIVAL VELORO AND MARIBON VELORO FOR TRIAL PREFERENCE**<br><br>Motion Date:  October 10, 2019<br>Time:         10:00 am<br>Judge:        Hon. Vince Chhabria<br>Courtroom:    4, 17th Floor |

**TO THE COURT, ALL PARTIES ND THEIR ATTORNEYS OF RECORD**:

**PLEASE TAKE NOTICE** that Plaintiffs' Motion for Trial Preference currently on calendar for October 10, 2019, at 10:00 am, before the Honorable Vince Chhabria, in Courtroom 4 of the above-entitled Court located at 450 Golden Gate Avenue, San Francisco, CA 94102 is withdrawn.

Dated: September 25, 2019

Respectfully submitted,
　　　　/s/ Mark P. Robinson, Jr.
Mark P. Robinson, Jr.  SBN 054426
mrobinson@robinsonfirm.com
ROBINSON CALCAAGNIE, INC.
19 Corporate Plaza Drive,
Newport Beach, Ca 92660
Tele: 949-720-1288; Fax: 949-720-1292

Attorney for Plaintiffs
Percival Veloro and Maribon Veloro

2   Case No. 3:19-CV-05187-VC/MDL 2741
NOTICE OF WITHDRAWAL OF MOTION BY PLAINTIFFS PERCIVAL VELORO AND MARIBON VELORO FOR TRIAL PREFERENCE

## CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2019, I caused the foregoing document to be electronically filed with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

                                                                     */s/ Mark P. Robinson, Jr.*
                                                                     Mark P. Robinson, Jr.