Deborah S. Kerr (SBN 175845)
dkerr@1800theeagle.com
**GOLDBERG & OSBORNE LLP**
915 W. Camelback Road
Phoenix, Arizona 85013
Telephone: (602) 808-6750
Facsimile: (602) 808-6940

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Master Docket Case No. 3:16-md-2741 |
| | Honorable Vince Chhabria |
| **THIS DOCUMENT RELATES TO:** | |
| Ruben Hernandez and Martha Hernandez | Case No. 3:17-cv-07364 |
| v. | |
| Monsanto Company | |

## MOTION FOR EXTENSION OF TIME

Mr. Hernandez is a Wave I Plaintiff whose case is to be remanded for trial in the United States District Court for the Southern District of California. Pursuant to Federal Rule of Civil Procedure 6(b)(1)(a) and L.R. 6-1(b), Mr. Hernandez, by and through counsel, respectfully requests a 31 day extension of the Plaintiffs' expert reports due date provided in PTO 171 from October 4, 2019 to November 4, 2019 for the submission of Mr. Hernandez' specific causation expert reports. This request is being made because Mr. Hernandez' (at present non-testifying)

specific causation expert has requested that Mr. Hernandez undergo additional medical testing before he can render final opinions on the issue of specific causation.

Plaintiffs' counsel has worked diligently to pursue necessary discovery and prepare the factual predicate for a specific causation expert's opinions. On June 14, 2019, in PTO 150, the Court first announced which cases would be included in Wave I and Wave II cases that would be transferred back to their home districts for trial. PTO 150 also provided the timeline, including discovery deadlines, for Wave I and Wave II cases.

Efforts immediately began towards discovery within the Court's deadlines. The depositions of Mr. and Mrs. Hernandez took place on July 9 and 10, 2019. The deposition of Mr. Hernandez' primary care physician and gastroenterologist were scheduled for August 6, 2019. His primary care physician had to reschedule her deposition due to her daughter being in the hospital. The deposition with the gastroenterologist went on as scheduled. The deposition of Mr. Hernandez' oncologist took place on August 13, 2019. The inspection of the Hernandez' home and the rescheduled deposition of Mr. Hernandez' primary care physician took place on August 19, 2019.

Plaintiffs identified and selected a specific causation expert and supplied all the above information to permit the expert to form opinions, and only learned late last week that the expert requests the additional testing, which forms the basis of this Motion.

As a result, undersigned counsel is working with Mr. Hernandez and his medical providers to have the requested testing performed. Unfortunately, it is anticipated that the results of the

testing will not be available in time for Plaintiffs' expert to review them and prepare his report before the October 4, 2019 deadline.

On September 17, 2019 Plaintiffs' counsel requested a meeting with defense counsel Grant Law to discuss an extension of the deadline to submit Mr. Hernandez' expert reports. Mr. Law responded on September 18, 2019 that he confirmed with Anthony Martinez that counsel cannot agree to extensions. It is respectfully submitted that Mr. Hernandez and the Court will be harmed if the deadline to submit expert reports is not extended in Mr. Hernandez' case. The additional testing required will allow Plaintiffs' expert to render an opinion that will either support the case moving forward or may end the case. Without the additional testing, Plaintiffs' expert will not be able to provide a thorough or complete opinion.

On June 14, 2019, this Court initially ordered Wave I Plaintiffs' expert reports be due on August 20, 2019. Pursuant to a joint request of the leadership of both sides in this MDL to extend Wave I discovery deadlines, the Court on July 26, 2019 denied the request and ordered the parties to resubmit the request, should they still wish to extend the deadlines, to include a continuance of the Stevick trial. On August 1, 2019, this Court granted the request for extension of time of discovery deadlines, including extending the deadline to submit Wave I Plaintiffs' expert reports to October 4, 2019.

Due to the additional workup requested by Plaintiffs' expert not being performed, and for the reasons discussed above, Plaintiff Ruben Hernandez respectfully requests that Mr. Hernandez' expert reports in his case only be extended 31 days to Monday, November 4, 2019. The next discovery deadlines are for Monsanto's expert reports on October 25, 2019 and close of expert

discovery on November 20, 2019. Undersigned counsel is fully willing (with the Court's approval) to grant a 31 day extension to defense counsel and push back the close of expert discovery should it be requested and the Court be amenable. No other deadlines would be affected should this extension be granted.

Dated this 27th day of September, 2017.

Respectfully Submitted,

*/s/ Deborah S. Kerr*
Deborah S. Kerr (175845)
GOLDBERG & OSBORNE LLP
915 W. Camelback Road
Phoenix, AZ 85013
Tel: (602) 808-6784
dkerr@1800theeagle.com

*Attorney for Plaintiffs Ruben Hernandez and Martha Hernandez*

## CERTIFICATE OF SERVICE

I, Deborah S. Kerr, hereby certify that on September 27, 2019, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

*/s/ Deborah S. Kerr*
Deborah S. Kerr

4