**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL NO. 2741 |
| | CASE NO. MDL NO. 3:16-md-2741-VC |
| This document relates to:<br>*Yolanda Mendoza v. Monsanto Company*<br>Case No. 3:16-cv-06046 | **KELLY H. FOOS' NOTICE OF MOTION AND MOTION TO WITHDRAW AS ADDITIONAL COUNSEL FOR DEFENDANT MONSANTO COMPANY** |

## NOTICE OF MOTION

**TO THE PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Kelly H. Foos shall and hereby does respectfully seek leave of this Court, pursuant to LOCAL R. 11-5(a) and in compliance with CAL. R. PROF. CONDUCT 3-700, to withdraw as additional counsel for Defendant MONSANTO COMPANY.

## MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT

Pursuant to LOCAL R. 11-5, Kelly H. Foos ("Movant") hereby notifies the parties and the Court of her intent to withdraw as counsel for Defendant Monsanto Company. Movant states the following grounds for this notice and motion:

1. This matter is pending in MDL No. 2741.

2. Movant is additional counsel for Defendant Monsanto Company and counsel Anthony R. Martinez will remain counsel for Defendant Monsanto Company.

3. Movant withdrawal as additional counsel will not cause any prejudice or delay in this case. All parties have counsel active in their representation, who will not require any additional time to review or acclimate to the absence of Movant as counsel.

4. Given the insubstantial nature of this Motion, as well as the substantial burden to all MDL members and parties in traveling and attending a hearing on this Motion, Movant respectfully requests that the Court waive oral argument.

THEREFORE, Movant Kelly H. Foos respectfully requests that this Court waive oral argument on this Motion, grant her leave to withdraw as counsel for Defendant Monsanto Company in the above-captioned matter, and enter an order stating that Movant has so withdrawn.

Dated:  September 26, 2019

SHOOK HARDY & BACON, L.L.P.

By: /s/ Kelly H. Foos
Kelly H. Foos MO Bar #62184
SHOOK HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
kfoos@shb.com

By: /s/ Anthony R. Martinez
Anthony R. Martinez MO Bar #61791
SHOOK HARDY & BACON, L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
amartinez@shb.com

**PROOF OF SERVICE**

The undersigned certifies that, on September 26, 2019, she caused this document to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of filing to counsel of record for each party.

Respectfully Submitted,

/s/ *Kelly H. Foos*
Kelly H. Foos
MO Bar No. 62184
SHOOK HARDY & BACON, L.L.P.
2555 Grand Blvd.
Kansas City, MO  64108
kfoos@shb.com
