# EXHIBIT A

Julie du Pont
(Julie.dupont@arnoldporter.com)
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019
Telephone: (212) 836-8572
Facsimile: (212) 836-6714

Brian Stekloff
(bstekloff@wilkinsonwalsh.com)
WILKINSON WALSH + ESKOVITZ LLP
2001 M Street, N.W.
10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005

Eric G. Lasker
(elasker@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, DC 20005
Telephone: (202) 898-5800
Facsimile: (202) 682-1639

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | Case No. 3:16-cv-05658-VC |
| | MDL No. 2741 |
| This document relates to: *Emmanuel Giglio v. Monsanto Co., et al* Case No. 3:16-cv-05658-VC | |

**MONSANTO COMPANY'S RULE 26 DESIGNATION AND DISCLOSURE OF EXPERT TESTIMONY**

Defendant Monsanto Company ("Monsanto") submits the following Designation and Disclosure of Expert Testimony, identifying persons who may provide expert testimony pursuant to

- 1 -

R. 26 DESIGNATION AND DISCLOSURE OF EXPERT TESTIMONY

Rule 702 of the Federal Rules of Evidence and Pretrial Orders 150 and 171. Because their analyses are based on scientific data that is confidential under applicable law and regulation, Monsanto designates the expert reports served contemporaneously with this disclosure as Confidential Material pursuant to the Protective and Confidentiality Order, Pretrial Order No. 30, entered in MDL No. 2741. Monsanto submits its Designations and Disclosure of Expert Testimony subject to the following reservation of rights:

(1) The right to supplement or amend this disclosure based upon any rulings of the Court or any other court decisions that affect the scope of evidence in this trial or in the event Plaintiff alters or amends his witness list;

(2) The right to supplement or amend this disclosure in order to address any new opinions – whether generic or case-specific – by Plaintiff's experts;

(3) The right to elicit and offer testimony, either through direct examination or cross-examination, of all witnesses designated or identified by Plaintiff or Monsanto as an expert or person with specialized knowledge, training, or experience;

(4) The right to call as a witness any expert designated by Plaintiff;

(5) The right to call un-designated rebuttal expert witnesses whose testimony cannot reasonably be foreseen until the presentation of evidence against Monsanto;

(6) The right to withdraw or de-designate the designation of any expert prior to testimony, and positively to aver that such previously designated expert will not be called as a witness at trial and to re-designate that expert as a consulting expert who cannot be called by opposing counsel;

(7) The right to elicit expert testimony at trial from any qualified person which would be of benefit to the jury to determine material issues of fact pursuant to the Federal Rules of Civil Procedure;

(8) The right, as allowed by the Federal Rules of Civil Procedure and applicable law, to offer amended and/or supplemental expert opinions based on: (1) receiving additional discovery, including but not limited to updated medical records, fact witness depositions, exhibits introduced at

depositions, documents produced, materials produced; (2) expert depositions and/or any supplemental expert disclosures by any party; (3) new literature or scientific studies.

(9) The right to introduce testimony from any third party fact witness with special expertise, knowledge or experience relevant to the issues in this litigation;

(10) Monsanto incorporates all prior reports, if any, the experts have issued in MDL 2741 or any other state or federal litigation concerning glyphosate/Roundup.

By identifying the witnesses below, Monsanto does not intend to waive any of its objections to deposition testimony, exhibits, or other evidence or argument. Monsanto reserves the right to call the following experts at trial and provides the expert reports, curriculum vitae, and reference lists for the following experts:

### A. Generic Experts

**1. Dr. Beau Bruce, M.D., Ph.D.**
Emory Winship Cancer Institute
1365B Clifton Rd. NE
Atlanta, GA 30322

**Date Available for Deposition:** September 30, 2019 in Atlanta, Georgia

Dr. Bruce is providing an expert report; materials considered list; CV; and list of prior testimony.

**2. Dr. Christopher D. Corcoran, Sc.D.**
Utah State University
Department of Mathematics and Statistics
3900 Old Main Hill
Logan, UT 84322

Monsanto hereby incorporates by reference all prior expert reports and testimony in all Roundup litigation cases. Dr. Corcoran is providing his prior expert reports; a supplemental materials considered list; and CV.

**3. Dr. Warren G. Foster, Ph.D., FCAHS**
McMaster University

Department of Obstetrics & Gynecology
1280 Main Street West, HSC-3N52D
Hamilton, Ontario, Canada L8S 4K

Monsanto hereby incorporates by reference all prior expert reports and testimony in all Roundup litigation cases. Dr. Foster is providing a report, which combines his prior reports into one document; a supplemental materials considered list; CV; and a list of his prior testimony.

4. **Dr. Jennifer Rider, Sc.D., MPH**
Boston University School of Public Health
715 Albany Street, Talbot 317E
Boston, MA 02118

Monsanto hereby incorporates by reference all prior expert reports and testimony in all Roundup litigation cases. Dr. Rider is providing a copy of her past expert reports; a supplemental materials considered list; and CV.

5. **Dr. Thomas J. Rosol, DVM, Ph.D.**
Ohio University
Heritage College of Osteopathic Medicine
Department of Biomedical Sciences
Irvine Hall 225
Athens, OH 45701

**Date Available for Deposition:** September 28 in Columbus, Ohio

Monsanto hereby incorporates by reference all prior expert reports and testimony in all Roundup litigation cases. Dr. Rosol is providing an updated expert report; materials considered list; and CV.

6. **Dr. Christian Steidl, M.D.**
BC Cancer Research Centre
675 W 10th Avenue, Room 12-110
Vancouver, BC V5Z 1L3, Canada

Monsanto hereby incorporates by reference all prior expert reports and testimony in all Roundup litigation cases. Dr. Steidl is providing a copy of his past expert reports; a supplemental materials considered list; his CV; and list of prior testimony.

7. **Dr. David Vearrier, M.D., M.P.H.**
University of Drexel School of Medicine
245 N. 15th Street
Philadelphia, PA 19102

**Date Available for Deposition:** September 29 or 30 in Philadelphia, Pennsylvania

Dr. Vearrier is providing an expert report; materials considered list; CV; and list of prior testimony.

8. **Connie B. Welch, DMin**
toXcel, LLC
7140 Heritage Village Plaza
Gainesville, VA 20155

**Date Available for Deposition:** TBD

Monsanto hereby incorporates by reference all prior expert reports and testimony in all Roundup litigation cases. Dr. Welch is providing an updated expert report; materials considered list; and CV.

### B.   Case-Specific Experts

1. **Dr. Daniel A. Arber, M.D.**
University of Chicago
5841 S. Maryland Ave, S327 MC3083
Chicago, IL 60637

**Date Available for Deposition:** September 18 or 25 in Chicago, Illinois

Monsanto incorporates by reference all prior expert reports and testimony in all Roundup litigation cases. Dr. Arber is providing an expert report; materials considered list; CV; and list of prior testimony.

2. **Dr. Joseph DiTomaso, Ph.D.**
University of California
Department of Plant Sciences, Mail Stop 4
One Shields Ave
Davis, CA 95616

**Date Available for Deposition:** September 10 in Sacramento, California

Dr. DiTomaso is providing an expert report; materials considered list; and CV.

3. **Dr. Alex L. LeBeau, Ph.D., M.P.H., C.I.H.**
   Exposure Assessment Consulting, LLC
   9862 Magnolia Woods Blvd.
   Orlando, FL 32832

   **Date Available for Deposition:** October 1 in Orlando, Florida

   Dr. LeBeau is providing an expert report; materials considered list; and CV.

4. **Dr. Matthew J. Matasar, M.D.**
   Memorial Sloan Kettering Cancer Center
   225 Summit Avenue
   Montvale, NJ 07645

   **Date Available for Deposition:** September 27 in New York City, New York

   Monsanto incorporates by reference all prior testimony in the Roundup litigation. Dr. Matasar is providing an expert report; materials considered list; CV; and list of prior testimony.

   *Treating Physicians*

   Out of an abundance of caution, Monsanto also reserves the right to call Mr. Giglio's treating physicians as non-retained experts who may offer a mixture of fact and opinion testimony based on their knowledge or experience, including but not limited to:

1. **Dr. Charles Redfern**
   3075 Health Center Dr., Ste 102
   San Diego, CA 92123

   Dr. Redfern is Mr. Giglio's treating oncologist. The opinion testimony he will offer, and the basis for that testimony - which is set forth in his deposition testimony and his medical records for Mr. Giglio - includes but is not limited to: general information about NHL, including that NHL is largely idiopathic; there was nothing unique about Mr. Giglio's presentation or testing to differentiate him from other NHL patients; Mr. Giglio is in complete radiological remission following CAR-T cell therapy.

2. **Dr. Caitlin Costello**
   3855 Health Sciences Dr.
   La Jolla, CA 92093

Dr. Costello is Mr. Giglio's treating oncologist. The opinion testimony she will offer, and the basis for that testimony - which is set forth in her deposition testimony and her medical records for Mr. Giglio - includes but is not limited to: general information about NHL, including that there are no diagnostic tests that can determine cause; CAR-T cell therapy treatment; there was nothing in Mr. Giglio's pathology reports, scans, labs, or Mr. Giglio's reception to treatment that would indicate the cause of his NHL; Mr. Giglio is in complete radiological remission following CAR-T cell therapy.

DATED: September 3, 2019

Respectfully submitted,

/s/ *Julie du Pont*
Julie du Pont
(Julie.dupont@arnoldporter.com)
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019
Telephone:  (212) 836-8572
Facsimile:   (212) 836-6714

/s/ *Brian Stekloff*
Brian Stekloff
(bstekloff@wilkinsonwalsh.com)
WILKINSON WALSH + ESKOVITZ LLP
2001 M Street, N.W.
10th Floor
Washington, DC 20036
Telephone:  (202) 847-4000
Facsimile:   (202) 847-4005

/s/ *Eric Lasker*
Eric G. Lasker
(elasker@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, DC  20005
Telephone:  (202) 898-5800
Facsimile:   (202) 682-1639

*Attorneys for Defendant*
*MONSANTO COMPANY*

## CERTIFICATE OF SERVICE

I hereby certify that on September 3, 2019, a true and correct copy of the foregoing Designation and Disclosure of Expert Testimony was served by electronic mail on the following counsel of record:

Robin Greenwald
*RGreenwald@weitzlux.com*
Weitz & Luxenberg
700 Broadway
New York, NY 10003
*Co-Lead Counsel for Plaintiffs in MDL No. 2741*

Aimee Wagstaff
*Aimee.wagstaff@andruswagstaff.com*
Andrus Wagstaff
7171 W. Alaska Drive
Lakewood, CO 80226
*Co-Lead Counsel for Plaintiffs in MDL No. 2741*

Michael Miller
*MMiller@millerfirmllc.com*
108 Railroad Ave.
Orange, VA 22960
*Co-Lead Counsel for Plaintiffs in MDL No. 2741*

/s/ *Kathryn M. Podsiadlo*

Kathryn Podsiadlo
Arnold & Porter Kaye Scholer LLP
777 S. Figueroa St. 44th Floor
Los Angeles CA 90017
*Attorneys for Defendant*
*MONSANTO COMPANY*

R. 26 DESIGNATION AND DISCLOSURE OF EXPERT TESTIMONY