# EXHIBIT C

**HOLLINGSWORTH LLP**
Joe G. Hollingsworth (*pro hac vice*)
Eric G. Lasker (*pro hac vice*)
1350 I Street, N.W.
Washington, DC  20005
Tel:     202-898-5800
Fax:    202-682-1639
Email: jhollingsworth@hollingsworthllp.com
          elasker@hollingsworthllp.com

*Attorneys for Defendant*
MONSANTO COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 Case No. 16-md-02741-VC |
|---|---|
| This document relates to: ALL ACTIONS | |

**MONSANTO COMPANY'S DESIGNATION AND DISCLOSURE**
**OF EXPERT WITNESSES REGARDING GENERAL CAUSATION**

Pursuant to this Court's May 26, 2017 Pretrial Order No. 24: Modified Schedule for General Causation Phase, ECF No. 322, Monsanto Company ("Monsanto") submits the following Designation and Disclosure of Expert Witnesses Regarding General Causation, identifying persons who may provide expert testimony during the general causation phase of this litigation pursuant to Rule 702 of the Federal Rules of Evidence.  Because their analyses are based on scientific data that is confidential under applicable law and regulation, Monsanto designates the expert reports served contemporaneously with this disclosure as Confidential Material pursuant to the Protective and Confidentiality Order, ECF No. 64, entered in MDL No. 2741.  Monsanto reserves the right to elicit testimony, either through direct examination or cross-examination, of all witnesses designated or identified by plaintiffs or Monsanto as an expert or person with specialized knowledge, training, or experience.  Monsanto further reserves the right, as allowed by the Federal Rules of Civil Procedure and applicable law, to supplement this

Designation and Disclosure of Expert Witnesses Regarding General Causation through the discovery process upon receiving additional discovery including, but not limited to, expert depositions, fact depositions, exhibits introduced at depositions, documents produced, material produced, and any supplemental expert disclosures by any party.

I.   **RETAINED EXPERT WITNESSES REGARDING GENERAL CAUSATION**

Monsanto may present expert testimony during the *Daubert* proceedings from the following retained expert witnesses.  Each of these experts also reserves the right to serve supplemental reports in accordance with the Federal Rules of Civil Procedure.  If called to testify during the *Daubert* proceedings, each expert will testify in accordance with his or her report and its attachments served on July 31, 2017, and any supplements, as well as testimony necessary to respond to evidence or testimony offered by plaintiffs.

1. **Dr. Christopher D. Corcoran, Sc.D.**
   **Department of Mathematics and Statistics**
   **Utah State University**
   **3900 Old Main Hill**
   **Logan, UT 84322**

2. **Dr. William H. Fleming, M.D., Ph.D.**
   **Oregon Health and Sciences University**
   **3303 S.W. Bond Ave., 7th Floor**
   **Portland, OR 97239**

3. **Dr. Warren G. Foster, Ph.D., FCAHS**
   **McMaster University**
   **Department of Obstetrics & Gynecology**
   **1280 Main Street West, HSC-3N52D**
   **Hamilton, Ontario, Canada L8S 4K1**

4. **Dr. Jay I. Goodman, Ph.D.**
   **Department of Pharmacology and Toxicology**
   **Michigan State University**
   **B427 Life Sciences Building**
   **1355 Bogue Street**
   **East Lansing, MI 48824**

5. **Dr. Lorelei A. Mucci, MPH, Sc.D.**
   **Harvard T.H. Chan School of Public Health**
   **Department of Epidemiology**
   **677 Huntington Avenue, 9th Floor**
   **Boston, MA 02115**

6. **Dr. Jennifer Rider, Sc.D., MPH**
   **Boston University School of Public Health**
   **715 Albany Street, Talbot 317E**
   **Boston, MA 02118**

7. **Dr. Thomas J. Rosol, DVM, Ph.D.**
   **The Ohio State University**
   **College of Veterinary Medicine**
   **Department of Veterinary Biosciences**
   **1925 Coffey Road**
   **Columbus, OH 43210**

II. **NON-RETAINED EXPERT WITNESSES**

Pursuant to Fed. R. Civ. P. 26(a)(2)(C), Monsanto designates the following non-retained expert witnesses:

1. **Dr. Aaron Blair**.  Monsanto may elicit testimony from Dr. Blair regarding the facts and opinions testified to in his March 20, 2017 deposition, including: (i) the IARC Working Group 112 deliberations and analysis and the resulting IARC Monograph 112;  (ii) the relevant scientific evidence with respect to glyphosate; (iii) the North American Pooled Project's ("NAPP") data and findings, including unpublished data with respect to glyphosate and non-Hodgkin's lymphoma ("NHL") and multiple myeloma, and the NAPP presentation of this data; (iv) the Agricultural Health Study's ("AHS") data and findings, including unpublished, updated data from 2013 regarding glyphosate and NHL; (v) publication bias generally and with respect to the unpublished NAPP and AHS 2013 data on glyphosate; and (vi) Dr. Blair's contacts with media, regulators, and plaintiffs' counsel regarding these subjects.

2. **Dr. Charles W. Jameson**.  Monsanto may elicit testimony from Dr. Jameson regarding the facts and opinions testified to in his May 3, 2017 deposition, including: (i) the IARC Working Group 112 deliberations and analysis and the resulting IARC Monograph 112; (ii) the relevant scientific evidence with respect to glyphosate; and (iii) Dr. Jameson's prior IARC monograph and consulting expert work.

3. **Dr. Matthew K. Ross**.  Monsanto may elicit testimony from Dr. Ross regarding the facts and opinions testified to in his May 3, 2017 deposition, including: (i) the IARC

- 3 -
MONSANTO COMPANY'S EXPERT DISCLOSURES RE GENERAL CAUSATION
16-md-02741-VC

1   Working Group 112 deliberations and analysis and the resulting IARC Monograph 112; (ii) the
2   relevant scientific evidence with respect to glyphosate.
3       Monsanto reserves the right to amend or supplement the foregoing designations.  By
4   designating these potential witnesses to address the issues set forth above, Monsanto does not
5   concede that testimony by these witnesses regarding these issues or other issues not designated
6   above would be admissible in court proceedings and reserves the right to object to the
7   admissibility of testimony by these witnesses.  By designating these potential witnesses to
8   address the issues discussed above, Monsanto does not waive its right to make separate
9   designations of deposition testimony provided by these witnesses and/or to call these
10  witnesses to testify regarding issues not designated above, in accordance with applicable rules.
11  Monsanto reserves the right to make additional expert designations in accordance with any case
12  management order and/or the Federal Rules of Civil Procedure.

DATED: July 31, 2017                        Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth (*pro hac vice*)
(jhollingsworth@hollingsworthllp.com)
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, DC  20005
Telephone:  (202) 898-5800
Facsimile:  (202) 682-1639

Attorneys for Defendant
MONSANTO COMPANY

# CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2017, a true and correct copy of the forgoing Designation and Disclosure of Expert Witnesses in Support of General Causation was served via electronic mail and Federal Express pursuant to Fed. R. Civ. P. 5(b)(2)(C), on the following:

> Aimee H. Wagstaff
> ANDRUS WAGSTAFF, PC
> 7171 W. Alaska Drive
> Lakewood, CO 80226
> Tel: (303) 376-6360
> Fax: (303) 376-6361
>
> *Co-Lead Counsel for Plaintiffs*

DATED: July 31, 2017

Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth (*pro hac vice*)
(jhollingsworth@hollingsworthllp.com)
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, DC  20005
Telephone:  (202) 898-5800
Facsimile:  (202) 682-1639

Attorneys for Defendant
MONSANTO COMPANY