# EXHIBIT D

**REPORT ON ROUNDUP AND NON-HODGKIN LYMPHOMA**

**Beau B. Bruce, MD, PhD**
**September 1, 2019**

**A. PERSONAL BACKGROUND**

I am the Deputy Branch Chief and Acting Analytics Team Lead for the Enteric Diseases Epidemiology Branch in the Division of Foodborne, Waterborne, and Environmental Diseases within the National Center for Emerging and Zoonotic Infectious Diseases of the Centers for Disease Control and Prevention. My work involves overseeing a broad program of surveillance for and epidemiologic research on enteric bacterial pathogens, e.g., *Salmonella, Campylobacter, E. coli,* and *Listeria monocytogenes*, transmitted by food and other routes.

Before transitioning officially to the Deputy position in May 2019, I had served as the Branch's lead analytical epidemiologist since March 2016. Prior to joining the CDC, I was an Assistant Professor of Ophthalmology and Neurology and the Medical Director of Clinical Trials in the Department of Ophthalmology at the School of Medicine and Assistant Professor of Epidemiology at Rollins School of Public Health at Emory University in Atlanta, Georgia, where I remain as an Adjunct Professor. My neuro-ophthalmic research has focused on two primary areas: (1) the use of non-mydriatic fundus photography for the diagnosis of acute neuro-ophthalmic disease in non-ophthalmic settings (e.g., the emergency department) and (2) the epidemiology of idiopathic intracranial hypertension (IIH). My neuro-ophthalmic research was funded primarily by the National Institutes of Health. As a practicing neuro-ophthalmologist, I routinely saw patients with various cancers and other neoplasms, including central nervous system lymphomas (a type of non-Hodgkin lymphoma), craniopharyngiomas, metastatic disease, meningiomas, and pituitary adenomas.

I am an author of over 120 peer-reviewed manuscripts and book chapters that include oncology topics, e.g., carcinomatous meningitis and meningiomas. I have reviewed manuscripts for over 45 journals and have been invited frequently to speak at medical schools and national/international conferences on my research and on various topics in epidemiology. I am a fellow of the North American Neuro-ophthalmology Society and member of several professional societies including the Society for Epidemiologic Research, American Academy of Neurology, the Association for Research in Vision and Ophthalmology, and the Society to Improve Diagnosis in Medicine. I am also a member of Emory University's Winship Cancer Institute's Cancer Prevention and Control Research Program.

I graduated with highest honors with a Bachelor of Science from the Georgia Institute of Technology in Atlanta, Georgia in 1998 where I had the highest merit-based scholarship awarded by the institution, the Georgia Tech President's Scholarship. I graduated *summa cum laude* from Emory University School of Medicine in 2002. During medical school, I was inducted into Alpha Omega Alpha as a junior and was awarded Emory's highest medical student award (Basic and Clinical Science Award). I was a Preliminary Intern in Medicine at Brigham and Women's Hospital, Harvard University, in Boston, Massachusetts from 2002-2003. I then completed a Residency in Neurology at the Partners Neurology Program

(Massachusetts General Hospital, Brigham and Women's Hospital, Harvard University) in Boston, Massachusetts from 2003-2006, where I was Chief Resident in my final year. I returned to Atlanta as a Fellow in Neuro-Ophthalmology at Emory University from 2006-2008. I graduated with a Master of Science in Clinical Research in 2010 and then with a Doctor of Philosophy in Epidemiology in 2014 both from Emory. Please see my attached CV for additional information on my background.

## B. GENERAL EPIDEMIOLOGY

### B.1. What is epidemiology?

According to the World Health Organization, epidemiology is "the study of the distribution and determinants of health-related states or events (including disease), and the application of this study to the control of disease and other health problems" (http://www.who.int/topics/epidemiology/en/). While many fields study the determinants of disease (e.g., basic and clinical medicine), epidemiology's additional focus on the *distribution* of disease determinants and disease itself links it analytically with statistics.

When an association between two factors is observed, it is frequently stated that *correlation is not causation*. Correlation or association simply means that two factors tend to occur together; causation, in contrast, means that one factor actually causes the other factor to occur. In fact, the question of when correlation *is* causation with respect to diseases and their proposed determinants is precisely the domain of epidemiology. When an association is observed between two things, say a medication and a disease, there are four possibilities that can account for that association:

1) The association occurred by chance (this highlights the close relationship of analytical epidemiology with statistics);
2) The association is the result of a bias (this is the major focus of epidemiologic analysis);
3) The "disease" causes the "exposure", e.g., the disease leads people to more often be taking the medication; or
4) The "exposure" causes the "disease", e.g., the medication causes the illness.

The determination of causality in modern epidemiology relies on the "counterfactual ideal." Take as an example, Mr. Jones, a 67-year-old man who experiences a heart attack. He smokes, is overweight, and does not exercise. How could we determine with certainty whether smoking *caused* Mr. Jones' heart attack? The only way this would be possible is in a hypothetical world where we could observe Mr. Jones in a counterfactual, alternative universe when at the moment he chose to begin smoking he changed his mind and never smoked, but all other factors remained exactly the same. If in that alternative universe, Mr. Jones never experienced that heart attack or experienced it later, then we could say that smoking, in the case of Mr. Jones, caused his heart attack.

Such a counterfactual universe is obviously not observable in the real world, so we must instead infer what would have happened by using different people who are ideally just like Mr. Jones in every way except that they did not smoke. When the counterfactual ideal is not achieved, bias is present. When bias is present, the observed association may

be entirely spurious (creating an association that does not exist), or it may over- or underestimate the true association.

**B.2. Chance**

Statistics deals with the role of chance in explaining an observed association—the first of the four possibilities highlighted above. As noted previously, epidemiology is the study of the distribution of disease determinants which means that statistics plays a key role in epidemiologic science. In general, statistics tend to take a sample of a larger population in order to describe, summarize, or compare one group to another in that population. Properly used and respecting the necessary assumptions, statistics can allow one to infer information about the larger population. However, all statistics are based on mathematical models which means that they only reflect the real world to the extent that reality is accurately described by the model. Most basic statistics assume the sample is random, independent, and identically distributed. In many real-world situations, these assumptions do not fully apply. Furthermore, statistical inference about the population (i.e., point estimates, confidence limits, statistical significance) all require that bias and confounding have been addressed, if it has not, then statistical significance is meaningless.

The scientific method requires starting with a hypothesis to be tested, and scientific studies evaluate what is known as the "null hypothesis", an assumption that there is no effect of the exposure being studied on the outcome being studied, e.g., that there is no difference in the number of people who get cancer when exposed to a chemical vs. those who do not. A study either rejects the null hypothesis or fails to do so. A significant result in a study does not necessarily mean that there is a real difference between the groups, e.g., there can be uncontrolled confounding, bias, a random error (usually allowed to happen 5% of the time, or a failure to follow the underlying assumptions of the test). Because classical statistics require setting a threshold for the allowed amount of random error in getting significant result when no difference exists (usually 5%), it is important to realize that if many tests are done in a study or series of studies that about 5 out of 100 will be significant in the typical study even *when no differences actually exist* in the population. If multiple comparisons are run on the same data set, the possibility of obtaining a p-value that is less than 0.05 when the null hypothesis is true increases considerably, which has led some leading statisticians and biomedical journals to move away from sole reliance on them (Harrington 2019). Nevertheless, while blind reliance on p-values has recently come under scrutiny, the statistical alternatives to them are not without limitations.

**B.3. Bias**

Epidemiologic researchers are able to classify bias into one of three categories: information bias, selection bias, or confounding. Information bias is a distortion that results from the mismeasurement or misclassification of the disease or its potential determinants. Selection biases are distortions that result from the procedures used to select subjects and from factors that influence study participation. Confounding is the third type of bias and the most complex to describe and understand. Confounding is a distortion that results from a common cause (direct or indirect) of both the exposure and the disease. For a factor to confound an association, it must be either an actual cause of the disease or a surrogate marker for an actual cause of disease other than the exposure, it must be

associated with the exposure under study in the source population (i.e., the population at risk from which the cases of disease are derived), and must not be caused by the exposure or the disease.  This last criterion is automatically satisfied when the factor precedes the exposure or disease.  However, these three characteristics of confounding are an oversimplification since a factor can still be a confounder and not fully meet the third criterion in all circumstances (e.g., it may be that in some instances the exposure also contributes to the potentially confounding variable despite the confounder already being present prior to exposure and disease development), and this leads to analytical difficulties in fully disentangling the effects of the confounder and the exposure and outcome so that a fully unbiased assessment of the association can be achieved.  The degree of confounding matters more than its mere presence or absence (Rothman 2008).

**B.4. Study Designs / Levels of Evidence**

Bias is addressed in two ways: (1) by sound study design and (2) by the correct application of analytical techniques to produce unbiased estimates from the data collected.  Unfortunately, not all bias can be removed though analysis and achieving an unbiased (i.e., true and correct) result is dependent upon the underlying study design.  There are several primary study designs that I will discuss from the highest to lowest level of evidence.

*B.4.a. Randomized controlled trials*

Well-conducted, randomized placebo-controlled trials (RCTs) are the pinnacle of medical evidence because they, at least ideally, provide everything needed to support a causal relationship between an exposure and a disease state while excluding the other three possibilities that can account for an association as described above.  First, through randomization of subjects, RCTs achieve what is called the counterfactual ideal by balancing the exposed and unexposed groups for not only the factors we know or suspect as confounders of the relationship between exposure and disease *but all the things we do not know about or even suspect may be related to that relationship*.  This converts confounding from a systematic error (one that does not improve with sample size) to a random error (an error that is minimized by including more subjects in the study).  Second, a sufficiently large randomized study with no or minimal loss to follow-up of the outcome (a possible source of selection bias in RCTs) and well-characterized exposure and outcome measurement (excluding information bias) minimizes the chance that random error or other biases account for the observed association.  Finally, because the treatment is assigned by the investigators prior to assessment of the outcome, if the study shows an association the only tenable conclusion is that the exposure results in the change in disease state observed rather than the other way around.  However, even RCTs are not infallible: false conclusions can be reached by, for example, a failure to mask subjects or researchers to the exposure, failure to follow an intention to treat analysis, or simply the failure to be "lucky" (since a random process is involved, imbalances of confounders are still possible).  In addition, RCTs are not always feasible, e.g., where exposure would potentially expose subjects to unnecessary risk, where there is no anticipated clinical benefit, or where the outcome is so rare that untenably large sample sizes or study durations would be required to detect a significant difference between two groups.

*B.4.b. Cohort studies*

Next in the hierarchy of study designs are cohort studies. Cohort studies are an observational study involving a group of subjects who are outcome-free at the start of follow-up with a non-randomized exposure distribution (an RCT is a cohort study where the exposure is randomized). When exposure is measured prior to the outcome assessment, as is true of a well-designed cohort study, such a study can potentially substantiate causality (since the exposure must by definition occur before the outcome to have caused the outcome). However, cohort studies are subject to sources of bias that are not relevant in randomized controlled studies. Selection biases can occur not only from differential dropout but also by poor subject selection or a difference in willingness to participate between exposed and unexposed subjects. Incorrect assumptions about the timing of exposure and disease can cause information biases particularly for chronic exposures and diseases where it is possible the disease onset precedes exposure but is subclinical when assessed. Finally, all non-randomized studies are subject to known unmeasured confounders and more importantly to unknown confounders, for which there is no way to adjust the analysis to adequately control for them.

Much of our modern understanding of the determinants of disease comes from large, well-designed prospective cohort studies. Because these studies span decades in follow up, some loss to follow up is inevitable. To draw valid conclusions with incomplete information, researchers have developed, validated, and employed various mathematical tools in the context of prospective cohorts, including imputation. Imputation is an accepted means of dealing with missing data in a long-term study and has been used in many valid cohort studies.

*B.4.c. Case-control studies*

In a case-control study, the outcome or disease has already occurred, and this group of cases is compared to a group of disease-free "controls." While a case-control study may simply appear to be a cohort study in reverse, treating a case-control study as a reverse cohort study can lead to some important errors in design and interpretation, the so-called "trohoc fallacy" (trohoc is cohort spelled in reverse) (Poole 1999). Instead of thinking of a case-control study as a comparison between diseased and disease-free subjects, it should still be thought of as a comparison between exposed and unexposed groups. Indeed, the most valid view of a case-control study is as a sampling of cases and a sampling of controls from the cohort study one would like to have done if one could have done the prospective study.

The chief advantage of case-control studies is that they, unlike RCTs and cohort studies, are much easier to apply to rare diseases (and luckily most disease is rare). However, case-control studies also have substantial disadvantages, including many that go beyond those seen in cohort studies. Those disadvantages include: first, case-control studies can only estimate relative differences and not the underlying absolute risks of disease based on exposure. Second, a failure to understand that the only purpose of the control group is to determine the controls' *distribution of exposure* can lead to substantial biases if one fails to account for possible selection biases or confounding. And third, because of their design, certain biases are more common, or more commonly differential, in case-control studies, such as recall bias and proxy bias.

*B.4.d. Meta-analysis*

A meta-analysis typically combines results, such as measures of association, from multiple previously performed studies and allows some evaluation and quantification of the differences between studies. While meta-analyses may carry an aura of greater authority because they combine the results of several other studies, they are subject to all the biases and limitations of their component studies. Combining multiple, poorly designed or inadequately controlled studies does not lead to an improved or more reliable result. Furthermore, the components of meta-analyses frequently use different definitions of exposure and outcome and have different degrees and types of bias. Difference in the designs of the component studies is sometimes referred to as "heterogeneity." Even a single poorly conducted or biased study can inappropriately influence the overall result of a meta-analysis. This is why the Cochrane Collaboration, the leading group for trusted medical evidence, generally only allows meta-analyses of RCTs (Cochrane 2011).

In addition to the biases that come from limitations of the design and analysis of the individual studies included, their combination can also create new ones. For example, standard statistical methods used in meta-analysis assume "long run" behavior of the same experiment conducted repeatedly to pool the studies results together. However, many studies use such different approaches to assessing exposure and outcomes that only qualitative contrasts among the studies are justified (Rothman 2008 at 653), and "averaging should be limited to those results that could be reasonably expected to be similar among the studies" (Rothman 2008 at 654). When authors of studies include their own studies in meta-analysis, it is considered best practice to acknowledge they have a possible conflict of interest in considering their study for inclusion in the meta-analysis (Stelfox 1998; Rothman 2008 at 654).

Although the homogeneity assumption can be tested, the tests have insufficient power in most relevant settings, and a non-significant p-value provides "no justification for the assumption" that the results are in fact homogenous (Greenland 1983; Rothman 2008 at 657). Yet, analysis of heterogeneity is perhaps the most important function of meta-analysis especially when compared to "computing a fictional common or 'average' effect," and when heterogeneity is present a single summary cannot be accurately estimated and the standard error and confidence limits are overly narrow because they do not reflect the variability and range of relevant effects (Rothman 2008 at 671). One method of addressing heterogeneity is the use of mixed-effects models, but when the addition of the random effect to the model yield important changes to inferences, usually this is an indication that the heterogeneity is so large as to "nullify the value of the summary estimates (with or without the random effects)." (Rothman 2008 at 676)

When exposure is a quantity, e.g., pesticide exposure, and where different studies report different exposure quantities, it is usually best to take account of the average exposure levels across the exposed categories in different studies using regression analysis instead of treating exposure as dichotomous (Rothman 2008 at 658). Ideally, raw data is obtained from every relevant study, especially when outcomes and exposures differ, so that they can be homogenized for maintaining the validity of the statistical analysis. Such analyses are sometimes referred to as "pooled" analyses and tend to be more methodologically sound than meta-analyses that simply combine different risk or odds

ratios from a variety of studies.  Although pooling data can require considerable labor, when the data is available, it allows one to use the statistical methods usually applied to single studies when missing data is handled properly and when which study the subject arose from is treaded as an effect modifier (Rothman 2008 at 659.)

When meta-analyses include studies that are partially or entirely unadjusted, the analysis must estimate the residual confounding left by the lack of this control based on those studies with the same outcome that considered the confounder.  Often, this requires data outside the studies under consideration, and "greatly add[s] to the uncertainty of the results." (Rothman 2008 at 660).  And while sensitivity analysis can be used to develop bounds for the effects of confounding, both the confounder-outcome and confounder-outcome associations must be known, the confounding produced by several variables or a multi-level single variable can greatly exceed the bounds, and even for a single dichotomous confounder the is no limit on the amount of confounding that can be produced (Rothman 2008 at 662, Greenland 2003c).  And even then, for small effects (e.g., relative risks less than 2.0) even a small amount of confounding can critically distort the true relationship between variables (or lack thereof).  The results of a meta-analysis can also be influenced by selection bias and misclassification.

In, conclusion, meta-analyses, and particularly meta-analyses of observational studies, tend to give results that present a more precise and conclusive picture than the data actually warrant.  They offer increased statistical power without addressing any underlying biases in study design.  As a result, many meta-analyses do not adequately account for the average bias across studies (e.g., recall bias in case-control studies).  When uncertainty is included about sources of bias, confidence intervals will "expand dramatically." (Rothman 2008 at 676; Greenland 2005b).

*B.4.e. Other sources of evidence*

Other types evidence includes anecdotal human studies, large database analyses, ecological study designs, animal experiments, and mechanistic studies such as *in vivo* and *in vitro* genotoxicity testing.  Although they may be useful for generating hypotheses, none of these study designs allow one to conclude whether exposure actually causes a particular outcome in humans.  As a result, such studies are generally afforded less weight.

Case reports and case series are usually narrative descriptions of one (case report) or more (case series) humans.  Anecdotal case-reports and small case-series are only hypothesis-generating due to their inability to adequately control for or even consider other confounding and selection factors that may have resulted in the disease instead of the purported exposure suggested by the investigator.  These sources of evidence can be an important source of hypotheses which must then be evaluated using more rigorous forms of scientific study.

In recent years, the availability of large claims databases has led to a great number of studies purporting to use them.  However, claims-based studies are subject to a variety of additional limitations.  For example, even where apparently precise estimates are derived from large claims databases, these precise estimates are frequently wrong due to unaccounted for biases.  In other words, the investigators have likely very precisely estimated an incorrect estimate.  Sample size is not able to overcome systematic errors, i.e.,

another term for bias, which by definition are the errors that cannot be minimized by larger sample sizes.

While not without value, mechanistic studies and animal experiments fall below even anecdotal human studies when it comes to drawing conclusions about whether an exposure causes a particular disease in humans. Examples of such studies include animal testing and *in vitro* and *in vivo* genotoxicity studies. Animal studies, including long-term rodent carcinogenicity tests, can provide valuable insight into a chemical's ability to induce tumors in a particular species at a given dose (albeit usually one that exceeds human exposure by many orders of magnitude). However, rodent studies are not uniformly applicable to humans. In some cases, drugs or chemicals that cause tumors in rodents do not cause cancer in humans and may even be protective against cancer. In other cases, effects may be observed but only at doses that far exceed human-relevant exposures.

*In vitro* and *in vivo* mechanism studies typically look at whether exposure to a chemical induces toxicity in either cells outside the body (*in vitro*) or organisms (*in vivo*). The measures of toxicity used in such studies vary greatly from one study to another. Some studies look at whether exposure correlates with non-specific measures of cell stress, such as reactive oxygen species production (oxidative stress). Oxidative stress is caused by oxygen free radicals which can cause DNA damage. However, oxidative stress occurs physiologically under many routine conditions, e.g., exercise or inflammation, and is not been specifically linked as a proposed cause of NHL (Koutros 2019).

Other experimental designs look for markers of DNA damage such as DNA fragmentation on a Comet assay or *in vitro* binucleated micronuclei (BNMN) formation. Genetic markers of DNA damage, such as the frequency of binucleated cells or micronuclei can be studied in vitro or in vivo. However, our cells' DNA is constantly damaged by various physiologic conditions and other daily exposures and our bodies necessarily have robust mechanisms for DNA repair, which makes it difficult to generalize from *in vitro* genotoxicity studies to what would happen in a living organism. Furthermore, the changes seen in these studies are non-specific and do not mean that a mutation occurred or that even if a mutation occurred that it is of a type that could cause cancer. Finally, cells in culture are in an artificial environment that is not physiological and may not be fully reflective of their status in the body.

In considering the weight and conclusions to draw from a particular toxicity test, the amount and concentration of a substance a cell is exposed to in culture is also important. A common challenge in *in vitro* testing is determining whether the damage was due to loss of cell viability or to direct toxicity to a still-viable cell. If a cell is overwhelmed and dies from over-exposure to anything—water, salt, or a chemical—the dead cell can release DNA breakdown products or reactive oxygen species. This is known as inducing cytotoxicity. Importantly though, dead cells cannot lead to cancer because cancer is a disease of living cells reproducing abnormally.

*B.4.f. Controlling for confounding in epidemiologic research*

From a design perspective, known confounders can be dealt with through randomization (i.e., an RCT), restriction (i.e., limiting subjects to all be the same or similar with respect to the known or suspected confounder), or by matching exposed and unexposed subjects by their status with respect to the known or suspected confounder.

From an analysis perspective, measured confounders can be "controlled for" via several techniques such as stratification or multivariate modeling, and sensitivity analyses can be used in an attempt to determine the potential effects of unmeasured confounders on the observed associations.  In general, observational studies, because of the confounding and bias considerations, are able to identify associations only, not establish causal relationships.  There are methodologies to perform sensitivity analyses for unknown confounders that make a great number of assumptions about the strength and direction of potential unknown confounders.  However, even when thoughtfully designed and competently executed, such analyses may fail to identify causal relationships (or may misidentify relationships as causal) that randomized trials subsequently demonstrate or debunk conclusively.

*B.4.g. Techniques for dealing with missing data*

In an ideal world, subjects would provide all relevant measures of exposure and outcome, no subjects would be lost to follow-up, etc., but nearly all real-world studies have missing data. Historically, despite the fact that some proportion of the subjects would be missing one or more relevant data, the methods generally available required complete data available on at least all relevant variables.  These methods are called complete-case (analysis only on individuals with complete data) or available-case analysis (analysis of the subjects with no missing data among those needed for the relevant analysis).  However, these methods are not ideal for both statistical and epidemiological reasons. From a statistical perspective, loss of subjects leads to lower power and less precise estimates, and available-case analysis can cause issues with model selection as the sample changes depending on the model used.  From an epidemiological perspective, if the reason for missingness is caused by the outcome and exposure, you are inducing a selection bias because you are controlling for a common outcome of the two.

There are three mechanisms for missing data: missing completely at random (MCAR), missing at random (MAR), and missing not at random (MNAR).  MCAR is the strictest assumption it occurs when the missingness is generated by a random event independent of anything about the features samples themselves (e.g., dropping a tray of samples breaking some on the floor).  MNAR, on the other hand, is directly related to the value of the variable or to unknown/unmeasured characteristics (e.g., respondents fail to report their sexual orientation because of their sexual orientation).  MAR is a middle ground, where the missingness is related to other known variables (e.g., women may be less likely to report their age) and can thus be dealt with based on the data available.  Two types of MAR are usually discussed: MAR on x (missingness based on exposure or other covariates) and MAR on y (missingness based on the outcome).

There are several alternative approaches to dealing with missing data.  One broad category is called single imputation, where the missing value is replaced with a single alternate value by a method such as using the median or mean of the observed values, carrying the last observation forward, including a missing indicator variable in the model, or using the worst case for each.  Each of these single imputation method leads to bias and invalid variance estimates in almost all cases.  Alternatively, there are conditional mean approaches that estimate the missing value based on a model using other covariates as predictors or stochastic regression imputation where the data is drawn once randomly

9

from the distribution of predicted values, but neither of these methods fully account for the variation because they are based on a single draw and other values are possible for the missing observations.  Thus, the most modern and widely used procedure used is multiple imputation that creates multiple datasets using stochastic regression on which the analysis is performed and then all the analyses are recombined by a method that includes the variation between the datasets.  The stochastic regression model should include the outcome as a predictor otherwise it generally leads to a bias toward the null.

Because the failure to account for missing data introduces critical concerns about the statistical and epidemiologic estimates produced by an analysis, nearly all major studies, and many minor ones, use multiple imputation to address the issue.

## C. NON-HODGKIN LYMPHOMA

### C.1. Overview

Non-Hodgkin lymphoma (NHL) is a *not* a single disease, but rather a broad and diverse group of malignant tumors of various lymphoid tissues: B cells, T cells, natural killer (NK) cells, or their precursors (Brown UTD 2019a).  Like other cancers, the development of an NHL is complex process involving the accumulation of multiple mutations in specific genes, primarily those that control the regulation of cell growth, proliferation, and survival.  These genes are more generally referred to as *proto-oncogenes*, i.e., normal genes involved in cell growth and regulation that when "turned on" by one or more mutations can lead to cancer, and *tumor suppressor genes*, i.e., normal genes involved in controlling cell proliferation and survival that when "turned off" by one or more mutations can lead to cancer.  For some cancers, inherited predispositions to cancer occur, including for NHL, e.g., familial chronic lymphocytic leukemia/small lymphocytic lymphoma (CLL/SLL).  Like some other cancers, NHL can also be caused by the introduction of genes from viruses, including Epstein-Barr virus (EBV), human T cell lymphocytic virus I (HTLV-I), and human herpesvirus 8 (HHV-8).  Patterns of mutation vary by subtype; for example, BCL2 mutations are extremely common in follicular lymphoma, and translocation and dysregulation of the MYC gene is ubiquitous in Burkitt lymphoma (Brown UTD 2019a, Freedman UTD 2019c).

Because NHL is a broad group of various cancers, the initial evaluation of the patient must establish the specific type, which is based on an examination of the cancer cells (e.g., histology and genetics), the site of disease, the extent of the disease (e.g., localized or disseminated and whether it is limited to lymph nodes or not) (Freedman UTD 2019a). Because the types and areas of involvement are so different among various NHLs the patient's symptoms upon presentation can vary substantially from a waxing and waning lymphadenopathy (e.g., a swelling of a lymph node) to death within weeks if untreated (Freedman UTD 2019b).

### C.2. Epidemiology of non-Hodgkin lymphoma

Taking all subtypes together, non-Hodgkin lymphoma is a relatively common cancer, with 19.6 per 100,000 people developing it each year, representing 4.2% of all new cancer cases annually, and is the seventh most common cancer in the United States in 2019 (NIH SEER 2019).  Over 2% of Americans will be diagnosed with NHL in their lifetimes, and

there are about 700,000 people living with NHL in the United States. Nearly three quarters (72%) will survive 5 years after diagnosis, with NHL only representing 3.3% of cancer deaths in the United States each year (#5 cancer for deaths in 2019) (NIH SEER 2019). Five-year survival has been increasing steadily since 1995.

Age is a key risk factor for NHL, as it is for most cancers, with a median age of diagnosis of 67 (NIH SEER 2019; Hedstrom 2015). Men and whites are also at higher risk, but there are several other factors associated with an increased risk of NHL (NIH SEER 2019). One of the most important factors is anything that causes a weakened or abnormal immune system, including inherited immune disorders (e.g., hypogammaglobulinemia), autoimmune disease (e.g., rheumatoid arthritis and psoriasis), various viral and bacterial infections (human immunodeficiency virus infection and acquired immune deficiency syndrome (HIV/AIDS), EBV, HTLV-I, HHV-8, and *Helicobacter pylori*), medications (e.g., those taken to suppress the immune system after a transplant). Certain prior cancer (particularly skin cancers, e.g., melanoma, basal cell carcinoma), family history of cancer, certain pesticides (e.g., in various analyses: phenoxyacetic acid herbicides, 2,4-D, malathion, DDT, lindane, terbufos), and common medical conditions, such as diabetes and extreme obesity, have also been associated with NHL in various studies (*See* Bradford 2010; Caini 2014; Chao 2008; Cho 2018; Frisch 1996; Goggins 2001; Hall 1995; Hemminki 2000; Hoar 1986; Koutros 2019; Lens 2005; Nugent 2005; Pahwa 2019; Wang 2019a; https://www.cancer.gov/types/lymphoma/patient/adult-nhl-treatment-pdq#Keypoint4; binder 3: 1, 2, etc., binder 4 Hoar). In many cases, patients who develop NHL have few or no identifiable risk factors. Research in the area of the epidemiology of NHL remains very active.

## **D. ROUNDUP AND NON-HODGKIN LYMPHOMA**

### D.1. Introduction

Farmers, who have been generally noted to have lower rates of morbidity and mortality compared to the general population, have nevertheless appeared to be at an increased risk of certain cancers, including non-Hodgkin lymphoma, non-melanoma skin cancer, and cancer of the lip (Blair 1985; Cantor 1992). An increased risk for NHL was noted before Roundup was introduced to the market in the mid 1970s, and there have been extensive previous and ongoing investigations into the underlying cause. Hypotheses for this increased risk have included the increased exposure with respect to the general population to chemicals (e.g., solvents, fuels, oils, paints, dust, fumes, pesticides) and microorganisms related to animal husbandry and agriculture (e.g., fungi and zoonotic microorganisms) (Blair 1985; Cantor 1992). With respect to pesticides, several appear to be associated in some studies with the increased risk of NHL that farmers experience, including organophosphates (e.g., malathion), DDT, lindane, terbufos, and some phenoxyacetic acids, especially those contaminated with dioxins (Andreotti 2018; Koutros 2019; Pahwa 2019). Notably, Roundup, a formulation of glyphosate, is a phosphonate and is chemically unrelated to these other pesticides.

**D.2. Epidemiologic studies**

Two types of epidemiologic studies have explored the relationship between Roundup/formulated glyphosate and non-Hodgkin lymphoma. Overall, the epidemiological literature does not support a causal relationship between Roundup/formulated glyphosate and non-Hodgkin lymphoma.

*D.2.a. Case-control studies*

Regarding the case-control literature overall, no consistent association between Roundup and non-Hodgkin lymphoma has been observed.  In fact, better controlled and larger case-control studies tend to disfavor an association.  Furthermore, even if case-control studies demonstrated a consistent association, one should consider this as relatively weak, hypothesis-generating evidence in support of better studies, e.g., cohort studies, since those designs offer substantial advantages over case-control studies for eliminating biases that can produce false associations.

The largest and most recent evaluation of case-control data on Roundup and NHL was published this year in the form of the North American Pooled Project (NAPP) (Pahwa 2019).  The North American Pooled Project pooled three U.S. case-control studies (Cantor 1992; Hoar 1986; Zahm 1990)[1] from Iowa, Minnesota, Nebraska, and Kansas, with a cross-Canada case-control study (McDuffie 2001).   While this study is still subject to the limitations of the individual component studies, including recall bias, proxy bias, and short (and perhaps inadequate) cancer latency, with 113 exposed cases, the North American Pooled Project is by far the largest case-control study to date on whether glyphosate is associated with NHL.  After adjusting for other pesticides known to be associated with both glyphosate and NHL in their data, the authors found no association between glyphosate use and NHL overall (OR 1.13, 95% CI 0.77-1.41; OR 0.95, 95% CI 0.69-1.32 excluding proxy respondents) and no significant trend for increasing risk with increasing duration or frequency of exposure in any analysis that adjusted for other pesticides (Pahwa 2019 Tables 3-5, S1).  While several subgroups demonstrated ORs between 1.0 and 2.0 and 95% confidence intervals that did not include 1.0 (without adjusting for multiple comparisons), these results are likely spurious given that (a) the vast majority of the presented results are negative for an association; (b) there was no significant trend toward increasing risk with increasing exposure; (c) there was no correction for multiple testing; and (d) many of the subgroup analyses, including the frequency analyses presented in Table 4, rely on relatively few cases.  Taken as a whole, the best overall interpretation of this study is that it is negative for an association, including an exposure/response relationship, between glyphosate-based herbicides and NHL as a whole or any subtype of NHL.

Prior to NAPP, data from the various case/control studies of formulated glyphosate and NHL pooled into the NAPP analysis were inconclusive.  Several case-control studies, such as Cantor 1992, showed no significant association between glyphosate and non-Hodgkin lymphoma [OR 1.1 (0.7-1.9)]. With respect to specific case-control studies that do

---

[1] Some, but not all, of the data from these three publications (Cantor 1992, Hoar 1986, Zahm 1992) were presented in De Roos 2003.  De Roos 2003 includes fewer exposed cases because female cases and cases for whom pesticide exposure data were incomplete for any of the considered pesticides were excluded from the De Roos analysis.  As a result, the 2019 NAPP publication subsumes and fully supersedes the data presented in De Roos 2003.

find associations, notable limitations are present that limit one's trust in those studies findings.  McDuffie *et al.* [2001] found no overall association for NHL (OR = 1.20, 95%CI: 0.83-1.74) or for those exposed for less than two days (OR = 1.00, 95%CI: 0.63-1.57), but did for those exposed more than two days (OR = 2.12, 95%CI: 1.20-3.73).  Limitations for the significant association include likely recall and proxy bias, differential response rates from cases and controls, unmeasured/unknown confounding (including from other pesticide use), or even measured confounders that was not controlled for, improper use of statistical rather than change in estimate for excluding possible confounders, inconsistent investigator selection of dose-response cutoffs for different pesticides, the small sample size, low case exposure frequency, and the high number of associations explored without statistical correction.  Indeed, follow-up studies using the same Canadian data suggest the observed association may have been driven by failing to control for malathion (Hohenadel 2011; Koutros 2019).  And although DeRoos *et al.* [2003] found a significant result in their logistic regression model (OR = 2.1, 95%CI: 1.1-4.0), which included 47 pesticides and 36 glyphosate-exposed cases when generally accepted statistical methods suggest no more than 1 predictor per 10 outcomes, they did not in their favored model based on hierarchical regression (OR = 1.6, 95%CI: 0.9-2.8), even though it had incorporated slight biases in favor of finding an association.  Even so, both associations are subject to bias and unmeasured/unknown confounding and to the other limitations described above.  Moreover, as noted above, McDuffie 2001 and De Roos 2003 are both subsumed and superseded by the recently published NAPP.

Eriksson *et al.* [2008] found a univariable (unadjusted) association between glyphosate and NHL (OR = 2.02, 95%CI: 1.1-3.7) and an unadjusted OR of 2.36 (95% CI 1.04-5.37) for greater than 10 lifetime days of use.  Notably, when they controlled for other pesticides, including MCPA, they found no significant association (OR = 1.51, 95%CI: 0.77-2.94).  As they state in their discussion, glyphosate has largely superseded MCPA, and "this probably explains why the multivariate analysis does not show any significant ORs."  Since MCPA was generally associated more strongly with various NHL and was used prior to glyphosate, confounding may explain both the overall and the late latency and lifetime days associations seen in this study.  Additional sources of bias and confounding as well as other limitations noted in other case control studies above are also present.  Of note, the univariate analyses in Eriksson 2008 used individuals with no pesticide exposure of any kind as the unexposed comparator instead of folks who were not exposed to glyphosate but may have been exposed to other pesticides, which introduces further bias.

Several other small case-control studies, as well as several other pooled and metanalytical studies of case-control studies are also reported in the literature (Hardell 1999; Hardell 2002; Orsi 2008; Cocco 2013).  Hardell *et al.* [2002] pools an earlier study by the author [1999] with only 4 cases and 3 controls exposed with another by Nordström *et al.*, but only had 8 exposed cases in total.  Similar to Eriksson *et al.* (who is a coauthor) they again found no significant association for glyphosate when controlling for other pesticides, and instead found a significantly increased risk for other herbicides (OR = 2.28, 1.02-5.15) when controlling for MCPA, 2,4-D + 2,4,5-T, and glyphosate, suggesting other herbicides rather than glyphosate are the true cause of the association between glyphosate and NHL (i.e., confounding).  However, even the association for other herbicides barely reaches significance and is subject to the same biases as the other case-control studies we have already discussed.

13

*D.2.b. Cohort studies*

The Agricultural Health Study (AHS) is a large, prospective cohort study funded by the National Institutes of Health's National Cancer Institute of more than 50,000 licensed pesticide applicators from North Carolina and Iowa, with the primary goal of identifying and quantifying the cancer and non-cancer risks of exposure to pesticides and other agricultural agents (Alavanja 1996; De Roos 2005; Andreotti 2018). The majority of the cohort is composed of farmers. Importantly, the AHS accessed exposures, including glyphosate, in a *prospective* manner which would have eliminated the possibility differential recall bias among those who later developed cancer *vs.* those who did not (Alavanja 1996). Several validation and reliability evaluations have been performed that show levels of agreement consistent with similar types of epidemiologic measures (Blair 2002; Coble 2011; Heltshe 2012; Hoppin 2002).

Because the cohort consists of a relatively homogenous population (i.e., largely farmers, all pesticide applicators), AHS inherently controls for a number of confounders, e.g., occupation, that were uncontrolled in previous case-control studies. For example, it is unclear why studies that had information for both cases and controls on whether a subject was a farmer chose not to control for a variable that is clearly a likely confounder – since being a farmer would necessarily lead to an increased risk of exposure to various agents, such as diesel fuel, solvents, and pesticides, and was thought to be a risk factor for NHL.

Two evaluations of the association between glyphosate and NHL have been undertaken in the AHS, one with median follow up of 6.7 years (De Roos 2005), and another with follow-up through 2012 (North Carolina) and 2013 (Iowa) for a median follow-up of 17.5 years (Andreotti 2018). Both evaluations considered risk of exposed individuals relative to no exposure, cumulative exposure days, and intensity-weighted cumulative exposure. Neither found evidence of risk after adjusting for age, demographic and lifestyle factors, and other pesticides, nor was there any evidence of increasing risk with increasing exposure (dose/response). In fact, for cumulative exposure and intensity-weighted cumulative exposure, most point estimates were below 1.0. Although the analyses have been criticized (largely by plaintiffs' experts) for their approach to missing data and for possible non-differential exposure misclassification, both are *biases toward the null*. Some criticisms of AHS, including some by Plaintiffs' experts here, have suggested that these biases may have led to the protective effects observed (*see* Sheppard 2019; Ritz Report), but this reflects a basic misunderstanding of bias toward the null. Moreover, the authors ran a number of sensitivity analyses as described in Andreotti 2018 and Andreotti 2019 (response to Sheppard), and the null association remained regardless.

In an analysis of three (supposed) cohort studies (AGRICAN, CNAP, and AHS, the latter with follow up through 2010/2011), Leon and colleagues found no association for glyphosate and NHL overall (OR 0.95, 95% CI 0.77-1.18), largely null associations for various NHL subtypes (e.g., CLL/SLL, follicular lymphoma, multiple myeloma), and a borderline significant OR of 1.36 (95%CI: 1.00-1.85) for diffuse large B-cell lymphoma (Leon 2019). Although all the studies are billed as cohort studies, only AHS can be strictly defined as such. AGRICAN and CNAP, which contribute 5/6 of the subjects to this metanalysis are not technically cohort studies because they do not have individual exposure data, rather they imply it from what are called crop-exposure matrices, which are

14

based on the when a given pesticide was authorized and recommended for a specific crop the farmer produced. This leads to ecological bias where inferences about individuals are deduced from those based on groups. This bias occurs under a broader set of conditions than confounding alone and for which control is generally insufficient to remove (Greenland https://doi.org/10.1093/ije/18.1.269). Furthermore, the authors produce numerous statistical results without correction for multiple testing, are unable to control for some of the potentially confounding exposures controlled for in the AHS (including meaningful adjustment for other pesticides), and include less follow-up than was included in Andreotti 2018 (*See* Baldi 2017; Brouwer 2016; Brouwer 2018; Levque-Morlais 2014; Kristensen 1996). The authors also note the need for future work to investigate their findings and for refined exposure measures.

*D.2.c.Meta-Analyses*

    Several groups have conducted meta-analyses on the possible association between formulated glyphosate and NHL (Schinasi 2014; IARC 2015; Chang 2016; Zhang 2019). All of those meta-analyses suffer from similar limitations, including: mixing unadjusted data with data adjusted for other pesticides; combining dissimilar study designs (e.g. cohort and case-control); and combining studies with disparate measures of risk, exposure, or both. In addition, none of the published meta-analyses include the most recent published data, which are negative for an association. Specifically, none of the published meta-analyses include Leon 2019, Pahwa 2019, or all of the most recent AHS data (Andreotti 2018). The Zhang 2019 meta-analysis suffers from some additional limitations beyond the above, including mixing vastly different exposure metrics, ignoring their stated preference for selecting relative risk estimates that adjusted for other pesticide use over their unadjusted counterparts to mitigate potentially substantial confounding, combining fundamentally different and disparate populations, and inappropriately diluting the weight afforded to the best-conducted study by taking only a small minority of the cases from that study. That these decisions resulted in an inflated meta-risk ratio is apparent even in the authors' own sensitivity analyses: for instance, substituting Hohenadel 2011 (adjusted for malathion) for McDuffie 2001 (unadjusted for other pesticides) lowered the overall meta-RR and resulted in a non-significant finding (Zhang 2019 at 198).

    I am aware that in 2015 IARC reviewed glyphosate and concluded that the epidemiology showed "limited" evidence of an association in humans, but that chance, bias, and confounding could not be ruled out as explanations for the observed association (Guyton 2015, IARC Monograph 112). Since 2015, with the publication of extended AHS follow up and several other large, negative epidemiologic studies, the data have become considerably stronger in support of the conclusion that there is no association between glyphosate exposure and NHL in humans (Andreotti 2018; Leon 2019; Pahwa 2019). In 2019, the best available evidence is that exposure to Roundup or formulated glyphosate does not increase NHL risk.

### D.3. Non-epidemiological studies

    A variety of non-epidemiological studies have been published on the potential toxicity and carcinogenicity of Roundup in addition to the studies discussed above that examined NHL risk in living humans. Some of those are discussed below. Nevertheless, as a

physician and a scientist concerned with health effects in humans, and consistent with accepted scientific practice regarding the hierarchy of evidence, I consider human studies to be the most important for determining whether Roundup causes NHL.

*D.3.a. In vivo and in vitro genotoxicity studies*

Bolognesi *et al.* evaluated BNMN in five Columbian regions before and after exposure to glyphosate, but did not find a consistent increase in all regions after glyphosate spraying and the differences were not consistent with dose (i.e., application rate). They also reported that the small changes they observed appeared to be transient. Furthermore, part of their design was ecological and therefore subject to several potential biases and overall they did not control for the use of other cytotoxic pesticides. When people who lived in various regions were actually asked whether they were exposed to glyphosate formulations, there were no significant differences in DNA damage (as measured by binucleated micronuclei) between those who reported exposure and those who did not (Bolognesi 2009, Table 4), which demonstrates the danger in generalizing from a region that people live in to individual exposure to glyphosate.

Paz-y-Mino *et al.* evaluated chromosomal abnormalities in communities affected by glyphosate aerial spraying in Ecuador and all 182 subjects with peripheral blood samples obtained had normal karyotypes. Cases and controls were not matched. Unlike the Bolognesi authors, Paz-y-Mino and colleagues did not actually measure differences between exposed and unexposed people—only differences between exposed and unexposed regions. Although they did report some significant differences in Comet assay findings among populations for a geography that was exposed to glyphosate vs. not, given the regional nature of the sampling, the lack of matching between cases and controls, and the fact that exposure was not measured on an individual level, these differences could be from differences in the underlying populations and, in any event, are not indicative of the common mutations that occur in NHL. Moreover, a follow-up study conducted by the same group found no evidence of lasting DNA damage in a region where aerial spraying had occurred (Paz-y-Mino 2011).

I am aware of the numerous *in vivo* and *in vitro* genotoxicity studies that have been done with respect to glyphosate and glyphosate-based formulations, including studies performed in both human and animal cells. Many are subject to the limitations set forth above, including failure to test cellular response in a whole organism, failure to test human-relevant doses, failure in many cases to distinguish between cytotoxicity and genotoxicity or oxidative stress in a viable cell, publication bias, and, in some cases, testing unrealistic routes of administration such as intraperitoneal injection. Like the extensive body of animal data reviewed below, none of the regulatory agencies share IARC's conclusion that there is sufficient evidence of genotoxicity with glyphosate (BfR 2015; EFSA 2015; New Zealand 2015; AVMPA 2016; JMPR 2016; ECHA 2017; Health Canada 2017; EPA 2017; ATSDR 2019; EPA 2019). Moreover, the robust human epidemiologic data showing no increased risk for NHL in populations exposed to formulated glyphosate far outweighs any possible concerns raised in the *in vitro* or *in vivo* genotoxicity studies.

16

*D.3.b. Animal carcinogenicity studies*

There is an extensive body of animal carcinogenic studies, many performed in a standard fashion as part of routine regulatory requirements (Greim 2015). Those studies have been discussed in detail in a variety of regulatory and scientific risk assessments (BfR 2015; EFSA 2015; New Zealand 2015; AVMPA 2016; JMPR 2016; ECHA 2017; Health Canada 2017; EPA 2017; ATSDR 2019; EPA 2019). None share IARC's conclusion that these studies provide evidence of carcinogenicity relevant to humans. All of these studies used doses far above those to which a human would be exposed under any routine condition, including commercial applicators and farmers. In fact, some of the studies even used doses near or above the $LD_{50}$ at which there is expected to be 50% mortality of the animals. Overall, the animal studies use a large number of doses and evaluate a large number of different tissues and tumors. To evaluate these studies without rigorous evaluation of replication, without consideration for differences in tumor biology, and without correcting for the number of tests done, would lead to false conclusions about the significance of isolated positive findings. In other words, given the number of comparisons involved in the extremely large dataset, it is expected that some results would be significant at a $p<0.05$ (Harrington 2019). Furthermore, the studies that have statistically significant findings tend to have inconsistent patterns within and across studies also supporting these results are spurious. Even if the studies had shown concerning patterns, it is well known that certain agents considered safe for humans can cause cancer in animals, e.g., statin drugs (MacDonald 2004; Dale 2006; Bonovas 2006; Browning 2006).

I am aware of IARC's viewpoint on the animal studies as "sufficient" and the human epidemiologic data as "limited" leading them to conclude that glyphosate is "probably carcinogenic for humans" based on their classification scheme (Guyton 2015). The vast majority of other public health science and regulatory agencies around the world strongly disagree with IARC's assessment in part because the other agencies' assessments make use of the full body of animal data on this issue and interpret the studies consistent with the issues I mention above (BfR 2015; EFSA 2015; New Zealand 2015; AVMPA 2016; JMPR 2016; ECHA 2017; Health Canada 2017; EPA 2017; ATSDR 2019; EPA 2019). As an example, Tarazona *et al.* [2017] highlights many of the reasons why the IARC likely reached different conclusions from the EU, including the IARC's use of a non-specific, self-developed methodology that is applicable to all agents and not specific to pesticides, limited review, misinterpretation of the industry-sponsored animal studies (which are highly regulated themselves because they are used for marketing approval), and the findings are the IARC for "limited evidence" based on epidemiologic data are based on a definition that permits that "chance, bias, or confounding could not be ruled out with reasonable confidence." Moreover, as noted above, since IARC's assessment, the body of new epidemiologic data against an association between glyphosate and NHL has substantially increased.

**E. CONCLUSION**

In short, the available scientific data do not support a causal relationship between Roundup/formulated glyphosate and NHL.  Having reviewed the available data, it is much more likely than not that Roundup exposure is *not* a cause NHL.  Observations of a possible relationship are most likely the consequence of biases, e.g., from uncontrolled confounding and recall/proxy bias as primarily demonstrated by the lack of association found in the North American Pooled Project analysis and the well-conducted AHS cohort at initial and extended follow-up periods.  I hold all of the opinions expressed in my report to a reasonable degree of scientific and medical certainty.  A list of prior testimony is attached to this report.  I am compensated at a rate of $750 per hour for my time in this matter.

_____
Beau B. Bruce, MD, PhD