# EXHIBIT F

**Expert Report of David Vearrier, MD, MPH**
*Giglio v. Monsanto Co.*

### I.    Background and Qualifications

I am an Associate Professor of Emergency Medicine at Drexel University College of Medicine. I am core faculty for the Emergency Medicine Residency at Drexel University College of Medicine/Hahnemann University Hospital, an American Council for Graduate Medical Education accredited training program. As such, I regularly provide didactic lectures and clinical instruction for doctors who are training to become board-certified in emergency medicine. I am board-certified in emergency medicine by the American Board of Emergency Medicine, which is an American Board of Medical Specialties member board.

I am the Associate Fellowship Director for the Medical Toxicology Fellowship at Drexel University College of Medicine/Hahnemann University Hospital. As such, I oversee the training of physicians seeking sub-specialty board certification in medical toxicology. I provide didactic lectures and clinical instruction to these physicians-in-training and evaluate the progression of their training and overall competency. I am board-certified in medical toxicology, a medical sub-specialty recognized by the American Board of Medical Specialties.

I am board-certified in Occupational Medicine a medical sub-specialty recognized by the American Board of Medical Specialties. I am Core Faculty for the Occupational Medicine Residency at the University of Pennsylvania Perelman School of Medicine. I am the Chair of the Occupational and Environmental Toxicology Section of American Academy of Clinical Toxicology. I have developed a number of educational symposia and webinars for the Academy in my role as Chair of the section. I have also developed course materials related to environmental induction of cancer. I have published in the peer-reviewed medical literature on topics related to occupational toxicology and environmental toxicology.

I teach medical toxicology to interns, emergency medicine residents, toxicology fellows and emergency medicine attending physicians on a daily and weekly basis. I am the Clerkship Director for the Medical Toxicology Clerkship at Drexel University College of Medicine. In addition to teaching and research responsibilities, I am engaged in the active clinical practice of medical toxicology. I am an attending emergency physician and medical toxicologist on the staff of the several hospitals in the greater Philadelphia area where I have privileges to evaluate and treat patients. In addition, I serve as a medical toxicology consultant for the regional Poison Control Center. My curriculum vitae is Attachment A to this report.

In the past five years, I have provided testimony in the matters listed on Attachment B.  My hourly rate is $5,000 per day for trial, $600 per hour for deposition testimony, and $400 per hour for all other work.  A list of the materials I have reviewed in forming my opinions is Attachment C. I also have relied on my professional training and expertise. I reserve the right to supplement my opinions or amend this report as additional information comes to my attention or becomes available.

## II.    Discussion

**General Toxicologic Principles**
In order to scientifically evaluate whether an exposure or series of exposures to a substance may be contributory to an adverse health effect, we must consider a number of toxicologic principles, described below.

*General Principles*
An exposure is contact between a human and a substance. The circumstances surrounding use of the substance determine whether the contact is inhalational, dermal, oral, by some other route of exposure, or by a combination of routes. Dose is the amount of the substance that is absorbed into the human body. It is important to distinguish between exposure and dose because dose is the amount of the substance that may or may not affect target organs or biological systems.

Response is a change effected in the human body as a result of the substance interacting with biological systems. When evaluating exposure, dose and response, it is common to describe relationships between those parameters such as exposure-dose relationship, exposure-response relationship, and dose-response relationship. These relationships are frequently evaluated using animal model studies and therefore it should be considered whether a similar relationship would be anticipated in humans. Animal models share some characteristics with humans but others are in many ways distinct. Therefore, you cannot directly extrapolate from animal models to humans.

*Exposure Science*
Exposure science is the characterization of parameters of an exposure based on available data. Important parameters to consider in a potentially harmful exposure include dose, duration, and routes of exposure among others. In many cases, real-time data for exposure parameters are not available and must therefore be estimated. Exposure science may be used to reconstruct the parameters of previous exposures, characterize current exposure, or predict future or ongoing exposures. Characterization of an exposure is typically necessary to be able to perform a risk assessment.

*Causation Analysis*
The role of the toxicologist is to critically evaluate the evidence, considering its reliability in the context of the mechanism of action of other known toxicants, toxicodynamics, and toxicokinetics and determine if a causal relationship is likely or anticipated between a substance or mixture and one or more adverse human health effects. In doing so, the toxicologist must consider all evidence and whether statistical associations are spurious or reflective of a causal relationship.

General Causation
When an association between exposure to a substance and an adverse human health effect has not established, analysis for general causation should be performed. Causation analysis is typically performed using a framework such as the Bradford Hill criteria. Although other frameworks have been developed, Bradford Hill is well regarded and suitable for toxicological

causation analysis. Bradford Hill consists of a set of nine criteria that should be considered when assessing the likelihood that an exposure is causative of an adverse human health effect: strength, consistency, specificity, temporality, biological gradient, plausibility, coherence, experiment and analogy.

When performing causation analysis, scientists should consider the types of studies available, species in which studies were performed, quality of the data, and the fitness of the available data to answer the question presented. The value of each type of evidence, the likelihood for internal and external validity, study quality, limitations, and endpoints affect the degree to which evidence should be relied upon when determining causation. Research studies in humans are considered superior to those conducted in animal models since adverse health effects in animal models may not occur in humans or may occur at different doses than in animals. Both are considered superior to *in vivo* or *in vitro* laboratory studies, where doses of the substances tested and effects on tissues may be distinct from what occurs in real-world scenarios and may exceed cytotoxic limits. Within human research, cohort studies are considered superior to case-control studies as they generally have higher validity and less confounding. Within each class of evidence, toxicologists must evaluate individual studies, the research and statistical methods used, and determine the value or weight that should be accorded the study results.

Animal studies may use doses and routes of exposure that would not be anticipated to occur in real world human exposures. Higher doses may be used in animal studies in order to increase the likelihood that an adverse health outcome is observed in the treatment group for the duration of the study protocol and the number of animals in the treatment group. The lowest dose at which adverse health effects are seen in animal models (LOAEL) or the highest dose at which no adverse health effects are seen (NOAEL) are used by various regulatory agencies to derive limits of exposure that protect human health. It is important to understand that extrapolating adverse health effects seen in animals treated with high doses of a substance in a causation analysis to predict adverse human health effects at lower doses may result in erroneous conclusions. As stated above, toxicant-induced adverse health effects demonstrated in animal models may not occur in humans due to species differences in absorption, distribution, metabolism, elimination, receptor-mediated effects, and metabolic rate among others. Extrapolation from high dose exposures to low dose exposures requires assumptions about the effect of the substance at low doses that may be incorrect. Doses utilized in animal model studies should be compared to estimated human exposure doses or biomonitoring data in humans in determining their relevance in predicting adverse human health effects.

*In vivo* and *in vitro* genotoxicity studies may utilize concentrations of a substance above that which would be achieved in real world exposures. Concentrations of a substance that are associated with general cellular toxicity, or cytotoxicity, may appear to cause genotoxicity due to damage to DNA that occurs during cellular necrosis. Damage caused by cytotoxicity does not imply or establish that a substance is genotoxic. In order for genotoxicity to be considered, it must occur in the absence of cytotoxicity. DNA damage occurs in the cells and tissues of an organism throughout its life span. DNA damage is not sufficient to conclude that a substance is carcinogenic. The body naturally identifies cells that are damaged and either repairs or kills them

before they can replicate and pass on damage to later cells (also described as a heritable mutation). These processes are successful the vast majority of the time. Cancer stems from certain types of cell mutations, therefore assessing mutation in these assays rather than damage alone is a key factor in deciding what weight to assign to the data.

In addition to considering the type of study performed, the quality of the study is important in determining how much weight to afford the study data and statistical analysis in a causation analysis. Validated laboratory techniques and endpoints are of greater importance than those that are unestablished or of unclear significance. In animal model studies, adherence to good laboratory practice and regulatory requirements should be considered as well as whether there were any issues with the laboratory animals or deviations from historical data for the animal strain. In human studies, issues with internal validity, such as bias and confounding, and external validity, such as generalizability of study findings; exposure, dose, and route considerations; and interspecies differences.

Confounding and Bias
In performing causation analysis, scientists must consider the possibility of confounding. Confounding occurs when a perceived relationship between an exposure and an adverse human health effect is spurious and occurs due to some third variable. Due to the relationship of the third variable to both the exposure and the adverse human health effect, it appears that there is a causal relationship between the exposure and health effect when there is none. There are statistical methods that attempt to control for confounding factors although such control is incomplete. Multi-variate analyses seek to statistically distinguish the association between the health effect and the exposure of interest versus other potential contributing factors. Sensitivity analyses alter the way that an input or output variable is characterized or measured to determine whether the association disappears with the modifications or is robust to such changes.

Bias is another important consideration when performing a causation analysis. Bias is a form of systematic error that may occur at any time during a scientific investigation. Bias may take the form of whether persons are included or excluded in a study, their recollection of previous exposures, the detection or classification of a disease process, and the publication or dissemination of the results of the study. Investigators may attempt to control for biases, such as recall or proxy bias, but such control is incomplete and it is the role of the scientist to consider bias when evaluating the reliability of a study.



Adapted from: https://catalogofbias.org/biases/confounding/

Specific Causation

Specific causation refers to whether an exposure was causative of an adverse human health effect in a specific instance. Specific causation is a form of risk assessment. To evaluate for specific causation, the characteristics of the exposure must be known or estimated and an exposure-response relationship can be used to estimate the likelihood that the adverse human health effect developed as a result of the exposure. The degree of additional risk conferred by the exposure should be compared to the baseline risk for the adverse health effect to determine to what degree, if any, the exposure increased the risk of the adverse health effect over baseline.

**III.    Glyphosate and GBH Analysis**

**Methodology**

I have performed searches of the peer-reviewed medical literature utilizing the Ovid MEDLINE database (Ovid Technologies, Inc) and the PubMed database (U.S. National Library of Medicine) for glyphosate and Non-Hodgkin's Lymphoma. I reviewed the references of articles identified in those searches for additional articles not previously resulted. I also searched for and reviewed gray literature addressing glyphosate and Non-Hodgkin's Lymphoma, including governmental and non-governmental reports. In addition, I received materials for review from counsel, including deposition testimony and expert reports.

**Cohort Studies**

Two cohort studies have been published that have investigated GBH as a risk factor for NHL, all of which demonstrated no relationship between GBH and NHL. Both of these studies were

performed using the Agricultural Health Study cohort, a large prospective cohort study of 57,311 pesticide applicators in Iowa and North Carolina.

De Roos (2005) published a cohort study that investigated the relationship between GBH exposure and cancer incidence using the Agricultural Health Study. Enrollment into the cohort occurred from 1993 – 1997 and De Roos evaluated cancer incidence in the cohort through the end of 2001. In this cohort, 75.5% of applicators had used GBH. The authors reported no relationship between GBH and NHL after adjusting for other risk factors including exposure to other pesticides (OR 1.1, 95% CI [0.7, 1.9]). The authors utilized Poisson regression to assess for a dose-response relationship between GBH exposure and cancer incidence, controlled for confounding from exposure to other pesticides, and reported analyses for cumulative exposure days and intensity-weighted days. They reported no relationship or dose-response between GBH and NHL for cumulative exposure days (OR by tertile, lowest to highest: 1.0, 0.7, 0.9) or for intensity-weighted exposure days (OR by tertile, lowest to highest 1.0, 0.6, 0.8) nor was there a relationship between GBH exposure and all lymphohematopoietic cancers. The total number of cases of NHL in this cohort study was 92.

A draft manuscript authored by Alavanja in 2013 reported a cohort study investigating the pesticides as risk factors for NHL and NHL subtypes using the Agricultural Health Study discussed above. Alavanja used data from enrollment questionnaires administered 1993 – 1997, follow up questionnaires administered 1998 – 2004, and cancer incidence through 2008. They reported no dose-response relationship between GBH exposure by tertile and NHL using lifetime exposure days (OR None 1.0 (ref), Low 0.8 95% CI [0.6, 1.2], Medium 0.8 95% CI [0.6, 1.2], High 1.0 95% CI [0.7, 1.4], p trend 0.58) and intensity-weighted lifetime exposure days (OR None 1.0 (ref), Low 0.9 95% CI [0.6, 1.3], Medium 0.8 95% CI [0.5, 1.1], High 1.0 95% CI [0.7, 1.3], p trend 0.81) when controlling only for age as confounder. When the same analysis was performed after controlling for other risk factors for NHL the results were essentially unchanged: by lifetime exposure days (OR None 1.0 (ref), Low 0.8 95% CI [0.6, 1.2], Medium 0.8 95% CI [0.6, 1.2], High 1.0 95% CI [0.7, 1.4], p trend 0.63) and by intensity-weighted lifetime exposure days (OR None 1.0 (ref), Low 0.91 95% CI [0.6, 1.3], Medium 0.8 95% CI [0.5, 1.1], High 0.97 95% CI [0.7, 1.4], p trend 0.69). With respect to NHL subtypes, they reported no dose-response relationship between GBH exposure by tertile using lifetime exposure days and CLL, SLL, MCL when controlling for age alone and after controlling for other risk factors for NHL. In an analysis of pesticide combinations, GBH in combination with other studied pesticides (atrazine, 2,4-D, chlordane) was not associated with NHL.

Andreotti (2018) published a cohort study that investigated the relationship between GBH use and cancer incidence using the same Agricultural Health Study as used in the previous De Roos publication. Andreotti used data from enrollment questionnaires administered 1993 – 1997, follow up questionnaires administered 1999 – 2005, and cancer incidence through 2012 (North Carolina)/2013 (Iowa). The authors utilized multivariate Poisson regression with controlling for confounders including other pesticides and considered both lifetime exposure days and intensity-weighted lifetime exposure days in their analysis. They reported no association between GBH exposure and cancer at any site, including solid tumors and lymphoid malignancies. In a

sensitivity analysis, they repeated their analyses with lag intervals of 5, 10, 15, and 20 years, which did not significantly affect the study results. Sensitivity analysis performed by excluding imputed follow up data also did not affect the study results. Similarly, any misclassification would have biased the results toward the null and have no impact on the conclusions here. With respect to NHL, increasing exposure to GBH as measured by intensity-weighted lifetime exposure days was not associated with an increased risk of cancer incidence (OR referent group 1.00, OR by quartile, lowest to highest: 0.83, 0.83, 0.88, 0.87). The total number of cases of NHL in this cohort study was 575.

**Case Control Studies**
A number of case-control studies have investigated whether an association exists between GBH and hematological malignancies. The overall weight of the evidence supports no association between GBH and any hematological malignancy.

Pahwa (2019) published a pooled study utilizing case-control studies that investigated hematopoietic cancers in the US and Canada (North American Pooled Project). By pooling the data from multiple North American studies discussed below, the authors are able to increase the number of subjects included for analysis. The large numbers of exposed cases and controls, GBH exposure metrics, ability to adjust for exposure to other pesticides, similarity in design of the underlying studies, and robustness of study results to sensitivity analyses result in a high-quality analysis that deserves considerable weight in this causation analysis. Pahwa reported that "ever use" of glyphosate was associated with an excess risk of NHL (OR 1.43, 95% CI [1.11, 1.83]), but that this relationship was no longer present after controlling for use of other pesticides (OR 1.13, 95% CI [0.84, 1.51]). There was no dose-response relationship between glyphosate and NHL after controlling for use of other pesticides, when analyzed by duration of glyphosate use, frequency of glyphosate handling, or lifetime days of glyphosate use. Although statistically significant findings were reported with $\geq$ 2days per year use of glyphosate and NHL overall and DLBCL, the trends were not significant for those outcomes nor were they significant for any other subtypes.  The authors conclude that "[t]he association between glyphosate and NHL overall appears to be confounded by exposure to other pesticides."

Cantor (1992) published a case-control study conducted in Iowa and Minnesota from 1980 to 1983 that investigated pesticides and other agricultural exposures as risk factors for NHL. They reported no association between GBH and NHL (OR 1.1, 95% CI [0.7, 1.9]). The GBH analysis was based on 26 cases and 49 controls with GBH exposure. Conversely, in this study several insecticides were associated with a significantly increased risk of NHL.

McDuffie (2001) published a population-based case-control study performed in Canada that investigated pesticide exposures as risk factors for NHL in men. In a univariate analysis, they reported no relationship between GBH exposure and NHL (OR 1.26, 95% CI [0.87, 1.80]). A multivariate analysis that controlled for several possible confounding factors not including other pesticide exposure, also demonstrated no relationship between GBH exposure and NHL (OR 1.20, 95% CI [0.83, 1.74]). In a dose-response analysis, the authors reported no dose-response relationship between GBH and NHL. This study was based on 51 cases and 133 controls with a

history of GBH exposure. A significant concern in analyzing McDuffie is in the characterization of exposure intensity. For GBH, McDuffie divides subjects into unexposed, exposed 2 days or less per year, and exposed more than 2 days per year. Such a characterization does not consider intensity of exposure during exposed days and the authors offer no scientific basis for the "2 day" cutoff in general.

De Roos (2003) published a study that investigated multiple pesticide exposures as risk factors for NHL in men based on pooled data from three case-control studies conducted in the 1980s in the midwestern United States. The authors performed both a univariate logistic regression and also a hierarchical multivariate regression. In the univariate regression, there was a relationship between GBH and NHL (OR 2.1, 95% CI [1.1, 4.0]), however in the hierarchical regression there was no significant relationship between GBH and NHL (OR 1.6, 95% CI [0.9, 2.8]). The authors reported that there was no association between NHL incidence and the total number or herbicides used nor was there an apparent exposure-response trend. NHL cases occurred before or around when GBH was brought to market, which would not be consistent with exposure to GBH as being causative or contributory to those cases.

Lee (2004) published a case-control study using data from the Cantor 1992 study and Zahm 1990 studies performed in the midwestern United States that investigated pesticide use as a risk factor for NHL with asthma status as a co-variate. They reported no relationship between GBH and NHL in persons with asthma (OR 1.2, 95% CI [0.4, 3.3]) or without asthma (OR 1.4, 95% CI [0.98, 2.1]). There was no relationship between NHL and herbicide use in asthmatics (OR 1.5, 95% CI [0.9, 2.5]) or in non-asthmatics (OR 1.0, 95% CI [0.8, 1.3]).

Hohenadel (2011) published a population-based case-control study conducted in Canada that investigated exposure to multiple pesticides in men as a risk factor for NHL. They reported that the risk of NHL increased with exposure to an increased number of different pesticides. This relationship was strengthened when only "potentially carcinogenic" pesticides were analyzed suggesting that most or all of the risk from exposure to multiple pesticides was due to combinations of those categorized as potentially carcinogenic. (GBH is not considered potentially carcinogenic in this study.) The authors reported no relationship between GBH exposure and NHL (OR 0.92, 95% CI [0.54, 1.55]). GBH did not interact with other pesticides, including bromoxynil, carbathin, 2,4-D, malathion, or mecoprop to increase the risk of NHL.

There are case control studies that are not subsumed by the Pahwa 2019 analysis.  For example, Orsi (2009) published a hospital-based case-control study conducted in France in six centers from 2000 – 2004 that investigated the relationship between occupational exposure to pesticides and the risk of lymphoid neoplasms. Orsi reported no relationship between GBH and NHL (OR 1.0, 95% CI [0.5, 2.2]), HL (OR 1.7, 95% CI [0.6, 5.0]), LPS (OR 0.6, 95% CI [0.2, 2.1]), MM (OR 2.4, 95% CI [0.8, 7.3], and all lymphoid neoplasms (OR 1.2, 95% CI [0.6, 2.1]). Orsi reported no relationship between GBH and NHL subtypes of diffuse large cell lymphoma (OR 1.0, 95% CI [0.3, 2.7]) and follicular lymphoma (OR 1.4, 95% CI [0.4, 5.2]). No relationship was seen between GBH and LPS subtypes of CLL (OR 0.4, 95% CI 0.1, 1.8]) or hairy-cell leukemia (OR 1.8, 95% CI [0.3, 9.3]). Garden or household use of herbicides (types of

herbicides were not individually studied for this setting of use) was not associated with NHL (OR 1.0, 95% CI [0.7, 1.5]), HL (OR 0.8, 95% CI [0.4, 1.6]), LPS (OR 1.0, 95% CI [0.6, 1.6]), MM (OR 1.0, 95% CI [0.6, 2.0]), or all lymphoid neoplasms (OR 1.2, 95% CI [0.9, 1.6]).

Orsi et al performed sensitivity analyses in which they varied lag times, exposure windows, categorization of possible exposures, and demographic variables, which they reported did not change their results. Conversely, Orsi did report statistically significant associations between various lymphoid neoplasms and occupational pesticide, insecticide, fungicide and herbicide use. These associations may, in part, explain the increased risk of hematological malignancies seen in agricultural workers. However, they are not present specifically with GBH.

Cocco (2013) published a population- and hospital-based case-control study that investigated the role of occupational exposure to pesticides as risk factors for lymphoma and lymphoma subtypes that was performed in six European countries from 1998 – 2003. They reported no relationship between GBH and B cell lymphoma (OR 3.1, 95% CI [0.6, 17.1]). This OR was based on 4 cases and 2 controls with GBH exposure and the authors conclude that their results are not interpretable due to the small number of cases and rarity of the exposed.

There are several publications that use data from population-based case-control studies conducted in Sweden that investigated pesticide exposure as a risk factor for NHL in men.

Nordstrom (1998) published a population-based case-control study conducted in Sweden that evaluated occupational exposures as risk factors for HCL, a subtype of NHL. They reported that exposure to farm animals, in general, was significantly associated with HCL as was exposure specifically to cattle, horse, hob, poultry, and sheep. In a univariate analysis, exposure to herbicides generally was associated with a significantly increased risk (OR 2.9, 95% CI [1.4, 5.9]), but GBH exposure specifically was not associated with an increased risk of HCL (OR 3.1, 95% CI [0.8, 21]). The GBH analysis was based on 4 cases and 5 controls with GBH exposure.

In a multivariate analysis, there was no significantly increased risk for HCL associated with herbicide use (OR 1.8, 95% CI [0.7, 4.6]), suggesting that the increased risk seen in the univariate analysis was due to confounding exposures among farmworkers. In a dose-response analysis, Nordstrom et al reported that the risk of HCL decreased with increasing exposure to herbicides: 47 – 370 days OR 2.3, 95% CI [0.8, 6.2] compared to 2 – 46 days OR 3.6, 95% CI [1.4, 9.3]). These results in all suggest against a role for herbicides generally, and GBH specifically, as a cause of HCL.

Hardell (1999) published a population-based case-control study also conducted in Sweden from 1987 to 1990 that evaluated pesticide exposure as a risk factor for NHL. In a univariate analysis, they reported a borderline significant association between herbicides and NHL (OR 1.6, 95% CI [1.0, 2.5]) and a significant association between fungicides and NHL (OR 3.7, 95% CI [1.1, 13.0), but no association between GBH and NHL (OR 2.3, 95% CI [0.4, 13]). In a multivariate analysis, there was no significant association between GBH exposure and NHL (OR 5.8, 95% CI [0.6, 5.4]). The authors note that their study was limited by small numbers with only four cases

and three controls with GBH exposure, stating that definite conclusions should not be drawn from the study.

Hardell (2002) pooled the above-discussed case-control studies for NHL and HCL in a separate publication. In a univariate analysis, they reported a significant association between herbicide exposure and NHL (OR 1.75, 95% CI [1.26, 2.42]) and between GBH and NHL (OR 3.04, 95% CI [1.08, 8.52]). However, in a multivariate analysis there was no significant association between herbicide exposure and NHL (OR 1.39, 95% CI [0.96, 2.02]) nor was there an association between GBH exposure and NHL (OR 1.85, 95% CI [0.55, 6.20]). The GBH analysis was based on a total of 8 cases and 8 controls with GBH exposure across the two included case-control studies. The multivariate analysis still demonstrated an association between other herbicides and NHL (OR 2.28, 95% CI [1.02, 5.15]).

Eriksson (2008) published a population-based case-control study conducted in Sweden from 1999 to 2002 that investigated pesticide exposure as a result factor for NHL. In a univariate analysis, they reported a significant association between GBH and NHL (OR 2.02, 95% CI [1.10, 3.71]), however after adjusting for confounding exposures in a multivariate analysis, there was no association between GBH and NHL (OR 1.51, 95% CI [0.77, 2.94]). The authors also performed univariate statistical analysis for NHL subtypes but did not report a multivariate analysis, making it impossible to assess the importance of confounding in that analysis. This study was based on 29 cases and 18 controls with a history of GBH exposure.

**Other Human Subject Studies**
The higher rates of cancer in agricultural workers, including lymphopoietic cancer such as lymphoma, predate the introduction of GBH to the market as a commercially available herbicide. Several studies support this observation. For example, Burmeister (1981) published a study of age-adjusted cancer mortality rates in male farmers conducted in Iowa from 1971 – 1978 based on death certificate information. As compared to non-farmers, farmers had significantly higher proportionate mortality ratios for lip cancer (PMR 1.62, $p < 0.01$), stomach cancer (PMR 1.14, $p < 0.01$), leukemia (PMR 1.10, $p < 0.05$), lymphoma (PMR 1.14, $p < 0.05$), multiple myeloma (PMR 1.27, $p < 0.01$), and prostate cancer (PMR 1.10, $p < 0.01$). Other similar studies include Cantor 1982, Burmeister 1983, and Schumacher 1985.

The etiological agent(s) underlying the increased risk of lymphopoietic cancer in agricultural workers remain unidentified although viral, bacterial, fungal infections, subclinical or otherwise, diesel exhaust, tobacco/alcohol use, pesticides, and exposure to animal and plant macromolecules among others have been proposed as possible causative factors.

Acquavella (2004) performed a biomonitoring study investigating GBH exposure to agricultural workers and their family members as it relates to GBH preparation and application by measuring urine glyphosate concentrations. They reported that most GBH exposure associated with preparation and application occurred during the mixing and loading of the herbicide. Mixing and loading of GBH and skin contact with GBH correlated with urine GBH concentrations. Wearing rubber gloves was protective against GBH exposure. Among farmers, 40% did not have

detectable urine GBH concentrations on the day of application. All exposures, including those where the worker spilled GBH onto themselves, resulted in systemic doses substantially below the US EPA reference dose for GBH (highest estimated systemic dose for farmer-applicators = 0.004 mg/kg; reference dose 2 mg/kg/day).

They conclude that dermal exposure during mixing and loading or spills associated with mixing and loading were the primary route of exposure for glyphosate from GBH, with inhalation of spray droplets being a minor route of exposure, and inhalation of glyphosate vapor (vapor pressure of isopropylamine salt $1.6 \times 10^{-8}$ mmHg) not being a route of exposure. Household GBH users, who do not mix or load the GBH into commercial applicators, therefore, are anticipated to have significantly lower GBH exposure characteristics as compared to agricultural workers utilizing GBH concentrates and commercial application machinery.

**Meta-Analyses**

Meta-analyses may be of use in that they combine data from two or more smaller studies to increase the number of subjects available for statistical analysis. However, it is important to assess the quality of meta-analyses when considering the weight to afford their conclusions in a causation analysis. Meta-analyses are only as accurate as the studies upon which they rely. Any biases or confounding that are present in the included individual studies will still be present when that data is combined in a meta-analysis. When performing a meta-analysis, the authors must derive a method to extract and combine data from the original studies. A significant problem in meta-analyses is that the underlying studies may differ in their measurement of exposure, categorization of high- versus low-exposure, and grouping of subjects. The methods used by authors of a meta-analysis in combining the data from the underlying studies will significantly affect the statistical analyses and conclusions of the meta-analysis. Each of these potential weaknesses is observed in the meta-analyses addressing GBH.

Leon (2019) performed a meta-analysis investigating the relationship between NHL and pesticide use using only cohort data from three large agricultural cohorts. In this larger meta-analysis, that included 1,131 cases of NHL with exposure to GBH, there was no association between GBH and NHL (HR 0.95, 95% CI [0.77, 1.18]).

Schinasi (2014) published a systematic review and meta-analysis that investigated the relationships between occupational exposure to agricultural pesticides and NHL. They reported that GBH was positively associated with NHL (meta RR 1.5, 95% CI [1.1, 2.0]) with a moderate amount of heterogeneity between studies included in the analysis. In performing the analysis, Schinasi used data from De Roos 2003, De Roos 2005 (cohort), Eriksson 2008, Hardell 2002, McDuffie 2001, and Orsi 2009. In extracting the data from these studies, Schinasi used the univariate analyses from each study rather than the multivariate analyses that were performed to reduce confounding effects from other risk factors for NHL. As shown in Pahwa 2019, the univariate odd ratios and confidence intervals in the above studies were all greater than the multivariate odd ratios due to confounding effects, which resulted in Schinasi obtaining a statistically significant relationship between GBH and NHL that would not have been obtained had the more accurate multivariate analyses been used. Other case control study data were not

used in the Schinasi meta-analysis including Lee 2004, and Hohenadel 2011, all of which reported no association between GBH and NHL.

Chang (2016) published a systemic review and meta-analysis that investigated the relationship between GBH exposure and the risk of lymphohematopoietic cancer, including NHL. They used multivariate data from included studies when available to minimize confounding effects. A total of seven studies were chosen for inclusion: Cocco 2013, Hardell 2002, Orsi 2009, Eriksson 2008, De Roos 2003, McDuffie 2001, and De Roos 2005 (cohort). Andreotti 2018 and Pahwa 2019 were not yet available for their analysis. They report a marginally significant meta-RR between any and no use of GBH (meta-RR 1.3, 95% CI [1.0, 1.6]). In their analysis, the authors discuss the concern for unresolved biases (such as inclusion bias and exposure misclassification bias) and confounding in included case-control studies.

Zhang (2019) published a meta-analysis that purported to investigate the relationship between GBH exposure and NHL with a focus on high magnitude exposures. They reported an overall meta-relative risk of 1.41 (95% CI [1.13, 1.75]) using highest exposure groups from selected case-control studies and the AHS, which itself creates tension given the limitations of the case-control study design. Due to the authors' chosen endpoints, the meta-analysis is forced to rely upon a very small subset of the otherwise large populations that have been studied following GBH exposure. The only study to have actually evaluated exposure intensity and duration is the Agricultural Health Study. To be able to include case-control studies, the authors used categories of "ever exposure" or assume duration is equivalent to exposure intensity, which is untrue. In Eriksson, they include the category of > 10 days/year of use as being highest exposure and in McDuffie > 2 days/year although the exposure intensity during those days is unknown. Although Zhang's methods state that "RR estimates that adjusted for other pesticide use were selected over unadjusted counterparts", from the Eriksson study they utilize an RR estimate that did not adjust for other pesticide use (Table 2), despite Eriksson also reporting an RR estimate that did adjust for other pesticide use (Table 7). As discussed above, controlling for other pesticide use in the Eriksson study resulted in no association between GBH and NHL. Notably, the analysis does not include more recent and fully adjusted data from the North American Pooled Project. By limiting inclusion from the Andreotti study to only subjects in the highest quartile exposure with a 20-year lag, the authors' criteria resulted in inclusion of less than 15% of the total data from the study (55 cases included out of a total of 440 in the study), which resulted in that study being given lower weight despite it being having the highest validity as a cohort study rather than a case-control study. The inclusion criteria also pull out the only high exposure intensity group with a point estimate above 1 (which was itself not statistically significant). Using the highest quartile with a 5-year lag, the point estimate for NHL is 0.87 (95% CI [0.64, 1.17]). At the 20-year lag, 3rd quartile of exposure, the point estimate is 0.98 (95% CI [0.71, 1.36]). The authors' goal to investigate a relationship between high magnitude GBH exposure was unachieved due to data limitations from the studies included in the meta-analysis and resulted in selective inclusion of small subgroups of data with elevated point estimates despite those being inconsistent with overall study results.

**Animal Studies**

In interpreting the results of animal model carcinogenicity studies, it is important to understand that cancers occur spontaneously in the animal models in the absence of exposure to any chemical carcinogen. The number of tumors that occur spontaneously in rodents, as in humans, increases with age. The presence of tumors, whether benign or malignant, in animals exposed to substances being investigated as potential carcinogens is, by itself, not evidence of carcinogenicity as those cancers may be spontaneous in nature. One step in the process of determining whether a substance is an animal carcinogen is comparing the rate of each type of cancer in exposed animals must be compared to control, unexposed animals to determine if a significant increase in incidence of that cancer occurs with exposure to the potential carcinogen.

An equally important factor in the interpretation of animal model carcinogenicity studies is how the incidence of a certain type of tumor in a given study compares to the expected rate of that tumor in the type of animal being studied.  If the rate of a tumor type in a given study is within historical expectations, the findings are likely not compound related.  One must also consider other factors such as dose-response, evidence of tumor progression, and survival/mortality.

A review article published by Greim et al in 2015 discusses the results of animal toxicity and carcinogenicity studies that were performed with glyphosate for submission to regulatory agencies. Based on five one-year oral toxicity studies performed in Beagle dogs, the NOAEL (no observed adverse effect level) in dogs on a daily treatment regimen was 500 mg/kg/day. These findings are consistent with the conclusion that glyphosate is of low toxicity to animal species. A similar NOAEL of 8,000 ppm (560 mg/kg/day in males, 671 mg/kg/day in females) was reported in a one-year chronic toxicity study performed in rats.

A total of 12 carcinogenicity studies have been performed in animal models for which sufficient data is available to fully review. The number of studies available is due to mandatory testing guidelines used by various regulatory agencies in countries where glyphosate has been registered as an herbicide as well as changes to testing guidelines over time. Notably, the dose levels of the animals in these studies far exceed human-relevant systemic doses reported in the biomonitoring study by Acquavella (2004).

Seven studies were performed in rat models. Two studies performed by Monsanto in 1981 and 1990. The 1981 study preceded some testing guidelines regarding the maximum tolerated dose and utilized daily exposure of up to 300 ppm (corresponding to a dose of up to approximately 30 mg/kg/day) in Sprague Dawley rats for 26 months and glyphosate was not carcinogenic under those conditions. Monsanto performed the 1990 study in response to changes to regulatory requirements. Sprague Dawley rats were fed up to 20,000 ppm (940 mg/kg/day males, 1183 mg/kg/day females) for 24-months with the 20,000 ppm dose exceeding the MTD. Glyphosate was not carcinogenic under those conditions.

Cheminova performed a 104-week study in 1990 – 1992 in Sprague Dawley rats administering daily dietary doses up to 1000 mg/kg/day with the 1000 mg/kg/day exceeding the MTD. The NOAEL was 300 mg/kg/day. Glyphosate was not carcinogenic under those conditions.

Feinchemie Schwebda performed a 2-year study in 1996 in Wistar rats fed dietary glyphosate at doses up to 10,000 ppm (740.6 mg/kg/day) with 10,000 ppm exceeding the MTD. Glyphosate was not carcinogenic under those conditions.

Arysta Life Sciences performed a combined chronic toxicity/carcinogenicity feeding study in Sprague Dawley rats with daily doses up to 30,000 ppm (1127 mg/kg/day males; 1247 mg/kg/day females) glyphosate for 2 years, with the highest dose both exceeding the MTD and the limit dose. Glyphosate was not carcinogenic under those conditions.

Syngenta performed a 2-year feeding study in Wistar rats in 2001 employing doses up to 20,000 ppm (1214 mg/kg/day males; 1498 mg/kg/day females) glyphosate, with the highest dose both exceeding the MTD and the limit dose. Glyphosate was not carcinogenic under those conditions.

Nufarm performed a 2-year feeding study in Wistar rats using daily dosing of up to 15,000 ppm that was progressively increased to 24,000 ppm to achieve a limit dose (1077 mg/kg/day males, 1382 mg/kg/day females). Glyphosate was not carcinogenic under those conditions.

Five studies were performed in mouse models. The first such study was performed by Monsanto in 1980 – 1982 feeding CD-1 mice glyphosate at daily doses up to 30,000 ppm (4,841 mg/kg/day males; 5,874 mg/kg/day females) for 2 years with the highest dose exceeding the limit dose. Glyphosate was not carcinogenic under those conditions.

Cheminova performed a 2-year feeding study in CD-1 mice from 1989 – 1991 using adjusted daily doses up to 1000 mg/kg/day to achieve the limit dose. Glyphosate was not carcinogenic under those conditions.

Arysta Life Sciences performed an 18-month feeding study in CD-1 mice from 1995 – 1996 with daily doses of glyphosate up to 40,000 ppm (4348 mg/kg/day males; 4116 mg/kg/day females) with the highest administered dose exceeding the limit dose. Glyphosate was not carcinogenic under those conditions.

Feinchemie Schwebda performed an 18-month feeding study in Swiss albino mice from 1997 – 1999 using daily doses up to 10,000 ppm (1454 mg/kg/day males; 1467 mg/kg/day females) glyphosate with the highest dose exceeding both the limit dose and the MTD. A NOAEL of 1,000 ppm was established in this study. Glyphosate was not carcinogenic under those conditions. There were concerns expressed about the presence of a viral infection or parasites in the colony that impact the weight placed on this study.

Nufarm performed an 18-month carcinogenicity feeding study in CD-1 mice using daily doses up to 5,000 ppm (810 mg/kg/day males, 1081 mg/kg/day females) glyphosate; therefore, the limit dose was only met in female mice. Glyphosate was not carcinogenic under those conditions.

In evaluating the totality of evidence available from animal model studies, it is important to consider that thousands of comparisons are made between exposed animals and controls investigating individual types of tumors. Due to these multiple comparisons, it is anticipated that spurious correlations will exist in the data due to statistical noise. It is important to consider any statistically significant relationships between exposure and specific tumor types in the context of all of the available data to assess whether the relationship is suggestive of an exposure-related effect or is due to random variation.

*Other Animal Studies*

Takahashi performed an oral feeding carcinogenicity study in mice with technical glyphosate in 1999. Unfortunately, details of this study are not available for review. The only available information is contained in a 2016 report issued by the Joint FAO/WHO Meeting on Pesticide Residues. The JPMR noted that "there is equivocal induction of lymphomas in female mice". However, they also noted that in six other studies there was no evidence of lymphoma induction in female mice, including three other studies in which higher doses of glyphosate were used. Given the common nature of spontaneous lymphoma in CD-1 mice discussed below, these numbers fall within an expected range and cannot be attributed to the test compound.

In summary, a large number of animal model carcinogenicity studies have been performed following appropriate regulatory guidelines and good laboratory practice. Mice strains used to assess for carcinogenicity have a high incidence of spontaneous lymphoma (average incidence ~ 5 – 24%) and are very sensitivity to chemical induction of lymphoma, yet no increase in lymphoma is seen following exposure to glyphosate in these animal models. The rate of lymphoma is exposed mice does not differ from that seen in controls. Conversely, rat strains used to assess for carcinogenicity have much lower rates of spontaneous lymphoma and yet again no increased incidence of lymphoma is seen in rats following glyphosate exposure.

The repeated negative findings across this large number of studies is highly reassuring that glyphosate is not an animal carcinogen. These studies have demonstrated that glyphosate is not carcinogenic under exposure conditions with much higher daily doses than would occur in human occupational, environmental, or household exposures.

## Mechanistic Studies

Both glyphosate and GBH have been studied extensively for potential genotoxicity or mutagenicity in mechanistic studies. Many of these studies follow regulatory guidelines for hazard assessment and are of use in a causation analysis, such as those that assess the potential for heritable changes instead of cellular damage in general. Other studies have utilized less reliable endpoints and techniques that limit their applicability. Mechanistic studies are screening studies, used to determine whether further study is indicated, such as animal model studies or human epidemiological studies, and should be used along with other evidence in a weight-of-the-evidence analysis. However, they should not be relied upon to determine whether a substance or mixture is a human carcinogen. Substances that demonstrate positive results in mechanistic studies utilizing certain techniques, doses and endpoints, may not be carcinogens in more advanced test systems. Credible mechanistic studies performed with glyphosate and GBH have

demonstrated that they are not mutagenic nor genotoxic. Summaries of mechanistic studies extracted from EPA OPP 2017 report are listed in Appendix A.

There are also mechanistic studies of surfactants used in GBH. Surfactants used in GBH are not mutagenic and do not cause DNA damage at concentrations that are not associated with general cytotoxicity. The surfactants are approved by regulatory authorities.

**Governmental Agency and Non-Governmental Agency Reports**
Due to its registration and use in various countries, GBH has been reviewed for toxicity, mutagenicity, and carcinogenicity by a number of governmental regulatory agencies. Scientists at these agencies review all available data (both published and as submitted to them by manufacturers) in performing a weight of the evidence analysis and reaching their conclusions. Those reviews have concluded that GBH is not mutagenic or carcinogenic. For example:

The scientists at the U.S. Environmental Protection Agency Office of Pesticide Programs published a report evaluating the mutagenic and carcinogenic potential of GBH in December 2017 based on a review of available studies. They concluded, "The overall weight of evidence indicates that there is no convincing evidence that glyphosate induces mutations *in vivo* via the oral route. When administered by i.p. injection, the micronucleus studies were predominantly negative. The only positive findings reported in vivo were seen at relatively high doses that are not relevant for human health risk assessment." After considering "epidemiological, animal carcinogenicity, and genotoxicity data," these scientists concluded that glyphosate is "not likely to be carcinogenic to humans." EPA has consistently reaffirmed this position, including in 2019.

The scientists at the Australian Pesticides and Veterinary Medicines Authority published a review and analysis of the mutagenicity and carcinogenicity of GBH in September 2016. They concluded, "The weight-of-evidence indicates that glyphosate is not genotoxic in mammals at concentrations relevant to human exposure." With regard to the potential for glyphosate to induce oxidative stress, they concluded, "No definitive conclusions could be drawn on the ability of glyphosate products and their associated impurities to induce oxidative stress, as there is limited reliable information available regarding the involvement of an oxidative stress mechanism for inducing cytotoxicity." Their overall conclusion was, "Exposure to glyphosate does not pose a carcinogenic risk to humans."

The scientists at the German Federal Institute for Risk Assessment (BfR) published a revised Renewal Assessment Report in 2015 for glyphosate. They concluded that neither glyphosate nor GBH are mutagenic or carcinogenic. "In the whole, the pub published data are not sufficient to provide convincing evidence of mutagenic effects caused by glyphosate or its formulations... Damage to the DNA is not essentially indicative of mutagenicity but could also result from cytotoxicity. Irrespective of the origin of these effects on DNA level, they appear to be confined to very special exposure situations only and not to represent a health hazard to human beings." "The available studies clearly show a lack of mutagenicity of the tested surfactants in the limited number of test systems used confirming the negative outcome of respective studies

with glyphosate formulations… This example provides further evidence that suspected mutagenic effects of formulations as reported in section II might be readily due to cytotoxicity." "Overall, the weight of evidence of the studies considered in the earlier review as well as the studies considered in this review indicates that glyphosate and GBFs are not genotoxic in the two general endpoint categories most directly relevant to heritable mutagenesis, gene mutation and chromosome effects. This conclusion results from a preponderance of evidence; however, there are reports of positive discordant results in both end point categories. The new studies considered in this review provide some evidence for DNA damage effects induced by high, toxic exposures, particularly for the alkaline SCGE end point and for GBFs containing surfactant. Several considerations, including the lack of response in other endpoint categories, suggest that these effects result from toxic and not DNA-reactive mechanisms and that they do not indicate in vivo genotoxic potential under normal exposure levels. Regulatory and authoritative reviews of glyphosate supporting registrations and registrations in all regions of the world over the last 40 years have consistently determined that glyphosate is nongenotoxic (Commission, 2002, ASB2009-4191; WHO/FAO, 2004, ASB2008-6266). Scientific publications contrary to these regulatory reviews should be evaluated using a weight of evidence approach with consideration for reliability of the assay used and data quality presented." Based on the available evidence, this agency concluded that "classification and labeling for carcinogenicity is not warranted."

The scientists at the European Chemical Agency published a report for the classification and labeling of glyphosate in 2017. They conclude that glyphosate is not mutagenic, "In summary, the in vitro data are not entirely consistent, but indicate that glyphosate does not induce gene mutations… RAC has considered data from 7 additional oral studies and 3 i.p. studies which were all negative and concludes that glyphosate is not mutagenic across the entire range of in vivo bone marrow mutagenicity tests… RAC considers the data from the studies available to be equivocal and concludes that although it appears that glyphosate may induce oxidative stress, this has not been demonstrated in the in vivo repeated dose studies suggesting that the effect is weak and of uncertain biological significance… Glyphosate appears to induce transient DNA strand breaks as observed in the in vitro and in vivo Comet assays. However, as glyphosate does not induce gene mutations and bone marrow mutagenicity is considered negative, their biological importance in relation to mutagenicity is equivocal... Taking all data into account, and based on the overall negative responses in the existing gene mutation and oral mutagenicity tests, RAC concludes that **no classification of glyphosate for germ cell mutagenicity** is warranted." Similarly, "RAC conclude[d] that based on the epidemiological data as well as the data from long-term studies in rats and mice, taking a weight of evidence approach, no classification for carcinogenicity is warranted."

The scientists at the Joint Special Session of the Joint Meeting of the FAO Panel of Experts on Pesticide Residues in Food and the Environment and the WHO Core Assessment Group on Pesticide Residues published a report in 2016 that assessed glyphosate and GBH for mutagenicity. This meeting and report were jointly sponsored by two international organizations: the United Nations and the World Health Organization. They concluded that neither glyphosate nor GBH are mutagenic:

"The overall weight of evidence indicates that administration of glyphosate and its formulation products at doses as high as 2000 mg/kg bw by the oral route, the route most relevant to human dietary exposure, was not associated with an increase in chromosome alterations or other types of genetic damage. The majority of the in vivo studies were conducted in rodents, a model considered physiologically relevant for assessing genotoxic risks to humans. The genotoxic effects reported to occur in vitro or in phylogenetically distant organisms have not been observed in vivo in appropriately treated mammalian models.

When administered by intraperitoneal injection, mixed, largely negative, results have been reported in studies of chromosomal damage of glyphosate, its formulation products and metabolites. Mixed, and somewhat contradictory, results have been reported in the few studies (all conducted by intraperitoneal injection) that have investigated DNA adducts induced by glyphosate or Roundup. Results obtained by this route of administration are considered to have limited relevance when estimating risks from human dietary exposure.

The positive results reported by Amer et al. (2006) using both oral and intraperitoneal routes of administration appear anomalous, and may have been due to impurities or other components within the Herbazed formulation product.

Biomonitoring studies of DNA and chromosomal alterations in humans conducted in five to six communities by several investigators found equivocal associations between glyphosate exposure and genetic damage."

They also concluded that based upon all evidence reviewed, "glyphosate is unlikely to pose a carcinogenic risk to humans from exposure through the diet."

The scientists at Health Canada published a re-evaluation report of glyphosate in 2017. They determined that glyphosate is neither mutagenic nor carcinogenic, "The PMRA's determination on the carcinogenic potential of glyphosate is consistent with the most recent conclusions of other international regulatory authorities and intergovernmental organizations (USEPA CARC Report,18 EFSA,19 JMPR,20 ECHA,21 and NZEPA22), which concluded that glyphosate is unlikely to be genotoxic or carcinogenic. Therefore, the PMRA's conclusion with respect to the carcinogenicity of glyphosate acid, as outlined in PRVD2015-01, is unchanged."

The National Toxicology Program performed studies in 2018 and 2019 investigating whether glyphosate or GBH caused oxidative stress. In both studies, glyphosate and GBH did not cause oxidative stress except when the concentration was sufficient to cause significant cell death. For example, the authors concluded in 2019, "These data suggest that in the present study ROS induction by GBH is most likely a result of significant cell death and not the cause of the cell death."

These agencies are composed of medical doctors and career scientists in their respective countries whose mission and duty are the protection of public health and public safety. Their

professional careers are dedicated to performing analyses such as these to assess potential hazards posed by the use of certain chemicals. All of these scientists are in agreement that glyphosate and GBH do not pose a carcinogenic hazard to humans.

In contrast, IARC in 2015 classified glyphosate as "probably carcinogenic to humans". It is important to understand why IARC classification stands in contrast to all of the above public health and safety agencies that have determined that glyphosate and GBH are neither mutagenic nor carcinogenic. IARC is limited by its policies on what data may be used in producing its assessment. IARC will only consider studies and data that have been published or accepted for publication in peer-reviewed scientific literature. As a result, they are not able to use data from studies performed in the process of registering an herbicide for commercial use. All of the other agencies are able to integrate those studies with the peer-reviewed literature, which makes their evaluations more robust that IARC. IARC also relied upon non-mammalian species studies, which are relevant to whether a substance may be a carcinogen in certain animal species but which is irrelevant to considering whether a substance is a human carcinogen. Unfortunately, IARC does not allow public comment nor are its deliberations open so further characterization of its process in determining the carcinogenic potential of glyphosate is limited. This also stands in contrast to each of the public health and safety agencies that have determined that glyphosate and GBH are not mutagenic nor carcinogenic.

**Causation Analysis**
The potential for a causal relationship between GBH and NHL has been well studied due to its use in a number of countries around the world and due to an increased risk of NHL in agricultural workers that predates the advent of glyphosate. These studies, performed in humans, animal models, and mechanistic models demonstrate no association between glyphosate and GBH and NHL, which would prompt the need for causation analysis. For the sake of completeness, I have performed a causation analysis utilizing the Bradford Hill framework. There are nine considerations in the Bradford Hill framework to address, which I will assign to individual paragraphs.

*Strength*
Bradford Hill assigns strength as the most important variable to assess in his framework although it is not absolute. The importance of strength is apparent to both scientists and laypersons. When an exposure is highly tied to an adverse health effect (such as cigarette smoking and lung cancer), it increases the likelihood that the association is, in fact, causative, and not the result of confounding factors or study bias, including inclusion bias, misclassification bias, publication bias, and others. GBH fails the strength test with regard to a potential association with NHL. In many of the human studies, the point estimate for GBH and NHL was below, at, or just above 1. The studies producing point estimates just above 1 should not be interpreted as indicative that GBH causes cancer any more than the studies producing point estimates below 1 should be interpreted that GBH protects you against cancer. These small variations are common to all studies due to random chance in a study population. All point estimates have to be placed in the context of the weight of the evidence.

*Consistency*

Is the same adverse health effect seen in association with an exposure in different studies, different circumstances, different time frames? GBH also fails this criterion with respect to NHL. GBH is consistently not associated with NHL across different cohorts, time frames, and populations for case control studies when the data are properly adjusted for exposure to confounding factors. Therefore, with respect to consistency, GBH is consistently not associated with NHL.

*Specificity*

Specificity refers to whether a specific exposure is associated with a specific disease. As Bradford Hill states, "We must also keep in mind that diseases may have more than one cause." GBH fails this criterion with respect to NHL. NHL is not one disease – instead, it is a category comprising multiple different subtypes of cancer that etiologically distinct in some ways.  In the GBH data, there is no consistent finding for a specific subtype. It is well accepted that agricultural workers are at increased risk of hematopoietic cancers, which is why the population is so well studied in that regard, and that NHL occurs in others never exposed to glyphosate or GBH. However, the specific cause or causes of the increased risk are diverse: viral, bacterial, fungal infections, subclinical or otherwise, diesel exhaust, tobacco/alcohol use, pesticides, animal and plant macromolecules, and others. The lack of specificity between an exposure and an increased risk of NHL in agricultural workers and others is precisely why so many studies have been performed, which demonstrate that GBH is not the source of the increased risk.

*Temporality*

Temporality is the timing between the exposure and the onset of disease. Clearly, the exposure must precede disease onset to be considered as a contributing factor. But just as importantly, the exposure must precede the disease with an appropriate amount of latency period. If one is exposed to a carcinogen today and is diagnosed with NHL tomorrow, there is no relationship. The disease had already initiated, promoted, and progressed long before the exposure. With NHL, it has been demonstrated in the peer reviewed literature that the average latency time following exposures is approximately 10 years with a lower bound of 5 years and an upper bound of approximately 20 years. GBH fails the criterion of temporality with regard to NHL. Agricultural workers were at elevated risk of NHL and other hematopoietic cancers long before GBH was developed and brought to market. The underpinning work that identified this increased cancer risk among agricultural workers preceded GBH as a potential causative agent. The Swedish studies and DeRoos 2003 study referred to by Plaintiff's experts include large amounts of data collected less than 10 years after GBH was brought to market. Therefore, the increased risk identified in those studies is likely due to confounding from other exposures that occurred prior to GBH being commercially available. Meta-analyses that rely on earlier data, including the Swedish studies, also include data where temporality is not demonstrated. Subsequent cohort studies, such as the AHS, have appropriately addressed temporality and in those studies GBH is not associated with NHL

*Biological Gradient*

Biological gradient is another term for dose-response. In a causative relationship, as dose increases so should the incidence of the adverse health effect. If you smoke more cigarettes, you are at higher risk of lung cancer. GBH fails this criterion with respect to NHL. As discussed above, the most robust human subject studies report negative statistical relationships between GBH and NHL (p trend > 0.05). As GBH exposure increases, the risk of NHL does not increase. The meta-analysis that attempted to relate high magnitude GBH exposure to NHL failed to demonstrate such a relationship because the available study data did not fit their study assumptions.

*Plausibility*

Plausibility is a weaker criterion because it depends on what we already know. Is it plausible that GBH causes NHL based on what we know about both entities? GBH fails this criterion as well. Glyphosate is known to block the activity of enolpyruvylshikimate-3-phosphate synthase that is vital to plant production of aromatic amino acids and other compounds. That enzyme does not exist in humans who are therefore unaffected by GBH until it is administered at massive doses that result in cytotoxicity.

Further, NHL is known to be associated with age, immunosuppressant drugs, and infection with certain bacteria or viruses, which may occur in the agricultural setting but which are not associated with GBH exposure. Based on our collective current toxicological knowledge of GBH and NHL, there is no relationship between the two entities.

*Coherence*

Coherence means that attributing a causal relationship between and exposure and a disease should not require that we deviate from the known natural history and biology of the disease. GBH fails this criterion with respect to NHL. GBH does not have any mechanism of action in animal or human physiology that would reasonably result in induction of NHL as compared to the known risks for NHL. Accepting the elevated point estimates of the Swedish studies at point value would require us to believe that NHL has a different latency period following exposure to GBH as compared to every other environmental agent due to the performance of those studies shortly after GBH became commercially available. There is no coherence between GBH exposure and the possibility of induction of NHL.

*Experiment*

Due to regulatory requirements, experiment is an important part of our data set in the analysis of GBH and NHL. While animal data is less important in a causation analysis than human epidemiological data due to interspecies differences and dosing issues (discussed above), it should be considered in a causation analysis. Glyphosate and GBH studies performed in animal models to assess for carcinogenicity have been overwhelmingly negative. Regulatory bodies that have reviewed such studies have determined that GBH is not a carcinogen. *In vivo* studies performed in mammals and studies in bacteria for mutagenicity have similarly been overwhelmingly negative. GBH fails the criterion of experiment with respect to NHL.

*Analogy*

Analogy is the history of another similar exposure being associated with the adverse human health effect of interest. GBH fails this criterion with respect to NHL. There are no other herbicides with similar mode of action that are known or suspected to cause NHL. Pesticides that are potentially associated with hematopoietic malignancies have structures and mechanisms of action that are completely distinct from GBH.

## IV.    Conclusions

Public health and safety agencies that have evaluated glyphosate and GBH for their potential as a human carcinogen have concluded that they are not carcinogenic. These agencies and institutions are responsible for protecting the health of workers and the general public in each of their respective countries, are experienced in performing carcinogenicity analyses, and have individually each reached the same conclusion: glyphosate and GBH are not human carcinogens.

I have evaluated the scientific studies that have investigated whether glyphosate and GBH are associated with hematopoietic malignancies, including NHL. There is sufficient evidence available to conclude that glyphosate and GBH are not human carcinogens. Human epidemiological studies overwhelmingly support the conclusion that glyphosate and GBH are not human carcinogens. Multiple analyses of the large long-term Agricultural Health Study cohort demonstrate no relationship between GBH and NHL. Overall, and when controlled for confounding factors, case-control studies demonstrate no relationship between GBH and NHL.

In the case-control studies that reported statistically significant associations between GBH and NHL in univariate analyses, the associations were no longer evident when confounders were considered in multi-variate analyses or when the US and Canadian studies were pooled in Pahwa 2019. While no study can address all confounders and confounding still occurs even in multi-variate analyses, addressing suspected confounders using multi-variate analysis weakens the association between GBH and NHL to where it is no longer above that expected by chance.

Animal studies, while of less importance to a causation analysis than human epidemiological studies, similarly support the conclusion that glyphosate is not carcinogenic. Due to multiple GBH registrations, numerous animal model carcinogenicity studies have been performed that meet regulatory guidelines and good laboratory practice. These studies have demonstrated no relationship between glyphosate and cancer, including lymphoma, in animal models. These studies used high doses of glyphosate, significantly higher than any glyphosate dose that would be achieved through commercial or household use of a GBH product. Biomonitoring in humans demonstrates that the absorbed dose of glyphosate during commercial use, even when appropriate personal protective equipment is not used and dermal contact with GBH occurs, is well below the EPA reference dose and orders of magnitude less than that used in animal carcinogenicity studies.

Lastly, genotoxicity studies, also fail to support a finding of carcinogenicity. Glyphosate and GBH have repeatedly been demonstrated to be not mutagenic or genotoxic. At *in vitro* concentrations that result in cytotoxicity, DNA damage may occur due to general cytotoxicity, a finding which is not relevant for human health risk assessment.

Based on the enormous amount of study data available and which I have reviewed, glyphosate and GBH are not human carcinogens and do not cause NHL.

All opinions within this report are stated to reasonable degree of medical certainty.


Abbreviations
CI      Confidence interval
CLL     Chronic lymphocytic lymphoma
HCL     Hairy cell leukemia
HL      Hodgkin's lymphoma
LPS     Lymphoproliferative syndrome
MCL     Mantle cell lymphoma
MM      Multiple myeloma
MN      Micronuclei
MTD     Maximum Tolerated Dose
NHL     Non-Hodgkin's lymphoma
OR      Odds ratio
SLL     Small lymphocytic lymphoma

David Vearrier, M.D., M.P.H.


## Appendix A – Summaries of Mechanistic Studies Extracted From the EPA OPP 2017 Report

| *In vitro* Tests for Mutagenicity in Bacteria – Glyphosate Technical | | | |
|---|---|---|---|
| Reference | Test/Test System | Concentration | Result |
| Flowers, 1978 | Bacterial Reverse Mutation, *S. typhimurium* | $10 - 1,000$ mcg/plate | Negative +/- S9 |