# EXHIBIT 1

Caitlin Costello, MD  7/11/2019

1                    UNITED STATES DISTRICT COURT

2                  NORTHERN DISTRICT OF CALIFORNIA

3
      EMMANUEL RICHARD GIGLIO, an        )
4     Individual,                        )
                                         )
5                    Plaintiff,          )
                                         )
6          vs.                           ) Case No.:
                                         ) 3:16-cv-05658-VC
7     MONSANTO COMPANY and DOES 1-50,    )
                                         )
8                    Defendants.         )
      _____)
9

10

11

12      VIDEOTAPED DEPOSITION OF CAITLIN COSTELLO, M.D.

13                   LA JOLLA, CALIFORNIA

14                     JULY 11, 2019

15

16

17

18

19

20

21

22

23

24      REPORTED BY:  Kathryn L. Edwards, CSR No. 7288

25

Caitlin Costello, MD  7/11/2019

```
1          A     Dr. Redfern.

2          Q     Okay.  And in that May 21st encounter, was

3    Mr. Giglio also still continuing to experience

4    symptoms of neuropathy?

5          A     My notes say that he had neuropathy

6    symptoms in his toes, that continued to improve.

7          Q     Okay.  Is neuropathy a side effect of

8    chemotherapy?

9          A     Yes.

10         Q     Okay.

11         A     It can be.

12         Q     Fair enough.

13               Is chemotherapy-induced neuropathy

14   typically a permanent condition?

15         A     Not always.

16         Q     Can chemotherapy-induced neuropathy be a

17   permanent condition?

18         A     It can.

19         Q     Is there any way to tell whether a

20   chemotherapy-induced neuropathy will be permanent or

21   not?

22         A     Time.

23         Q     Got it.

24               So there's no guarantee that, even if

25   his -- if Mr. Giglio's neuropathy continues to
```

Caitlin Costello, MD  7/11/2019

1    improve, that -- that it would ever completely

2    resolve; correct?

3         A    There is no tests available, that we can

4    use, that we can do to predict if it will entirely

5    resolve.

6         Q    Okay.  All right.  And so your last

7    encounter with Mr. Giglio was last month, in June;

8    is that correct?

9         A    Correct.

10        Q    Okay.  And you mentioned previously that

11   you are no longer treating Mr. Giglio?

12        A    I am no longer treating or seeing him.

13        Q    Got it.

14             Okay.  And that's because the follow-up

15   protocol following the CAR-T treatment has been

16   completed?

17        A    No, because his insurance requires him to

18   go back to his medical oncologist.  I administered

19   the treatment, but that was the extent of my

20   involvement.

21        Q    Okay.  So Mr. Giglio will continue to

22   follow up with Dr. Redfern, to kind of monitor

23   whether or not his non-Hodgkin's lymphoma will stay

24   in remission?

25        A    Correct.

Caitlin Costello, MD  7/11/2019

1      Q    Okay.  Dr. Costello, you mentioned that

2   CAR-T is a -- a relatively new treatment plan;

3   correct?

4      A    It was approved in the fall of 2017 for

5   this indication.

6      Q    Okay.  And so is it true that the

7   long-term prognosis for patients who have undergone

8   CAR-T treatment is still relatively unknown?

9              MR. LARSEN:  Object to form.

10             THE WITNESS:  The approval by the FDA was

11   based on clinical trials that showed safety and

12   efficacy.

13   BY MS. BARTON:

14      Q    And what does that mean?

15      A    That it works and that it's safe.

16      Q    Okay.

17      A    But does --  But because it's only been so

18   long since it's been a treatment option, time has to

19   pass to understand the durability of the responses.

20      Q    And so similar to other cancer treatments,

21   it's not guaranteed that, if the CAR-T treatment is

22   successful, that it will stay permanently

23   successful; is that true?

24             MR. LARSEN:  Object to form.

25             THE WITNESS:  We can provide information,

Caitlin Costello, MD  7/11/2019

1    that is available to us, to patients to understand

2    how likely it is to work and the safety associated

3    with it, but the data does not exist for long-term

4    outcomes.

5    BY MS. BARTON:

6         Q     Got it.

7               What is the -- the success rate of CAR-T

8    treatment?

9         A     So I will specifically comment on the kind

10   of CAR-T treatment he got and the data that is most

11   recent.  That shows that about 80 percent of

12   patients will have some kind of a response or

13   improvement in their lymphoma, and about 60 percent

14   of those will have remissions -- will achieve a

15   remission.

16        Q     Okay.  But again, as you mentioned,

17   there's no prognosis as to the permanence of that

18   remission, if it's achieved?

19        A     The most up-to-date data has a median

20   follow-up of 27 months.

21        Q     So there's no --  A median --  There's --

22   So the majority of -- of the CAR-T treatments that

23   have happened then have happened within the last 27

24   months; is that true?

25        A     So the study that was published looks at

Caitlin Costello, MD  7/11/2019

1   all the patients who were evaluated and does it from

2   the first patient on to the last patient on, and the

3   middle person has had their treatment 27 months ago.

4        Q    Got it.

5             Okay.  Do you know if a diagnosis of

6   **diffuse large B cell non-Hodgkin's lymphoma**

7   **generally increases the odds of acquiring a**

8   **different kind of cancer later on?**

9        A    Ask me again.

10       Q    **Is diagnosis with diffuse large B cell**

11  **non-Hodgkin's lymphoma a risk factor in**

12  **determining -- a risk factor in acquiring cancer**

13  **later on?**

14            MR. LARSEN:  Object to form.

15            THE WITNESS:  The probable best way to

16  answer that is that diffuse large B cell lymphomas

17  are commonly treated with chemotherapy.

18  Chemotherapy has a small risk of causing other kinds

19  of cancers.

20  BY MS. BARTON:

21       Q    **Okay.  Do you have an opinion as to**

22  **whether the use of pesticides can be a risk factor**

23  **for developing non-Hodgkin's lymphoma?**

24       A    I don't.

25       Q    **Okay.  Do you have an opinion as to**

Caitlin Costello, MD  7/11/2019

1    whether exposure to glyphosate, specifically, is a
2    risk factor for non-Hodgkin's lymphoma?
3         A    I don't.
4         Q    Okay.  Did you ever ask Mr. Giglio if he
5    used pesticides?
6         A    In review of my documentation, I did not
7    document his use of pesticides, and we never spoke
8    of his past work.
9         Q    Did you, in your role treating
10   Mr. Giglio's non-Hodgkin's lymphoma recurrence,
11   attempt to look for the cause of his cancer?
12        A    No.
13        Q    Okay.  And is that because your focus
14   would have been on -- on treating the cancer, versus
15   investigating its cause?
16        A    Yes.
17        Q    Okay.  Have you done any research into
18   whether Roundup can cause non-Hodgkin's lymphoma?
19        A    No.
20        Q    Okay.  Would you defer to an expert who
21   has studied epidemiology and the medical literature
22   in that regard, as to whether Roundup could have
23   been a cause of Mr. Giglio's non-Hodgkin's lymphoma?
24        A    I would defer to someone else who has
25   expertise in it.

Caitlin Costello, MD  7/11/2019

1    findings, any laboratory data, imaging results, and

2    then ultimately put a brief summary with my

3    interpretation and plan moving forward based on

4    subjective and objective findings.

5        Q    In --  Kind of in -- in simple terms,

6    would you agree that you include details, in your

7    medical records, that are important so that you can

8    provide the best care and treatment for your

9    patients?

10       A    Yes.

11       Q    All right.  You testified about the CAR-T

12   treatment and what it entails, and there was

13   testimony of how the re-engineered T cells are

14   reinfused into the patient at a certain point.  And

15   if I --  I may have just missed this, but what is

16   the purpose of reinserting those re-engineered

17   T cells into the patient?

18       A    That is the treatment.  The treatment,

19   like any other cancer-related treatment, it's

20   designed to fight and kill the cancer.

21       Q    So from just very simple terms for the

22   jury, and I'm not trying to put words in your mouth,

23   so tell me if I'm wrong, do these re-engineered

24   T-cell -- T cells, that are reinfused, target and

25   fight the cancer in the patient?

Caitlin Costello, MD  7/11/2019

1      A     They are designed to attach themselves to

2  a specific target on B cells that are associated

3  with a lymphoma and allow the immune system to

4  attack those cells.

5      Q     Okay.  Now there were a number of

6  questions that you were asked about the

7  complications that Mr. Giglio faced when he was in

8  the hospital undergoing the treatment.  And were the

9  complications that you discussed, that Mr. Giglio

10 had, are those typical of a patient who undergoes

11 the CAR-T treatment?

12          And I'm saying the CAR-T treatment from

13 beginning to end, not just the, you know, reinfusing

14 of the cells.

15     A     Yes.

16     Q     And so is it true there may be some

17 patients who have less complications during the

18 treatment than Mr. Giglio, but then also other

19 patients that have more complications?

20     A     Yes.

21     Q     And you testified, in response to a number

22 of questions about the risks associated with the --

23 the CAR-T treatment.  At the end of the day,

24 Mr. Giglio pulled through the CAR-T treatment and

25 was discharged to go home; right?

Caitlin Costello, MD  7/11/2019

1        A    Yes.

2        Q    And that was --  And I believe it was on

3   May 23rd of 2019 the PET scans show that the CAR-T

4   treatment worked, because he was in remission at

5   that period of time; right?

6        A    Correct.

7        Q    And when you say --  Just so the jury

8   understands, when you say he was in -- he was shown

9   to be in remission on May 23rd, does that mean on

10  that date there was no evidence of lymphoma in his

11  body?

12       A    Based on the PET scan, that's correct.

13       Q    And obviously that's good news for -- that

14  was good news for Mr. Giglio.

15       A    That is the outcome we hoped for.

16       Q    And there was some discussion about these

17  complications, and specifically the cytokind [sic]

18  release syndrome.  And at the end of the day, his

19  complications -- or is --  It's my understanding

20  that his complications, including the cytokind

21  release syndrome were treated and resolved; right?

22       A    Correct.

23            MR. LARSEN:  All right.  I want to go

24  through just a few of his medical records.  And it

25  may have been something you've already seen, but I

Caitlin Costello, MD  7/11/2019

1    wasn't given a copy of those, and so I think it's

2    gonna be quicker to go through my version here, and

3    I'll mark these as exhibits.

4              So you can just put those to the side.

5    Thank you.

6              I'm marking as Exhibit 2, and I'll have

7    you take a look at this, obviously, and tell me if

8    I'm correct in how I'm characterizing this, but what

9    I see as a medical record that was created based on

10   seeing Mr. Giglio on May 14th, 2019.

11             And for the record, the Bates label on the

12   bottom is UCSD underscore 000082 to 129.

13             (Exhibit 2 was marked for

14        identification and attached hereto.)

15   BY MR. LARSEN:

16        **Q    So can you tell me if I've adequately**

17   **characterized Exhibit 2, please?**

18        A    I see May 14th, a documented visit that

19   day with one of the physician's assistant.  I see

20   documentation of labs that were ordered, from

21   April 22nd, by one of the nurse practitioners.  I

22   see a list of orders of blood tests that were

23   included from May 14th.  Medications.  Yes, that's

24   what I see.

25        **Q    Let me ask you just a couple of questions**

Caitlin Costello, MD  7/11/2019

1    **about a few things that are here.  On page 84,**

2    **please, which is a couple pages in, under the**

3    **interval history, slash, interview, slash,**

4    **assessment, in the second full paragraph, the second**

5    **line states, "He was very happy that he was able to**

6    **discharge a little earlier than expected," also, "to**

7    **be home for Easter, which Lynne shared had been a**

8    **big surprise for her, but a pleasant one."**

9            **Based on your -- you know, your treatment**

10   **of Mr. Giglio, why would it have been possible for**

11   **him to have been discharged a little earlier than**

12   **expected?**

13       A     Depending on the severity of the side

14   effects and symptoms that occurred after the T cells

15   were infused, can sometimes prolong admission times

16   until they're recovered enough to be safe to leave

17   the hospital.

18       **Q     So bottom line, it was determined that**

19   **he -- it was safe for him to leave the hospital as**

20   **of May 14th of 2019?**

21       A     He was discharged from the hospital on

22   April 20th, 2019, and we discharge patients when

23   they have adequately recovered and are safe to leave

24   and can be further evaluated as an outpatient.

25       **Q     Okay.  So this was --  This was noting the**

Caitlin Costello, MD  7/11/2019

1   fact that he was discharged earlier than May 14th,

2   because you said he was discharged on April --

3        A     20th.

4        Q     -- 20th; right?

5              Okay.  And this was a record of a visit

6   from May 14th, I believe?

7        A     He was not in the hospital on May 14th.

8        Q     All right.  Let me have you turn to page

9   110, please, of this same exhibit.  Under treatment

10  notes, the very last line of that section states,

11  "Emanuel Giglio tolerated treatment well."

12             How was it determined that Mr. Giglio

13  tolerated the treatment well?

14       A     This is a nursing note, and on May 14th he

15  would have come into the infusion center, where he

16  would have had his vital signs checked, his blood

17  levels evaluated, and a nursing note would have said

18  how he tolerated that only.  So this is not

19  referring to anything but that assessment by that

20  nurse.

21             MR. LARSEN:  All right.  You can put this

22  aside.  Thank you.

23             I'm gonna mark as Exhibit 3 -- oops -- a

24  document that appears, to me, to be notes -- medical

25  notes relating to a visit on June 5th of 2019,

1    that's Bates labeled UCSD underscore 1 to 14.

2              (Exhibit 3 was marked for

3         identification and attached hereto.)

4    BY MR. LARSEN:

5         Q    And does this appear, Dr. Costello, to be

6    notes relating to Mr. Giglio from a visit on

7    June 5th of 2019?

8         A    It does.

9              It includes some documentation from my

10   assistant, in addition to a copy of the PET scan

11   that was done on May 23rd, 2019.

12        Q    And June 5th of 2019 was the last time

13   that you saw Mr. Giglio?

14        A    Correct.

15        Q    And if you'll go to page 4, please.  Under

16   interval history, the second full paragraph, it

17   states, "Today he reports feeling well.  Had a

18   recent PET 5/29 showing Deauville 2, c," slash, "w

19   CR."

20              Does that c, slash, w CR mean consistent

21   with continued remission or --

22        A    Complete remission.

23        Q    Complete remission.

24              So as of June 5th of 2019, was it

25   determined that Mr. Giglio was in complete

1    remission?

2         A    Yes.

3         Q    On page 7 of that document, please, at the

4    very top it says, "Karnofsky 90 percent."

5              Explain to the jury, please, in simple

6    terms, what this is referring to.

7         A    It's a scale of performance, meaning

8    how -- how affected are you in your day-to-day life

9    by symptoms of disease, treatment, and how

10   independent you are with your activities of daily

11   living.

12        Q    And describe for the jury that this 90 --

13   what this 90 percent refers to.

14        A    The scale ranges broadly from zero to a

15   hundred percent, with a hundred percent meaning

16   asymptomatic and no -- and complete independence

17   with activities of daily living.  And so a

18   90 percent would mean that he is near -- you have

19   it -- he is nearly back to complete independence,

20   but still has some residual -- or has some residual

21   symptom that has not allowed me to say that he is

22   completely asymptomatic or a hundred percent

23   independent.

24        Q    Great.

25              And when you say --  When you testify

Caitlin Costello, MD  7/11/2019

```
 1    that --  I have it.  I just pulled out a piece of
 2    paper that frankly I printed out on line.  And as
 3    you know, we can't trust everything that's out on
 4    the internet.  So what I have under 90 percent, it
 5    states here on this table that I printed, "Able to
 6    carry on normal activity.  Minor signs or symptoms
 7    of disease."
 8              Do you agree with that, as well?
 9        A    Not necessarily disease.
10        Q    Okay.
11        A    But I would say disease or symptoms or
12    side effects related to treatment, so what is
13    holding the patient back.
14        Q    And is it --  Based on your experience,
15    you know, do you anticipate that, as time passes,
16    that Mr. Giglio's Karnofsky performance status
17    should increase even above 90 percent?
18              MS. BARTON:  Objection.  Form.
19              THE WITNESS:  I have no way to know that.
20    BY MR. LARSEN:
21        Q    Time will tell?
22        A    Usually.
23        Q    And on page --  On page 9 of this
24    document, I just want to confirm that it -- that it
25    states that it -- this medical record or these notes
```

Caitlin Costello, MD  7/11/2019

1    were electronically signed by you on June 5th.

2         A    That's what it says.

3         Q    And you --  And does --  Do notes like

4    this receive your electronic signature, unless

5    you've reviewed them for accuracy?

6         A    Once I have completed my documentation to

7    what I believe is true and accurate, I will then

8    sign an electronic signature.

9         Q    Based on your treatment of Mr. Giglio,

10   along -- along with your education and experience,

11   are you able to provide any type of a percentage

12   likelihood that his diffuse large cell -- diffuse

13   large B cell lymphoma will return?

14        A    No.

15        Q    And I believe you testified earlier that

16   the CAR-T treatment, it would -- it's been shown

17   that 60 percent will achieve remission; is that

18   true?  Is that what you testified to earlier?

19        A    Complete remission --

20        Q    Okay.

21        A    -- based on that article.

22        Q    And is there any finding in that article,

23   or based on your own experience, of how many -- what

24   percentage of the patients who undergo CAR-T for

25   diffuse large B cell lymphoma will continue in

Caitlin Costello, MD  7/11/2019

1    **complete remission and not have a relapse?**

2         A     That article says that the median duration

3    of response is about eleven months.

4         **Q     And in more layman's terms, what does that**

5    **mean?**

6         A     So of all the patients evaluated, the

7    person who --  If you look at all -- how long the

8    treatment worked for, for all the patients included,

9    and you line them up from longest to shortest, the

10   middle man will be at eleven months.

11        **Q     Eleven months that it will not --  And I'm**

12   **sorry if I'm being --**

13        A     No, it's okay.

14        **Q     -- dense.  I'm just --  Eleven months that**

15   **it does not relapse or that --**

16        A     That the dur- -- the timeline between

17   which you have responded, before which something

18   changes, meaning presumably it gets worse, is about

19   eleven months.

20        **Q     So as you stated, you -- as of right now,**

21   **Mr. Giglio is in complete remission, but you don't**

22   **have any type of opinion on his long-term prognosis?**

23        A     No.

24        **Q     There was some questions asked about**

25   **Roundup and glyphosate and non-Hodgkin's lymphoma,**

1    and you never told Mr. Giglio that you believed his

2    non-Hodgkin's lymphoma was caused by exposure to

3    Roundup or glyphosate; right?

4         A    I did not.

5         Q    And have you ever told any patient that

6    you believed his or her non-Hodgkin's lymphoma was

7    caused by exposure to Roundup or glyphosate?

8         A    No.

9         Q    Let me just take a quick look at my notes

10   here.

11            And you testified earlier that you're --

12   there's no diagnostic test to determine the cause of

13   non-Hodgkin's lymphoma.  So taking that down to

14   Mr. Giglio specifically, was there anything that you

15   saw in -- in his response to the treatment or his

16   labs or his pathology reports that would indicate to

17   you the cause of his non-Hodgkin's lymphoma?

18        A    No.

19            MS. BARTON:  Objection.  Form.

20   BY MR. LARSEN:

21        Q    Is diffuse large B cell lymphoma one of

22   the more common subtypes of non-Hodgkin's lymphoma?

23        A    It is a common subtype of non-Hodgkin's

24   lymphoma.

25            MR. LARSEN:  All right.  Dr. Costello,

Caitlin Costello, MD  7/11/2019

1   that is all I have for you, unless Counsel asks you

2   some more questions that I need to follow up on.

3   Thank you.

4

5                    FURTHER EXAMINATION

6   BY MS. BARTON:

7       **Q    Dr. Costello, you've never done any**

8   **research into whether or not Roundup could be a**

9   **cause of non-Hodgkin's lymphoma; correct?**

10      A    I have not.

11      **Q    So you would have no reason to -- no**

12  **reason to or opinion as to whether any of your**

13  **patients' non-Hodgkin's lymphoma had been caused by**

14  **Roundup or glyphosate; correct?**

15      A    Correct.

16           MS. BARTON:  Okay.  I have no further

17  questions.

18           MR. LARSEN:  You're done.  Thank you.

19           THE VIDEOGRAPHER:  All right.  This

20  concludes today's deposition.  We're off the record

21  at 3:56 p.m.

22           (Whereupon the video recording
            stopped and there was a discussion off
23           the record.)

24           MS. BARTON:  So I propose that we

25  stipulate to relieve the court reporter of her