# EXHIBIT 2

Charles Redfern, M.D.  6/20/2019

```
 1                UNITED STATES DISTRICT COURT

 2               NORTHERN DISTRICT OF CALIFORNIA

 3     _____
                                              )
 4     EMMANUEL RICHARD GIGLIO, an             )
       individual,                             )
 5                                             )
                       Plaintiff,              )
 6                                             )
       vs.                                     )   CASE NO.:
 7                                             )   3:16-cv-05658-VC
                                               )
 8     MONSANTO COMPANY  and DOES              )
       1-50,                                   )
 9                                             )
                       Defendants.             )
10     _____)

11

12

13             DEPOSITION OF CHARLES REDFERN, M.D.

14                    SAN DIEGO, CALIFORNIA

15                   THURSDAY, JUNE 20, 2019

16

17

18

19

20

21

22

23     REPORTED BY LISA A.M. TOOR, C.S.R. NO. 8405

24

25
```

```
1        Q    And that line of treatment was ultimately not
2   possible because the chemotherapy was not successful in
3   achieving a remission of Mr. Giglio's non-Hodgkin's
4   lymphoma?
5        A    Correct.
6        Q    Okay.
7             Is it your understanding that Mr. Giglio underwent
8   the CAR-T treatment at UCSD with Dr. Costello?
9        A    Yes.
10       Q    Okay.
11            And -- and you have seen Mr. Giglio since he
12  underwent that treatment?
13       A    Yes.
14       Q    Okay.
15            What is your understanding of what CAR-T treatment
16  is?
17       A    Patients undergo some chemotherapy and they also
18  have their T cells removed and then the DNA within those T
19  cells is manipulated in such a way that the T cells will
20  react against specific lymphoma markers.
21       Q    Do you have any understanding of how physically
22  demanding of a patient the CAR-T treatment is?
23       A    Not particularly.  It needs to be done in a
24  specialized center and patients are hospitalized for several
25  weeks.
```

Charles Redfern, M.D.  6/20/2019

1   Q   Okay.
2       Is it your understanding that Mr. Giglio was
3   hospitalized for several weeks following his --
4   A   Yes.
5   Q   -- CAR-T treatment?
6   A   Yes.
7   Q   Okay.
8       What is your understanding of the success rate of
9   CAR-T treatment?
10  A   My understanding in diffuse large cell lymphoma
11  patients like Mr. Giglio that approximately half the
12  patients can be potentially cured by that CAR-T therapy.
13  Q   And by "cured," do you mean the cancer is
14  completely gone from his body?
15  A   Yes.
16  Q   Okay.
17      And if the CAR-T treatment is not successful, what
18  is the prognosis?
19  A   Poor.  Most patients will probably die within a
20  year.
21  Q   Within -- most patients if the CAR-T treatment is
22  not successful will die within a year of the treatment?
23  A   Yes.
24  Q   And so at this point -- well, do you know when
25  Mr. Giglio underwent the CAR-T treatment?

Charles Redfern, M.D.  6/20/2019

```
1      A     My note states March 2019.
2      Q     Okay.
3            And so at this point it's unclear whether the
4      CAR-T treatment has cured him; is that correct?
5      A     Correct.
6      Q     Okay.
7            And so is it fair to say that his prognosis at
8      this point is unclear?
9      A     Yes.
10     Q     And there is a chance that Mr. Giglio would not
11     survive past March of 2020?
12     A     Possibly.
13     Q     Okay.
14           Dr. Redfern, in October of 2018 did you have a
15     belief that Mr. Giglio, if he left his non-Hodgkin's
16     lymphoma untreated, had a prognosis of about six months?
17     A     Yes.
18     Q     Okay.
19           And what was that prognosis based on?
20     A     His aggressive lymphoma that had not gone into
21     remission with his second-line therapy.  And there are
22     really no other treatment options besides bone marrow
23     transplant or CAR-T therapy at that point.
24     Q     Once a person has been diagnosed with diffuse
25     large B-cell non-Hodgkin's lymphoma are they at a higher
```

Charles Redfern, M.D.  6/20/2019

```
 1   risk of having that same cancer again?
 2        A    I'm kind of confused by your question.
 3        Q    It was a poor question so I apologize.
 4             Once someone has been diagnosed with diffuse large
 5   B-cell non-Hodgkin's lymphoma does their risk of recurrence
 6   basically increase?  I'll say it another way.  Is a person
 7   that's had diffuse B-cell non-Hodgkin's lymphoma more likely
 8   to have a recurrence of non-Hodgkin's lymphoma than a person
 9   that has never been diagnosed with non-Hodgkin's lymphoma to
10   be diagnosed the first time?
11             MR. MARTINEZ:  Objection.  Form.
12             THE WITNESS:  You can only have a recurrence if
13   you had it once
14   BY MS. BARTON:
15        Q    Understood.  Are you more likely to -- okay.
16             Once a person has had a recurrence of diffuse
17   large B-cell non-Hodgkin's lymphoma is that disease harder
18   to treat the second time than it was the first?
19        A    Yes.
20        Q    Okay.
21             And why is that?
22        A    The thought is that it has been exposed to certain
23   systemic chemo drugs or immunotherapies and it has built
24   resistance to many of those already.
25        Q    And is that why the chemotherapeutic that you
```

```
 1   prescribed for Mr. Giglio's recurrence treatment was the
 2   R-ICE versus the R-CHOP?
 3        A    What was the question?  Sorry.
 4        Q    No, that's okay.
 5             So you mentioned that the -- the recurrence of
 6   non-Hodgkin's lymphoma is harder to treat the second time
 7   because the disease has already been exposed to and
 8   potentially built up a resistance to the chemotherapeutic
 9   that was used the first time, correct?
10        A    Yes.
11        Q    Okay.
12             And so that is the -- the thought that a cancer
13   has -- okay.  Let me start this over.
14             Was your reason for prescribing the R-ICE
15   chemotherapeutic because you thought there was a possibility
16   that Mr. Giglio's non-Hodgkin's lymphoma had built up a
17   resistance to the R-CHOP that was used in his first
18   treatment?
19        A    Yes.
20        Q    Okay.
21             Is the R-ICE chemotherapeutic a stronger version
22   of chemotherapy than the R-CHOP?
23        A    It's a different version.
24        Q    Okay.
25             And what's the difference between the two?
```

```
 1                    EXAMINATION
 2   BY MR. MARTINEZ:
 3       Q    I'm going to kind of skip around here --
 4       A    Do you guys need to take a break?
 5            MR. MARTINEZ:  I'm good.  Does anybody else need
 6   to take a break?
 7   BY MR. MARTINEZ:
 8       Q    My name is Anthony Martinez and I represent the
 9   defendant in this matter, Monsanto Company.  I appreciate
10   you taking time out of your evening today to do this.  I
11   know it's probably not the most fun thing to do on your
12   Thursday evening.
13            I'm going to be skipping around here just so that
14   we don't have to repeat a lot of what we've already gone
15   through, so if my questions are a little disjointed, that's
16   the reason.
17            Prior to today's deposition, had you met with any
18   of the attorneys for Mr. Giglio?
19       A    No.
20       Q    Have you ever spoken with any attorneys for
21   Mr. Giglio before?
22       A    I don't remember.  There was some -- I don't
23   remember if there was a phone call from Gomez Associates
24   previously or not.  I don't remember.
25       Q    All right.
```

```
 1            What would that phone call have been about if
 2   there was?
 3       A    Probably about Mr. Giglio's lawsuit.
 4       Q    Do you remember what they would have asked or why
 5   they would have called you?
 6       A    I don't remember.
 7       Q    Okay.
 8       A    So somebody made a record requisition.
 9       Q    Prior to today, have you ever received any
10   documentation from any of Mr. Giglio's attorneys?
11       A    That's going to take a few minutes.  Who is The
12   Marker Group?
13       Q    Our group is just --
14       A    Is that you?
15       Q    No.  They're just the third-party company that
16   collects the records for the parties.
17       A    Okay.  This is going to take a while.
18       Q    If you received something, would it be in the
19   medical records?
20       A    Everything is in here.
21       Q    Okay.
22            So if some type of correspondence or something was
23   received --
24       A    Correct.
25       Q    -- it would be in those records?
```

1       A    American Retrieval Company forms and letters.
2   Gomez Trial Attorneys, October 23rd, 2018.  Release of
3   Information.  Yes.
4       Q    I guess what I'm getting at, have you received any
5   articles or publications or anything from -- from
6   plaintiff's counsel regarding this case prior to this
7   deposition?
8       A    No.
9       Q    Have you done any of your own research regarding
10  Mr. Giglio's lawsuit?
11      A    No.
12      Q    Have you done any research on the potential of
13  Roundup or pesticides or herbicides or insecticides causing
14  non-Hodgkin's lymphoma?
15      A    No.
16      Q    One of the last records I have in my documentation
17  from you is November of 2018, and so I just want to get an
18  idea of what you have done with Mr. Giglio since November of
19  2018.
20      A    Sure.  So I've -- he's -- finished all treatment
21  here in October 2018.  He's seen me periodically in
22  follow-up since then.  And I arranged for him to be seen
23  again at the UCSD bone marrow transplant center and to
24  eventually undergo CAR-T therapy there.
25      Q    Has he had any scans by your group since October

Charles Redfern, M.D.  6/20/2019

1  of 2018?

2  A   Yes.  He had a PET CT scan on May 23rd, 2019.

3  Q   What did that reveal?

4  A   He appears to be in complete remission

5  radiologically.

6  Q   Had there been any bone marrow biopsies or lymph

7  node biopsies?

8  A   I don't -- let me see.  He had a bone marrow on

9  January 22nd, 2019, in preparation for the CAR-T therapy.

10 Q   Would he ever have a biopsy after the CAR-T

11 therapy to confirm remission?

12 A   Yes.  The plan is to do that in August or

13 September of this year.

14 Q   Would that be a biopsy and a lymph node or -- I'm

15 sorry -- biopsy of the lymph node and the bone marrow?

16 A   Just the bone marrow.

17 Q   And would you do another CT at that time, too?

18 A   Yes, he'll have another PET CT scan at that time,

19 too.

20 Q   If those reveal complete radiological remission

21 and the biopsy reveals no recurrence, what would be the plan

22 after that?

23 A   Probably to repeat those tests in six months.

24 Q   Is there a point where the CAR-T therapy, based on

25 biopsy results and CT results, would be considered a

```
 1   success?
 2       A    To me it seems like a success now, but that's --
 3   I'm not an expert in that field.
 4       Q    Okay.
 5            Plaintiff's counsel was asking you about your
 6   estimation of a chance of relapse or remission after
 7   somebody like Mr. Giglio's already been -- has already
 8   relapsed at least one time, and you said something to the
 9   effect they have a 50 percent chance or greater of a relapse
10   after a second relapse -- sorry.  That was a terrible
11   question.
12            You testified earlier that you believe somebody
13   like Mr. Giglio who has already had a relapse has a
14   50 percent chance or greater of a second relapse.
15       A    Correct.
16       Q    Is that without CAR-T therapy?
17       A    Correct.
18       Q    Okay.
19            With CAR-T therapy do you have any idea of what
20   the chance of a relapse will be if the CAR-T therapy was
21   successful?
22       A    My belief is he has about a 50 percent chance of
23   relapse still or recurrence still, but I'm not an expert in
24   that --
25       Q    Okay.
```

Charles Redfern, M.D.  6/20/2019

1    A    -- prognostication.
2    Q    And is that because the therapy is relatively new?
3    A    Yes.
4    Q    That therapy just went -- I don't know how you
5    would describe it -- mainstream or off trial recently; is
6    that correct?
7    A    Commercially available in 2017 or 2018.
8    Q    Before Mr. Giglio have you had any patients that
9    have gone through the CAR-T therapy?
10   A    No.
11   Q    How did you become knowledgeable about
12   Dr. Costello's practice and use of CAR-T therapy?
13   A    From discussions with her about how to manage this
14   patient.
15   Q    Did you meet Dr. Costello as a result of your
16   treatment of Mr. Giglio?
17   A    Did I --
18   Q    Meet Dr. Costello as a result of your treatment of
19   Mr. Giglio?
20   A    No, I've never met her.
21   Q    Okay.
22        Did you first become knowledgeable about her as a
23   result of your treatment of Mr. Giglio?
24   A    Or other patients, yes.
25   Q    So have other patients considered the CAR-T

1      A    Some breast cancers, some prostate cancers and
2  some colon cancers.
3      Q    Okay.
4           So when you look for a cause of a cancer, is it
5  fair to say that it's only for those three types of cancer?
6      A    Mostly.  There may be other ones I'm not thinking
7  of right now.
8      Q    Okay.
9           When you diagnose someone with non-Hodgkin's
10 lymphoma, exclusive of family history and whether they've
11 been diagnosed with non-Hodgkin's lymphoma previously, do
12 you look for a cause of the non-Hodgkin's lymphoma?
13     A    No, except for HIV.
14     Q    Okay.
15          Have you done any research into the -- let me --
16 have you done any specific research into the types of things
17 generally that can cause non-Hodgkin's lymphoma besides HIV,
18 family history and prior diagnosis with NHL?
19          MR. MARTINEZ:  Objection.  Form.
20          THE WITNESS:  No.
21 BY MS. BARTON:
22     Q    So if there is medical research out there that
23 pertains to Roundup being a potential cause for
24 non-Hodgkin's lymphoma, you have not sought that out; is
25 that correct?

```
 1      A     Correct.
 2      Q     So you are unaware of whether there is any medical
 3   literature specific to whether Roundup and other pesticides
 4   could be a cause of non-Hodgkin's lymphoma, correct?
 5      A     Correct.  I am unaware.
 6      Q     Okay.
 7            And would you defer to someone who is familiar
 8   with medical literature as to whether -- medical literature
 9   specific to Roundup being a cause of non-Hodgkin's lymphoma
10   generally?
11            MR. MARTINEZ:  Objection.  Form.
12            THE WITNESS:  I'm confused.
13   BY MS. BARTON:
14      Q     Would you -- would you defer to someone who is
15   familiar with research in regards to whether Roundup can
16   cause non-Hodgkin's lymphoma?
17            MR. MARTINEZ:  Objection.  Form.
18            THE WITNESS:  Yes.
19   BY MS. BARTON:
20      Q     And you did not attempt to do any research into
21   what could be the cause of Mr. Giglio's non-Hodgkin's
22   lymphoma outside of the three that we've been talking about,
23   correct?
24      A     Correct.
25      Q     Okay.
```

Charles Redfern, M.D.  6/20/2019

```
 1            In regards to Mr. Giglio's future care, you
 2   testified earlier that you continued to follow up with
 3   Mr. Giglio after he achieved remission the first time with
 4   his non-Hodgkin's lymphoma, correct?
 5       A    Correct.
 6       Q    Will you continue to follow up with Mr. Giglio in
 7   the future currently?
 8       A    Correct.
 9       Q    Okay.
10            In other words, you will continue to monitor
11   Mr. Giglio's non-Hodgkin's lymphoma?
12       A    Correct.
13       Q    Okay.
14            And is it fair to say that at this point you are
15   still -- it's not clear whether the CAR-T was successful?
16       A    It's successful, but is it permanent.
17       Q    Understood.  And so what does that mean?
18       A    Is his lymphoma going to come back or not.
19       Q    Okay.
20            Do you believe that he is at a high risk for the
21   lymphoma recurring?
22       A    Depends how you define "high risk."
23       Q    How would you define "high risk"?
24       A    He probably has a 50 percent chance of his
25   lymphoma coming back still.
```

Charles Redfern, M.D.  6/20/2019

1    Q    Okay.
2         Are you aware of any of the side effects of CAR-T
3    treatment?
4    A    Minimally aware.
5    Q    And what are you aware of in terms of what side
6    effects CAR-T treatment can be?
7    A    Can cause severe immune reactions and death in
8    some patients who are treated.
9    Q    Okay.
10        MS. BARTON:  All right.  I have no further
11   questions.
12        MR. MARTINEZ:  I just have a few follow-up.
13
14                   FURTHER EXAMINATION
15   BY MR. MARTINEZ:
16   Q    You just talked about the side effects of CAR-T
17   therapy, severe immune reactions and sometimes death.  Is
18   that actually during the treatment phase --
19   A    Yes.
20   Q    -- while they're being treated at the hospital?
21   A    Yes.
22   Q    So you wouldn't expect those side effects on
23   Mr. Giglio now?
24   A    Correct.
25   Q    You also mentioned that you believe that he has a

Charles Redfern, M.D.  6/20/2019

1   50 percent chance of relapse.  Is there is a point in time,
2   say, three or five years from now, where you think that
3   relapse will be not likely?
4       A    Probably at five years relapse would be unlikely.
5       Q    So if at five years his CTs and his biopsies are
6   showing no evidence of a relapse, you would say that a
7   relapse would be unlikely?
8       A    Correct.  But I'm not an expert at CAR-T therapy
9   and follow-up.
10      Q    Is that just generally what you believe with
11  DLBCL, at five years after treatment you have no evidence of
12  a relapse --
13      A    Correct.
14      Q    -- you are unlikely to have another relapse?
15      A    Correct.
16      Q    Counsel also asked you about certain cancers that
17  you look for causes of, like -- and you mentioned breast
18  cancer, prostate cancer and colon cancer; is that correct?
19      A    Correct.
20      Q    And the reason why you don't really look for a
21  cause other than HIV in non-Hodgkin's lymphoma is because
22  it's idiopathic for the most part, correct?
23           MS. BARTON:  Objection.  Form.
24           THE WITNESS:  Correct.
25