# EXHIBIT 3

## Medical Oncology Associates of San Diego

Charles H. Redfern, M.D., Fred Saleh, M.D. APC, Jennifer M. Fisher, M.D., Steven E. Kossman, M.D.,
Kristen N. Rice, M.D., Marie P. Shieh, M.D., Casie S. Shenoy, M.D., Lisa C. Obregon, NP-C, Melissa S. Kent, PA-C

### Summary: MD Office note v9 2nd Edit

Patient Name: **GIGLIO, EMANUEL R**         Date: **8/20/2019**

## FOLLOW UP

**Diagnosis/Problem**
**Primary Diagnosis(es):** Diffuse lymphoma, spleenDiffuse Large B-Cell Lymphoma - Lugano (Ann Arbor) Stage III

**Clinical Summary**

Mr. Giglio was diagnosed with diffuse large cell NHL, CD20 +, in October 2014. He presented with probable "B" symptoms - weight loss and night sweats. He also has elevated bilirubin. His bone marrow testing was positive. Thus, stage 4 B DLCL NHL.
- CHOP-R as initial therapy (start Oct 2014 - end Feb 2015, 6 cycles, complete radiologic remission)
- T12 compression fracture (Oct 2016)
- DLCL NHL Recurrence April 2018
- RICE chemotherapy (start May 14 2018) as transplant induction. End June 2018.
- Eval for BMT but had residual disease
- Start R-Gem OX 7/17/18 (salvage therapy for refractory DLCL), stable disease on PET/CT, oxaliplatin dose reduced in Sept 2018, awaiting CAR-T therapy.
- Off R-GemOX as of Oct 10th 2018 (last dose, PET/CT f/u showed progression of diasease).
- Off all therapy (Oct 23 2018)
- CART tx at UCSD in March 2019. Near CR on PET/CT in end of May 2019.
- Latest PET/CT Aug 1 2019 (CR)

**Interval History**
Mr. Giglio has recurrent DLCL NHL and refractory to 2nd line therapy. He received CART tx at UCSD in March 2019. CR on f/u PET/CT last week (July 2019)

Feels pretty good.

Wants to slowly taper pain medications.

**Labs**
Lab results on 7/25/2019: Glucose=114 mg/dL

**Imaging Results:**

| Print? | Date of Doc. | Name | MD Interpretation | Comment |
|---|---|---|---|---|
| ☐ | 7/25/2019 | PETCT SKULL TO THIGH FDG SUBSEQUENT | | |

**Assessment:**
Mr. Giglio is in probable CR after CAR-T therapy for his aggressive and refractory lymphoma.

Continue routine f/u off tx now.

GIGLIO, EMANUEL R                                                                              Page 1 of 2

Confidential-Giglio-EGiglio-OASD-000268