# EXHIBIT 4



## SharpCare Medical Group

Emanuel Giglio



Date: Aug 27 2019

### Assessment
1. Cervical disc disease (M50.90)
2. Fatigue (R53.83)

### Plan

Call after the port is out, if pain persists.
Melatonin sublingual 3 - 5 mg at 7:30 PM nightly.
Acetaminophen 1000 mg, up to 3 times/ day.
Ice or heat, whichever feels best.

### Discussion/Summary

Overall, the patient is stable.
At today's visit, we discussed treatment options.
Risk, benefits and alternatives discussed with the patient.
Current recommendations include: medication changes as listed above.
Patient instructions: written instructions given and explained to patient.
Follow up here: 6 week(s).
Patient instructed to call or return sooner as needed.
I reviewed the patient's review of systems and updated as appropriate. I reviewed the patient's past medical, family and social history and updated as appropriate.
I have reviewed all medications, including those given at discharge and updated the patient's medication list accordingly.
I reviewed the following: outside medical records and recent radiology images.

### End of Encounter Meds
1. ALPRAZolam 1 MG Oral Tablet; take 1 tablet by mouth twice a day if needed;
   Therapy: 31Jan2019 to (Evaluate:28Aug2019)  Requested for: 13Aug2019; Last Rx:13Aug2019 Ordered
2. Amphetamine-Dextroamphetamine 15 MG Oral Tablet (Adderall); take 1 tablet by mouth once daily as directed;
   Therapy: 19Jul2019 to (Evaluate:19Sep2019)  Requested for: 20Aug2019; Last Rx:20Aug2019 Ordered
3. Breo Ellipta 100-25 MCG/INH Inhalation Aerosol Powder Breath Activated; USE 1 INHALATION ONCE DAILY;
   Therapy: 19Mar2018 to (Evaluate:14Mar2019)  Requested for: 19Mar2018; Last Rx:19Mar2018 Ordered
4. Movantik 25 MG Oral Tablet; 1 tab po QAM;
   Therapy: 18Dec2018 to (Last Rx:30Jan2019)  Requested for: 30Jan2019 Ordered
5. oxyCODONE HCl - 10 MG Oral Tablet; Take 1 tablet daily;
   Therapy: (Recorded:30Jan2018) to Recorded
6. traZODone HCl - 50 MG Oral Tablet; take 1 to 3 tablets by mouth at bedtime;
   Therapy: 03Apr2014 to (Evaluate:27Aug2019)  Requested for: 29May2019; Last Rx:29May2019 Ordered
7. Triamcinolone Acetonide 0.1 % External Ointment; APPLY AND GENTLY MASSAGE INTO AFFECTED AREA(S) TWICE DAILY;
   Therapy: 18Jan2019 to (Last Rx:30May2019)  Requested for: 30May2019 Ordered
8. Zolpidem Tartrate 10 MG Oral Tablet (Ambien); TAKE 1 TABLET AT BEDTIME AS NEEDED FOR SLEEP; Last Rx:31Mar2017 Ordered

**Confidential-Giglio-EGiglio-SharpCC-000596**

## Chief Complaint
1. pt here for right sided neck pain ongoing x 1 week but progressively getting worse

## History of Present Illness
67 y/o male here to review an exacerbation of his cervical DD and DJD, which developed after he lifted a 2.5 gallon glass water bottle. He has a port in the clavicular region of the pain which was used for chemotherapy. He completed CAR-T infusion with targeted white cells for stage 4 diffuse large B cell non-Hodgkin's lymphoma that had failed other therapies this year and scan was disease free. Neck xray shows multilevel degenerative disc space effects, anterolisthesis of the C7 vertebral body relative to T1.

Update and Review of Chronic Medical Problems:

BPH: he is no longer getting up 4 times/night. Occasional urgency.

Chronic recurrent major depression: He was lethargic and negative about 5 years ago and started on Rx. He has chronic insomnia and it is exacerbated by bupropion. He feels he is not depressed at this time.

Hypothyroidism: he feels much improved as regards mental clarity and energy since starting levothyroxine 25 mcg.

Hyperglycemia and Weight gain: he was experienced weight gain and bloating which is improved since starting a gluten free diet.

Insomnia: trouble falling asleep, history of sleep apnea when heavier.

Lumbar radiculopathy: isolated right lateral thigh numbness converting to hypersensitivity in April 2014. He notices it while sleeping when he rolls onto the right thigh and any other time there is pressure on the area. He has chronic low back pain. Low back pain in the light of a incidental finding on CT which showed multilevel degenerative disc disease throughout the lumbar spine. To begin Spine Zone program.

Lymphoma: He completed chemotherapy for stage 4B diffuse large cell Non-Hodgkins lymphoma with Dr. Redfern post 6 cycles of CHOP-R chemotherapy 4/2015. His lymphoma is considered in remission. He had CT chest abdomen pelvis 10/2/17 and Dr. Redfern wishes to follow-up increasing lymphadenopathy in 6 months. He was treated by Dr. Costello at UCSD and she was noncommittal about Adderall. His treatment was complicated by cytokine release syndrome and was treated by immunosuppression. He takes oxycodone 15 mg, 6 tabs daily, primarily for neck pain.

Non-alcoholic fatty liver: US in 4/2014 indicated "Mild hepatosplenomegaly. The appearance of the liver suggests hepatic steatosis." He was having up to 10 drinks/week and has cut down to 2 -- 3/week.

Granulomatous disease: Small calcifications are present in the spleen, consist with old granulomatous disease. Grew up in New Jersey and moved to Southern California.

Osteoarthritis: his hands stiffen unless he takes 15 mg Meloxicam. He has pain in both knees and both shoulders. Knee pain is achy medial with stairs and prolonged sitting. Shoulder pain is subscapular when lying on his back. Incidental finding on CT which showed multilevel degenerative disc disease throughout the lumbar spine. Had left knee replacement by Dr. Pallia 8/31/2016 and feels totally recovered.

Osteoporosis: Compression deformity of T12. Probable prior skiing injury.

Right inguinal hernia

## Review of Systems
**Constitutional:** no fever, no chills and not feeling tired (fatigue).
**Musculoskeletal:** neck pain.
**Neurological:** dizziness and headaches.

Emanuel Giglio ▉▉▉▉　　　　　　　　2 of 5　　　　　　　　08/29/2019 10:00AM

Confidential-Giglio-EGiglio-SharpCC-000597