# EXHIBIT 5

```
 1                UNITED STATES DISTRICT COURT
 2               NORTHERN DISTRICT OF CALIFORNIA
 3
 4     -------------------------------x
 5     IN RE: ROUNDUP PRODUCTS         ) Case No.
 6     LIABILITY LITIGATION            ) 3:16-md-02741-VC
       _____
 7
       This document relates to:       ) MDL No. 2741
 8
       Giglio v. Monsanto Company      )
 9
       Case No. 3:16-cv-05658-VC       )
10
       --------------------------------
11
12
13
14           VIDEOTAPED SUPPLEMENTAL DEPOSITION OF
15                    EMANUEL RICHARD GIGLIO
16                    SAN DIEGO, CALIFORNIA
17                  THURSDAY, AUGUST 29, 2019
18                          1:05 P.M.
19
20
21
22
23
24
25     Reported by: Leslie A. Todd
```

Emanuel Richard Giglio

```
 1         Q    That would be a mistake, right?
 2         A    Repeat the question.
 3         Q    If a statement had been made that you
 4   did not spray Roundup at this property that's
 5   shown in Exhibit 5, that would not be correct,
 6   would it?
 7         A    That's correct.
 8         Q    Other than your improved memory post-
 9   treatment, are there any other reasons now, as you
10   sit here today, why you've put back in the
11   residential use?
12         A    No, that's the reason.
13         Q    Do you think your memory affected other
14   answers that you've given in this lawsuit?
15         A    I can't answer that.
16         Q    Okay.  Have you reviewed -- have you
17   gone back and reviewed any to confirm if they're
18   correct?
19         A    I have not.
20         Q    Mr. Giglio, let's just spend a few
21   minutes on where you are and -- and what treatment
22   you went through.
23              The last time you had initiated -- you
24   were ready to go into the CAR T-cell therapy.
25         A    Yes.
```

Emanuel Richard Giglio

```
 1        Q    Can you tell me about that therapy.
 2        A    I received a -- a very heavy treatment
 3   of chemotherapy on -- on April 4th through 6th.  I
 4   went home April 7th.  April 8th, I was admitted to
 5   UCSD Hospital.  On April 9th, they infused me with
 6   the modified CAR T-cells.  And my -- my body
 7   processed the cells exceptionally well, and I was
 8   released on April 20th.
 9             And since then, I'm experiencing a
10   certain amount of restoration of my health, and of
11   course, my memory.
12        Q    What are the next steps, do you know?
13        A    Yes.
14        Q    Okay.  Tell me about them.
15        A    The glyphosate poisoning caused other
16   issues in my body, including leaky gut, loss of --
17   of highs and lows, depression, anxiety, pain in my
18   lower extremities.  And so I'm seeing a
19   gastroenterologist to begin work on -- on the --
20   on those effects, including chronic fatigue, which
21   has not allowed me to go back to work.
22        Q    Let's break this down.  I'll come back
23   to your other claims, but what are the next steps
24   with regard to your prognosis relating to your
25   non-Hodgkin's lymphoma?
```

```
 1        A    It will be monitored every three months,
 2   three to six months with a scan.
 3        Q    Do you know if your doctors are talking
 4   about doing a biopsy of some type?
 5        A    No.
 6        Q    You're not aware of that?
 7        A    No.
 8        Q    Have your doctors -- any of your doctors
 9   told you that you're in remission?
10        A    They don't use the word "remission."  So
11   no.
12        Q    What have they told you?
13        A    They told me there's no new cancer
14   activity in my lymph nodes.
15        Q    And what have they told you with regard
16   to prognosis, if anything?
17        A    CAR T doesn't cure cancer.  It simply
18   manages the infection of cancer as it affects my
19   lymph nodes.  So it's an ongoing issue.  They only
20   have two years of data --
21        Q    Mm-hmm.
22        A    -- regarding people who have gone
23   through the treatment that I went through, the
24   S CAR T.
25        Q    Okay.  I take it your doctors are
```

```
 1   pleased with --
 2        A    Yes.
 3        Q    -- your outcome, right?
 4        A    Yes.
 5        Q    And you are very pleased.
 6        A    Yes.
 7        Q    But because we have the limited data --
 8   I mean -- well, strike that.
 9             You are going to be monitored regularly.
10        A    Yes.
11        Q    What type of scan do they do?
12        A    They do a PET scan.
13        Q    Okay.  Anything else you want to tell me
14   about your hospitalization and your treatment in
15   April of this year?
16        A    No.
17        Q    How did you cope with side effects?
18   Were they bad?
19        A    Yes.
20        Q    And what did you have?
21        A    I had neuropathy, a loss the feeling in
22   my feet.  And -- I had the neurotoxicity, which
23   was chronic fatigue, mental fatigue.
24        Q    Anything else?
25        A    No.
```

Emanuel Richard Giglio

```
 1        Q    Was your length of stay in the hospital
 2   about what you expected it to be or was it shorter
 3   or longer?
 4        A    It was about what I expected.
 5        Q    Okay.  Now, talk to me about -- it
 6   sounds as if you're seeing a gastroenterologist
 7   for some gastrointestinal issues.
 8        A    Yes.
 9        Q    And is it your testimony that you're
10   blaming glyphosate for these problems?
11        A    Yes.
12        Q    Okay.  You said leaky gut, depression,
13   anxiety, and pain in your lower extremities.
14        A    Yes.
15        Q    Anything else that you think glyphosate
16   caused?
17        A    The chronic fatigue.
18        Q    Okay.  Anything else?
19        A    No, not that I can think of.
20        Q    And who is your gastroenterologist?
21        A    Dr. Flores.
22        Q    And where is Dr. Flores located?
23        A    He's at Sharp Memorial.
24        Q    Are you seeing any other doctors for
25   these problems?
```