AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| Ruben Hernandez and Martha Hernandez | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:17-cv-7364 |
| Monsanto Company | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Ruben Hernandez and Martha Hernandez                                                                  .

Date:   09/27/2019                                                   /s/ John E. Osborne
*Attorney's signature*

John E. Osborne (AZ 007085)
*Printed name and bar number*
Goldberg & Osborne LLP
698 E. Wetmore Rd., Suite 200
Tucson, AZ 85705

*Address*

josborne@goldbergandosborne.com
*E-mail address*

(520) 620-3975
*Telephone number*

(520) 620-3991
*FAX number*