**HOLLINGSWORTH LLP**
Joe G. Hollingsworth (*pro hac vice*)
Eric G. Lasker (*pro hac vice*)
1350 I Street, N.W.
Washington, DC 20005
Telephone: (202) 898-5800
Facsimile: (202) 682-1639
Email:   jhollingsworth@hollingsworthllp.com
        elasker@hollingsworthllp.com

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>*Patrick S. Haggerty and Phyllis N. Haggerty v. Monsanto Co.*,<br>Case No. 3:19-cv-05594-VC | |

**MONSANTO COMPANY'S**
**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

Defendant Monsanto Company is an indirect, wholly-owned subsidiary of Bayer AG, so Bayer AG has a financial interest in a party to the proceeding.

1  DATED:  September 27, 2019				Respectfully submitted,

2

3								/s/ Joe G. Hollingsworth
								Joe G. Hollingsworth (*pro hac vice*)
								(jhollingsworth@hollingsworthllp.com)
4								Eric G. Lasker (*pro hac vice*)
								(elasker@hollingsworthllp.com)
5								HOLLINGSWORTH LLP
								1350 I Street, N.W.
6								Washington, DC  20005
								Telephone:  (202) 898-5800
7								Facsimile:   (202) 682-1639

8								*Attorneys for Defendant*
								*MONSANTO COMPANY*