**WILKINSON WALSH + ESKOVITZ LLP**
Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonwalsh.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonwalsh.com)
2001 M St. NW
10th Floor
Washington, DC 20036
Tel:    202-847-4030
Fax:    202-847-4005

**ARNOLD & PORTER KAYE SCHOLER**
Pamela Yates (CA Bar No. 137440)
(Pamela.Yates@arnoldporter.com)
777 South Figueroa St., 44th Floor
Los Angeles, CA 90017
Tel: 213-243-4178
Fax: 213-243-4199

**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
1350 I St. NW
Washington, DC 20005
Tel: 202-898-5843
Fax: 202-682-1639

**COVINGTON & BURLING LLP**
Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
One City Center
850 10th St. NW
Washington, DC 20001
Tel: 202-662-6000

*Attorneys for Defendant*
*MONSANTO COMPANY*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>*Hardeman v. Monsanto Co., et al.*, 3:16-cv-0525-VC | Case No.: 3:16-cv-0525 & 16-md-02741-VC<br><br>[~~PROPOSED~~] ORDER MODIFYING AMOUNT OF SUPERSEDEAS BOND AS MODIFIED |

**ORDER**

The Court has reviewed Defendant Monsanto Company's Unopposed Motion for Modification of the Supersedeas Bond.  In light of the amended judgment in this case, and good cause appearing, the Court hereby ORDERS:

The Court approves Monsanto Company's Amended Supersedeas Bond in the amount of $31,641,728.78, which is to be deposited in the court's Registry.

**IT IS SO ORDERED**.

Dated: September 30, 2019

By: _____
HONORABLE VINCE CHHABRIA
United States District Judge