UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 16-md-02741-VC |
| This document relates to:<br>*Smith v. Monsanto Co.*, 17-cv-2142<br>*Aultman v. Monsanto Co.*, 19-cv-5236<br>*Borum v. Monsanto Co.*, 19-cv-5242<br>*Butterfield v. Monsanto Co.*, 19-cv-5243<br>*Connell v. Monsanto Co.*, 19-cv-5244<br>*Costa v. Monsanto Co.*, 19-cv-5245<br>*Gerlach v. Monsanto Co.*, 19-cv-5246<br>*Gniadek v. Monsanto Co.*, 19-cv-5249<br>*Gordon v. Monsanto Co.*, 19-cv-5252<br>*Hoffman v. Monsanto Co.*, 19-cv-5253<br>*Johnson v. Monsanto Co.*, 19-cv-5255<br>*Jones v. Monsanto Co.*, 19-cv-5256<br>*King v. Monsanto Co.*, 19-cv-5258 | **PRETRIAL ORDER NO. 177: GRANTING MOTIONS TO DISMISS**<br><br>Re: Dkt. Nos. 5614, 5621, 5624, 5627, 5633, 5635, 5638, 5640, 5642, 5644, 5646, 5648, 5650 |

The motions to dismiss filed by Osborn & Barr Communications and Osborn & Barr Holdings are granted. Each plaintiff in the related cases voluntarily dismissed Osborn & Barr with prejudice in July 2017. *See* 17-cv-2142-VC, Dkt. No. 27. But two years later, these 13 plaintiffs raised the same claims against Osborn & Barr in their short-form complaints. Osborn & Barr moved to dismiss on the basis of claim preclusion, and none of the plaintiffs filed an opposition.

A voluntary dismissal with prejudice has claim-preclusive effect. *See Concha v. London*, 62 F.3d 1493, 1507 (9th Cir. 1995). Each plaintiff has therefore failed to state a claim upon which relief can be granted against Osborn & Barr. Fed. R. Civ. P. 12(b)(6).

**IT IS SO ORDERED.**

Dated: September 30, 2019

VINCE CHHABRIA
United States District Judge