UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

**BERNICE KATZ,**
    Plaintiff,

                      Case No.: 3:16-md-02741-VC
                            3:19-cv-03668-VC

-vs.-                      Hon.: VINCE CHHABRIA

**MONSANTO COMPANY; BAYER CORP.,
BAYER HEALTHCARE, LLC, BAYER
INC., BAYER HEALTHCARE
PHAYMACEUTICALS, INC., STEVEN
D. GOULD; WILBUR-ELLIS COMPANY,
LLC; and WILBUR-ELLIS FEED, LLC,**
                Defendant.

_____/

**MUSSIN & SCANLAND, PLLC
JERARD M. SCANLAND (P74992)
SCOTT P. MUSSIN (P66748)**
Attorneys for Plaintiff
13351 Reeck Court, Suite 5
Southgate, Michigan 48195
Phone: (734)-282-6037
Fax: (734)-447-5853
JScanland@milawoffices.com
_____/

**PROPOSED ORDER TO EXTEND SUMMONS ~~AND FOR APPEARNCE BY PHONE~~**

A session of said court
held in the City of San Francisco, County of San Francisco
and State of California
On_____
Present Hon.:_____
        **VINCE CHHABRIA
        FEDERAL DISTRICT COURT JUDGE**

    This case having been brought on Plaintiff's filing of a Complaint and this Honorable

Court being advised good cause exists to extend the time for service of the Complaint and this

Honorable Court being otherwise fully advised in the premise:

2

**IT IS HEREBY ORDERED** that the Summons on Plaintiff's matter shall be extended for a period of thirty (30) days from the date of signing of this Order.

**IT IS HEREBY ORDERED.**

Dated: September 30, 2019          HON.:_____
                                                      **VINCE CHHABRIA**
                                                      **FEDERAL DISTRICT COURT JUDGE**

This Order Was Prepared By:

**MUSSIN & SCANLAND, PLLC**

/s/JERARD M. SCANLAND_____
   **JERARD M. SCANLAND (P74992)**
Attorney for Plaintiff
13351 Reeck Court, Suite 5
Southgate, Michigan 48195
Phone: (734)-282-6037
Fax: (734)-447-5853
JScanland@milawoffices.Com

3