UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 16-md-02741-VC |
| This document relates to: *Hernandez v. Monsanto Co.*, 17-cv-7364 | **PRETRIAL ORDER NO. 178: GRANTING AS MODIFIED MOTION FOR EXTENSION OF DEADLINE** |
| | Re: Dkt. No. 6117 |

The Hernandezes' opposed motion for an extension of the deadline to provide their expert reports is granted as modified. That deadline is extended from October 4, 2019, to October 18, 2019. No other deadlines are impacted by this order, and no further extensions will be granted.

**IT IS SO ORDERED.**

Dated: October 1, 2019

_____
VINCE CHHABRIA
United States District Judge