# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL NO. 2741<br><br>CASE NO. MDL NO. 3:16-md-2741-VC |
| This document relates to:<br>*Yolanda Mendoza v. Monsanto Company*<br>Case No. 3:16-cv-06046 | [~~PROPOSED~~] ORDER GRANTING MOTION TO WITHDRAW AS ADDITIONAL COUNSEL FOR DEFENDANT MONSANTO COMPANY |

Kelly H. Foos seeks to withdraw as counsel *pro hac vice* for Defendant in the above-captioned litigation pursuant to LOCAL R. 11-5(a) and CAL. R. PROF. CONDUCT 3-700(A)(1). As this Court finds that Ms. Foos has submitted satisfactory reasoning for withdrawal as additional counsel, and that the granting of her Motion will not cause substantial prejudice or delay to any party,

IT IS HEREBY ORDERED that Kelly H. Foos's Motion to Withdraw as Counsel for Defendant is GRANTED, and Kelly H. Foos is hereby terminated as counsel in this proceeding.

DATED: October 2, 2019

By: _____
Hon. Vince Chhabria
United States District Court