**HOLLINGSWORTH LLP**
Joe G. Hollingsworth (*pro hac vice*)
Eric G. Lasker (*pro hac vice*)
1350 I Street, N.W.
Washington, DC  20005
Telephone:  (202) 898-5800
Facsimile:  (202) 682-1639
Email:  jhollingsworth@hollingsworthllp.com
  elasker@hollingsworthllp.com

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 3:16-md-02741-VC |
| This document relates to: | |
| *Barbara Watson, individually and on behalf of the Estate of Clifford T. Watson v. Monsanto Co.*, Case No. 3:19-cv-04627-VC | |

**MONSANTO COMPANY'S**
**<u>CERTIFICATION OF INTERESTED ENTITIES OR PERSONS</u>**

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

Defendant Monsanto Company is an indirect, wholly-owned subsidiary of Bayer AG, so Bayer AG has a financial interest in a party to the proceeding.

1  DATED:  October 2, 2019                     Respectfully submitted,

2

3                                                              /s/ Joe G. Hollingsworth
                                                               Joe G. Hollingsworth (*pro hac vice*)
                                                               (jhollingsworth@hollingsworthllp.com)
4                                                              Eric G. Lasker (*pro hac vice*)
                                                               (elasker@hollingsworthllp.com)
5                                                              HOLLINGSWORTH LLP
                                                               1350 I Street, N.W.
6                                                              Washington, DC  20005
                                                               Telephone:  (202) 898-5800
7                                                              Facsimile:   (202) 682-1639

8                                                              *Attorneys for Defendant*
                                                               *MONSANTO COMPANY*
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28