**David J. Diamond, Esq.**
State Bar #010842
698 E. Wetmore Rd., Suite 200
Tucson, AZ 85705
(520) 620-3975
ddiamond@goldbergandosborne.com

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Master Docket Case No. 16-md-02741-VC |
| THIS DOCUMENT RELATES TO: | Honorable Vince Chhabria |
| David Paul Garthwaite | Case No. 3:19-cv-02579-VC |
| v. | |
| Monsanto Company | |

## SUGGESTION OF DEATH

Counsel for Plaintiff in the above-referenced action hereby gives notice of the death of Plaintiff David Paul Garthwaite. Mr. Garthwaite passed away on January 14, 2019.

In accordance with Rule 25(a)(2) of the Federal Rules of Civil Procedure, Mr. Garthwaite's brother, Patrick Garthwaite, will be substituted in this action so that D's claims survive and the action on his behalf may proceed.

Dated this 2nd day of October, 2019.

Respectfully Submitted,

*/s/ David J. Diamond*
David J. Diamond (010842)
Goldberg & Osborne LLP
698 E. Wetmore Road, Suite 200
Tucson, AZ 85705
Tel: (520) 620-3975
Fax: (520) 620-3991
ddiamond@goldbergandosborne.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I, David J. Diamond, hereby certify that on October 2, 2019, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

                                    */s/ David J. Diamond*
                                    David J. Diamond