1  Timothy E. Congrove
   SHOOK, HARDY & BACON L.L.P.
2  2555 Grand Blvd.
   Kansas City, MO 64108
3  Phone: (816) 474-6550
   Fax: (816) 421-5547
4  tcongrove@shb.com

5  *Attorney for Defendant*
   *MONSANTO COMPANY*
6

7                    **UNITED STATES DISTRICT COURT**
                     **NORTHERN DISTRICT OF CALIFORNIA**

8  | IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
9  | | Case No. MDL No. 3:16-md-2741-VC |
10 | This document relates to: | |
   | *Darryl A. Gatson, Sr. v. Monsanto Company* | |
11 | Case No. 3:18-cv-05317 | |
12

13        **NOTICE OF APPEARANCE ON BEHALF OF MONSANTO COMPANY**

14     **TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

15         PLEASE TAKE NOTICE that, pursuant to Pretrial Order No. 1, Timothy E. Congrove, of

16  the firm Shook, Hardy & Bacon L.L.P. hereby enters an appearance as counsel for Defendant

17  MONSANTO COMPANY in the above-captioned matter and respectfully requests that all

18  pleadings, notices, orders, correspondence, and other papers in connection with this action be served

19  on and directed to the undersigned counsel.

20      October 3, 2019                             Respectfully Submitted,

21
                                          By:  */s/ Timothy E. Congrove*
22                                             Timothy E. Congrove
                                               SHOOK, HARDY & BACON L.L.P.
23                                             2555 Grand Blvd.
                                               Kansas City, MO 64108
24                                             Phone: (816) 474-6550
                                               Fax: (816) 421-5547
25                                             tcongrove@shb.com

26                                             *Attorney for Defendant,*
                                               *MONSANTO COMPANY*
27

28

---
NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT MONSANTO COMPANY
Case No. 3:16-md-02741-VC

4821-7187-4216 v1

## CERTIFICATE OF SERVICE

I hereby certify that, on October 3, 2019, I electronically filed NOTICE OF APPEARANCE OF TIMOTHY E. CONGROVE ON BEHALF OF DEFENDANT MONSANTO COMPANY with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

DATED: October 3, 2019                    Respectfully submitted,

*/s/ Timothy E. Congrove*
Timothy E. Congrove
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
Phone: (816) 474-6550
Fax: (816) 421-5547
tcongrove@shb.com

*Attorney for Defendant,*
*MONSANTO COMPANY*