**WILKINSON WALSH + ESKOVITZ LLP**
Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonwalsh.com)
Tamarra Matthews Johnson (*pro hac vice*)
(tmatthewsjohnson@wilkinsonwalsh.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonwalsh.com)
2001 M St. NW, 10th Floor
Washington, DC 20036
Tel:   (202) 847-4030
Fax:   (202) 847-4005

**ARNOLD & PORTER KAYE SCHOLER LLP**
Daniel Pariser (*pro hac vice*)
(daniel.pariser@arnoldporter.com)
555 12th St. NW
Washington, DC 20004
Tel: (202) 942-5000

**HOLLINGSWORTH LLP**
Joe G. Hollingsworth (*pro hac vice*)
(jhollingsworth@hollingsworthllp.com)
1350 I St. NW
Washington, DC 20005
Tel: (202) 898-5800
Fax: (202) 682-1639

**COVINGTON & BURLING LLP**
Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
One City Center
850 10th St. NW
Washington, DC 20001
Tel: (202) 662-6000

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Applegate v. Monsanto Co.*, 3:18-cv-3363 | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC<br><br>**MONSANTO COMPANY'S RESPONSE TO RALPH APPLEGATE'S MOTION TO REOPEN CASE** |

1  Defendant Monsanto Company ("Monsanto"), pursuant to the Court's September 12,
2  2019 Order (ECF No. 5631), hereby files its response ("Response") to Ralph Applegate's
3  ("plaintiff's") Motion to Reopen (ECF No. 5595).  Given the unique factual background of
4  plaintiff's case, as explained in more detail below, Monsanto does not oppose reopening
5  plaintiff's case provided that plaintiff submits a substantially complete Plaintiff Fact Sheet
6  within 14 days (by October 17, 2019) of Monsanto's filing of this Response.  If plaintiff does
7  so, Monsanto will file a notice providing that information to the Court.

**Factual Background**

Ralph Applegate is a *pro se* plaintiff whose case joined the MDL on June 6, 2018.[1]
Mr. Applegate failed to submit a Plaintiff Fact Sheet by January 23, 2019 as required by the
deadlines established in Pretrial Order No. 50.  Monsanto therefore sent plaintiff a deficiency
letter via certified mail on January 28, 2019.  This letter noted that plaintiff's case would be
subject to dismissal if a Plaintiff Fact Sheet was not served within 7 days from the date of the
letter.  *See* Exhibit 1, Notice of Failure to Provide Plaintiff Fact Sheet, at 1.  The address used
on the letter to plaintiff is the same address that plaintiff uses on documents that he sends to
the Court.  *Compare* Exhibit 1 at 1 *to* Ralph Applegate's Motion to Reopen (ECF No. 5595)
("Motion to Reopen").  Proof of receipt of the deficiency letter was returned to Monsanto,
albeit unsigned.  *See* Exhibit 1 at 3.

Monsanto never received a Plaintiff Fact Sheet from Mr. Applegate, and on February
12, 2019, Monsanto moved to dismiss plaintiff's case with prejudice.  *See* Defendant's Motion
to Dismiss with Prejudice (ECF No. 2697).  Thereafter, Monsanto filed several amended
motions to dismiss as certain plaintiffs in the same motion completed and submitted their fact
sheets.  *See* ECF Nos. 2835, 2836, 2885, 3088, 3439, 3732, 3733, 3831.  On May 21, 2019,

---

[1] On August 22, 2019, plaintiff filed a second action against Bayer AG only, which has been tagged to join this MDL.

MONSANTO'S RESPONSE TO RALPH APPLEGATE'S MOTION TO REOPEN CASE
3:16-md-02741-VC & 3:18-cv-3363-VC

having still not received plaintiff's Fact Sheet, Monsanto filed its Ninth Amended Motion to dismiss plaintiff's case.  *See* ECF No. 3833.

Each time Monsanto filed the motions to dismiss, electronic notice was sent to all counsel of record via the ECF filing system.  Monsanto notes, however, that plaintiff's email for service on the Court's website is listed as rapplegate28@gmail.com, but in the signature block of his motion to dismiss, his email is listed as rapplegate48@gmail.com.  It is therefore possible that Mr. Applegate did not receive electronic notice of the multiple motions to dismiss, creating a factual issue which is unique to his case.

On May 22, 2019, the Court heard argument on Monsanto's motion to dismiss Mr. Applegate's cases, as well as various other plaintiffs' cases, for failure to submit Plaintiff Fact Sheets.  Eleven plaintiffs' attorneys attended.  Mr. Brake of the Miller Firm, a member of the MDL plaintiffs' joint leadership group, argued on behalf of plaintiffs, but he did not specifically address Mr. Applegate's case.  *See* Exhibit 2, May 22, 2019 Case Mgmt. Conf. Tr. at 14:2-15.  During argument, Monsanto emphasized that the Plaintiff Fact Sheet process would break down if plaintiffs were allowed to submit Fact Sheets after the deadlines established by Pretrial Order No. 50 had passed.  *See id.* at 20:20-21:8.  On June 3, 2019, the Court issued Pretrial Order No. 149 dismissing multiple cases, including Mr. Applegate's, for failure to submit Plaintiff Fact Sheets.

On August 30, 2019, plaintiff moved to reopen his case, in which he requested a Plaintiff Fact Sheet.  *See* Motion to Reopen at 1.

## **Monsanto's Position**

Provided that Mr. Applegate submits a substantially complete Plaintiff Fact Sheet to Monsanto through the MDL Centrality portal within 14 days of filing this Response (*i.e.*, by October 17, 2019), Monsanto does not oppose reopening plaintiff's case.  Plaintiff had multiple opportunities to submit his Plaintiff Fact Sheet on time even if he did not receive ECF notifications, including receipt of a certified letter from Monsanto counsel warning of

dismissal as a possible outcome. However, because plaintiff is representing himself *pro se* and may not have received email notifications from the Court's ECF system alerting him to Monsanto's multiple motions to dismiss, Monsanto believes that the facts of Mr. Applegate's case are unique.

Monsanto notes, however, that it has complied with Pretrial Order No. 50 in regards to Mr. Applegate and the hundreds of other plaintiffs in the MDL. It is not Monsanto's burden to ensure that Plaintiff Fact Sheets are timely submitted. Plaintiffs' leadership were present at the May 22, 2019 hearing during which Monsanto's motion to dismiss plaintiff's case was heard and did not express justification for plaintiff's failure to submit a Fact Sheet in a timely manner. They, not Monsanto, are also tasked with coordinating discovery on behalf of plaintiffs and "coordinat[ing] the work of all plaintiffs' counsel," which includes those plaintiffs representing themselves. *See* Pretrial Order No. 4: Plaintiff's Leadership Structure (ECF No. 62). It should be the responsibility of the plaintiffs' leadership, not Monsanto, to follow up with individual plaintiffs who fail to submit a Plaintiff Fact Sheet in response to a deficiency notice.

Finally, Monsanto maintains that the Plaintiff Fact Sheet process is important to managing the MDL as a whole and that making exceptions to allow for certain plaintiffs to submit their fact sheets late could eventually render Pretrial Order No. 50 moot. This Response is therefore not a waiver to opposing future motions to reopen cases should other plaintiffs be dismissed from the litigation due to failure to submit Plaintiff Fact Sheets.

### Conclusion

If plaintiff submits a substantially complete fact sheet to MDL Centrality within 14 days, Monsanto does not oppose reopening plaintiff's case. Monsanto will notify the Court that the case may be reopened should it receive the Plaintiff Fact Sheet by October 17, 2019.[2]

---

[2] Should plaintiff be unable to access MDL Centrality, he should email MDLCentrality@browngreer.com or should otherwise be provided a copy of the Plaintiff Fact Sheet by plaintiffs' leadership group.

DATED: October 3, 2019

          Respectfully submitted,

          /s/ *Joe G. Hollingsworth*

Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonwalsh.com)
Tamarra Matthews Johnson (*pro hac vice*)
(tmatthewsjohnson@wilkinsonwalsh.com
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonwalsh.com)
WILKINSON WALSH + ESKOVITZ LLP
2001 M St. NW, 10th Floor
Washington, DC 20036
Tel: (202) 847-4030
Fax: (202) 847-4005

Daniel Pariser
(daniel.pariser@arnoldporter.com)
ARNOLD & PORTER KAYE SCHOLER
555 12th St. NW
Washington, DC 20004
Tel: (202) 942-5000

Joe G. Hollingsworth (*pro hac vice*)
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I St. NW
Washington, DC 20005
Tel: (202) 898-5800
Fax: (202) 682-1639

Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
COVINGTON & BURLING LLP
One City Center
850 10th St. NW
Washington, DC 20001
Tel: (202) 662-6000

*Attorneys for Defendant*
*MONSANTO COMPANY*

---

MONSANTO'S RESPONSE TO RALPH APPLEGATE'S MOTION TO REOPEN CASE
3:16-md-02741-VC & 3:18-cv-3363-VC

## CERTIFICATE OF SERVICE

I hereby certify that, on this 3rd day of October 2019, a copy of the foregoing was filed with the Clerk of Court through the CM/ECF system, as well as by electronic and certified mail upon Plaintiff Ralph Applegate.

Ralph Applegate
Rapplegate48@gmail.com
1544 Zettler Rd.
Columbus, OH 43227

DATED:  October 3, 2019

                                       Respectfully submitted,

                                       /s/ *Joe G. Hollingsworth*_____

Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonwalsh.com)
Tamarra Matthews Johnson (*pro hac vice*)
(tmatthewsjohnson@wilkinsonwalsh.com
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonwalsh.com)
WILKINSON WALSH + ESKOVITZ LLP
2001 M St. NW, 10th Floor
Washington, DC 20036
Tel: (202) 847-4030
Fax: (202) 847-4005

Daniel Pariser
(daniel.pariser@arnoldporter.com)
ARNOLD & PORTER KAYE SCHOLER
555 12th St. NW
Washington, DC 20004
Tel: (202) 942-5000

Joe G. Hollingsworth (*pro hac vice*)
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I St. NW
Washington, DC 20005

---

MONSANTO'S RESPONSE TO RALPH APPLEGATE'S MOTION TO REOPEN CASE
3:16-md-02741-VC & 3:18-cv-3363-VC

Tel: (202) 898-5800
Fax: (202) 682-1639

Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
COVINGTON & BURLING LLP
One City Center
850 10th St. NW
Washington, DC 20001
Tel: (202) 662-6000

*Attorneys for Defendant*
*MONSANTO COMPANY*

MONSANTO'S RESPONSE TO RALPH APPLEGATE'S MOTION TO REOPEN CASE
3:16-md-02741-VC & 3:18-cv-3363-VC