**WILKINSON WALSH + ESKOVITZ LLP**
Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonwalsh.com)
Tamarra Matthews Johnson (*pro hac vice*)
(tmatthewsjohnson@wilkinsonwalsh.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonwalsh.com)
2001 M St. NW, 10th Floor
Washington, DC 20036
Tel:   (202) 847-4030
Fax:   (202) 847-4005

**ARNOLD & PORTER KAYE SCHOLER LLP**
Daniel Pariser (*pro hac vice*)
(daniel.pariser@arnoldporter.com)
555 12th St. NW
Washington, DC 20004
Tel: (202) 942-5000

**HOLLINGSWORTH LLP**
Joe G. Hollingsworth (*pro hac vice*)
(jhollingsworth@hollingsworthllp.com)
1350 I St. NW
Washington, DC 20005
Tel: (202) 898-5800
Fax: (202) 682-1639

**COVINGTON & BURLING LLP**
Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
One City Center
850 10th St. NW
Washington, DC 20001
Tel: (202) 662-6000

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Applegate v. Monsanto Co.*, 3:18-cv-3363 | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC<br><br>**DECLARATION OF JOE G. HOLLINGSWORTH IN SUPPORT OF MONSANTO COMPANY'S RESPONSE TO RALPH APPLEGATE'S MOTION TO REOPEN CASE** |

I, Joe G. Hollingsworth, hereby declare as follows:

1. I am an attorney at law and am a member of the law firm of Hollingsworth LLP, counsel for defendant Monsanto Company ("Monsanto"). I make this declaration in support of Monsanto's Response to Ralph Applegate's Motion to Reopen.

2. This declaration based on my personal knowledge and, if called as a witness, I would and could testify competently to these matters.

3. Annexed hereto as **Exhibit 1** is a true and correct copy of Monsanto's Notice of Failure to Provide Plaintiff Fact Sheet (dated January 28, 2019).

4. Annexed hereto as **Exhibit 2** is a true and correct copy of excerpts of the May 22, 2019 Case Management Conference.

DATED: October 3, 2019

Respectfully submitted,

/s/ *Joe G. Hollingsworth*

Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonwalsh.com)
Tamarra Matthews Johnson (*pro hac vice*)
(tmatthewsjohnson@wilkinsonwalsh.com
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonwalsh.com)
WILKINSON WALSH + ESKOVITZ LLP
2001 M St. NW, 10th Floor
Washington, DC 20036
Tel: (202) 847-4030
Fax: (202) 847-4005

Daniel Pariser
(daniel.pariser@arnoldporter.com)
ARNOLD & PORTER KAYE SCHOLER
555 12th St. NW
Washington, DC 20004
Tel: (202) 942-5000

Joe G. Hollingsworth (*pro hac vice*)
(jhollingsworth@hollingsworthllp.com)

---

HOLLINGSWORTH DECL. ISO RESPONSE TO RALPH APPLEGATE'S MOTION TO REOPEN CASE
3:16-md-02741-VC & 3:18-cv-3363-VC

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

HOLLINGSWORTH LLP
1350 I St. NW
Washington, DC 20005
Tel: (202) 898-5800
Fax: (202) 682-1639

Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
COVINGTON & BURLING LLP
One City Center
850 10th St. NW
Washington, DC 20001
Tel: (202) 662-6000

*Attorneys for Defendant*
*MONSANTO COMPANY*

---

HOLLINGSWORTH DECL. ISO RESPONSE TO RALPH APPLEGATE'S MOTION TO REOPEN CASE
3:16-md-02741-VC & 3:18-cv-3363-VC

# CERTIFICATE OF SERVICE

I hereby certify that, on this 3rd day of October 2019, a copy of the foregoing was filed with the Clerk of Court through the CM/ECF system, as well as by electronic and certified mail upon Plaintiff Ralph Applegate:

Ralph Applegate
Rapplegate48@gmail.com
1544 Zettler Rd.
Columbus, OH 43227

DATED: October 3, 2019

Respectfully submitted,

/s/ *Joe G. Hollingsworth*_____

Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonwalsh.com)
Tamarra Matthews Johnson (*pro hac vice*)
(tmatthewsjohnson@wilkinsonwalsh.com
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonwalsh.com)
WILKINSON WALSH + ESKOVITZ LLP
2001 M St. NW, 10th Floor
Washington, DC 20036
Tel: (202) 847-4030
Fax: (202) 847-4005

Daniel Pariser
(daniel.pariser@arnoldporter.com)
ARNOLD & PORTER KAYE SCHOLER
555 12th St. NW
Washington, DC 20004
Tel: (202) 942-5000

Joe G. Hollingsworth (*pro hac vice*)
(jhollingsworth@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I St. NW
Washington, DC 20005
Tel: (202) 898-5800

HOLLINGSWORTH DECL. ISO RESPONSE TO RALPH APPLEGATE'S MOTION TO REOPEN CASE
3:16-md-02741-VC & 3:18-cv-3363-VC

Fax: (202) 682-1639

Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
COVINGTON & BURLING LLP
One City Center
850 10th St. NW
Washington, DC 20001
Tel: (202) 662-6000

*Attorneys for Defendant*
*MONSANTO COMPANY*

HOLLINGSWORTH DECL. ISO RESPONSE TO RALPH APPLEGATE'S MOTION TO REOPEN CASE
3:16-md-02741-VC & 3:18-cv-3363-VC