# EXHIBIT 1



January 28, 2019

**VIA CERTIFIED MAIL RETURN RECIEPT REQUESTED**

Ralph A. Applegate
1544 Zettler Rd.
Columbus, OH 43227

Barbara R. Light

JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston, Texas 77002
**t** 713.227.8008
**f** 713.227.9508

Re: Notice of Failure to Provide Plaintiff Fact Sheet
  *In re Roundup Products Liability* Litigation – MDL No. 2741

Dear Counsel,

This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pretrial Order No. 50 ("PTO 50").

Pursuant to paragraph four of PTO 50, Group 3 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly on Wednesday, January 23, 2019. Defendant Monsanto Company ("Monsanto") has identified a list of plaintiffs (attached) that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50 as of Friday, January 25, 2019.

Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly. After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

Barbara R. Light

Barbara R. Light, Esq.

CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C

699436 V1

## Plaintiffs Who Failed to Submit PFS

| Plaintiff's Name | Case Number | PFS Due Date | Notice of Failure to Provide PFS |
|---|---|---|---|
| Applegate, Ralph | 3:18-cv-03363-VC | January 23, 2019 | January 28, 2019 |

9414 7266 9904 2022 7740 63

TO: **Ralph A. Applegate**
1544 Zettler Rd.
Columbus, OH 43227

SENDER: Barbara R. Light
31943.320330 (Roundup)

REFERENCE: 1/25/19 Ltr Notice for Failure to Submit PFS

PS Form 3800, January 2005

| RETURN RECEIPT SERVICE | Postage | |
|---|---|---|
| | Certified Fee | |
| | Return Receipt Fee | |
| | Restricted Delivery | |
| | Total Postage & Fees | |

**USPS® Receipt for Certified Mail®**
POSTMARK OR DATE
No Insurance Coverage Provided
Do Not Use for International Mail

---

PS Form 3811, January 2005    Domestic Return Receipt

31943.320330 (Roundup)
1/25/19 Ltr Notice for Failure to Submit PFS

Ralph A. Applegate
1544 Zettler Rd.
Columbus, OH 43227

1. Article Addressed to:
3. Service Type  CERTIFIED MAIL®
4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
9414 7266 9904 2022 7740 63

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)    B. Date of Delivery

C. Signature
X    ☐ Agent
     ☐ Addressee

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No