# EXHIBIT 2

                                            **Pages 1 - 122**

              UNITED STATES DISTRICT COURT

           NORTHERN DISTRICT OF CALIFORNIA

        BEFORE THE HONORABLE VINCE CHHABRIA, JUDGE

IN RE ROUNDUP PRODUCTS        )
LIABILITY LITIGATION          )   Case No. 16-md-02741 VC
_____)
                                  San Francisco, California
                                  Wednesday, May 22, 2019


                    **TRANSCRIPT OF PROCEEDINGS**

**APPEARANCES**:

For Plaintiffs:
                    WEITZ & LUXENBERG, P.C.
                    700 Broadway
                    New York, New York 10003
              **BY:  ROBIN L. GREENWALD, ESQ.**

                    ANDRUS ANDERSON LLP
                    7171 West Alaska Drive
                    Lakewood, Colorado 80226
              **BY:  AIMEE WAGSTAFF, ESQ.**

                    BAUM, HEDLUND, ARISTEI, & GOLDMAN, P.C.
                    12100 Wilshire Boulevard, Suite 950
                    Los Angeles, California 90025
              **BY:  R. BRENT WISNER, ESQ.**
                    **MICHAEL L. BAUM, ESQ.**

                    THE MILLER FIRM LLC
                    108 Railroad Avenue
                    Orange, Virginia  22960
              **BY:  BRIAN BRAKE, ESQ.**


(Appearances continued on next page)




Reported By:   Katherine Powell Sullivan, CSR #5812, RMR, CRR
               Official Reporter - U.S. District Court

**APPEARANCES (CONTINUED):**

For Plaintiffs:

        FULMER SILL PLLC
        1101 N. Broadway Avenue, Suite 102
        Oklahoma City, Oklahoma 73103
**BY:**  **TARA T. TABATABAIE, ESQ.**

        LAW OFFICES OF TESFAYE TSADIK
        1736 Franklin Street 10th Floor
        Oakland, California 94612
**BY:**  **TESFAYE WOLDE TSADIK, ESQ.**

        LUNDY, LUNDY, SOILEAU AND SOUTH, LLP
        501 Broad Street
        Lake Charles, Louisiana 70601
**BY:**  **HUNTER WILLIAM LUNDY, ESQ.**
        **RUDIE SOILEAU, ESQ.**

        MOORE LAW GROUP, PLLC
        1473 South 4th Street.
        Louisville, Kentucky 40208
**BY:**  **JENNIFER A. MOORE, ESQ.**

        ANDRUS WAGSTAFF, PC
        7171 West Alaska Drive
        Lakewood, Colorado 80226
**BY:**  **DAVID J. WOOL, ESQ.**

        BRADY LAW GROUP
        1015 Irwin Street
        San Rafael, California 94901
**BY:**  **STEVEN J. BRADY, ESQ.**

        AUDET & PARTNERS, LLP
        711 Van Ness Avenue, Suite 500
        San Francisco, California  94102
**BY:**  **MARK BURTON, ESQ.**

        ANDRUS HOOD WAGSTAFF
        1999 Broadway, Suite 4150
        Denver, Colorado 80202
**BY:**  **VANCE R. ANDRUS, ESQ.**

(Appearances continued on next page)

**APPEARANCES (CONTINUED):**

For Plaintiffs:
        LOCKRIDGE GRINDAL NAUEN PLLP
        100 Washington Avenue S.
        Minneapolis, Minnesota 55401-2179
**BY:**  **YVONNE M. FLAHERTY, ESQ.**

        ANDRUS WAGSTAFF PC
        6315 Ascot Drive
        Oakland, California 94611
**BY:**  **KATHRYN M. FORGIE, ESQ.**

For Defendant:
        WILKINSON WALSH ESKOVITZ
        2001 M Street, NW, 10th Floor
        Washington, DC 20036
**BY:**  **BRIAN L. STEKLOFF, ESQ.**
        **RAKESH KILARU, ESQ.**

```
 1                       P R O C E E D I N G S
 2    Wednesday, May 22, 2019                              10:11 a.m.
 3                              ---oOo---
 4         (This transcript applies to the following cases: Ashton
 5    v. Monsanto Company, 18-cv-3959; Moceri v. Monsanto Company,
 6    18-cv-3558; Flynn v. Monsanto Company, 18-cv-6551; Brooks v.
 7    Monsanto Company, 18-cv-7558; Angel v. Monsanto Company,
 8    18-cv-5547; Smith v. Monsanto Company, 17-cv-5547; Applegate v.
 9    Monsanto Company, 18-cv-3363; Boblitz v. Monsanto Company,
10    18-cv-0993; Beaudet v. Monsanto Company, 17-cv-6902; Berlin v.
11    Monsanto, Company 18-cv-0815; Ginger v. Monsanto Company,
12    18-cv-4552; Koehn v. Monsanto Company, 17-cv-5161; Edwards v.
13    Monsanto Company 17-cv-7365; Ruffin v. Monsanto Company,
14    18-cv-1085; Wiseman v. Monsanto, Company 18-cv-5495; Giglio v.
15    Monsanto Company, 18-cv-5658; Baum v. Monsanto Company,
16    19-cv-1018; Gonzales v. Monsanto Company, 19-cv-1020; Rabbers
17    v. Monsanto Company, 19-cv-1023; Rivas v. Monsanto Company,
18    19-cv-1024; Taylor v. Monsanto Company, 19-cv-1030; Kast v.
19    Monsanto Company, 19-cv-1031; Ataide v. Monsanto Company,
20    19-cv-1289; Abreu v. Monsanto Company, 19-cv-1587; Chupa v.
21    Monsanto Company, 19-cv-1589; Archambault v. Monsanto Company,
22    19-cv-1717; Conyers v. Monsanto Company 19-cv-2001.)
23                              ---oOo---
24         THE CLERK:  Calling civil action C16-MD-02741, In Re
25    Roundup Products Liability Litigation.
```

```
 1   think, on Monday.  It's a different group of four plaintiffs.
 2           THE COURT:  Okay.  All right.  So, effectively, it
 3   sounds like, Mr. Brake, you are -- you're here to talk about
 4   what is now the ninth amended motion to dismiss, which is
 5   docket number 3833.
 6           MR. BRAKE:  I believe so.  I have -- there are a total
 7   of six plaintiffs I'd like to address with the Court that I
 8   believe are in that motion.
 9           THE COURT:  Okay.  Well, hold on a second.
10           MR. BRAKE:  Okay.
11           THE COURT:  Let me pull it up.
12      So I believe there are ten plaintiffs in that motion?
13           MR. BRAKE:  I do not have that here in front of me.
14   I'm operating from the ones in your order.  I can tell you the
15   names of the plaintiffs.
16           THE COURT:  Okay.  So what do you have to say about
17   them?
18           MR. BRAKE:  What I have to say is, for plaintiff
19   Ronald Brook, in Action 06902, that's a Miller Firm plaintiff
20   client.
21           THE COURT:  He's not in this motion.
22           MR. BRAKE:  Okay.  Then --
23           THE COURT:  Oh, wait, he is.  I missed it.  I missed
24   it.  Sorry.
25           MR. BRAKE:  We recently have contacted him after
```

1  established rules on what happens when you don't file a fact
2  sheet.  And then, as you say, the effect of that dismissal with
3  prejudice, if it were to go back to Missouri -- and I think you
4  know our position is it shouldn't, but if it were to go back to
5  Missouri, we would have to litigate there what the effects of
6  the dismissal with prejudice here are.
7       But he does have a case here that should be dismissed with
8  prejudice under the rules we've established.
9           **THE COURT:**  And I assume, Mr. Brake, same comment?
10 You've been trying to get in touch with him and you've been
11 unable to?
12          **MR. BRAKE:**  Yes, sir.
13          **THE COURT:**  Okay.
14          **MR. BRAKE:**  And I'm not talking about two phone calls.
15 I'm talking about letters, phone calls, emails, certified mail,
16 the whole ball of wax.
17          **THE COURT:**  Okay.  So with respect to Brook, any
18 objection to the request for an additional 30 days to file a
19 fact sheet?
20          **MR. KILARU:**  Yes, Your Honor, in the sense that I
21 believe in Brook's case we're sort of several months -- at this
22 point, well, more than several months past the point at which
23 PFSs should have been filed.
24      We've provided the notices.  We have been filing these
25 motions to dismiss.  So I think there have been a number of

```
 1   instances in which it's been made clear to his lawyers and to
 2   the litigation generally that he really needs to file this
 3   claim.
 4        And I think I, as a general matter, understand the theory
 5   behind getting extensions when they haven't been able to
 6   contact the plaintiff, but if in every instance where we file
 7   these deficiencies, then months later they say we found them, I
 8   mean, I think the process is going to break down.
 9             THE COURT:  Okay.  I'll think about that.
10        My tentative inclination would be to say that all of
11   the -- with the exception of Brook, all of the plaintiffs'
12   cases should be dismissed with prejudice, including Otts, and
13   that I would be tentatively inclined to give Brooks another --
14   is it Brook or Brooks?
15             MR. KILARU:  Brook.
16             MR. BRAKE:  Brook.
17             THE COURT:  -- Brook another 30 days.  I'll think
18   about that a little bit more.
19             MR. BRAKE:  Thank you.
20             MR. KILARU:  Thanks, Your Honor.
21             THE COURT:  Okay.  Let's talk, I guess, about -- let's
22   talk first about the motion to remand the Missouri case,
23   because maybe it's a little -- maybe it's simpler.  I'm not
24   sure.
25        So I will tell you I put out a question last night about
```

**CERTIFICATE OF REPORTER**

I certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter.

DATE: Friday, May 24, 2019

*Katherine Sullivan*

_____

Katherine Powell Sullivan, CSR #5812, RMR, CRR
U.S. Court Reporter