**HOLLINGSWORTH LLP**
Joe G. Hollingsworth (*pro hac vice*)
Eric G. Lasker (*pro hac vice*)
1350 I Street, N.W.
Washington, DC  20005
Telephone:   (202) 898-5800
Facsimile:   (202) 682-1639
Email:        jhollingsworth@hollingsworthllp.com
              elasker@hollingsworthllp.com

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| This document relates to: *Lewis Case* v. *Monsanto Co.*, Case No. 3:19-cv-05298-VC | Case No. 3:16-md-02741-VC |

**MONSANTO COMPANY'S**
**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

Defendant Monsanto Company is an indirect, wholly-owned subsidiary of Bayer AG, so Bayer AG has a financial interest in a party to the proceeding.

1  DATED:  October 3, 2019　　　　　　　　　　Respectfully submitted,

2

3　　　　　　　　　　　　　　　　　　　　　　/s/ Joe G. Hollingsworth
　　　　　　　　　　　　　　　　　　　　　　Joe G. Hollingsworth (*pro hac vice*)
4　　　　　　　　　　　　　　　　　　　　　　(jhollingsworth@hollingsworthllp.com)
　　　　　　　　　　　　　　　　　　　　　　Eric G. Lasker (*pro hac vice*)
5　　　　　　　　　　　　　　　　　　　　　　(elasker@hollingsworthllp.com)
　　　　　　　　　　　　　　　　　　　　　　HOLLINGSWORTH LLP
6　　　　　　　　　　　　　　　　　　　　　　1350 I Street, N.W.
　　　　　　　　　　　　　　　　　　　　　　Washington, DC  20005
7　　　　　　　　　　　　　　　　　　　　　　Telephone:  (202) 898-5800
　　　　　　　　　　　　　　　　　　　　　　Facsimile:   (202) 682-1639
8
　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant*
9　　　　　　　　　　　　　　　　　　　　　　*MONSANTO COMPANY*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -

MONSANTO COMPANY'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
3:16-md-02741-VC & 3:19-cv-05298-VC