Christopher T. Aumais, SBN: 249901
caumais@girardikeese.com
Ashkahn Mohamadi, SBN: 299029
amohamadi@girardikeese.com
GIRARDI | KEESE
1126 Wilshire Boulevard
Los Angeles, CA 90017
Tele: 213-977-0211; Fax: 213-481-1554

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL: No. 2741 <br><br> Case No. 3:16-md-02741-VC <br><br> **JOINT STIPULATION RE: DISMISSAL** |
| THIS DOCUMENT RELATES TO: <br><br> *Shaun Graef and Janelle Pitchford v. Monsanto Company* <br><br> Case No. 3:19-cv-02316. | |

    Plaintiffs Shaun Graef, Janelle Pitchford and Defendant Monsanto Company hereby stipulate under Federal Rule of Civil Procedure 41 (a)(1) (ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

/ / /

/ / /

/ / /

/ / /

IT IS SO STIPULATED.

DATED: October 3, 2019     GIRARDI | KEESE

By: ___/s/ *Christopher T. Aumais*___
CHRISTOPHER T. AUMAIS
Attorneys for Plaintiff

DATED: October 3, 2019     SHOOK, HARDY & BACON L.L.P.

By: ___/s/ *Paul B. La Scala*___
PAUL B. LA SCALA
Attorney for DEFENDANT MONSANTO COMPANY

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 3, 2019, I electronically filed JOINT STIPULATION RE DISMISSAL using the CM/ECF system.

DATED: October 3, 2019        By:     */s/ Christopher T. Aumais*
                                       CHRISTOPHER T. AUMAIS