UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 16-md-02741-VC |
| This document relates to: *Giglio v. Monsanto Co.*, 16-cv-5658 | **PRETRIAL ORDER NO. 180: LETTER BRIEFS IN GIGLIO V. MONSANTO** |
| | Re: Dkt. Nos. 6124, 6126 |

In light of Giglio's apparent recovery, Monsanto's request to adjust the pretrial schedule in his case is granted. The case will now proceed according to the Wave 1 deadlines. Furthermore, the parties are not limited – in Giglio's case or any other Wave 1 case – to the general-causation experts called during the *Daubert* proceedings in 2017. That limitation was intended to apply only to the bellwether cases.

**IT IS SO ORDERED.**

Dated: October 7, 2019

VINCE CHHABRIA
United States District Judge