1 **HOLLINGSWORTH LLP**
Joe G. Hollingsworth (*pro hac vice*)
2 Eric G. Lasker (*pro hac vice*)
1350 I Street, N.W.
3 Washington, DC  20005
Telephone:  (202) 898-5800
4 Facsimile:  (202) 682-1639
Email:      jhollingsworth@hollingsworthllp.com
5               elasker@hollingsworthllp.com

6 *Attorneys for Defendant*
*MONSANTO COMPANY*
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 10 IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| 11 | Case No. 3:16-md-02741-VC |
| 12 This document relates to: | |
| 13 *Sara M. McLean and Edward McLean v. Monsanto Co.*, Case No. 3:19-cv-03291-VC | |
| 14 | |

15          **MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT**

16          Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Monsanto Company

17 ("Monsanto") makes the following disclosures:

18          1.      Monsanto is an indirect, wholly-owned subsidiary of Bayer AG.

19          2.      Bayer AG is a publicly held corporation.

20 DATED:  October 8, 2019                    Respectfully submitted,

21                                            /s/ Joe G. Hollingsworth
22                                            Joe G. Hollingsworth (*pro hac vice*)
                                             (jhollingsworth@hollingsworthllp.com)
23                                            Eric G. Lasker (*pro hac vice*)
                                             (elasker@hollingsworthllp.com)
24                                            HOLLINGSWORTH LLP
                                             1350 I Street, N.W.
25                                            Washington, DC  20005
                                             Telephone:  (202) 898-5800
26                                            Facsimile:   (202) 682-1639

27                                            *Attorneys for Defendant*
                                             *MONSANTO COMPANY*
28