1  Sharon J. Zinns
   CA SBN: 241476
2  BEASLEY ALLEN CROW
   METHVIN PORTIS & MILES, P.C.
3  4200 Northside Pkwy, NW
   Building Fourteen, Suite 100
4  Atlanta, GA 30327
   sharon.zinns@beasleyallen.com

5  Douglas A. Dellaccio, Jr. (asb-4578-175d)
   J. Curt Tanner (asb-1041-t80w)
6  R. Andrew Jones (asb-0096-i11r)
   CORY WATSON, P.C.
7  2131 Magnolia Avenue, Suite 200
   Birmingham, AL 35205
8  ddellaccio@corywatson.com
   ctanner@corywatson.com
9  ajones@corywatson.com

10 *ATTORNEYS FOR PLAINTIFFS*

11                **UNITED STATES DISTRICT COURT**
                 **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
12                       **MDL MEMBER CASE**

13 _____
                                      )
14 JOEL CRAWFORD,                     )
                                      )
15        Plaintiff,                  )   CIVIL ACTION
                                      )   NO. 3:19-cv-05239-VC
16    v.                              )   MDL No. 2741
                                      )
17 MONSANTO COMPANY,                  )   (Electronically Filed)
                                      )
18        Defendant.                  )
   _____)
19                                        **[PROPOSED] ORDER
                                          GRANTING MOTION TO
20                                        WITHDRAW (SHARON J.
                                          ZINNS)**
21

22     Sharon J. Zinns seeks to withdraw as counsel for Plaintiff in the above-captioned

23 litigation pursuant to LOCAL R. 11-5(a) and CAL. R. PROF. CONDUCT 3-700(A)(1).  As this

24 Court finds that Ms. Zinns has submitted satisfactory reasoning for withdrawal as additional

25 counsel for Plaintiff, and that the granting of his Motion will not cause substantial prejudice or

26 delay to any party,

27

28

IT IS HEREBY ORDERED that Sharon J. Zinns' Motion to Withdraw as Counsel for Plaintiff is GRANTED, and Sharon J. Zinns' is hereby terminated as counsel in this proceeding.

DATED: October 8, 2019                    By:

                                                                 _____
                                                                 Hon. Vince Chhabria
                                                                 United States District Judge