**LUNDY, LUNDY, SOILEAU & SOUTH, LLP**
Hunter W. Lundy, LA SBN 8938
Email: hlundy@lundylawllp.com
Matthew E. Lundy, LA SBN 18988
Email: mlundy@lundylawllp.com
Rudie R. Soileau, LA SBN 2119
Email: rudiesoileau@gmail.com
Jackey W. South, LA SBN 21125
Email: jsouth@lundylawllp.com
Kristie M. Hightower, LA SBN 31782
Email: khightower@lundylawllp.com
501 Broad Street
Lake Charles, Louisiana 70601
Telephone: (337) 439-0707
Facsimile: (337) 439-1029

**MORRIS BART, LLC**
Morris Bart III, LA SBN 2788
Email: morrisbart@morrisbart.com
Betsy J. Barnes, LA SBN 19473
Email: bbarnes@morrisbart.com
John C. Enochs, LA SBN 22774
Email: jenochs@morrisbart.com
Richard L. Root, LA SBN 19988
Email: rroot@morrisbart.com
601 Poydras Street, 24th Floor
New Orleans, LA 70130
Telephone: (504) 599-3308
Facsimile: (833) 277-4214

*Attorneys for Plaintiff, Roland Trosclair Jr.*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Roland Joseph Trosclair Jr. v. Monsanto Co., et al.*<br>Case No. 2:97-CV-10689 | MDL No. 02741<br><br>Case No. 3:16-md-02741-VC<br><br>**PLAINTIFF'S MOTION TO REMAND** |

On April 2, 2019, Plaintiff Roland Joseph Trosclair Jr., a citizen of Louisiana, filed his Complaint in the 29th Judicial District Court, St. Charles Parish, State of Louisiana, against Monsanto Company, Monsanto Company Manufacturing Facility, XL Bermuda, Ltd., Catlin Insurance Services, Inc., T.H.E. Insurance Company; 3M Cattle Company, LLC, and Randy

Jacobs. Despite the non-diverse defendants, Monsanto Company improperly removed this matter. In the instant motion, Plaintiff seeks the remand of this matter.

Plaintiff's motion is based on this notice and motion, the exhibits attached thereto, and any additional argument or evidence the Court may consider.

Dated: October 15, 2019                             Respectfully submitted,

**LUNDY LUNDY SOILEAU & SOUTH, LLP**

  s/ Hunter W. Lundy
HUNTER W. LUNDY (LA #8938)
MATTHEW E. LUNDY (LA#18988)
RUDIE R. SOILEAU, JR. (LA#2119)
JACKEY W. SOUTH (LA#21125)
KRISTIE M. HIGHTOWER (LA#31782)
501 Broad Street
Lake Charles, Louisiana 70601
Telephone: (337) 439-0707
Facsimile:  (337) 439-1029
E-Mail: hlundy@lundylawllp.com

**MORRIS BART, LLC**
MORRIS BART III, (LA #2788)
BETSY J. BARNES (LA #19473)
JOHN C. ENOCHS (LA #22774)
RICHARD L. ROOT (LA #19988)
601 Poydras Street, 24th Floor
New Orleans, LA 70130
Telephone: (504) 599-3308
Facsimile:  (833) 277-4214
E-Mail: morrisbart@morrisbart.com

*Attorneys for Plaintiff, Roland Trosclair, Jr.*

**CERTFICIATE OF SERVICE**

PLAINTIFF'S MOTION TO REMAND                             CASE NO. 13:6-MD-02741-VC
2

I, Hunter W. Lundy, hereby certify that, on October 15, 2019, I electronically filed the foregoing with the Clerk for the United States District Court of the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

          _s/ Hunter W. Lundy_____
          HUNTER W. LUNDY