UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Roland Joseph Trosclair Jr. v. Monsanto Co., et al.*<br>Case No. 2:97-CV-10689 | MDL No. 02741<br><br>Case No. 3:16-md-02741-VC<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO REMAND** |

**PROPOSED ORDER**

Before the Court is Plaintiff Roland Joseph Trosclair Jr.'s Motion to Remand. Plaintiff's Motion to Remand is Granted. The District Court Executive is directed to remand this action.

**IT IS ORDERED**.

Dated:

_____

United States District Judge