# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
| This document relates to:<br>*Applegate v. Monsanto Co.*, 18-cv-3363 | **PRETRIAL ORDER NO. 181: MOTION TO REOPEN IN APPLEGATE V. MONSANTO**<br><br>Re: Dkt. No. 5595 |

Ralph Applegate's case was dismissed for failure to prosecute in Pretrial Order No. 149, Dkt. No. 4009. In light of the unique facts recognized in Monsanto's response, *see* Dkt. No. 6303, Applegate's motion to reopen his case is granted conditional on his filing of a plaintiff fact sheet within 28 days of this order. For the requirements for a plaintiff fact sheet, see Pretrial Order No. 50, Dkt. No. 1883.

Co-lead plaintiffs' counsel are responsible for ensuring that Applegate receives notice of this order and all subsequent orders pertaining to his case and the MDL, in general, by mail and email. Orders pertaining to specific member cases other than Applegate's do not need to be sent to him.

**IT IS SO ORDERED.**

Dated: October 15, 2019

VINCE CHHABRIA
United States District Judge