1  **HOLLINGSWORTH LLP**
   Eric G. Lasker (*pro hac vice*)
2  1350 I Street, N.W.
   Washington, DC  20005
3  Tel:    202-898-5800
   Fax:    202-682-1639
4  Email: elasker@hollingsworthllp.com

5  *Attorney for Defendant*
   *MONSANTO COMPANY*
6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| --- | --- |
|  | Case No. 3:16-md-02741-VC |
| This document relates to<br>*Darrell Tarte v. Monsanto Company*<br>3:19-cv-05018-VC |  |

15      **NOTICE OF APPEARANCE ON BEHALF OF MONSANTO COMPANY**

16  **TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

17        PLEASE TAKE NOTICE that, pursuant to Pretrial Order No. 155, Eric G. Lasker, of

18  HOLLINGSWORTH LLP, hereby enters his appearance in the above-captioned matter as

19  counsel for defendant MONSANTO COMPANY, and respectfully requests that all pleadings,

20  notices, orders, correspondence, and other papers in connection with this action be served upon

21  him at the above address.

- 1 -
NOTICE OF APPEARANCE ON BEHALF OF MONSANTO COMPANY
3:16-md-02741-VC

**CERTIFICATE OF SERVICE**

I, Eric G. Lasker, hereby certify that, on October 15, 2019, I electronically filed NOTICE OF APPEARANCE OF ERIC G. LASKER ON BEHALF OF DEFENDANT MONSANTO COMPANY with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

DATED: October 15, 2019

Respectfully submitted,

/s/ Eric G. Lasker
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, DC  20005
Telephone:  (202) 898-5800
Facsimile:  (202) 682-1639

Attorney for Defendant
MONSANTO COMPANY