Sara Craig (SBN 301290)
LEVIN ABRAMS SIMES LLP
1700 Montgomery Street, Suite 250
San Francisco, CA 94111
Telephone: (415) 426-3000
Facsimile:  (415) 426-3001
Email: scraig@levinsimes.com

*Attorney for Plaintiffs Sidney L. Thibodeaux and Heather Thibodeaux*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE:  ROUNDUP PRODUCTS LIABILITY LITIGATION | Case No.: 3:16-md-02741-VC |
| | MDL No.: 2741 |
| This document relates to: | |
| *ALL ACTIONS* | **NOTICE OF APPEARANCE OF SARA CRAIG** |

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Sara Craig of Levin Simes Abrams LLP, 1700 Montgomery Street, Suite 250, San Francisco, CA 94111, hereby enters her appearance in the above-captioned matter as counsel for Plaintiffs Sidney L. Thibodeaux and Heather Thibodeaux.  Ms. Craig is admitted to practice in the United States District Court for the Northern District of California and is in good standing as a member of the bar of the State of California and requests that she be added to the electronic service list.

Respectfully submitted,

October 16, 2019

LEVIN SIMES ABRAMS LLP

/s/ *Sara Craig*
Sara Craig
LEVIN ABRAMS SIMES LLP
1700 Montgomery Street, Suite 250
San Francisco, CA 94111
Telephone: (415) 426-3000
Facsimile:  (415) 426-3001
Email: scraig@levinsimes.com