1  **HOLLINGSWORTH LLP**
Joe G. Hollingsworth (*pro hac vice*)
2  Eric G. Lasker (*pro hac vice*)
1350 I Street, N.W.
3  Washington, DC  20005
Telephone:  (202) 898-5800
4  Facsimile:   (202) 682-1639
Email:       jhollingsworth@hollingsworthllp.com
5              elasker@hollingsworthllp.com

6  *Attorneys for Defendant*
*MONSANTO COMPANY*

7
                    UNITED STATES DISTRICT COURT
8
                  NORTHERN DISTRICT OF CALIFORNIA
9

| | |
|---|---|
| 10  IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
| 11 | |
| 12  This document relates to: | |
| 13  *Walter J. Milligan and Mary Milligan v. Monsanto Co.*,<br>Case No. 3:19-cv-03111-VC | |
| 14 | |

15        **MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT**

16        Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Monsanto Company

17  ("Monsanto") makes the following disclosures:

18        1.      Monsanto is an indirect, wholly-owned subsidiary of Bayer AG.

19        2.      Bayer AG is a publicly held corporation.

20  DATED:  October 16, 2019                    Respectfully submitted,

21                                              /s/ Joe G. Hollingsworth
22                                              Joe G. Hollingsworth (*pro hac vice*)
                                                (jhollingsworth@hollingsworthllp.com)
23                                              Eric G. Lasker (*pro hac vice*)
                                                (elasker@hollingsworthllp.com)
24                                              HOLLINGSWORTH LLP
                                                1350 I Street, N.W.
25                                              Washington, DC  20005
                                                Telephone:  (202) 898-5800
26                                              Facsimile:   (202) 682-1639

27                                              *Attorneys for Defendant*
                                                *MONSANTO COMPANY*
28