| | |
|---|---|
| **LUNDY, LUNDY, SOILEAU & SOUTH, LLP** | **MORRIS BART, LLC** |
| Hunter W. Lundy, LA SBN 8938 | Morris Bart III, LA SBN 2788 |
| Email: hlundy@lundylawllp.com | Email: morrisbart@morrisbart.com |
| Matthew E. Lundy, LA SBN 18988 | Betsy J. Barnes, LA SBN 19473 |
| Email: mlundy@lundylawllp.com | Email: bbarnes@morrisbart.com |
| Rudie R. Soileau, LA SBN 2119 | John C. Enochs, LA SBN 22774 |
| Email: rudiesoileau@gmail.com | Email: jenochs@morrisbart.com |
| Jackey W. South, LA SBN 21125 | Richard L. Root, LA SBN 19988 |
| Email: jsouth@lundylawllp.com | Email: rroot@morrisbart.com |
| Kristie M. Hightower, LA SBN 31782 | 601 Poydras Street, 24th Floor |
| Email: khightower@lundylawllp.com | New Orleans, LA 70130 |
| 501 Broad Street | Telephone: (504) 599-3308 |
| Lake Charles, Louisiana 70601 | Facsimile:  (833) 277-4214 |
| Telephone: (337) 439-0707 | |
| Facsimile:  (337) 439-1029 | |

*Attorneys for Plaintiff, Roland Trosclair Jr.*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION** | MDL No. 16-MD-2741-VC |
| | **PLAINTIFF'S NOTICE OF HEARING ON PLAINTIFF'S MOTION TO REMAND** |
| THIS DOCUMENT RELATES TO: | |
| *Roland Joseph Trosclair Jr. v. Monsanto Co., et al.* Case No. 19-cv-6396-VC | Date:  November 21, 2019<br>Time:  10:00 a.m. |

**TO DEFENDANT AND ITS ATTORNEY OF RECORD:**

**PLEASE TAKE NOTICE** that on November 21, 2019 at 10:00 a.m., or as soon thereafter as the matter may be heard in Courtroom 4 of the United States District Court, Northern District

of California, located at 450 Golden Gate Avenue, San Francisco, California 94102 Plaintiff, Roland Joseph Trosclair Jr., will move this Court for an order remanding this action.

Plaintiff's motion is based on this notice and motion, the exhibits attached thereto, and any additional argument or evidence the Court may consider.

Dated: October 17, 2019                Respectfully submitted,

**LUNDY LUNDY SOILEAU & SOUTH, LLP**

s/ Hunter W. Lundy
HUNTER W. LUNDY (LA #8938)
MATTHEW E. LUNDY (LA#18988)
RUDIE R. SOILEAU, JR. (LA#2119)
JACKEY W. SOUTH (LA#21125)
KRISTIE M. HIGHTOWER (LA#31782)
501 Broad Street
Lake Charles, Louisiana 70601
Telephone: (337) 439-0707
Facsimile:  (337) 439-1029
E-Mail: hlundy@lundylawllp.com

**MORRIS BART, LLC**
MORRIS BART III, (LA #2788)
BETSY J. BARNES (LA #19473)
JOHN C. ENOCHS (LA #22774)
RICHARD L. ROOT (LA #19988)
601 Poydras Street, 24th Floor
New Orleans, LA 70130
Telephone: (504) 599-3308
Facsimile:   (833) 277-4214
E-Mail: morrisbart@morrisbart.com

*Attorneys for Plaintiff, Roland Trosclair, Jr.*

PLAINTIFF'S NOTICE OF HEARING ON PLAINTIFF'S MOTION TO REMAND   CASE NO. 19-CV-6396-VC

1

**CERTFICATE OF SERVICE**

2

3   I, Hunter W. Lundy, hereby certify that, on October 17, 2019, I electronically filed the

4   foregoing with the Clerk for the United States District Court of the Northern District of California

5   using the CM/ECF system, which shall send electronic notification to counsel of record.

6

7    s/ Hunter W. Lundy
     HUNTER W. LUNDY

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   PLAINTIFF'S NOTICE OF HEARING ON PLAINTIFF'S MOTION TO REMAND   CASE NO. 19-CV-6396-VC