**UNITED STATES JUDICIAL PANEL**
on
**MULTIDISTRICT LITIGATION**

**IN RE: ROUNDUP PRODUCTS LIABILITY
LITIGATION**

| | | |
|---|---|---|
| Selby v. Monsanto Company, | ) | |
|     N.D. Georgia, C.A. No. 1:19-03958 | ) | MDL No. 2741 |

**ORDER VACATING CONDITIONAL TRANSFER ORDER**

    A conditional transfer order was filed in this action (*Selby*) on October 9, 2019. In the absence of any opposition, the conditional transfer order was finalized with respect to *Selby* on October 17, 2019. The Panel has now been advised that, pursuant to a notice of voluntary dismissal without prejudice, *Selby* was dismissed in the Northern District of Georgia on October 17, 2019.

    IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-159" filed on October 9, 2019, is VACATED insofar as it relates to this action.

                                                       FOR THE PANEL:

                                                       John W. Nichols
                                                       Clerk of the Panel