Barbara R. Light
SHOOK, HARDY & BACON L.L.P.
JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston, Texas 77002
Telephone:  713.227.8008
Facsimile:  713.227.9508
blight@shb.com

*Attorney for Defendant*
MONSANTO COMPANY

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741  Case No. MDL No. 3:16-md-2741-VC |
| This document relates to: *Burchfield*, Cause No. 3:19-cv-01187-VC (N.D. Cal.) | |

**NOTICE OF APPEARANCE ON BEHALF OF**

<u>**DEFENDANT MONSANTO COMPANY**</u>

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Barbara R. Light of the firm Shook, Hardy & Bacon L.L.P. hereby enters an appearance as counsel for Defendant MONSANTO COMPANY in the above-captioned matter.

October 18, 2019                              Respectfully Submitted,

By: */s/ Barbara R. Light*
    Barbara R. Light
    Texas Bar No. 24109472
    600 Travis, Suite 3400
    Houston, Texas 77002-2926
    Telephone:  713-227-8008
    Fax:  713-227-9508
    blight@shb.com

    *Attorney for Defendant,*
    MONSANTO COMPANY

NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT
Case No. 3:19-cv-01187-VC

4812-7344-8362