Barbara R. Light
SHOOK, HARDY & BACON L.L.P.
Texas Bar No. 24109472
JPMorgan Chase Tower
600 Travis Street, Suite 3400
Houston, Texas 77002-2926
Telephone:  713-227-8008
Fax:  713-227-9508
blight@shb.com

*Attorney for Defendant,*
MONSANTO COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>*Steven Burchfield*, Cause No. 3:19-cv-01187-VC (N.D. Cal) | |

## MONSANTO'S FOURTH MOTION TO DISMISS WITH PREJUDICE FOR FAILURE TO SUBMIT A PLAINTIFF FACT SHEET

Defendant ("Monsanto") files this Motion to Dismiss with Prejudice in regards to Plaintiff Steven Burchfield for failing to submit any Plaintiff Fact Sheet ("PFS") whatsoever as required by Pretrial Order No. 50.

Pretrial Order No. 50 ("PTO 50") requires each Plaintiff to submit a completed PFS, either through the MDL Centrality system or to Brown Greer directly, by the deadlines provided in paragraph 4.  (Pretrial Order No. 50 at paras. 7, 8).  Additionally, PTO 50 states that if a Plaintiff does not submit a completed PFS within the time specified, Monsanto must give notice to plaintiff's counsel and Lead Counsel identifying the overdue PFS and provide plaintiff seven days in which to

submit the PFS.  If Monsanto has not received a completed PFS within seven days after serving Plaintiff with the notice, Monsanto may move the Court for an Order dismissing the Complaint with prejudice.

The Plaintiff identified below failed to submit any PFS whatsoever to date.  Monsanto notified the Plaintiff that a PFS had not been submitted, in compliance with paragraphs 7 and 8 of Pretrial Order No. 50.

| Plaintiff's Name | Case Number | PFS Due Date | Notice of Failure to Provide PFS |
|---|---|---|---|
| Steven Burchfield | 3:19-cv-01187-VC | May 29, 2019 | August 9, 2019 |

The Notice of Failure to Submit a PFS is attached as follows:

| Exhibit | Description |
|---|---|
| Exhibit A | August 9, 2019 Letter to Counsel for Steven Burchfield |
| Exhibit B | August 9, 2019 Letter to Leadership for Steven Burchfield |

The Plaintiff listed above has not replied to the Notice of Failure to Submit a PFS, and has submitted PFSs as required by PTO 50.  Therefore, Monsanto respectfully requests that the Court enter an Order dismissing Plaintiff Burchfield's case, listed above, with prejudice.

## Conclusion

For the foregoing reasons, Monsanto respectfully requests that the Court dismiss the above captioned case with prejudice for failure to submit a PFS as required by PTO 50.

Dated:  October 18, 2019

Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.

By: */s/ Barbara R. Light*

    Barbara R. Light
    Texas Bar No. 24109472
    E-mail: blight@shb.com
    600 Travis, Suite 3400
    Houston, Texas 77002-2926
    Telephone: 713-227-8008
    Fax: 713-227-9508

***Attorney for Defendant,***
***MONSANTO COMPANY***

## CERTIFICATE OF SERVICE

I, Barbara Light, hereby certify that on October 18, 2019, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

>  */s/ Barbara R. Light*
>  Barbara R. Light