# Exhibit A



August 9, 2019

**VIA CERTIFIED MAIL RETURN RECIEPT REQUESTED**

Joseph B. Carnduff
Gori Julian & Associates, P.C.
156 N. Main Street
Edwardsville, IL 62025

David Todd Mathews
Gori Julian & Associates, P.C.
156 N. Main Street
Edwardsville, IL 62025

Barbara R. Light

JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston, Texas 77002
**t** 713.227.8008
**f** 713.227.9508

Re: Notice of Failure to Provide Plaintiff Fact Sheet
   *In re Roundup Products Liability* Litigation – MDL No. 2741
   Steven Burchfield - 4:19-cv-00205

Dear Counsel,

This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pretrial Order No. 50 ("PTO 50").

Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer directly on Tuesday, May 28, 2019. Defendant Monsanto Company ("Monsanto") has identified a list of plaintiffs (attached) that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50.

Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly. After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

Barbara R. Light

Barbara R. Light, Esq.

CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C

4812-2504-4127 V1

9414 7266 9904 2073 5014 41

**TO:** Joseph B. Carnduff
Gori Julian & Associates, P.C.
156 N. Main Street
Edwardsville, IL 62025

**SENDER:** Barbara R. Light
31943.320324 (*Roundup*) – August 9, 2019
Ltr to Pltf's counsel re failure to submit PFS
**REFERENCE:**

| RETURN RECEIPT SERVICE | Postage | |
|---|---|---|
| | Certified Fee | |
| | Return Receipt Fee | |
| | Restricted Delivery | |
| | Total Postage & Fees | |

PS Form 3800, January 2005

**USPS® Receipt for Certified Mail®**
No Insurance Coverage Provided
Do Not Use for International Mail

POSTMARK OR DATE

---

2. Article Number
9414 7266 9904 2073 5014 41

3. Service Type: CERTIFIED MAIL®
4. Restricted Delivery? (Extra Fee) ☐ Yes

1. Article Addressed to:
Joseph B. Carnduff
Gori Julian & Associates, P.C.
156 N. Main Street
Edwardsville, IL 62025

31943.320324 (*Roundup*) - Steven Burchfield
August 9, 2019 Ltr to Pltf's counsel re failure to submit PFS

PS Form 3811, January 2005   Domestic Return Receipt

A. Received by (Please Print Clearly)
B. Date of Delivery
C. Signature X [signature: Lauren Kneeland]
   ☐ Agent  ☐ Addressee
D. Is delivery address different from item 1?
   If YES, enter delivery address below:  ☐ Yes  ☐ No

COMPLETE THIS SECTION ON DELIVERY

---

9414 7266 9904 2073 5013 04

**TO:**
David Todd Mathews
Gori Julian & Associates, P.C.
156 N. Main Street
Edwardsville, IL 62025

**SENDER:** Barbara R. Light
31943.320324 (*Roundup*) – August 9, 2019
Ltr to Pltf's counsel re failure to submit PFS
**REFERENCE:**

| RETURN RECEIPT SERVICE | Postage | |
|---|---|---|
| | Certified Fee | |
| | Return Receipt Fee | |
| | Restricted Delivery | |
| | Total Postage & Fees | |

PS Form 3800, January 2005

**USPS® Receipt for Certified Mail®**
No Insurance Coverage Provided
Do Not Use for International Mail

POSTMARK OR DATE [Houston AUG 9 2019 postmark]

---

2. Article Number
9414 7266 9904 2073 5013 04

3. Service Type: CERTIFIED MAIL®
4. Restricted Delivery? (Extra Fee) ☐ Yes

1. Article Addressed to:
David Todd Mathews
Gori Julian & Associates, P.C.
156 N. Main Street
Edwardsville, IL 62025

31943.320324 (*Roundup*) - Steven Burchfield
August 9, 2019 Ltr to Pltf's counsel re failure to submit PFS

PS Form 3811, January 2005   Domestic Return Receipt

A. Received by (Please Print Clearly)
B. Date of Delivery
C. Signature X [signature: Lauren Kneeland]
   ☐ Agent  ☐ Addressee
D. Is delivery address different from item 1?
   If YES, enter delivery address below:  ☐ Yes  ☐ No

COMPLETE THIS SECTION ON DELIVERY