# Exhibit B



August 9, 2019

**VIA CERTIFIED MAIL RETURN RECIEPT REQUESTED**

Aimee Wagstaff, Esq.
Andrus Wagstaff, PC
7171 West Alaska Dr.
Lakewood, Co 80226

Robin L. Greenwald, Esq.
Weitz & Luxenburg, P.C.
700 Broadway
New York, NY 10003

Barbara R. Light

JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston, Texas 77002
t 713.227.8008
f 713.227.9508

Michael Joseph Miller, Esq.
The Miller Firm LLC
The Sherman Building
108 Railroad Avenue
Orange, VA 22960

Re:   Notice of Failure to Provide Plaintiff Fact Sheet
      *In re Roundup Products Liability* Litigation – MDL No. 2741

Dear Counsel,

This letter is to notify you of plaintiffs' failure to submit a Plaintiff Fact Sheet ("PFS") by the deadline prescribed in Pre-trial Order No. 50 ("PTO 50").

Pursuant to paragraph four of PTO 50, Group 4 plaintiffs were required to submit completed PFSs to MDL Centrality or Brown Greer ninety (90) days after transfer. Defendant Monsanto Company ("Monsanto") has identified a list of plaintiffs (attached) that have failed to submit a completed PFS in accordance with the deadline and procedures established in PTO 50 as of Friday, August 9, 2019.

Plaintiffs have seven days from the date of this letter in which to submit a completed PFS through MDL Centrality or to Brown Greer directly. After seven days from the date of this letter, Monsanto may move to dismiss with prejudice the cases of plaintiffs that failed to provide a completed PFS.

Regards,

Barbara Light

Barbara R. Light, Esq.

CHICAGO | DENVER | HOUSTON | KANSAS CITY | LONDON | MIAMI | ORANGE COUNTY | PHILADELPHIA | SAN FRANCISCO | SEATTLE | TAMPA | WASHINGTON, D.C



## PLAINTIFFS WHO FAILED TO SUBMIT PFS

August 9, 2019
Page 2

| PLAINTIFF'S NAME | CASE NUMBER | PFS DUE DATE | NOTICE OF FAILURE TO SUBMIT PFS |
|---|---|---|---|
| Dwight Alexy | 4:19-cv-00149 | May 15, 2019 | August 9, 2019 |
| Patricia Godsey | 2:18-cv-00266 | May 15, 2019 | August 9, 2019 |
| Alonzo Martinez | 4:19-cv-00150 | May 15, 2019 | August 9, 2019 |
| Jerry Nettles | 2:19-cv-00860 | May 15, 2019 | August 9, 2019 |
| Steven Burchfield | 4:19-cv-00205 | May 28, 2019 | August 9, 2019 |
| Clayton Miller | 2:19-cv-02229 | June 19, 2019 | August 9, 2019 |
| Paul McCoy | 4:19-cv-00357 | June 20, 2019 | August 9, 2019 |
| Ronald Baggett | 4:19-cv-00381 | June 20, 2019 | August 9, 2019 |
| Edward Kennedy | 4:19-cv-00448 | June 20, 2019 | August 9, 2019 |
| David Culbertson | 4:19-cv-00449 | June 20, 2019 | August 9, 2019 |
| Cindy Clark | 4:19-cv-00450 | June 20, 2019 | August 9, 2019 |
| Ronald Ledvina | 4:19-cv-00048 | June 24, 2019 | August 9, 2019 |
| Aubrey Aden | 1:18-cv-00377 | July 1, 2019 | August 9, 2019 |
| Hardy Pettway | 2:19-cv-00093 | July 14, 2019 | August 9, 2019 |
| Robert Barnett | 4:19-cv-00672 | July 14, 2019 | August 9, 2019 |
| Kenneth Parsons | 2:19-cv-00462 | July 14, 2019 | August 9, 2019 |
| Joseph Billings | 7:19-cv-00509 | July 28, 2019 | August 9, 2019 |
| Ronald Smith | 4:19-cv-01103 | July 28, 2019 | August 9, 2019 |
| David Garthwaite | 3:19-cv-00133 | July 28, 2019 | August 9, 2019 |
| Joe Duncan | 1:19-cv-00001 | May 5, 2019 | August 9, 2019 |



9414 7266 9904 2073 5014 65

**TO:** Aimee Wagstaff, Esq.
Andrus Wagstaff, PC
7171 West Alaska Dr.
Lakewood, Co 80226

**SENDER:** Barbara R. Light - 31943.320324

**REFERENCE:** (Roundup) - August 9, 2019 Ltr to Pltf's Leadership counsel re Grp 4's failure to submit PFS

PS Form 3800, January 2005

| RETURN RECEIPT SERVICE | | |
|---|---|---|
| | Postage | |
| | Certified Fee | |
| | Return Receipt Fee | |
| | Restricted Delivery | |
| | Total Postage & Fees | |

**USPS® Receipt for Certified Mail®**
No Insurance Coverage Provided
Do Not Use for International Mail

POSTMARK OR DATE
HOUSTON POST OFFICE AUG - 9 2019

2. Article Number
9414 7266 9904 2073 5014 65

3. Service Type **CERTIFIED MAIL®**

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

1. Article Addressed to:
Aimee Wagstaff, Esq.
Andrus Wagstaff, PC
7171 West Alaska Dr.
Lakewood, Co 80226

31943.320324 *(Roundup)* August 9, 2019 Ltr to Pltf's Leadership counsel re Grp 4's failure to submit PFS

**COMPLETE THIS SECTION ON DELIVERY**
A. Received by (Please Print Clearly) B. Date of Delivery
C. Signature
X ☑ Agent ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

PS Form 3811, January 2005 Domestic Return Receipt

2. Article Number
9414 7266 9904 2073 5014 72

3. Service Type **CERTIFIED MAIL®**

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

1. Article Addressed to:
Robin L. Greenwald, Esq.
Weitz & Luxenburg, P.C.
700 Broadway
New York, NY 10003

31943.320324 *(Roundup)* August 9, 2019 Ltr to Pltf's Leadership counsel re Grp 4's failure to submit PFS

**COMPLETE THIS SECTION ON DELIVERY**
A. Received by (Please Print Clearly) B. Date of Delivery 8/12
C. Signature
X ☒ Agent ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

PS Form 3811, January 2005 Domestic Return Receipt

9414 7266 9904 2073 5014 72

**TO:** Robin L. Greenwald, Esq.
Weitz & Luxenburg, P.C.
700 Broadway
New York, NY 10003

**SENDER:** Barbara R. Light - 31943.320324

**REFERENCE:** (Roundup) - August 9, 2019 Ltr to Pltf's Leadership counsel re Grp 4's failure to submit PFS

PS Form 3800, January 2005

| RETURN RECEIPT SERVICE | | |
|---|---|---|
| | Postage | |
| | Certified Fee | |
| | Return Receipt Fee | |
| | Restricted Delivery | |
| | Total Postage & Fees | |

**USPS® Receipt for Certified Mail®**
No Insurance Coverage Provided
Do Not Use for International Mail

POSTMARK OR DATE
HOUSTON POST OFFICE AUG - 9 2019

9414 7266 9904 2073 5014 58

**TO:** Michael Joseph Miller, Esq.
The Miller Firm LLC
The Sherman Building
108 Railroad Ave.
Orange, VA 22960

**SENDER:** Barbara R. Light - 31943.320324
**REFERENCE:** (Roundup) - August 9, 2019 Ltr to Pltf's Leadership counsel re Grp 4's failure to submit PFS

PS Form 3800, January 2005

| RETURN RECEIPT SERVICE | Postage | |
|---|---|---|
| | Certified Fee | |
| | Return Receipt Fee | |
| | Restricted Delivery | |
| | Total Postage & Fees | |

**USPS®**
**Receipt for Certified Mail®**
No Insurance Coverage Provided
Do Not Use for International Mail

POSTMARK OR DATE
[Houston Post Office stamp, AUG 9 2019]

---

**2. Article Number**
9414 7266 9904 2073 5014 58

**3. Service Type** CERTIFIED MAIL®

**4. Restricted Delivery?** (Extra Fee) ☐ Yes

**1. Article Addressed to:**
Michael Joseph Miller, Esq.
The Miller Firm LLC
The Sherman Building
108 Railroad Ave.
Orange, VA 22960

31943.320324 (Roundup) August 9, 2019 Ltr to Pltf's Leadership counsel re Grp 4's failure to submit PFS

PS Form 3811, January 2005    Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)
[signature]

C. Signature
X [signature]
☐ Agent
☐ Addressee

B. Date of Delivery
8-13-19

D. Is delivery address different from item 1?
If YES, enter delivery address below:
☐ Yes ☐ No