George R. Dougherty
SHOOK, HARDY & BACON L.L.P.
111 South Wacker Drive, Suite 4700
Chicago, Illinois 60606
Telephone: (312) 704-7700
Facsimile:  (312) 558-1195
gdougherty@shb.com

*Attorney for Defendant*
*MONSANTO COMPANY*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. MDL No. 3:16-md-2741-VC |
| This document relates to: *James Peterson v. Monsanto Company* Case No. 3:18-cv-07271 | |

## NOTICE OF APPEARANCE ON BEHALF OF MONSANTO COMPANY

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Pretrial Order No. 1, George R. Dougherty, of the firm Shook, Hardy & Bacon L.L.P. hereby enters an appearance as counsel for Defendant MONSANTO COMPANY in the above-captioned matter and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served on and directed to the undersigned counsel.

October 18, 2019                                    Respectfully Submitted,

                                    By:  */s/ George R. Dougherty*
                                         George R. Dougherty
                                         SHOOK, HARDY & BACON L.L.P.
                                         111 South Wacker Drive, Suite 4700
                                         Chicago, Illinois 60606
                                         Telephone: (312) 704-7700
                                         Facsimile:  (312) 558-1195
                                         gdougherty@shb.com

                                         *Attorney for Defendant,*
                                         *MONSANTO COMPANY*

## CERTIFICATE OF SERVICE

I hereby certify that, on October 18, 2019, I electronically filed NOTICE OF APPEARANCE OF GEORGE R. DOUGHERTY ON BEHALF OF DEFENDANT MONSANTO COMPANY with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

DATED: October 18, 2019

Respectfully submitted,

*/s/ George R. Dougherty*
George R. Dougherty
SHOOK, HARDY & BACON L.L.P.
111 South Wacker Drive, Suite 4700
Chicago, Illinois 60606
Telephone: (312) 704-7700
Facsimile:  (312) 558-1195
gdougherty@shb.com

*Attorney for Defendant,*
*MONSANTO COMPANY*