Thomas J. Dammrich, II
SHOOK, HARDY & BACON L.L.P.
111 South Wacker Drive, Suite 4700
Chicago, Illinois 60606
Telephone: (312) 704-7700
Facsimile:  (312) 558-1195
tdammrich@shb.com

*Attorney for Defendant*
*MONSANTO COMPANY*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. MDL No. 3:16-md-2741-VC |
| This document relates to: *Nichole Shultz v. Monsanto Company* Case No. 3:19-cv-02190 | |

### NOTICE OF APPEARANCE ON BEHALF OF MONSANTO COMPANY

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Pretrial Order No. 1, Thomas J. Dammrich, II , of the firm Shook, Hardy & Bacon L.L.P. hereby enters an appearance as counsel for Defendant MONSANTO COMPANY in the above-captioned matter and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served on and directed to the undersigned counsel.

October 18, 2019                           Respectfully Submitted,


                                           By:  */s/ Thomas J. Dammrich, II*
                                                Thomas J. Dammrich, II
                                                SHOOK, HARDY & BACON L.L.P.
                                                111 South Wacker Drive, Suite 4700
                                                Chicago, Illinois 60606
                                                Telephone: (312) 704-7700
                                                Facsimile:  (312) 558-1195
                                                tdammrich@shb.com

                                                *Attorney for Defendant,*
                                                *MONSANTO COMPANY*

---

NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT MONSANTO COMPANY
Case No. 3:16-md-02741-VC

4849-9754-6410 v1

**CERTIFICATE OF SERVICE**

I hereby certify that, on October 18, 2019, I electronically filed NOTICE OF APPEARANCE OF THOMAS J. DAMMRICH, II ON BEHALF OF DEFENDANT MONSANTO COMPANY with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

DATED: October 18, 2019                                       Respectfully submitted,

*/s/ Thomas J. Dammrich, II*
Thomas J. Dammrich, II
SHOOK, HARDY & BACON L.L.P.
111 South Wacker Drive, Suite 4700
Chicago, Illinois 60606
Telephone: (312) 704-7700
Facsimile:  (312) 558-1195
tdammrich@shb.com

*Attorney for Defendant,*
*MONSANTO COMPANY*