Bobby Homolka
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
Phone: (816) 474-6550
Fax: (816) 421-5547
bhomolka@shb.com

*Attorney for Defendant*
*MONSANTO COMPANY*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. MDL No. 3:16-md-2741-VC |
| This document relates to: *Christine Karman, Individually and as Representative of the Estate of Robert Karman v. Monsanto Company* Case No. 3:19-cv-0 | |

### NOTICE OF APPEARANCE ON BEHALF OF MONSANTO COMPANY

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Pretrial Order No. 1, Bobby Homolka, of the firm Shook, Hardy & Bacon L.L.P. hereby enters an appearance as counsel for Defendant MONSANTO COMPANY in the above-captioned matter and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served on and directed to the undersigned counsel.

October 18, 2019                              Respectfully Submitted,

By:  */s/ Bobby Homolka*
     Bobby Homolka
     SHOOK, HARDY & BACON L.L.P.
     2555 Grand Blvd.
     Kansas City, MO 64108
     Phone: (816) 474-6550
     Fax: (816) 421-5547
     bhomolka@shb.com

     *Attorney for Defendant,*
     *MONSANTO COMPANY*

## CERTIFICATE OF SERVICE

I hereby certify that, on October 18, 2019, I electronically filed NOTICE OF APPEARANCE OF BOBBY HOMOLKA ON BEHALF OF DEFENDANT MONSANTO COMPANY with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

DATED: October 18, 2019            Respectfully submitted,

*/s/ Bobby Homolka*
Bobby Homolka
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
Phone: (816) 474-6550
Fax: (816) 421-5547
bhomolka@shb.com

*Attorney for Defendant,*
*MONSANTO COMPANY*