1 | Dana Strueby
2 | SHOOK, HARDY & BACON L.L.P.
  | 2555 Grand Blvd.
3 | Kansas City, MO 64108
  | Phone: (816) 474-6550
4 | Fax: (816) 421-5547
  | dstrueby@shb.com
5
  | *Attorney for Defendant*
6 | *MONSANTO COMPANY*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. MDL No. 3:16-md-2741-VC |
| This document relates to: *Janeil Chatman v. Monsanto Company* Case No. 3:19-cv-02170 | |

### NOTICE OF APPEARANCE ON BEHALF OF MONSANTO COMPANY

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Pretrial Order No. 1, Dana Strueby, of the firm Shook, Hardy & Bacon L.L.P. hereby enters an appearance as counsel for Defendant MONSANTO COMPANY in the above-captioned matter and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served on and directed to the undersigned counsel.

October 18, 2019                              Respectfully Submitted,

By:  */s/ Dana Strueby*
     Dana Strueby
     SHOOK, HARDY & BACON L.L.P.
     2555 Grand Blvd.
     Kansas City, MO 64108
     Phone: (816) 474-6550
     Fax: (816) 421-5547
     dstrueby@shb.com

     *Attorney for Defendant,*
     *MONSANTO COMPANY*

---

NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT MONSANTO COMPANY
Case No. 3:16-md-02741-VC

4827-2396-3306 v1

## CERTIFICATE OF SERVICE

I hereby certify that, on October 18, 2019, I electronically filed NOTICE OF APPEARANCE OF DANA STRUEBY ON BEHALF OF DEFENDANT MONSANTO COMPANY with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

DATED: October 17, 2019                                  Respectfully submitted,

*/s/ Dana Strueby*
Dana Strueby
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
Phone: (816) 474-6550
Fax: (816) 421-5547
dstrueby@shb.com

*Attorney for Defendant,*
*MONSANTO COMPANY*