UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 16-md-02741-VC |
| This document relates to: *Hernandez v. Monsanto Co.*, 17-cv-7364 | **PRETRIAL ORDER NO. 182: GRANTING MOTION FOR EXTENSION OF DEADLINE** |
| | Re: Dkt. No. 6924 |

The Hernandezes' unopposed second motion for an extension is granted. Ruben Hernandez must file his specific-causation expert report by October 25, 2019. In light of the extension afforded Mr. Hernandez, Monsanto must file its specific-causation expert reports for this case by November 1, 2019.

**IT IS SO ORDERED.**

Dated: October 22, 2019

VINCE CHHABRIA
United States District Judge