# Exhibit 3

# West Virginia Secretary of State — Online Data Services

## Business and Licensing
Online Data Services Help

## Business Organization Detail

*NOTICE: The West Virginia Secretary of State's Office makes every reasonable effort to ensure the accuracy of information. However, we make no representation or warranty as to the correctness or completeness of the information. If information is missing from this page, it is not in the The West Virginia Secretary of State's database.*

## FLEXSYS AMERICA LIMITED

### Organization Information

| Org Type | Effective Date | Established Date | Filing Date | Charter | Class | Sec Type | Termination Date | Termination Reason |
|---|---|---|---|---|---|---|---|---|
| GP | General Partnership | 5/15/1995 | | | Domestic | | | | |

### Organization Information

| | | | |
|---|---|---|---|
| **Business Purpose** | | **Capital Stock** | |
| **Charter County** | | **Control Number** | |
| **Charter State** | WV | **Excess Acres** | |
| **At Will Term** | | **Member Managed** | |
| **At Will Term Years** | | **Par Value** | |
| **Authorized Shares** | | **Young Entrepreneur** | Not Specified |

### Addresses

| Type | Address |
|---|---|
| Mailing Address | 260 SPRINGSIDE DR<br>STE 1<br>AKRON, OH, 443332433 |
| Principal Office Address | 5509 BIG TYLER RD<br>CROSS LANES, WV, 253131347 |
| Type | Address |

### Officers

| Type | Name/Address |
|---|---|
| Partner | FLEXSYS AMERICA L P<br>5509 BIG TYLER RD<br>STE 1<br>CROSS LANES, WV, 253131347 |
| Type | Name/Address |

### DBA

| DBA Name | Description | Effective Date | Termination Date |
|---|---|---|---|
| FLEXSYS AMERICA LIMITED | FN TRADENAME | 5/15/1995 | |
| FLEXSYS AMERICA LIMITED | FN TRADENAME | 5/15/1995 | |
| DBA Name | Description | Effective Date | Termination Date |

For more information, please contact the Secretary of State's Office at 304-558-8000.

Thursday, April 11, 2019 — 11:43 AM

© 2019 State of West Virginia