# Exhibit 4

You are viewing this page over a secure connection. Click here for more information.

# West Virginia Secretary of State — Online Data Services

## Business and Licensing

Online Data Services Help

## Business Organization Detail

*NOTICE: The West Virginia Secretary of State's Office makes every reasonable effort to ensure the accuracy of information. However, we make no representation or warranty as to the correctness or completeness of the information. If information is missing from this page, it is not in the The West Virginia Secretary of State's database.*

### MONSANTO MANAGEMENT CLUB - NITRO PLANT

| Organization Information | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Org Type | Effective Date | Established Date | Filing Date | Charter | Class | Sec Type | Termination Date | Termination Reason |
| C | Corporation | 2/19/1957 | | 2/19/1957 | Domestic | Non-Profit | | 12/7/2001 | Revoked (Failure to File Annual Report) |

| Organization Information | | | |
|---|---|---|---|
| **Business Purpose** | | **Capital Stock** | 0.0000 |
| **Charter County** | | **Control Number** | 0 |
| **Charter State** | WV | **Excess Acres** | 0 |
| **At Will Term** | | **Member Managed** | |
| **At Will Term Years** | | **Par Value** | 0.000000 |
| **Authorized Shares** | 0 | **Young Entrepreneur** | Not Specified |

4/11/2019     WV SOS - Business and Licensing - Corporations - Online Data Services

### Addresses

| Type | Address |
|---|---|
| Principal Office Address | NITRO, WV, 25143 |
| Type | Address |

### Officers

| Type | Name/Address |
|---|---|
| Incorporator | EDWARD L. GOODMAN<br>NITRO, WV, 25143 |
| Incorporator | OTTO J. DRESCHER<br>ST. ALBANS, WV, |
| Type | Name/Address |

For more information, please contact the Secretary of State's Office at 304-558-8000.

Thursday, April 11, 2019 — 10:18 AM

© 2019 State of West Virginia

https://apps.sos.wv.gov/business/corporations/organization.aspx?org=19583     2/2