Kelly Elswick-Hall
West Virginia State Bar No. 6578
Marvin W. Masters
West Virginia State Bar No. 2359
The Masters Law Firm lc
181 Summers Street
Charleston, West Virginia 25301
304-342-3106
304-342-3189 FAX
keh@themasterslawfirm.com
mwm@themasterslawfirm.com

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 <br><br> Case No. 3:16-md-2741-VC |
|---|---|
| This document relates to: <br><br> *Roger Bryant et al., vs. Monsanto Company, et al.*, Case No. 3:19-cv-06395-VC | |

## NOTICE OF HEARING

**YOU ARE HEREBY NOTIFIED** that there will be a **hearing** in the above styled civil action on "Plaintiffs' Motion to Remand" on **November 21, 2019 at 10:00 a.m. P.S.T.**, before the Honorable District Judge Vince Chhabria, San Francisco Courthouse, Courtroom 4, 17th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.  You may appear and protect your interests if you so desire.

**CERTIFICATE OF SERVICE**

I, Kelly Elswick-Hall, hereby certify that on October 23, 2019, I electronically filed "NOTICE OF HEARING" with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF participants:

>Charles M. Love III (WV Bar No. 2254)
>Floyd E. Boone Jr. (WV Bar No. 8784)
>William M. Lorenson (WV Bar No. 13223)
>Bowles Rice LLP
>600 Quarrier Street
>Post Office Box 1386
>Charleston, West Virginia 25325-1386
>Counsel for Defendant Monsanto Company and
>Flexsys America Limited

And by first class U.S. Mail on the following non-ECF participants:

>Monsanto Management Club - Nitro Plant
>c/o Otto J. Dresher
>2023 Lincoln Avenue
>St. Albans, West Virginia 25177


/s/ Kelly Elswick-Hall
West Virginia State Bar No. 6578
Marvin W. Masters
West Virginia State Bar No. 2359
The Masters Law Firm lc
181 Summers Street
Charleston, West Virginia 25301
304-342-3106
keh@themasterslawfirm.com
mwm@themasterslawfirm.com