# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Master Docket Case No. 3:16-md-02741 |
| | Honorable Vince Chhabria |
| **THIS DOCUMENT RELATES TO:** DEBRA GUTIERREZ AND JUAN GUTIERREZ, v. MONSANTO COMPANY | Case No. 3:19-cv-05293-VC |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 11-5, attorney Joe McGreevy moves this Court to grant him leave to withdraw as counsel on behalf of Plaintiffs, Debra Gutierrez and Juan Gutierrez in the above-captioned case. In support of this Motion, he states as follows:

1. Attorney James Vasquez of the Law Offices of James Vasquez, P.C., whom, among other states, is a New Jersey-licensed attorney, and is licensed in the United States District Court, District of New Jersey, has substituted in as counsel for Plaintiffs.

2. That Joe McGreevy served as local counsel in the instant matter for purposes of filing in the US District Court of the Eastern District of Missouri.

3. Thereafter this matter was transferred to US District Court, Northern District of California where it became part of MDL 02741.

4. That in light of this matter now under the jurisdiction of the MDL, the need for local Missouri Counsel is unnecessary at this time.

5. Attorney James Vasquez will continue to represent Plaintiffs in this case. As such, Plaintiffs will not be prejudiced by this withdrawal.

6. That in the event this matter should be transferred back to the US District Court of Missouri then attorney James Vasquez will immediately endeavor to seek local counsel with respect to same.

WHEREFORE, Counsel for Plaintiffs respectfully requests this Court to grant leave for attorney Joe McGreevy to withdraw, and be removed from all service lists as Counsel for Plaintiffs in the above-captioned case.

Respectfully submitted this 18th day of October 2019.

*Attorneys for Plaintiff*

By: */s/ Joe McGreevy*
Joe McGreevy #65028MO
Kuhlman & Lucas, LLC
1100 Main Street, Suite 2550
Kansas City, MO 64104
T: (816) 548-3187
joe@kuhlmanlucas.com

By: */s/ James Vasquez*
James Vasquez
Law Offices of James Vasquez, PC
970 Clifton Avenue
Clifton, NJ 07013
T: (862) 247-8711
james@jamesvasquezlaw.com

## CERTIFICATE OF SERVICE

I, James Vasquez, hereby certify that on October 18, 2019 the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

                                                _/s/ James Vasquez_____
                                                James Vasquez