# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br><br>This document relates to**:**<br><br>*Gutierrez v. Monsanto, Co.,* 3:19-cv-05293-VC | MDL No. 2741<br><br>Master Docket Case No. 3:16-md-02741<br><br>Honorable Vince Chhabria<br><br>**ORDER GRANTING MOTION TO WITHDRAW**<br><br>Case No.: 3:19-cv-05293-VC |

    Joe McGreevy's motion to withdraw as counsel on behalf of Plaintiffs Debra Gutierrez and Juan Gutierrez in *Gutierrez v. Monsanto Co.,* 3:19-cv-05293-VC, is granted.

    **IT IS SO ORDERED.**

Date: _____        _____
                                                       Honorable Vince Chhabria
                                                       United States District Court