1  **HOLLINGSWORTH LLP**
Joe G. Hollingsworth (*pro hac vice*)
2  Eric G. Lasker (*pro hac vice*)
1350 I Street, N.W.
3  Washington, DC  20005
Telephone:  (202) 898-5800
4  Facsimile:   (202) 682-1639
Email:       jhollingsworth@hollingsworthllp.com
5                    elasker@hollingsworthllp.com

6  *Attorneys for Defendant*
*MONSANTO COMPANY*
7
UNITED STATES DISTRICT COURT
8
NORTHERN DISTRICT OF CALIFORNIA
9

10  IN RE: ROUNDUP PRODUCTS         MDL No. 2741
LIABILITY LITIGATION
                                  Case No. 3:16-md-02741-VC
11
This document relates to:
12
*Lawrence K. Griffith and Laurie Griffith*
13  *v. Monsanto Co.*,
Case No. 3:19-cv-03489-VC
14

15  **MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT**

16    Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Monsanto Company

17  ("Monsanto") makes the following disclosures:

18    1.   Monsanto is an indirect, wholly-owned subsidiary of Bayer AG.

19    2.   Bayer AG is a publicly held corporation.

20  DATED:  October 23, 2019              Respectfully submitted,

21
                                          /s/ Joe G. Hollingsworth
22                                        Joe G. Hollingsworth (*pro hac vice*)
                                          (jhollingsworth@hollingsworthllp.com)
23                                        Eric G. Lasker (*pro hac vice*)
                                          (elasker@hollingsworthllp.com)
24                                        HOLLINGSWORTH LLP
                                          1350 I Street, N.W.
25                                        Washington, DC  20005
                                          Telephone:  (202) 898-5800
26                                        Facsimile:   (202) 682-1639

27                                        *Attorneys for Defendant*
                                          *MONSANTO COMPANY*
28