Connor Sears
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
Phone: (816) 474-6550
Fax: (816) 421-5547
CSEARS@shb.com

*Attorney for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>*Russo v. Monsanto Company*<br>Case No. 3:16-cv-06024-VC | |

**<u>NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT MONSANTO COMPANY</u>**

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

  PLEASE TAKE NOTICE that Connor Sears, of Hardy & Bacon L.L.P. hereby enters an appearance as counsel for Defendant MONSANTO COMPANY in the above-captioned matter and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served on and directed to the undersigned counsel.

October 21, 2019            Respectfully Submitted,

              By:  */s/ Connor Sears*
                Connor Sears
                SHOOK, HARDY & BACON L.L.P.
                2555 Grand Blvd.
                Kansas City, MO 64108
                Phone: (816) 474-6550
                Fax: (816) 421-5547
                CSEARS@shb.com
                *Attorney for Defendant,*
                *MONSANTO COMPANY*