**HOLLINGSWORTH LLP**
Joe G. Hollingsworth (*pro hac vice*)
Eric G. Lasker (*pro hac vice*)
1350 I Street, N.W.
Washington, DC  20005
Tel:     202-898-5800
Fax:     202-682-1639
Email: jhollingsworth@hollingsworthllp.com
         elasker@hollingsworthllp.com

*Attorneys for Defendants*
*WILBUR-ELLIS COMPANY LLC and*
*WILBUR-ELLIS NUTRITION, LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>*Abel Valli Jr. and Marie Valli*<br> *v. Monsanto Co.*, *et al.,*<br>Case No. 3:19-cv-06146-VC | |

**CORPORATE DISCLOSURE STATEMENT OF**
<u>**WILBUR-ELLIS COMPANY LLC AND WILBUR-ELLIS NUTRITION, LLC**</u>

Pursuant to Federal Rule of Civil Procedure 7.1, defendants Wilbur-Ellis Company LLC

and Wilbur-Ellis Nutrition, LLC (formerly known as Wilbur-Ellis Feed, LLC) make the

following disclosures:

1.    Wilbur-Ellis Company LLC is a wholly owned subsidiary of Wilbur-Ellis

Holdings II, Inc., a Delaware corporation.

2.    Wilbur-Ellis Nutrition, LLC is a wholly owned subsidiary of Wilbur-Ellis

Holdings II, Inc., a Delaware corporation.

3.    Wilbur-Ellis Holdings II, Inc. is a wholly owned subsidiary of Wilbur-Ellis

Holdings, Inc., a Delaware corporation.

1        4.    No publicly-traded company owns 10% or more of the stock of Wilbur-Ellis

2    Company LLC or Wilbur-Ellis Nutrition, LLC.

3    DATED:  October 23, 2019                    Respectfully submitted,

4                                                /s/ Joe G. Hollingsworth
                                                 Joe G. Hollingsworth (*pro hac vice*)
5                                                (jhollingsworth@hollingsworthllp.com)
                                                 Eric G. Lasker (*pro hac vice*)
6                                                (elasker@hollingsworthllp.com)
                                                 HOLLINGSWORTH LLP
7                                                1350 I Street, N.W.
                                                 Washington, DC  20005
8                                                Telephone:  (202) 898-5800
                                                 Facsimile:  (202) 682-1639
9

10                                               Attorneys for Defendants
                                                 WILBUR-ELLIS COMPANY LLC and
11                                               WILBUR-ELLIS NUTRITION, LLC

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -