**HOLLINGSWORTH LLP**
Joe G. Hollingsworth (*pro hac vice*)
Eric G. Lasker (*pro hac vice*)
1350 I Street, N.W.
Washington, DC  20005
Tel:     202-898-5800
Fax:    202-682-1639
Email: jhollingsworth@hollingsworthllp.com
         elasker@hollingsworthllp.com

*Attorneys for Defendants*
*WILBUR-ELLIS COMPANY LLC and*
*WILBUR-ELLIS NUTRITION, LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>*Craig Ataide and Lauri Ataide*<br> *v. Monsanto Co.*, *et al.,*<br>Case No. 3:19-cv-06145-VC | |

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**
**OF WILBUR-ELLIS COMPANY LLC AND WILBUR-ELLIS NUTRITION, LLC**

This certification is filed by defendants Wilbur-Ellis Company and Wilbur-Ellis Nutrition, LLC (formerly known as Wilbur-Ellis Feed, LLC).  Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

Wilbur-Ellis Holdings, Inc.

Wilbur-Ellis Holdings II, Inc.

| | |
|---|---|
| DATED:  October 23, 2019 | Respectfully submitted, |
| | <u>/s/ Joe G. Hollingsworth</u><br>Joe G. Hollingsworth (*pro hac vice*)<br>(jhollingsworth@hollingsworthllp.com)<br>Eric G. Lasker (*pro hac vice*)<br>(elasker@hollingsworthllp.com)<br>HOLLINGSWORTH LLP<br>1350 I Street, N.W.<br>Washington, DC  20005<br>Telephone:  (202) 898-5800<br>Facsimile:  (202) 682-1639<br><br>Attorneys for Defendants<br>WILBUR-ELLIS COMPANY LLC and<br>WILBUR-ELLIS NUTRITION, LLC |