**HOLLINGSWORTH LLP**
Joe G. Hollingsworth (*pro hac vice*)
Eric G. Lasker (*pro hac vice*)
1350 I Street, N.W.
Washington, DC  20005
Tel:     202-898-5800
Fax:    202-682-1639
Email: jhollingsworth@hollingsworthllp.com
            elasker@hollingsworthllp.com

*Attorneys for Defendants*
*WILBUR-ELLIS COMPANY LLC and*
*WILBUR-ELLIS NUTRITION, LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 <br> Case No. 3:16-md-02741-VC |
| This document relates to: <br><br> *Craig Ataide and Lauri Ataide* <br> *v. Monsanto Co.*, *et al.,* <br> Case No. 3:19-cv-06145-VC | |

**CORPORATE DISCLOSURE STATEMENT OF**
**WILBUR-ELLIS COMPANY LLC AND WILBUR-ELLIS NUTRITION, LLC**

Pursuant to Federal Rule of Civil Procedure 7.1, defendants Wilbur-Ellis Company LLC and Wilbur-Ellis Nutrition, LLC (formerly known as Wilbur-Ellis Feed, LLC) make the following disclosures:

1. Wilbur-Ellis Company LLC is a wholly owned subsidiary of Wilbur-Ellis Holdings II, Inc., a Delaware corporation.

2. Wilbur-Ellis Nutrition, LLC is a wholly owned subsidiary of Wilbur-Ellis Holdings II, Inc., a Delaware corporation.

3. Wilbur-Ellis Holdings II, Inc. is a wholly owned subsidiary of Wilbur-Ellis Holdings, Inc., a Delaware corporation.

4. No publicly-traded company owns 10% or more of the stock of Wilbur-Ellis Company LLC or Wilbur-Ellis Nutrition, LLC.

DATED:  October 23, 2019                              Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth (*pro hac vice*)
(jhollingsworth@hollingsworthllp.com)
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, DC  20005
Telephone:  (202) 898-5800
Facsimile:  (202) 682-1639

Attorneys for Defendants
WILBUR-ELLIS COMPANY LLC and
WILBUR-ELLIS NUTRITION, LLC