Thomas V. Ayala, Esquire
Samantha Mertz, Esquire
Tudor Farcas, Esquire
GRANT & EISENHOFER, P.A.
123 Justison Street
Wilmington, DE 19801
Telephone: (302) 622-7000
Fax: (302) 622-7100
tayala@gelaw.com; smertz@gelaw.com; tfarcas@gelaw.com
Attorneys for Plaintiffs
Cesar Martinez and Patsy Martinez (h/w)

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Master Docket Case No. 3:16-md-2741<br><br>Honorable Vince Chhabria |
| THIS DOCUMENT RELATES TO:<br><br>*Bern, et al. v. Monsanto Company* United States District Court for the Eastern District of Missouri, (regarding *Plaintiffs Cesar Martinez and Patsy Martinez (h/w) only)*<br><br>v.<br><br>MONSANTO COMPANY | Case No.: 4:19-02342 |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiffs, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A) hereby voluntarily dismisses all claims against Defendant Monsanto Company from the above-captioned case with prejudice, with each party to bear its own costs.

Dated: October 24, 2019

Respectfully submitted,

GRANT & EISENHOFER, P.A.

By: /s/ Thomas V. Ayala

Thomas V. Ayala, Esquire
Samantha Mertz, Esquire
Tudor Farcas, Esquire
123 Justison Street
Wilmington, DE 19801
Telephone: (302) 622-7000
Fax: (302) 622-7100
tayala@gelaw.com
smertz@gelaw.com
tfarcas@gelaw.com
Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

I, Thomas V. Ayala, hereby certify that on October 24, 2019, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such flings to all registered attorneys of record.

/s/ Thomas V. Ayala
Thomas V. Ayala