**HOLLINGSWORTH LLP**
Joe G. Hollingsworth (*pro hac vice*)
Eric G. Lasker (*pro hac vice*)
1350 I Street, N.W.
Washington, DC  20005
Telephone:   (202) 898-5800
Facsimile:    (202) 682-1639
Email:         jhollingsworth@hollingsworthllp.com
                  elasker@hollingsworthllp.com

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 3:16-md-02741-VC |
| This document relates to: *James Sumlin and Patsy Ann Sumlin v. Monsanto Co.*, Case No. 3:19-cv-06838-VC | |

**MONSANTO COMPANY'S**
**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

Defendant Monsanto Company is an indirect, wholly-owned subsidiary of Bayer AG, so Bayer AG has a financial interest in a party to the proceeding.

1  DATED:  October 25, 2019				Respectfully submitted,

2
						/s/ Joe G. Hollingsworth
3						Joe G. Hollingsworth (*pro hac vice*)
						(jhollingsworth@hollingsworthllp.com)
4						Eric G. Lasker (*pro hac vice*)
						(elasker@hollingsworthllp.com)
5						HOLLINGSWORTH LLP
						1350 I Street, N.W.
6						Washington, DC  20005
						Telephone:  (202) 898-5800
7						Facsimile:   (202) 682-1639

8						*Attorneys for Defendant*
						*MONSANTO COMPANY*