IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL NO. 2741<br>Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>*Mike Bronzini, et al v. Monsanto Company*, Case No. 3:19-cv-04676-VC<br><br>(Plaintiff Robert Thackwray only) | |

**STIPULATION OF DISMISSAL PURSUANT TO F.R.C.P. 41(A)(1)(a)(ii)**

Pursuant to F.R.C.P. 41(a)(1)(A)(ii), and in accordance with Pretrial Order No. 155 entered by this Court, Plaintiff Robert Thackwray, only, hereby stipulates and agrees that the claims of Robert Thackwray in the above-captioned action will be dismissed without prejudice against Defendant Monsanto Company.

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for Plaintiff Robert Thackwray and counsel for Defendant Monsanto Company, that the above-captioned action as to Robert Thackwray is hereby dismissed without prejudice.

Each party agrees to bear its own costs and attorney's fees.

Dated: October 25, 2019        BARON & BUDD, P.C.

/s/ Thomas Sims
Thomas Sims, CA SBN 264174
BARON & BUDD, P.C.
3102 Oak Lawn Ave Suite 1100
Dallas, TX 75219
Tel.: 214-521-3605
Fax: 214-520-1181
tsims@baronbudd.com

*Counsel for Plaintiffs*

/s/ Christine F. Miller
Christine F. Miller
HUSCH BLACKWELL LLP
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105
Chris.miller@huschblackwell.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

    I hereby certify that on October 25, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to all CM/ECF participants.

                           By: /s/ Thomas Sims
                                 Thomas Sims