# EXHIBIT A

# The Miller Firm LLC
## TRIAL LAWYERS

Michael J. Miller – VA, MD, DC, PA
Nancy Guy Miller – MS
Bruce D. Burtoff, M.D., J.D. – VA, DC, FL, MS
David J. Dickens – VA, DC
Jeffrey Travers – VA
Tayjes Shah – PA, NJ
Curtis G. Hoke – CA
Jeff T. Seldomridge – VA, WV
Shayne K. Hodge – NJ, VA
Brian K. Brake – VA
Edward J. Maggio - NY

The Sherman Building
108 Railroad Avenue
Orange, Virginia 22960

Elisa A Dickson, RN, BSN, MS
Nancy Leftwich, RN
Jeanie Oelrich, RN, BSN
Website: Millerfirmllc.com
Telephone: (540) 672-4224
(866) 529-3323
Facsimile: (540) 672-3055

October 17, 2019

**VIA ELECTRONIC & US MAIL**

Brian L. Stekloff, Esquire
Wilkinson Walsh + Eskovitz
2001 M Street, NW, 10th Floor
Washington, D.C. 20036

    Re:    **Stevick v. Monsanto**

Dear Mr. Stekloff:

    As you know, Elaine Stevick is claiming that Roundup was a substantial factor in causing her NHL. Her husband, Christopher, is also a plaintiff in the case asserting only a loss of consortium claim. The trial is set for February 24, 2020 before Judge Chhabria.

    As part of a recent routine physical examination of Chris Stevick, routine blood work indicated a high white blood count. This prompted his primary care physician, Dr. Gonzales, to perform additional blood work (a blood phenotype test), which Mr. Stevick was informed was diagnostic of Chronic Lymphocytic Leukemia, a subtype of NHL. He is scheduled to see an oncologist, Dr. Kim, on Monday, October 21.

    Given this new and tragic turn of events, we plan on supplementing the expert reports and lay testimony at trial to include this information. We anticipate offering expert testimony that Roundup was a substantial factor in causing Mr. Stevick's NHL, and that the exposure of both husband and wife to Roundup and subsequent diagnosis of both husband and wife with NHL is additional proof that Roundup exposure was a substantial factor in causing NHL in both husband and wife.

    We plan on providing you with supplemental expert report(s), as well as Mr. Stevick's relevant medical records in the very near future.



Brian L. Stekloff, Esquire
October 17, 2019
Page 2

    Will Monsanto consent to joining Mr. Stevick's claim with Ms. Stevick's claim and jointly trying these claims on the current trial date? Please advise.

    Very truly yours,

    THE MILLER FIRM LLC

    Michael J. Miller

BKB/MJM:rmm