# EXHIBIT B



2001 M STREET NW
10th Floor
WASHINGTON, DC 20036

WWW.WILKINSONWALSH.COM

A LIMITED LIABILITY
PARTNERSHIP

WASHINGTON, D.C. | LOS ANGELES | NEW YORK

October 18, 2019

Dear Mr. Miller,

We are sorry to hear about Mr. Stevick's recent diagnosis.

With respect to your request to join Mr. Stevick's new claim with Ms. Stevick's claim and to jointly try their cases together, we oppose. (*See* PTO 155 ("Because the married plaintiffs in *Goodbred v. Monsanto*, No. 16-cv-06010, may have different medical histories and different risk factors, their claims need to be severed. The plaintiffs may move to consolidate their claims for trial if they believe that is appropriate following the close of discovery.").

Furthermore, before Mr. Stevick's case can proceed to trial, we must first engage in full discovery and related proceedings in his case, consistent with the workup of other cases in the MDL. This workup must include the following: the filing of a Plaintiff Fact Sheet, the completion of all necessary medical authorizations, the collection of all relevant medical records, complete fact discovery, complete expert discovery and relevant briefing, as necessary. To the extent the Court orders that discovery proceed in the near future so that it can consider whether a joint trial is appropriate, we recommend that Mr. Stevick's case is added to the Wave 2 track and that the current trial date for Ms. Stevick is continued to a future date.

I am happy to discuss at your convenience if you would like to do so.

Best,

Brian Stekloff