# EXHIBIT C

# The Miller Firm LLC
### TRIAL LAWYERS

Michael J. Miller – VA, MD, DC, PA
Nancy Guy Miller – MS
Bruce D. Burtoff, M.D., J.D. – VA, DC, FL, MS
David J. Dickens – VA, DC
Jeffrey Travers – VA
Tayjes Shah – PA, NJ
Curtis G. Hoke – CA
Jeff T. Seldomridge – VA, WV
Shayne K. Hodge – NJ, VA
Brian K. Brake – VA
Edward J. Maggio - NY

**The Sherman Building**
**108 Railroad Avenue**
**Orange, Virginia 22960**

Elisa A Dickson, RN, BSN, MS
Nancy Leftwich, RN
Jeanie Oelrich, RN, BSN
Website: Millerfirmllc.com
Telephone: (540) 672-4224
(866) 529-3323
Facsimile: (540) 672-3055

October 18, 2019

**VIA ELECTRONIC & US MAIL**

Brian L. Stekloff, Esquire
Wilkinson Walsh + Eskovitz
2001 M Street, NW, 10th Floor
Washington, D.C. 20036

Re:   Elaine Stevick v. Monsanto

Dear Mr. Stekloff:

Thank you for your letter of October 18, 2019. We do sincerely appreciate your empathy towards Chris Stevick's recent diagnosis of Non-Hodgkin's Lymphoma. We, of course, will oppose any continuance of Elaine Stevick's trial. We believe any additional discovery you think needs to be done can be completed easily and quickly. Please feel free to contact myself or Brian Brake in that regard. We will provide medical authorizations and information as it becomes available for Chris Stevick's NHL, including a plaintiff's fact sheet. We will not agree to have his case added to Wave 2.

With every best wish, I remain

Very truly yours,

THE MILLER FIRM LLC

Michael J. Miller

MJM:rmm
cc:   Brian K. Brake, Esq.