# EXHIBIT 1

1-800-259-5300



Home      Online Services      News/Media      FAQs      Contact us

Consumers >         Industry >              Industry Access

# Details for Catlin Insurance Services Inc

**Name:**

Catlin Insurance Services Inc

**NAIC#:**

N/A

**Domicile:**

LA

**Phone:**

(504) 304-2102

**Toll Free#:**

N/A

Addresses

Type: Business

70 Seaview Ave

Stamford, CT 06902

Type: Mailing

70 Seaview Ave

Stamford, CT 06902

Type: Resident

70 Seaview Ave

Stamford, CT 06902

Type: Surplus Lines

70 Seaview Ave

Stamford, CT 06902

**No Appointed Producers**

Licensing Information

| License Type | Initial Issuance Date | Expiration Date |
|---|---|---|
| Producer Agency | 1/29/1996 | 3/31/2020 |
| Surplus Lines Broker | 1/29/1996 | 3/31/2020 |

Regulatory Actions

Service of Process

Return to Search Results

Return to Search

## About LDI

Calendar
Public Hearings
Videos
What We Do
Jim's Message
Office Directory

## Connect With Us

FAQs
1-800-259-5300

## Quick Links

Search Bulletins, Directives & Regs
Search for Company or Agent
Search Rate Filings
Producer License Renewal
Report Insurance Fraud
Top 20 Lists by Market Share

### What's New

Solicitation for Offers

2017 Admitted Premium Tax Forms

Recently Issued Bulletins

Company Contacts Information Requirements



**LDI Employees**

1702 N. Third Street; P.O. Box 94214; Baton Rouge, LA 70802

Copyright © 2015

Louisiana Department of Insurance