UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 16-md-02741-VC |
| This document relates to: *Trosclair v. Monsanto Co.*, 19-cv-6396 | **PRETRIAL ORDER NO. 184: STRIKING OVERSIZED OPPOSITION** |
| | Re: Dkt. No. 7255 |

Monsanto's oversized 24-page opposition to Trosclair's motion to remand is stricken from the record. *See* Dkt. No. 7255. Monsanto is ordered to file an opposition that complies with the 15-page limit in this Court's Civil Standing Order ¶ 33 by October 31, 2019, at 8:00 a.m. Trosclair's reply is now due November 7, 2019.

**IT IS SO ORDERED.**

Dated: October 30, 2019

VINCE CHHABRIA
United States District Judge