Joshua L. Becker
SHOOK, HARDY & BACON L.L.P.
1230 Peachtree Street, NE, Suite 1200
Atlanta, GA 30309
Phone: 470-867-6000
Fax: 470-867-6001
jbecker@shb.com

*Attorney for Defendant*
*MONSANTO COMPANY*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. MDL No. 3:16-md-2741-VC |
| This document relates to: | |
| *Darryl A. Gatson, Sr. v. Monsanto Company* Case No. 3:18-cv-05317 | |

**NOTICE OF APPEARANCE ON BEHALF OF MONSANTO COMPANY**

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Pretrial Order No. 1, Joshua L. Becker, of the firm Shook, Hardy & Bacon L.L.P. hereby enters an appearance as counsel for Defendant MONSANTO COMPANY in the above-captioned matter and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served on and directed to the undersigned counsel.

October 31, 2019                           Respectfully Submitted,

By:  */s/ Joshua L. Becker*
      Joshua L. Becker
      SHOOK, HARDY & BACON L.L.P.
      1230 Peachtree Street, NE, Suite 1200
      Atlanta, GA 30309
      Phone: 470-867-6000
      Fax: 470-867-6001
      jbecker@shb.com

      *Attorney for Defendant,*
      *MONSANTO COMPANY*

---

NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT MONSANTO COMPANY
Case No. 3:16-md-02741-VC

4836-7217-1691 v1

**CERTIFICATE OF SERVICE**

I hereby certify that, on October 31, 2019, I electronically filed NOTICE OF APPEARANCE OF JOSHUA L. BECKER ON BEHALF OF DEFENDANT MONSANTO COMPANY with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

DATED: October 31, 2019                          Respectfully submitted,

*/s/ Joshua L. Becker*
Joshua L. Becker
SHOOK, HARDY & BACON L.L.P.
1230 Peachtree Street, NE, Suite 1200
Atlanta, GA 30309
Phone: 470-867-6000
Fax: 470-867-6001
jbecker@shb.com

*Attorney for Defendant,*
*MONSANTO COMPANY*