UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
| This document relates to:<br>ALL ACTIONS | **PRETRIAL ORDER NO. 186: LETTER BRIEF RE DEPOSITIONS OF GENERAL-CAUSATION EXPERTS**<br>Re: Dkt. No. 7230 |

Monsanto's request to re-depose Dr. Portier and Dr. Benbrook is granted. Each deposition is limited to 3.5 hours.

**IT IS SO ORDERED.**

Dated: October 31, 2019

VINCE CHHABRIA
United States District Judge