UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IN RE: ROUND UP PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL No. 2741<br><br>Case No. 19-cv-00295-VC |

**This Document Relates to: Petty, et. al. v. Monsanto - TNE 1:18-cv-00293-PLR-SKL**

## AMENDED MOTION FOR SUBSTITUTION OF ADMINISTRATOR AD LITEM

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an Order substituting Ben Petty as Administrator ad Litem, on behalf of the Estate of Patrick Arnold Petty in lieu of Patrick Bryan Petty, as Plaintiff in the above-captioned cause.

1. Plaintiff originally filed a Motion for Substitution of Parties that is currently pending before this Honorable Court.

2. Subsequent to the filing of the original Motion and Order and prior to the signing of the Order the anticipated Administrator, Patrick Bryan Petty, unexpectedly died, thereby necessitating this Amended Motion to allow the other son, Ben Petty, to be substituted as Administrator Ad Litem. Plaintiff respectfully requests that the Court disregard the original Motion and enter an Order of Substitution pursuant to this Amended Motion. A copy of the Agreed Order of Substitution of Administrator Ad Litem in the Estate case is attached hereto as Collective Exhibit I.

WHEREFORE, counsel for the Plaintiffs requests that this Court grant this amended request for substitution of Ben Petty as Administrator ad Litem for the Estate of Plaintiff Patrick Arnold Petty in this action.
Dated October 11, 2019

Respectfully submitted,

/s/ Tim. L. Bowden
Michael W. Gaines (pro hac vice)
FBN 775614
Tim L. Bowden (pro hac vice)
TN BPR 015379
Law Offices of Tim Bowden
306 Northcreek Blvd., Ste. 200
Goodlettsville TN 37072
615.589.1996 tel. | 615.589.1919 fax
mwgaines01@gmail.com
bowden_law@bellsouth.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing MOTION FOR SUBSTITUTION OF ADMINISTRATOR AD LITEM has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2).

This the 11th day of October, 2019.

/s/ Tim L. Bowden
Tim L. Bowden
(pro hac vice)