# EXHIBIT I

IN THE CIRCUIT COURT FOR DAVIDSON COUNTY, TENNESSEE
AT NASHVILLE
PROBATE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| ESTATE OF ) | Docket No.: 19P1426 |
| PATRICK A. PETTY, ) | |
| Decedent, ) | |
| ) | |
| PATRICK BRYAN PETTY ) | |
| Petitioner. ) | |

### AGREED ORDER OF SUBSTITUTION OF ADMINISTRATOR AD LITEM

It appearing to the Court that the original Administer Ad Litem passed away, that it is appropriate for a substitute Administrator Ad Litem to be appointed.

### IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED:

1. That the deceased's other son, Ben Petty, is now appointed as Administrator Ad Litem to pursue personal injury and wrongful death case of his father, Patrick A. Petty, deceased.

2. That all other issues shall be reserved until a final Hearing.

ENTERED THIS 8th DAY OF Oct, 2019.

_____
JUDGE

**APPROVED FOR ENTRY:**

| /s/Tim L. Bowden | /s/ Ben Petty |
| Tim L. Bowden, (#15379) | Ben Petty |
| Attorney for Petitioner | 218 Four Lake |
| 306 Northcreek Blvd., Ste. 200 | Whitwell, TN 37397 |
| Goodlettsville, Tennessee 37072 | |
| 615-859-1996 | |

## CERTIFICATE OF SERVICE

I herby certify that I have sent a true and exact copy of the forgoing, via U.S. Mail, postage prepaid, to Ben Petty, 218 Four Lake, Whitwell, TN 37397.

Dated: 9/30/19

/s/Tim Bowden
Tim L. Bowden