UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN RE: ROUND UP PRODUCTS   )
LIABILITY LITIGATION        )
                            )Case No.: 19-md-00295-VC
_____  )

**ORDER OF SUBSTITUTION**

This cause came before this Honorable Court upon Plaintiff's Amended Motion for Substitution of Administrator Ad Litem. After a review of the Amended Motion and of the record, this Court opines that this Motion is well taken and should be granted.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED AS FOLLOWS:**

1. That Ben Petty, as Administrator ad Litem of the Estate of Patrick Arnold Petty, hereby is substituted as the Plaintiff in the above reference cause of action.

2. That all other matters shall be reserved.

ENTERED this _____ day of _____, 2019.

_____
JUDGE

Respectfully submitted:

/s/ Tim L. Bowden
Tim L. Bowden, (pro hac vice)
TN BPR 015379
Michael W. Gaines (pro hac vice)
FBN 775614
Attorneys for Plaintiffs
306 Northcreek Blvd., Suite 200
Goodlettsville, TN 37072
Telephone: (615) 859-1996

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served via e-service by way of the Northern District of California Filing Portal to all designated parties on the 11th day of October, 2019.

/s/ Tim L. Bowden
Tim L. Bowden (pro hac vice)