**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
Martin C. Calhoun (*pro hac vice*)
1350 I Street, N.W.
Washington, DC  20005
Telephone:  (202) 898-5800
Facsimile:   (202) 682-1639
Email:       elasker@hollingsworthllp.com
             mcalhoun@hollingsworthllp.com

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 Case No. 3:16-md-02741-VC |
|---|---|
| This document relates to: *Octavia Mathis v. Monsanto Co.*, Case No. 3:19-cv-06225-VC *Susan Frey v. Monsanto Co.*, Case No. 3:19-cv-06460-VC | |

**MONSANTO COMPANY'S MONTHLY REPORT IN RESPONSE TO PTO NO. 183 RE NON-COMPLIANT LAWSUITS DIRECTLY FILED IN THIS DISTRICT**

Pursuant to Pretrial Order No. 183 ("PTO No. 183"), defendant Monsanto Company ("Monsanto") hereby submits this report regarding the following lawsuits that:  (a) were directly filed in this district last month (October 2019); and (b) fail to comply with the requirements of personal jurisdiction and venue:

   1.   *Octavia Mathis v. Monsanto Co.*, Case No. 3:19-cv-06225-VC;

   2.   *Susan Frey v. Monsanto Co.*, Case No. 3:19-cv-06460-VC.

In accordance with PTO No. 183, Monsanto lists here only non-compliant lawsuits that were directly filed in this district during October 2019.  Monsanto requests clarification

regarding whether the Court seeks comparable information for non-compliant lawsuits that may have been directly filed in this district before October 2019.

DATED:  November 1, 2019　　　　　　　　　Respectfully submitted,

/s/ Eric G. Lasker
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
Martin C. Calhoun (*pro hac vice*)
(mcalhoun@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, DC  20005
Telephone:  (202) 898-5800
Facsimile:   (202) 682-1639

*Attorneys for Defendant*
*MONSANTO COMPANY*

MONSANTO COMPANY'S MONTHLY REPORT IN RESPONSE TO PTO NO. 183
3:16-md-02741-VC; 3:19-cv-06225-VC; 3:19-cv-06460-VC