1  David R. Swaney
   SHOOK, HARDY & BACON L.L.P.
2  2555 Grand Blvd.
   Kansas City, MO 64108-2613
3  Phone: 816-474-6550
   Fax: 816-421-5547
4  dswaney@shb.com

5  *Attorney for Defendant*
   *MONSANTO COMPANY*
6

7                    **UNITED STATES DISTRICT COURT**

8                    **NORTHERN DISTRICT OF CALIFORNIA**

9  | IN RE: ROUNDUP PRODUCTS LIABILITY | MDL No. 2741 |
10 | LITIGATION | |
   | | Case No. MDL No. 16-md-02741-VC |

11 This document relates to:

12 *John Cushman v. Monsanto Company*
   Case No.  3:16-cv-06018
13

14
   ### NOTICE OF APPEARANCE ON BEHALF OF MONSANTO COMPANY
15
   **TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**
16
           PLEASE TAKE NOTICE that, pursuant to Pretrial Order No. 1, David R. Swaney, of the
17
   firm Shook, Hardy & Bacon L.L.P. hereby enters an appearance as counsel for Defendant
18
   MONSANTO COMPANY in the above-captioned matter and respectfully requests that all
19
   pleadings, notices, orders, correspondence, and other papers in connection with this action be served
20
   on and directed to the undersigned counsel.
21
           November 1, 2019                          Respectfully Submitted,
22

23
                                           By: */s/ David R. Swaney*
24                                             David R. Swaney
                                               SHOOK, HARDY & BACON L.L.P.
25                                             2555 Grand Blvd.
                                               Kansas City, MO 64108
26                                             Phone: 816-474-6550
                                               Fax: 816-421-5547
27                                             dswaney@shb.com

28                                             *Attorney for Defendant,*
                                               *MONSANTO COMPANY*

---
NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT MONSANTO COMPANY
Case No. 16-md-02741-VC

4841-4364-7659 v1

**CERTIFICATE OF SERVICE**

    I hereby certify that, on November 1, 2019, I electronically filed NOTICE OF APPEARANCE OF DAVID R. SWANEY ON BEHALF OF DEFENDANT MONSANTO COMPANY with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

DATED: November 1, 2019            Respectfully submitted,

                                               */s/ David R. Swaney*
                                               David R. Swaney
                                               SHOOK, HARDY & BACON L.L.P.
                                               2555 Grand Blvd.
                                               Kansas City, MO 64108
                                               Phone: 816-474-6550
                                               Fax: 816-421-5547
                                               dswaney@shb.com

                                               *Attorney for Defendant,*
                                               *MONSANTO COMPANY*