Peter A. Miller (*pro hac vice*)
Thomas F. DellaFera, Jr.
**MILLER DELLAFERA PLC**
3420 Pump Road, PMB 404
Henrico, VA 23233
Tel: (800) 401-6670
Fax:  (888) 830-1488
pmiller@millerdellafera.org
*Attorneys  for Plaintiffs*

Eric G. Lasker (*pro hac vice*)
**HOLLINGSWORTH LLP**
1350 I Street, N.W.
Washington, DC 20005
Tel: (202) 898-5800
elasker@hollingsworthllp.com
*Attorneys for Defendant Monsanto Company*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE:  ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:18-cv-06560 |
| This document relates to: | **JOINT STIPULATION OF DISMISSAL** |
| LISA WILEY, et al.,<br>                          Plaintiffs, | |
| v. | |
| MONSANTO COMPANY,<br>                          Defendant. | |

### JOINT STIPULATION OF DISMISSAL PURSUANT TO PTO NO. 155

**WHEREAS,** Pretrial Order (PTO) No. 155 requires the parties to file a joint stipulation

voluntarily dismissing plaintiffs originally filed in multi-plaintiff complaints;

**WHEREAS,** Plaintiffs Gary Barnett, Gary Grunwald, Mary Arven, Barbara Goldstein Individually and as the Executor of the Estate of Richard Goldstein, John Johnson, Jr., and Kimberly Hummer first filed their cases against Defendant Monsanto Company in the 16th Circuit Court of Jackson County, State of Missouri in a multi-plaintiff complaint; and

**WHEREAS,** this Court in PTO 149 ordered all complaints with multiple plaintiffs to be severed into individual complaints for purposes of pre-trial case workup.

**THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff and Defendant, by and through their respective counsel, that:

1. Plaintiffs Gary Barnett, Gary Grunwald, Mary Arven, Barbara Goldstein Individually and as the Executor of the Estate of Richard Goldstein, John Johnson, Jr., and Kimberly Hummer may voluntarily dismiss their cases without prejudice from *Lisa Wiley, et al. v Monsanto Company, Case No. 3:18-cv-06560* and have refiled them as individual cases with Short Form Complaints in the United States District Court, Northern District of California pursuant to PTO Nos. 149 and 155; and

2. By voluntarily dismissing their cases, Plaintiffs are not waiving their right to request the trial Court upon remand to try the plaintiffs joined in the original complaint together. Monsanto Company reserves its right to object to joinder of plaintiffs for trial purposes.

Dated: November 1, 2019

**HOLLINGSWORTH LLP**
By: */s/Eric G. Lasker*
Eric G. Lasker (pro hac vice)
1350 I Street, N.W.
Washington, DC 20005
Tel: (202) 898-5800
elasker@hollingsworthllp.com
*Attorney for  Defendants*

**MILLER DELLAFERA PLC**
By: */s/ Peter A. Miller*
By: */s/ Thomas F. DellaFera, Jr.*
Peter A. Miller (pro hac vice)
Thomas F. DellaFera, Jr.
3420 Pump Road, PMB 404
Henrico, VA 23233
Tel: (800) 401-6670
pmiller@millerdellafera.org
tdellafera@millerdellafera.org

**GORI AND JULIAN, PC**
By: */s/ D. Todd Mathews*
D. Todd Mathews (pro hac vice)
156 N. Main Street
Edwardsville, IL 62025
Tel: (618) 659-9833
todd@gorijulianlaw.com

JOINT STIPULATION OF DISMISSAL

1

2

### **CERTIFICATE OF SERVICE**

3

4

5

     I, Peter Miller, hereby certify that, on November 1, 2019, I electronically filed the foregoing with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

6

               */s/ Peter A. Miller*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION OF DISMISSAL