

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA
450 Golden Gate Avenue
San Francisco ,CA 94102

Ralph A. Applegate,
    Plaintiff,

                          Case No. 3:19-cv-06800-VC
                          Judge Chhabria

Monsanto,
    Defendant



PLAINTIFF APPLEGATE REQUESTS IDENTIFICATION and

PRODUCTION of DOCUMENTS of DEFENDANT MONSANTO

    Pro Se requests Judge Chhabria approval to require Monsanto

to identify and produce documents requested to Pro Se address of

1544 Zettler Road, Columbus ,Ohio, 43227.

    Communication means any exchange of information, whatsoever,

messages, including but not limited to written, telephone notes,graphic,

and electronic.

    Document as used herein includes all discoverable information ,in

actual or constructive possession, custody or control of Monsanto, or that

are known to Monsanto, wherever located, including but not limited to

all written and printed matter, drafts, copies not identical to originals, all

kinds or parts of all graphic matter, however produced or reproduced.

    More documents include , but are not limited to following:

notes;comments;worksheets; summaries; records or other reports concerning meetings,conferences,visits,surveys, inspections, statements, interviews or telephone conversations ; inter-office and memoranda; diary notations ; manuals;pamphlets ; bulletins ;directives ; blood drraws; CBC's; IgM draws; tissue notes ; instructions; work papers; memoranda; studies; analysis ; evaluat6ions; applications ; journals; logs; files; calendars; travel logs and appointment books ; bills and invoices; coorespondence ; telegrams; envelopes,wrappers, and packaging ; long distance telephone bills ; stenographic notes; press releases; newspaper and magazine articles; graphs; charts; schematics; change orders; transcripts of testimony ; speech copies; receipts and returns; test results; expert reports; affidavits; ledgers; books; teletypes; faxes; recollections; photographs; microfilm; videotapes;

Document shall mean a copy where original is not in Monsanto possession, custody or control and shall mean every copy of every document where such copy is not an identical copy of an original.

Instructions for requests for document productions.

Sources of documents . In responding to this request ,every source of documents to which Monsanto has access should be consulted regardless of whether that document is in Monsanto immediate custody or possession. All documents in possession of any of Monsanto employees, consultants, contractors, and entities managing paperless electronic documents

for Monsanto, or professionals, should be consulted and provided when responsive.

Documents no longer in possession, custody, or control. If any document requested is no longer in possession, custody, or control of Monsanto, state:

    a. what was done with document;

    b. when said disposition was made;

    c. identity, address, phone number, email, and filing address of current possessor/custodian of document;

    d. identity, address, and telephone number of person whom made decision to dispose of or transfer said document; and

    e. reasons for disposition or transfer of that document.

Deletions from documents. Where anything has been deleted from a document produced in response to a request:

    a. describe nature of material or information deleted;

    b. specify reasons for deletion; and

    c. identify person responsible for that deletion, and when.

Inability to produce documents, whenever Monsanto is unable to produce requested documents Monsanto shall describe all steps taken, or not to identify and locate any responsive documents.

Supplemental production.  Request is continuing , Monsanto responses must be supplemented if Monsanto obtained additional or different documents between date of original production and time of trial.

DOCUMENT REQUESTS .  These document requests relate to dates of Monsanto Registration in 1974 of Roundup until beyond October 27, 2019 when documents are to have been received !

Identify and produce all documents identifying percentage of Arsenic contained in Roundup, and whether or not it is inorganic Arsenic .

Identify and produce all documents identifying percentage of Chromium contained in Roundup , and  whether it is Chromium VI .

Identify and produce all documents identifying percentage of Cobalt contained in Roundup.

Respectfully submitted ,
Signed  *Ralph A. Applegate*
Ralph A.Applegate
1544 Zettler Road
Columbus, Ohio 43227
Plaintiff Pro Se
rapplegate48@gmail.com
614-235-9965

David P.  Strup
Shumaker,Loop & Kendrick ,LLP
1000 Jackson Street
Toledo,Ohio 43604
419-321-1306
dstrup@shumaker.com

U.S. House of Representatives
Committee on Oversight

CERTIFICATE OF SERVICE

Pro Se certifies that on or before October 31, 2019 one copy each of PLAINTIFF APPLEGATE REQUESTS IDENTIFICATION and PRODUCTION of DOCUMENTS of DEFENDANT MONSANTO was regular mailed to Clerk , U.S. District Court , Northern District of California for Judge Chhabria, to David P.Strup, and later to U.S. House of Represetatives ,Committee on Oversight .

Ralph C. Applegate
1544 Zettler Road
Columbus, Ohio 43227

Clerk
U.S. District Court
Northern District of California
450 Golden Gate Ave.
San Francisco, CA
94102