UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 16-md-02741-VC |
| This document relates to: | **PRETRIAL ORDER NO. 185: LETTER BRIEF RE DEPOSITIONS OF SPECIFIC-CAUSATION EXPERTS** |
| *Sanders v. Monsanto Co.*, 16-cv-5752 | |
| *Domina v. Monsanto Co.*, 16-cv-5887 | Re: Dkt. No. 7209 |
| *Mendoza v. Monsanto Co.*, 16-cv-6046 | |
| *Tanner v. Monsanto Co.*, 19-cv-4099 | |
| *Pollard v. Monsanto Co.*, 19-cv-4100 | |
| *Dickey v. Monsanto Co.*, 19-cv-4102 | |
| *Janzen v. Monsanto Co.*, 19-cv-4103 | |

The depositions of Dr. Sawyer and Mr. Petty are each limited to two days.

**IT IS SO ORDERED.**

Dated: November 1, 2019

VINCE CHHABRIA
United States District Judge