Curtis G. Hoke (SBN 282465)
**THE MILLER FIRM, LLC**
108 Railroad Avenue
Orange, Virginia 22960
Tel: (540) 672-4224
Fax: (540) 672-3055
Email: choke@millerfirmllc.com

Steven J. Brady (SBN 116651)
**BRADY LAW GROUP**
1015 Irwin Street
San Rafael, California 94901
Tel: (415) 459-7300
Fax: (415) 459-7303
Email: SteveBrady@bradylawgroup.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Victor Berliant, et al. v. Monsanto Company, et al.*, Case No.: 3:19-cv-07189-VC | MDL No.: 2741<br><br>Case No.: 3:16-md-2741-VC<br><br>**NOTICE OF EMERGENCY MOTION AND PLAINTIFFS' EMERGENCY MOTION TO REMAND THE CASE TO THE SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA AND FOR ATTORNEY FEES AND COSTS PURSUANT TO 28 U.S.C. § 1447(c)**<br><br>**Date: December 12, 2019**<br>**Time: 10:00 a.m.**<br>**Courtroom: 4** |

**TO ALL DEFENDANTS AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on December 12, 2019 at 10:00 a.m., or as soon as this matter may be heard in Courtroom 4 of the United States District Court, District of California, located at 450 Golden Gate Avenue, San Francisco, California 94102, Plaintiffs will and hereby do respectfully move this Court for an order remanding this action to the Superior Court of the State of California, County of Alameda and for attorney fees and costs pursuant to 28 U.S.C. § 1447(c).

Plaintiff's Motion is based on this Notice and Emergency Motion, the accompanying Memorandum of Points and Authorities, the Declaration of Curtis Hoke and exhibits appended thereto, and any additional argument or evidence this Court may consider.

Dated: November 4, 2019                    Respectfully submitted,

**THE MILLER FIRM, LLC**
**BRADY LAW GROUP**


/s/ Curtis G. Hoke
Curtis G. Hoke (SBN 282465)
**THE MILLER FIRM, LLC**
108 Railroad Avenue
Orange, Virginia 22960
Tel: (540) 672-4224
Fax: (540) 672-3055
Email: choke@millerfirmllc.com

Steven J. Brady (SBN 116651)
**BRADY LAW GROUP**
1015 Irwin Street
San Rafael, California 94901
Tel: (415) 459-7300
Fax: (415) 459-7303
Email: SteveBrady@bradylawgroup.com

*Attorneys for Plaintiffs*

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | |

    I, Curtis Hoke, hereby certify that, on November 4, 2019, I electronically filed the foregoing with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

/s/ Curtis G. Hoke
Curtis G. Hoke