Curtis G. Hoke (SBN 282465)
**THE MILLER FIRM, LLC**
108 Railroad Avenue
Orange, Virginia 22960
Tel: (540) 672-4224
Fax: (540) 672-3055
Email: choke@millerfirmllc.com

Steven J. Brady (SBN 116651)
**BRADY LAW GROUP**
1015 Irwin Street
San Rafael, California 94901
Tel: (415) 459-7300
Fax: (415) 459-7303
Email: SteveBrady@bradylawgroup.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Victor Berliant, et al. v. Monsanto Company, et al.*, Case No.: 3:19-cv-07189-VC | MDL No.: 2741<br><br>Case No.: 3:16-md-2741-VC<br><br>**DECLARATION OF CURTIS G. HOKE IN SUPPORT OF PLAINTIFF'S EMERGENCY MOTION TO REMAND THE CASE TO THE SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA AND FOR ATTORNEY FEES AND COSTS PURSUANT TO 28 U.S.C. § 1447(c)** |

I, Curtis G. Hoke declare as follows:

1. I am an attorney licensed to practice in the State of California and admitted practice and in good standing in the United States District Court for the Northern and Central Districts of California. I am an attorney at The Miller Firm, LLC and counsel of record for Plaintiffs in the above-referenced action. I make this Declaration based on my personal knowledge, and, if called as a witness, I could and would testify competently to these matters.

2. Monsanto Company ("Monsanto") removed Plaintiffs' case to federal court pursuant to 28 U.S.C. §§ 1332, 1441, and 1446.

3. Attached hereto as **Exhibit A** is a true and correct copy of the Declaration of Ron Schiff, M.D., Ph.D. in Support of Plaintiff Victor Berliant's Motion for Trial Preference, filed in JCCP 4953.

4. Attached hereto as **Exhibit B** is a true and correct copy of the Supplemental Declaration of Victor Berliant in Support of His Motion for Trial Preference, filed in JCCP 4953.

5. Attached hereto as **Exhibit C** is a true and correct copy of the Supplemental Declaration of Curtis G. Hoke in Support of Plaintiff Victor Berliant's Motion for Trial Preference, filed in JCCP 4953.

6. Attached hereto as **Exhibit D** is a true and correct copy of excerpts of Mr. Berliant's medical records, with personal information redacted.

7. Attached hereto as **Exhibit E** is a true and correct copy of George, Jasmin, et al., *Studies on glyphosate-induced carcinogenicity in mouse skin: a proteomic approach*, 73 Journal of Proteomics (2010) 951, 964 (*Pilliod v. Monsanto* Exhibit No. 1768).

8. Attached hereto as **Exhibit F** is a true and correct copy of an excerpt of Dr. Portier's trial transcript in *Pilliod v. Monsanto* on April 2, 2019.

9.     Attached hereto as **Exhibit G** is a true and correct copy of an excerpt of Dr. Sawyer's trial transcript in *Pilliod v. Monsanto* on April 11, 2019.

10.    From October 31, 2019 through November 4, 2019, I expended the following hours in this litigation:

    a. Reviewing Monsanto's removal papers; legal research; reviewing medical records: 6 hours

    b. Drafting Plaintiff's Emergency Motion to Remand, Memorandum of Points and Authorities, and Declaration: 10 hours

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 4th day of November, 2019 at Orange, Virginia.

/s/ Curtis G. Hoke
Curtis G. Hoke

## CERTIFICATE OF SERVICE

    I, Curtis Hoke, hereby certify that, on November 4, 2019, I electronically filed the foregoing with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

/s/ Curtis G. Hoke
Curtis G. Hoke