# EXHIBIT A

Steven J. Brady (SBN 116651)
**BRADY LAW GROUP**
1015 Irwin Street
San Rafael, California 94901
Tel: (415) 459-7300
Fax: (415) 459-7303
Email: SteveBrady@bradylawgroup.com

Curtis G. Hoke (SBN 282465)
**THE MILLER FIRM, LLC**
108 Railroad Avenue
Orange, Virginia 22960
Tel: (540) 672-4224
Fax: (540) 672-3055
Email: choke@millerfirmllc.com

*Attorneys for Plaintiffs*

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF ALAMEDA

| | |
|---|---|
| COORDINATION PROCEEDING SPECIAL TITLE (Rule 3.550)<br><br>ROUNDUP PRODUCTS CASES<br><br>――――――――――――――――<br><br>THIS DOCUMENT RELATES TO:<br><br>*Victor Berliant, et al. v. Monsanto Company, et al.*, Marin County Superior Court Case No.: CIV 19035556 | JCCP NO. 4953<br><br>HON. JUDGE WINIFRED SMITH DEPARTMENT 21<br><br><br>**DECLARATION RON SCHIFF, M.D., PH.D. IN SUPPORT OF PLAINTIFF VICTOR BERLIANT'S MOTION FOR TRIAL PREFERENCE**<br><br>**BY FAX**<br><br>Hearing Date: **November 14, 2019**<br>Time: **9:00 a.m.**<br>Department: 21<br><br>**Reservation No.: R-2123547** |

DECLARATION OF RON SCHIFF, M.D., PH.D. IN SUPPORT OF MOTION FOR TRIAL PREFERENCE

1

**DECLARATION OF RON SCHIFF, M.D., Ph.D.**

2

I, Ron Schiff, M.D., Ph.D. hereby declare as follows:

3

4

1.     I am a physician, licensed in the State of Florida to practice medicine.

5

2.     I am over the age of 18 and a resident of Florida. If I were called to testify, I could

6

and would competently testify to the statements and opinions set forth below in this Declaration.

7

3.     I am board certified in Internal Medicine and am a board-certified Hematologist

8

and Medical Oncologist and have been retained by Victor Berliant (hereinafter, "Mr. Berliant")

9

to consult on his case and prognosis.

10

11

4.     This Declaration is based on my personal knowledge, education, training,

12

experience, my personal knowledge and review of Mr. Berliant's medical records, my own

13

personal interaction with and experience with Mr. Berliant during a telephonic interview on

14

August 30, 2019, and my review of the relevant medical and scientific literature.

15

16

5.     My opinions set forth below are to a reasonable degree of medical or scientific

17

certainty. I reserve the right to supplement or revise any opinions based on additional medical

18

records or other information that may be presented to me in the future.

19

**Mr. Berliant's Non-Hodgkin's Lymphoma Diagnosis**

20

21

6.     Mr. Berliant is a 70-year-old male who was found to have abnormally elevated

22

white blood cell and lymphocyte counts on December 2, 2016. VB-01-000179. His physicians

23

have diagnosed him with a Stage IV T-cell non-Hodgkin lymphoma with skin, peripheral blood,

24

lymph node, and bone marrow involvement. *See*, VB-02-000070; VB-02-000105; VB-01-

25

001059; VB-01-001656. Further testing led his physicians to consider a differential diagnosis

26

including mycosis fungoides/Sezary syndrome (both mycosis fungoides and Sezary syndrome are

27

28

1

types of cutaneous T-cell lymphoma), T-cell prolymphocytic leukemia, and peripheral T-cell lymphoma not otherwise specified (PTCL-NOS). *See*, VB-02-000072.

7.      Beginning January 14, 2019, Mr. Berliant underwent 3 cycles of CHOP chemotherapy, (VB-01-001562). Seeing no significant changes in his blood counts or PET/CT scans, Mr. Berliant's physicians elected to escalate his treatment to one cycle of CHOEP chemotherapy. VB-01-001641. On March 18, 2019, Mr. Berliant began one cycle of CHOEP chemotherapy, for a total of 4 cycles of chemotherapy. VB-02-000044; VB-01-001336. Mr. Berliant is not likely to achieve complete remission with additional chemotherapy cycles. VB-01-001336.

8.      During my telephonic conversation with Mr. Berliant, he reported that he experienced nausea, extreme fatigue, and severe heartburn during his CHOP chemotherapy treatments. Mr. Berliant similarly reported that he experienced severe fatigue, nausea, and severe heartburn during his CHOEP treatment. Even following Mr. Berliant's chemotherapy treatments, until present, he still suffers from fatigue and heartburn. *See*, e.g. VB-01-001764; VB-01-001787.

9.      On June 4, 2019, Mr. Berliant began receiving intravenous infusions of mogamulizumab (brand name "Poteligeo") weekly for 4 weeks and every two weeks for three additional infusions. VB-01-001807-13; VB-01-001853-58. During his first treatment of Poteligeo, Mr. Berliant reports that he experienced severe fatigue, nausea, and a fever of 101 degrees, shaking, chills, and persistent severe heartburn. VB-01-001818. Mr. Berliant's physician recommended that if there was no beneficial response to Poteligeo, he would receive chemotherapy with romidepsin prior to moving toward more aggressive and higher-risk therapies, such as Campath (alemtuzumab ) followed by high-dose chemotherapy and allogenic stem cell transplantation due to his high risk of disease progression or relapse. VB-01-001335-38; VB-01-

DECLARATION OF RON SCHIFF, M.D., PH.D. IN SUPPORT OF MOTION FOR TRIAL PREFERENCE

001304; VB-01-001807. Indeed, Mr. Berliant's physicians saw no beneficial response to mogamulizumab, and have therefore recommended that Mr. Berliant begin treatment with romidepsin on September 5, 2019.

**Mr. Berliant's Current Medical Condition**

10.    In addition to treatment-refractory T-cell lymphoma as discussed above, Mr. Berliant reports suffering from fatigue, heartburn, depression, fearfulness, and difficulty concentrating and sleeping.

**My Opinions**

11.    Considering Mr. Berliant's advanced age, his treatment-refractory T-cell non-Hodgkin lymphoma, and his current medical condition described above, I believe that Mr. Berliant's medical condition is such that a preferential trial setting is necessary to prevent prejudicing his interest in this case and to ensure that he is able to meaningfully participate in trial.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and if called as a witness I could and would competently testify thereto.

Executed this 3|st day of August, 2019.

Ron D. Schiff, M.D., Ph.D.
Ron Schiff, M.D., Ph.D.

3
DECLARATION OF RON SCHIFF, M.D., PH.D. IN SUPPORT OF MOTION FOR TRIAL PREFERENCE