# EXHIBIT B

Curtis G. Hoke (SBN 282465)
**THE MILLER FIRM, LLC**
108 Railroad Avenue
Orange, Virginia 22960
Tel: (540) 672-4224
Fax: (540) 672-3055
Email: choke@millerfirmllc.com

Steven J. Brady (SBN 116651)
**BRADY LAW GROUP**
1015 Irwin Street
San Rafael, California 94901
Tel: (415) 459-7300
Fax: (415) 459-7303
Email: SteveBrady@bradylawgroup.com

*Attorneys for Plaintiff*

**SUPERIOR COURT OF THE STATE OF CALIFORNIA**

**FOR THE COUNTY OF ALAMEDA**

| | |
|---|---|
| COORDINATION PROCEEDING SPECIAL TITLE (Rule 3.550)<br><br>ROUNDUP PRODUCTS CASES<br><br>_____<br><br>THIS DOCUMENT RELATES TO:<br><br>*Victor Berliant, et al. v. Monsanto Company, et al.*, Marin County Superior Court Case No.: CIV 19035556 | JCCP NO. 4953<br><br>HON. JUDGE WINIFRED SMITH<br>DEPARTMENT 21<br><br>**SUPPLEMENTAL DECLARATION OF VICTOR BERLIANT IN SUPPORT OF HIS MOTION FOR TRIAL PREFERENCE**<br><br>**BY FAX**<br><br>Hearing Date: November 14, 2019<br>Time: 9:00 a.m.<br>Department: 21<br><br>Reservation No.: R-2123547 |

SUPPLEMENTAL DECLARATION OF VICTOR BERLIANT

# SUPPLEMENTAL DECLARATION OF VICTOR BERLIANT

I, Victor Berliant hereby declare as follows:

1. I am over the age of 18. I make the statements set for herein based upon my personal knowledge and experience. If I were called to testify, I could and would competently testify to the following.

2. On September 4, 2019, I started my fist Romidepsin chemotherapy treatments. In late September, 2019, my physicians had to postpone a round of chemotherapy because my platelet counts were too low. Romidepsin has caused me to feel completely wiped out. I am extremely exhausted, fatigued, and have fogginess of thought; I believe that I have developed chemo brain from my Romidepsin treatment. I have also developed mouth sores which have become quite painful and I also have a change in my sense of taste.

3. On October 8, 2019 I had my second infusion of Romidepsin. The results were the same - chemo brain, total fatigue and a change in taste buds (I experience a very bitter after-taste no matter what I eat or drink). Also, my stomach is quite upset and I have severe skin lesions on my fingers that are quite painful.

4. Today, October 21, 2019, my oncologist informed me that my Romidepsin chemotherapy treatment is not working. I will therefore be starting Campath beginning in November, 2019 (3 days a week for 12 weeks) and then begin a stem cell transplant. If I am unable to tolerate Campath, I will have no choice but to participate in clinical trials.

Executed this 21 of October, 2019.

_____
Victor Berliant

1
DECLARATION OF VICTOR BERLIANT

**PROOF OF SERVICE**

I, Curtis G. Hoke, declare as follows:

I am a citizen of the United States and am employed in Orange County, Virginia. I am over the age of eighteen years and not a party to the within action. My business address is 108 Railroad Avenue, Orange, Virginia 22960. On  October 29, 2019   , I served the following documents by the method indicated below:

SUPPLEMENTAL DECLARATION OF VICTOR BERLIANT IN SUPPORT OF HIS MOTION FOR TRIAL PREFERENCE

☑     **By Electronic Service:** Pursuant to Case Management Order No. 2, a true and correct copy of the document(s) described above was electronically served by transmission to CASE ANYWHERE on all parties appearing on the CASE ANYWHERE service list.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on this October 29, 2019  at Orange, Virginia.

Curtis G. Hoke,
Declarant

PROOF OF SERVICE
1