# EXHIBIT C

Curtis G. Hoke (SBN 282465)
**THE MILLER FIRM, LLC**
108 Railroad Avenue
Orange, Virginia 22960
Tel: (540) 672-4224
Fax: (540) 672-3055
Email: choke@millerfirmllc.com

Steven J. Brady (SBN 116651)
**BRADY LAW GROUP**
1015 Irwin Street
San Rafael, California 94901
Tel: (415) 459-7300
Fax: (415) 459-7303
Email: SteveBrady@bradylawgroup.com

*Attorneys for Plaintiff*

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF ALAMEDA

| | |
|---|---|
| COORDINATION PROCEEDING SPECIAL TITLE (RULE 3.550)<br><br>**ROUNDUP PRODUCTS CASES**<br><br>———————————————<br><br>THIS DOCUMENT RELATES TO:<br><br>*Victor Berliant, et al. v. Monsanto Company, et al.*, Marin County Superior Court Case No.: CIV 19035556 | JCCP NO. 4953<br><br>HON. JUDGE WINIFRED SMITH DEPARTMENT 21<br><br>**SUPPLEMENTAL DECLARATION OF CURTIS G. HOKE IN SUPPORT OF PLAINTIFF VICTOR BERLIANT'S MOTION FOR TRIAL PREFERENCE**<br><br>**BY FAX**<br><br><br>Hearing Date:  November 14, 2019<br>Time:             9:00 a.m.<br>Department:     21<br><br>Reservation No.: R-2123547 |

SUPPLEMENTAL DECLARATION OF CURTIS G. HOKE

## SUPPLEMENTAL DECLARATION OF CURTIS G. HOKE

I, Curtis G. Hoke hereby declare as follows:

1.      I am over the age of 18.  I make the statements set for herein based upon my personal knowledge and experience.  If I were called to testify, I could and would competently testify to the statements made in this Declaration.

2.      In the interest of providing the most up-to-date medical records and giving Monsanto a full opportunity to respond before the November 14, 2019 hearing on Plaintiff Victor Berliant's Motion for Trial Preference, relevant excerpts of Mr. Berliant's most recent visits to Kaiser are appended hereto.  Please take note that Mr. Berliant already summarized the attached medical records in his Supplemental Declaration in support of his Motion for Trial Preference.

3.      Attached hereto as **Exhibit 1** (Supplemental Exhibit 1) is a true and correct copy of relevant portions plaintiff Victor Berliant's medical records from September 3, 2019 through present (with personal identifying information redacted); Mr. Berliant's most recent medical records show that:

   a.   On September 4, 2019, Mr. Berliant began his first infusion of Romidepsin (Supplemental Exhibit 1, page 1-4); Mr. Berliant reported significant fatigue and decreased taste.

   b.   By September 10, 2019, Mr. Berliant developed a low platelet count and he needed to delay/hold his next Romidepsin treatment (Supplemental Exhibit 1, page 4-5).

c. On September 19, 2019, Mr. Berliant reported for a second infusion of Romidepsin; his dose was delayed and reduced due to his low platelet count (Supplemental Exhibit 1, page 6).

d. On September 27, 2019, Mr. Berliant had an increase in the size of his spleen and had mildly enlarged axillary lymph nodes.  At that point, his physicians elected to await his platelet recovery before administering a third dose of Romidepsin in October, 2019 (Supplemental Exhibit 1 at page 7-10).

e. On September 30, 2019, Mr. Berliant's physicians called him and informed him that they had to cancel his next scheduled dose of Romidepsin due to his low platelet count.  He was scheduled for the next week for treatment and reported a painful sore on the tip of his tongue (Supplemental Exhibit 1, page 12).

f. On October 18, 2019, Mr. Berliant's physicians stopped his Romidepsin treatment in light of his continued rise in white blood cell count (Supplemental Exhibit 1 at page 13-14).

g. Since Mr. Berliant's Romidepsin treatment has failed, he will therefore be starting on Campath in November and then will begin a stem cell transplant; if Mr. Berliant is unable to tolerate Campath, he will then have no choice but to participate in clinical trials (Supplemental Exhibit 1 at page 10).

h. Mr. Berliant has also developed painful lesions on his hands, which have become quite painful (Supplemental Exhibit 1 at page at 15-18).

4. Plaintiff has already provided all medical records on file, including the medical records described above, to Monsanto; Monsanto cannot reasonably claim that it has not had a full opportunity to evaluate Mr. Berliant's Motion for Trial Preference.  Considering Mr.

Berliant's declining health, the undersigned has proposed dates for Mr. Berliant's extremis/preservation deposition and his treating oncologist's deposition to take place in November and December, respectively.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 30th day of October, 2019

_____
Curtis G. Hoke

3
SUPPLEMENTAL DECLARATION OF CURTIS G. HOKE

# EXHIBIT 1



THE PERMANENTE
MEDICAL GROUP

SRF-LAS GALLINAS          Berliant, Victor E
820 LAS GALLINAS         MRN: ███████████, DOB: █████████, Sex: M
SAN RAFAEL CA 94903-3410 Visit date: 9/4/2019
Encounter Record

## Allied Health/Nurse Visit
**9/4/2019**

### Visit Information

| Date & Time | Provider | Department | Encounter # |
|---|---|---|---|
| 9/4/2019  2:00 PM | ONC SCHEDULE | ONCOLOGY LAS GALLINAS | 704697645 |

### Reason For Encounter History

| User | Date & Time | Reason For Encounter |
|---|---|---|
| Deering, Tiffany | 09/04/2019 09:57 AM | CHEMOTHERAPY |
| | | Comment:  cy 1 dy 1 Romidepsin |
| | | PHARMACY ONCOLOGY SERVICE |
| | | ANTI-EMETIC MANAGEMENT PROBLEM |

| User | Date & Time | Reason For Encounter |
|---|---|---|
| Smith, Janet Louise (R.N.) | 09/04/2019 09:32 AM | CHEMOTHERAPY |
| | | Comment:  cy 1 dy 1 Romidepsin |

| User | Date & Time | Reason For Encounter |
|---|---|---|
| Smith, Janet Louise (R.N.) | 09/04/2019 08:41 AM | CHEMOTHERAPY |

### Diagnoses

| | Comments |
|---|---|
| **PROLYMPHOCYTIC LEUKEMIA OF T-CELL TYPE**   -  Primary | |

### Encounter Messages

No messages in this encounter

### Patient Secure Message

No messages in this encounter

---

### Progress Notes

**Progress Notes signed by Deering, Tiffany at 9/4/2019  2:41 PM**                          Version 1 of 1

| Author:  Deering, Tiffany | Service: — | Author Type:  PHARMACIST PRACTITIONER |
|---|---|---|
| Filed:  9/4/2019  2:41 PM | Creation Time:  9/4/2019  9:54 AM | Status:  Signed |
| Editor:  Deering, Tiffany (PHARMACIST PRACTITIONER) | | |

**<u>Oncology Pharmacist Note:</u>**
Spoke with patient in clinic today.  Introduced myself and reviewed our clinical service.

Patient is here for C1d1 of new medication Romidepsin - FDA patient medication sheet was provided to patient.

<u>S/O:</u>

Victor E Berliant is a 70 Y male with diagnosis of T Cell Prolymphocytic Leukemia to start on the following chemotherapy regimen Romidepsin. Patient is referred to pharmacy service by Dr. J Kim for initial antiemetic assessment and management.

<u>Chemotherapy regimen is moderately emetogenic.</u>

---

 **THE PERMANENTE MEDICAL GROUP**

SRF-LAS GALLINAS
820 LAS GALLINAS
SAN RAFAEL CA 94903-3410
Encounter Record

Berliant, Victor E
MRN: ███████, DOB: ███████, Sex: M
Visit date: 9/4/2019

---

### Progress Notes (continued)

**Progress Notes signed by Deering, Tiffany at 9/4/2019  2:41 PM (continued)**                                    Version 1 of 1

Risk factors for nausea/vomiting include: history of GERD/gastritis but negative for history of nausea during prior chemotherapy

**Allergies**

| Allergen | Reactions |
|---|---|
| • No Known Allergies | |

<u>Labs:</u>
Confirmed by Ament MD, Alan (3903) on 9/4/2019
9:07:27 AM

| | | | |
|---|---|---|---|
| Cardiac rate | 76 | BPM | Final |
| PR interval | 224 | ms | Final |
| QRS interval | 95 | ms | Final |
| QT interval | 375 | ms | Final |
| QT corrected | 422 | ms | Final |

<u>A/P:</u>

Patient at Moderate risk for nausea/vomiting

Prescriptions for home use sent to pharmacy for prochlorperazine

Dose adjustment made: no

Advised patient to increase fluid intake, to eat small frequent meals, and to avoid any spicy and malodorous foods.

Patient counseled on medication directions and side effects.

Follow up to be scheduled if needed.

The patient is aware that Pharmacy is available per request on each day of their visit or by calling 415-446-2500 and requesting a Pharmacist.

TIFFANY DEERING PharmD

Electronically signed by Deering, Tiffany on 9/4/2019  2:41 PM

**Progress Notes signed by Smith, Janet Louise (R.N.) at 9/4/2019  2:41 PM**                                     Version 1 of 1

Generated on 10/21/19  4:40 PM

 **THE PERMANENTE MEDICAL GROUP**

SRF-LAS GALLINAS
820 LAS GALLINAS
SAN RAFAEL CA 94903-3410
Encounter Record

Berliant, Victor E
MRN: ████████, DOB: █████, Sex: M
Visit date: 9/4/2019

---

### Progress Notes (continued)

**Progress Notes signed by Smith, Janet Louise (R.N.) at 9/4/2019  2:41 PM (continued)**                    Version 1 of 1

| | | |
|---|---|---|
| Author:  Smith, Janet Louise (R.N.) | Service:  — | Author Type:  REGISTERED NURSE |
| Filed:  9/4/2019  2:41 PM | Creation Time:  9/4/2019  1:58 PM | Status:  Signed |
| Editor:  Smith, Janet Louise (R.N.) (REGISTERED NURSE) | | |

Pt here for dy 1 cy 1 Romidepsin. Medication guide given to pt and side effects reviewed. Premeds given.

Electronically signed by Smith, Janet Louise (R.N.) on 9/4/2019  2:41 PM

**Progress Notes signed by Smith, Janet Louise (R.N.) at 9/4/2019  2:41 PM**                    Version 1 of 1

| | | |
|---|---|---|
| Author:  Smith, Janet Louise (R.N.) | Service:  — | Author Type:  REGISTERED NURSE |
| Filed:  9/4/2019  2:41 PM | Creation Time:  9/4/2019  1:59 PM | Status:  Signed |
| Editor:  Smith, Janet Louise (R.N.) (REGISTERED NURSE) | | |

Pt tolerating tx well. Wife at side.

Electronically signed by Smith, Janet Louise (R.N.) on 9/4/2019  2:41 PM

**Progress Notes signed by Smith, Janet Louise (R.N.) at 9/4/2019  2:41 PM**                    Version 1 of 1

| | | |
|---|---|---|
| Author:  Smith, Janet Louise (R.N.) | Service:  — | Author Type:  REGISTERED NURSE |
| Filed:  9/4/2019  2:41 PM | Creation Time:  9/4/2019  2:38 PM | Status:  Signed |
| Editor:  Smith, Janet Louise (R.N.) (REGISTERED NURSE) | | |

Tolerated tx well. D'c'd home stable.Has next appts made.

Electronically signed by Smith, Janet Louise (R.N.) on 9/4/2019  2:41 PM

---

### Vitals                                                                 Most recent update: 9/4/2019  9:22 AM

| BP | Pulse | Temp | Wt | SpO2 |
|---|---|---|---|---|
| 124/65 | 72 | 97.9 °F (36.6 °C) (Oral) | 93.5 kg (206 lb 3.2 oz) | 96% |

---

Generated on 10/21/19  4:40 PM

 **THE PERMANENTE MEDICAL GROUP**

SRF-LAS GALLINAS          Berliant, Victor E
820 LAS GALLINAS          MRN: ███████, DOB: ███████, Sex: M
SAN RAFAEL CA 94903-3410  Visit date: 9/10/2019
Encounter Record

| Telephone Appointment Visit |
| 9/10/2019 |

### Visit Information

| Date & Time | Provider | Department | Encounter # |
|---|---|---|---|
| 9/10/2019 2:10 PM | Kim, Jerome Ginwoo (M.D.) | ONCOLOGY LAS GALLINAS | 709254585 |

### Reason For Encounter History

| User | Date & Time | Reason For Encounter |
|---|---|---|
| Taracido, Myla Amar (M.A.) | 09/10/2019 01:41 PM | FOLLOW UP CALL |

### Diagnoses

| | Comments |
|---|---|
| **PROLYMPHOCYTIC LEUKEMIA OF T-CELL TYPE** - Primary | |

### Encounter Messages

No messages in this encounter

### Patient Secure Message

No messages in this encounter

---

## Progress Notes

**Progress Notes signed by Kim, Jerome Ginwoo (M.D.) at 9/10/2019  2:45 PM**                    Version 1 of 1

| Author: Kim, Jerome Ginwoo (M.D.) | Service: — | Author Type: Physician |
| Filed: 9/10/2019  2:45 PM | Creation Time: 9/10/2019  2:09 PM | Status: Signed |
| Editor: Kim, Jerome Ginwoo (M.D.) (Physician) | | |

TAV

9/4/19 Romidepsin C1 d1.
Significant fatigue, decreased taste especially on the day of romidepsin, but steadily improving. Still able to exercise and play tennis.
He noticed improvement in the sun while he was watching the US Open earlier this week, but lymphomatous rash at hands has worsened.
Worse raised sensitive lesions at the palms of the hands bilaterally, especially at the finger tips.

Discussed low platelet count, and need to hold romidepsin, and the need for dose reduction once labs stabilize to a lower dose starting with next dose.

Protocol:
Romidepsin 10 mg/m² IV day 1, 8, 15
Q. 28 days cycle

HOLD aspirin until stabilization.
Strict return precautions including increased bleeding, bruising, petechial rash, or worse signs/symptoms discussed and potential need to go the the ER if this occurs.
Next lab draw in 1 wk to reassess.

| Component | 9/3/2019 | 9/10/2019 |
|---|---|---|

Generated on 10/21/19  4:40 PM



| | | | |
|---|---|---|---|
| SRF-LAS GALLINAS | Berliant, Victor E | | |
| 820 LAS GALLINAS | MRN: ▮▮▮▮▮▮▮, DOB: ▮▮▮▮▮, Sex: M | | |
| SAN RAFAEL CA 94903-3410 | Visit date: 9/10/2019 | | |
| Encounter Record | | | |

### Progress Notes (continued)

**Progress Notes signed by Kim, Jerome Ginwoo (M.D.) at 9/10/2019  2:45 PM (continued)**                       Version 1 of 1

| | | |
|---|---|---|
| WBC | 28.5 (H) | 18.6 (H) |
| RBC'S | 4.27 | 4.30 |
| HGB | 12.9 (L) | 13.0 |
| HCT | 41.1 | 41.1 |
| MCV | 96 | 96 |
| RDW, RBC | 14.6 | 14.3 |
| NRBC | 0 | 0 |
| DIFF PANEL | MAN DIFF | MAN DIFF |
| PLT | 62 (L) | 26 (A) |

| Component | 9/3/2019 | 9/10/2019 |
|---|---|---|
| NEUTROPHILS % MAN CNT | 13 (L) | 6 (L) |
| LYMPHS % MAN CNT | 81 (H) | 81 (H) |
| MONOS % MAN CNT | 3 | 8 |
| EOS % MAN CNT | 2 | 2 |
| LYMPHS ATYPICAL % MAN CNT | | 3 |
| PLT'S, BLD QL, MAN | | CONFIRMD |

Electronically signed by Kim, Jerome Ginwoo (M.D.) on 9/10/2019  2:45 PM

### Vitals

None


**THE PERMANENTE MEDICAL GROUP**

SRF-LAS GALLINAS
820 LAS GALLINAS
SAN RAFAEL CA 94903-3410
Encounter Record

Berliant, Victor E
MRN: ██████, DOB: ████, Sex: M
Visit date: 9/19/2019

## Allied Health/Nurse Visit
9/19/2019

### Visit Information

| Date & Time | Provider | Department | Encounter # |
|---|---|---|---|
| 9/19/2019  8:30 AM | ONC SCHEDULE | ONCOLOGY LAS GALLINAS | 709240072 |

### Reason For Encounter History

| User | Date & Time | Reason For Encounter |
|---|---|---|
| McEntire, Kurtsie A (R.N.) | 09/19/2019 09:18 AM | CHEMOTHERAPY |
| | | Comment:  c1d8 Romidepsin(delayed & dose reduced |

### Diagnoses

| | Comments |
|---|---|
| **PROLYMPHOCYTIC LEUKEMIA OF T-CELL TYPE**   -  Primary | |

### Encounter Messages

No messages in this encounter

### Patient Secure Message

No messages in this encounter

---

### Progress Notes

**Progress Notes signed by McEntire, Kurtsie A (R.N.) at 9/19/2019  4:39 PM**                              Version 1 of 1

Author:  McEntire, Kurtsie A (R.N.)          Service: —                          Author Type:  REGISTERED NURSE
Filed:  9/19/2019  4:39 PM                   Creation Time:  9/19/2019  9:18 AM   Status:  Signed
Editor:  McEntire, Kurtsie A (R.N.) (REGISTERED NURSE)

Pt here for c1d8 Romidepsin (delayed and dose reduced due to low platelets. Vs wnl. Pt reports only temporary taste changes after last tx. Lesions apparent bilateral fingers, not new, md aware, pt using topical cream and photo therapy., states improving. ---Pt completed tx w/o incident, dc'd in stable condition w/fu.  Brief assmt by Dr. J Kim prior to dc.

Electronically signed by McEntire, Kurtsie A (R.N.) on 9/19/2019  4:39 PM

---

### Vitals
Most recent update: 9/19/2019  8:48 AM

| BP | Pulse | Temp | Resp | Wt |
|---|---|---|---|---|
| 110/56 | 65 | 97.5 °F (36.4 °C) | 18 | 92.5 kg (203 lb 14.4 oz) |

| SpO2 |
|---|
| 97% |

---

Generated on 10/21/19  4:40 PM



**THE PERMANENTE MEDICAL GROUP**

SRF-LAS GALLINAS          Berliant, Victor E
820 LAS GALLINAS          MRN: ████████, DOB: ████, Sex: M
SAN RAFAEL CA 94903-3410  Visit date: 9/26/2019
Encounter Record

---

### Progress Notes (continued)

**Progress Notes signed by Kim, Jerome Ginwoo (M.D.) at 9/27/2019  5:32 PM (continued)**          Version 1 of 1

| Basename | Value | Date/Time |
|---|---|---|
| • CREATININE | 1.06 | 09/24/2019 |

| Basename | Value | Date/Time |
|---|---|---|
| • ALT | 48 | 09/24/2019 |
| • AST | 56 | 09/24/2019 |
| • ALKALINE PHOSPHATASE | 75 | 04/29/2019 |
| • BILIRUBIN, TOTAL | 0.4 | 09/24/2019 |
| • BILIRUBIN, DIRECT | 0.2 | 01/02/2019 |

| Basename | Value | Date/Time |
|---|---|---|
| • LDH | 528 | 09/24/2019 |

| Basename | Value | Date/Time |
|---|---|---|
| • HEP B SURFACE AG | NEGATIVE | 11/21/2018 |
| • HEP B VIRUS SURFACE ANTIBODY | NEGATIVE | 11/21/2018 |
| • HEP B VIRUS CORE AB | NEGATIVE | 11/21/2018 |
| • HEP C AB | NEGATIVE | 12/02/2016 |

| Basename | Value | Date/Time |
|---|---|---|
| • ████████████████ | | |

Studies
**Last PET SCAN**
**Results for orders placed in visit on 08/20/19**
NM PET BODY [250512] 08/20/2019 (Final)    Status: Abnormal 8/20/2019

*Narrative*          *FDG PET/CT SCAN SKULL BASE TO MID THIGH*

*\*\* HISTORY \*\*:*
*70 year old man, T cell prolymphocytic leukemia on therapy. Assess for new baseline on current treatment.*

*\*\* TECHNIQUE \*\*:*

*RADIOPHARMACEUTICAL: F-18 FDG (fluorodeoxyglucose) 9.5 MCi IV*
*Blood glucose at FDG injection: 90 mg/dl*
*FDG uptake time: 56 minutes*
*Noncontrast CT images (intended primarily for attenuation correction and anatomic localization; not optimized for visceral and vascular evaluation) were acquired from skull base to mid thighs followed by PET emission scanning of the same anatomic region.*

---


**THE PERMANENTE MEDICAL GROUP**

SRF-LAS GALLINAS          Berliant, Victor E
820 LAS GALLINAS          MRN: ▮▮▮▮▮▮▮, DOB: ▮▮▮▮, Sex: M
SAN RAFAEL CA 94903-3410  Visit date: 9/26/2019
Encounter Record

---

**Progress Notes (continued)**

Progress Notes signed by Kim, Jerome Ginwoo (M.D.) at 9/27/2019 5:32 PM (continued)          Version 1 of 1

---

*CTDI: 4.24 MGy; DLP: 429.87 MGy-cm*

*COMPARISON: 03/05/2019*

*\*\* FINDINGS \*\*:*
*HEAD/NECK*
*BRAIN: Minimally visualized and not reliably evaluated*
*PARANASAL SINUSES: Stable mild mucoperiosteal thickening of the right maxillary sinus*
*AERODIGESTIVE TRACT: No FDG-avid lesion*
*LYMPH NODES: No suspicious lymph nodes.*
*THYROID: Homogeneous mild increased thyroid uptake,(SUV= 6.6).*

*CHEST*
*PLEURAL/PERICARDIAL EFFUSION: None.*
*VASCULATURE: Aortic calcification.  Ascending aorta enlarged measuring 4.2 cm, No significant increased aortic wall uptake is seen on the current study that was seen previously*
*LYMPH NODES: Stable right paratracheal 12 mm and 13 mm subcarinal nodes without abnormal FDG uptake.  Increased bilateral axillary nodes, up to 14 mm on the left and 13 mm on the right with no abnormal FDG uptake.*

*Again seen is probable lymph node adjacent to a small hiatal hernia measuring 2.2 x 1.9 cm that is retrospectively stable from November 13, 2018 (but appears larger than August 7, 2017, when it measured 1.3 x 1.0 cm) and demonstrates no abnormal FDG uptake.*
*LUNGS: No FDG-avid lesion.*

*OTHER: Right port catheter in place.*
*New mild diffuse uptake at the distal esophagus with small hiatal hernia,(SUV= 6).*

*ABDOMEN/PELVIS*
*LIVER: No FDG-avid lesion.*
*GALLBLADDER: Normal.*
*SPLEEN: Increase in size of an enlarged spleen, now measuring 19 x 18 x 9 cm, was 15.6 cm.  No focal splenic uptake is seen.*
*PANCREAS: No FDG-avid lesion.*
*ADRENALS: No FDG-avid lesion.*
*KIDNEYS/BLADDER: Physiologic FDG excretion without hydronephrosis.*
*GI TRACT: No focally FDG-avid lesion.  Mild diffuse proximal and distal gastric uptake,(SUV= 4.5).*
*LYMPH NODES: Numerous stable subcentimeter gastrohepatic, portacaval, retroperitoneal, periaortic, pelvic  and inguinal nodes, none demonstrating significant FDG uptake.  Visually there appears to be an increase in numerous non-enlarged mesenteric nodes with no abnormal FDG uptake.*

---



THE PERMANENTE
MEDICAL GROUP

SRF-LAS GALLINAS          Berliant, Victor E
820 LAS GALLINAS          MRN: ██████████, DOB: ████████, Sex: M
SAN RAFAEL CA 94903-3410  Visit date: 9/26/2019
Encounter Record

---

**Progress Notes (continued)**

Progress Notes signed by Kim, Jerome Ginwoo (M.D.) at 9/27/2019  5:32 PM (continued)                Version 1 of 1

*VASCULATURE: Normal abdominal aortic diameter (<3cm). Aortic calcification.*
*PELVIC ORGANS: Normal.*
*FREE FLUID: None.*

*MUSCULOSKELETAL*
*BONES: No FDG-avid or destructive osseous lesion.  Previously seen diffuse osseous uptake is no longer present.  Right hip arthroplasty.  Bilateral L5 spondylolysis with degenerative changes.*
*SOFT TISSUES: No significant abnormality.*

Impression

*1. Increase in the size of the spleen without abnormal FDG uptake or focal lesions, now measuring 19 cm.*

*2.  New mildly enlarged axillary lymph nodes and increased prominence of mediastinal nodes, both without abnormal FDG uptake.  Stable borderline enlarged multistation lymphadenopathy as described without abnormal FDG uptake.  In combination with enlargement of the spleen, this is suspicious for recurrent or progressive FDG negative disease.*

*3. New homogeneous uptake in a nonenlarged thyroid may represent treatment-related thyroiditis.  Correlate with lab values*

*4.  Mild diffuse uptake along the distal esophagus and stomach, seen in similar locations on the prior 2 exams and likely infectious or inflammatory or nature*

*ALERT NOTIFICATION*

Assessment:
Victor E Berliant is a 70 Y male
**Cancer Staging**
PROLYMPHOCYTIC LEUKEMIA OF T-CELL TYPE
  Staging form: Hodgkin and Non-Hodgkin Lymphoma, AJCC 8th Edition
  - Clinical stage from 1/3/2019: Stage IV (Peripheral T-cell lymphoma) - Signed by Kim, Jerome Ginwoo (M.D.)
    on 1/3/2019

The usual treatment for T-PLL would be to consider alemtuzumab particularly for the usual T-PLL that presents with rapid onset aggressive presenting signs/symptoms.
Given his more indolent course, Dr Khodadoust, a T cell lymphoma specialist at Stanford who has consulted for management.

Pt is s/p mogamulizumab with no evidence of response, therefore switched to romidepsin.

Generated on 10/21/19  4:40 PM



---

**Progress Notes (continued)**

---

**Progress Notes signed by Kim, Jerome Ginwoo (M.D.) at 9/27/2019  5:32 PM (continued)**                    Version 1 of 1

Romidepsin was given at the standard dose of 14mg/m2, but pt had significant thrombocytopenia prompting dose delay and dose reduction to 10mg/m2, but despite this dose, recurrent thrombocytopenia.
Communicated with Dr Khodadoust who states that romidepsin 10mg/m2 IV q14 day would be reasonable.

There is no particular evidence of response to date, but also, no clear evidence of progression of disease.
Plan is to administer ~2 cycles of romidepsin if tolerated, and if there is no response and/or if there is intolerance, then change.

I re-discussed the potential options even at this time of administering alemtuzumab, which is approved for T-PLL. There is some hesitancy to start this therapy in light of known toxicities that are associated with this therapy. We also discussed the attempt at searching for clinical trials. I have searched the current trials on clinicaltrials.gov with search term "prolymphocytic leukemia T cell" with one trial using romidepsin post transplant, and a study not yet recruiting using ibrutinib/venetoclax for T-PLL refractory to alemtuzumab.

Of note, alloSCT would need to be delayed until at least 6 months post mogamalizumab (last dose given 8/6/19, therefore at least 2/2020 if alloSCT was to be considered) given noted severe GVHD previously observed when alloSCT is done too soon after last mogamalizumab administration.

Given these limited options, pt is more inclined to continue romidepsin at this moment.

Protocol:
Romidepsin 10 mg/m² IV day 1, 15
Q. 28 days cycle

Plan:
Await platelet recovery, and if theshold to treat is met, will plan to adminster romidepsin C2d1 on 10/1/19.
Continue communication with Dr Khodadoust


Jerome Kim, MD
Hematology/Oncology
Kaiser San Rafael
9/27/2019



Electronically signed by Kim, Jerome Ginwoo (M.D.) on 9/27/2019  5:32 PM

---

**Progress Notes signed by Gondola, Erin (M.A.) at 9/30/2019 11:16 AM**                    Version 1 of 1

---


**THE PERMANENTE MEDICAL GROUP**

SRF-LAS GALLINAS                 Berliant, Victor E
820 LAS GALLINAS                 MRN: ▓▓▓▓▓▓▓▓, DOB: ▓▓▓▓▓, Sex: M
SAN RAFAEL CA 94903-3410 Visit date: 9/30/2019
Encounter Record

---

**Telephone**
**9/30/2019**

---

**Visit Information**

| Date & Time | Provider | Department | Encounter # |
|---|---|---|---|
| 9/30/2019  3:58 PM | Stofberg, Johanna (R.N.) | ONCOLOGY LAS GALLINAS | 714019347 |

**Reason For Encounter History**

| User | Date & Time | Reason For Encounter |
|---|---|---|
| **Stofberg, Johanna (R.N.)** | **09/30/2019 03:59 PM** | MOUTH SORES |
| | | CANCELLED APPOINTMENT |
| | | Comment:  Chemo deferred 1 week- low plts. |

| User | Date & Time | Reason For Encounter |
|---|---|---|
| **Stofberg, Johanna (R.N.)** | **09/30/2019 03:58 PM** | MOUTH SORES |

**Diagnoses**

| | Comments |
|---|---|
| **PROLYMPHOCYTIC LEUKEMIA OF T-CELL TYPE**  -  Primary | |

**Encounter Messages**

No messages in this encounter

**Patient Secure Message**

No messages in this encounter

---

**Telephone Encounter - Call Documentation**

**Telephone Encounter signed by Greyz-Yusupov, Natalya (M.D.) at 9/30/2019  4:25 PM**                 Version 1 of 1

Author:  Greyz-Yusupov, Natalya (M.D.)     Service:  —                          Author Type:  Physician
Filed:  9/30/2019  4:25 PM                 Creation Time:  9/30/2019  4:20 PM   Status:  Signed
Editor:  Greyz-Yusupov, Natalya (M.D.) (Physician)

Case reviewed with ONC RN

Orders Placed This Encounter:

**Orders Placed This Encounter**
Medications
   • Mouthwash:diphenhydrAMINE-Hydrocortisone-Lidocaine Visc-Mylanta-Nystatin Oral Susp

Electronically signed by Greyz-Yusupov, Natalya (M.D.) on 9/30/2019  4:25 PM

**Telephone Encounter signed by Stofberg, Johanna (R.N.) at 9/30/2019  4:05 PM**                 Version 1 of 1

---

Generated on 10/21/19  4:40 PM



**Telephone Encounter - Call Documentation (continued)**

**Telephone Encounter signed by Stofberg, Johanna (R.N.) at 9/30/2019  4:05 PM (continued)**                    Version 1 of 1

Author:  Stofberg, Johanna (R.N.)          Service:  —                          Author Type:  REGISTERED NURSE
Filed:  9/30/2019  4:05 PM                 Creation Time:  9/30/2019  3:58 PM    Status:  Signed
Editor:  Stofberg, Johanna (R.N.) (REGISTERED NURSE)

Patient was called to cancel tomorrow's appointment d/t low platelets. Patient rescheduled to next week for treatment. Patient mentioned he has developed a sore on the tip of his tongue, which is very painful. Patient states "it looks like a white zit". Has some areas on his cheeks, which he accidentally bit, which are also tender and rough but otherwise no other sores in his mouth. No white patches on tongue or in mouth. Using Oragel with good relief. Afebrile. Is just wondering if he needs Magic Mouthwash. Encouraged to rinse his mouth with warm salt water to try to decrease inflammation on tongue. Patient is willing to try it.
Will review with covering MD or Dr. Kim in AM. Patient is in agreement with this plan.

Electronically signed by Stofberg, Johanna (R.N.) on 9/30/2019  4:05 PM

---

**Vitals**

    None

---



THE PERMANENTE
MEDICAL GROUP

SRF-LAS GALLINAS            Berliant, Victor E
820 LAS GALLINAS           MRN: ███████, DOB: ██████, Sex: M
SAN RAFAEL CA 94903-3410   Visit date: 10/16/2019
Encounter Record

**Telephone**
**10/16/2019**

---

**Visit Information**

| Date & Time | Provider | Department | Encounter # |
|---|---|---|---|
| 10/16/2019 10:05 AM | Kim, Jerome Ginwoo (M.D.) | ONCOLOGY LAS GALLINAS | 717955617 |

**Reason For Encounter History**

| User | Date & Time | Reason For Encounter |
|---|---|---|
| **Gondola, Erin (M.A.)** | **10/16/2019 10:05 AM** | REFERRAL REQUEST |

**Encounter Messages**

No messages in this encounter

**Patient Secure Message**

No messages in this encounter

---

**Telephone Encounter - Call Documentation**

**Telephone Encounter signed by Kim, Jerome Ginwoo (M.D.) at 10/18/2019  2:47 PM**                    Version 1 of 1

| Author: Kim, Jerome Ginwoo (M.D.) | Service: — | Author Type: Physician |
|---|---|---|
| Filed: 10/18/2019  2:47 PM | Creation Time: 10/18/2019  2:42 PM | Status: Signed |
| Editor: Kim, Jerome Ginwoo (M.D.) (Physician) | | |

Called pt to review my communications with Dr Khoudadoust.
Clinical context including labs were reviewed, and plan is to stop romidepsin in light of continued rise in white blood cell count despite significant cytopenias and issues with tolerance including dysgeusia and fatigue, and to sit down to discuss the benefits and risks of alemtuzumab as next line therapy.
Pt understands that we will shift his apptmt to 9:00 am Mon 10/21/19 so that we have time to discuss.

Electronically signed by Kim, Jerome Ginwoo (M.D.) on 10/18/2019  2:47 PM

**Telephone Encounter signed by Kim, Jerome Ginwoo (M.D.) at 10/18/2019  2:35 PM**                    Version 1 of 1

| Author: Kim, Jerome Ginwoo (M.D.) | Service: — | Author Type: Physician |
|---|---|---|
| Filed: 10/18/2019  2:35 PM | Creation Time: 10/18/2019  2:35 PM | Status: Signed |
| Editor: Kim, Jerome Ginwoo (M.D.) (Physician) | | |

----- Message from Victor E. Berliant sent at 10/18/2019 12:27 PM PDT -----
Regarding: appointment authorization at Stanford
Contact: 415-453-9200
Dr. Kim:

I am scheduled for an appointment with Dr. K at Stanford on Monday at 11:30am.  I just received a call from Stanford that they do not have an authorization for this appointment from Kaiser. Can you put one in immediately please and let me know when this is done?

Thank you.

Vic Berliant

---

Generated on 10/21/19  4:41 PM

 **THE PERMANENTE MEDICAL GROUP**

SRF-LAS GALLINAS          Berliant, Victor E
820 LAS GALLINAS         MRN: ███████, DOB: ███████, Sex: M
SAN RAFAEL CA 94903-3410 Visit date: 10/16/2019
Encounter Record

---

### Telephone Encounter - Call Documentation (continued)

**Telephone Encounter signed by Kim, Jerome Ginwoo (M.D.) at 10/18/2019  2:35 PM (continued)**          Version 1 of 1

Electronically signed by Kim, Jerome Ginwoo (M.D.) on 10/18/2019  2:35 PM

---

**Telephone Encounter signed by Gondola, Erin (M.A.) at 10/16/2019 10:13 AM**          Version 1 of 1

| Author: Gondola, Erin (M.A.) | Service: — | Author Type: MEDICAL ASSISTANT |
| Filed: 10/16/2019 10:13 AM | Creation Time: 10/16/2019 10:05 AM | Status: Signed |
| Editor: Gondola, Erin (M.A.) (MEDICAL ASSISTANT) | | |

Stanford called to say they only received an outside referral for 1 visit, they need a new referral placed with additional visits requested in order to continue to see pt.  Please place new referral.

Electronically signed by Gondola, Erin (M.A.) on 10/16/2019 10:13 AM

---

### Vitals

None

---



SRF-LAS GALLINAS     Berliant, Victor E
820 LAS GALLINAS     MRN: ██████, DOB: ██████, Sex: M
SAN RAFAEL CA 94903-3410 Visit date: 10/21/2019
Encounter Record

**Encounter-Level Documents - 10/21/2019:**

Scan on 10/21/2019  9:23 AM by Kim, Jerome Ginwoo (M.D.) (below)

Scan on 10/21/2019  9:23 AM by Kim, Jerome Ginwoo (M.D.) (below)



SRF-LAS GALLINAS          Berliant, Victor E
820 LAS GALLINAS          MRN: ███████, DOB: ██████, Sex: M
SAN RAFAEL CA 94903-3410  Visit date: 10/21/2019
Encounter Record

**Misc Information (continued)**

**Encounter-Level Documents - 10/21/2019: (continued)**



Scan on 10/21/2019  9:22 AM by Kim, Jerome Ginwoo (M.D.) (below)

Generated on 10/21/19  4:41 PM



THE PERMANENTE
MEDICAL GROUP

SRF-LAS GALLINAS          Berliant, Victor E
820 LAS GALLINAS          MRN: ███████, DOB: ██████, Sex: M
SAN RAFAEL CA 94903-3410  Visit date: 10/21/2019
Encounter Record

## Misc Information (continued)

**Encounter-Level Documents - 10/21/2019: (continued)**



Scan on 10/21/2019  9:21 AM by Kim, Jerome Ginwoo (M.D.) (below)

Generated on 10/21/19  4:41 PM



SRF-LAS GALLINAS          Berliant, Victor E
820 LAS GALLINAS          MRN: ███████, DOB: ██████, Sex: M
SAN RAFAEL CA 94903-3410  Visit date: 10/21/2019
Encounter Record

## Misc Information (continued)

**Encounter-Level Documents - 10/21/2019: (continued)**



**Order-Level Documents:**

There are no order-level documents.

**PROOF OF SERVICE**

I, Curtis G. Hoke, declare as follows:

I am a citizen of the United States and am employed in Orange County, Virginia. I am over the age of eighteen years and not a party to the within action. My business address is 108 Railroad Avenue, Orange, Virginia 22960. On  October 30, 2019    , I served the following documents by the method indicated below:

SUPPLEMENTAL DECLARATION OF CURTIS G. HOKE IN SUPPORT OF PLAINTIFF VICTOR BERLIANT'S MOTION FOR TRIAL PREFERENCE

☑     **By Electronic Service:** Pursuant to Case Management Order No. 2, a true and correct copy of the document(s) described above was electronically served by transmission to CASE ANYWHERE on all parties appearing on the CASE ANYWHERE service list.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on this  October 30, 2019     at Orange, Virginia.

Curtis G. Hoke,
Declarant

PROOF OF SERVICE
1