# EXHIBIT D



SRF-LAS GALLINAS  Berliant, Victor E
820 LAS GALLINAS  MRN:         , DOB:        , Sex: M
SAN RAFAEL CA 94903-3410  Visit date: 4/17/2018
Encounter Record

## Progress Notes (continued)

**Progress Notes signed by Coombs, Lorinda A (N.P.) at 4/17/2018  2:20 PM (continued)**                           Version 1 of 1

```
Therefore, the features are suspicious for a CD4 positive T-cell
lymphoproliferative disorder and clinical correlation and
correlation with imaging studies is recommended to further evaluate
for a CD4 positive T-cell lymphoproliferative disorder.

In addition, CD8 positive T-cells show a predominance of expression
of Vb2 with 30% of the CD8 positive T-cells showing expression of
Vb2 but it is uncertain if this represents a separate clonal CD8
positive T-cell population or false positive as CD8 positive
T-cells are very few in number representing only ~2-3% of the
total. B-cells are not significantly increased but assessing for
clonality in the B-cells is limited as there is non-specific
binding of kappa and lambda light chains on a subset of B-cells
such that a subset of B-cells are positive for both kappa and
lambda light chains.
```

No results found.

**ASSESSMENT AND PLAN:** Mr. Victor E. Berliant is a 68-year old man with an abnormal clonal T-cell population of unclear significance, no clinical symptoms with a T-cell gamma positive rearrangement.

**1. Clonal CD4+ T-cell population**: Stable lymphocytosis since 12/2016. Clinically asymptomatic. Several opinions on abnormal CD4+ T-cell population, path reviewed by stanford. Derm evaluation with no evidence of mycosis fungoides/szeary syndrome.   Although the SPEP was positive (subtle), the IgM is only slightly above normal range (199).

 Presence of CD4+ T-cell population does raise question of angioimmunoblastic  T-Cell lymphoma, or another similarly rare phenomenon. Given the lack of B-symptoms, radiographic or clinical lymphadenopathy, it is difficult to more precisely identify the subtype. It is possible that this is a more indolent version of an angioimmunoblastic T-Cell lymphoma--HTLV is negative, LDH only slightly elevated--patient comfortable with surveillance q 6 months. Mr. Berlliant understands that he should contact our office sooner if he develops any B symptoms.

2. Discussed with him that I would be leaving Kaiser and he is comfortable with any provider following him. Office visit in 6 months with labs prior.

Electronically signed by Coombs, Lorinda A (N.P.) on 4/17/2018  2:20 PM

**Vitals**

Generated on 7/22/19  8:25 AM

VB-01-000647



| | SRF-SMITH RANCH ROAD | Berliant, Victor E |
|---|---|---|
| THE PERMANENTE MEDICAL GROUP / KAISER FOUNDATION HOSPITALS | Clinical Summary | MRN: ▮▮▮▮▮ , DOB: ▮▮▮▮▮ , Sex: M |

## Problem List as of 10/21/2019 (continued)

| Problem | Noted |
|---|---|
| THYROIDITIS | 1/11/2017 |
| HYPOTHYROIDISM | 1/11/2017 |
| LYMPHOCYTOSIS | 1/11/2017 |
| PROLYMPHOCYTIC LEUKEMIA OF T-CELL TYPE | 8/15/2017 |
| ATHEROSCLEROSIS OF AORTA | 10/3/2017 |

Ct thorax 8/7/17

| | 12/27/2017 |
|---|---|

Previous ▮▮▮▮ use

| LIFE CARE PLAN, CHRONIC ILLNESS | 4/19/2018 |
|---|---|

See SUPPORTIVE CARE/LIFE CARE PLANNING navigator.

| ADJUSTMENT AND MGMT OF PORT-A-CATHETER | 1/10/2019 |
|---|---|
| CASE / CARE MGMT, TRANSPLANT | 1/25/2019 |
| DYSPEPSIA | 3/18/2019 |
| PEPTIC ULCER | 9/6/2019 |

9/6/2019: EGD - several elongated, clean based ulcers in the distal-mid esophagus; mild gastritis with erosions; two 5-9 clean based ulcers in the duodenal bulb; biopsies of esophageal ulcers (active esophagitis with necroinflammatory ulcer bed/fibrinopurulen exudate; negative for HSV/CMV/fungal; negative for atypical lymphocytic infiltrate) and antrum (negative for Helicobacter Pylori).

## Immunizations
Reviewed on 3/24/2019

| Name | Date |
|---|---|
| HAV adult (Hepatitis A) | 9/21/2012 (63 Y) , 10/13/2011 (62 Y) |
| HBV adult (Hepatitis B) | 3/21/2017 (67 Y) , 11/28/2016 (67 Y) , 9/19/2016 (67 Y) |
| INFS pres free 6mos-adult (Fluarix quadrivalent) | 9/26/2019 (70 Y) , 10/5/2018 (69 Y) |
| INFs (Influenza split virus ). | 10/27/2014 (65 Y) , 10/16/1999 (50 Y) , 10/24/1998 (49 Y) |
| INFs Pres Free High Dose (FLUZONE) (influenza) | 9/19/2016 (67 Y) , 10/13/2015 (66 Y) |
| INFs pres free 3yrs-adult (Influenza) | 10/5/2013 (64 Y) , 10/13/2011 (62 Y) |
| INFs pres free 65yrs and over (FLUAD Trivalent IIV3) (Influenza) | 10/11/2017 (68 Y) |
| PNUcn13 (PREVNAR 13) (Pneumococcal conjugate, 13 valent) | 10/27/2014 (65 Y) |
| PPSV23 (Pneumococcal polysaccharide) | 11/2/2015 (66 Y) |
| TYD (Typhoid, parenteral) | 9/19/2016 (67 Y) , 9/21/2012 (63 Y) |
| Tdap (ADACEL) (Tetanus, diphtheria, acellular pertussis) | 10/13/2011 (62 Y) |
| YF (Yellow fever) | 9/21/2012 (63 Y) |
| ZOS (Zostervirus live, shingles) | 11/12/2013 (64 Y) |
| td 7yrs-adult (tetanus, diphtheria), adsorbed | 3/14/2006 (56 Y) |

## PPD/Skin Test   -   PPD Results Key:  00 = Negative  01 = Positive
There is no flowsheet data to display.

## Allergies as of 10/21/2019
Reviewed on 9/27/2019

| | Noted | Reaction Type | Reactions |
|---|---|---|---|
| No Known Allergies | | | (No reactions) |

## Medical History
No past medical history documented.

## Social History

Generated on 10/21/19  4:39 PM



**THE PERMANENTE MEDICAL GROUP**
**KAISER FOUNDATION HOSPITALS**

SRF-SMITH RANCH ROAD  Berliant, Victor E
Clinical Summary  MRN: ▮▮▮▮▮▮▮, DOB: ▮▮▮▮▮▮, Sex: M

### Problem List as of 10/21/2019 (continued)

| Problem | Noted |
|---|---|
| THYROIDITIS | 1/11/2017 |
| HYPOTHYROIDISM | 1/11/2017 |
| LYMPHOCYTOSIS | 1/11/2017 |
| PROLYMPHOCYTIC LEUKEMIA OF T-CELL TYPE | 8/15/2017 |
| ATHEROSCLEROSIS OF AORTA | 10/3/2017 |
|    Ct thorax 8/7/17 | |
| ▮▮▮▮▮▮▮▮▮▮ | 12/27/2017 |
|    Previous ▮▮▮▮ use | |
| LIFE CARE PLAN, CHRONIC ILLNESS | 4/19/2018 |
|    See SUPPORTIVE CARE/LIFE CARE PLANNING navigator. | |
| ADJUSTMENT AND MGMT OF PORT-A-CATHETER | 1/10/2019 |
| CASE / CARE MGMT, TRANSPLANT | 1/25/2019 |
| DYSPEPSIA | 3/18/2019 |
| PEPTIC ULCER | 9/6/2019 |
|    9/6/2019: EGD - several elongated, clean based ulcers in the distal-mid esophagus; mild gastritis with erosions; two 5-9 clean based ulcers in the duodenal bulb; biopsies of esophageal ulcers (active esophagitis with necroinflammatory ulcer bed/fibrinopurulen exudate; negative for HSV/CMV/fungal; negative for atypical lymphocytic infiltrate) and antrum (negative for Helicobacter Pylori). | |

### Immunizations
Reviewed on 3/24/2019

| Name | Date |
|---|---|
| HAV adult (Hepatitis A) | 9/21/2012 (63 Y) , 10/13/2011 (62 Y) |
| HBV adult (Hepatitis B) | 3/21/2017 (67 Y) , 11/28/2016 (67 Y) , 9/19/2016 (67 Y) |
| INFS pres free 6mos-adult (Fluarix quadrivalent) | 9/26/2019 (70 Y) , 10/5/2018 (69 Y) |
| INFs (Influenza split virus ). | 10/27/2014 (65 Y) , 10/16/1999 (50 Y) , 10/24/1998 (49 Y) |
| INFs Pres Free High Dose (FLUZONE) (influenza) | 9/19/2016 (67 Y) , 10/13/2015 (66 Y) |
| INFs pres free 3yrs-adult (Influenza) | 10/5/2013 (64 Y) , 10/13/2011 (62 Y) |
| INFs pres free 65yrs and over (FLUAD Trivalent IIV3) (Influenza) | 10/11/2017 (68 Y) |
| PNUcn13 (PREVNAR 13) (Pneumococcal conjugate, 13 valent) | 10/27/2014 (65 Y) |
| PPSV23 (Pneumococcal polysaccharide) | 11/2/2015 (66 Y) |
| TYD (Typhoid, parenteral) | 9/19/2016 (67 Y) , 9/21/2012 (63 Y) |
| Tdap (ADACEL) (Tetanus, diphtheria, acellular pertussis) | 10/13/2011 (62 Y) |
| YF (Yellow fever) | 9/21/2012 (63 Y) |
| ZOS (Zostervirus live, shingles) | 11/12/2013 (64 Y) |
| td 7yrs-adult (tetanus, diphtheria), adsorbed | 3/14/2006 (56 Y) |

### PPD/Skin Test   -   PPD Results Key:  00 = Negative  01 = Positive

There is no flowsheet data to display.

### Allergies as of 10/21/2019
Reviewed on 9/27/2019

| | Noted | Reaction Type | Reactions |
|---|---|---|---|
| **No Known Allergies** | | | (No reactions) |

### Medical History

No past medical history documented.

### Social History

Generated on 10/21/19  4:39 PM



| | | |
|---|---|---|
| **THE PERMANENTE MEDICAL GROUP** | SRF-MAIN CAMPUS<br>99 MONTECILLO ROAD<br>SAN RAFAEL CA 94903-3308<br>Encounter Record | Berliant, Victor E<br>MRN: ███████, DOB: ███████, Sex: M<br>Visit date: 4/29/2019 |

## Progress Notes (continued)

**Progress Notes signed by Sasser-Brandt, Jeffrey James (M.D.) at 5/1/2019  7:17 PM (continued)**    Version 1 of 1

======================================================

### Active Ambulatory Problems

| Diagnosis | Date Noted |
|---|---|
| HYPERLIPIDEMIA | 11/01/2004 |
| SCREENING FOR COLON CANCER | 03/16/2007 |
| TINNITUS. | 09/05/2007 |
| ALLERGIC RHINITIS | 05/22/2012 |
| HX OF RIGHT TOTAL HIP ARTHROPLASTY | 07/07/2015 |
| MELANOCYTIC NEVUS | 07/07/2015 |
| THYROIDITIS | 01/11/2017 |
| HYPOTHYROIDISM | 01/11/2017 |
| LYMPHOCYTOSIS | 01/11/2017 |
| PERIPHERAL T-CELL LYMPHOMA, MULTIPLE LN SITES | 08/15/2017 |
| ATHEROSCLEROSIS OF AORTA | 10/03/2017 |
| ███████████████████████████ | 12/27/2017 |
| LIFE CARE PLAN, CHRONIC ILLNESS | 04/19/2018 |
| ADJUSTMENT AND MGMT OF PORT-A-CATHETER | 01/10/2019 |
| CASE / CARE MGMT, TRANSPLANT | 01/25/2019 |
| DYSPEPSIA | 03/18/2019 |

No Additional Past Medical History

======================================================

 has a past surgical history that includes replacement total hip, anterior approach (Right, 10/26/2015).
======================================================
family history includes Colon Cancer in his grandfather; Diabetes in his mother; Heart Disease (age of onset: 70) in his father; Leukemia in his brother.
======================================================
 reports that he has never smoked. He has never used smokeless tobacco. He reports that he does not drink alcohol or use drugs.
======================================================

Outpatient Prescriptions Marked as Taking for the 4/29/19 encounter (Office Visit) with Sasser-Brandt, Jeffrey James (M.D.)

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| Omeprazole Magnesium (ACID REDUCER, OMEPRAZOLE,) 20 mg Oral CPDR SR Cap | Take 1 capsule by mouth daily 30 minutes before breakfast. | 90 | 0 |

Generated on 10/21/19  4:40 PM



**THE PERMANENTE MEDICAL GROUP**

| | | |
|---|---|---|
| SRF-LAS GALLINAS | Berliant, Victor E | |
| 820 LAS GALLINAS | MRN: ▮▮▮▮▮, DOB: ▮▮▮▮▮, Sex: M | |
| SAN RAFAEL CA 94903-3410 | Visit date: 2/1/2019 | |
| Encounter Record | | |

**Progress Notes (continued)**

**Progress Notes signed by Kim, Jerome Ginwoo (M.D.) at 2/1/2019  9:22 AM (continued)**    Version 1 of 1

8/7/17: positive T cell rearrangement of gamma region is noted by PCR
8/7/17: CT CAP without significant lymphadenopathy or organomegaly.
9/28/17: formal path review of peripheral smear again notes abnormal lymphocytes with "clefted or irregular nuclei"
10/2018: noted rise in white blood cell count and decreased platelet count prompting further evaluation.
10/25/18: rick neck excisional lymph node biopsy performed, with flow cytometry consistent with similar pattern noted on prior bone marrow biopsy and peripheral blood flow cytometry.
11/13/18: PET/CT: axillary and inguinal lymph nodes up to 1.4cm, but no abnormal FDG uptake
11/15/18: Bx of nodule at fingers to r/o cutaneous T cell lymphoma
11/27/18: excisional right inguinal lymph node biopsy for further evaluation
1/2/19: Verbal discussion with pathologist fellow from Stanford who states that case will be signed out as PTCL-NOS, and that the dermatopathologist review of the skin case is not consistent with Mycosis fungoides.


Subjective: Pt reports good tolerance to C1 CHOP. Had some constipation the first few days, and some heart burn that improves with maalox. No fevers, chills, nausea, vomiting, diarrhea. No night sweats, unintentional weight loss, fatigue.

## PMH

**Active Ambulatory Problems**

| Diagnosis | Date Noted |
|---|---|
| • HYPERLIPIDEMIA | 11/01/2004 |
| • SCREENING FOR COLON CANCER | 03/16/2007 |
| • TINNITUS. | 09/05/2007 |
| • ALLERGIC RHINITIS | 05/22/2012 |
| • HX OF RIGHT TOTAL HIP ARTHROPLASTY | 07/07/2015 |
| • MELANOCYTIC NEVUS | 07/07/2015 |
| • THYROIDITIS | 01/11/2017 |
| • HYPOTHYROIDISM | 01/11/2017 |
| • LYMPHOCYTOSIS | 01/11/2017 |
| • PERIPHERAL T-CELL LYMPHOMA, MULTIPLE LN SITES | 08/15/2017 |
| • ATHEROSCLEROSIS OF AORTA | 10/03/2017 |
| • ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 12/27/2017 |
| • LIFE CARE PLAN, CHRONIC ILLNESS | 04/19/2018 |
| • ADJUSTMENT AND MGMT OF PORT-A-CATHETER | 01/10/2019 |
| • CASE / CARE MGMT, TRANSPLANT | 01/25/2019 |

**No Additional Past Medical History**


## PSH
**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • REPLACEMENT TOTAL HIP, ANTERIOR APPROACH | Right | 10/26/2015 |

Generated on 10/21/19  4:39 PM