# EXHIBIT F

```
 1                SUPERIOR COURT OF CALIFORNIA

 2                     COUNTY OF ALAMEDA

 3    BEFORE THE HONORABLE WINIFRED Y. SMITH, JUDGE PRESIDING

 4                    DEPARTMENT NUMBER 21

 5                         ---oOo---

 6   COORDINATION PROCEEDING        )
     SPECIAL TITLE (RULE 3.550)     )
 7                                  )
     ROUNDUP PRODUCTS CASE          )   JCCP No. 4953
 8                                  )
     _____)
 9                                  )
     THIS TRANSCRIPT RELATES TO:    )
10                                  )
     Pilliod, et al.                )   Case No.  RG17862702
11        vs.                       )
     Monsanto Company, et al.       )   Pages 1533 - 1833
12   _____)   Volume 12

13

14

15          Reporter's Transcript of Proceedings

16              Tuesday, April 2, 2019

17

18
     Reported by: Kelly L. Shainline, CSR No. 13476, RPR, CRR
19              Lori Stokes, CSR No. 12732, RPR
                Court Reporters
20

21

22                         BARS

23

24              BAY AREA REPORTING
                    SOLUTIONS
25
                      888.526.8243
                www.BayAreaReportingSolutions.com

                                                         1533
```

1    tumors; do you see that?
2         **A.**   Correct.
3         **Q.**   Is that an expected result?
4         **A.**   Yes, that is, because you're using a known
5    initiator and a known promoter, you expect to see that
6    result.  And it's put in here as what's called a
7    positive control.
8              So this tells me if this didn't occur, then
9    this experiment was flawed, that there's a problem with
10   it.  But because it occurred with that, that says they
11   did the experiment correctly.  That's all it is.
12        **Q.**   And then we have here the only other results
13   with tumors appears to be group 8; do you see that?
14        **A.**   Correct.
15        **Q.**   And it says 40 percent of the animals who had
16   the initiator and then Roundup applied for this period
17   of the study had tumors.
18        **A.**   That is correct.
19        **Q.**   What is the significance of that?  What does
20   that tell you?
21        **A.**   That Roundup, in this formulation, promoted
22   the tumors that were initiated by DMBA.
23        **Q.**   Now if we go to the beginning of the paper and
24   we go to the abstract right here, it says
25   carcinogenicity study revealed that glyphosate has