# EXHIBIT G

```
 1                SUPERIOR COURT OF CALIFORNIA

 2                     COUNTY OF ALAMEDA

 3    BEFORE THE HONORABLE WINIFRED Y. SMITH, JUDGE PRESIDING

 4                    DEPARTMENT NUMBER 21

 5                         ---oOo---

 6    COORDINATION PROCEEDING       )
      SPECIAL TITLE (RULE 3.550)    )
 7                                  )
      ROUNDUP PRODUCTS CASE         )   JCCP No. 4953
 8                                  )
      _____)
 9                                  )
      THIS TRANSCRIPT RELATES TO:   )
10                                  )
      Pilliod, et al.               )   Case No.  RG17862702
11          vs.                     )
      Monsanto Company, et al.      )   Pages 3075 - 3301
12    _____)   Volume 19

13

14

15            Reporter's Transcript of Proceedings

16                 Thursday, April 11, 2019

17

18
      Reported by: Kelly L. Shainline, CSR No. 13476, RPR, CRR
19                 Lori Stokes, CSR No. 12732, RPR
                   Stenographic Court Reporters
20

21

22                        BARS

23

24                 BAY AREA REPORTING
                       SOLUTIONS
25
                        888.526.8243
                www.BayAreaReportingSolutions.com
```

1   7,12-dimethyl-benzo[a]anthracene, a very powerful,
2   well-known carcinogen.  That's what's in cigarette
3   smoke.  In fact, it's the most powerful carcinogen in
4   cigarette smoke, and it's barred from cigarettes.
5            So take the mouse skin, and a known dose was
6   applied to the skin of 20 mice.  A vehicle was also
7   used, and there was control group and so on.
8            But when they used a low dose of
9   benzo[a]anthracene, a low enough dose that over the
10  period of weeks studied, none of those 20 mice developed
11  skin cancer; it was zero out of 20 animals.
12           And then what they did, which I think was
13  brilliant, they actually applied Roundup; not just
14  glyphosate, they applied Roundup onto the skin, as well.
15  In other words, they did both.  They put the DMBA on the
16  skin, and they put the Roundup on.
17           But the interesting thing is, they used a dose
18  of Roundup similar to what the Pilliods were exposed to.
19  Not a dose a thousand times higher, not a hundred times
20  higher, but a similar dose equivalent.
21           And after several weeks of -- after that was
22  applied to the skin, I think it was applied three times
23  a week.  After a number of weeks, 40 percent of the
24  animals presented with skin cancer, malignant
25  papillomas.

1              And what it shows is that Roundup has a
2     tremendous ability to promote malignancy from a
3     carcinogen.  And the study was well in excess of
4     95 percent confidence interval.  So very significant
5     finding, in terms of showing the powerful promotion
6     effect of Roundup itself.
7          **Q.**   So if we go back in time and look at the
8     Pilliods -- we'll use the mice here as an example.
9              You have a mouse at this time point, right?
10    And it's initiated with a carcinogen; is that correct?
11         **A.**   Yes.
12         **Q.**   And you said the chemical was found in
13    cigarettes, right?
14         **A.**   DMBA, yes.
15         **Q.**   And say they used another chemical that we
16    know initiates cancer, okay?
17             You add Roundup to the mix, and that leads to
18    more cancer; is that right?
19         **A.**   Significantly more.  Statistically and
20    significantly elevated.
21         **Q.**   How is this fact considered when you're
22    looking at -- well, I'll back up.
23             You know that Mr. and Mrs. Pilliod, they both
24    smoked for 20 years?
25         **A.**   That's right.