|   |   |
|---|---|
| 1 | **HOLLINGSWORTH LLP** |
|   | Joe G. Hollingsworth (*pro hac vice*) |
| 2 | Eric G. Lasker (*pro hac vice*) |
|   | 1350 I Street, N.W. |
| 3 | Washington, DC  20005 |
|   | Telephone:  (202) 898-5800 |
| 4 | Facsimile:   (202) 682-1639 |
|   | Email:       jhollingsworth@hollingsworthllp.com |
| 5 |              elasker@hollingsworthllp.com |
| 6 | *Attorneys for Defendant* |
|   | *MONSANTO COMPANY* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
|  | Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>*Thomas and Marilee Jensen v. Monsanto Co.*,<br>Case No. 3:19-cv-06729-VC |  |

### **MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Monsanto Company ("Monsanto") makes the following disclosures:

1. Monsanto is an indirect, wholly-owned subsidiary of Bayer AG.

2. Bayer AG is a publicly held corporation.

DATED:  November 5, 2019                                   Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth (*pro hac vice*)
(jhollingsworth@hollingsworthllp.com)
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, DC  20005
Telephone:  (202) 898-5800
Facsimile:   (202) 682-1639

*Attorneys for Defendant*
*MONSANTO COMPANY*