THE LAW OFFICES OF DANIEL WELTIN, P.C.

McCUNE • WRIGHT • AREVALO
ATTORNEYS AT LAW

**Daniel R. Weltin**
Direct Phone: (510) 508-4896
Email: daniel@danielweltin.com

14895 E. 14 St., Ste. 350 • San Leandro, CA 94578
Tel (510) 856-4421• Fax (510) 856-3624

www.danielweltin.com

**Kristy M. Arevalo**
Direct Phone: (909) 557-1257
Email: kma@mccunewright.com

3281 E. Guasti Rd., Ste. 100 • Ontario, CA  91761
Tel (909) 557-1250 • Fax (909) 557-1275

www.mccunewright.com

November 5, 2019

Hon. Vince Chhabria
United States District Court
Northern District of California

RE: *Schumacher, et al. v. Monsanto Co.,* MDL 2741
In re Monsanto's Roundup Product Liability Litigation

Dear Hon. Vince Chhabria:

Plaintiffs Schumacher, et al. and Monsanto Company submit this joint letter requesting the severing of the parties in the multi-plaintiff complaint: *Schumacher*, Case No: 3:19-cv-04165.

The *Schumacher* complaint entered into MDL No. 2741 on July 15, 2019. *See* Dkt. No. 4580. In accordance with Pretrial Order No. 155, ¶ 9, Dkt. No. 4454 (July 3, 2019), the parties agree that this multi-plaintiff complaint be severed.  As such, it is requested that the *Schumacher* complaint be severed and the plaintiffs be directed to file individual short-form complaints as described in Pretrial Order No. 155, ¶ 1.

Respectfully submitted,

McCune Wright Arevalo

*Kristy M Arevalo*

By:  Kristy M. Arevalo

Law Offices of Daniel R. Weltin

*/s/ Daniel R. Weltin*
By:  Daniel R. Weltin
Attorneys for Plaintiffs

Hollingsworth LLP

*/s/ Eric G. Lasker*
*By:*  Eric G. Lasker
Attorneys for Defendant