UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION ,<br><br>This document relates to<br><br>SCHUMACHER, ET AL.<br><br>Plaintiffs,<br><br>v.<br><br>MONSANTO COMPANY; JOHN DOES 1 through 100 inclusive<br><br>Defendants. | MDL No. 2741<br><br>CASE NO.  3:19-cv-04165-VC_____<br><br>**[PROPOSED] ORDER RE: STIPULATION TO SEVER PLAINTIFFS IN SCHUMACHER, ET AL. CASE** |

Upon consideration of the Parties' Letter Brief, on this \_\_\_\_day of _____2019 it is hereby **ORDERED** that multi-plaintiff *Schumacher, et al.* Case No: 3:19-cv-04165 be severed. Therein, said plaintiffs are directed to file short-form complaints as described in Pretrial Order No. 155, ¶ 1, Dkt. No. 4454 (July 3, 2019).

_____
VINCE CHHABRIA
United States District Judge