**HOLLINGSWORTH LLP**
Joe G. Hollingsworth (*pro hac vice*)
Eric G. Lasker (*pro hac vice*)
1350 I Street, N.W.
Washington, DC  20005
Telephone:   (202) 898-5800
Facsimile:    (202) 682-1639
Email:        jhollingsworth@hollingsworthllp.com
              elasker@hollingsworthllp.com

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>*Brenda Nelson, individually and as Representative of the Estate of David Earl Lamb, deceased v. Monsanto Co.*,<br>Case No. 3:19-cv-06063-VC | |

## <u>MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT</u>

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Monsanto Company

("Monsanto") makes the following disclosures:

    1.       Monsanto is an indirect, wholly-owned subsidiary of Bayer AG.

    2.       Bayer AG is a publicly held corporation.

DATED:  November 5, 2019               Respectfully submitted,

                                      /s/ Joe G. Hollingsworth
                                      Joe G. Hollingsworth (*pro hac vice*)
                                      (jhollingsworth@hollingsworthllp.com)
                                      Eric G. Lasker (*pro hac vice*)
                                      (elasker@hollingsworthllp.com)
                                      HOLLINGSWORTH LLP
                                      1350 I Street, N.W.
                                      Washington, DC  20005
                                      Telephone:  (202) 898-5800
                                      Facsimile:   (202) 682-1639

                                      *Attorneys for Defendant*
                                      *MONSANTO COMPANY*