**HOLLINGSWORTH LLP**
Joe G. Hollingsworth (*pro hac vice*)
Eric G. Lasker (*pro hac vice*)
1350 I Street, N.W.
Washington, DC  20005
Telephone:   (202) 898-5800
Facsimile:   (202) 682-1639
Email:        jhollingsworth@hollingsworthllp.com
              elasker@hollingsworthllp.com

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: | |
| *Charles Trobona and Debbie Trobona v. Monsanto Co. et al.*, Case No. 3:19-cv-07234-VC | |

## DEFENDANT BAYER CORPORATION'S ANSWER TO PLAINTIFFS' COMPLAINT

Pursuant to Rule 12 of the Federal Rules of Civil Procedure, Defendant Bayer

Corporation ("Bayer Corporation"), by and through its counsel, respectfully responds by

generally denying all allegations contained in the Complaint ("the Complaint"), except as set

forth below.  Bayer Corporation denies – and objects to – allegations by plaintiffs that purport to

lump Bayer Corporation together with other defendants.  Bayer Corporation responds to this

Complaint only on behalf of Bayer Corporation and not on behalf of any other defendant.

Silence as to any allegations shall constitute a denial.

1.       Bayer Corporation lacks information or knowledge sufficient to form a belief as

to the truth of the allegations in paragraph 1 and therefore denies those allegations.

2.       Bayer Corporation lacks information or knowledge sufficient to form a belief as

to the truth of the allegations in paragraph 2 and therefore denies those allegations.

3.      Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 3 and therefore denies those allegations.

4.      Bayer Corporation admits that plaintiffs purport to bring an action for damages allegedly related to plaintiff's workplace exposure to Roundup®-branded products but denies any liability as to that claim.  Bayer Corporation denies the remaining allegations in paragraph 4.

5.      Bayer Corporation denies the allegations in paragraph 5.

6.      The allegations in paragraph 6 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

7.      The allegations in paragraph 7 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

8.      To the extent that the allegations in paragraph 8 are directed at Bayer Corporation, Bayer Corporation denies those allegations.  As to plaintiffs' allegations directed to Monsanto, Bayer Corporation refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.  Bayer Corporation otherwise lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 8 and therefore denies those allegations.

9.      The allegations in paragraph 9 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

10.      The allegations in paragraph 10 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

11.      The allegations in paragraph 11 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

12.      The allegations in paragraph 12 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

13.      The allegations in paragraph 13 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

14.     The allegations in paragraph 14 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

15.     In response to the allegations in the first sentence of paragraph 15, Bayer Corporation admits that its principal place of business is in Whippany, New Jersey and denies the remaining allegations in the first sentence of paragraph 15.  The remaining allegations in paragraph 15 set forth conclusions of law for which no response is required.

16.     The allegations in paragraph 16 set forth conclusions of law for which no response is required.

17.     The allegations in paragraph 17 set forth conclusions of law for which no response is required.

18.     The allegations in paragraph 18 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

19.     In response to the allegations in the paragraph 19, Bayer Corporation admits that it is an indirect subsidiary of Bayer AG.

20.     The allegations in paragraph 20 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

21.     The allegations in paragraph 21 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

22.     As to plaintiffs' allegations directed to Monsanto, Bayer Corporation refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.  Bayer Corporation denies that it engaged in any wrongdoing or wrongful acts or omissions.  The remaining allegations in paragraph 22 set forth conclusions of law, so no response is required for these allegations.

23.     The allegations in paragraph 23 set forth conclusions of law for which no response is required.

24.     Bayer Corporation admits the allegations in paragraph 24.

BAYER CORPORATION'S ANSWER TO PLAINTIFFS' COMPLAINT
3:16-md-02741-VC & 3:19-cv-07234-VC

25.     The allegations in paragraph 25 set forth conclusions of law for which no response is required.

26.     In response to the allegations in paragraph 26, denies any "omissions" and certain events giving rise to plaintiffs' claim.  Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 26 regarding where certain other events giving rise to plaintiffs' claim occurred and therefore denies those allegations.  The remaining allegations in paragraph 26 set forth conclusions of law for which no response is required.

27.     Bayer Corporation admits that glyphosate is an herbicide that is used to kill invasive plants and weeds.  The remaining allegations in paragraph 27 are vague and ambiguous and Monsanto lacks information or knowledge sufficient to form a belief as to the truth of the remaining allegations in paragraph 27 and therefore denies those allegations.

28.     Bayer lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 28 and therefore denies those allegations.

29.     As to plaintiffs' allegations directed to Monsanto, Bayer Corporation refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.  In response to the allegations in paragraph 29, Bayer Corporation denies that glyphosate exposure causes cancer.

30.     The allegations in paragraph 30 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

31.     The allegations in paragraph 31 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

32.     The allegations in paragraph 32 set forth conclusions of law for which no response is required.

33.     Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 33 and therefore denies those allegations.

BAYER CORPORATION'S ANSWER TO PLAINTIFFS' COMPLAINT
3:16-md-02741-VC & 3:19-cv-07234-VC

34.     The allegations in paragraph 34 set forth conclusions of law for which no response is required.

35.     Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 35 and therefore denies those allegations.

36.     The allegations in paragraph 36 set forth conclusions of law for which no response is required.  To the extent that a response is deemed required, Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 36 and therefore denies those allegations.

37.     As to plaintiffs' allegations directed to Monsanto, Bayer Corporation refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.  Bayer Corporation otherwise lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 37 and therefore denies those allegations.

38.     The allegations in paragraph 38 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

39.     The allegations in paragraph 39 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

40.     Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 40 and therefore denies those allegations.

41.     Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 41 and therefore denies those allegations.

42.     The allegations in paragraph 42 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.  To the extent that a response is deemed required, Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 42 and therefore denies those allegations.

43.     The allegations in paragraph 43 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

44.     To the extent that the allegations in paragraph 44 are directed at a defendant other than Bayer Corporation, those allegations do not require a response from Bayer Corporation

45.     The allegations in paragraph 45 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

46.     Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in last sentence of paragraph 46.  The remaining allegations in paragraph 46 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

47.     As to plaintiffs' allegations directed to Monsanto, Bayer Corporation refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.  Bayer Corporation otherwise lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 47 and therefore denies those allegations.

48.     As to plaintiffs' allegations directed to Monsanto, Bayer Corporation refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.  Bayer Corporation otherwise lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 48 and therefore denies those allegations.

49.     As to plaintiffs' allegations directed to Monsanto, Bayer Corporation refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.  Bayer Corporation otherwise lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 49 and therefore denies those allegations.

50.     As to plaintiffs' allegations directed to Monsanto, Bayer Corporation refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.  Bayer Corporation otherwise lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 50 and therefore denies those allegations.

51.     Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 51 and therefore denies those allegations.

BAYER CORPORATION'S ANSWER TO PLAINTIFFS' COMPLAINT
3:16-md-02741-VC & 3:19-cv-07234-VC

52.     Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 52 and therefore denies those allegations.

53.     Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 53 and therefore denies those allegations.

54.     Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 54 and therefore denies those allegations.

55.     In response to the allegations in paragraph 55, Bayer Corporation admits that in March 2015 the International Agency for Research on Cancer ("IARC") working group classified glyphosate under Group 2A.  Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the remaining allegations in paragraph 55 and therefore denies those allegations.

56.     In response to the allegations in paragraph 56, Bayer Corporation admits that the full IARC Monograph regarding glyphosate was published on July 29, 2015 and that the Monograph purported to classify glyphosate as a class 2A carcinogen.  Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the remaining allegations in paragraph 56 and therefore denies those allegations.

57.     Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 57 and therefore denies those allegations.

58.     Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 58 and therefore denies those allegations.

59.     Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 59 and therefore denies those allegations.

60.     Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the remaining allegations in paragraph 60 and therefore denies those allegations.

61.     Bayer Corporation denies that glyphosate exposure causes cancer.  Bayer Corporation otherwise lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 61 and therefore denies those allegations.

62.     Bayer Corporation denies that glyphosate exposure causes DNA and chromosomal damage.  Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 62 and therefore denies those allegations.

63.     Bayer Corporation denies that glyphosate exposure causes cancer.  Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 63 and therefore denies those allegations.

64.     Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 64 and therefore denies those allegations.

65.     Bayer Corporation denies that glyphosate exposure causes DNA and chromosomal damage.  Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the remaining allegations in paragraph 65 and therefore denies those allegations.

66.     Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 66 and therefore denies those allegations.

67.     Bayer Corporation denies that glyphosate exposure causes cancer.  Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the remaining allegations in paragraph 67 and therefore denies those allegations.

68.     Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 68 and therefore denies those allegations.

69.     Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 69 and therefore denies those allegations.

70.     Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 70 and therefore denies those allegations.

71.     Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 71 and therefore denies those allegations.

72.     Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 72 and therefore denies those allegations.

73.     Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 73 and therefore denies those allegations.

74.     Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 74 and therefore denies those allegations.

75.     Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 75 and therefore denies those allegations.

76.     Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 76 and therefore denies those allegations.

77.     Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 77 and therefore denies those allegations.

78.     Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 78 and therefore denies those allegations.

79.     Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 79 and therefore denies those allegations.

80.     Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 80 and therefore denies those allegations. Bayer Corporation denies that glyphosate causes cancer.

81.     As to plaintiffs' allegations directed to Monsanto, Bayer Corporation refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.  Bayer Corporation denies the remaining allegations in paragraph 81.

82.     In response to the allegations in paragraph 82, Bayer Corporation admits that Roundup®-branded products are safe, non-carcinogenic, and non-genotoxic when used in accordance with the product's EPA approved labeling.  Bayer Corporation otherwise denies the allegations in paragraph 82.

83.     The cited document speaks for itself and does not require a response.

84.     Bayer Corporation denies that exposure to Roundup®-branded products and glyphosate exposed plaintiff to risk of plaintiff's alleged cancer and denies the remaining

allegations in paragraph 84.  As to plaintiffs' allegations directed to Monsanto, Bayer Corporation refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.  Bayer Corporation denies the remaining allegations in paragraph 84.

85.    The allegations in the second sentence of paragraph 85 set forth conclusions of law for which no response is required.  To the extent that the remaining allegations in paragraph 85 are directed at Bayer Corporation, Bayer Corporation denies those allegations.  As to plaintiffs' allegations directed to Monsanto, Bayer Corporation refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.

86.    To the extent that the allegations in the first, second, third, and fourth sentences of paragraph 86 are directed at Bayer Corporation, Bayer Corporation denies those allegations.  As to plaintiffs' allegations in the first, second, third, and fourth sentences directed to Monsanto, Bayer Corporation refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.  The allegations in the fifth sentence of paragraph 86 consist of attorney characterizations and are accordingly denied or comprise allegations for which Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations asserted and therefore denies those allegations.  The allegations in the last sentence of paragraph 86 set forth conclusions of law for which no response is required.  To the extent that a response is required:  (a) as to plaintiffs' allegations directed to Monsanto, Bayer Corporation refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever; and (b) Bayer Corporation denies the remaining allegations in paragraph 86.

87.    Bayer Corporation incorporates by reference its responses to paragraphs 1 through 86 in response to paragraph 87 of plaintiffs' Complaint.

88.    The allegations in paragraph 88 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

89.    The allegations in paragraph 89 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

90.     As to plaintiffs' allegations directed to Monsanto, Bayer Corporation refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.  Bayer Corporation otherwise denies the allegations in paragraph 90.

91.     As to plaintiffs' allegations directed to Monsanto, Bayer Corporation refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.  Bayer Corporation otherwise denies the allegations in paragraph 91.

92.     As to plaintiffs' allegations directed to Monsanto, Bayer Corporation refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.  Bayer Corporation otherwise denies the allegations in paragraph 92.

93.     As to plaintiffs' allegations directed to Monsanto, Bayer Corporation refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.  Bayer Corporation otherwise denies the allegations in paragraph 93.

94.     The allegations in paragraph 94 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

95.     The allegations in paragraph 95, including all subparts thereto, are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

96.     Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 96 concerning plaintiff's claimed use of or exposure to Roundup®-branded products and therefore denies those allegations.  As to plaintiffs' allegations directed to Monsanto, Bayer Corporation refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.  Bayer Corporation denies that Roundup®-branded products have "dangerous characteristics."

97.     Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 97 concerning plaintiff's claimed use of or exposure to Roundup®-branded products and therefore denies those allegations.  As to plaintiffs' allegations directed to Monsanto, Bayer Corporation refers plaintiff to Monsanto's answer, which denies all

liability or wrongdoing whatsoever.  Bayer Corporation denies that Roundup®-branded products have "dangerous characteristics."

98.     Bayer Corporation denies the allegations in paragraph 98.

99.     As to plaintiffs' allegations directed to Monsanto, Bayer Corporation refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.  Bayer Corporation otherwise denies the allegations in paragraph 99.

100.     The allegations in paragraph 100 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

101.     The allegations in paragraph 101 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

102.     The allegations in paragraph 102 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

103.     The allegations in paragraph 103 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

104.     The allegations in paragraph 104 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

105.     The allegations in paragraph 105 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

In response to the "WHEREFORE" paragraph following paragraph 105, Bayer Corporation demands that judgment be entered in its favor and against plaintiff; that plaintiffs' Complaint be dismissed, with prejudice; and that Bayer Corporation be awarded costs of suit and reasonable attorney's fees as allowed by law and such further and additional relief as this Court may deem just and proper.

106.     Bayer Corporation incorporates by reference its responses to paragraphs 1 through 105 in response to paragraph 106 of plaintiffs' Complaint.

107.     The allegations in paragraph 107 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

1

2

108.    The allegations in paragraph 108 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

3

4

109.    The allegations in paragraph 109 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

5

6

110.    The allegations in paragraph 110 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

7

8

111.    The allegations in paragraph 111 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

9

10

112.    The allegations in paragraph 112 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

11

12

113.    The allegations in paragraph 113 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

13

14

114.    The allegations in paragraph 114 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

15

16

17

115.    As to plaintiffs' allegations directed to Monsanto, Bayer Corporation refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.  Bayer Corporation otherwise denies the allegations in paragraph 115.

18

19

20

21

22

23

116.    Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 116 concerning plaintiff's claimed use of or exposure to Roundup®-branded products and therefore denies those allegations.  As to plaintiffs' allegations directed to Monsanto, Bayer Corporation refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.  Bayer Corporation denies that Roundup®-branded products have "dangerous characteristics."

24

25

26

27

117.    Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 117 concerning plaintiff's claimed use of or exposure to Roundup®-branded products and therefore denies those allegations.  As to plaintiffs' allegations directed to Monsanto, Bayer Corporation refers plaintiff to Monsanto's answer,

28

BAYER CORPORATION'S ANSWER TO PLAINTIFFS' COMPLAINT
3:16-md-02741-VC & 3:19-cv-07234-VC

which denies all liability or wrongdoing whatsoever.  Bayer Corporation denies that Roundup®-branded products have "dangerous characteristics."

118.     As to plaintiffs' allegations directed to Monsanto, Bayer Corporation refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.  Bayer Corporation otherwise denies the allegations in paragraph 118.

119.     As to plaintiffs' allegations directed to Monsanto, Bayer Corporation refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.  Bayer Corporation otherwise denies the allegations in paragraph 119.

120.     The allegations in paragraph 120 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

121.     The allegations in paragraph 121 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

122.     The allegations in paragraph 122 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

123.     The allegations in paragraph 123 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

124.     As to plaintiffs' allegations directed to Monsanto, Bayer Corporation refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.  Bayer Corporation otherwise denies the allegations in paragraph 124.

125.     The allegations in paragraph 125 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

126.     The allegations in paragraph 126 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

In response to the "WHEREFORE" paragraph following paragraph 126, Bayer Corporation demands that judgment be entered in its favor and against plaintiffs; that plaintiffs' Complaint be dismissed, with prejudice; and that Bayer Corporation be awarded costs of suit and

reasonable attorney's fees as allowed by law and such further and additional relief as this Court may deem just and proper.

127.     Bayer Corporation incorporates by reference its responses to paragraphs 1 through 126 in response to paragraph 127 of plaintiffs' Complaint.

128.     The allegations in paragraph 128 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

129.     The allegations in paragraph 129 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

130.     The allegations in paragraph 130 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

131.     The allegations in paragraph 131 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

132.     The allegations in paragraph 132 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

133.     The allegations in paragraph 133 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

134.     The allegations in paragraph 134 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

135.     The allegations in paragraph 135 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

136.     The allegations in paragraph 136, including all subparts thereto, are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

137.     The allegations in paragraph 137 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

138.     Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations asserted in paragraph 138 and therefore denies those allegations.

- 15 -

139.    The allegations in paragraph 139 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

140.    The allegations in paragraph 140 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

141.    The allegations in paragraph 141 are directed at a defendant other than Bayer Corporation, so no response from Bayer Corporation is required for these allegations.

In response to the "WHEREFORE" paragraph following paragraph 141, Bayer Corporation demands that judgment be entered in its favor and against plaintiff; that plaintiffs' Complaint be dismissed, with prejudice; and that Bayer Corporation be awarded costs of suit and reasonable attorney's fees as allowed by law and such further and additional relief as this Court may deem just and proper.

142.    Bayer Corporation incorporates by reference its responses to paragraphs 1 through 141 in response to paragraph 142 of plaintiffs' Complaint.

143.    As to plaintiffs' allegations directed to Monsanto, Bayer Corporation refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.  Bayer Corporation otherwise denies the allegations in paragraph 143.

144.    As to plaintiffs' allegations directed to Monsanto, Bayer Corporation refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.  Bayer Corporation otherwise denies the allegations in paragraph 144.

145.    As to plaintiffs' allegations directed to Monsanto, Bayer Corporation refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.  Bayer Corporation otherwise denies the allegations in paragraph 145.

146.    As to plaintiffs' allegations directed to Monsanto, Bayer Corporation refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.  Bayer Corporation otherwise denies the allegations in paragraph 146.

147.     As to plaintiffs' allegations directed to Monsanto, Bayer Corporation refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.  Bayer Corporation otherwise denies the allegations in paragraph 147.

148.     As to plaintiffs' allegations directed to Monsanto, Bayer Corporation refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.  Bayer Corporation otherwise denies the allegations in paragraph 148.

149.     As to plaintiffs' allegations directed to Monsanto, Bayer Corporation refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.  Bayer Corporation otherwise denies the allegations in paragraph 149.

150.     Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 150 regarding plaintiffs' actions, and therefore Bayer Corporation denies those allegations.  Bayer Corporation denies the remaining allegations in paragraph 150.

151.     As to plaintiffs' allegations directed to Monsanto, Bayer Corporation refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.   Bayer Corporation otherwise denies the allegations in paragraph 151.

152.     As to plaintiffs' allegations directed to Monsanto, Bayer Corporation refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.   Bayer Corporation otherwise denies the allegations in paragraph 152.

In response to the "WHEREFORE" paragraph following paragraph 152 Bayer Corporation demands that judgment be entered in its favor and against plaintiffs; that plaintiffs' Complaint be dismissed, with prejudice; and that Bayer Corporation be awarded costs of suit and reasonable attorney's fees as allowed by law and such further and additional relief as this Court may deem just and proper.

153.     Bayer Corporation incorporates by reference its responses to paragraphs 1 through 141 in response to paragraph 142 of plaintiffs' Complaint.

154.    The allegations in paragraph 154 set forth conclusions of law for which no response is required.

155.    As to plaintiffs' allegations directed to Monsanto, Bayer Corporation refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.   Bayer Corporation otherwise denies the allegations in paragraph 155.

156.    As to plaintiffs' allegations directed to Monsanto, Bayer Corporation refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.   Bayer Corporation otherwise denies the allegations in paragraph 156.

157.    As to plaintiffs' allegations directed to Monsanto, Bayer Corporation refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.   Bayer Corporation otherwise denies the allegations in paragraph 157.

158.    As to plaintiffs' allegations directed to Monsanto, Bayer Corporation refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.   Bayer Corporation otherwise denies the allegations in paragraph 158.

159.    As to plaintiffs' allegations directed to Monsanto, Bayer Corporation refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.   Bayer Corporation otherwise denies the allegations in paragraph 159.

160.    As to plaintiffs' allegations directed to Monsanto, Bayer Corporation refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.   Bayer Corporation otherwise denies the allegations in paragraph 160.

161.    As to plaintiffs' allegations directed to Monsanto, Bayer Corporation refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.   Bayer Corporation otherwise denies the allegations in paragraph 161.

162.    As to plaintiffs' allegations directed to Monsanto, Bayer Corporation refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.   Bayer Corporation lacks information or knowledge sufficient to form a belief as to the truth of the

allegations in paragraph 162 regarding plaintiffs' actions, and therefore Bayer Corporation denies those allegations.  Bayer Corporation denies the remaining allegations in paragraph 162.

163.    As to plaintiffs' allegations directed to Monsanto, Bayer Corporation refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.   Bayer Corporation otherwise denies the allegations in paragraph 163.

164.    As to plaintiffs' allegations directed to Monsanto, Bayer Corporation refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.   Bayer Corporation otherwise denies the allegations in paragraph 164.

165.    As to plaintiffs' allegations directed to Monsanto, Bayer Corporation refers plaintiff to Monsanto's answer, which denies all liability or wrongdoing whatsoever.   Bayer Corporation otherwise denies the allegations in paragraph 165.

In response to the "WHEREFORE" paragraph following paragraph 165 Bayer Corporation demands that judgment be entered in its favor and against plaintiffs; that plaintiffs' Complaint be dismissed, with prejudice; and that Bayer Corporation be awarded costs of suit and reasonable attorney's fees as allowed by law and such further and additional relief as this Court may deem just and proper.

166.    Bayer Corporation incorporates by reference its responses to paragraphs 1 through 165 in response to paragraph 166 of plaintiffs' Complaint.

167.    The allegations in paragraph 167 set forth conclusions of law for which no response is required.

168.    Bayer Corporation denies the allegations in paragraph 168.

In response to both the "WHEREFORE" paragraphs following paragraph 168, Monsanto demands that judgment be entered in its favor and against plaintiffs; that plaintiffs' Complaint be dismissed, with prejudice; and that Monsanto be awarded costs of suit and reasonable attorney's fees as allowed by law and such further and additional relief as this Court may deem just and proper.

In response to the allegations in the section entitled "PRAYER FOR RELIEF," Bayer Corporation demands that judgment be entered in its favor and against plaintiff; that plaintiffs' Complaint be dismissed, with prejudice; and that Bayer Corporation be awarded costs of suit and reasonable attorney's fees as allowed by law and such further and additional relief as this Court may deem just and proper.

Every allegation in the Complaint that is not specifically and expressly admitted in this Answer is hereby specifically and expressly denied.

### SEPARATE AND AFFIRMATIVE DEFENSES

1.      The Complaint, in whole or part, fails to state a claim or cause of action against Bayer Corporation upon which relief can be granted.

2.      Plaintiff's claims against Bayer Corporation are barred for lack of personal jurisdiction.

3.      Plaintiff's claims against Bayer Corporation are barred because Bayer Corporation never manufactured, distributed, or sold Roundup®-branded products.

4.      Plaintiffs' claims against Bayer Corporation are barred because plaintiffs cannot proffer any scientifically reliable evidence that the products at issue were defective or unreasonably dangerous.

5.      Any alleged negligent or culpable conduct of Bayer Corporation, none being admitted, was so insubstantial as to be insufficient to be a proximate or substantial contributing cause of plaintiff's alleged injuries.

6.      Plaintiffs' claims against Bayer Corporation are barred, in whole or in part, because the products at issue were designed, manufactured, marketed and labeled with proper warnings, information, cautions and instructions, in accordance with the state of the art and the state of scientific and technological knowledge.

7.      Plaintiffs' claims against Bayer Corporation are barred, in whole or in part, because the products at issue were not defective or unreasonably dangerous in that they complied with, at all relevant times, all applicable government safety standards.

8.      Any claims based on allegations that Bayer Corporation misled, defrauded, made misrepresentations to, or withheld information from U.S. EPA are preempted by federal law. *See, e.g.*, *Buckman Co. v. Plaintiffs' Legal Comm.*, 531 U.S. 341 (2001); *Nathan Kimmel, Inc. v. Dowelanco*, 275 F.3d 1199 (9th Cir. 2002).

9.      Plaintiffs' claims against Bayer Corporation are preempted, in whole or in part, by applicable federal law relating to the design, testing, producing, manufacturing, labeling, distributing, modeling, processing, and supply of Roundup®-branded products and/or glyphosate-containing products.

10.     Plaintiffs' claims against Bayer Corporation are preempted, in whole or in part, because of U.S. EPA findings that glyphosate does not cause cancer in humans and/or because of U.S. EPA-approved product labeling.

11.     Plaintiffs' claims against Bayer Corporation are barred, in whole or in part, by the doctrine of primary jurisdiction, including by the authority delegated by Congress to the U.S. EPA.

12.     Plaintiffs' claims against Bayer Corporation are barred, in whole or in part, because plaintiff's injuries, if any, were the result of conduct of plaintiff, independent third parties, and/or events that were extraordinary under the circumstances, not foreseeable in the normal course of events, and/or independent, intervening and superseding causes of the alleged injuries, including but not limited to plaintiff's pre-existing medical conditions.

13.     The doctrines contained in Restatement (Second) of Torts § 402A, comments j and k, bar plaintiffs' claims against Bayer Corporation in whole or in part.

14.     Applicable statutes of limitations and/or repose, or prescriptive periods, bar plaintiffs' claims against Bayer Corporation in whole or in part.

15.     Plaintiff's misuse or abnormal use of the product or failure to follow instructions bar plaintiff's claims against Bayer Corporation in whole or in part.

16.     If plaintiff suffered injuries or damages as alleged, which is denied, such injuries or damages resulted from:  (a) acts or omissions of persons or entities for which Bayer

BAYER CORPORATION'S ANSWER TO PLAINTIFFS' COMPLAINT
3:16-md-02741-VC & 3:19-cv-07234-VC

Corporation is neither liable nor responsible or, in the alternative, Bayer Corporation is entitled to an assessment of the relative degree of fault of all such persons and entities; or (b) resulted from diseases and/or causes that are not related or connected with any product sold, distributed, or manufactured by Bayer Corporation.  Such acts or omissions on the part of others or diseases or causes constitute an independent, intervening and sole proximate cause of plaintiff's alleged injuries or damages.

17.     Bayer Corporation had no legal relationship or privity with plaintiffs and owed no duty to them by which liability could be attributed to it.

18.     Plaintiffs' claims against Bayer Corporation are preempted or otherwise barred in whole or in part by the Freedom of Speech Clause of the First Amendment of the U.S. Constitution.

19.     Plaintiffs' claims against Bayer Corporation for punitive, aggravated, and/or treble damages are barred because such an award would violate Bayer Corporation's due process, equal protection and other rights under the United States Constitution, the Louisiana Constitution, and/or other applicable state constitutions.

20.     Plaintiffs' claims against Bayer Corporation for punitive, aggravated, and/or treble damages are barred because plaintiffs have failed to allege conduct warranting imposition of such damages under Louisiana law and/or other applicable state laws.

21.     Plaintiffs' claims against Bayer Corporation for punitive, aggravated, and/or treble damages are barred and/or limited by operation of state and/or federal law, including La. Rev. Stat. § 9:2800.52.

22.     Plaintiffs' claims against Bayer Corporation are barred in whole or in part by plaintiff's contributory/comparative negligence.

23.     Plaintiffs' claims against Bayer Corporation are barred in whole or in part by plaintiffs' failure to mitigate damages.

24.     Plaintiffs' claims against Bayer Corporation are barred in whole or in part by the sophisticated user doctrine.

25.     Plaintiffs' recovery, if any, shall be reduced by those payments that plaintiffs have received and/or will receive from collateral sources.

26.     If plaintiff has been injured or damaged, no injury or damages being admitted, such injuries were not caused by a Bayer Corporation product.

27.     Plaintiffs' claims against Bayer Corporation are barred or limited to the extent that plaintiffs assert claims that are governed by the laws of a state that does not recognize, or limits, such claims.

28.     Plaintiffs have failed to allege fraud with sufficient particularity.

29.     Plaintiffs' common law claims are barred, in whole or part, by application of Louisiana Products Liability Act ("LPLA"), La. Rev. Stat. Ann. § 9:2800.51 *et seq.*

30.     Plaintiffs' claims against Bayer Corporation are barred to the extent that plaintiffs seek relief under the laws of states that do not govern plaintiffs' claims.

31.     To the extent plaintiffs' claims are based on conduct that pre-dates 1996, Louisiana's comparative negligence regime may not apply, and plaintiffs' claims may be barred by contributory negligence.

32.     To the extent plaintiffs' claims are based on conduct that pre-dates 1989, plaintiffs' claims under the LPLA may be barred.

33.     Plaintiffs' claims for punitive damages are barred under Louisiana Civil Code Article 3546.

34.     Bayer Corporation hereby gives notice that it intends to rely upon such other defenses as may become available or apparent during the course of discovery and thus reserves its right to amend this Answer to assert such defenses.

**WHEREFORE**, Defendant Bayer Corporation demands judgment in its favor and against plaintiffs, dismissing plaintiffs' Complaint with prejudice, together with the costs of suit and such other relief as the Court deems equitable and just.

## JURY TRIAL DEMAND

Bayer Corporation demands a jury trial on all issues so triable.

DATED:  November 5, 2019

Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth (*pro hac vice*)
(jhollingsworth@hollingsworthllp.com)
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, DC  20005
Telephone:  (202) 898-5800
Facsimile:   (202) 682-1639

*Attorneys for Defendant*
*BAYER CORPORATION*

BAYER CORPORATION'S ANSWER TO PLAINTIFFS' COMPLAINT
3:16-md-02741-VC & 3:19-cv-07234-VC