# **EXHIBIT 1**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

| | |
|---|---|
| ROGER BRYANT, *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>MONSANTO COMPANY, *et al.*,<br><br>        Defendants. | Case No. 3:19-cv-00602 |

## SUPPLEMENTAL DECLARATION OF DAVID A. WOODMANSEE

I, David A. Woodmansee, hereby declares as follows:

1.      I am over the age of 18. I am a Manager of Flexsys America, L.P. (incorrectly named in this lawsuit as Flexsys America Limited, as discussed in my prior declaration (dated August 19, 2019)). I am also Vice President and Secretary of Flexsys America, LLC. In addition, I am Vice President and Secretary of Solutia Inc.

2.      The facts set forth below are based on my personal knowledge and my knowledge of business records of Flexsys America, L.P.; Flexsys America, LLC; and Solutia Inc.

3.      I submit this declaration to clarify and/or supplement certain statements in paragraph 4 of my prior declaration.

4.      My prior declaration stated that "Flexsys America, LLC is a wholly owned subsidiary of Solutia Inc." In other words, Solutia Inc. is the only owner – *i.e.*, the sole member – of Flexsys America, LLC.

5.      My prior declaration also stated that Solutia Inc. "has its principal place of business in the State of Missouri." The address of that principal place of business and corporate headquarters of Solutia Inc. is 575 Maryville Centre Drive, St. Louis, Missouri 63141. That

information is set forth in the "Principal Place of Business or Corporate Headquarters" field on the Annual Registration Report filed by Solutia Inc. on March 26, 2019 with the Missouri Secretary of State (copy attached as Exhibit A).

In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated:  September 30 , 2019

David A. Woodmansee

# EXHIBIT A

F00444897
Date Filed: 3/26/2019
**John R. Ashcroft**
**Missouri Secretary of State**

John R. Ashcroft Secretary of State
**2018 ANNUAL REGISTRATION REPORT**
BUSINESS

*SECTION 1, 3 & 4 ARE REQUIRED

REPORT DUE BY: 7/31/2018

RENEWAL MONTH:
APRIL

☐ I OPT TO CHANGE THE CORPORATION'S
RENEWAL MONTH TO _____ FOR A $25.00 FEE

F00444897
SOLUTIA INC.
(SECRETARY OF STATE)
600 W MAIN ST.
JEFFERSON CITY MO 65102

PRINCIPAL PLACE OF BUSINESS OR CORPORATE HEADQUARTERS:
575 Maryville Centre Dr   (Required)
STREET
St. Louis, MO 63141
CITY / STATE                                    ZIP

If changing the registered agent and/or registered office address, please check the appropriate box(es) and fill in the necessary information.

☐ The new registered agent _____
IF CHANGING THE REGISTERED AGENT, AN ORIGINAL WRITTEN CONSENT FROM THE NEW REGISTERED AGENT MUST BE ATTACHED AND FILED WITH THIS REGISTRATION REPORT.

☐ The new registered office address _____

Must be a Missouri address. PO Box alone is not acceptable. This section is not applicable for Banks, Trusts and Foreign Insurance.

**OFFICERS** (A)
NAME AND PHYSICAL ADDRESS (P.O. BOX ALONE NOT ACCEPTABLE).
MUST LIST PRESIDENT AND SECRETARY BELOW

**BOARD OF DIRECTORS** (B)
NAME AND PHYSICAL ADDRESS (P.O. BOX ALONE NOT ACCEPTABLE).
MUST LIST AT LEAST ONE DIRECTOR BELOW

| | OFFICERS | | BOARD OF DIRECTORS |
|---|---|---|---|
| PRES | B Travis Smith (Required) | NAME | David A. Golden (Required) |
| STREET | 200 S. Wilcox Drive | STREET | 200 S. Wilcox Drive |
| CITY/STATE/ZIP | Kingsport, TN 37660 | CITY/STATE/ZIP | Kingsport, TN 37660 |
| V-PRES | John P. Caviness | NAME | |
| STREET | 200 S. Wilcox | STREET | |
| CITY/STATE/ZIP | Kingsport, TN 37660 | CITY/STATE/ZIP | |
| SECRETARY | David A. Woodmansee (Required) | NAME | |
| STREET | 200 S. Wilcox Drive | STREET | |
| CITY/STATE/ZIP | Kingsport, TN 37660 | CITY/STATE/ZIP | |
| TREASURER | William T. McLain, Jr. | NAME | |
| STREET | 200 S. Wilcox Drive | STREET | |
| CITY/STATE/ZIP | Kingsport, TN 37660 | CITY/STATE/ZIP | |

NAMES AND ADDRESSES OF ALL OTHER OFFICERS AND DIRECTORS ARE ATTACHED

The undersigned understands that false statements made in this report are punishable for the crime of making a false declaration under Section 575.060 RSMo. Photocopy or stamped signature not acceptable.

Authorized party or officer sign here _____ (Required)

Please print name and title of signer:
NAME: Ryan Sullivan / Attorney-In-Fact
TITLE

REGISTRATION REPORT FEE IS:
$45.00 if filed on or before 7/31/2018
$60.00 if filed on or before 8/31/2018
$75.00 if filed on or before 9/30/2018
$90.00 if filed on or before 10/31/2018
ADD AN ADDITIONAL $25.00 FEE IF CHANGING THE RENEWAL MONTH.

WHEN THIS FORM IS ACCEPTED BY THE SECRETARY OF STATE, BY LAW IT WILL BECOME A PUBLIC DOCUMENT AND ALL INFORMATION PROVIDED IS SUBJECT TO PUBLIC DISCLOSURE

E-MAIL ADDRESS (OPTIONAL): _____

REQUIRED INFORMATION MUST BE COMPLETE OR THE REGISTRATION REPORT WILL BE REJECTED
RETURN COMPLETED REGISTRATION REPORT AND PAYMENT TO: Secretary of State, P.O. Box 778, Jefferson City, MO 65102

ORI-03262019-0863 State of Missouri
No of Pages 3 Pages



Annual Registration Report

**Solutia Inc.**
**Additional Officers and Officers' Addresses Attachment**
**For 2018 Annual Registration Report**

V-PRES - Paul Edwin Williamson
200 S. Wilcox Drive
Kingsport, TN 37660

V-PRES - David A. Woodmansee
200 S. Wilcox Drive
Kingsport, TN 37660

ASSISTANT SECRETARY - Paul Edwin Williamson
200 S. Wilcox Drive
Kingsport, TN 37660

## Limited Power of Attorney

The undersigned Officer of Solutia Inc., a Delaware entity ("the Company"), appoints Ryan Sullivan as attorneyinfact(s) for the Company and its subsidiaries for the limited purposes authorized in this Limited Power of Attorney. Danielle Gossman, Special Secretary grants to the attorneyinfact the power to execute the documents necessary to change the registered agent, change of address, amendments, fictitious name registrations, fictitious name renewals, qualifications, annual reports, amended annual reports, initial reports, obtain tax clearance/compliance certificate(s), withdraw, dissolve, reinstate, convert or form the Company and its subsidiaries. The named individuals shall act in such office and with such authority as is required to effect the changes contemplated in this Limited Power of Attorney.

This Limited Power of Attorney expires on the earlier of (a) the filing of change of registered agents and/or change of address and/or amendments and/or fictitious name registrations and/or fictitious name renewals and/or qualifications and/or annual reports and/or amended annual reports and/or initial reports and/or withdraw and/or dissolve and/or formations and/or reinstate for the Company and its subsidiaries or (b) six months after the Effective Date set forth below. The Company may revoke this Power of Attorney at any time by written notice to Corporate Creations, 11380 Prosperity Farms Road #221E, Palm Beach Gardens, FL 33410.

The undersigned has executed this Limited Power of Attorney effective as of this 21st day of March, 2019.

Solutia Inc.

By: _____
Name: Danielle Gossman
Title: Special Secretary

STATE OF FLORIDA
COUNTY OF PALM BEACH

Subscribed and sworn to before me this 21st day of March, 2019.

_____
Notary Public

CARLOS M. ALVAREZ
Commission # GG 208206
Expires April 17, 2022
Bonded Thru Troy Fain Insurance 800-385-7019