Jennie Lee Anderson (SBN 203586)
jennie@andrusanderson.com
Lori E. Andrus (SBN 205816)
lori@andrusanderson.com
Leland H. Belew (SBN 293096)
leland@andrusanderson.com
ANDRUS ANDERSON LLP
155 Montgomery Street, Suite 900
San Francisco, CA  94104
Telephone:    (415) 986-1400
Facsimile:    (415) 986-1474

*Attorneys for Plaintiff Kevin Kearns*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No.: 3:16-md-02741-VC |
| This Document Relates To:<br>*Kevin Kearns v. Monsanto Company*, Case No. 3:19-cv-06709-VC | **NOTICE OF APPEARANCE OF COUNSEL FOR PLAINTIFF KEVIN KEARNS** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Jennie Lee Anderson, Lori E. Andrus and Leland H. Belew, of ANDRUS ANDERSON LLP, hereby enter their appearances in the above-captioned matter as counsel for Plaintiff KEVIN KEARNS, and respectfully request all pleadings, notices, orders, correspondence, and other papers in connection with this action be served upon them at the addresses noted above.

Dated: November 6, 2019          By:     */s/ Jennie Lee Anderson*
                                        Jennie Lee Anderson


                                         */s/ Lori E. Andrus*
                                        Lori E. Andrus


                                         */s/ Leland H. Belew*
                                        Leland H. Belew

                                        Jennie Lee Anderson (SBN 203586)

-1-                                             Case No. 3:16-md-02741-VC
NOTICE OF APPEARANCE OF COUNSEL

Lori E. Andrus (SBN 205816)
Leland H. Belew (SBN 293096)
ANDRUS ANDERSON LLP

*Attorneys for Plaintiff Kevin Kearns*

## **ECF ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), the filing attorney attests that concurrence regarding the filing of this document has been obtained from the signatories above.

Date: November 6, 2019     By:     */s/ Jennie Lee Anderson*
                                    Jennie Lee Anderson