UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to the Master Docket | MDL No. 2741<br><br>Case No. 16-md-02741-VC |

### NOTICE OF APPEARANCE

TO THE CLERK AND ALL PARTIES OF RECORD:

Daniel W. Luginbill, Esq., of the law firm McGowan, Hood & Felder, LLC, hereby enters a Notice of Appearance on behalf of Plaintiff Johnny Strickland.

Respectfully submitted this 7th day of November 2019.

s/ *Daniel W. Luginbill*
Daniel W. Luginbill
Federal ID No.: 07600DL
SC Bar ID: 68525
McGowan, Hood & Felder, LLC
757 Johnnie Dodds Blvd., Suite 101
Mt. Pleasant, SC 29464
Telephone: (843) 268-4623
Facsimile: (843) 388-3194
Email: dluginbill@mcgowanhood.com