**CERTIFICATE OF SERVICE**

      I hereby certify that on November 7, 2019, I caused the foregoing Notice of Appearance to be filed with the Clerk of the Court using the CM/ECF system, which will send notification to all counsel of record.

                                               s/ *Daniel W. Luginbill*
                                               Daniel W. Luginbill