## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 7, 2019, I caused the foregoing Notice of Appearance to be filed with the Clerk of the Court using the CM/ECF system, which will send notification to all counsel of record.

<u>s/ *Daniel W. Luginbill*</u>
Daniel W. Luginbill