1 **HOLLINGSWORTH LLP**
Joe G. Hollingsworth (*pro hac vice*)
2 Eric G. Lasker (*pro hac vice*)
1350 I Street, N.W.
3 Washington, DC  20005
Telephone:   (202) 898-5800
4 Facsimile:   (202) 682-1639
Email:        jhollingsworth@hollingsworthllp.com
5                 elasker@hollingsworthllp.com

6 *Attorneys for Defendant*
*MONSANTO COMPANY*
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10 IN RE: ROUNDUP PRODUCTS              | MDL No. 2741
LIABILITY LITIGATION
11                                      | Case No. 3:16-md-02741-VC

12 This document relates to:

13 *Jimmie Fulcher v. Monsanto Co.*,
Case No. 3:19-cv-06028-VC
14

15                    **MONSANTO COMPANY'S**
          **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**
16

17        Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons,

18 associations of persons, firms, partnerships, corporations (including parent corporations) or other

19 entities (i) have a financial interest in the subject matter in controversy or in a party to the

20 proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be

21 substantially affected by the outcome of this proceeding:

22        Defendant Monsanto Company is an indirect, wholly-owned subsidiary of Bayer AG, so

23        Bayer AG has a financial interest in a party to the proceeding.

24

25

26

27
                                      - 1 -
28 MONSANTO COMPANY'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
                    3:16-md-02741-VC & 3:19-cv-06028-VC

1    DATED:  November 7, 2019                    Respectfully submitted,

2

3                                                /s/ Joe G. Hollingsworth
                                                 Joe G. Hollingsworth (*pro hac vice*)
                                                 (jhollingsworth@hollingsworthllp.com)
4                                                Eric G. Lasker (*pro hac vice*)
                                                 (elasker@hollingsworthllp.com)
5                                                HOLLINGSWORTH LLP
                                                 1350 I Street, N.W.
6                                                Washington, DC  20005
                                                 Telephone:  (202) 898-5800
7                                                Facsimile:   (202) 682-1639

8                                                *Attorneys for Defendant*
                                                 *MONSANTO COMPANY*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                        - 2 -