Terri L. Parker
SHOOK, HARDY & BACON L.L.P.
100 N. Tampa St., Suite 2900
Tampa, Florida 33602
Telephone:  813.202.7100
Facsimile:       813.221.8837

*Attorneys for Defendant*
*Monsanto Company*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:  ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>*The Estate of Robert Cochran by Misty Hill, its Administrator v. Monsanto Company,*<br>Case No.  3:17-cv-03200-VC | Case No. MDL No. 2741<br><br>Case No. MDL No. 3:16-md-02741-VC<br><br>**NOTICE OF APPEARANCE ON BEHALF OF MONSANTO COMPANY** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Pretrial Order No. 1, Terri L. Parker, of the firm Shook, Hardy & Bacon L.L.P. hereby enters an appearance as counsel for Defendant MONSANTO COMPANY in the above-captioned matter and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served on and directed to the undersigned counsel.

November 8, 2019                                         Respectfully Submitted

                                                                          SHOOK, HARDY & BACON L.L.P.

                                                                          By:  /s/ *Terri L. Parker*
                                                                                  Terri L. Parker
                                                                                  SHOOK HARDY & BACON L.L.P.
                                                                                  100 N. Tampa Street, Suite 2900
                                                                                  Tampa, FL 33602
                                                                                  Telephone:       (813) 202-7100
                                                                                  Facsimile:         (813) 221-8837
                                                                                  tparker@shb.com

                                                                                  *ATTORNEY FOR DEFENDANT*
                                                                                  *MONSANTO COMPANY*

**CERTIFICATE OF SERVICE**

I hereby certify that, on November 8, 2019, I electronically filed NOTICE OF APPEARANCE OF TERRI L. PARKER ON BEHALF OF DEFENDANT MONSANTO COMPANY with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

DATED: November 8, 2019                              Respectfully submitted,

*/s/ Terri L. Parker*
Terri L. Parker
SHOOK HARDY & BACON L.L.P.
100 N. Tampa Street, Suite 2900
Tampa, FL 33602
Telephone:   (813) 202-7100
Facsimile:   (813) 221-8837
tparker@shb.com

*Attorney for Defendant,*
*MONSANTO COMPANY*