AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

| | | |
|---|---|---|
| Thomas Panichi, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:16-md-2741-VC |
| Monsanto Company, | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Monsanto Company, 3:19-cv-02763-VC                                                                                                  .

Date: November 12, 2019

/s/ John K. Sherk III
*Attorney's signature*

John K. Sherk III, Bar No. 295838
*Printed name and bar number*

Shook, Hardy and Bacon, LLP
One Montgomery, Suite 2700
San Francisco, CA 94104
*Address*

jsherk@shb.com
*E-mail address*

(415) 544-1900
*Telephone number*

(415) 391-0281
*FAX number*