1 | **HOLLINGSWORTH LLP**
Joe G. Hollingsworth (*pro hac vice*)
2 | Eric G. Lasker (*pro hac vice*)
1350 I Street, N.W.
3 | Washington, DC  20005
Telephone:   (202) 898-5800
4 | Facsimile:   (202) 682-1639
Email:        jhollingsworth@hollingsworthllp.com
5 |              elasker@hollingsworthllp.com

6 | *Attorneys for Defendant*
*MONSANTO COMPANY*
7 |

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10 | IN RE: ROUNDUP PRODUCTS   | MDL No. 2741
LIABILITY LITIGATION

11 | | Case No. 3:16-md-02741-VC

12 | This document relates to:

13 | *Estate Of Michael Eugene Schoepper, by and*
*through Susan Watson v. Monsanto Co.*,
14 | Case No. 3:19-cv-06706-VC

15 | **MONSANTO COMPANY'S**
**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**
16 |

17 | Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons,

18 | associations of persons, firms, partnerships, corporations (including parent corporations) or other

19 | entities (i) have a financial interest in the subject matter in controversy or in a party to the

20 | proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be

21 | substantially affected by the outcome of this proceeding:

22 | Defendant Monsanto Company is an indirect, wholly-owned subsidiary of Bayer AG, so

23 | Bayer AG has a financial interest in a party to the proceeding.

24 |

25 |

26 |

27 |

28 |

- 1 -
MONSANTO COMPANY'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
3:16-md-02741-VC & 3:19-cv-06706VC

1  DATED: November 12, 2019                    Respectfully submitted,

2

3                                             /s/ Joe G. Hollingsworth
                                              Joe G. Hollingsworth (*pro hac vice*)
                                              (jhollingsworth@hollingsworthllp.com)
4                                             Eric G. Lasker (*pro hac vice*)
                                              (elasker@hollingsworthllp.com)
5                                             HOLLINGSWORTH LLP
                                              1350 I Street, N.W.
6                                             Washington, DC  20005
                                              Telephone:  (202) 898-5800
7                                             Facsimile:   (202) 682-1639

8                                             *Attorneys for Defendant*
                                              *MONSANTO COMPANY*
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                        - 2 -
MONSANTO COMPANY'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
                3:16-md-02741-VC & 3:19-cv-06706VC