**MORGAN & MORGAN**
T. Michael Morgan (*pro hac vice*)
G. Katherine Chambers (*pro hac vice*)
20 N. Orange Avenue, Suite 1600
Orlando, Florida 32801
Telephone:   (407) 420-1414
Facsimile:    (407) 245-3389
Email:        *mmorgan@forthepeople.com*
              *kathychambers@forthepeople.com*

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
|  | Case No. 3:16-md-02741 - VC |
| This document relates to:<br><br>*Steven Weinhouse v. Monsanto Company*<br>Case No. 3:19-cv-06825 | **NOTICE OF VOLUNTARY DISMISSAL** |

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff Steven Weinhouse and his counsel hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against the defendant Monsanto Company.

Dated: November 12, 2019

Tampa, Florida

/s/ T. Michael Morgan
T. Michael Morgan (*pro hac vice*)
**MORGAN & MORGAN**
**COMPLEX LITIGATION GROUP**
20 N. Orange Avenue, Suite 1600
Orlando, Florida 32801
Tel.: (407) 420-1414
Facsimile: (407) 245-3389
mmorgan@forthepeople.com

/s/ G. Katherine Chambers
G. Katherine Chambers (*pro hac vice*)
**MORGAN & MORGAN**
**COMPLEX LITIGATION GROUP**
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Tel.: (813) 223-5505
Facsimile: (813) 222-2434
kathychambers@forthepeople.com

*Attorneys for Plaintiff*

NOTICE OF VOLUNTARY DISMISSAL - 2