UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION,<br><br>This document relates to:<br>*Dickey v. Monsanto Company*<br>Case No. 3:19-cv-04102<br>*Domina v. Monsanto Company*<br>Case No. 3:16-cv-05887<br>*Janzen v. Monsanto Company*<br>Case No. 3:19-cv-04103<br>*Pollard v. Monsanto Company*<br>Case No. 3:19-cv-04100<br>*John D. Sanders v. Monsanto Company*<br>Case No. 3:16-cv-05752<br>*Frank Tanner v. Monsanto Company*<br>Case No. 3:19-cv-04099 | MDL No. 02741<br><br>**NOTICE OF APPEARANCE OF DANNY R. KRAFT JR. ON BEHALF OF PLAINTIFFS** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Danny R. Kraft, Jr. of the firm Weitz & Luxenberg, P.C. hereby enters an appearance as counsel for Plaintiffs in the above-referenced action. Please serve said counsel with all pleadings, notices, orders, correspondence, and other papers in this action.

November 12, 2019

Respectfully Submitted,

By: /s/ Danny R. Kraft, Jr._____

Danny R. Kraft, Jr.
700 Broadway
New York, NY 10003
212-558-5668
dkraftjr@weitzlux.com

Attorney for Plaintiffs