1 **HOLLINGSWORTH LLP**
Joe G. Hollingsworth (*pro hac vice*)
2 Eric G. Lasker (*pro hac vice*)
1350 I Street, N.W.
3 Washington, DC  20005
Telephone:  (202) 898-5800
4 Facsimile:  (202) 682-1639
Email:      jhollingsworth@hollingsworthllp.com
5             elasker@hollingsworthllp.com

6 *Attorneys for Defendant*
*MONSANTO COMPANY*
7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10 IN RE: ROUNDUP PRODUCTS            MDL No. 2741
   LIABILITY LITIGATION
11                                     Case No. 3:16-md-02741-VC

12 This document relates to:

13 *Patrick Watson v. Monsanto Co.*,
   Case No. 3:19-cv-06821-VC
14

15    **MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT**

16      Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Monsanto Company

17 ("Monsanto") makes the following disclosures:

18      1.    Monsanto is an indirect, wholly-owned subsidiary of Bayer AG.

19      2.    Bayer AG is a publicly held corporation.

20 DATED:  November 12, 2019          Respectfully submitted,

21                                     /s/ Joe G. Hollingsworth
                                       Joe G. Hollingsworth (*pro hac vice*)
22                                     (jhollingsworth@hollingsworthllp.com)
                                       Eric G. Lasker (*pro hac vice*)
23                                     (elasker@hollingsworthllp.com)
                                       HOLLINGSWORTH LLP
24                                     1350 I Street, N.W.
                                       Washington, DC  20005
25                                     Telephone:  (202) 898-5800
                                       Facsimile:   (202) 682-1639
26
                                       *Attorneys for Defendant*
27                                     *MONSANTO COMPANY*

28

MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT
3:16-md-02741-VC & 3:19-cv-06821-VC