U.S. DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA
450 GOLDENGATE AVENUE
SAN FRANCISCO, CA. 94102

RALPH A. APPLEGATE
    PLAINTIFF,

FILED
NOV 12 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

versus

CASE No:3:19-CV-06800-VC
JUDGE: CHHABRIA

BAYER, A.G.
    DEFENDANT,

CONSPIRACY of CONCEALING ARSENIC FROM THREE(3) TRIALS and of BRIBERY for PURPOSE of DISMISSING PRO SE APPLEGATE and 150 OTHER PRO SE PLAINTIFF"S

1. This is a statement of a Conspiracy that U.S. House of Representatives must describe in a WHITE PAPER.

2. Pro Se Applegate filed 1st case in Franklin County Ohio Common Pleas Court on December 14, 2017, of Fraudulent Concealment, demanding settlement.

3. Fact that Monsanto attorney David P. Strup planned before January 16, 2018 remanding Pro Se Applegate 1st case to California, in retrospect, is an inference of an intent to deny Pro Se discovery and to dismiss Pro Se 1st case and those cases of 150 other Pro Se plaintiff's.

4. Monsanto attorney David P. Strup began remanding Pro Se

p.1

Applegate 1st case to California January 16, 2018.

5. Pro Se was withheld from receiving Chhabria Pretrial Order No. 50, nor a Docket, but it is apparently when Chhabria Ordered all plaintiff's to file Plaintiff Fact Sheets ,so Pro Se has not identified its date in January, 2019, another inference of intent by Monsanto and Chhabria to dismiss Pro Se.

6. After 4.5 months pleadings in 2018, MDL Panel on Multidistrict Litigation remanded Pro Se case to U.S. District Court , Northern District of Claifornia , Judge Chhabria .

7. It is important to know that Pro Se Applegate 1st case did not arrive in California until June 6, 2018 after MDL PANEL on MULTIDISTRICT LITIGATION remanded it.

8. On ------------,2018, Pro Se 1st requested Chhabria for discovery of about 500 other plaintiff's exposure information and diagnostic astronomically increased IgM's .

9. On------------,2018 by Order , Chhabria denied Pro Se 1st discovery request even though pre-trial discovery is required by MDL1407 .

10. On------------,2018 Pro Se demanded Chhabria order discovery pursuant to wording in MDL 1407 of that discovery which had been denied by Order of ----------,2018 .

11. Pro Se charges Chhabria of deliberatly ignoring reading /examining Pro Se Applegate's 2nd discovery demand , part of Chhabria planned conspiracy . Pro Se realized somewhat later that discovery of at least

percentages of Arsenic and Chromium in Roundup were necessary to do Dimensional Analysis calculations for how many more times Arsenic toxicity exceeded Glyphosate toxicity . Chhabria continued to ignore Pro Se so Pro Se estimated percentages of Arsenic, Chromium, and Cobalt .

12. Judge Chhabria, unlawfully held Pro Se to Chhabria "NOTICE of FAILURE to PROVIDE PLAINTIFF FACT SHEET" of January 28, 2018 even though Pro Se did not learn of necessity of Plaintiff Fact Sheet until much after June 3, 2019. This action is part of Chhabria conspiracy against Pro Se's.

13. Because Barbar R. Light's letter of January 28, 2019 was not delivered , Ms. Light failed to warn Pro Se Applegate that he had not filed his Plaintiff Fact Sheet , also part of Judge Chhabria conspiracy because it was a plan that Pro Se Applegate's Certified Mail Return Receipt Requested was not to have been delivered !

14. Judge Chhabria and Joe Hollingsworth, with Veronica --------, of U.S. Post Office, Livingston Avenue, Columbus, Ohio 43227 , conspired to prevent Pro Se Applegate from receiving important pleadings from January 31, to February 8, about Livingston Post Office conspiracy thru October 24, 2019, and afterwards.

15. Certified Mail Return Receipt Requested, Tracking Number 94147266990420227740063, prepared by Barbara R. Light, Shook Hardy &

Bacon, Houston, Texas, 77002,was received January 31, 2019, at receiving post office (Exact address unknown).On October ,2019 Pro Se Applegate was refused those records by Veronica, Supervisor. Only one page of many was provided .

16. From February 1 thru 8, 2019, U.S. Postal Service moved Tracking Number 9414726699042022774063 from one inexplicable post office to another inexplicable post office, and so on, for a purpose of preventing Pro Se Applegate from receiving that Certified Mail Return Receipt Requested, furthering Judge Chhabria planned conspiracy.

17. On February 12, 2019, Monsanto moved to dismiss Pro Se plaintiff Applegate's 1st case, even though Monsanto and Judge Chhabria knew or reasonably should have known that Pro Se Applegate still did not know that a Plaintiff Fact Sheet , part of Judge Chhabria conspiracy ,was required.

18. On May 21,2019, Monsanto attorney's filed their Ninth Amended Motion to Dismiss Pro Se Applegate , 150 other Pro Se plaintiff's, and about ten(10)attorney represented plaintiff's, for failure to file Plaintiff Fact Sheets, furthering Chhabria planned conspiracy, even though Pro Se could not have known to have been required to file Plaintiff's Fact Sheet . .

19. On May 22, 2019 , Judge Chhabria Ordered a hearing , deliberately failing to Notice Pro Se Applegate to appear, for hearing Monsanto May 21, 2019 Motion , but , primarily concerning other Pro Se claims , with other

p.4

attorneys speaking for so many Pro Se plaintiff's, instead of Pro Se plaintiff's, speaking for themselves, also in furtherance of Judge Chhabria conspiracy. In that hearing, Judge Chhabria noted " Mr.(BRIAN) BRAKE of Miller Firm, a member of MDL Plaintiff's Joint Leadership Group, ( Plaintiff is a known Pro Se representing himself who has not yet authorized any attorney, to represent himself, and no attornery will representl because Pro Se Applegate is well known to be " In obvious conflict of interest with 18400 other plaintiff's claiming Glyphosate causes NHL's, Arsenic is 100 more times toxic than Glyphosate ),argued on behalf of plaintiff's, but he (Brake) did not specifically address Mr Applegate's case. "

20. Obviously Brake could not have argued on behalf of Pro Se Applegate because Michael Miller Firm and 56 other law firms continue to remain "In conflict of interest with Pro Se Applegate ", as described repeatedly. Ruling against Glyphosate must be overturned because Arsenic is 100 times more toxic than Glyphosate .

21. On June 23, 2019, Judge Chhabria, without Notice to Pro Se Applegate, furthering that conspiracy, issued Pre-Trial Order No. 149, stating his dismissal of multiple Pro Se cases, part of that conspiracy, including Mr. Applegate's case, for failure to submit Plaintiff Fact Sheet .

22.On or before August 9, 2019, while Chhabria was planning that conspiracy to dismiss Pro Se Applegate , Pro Se filed his 3rd discovery request for 1) plaintiff's treated by Oncologist Christian, for their

diagnostic astronomically increased IgM's, for2) their exposures, and for3) for percentages of Arsenic, Chromium, and Cobalt in Roundup, and etc. Chhabria deliberately ignored reading that request, furthering Chhabria conspiracies . Pro Se followed that request up on October 27, 2019, this very A.M.

23. On August 22, 2019 Pro Se filed a 2nd case in Franklin County Common Pleas Court , and amended it for 1st time , because Chhabria continued his planned conspiracy, in this instance by avoiding remand of Pro Se 1st case to Franklin County Common Pleas Court as lawfully required by law MDL1407. Claim is same, Fraudulent Concealment . "Suppression of truth with intent to deceive(concealment)does give rise to an action for fraud ." United States v. Colton, 231 F.3d890,899(4th Cir. 2000). Pro Se 2nd case gives rise to an action for fraud .

25. On October 2, 2019 ,Pro Se Applegate met Supervisor Veronica of Livingston Avenue , Columbus ,Ohio Post Office . Veronica denied Pro Se all records describing transactions for tracking number 9414726699042022774063 .

26. On October 10, 2019, at 5:32 p.m. , Pro Se Applegate demanded of "hotline @uspsoig.gov" a full criminal investigation into tracking number 9414726699042022774063 including law firm in Houston .

27. Chhabria , was it on October 15, 2019, when dismissals were Ordered of Pro Se and 150 other Pro Se plaintiff's, proof of intent to

p.6

dismiss so as to deny entitled damages of 151 Pro Se.

28. Even though still required as of October 24 , 2019, Pro Se has still not received signed copies of MONSANTO NINTH AMENDED MOTION to DISMISS WITH PREJUDICE, of May 21, 2019, nor Chhabria ORDER of DISMISSAL, date unknown, further intent of that conspiracy .

29. On October 25,2019 ,Pro Se Applegate received notice of U.S. District Court, Southern District of Ohio, that its Case No.2:19-cv-04264-GCS-EPD transferred from Ohio Southern has been opened in California Northern District as case 3:19-cv-06800, filed 10/23/2019.

Respectfully submitted,

Signed
/s/ Ralph A. Applegate
Plaintiff Pro Se
1544 Zettler Road
Columbus, Ohio 43227
rapplegate48@gmail.com
614-235-9965

U.S. House Oversight Committee
Fax 202-225-3178

Michael Miller
Sherman Building
108 Railroad Ave.
Orange ,Va. 22960
800-882-2525
info@millerfirmllc.com

David P. Strup
1000 Jackson Street
Toledo, Oh 43604
419-321-1306
dstrup@shoemaker.com

p.7

Certificate of Service

Plaintiff certifies that this "CONSPIRACY of CONCEALING ARSENIC from THREE TRIALS and of BRIBERY for PURPOSE of DISMISSING PRO SE and 150 OTHER PRO SE PLAINTIFF"S " is regular mailed to Michael Miller, to David Strup , to Clerk of U.S.District Court, Northern District of California, and to U.S. House Oversight Committee later by appropriate mailing, on or before October 31, 2019 .

Ralph C. Applegate
1344 Bethel Road
Columbus, Ohio 43227

Clerk
U.S. District Court
Northern District of California
450 Golden Gate Ave.
San Francisco CA.
94102