U.S. DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA. 94102

FILED

NOV 12 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

RALPH A. APPLEGATE
PLAINTIFF,

versus

CASE No:3:19-CV-06800-VC
Case No. 3:18-CV-03363-VC
JUDGE: CHHABRIA

BAYER, A.G.
DEFENDANT,

DISCOVERY of PERSONS or PERSON JOHN HOWARD

FOUND BUT HAS NOT YET IDENTIFIED BEFORE

JANUARY 6, 2015 THAT HAD a MINIMUM LATENCY

of 146 DAYS



Here are some of Judge Loana Petrou questions, and Beate Ritz

vague answers :

Judge Petrou : Dr. Ritz, would it be fair to say then, that it's

your opinion that NHL could develop within 5- to 11-year time

frame in these studies--

Dr. Ritz(Witness) : Yes. Dr. Beate Ritz April 4, 2018, Deposition

Testimony, p.11

Later Pro Se Applegate says: No. Dr. Ritz, neither here nor there

gave any basis, whatsoever, for her conclusion. Dr. Ritz, also, gave no

tolerances, there must be tolerances ! Dr. Ritz may or may not

p.1

have been referring to MINIMUM LATENCY and TYPES or CATEGORIES of CANCER , John Howard ,Administrator, World Trade Center Health Program , January 6, 2015 , pp. 1-12 . Pro Se Applegate , just on A. M. of November 7, 2019 emailed John Howard to obtain answer to subject question , an "Eureka ". Pro SE also advised John Howard of Pro SE minimum latency of 219 so that John Howard knew of this newly published scientific information

Here , Pro Se Applegate states that his(Minimum )maximum latency time was 219 days from October 1, 2008 to May 7, 2009(October , 31 days , November, 30 days, December,31 days, January, 2009, 31 days,February,28 days, March, 31 days, April, 30 days, and May, 2009, 7 days ). Pro Se is worst exposed plaintiff in these lawsuits because Judge Chhabria will not allow appropriate discovery, and Pro Se meets /exceeds that minimum latency for this lawsuit. See John Howards conclusions , Id, pp. 1,7,8,9, stating (3) Lymphoproliferative and hematopoietic cancers (Including all types of leukemia and lymphoma)-0.4 years(146 days), based on low estimates used for lifetime risk modeling of low-level ionizing radiation studies. All three(3) pp. of John Howards references, and all text, does not, either, state a basis for John Howards's conclusion that it is a minimum of 0.4 years, 146 days needed to be certified, but , if John is examined he will likely produce it . John may have guessed ? Dr. Beate Ritz's conclusion of 2

p.2

to 5 days totally disqualifies her as an expert, and Dr. Weisenberger's opinion, which Pro Se Applegate recalls seeing, but, does not recall in detail, it exceeds that of Dr. Ritz, also disqualifies Dr. Weisenberger as an expert. Pro Se plan is to check ridiculous opinions of Dr. Portier and Dr. Charles Benbrook, also. Who did these experts plan to dismiss?

Returning to depositions.

Judge Petrou : based on your asssumption, presumption, you tell me what it is, that workers were using glyphosate in an unprotected manner?

Dr. Ritz : Absolutely. We(Who is we?) generally – I mean for– for solid cancers, I would pause. But for blood-related cancers, we know that two years might be enough. Five years might be enough. And I did a radiation worker study. For leukemias and lymphomas we could go back to 2- and 5- year latency. We would not go to 10 years. But for solid tumors you would pause and say, well, maybe ten years. But, really, for blood-related cancers, they are faster.

Court : Well, so if I could ask you a follow-up question on that point, Dr. Ritz.

I'm looking at your expert report, your report that you submitted, and I –I have to say that it seems like you said a number of things in that report that contradict what you're saying now about issue of latency.

I'm looking at – do you have your report in front of you?

Dr. Ritz. : Which one? Yes.

Judge Petrou : Your original expert report

Respectfully submitted,

Signed
/s/ Ralph A. Applegate

Plaintiff Pro Se
1544 Zettler Road
Columbus, Ohio 43227
rapplegate48@gmail.com
614-235-9965

U.S. House Oversight Committee
Fax 202-225-3178

David P. Strup
1000 Jackson Street
Toledo, Oh 43604
419-321-1306
dstrup@shoemaker.com

Certificate of Service

Plaintiff certifies that this "DISCOVERY of PERSONS or PERSON JOHN HOWARD FOUND BUT HAS NOT YET IDENTIFIED BEFORE JANUARY 6, 2015, THAT HAD a MINIMUM LATENCY of 146 DAYS" was regular mailed to David Strup , to Clerk of U.S.District Court, Northern District of California, and to U.S. House Oversight Committee later by appropriate mailing, on or before November 8, 2019 . Because several physicians intervened, Pro Se regular mailed this copy to Clerk, Ninth Circuit Court of Appeals .

Ralph C. Applegate
1944 Zettler Road
Columbus, Ohio 43227

Clerk
U.S. District Court
Northern District of California
450 Golden Gate Ave.
San Francisco, CA 94102

94102-348999

COLUMBUS OH 431
08 NOV 2019 PM 3 L

BELGIAN MALINOIS
FOREVER USA