U.S. DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA
2450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA. 94102

RALPH A. APPLEGATE
      PLAINTIFF,

versus

      CASE No:3:19-CV-06800-VC
      Case No. 3:18-CV-03363-VC
      JUDGE: CHHABRIA

BAYER, A.G.
      DEFENDANT,

FILED
NOV 12 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

## ARSENIC HISTORY is a WEAPON

1. Pros Se Applegate is searching for 1869 history of Arsenic.

2. Pro Se father, William(1869)A.Applegate died with Generalized Carcinoma Primary Believed to be in Liver, October 25, 1936 from spraying fruit trees with arsenic in water, before 1936. Pro Se discovered father's death certificate in March 5, 1968.

3. International Agency for Research on Cancer knew on or before 1972 that Arsenic caused cancer. Monographs on Evaluation of Carcinogenic Risk of Chemicals to Humans, 1972 -PRESENT, cited on p. 3 of 34 of HSDB: ARSENIC, ELEMENTAL CASRN: 7440-38-2.

4. Under Federal Insecticide, Fungicide and Rodenticide Act, which was comprehensively amended in 1972, a manufacturer must obtain permission to market a pesticide by submitting a proposed label and supporting data to Environmental Protection Agency which will

p.1

register pesticides if it is efficacious:

    A.  Environmental Protection Agency knew or should have known before 1973 that ;

    (1.)Roundup may not cause unreasonable "Effects"on humans, and Roundup /Arsenic causes unreasonable "effects "on humans , one astronomically unreasonable effect being increased IgM 's in 42700 plaintiff's;

    (2.)Roundup was "Misbranded " if its label contains a statement that is "false  or misleading ", and Roundup's label was misleading because that label concealed fact that Arsenic was a carcinogen ;

    (3.) Or, Roundup's label lacked adequate instructions or warnings, and Roundup's label lacked adequate warnings .

    5. Monsanto Co may have patented  Roundup on or before November 5,1973, as that date is earliest date identified on any documents Pro Se received from Environmental Protection Agency, whatsoever ?  Letter, Environmental Protection Agency, Registration Division, Charles L.  Smith, Acting Assistant Director, to Monsanto Commercial Products Company , Attention ; Mr.  L.H. Hannah, 800 N.Lindbergh Boulevard,St.Louis,Missouri, 63166, Subject : ROUNDUP
              File Symbol No.524-GNI
              Labels of November 5, 1973
              Dated March 13, 1974

    6. No evidence is known or not ,whether, in or before March 13, 1974, Monsanto , did or did not  submit supporting data, inference is that Monsanto

Co. concealed Arsenic and other heavy metals from Environmental Protection Agency when submitting data , but EPA registered Roundup on April 5, 1974, without supporting data identified . Environmental Protection Agency found it efficacious (Efficient )on April 5,1974 . Notice of Registration ,EPA Registration Number 524-308, April 5, 1974.

    7. There is absolutely no excuse, whatsoever, that Monsanto Co. did, or did not, submit names and percentages of Roundup heavy metal ingredients of Arsenic, Chromium, Cobalt, Nickel, and Lead to Environmental Protection Agency before registration .

    8. Monsanto Co., in a letter of March 21,1974 ,of /by Robert A.Conklin , to Director, Registration Division(HM-567), Office of Pesticide Programs ,Environmental Protection Agency, Washington D.C. 20460, Mr. Conklin referenced an (EPA Ltr.,3/18/74, attached ), but Environmental Protection Agency when producing documents to Pro Se did not produce this 3/18/74 letter, therefore Pro Se is unable to discuss Environmental Protection Agency 3/18/74 letter subject. Mr. Conklin's 3/21/74 letter did not note anything whatsoever, about "DANGER " of Arsenic ? Environmental Protection Agency "Accepted" on April 5, 1974 Monsanto Roundup Label Attached ,copy of March 22, 1974 stating "DANGER! Causes Eye Burns And Skin Irritation " , but no statement , whatsoever , of danger of Arsenic , even though Environmental Protection Agency knew or reasonably should have known before November 5, 1973, or earlier, that Arsenic historically

was known to have caused cancers .

9. Reported Fatal Dose :

Fatal human dose 70-180 mg. based on weight. Pro se weight in 2008 was 186 #, or 186# times 0.45 kg./#equals 83.7 kg. , or 70 mg./83.7 kg. equals 0.836 mg./kg. Lowest Fatal Human Dose , and 180 mg./83.7kg. equals 2.15 mg./kg. next Lowest Fatal Human Dose. This discussed previously by Pro Se found most recent lowest Fatal Human Dose compared to 15mg./kg. Lethal Dose of Arsenic . Id, cited on p.4 of 34,paragraph 4, dated 1985 .

10. Toxicity of three(3) dose of a mixture of ten(10) heavy metals of arsenic, cadmium, chromium,copper,iron,lead ,mercury, nickel, selenium, and zinc at 0.5 , 1, or 2 ,(Forgetting mg./kg.)fold maximum recommended concern to size franctionated natural phytoplanckton from North American Great Lakes was determined. Thus heavy metal mixtures are very toxic. Id, cited on p. 5 of 34, paragraph 7. 1987 .

11. This (June,1987)new analysis indicates that arsenic is probably more potent as a carcinogen than indicated by other studies. Exposure to arsenic and respiratoy cancer. A reanalysis. Enterline PE. Henderson VL. Marsh GM  American Journal of Epidemiology. June, 1987 .

12 .Classification of Carcinogenicity: 1) Evidence in humans: sufficient; Id, cited on p. 3 of 34, paragraph 5. Date not stated .

13. Listed as a hazardous air pollutant generally known or suspected to cause serious health problems. Clean Air Act, as amended in 1990,directs

Environmental Protection Agency to set standards requiring major sources to sharply reduce routine emissions of toxic pollutants . Environmental Protection Agency is required ton establish and phase in specific performance based standards for all air emission sources that emit one or more of listed pollutants. Arsenic is included on this list .

14. Clean Air Act as amended in 1990, Section 112(b)(1) Public Law 101-549 November 15, 1990 . Id, cited on p.10 of 34 paragraph 3 . Very obviously Monsanto Roundup would be a major source in 1990, and Environmental Protection Agency in 1990 knew everything about Arsenic that was known , and certainly was responsible .

15. Odor:

Odorless ... [NIOSH NIOSH Pocket Guide to Chemical Hazards. DHHS(NIOSH) Publication No. 97-140. Washingto D.C. U.S. Government Printing Office,1997,p .20 . Id , cited on p. 13 of 34 , paragraph one . Monsanto Co. placed no warning on Roundup label about no odor of Arsenic.

16. It is hearsay to Pro Se that Roundup Patent expired in September, 2000 ?

17. Immediately Dangerous to Life or Health :

NIOSH considers arsenic(Inorganic compound as As)to be a potential occupational carcinogen . /Arsenic(Inorganic compoundas As)/. See No. 9 , Id, cited on p. 20 of 34 paragraph 3 . Undated

18. There are more instructions about plants/factories with arsenic

hazard floors. Monsanto Co. has to have them .

19. As of November 3, 2019, @ 12:10 a.m., notice that European Court of Justice has taken necessity to test all formulants this month (November, 2019), and requested transparency , is hearsay ,because it is by word of mouth , even though reliable .

20. Pro Se Applegate requests copy of Case No. 3:18-CV-03363-VC Docket so as to assist Pro Se finding date in 2019, if so, when Pro Se began accurate Dimensional Analysis calculations as basis for Glyphosate not causing Non Hodkins Lymphomas . These equations /calculations are reported in Pro Se pleadings after 2018 ,and because Judge Chhabria refused discovery (In 2018?). These pleadings are fact , not hearsay,

21. Beate Ritz, and other selected expert opinions claiming in depositions before 2018 that Glyphosate "probably" causes Non Hodgkins Lymphomas are not fact, but are hearsay and witchcraft , a belief system. A well respected law educator, David Bernstein, referred to these opinions as witchcraft .

22. Pro Se repeats, and adds, revised numbers in Roundup, Glyphosate, and Arsenic Dimensional Analysis calculations. Pro Se weight was still 186 # on October 1, 2008. There were 0.45 kg./# , therefore Pro Se weight was 186#times 0.45kg./# equals 83.7 kg. Revised number of g. in one gallon were 3785.41g. instead of 3789g., and there are 1000 mg./g., therefore there are 3785.41g. times 1000 mg./g. equals 3,785,410 mg. times 1/83.7 kg. equals

45225.8 mg./kg.,Pro Se Applegate's Roundup exposure over seven(7) continuous days on October 7,2008.  It had been reported that there is 41 percent of Glyphosate in Roundup, therefore 45225.8mg./kg. times 0.41 equals 18090.3 mg./kg.,Pro Se Applegate's Glyphosate exposure over seven(7) continuous days on October 7,2008.  Therefore, since Glyphosate's LD50 toxicity is 5660mg./kg. it is true that 18090.3 mg./kg. divided by 5660mg. /kg.toxicity equals 3.21 times that Glyphosate exposure exceeds its toxicity.  There is no Fatal Dose of Roundup, yet, therefore number of times that Roundup exposure exceeds its Fatal Dose can not be calculated .  Because Judge Chhabria had not allowed discovery of percentage of Arsenic in Roundup, Pro Se Applegate previously estimated that percentage at ten(10)percent until and if Judge Chhabria allows that later discovery.  Therefore, 45225.8 mg./kg.times  0.10 equals 4522.6 mg./kg., Pro Se Applegate's Arsenic exposure over seven(7)continuous days on October 7, 2008.  Therefore, it has just recently been found that Arsenic Fatal Dose is now 2.15 mg./kg., instead of a Lethal Dose of 15mg./kg., therefore, now it is true that 4522.6 mg./kg.divided by 2.15 mg./kg.equals 2103.5 times that Arsenic exposure exceeds its Fatal Dose ,instead of therefore 4522.6 mg./kg.divided by 15 mg./kg. equaling 301.5 times that Arsenic exposure exceeds its Lethal Dose .  Instead , now, because of this new Dimensional Analysis calculation, therefore 2103.5 times that Arsenic exposure divided by 3.21 that Glyphosate exposure reveals that

Arsenic exposure is 655 times more toxic than Glyphosate exposure, also revealing that it is not possible that Glyphosate can cause Non Hodgkins Lymphomas . No doubt whatsoever .

23. Pro Se Applegate had this thought related to whether or not 42700 plaintiff's can amend their Glyphosate clams if and when Bayer,A.G. prevails on appeal, and therefore ,that 42700 plaintiff's may not amend ?

Respectfully submitted,

Signed
/s/ Ralph A.Applegate
_____
Plaintiff Pro Se
1544 Zettler Road
Columbus, Ohio 43227
rapplegate48@gmail.com
614-235-9965

U.S. House Oversight Committee
Fax 202-225-3178

David P. Strup
1000 Jackson Street
Toledo, Oh 43604
419-321-1306
dstrup@shoemaker.com

Certificate of Service

Plaintiff certifies that this "ARSENIC HISTORY is a WEAPON " is regular mailed to David Strup , to Clerk of U.S.District Court, Northern District of California, and to U.S. House Oversight Committee later by appropriate mailing, on or before November 6, 2019 . Because several

physicians intervened, Pro Se regular mailed this copy to Clerk, Ninth Circuit Court of Appeals .

Ralph A. Applegate
1544 Bottler Road
Columbus, Ohio 43227

Clerk
U.S. District Court
Northern District of California
2450 Golden Gate Avenue
San Francisco, CA 94102