[add counsel information]

*Attorneys for Plaintiff*

**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
Martin C. Calhoun (*pro hac vice*)
1350 I Street, N.W.
Washington, DC 20005
Telephone: 202-898-5800
Facsimile: 202-682-1639
Email:  elasker@hollingsworthllp.com
        mcalhoun@hollingsworthllp.com

*Attorneys for Defendant Monsanto Company*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 3:16-md-02741-VC |
| This document relates to: | |
| *Bernice Katz v. Monsanto Company, et al.*, Case No. 3:19-cv-03668-VC | **Stipulation of Dismissal and Proposed Order** |

    Plaintiff Bernice Katz and Defendant Monsanto Company ("Monsanto"), by and through their undersigned counsel, hereby stipulate and agree as follows and ask the Court to enter the proposed order set forth below:

    1.    This lawsuit shall be voluntarily dismissed without prejudice (with all parties to bear their own attorneys' fees and costs), so that Plaintiff can re-file her claims against only Monsanto – not any other defendant – in a federal district court in Michigan where venue is proper for her claims against Monsanto.

    1.    The filing of that lawsuit against Monsanto in a federal district court in Michigan shall relate back to the date when the above-captioned lawsuit was commenced in this Court.

2.  Plaintiff reserves the right to seek amendment of that complaint to add other defendants if discovery reveals that other corporations are liable to Plaintiff.

Dated: November 12th, 2019

Respectfully submitted,

[add law firm name]

By: /s/ [add name]

HOLLINGSWORTH LLP

By: /s/ Martin C. Calhoun
    Martin C. Calhoun

## [~~PROPOSED~~] ORDER

In accordance with the stipulation set forth above, this lawsuit is dismissed, with all parties to bear their own attorneys' fees and costs.

**IT IS SO ORDERED**

November 13, 2019

Vince Chhabria
United States District Court Judge

- 2 -
STIPULATION OF DISMISSAL AND PROPOSED ORDER
3:16-md-02741-VC & 3:19-cv-03668-VC