# Exhibit A

# NEIC

OVERVIEW OF ENVIRONMENTAL POLLUTION
IN THE KANAWHA VALLEY

West Virginia

August 1984

National Enforcement Investigations Center, Denver

U.S. Environmental Protection Agency



Office of Enforcement

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY
OFFICE OF ENFORCEMENT AND COMPLIANCE MONITORING

Property Of
EPA Library
RTP NC 27711

OVERVIEW OF ENVIRONMENTAL POLLUTION
IN THE KANAWHA VALLEY
West Virginia

August 1984

James R. Vincent

NATIONAL ENFORCEMENT INVESTIGATIONS CENTER
Denver, Colorado

Monsanto Company, Nitro (RM 41.4-42.5)

Monsanto operates an industrial chemicals plant on about 240 acres adjacent to the FMC organic chemicals plant [Figure 15]. Production facilities and the wastewater treatment plant extend for about 1 mile along the river (Figure 15).

The plant began operations in 1921. Monsanto has operated the plant since 1929. Reportedly, products are more than 40 major kinds of organic chemicals including rubber antioxidants, vulcanizing agents, rubber intermediates and accelerators, oil additives, pre-vulcanizing inhibitors, plasticizer antioxidants, animal feed antioxidants, paper sizing agents, poultry feed supplements, herbicides, resin modifiers, and refined tall oils.[22] In late 1977, Monsanto reported 47 products listed by trade name in Table 17. Raw materials used in production of these chemicals exceeded 100 and included alcohols, acids, caustics, oils, crude tall oil and numerous organic and inorganic salts. Principal raw materials reported by Monsanto in late 1977 are listed in Table 18.

Monsanto produced the herbicide 2,4,5-T at this plant until 1969.[39] Production of this herbicide has been associated with the highly toxic byproduct dioxin.

Plant operations are continuous year around. Except for tall oil, most chemicals are produced in intermittent batch processes. Annual production capacity was in the range of 350 million lb in 1977.[12] Employment in 1981 was about 680.[52]

Cooling water averaging about 6 mgd is withdrawn from the Kanawha River and returned to the river untreated through Outfall 002. Water for domestic, process and other uses averages about 1.5 mgd and is purchased from the West Virginia Water Company (Elk River water). All domestic and process wastewaters, spills and leaks, and surface runoff from plant areas are collected and pumped to a treatment facility for ultimate discharge to the Kanawha River through 001.

*Table* 17

LIST OF PRODUCTS
MONSANTO COMPANY
*Nitro, West Virginia*

| | |
|---|---|
| Santocure NS Pellets | PC-1244 |
| MHA Acid | PC-1344 |
| Calcium MHA | Thiotax |
| Maul | Mersize 70-TFL |
| Santoquin | Mersize 77-T |
| Sodium MBT | Mersize 77-TFL |
| Unmilled Santowhite Crystals | Santosize 77 |
| Santoflex AW | Rosin Size KIP 70 |
| Santogard PVI | Monsize |
| Flectol H | Mersize 603 Adduct |
| Sulfasan R | Sulfasan R Wax Pellets |
| Thiofide | Multiflow |
| Santowhite Powder | BTH |
| Santocure Pellets | CDEC |
| Santonox R | TORUFA |
| Santovar A | UFA Bleached |
| Santocure NS Pellets | Emtall 730 |
| Santocure Powder | Emtall 786 - Pitch |
| 50% Sodium MBT | Emtall 743 - SFA |
| Santocure NS Powder | Emtall 729 |
| Santosize 70T | Emtall 731. |
| Santoflex DD | Emtall 753-V |
| M-530 | Emtall 745 |
| | PVI Waxed Pellets |