# Exhibit B

# Site Investigation Baseline Risk Assessment
## and
# Remedial Alternative Review
# Nitro Municipal Landfill Site

CONFIDENTIAL
(Rev)

*Prepared For*

**United States Environmental Protection Agency**
Region 3
Philadelphia, PA

Submission Date: October 18, 1988

*Submitted By*

**Monsanto Chemical Company**
Nitro, WV

AR100004

*Prepared By*
**ERM-Midwest, Inc.**
Charleston, WV

and Health Administration (OSHA) regulations concerning protective clothing, respiratory protection, personal hygiene practices, and exposure to airborne contaminants will be complied with when planning site safety and health procedures.

The ERM Safety and Health Officer in conjunction with the ERM Project Manager will be responsible for recognizing the need for development of any additional procedures other than those addressed herein, and for implementation of the specific safety procedures for this investigation. He will at all times work in close coordination with the Monsanto Company Project Coordinator.

## SITE DESCRIPTION

For a period of time in the late 1950's, the Monsanto Company, Inc. disposed of various wastes, including chemical wastes, at the City of Nitro, WV, municipal refuse dump located about 3 miles east of the Town of Poca, WV. This site was then and is currently owned by Mr. Garnet Smith. The site is depicted on the attached following topographic map. (Saint Albans 7-1/2' Quadrangle, West Virginia)

Interviews with Mr. Smith have indicated that chemical wastes were disposed in three (3) distinct, separate areas on the site. These areas have been tentatively identified as follows; a) The "Open Dump Area", b) The "Chemical Waste Pit" and c) The "Drum Storage Area". Three remedial investigations have been conducted at the Poca Landfill Site. The first by the NUS Corporation operating under EPA Contract No. 68-01-6699. The second by the Monsanto Company, Inc. was conducted to supplement and verify the NUS Corp. data and the third was conducted by the FMC Corporation in April, 1987 in response to EPA Docket No. III-87-13-DC. All three of these remedial investigations focused on the area of the site herein referred to as the "Open Dump Area" and all ultimately utilized 2,3,7,8-TCDD (Dioxin) as the indicator chemical. Dioxin concentrations in soil were reported to be in the part per billion (ppb) range in all of the studies. The highest reported concentration was 17.5 ppb.

## SCOPE OF WORK

The results of all three past investigations will be incorporated and used as the required Remedial Investigation, Phase I of the "Open Dump Area". Furthermore, a Remedial Investigation, Phase I will be conducted in the two additional areas on the site reported to have received chemical wastes. These two areas, known as the "Chemical Waste Pit" and the "Drum Storage Area" were unknown at the time of preparation of the Consent Order. Additionally, further Remedial Investigations will be conducted along the northern perimeter of the "Open Dump Area" in order to better define the extent of contamination in this area.

The purpose of this study is to determine the nature and extent of environmental problems posed by the Poca Strip Mine Site. Emphasis will be given to levels of soil contamination and the

ARTD0203

2

potential impact on environmental resources. 2,3,7,8-TCDD (Dioxin) will be used as the indicator chemical during these investigations.

An outline of the major tasks to be undertaken during the field portion of this Remedial Investigation is as follows:

A. Determination of Waste Location and Limits

1. Open Dump Area 50' x 200'

   a. Magnetometry Survey

   b. Soil/Wastes Sampling

      1. Split Spoon or Bucket Auger Samples at 27 Locations in 18" depth increments

   c. Background Sample

2. Chemical Waste Pit 80' x 80' x 7'-6" deep

   a. Magnetometry Survey

   b. Soil/Wastes Sampling

      1. Split Spoon or Bucket Auger Samples at 25 locations in 18" depth increments

   c. Background Sample

3. Drum Storage Area 45' x 45' x 3' deep

   a. Magnetometry Survey

   b. Soil/Wastes Sampling

      1. Split Spoon or Bucket Auger Samples at 16 Locations in 18" depth increments

   c. Background Sample

4. Other Bulk or Point-Source Contamination

   a. Collect Five Samples at Various Locations (drums, bulk waste, etc.)

5. Locate Possible Off-site Migration

   a. Collect Three Samples of Eroded Material and/or Sediments at downstream locations

AR100285

Okhittki
(Rod)

dioxin as guinea pigs. People exposed to TCDD in industrial accidents have become ill but no deaths have been reported from the acute effects of exposure.

Where humans have been exposed to dioxin, those who are sensitive have suffered liver disorders, loss of appetite and weight, nerve damage, loss of sex drive and most characteristic a severe persistent skin problem called chloracne.[4]

Chloracne is a chronic and sometimes disfiguring skin eruption caused by exposure to chlorinated aromatic compounds. Chloracne can occur as a result of systemic effects and also as contact dermatitis. There are a variety of signs and symptoms, ranging from gastrointestinal disturbances to metabolic disorders, which accompany the appearance of skin eruptions and may persist for varying lengths of time.[5-12]

How various exposures and doses of dioxin affect human health, how long the effects linger, and the long term effects are uncertain. Studies of Vietnam veterans exposed to dioxin contaminated Agent Orange have turned up no evidence that the exposure causes birth defects in their children. Workers exposed to dioxin after a plant explosion in Nitro, WV in 1949, show no difference in mortality or birth defects incidence from anyone else in the population. But many workers still had chloracne 30 years later. Further, they reported sexual dysfunction and had decreased sensory perception.

Soft tissue sarcoma has also been observed in excess among workers exposed to phenoxy-herbicides. The data is inconclusive regarding TCDD toxicity in humans because the populations studied had mixed exposures making causal relationships between exposure and effect unclear. The data are, however, suggestive of an association between exposure to phenoxyacetic herbicides contaminated with TCDD and excess lymphoma and stomach cancer. Attempts to associate reproductive effects with TCDD exposure are inconclusive because of the inadequately defined populations studied and the difficulties of defining exposure. Since TCDD has been shown to be carcinogenic in experimental studies with rats and mice, and studies are suggestive of an association between human exposure to TCDD-contaminated materials and carcinogenicity, NIOSH recommends that TCDD be considered as a potential occupational carcinogen and exposure to TCDD in all occupational settings should be controlled to the fullest extent feasible.[13] Consequently there is no Threshold Limit Valve (TLV) for TCDD or OSHA permissible exposure limit (PEL). Since NIOSH recommends exposure to TCDD be kept at an absolute minimum, ERM will require personal protective equipment.

Other chemical constituents which possibly were disposed of on-site and maybe encountered include:

AR100288

6

ORIGINAL (R.vg)

| PRODUCT NAME | SYNONYMS |
|---|---|
| 1. Santocure | N-Cyclohexyl |
| 2. Thiofide | MBTS |
| 3. Santocure NS | N (1,1 - dimetylethyl) |
| 4. Santonox R Antioxidant | 4,4' - Thiobis (3-motyl-6 tertiary butyl phenol) |
| 5. Santoquin Emulsion Feed and Forage Preservative | Ethoxyquin Emulsion |
| 6. Santowhite Powder Antioxidant | 4,4' - Butylidene-bis (6-Tert-butyl-m-cresol) |
| 7. Thiotax MBT | MBT |

Material Safety Data Sheets (MSDS) for the above compounds are attached to this report.

The main potential route of exposure is expected to be skin contact/absorption and possibly inhalation. On the MSDS of each compound listed, it is noted that the compound is an eye/skin irritant or may produce an allergic reaction or irritation to certain individuals. For this reason PPE will be required to avoid personal contact with the compound. There are no air standards to these specific compounds but reference is made on the MSDS's to the OSHA and ACGIH nuisance dust standards which are:

OSHA PEL/TWA: Total Dust 15 $mg/m^3$; Respirable Dust 5 $mg/m^3$

ACGIH TLV/TWA: Total 10 $mg/m^3$; Respirable Dust 5 $mg/m^3$

While essential, the wearing of special clothing and equipment can create physiological stresses which severely limit work efficiency and increase accident probability. Chemical-resistant clothing can decrease body ventilation and prevent the dissipation of heat caused by physical exertion. Heat exhaustion, heat prostration, or heat stroke could result if proper precautionary measures are not taken. Replenishment of body fluids and sufficient rest periods for cooling down are necessary to avoid adverse health effects. The project manager will continually be aware of the stresses being placed on site workers and plan accordingly by implementing a work rest regimen and water replenishment.

Other safety hazards that may be encountered are those associated with walking on unstable or slippery surfaces, on unsound tankage, catwalks or structures, and in the vicinity of improperly stacked drums. Also, since the site environment may be conducive to harboring poisonous insects and snakes a continual look out will be performed while on-site.

ARdo00289

7