# Exhibit C

AD 750223



APCP

# AQUATIC PLANT CONTROL PROGRAM

Technical Report 1

## CONTROLLED-RELEASE HERBICIDES



OCT 30 1972

Reproduced by
NATIONAL TECHNICAL
INFORMATION SERVICE
U S Department of Commerce
Springfield VA 22151

SPONSORED BY: Office, Chief of Engineers
U. S. Army

PUBLISHED BY: U. S. Army Engineer
Waterways Experiment Station
Vicksburg, Mississippi

October 1972

APPROVED FOR PUBLIC RELEASE; DISTRIBUTION UNLIMITED

# DEVELOPMENT OF SLOW-RELEASE HERBICIDE MATERIALS
## FOR CONTROLLING AQUATIC PLANTS*

by

Suzanne Bille, S. Zachary Mansdorf, and Nathan F. Cardarelli**

## Summary

Slow-release formulations of the butoxyethanol ester of 2,4-dichlorophenoxyacetic acid were prepared and evaluated. This herbicide was found to have a relatively high solubility in natural rubber and only slight solubility in several other elastomeric substances. Loss rate was adjustable by compounding techniques.

In order to release the control agent in the photozone of interest, five product designs were developed. These consisted of floating and sinking pellets, timed release pellets, and top-suspending and bottom-suspending ribbons.

Initial indoor and outdoor evaluations were conducted using four aquatic weeds: water hyacinth, alligator weed, elodea, and eurasian water milfoil.

Top suspenders applied at a rate of 1-ppmw active agent destroyed water hyacinths within 4 weeks of the treatment date in outdoor pool tests. Floating and sinking pellets were ineffectual, even at higher dosages, against this plant. However, all forms of the slow-release formulation controlled milfoil. The butyoxyethanol ester of 2,4-D is not particularly effective against elodea or alligator weed.

The advantage of slow-release formulations lies in their economy of use. One treatment can conceivably provide weed control for several years. Half-lives in excess of 9 months are predicted. Sinking pellets are shown to release 2,4-D at the watercourse bottom with fairly rapid upward dispersion, reading near equilbrium (no gradient) in a short time. In

---

\* Contract No. DACW73-70-C-0030, Aquatic Plant Control Program, Planning Division, Office, Chief of Engineers, Washington, D. C.

\*\* Research Assistants and Principal Chemist, Community and Technical College, Product Development Laboratory, The University of Akron, Akron, Ohio.

**Preceding page blank**

C3

PART VI: PHASE II FORMULATIONS

30. Bioassay work, reported in later sections, indicated that the phase I materials shown in table C3 below, were superior. Consequently, phase II compounds were based upon these formulations with the general intent to increase toxicant concentration and loss rate.

Table C3

Effective Phase 1 Formulations

| Compound | Base Elastomer | BEE Toxicant, % | Type | Effective Against |
|---|---|---|---|---|
| 11ACE-E | NRX | 21.8 | Sinker | Hyacinth, elodea, and milfoil |
| 11ACE-C | NRX | 8.5 | Floater | Hyacinth |
| 11ACE-D | NRX | 15.7 | Floater | Hyacinth |
| 11ACE-B | NRX | 4.4 | Floater | Hyacinth |
| 10ACE-B | EPDM | 6.5 | Floater | Hyacinth |
| 10ACE-C | EPDM | 8.6 | Floater | Hyacinth |
| 10ACE-E | EPDM | 15.8 | Floater | Hyacinth |
| 11ACE-F | NRX | 7.2 | Sinker | Hyacinth |
| 11ACE-J | NRX | 11.1 | Sinker | Hyacinth |
| 14ACE-A | NRX | 22.2 | Suspender | Hyacinth |

31. Phase I results indicated from bioassay and other evaluations that:

    <u>a</u>. The butoxyethanol ester is released and does destroy the water hyacinth.

    <u>b</u>. Carbon black and various oils can be used to change loss rates.

    <u>c</u>. BEE is the logical choice as the toxic agent.

    <u>d</u>. Natural rubber is the best choice as the base matrix material.

    <u>e</u>. A simple sulfur-tetramethylthiuram disulfide cure with zinc oxide is appropriate.

32. The next step was to optimize a natural rubber, BEE compound, to achieve an appropriate loss rate with the maximum amount of herbicide available for release.

33. A number of test formulations were made: floating, suspending, and sinking. The best material to date is 15ACE-B (a modified 11ACE-E) as determined from the following criteria:

   a. Economy of materials
   b. Efficacious loss rate
   c. Easy processibility
   d. Maximum BEE content

More "exotic" forms of natural rubber were used to achieve the proper matrix (i.e., highest possible BEE solubility limit). RSS #4* would hold, in solution equilibrium, about 35%. However, extrusions were poor with uneven dimensions, some volatilization occurred during cure, and the extruded rod required special handling due to extensive tackiness. Consequently, accelerated partially precured natural rubber that eliminated these difficulties was selected. The final formulation of 15ACE-B (sinker) is given below.

|  | Parts by Weight | Cost/pound | Composition % |
|---|---|---|---|
| PA-80† | 75.0 | $0.405 | 44.6 |
| SMR-5†† | 25.0 | 0.320 | 14.9 |
| Zinc oxide | 1.0 | 0.820 | 0.6 |
| Stearic acid | 0.5 | 0.550 | 0.3 |
| Santocure CBTS | 2.0 | 0.760 | 1.2 |
| TMTDS | 1.0 | 1.900 | 0.6 |
| Sulfur | 0.5 | 0.850 | 0.3 |
| BEE | 63.0 | 0.610 | 37.5 |

† PA-80 is a crudely coagulated, pale, crepe-type natural rubber with about an 80% precure.

†† SMR-5 is a refined, rib-smoked sheet with castor oil added as a lubricant.

34. Materials cost of 15ACE-B appears to be in the $0.46-0.49 per

---

* Rib-smoked sheet, grade 4 (about 18 cents per pound).

C17