# Exhibit D



COMPOUND SUMMARY

# Ethoxyquin

💬 Cite     ⬇ Download

| | |
|---|---|
| PubChem CID: | 3293 |
| Structure: | <br>2D    3D<br>Find Similar Structures |
| Chemical Safety: | ⚠<br>Irritant<br>Laboratory Chemical Safety Summary (LCSS) Datasheet |
| Molecular Formula: | $C_{14}H_{19}NO$ |
| Synonyms: | ethoxyquin<br>91-53-2<br>6-Ethoxy-2,2,4-trimethyl-1,2-dihydroquinoline<br>Ethoxyquine<br>Santoquin<br>More... |
| Molecular Weight: | 217.31 g/mol |
| Dates: | Modify:         Create:<br>2019-10-26   2005-03-25 |

Ethoxyquin is a quinoline that is 1,2-dihydroquinoline bearing three methyl substituents at position 2, 2 and 4 as well as an ethoxy substituent at position 6. It has a role as an agrochemical, a herbicide, an UDP-glucuronosyltransferase activator, a neuroprotective agent, a Hsp90 inhibitor, a genotoxin and a food antioxidant. It is a member of quinolines and an aromatic ether.

▸ from ChEBI

Ethoxyquin is a clear light yellow to dark brown viscous liquid. Discolors and stains badly. Mercaptan-like odor. (NTP, 1992)

▸ from CAMEO Chemicals

Ethoxyquin is an antioxidant used in animal feeds and for the preservation of colour in the production of chili powder, paprika and ground chilli. Ethoxyquin is formerly used as an agricultural pesticide/herbicide, now superseded. Also used as a post-harvest dip for apples and pears to prevent scald.

▸ from Human Metabolome Database (HMDB)

## Contents

1 Structures

CID 3293

# Ethoxyquin

## Depositor-Supplied Synonyms

1. ethoxyquin
2. 91-53-2
3. 6-Ethoxy-2,2,4-trimethyl-1,2-dihydroquinoline
4. Ethoxyquine
5. Santoquin
6. Santoquine
7. Niflex
8. Antioxidant EC
9. Santoflex A
10. Santoflex AW
11. Stop-Scald
12. Dawe's nutrigard
13. Nix-Scald
14. Nocrack AW
15. Quinol ED
16. Permanax 103
17. Aries Antox
18. Niflex D
19. Antage AW
20. Nocrac AW
21. Alterungsschutzmittel EC
22. (-)-Normetazocine
23. Ethoxychin
24. Quinoline, 6-ethoxy-1,2-dihydro-2,2,4-trimethyl-
25. Usaf B-24
26. Amea 100
27. Ethoxyquin [ISO]
28. Santoquine (VAN)
29. 1,2-Dihydro-6-ethoxy-2,2,4-trimethylquinoline
30. 6-Ethoxy-1,2-dihydro-2,2,4-trimethylquinoline
31. Ethoxychin [Czech]
32. Caswell No. 427D
33. Santoflex
34. 1,2-Dihydro-2,2,4-trimethyl-6-ethoxyquinoline
35. 2,2,4-Trimethyl-6-ethoxy-1,2-dihydroquinoline
36. 6-ethoxy-2,2,4-trimethyl-1H-quinoline
37. NSC-6795
38. UNII-9T1410R4OR
39. CCRIS 2513
40. HSDB 400
41. EINECS 202-075-7
42. EMQ
43. EQ
44. EPA Pesticide Chemical Code 055501
45. AI3-17715
46. CHEBI:77323
47. DECIPOUIJURFOJ-UHFFFAOYSA-N
48. 9T1410R4OR
49. 6-(ethyloxy)-2,2,4-trimethyl-1,2-dihydroquinoline

50. CAS-91-53-2
51. NCGC00016348-02
52. AK116687
53. E324
54. DSSTox_CID_582
55. DSSTox_RID_75672
56. DSSTox_GSID_20582
57. 16603-67-1
58. W-100306
59. Ethyl 2,2,4-trimethyl-1,2-dihydro-6-quinolinyl ether
60. 6-ETMDQ
61. Polyflex
62. SantoquinEQ
63. Prestwick_1064
64. Spectrum_001214
65. Quinoline, 6-ethoxy-1,2-dihydro-2,2,4-trimethyl-, homopolymer
66. AC1L1FLT
67. Prestwick0_000765
68. Prestwick1_000765
69. Prestwick2_000765
70. Prestwick3_000765
71. Spectrum2_001384
72. Spectrum3_001423
73. Spectrum4_000404
74. Spectrum5_001530
75. SCHEMBL21601
76. BSPBio_000810
77. BSPBio_003126
78. KBioGR_000668
79. KBioSS_001694
80. 63301-91-7
81. MLS001055488
82. BIDD:GT0822
83. DivK1c_000183
84. SPECTRUM1500998
85. SPBio_001368
86. SPBio_002749
87. BPBio1_000892
88. CHEMBL172064
89. DTXSID9020582
90. CTK8F1416
91. HMS500J05
92. KBio1_000183
93. KBio2_001694
94. KBio2_004262
95. KBio2_006830
96. KBio3_002346
97. KS-00000LXG
98. NSC6795
99. NINDS_000183
100. HMS1570I12
101. HMS1923K03
102. HMS2097I12
103. HMS3714I12
104. 1,2,4-trimethyl-6-ethoxyquinoline
105. HY-B1425
106. NSC 6795

107. ZERO/001992
108. ZINC3872521
109. 6-Ethoxy-1,2,4-trimethylquinoline
110. Tox21_110388
111. Tox21_201336
112. Tox21_300328
113. CCG-39002
114. Ethoxyquin, >=75% (capillary GC)
115. MFCD00023883
116. SBB012680
117. STK772149
118. AKOS000121441
119. CS-8200
120. LS-1921
121. MCULE-2419717294
122. IDI1_000183
123. NCGC00016348-01
124. NCGC00016348-03
125. NCGC00016348-04
126. NCGC00016348-05
127. NCGC00016348-06
128. NCGC00016348-07
129. NCGC00016348-08
130. NCGC00016348-09
131. NCGC00090792-01
132. NCGC00090792-02
133. NCGC00090792-03
134. NCGC00090792-04
135. NCGC00090792-05
136. NCGC00254395-01
137. NCGC00258888-01
138. AC-11742
139. AJ-46362
140. AN-24213
141. AS-14741
142. BC203326
143. CC-27555
144. M384
145. SMR000686069
146. BC4134527
147. Ethoxyquin, Vetec(TM) reagent grade, 75%
148. ST2418944
149. ST4083901
150. TR-028835
151. WLN: T66 BM CHJ C1 C1 E1 HO2
152. E 324
153. E0237
154. FT-0621107
155. FT-0673108
156. 2,4-Trimethyl-6-ethoxy-1,2-dihydroquinoline
157. 6-Ethoxy-2,4-trimethyl-1,2-dihydroquinoline
158. Ethoxyquin, PESTANAL(R), analytical standard
159. 2,2, 4-Trimethyl-6-ethoxy-1,2-dihydroquinoline
160. 6-Ethoxy-1, 2-dihydro-2,2,4-trimethylquinoline
161. 6-Ethoxy-1,2-dihydro-2,2,4-trimethyl-Quinoline
162. 6-Ethoxy-2,2,4-trimethyl-1, 2-dihydroquinoline
163. C-27991

164. SR-01000854319
165. J-010251
166. SR-01000854319-2
167. BRD-K56792340-001-05-8
168. 6-Ethoxy-1,2-dihydro-2,2,4-trimethylquinoline, 9CI, 8CI
169. A10AE280-05F4-4846-ACAE-D565B0D263A2
170. Ethyl 2,2,4-trimethyl-1,2-dihydro-6-quinolinyl ether #
171. Ethoxyquin. Short expiry date due to chemical nature of component(s)

- from PubChem