# Exhibit E

# MODERN WEED CONTROL

Alden S. Crafts

University of California Press
Berkeley and Los Angeles, California

University of California Press, Ltd.
London, England

Copyright © 1975, by
The Regents of the University of California

ISBN 0-520-02733-7
Library of Congress Catalog Card Number: 74-76383
Printed in the United States of America

Designed by Henry Bennett

vegetable transplants, cotton, soybeans, and field beans. Having an average half-life in soils of 100 days but little tendency to leach, it is effective in controlling weed seedlings through the normal growing season for many crops.

### DICAMBOLIN, BAS 3490H

This unique herbicide has been tested and shown effective against barnyardgrass, crabgrass, fontails, millet, and nutsedges, as well as common broadleaf weeds in maize, potatoes, beets, and rice.

### DESTUN

Destun is a selective, preemergence material useful against annual broadleaf weeds, grasses, and nutsedges in many field and vegetable crops.

### DICHLONE, PHYGON

This chemical is an active fungicide extensively used as a seed protectant and soil fumigant. It is available as a dust or a wettable powder.

### DIMEXAN

Dimexan is a selective, contact, foliar herbicide of recent introduction.

### ENDOTHALL, AQUATHOL, HYDROTHOL

Endothall is a preemergence or postemergence herbicide and desiccant. It is used in sugar beets, red beets, and spinach, as a turf weedkiller, and as an aquatic herbicide.

### ERD, DES, SULFASAN

This sulfur-containing herbicide is useful as a pre- or postemergence application on celery and snap beans; also useful as a preharvest desiccant.

### FENAC, TRIFENE

Fenac is used as a preemergence, season-long herbicide in sugar cane against Johnsongrass seedlings. It also has wide application against general weed growth on noncroplands. It is effective against submerged aquatic weeds when applied to soil before flooding or as granules which sink to the bottom of the ditch or lake.

### FLUMEXIN

Flumexin is a selective, preemergence, soil-borne chemical of recent introduction.

hall is a preemergence or postemergence herbicid  is used in sugar beets, red beets, and spinach, and as an aquatic herbicide.

## EXD, DEX, SULFASAN

sulfur-containing herbicide is useful as a pre- or lication on onions and snap beans; also useful as a

## FENAC, TRIFENE

 is used as a preemergence, season-long herbicide inst Johnsongrass seedlings. It also has wide ap general weed growth on noncroplands. It is effectiv d aquatic weeds when applied to soil before floodi which sink to the bottom of the ditch or lake.