# Exhibit F

CHEMICAL HERITAGE FOUNDATION

JOHN E. FRANZ

Transcript of an Interview
Conducted by

James J. Bohning

at

St. Louis, Missouri

on

29 November 1994

(With Subsequent Additions and Corrections)

ACKNOWLEDGMENT

This oral history is one in a series initiated by the Chemical Heritage Foundation, on behalf of the Society of Chemical Industry (American Section).  The series documents the personal perspectives of Perkin and the Chemical Industry Award recipients and records the human dimensions of the growth of the chemical sciences and chemical process industries during the twentieth century.

This project is made possible through the generosity of Society of Chemical Industry member companies.

THE CHEMICAL HERITAGE FOUNDATION
Oral History Program

RELEASE FORM

This document contains my understanding and agreement with
the Chemical Heritage Foundation with respect to my participation
in a tape-recorded interview conducted by
_JAMES J. BOHNING_____ on _NOV. 29, 1994___ .
I have read the transcript supplied by the Chemical Heritage
Foundation and returned it with my corrections and emendations.

1.  The tapes and corrected transcript (collectively called the
    "Work") will be maintained by the Chemical Heritage
    Foundation and made available in accordance with general
    policies for research and other scholarly purposes.

2.  I hereby grant, assign, and transfer to the Chemical
    Heritage Foundation all right, title, and interest in the
    Work, including the literary rights and the copyright,
    except that I shall retain the right to copy, use and
    publish the Work in part or in full until my death.

3.  The manuscript may be read and the tape(s) heard by scholars
    approved by the Chemical Heritage Foundation subject to the
    restrictions listed below.  The scholar pledges not to quote
    from, cite, or reproduce by any means this material except
    with the written permission of the Chemical Heritage
    Foundation.

4.  I wish to place the following conditions that I have checked
    below upon the use of this interview.  I understand that the
    Chemical Heritage Foundation will enforce my wishes until
    the time of my death, when any restrictions will be removed.

    a.  _____   No restrictions for access.

    b.  ___X___   My permission required to quote, cite, or
                  reproduce.

    c.  ___X___   My permission required for access to the entire
                  document and all tapes.

This constitutes our entire and complete understanding.

                          (Signature) _John E. Franz_____

                     (Date) _March 9, 1996_____

(Revised 17 March 1993)

This interview has been designated as **Semi Restricted Access**.

One may view the oral history with the permission of CHF.
However, the permission of the interviewee is required to quote from, cite, or reproduce the oral history.

*Please contact CHF to request permission.*

  Chemical Heritage Foundation
Oral History Program
315 Chestnut Street
Philadelphia, Pennsylvania  19106  

The Chemical Heritage Foundation (CHF) serves the community of the chemical and molecular sciences, and the wider public, by treasuring the past, educating the present, and inspiring the future. CHF maintains a world-class collection of materials that document the history and heritage of the chemical and molecular sciences, technologies, and industries; encourages research in CHF collections; and carries out a program of outreach and interpretation in order to advance an understanding of the role of the chemical and molecular sciences, technologies, and industries in shaping society.

JOHN E. FRANZ

1929        Born in Springfield, Illinois, on 21 December

## Education

1951        B.S., University of Illinois
1955        Ph.D., organic chemistry, University of Minnesota

## Professional Experience

Monsanto Company
1955-1959        Research Chemist, Organic Chemicals Division
1959-1962        Group Leader, Organic Chemicals Division
1962-1967        Science Fellow, Organic Chemicals Division
1967-1975        Science Fellow, Agricultural Products Division
1975-1980        Senior Science Fellow, Agricultural Products Division
1980-1994        Distinguished Science Fellow, Agricultural Products Division

## Honors

1977        IR-100 Award, *Industrial Research* magazine
1981        J. F. Queeny Award, Monsanto Company
1985        Achievement Award, Industrial Research Institute
1986        Inventor of the Year Award, St. Louis Metropolitan Bar Association
1987        National Medal of Technology Presidential Award
1988        Outstanding Achievement Award, University of Minnesota
1988        Missouri Award, Department of Economic Development
1989        Carothers Award, American Chemical Society, Delaware Section
1990        Perkin Medal, Society of Chemical Industry, American Section

## ABSTRACT

John E. Franz begins this interview by discussing his early life in Springfield, Illinois, during the Depression. He then describes his undergraduate work at the University of Illinois and his contacts there with Roger Adams, Elliott Alexander, Virginia Bartow, Reynold Fuson, and Carl Marvel. Moving on to his graduate work at the University of Minnesota, Franz contrasts his studies there in physical organic chemistry with his training in practical synthetic organic chemistry at Illinois. Next, Franz discusses choosing to work at the Monsanto Company, rather than DuPont. After describing his first projects, Franz recalls his transfer from the organic chemicals division to the agricultural division, where he worked on synthetic herbicides. This work led to Franz's discovery of glyphosate, a natural plant growth inhibitor that forms the active ingredient in Roundup, an environmentally friendly herbicide that has become one of the most widely used herbicides in the world. He describes the aftereffects of his discovery—the reactions of Monsanto and other companies, and the steps involved in commercial production of Roundup. Franz then examines his later work to understand amine and phosphine compounds as well as plant growth inhibitors. Discussing herbicides in light of current environmental and governmental regulations, he compares Roundup with the more potent herbicides favored by the industry today. Finally, Franz discusses his forthcoming book on the history of glyphosate, his final years at Monsanto, and his retirement.

## INTERVIEWER

James J. Bohning is Professor of Chemistry Emeritus at Wilkes University, where he was a faculty member from 1959 to 1990. He served there as chemistry department chair from 1970 to 1986 and environmental science department chair from 1987 to 1990. He was chair of the American Chemical Society's Division of the History of Chemistry in 1986, received the Division's outstanding paper award in 1989, and presented more than twenty-five papers before the Division at national meetings of the Society. He has been on the advisory committee of the Society's National Historic Chemical Landmarks committee since its inception in 1992. He developed the oral history program of the Chemical Heritage Foundation beginning in 1985, and was the Foundation's Director of Oral History from 1990 to 1995. He currently writes for the American Chemical Society News Service.

TABLE OF CONTENTS

1      Childhood and Early Education
           Childhood and early schooling in Springfield, Illinois.  Early interest in science;
           dairy-related experiments.  Chemistry in junior college.

5      Undergraduate and Graduate Schooling
           Contacts with Roger Adams, Elliott Alexander, Virginia Bartow, Reynold Fuson,
           and Carl Marvel at the University of Illinois.  Graduate work at the University of
           Minnesota; contacts with Stuart W. Fenton, Ed Koelsch, and William E. Parham.
           Decision to work at Monsanto.

11     Early Career at Monsanto
           Work on various projects—carbonium ions, maleic anhydride chemistry,
           plasticizers, aspirin, polymers, and oxidation reactions.  Research on sulfonyl ureas
           in treating diabetes.  Monsanto's technical and management ladders, patent process,
           and attitude toward publications.

18     Transfer to Monsanto's Agricultural Division
           A. John Speziale.  Work on plant growth regulators, especially hormones.  Study of
           plant physiology.  Division culture and communication.  How ideas develop.

22     Discovery of Glyphosate
           Monsanto's early work in phosphonic acids; Franz's own work with biological
           plant-growth metabolizers, amines, and phosphinic acids.  Discovery and
           development of glyphosate, the active ingredient in Roundup.  Follow-up work on
           glyphosate analogs and similar compounds.  Traits necessary for success in
           research.

28     Glyphosate Aftermath
           Effect of the discovery of glyphosate on Franz's career.  Comparison of Roundup to
           more potent herbicides.

35     Franz's Latter Career at Monsanto
           Research on plant inhibitors and environmentally friendly herbicides.  Views on
           education of today's scientists.  Trends in chemical company leadership—openness
           to research, nurture of creativity, and reception of new discoveries. Administrative
           work as final part of career.  Retirement.

53     Notes

54     Index

INDEX

**A**
Abscisic acid, 20
Acid isomerization, 15
Adams, Roger, 5-7, 13
Alexander, Elliott R., 6, 7, 9
   book on mechanistic organic reactions, 7
   death, 6
American Chemical Society [ACS], 46, 47
American Cyanamid Company, 33
Amines
   primary, 24
   secondary, 24, 32
   tertiary, 32
Aminomethylphosphonic acids
   primary, 27
   secondary, 23-25, 27, 32
   tertiary, 22-24, 27, 32, 41
Amino phosphonic acids
   tertiary, 23
Amino acids, 27, 28
Amrhein, Nick, 25
Aspirin, 2, 15
   manufacturing process, 15
Auxins, 20

**B**
Babcock test equipment, 4
Bader, Alfred, 31, 32
Ball mill method, 13
Bartow, Virginia, 8
Beak, Peter, 47
Beveridge, William, 39
Big Bang Theory, 42
Biorational design, 35, 36
Blanke, -- [see friend of Franz' father], 3, 4
Blessed Sacrament Grade School, 1
Bocum, Germany, 25

**M**
Maleic anhydrides, 15
Marshall, Fred, 12
Martin, Henri, 31
Marvel, Carl, 5-8, 13
Massachusetts, University of [UMass], 39
Minnesota, University of, 7-10, 41
    physical organic chemistry course, 9
Monsanto Company, 10-19, 21-24, 26-33, 38-40, 44-50
    administrative [management] ladder, 17, 18,
    agricultural [ag] division, 18, 19, 21-24, 26-33, 48
    aspirin group, 15-17
    organic chemicals division, 13-18
    patents, 14, 16, 29, 45
    phthalic anhydride plant, 13
    plant field studies, 21, 28
    polymers group, 12, 15, 16
    publishing, 16-19
    science [technology] ladder, 17, 18, 32, 33, 50
    support of R&D, 48
    Synectics course, 39, 49

**N**
Naphthalene, 13
National Medal of Technology, 50
Nitrile sulfides, 35
Nitro, West Virginia, 18
N-oxides, 27, 29
    amine, 29
Nylon, 43

**O**
Olefins, 14, 15
    bicyclic, 15
Oral hypoglycemic agents, 16
Oxidation, 13, 15, 31, 32, 41

**P**
Parham, William E., 9
Pasteur, Louis, 2, 42
Perkin Medal, 38, 47, 49, 50
Phthalic anhydride, 13
Phosphinic acid, 31

57