# Exhibit G



INTERNATIONAL PROGRAMME ON CHEMICAL SAFETY

ENVIRONMENTAL HEALTH CRITERIA 179

Morpholine

This report contains the collective views of an international group of
experts and does not necessarily represent the decisions or the stated
policy of the United Nations Environment Programme, the International
Labour Organisation, or the World Health Organization.

First draft prepared by Dr. J. Kielhorn and Dr. G. Rosner, Fraunhofer
Institute of Toxicology and Aerosol Research, Hanover, Germany

Published under the joint sponsorship of the United Nations
Environment Programme, the International Labour Organisation, and the
World Health Organization

World Health Organization
Geneva, 1996

   The International Programme on Chemical Safety (IPCS) is a joint
venture of the United Nations Environment Programme, the International
Labour Organisation, and the World Health Organization. The main
objective of the IPCS is to carry out and disseminate evaluations of
the effects of chemicals on human health and the quality of the
environment. Supporting activities include the development of
epidemiological, experimental laboratory, and risk-assessment methods
that could produce internationally comparable results, and the
development of manpower in the field of toxicology. Other activities
carried out by the IPCS include the development of know-how for coping
with chemical accidents, coordination of laboratory testing and
epidemiological studies, and promotion of research on the mechanisms
of the biological action of chemicals.

WHO Library Cataloguing in Publication Data

Morpholine.

(Environmental health criteria ; 179)

1.Morpholine  2.Solvents  3.Chemical industry
4.Environmental exposure  I.Series

ISBN 92 4 157179 9              (NLM Classification: TP 247.5)
ISSN 0250-863X

   The World Health Organization welcomes requests for permission to
reproduce or translate its publications, in part or in full.
Applications and enquiries should be addressed to the Office of
Publications, World Health Organization, Geneva, Switzerland, which
will be glad to provide the latest information on any changes made to
the text, plans for new editions, and reprints and translations
already available.

(c) World Health Organization 1996

   Publications of the World Health Organization enjoy copyright
protection in accordance with the provisions of Protocol 2 of the
Universal Copyright Convention. All rights reserved. The designations
employed and the presentation of the material in this publication do
not imply the expression of any opinion whatsoever on the part of the
Secretariat of the World Health Organization concerning the legal
status of any country, territory, city or area or of its authorities,
or concerning the delimitation of its frontiers or boundaries. The
mention of specific companies or of certain manufacturers' products
does not imply that they are endorsed or recommended by the World
Health Organization in preference to others of a similar nature that
are not mentioned. Errors and omissions excepted, the names of
proprietary products are distinguished by initial capital letters.

pipes and other devices used in handling petroleum distillates, and for inhibiting the corrosive action of grease-proof paper on steel and other metals (Texaco, 1986).

#### 3.2.2.3 Waxes and polishes

Salts of morpholine with long-chain fatty acids, such as oleic or stearic acid, have wax-like properties and are used as emulsifying agents in the formulation of water-resistant waxes and polishes for automobiles, floors, leather and furniture. When the loosely-bound fatty acid-morpholine compound breaks down, the morpholine component evaporates at approximately the same rate as water, leaving a film highly resistant to water spotting and deterioration. Morpholine is typically present in concentrations up to 2% (Texaco, 1986).

Morpholine is no longer employed in the production of waxes and polishes in Germany (BUA,1991).

#### 3.2.2.4 Optical brighteners

Optical brighteners are used in detergent formulations in the soap and detergent industry. The diaminostilbene triazine type brightener with morpholine as a substituent on one of the triazine rings is particularly effective on cellulosics and is used in home laundry detergents because it is stable to chlorine bleaches (Texaco, 1986).

#### 3.2.2.5 Catalysts

Morpholine derivatives such as *N*-methylmorpholine and *N*-ethylmorpholine are used as catalysts for the production of polyurethane foams.

#### 3.2.2.6 Pharmaceuticals

Morpholine derivatives are used as analgesics and local anaesthetics (Texaco, 1986; Fisher, 1986; Rekka et al. 1990; Cusano & Luciano, 1993), antibiotics (Kleemann & Engel, 1982; Schröder et al. 1982; BUA, 1991), antimycotics (Lauharanta, 1992; Reinel & Clarke, 1992) and for plaque control in dentistry (Collaert et al., 1992a,b).

#### 3.2.2.7 Bactericides, fungicides and herbicides

Several morpholine derivatives, e.g., morpholinium salts of certain acylated sulfonamides, possess bactericidal activity. Morpholine hydroperiodide has been used as a water disinfectant (Texaco, 1986).

Morpholine fungicides are used for agricultural purposes (Mercer, 1991), as foliar fungicides with protective and curative properties for the control of powdery mildew and rust (Brouwers et al., 1992; Leenheers et al. 1992), and as foliar fungicides for cereals (Ackermann et al., 1989). Morpholine is also used in the preparation of herbicides that can be applied either to the soil before the weeds emerge or to the growing plants (Texaco, 1986).

#### 3.2.2.8 Food additive applications

USA Federal regulations permit the use of morpholine in several direct and indirect food additive applications (Cosmetic Ingredient Review, 1989). Certain fatty acid salts of morpholine can be used as components of protective coatings applied to fruits and vegetables with the concentrations not allowed to exceed the level required to produce the intended effect (US FDA, 1988). Indirect food additive possibilities include the use of morpholine as a corrosion inhibitor for steel and or tinplate used in food containers (US FDA, 1984a), as a defoaming agent used in the manufacture of paper and paperboard for food-packaging materials (US FDA, 1984b), as a component of adhesives (US FDA, 1984c), and as a defoaming agent in animal glue used for

packaging materials (US FDA, 1984d). Morpholine is only allowed as a boiler-water additive in concentrations up to 36 $mg/m^3$ (10 ppm), but is not permitted when the steam comes into contact with food, milk or milk products (US FDA, 1984e).

In Germany, the use of morpholine in water-repellent food packaging material is forbidden (BUA, 1991).

#### 3.2.2.9 Cosmetics

Morpholine is used in the USA by the cosmetic industry. Data submitted to the US Food and Drug Administration (US FDA) in 1981 and 1986 (Cosmetic Ingredient Review, 1989) and in 1991 (Cosmetic Ingredient Review, 1991a) show that at least in the USA, morpholine is still used in cosmetic products. In 1981, morpholine was used in 38 cosmetic preparations, the majority (32) being mascara. It is also used in eyeliner, eye shadow and skin care preparations. Morpholine is listed by the Cosmetic Ingredient Review as an ingredient used in cosmetics, although there are insufficient data to substantiate safety (Cosmetic Ingredient Review, 1989,1991a).