# Exhibit H

# EASTMAN



# Technical Data Sheet
## Eastman™ Butyraldehyde, Dry

## Applications
- Automotive parts & accessories
- Building materials
- General industrial coatings
- Glass treatment
- Herbicides - intermediate for other
- Industrial fuel imeds
- Packaging components non food contact
- Paints & coatings
- Windows

## Product Description
Eastman™ Butyraldehyde is used as a fragrance intermediate.

## Typical Properties

| Property | Test Method | Typical Value, Units |
|---|---|---|
| **General** | | |
| Form | | Liquid |
| Odor | | Pungent |
| Vapor Pressure | | |
|   @ 20°C | | 91 mm Hg |
| Vapor Density | | |
|   (air = 1) | | 2.5 |
| Evaporation Rate | | |
|   (n-butyl acetate = 1) | | 7.8 |
| Boiling Point | | 75 °C (167 °F) |
| Melting Point | | -99 °C (-146 °F) |
| Flash Point | | |
|   Setaflash Closed Cup | | -13 °C (9 °F) |
|   Tag Closed Cup | | -13 °C (9 °F) |
| Autoignition Temperature | E 659 | 199 °C |
| | | 390 °F |
| Freezing Point | | -80 °C |
| Assay | | 99 wt % min. |
| Color | | |
|   Pt-Co | | 10 |
| Specific Gravity | | |
|   @ 20°C/20°C | | 0.78 |

## Comments
Properties reported here are typical of average lots. Eastman makes no representation that the material in any particular shipment will conform exactly to the values given.

Eastman and its marketing affiliates shall not be responsible for the use of this information, or of any product, method, or apparatus mentioned, and you must make your own determination of its suitability and completeness for your own use, for the protection of the environment, and for the health and safety of your employees and purchasers of your products. No warranty is made of the merchantability of fitness of any product, and nothing herein waives any of the Seller's conditions of sale.

10/29/2019 Case 3:16-md-02741-VC Document 7700-8 Filed 11/13/19 Page 3 of 3
Eastman™ Butyraldehyde, Dry | TDS | Eastman Chemical Company

2/28/2018 11:35:39 AM

© 2019 Eastman Chemical Company or its subsidiaries. All rights reserved. As used herein, ® denotes registered trademark status in the U.S. only.