# Exhibit I

# West Virginia Secretary of State — Online Data Services

## Business and Licensing
Online Data Services Help

## Business Organization Detail

NOTICE: The West Virginia Secretary of State's Office makes every reasonable effort to ensure the accuracy of information. However, we make no representation or warranty as to the correctness or completeness of the information. If information is missing from this page, it is not in the The West Virginia Secretary of State's database.

### SOLUTIA INC.

### Organization Information

| Org Type | Effective Date | Established Date | Filing Date | Charter | Class | Sec Type | Termination Date | Termination Reason |
|---|---|---|---|---|---|---|---|---|
| C \| Corporation | 7/25/1997 | | 7/25/1997 | Foreign | Profit | | | |

### Organization Information

| | | | |
|---|---|---|---|
| **Business Purpose** | 3251 - Manufacturing - Chemical Manufacturing - Basic Chemical Manufacturing (petrochemical, industrial gas, synthetic dye & pigment, organic & inorganic chemical mfg., ethyl alcohol, cyclic crude, gum & wood, other) | **Capital Stock** | 0.0000 |
| **Charter County** | | **Control Number** | 0 |
| **Charter State** | DE | **Excess Acres** | 0 |
| **At Will Term** | | **Member Managed** | |
| **At Will Term Years** | | **Par Value** | 0.000000 |
| **Authorized Shares** | 0 | **Young Entrepreneur** | Not Specified |

### Addresses

| Type | Address |
|---|---|
| **Local Office Address** | 1 MONSANTO ROAD<br>NITRO, WV, 25143 |
| **Mailing Address** | 730 WORCESTER STREET |

|  | |
|---|---|
|  | SPRINGFIELD, MA, 01151<br>USA |
| **Notice of Process Address** | UNITED AGENT GROUP INC.<br>126 EAST BURKE STREET<br>MARTINSBURG, WV, 25401 |
| **Principal Office Address** | 730 WORCESTER STREET<br>SPRINGFIELD, MA, 01151<br>USA |
| **Type** | **Address** |

| Officers | |
|---|---|
| **Type** | **Name/Address** |
| Director | DAVID A. GOLDEN<br>100 N EASTMAN ROAD<br>PO BOX 511<br>KINGSPORT, TN, 37662 |
| President | BRIAN TRAVIS SMITH<br>575 MARYVILLE CENTRE DRIVE<br>ST LOUIS, MO, 63141 |
| Secretary | DAVID A WOODMANSEE<br>100 N EASTMAN ROAD<br>PO BOX 511<br>KINGSPORT, TN, 37662 |
| Vice-President | JOHN P CAVINESS<br>730 WORCESTER STREET<br>SPRINGFIELD, MA, 01151 |
| **Type** | **Name/Address** |

| Date | Amendment |
|---|---|
| 10/8/1997 | FILED CERTIFICATE OF DESIGNATION (AMENDMENT) REGARDING STOCK |
| 10/7/1997 | RESTATED ARTICLES OF INCORPORATION. |
| 8/21/1997 | CHANGE OF NAME FROM QUEENY CHEMICAL COMPANY TO SOLUTIA INC. |
| **Date** | **Amendment** |

| Annual Reports |
|---|
| **Filed For** |
| 2019 |
| 2018 |
| 2017x |
| 2017 |
| 2016 |
| 2015 |
| 2014 |

| |
|---|
| 2013 |
| 2012 |
| 2011 |
| 2010 |
| 2009 |
| 2008 |
| 2007 |
| 2006 |
| 2005 |
| 2004 |
| 2003 |
| 2002 |
| 2001 |
| 2000 |
| 1999 |
| 1998 |
| **Date filed** |

For more information, please contact the Secretary of State's Office at 304-558-8000.

Thursday, November 7, 2019 — 11:47 AM

© 2019 State of West Virginia