# Exhibit J

Solutia, Inc.
EPA ID # WVD039990965

# ENVIRONMENTAL COVENANT

This is an environmental covenant executed pursuant to the Uniform Environmental Covenants Act, West Virginia Code Chapter 22, Article 22B, to restrict the activities on, and uses of, the following described property:

The property subject to this environmental covenant is part of a larger property owned by Solutia Inc. The subject property is located at 1 Flexsys Drive, Poca District, Putnam County, West Virginia 25143, containing 126.645 acres, more or less. The deed for the property is recorded in the Office of the Clerk of the County Commission of Putnam County, West Virginia. The subject property consists of the following parcels:

| Solutia, Inc. | | | | | |
|---|---|---|---|---|---|
| District | Map # | Parcel | Book | Page | Acreage |
| Poca | 225 | 122 | 385 | 394 | 69.298 |
| Poca | 225 | 123 | 385 | 394 | 5.92 |
| Poca | 225 | 165 | 385 | 394 | 2.358 |
| Poca | 225 | 33.2 | 385 | 394 | 46.069 |
| Poca | 225 | 166.10 | 399 | 730 | 3.00 |
| | | | | Total | 126.645 |

POTESTA & ASSOCIATES INC
ATTN: HAROLD D WARD
601 57TH ST SE
CHARLESTON, WV 25304

The property described above is depicted on three maps entitled "Map Showing Area covered by Environmental Covenant, Solutia Inc., Nitro, WV, Site EPA I.D. No. WV039990965 Putnam Co., West Virginia" prepared by Potesta & Associates, Inc. dated November 6, 2018, Figure Nos. 1 through 3, attached as Exhibit A. Exhibit B (attached) includes a point table with latitude and longitude values for the approximate property boundary, limits of the engineered cap and cover areas, limits of impermeable engineering cap areas, and locations of groundwater extraction wells.

The above-referenced maps also show two areas where engineered caps and covers were constructed on the Solutia Inc. property as part of the remedial action. The South Engineered Cap and Cover Area includes an area of approximately 73.17 acres. The North Engineered Cap and Cover Area includes an area of approximately 37.32 acres. The South and North Engineered Cap and Cover Areas identified on the referenced maps bear specific environmental restrictions.

Activities on and uses of the above-described property that may result in excessive human exposure or in the release of a contaminant that was contained as part of the remedial action related to this covenant are prohibited. Those activities and uses include, but are not limited to:

Doc ID: 004549860011 Type: MISC
Recorded: 01/10/2019 at 09:40:59 AM
Fee Amt: $18.00 Page 1 of 11
Putnam County Clerk
Brian Wood County Clerk
BK 81   PG 627-637

### Restrictions Applicable to the 126.645-acre Property:

1. Uses of the property for any purpose other than as nonresidential property as defined by the West Virginia Voluntary Remediation and Redevelopment Act (W. Va. Code §22-22-2(q)) are prohibited.

2. The use of groundwater at the property for any purpose other than operation, maintenance, and monitoring activities required by the United States Environmental Protection Agency (EPA) and/or the West Virginia Department of Environmental Protection (WVDEP) is prohibited.

3. Installation of any new water wells on the property is prohibited unless it is demonstrated to WVDEP that such wells are necessary to implement the final remedy and WVDEP provides prior written approval to install such wells.

### Restriction Applicable to North and South Engineered Cap and Cover Areas:

4. All earth moving activities, including excavation, drilling/penetration and construction in the areas at the property where any contaminants remain in soils are prohibited unless such excavation, drilling/penetration and construction is conducted by a professional who is qualified and knowledgeable about releases and exposures to contaminants known to exist at the site. The professional will be required to perform the work in accordance with a site-specific Health and Safety and Soil Management Plan approved by WVDEP. This plan will detail how excavated soils will be managed during any future subsurface activities. In addition, all soils that are to be disposed of will be sampled and disposed of in accordance with State and Federal regulations. The remediation professional will also be required to remediate the disturbed area in a manner which assures that an equivalent amount of engineering control of the site is achieved at the conclusion of the work.

The owner of record of the property, and its contact information, is:

Solutia Inc.
Attn: Remediation Services Group
575 Maryville Centre Drive
St. Louis, Missouri 63141

The following entity is the holder of this covenant:

Solutia Inc.
Attn: Remediation Services Group
575 Maryville Centre Drive
St. Louis, Missouri 63141

The facts regarding the remediation response project at this property are:

Chemical production began at the property in 1918 when the United States government started producing smokeless powder (nitrocellulose) for use in World War I. Nitrocellulose production ended in 1921 when the property was purchased by the Rubber Services Company and used for the manufacturing of chloride, phosphate and phenol compounds. Monsanto purchased the facility in 1929 and added the manufacture of flotation agents, pickling inhibitors, anti-oxidants, anti-skinning, wetting agents, and oils. Rubber chemicals manufactured at the property included vulcanization accelerators, vulcanization inhibitors and anti-oxidants for rubber products. In the 1940s, production at the property included the herbicide 2,4,5-trichlorophenoxyacetic acid (2,4,5-T) and sodium trichlorophenoxyacetic acid. A byproduct of the production of 2,4,5-T was the creation of 2,3,7,8-tetrachlorodibenzo-para-dioxin (TCDD). TCDD has been detected in surface soils at the Nitro property. Production of 2,4,5-T ended in 1969.

Environmental site assessments generated laboratory analytical data that were screened to non-residential human health risk values. Primary constituents of concern (COCs) identified at the property are volatile and semi-volatile organic compounds and dioxins/furans. Those chemicals are associated with the described past uses of the property. The following conditions remain in the residual media at the property.

- COCs are present in the site soils beneath the engineered caps and covers.
- TCDD, tetrachloroethene and its breakdown products (trichloroethylene, dichloroethene, and vinyl chloride) are present in the groundwater.

Remedial actions at the property have accomplished the following engineering controls:

- Four groundwater source areas are contained with the installation of soil-bentonite barrier walls and impermeable engineering caps.
- Nine groundwater extraction wells located inside barrier walls are used to control groundwater gradients.
- Extracted groundwater is treated prior to discharge to surface water via a permitted outfall.
- Industrial site soils have been covered with geosynthetic materials overlain with clean soil material in the form of caps and covers.
- Portions of the property riverbank have been stabilized and covered with rock rip-rap.

The following summarizes the exposure pathways between site media and potential human and ecological receptors for the property operating as a non-residential facility with the engineering and institutional controls in place and functioning as designed.

- The exposure pathway to soil impacted by past industrial operations and potential human and ecological receptors has been severed through the installation of geosynthetic materials and clean soil cover installed as part of the engineered caps and covers.

- No residential receptors will be present on-site as a condition of this environmental covenant. Therefore, there are no completed pathways to residential receptors.
- The direct contact pathway between industrial/commercial site workers and visitors/trespassers and the subsurface soil and groundwater will be restricted as a condition of the environmental covenant.
- Storm water runoff and groundwater discharge from the property have been controlled through the installation of engineered caps and covers and barrier containment walls.
- The pathway to human and ecological receptors from exposure to ambient air is complete, but not of concern.

The owner(s) of the property shall provide written notice to the holder, the Secretary of the West Virginia Department of Environmental Protection (WVDEP), and the United States Environmental Protection Agency, Region III (EPA Region III) within ten (10) days following transfer of a specified interest in the property subject to this covenant, changes in use of the property, application for building permits regarding the property, or proposals for any site work affecting the contamination on the property.

The owner(s) shall conduct inspections of the property to monitor compliance with this covenant at least one time per year and shall submit two (2) signed copies of the inspection monitoring report to the WVDEP, DWWM headquarters in Charleston, WV, and EPA Region III within thirty (30) days of the inspection.

This covenant shall not be amended, modified, or terminated except by written instrument executed in accordance with W.Va. Code §22-22B-9 or §22-22B-10, by and between the owner(s) at the time of the proposed amendment, modification, or termination; the Secretary of WVDEP; EPA Region III; and the holder of this covenant. Additionally, the then current owner(s) of the property shall provide the Secretary of WVDEP and EPA Region III written notice of the pendency of any proceeding or any proceeding that could lead to a foreclosure, as referred to in W.Va. Code §22-22B-9(a)(4), within seven (7) days of the owner's receiving notice of the pendency of such proceedings. Within five (5) days of executing an amendment, modification, or termination of this environmental covenant, the owner shall record such amendment, modification, or termination with the Clerk of the County Commission, and within five (5) days thereafter, the owner shall provide a true copy of the recorded amendment, modification, or termination to the Secretary of WVDEP.

The administrative record for the environmental response project reflected in this covenant is maintained in the United States Environmental Protection Agency, 1650 Arch Street, Philadelphia, PA 19103-2029 and is entitled:

Solutia Nitro Site
EPA ID #WVD039990965

WVDEP and EPA are granted full right of access to the property for the purpose of implementation or enforcement of this covenant.

Pursuant to W.Va. Code §22-22B-11(a), a civil action for injunctive or other equitable relief for violating this covenant may be maintained by EPA.

All restrictions and other requirements described in this covenant shall run with the land and shall be binding upon all holders and the current owner and their grantees, lessees, authorized agents, employees, or persons acting under their direction or control.

IN WITNESS WHEREOF, the following holder has executed this covenant on the dates indicated.

**SOLUTIA INC.**

Printed Name: Edwin Williamson

Title: Vice President, Legal Affairs and Assistant General Counsel

Signature: *[signed]* Edwin Williamson

Date: November 20, 2018

I, Pamela Jean Phillips, a Notary Public in and for the County of Sullivan, State of Tennessee, do hereby certify that the holder(s) whose name is signed above, this day executed this document in my presence or this day acknowledged same to be true act and deed of said holder(s).

Given under my hand this the 28th day of November, 2018.
My commission expires 10-23-2019.

*[signed]* Pamela Jean Phillips
Notary Public

*[Notary seal: PAMELA JEAN PHILLIPS, STATE OF TENNESSEE, NOTARY PUBLIC, SULLIVAN COUNTY]*

**West Virginia Department of Environmental Protection**

Printed Name: Harold D. Ward

Title: Acting Director, Division of Water & Waste Management

*Harold D. Ward*
Signature

12-18-18
Date

I, Tonya K. Ombler, a Notary Public in and for the County of Kanawha, State of West Virginia, do hereby certify that Harold D. Ward, whose name is signed above as the representative of the agency, this day executed this document in my presence or this day acknowledged same to be true act and deed of said holder(s).

Given under my hand this the 18th day of December, 20 18.
My commission expires June 1, 2022.

*Tonya K Ombler*
Notary Public

The Clerk will return the recorded document to:
Mr. Harold D. Ward, Acting Director
WVDEP, DWWM
601 57th Street SE
Charleston, WV 25034

**OFFICIAL SEAL**
Tonya K Ombler
Notary Public
State of West Virginia
My Commission Expires
June 01, 2022
4920 Lancaster Ave Apt 8
Charleston, WV 25304







Project No. 0101-01-0081-700H                                                                                                    November 6, 2018

# EXHIBIT B

## Latitude/Longitude Values for Property Boundary, Engineered Cap and Cover Areas, Impermeable Engineering Cap Areas, and Groundwater Extraction Wells

| South Area Engineered Cap and Cover Area, ±74.09 Acres, See Figure 2 | | | |
|---|---|---|---|
| Point # | Latitude | Longitude | |
| C1 | 38.43922271 | -81.84022106 | Point of Beginning |
| C2 | 38.43822617 | -81.84072003 | |
| C3 | 38.43819766 | -81.84113478 | |
| C4 | 38.43796787 | -81.84127866 | |
| C5 | 38.43775073 | -81.84134661 | |
| C6 | 38.43752587 | -81.84131654 | |
| C7 | 38.43734990 | -81.84133802 | |
| C8 | 38.43518183 | -81.84240989 | |
| C9 | 38.43511969 | -81.84258034 | |
| C10 | 38.43589553 | -81.84513015 | |
| C11 | 38.43590547 | -81.84519543 | |
| C12 | 38.43586370 | -81.84522339 | |
| C13 | 38.43614601 | -81.84598533 | |
| C14 | 38.43610103 | -81.84601147 | |
| C15 | 38.43678467 | -81.84828253 | |
| C16 | 38.43760001 | -81.84782739 | |
| C17 | 38.43798306 | -81.84760709 | |
| C18 | 38.43830846 | -81.84752561 | |
| C19 | 38.43980177 | -81.84641387 | |
| C20 | 38.44061553 | -81.84570600 | |
| C21 | 38.44106992 | -81.84539822 | |
| C22 | 38.44214822 | -81.84430911 | |
| C23 | 38.44222666 | -81.84413187 | |
| C24 | 38.44237741 | -81.84394938 | |
| C25 | 38.44259488 | -81.84376934 | |
| C26 | 38.44249576 | -81.84362328 | |
| C27 | 38.44312592 | -81.84287692 | |
| C28 | 38.44283513 | -81.84195238 | |
| C29 | 38.44186074 | -81.84243303 | |
| C30 | 38.44223778 | -81.84366771 | |
| C31 | 38.44035028 | -81.84393908 | |
| C32 | 38.43922271 | -81.84022106 | Point of Ending |

| Property Boundary for Solutia Inc., Tract Nos. 1, 2, and 3, 77.576 Acres, See Figure 2 | | | |
|---|---|---|---|
| Point # | Latitude | Longitude | |
| P1 | 38.43498129 | -81.84240299 | Point of Beginning |
| P2 | 38.43683559 | -81.84847038 | |
| P3 | 38.43759773 | -81.84808868 | |
| P4 | 38.43834252 | -81.84768300 | |
| P5 | 38.43891618 | -81.84731368 | |
| P6 | 38.43961985 | -81.84677045 | |
| P7 | 38.44028070 | -81.84623747 | |
| P8 | 38.44088934 | -81.84574027 | |
| P9 | 38.44149720 | -81.84518978 | |
| P10 | 38.44218888 | -81.84453723 | |
| P11 | 38.44272658 | -81.84394134 | |
| P12 | 38.44318667 | -81.84335825 | |
| P13 | 38.44371282 | -81.84259762 | |
| P14 | 38.44428158 | -81.84166111 | |
| P15 | 38.44409974 | -81.84152147 | |
| P16 | 38.44407744 | -81.84143335 | |
| P17 | 38.44367628 | -81.84215457 | |
| P18 | 38.44349160 | -81.84241297 | |
| P19 | 38.44312592 | -81.84287692 | |
| P20 | 38.44283513 | -81.84195238 | |
| P21 | 38.44186074 | -81.84243303 | |
| P22 | 38.44223778 | -81.84366771 | |
| P23 | 38.44035028 | -81.84393908 | |
| P24 | 38.43922271 | -81.84022106 | |
| P25 | 38.43726012 | -81.84118534 | |
| P26 | 38.43728515 | -81.84126662 | |
| P27 | 38.43498129 | -81.84240299 | Point of Ending |

| Impermeable Engineering Cap Areas See Figure 2 | | | |
|---|---|---|---|
| Point # | Latitude | Longitude | |
| PA1 | 38.43648166 | -81.84220033 | Point of Beginning |
| PA2 | 38.43748103 | -81.84547100 | |
| PA3 | 38.43833661 | -81.84504124 | |
| PA4 | 38.43733722 | -81.84177054 | |
| PA5 | 38.43648166 | -81.84220033 | Point of Ending |
| PDA1 | 38.44150034 | -81.84280796 | Point of Beginning |
| PDA2 | 38.44004630 | -81.84355287 | |
| PDA3 | 38.43975610 | -81.84466025 | |
| PDA4 | 38.44001717 | -81.84572654 | |
| PDA5 | 38.44047427 | -81.84571161 | |
| PDA6 | 38.44078785 | -81.84550662 | |
| PDA7 | 38.44201281 | -81.84430410 | |
| PDA8 | 38.44150034 | -81.84280796 | Point of Ending |

| Groundwater Extraction Wells See Figure 2 | | |
|---|---|---|
| Point # | Latitude | Longitude |
| PA-NEW-1 | 38.44155544 | -81.84464184 |
| GW-1 | 38.43740128 | -81.84300698 |
| PDA-NEW-1 | 38.43801784 | -81.84513115 |
| GW-9 | 38.44048402 | -81.84521240 |
| GW-10 | 38.44118840 | -81.84492479 |
| GW-11 | 38.44189315 | -81.84423856 |

Project No. 0101-01-0081-700H                                                                 November 6, 2018

## EXHIBIT B

### Latitude/Longitude Values for Property Boundary, Engineered Cap and Cover Areas, Impermeable Engineering Cap Areas, and Groundwater Extraction Wells

| Property Boundary for Solutia Inc., Tract No. 5, 46.069 Acres, See Figure 3 | | | |
|---|---|---|---|
| Point # | Latitude | Longitude | |
| WTA-P1 | 38.44225887 | -81.83510934 | Point of Beginning |
| WTA-P2 | 38.44256045 | -81.83577472 | |
| WTA-P3 | 38.44260803 | -81.83573985 | |
| WTA-P4 | 38.44356790 | -81.83785741 | |
| WTA-P5 | 38.44361548 | -81.83782254 | |
| WTA-P6 | 38.44485102 | -81.84054844 | |
| WTA-P7 | 38.44519453 | -81.83988500 | |
| WTA-P8 | 38.44548565 | -81.83920530 | |
| WTA-P9 | 38.44580242 | -81.83839739 | |
| WTA-P10 | 38.44616726 | -81.83745470 | |
| WTA-P11 | 38.44659461 | -81.83657840 | |
| WTA-P12 | 38.44696027 | -81.83568837 | |
| WTA-P13 | 38.44715247 | -81.83527231 | |
| WTA-P14 | 38.44750871 | -81.83444987 | |
| WTA-P15 | 38.44769976 | -81.83391193 | |
| WTA-P16 | 38.44603295 | -81.83323217 | |
| WTA-P17 | 38.44581735 | -81.83335472 | |
| WTA-P18 | 38.44225887 | -81.83510934 | Point of Ending |

| Impermeable Engineering Cap Areas See Figure 3 | | | |
|---|---|---|---|
| Point # | Latitude | Longitude | |
| WTA-EAST-1 | 38.44358770 | -81.83706758 | Point of Beginning |
| WTA-EAST-2 | 38.44394958 | -81.83817457 | |
| WTA-EAST-3 | 38.44451979 | -81.83787413 | |
| WTA-EAST-4 | 38.44416091 | -81.83676713 | |
| WTA-EAST-5 | 38.44358770 | -81.83706758 | Point of Ending |
| WTA-WEST-1 | 38.44405978 | -81.83863003 | Point of Beginning |
| WTA-WEST-2 | 38.44466749 | -81.83988588 | |
| WTA-WEST-3 | 38.44489702 | -81.83977993 | |
| WTA-WEST-4 | 38.44539130 | -81.83864240 | |
| WTA-WEST-5 | 38.44431110 | -81.83837417 | |
| WTA-WEST-6 | 38.44405978 | -81.83863003 | Point of Ending |

| North Area Engineered Cap and Cover Area, ±37.32 Acres, See Figure 3 | | | |
|---|---|---|---|
| Description | Latitude | Longitude | |
| WTA-C1 | 38.44225887 | -81.83510934 | Point of Beginning |
| WTA-C2 | 38.44295121 | -81.83662554 | |
| WTA-C3 | 38.44308715 | -81.83679369 | |
| WTA-C4 | 38.44390754 | -81.83859279 | |
| WTA-C5 | 38.44410023 | -81.83887363 | |
| WTA-C6 | 38.44467923 | -81.84015254 | |
| WTA-C7 | 38.44485582 | -81.84020798 | |
| WTA-C8 | 38.44522835 | -81.83950849 | |
| WTA-C9 | 38.44525839 | -81.83953381 | |
| WTA-C10 | 38.44647945 | -81.83675991 | |
| WTA-C11 | 38.44643124 | -81.83671474 | |
| WTA-C12 | 38.44653528 | -81.83652635 | |
| WTA-C13 | 38.44663050 | -81.83612966 | |
| WTA-C14 | 38.44603080 | -81.83601493 | |
| WTA-C15 | 38.44603638 | -81.83522730 | |
| WTA-C16 | 38.44592821 | -81.83524053 | |
| WTA-C17 | 38.44587792 | -81.83482954 | |
| WTA-C18 | 38.44617891 | -81.83470639 | |
| WTA-C19 | 38.44714006 | -81.83453861 | |
| WTA-C20 | 38.44715791 | -81.83417050 | |
| WTA-C21 | 38.44708941 | -81.83417184 | |
| WTA-C22 | 38.44637406 | -81.83437733 | |
| WTA-C23 | 38.44579186 | -81.83458214 | |
| WTA-C24 | 38.44558694 | -81.83388700 | |
| WTA-C25 | 38.44562851 | -81.83381494 | |
| WTA-C26 | 38.44553267 | -81.83349492 | |
| WTA-C27 | 38.44225887 | -81.83510934 | Point of Ending |

| Groundwater Extraction Wells See Figure 3 | | |
|---|---|---|
| Description | Latitude | Longitude |
| WTA-NEW-1 | 38.44469785 | -81.83980536 |
| WTA-NEW-2 | 38.44512137 | -81.83906530 |
| WTA-NEW-3 | 38.44441260 | -81.83781098 |

STATE OF WEST VIRGINIA, Putnam County Commission Clerk's Office 01/10/2019. The foregoing Miscellaneous together with the certificate of its acknowledgment, was this day presented in said office and admitted to record

Teste: _____ Clerk