# Exhibit K

11/7/2019

Case 3:16-md-02741-VC   Document 7700-11   Filed 11/13/19   Page 2 of 4
WV SOS - Business and Licensing - Corporations - Online Data Services

# West Virginia Secretary of State — Online Data Services

## Business and Licensing

Online Data Services Help

## Business Organization Detail

NOTICE: The West Virginia Secretary of State's Office makes every reasonable effort to ensure the accuracy of information. However, we make no representation or warranty as to the correctness or completeness of the information. If information is missing from this page, it is not in the The West Virginia Secretary of State's database.

### FLEXSYS AMERICA L.P.

| Organization Information | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Org Type | Effective Date | Established Date | Filing Date | Charter | Class | Sec Type | Termination Date | Termination Reason |
| LP \| Limited Partnership | 5/15/1995 | | 5/15/1995 | Foreign | Profit | | | |

| Organization Information | | | |
|---|---|---|---|
| Business Purpose | 3252 - Manufacturing - Chemical Manufacturing - Resin, Synthetic Rubber, Artificial and Synthetic Fibers/Fil Mfg. | Capital Stock | |
| Charter County | | Control Number | 0 |
| Charter State | DE | Excess Acres | 0 |
| At Will Term | | Member Managed | |
| At Will Term Years | | Par Value | |
| Authorized Shares | | Young Entrepreneur | Not Specified |

| Addresses | |
|---|---|
| Type | Address |
| Local Office Address | 260 SPRINGSIDE DRIVE<br>AKRON, OH, 44333 |
| Mailing Address | 260<br>KINGSPORT, TN, 37662 |

| | |
|---|---|
| **Notice of Process Address** | UNITED AGENT GROUP INC.<br>126 EAST BURKE STREET<br>MARTINSBURG, WV, 25401 |
| **Principal Office Address** | 260 SPRINGSIDE DRIVE<br>AKRON, OH, 44333<br>USA |
| **Type** | **Address** |

## Officers

| Type | Name/Address |
|---|---|
| General Partner | SOLUTIA INC<br>260 SPRINGSIDE DRIVE<br>AKRON, OH, 44333 |
| General Partner | FLEXSYS AMERICA LLC<br>260 SPRINGSIDE DRIVE<br>AKRON, OH, 44333 |
| Type | Name/Address |

## DBA

| DBA Name | Description | Effective Date | Termination Date |
|---|---|---|---|
| FLEXSYS AMERICA LIMITED PARTNERSHIP | FORCED DBA | 5/15/1995 | |
| DBA Name | Description | Effective Date | Termination Date |

| Date | Amendment |
|---|---|
| 5/23/1995 | AMENDMENT TO LP CHANGING NAME FROM FLEXSYS INTERNATIONAL DBA FLEXSYS INTERNATIONAL LIMITED PARTNERSHIP TO FLEXSYS AMERICA L.P. DBA FLEXSYS AMERICA LIMITED PARTNERSHIP. |
| Date | Amendment |

## Annual Reports

| Filed For |
|---|
| 2019 |
| 2018 |
| 2017x |
| 2017 |
| 2016 |
| 2015 |
| 2014 |
| 2013 |
| 2012 |
| 2011 |

| |
|---|
| 2010 |
| 2009 |
| 2007 |
| 2007 |
| 2006 |
| 2005 |
| 2004 |
| 2003 |
| 2002 |
| 2001 |
| 2000 |
| **Date filed** |

For more information, please contact the Secretary of State's Office at 304-558-8000.

Thursday, November 7, 2019 — 11:19 AM

© 2019 State of West Virginia