UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) MDL No. 2741 )<br>) Case No. 3:16-md-02741-VC<br>)            3:16-cv-05785-VC |
| This document relates to:<br><br>*Charles Bridgeman v. Monsanto Co.*,<br>Case No. 3:16-cv-05785 | )<br>)<br>)<br>)<br>) |

### SUGGESTION OF DEATH UPON THE RECORD UNDER RULE 25(a)(1) and MOTION FOR SUBSTITUTION OF PARTY

Counsel for Plaintiff in the above-referenced action gives notice and suggests upon the record, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, the death of Plaintiff Charles Bridgeman ("Decedent"). Mr. Bridgeman's Death Certificate is attached as Exhibit A.

Pursuant to Rule 25(a) of the Federal Rules of Civil Procedure, it is hereby requested that Patricia Bridgeman, the surviving spouse and lawful representative of Decent, be substituted in place of "Charles Bridgeman" as plaintiff in this action, so that Decedent's claims survive, and the action on his behalf may proceed. Patricia Bridgeman has retained undersigned counsel to represent her in this matter.

The request under this Motion is not sought for delay, but so that justice may be done.

DATE: November 13, 2019

     */s/ Aimee H. Wagstaff*
     Aimee H. Wagstaff (SBN 278480)
     **ANDRUS WAGSTAFF, PC**
     7171 W. Alaska Drive
     Lakewood, CO 80226
     Tel: (303) 376-6360
     Fax: (303) 376-6361
     aimee.wagstaff@andruswagstaff.com

     *Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 13, 2019, a copy of the foregoing document was electronically filed with the Clerk of the Court through the CM/ECF system which sent notice of filing to all parties of record.

/s/ Kellie Johnson