# EXHIBIT A

RECORDER OF DEEDS /VITAL RECORDS
1200 MARKET ST
RM 126
ST LOUIS MO 63103



MISSOURI DEPARTMENT OF HEALTH
AND SENIOR SERVICES
FEE RECEIPT
DEATH CERTIFICATION

REGISTRANT(S):

WOJSTROM FNL HM
3939 LAKE DR
GRANITE CITY IL  62040

CHARLES MICHAEL BRIDGEMAN
D9999-999999
8 COPY

MO 580-0698 (2-12)

| YOUR RECENT REQUEST HAS BEEN ACTED UPON AS INDICATED BELOW: | | | | |
|---|---|---|---|---|
| DATE RECEIVED | TOTAL AMOUNT | AMOUNT THIS REQUEST | PROCESSING FEE REQUIRED | REFUND |
| 10/27/2017 | 83.00 | 13.00 | 0.00 | 0.00 |

**UNAPPLIED REMITTANCES ONLY VALID FOR ONE YEAR AFTER RECEIPT.** When you inquire about your request, please return this receipt. If a refund is indicated, it will be mailed within 30 to 60 days.

---

# MISSOURI

## CERTIFICATION OF DEATH

DATE FILED: OCTOBER 25, 2017     STATE FILE NUMBER: 124-17-203582

DECEDENT NAME: CHARLES MICHAEL BRIDGEMAN         SEX: MALE

DATE OF DEATH: OCTOBER 22, 2017     COUNTY OF DEATH: ST LOUIS CITY

DATE OF BIRTH: ■■■     MARITAL STATUS: MARRIED     EVER IN ARMED FORCES: NO

SOCIAL SECURITY NUMBER: ■■■     RESIDENCE ADDRESS: ■■■

SURVIVING SPOUSE:
(IF WIFE, MAIDEN NAME): PATRICIA S MONROE

FUNERAL HOME: WOJSTROM FUNERAL HOME AND CREMATORY

UNDERLYING CAUSE (ICD CODE): ■■■     MANNER: ■■■

■■■

ISSUED ON BEHALF OF MO DEPT HEALTH & SENIOR SERVICES: ST LOUIS CITY

THIS IS A TRUE CERTIFICATION OF NAME AND DEATH FACTS AS RECORDED BY THE BUREAU OF VITAL RECORDS, JEFFERSON CITY, MISSOURI.

DATE ISSUED: OCTOBER 27, 2017

*Craig B Ward*
Craig B. Ward
State Registrar of Vital Statistics

THE REPRODUCTION OF THIS DOCUMENT IS PROHIBITED BY LAW.
ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATION.