**HOLLINGSWORTH LLP**
Joe G. Hollingsworth (*pro hac vice*)
Eric G. Lasker (*pro hac vice*)
1350 I Street, N.W.
Washington, DC  20005
Tel:    202-898-5800
Fax:    202-682-1639
Email: jhollingsworth@hollingsworthllp.com
         elasker@hollingsworthllp.com

*Attorneys for Defendant*
*D & D VENTURE GROUP, INC.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 Case No. 3:16-md-02741-VC |
| This document relates to: *Victor Berliant, et al. v. Monsanto Co., et al.,* Case No. 3:19-cv-07189-VC | |

## ANSWER TO PLAINTIFFS' COMPLAINT BY DEFENDANT D & D VENTURE GROUP, INC.

Pursuant to Rule 12 of the Federal Rules of Civil Procedure, Defendant D & D Venture Group, Inc. ("D & D Venture") d/b/a Chase Ace Hardware Garden & Gift Emporium, by and through its counsel, respectfully responds by generally denying all allegations contained in plaintiffs' Complaint, except as set forth below.  Silence as to any allegations shall constitute a denial.

1.       The allegations in the first sentence of paragraph 1 do not require a response from D & D Venture because these allegations relate to defendant Monsanto Company ("Monsanto"), not D & D Venture.  D & D Venture admits the allegations in the second sentence of paragraph 1.  D & D Venture lacks information or knowledge sufficient to form a belief as to the truth of the remaining allegations in paragraph 1 and therefore denies those allegations.

2.      The allegations in the first three sentences of paragraph 2 do not require a response from D & D Venture because these allegations relate to a defendant other than D & D Venture.  D & D Venture lacks information or knowledge sufficient to form a belief as to the truth of the remaining allegations in paragraph 2 and therefore denies those allegations.

3.      D & D Venture lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 3 and therefore denies those allegations.

4.      D & D Venture lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 4 and therefore denies those allegations.

5.      D & D Venture lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 5 and therefore denies those allegations.

6.      D & D Venture lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 6 and therefore denies those allegations.

7.      D & D Venture denies the allegations in the first and second sentences of paragraph 7.  The remaining allegations in paragraph 7 do not require a response from D & D Venture because these allegations relate to a defendant other than D & D Venture.

8.      The allegations in paragraph 8 do not require a response from D & D Venture because those allegations relate to a defendant other than D & D Venture.

9.      D & D Venture denies the allegations in paragraph 9.

10.     The allegations in paragraph 10 set forth conclusions of law for which no response is required.

11.     The allegations in paragraph 11 set forth conclusions of law for which no response is required.

12.     The allegations in paragraph 12 set forth conclusions of law for which no response is required.

13.     The allegations in paragraph 13 set forth conclusions of law for which no response is required.

ANSWER TO COMPLAINT BY D & D VENTURE GROUP, INC.
3:16-md-02741-VC & 3:19-cv-07189-VC

14.     The allegations regarding venue and jurisdiction in the first sentence of paragraph 14 set forth conclusions of law for which no response is required.  D & D Venture lacks information or knowledge sufficient to form a belief as to the truth of the remaining allegations in the first sentence of paragraph 14 and therefore denies those allegations.  D & D Venture denies the allegations in the second sentence of paragraph 14.  In response to the allegations in the last sentence of paragraph 14, D & D Venture lacks information or knowledge regarding the marital status of plaintiffs and therefore denies those allegations.  D & D Venture admits that plaintiff Linda Berliant purports to bring a claim for loss of consortium but denies any liability as to that claim.  D & D Venture denies the remaining allegations in the last sentence of paragraph 14.

15.     D & D Venture denies the allegations in paragraph 15.

16.     D & D Venture denies the allegations in paragraph 16.

17.     D & D Venture denies the allegations in paragraph 17.

18.     D & D Venture denies the allegations in paragraph 18.

19.     D & D Venture denies the allegations in paragraph 19.

20.     D & D Venture denies the allegations in paragraph 20.

21.     D & D Venture denies the allegations in paragraph 21.

22.     D & D Venture denies that Roundup®-branded products have "potential life threatening side-effects."  D & D Venture lacks information or knowledge sufficient to form a belief as to the truth of the remaining allegations in paragraph 22 and therefore denies those allegations.

23.     D & D Venture denies the allegations in paragraph 23.

24.     D & D Venture lacks information or knowledge sufficient to form a belief as to the truth of the allegations in the first sentence of paragraph 24 and therefore denies those allegations.  The remaining allegations in paragraph 24 set forth conclusions of law for which no response is required.

25. The allegations in paragraph 25 do not require a response from D & D Venture because these allegations relate to a defendant other than D & D Venture.

26. The allegations in paragraph 26 do not require a response from D & D Venture because these allegations relate to a defendant other than D & D Venture.

27. The allegations in paragraph 27 do not require a response from D & D Venture because these allegations relate to a defendant other than D & D Venture.

28. D & D Venture admits the allegations in the first sentence of paragraph 28. D & D Venture denies the second, third, and fourth sentences of paragraph 28. In response to the fifth sentence in paragraph 28, D & D Venture denies that Roundup®-branded products are carcinogenic.

29. The allegations in paragraph 29 set forth conclusions of law for which no response is required. To the extent that a response is deemed required, D & D Venture lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 29 and therefore denies those allegations.

30. The allegations in paragraph 30 set forth conclusions of law for which no response is required.

31. The allegations in paragraph 31 do not require a response from D & D Venture because these allegations relate to a defendant other than D & D Venture.

32. The allegations in paragraph 32 set forth conclusions of law for which no response is required. To the extent that a response is deemed required, D & D Venture lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 32 and therefore denies those allegations.

33. The allegations in the first sentence of paragraph 33 set forth conclusions of law for which no response is required. To the extent that a response is deemed required, D & D Venture lacks information or knowledge sufficient to form a belief as to the truth of the allegations in the first sentence of paragraph 33 and therefore denies those allegations. D & D Venture denies the allegations in the second sentence of paragraph 33.

34.     In response to the allegations in paragraph 34, D & D Venture admits that it is a corporation organized under the laws of the State of California and that D & D is authorized to, and does do, business in California, including Marin County.  The remaining allegations in paragraph 34 are vague and conclusory and comprise attorney characterizations and are accordingly denied or set forth conclusions of law for which no response is required.  To the extent that the allegations in paragraph 34 relate to defendants other than D & D Venture, these allegations do not require a response from D & D Venture.

35.     The allegations in paragraph 35 are vague and conclusory and comprise attorney characterizations, and are accordingly denied.  To the extent that the allegations in paragraph 35 relate to defendants other than D & D Venture, these allegations do not require a response from D & D Venture.

36.     The allegations in paragraph 36 are vague and conclusory and comprise attorney characterizations, and are accordingly denied.  To the extent that the allegations in paragraph 36 relate to defendants other than D & D Venture, these allegations do not require a response from D & D Venture.

37.     The allegations in paragraph 37 are vague and conclusory and comprise attorney characterizations, and are accordingly denied.  To the extent that the allegations in paragraph 37 relate to defendants other than D & D Venture, these allegations do not require a response from D & D Venture.

38.     D & D Venture denies that exposure to Roundup®-branded products and glyphosate causes cancer.  D & D Venture lacks information or knowledge sufficient to form a belief as to the truth of the allegations in the first and second sentences of paragraph 38 and therefore denies those allegations.  The remaining allegations in paragraph 38 set forth conclusions of law for which no response is required.

39.     In response to the allegations in paragraph 39, D & D Venture denies that exposure to Roundup®-branded products or glyphosate causes cancer.  The remaining allegations

in paragraph 39 set forth conclusions of law for which no response is required or consist of attorney characterizations and are accordingly denied.

40.    In response to the allegations in paragraph 40, D & D Venture denies that exposure to Roundup®-branded products and glyphosate causes cancer.  D & D Venture lacks information or knowledge sufficient to form a belief as to the truth of the remaining allegations in paragraph 40 and therefore denies those allegations.

41.    In response to the allegations in paragraph 41, D & D Venture denies that it has misrepresented or concealed the alleged "true risks associated with the use of and/or exposure to" Roundup®-branded products and glyphosate or otherwise engaged in fraudulent conduct.  To the extent that the allegations in paragraph 41 relate to defendants other than D & D Venture, these allegations do not require a response from D & D Venture.  The remaining allegations in paragraph 41 set forth conclusions of law for which no response is required or consist of attorney characterizations and are accordingly denied.

42.    D & D Venture denies that exposure to Roundup®-branded products and glyphosate causes cancer.  D & D Venture denies the remaining allegations in paragraph 42

43.    In response to the allegations in paragraph 43, D & D Venture denies that they concealed "the truth regarding the safety of" Roundup®-branded products.  To the extent that the allegations in paragraph 43 relate to defendants other than D & D Venture, these allegations do not require a response from D & D Venture.  The remaining allegations in paragraph 43 set forth conclusions of law for which no response is required or consist of attorney characterizations and are accordingly denied.  To the extent that a response is deemed required, D & D Venture denies all of plaintiffs' allegations in paragraph 43.

44.    In response to the allegations in paragraph 44, D & D Venture denies that exposure to Roundup®-branded products and glyphosate causes cancer.  To the extent that the allegations in paragraph 44 relate to defendants other than D & D Venture, these allegations do not require a response from D & D Venture.  To the extent that a response is deemed required. D & D Venture denies all of plaintiffs' allegations in paragraph 44.

45.     D & D Venture lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 45 and therefore denies those allegations.

46.     D & D Venture lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 46 and therefore denies those allegations.

47.     D & D Venture denies the allegations in paragraph 47.

48.     The allegations in the first, second, fifth, sixth, seventh, and last sentences of paragraph 48 do not require a response from D & D Venture because these allegations relate to a defendant other than D & D Venture.  D & D Venture denies the remaining allegations in paragraph 48.

49.     The allegations in paragraph 49 do not require a response from D & D Venture because these allegations relate to a defendant other than D & D Venture.

50.     The allegations in paragraph 50 set forth conclusions of law for which no response is required.

51.     The allegations in paragraph 51 set forth conclusions of law for which no response is required.

52.     The allegations in paragraph 52 set forth conclusions of law for which no response is required.

53.     D & D Venture lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 54 and therefore denies those allegations.

54.     The allegations in paragraph 54 do not require a response from D & D Venture because these allegations relate to a defendant other than D & D Venture.

55.     D & D Venture lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 55 and therefore denies those allegations.

56.     D & D Venture lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 38 and therefore denies those allegations.

57.     Certain allegations in paragraph 57 do not require a response from D & D Venture because these allegations relate to a defendant other than D & D Venture.  D & D Venture lacks

1   information or knowledge sufficient to form a belief as to the truth of the remaining allegations

2   in paragraph 57 and therefore denies those allegations

3       58.     The allegations in paragraph 58 do not require a response from D & D Venture

4   because these allegations relate to a defendant other than D & D Venture.

5       59.     The allegations in paragraph 59 do not require a response from D & D Venture

6   because these allegations relate to a defendant other than D & D Venture.

7       60.     D & D Venture lacks information or knowledge sufficient to form a belief as to

8   the truth of the allegations in paragraph 60 and therefore denies those allegations.

9       61.     D & D Venture lacks information or knowledge sufficient to form a belief as to

10  the truth of the allegations in paragraph 61 and therefore denies those allegations.

11      62.     The allegations in the first sentence of paragraph 62 do not require a response

12  from D & D Venture because these allegations relate to a defendant other than D & D Venture.

13  D & D Venture lacks information or knowledge sufficient to form a belief as to the truth of the

14  allegations in the second sentence of paragraph 62 and therefore denies those allegations.

15      63.     The allegations in paragraph 63 do not require a response from D & D Venture

16  because these allegations relate to a defendant other than D & D Venture.

17      64.     The allegations in paragraph 64 do not require a response from D & D Venture

18  because these allegations relate to a defendant other than D & D Venture.

19      65.     The allegations in paragraph 65 do not require a response from D & D Venture

20  because these allegations relate to a defendant other than D & D Venture.

21      66.     To the extent that the allegations in the second, fourth, and fifth sentences of

22  paragraph 66 are directed at D & D Venture, D & D Venture denies those allegations.  To the

23  extent that those allegations are directed at defendants other than D & D Venture, D & D

24  Venture lacks information or knowledge sufficient to form a belief as to the truth of those

25  allegations and therefore denies those allegations.  D & D Venture lacks information or

26  knowledge sufficient to form a belief as to the truth of the remaining allegations in paragraph 66

27  and therefore denies those allegations.

28

67.     The allegations in paragraph 67 do not require a response from D & D Venture because these allegations relate to a defendant other than D & D Venture.

68.     The allegations in paragraph 68 do not require a response from D & D Venture because these allegations relate to a defendant other than D & D Venture.

69.     The allegations in paragraph 69 do not require a response from D & D Venture because these allegations relate to a defendant other than D & D Venture.  To the extent a response is deemed required, D & D Venture lacks information or knowledge sufficient to form a belief as to the truth of the remaining allegations in paragraph 69 and accordingly denies those allegations.

70.     The allegations in paragraph 70 do not require a response from D & D Venture because these allegations relate to a defendant other than D & D Venture.

71.     The allegations in paragraph 71 do not require a response from D & D Venture because these allegations relate to a defendant other than D & D Venture.

72.     The allegations in paragraph 72 do not require a response from D & D Venture because these allegations relate to a defendant other than D & D Venture.

73.     The allegations in paragraph 73 do not require a response from D & D Venture because these allegations relate to a defendant other than D & D Venture.

74.     D & D Venture lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 74 and therefore denies those allegations.

75.     D & D lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 75 and therefore denies those allegations.

76.     D & D lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 76 and therefore denies those allegations.

77.     D & D Venture lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 77 and therefore denies those allegations.

78.     D & D lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 78 and therefore denies those allegations.

79.     D & D lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 79 and therefore denies those allegations.

80.     D & D Venture lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 80 and therefore denies those allegations.

81.     D & D lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 81 and therefore denies those allegations.

82.     D & D lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 82 and therefore denies those allegations.

83.     D & D lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 83 and therefore denies those allegations.

84.     D & D lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 84 and therefore denies those allegations.

85.     D & D lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 85 and therefore denies those allegations.

86.     D & D Venture lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 86 and therefore denies those allegations.

87.     D & D Venture lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 87 and therefore denies those allegations.

88.     D & D lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 88 and therefore denies those allegations.

89.     D & D lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 89 and therefore denies those allegations.

90.     D & D lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 90 and therefore denies those allegations.

91.     D & D lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 91 and therefore denies those allegations.

92. D & D Venture lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 92 and therefore denies those allegations.

93. D & D Venture lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 93 and therefore denies those allegations.

94. D & D Venture lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 94 and therefore denies those allegations.

95. D & D Venture lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 95 and therefore denies those allegations.

96. D & D Venture lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 96 and therefore denies those allegations.

97. D & D Venture lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 97 and therefore denies those allegations.

98. D & D Venture lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 98 and therefore denies those allegations.

99. D & D Venture lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 99 and therefore denies those allegations.

100. D & D Venture lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 100 and therefore denies those allegations.

101. D & D Venture lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 101 and therefore denies those allegations.

102. D & D Venture lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 102 and therefore denies those allegations.

103. D & D Venture lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 103 and therefore denies those allegations.

104. The allegations in paragraph 104 do not require a response from D & D Venture because those allegations relate to a defendant other than D & D Venture.

105.     The allegations in paragraph 105 do not require a response from D & D Venture because those allegations relate to a defendant other than D & D Venture.

106.     D & D Venture incorporates by reference its responses to paragraphs 1 through 105 in response to paragraph 106 of plaintiffs' Complaint.

107.     In response to the allegations in paragraph 107, D & D Venture denies that it violated California law or federal law and states that it complied with all applicable law regarding Roundup®-branded products.  The remaining allegations in paragraph 107 set forth conclusions of law for which no response is required.  To the extent that a response is deemed required, D & D Venture denies all such allegations.

108.     The allegations in paragraph 108 set forth conclusions of law for which no response is required.

109.     D & D Venture denies the allegations in the first sentence of paragraph 109.  The second sentence in paragraph 109 sets forth a conclusion of law for which no response is required.

110.     D & D Venture incorporates by reference its responses to paragraphs 1 through 109 in response to paragraph 110 of plaintiffs' Complaint.

111.     In response to the allegations in paragraph 111, D & D Venture admits that plaintiffs purport to bring a claim for strict liability design defect, but denies any liability as to that claim.

112.     In response to the allegations in paragraph 112, D & D Venture lacks information or knowledge sufficient to form a belief as to the truth of the allegation that plaintiff used Roundup®-branded products and therefore denies that allegation.  D & D Venture denies the remaining allegations in paragraph 112.

113.     D & D Venture denies the allegations in paragraph 113.

114.     D & D Venture lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 114 and therefore denies those allegations.

115.     D & D Venture denies the allegations in paragraph 115.

116.    D & D Venture denies the allegations in paragraph 116.

117.    D & D Venture denies the allegations in paragraph 117.

118.    D & D Venture denies the allegations in paragraph 118.

119.    D & D Venture denies the allegations in paragraph 119 and each of its subparts.

120.    D & D Venture lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 120 concerning plaintiff's claimed use of or exposure to Roundup®-branded products and therefore denies those allegations.  D & D Venture denies the remaining allegations in paragraph 120.

121.    D & D Venture lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 121 concerning plaintiff's claimed use of or exposure to Roundup®-branded products and therefore denies those allegations.  D & D Venture denies the remaining allegations in paragraph 121.

122.    D & D Venture denies the allegations in paragraph 122.

123.    D & D Venture denies the allegations in paragraph 123.

124.    D & D Venture denies the allegations in paragraph 124.

125.    D & D Venture denies the allegations in paragraph 125.

126.    D & D Venture denies the allegations in paragraph 126.

127.    D & D Venture denies the allegations in paragraph 127.

128.    D & D Venture denies the allegations in paragraph 128.

129.    D & D Venture denies the allegations in paragraph 129.

130.    D & D Venture denies the allegations in paragraph 130.

131.    D & D Venture denies the allegations in paragraph 131.

132.    In response to the allegations in paragraph 132, D & D Venture demands that judgment be entered in its favor and against plaintiffs; that plaintiffs' Complaint be dismissed, with prejudice; and that D & D Venture be awarded costs of suit and reasonable attorney's fees as allowed by law and such further and additional relief as this Court may deem just and proper.

1      133.    D & D Venture incorporates by reference its responses to paragraphs 1 through

2  132 in response to paragraph 133 of plaintiffs' Complaint.

3      134.    In response to the allegations in paragraph 134, D & D Venture admits that

4  plaintiffs purport to bring a claim for strict liability failure to warn, but deny any liability as to

5  that claim.

6      135.    D & D Venture denies the allegations in paragraph 135.

7      136.    D & D Venture denies the allegations in paragraph 136.

8      137.    In response to the allegations in paragraph 137, D & D Venture lacks information

9  or knowledge sufficient to form a belief as to the truth of the allegation that plaintiff or other

10  entities identified purchased or used Roundup®-branded products and therefore denies that

11  allegation.  The allegations in paragraph 137 also set forth conclusions of law for which no

12  response is required.  D & D Venture denies the remaining allegations in paragraph 137.

13      138.    The allegations in paragraph 138 set forth conclusions of law for which no

14  response is required.

15      139.    D & D Venture denies the allegations in paragraph 139.

16      140.    D & D Venture denies the allegations in paragraph 140.

17      141.    D & D Venture denies the allegations in paragraph 141.

18      142.    D & D Venture denies the allegations in paragraph 142.

19      143.    D & D Venture lacks information or knowledge sufficient to form a belief as to

20  the truth of the allegations in paragraph 143 and therefore denies those allegations.

21      144.    D & D Venture lacks information or knowledge sufficient to form a belief as to

22  the truth of the allegations in paragraph 144 concerning plaintiff's alleged use of Roundup®-

23  branded products and therefore denies those allegations.  D & D Venture denies the remaining

24  allegations in paragraph 144.

25      145.    D & D Venture lacks information or knowledge sufficient to form a belief as to

26  the truth of the allegations in paragraph 145 concerning plaintiff's alleged use and exposure to

27

28

1   Roundup®-branded products and therefore denies those allegations.  D & D Venture denies the

2   remaining allegations in paragraph 145.

3   146.   D & D Venture denies the allegations in paragraph 146.

4   147.   D & D Venture denies the allegations in paragraph 147.

5   148.   D & D Venture denies the allegations in paragraph 148.

6   149.   D & D Venture denies the allegations in paragraph 149.

7   150.   D & D Venture denies the allegations in paragraph 150.

8   151.   D & D Venture denies the allegations in paragraph 151.

9   152.   D & D Venture denies the allegations in paragraph 152.

10   153.   D & D Venture denies the allegations in paragraph 153.

11   154.   D & D Venture denies the allegations in paragraph 154.

12   155.   D & D Venture denies the allegations in paragraph 155.

13   156.   D & D Venture denies the allegations in paragraph 156.

14   157.   In response to the allegations in paragraph 157, D & D Venture demands that

15   judgment be entered in its favor and against plaintiffs; that plaintiffs' Complaint be dismissed,

16   with prejudice; and that D & D Venture be awarded costs of suit and reasonable attorney's fees

17   as allowed by law and such further and additional relief as this Court may deem just and proper.

18   158.   D & D Venture incorporates by reference its responses to paragraphs 1 through

19   157 in response to paragraph 158 of plaintiffs' Complaint.

20   159.   D & D Venture lacks information or knowledge sufficient to form a belief as to

21   the truth of the allegations in paragraph 159 regarding the specific products allegedly used by

22   plaintiff or any advertising or marketing allegedly seen or considered by plaintiff and therefore

23   denies the allegations in paragraph 159.

24   160.   The allegations in paragraph 160 set forth conclusions of law for which no

25   response is required.

26   161.   The allegations in paragraph 161 set forth conclusions of law for which no

27   response is required.

28

ANSWER TO COMPLAINT BY D & D VENTURE GROUP, INC.
3:16-md-02741-VC & 3:19-cv-07189-VC

162.    D & D Venture denies the allegations in paragraph 162.

163.    D & D Venture denies the allegations in paragraph 163.

164.    D & D Venture denies the allegations in paragraph 164.

165.    D & D Venture denies the allegations in paragraph 165.

166.    D & D Venture denies the allegations in the first sentence of paragraph 166.  The allegations in the second sentence of paragraph 166 comprise attorney characterizations and are accordingly denied or set forth conclusions of law for which no response is required.

167.    D & D Venture denies the allegations in paragraph 167.

168.    D & D Venture denies the allegations in paragraph 168, including each of its subparts.

169.    D & D Venture denies the allegations in paragraph 169.

170.    D & D Venture lacks information or knowledge sufficient to form a belief as to the truth of the allegations in paragraph 170 regarding plaintiff's knowledge and therefore D & D Venture denies those allegations.  D & D Venture denies the remaining allegations in paragraph 170, including that intended use and/or exposure to Roundup®-branded products causes any injuries.

171.    D & D Venture denies the allegations in paragraph 171.

172.    D & D Venture denies the allegations in paragraph 172.

173.    D & D Venture denies the allegations in paragraph 173.

174.    D & D Venture denies the allegations in paragraph 174.

175.    D & D Venture denies the allegations in paragraph 175.

176.    In response to the allegations in paragraph 176, D & D Venture demands that judgment be entered in its favor and against plaintiffs; that plaintiffs' Complaint be dismissed, with prejudice; and that D & D Venture be awarded costs of suit and reasonable attorney's fees as allowed by law and such further and additional relief as this Court may deem just and proper.

177.– 221.     The allegations in paragraphs 177 through 221 do not require responses from D & D Venture because these allegations relate to Monsanto, not D & D Venture, and these counts of plaintiffs' Complaint are brought only against Monsanto, not D & D Venture.

222.     D & D Venture incorporates by reference its responses to paragraphs 1 through 221 in response to paragraph 222 of plaintiffs' Complaint.

223.     D & D Venture lacks information or knowledge sufficient to form a belief as to the truth of the allegations in the first sentence of paragraph 223 and therefore denies those allegations.  The last sentence of paragraph 223 sets forth conclusions of law for which no response is required.

224.     In response to the allegations in paragraph 224, D & D Venture demands that judgment be entered in its favor and against plaintiffs; that plaintiffs' Complaint be dismissed, with prejudice; and that D & D Venture be awarded costs of suit and reasonable attorney's fees as allowed by law and such further and additional relief as this Court may deem just and proper.

225.     D & D Venture incorporates by reference its responses to paragraphs 1 through 224 in response to paragraph 225 of plaintiffs' Complaint.

226.     D & D Venture denies the allegations in paragraph 226.

227.     D & D Venture denies the allegations in paragraph 227.

228.     D & D Venture denies the allegations in paragraph 228.

229.     In response to the allegations in paragraph 229, D & D Venture demands that judgment be entered in its favor and against plaintiffs; that plaintiffs' Complaint be dismissed, with prejudice; and that D & D Venture be awarded costs of suit and reasonable attorney's fees as allowed by law and such further and additional relief as this Court may deem just and proper.

230.     The allegations in paragraph 230 set forth conclusions of law for which no response is required.

231.     In response to the allegations in paragraph 231, D & D Venture denies that plaintiffs are entitled to the relief sought therein, including any judgment for any damages, interest, costs, or any other relief whatsoever.

Every allegation in the Complaint that is not specifically and expressly admitted in this Answer is hereby specifically and expressly denied.

### **SEPARATE AND AFFIRMATIVE DEFENSES**

1.    The Complaint, in whole or part, fails to state a claim or cause of action against D & D Venture upon which relief can be granted.

2.    Plaintiffs' claims against D & D Venture are improperly joined and should be severed.

3.    Plaintiffs' claims against D & D Venture are barred because plaintiffs cannot proffer any scientifically reliable evidence that the products at issue were defective or unreasonably dangerous.

4.    Any alleged negligent or culpable conduct of D & D Venture, none being admitted, was so insubstantial as to be insufficient to be a proximate or substantial contributing cause of plaintiff's alleged injuries.

5.    Plaintiffs' claims against D & D Venture are barred, in whole or in part, because the products at issue were designed, manufactured, marketed and labeled with proper warnings, information, cautions and instructions, in accordance with the state of the art and the state of scientific and technological knowledge.

6.    Plaintiffs' claims against D & D Venture are barred, in whole or in part, because the products at issue were not defective or unreasonably dangerous in that they complied with, at all relevant times, all applicable government safety standards.

7.    Plaintiffs' claims against D & D Venture are preempted, in whole or in part, by applicable federal law relating to the design, testing, producing, manufacturing, labeling, distributing, modeling, processing, and supply of Roundup®-branded products and/or glyphosate-containing products.

8.    Plaintiffs' claims against D & D Venture are preempted, in whole or in part, because of U.S. EPA findings that glyphosate does not cause cancer in humans and/or because of U.S. EPA-approved product labeling.

9.      Plaintiffs' claims against D & D Venture are barred, in whole or in part, by the doctrine of primary jurisdiction, including by the authority delegated by Congress to the U.S. EPA.

10.      Plaintiffs' claims against D & D Venture are barred, in whole or in part, because plaintiff's injuries, if any, were the result of conduct of plaintiffs, independent third parties, and/or events that were extraordinary under the circumstances, not foreseeable in the normal course of events, and/or independent, intervening and superseding causes of the alleged injuries, including but not limited to plaintiff's pre-existing medical conditions.

11.      The doctrines contained in Restatement (Second) of Torts § 402A, comments j and k, bar plaintiffs' claims against D & D Venture in whole or in part.

12.      Applicable statutes of limitations and/or repose bar plaintiffs' claims against D & D Venture in whole or in part.

13.      Plaintiff's misuse or abnormal use of the product or failure to follow instructions bar plaintiffs' claims against D & D Venture in whole or in part.

14.      If plaintiff suffered injuries or damages as alleged, which is denied, such injuries or damages resulted from: (a) acts or omissions of persons or entities for which D & D Venture are neither liable nor responsible or, in the alternative, D & D Venture are entitled to an assessment of the relative degree of fault of all such persons and entities; or (b) resulted from diseases and/or causes that are not related or connected with any product sold, distributed, or manufactured by D & D Venture.  Such acts or omissions on the part of others or diseases or causes constitute an independent, intervening and sole proximate cause of plaintiff's alleged injuries or damages.

15.      D & D Venture had no legal relationship or privity with plaintiffs and owed no duty to them by which liability could be attributed to D & D Venture.

16.      Plaintiffs' claims against D & D Venture are preempted or otherwise barred in whole or in part by the Freedom of Speech Clause of the First Amendment of the U.S. Constitution.

17.     Plaintiffs' claims against D & D Venture for punitive, treble, and/or exemplary damages are barred because such an award would violate the D & D Venture's due process, equal protection and other rights under the United States Constitution, the California Constitution, and/or other applicable state constitutions.

18.     Plaintiffs' claims against D & D Venture for punitive, treble, and/or exemplary damages are barred because plaintiffs have failed to allege conduct warranting imposition of such damages under California and/or other applicable state laws.

19.     Plaintiffs' claims against D & D Venture for punitive, treble, and/or exemplary damages are barred and/or limited by operation of state and/or federal law.

20.     Plaintiffs' claims against D & D Venture are barred in whole or in part by plaintiffs' contributory/comparative negligence.

21.     Plaintiffs' claims against D & D Venture are barred in whole or in part by plaintiffs' failure to mitigate damages.

22.     Plaintiffs' claims against D & D Venture are barred in whole or in part by the sophisticated user doctrine.

23.     To the extent that plaintiffs recovered payments for their alleged injuries from any collateral source(s) or other source(s), plaintiffs' recovery from D & D Venture in this lawsuit, if any, shall be reduced to the extent allowed by applicable law.

24.     If plaintiffs have been injured or damaged, no injury or damages being admitted, such injuries or damages were not caused by a product of D & D Venture.

25.     If plaintiffs have been injured or damaged, no injury or damages being admitted, such injuries or damages were not caused by a product sold by D & D Venture.

26.     Plaintiffs' claims against D & D Venture are barred or limited to the extent that plaintiffs assert claims that are governed by the laws of a state that does not recognize, or limits, such claims.

27.     Plaintiffs' claims against D & D Venture are barred to the extent that plaintiffs seek relief under the laws of states that do not govern plaintiffs' claims.

1    28.    D & D Venture hereby gives notice that it intends to rely upon such other

2    defenses as may become available or apparent during the course of discovery and thus reserves

3    their right to amend this Answer to assert such defenses.

4    **WHEREFORE**, D & D Venture demands judgment in its favor and against plaintiffs,

5    dismissing plaintiffs' Complaint with prejudice, together with the costs of suit and such other

6    relief as the Court deems equitable and just.

7    **JURY TRIAL DEMAND**

8    D & D Venture demands a jury trial on all issues so triable.

10    DATED:  November 13, 2019        Respectfully submitted,

11

12    /s/ Joe G. Hollingsworth
Joe G. Hollingsworth (*pro hac vice*)
(jhollingsworth@hollingsworthllp.com)

13    Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)

14    HOLLINGSWORTH LLP
1350 I Street, N.W.

15    Washington, DC  20005
Telephone:  (202) 898-5800

16    Facsimile:   (202) 682-1639

17    Attorneys for Defendant
D & D VENTURE GROUP, INC. d/b/a

18    CHASE ACE HARDWARE GARDEN & GIFT
EMPORIUM

ANSWER TO COMPLAINT BY D & D VENTURE GROUP, INC.
3:16-md-02741-VC & 3:19-cv-07189-VC