**David J. Diamond, Esq.**
State Bar #010842
**698 E. Wetmore Rd., Suite 200**
**Tucson, AZ 85705**
**(520) 620-3975**
**ddiamond@goldbergandosborne.com**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Master Docket Case No. 16-md-02741-VC |
| **THIS DOCUMENT RELATES TO:** | Honorable Vince Chhabria |
| Carolyn J. Wesley | Case No. 3:19-cv-03474 |
| v. | |
| Monsanto Company | |

### STIPULATION OF DISMISSAL PURSUANT TO F.R.C. P. 41(a)(1)(A)(ii)

Pursuant to F.R.C.P. 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff, Carolyn J. Wesley, and Defendant Monsanto Company hereby give notice that the above-captioned action is dismissed without prejudice against Defendant Monsanto Company.

IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiff Carolyn J. Wesley, and counsel for Defendant Monsanto Company that the above-referenced Complaint is hereby dismissed without prejudice.

Each party agrees to bear its own costs and attorneys' fees.

Dated: 11/14/2019

| | |
|---|---|
| */s/   David J. Diamond* | */s/   Martin C. Calhoun* |
| David J. Diamond, Esq. | Martin C. Calhoun, Esq. |
| GOLDBERG & OSBORNE LLP | HOLLINGSWORTH LLP |
| 698 E. Wetmore Road, Suite 200 | 1350 I Street NW |
| Tucson, AZ 85705 | Washington, DC 20005 |
| Tel: (520) 620-3975 | Tel: (202) 898-5867 |
| *Attorney for Plaintiff Carolyn J. Wesley* | *Attorney for Defendant Monsanto Company* |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

### CERTIFICATE OF SERVICE

I, David J. Diamond, hereby certify that on November 14, 2019, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

                                      */s/ David J. Diamond*