Jason R. Scott
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
Telephone:   816-474-6550
Facsimile:    816-421-5547

*Attorney for Defendant*
*Monsanto Company*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>*Karen Delorme-Barton v. Monsanto Company,*<br>Case No. 3:18-cv-01427-VC | Case No. MDL No. 2741<br><br>Case No. MDL No. 3:16-md-02741-VC<br><br>**NOTICE OF APPEARANCE ON BEHALF OF MONSANTO COMPANY** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Pretrial Order No. 1, Jason R. Scott, of the firm Shook, Hardy & Bacon L.L.P. hereby enters an appearance as counsel for Defendant MONSANTO COMPANY in the above-captioned matter and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served on and directed to the undersigned counsel.

| | |
|---|---|
| November 14, 2019 | Respectfully Submitted<br><br>SHOOK, HARDY & BACON L.L.P.<br><br>By:  /s/ *Jason R. Scott*<br>Jason R. Scott<br>SHOOK HARDY & BACON L.L.P.<br>2555 Grand Blvd.<br>Kansas City, MO 64108<br>Telephone:    (816) 474-6550<br>Facsimile:     (816) 421-5547<br>jscott@shb.com<br><br>*ATTORNEY FOR DEFENDANT*<br>*MONSANTO COMPANY* |

**CERTIFICATE OF SERVICE**

    I hereby certify that, on November 14, 2019, I electronically filed NOTICE OF APPEARANCE OF JASON R. SCOTT ON BEHALF OF DEFENDANT MONSANTO COMPANY with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

DATED:  November 14, 2019　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Jason R. Scott*
　　　　　　　　　　　　　　　　　　　　　　　　　Jason R. Scott
　　　　　　　　　　　　　　　　　　　　　　　　　SHOOK HARDY & BACON L.L.P.
　　　　　　　　　　　　　　　　　　　　　　　　　2555 Grand Blvd
　　　　　　　　　　　　　　　　　　　　　　　　　Kansas City, MO 64108
　　　　　　　　　　　　　　　　　　　　　　　　　Telephone:   (816) 474-6550
　　　　　　　　　　　　　　　　　　　　　　　　　Facsimile:    (816) 421-5547
　　　　　　　　　　　　　　　　　　　　　　　　　jscott@shb.com

　　　　　　　　　　　　　　　　　　　　　　　　*Attorney for Defendant,*
　　　　　　　　　　　　　　　　　　　　　　　　*MONSANTO COMPANY*