**MORGAN & MORGAN**
T. Michael Morgan (*pro hac vice*)
G. Katherine Chambers (*pro hac vice*)
20 N. Orange Avenue, Suite 1600
Orlando, Florida 32801
Telephone:     (407) 420-1414
Facsimile:      (407) 245-3389
Email:           *mmorgan@forthepeople.com*
                    *kathychambers@forthepeople.com*

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| This document relates to: | CASE NO. 3:16-MD-02741 - VC |
| *Richard Saichek v. Monsanto Company*<br>Case No. 3:19-cv-06823 | |

### SUGGESTION OF DEATH UPON THE RECORD

The undersigned counsel, pursuant to Federal Rule of Civil Procedure 25 (a)(1), hereby informs this Honorable Court and the Parties of the death of Plaintiff, Richard Saichek, which occurred on or about October 3, 2019.  Counsel below respectfully informs this Court that Lawrence A. Saichek, Richard Saicheck's son, has retained undersigned counsel. Lawrence A. Saicheck will be appointed as Personal Representative for the Estate of Richard Saicheck.  The Letters of Administration and Order Appointing Lawrence A. Saicheck as Personal Representative for the Estate of Richard Saicheck are expected shortly.

Dated: November 14, 2019

Tampa, Florida

/s/ T. Michael Morgan
T. Michael Morgan (*pro hac vice*)
**MORGAN & MORGAN**
**COMPLEX LITIGATION GROUP**
20 N. Orange Avenue, Suite 1600
Orlando, Florida 32801
Tel.: (407) 420-1414
Facsimile: (407) 245-3389
mmorgan@forthepeople.com

/s/ G. Katherine Chambers
G. Katherine Chambers (*pro hac vice*)
**MORGAN & MORGAN**
**COMPLEX LITIGATION GROUP**
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Tel.: (813) 223-5505
Facsimile: (813) 222-2434
kathychambers@forthepeople.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 14, 2019, a copy of the foregoing document was electronically filed the Clerk of the Court through the CM/ECF system which sent notice of filing to all parties of record.

/s/ G. Katherine Chambers