R. Andrew Jones (AL Bar No. 0096-i11r)
**CORY WATSON, P.C.**
2131 Magnolia Avenue, Suite 200
Birmingham, AL 35205
Telephone: (205) 328-2200
Facsimile: (205) 324-7896
Email: ajones@corywatson.com
*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
| THIS DOCUMENT RELATES TO:<br>*EVON NIESPOREK*, 3:19-CV-07356-VC | **NOTICE OF APPEARANCE OF R. ANDREW JONES ON BEHALF OF PLAINTIFF** |

PLEASE TAKE NOTICE that R. Andrew Jones of Cory Watson, P.C. hereby enters an appearance as counsel for the Plaintiff in the above-referenced action.

Dated: November 14, 2019.                    CORY WATSON, P.C.

/s/ *R. Andrew Jones*
R. Andrew Jones (asb-0096-i11r)
2131 Magnolia Avenue, Suite 200
Birmingham, AL 35205
Telephone: (205) 328-2200
Facsimile: (205) 324-7896
ajones@corywatson.com

Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 14th day of November 2019, a copy of the foregoing NOTICE OF APPEARANCE was electronically filed with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to all counsel of record.

/s/ *R. Andrew Jones*
R. Andrew Jones (asb-0096-i11r)
CORY WATSON, P.C.
2131 Magnolia Avenue, Suite 200
Birmingham, AL 35205
Telephone: (205) 328-2200
Facsimile: (205) 324-7896
ajones@corywatson.com