J. Curt Tanner (AL Bar No. 1041-t80w)
CORY WATSON, P.C.
2131 Magnolia Avenue, Suite 200
Birmingham, AL 35205
Telephone: (205) 328-2200
Facsimile: (205) 324-7896
Email: ctanner@corywatson.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
| THIS DOCUMENT RELATES TO:<br><br>*EVON NIESPOREK*, 3:19-CV-07356-VC | **NOTICE OF APPEARANCE OF J. CURT TANNER ON BEHALF OF PLAINTIFF** |

PLEASE TAKE NOTICE that J. Curt Tanner of Cory Watson, P.C. hereby enters an appearance as counsel for the Plaintiff in the above-referenced action.

Dated: November 14, 2019.        CORY WATSON, P.C.

/s/ *J. Curt Tanner*
J. Curt Tanner (asb-1041-t80w)
CORY WATSON, P.C.
2131 Magnolia Avenue, Suite 200
Birmingham, AL 35205
Telephone: (205) 328-2200
Facsimile: (205) 324-7896
ctanner@corywatson.com

Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 14th day of November 2019, a copy of the foregoing NOTICE OF APPEARANCE was electronically filed with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to all counsel of record.

<u>/s/ *J. Curt Tanner*</u>
J. Curt Tanner (asb-1041-t80w)
CORY WATSON, P.C.
2131 Magnolia Avenue, Suite 200
Birmingham, AL 35205
Telephone: (205) 328-2200
Facsimile: (205) 324-7896
ctanner@corywatson.com