John Sawin (Illinois Bar No. 6227112)
**SAWIN LAW LTD.**
55 W. Wacker Drive, Suite 900
Chicago, Illinois 60601
Telephone: (312) 853-2490
Facsimile: (312) 327-7072
Email: jsawin@sawinlawyers.com

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION ) ) ) | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
| THIS DOCUMENT RELATES TO: ) ) | **NOTICE OF WITHDRAWAL OF COUNSEL JOHN SAWIN** |
| ***EVON NIESPOREK*, 3:19-CV-07356-VC** ) ) ) ) | |

PLEASE TAKE NOTICE that John Sawin of Sawin Law Ltd. hereby withdraws as an attorney of record in the above-captioned case on behalf of Plaintiff, Evon Niesporek. Plaintiff will continue to be represented by Douglas A. Dellaccio, Jr., J. Curt Tanner, and R. Andrew Jones, Esquires of Cory Watson, P.C. All notices and correspondence should be directed to their attention.

Dated: November 14, 2019.                    SAWIN LAW LTD.

                                             /s/ *John Sawin*
                                             John Sawin
                                             Illinois Bar No. 6227112
                                             55 W. Wacker Drive, Suite 900
                                             Chicago, Illinois 60601
                                             Telephone: (312) 853-2490
                                             Facsimile: (312) 327-7072
                                             jsawin@sawinlawyers.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 14th day of November 2019, a copy of the foregoing NOTICE OF APPEARANCE was electronically filed with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to all counsel of record.

/s/ *John Sawin*
John Sawin
Illinois Bar No. 6227112
55 W. Wacker Drive, Suite 900
Chicago, Illinois 60601
Telephone: (312) 853-2490
Facsimile: (312) 327-7072
jsawin@sawinlawyers.com