**HOLLINGSWORTH LLP**
Joe G. Hollingsworth (*pro hac vice*)
Eric G. Lasker (*pro hac vice*)
1350 I Street, N.W.
Washington, DC  20005
Telephone:  (202) 898-5800
Facsimile:   (202) 682-1639
Email:       jhollingsworth@hollingsworthllp.com
             elasker@hollingsworthllp.com

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
|  | Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>*Wilbur Staber v. Monsanto Co.*,<br>Case No. 3:19-cv-06819-VC |  |

**MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Monsanto Company ("Monsanto") makes the following disclosures:

1. Monsanto is an indirect, wholly-owned subsidiary of Bayer AG.

2. Bayer AG is a publicly held corporation.

DATED:  November 15, 2019          Respectfully submitted,

                                   /s/ Joe G. Hollingsworth
                                   Joe G. Hollingsworth (*pro hac vice*)
                                   (jhollingsworth@hollingsworthllp.com)
                                   Eric G. Lasker (*pro hac vice*)
                                   (elasker@hollingsworthllp.com)
                                   HOLLINGSWORTH LLP
                                   1350 I Street, N.W.
                                   Washington, DC  20005
                                   Telephone:  (202) 898-5800
                                   Facsimile:   (202) 682-1639

                                   *Attorneys for Defendant*
                                   *MONSANTO COMPANY*