UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 16-md-02741-VC |
| This document relates to: *Mathis v. Monsanto Co.*, 19-cv-6225 *Frey v. Monsanto Co.*, 19-cv-6460 | **PRETRIAL ORDER NO. 188: ORDER TO SHOW CAUSE RE: PERSONAL JURISDICTION** Re: Dkt. No. 7327 |

The plaintiffs in the related cases are ordered to show cause why their complaints should not be dismissed for lack of personal jurisdiction. *See* Pretrial Order No. 183, Dkt. No. 7196. Each plaintiff must respond to this order by December 2, 2019. If Monsanto wishes to file a response, it may do so by December 9, 2019. The Court will schedule a hearing on the order to show cause if necessary following review of the written submissions.

As to Monsanto's request for clarification, Monsanto is not required to file a report regarding personal jurisdiction for actions filed directly in this district before October 2019.

**IT IS SO ORDERED.**

Dated: November 15, 2019

VINCE CHHABRIA
United States District Judge