UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 16-md-02741-VC |
| This document relates to: *Calderon v. Monsanto Co.*, 19-cv-1630 | **PRETRIAL ORDER NO. 189: CALDERON LETTER BRIEF** |
| | Re: Dkt. No. 7585 |

In light of the lack of prejudice to Monsanto, Calderon's motion to file a rebuttal report by Dr. Sawyer is granted.

**IT IS SO ORDERED.**

Dated: November 15, 2019

VINCE CHHABRIA
United States District Judge