UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 16-md-02741-VC |
| This document relates to: *Schumacher v. Monsanto Co.*, 19-cv-4165 | **PRETRIAL ORDER NO. 190: SCHUMACHER LETTER BRIEF** |
| | Re: Dkt. No. 7397 |

The parties' request for an order severing the parties in the multi-plaintiff complaint is denied as unnecessary. The plaintiffs should follow the steps outlined in this Court's orders for (i) voluntarily dismissing the claims of all plaintiffs other than the lead plaintiff and (ii) filing short-form complaints. *See* Pretrial Order No. 155, Dkt. No. 4454; Pretrial Order No. 167, Dkt. No. 4618. This severance process does not require a court order.

**IT IS SO ORDERED.**

Dated: November 15, 2019

_____
VINCE CHHABRIA
United States District Judge