1  **HOLLINGSWORTH LLP**
   Joe G. Hollingsworth (*pro hac vice*)
2  Eric G. Lasker (*pro hac vice*)
   1350 I Street, N.W.
3  Washington, DC  20005
   Telephone:   (202) 898-5800
4  Facsimile:   (202) 682-1639
   Email:        jhollingsworth@hollingsworthllp.com
5                 elasker@hollingsworthllp.com

6  *Attorneys for Defendant*
   *MONSANTO COMPANY*

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10 | IN RE: ROUNDUP PRODUCTS | MDL No. 2741 |
   | LIABILITY LITIGATION | |
11 | | Case No. 3:16-md-02741-VC |

12 This document relates to:

13 *Sherry M. Blackwood v. Monsanto Co.*,

14

15                    **MONSANTO COMPANY'S**
16            **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

17         Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons,

18 associations of persons, firms, partnerships, corporations (including parent corporations) or other

19 entities (i) have a financial interest in the subject matter in controversy or in a party to the

20 proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be

21 substantially affected by the outcome of this proceeding:

22         Defendant Monsanto Company is an indirect, wholly-owned subsidiary of Bayer AG, so

23 Bayer AG has a financial interest in a party to the proceeding.

24

25

26

27

28
                                            - 1 -

1   DATED:  November 18, 2019            Respectfully submitted,

2

3                                             /s/ Joe G. Hollingsworth
                                            Joe G. Hollingsworth (*pro hac vice*)

4                                             (jhollingsworth@hollingsworthllp.com)
                                            Eric G. Lasker (*pro hac vice*)

5                                             (elasker@hollingsworthllp.com)
                                            HOLLINGSWORTH LLP

6                                             1350 I Street, N.W.
                                            Washington, DC  20005

7                                             Telephone:  (202) 898-5800
                                            Facsimile:   (202) 682-1639

8                                             *Attorneys for Defendant*

9                                             *MONSANTO COMPANY*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MONSANTO COMPANY'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
3:16-md-02741-VC