AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Northern District of California 

| | | |
|---|---|---|
| Lynda K. Patterson | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   3:16-md-02741-VC |
| Monsanto Company | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Monsanto Company; 3:17-cv-05787                                                                      .

Date:      11/18/2019

/s/ Tammy Webb
*Attorney's signature*

Tammy Web, # 227593
*Printed name and bar number*
Shook, Hardy & Bacon L.L.P.
One Montgomery Tower
Suite 2600
San Francisco, CA 94104-4505

*Address*

tbwebb@shb.com
*E-mail address*

**(415) 544-1900**
*Telephone number*

**(415) 391-0281**
*FAX number*