# UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION, <br><br> This document relates to: <br><br> Case No. 2:19-cv-00281 <br> *Cantu, et al v. Monsanto Company* | MDL No. 02741 <br><br> **NOTICE OF APPEARANCE OF JOHN FLOOD** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

     PLEASE TAKE NOTICE that John Flood, of the firm Flood & Flood hereby enters an appearance as counsel for Plaintiffs in the above-referenced action. Please serve said counsel with all pleadings, notices, orders, correspondence, and other papers in this action.

Dated:  November 18, 2019

Respectfully submitted,

/s/ John Flood
John Flood
Flood & Flood
State Bar No. 07155910
802 N. Carancahua, Suite 900
Corpus Christi, Texas 78401
Telephone:  (361) 654-8877
Fax:  (361) 654-8879
john@floodandflood.com
Irma@floodandflood.com

**Attorney-in-Charge for Plaintiffs**

## CERTIFICATE OF SERVICE

      I hereby certify on this 18th day of November, 2019, a copy of the foregoing document was filed through the Court's ECF system. Notice of this filing will be sent electronically to registered participants as identified on the Notice of Electronic Filing (NEF).

      /s/ John Flood
      John Flood