UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Victor Berliant, et al. v. Monsanto Co., et al.*, Case No. 3:19-cv-07189-VC | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC<br><br>**SUPPLEMENTAL DECLARATION OF KENNETH B. MILLER, M.D. (FILED IN SUPPORT OF DEFENDANT MONSANTO COMPANY'S OPPOSITION TO PLAINTIFFS' EMERGENCY MOTION TO REMAND AND FOR ATTORNEY FEES AND COSTS)** |

**SUPPLEMENTAL DECLARATION OF KENNETH B. MILLER, M.D.**

I, Kenneth B. Miller, M.D., declare as follows:

1. I am over 18 years old. If called to testify, I could and would competently testify to the statements and opinions set forth below.

2. This declaration is based on my knowledge, education, training, and experience. I hold all opinions expressed in this declaration to a reasonable degree of medical and scientific certainty. I have reviewed pertinent literature, medical records, plaintiffs' memorandum in support of their remand motion, and the materials addressed in my October 31, 2019 declaration. My qualifications are summarized in that prior declaration, and my curriculum vitae is attached to that declaration. I reserve the right to supplement or amend my opinions if additional medical records or other information come to my attention.

3. In my prior declaration, I explained that the medical records establish that Mr. Berliant's cancer – T-cell prolymphocytic leukemia ("T-PLL") – first manifested itself on July 9, 2015 when a complete blood count differential was flagged for lymphocytosis (an abnormal, elevated reading of 47% lymphocytes).

4. In their memorandum, plaintiff's counsel point to a different laboratory result, noting that Mr. Berliant's white blood cell count was within normal limits on July 9, 2015 and that his white blood cell count was not elevated until December 2, 2016. This argument reflects a fundamental misunderstanding of T-PLL. The natural initial progression of T-PLL is marked by the development of lymphocytosis, which may or may not be accompanied by an elevated white blood cell count. *See* Ex. 1, Garand, Richard, et al., *Indolent course as a relatively frequent presentation in T-prolymphocytic leukaemia*, 103 British J. Haematology 488, 490 tbl. 1 (1998). Indeed, as stated in the recent publication by Staber, et al., Blood (2019) (attached to my prior declaration as Exhibit D), up to 20-30% of T-PLL patients first present with an inactive, asymptomatic disease that may only be apparent through a laboratory finding of lymphocytosis. *See also* Garand (1998) at 489 ("We found a relatively high proportion of patients with an indolent stable course preceding typical aggressive T-PLL.").

5. Based on my review of the medical records and my knowledge of and experience with T-PLL, I am confident that Mr. Berliant was in this initial stage of his T-PLL as of July 9, 2015. The following table (taken from Mr. Berliant's medical records, attached as Exhibit C to my prior declaration, with the highlighting in the original records) shows that Mr. Berliant's lymphocytosis increased over time, starting with the abnormally elevated lymphocyte value in July 2015 of 47% and increasing over time to 82% in November 2018:

| Component | 7/9/2015 | 5/19/2017 | 6/13/2017 | 7/10/2017 | 10/5/2018 | 10/8/2018 | 11/9/2018 |
|---|---|---|---|---|---|---|---|
| NEUTROPHILS % AUTO | 42 | 26 (L) | 20 (L) | 22 (L) | 13 (L) | 13 (L) | 12 (L) |
| LYMPHS % AUTO | 47 (H) | 67 (H) | 72 (H) | 70 (H) | 81 (H) | 80 (H) | 82 (H) |
| MONOS % AUTO | 8 | 4 (L) | 5 | 6 | 4 (L) | 6 | 5 |
| EOS % AUTO | 2 | 2 | 2 | 2 | 1 | 1 | 1 |
| BASO'S % AUTO | 0 | 1 | 1 | 0 | 1 | 0 | 0 |
| IMMAT GRANULO % AUTO | | 0 | 0 | 0 | 0 | 0 | 0 |
| ANC | 4.0 | 3.8 | 2.5 | 3.1 | 3.4 | 3.9 | 3.1 |

This medical record table sets forth the natural progression of Mr. Berliant's disease, starting with an asymptomatic presentation and progressing to active, symptomatic disease.

6. Further, there is no medical basis for plaintiffs' counsel's suggestion that there could have been some outside exposure that promoted or exacerbated Mr. Berliant's T-PLL after July 2015. As the medical literature makes clear, once the T-PLL disease process begins, the progression to active, symptomatic disease is inevitable. *See* Staber (2019) at 1136 ("within 1 to 2 years, nearly all of inactive T-PLL convert into active disease"); Garand (1998) at 492 (noting that in all patients who presented with asymptomatic disease "the stable course of the disease transformed into aggressive stage after a variable period"). Indeed, there currently is no medical treatment for asymptomatic T-PLL patients with lymphocytosis that can delay or ameliorate the disease process. *See* Staber (2019) at 1135 ("there is no evidence that asymptomatic patients with T-PLL with inactive disease ('inactive T-PLL') would benefit from immediate treatment"); Garand (1998) at 493 ("treatment did not modify the duration of the stable phase nor the risk of progression underlying chemoresistance to this form, as observed in typical T-PLL").

7. Unfortunately, it is not unusual for an initial, asymptomatic stage of T-PLL to be missed by healthcare providers, and it is not surprising that Mr. Berliant's treating physicians did not immediately conduct further testing in July 2015 that would have confirmed his T-PLL.

With the benefit of hindsight, however, including the natural progression of Mr. Berliant's T-PLL as set forth in the medical record table reproduced above, there is no question that Mr. Berliant's T-PLL began sometime prior to July 2015.

8. In conclusion, the arguments presented by plaintiffs' counsel in their memorandum do not change my assessment. I have no doubt that Mr. Berliant has T-PLL that first manifested itself in July 2015.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 14, 2019 at Boston, Massachusetts.

_____
Kenneth B. Miller, M.D.

# Exhibit 1

*British Journal of Haematology*, 1998, **103**, 488–494

# Indolent course as a relatively frequent presentation in T-prolymphocytic leukaemia

Richard Garand,[1] Jean Goasguen,[2] André Brizard,[3] Jacqueline Buisine,[4] Agnès Charpentier,[5] Jean François Claisse,[6] Eliane Duchayne,[7] Monique Lagrange,[8] Christine Segonds,[7] Xavier Troussard,[9] Georges Flandrin[10] and the Groupe Français d'Hématologie Cellulaire* *[1]Laboratoires d'Hématologies, Centres Hospitaliers Universitaires de Nantes, [2]Rennes, [3]Poitiers, [4]Nancy, [5]Villejuif, [6]Amiens, [7]Toulouse, [8]Nice, [9]Caen, and [10]Paris (Necker), France*

Received 16 February 1998; accepted for publication 16 July 1998

**Summary.** T-prolymphocytic leukaemia (T-PLL) is a rare disorder with a poor outcome. Presentation features were studied in 78 T-PLL cases. Although 53 patients (group A) presented with typical progressive disease including rapidly increasing leucocytosis, 25 patients (group B) experienced an initial indolent clinical course with stable moderate leucocytosis. The morphology and antigenic profile of abnormal cells were similar in both groups, except for a lower incidence of CD45RO$^+$ CD45RA$^-$ pattern in group B. A high incidence of inv(14)(q11;q32), t(14;14)(q11;q32) and i(8)(q10) chromosomal abnormalities were found in both groups. After an initial indolent phase (median 33 months; 6–103 months), 16 group B patients progressed to an aggressive stage with clinical and laboratory features similar to group A. Moreover, median survival after progression was short in both groups. In conclusion, T-PLL may start as an indolent disease similar to that reported in ataxia telangectasia. In this rare genetic disorder, some patients develop stable T-cell clones which progress toward T-PLL-like leukaemia. Moreover, ATM gene mutations have been reported in T-PLL. Thus, both diseases are likely to be closely related.

**Keywords:** T-prolymphocytic leukaemia.

T-cell prolymphocytic leukaemia (T-PLL) is a rare mature T-cell disorder. It is usually characterized by an aggressive clinical course with lymphadenopathy, splenomegaly, skin lesions, rapidly increasing lymphocytosis, and poor response to chemotherapy (Matutes *et al*, 1991; Hoyer *et al*, 1995).

* Other contributors: (i) *Members of the GFHC*: M. Bizet (Annecy), M. Cadiou (Paris, Hotel-Dieu), S. Daliphar (Reims), A. Falkenrodt (Strasbourg), P. Felman (Lyon Sud), O. Gentilhomme (Lyon, Edouard Herriot), M. J. Grange (Paris, Bichat), H. Jouault (Creteil), F. Lelouche (Quimper), P. Lepelley (Lille), J. F. Lesesve (Rouen), M. Mahassen (Luxembourg), G. Mareynat (Clermont-Ferrand), A. Marfaing (Clamart), M. Maynadié (Dijon), H. Merle-Béral (Paris, Pitié-Salpêtrière), F. Schillinger (Besançon), M. F. Sotto (Grenoble), I. Sudaka (Nice), J. Taïb (Montpellier), F. Trimoreau (Limoges), F. Valensi (Paris, Necker). (ii) *Cytogeneticians*: F. Brizard (Poitiers), E. Callet Bauchu (Lyon), P. Cornillet (Reims), N. Dastugue (Toulouse), J. L. Laï (Lille), D. Leroux (Grenoble), H. Mossafa (Paris, CERBA), I. Radford Weiss (Paris, Necker), S. Ramond (Paris, Hotel-Dieu), S. Raynaud (Nice), J. Van Den Akker (Paris, Saint Antoine).

Correspondence: Dr R. Garand, Laboratoire d'Hématologie, Institut de Biologie, 9 quai Moncousu, BP 1005, 44093 Nantes cedex 01, France.

T-PLL is also called T-cell chronic lymphocytic leukaemia (T-CLL) because of the mature aspect of the proliferating cells (Naeme *et al*, 1993; Hoyer *et al*, 1995; Hanson *et al*, 1996; Wong *et al*, 1996). However, several features frequently observed in T-PLL distinguish it from true CLL, i.e. irregular nuclear shape, deep basophilic cytoplasm with protrusions. Moreover, the presence of a single prominent nucleolus (sometimes not easily seen by light microscopy but always visible by electron microscopy) justifies the term T-PLL retained in the FAB proposals (Bennett *et al*, 1989; Matutes *et al*, 1986; Matutes & Catovsky, 1993, 1996; Foon & Gale, 1992). Morphological variants have been described, including subtypes with cells indistinguishable from B-PLL, small-cell variants and cases with cerebriform (Sezary-like cells) or multi-lobulated (flower cells) nuclei (Matutes *et al*, 1986; Matutes & Catovsky, 1993, 1996; Bennett *et al*, 1989; Pawson *et al*, 1997). Justification of a single disease entity is supported by similar presenting features, aggressive course, ultrastructural and immunophenotypic characteristics. Moreover, t(14;14)(q11;q32), inv(14)(q11;q32), t(X;14)(q28;q11) and i(8)(q10) chromosomal abnormalities, have been found with similar incidence in all forms of T-PLL

© 1998 Blackwell Science Ltd

*Indolent Course in T-prolymphocytic Leukaemia* 489

(Matutes *et al*, 1991; Hoyer *et al*, 1995; Britto-Babapulle *et al*, 1997). These abnormalities juxtapose the TCL-1 (located at 14q32) or MTCP-1 (located at Xq28) genes to the TCR α/δ locus on 14q11 (Stern *et al*, 1993; Virgilio *et al*, 1994), resulting in overexpression of $p14^{TCL1}$ and $p13^{MTCP1}$ which share structural homology (Stern *et al*, 1993; Fu *et al*, 1994). $p13^{MTCP1}$, but not $p14^{TCL1}$, is restricted to T-PLL cells (Madani *et al*, 1996). Interestingly, an aggressive T-cell disorder with similar clinical and laboratory features, as well as identical cytogenetic abnormalities, has been described in a rare genetic condition, ataxia-telangectasia (AT) (Britto-Babapulle *et al*, 1991; Taylor *et al*, 1996). The relationship between this AT-associated T-cell disorder and sporadic T-PLL has been reinforced by recent demonstrations of frequent AT gene biallelic missense mutations in sporadic T-PLL (Vorechovsky *et al*, 1997; Stilgenbauer *et al*, 1997; Stoppa-Lyonnet *et al*, 1998). However, T-cell disorders in AT may be limited to indolent T-cell clonal populations (ATCP) sharing the cytological, immunological, cytogenetic and molecular features of T-PLL (Aurias *et al*, 1986; Stern *et al*, 1989). Moreover, these ATCP may evolve toward aggressive T-PLL (Taylor *et al*, 1996). These observations raise the issue of whether a similar indolent course may accompany sporadic T-PLL. In this retrospective study of a large series of T-PLL we focused on the presenting conditions and clinical course. We found a relatively high proportion of patients with an indolent stable course preceding typical aggressive T-PLL.

MATERIALS AND METHODS

*Patients.* Between 1984 and 1997, 78 patients from 30 French institutions were identified who fulfilled T-PLL diagnostic criteria according to FAB proposals, i.e. persistent uniform agranular lymphocytosis of $>5 \times 10^9/l$ with a mature T-cell immunophenotype (Bennett *et al*, 1989). Five patients with cerebriform or polylobulated nuclei with no skin lesions at diagnosis, as well as during evolution, and no antibodies to HTLV-1 were included, in agreement with previous reports (Matutes *et al*, 1997; Britto-Babapulle *et al*, 1997). Clinical and laboratory data were collected at presentation and during evolution. Follow-up information was available in 69 cases (last follow-up February 1998).

*Cell morphology.* MGG-stained blood smears were reviewed after digitization and recording of pictures generated by a videomicroscope connected to a computer workstation (Leica-ICG system, France) for quality control. Diagnoses were validated by 10 morphologists belonging to the Groupe Français d'Hématologie Cellulaire.

*Immunophenotyping* was performed in each centre using flow cytometry. Ficoll-separated blood mononuclear cells were studied with unconjugated or fluorescein isothiocyanate- or phycoerythrin-conjugated mAbs from various commercial sources. The positivity threshold was set at 50% for all markers.

*Cytogenetic studies* were performed in 31 cases at diagnosis and in eight patients during evolution. Chromosomal studies were performed on fresh (or frozen) peripheral blood samples after 24–72 h cultures of lymphocytes stimulated with phytohaemagglutinin, pokeweed mitogen or 12-0-tetra-decanoylphorbol-13-acetate. Metaphases were studied using the R-banding method

RESULTS

*Presentation and follow-up data* (Figs 1 and 2)
Among 78 patients included in the present study, 53 presented with a typically progressive disease (group A) whereas 25 experienced an initial stable clinical course (group B). 38/47 available group A patients died (median follow-up 11 months). Their median survival was 12 months (range 1–33) and was not different in patients treated with either chlorambucil ± prednisone (11 months;



**Fig 1.** Actuarial survival of T-PLL cases according to their clinical course: ----, initially indolent ($n = 22$; median overall survival 51 months); ——, initially progressive ($n = 47$; median overall survival 12 months); ·····, secondary progression ($n = 15$; median survival (after progression) 9 months).



**Fig 2.** Risk of progression of 22 T-PLL cases with an initially indolent course. Median stable phase duration was 33 months and actuarial risk of progression at 36 months was 62%.

490   *Richard Garand et al*

**Table I.** Clinical and laboratory features of T-PLL cases according to their clinical course.

| Clinical course | Initially progressive ($n=53$) | Initially indolent ($n=25$) | Secondary progression ($n=16$) |
|---|---|---|---|
| Age (median/range) | 69 (35–98) | 72 (49–96) | 71 (52–89) |
| Sex (% male) | 60% | 36% | 25% |
| B symptoms | 66% | 11% | 64% |
| Peripheral lymphadenopathy | 64% | 5% | 43% |
| Abdominal or hilar lymphadenopathy | 28% | 0% | 7% |
| Splenomegaly | 81% | 11% | 71% |
| Hepatomegaly | 43% | 5% | 14% |
| Peritoneal or pleural effusion | 19% | 0% | 0% |
| Skin lesions | 25% | 0% | 7% |
| Other extranodal site | 13% | 0% | 7% |
| Leucocytosis (median/range) ($\times 10^9$/l) | 164 (12–715) | 19 (10–52) | 115 (52–400) |
| Leucocytosis ($>100 \times 10^9$/l) | 70% | 0% | 60% |
| Anaemia (Hb $<10$ g/dl) | 15% | 0% | 27% |
| Thrombocytopenia (platelets $<100 \times 10^9$/l) | 36% | 10% | 53% |
| HTLV1+ (ELISA) | 0%* | 0%** | 0%** |
| HIV+ (ELISA) | 0%* | 0%** | 0%** |

Abbreviations: B symptoms: fever, weight loss, weakness; Hb: haemoglobin level; HTLV1+/HIV+: positive HTLV1/HIV serology. *$n=23$, **$n=7$.

$n=7$) or multidrug chemotherapy (with or without deoxycoformicin ($n=4$) or fludarabine ($n=6$)) (14 months; $n=35$)). The two patients (35 and 49 years old) who were treated by allogeneic bone marrow transplantation remain alive and in complete remission, which represent a survival of 10 and 25 months, respectively. Median follow-up of the 22 available group B patients was 40 months. Their median overall survival was 51 months (range 9–108), with only five of them alive at last follow-up. 16 group B patients progressed with a median stable phase duration of 33 months (range 6–103). During the stable phase, 16 patients were untreated, whereas six received chlorambucil ± prednisone. Actuarial risk of progression (RP) at 36 months was 62% and not significantly different in untreated (71%) and treated (40%) patients. 15 group B patients were available for follow-up after progression; 13 of them died. Their median survival after progression was 9 months (range 1–25), which is not different from that of group A patients.

*T-PLL clinical and laboratory features* (Table I)
Median age of patients were similar in both groups A (69 years) and B (72 years) and the sex ratio was not statistically different. Group A patients suffered an aggressive disease with B symptoms (66%), lymphadenopathy (64%), splenomegaly (81%), hepatomegaly (43%) and skin lesions (25%). Rapidly increasing leucocytosis (median $164 \times 10^9$/l, range 12–715) was associated with anaemia and thrombocytopenia in 15% and 36% of cases, respectively. In contrast, group B patients presented with indolent disease with no (or limited) organomegaly and moderate, stable leucocytosis (median $19 \times 10^9$/l, range 10–52), no anaemia but thrombocytopenia of peripheral origin in two cases (platelet count 25 and $55 \times 10^9$/l). Clinical and laboratory features of group B patients after progression were similar to those of group A.

*T-PLL morphology*
Blood smears were available in 17 and 53 cases with an initially indolent and progressive clinical course, respectively, and in 14 patients with secondary progressive disease. The most frequently observed abnormal morphological characteristics of T-PLL cells included small size (77% of all cases) and clumped chromatin (70%) (equal to small normal lymphocytes), prominent (78%) but not easily visible (70%) nucleolus in >20% of cells, irregular nuclear shape (60%), deep blue cytoplasm (74%) with protrusions (64%).

Combining these morphological features, we classified cases in the following categories (Fig 3): (1) typical T-PLL (67%) with monomorphic cells showing more than three of the characteristics listed above; (2) B-PLL-like variant (20%), with prolymphocytes indistinguishable from B-PLL (larger size, regular nuclei, dispersed chromatin, more easily visible prominent nucleolus, no cytoplasmic protrusions); (3) CLL-like variant (6%), consisting of small cells with regular nuclei without visible nucleolus, indistinguishable from a common B-CLL; (4) flower cell (5%) or Sezary-like cell (2%) subtypes with small monomorphic cells containing multilobulated or cerebriform nuclei, respectively.

At presentation, groups A and B showed a similar incidence of a prominent nucleolus (82% and 75%, respectively). The incidence of typical T-PLL and T-PLL with B-PLL-like morphology were not statistically different in both groups. However, both cases with Sezary-like cell subtype T-PLL had indolent disease whereas all those with



**Fig 3.** T-PLL morphological features: (A) typical subtype (case with progressive course); (B) B-PLL-like variant (case with indolent course); (C) flower cell subtype (case with progressive course); D and E: Sezary-like cell subtype (case with indolent course); F: CLL-like variant (case with indolent course).

© 1998 Blackwell Science Ltd, *British Journal of Haematology* **103**: 488–494

492   *Richard Garand et al*

**Table II**. Immunophenotypic and cytogenetic features of T-PLL patients according to their clinical course.

| Clinical course | Initially progressive | | | Initially indolent | | | Secondary progression | | |
|---|---|---|---|---|---|---|---|---|---|
| | n+ | N | | n+ | N | | n+ | N | |
| **Immunophenotype** | | | | | | | | | |
| $CD2^+$ | 53 | 53 | 100% | 17 | 18 | 94% | 10 | 10 | 100% |
| $CD5^+$ | 51 | 51 | 100% | 18 | 18 | 100% | 9 | 9 | 100% |
| $CD7^+$ | 43 | 46 | 93% | 13 | 14 | 93% | 7 | 7 | 100% |
| $CD1^+$ | 1 | 38 | 3% | 0 | 13 | 0% | 0 | 9 | 0% |
| $CD3^+$ | 50 | 53 | 94% | 17 | 19 | 89% | 11 | 13 | 85% |
| $CD4^+$ | 41 | 53 | 77% | 16 | 19 | 84% | 13 | 13 | 100% |
| $CD8^+$ | 17 | 53 | 32% | 4 | 19 | 21% | 2 | 13 | 15% |
| $CD4^+8^-$ | 32 | 53 | 60% | 14 | 19 | 74% | 10 | 13 | 77% |
| $CD4^-8^+$ | 8 | 53 | 15% | 0 | 19 | 0% | 0 | 13 | 0% |
| $CD4^+8^+$ | 9 | 53 | 17% | 4 | 19 | 24% | 3 | 13 | 23% |
| $CD4^-8^-$ | 4 | 53 | 8% | 1 | 19 | 6% | 0 | 13 | 0% |
| $T\alpha\beta^+$ | 22 | 23 | 96% | 9 | 11 | 82% | 5 | 6 | 83% |
| $T\gamma\delta^+$ | 0 | 23 | 0% | 0 | 11 | 0% | 0 | 6 | 0% |
| $HLADR^+$ | 0 | 41 | 0% | 1 | 11 | 9% | 0 | 8 | 0% |
| $CD25^+$ | 5 | 33 | 15% | 1 | 10 | 10% | 2 | 6 | 33% |
| $CD38^+$ | 9 | 17 | 53% | 2 | 10 | 20% | 0 | 3 | 53% |
| $CD10^+$ | 1 | 34 | 3% | 0 | 15 | 0% | 0 | 9 | 0% |
| $CD56^+$ | 1 | 30 | 3% | 0 | 11 | 0% | 0 | 6 | 0% |
| $CD45RO^+ CD45RA^-$ | 15 | 18 | 83% | 1 | 10 | 10% | 0 | 3 | 0% |
| $CD45RO^- CD45RA^+$ | 2 | 18 | 11% | 4 | 10 | 40% | 0 | 3 | 0% |
| $CD45RO^+ CD45RA^+$ | 1 | 18 | 6% | 1 | 10 | 10% | 1 | 3 | 33% |
| $CD45RO^- CD45RA^-$ | 0 | 18 | 0% | 4 | 10 | 40% | 2 | 3 | 67% |
| **Cytogenetic analysis** | | | | | | | | | |
| Abnormal karyotype | 21 | 24 | 88% | 7 | 7 | 100% | 8 | 8 | 100% |
| inv(14)/t(14;14)(q11;q32) | 9 | 21 | 43% | 6 | 7 | 86% | 2 | 8 | 25% |
| t(X;14)(q28;q11) | 2 | 21 | 10% | 0 | 7 | 0% | 1 | 8 | 13% |
| i(8)(q10) | 7 | 21 | 33% | 2 | 7 | 29% | 3 | 8 | 38% |

flower cell subtype followed an aggressive course. Two patients in both groups were classified as CLL-like variant.

*T-PLL immunophenotype* (Table II)
Flow analysis of group A and B cells revealed a similar mature T-cell immunophenotype $CD1^-$ $CD2^+$ $CD3^+/T\alpha\beta^+$ $CD5^+$ $CD7^+$ $HLADR^-$ $CD25^-$ with variable expression of CD4 and CD8 ($CD4^+$ $CD8^-$; $CD4^+$ $CD8^+$; $CD4^-$ $CD8^+$; $CD4^-$ $CD8^-$). However, rare cases showed unusual loss of CD7 (6%) and CD3 (8%) or overexpression of CD25 (16%) without correlations with the clinical course. On the other hand, CD45RA and CD45RO isoform expression appeared different since the $CD45RO^+$ $CD45RA^-$ pattern predominated in group A (83%) but was seen in only one out of 10 group B cases at presentation ($P > 0.001$, Fisher's exact test). Furthermore, CD38 was more frequently expressed in group A (53%) than in group B (15%) ($P = 0.028$, Fisher's exact test).

*Cytogenetic analysis*
Cytogenetic analysis was available in 39 patients, showing complex chromosomal abnormalities in 36 (92%) cases. Inv(14)(q11;q32) or t(14;14)(q11;q32) abnormalities were observed in 17 cases. In addition, three cases (two in group A, one in group B) demonstrated a translocation t(X;14)(q28;q11), and 12 cases were associated with an i(8)(q10) alteration. The 14q11q32 abnormality was present, at diagnosis or during evolution, in a similar proportion of group A and B patients (43% and 53% abnormal karyotypes, respectively). In addition, i(8)(q10) was found in 33% of cases in both groups (Table II).

DISCUSSION

T-PLL is typically an aggressive disease, resistant to chemotherapy, and is associated with short survival. However, a few cases with an unusually indolent clinical course have been reported (Corwin *et al*, 1983; Lauria *et al*, 1985; El'Agnaf *et al*, 1986; Catovsky *et al*, 1996). In all of them the stable course of the disease transformed into aggressive stage after a variable period. However, in most patients the initial indolent course has not been investigated. Thus, the incidence of these biphasic cases of T-PLL and their relationship with typical T-PLL remain unclear. In the present study we focused on the presenting features and follow-up data of 78 patients over a 13-year period. About one third of cases followed an indolent course characterized by isolated, moderate and stable leucocytosis

*Indolent Course in T-prolymphocytic Leukaemia*     493

which did not require treatment. In most cases their asymptomatic medical history led to an erroneous diagnosis of stage A CLL before the prolymphocytic morphology and T-cell lineage origin were recognized. In contrast to B-CLL, the majority of indolent T-PLL cases eventually progressed (median stable phase duration 33 months). However, the stable phase may be very long (>5 years in seven cases). As in a previous report (Wong *et al*, 1996), treatment did not modify the duration of the stable phase nor the risk of progression underlying chemoresistance of this form, as observed in typical T-PLL. At the time of initial presentation, patient age and cellular characteristics were similar in indolent and aggressive T-PLL. Thus, a prominent single nucleolus consistent with prolymphocytic morphology was present in the malignant cells of most patients, even if sometimes it was not easily distinguished. Typical abnormal cell morphology of both indolent and progressive T-PLL cases included small size, irregular nuclei and clumped chromatin and basophilic cytoplasm with protrusions. Among the atypical aspects of indolent T-PLL, some of them were indistinguishable from B-PLL whereas others resembled Sezary cells or common CLL cells. Chromosomal abnormalities involving 14q11q32, as well as i(8)(q10), an association highly suggestive of T-PLL (Britto-Babapulle *et al*, 1991, 1997; Matutes *et al*, 1991; Catovsky *et al*, 1996), were found with a similar high incidence whatever the initial aggressiveness of the disease. The immunophenotype, i.e. a post-thymic T-cell antigenic profile with variable expression of CD4 and CD8, appeared similar in both T-PLL forms. However, expression of the CD45 isoforms CD45RO and CD45RA has been found to be very heterogenous in T-PLL (Matutes *et al*, 1991). Our data show that this heterogeneity may be correlated with aggressiveness of the disease, since most of the cases of progressive T-PLL were CD45RO$^+$ CD45RA$^-$, a 'memory' T-cell pattern (Wallace & Beverley, 1990) which was seldom encountered in cases with an indolent course. This is of interest since 'naive' and 'memory' T cells differ in expression of adhesion molecules and homing properties (Wallace & Beverley, 1990; Picker *et al*, 1993a, b). These discrepancies, possibly due to different activation status (Ehlers & Smith, 1991; Kristensson *et al*, 1992), might help to explain the distinct clinical features of both aggressive and indolent T-PLL. Clinical and laboratory findings of secondary progression of indolent T-PLL are similar to typical aggressive T-PLL. Thus, the progression phase of patients with initially indolent disease was characterized by B symptoms, splenomegaly, lymphadenopathy, skin lesions, rapidly increasing leucocytosis (often >100×10$^9$/l) and thrombocytopenia. In the majority of cases prolymphocytic morphology appeared typical as were immunophenotypic and cytogenetic results. Moreover, median survival after progression was identically short and response to treatment very poor.

In conclusion, initially progressive and biphasic T-PLL are likely to represent two different forms of the same disease. On the other hand, these observations might suggest that a silent preleukaemic state may precede most cases of sporadic T-PLL, similarly to cases reported in young adult AT, where this type of biphasic evolution is the rule (Taylor *et al*, 1996).

## ACKNOWLEDGMENT

We are grateful to Drs Regis Bataille and Sylvie Hermouet for reading the manuscript.

## REFERENCES

Aurias, A., Croquette, M.F., Nuyts, J.P., Griscelli, C. & Dutrillaux, B. (1986) New data on clonal anomalies of chromosome 14 in ataxia telangectasia: tct(14;14) and inv(14). *Human Genetics*, **72**, 22–24.

Bennett, J.M., Catovsky, D., Daniel, M.T., Flandrin, G., Galton, D.A.G., Gralnick, H.R. & Sultan, S. (1989) Proposal for the classification of chronic (mature) B and T lymphoid leukaemias. *Journal of Clinical Pathology*, **42**, 567–584.

Britto-Babapulle, V. & Catovsky, D. (1991) Inversion and tandem duplication involving chromosome 14q11 and 14q32 in T-prolymphocytic leukemia in patients with ataxia-telangiectasia. *Cancer Genetics and Cytogenetics*, **55**, 1–9.

Brito-Babapulle, V., Maljaie, H., Matutes, E., Hedges, M., Mercieca, J., Yuille, M. & Catovsky, D. (1997) Relationship of T leukaemias with cerebriform nuclei to T-prolymphocytic leukaemia: a cytogenetic analysis with *in situ* hybridization. *British Journal of Haematology*, **96**, 724–732.

Catovsky, D., Matutes, E. & Brito-Babapulle, V. (1996) Is T-cell CLL a disease entity? (Letter). *British Journal of Haematology*, **94**, 580.

Corwin, D.J., Kadin, M.E. & Andres, T.L. (1983) T cell prolymphocytic leukaemia: two cases having a post-thymic helper phenotype with complement receptors and 14q$^+$ chromosome abnormality. *Acta Haematologica*, **70**, 43–49.

Ehlers, S., & Smith, K.A. (1991) Differentiation of T-cell lymphokine gene expression: the in vitro acquisition of T cell memory. *Journal of Experimental Medicine*, **173**, 25–36.

El'Agnaf, M.R., Ennis, K.E., Morris, T.C.M., Robertson, J.H., Markey, G. & Alexander, H.D. (1986) Successful remission induction with deoxycoformycin in elderly patients with T-helper prolymphocytic leukaemia. *British Journal of Haematology*, **63**, 93–104.

Foon, K.A. & Gale, R.P. (1992) Is there a T-cell form of chronic lymphocytic leukemia? *Leukemia*, **6**, 867–868.

Fu, T.B., Virgilio, L., Narducci, M.G., Facchiano, A., Russo, G. & Croce, C.M. (1994) Characterization and localization of the TCL1 oncogene product. *Cancer Research*, **54**, 6297–6301.

Hanson, C.A., Hoyer, J.D., Li, C.Y. & Witzig, T.E. (1996) Similarities between T-cell chronic lymphocytic leukemia and the small cell variant of T-prolymphocytic leukemia. *Blood*, **87**, 3520–3521.

Hoyer, J.D., Ross, C.W., Li, C.Y., Witzig, T.E., Gascoyne, R.D., Dewald, G.W. & Hanson, C.A. (1995) True T-cell chronic lymphocytic leukemia: a morphologic and immunophenotypic study of 25 cases. *Blood*, **86**, 1163–1169.

Kristensson, K., Borrebaeck, C.A. & Carlsson, R. (1992) Human CD4$^+$ T cells expressing CD45RA acquire the lymphokine expression of CD45RO$^+$ T-helper cells after activation *in vitro*. *Immunology*, **76**, 103–109.

Lauria, F., Foa, R., Raspadori, D., Motta, M.R., Tazzari, P.L., Biagini, G., Preda, P., Algeri, R. & Tura, S. (1985) T-cell prolymphocytic leukaemia: a clinical and immunological study. *Scandinavian Journal of Haematology*, **35**, 319–324.

Madani, A., Choukroun, V., Soulier, J., Cacheux, V., Claisse, J.F., Valensi, F., Daliphard, S., Cazin, B., Levy, V., Leblond, V., Daniel, M.T., Sigaux, F. & Stern, M.H. (1996) Expression of

494  *Richard Garand et al*

p13MTCP1 is restricted to mature T-cell proliferations with t(X;14) translocations. *Blood*, **87**, 1923–1927.

Matutes, E., Brito-Babapulle, V., Swansbury, V., Ellis, J., Morilla, R., Dearden, C., Sempere, A. & Catovsky, D. (1991) Clinical and laboratory features of 78 cases of T-prolymphocytic leukemia. *Blood*, **78**, 3269–3274.

Matutes, E. & Catovsky, D. (1993) CLL should be used only for the disease with B-cell phenotype. *Leukemia*, **7**, 917–918.

Matutes, E. & Catovsky, D. (1996) Similarities between T-cell chronic lymphocytic leukemia and the small-cell variant of T-prolymphocytic leukemia. *Blood*, **87**, 3520–3521.

Matutes, E., Garcia Talavera, J., O'Brien, M. & Catovsky, D. (1986) The morphological spectrum of T-prolymphocytic leukaemia. *British Journal of Haematology*, **64**, 111–124.

Neame, P.B., Soamboonsrup, P. & Giesbrecht, J. (1993) T-cell form of chronic lymphocytic leukemia. *Leukemia*, **7**, 916–917.

Pawson, R., Matutes, E., Brito-Babapulle, V., Maljaie, H., Hedges, M., Mercieca, J., Dyer, M. & Catovsky, D. (1997) Sezary cell leukemia: a distinct T-cell disorder or a variant form of T-prolymphocytic leukemia? *Leukemia*, **11**, 1009–1013.

Picker, L.J., Treer, J.R., Ferguson-Darnell, B., Collins, P.A., Bergstresser, P.R. & Terstappen, L.W.M. (1993a) Control of lymphocyte regulation in man. II. Differential regulation of the cutaneous lymphocyte-associated antigen, a tissue-selective homing receptor for skin-homing T-cells. *Journal of Immunology*, **150**, 1122–1136.

Picker, L.J., Treer, J.R., Ferguson-Darnell, B., Collins, P.A., Buck, D. & Terstappen, L.W.M. (1993b) Control of lymphocyte regulation in man. I. Differential regulation of the peripheral lymph node homing receptor L-selectin on T-cells during the virgin to memory transition. *Journal of Immunology*, **150**, 1105–1121.

Stern, M.H., Soulier, J., Rosenzwajg, M., Nakahara, K., Canki-Klain, N., Aurias, A., Sigaux, F. & Kirsch, I.R. (1993) MTCP1: novel gene on the human chromosome Xq28 translocated to the T cell receptor alpha/beta locus in mature T cell proliferations. *Oncogene*, **8**, 2475–2483.

Stern, M.H., Theodorou, I., Aurias, A., Maier-Redelsperger, M., Debre, M., Debre, P. & Griscelli, C. (1989) T-cell nonmalignant clonal proliferation in ataxia telangectasia: a cytological, immunological, and molecular characterization. *Blood*, **73**, 1285–1290.

Stilgenbauer, S., Schaffner, C., Litterst, A., Liebisch, P., Gilad, S., Bar-Shira, A., James, M.R., Lichter, P. & Döhner, H. (1997) Biallelic mutations in the ATM gene gene in T-prolymphocytic leukaemia. *Nature Medicine*, **3**, 1155–1159.

Stoppa-Lyonnet, D., Soulier, J., Laugé, A., Dastot, H., Garand, R., Sigaux, F. & Stern, M.H. (1998) Inactivation of the ATM gene in T-cell prolymphocytic leukemias. *Blood*, **91**, 3920–3926.

Taylor, A.M.R., Metcalfe, J.A., Thick, J. & Mak, Y.F. (1996) Leukemia and lymphoma in ataxia telangectasia. *Blood*, **87**, 423–438.

Virgilio, L., Narducci, M.G., Isobe, M., Billips, L.P., Cooper, M.D., Croce, C.M. & Russo, G. (1994) Identification of TCL1 locus involved in T-cell neoplasia. *Proceedings of the National Academy of Sciences of the United States of America*, **91**, 12530–12534.

Vorechovsky, I., Luo, L., Dyer, M.J.S., Catovsky, D., Amlot, P.L., Yaxley, J.C., Foroni, L., Hammarström, L., Webster, D.B. & Yuille, M.A.R. (1997) Clustering of missense mutations in the ataxia telangectasia gene in sporadic T-cell leukaemia. *Nature Genetics*, **17**, 96–99.

Wallace, D.L. & Beverley, P.C.L. (1990) Phenotypic changes associated with activation of $CD45RA^+$ and $CD45RO^+$ T cells. *Immunology*, **69**, 460–467.

Wong, K.F., Chan, J.K.C. & Sin, V.C.T. (1996) T-cell form of chronic lymphocytic leukaemia: a reaffirmation of its existence. *British Journal of Haematology*, **93**, 157–159.