UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| THIS DOCUMENT RELATES TO: | **DECLARATION OF DAMON PHAM IN SUPPORT OF DEFENDANT MONSANTO COMPANY'S OPPOSITION TO PLAINTIFFS' EMERGENCY MOTION TO REMAND AND FOR ATTORNEY FEES AND COSTS** |
| *Victor Berliant, et al. v. Monsanto Co., et al.*, Case No. 3:19-cv-07189-VC | |

I, Damon Pham, declare as follows:

1. I am over the age of eighteen. This declaration is based on my personal knowledge and knowledge of company records. If I were called to testify as a witness, I could and would competently testify to the statements in this declaration.

2. I am the Chief Financial Officer of D & D Venture Group, Inc. ("D & D Venture") and am on D & D Venture's Board of Directors. I have held those positions throughout the entire period that D & D Venture has been in existence.

3. D & D Venture owns and operates retail stores, including a store called Chase Ace Hardware Garden & Gift Emporium ("Chase Ace Hardware Store"), which is located at 1826 4th Street, San Rafael, California. That store opened in June 2016.

4. I spend part of my time working at the Chase Ace Hardware Store. I am familiar with, and have access to, the records kept by that store of sales to customers of the store. Those sales records are maintained in the regular course of the Chase Ace Hardware Store's business.

5. The Chase Ace Hardware Store maintains records of all sales, regardless of whether they are cash or credit card sales. The purchaser's name is recorded for credit card sales

1

(and also for cash sales, if the purchaser is enrolled in the Ace Hardware loyalty program and provides that information at the time of sale).

6. The sales records of the Chase Ace Hardware Store show only two purchases by Mr. or Mrs. Berliant during the entire time that store has been in existence, and neither purchase involved Roundup®-branded products. On June 29, 2017, Mrs. Berliant purchased plants at the Chase Ace Hardware Store (two "perennial 4 inch" plants), and on July 1, 2017, Mr. Berliant purchased some drip irrigation-related items (including "poly tubing"). Attached as Exhibit A is a spreadsheet that shows both of those purchases made by Mr. and Mrs. Berliant at the Chase Ace Hardware Store.

7. The Chase Ace Hardware store has complete records of all sales of Roundup®-branded products from the store opening in June 2016 through the end of December 2016. Those records do not show any sales to the Berliants, and there are only five cash sales of Roundup®-branded products during that period that do not identify the purchaser's name. Three of those sales did not involve Roundup® Weed and Grass Killer products. The remaining two cash sales each occurred in September 2016 and each involved a single bottle of a Roundup® Ready to Use product, though the records do not otherwise identify the specific product name.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 17, 2019 at San Rafael, California

_____
Damon Pham

# Exhibit 1

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | DATE | TIME | ST | TYPE | CUST | JOB | DOC# | CUSTOMER NAME | | | | | | | | | | | | |
| 2 | 6/29/2017 | 1:06 PM | 3 | INVOICE | *6 | 0.00 | A86813 | BERLIANT/LINDA | TOTAL 25.03 | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | | | | | | | | |
| 4 | Ln# | SKU | Description | Sell QTY | UM | Units | Sell Price | Per | Extension | Code | Type | Tax? | Disc % | Pricing Unit | Dept | Kit? | Discountable? | Item Code | Item Type | Pricing UM |
| 5 | 1 | R | THANKS FOR KEEPING IT LOCAL | 1.00 | /EA | 1.00 | | /EA | 0.00 | *N | Invoice | N | 0.00 | 1.00 | PR | N | N | * | | EA |
| 6 | 2 | F | HAVE A NICE DAY! | 1.00 | /EA | 1.00 | | /EA | 0.00 | *N | Invoice | N | 0.00 | 1.00 | PR | N | N | * | | EA |
| 7 | 3 | 760173 | PERENNIAL 4 INCH | 1.00 | /EA | 1.00 | 7.99 | /EA | 7.99 | | Invoice | Y | 0.00 | 1.00 | G | N | Y | | | EA |
| 8 | 4 | 760168 | PERENNIAL 4 INCH | 3.00 | /EA | 3.00 | 4.99 | /EA | 14.97 | | Invoice | Y | 0.00 | 3.00 | G | N | Y | | | EA |
| 9 | | | | | | | | | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | | | | | | | | | |
| 12 | DATE | TIME | ST | TYPE | CUST | JOB | DOC# | CUSTOMER NAME | TOTAL | | | | | | | | | | | |
| 13 | 7/1/2017 | 12:17 PM | 3 | INVOICE | *6 | 0.00 | A87437 | BERLIANT/VICTOR | 7.94 | | | | | | | | | | | |
| 14 | | | | | | | | | | | | | | | | | | | | |
| 15 | Ln# | SKU | Description | Sell QTY | UM | Units | Sell Price | Per | Extension | Code | Type | Tax? | Disc % | Pricing Unit | Dept | Kit? | Discountable? | Item Code | Item Type | Pricing UM |
| 16 | 1 | R | THANKS FOR KEEPING IT LOCAL | 1.00 | /EA | 1.00 | | /EA | 0.00 | *N | Invoice | N | 0.00 | 1.00 | PR | N | N | * | | EA |
| 17 | 2 | M | HAVE A NICE DAY! | 1.00 | /EA | 1.00 | | /EA | 0.00 | *N | Invoice | N | 0.00 | 1.00 | PR | N | N | * | | EA |
| 18 | 3 | 76708 | CONN BARB 1/4" CD5 | 1.00 | /EA | 1.00 | 2.79 | /EA | 2.79 | | Invoice | Y | 0.00 | 1.00 | 7 | N | Y | | | EA |
| 19 | 4 | 7307267 | POLY TUBING 1/4"X25' | 1.00 | /EA | 1.00 | 4.49 | /EA | 4.49 | | Invoice | Y | 0.00 | 1.00 | 7 | N | Y | | | EA |