RECEIVED
NOV 18 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION
85 MARCONI BOULEVARD
COLUMBUS ,OHIO 43215

2019 NOV 13 PM 3:01

RALPH A. APPLEGATE
Plaintiff,

versus

Case No. 2: 19-CV-04264-GCS-EPD
Magistrate Judge: Elizabeth Preston Deavers

MONSANTO COMPANY
Defendant ,

FELONY CHARGES REQUIRED BY U.S. STATUTE 84,

MISPRISION of a FELONY

1. On many dates prior to November 10, 2019 , Pro Se Applegate ,charged judge Vince Chhabria with Concealment of Arsenic from three(3) trials, one Federal , and two(2)California State Trials, charging Chhabria directly in Pro Se pleadings , and charging Chhabria before several Federal law enforcement agents including Cong. Steve King , 1st, Cong. Beatty, 2nd , Southern District of Ohio Atty. Gen. Smallman, 3rd, and U. S. House Oversight Committee Chairman Elijah E.Cummins, who died recently.

2. None of these government agents had a courtesy of recognizing Pro Se.

3. In one particuler instance , since Beatty did not recognize Pro Se, Pro Se walked into Parsons Avenue Library and handed Beatty a statement charging Beatty , individually with a felony because Beatty did not file charges of Beatty's own , because law requires another to report that failure to report .

4. Last night Pro Se thought to contact Northern District of California Atty. Gen.but changed Pro Se thought and began this pleading to Magistrate Elizabeth Preston Deavers.

5. Pro Se is in process of completing those four(4)elements , but has not , yet , had time to complete them , even though Chhabria meets or exceeds all four(4) elements .

6. Because of death of Cummins , it is very possible that Cong. Chairwoman Pelosi received Pro Se Applegate's charges from Cummins office very recently .

7. In another recent event , Pro Se was advised by another person that Pelosi on that night's national television about Trump impeachment that Pelosi mentioned subject "Misprision of a Felony ". Pro Se had not seen that television broadcast . From Pro Se point of view it is very probable that Pelosi, because of closeness of these continuing events, that Pelosi gained a drift from Pro Se charges produced to Cummins . King, Betty, and other Oversight Committee cong .members .

8. Pro Se does not endorse members of either party . But, Pro Se has an unfounded thought that if Trump has evidence of a felony by Biden's, Trump is required to report that felony . on his own motion , and by law "Misprision

of a Felony" , and Trump should not be subject to impeachment , period .

9. Former U.S. Supreme Court Justice William Blackstone , in Branzburg v, Hayes , 408 U.S. 665(1972) discussed failure to perform a public duty in great detail.

10. Because Pro Se goes unrecognized , Pro Se seeks this Court's , communication, doing of a duty , and accounting, so as to have this Court advise U.S. House of Representatives , either Cong. Pelosi , or new Oversight Committee Chairperson , not yet selected , of these facts .

Respectfully submitted ,

Ralph A. Applegate
Petitioner, Pro Se
1544 Zettler Road
Columbus ,Ohio 43227
rapplegate48@gmail.com
9144101568

Certificate of Service

Plaintiff certifies that one copy each of "Felony Charges Required By U.S. Statute 84. Misprision of a Felony " was regularly carried to Clerk of U.S. District Court, Southern District of Ohio, for Magistrate Judge Elizabeth Preston Deavers ,on or before November 11, 2019 .

Case 3:16-md-02741-VC Document 7845-1 Filed 11/19/19 Page 4 of 6

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**RALPH A. APPLEGATE,**

**Plaintiff,**

**vs.**

**BAYER AG,**

**Defendant.**

**Case No. 2:19-cv-4264**

**Judge George C. Smith**

**Chief Magistrate Judge Elizabeth P. Deavers**

**ORDER**

In early October 2019, pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, this action was transferred under 28 U.S.C. § 1407 to the United States District Court for the Northern District of California. (ECF Nos. 5, 6 (assigning all actions to the Honorable Vince Chhabria).) On November 14, 2019, Plaintiff filed a document entitled "Felony charges required by U.S. Statute 84, Misprision and Felony," stating, *inter alia*, that he "thought to contact Northern District of California Atty. Gen. but changed Pro Se thought and began this pleading to Magistrate Elizabeth Preston Deavers." (ECF No. 8 at PAGEID # 105.) However, as previously noted and as Plaintiff concedes, this action has been transferred to United States District Court for the Northern District of California. Accordingly, Plaintiff is **ORDERED** to stop filing motions or documents in this action in this Court. Plaintiff is **ADVISED** that if he wants the Court to consider any request or matter, he must file it in the action pending in the Northern District of California.

The Clerk is **DIRECTED** to send a copy of Plaintiff's recent filing (ECF No. 8) and a copy of this Order to the United States District Court for the Northern District of California.

**IT IS SO ORDERED.**

**DATED: November 14, 2019**

***/s/ Elizabeth A. Preston Deavers***
**ELIZABETH A. PRESTON DEAVERS**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF OHIO
85 MARCONI BOULEVARD, ROOM 121
COLUMBUS, OHIO 43215

OFFICIAL BUSINESS

COLUMBUS
OH 430
14 NOV '19
PM 3 L

U.S. POSTAGE PITNEY BOWES
ZIP 43215 $ 000.50[0]
02 4W
0000343269 NOV 14 2019

RECEIVED

NOV 18 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

U.S. District Court, Northern District of California
450 Golden Gate Ave.
San Francisco, CA 94102

94102-343206