# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Master Docket Case No. 3: 16-md-2741 |
| | Honorable Vince Chhabria |
| THIS DOCUMENT RELATES TO:<br><br>Roy Locher<br><br>v.<br><br>Monsanto Company | Case No. 3:19-cv-05593 |

## STIPULATION OF DISMISSAL PURSUANT TO F.R.C.P. 41 (a)(1)(A)(ii)

Pursuant to F.R.C.P. 41 (a)(l)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff, Roy Locher, and Defendant Monsanto Company hereby give notice that the above-captioned action is dismissed with prejudice against Defendant Monsanto Company.

IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiff Roy Locher and counsel for Defendant Monsanto Company that the above referenced Complaint is hereby dismissed with prejudice.

Each party agrees to bear its own costs and attorneys' fees.

Dated: November 19, 2019

| | |
|---|---|
| **/s/ Seth W. Webb**<br>Seth W. Webb<br>Brown & Crouppen P.C.<br>211 N. Broadway Suite 1600<br>St. Louis, MO 63102<br>Tel: (314) 222-2222<br>Attorney for the Plaintiff | **/s/ Martin C. Calhoun**<br>Martin C. Calhoun, Esq.<br>Hollingsworth LLP<br>1350 I Street NW<br>Washington, DC 20005<br>Tel: (202) 898-5867<br>Attorney for Defendant |