# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 <br><br> Master Docket Case No. 3: 16-md-2741 <br><br> Honorable Vince Chhabria |
| THIS DOCUMENT RELATES TO: <br><br> Roy Locher <br><br> v. <br><br> Monsanto Company | Case No. 3:19-cv-05593 |

## ORDER RE STIPULATION OF DISMISSAL

**IT IS ORDERED** that the Plaintiff's Stipulation of Dismissal is hereby _____.

ORDERED AND SIGNED this _____ day of _____, 2019.

_____
UNITED STATES DISTRICT JUDGE