## **CERTIFICATE OF SERVICE**

     I, Seth S. Webb, hereby certify that on November 19, 2019, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

                                                                          /s/ Seth S. Webb