**WILKINSON WALSH + ESKOVITZ LLP**
Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonwalsh.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonwalsh.com)
2001 M St. NW
10th Floor
Washington, DC 20036
Tel: 202-847-4030
Fax: 202-847-4005

**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
1350 I St. NW
Washington, DC 20005
Tel: 202-898-5843
Fax: 202-682-1639

**ARNOLD & PORTER KAYE SCHOLER**
Pamela Yates (CA Bar No. 137440)
(Pamela.Yates@arnoldporter.com)
777 South Figueroa St., 44th Floor
Los Angeles, CA 90017
Tel: 213-243-4178
Fax: 213-243-4199

**COVINGTON & BURLING LLP**
Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
One City Center
850 10th St. NW
Washington, DC 20001
Tel: 202-662-6000

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION

*Armando Vargas Chavez v. Monsanto Co., et al.,*
*3:18-cv-04855*

MDL No. 2741

Case No. 3:16-md-02741-VC

**DECLARATION OF BRIAN L. STEKLOFF IN SUPPORT OF MONSANTO COMPANY'S MOTION FOR SUMMARY JUDGMENT**

I, Brian L. Stekloff, declare and state as follows:

1. I am a partner at the law firm of Wilkinson Walsh + Eskovitz, LLP, counsel for defendant Monsanto Company ("Monsanto"). I make this declaration in support of Monsanto's Motion for Summary Judgment.

2. Annexed hereto as Exhibit 1 is a true and correct copy of the transcript of the July 25, 2019 deposition of Armando Vargas Chavez taken in this case.

3. Annexed hereto as Exhibit 2 is a true and correct copy of the transcript of the September 19, 2019 deposition of Armando Vargas Chavez taken in this case.

4. Annexed hereto as Exhibit 3 is a true and correct copy of the October 28, 2019 of Dr. Hao Wang taken in this case.

5. Annexed hereto as Exhibit 4 is a true and correct copy of Armando Vargas Chavez's Designation of Expert Witnesses, which Mr. Chavez served on October 9, 2019.

6. Annexed hereto as Exhibit 5 is a true and correct copy of Plaintiffs' Rule 26 General Causation Expert Disclosures, applicable to all wave one plaintiffs, which co-lead plaintiffs' counsel served on October 4, 2019.

7. Annexed hereto as Exhibit 6 is a true and correct copy of Mr. Chavez's complaint in this case, filed on June 28, 2018 in the Superior Court of the State of California for the County of Ventura.

8. Annexed hereto as Exhibit 7 is a true and correct copy of an excerpt of the September 12, 2019 deposition of Dr. Walter Burstein taken in this case.

9. Annexed hereto as Exhibit 8 is a true and correct copy of an excerpt of Volume 3 of the trial transcript from Hardeman v. Monsanto Co., No. 3:16-cv-525 (N.D. Cal. Feb. 25, 2019).

10. Annexed hereto as Exhibit 9 is a true and correct copy of Armando Chavez's First Amended Plaintiff Fact Sheet.

DATED: November 20, 2019

Respectfully submitted,

/s/ Brian L. Stekloff___________

Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonwalsh.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonwalsh.com)
WILKINSON WALSH + ESKOVITZ LLP
2001 M St. NW, 10th Floor
Washington, DC 20036
Tel: 202-847-4030
Fax: 202-847-4005

Pamela Yates (CA Bar No. 137440)
(Pamela.Yates@arnoldporter.com)
ARNOLD & PORTER KAYE SCHOLER
777 South Figueroa St., 44th Floor
Los Angeles, CA 90017
Tel: 213-243-4178
Fax: 213-243-4199

Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I St. NW
Washington, DC 20005
Tel: 202-898-5843
Fax: 202-682-1639

Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
COVINGTON & BURLING LLP
One City Center
850 10th St. NW
Washington, DC 20001
Tel: 202-662-6000

Attorneys for Defendant
MONSANTO COMPANY

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 20th day of November, 2019, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

*/s/ Brian L. Stekloff*