# EXHIBIT 3

```
 1                 UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEBRASKA
 2
 3                           - - -
 4
       IN RE:  ROUNDUP PRODUCTS     :   CASE NO.
 5     LIABILITY LITIGATION         :   3:16-md-02741-VC
       _____:
 6     This document relates to:    :
                                     :   MDL No. 2741
 7     Armando Vargas Chavez v.      :
       Monsanto Company,             :
 8     Case No. 3:18-cv-04855        :
 9
                             - - -
10
                   Monday, October 28, 2019
11
                             - - -
12
13          Videotaped stenographic deposition of HAO
14     WANG, M.D., Ph.D., held at KAISER PERMANENTE, 5601 De
15     Soto Avenue, Woodland Hills, California, commencing at
16     approximately 2:45 p.m., before Rosemary Locklear, a
17     Registered Professional Reporter, Certified Realtime
18     Reporter and California CSR (#13969).
19
20
21
22                           - - -
23
24              GOLKOW LITIGATION SERVICES
            877.370.3377 ph | 971.591.5672 Fax
25                 deps@golkow.com
```

Page 2

1 APPEARANCES:
2
3     NIELSEN PETERSON & NIELSEN, L.L.P.
      BY: JONATHAN NIELSEN, ESQUIRE
4     jonathan@npnlaw.com
      4015 Mission Oaks Boulevard, Suite B
5     Camarillo, California 93012
      (805) 639-8600
6     Appearing on behalf of the Plaintiff
7
8     SHOOK, HARDY & BACON, L.L.P.
      BY: H. GRANT LAW, ESQUIRE
9     hlaw@shb.com
      One Montgomery Tower, Suite 2600
10    San Francisco, California 94104
      (415) 544-1900
11    Appearing on behalf of the Defendant
12
13 ALSO PRESENT:
14
15    LISA ALLEN, Video Operator
16
17            - - -
18
19
20
21
22
23
24
25

Page 3

1            I N D E X
2
3 WITNESS                    PAGE
4
5 HAO WANG, M.D., Ph.D.
6
7     By Mr. Law              4, 86
8
9     By Mr. Nielsen          82
10
11            - - -
12
13       EXHIBIT INDEX
14 NUMBER                    MARKED
15
16 Wang-1    5-page document dated 10/2/19    4
             entitled "Defendant Monsanto
17           Company's First Amended Notice
             to Take Oral and Videotaped
18           Deposition of Dr. Hao Wang"
19 Wang-2    177-page document entitled       4
             "Kaiser Permanente"
20
    Wang-3    1-page document entitled "Hao   24
21            Wang, MD PHD"
22
23 (Exhibits retained by the court reporter and attached to
    transcript.)
24
25            - - -

Page 4

1     (Exhibit Wang-1 was marked for identification.)
2     (Exhibit Wang-2 was marked for identification.)
3     VIDEO OPERATOR: We are now on the record.
4     My name is Lisa Allen. I'm the videographer
5 representing Golkow Litigation Services.
6     Today's date is October 28th, 2019, and the time
7 is approximately 2:45 p.m.
8     This video deposition is being held in Woodland
9 Hills, California, in the matter of Armando Vargas
10 Chavez versus Monsanto, for the United States District
11 Court for the District of Nebraska.
12    The deponent today is Dr. Hao Wang.
13    Counsel, please identify yourselves for the
14 record.
15    MR. NIELSEN: Jonathan Nielsen for Armando
16 Chavez.
17    MR. LAW: Grant Law for defendant, Monsanto
18 Company.
19    VIDEO OPERATOR: The court reporter today is
20 Rosemary Locklear, and will now swear in the witness.
21    HAO WANG, M.D., Ph.D., having been duly sworn,
22 was examined and testified as follows:
23            EXAMINATION
24 BY MR. LAW:
25 Q.    Good afternoon, Doctor.

Page 5

1     Would you introduce yourself to the ladies and
2 gentlemen of the jury.
3 A.    Okay. I'm Dr. Hao Wang. I'm a
4 hematologist/oncologist working at Kaiser Permanente
5 Woodland Hills, Ventura office.
6 Q.    Great.
7     And so we're here in Woodland Hills at --
8 A.    Uh-huh.
9 Q.    -- your place of employment, the Kaiser center;
10 correct?
11 A.    Uh-huh. Yes, sir.
12 Q.    And we're taking your video deposition in a
13 lawsuit filed by one of your earlier patients, Armando
14 Chavez.
15    Do you understand that?
16 A.    Yes.
17 Q.    And are -- you are aware that Mr. Chavez was
18 diagnosed with hairy cell leukemia.
19 A.    Yes.
20 Q.    And do you understand that in this lawsuit
21 Mr. Chavez alleges that Roundup weed killer caused his
22 hairy cell leukemia?
23    Did you know that before today?
24 A.    No.
25 Q.    This is the first you're hearing about that?

Page 6

1   A.    True.
2   Q.    Okay.  So we're here today to ask you about your
3   care and treatment of Mr. Chavez.  Okay?
4   A.    Uh-huh.  Yes.
5   Q.    And do you understand that nobody is contending
6   that you did anything wrong with respect to the care
7   that you provided Mr. Chavez?
8   A.    (Witness nods head.)
9   Q.    You also understand that you are neither a
10  plaintiff or a defendant in this lawsuit.
11  A.    Okay.
12  Q.    So you're being deposed solely as a fact witness
13  and to discuss the care and treatment that you provided
14  to one of your patients.  Okay?
15  A.    Okay.
16  Q.    Okay.  Now, you and I have never met or spoken
17  about this case; correct?
18  A.    Correct.
19  Q.    I just met you today when you came into this
20  conference room here.
21  A.    Correct.
22  Q.    Correct?
23        And you've never spoken to any attorneys for
24  Bayer company or Monsanto lawyers about this case; is
25  that correct?

Page 7

1   A.    I will discuss with Kaiser Permanente legal
2   service.  That's the only person I talk with.
3   Q.    And that's just in relation to scheduling your
4   deposition.
5   A.    True.  I -- and because the -- I also discussed
6   what to expect during this deposition as well.
7   Q.    And who did you talk to?
8   A.    Actually, I forgot the name, but one person from
9   Kaiser Permanente legal service.
10  Q.    Just within your company, your employer?
11  A.    True.
12  MR. LAW:  Can we -- I'd like to go off the
13  record real quick.
14        VIDEO OPERATOR:  We're now going off the record.
15        The time is 2:48 p.m.
16        (Discussion off the record.)
17        VIDEO OPERATOR:  We are now back on the record.
18        The time is 2:52 p.m.
19  BY MR. LAW:
20  Q.    Okay, Doctor.  You indicated that you had talked
21  to people within the legal department of Kaiser
22  Permanente; correct?
23  A.    Correct.
24  Q.    But you have not spoken to any attorneys for
25  Bayer or Monsanto; correct?

Page 8

1   A.    Correct.
2   Q.    Have you ever given a deposition before?
3   A.    No.
4   Q.    All right.  I'm going to go over just some of
5   the general ground rules, and if you have any questions
6   about them, please let me know.
7   A.    Sure.
8   Q.    And I'll do my best to clarify.  Okay?
9   A.    Okay.
10  Q.    So the court reporter has put you under oath,
11  and that is the same oath that you would take as if you
12  were in court and testifying before a judge and a -- and
13  a jury.
14        Do you understand that?
15  A.    Yes.
16  Q.    And we're going to be talking about some care
17  and treatment that you oversaw back in 2017.
18  A.    Uh-huh.
19  Q.    Do you understand that?
20  A.    Yes.
21  Q.    And we're going to ask you questions.  Some of
22  the answers you might recall just from your general
23  memory and some you may need to refer to the records
24  that you've brought today --
25  A.    Uh-huh.

Page 9

1   Q.    -- which we've marked as Exhibit 2.
2         And please feel free to refer to those at any
3   time if it helps you to explain your answer.
4   A.    Okay.
5   Q.    Okay?
6         I'm going to be asking for, again, some
7   questions that may involve estimates --
8   A.    Uh-huh.
9   Q.    -- as far as, you know, how -- for example, how
10  many months -- well, strike that.  Let me try again.
11  A.    Uh-huh.
12  Q.    One of the important rules is to help have a
13  clear transcript, because we're not just doing this on
14  video, we're doing it with a written transcript, is that
15  you let -- wait for me to completely finish my question
16  before you answer, and that way we don't talk over each
17  other and the court reporter can have a clear record.
18  Okay?
19  A.    Yes.
20  Q.    So many times, you'll -- you know exactly where
21  my question is going and you want to answer it, and I --
22  doctors are always busy and they like to answer
23  quickly --
24  A.    Uh-huh.
25  Q.    -- but it's something that you need to be very

Page 10

1 aware of, and -- and I will try to do the same, which is
2 to not ask you a question until you're completely
3 finished with your answer.  Okay?
4 A.    Yes.
5 Q.    And you're doing a great job on that so far.
6       One other rule is that if you say things like
7 uh-huh or -- uh-huh or yes or uh-huh, that it's not a
8 clear -- it's not clear and so we need yes-or-no
9 answers.  Okay?
10 A.    Okay.  So it's okay to say yes; right?
11 Q.    It's -- it is.  I misspoke.
12 A.    Uh-huh.
13 Q.    So yes.
14       And any questions you have before we move
15 forward?
16 A.    No, not right now.
17 Q.    Is there any reason you can think of why you
18 can't give true and accurate testimony today?
19 A.    No.
20 Q.    Have you ever served as an expert witness in
21 connection with any litigation?
22 A.    No.
23 Q.    Have you ever been involved in any prior
24 lawsuits as either a plaintiff or a defendant?
25 A.    There is a lawsuit, I was not either a plaintiff

Page 11

1 or a defendant, but I give care for that patient.
2 Q.    And that patient was a plaintiff suing someone?
3 A.    Uh-huh.
4 Q.    Is that a yes?
5 A.    Yes.
6 Q.    And who was the patient suing?
7 A.    Kaiser Permanente.
8 Q.    Was it a malpractice case?
9 A.    Yes.
10 Q.    And you were just a witness in that case or were
11 you a defendant?
12 A.    So far, I was just called for not a formal
13 deposition, just asked couple questions.
14 Q.    Like an interview?
15 A.    Well, what -- what do you exactly mean by
16 interview?
17 Q.    Well, was it part of maybe an arbitration?
18 A.    No.  Just the -- the attorney defending Kaiser
19 called me for a few -- a few questions.
20 Q.    Okay.  And one of the things I didn't discuss
21 is, that sounds like something that would be covered by
22 attorney-client privilege.
23 A.    Uh-huh.
24 Q.    And so I'm not going to ask you any questions
25 about that.

Page 12

1 A.    Uh-huh.  Uh-huh.  Uh-huh.
2 Q.    Is that a yes?
3 A.    Yes.
4 Q.    You understand that?
5 A.    Yes.
6 Q.    Okay.  Is that litigation ongoing?
7 A.    Yes.
8 Q.    Have you ever spoken to any of the attorneys for
9 Mr. Chavez?
10 A.    When you say "those attorneys," what attorney do
11 you mean?
12 Q.    Well, the attorneys that are representing
13 Mr. Chavez in his lawsuit against Monsanto.
14 A.    No.
15 Q.    Okay.  So we've got Mr. Nielsen, sitting right
16 next to you.
17       Have you ever met him before?
18 A.    No.
19 Q.    He has a partner named Kirt Peterson.
20       Have you ever met him before?
21 A.    No.
22 Q.    He has another partner named Tanner Nielsen.
23       Is that -- have you ever met that person before?
24 A.    No.
25 Q.    Did you make any notes in preparation for your

Page 13

1 deposition today?
2 A.    No.
3 Q.    Did you review any documents in preparation for
4 your deposition today?
5 A.    I reviewed these documents I brought.
6 Q.    Okay.  And when did you review those documents?
7 A.    I reviewed the documents online, and that was
8 the -- the past Friday.
9 Q.    How much time did you spend reviewing those
10 documents?
11 A.    I cannot give accurate estimate.  I did not
12 count the time.
13 Q.    So can you tell me whether it was more or less
14 than one hour?
15 A.    Actually, because I did not count, I cannot tell
16 you for sure.
17 Q.    You've produced today what looks like, the way
18 they're numbered, about 177 --
19 A.    Uh-huh.
20 Q.    -- pages of documents.
21       Did you review all of those?
22 A.    I reviewed those when this was initially given
23 to me, but that was a few weeks ago.
24 Q.    Okay.  And a lot of those include lab results;
25 correct?

Page 14

1  A.    Correct.
2  Q.    And did you just skim over those?
3  A.    I reviewed lab results online, which was last
4  Friday.
5  Q.    Okay.  And did you review anything other than
6  his medical records?
7  A.    No.
8  Q.    Did you do any research in preparation for
9  today?
10  A.    I -- I read UpToDate for the -- which is a
11  website for medical knowledges, you know, just to
12  familiar myself with this information.
13  Q.    And what type of information?
14  A.    The -- the management about hairy cell leukemia.
15  Q.    Okay.  And so that -- is that on the Kaiser
16  website itself or is that a different resource?
17  A.    It's a different resource, but it's connected
18  with the Kaiser medical record.
19  Q.    What is the name of that resource?
20  A.    UpToDate.com.
21  Q.    Is that a publicly available --
22  A.    Yes.
23  Q.    -- resource?
24      Okay.  You've got to let me finish.
25  A.    Sorry.  Yeah.

Page 15

1  Q.    That is an Up -- that is Up -- UpToDate is a
2  publicly available resource?
3  A.    Yes.
4  Q.    And that's sponsored by Kaiser?
5  A.    No.
6  Q.    Who is responsible for that website?
7  A.    They have their own company, UpToDate.com.
8  Q.    Did you find any reference to Monsanto or Bayer
9  or Roundup in that research?
10  A.    No.
11  Q.    Did you find any reference to possible causes of
12  hairy cell leukemia?
13  A.    In that website it did mention -- say pesticides
14  and farming have been mentioned as possible causes.
15  Q.    Was that specific to hairy cell leukemia or just
16  non-Hodgkin's lymphoma in general?
17  A.    That's in the -- in the literature I read about
18  hairy cell leukemia.
19  Q.    And so the exact name of that website, is
20  that -- you said it's UpToDate?
21  A.    Yeah.
22  Q.    Is it a dot-com or a dot-org?
23  A.    Dot-com.
24  Q.    And is this a website that you have consulted in
25  the past?

Page 16

1  A.    Yes.
2  Q.    Is that something that Kaiser Permanente has
3  approved of its doctors consulting?
4  A.    It's a website many doctors use as references,
5  but I'm not aware Kaiser Permanente have officially
6  approved that website.
7  Q.    So the website discussed, among other things,
8  the treatment of hairy cell leukemia; correct?
9  A.    It discussed presentation, diagnosis and
10  prognosis and treatment.
11  Q.    As a result of consulting this website, did you
12  come to any conclusions about the causes of hairy cell
13  leukemia?
14  A.    No.
15  Q.    Is that outside the scope of your practice area
16  and expertise?
17  A.    Yes.
18  Q.    Did you consult any other resources in
19  preparation for your deposition today?
20  A.    I'm not recall.
21  Q.    So I did a very -- while you were testifying, I
22  did a very quick search on Update.com [sic] for --
23  A.    Uh-huh.
24  Q.    -- searching for hairy cell leukemia and there's
25  about 15 references, and I'd like to read them off and

Page 17

1  if one of them looks like the one that you consulted,
2  will you let me know?
3      Is there a better way to describe it?
4  A.    I -- I think there's a paragraph in the article.
5  I don't recall any particular reference I want to said,
6  you know, the conclusion.
7      But you may need a password to get the full
8  article for that.
9  Q.    Okay.  Well, let me try this way.  I'm going to
10  read off just the hits and you tell me --
11  A.    Uh-huh.
12  Q.    -- if any of those sound like the one that you
13  looked at.  Okay?
14  A.    Uh-huh.
15  Q.    So the first one is just called "Treatment of
16  Hairy Cell Leukemia."
17      The second one is called "Clinical Features and
18  Diagnosis of Hairy Cell Leukemia."
19      The third one is "Society Guideline Links, Hairy
20  Cell Leukemia."
21      The next one is "Clinical Manifestations,
22  Pathologic Features and Diagnosis of T-cell
23  Prolymphocytic Leukemia."
24      Any of those sound familiar so far?
25  A.    I think the second one sounds familiar to me.

Hao Wang, M.D., Ph.D.

Page 18

1 Q.    The second one was "Clinical Features and
2 Diagnosis"?
3 A.    Yeah.
4 Q.    And that looks like an article by Martin Tallman
5 and Jon Aster.
6      Does that sound familiar?
7 A.    I did not pay attention to the authors.
8 Q.    That states, Exposures to ionizing radiation,
9 pesticides, and farming have been mentioned as possible
10 causes.
11      Is that what you recall reading?
12 A.    That's right.
13 Q.    And as far as any other -- is that the -- is
14 that the limit of the information that you learned as to
15 possible causes during this research, that sentence?
16 A.    That's correct.
17 Q.    Well, it also said exposures to solvents,
18 cigarette smoke, alcohol consumption, and obesity have
19 been considered.
20      Do you recall that?
21 A.    I recall they said alcohol not related.
22 Q.    Right.
23 A.    That's what I recall.
24 Q.    Right.
25 A.    Yeah.

Page 19

1 Q.    Have you discussed this lawsuit with Mr. Chavez?
2 A.    No.
3 Q.    Have you communicated with Mr. Chavez at any
4 time since you last saw him at the end of 2017?
5 A.    No.
6 Q.    Have you discussed this lawsuit with anyone
7 within Kaiser, aside from the legal department setting
8 up the deposition?
9 A.    No.
10 Q.    Okay.  I want to shift gears a little bit and
11 talk about your background --
12 A.    Okay.
13 Q.    -- your medical training and so forth.
14      So you are a Medical Doctor; correct?
15 A.    Yes.
16 Q.    And you have a specialty?
17 A.    Yes.
18 Q.    And what is that?
19 A.    It's hematology and oncology.
20 Q.    Can you describe for the jury what a specialist
21 does?
22 A.    A hematologist/oncologist see and treat patients
23 with blood disease or other malignancies.
24 Q.    How long have you been practicing medicine?
25 A.    I graduated from hematology/oncology fellowship

Page 20

1 in year 2010.
2 Q.    And where is that located?
3 A.    That, I did my hematology/oncology fellowship at
4 the Yale New Haven Hospital at Connecticut.
5 Q.    What years was that?
6 A.    I finished in 2010.
7 Q.    When did you start?
8 A.    2007.
9 Q.    And have you had any other formal medical
10 training besides the fellowship?
11 A.    From year 1990 to year 1998, I was in a combined
12 program for college and medical school and got my M.D.
13 Degree from Peking Union Medical College at Beijing,
14 China.
15      After that, I did a Ph.D. training from 1998 to
16 2004 at the Northwestern University in Chicago,
17 Illinois.
18      And after that, I did my internal medicine
19 residency training at St. Louis University Hospital.
20 That was from 2004 to 2007.
21 Q.    And what is the -- what specific Ph.D. degree
22 did you get --
23 A.    The program --
24 Q.    -- from Northwestern University?
25 A.    The program called integrated graduate program

Page 21

1 in life sciences.
2 Q.    Did you do a thesis?
3 A.    Yes.
4 Q.    A dissertation?
5 A.    Dissertation.
6 Q.    And what was the subject of your dissertation?
7 A.    I don't recall the exact title, but it's
8 research on angiogenesis.
9 Q.    And what is that?
10 A.    That's -- angiogenesis basically mean the growth
11 of new blood vessels.  So we tried to do some study for
12 that.
13 Q.    Was that work published?
14 A.    Yes.
15 Q.    And was it a peer-reviewed publication?
16 A.    Yes.
17 Q.    What is the name of that publication?
18 A.    That was 15 years ago.  I don't really recall
19 that publication name anymore.
20 Q.    That was in roughly 2004?
21 A.    Either 2003 or 2004.
22 Q.    Did you have co-authors?
23 A.    Yes.
24 Q.    Who were they?
25 A.    My PI, Dr. Gerald Soff.

Page 22

1 Q. How do you spell that?
2 A. Soff is S, as Sam, O-F-F.
3 Q. Do you have any other publications?
4 A. The dissertation itself was not published, but I
5 have I think total three publications with that work.
6 Q. Can you list them, please?
7 A. I don't recall.
8 Q. Okay. What were the subject areas of your
9 publications?
10 A. All about angiogenesis.
11 Q. Do you know roughly the years that you published
12 those papers?
13 A. I don't remember anymore.
14 Q. Was it after your dissertation?
15 A. It's around that time.
16 Q. Did you -- do you recall your co-authors for any
17 of those three papers?
18 A. Dr. Soff was on all three papers. There may be
19 other co-authors, but I don't recall.
20 Q. And where does Dr. Soff practice or teach?
21 A. Dr. Soff, at that time, was at Northwestern
22 University.
23 Q. Do you know his first name?
24 A. Gerald.
25 Q. With a G or a J?

Page 23

1 A. G, as George.
2 Q. Thank you.
3 Since you completed your fellowship, what area
4 have you been practicing in?
5 A. I practiced in Boston since 2010 to 2016 and
6 then I moved to here in 2016 to Kaiser Permanente.
7 Q. Where did you practice in Boston?
8 A. There's a group called Harvard Vanguard Medical
9 Associates. Now they have a name called Atrius Health.
10 I practiced in that group.
11 Q. How do you spell Atrius?
12 A. A, as apple, T-R-I-U-S.
13 Q. And what was the second part?
14 A. Health.
15 Q. And they're in -- based out of Boston?
16 A. Yes.
17 Q. Did you have a specialty while you were at
18 Harvard Vanguard?
19 A. I was a hematologist/oncologist there as well.
20 Q. Do you have any Board certifications?
21 A. Yes. I'm Board-certified for hematology,
22 medical oncology, and internal medicine as well.
23 Q. Approximately when did you obtain your Board
24 certifications in hematology, oncology, and internal
25 medicine?

Page 24

1 A. Internal medicine I Board-certified initially in
2 2007 and recertified 2017. Hematology I initially
3 Board-certified in 2010 and recertified this year, 2019.
4 Medical oncology I -- I certified 2010, haven't
5 recertified yet.
6 Q. Has it expired?
7 A. No.
8 Q. What does it -- what does it mean to be
9 recertified?
10 A. So we need to certify those every ten years.
11 Q. Does that involve some type of examination or --
12 yes?
13 A. Yes.
14 Q. Do you have a written r?sum??
15 A. (Indicating).
16 MR. LAW: Okay. We're going to -- with your
17 permission, I'd like to go ahead and mark it as
18 Exhibit 3.
19 Can we keep this?
20 THE WITNESS: Okay.
21 MR. NIELSEN: Can I see it, Counsel?
22 MR. LAW: Sure.
23 (Exhibit Wang-3 was marked for identification.)
24 BY MR. LAW:
25 Q. And while counsel is looking at that, does that

Page 25

1 r?sum? accurately reflect your training and experience
2 in the medical field?
3 A. Yes.
4 Q. Are you a member of any professional
5 organizations?
6 A. No, not right now.
7 Q. Can you give us an overview of what your
8 practice is like.
9 A. I see patients with blood disease and with
10 malignancies.
11 Q. Are you able to give us a percentage of your
12 patients that are being treated or observed, followed
13 for non-Hodgkin's lymphoma?
14 A. I cannot give a number. I did not -- did not
15 really count or keep a record of those.
16 Q. Okay. Could you estimate whether it is more or
17 less than half of the patients you would see in a given
18 year?
19 A. It should be less than half of my patients, if
20 you're just talking about the non-Hodgkin's lymphoma I
21 treated.
22 Q. Do you consider hairy cell leukemia within the
23 family of non-Hodgkin's lymphomas?
24 A. It is a kind of lymphoproliferative disease, but
25 I don't know if it's formally recorded as non-Hodgkin's

Page 26

1 lymphoma.
2 Q.    When you gave me that estimate of less than 50
3 percent, are you including people with hairy cell
4 leukemia?
5 A.    Yes.
6 Q.    Do you have -- have you followed any patients
7 other than Mr. Chavez with hairy cell leukemia?
8 A.    I saw patients with hairy cell leukemia in the
9 past as well.
10 Q.    Approximately how many?
11 A.    Not many.  Maybe -- it should be single digits,
12 but I don't remember.
13 Q.    Do you agree that hairy cell leukemia is a very
14 rare form of leukemia?
15 A.    It is an uncommon type of leukemia.
16 Q.    It is uncommon.
17 A.    Uncommon.
18 Q.    Do you agree that there are fewer than 800 cases
19 diagnosed every year?
20 A.    I believe United States is about 600 to 800
21 cases diagnosed every year.
22 Q.    Just to step back for a moment, the three
23 articles that you did publish with Dr. Soff, were they
24 peer reviewed?
25 A.    Yes.

Page 27

1 Q.    Do you know where they were published?
2 A.    At least one published on Cancer Research, and
3 another one in Clinical Cancer Research.  And I don't
4 recall the other one.
5 Q.    Did any of those articles mention or cover
6 non-Hodgkin's lymphoma?
7 A.    No.
8 Q.    Have you ever done any research on non-Hodgkin's
9 lymphoma?
10 A.    No.
11 Q.    Have you ever done any research on glyphosate?
12 A.    No.
13 Q.    Do you know what glyphosate is?
14 A.    No.
15 Q.    Have you ever taught?
16 A.    I -- when I worked in Boston, I was a clinical
17 instructor in medicine.
18 Q.    In the -- in what -- which area?
19 A.    I was a clinical instructor in medicine at
20 Harvard Medical School.
21 Q.    At Harvard?
22 A.    Uh-huh.
23 Q.    Is that yes?
24 A.    Yes.
25 Q.    And what particular -- what particular courses

Page 28

1 did you teach?
2 A.    I did not teach any courses.  You have to have
3 the -- I take that back.  You have the title when you
4 practice in Harvard-affiliated hospital.
5 Q.    And can you describe what it -- what your
6 responsibilities were as a clinical instructor?
7 A.    I communicate and supervise medical resident in
8 those hospitals.
9 Q.    And in terms of following patients --
10 A.    Yes.
11 Q.    -- and examining and evaluating them?
12 A.    Yes.
13 Q.    So that's outside of a classroom, then; correct?
14 A.    Correct.
15 Q.    Approximately how many patients do you see per
16 week?
17 A.    About 60 to 70 patients a week.
18 Q.    And are most or all of those patients being seen
19 by you because of blood-related disorders?
20 A.    It could be solid-tumor malignancies, for
21 example, lung cancer, colon cancer, or other disease.
22 Q.    Can you give us an estimate of what percentage
23 of your patients are dealing with lung -- with tumors
24 versus blood diseases?
25 A.    When you're talking about blood diseases, there

Page 29

1 are benign and malignant blood diseases.  So I'll --
2 I'll -- I'll say I've seen more malignant blood diseases
3 and solid-tumor malignancies than the benign heme or
4 benign blood diseases.
5 Q.    Is there anything else that we should know about
6 your training or professional experience that we haven't
7 covered?
8 A.    No.
9 Q.    As a clinician, you provide treatment and care
10 to your patients; correct?
11 A.    Yes.
12 Q.    And treating and caring for patients includes
13 assessing the patient's complaints or symptoms; correct?
14 A.    Yes.
15 Q.    And it also includes recommending a treatment
16 plan.
17 A.    Yes.
18 Q.    And, when appropriate, you make a diagnosis.
19 A.    Yes.
20 Q.    And you take those responsibilities seriously?
21 A.    Yes.
22 Q.    And you would agree that it's important for
23 clinicians to be thoughtful and careful when caring for
24 their patients; correct?
25 A.    Yes.

Page 30

1  Q.    So when you treat a patient, you rely on your
2  education; correct?
3  A.    Yes.
4  Q.    And you rely on your clinical experience with
5  patients?
6  A.    Yes.
7  Q.    You rely on interactions with some of your
8  colleagues in the same field?
9  A.    Yes.
10  Q.    And, on occasion, you may need to do scientific
11  research; correct?
12  A.    Yes.
13  Q.    And when you do that, do you consult -- do you
14  make sure that you consult peer-reviewed research?
15  A.    Yes.
16  Q.    And why is it important for research to be peer
17  reviewed?
18  A.    This is the way we know those data or
19  information are reliable.
20  Q.    Have you ever made any presentations at
21  scientific or medical conferences?
22  A.    I had a posters -- or, sorry.  I had a poster
23  conference.
24  Q.    And what type of conference?
25  A.    It's ASCO, American Society of Clinical

Page 31

1  Oncology.
2  Q.    When was that presentation?
3  A.    That was 2010.
4  Q.    And what was the topic of your presentation?
5  A.    That was about a type of uterine cancer, but I
6  don't recall the exact topic.
7  Q.    Did you have a co-presenter?
8  A.    Yes.  That should be one of the professors at
9  Yale University.
10  Q.    And do you from time to time attend medical
11  conferences to learn more information to help you with
12  your practice?
13  A.    Yes.  And these days, we also review website
14  and -- some conferences, actually, or website.
15  Q.    You don't rely on advertisements or commercials,
16  do you?
17  A.    No, I don't.
18  Q.    And you don't rely on Facebook posts, do you?
19  A.    No.
20  Q.    And you don't rely on blog posts, do you?
21  A.    No.
22  Q.    Why not?
23  A.    They're not professional opinions.
24  Q.    One of your goals as a clinician is to help
25  patients in treating their cancer; correct?

Page 32

1  A.    Yes.
2  Q.    And you want your patients to have the best care
3  and treatment possible.
4  A.    Yes.
5  Q.    And that's true for Mr. Chavez.
6  A.    Yes.
7  Q.    And as part of your care and treatment of
8  patients, if you could determine the cause of their
9  cancer, would you want to do that?
10  A.    Yes.
11  Q.    But for most of your patients, the cause of
12  non-Hodgkin's lymphoma, including hairy cell leukemia,
13  is unknown; correct?
14  A.    That's correct.
15  Q.    And is it accurate that you've never told a
16  patient that glyphosate caused their cancer?  Is that
17  correct?
18  A.    That's correct.
19  Q.    And you've never told a patient that Roundup has
20  called -- caused their cancer; is that correct?
21  A.    That's correct.
22  Q.    And you've never told Mr. Chavez that either
23  glyphosate or Roundup caused his cancer; is that
24  correct?
25  A.    Correct.

Page 33

1  Q.    In your practice as a treating clinician, is it
2  part of your regular practice to keep medical records on
3  your patients?
4  A.    Yes.
5  Q.    And what's the purpose of keeping those records?
6  A.    So we have documentation how a patient presented
7  and how we treated the patient, because we cannot
8  remember all the details and we need the record to go
9  back to check.
10  Q.    And that would include something like having
11  somebody take a prior medical history so that the next
12  doctor who looks at the records has an idea of the
13  patient's history even before they meet them; correct?
14  A.    Yes.
15  Q.    And does your office have -- or does Kaiser have
16  a policy on what to include in medical records?
17  A.    I do not know the official policy of Kaiser, but
18  Kaiser have an electronic medical record system, so the
19  labs, the imagings, and the docs' notes will be
20  included.
21  Q.    And what types of details do you include in
22  your -- in your records?
23  A.    I -- I'm not quite sure I totally understand
24  your question.
25  Q.    Well, for example, would you write down and

Page 34

1 record the patient's reported symptoms?
2 A.    I will report -- I will document all the
3 relevant information obtained from the patient.
4 Q.    Do you conduct physical examinations?
5 A.    Yes.
6 Q.    And do you record the results of those
7 examinations?
8 A.    Yes.
9 Q.    And from time to time you order tests; correct?
10 A.    Yes.
11 Q.    And when those test results come back, you
12 evaluate them.  You read them; correct?
13 A.    Yes.
14 Q.    And those assist you in -- in you, as an
15 oncologist, assessing treatment options; correct?
16 A.    Yes.
17 Q.    And also in coming up with a diagnosis; correct?
18 A.    Yes.
19 Q.    And to the extent it's important for your
20 medical treatment and analysis, you will record
21 conversations with patients; correct?
22 A.    When you say "record," you mean document; right?
23 Q.    Correct.
24 A.    Yes.
25 Q.    And why is it important to keep those details?

Page 35

1 A.    So we can document we discussed the diagnosis
2 and the treatment with patients.
3 Q.    And it's important to be accurate when making
4 these medical record entries; correct?
5 A.    Yes.
6 Q.    Other doctors and nurses rely on -- rely on
7 those records to be accurate; correct?
8 A.    Yes.
9 Q.    In fact, patients' lives can depend on honest
10 and accurate medical record entries; correct?
11 A.    Yes.
12 Q.    So if this is played for a jury, the jury will
13 have heard that Mr. Chavez was diagnosed with hairy cell
14 leukemia.
15        And hairy cell leukemia is a type of cancer;
16 correct?
17 A.    Yes.
18 Q.    At a very high level, cancer is when cells grow
19 out of control and they crowd out the normal cells in
20 the body; correct?
21 A.    Correct.
22 Q.    And normal cells divide in an orderly way and
23 they die, and when they're worn out and damaged, new
24 cells take their place; correct?
25 A.    Yes.

Page 36

1 Q.    And cancer is when the process breaks down and
2 cells start to grow out of control.
3 A.    Yes.
4 Q.    And there are several reasons that may cause
5 this change in the normal cell cycles; correct?
6 A.    Yes.
7 Q.    Normal, healthy -- a normal, healthy system
8 should be able to identify and kill these abnormal
9 cells.
10 A.    Yes.
11 Q.    But sometimes the body is not able to do so.
12 A.    Yes.
13 Q.    And this might be because the body has
14 difficulty identifying abnormal cells.
15 A.    Yes.
16 Q.    And this might be that the body can identify
17 cells but cannot keep up with the abnormal cell
18 multiplication.
19 A.    Yes.
20 Q.    And there are many reasons that the body may not
21 be able to fight off the abnormal cell multiplication.
22 A.    Yes.
23 Q.    Lymphoma, and including hairy cell leukemia, is
24 a cancer that starts in the body's immune system;
25 correct?

Page 37

1 A.    I'm sorry.  Say one more time.
2 Q.    Yeah.
3        Lymphoma, and including hairy cell leukemia, is
4 a cancer that starts in the body's immune system;
5 correct?
6 A.    It is a kind of blood or bone marrow disease,
7 but I don't think I can say it starts from the immune
8 system.
9 Q.    Over the course of your medical career,
10 approximately how many patients have you treated for
11 non-Hodgkin's lymphoma?
12 A.    I don't keep records, but I've treated many
13 non-Hodgkin's lymphoma patients.
14 Q.    Okay.  Can you give us an estimate whether it's
15 more or less than a thousand?
16 A.    It will be less than one thousand.
17 Q.    Would it be more or less than 500?
18 A.    It should be less than 500.
19 Q.    And I think you told us earlier that there's
20 only been a couple other patients that you treated with
21 hairy cell leukemia; correct?
22 A.    Correct.
23 Q.    And can you tell us how hairy cell leukemia
24 manifests itself in the human body?
25 A.    Typically, a patient presented with low cell

Page 38

1  counts and also present with enlarged spleen, and the
2  patient may feel fatigue, they may have night sweats,
3  they may have fever, and they may lose weight as well,
4  they may have infection, and they may have increased
5  fatigue.
6  Q.     In terms on a cellular level, what is going on
7  in the body when hairy cell leukemia manifests itself?
8  A.     Patient may present -- may presented with --
9  with low cell counts.  For example, could be low white
10  cell count, low red cell count, and the low platelets
11  count.
12  Q.     And why is it called hairy cell leukemia?
13  A.     Because when you look under microscope, the cell
14  have some hairy projections.
15  Q.     With respect to Mr. Chavez, did you actually
16  look at -- under a microscope at any slides to see,
17  actually see, the hairy cell of the hairy cell leukemia?
18  A.     When I reviewed my record, I did not document
19  that, so that's all I can say.
20  Q.     Okay.  Did -- to your knowledge, and based on
21  your review of the records, did others actually look at
22  the mic -- under the microscope and identify the hairy
23  cell?
24  A.     I did a bone marrow biopsy and it was sent to
25  pathology department and the pathologist reviewed the

Page 39

1  sample and make a diagnosis.
2  Q.     Okay.  And based on your experience, that -- you
3  had no reason to doubt the pathology or the diagnosis;
4  correct?
5  A.     That's correct.
6  Q.     In your experience as a clinician who treats
7  patients with non-Hodgkin's lymphoma and has treated
8  some patients with hairy cell leukemia, how long after
9  the hairy cells develop do patients begin to experience
10  those symptoms?
11  A.     It typically will take months, even years,
12  before patient start to have symptoms or require
13  treatment.
14  Q.     Would you agree that non-Hodgkin's lymphoma is
15  one of the most common cancers found in the United
16  States?
17  A.     It's one of the most common, but not the most
18  common.
19  Q.     Do you agree that non-Hodgkin's lymphoma
20  represents about 4 percent of all new cancer cases in
21  the U.S.?
22  A.     I don't recall the exact number, but it's --
23  but -- yeah, I don't recall exact number.  Yeah.
24  Q.     Does that sound approximately correct?
25  A.     It sounds approximately correct.

Page 40

1  Q.     And do you agree that it was estimated in 2018
2  alone that there would be over 74,000 Americans
3  diagnosed with non-Hodgkin's lymphoma?
4  A.     Again, I don't recall the exact amount.
5  Q.     Were you aware that the American Cancer Society
6  reports that the average American's risk of developing
7  non-Hodgkin's lymphoma is about 1 in 47?
8  A.     That sounds probably right, yeah.
9  Q.     And non-Hodgkin's lymphoma can occur at any age;
10  correct?
11  A.     That's right.
12  Q.     And, to your knowledge, is that also true for
13  hairy cell leukemia?
14  A.     For hairy cell leukemia it's more commonly in
15  the age 50 to 60.
16  Q.     There are a number of different types of
17  non-Hodgkin's lymphoma; correct?
18  A.     Yes.
19  Q.     And do you agree that non-Hodgkin's lymphoma can
20  be broadly categorized into two groups, being B-cell
21  lymphomas and T-cell lymphomas?
22  A.     Correct.
23  Q.     And B-cell lymphomas account for about 85
24  percent of non-Hodgkin's lymphomas?
25  A.     That sounds correct.

Page 41

1  Q.     And T-cells account for about 15 percent.
2  A.     Yes.
3  Q.     And I think, as you told us earlier, hairy cell
4  leukemia accounts for somewhere between 6 and 8 hundred
5  cases diagnosed per year; correct?
6  A.     In the United States, yes.
7  Q.     In the United States.  Thank you.
8         Okay.  We're going to -- I'm going to ask you to
9  refer to Exhibit 1 to your right there, and that is the
10  Subpoena that was served on Kaiser asking you to appear
11  today and to bring your records.
12         Do you see that?
13  A.     Which page you're talking about?
14  Q.     Well, the records request starts on Page 2.
15  A.     Okay.
16  Q.     And I'd like to go through the list real quick.
17  I think we've got everything covered, but if not,
18  let's --
19  A.     Okay.
20  Q.     -- talk about it.
21  A.     Uh-huh.
22  Q.     So we asked for your -- all the medical records
23  pertaining to Mr. Chavez, and you brought the ones that
24  were relevant to your treatment; correct?
25  A.     That's correct.

Page 42

1 Q.     And his overall records are much larger than
2 what you brought today; correct?
3 A.     That's correct.
4 Q.     And Number 2 asked for your Curriculum Vitae,
5 and you brought that; correct?
6 A.     That's right.
7 Q.     And the third one asked for all documents and
8 communications between you and Mr. Chavez.
9        Let me ask you it broadly.  Have you had any
10 direct communications with Mr. Chavez that were outside
11 of the medical -- seeing him as a patient?
12 A.     No.
13 Q.     In other words, he never wrote you a letter
14 directly from his home or mailed it to you that
15 discussed his care or treatment, or anything like that;
16 is that correct?
17 A.     Correct.
18 Q.     And you haven't communicated with him outside of
19 your actual visits which you documented in the medical
20 records; correct?
21 A.     Correct.
22 Q.     And then if we look at Number 4, that asks for
23 documents and communications between you and the
24 attorneys representing Mr. Chavez.  And I think you've
25 told us that there have been no communications; correct?

Page 43

1 A.     Correct.
2 Q.     Number 5 asked for transcripts of any
3 depositions or trial testimony that you've given as an
4 expert witness within the last five years that you have
5 in your possession.
6        And I think you've told us that you have not
7 given any depositions or trial testimony; correct?
8 A.     Correct.
9 Q.     And then Number 6 asks for signed reports,
10 declarations, or Affidavits that you have prepared as an
11 expert witness in the last five years that you have.
12        And I think your testimony was you have not done
13 that either; correct?
14 A.     Correct.
15 Q.     And the last asked for a list of all
16 organizations with which you have entered into
17 consulting agreements within the past ten years.
18        And have you entered into any consulting
19 agreements?
20 A.     No.
21 Q.     In reviewing the medical records that you
22 brought today, which we've marked as Exhibit 2, and
23 consists of 177 pages, did you see any inaccuracies in
24 any of the information that was recorded or reported?
25 A.     Medical-wise, they are correct.

Page 44

1 Q.     Do you have any reason to believe that there is
2 any inaccurate information in those records?
3 A.     I noticed one typo, but not saying medically.
4 Q.     Well, I have to ask, what kind of typo was it?
5 A.     For one bacteria it should have say -- you know,
6 should have say, you know, cystic pneumonia, you know,
7 because in the electronic medical system we have an
8 auto-correct system.  When I type PCP, the abbreviation,
9 it changed to primary-care physician.
10 Q.     Can you find that for us in the records and
11 we'll flag it?
12 A.     (Witness reviews document.)
13 Q.     I'll tell you what:  Do you think you're going
14 to need to look through all of them or you're going to
15 be able to find it quickly, because I don't want to -- I
16 don't want to take up your time if it's just for a typo.
17 A.     It may take a while.
18 Q.     Pardon?
19 A.     It will take a while.
20 Q.     Okay.  Then let's -- we'll pass on that.
21        You've -- that's the only inaccuracy that you
22 were able to identify.
23 A.     That's right.
24 Q.     Is that correct?
25 A.     That's correct.

Page 45

1 Q.     And in the big scheme of things, that doesn't
2 affect any of your opinions about his diagnosis, his
3 care, or his treatment; is that correct?
4 A.     Correct.
5 Q.     As we go over some of these records -- and we
6 may go over some of these records -- if you identify any
7 other inaccuracies, you'll point those out; correct?
8 A.     Correct.
9 Q.     Thank you.
10        Do you have any independent recollection of
11 meeting with Mr. Chavez in any of his appointments?
12 A.     Can you make more specific question?
13 Q.     Sure.
14        In your mind, do you -- do you know what he
15 looks like?
16 A.     I think I still remember, yeah.
17 Q.     Okay.  Do you remember the details of any
18 conversations that you may have had with him?
19 A.     No.
20 Q.     And do you recall, for example, that he does not
21 speak English?
22 A.     That, I remember.
23 Q.     And that you had to use an interpreter?
24 A.     Yes.
25 Q.     And, on occasion, you used a video link Skype

Hao Wang, M.D., PH.D.

Page 46

1 type of interpreter?
2 A.    I need to go through every visit to say what
3 kind of interpreter we used.
4 Q.    When did you last treat Mr. Chavez?
5 A.    From the record, it was December 28th, 2017.
6 Q.    Okay. And when did you first see Mr. Chavez?
7 A.    It's February 20th, 2017.
8 Q.    How did Mr. Chavez come to be your patient?
9 A.    He was referred to me because of his cell
10 counts, blood cell counts, were low.
11 Q.    And who was the referring physician?
12 A.    From my note, it said it was Dr. Burstein.
13 Q.    And was that his primary-care physician?
14 A.    I -- from my note, I cannot tell.
15 Q.    But that would be typical, in your practice, to
16 have a patient referred to you by a primary-care
17 physician; correct?
18 A.    Correct.
19 Q.    For something like this where there was a
20 reported low blood -- white blood cell count.
21 A.    Correct.
22 Q.    And just to get a little more specific, hairy
23 cell leukemia is a slow-growing cancer of the blood in
24 which the bone marrow makes too many B-cells; correct?
25 A.    Correct.

Page 47

1 Q.    And B-cells is a type of white blood cell that
2 fights infection.
3 A.    Correct.
4 Q.    When you treat patients with non-Hodgkin's
5 lymphoma or hairy cell leukemia, like Mr. Chavez, do
6 they ever ask you what caused their disease?
7 A.    From when reading this note, does not seem like
8 doc -- the patient asked the question.
9 Q.    Okay. In general, when you've dealt with
10 patients with non-Hodgkin's lymphoma, do any of them --
11 have any of them ever asked you the cause of their
12 disease?
13 A.    Some of them asked.
14 Q.    And have you ever told them what the cause is?
15 A.    I think for most of disease we don't know.
16 Q.    Are there some exceptions where you have been
17 able to tell a specific patient, this is the cause of
18 your non-Hodgkin's lymphoma?
19 A.    I'm not able to tell exactly what caused this,
20 but for -- for example, if a patient come in, smoked for
21 50 years and have squamous cell lung cancer, we will
22 say, yes, the smoking may have contributed to your lung
23 cancer.
24 Q.    Specific to non-Hodgkin's lymphoma, have you
25 ever told a patient with non-Hodgkin's lymphoma the

Page 48

1 cause of their non-Hodgkin's lymphoma?
2 A.    No.
3 Q.    And with respect to hairy cell leukemia, have
4 you ever told a patient with hairy cell leukemia the
5 cause their leukemia?
6 A.    No.
7 Q.    And is that because in most cases the cause is
8 unknown?
9 A.    Yes.
10 Q.    Do you recall telling Mr. Chavez that the cause
11 of his leukemia was unknown?
12 A.    I don't recall, but I did not see anything
13 documented in my chart.
14 Q.    If he had asked you, is that something you think
15 you would have noted?
16 A.    If he asked me, I'd probably give the answer we
17 just quoted from UpToDate, say the -- those pesticides
18 and the farming have been mentioned as possible causes.
19 Q.    If he had asked, that's what you would have told
20 him?
21      MR. LAW: I'm not sure -- can you read that
22 answer back, please.
23      (The court reporter read the requested portion
24 of the record.)
25

Page 49

1 BY MR. LAW:
2 Q.    Was that something you knew back in 2017 when
3 you were treating Mr. Chavez?
4 A.    I cannot go back two years to answer the
5 question. I don't know.
6 Q.    If he had asked you that question and you had
7 given that answer, would that have been important enough
8 to note in your records?
9 A.    I cannot tell, because I cannot document every
10 sentences during the conversation.
11 Q.    And with respect to the reference to farming, do
12 you have any understanding or information as to what
13 aspect of farming might be associated with non-Hodgkin's
14 lymphoma?
15 A.    No. I'm not a, you know, expert for the
16 etiology of the disease.
17 Q.    Okay. You're not an epidemiologist, are you?
18 A.    No.
19 Q.    And you're not a statistician, are you?
20 A.    No.
21 Q.    When you first saw Mr. Chavez, did you conduct a
22 physical examination?
23 A.    Yes.
24 Q.    And what did you learn from that examination?
25      And if you want to reference the page number of

Page 50

1  your notes as you consult them, feel free to do that.
2  A.     Okay.  So the first examination was on Page 4.
3  That was a normal exam.
4  Q.     Okay.  Before you examined him, did you review
5  his prior medical history or any prior medical history?
6  A.     Yes.
7  Q.     And what did you learn from that?
8  A.     Patient has had low blood cell count since at
9  least 2016.
10  Q.     And was that information important to you ahead
11  of your examination of the patient?
12  A.     Yes.
13  Q.     Okay.  What else did you learn from his either
14  prior medical history or -- and -- or his social
15  history?
16  A.     He was a relatively new patient to Kaiser at
17  that time.  He brought in some lab results from outside
18  Kaiser.
19  Q.     And what page are you referring to?
20  A.     That's Page 3.  The HPI, the first -- the one,
21  two, three -- number 3 paragraph say, he brought some
22  lab results from Pacific Diagnostic Labs.
23  Q.     Okay.  And then on Page 3 there's a review of
24  systems?
25  A.     Yeah.

Page 51

1  Q.     Is that something that you noted or did that
2  come from a nurse or somebody else?
3  A.     That's from my note.  That's when I talk with
4  the patient.
5  Q.     Okay.  So he denied fever, chills, night sweats,
6  and weight loss; correct?
7  A.     Correct.
8  Q.     So those -- those are symptoms of hairy cell
9  leukemia, but he didn't have them at the time of your
10  examination; correct?
11  A.     That's correct.
12  Q.     He also denied any visual changes and headaches;
13  right?
14  A.     Correct.
15  Q.     Is that correct?
16  A.     Correct.
17  Q.     And he had no chest pains or heart palpitations?
18  A.     Correct.
19  Q.     No shortness of breath or cough?
20  A.     Correct.
21  Q.     He denied nausea, vomiting, diarrhea, or food
22  intolerance; correct?
23  A.     Correct.
24  Q.     And he denies melena.
25         What's that?

Page 52

1  A.     That's a black stool.
2  Q.     Hematochezia, is it?
3  A.     Uh-huh.
4  Q.     What is that?
5  A.     That is blood in the stool.
6  Q.     And epistaxis?
7  A.     That's nose bleeding.
8  Q.     Hematuria?
9  A.     Blood in urine.
10  Q.     And hemoptysis.
11  A.     That's cough up blood.
12  Q.     So he wasn't having any bleeding disorders at
13  that time; correct?
14  A.     Correct.
15  Q.     And he denies paresthesias, limb weaknesses, or
16  gait abnormalities; correct?
17  A.     Correct.
18  Q.     So in terms of actual objective symptoms of
19  hairy cell leukemia, he was actually asymptomatic; is
20  that correct?
21  A.     Correct.
22  Q.     It was just his bloodwork that was of concern?
23  A.     Yes.
24  Q.     And, to your knowledge, was he employed and
25  working at that time, or do you know?

Page 53

1  A.     In my note on Page 4, social history, said
2  worked in agriculture field.  So since I used "worked,"
3  it -- it must say that's a past experience.
4  Q.     Okay.  And it also says that he had been
5  drinking two 32-ounce beers daily until two years before
6  your examination; correct?
7  A.     Correct.
8  Q.     And then he told you that he only drinks alcohol
9  occasionally now.
10  A.     Correct.
11  Q.     At least in 2017, when you saw him; correct?
12  A.     Correct.
13  Q.     What did you do in connection with your first
14  visit with Mr. Chavez?
15  A.     I interviewed him, asked the -- obtained the
16  history and did an examination, order some blood tests,
17  ordered ultrasound for his belly, and give him some
18  medication for iron.
19  Q.     And was he showing low iron counts at that time?
20  A.     (Witness reviews document.)  Yeah, his iron
21  count was low at that time.
22  Q.     Is a low iron count related to hairy cell
23  leukemia or is that something different?
24  A.     It's different.
25  Q.     Okay.  He also was diabetic; is that correct?

Page 54

1  That's at least at some point?
2  A.    (Witness reviews document.)  It's not listed
3  here in the past active problem list.
4  Q.    What did you do following your visit with --
5  your first visit with Mr. Chavez?
6  A.    The first visit was the initial evaluation.  We
7  ask patient came back for further evaluation and to
8  review results.
9  Q.    And when was -- what was your next interaction
10  with Mr. Chavez?
11      And if you could direct us to the page number,
12  that would be helpful.
13  A.    That was March 21st, 2017.  That's Page 23.
14  Q.    And just without going over this in detail, the
15  pages in between are mostly laboratory work?
16  A.    Mostly could be nurse's note or vital signs and
17  some Spanish sentences --
18  Q.    And --
19  A.    -- or the instructions.
20  Q.    Okay.  And what page were you directing me to
21  for the next visit?
22  A.    Page 23.
23  Q.    And what happened at the next visit?
24  A.    So -- (Witness reviews document.)
25      We reviewed his lab results.  And he did not do

Page 55

1  the abdominal ultrasound I ordered, so we advised him
2  to -- to schedule the ultrasound.
3  Q.    Okay.
4  A.    And we discussed the differentials of the low
5  cell counts again and we discussed the possibility of
6  bone marrow biopsy.
7  Q.    Okay.  And at that point he told you that he
8  felt well; correct?
9  A.    Yes, he felt well.
10  Q.    He denied fever or night sweats and -- correct?
11  A.    Correct.
12  Q.    He denied abnormal bleeding.
13  A.    Correct.
14  Q.    He denied shortness of breath, nausea, vomiting,
15  or diarrhea; correct?
16  A.    Correct.
17  Q.    Would you agree during that visit in March of
18  2017 Mr. Chavez was asymptomatic?
19  A.    Correct.
20  Q.    And he was diagnosed with pancytopenia; correct?
21  -topenia?
22  A.    Pancytopenia, yes.
23  Q.    And what is that?
24  A.    Pancytopenia means more than one cell lines, the
25  cell counts has been low.

Page 56

1      In his situation, his white cell count is low,
2  his platelets count is low, and his red cell count is
3  mildly decreased as well.
4  Q.    Okay.  What was your next interaction with
5  Mr. Chavez?
6  A.    So we had another visit on April 6th, 2017.
7  That's on Page 34.
8  Q.    And what transpired on that visit?
9  A.    We discussed the abdominal ultrasound results,
10  which showed he has an enlarged spleen.  And we
11  discussed about bone marrow biopsy and aspiration again,
12  and he agreed with that, so we performed bone marrow
13  aspiration and biopsy.
14  Q.    And when was that done?
15  A.    That was April 6th, 2017.
16  Q.    And when did the results of that biopsy come
17  back?
18  A.    The results was signed out on April 10th, 2017.
19  Q.    And there's a page -- is there a page reference
20  for that?
21  A.    That's at Page 40.
22  Q.    And do you -- did you -- what was the biopsy
23  diagnosis?
24  A.    The bone marrow biopsy, core biopsy, diagnosed
25  the patient with hairy cell leukemia.

Page 57

1  Q.    And at some point you discussed that diagnosis
2  with Mr. Chavez?
3  A.    Yes.
4  Q.    When was that?
5  A.    (Witness reviews document.)  That was on
6  Page 55, and that was April 19th, 2017.
7  Q.    Okay.  It looks like there were three diagnoses
8  on that day; correct?
9  A.    Yes.
10  Q.    And what were they?
11  A.    The first one is hairy cell leukemia; the second
12  one is splenomegaly, which means enlarged spleen; the
13  third one is history of heavy alcohol consumption.
14  Q.    And would you agree on that on that visit
15  Mr. Chavez was still asymptomatic?
16  A.    Yes.
17  Q.    And what does that mean, to be asymptomatic?
18  A.    So the patient denied fever, night sweats,
19  weight loss, denied right -- left side abdominal
20  discomfort, and denied significant pain.
21  Q.    Okay.  And those are all symptoms that are
22  consistent with hairy cell leukemia; correct?
23  A.    Correct.
24  Q.    And what was your next interaction with
25  Mr. Chavez?

Hao Wang, M.D., Ph.D.

Page 58

1  A.    So on April 19th we discussed the diagnosis, to
2  this nature, prognosis, and the management options of
3  hairy cell leukemia.  That's on Page 56.
4       We discussed with him, his wife and his
5  daughter, per his request.  And we discussed the goal of
6  care and possible symptoms and complications.  And we
7  discussed treatment and we discussed the indication of
8  the treatment.
9  Q.    Okay.  Did you make a recommendation?
10 A.    Yes.  We discussed the treatment of cladribine.
11 Q.    And what is that?
12 A.    It's a chemotherapy.
13 Q.    Can you describe what that entails, to go
14 through that regimen of cladribine?
15 A.    The regimen I recommended was a seven-day
16 continuous infusion treatment.  So the patient come to
17 the clinic, we connect to the patient with chemotherapy,
18 and he come back seven days later, disconnected the
19 pump.
20 Q.    Did you discuss with Mr. Chavez what the -- his
21 prognosis would be if he went through the treatment?
22 A.    Yes.
23 Q.    And what did you tell him?
24 A.    So -- so most patient with hairy cell leukemia
25 will -- will respond to the cladribine treatment, and

Page 59

1  many patient can have a very long or durable response to
2  this treatment as well, but this disease is not a
3  curable disease.
4  Q.    It's also a disease that can go into remission
5  for long periods of time; correct?
6  A.    Correct.
7  Q.    And, to your knowledge, at least by the time
8  that you stopped being his oncologist, was he in
9  remission?
10 A.    He was not.
11 Q.    What is your definition of remission?
12 A.    So remission means the disease is in controlled
13 for when you're talking about blood counts, which means
14 the absolute neutrophil counts should have been more
15 than 1,000, platelet counts should be more than 100, and
16 also patient's spleen size should be in normal range.
17      And, also, if we do bone marrow biopsy, we
18 should not see hairy -- hairy cell leukemia cells in the
19 bone marrow.
20 Q.    And when --
21 A.    That's called a complete remission.
22 Q.    Okay.  And is that -- and we're going to work
23 our way through time-wise, but your -- is it your
24 recollection that as of the end of 2017, that he had not
25 cleared the hairy cell leukemia cells?

Page 60

1  A.    What happened is, on the last visit, on
2  December 28th of 2017, he -- he came to the office and
3  told me, he say he going to change for the insurance
4  in -- in, basically, a few days on January 1st of 2018.
5       So we did not really had opportunity or it's --
6  it's not due to repeat a bone marrow biopsy yet, so
7  we -- we do not know if the patient have -- still have
8  the leukemia cells in his bone marrow.
9  Q.    Okay.  And what was the last biopsy that you had
10 done that had determined that he still had some hairy
11 cell leukemia cells?
12 A.    We -- we only did one bone marrow biopsy in
13 April, which we reviewed.  And, typically, after the
14 treatment, you wait at least four to six month before
15 you do another bone marrow biopsy.
16      And he was treated at the beginning of
17 September, so by the time he -- when he came to see me,
18 he was not due to repeat a bone marrow biopsy yet.
19 Q.    Okay.  Is there bloodwork that can be looked at,
20 aside from the bone marrow, to see whether the hairy
21 cell leukemia has cleared?
22 A.    Well, he had blood test.
23      (Witness reviews document.)  He had a blood test
24 on November 27th, 2017, which was on Page 168.  From --
25 from that, he had response to the treatment we gave to

Page 61

1  him.
2  Q.    Okay.  Had he fully responded to the treatment?
3  A.    So for his platelets count, the platelets count
4  is 128, which is more than 100, so he's responded very
5  well.
6       And for the hemoglobin, which is the red cell
7  count, it's 12.8.  That's above the range as well, above
8  the -- the -- the standard for response.  And for the
9  white cell count, it's 2.9.
10      As far as I remember, from reviewing the --
11      (Witness reviews document.)  It's not on this
12 paper chart, but when I reviewed the chart last Friday,
13 his absolute -- absolute neutrophil count on that time
14 was more than 100, which means he had a good -- good
15 response to the treatment as well.
16 Q.    So if I understand your testimony today, you're
17 not able to say that he was in full remission by the
18 time of your last visit with him; correct?
19 A.    Correct.  Because we did not repeat -- we did
20 not have opportunity to repeat a bone marrow biopsy.
21 Q.    But would it be accurate that, in terms of how
22 his bloodwork was going, he was trending in the right
23 direction towards clearing the hairy cell leukemia;
24 correct?
25 A.    Correct.

Page 62

1  Q.    And you would defer to other oncologists who
2  followed him after December of 2017 as to whether or not
3  he went into remission; correct?
4  A.    Correct.
5  Q.    Would it be accurate that during the time that
6  you treated Mr. Chavez that he was asymptomatic?
7  A.    No.  In later visits, he started to develop
8  symptoms.
9  Q.    And what symptoms did he develop?
10  A.    (Witness reviews document.)  On Page 73, on the
11  visit of July 26th, 2017, he complained of increased
12  fatigue.
13  Q.    Okay.  Fatigue is something that he had been
14  reporting for many years before you first saw him;
15  correct?
16  A.    I cannot speak for many years before I saw him.
17       For the first couple visits, when we reviewed
18  the chart, we said he denied fatigue but on the visit of
19  July 26th he complained about increased fatigue.
20  Q.    Okay.
21  A.    That's what he said.
22  Q.    Fatigue is also a symptom of diabetes; correct?
23  A.    Fatigue could be a symptom of diabetes.
24  Q.    And it's also -- fatigue is also a symptom of
25  anemia; correct?

Page 63

1  A.    Fatigue could be a symptom of anemia.
2  Q.    And he, Mr. Chavez, had been diagnosed with
3  anemia in the past; correct?  And that's why the iron
4  supplements were prescribed.
5  A.    Correct.
6  Q.    And, as you sit here right now, you're just --
7  you haven't been aware of him being diagnosed with
8  diabetes?
9  A.    That's correct.
10       MR. LAW:  You know, we've been going about an
11  hour.  Why don't we take a short break.
12       VIDEO OPERATOR:  We're now going off the record.
13  The time is 4:13 p.m.
14       (Recess, 4:13-4:21 p.m.)
15       VIDEO OPERATOR:  We are now back on the record.
16  The time is 4:21 p.m.
17  BY MR. LAW:
18  Q.    Oh, Dr. Wang, I want to direct your attention to
19  Page 73 --
20  A.    Uh-huh.
21  Q.    -- under the diagnosis.  And it indicates on
22  Number 4 that he has a history of iron-deficiency
23  anemia.
24       Do you see that?
25  A.    Yes.

Page 64

1  Q.    And I think before we went on a break, you agree
2  that iron-deficiency anemia, one of the symptoms of that
3  is fatigue; right?
4  A.    Yes.
5  Q.    All right.  So anything else about your visit
6  with Mr. Chavez on -- in July of 2017 that is of note?
7  A.    We also reviewed on that day, we did more blood
8  tests, and his iron study was normal at that time and --
9  but his red cell count has been decreasing from normal
10  in February 2017, you know, to July of -- July 24th,
11  2017.
12       And he still had the low cell counts, low white
13  cell counts, and his platelet count is still low.
14  That's why we start and discuss again about
15  chemotherapy.
16  Q.    Okay.  Do you know why he didn't immediately
17  start chemotherapy after you gave him the diagnosis back
18  in April of 2017?
19  A.    He was -- he was concerned about side effects.
20  Q.    Okay.  And at -- and we'll -- I guess we'll get
21  to it shortly, but he did under -- ultimately undergo
22  the chemotherapy; correct?
23  A.    Correct.
24  Q.    And is it accurate that he actually did not have
25  any side effects from the chemotherapy?

Page 65

1  A.    I don't recall any major side effects.
2  Q.    Okay.  We'll -- I'm sorry.  Would you say that
3  again?
4  A.    I do not recall any major side effects.
5  Q.    Okay.  And that would be something that you
6  would have asked him about or he would have -- he would
7  have reported to you if he had them?
8  A.    Yes.
9  Q.    Okay.  So what was your next visit with
10  Mr. Chavez?
11  A.    (Witness reviews document.)  So the next visit
12  was on April -- I'm sorry -- August 15th, 2017.  That's
13  on Page 89.
14  Q.    And on that visit he did complain of increased
15  fatigue; correct?
16  A.    Yes.
17  Q.    Did he have any other symptoms of -- that were
18  consistent with hairy cell leukemia?
19  A.    He said he lost 20 pounds in eight month.
20  Q.    And --
21  A.    Although he also said he -- he been taking
22  healthier diet.
23  Q.    What was his weight at the time of this
24  examination?
25  A.    He weighed 78 kilogram on that day.

Page 66

1    Q.    And that's 171 pounds; correct?
2    A.    That's correct.
3    Q.    And how tall is he?
4    A.    He is five feet, 11 inches.
5    Q.    Is 171 pounds considered a healthy weight for a
6    person who's five foot, 11?
7    A.    I need to calculate the index number.  I cannot,
8    you know, say that just based on these numbers.
9    Q.    Based on your experience, would someone who
10   weighed 171 pounds, who was five foot, 11, be of any
11   concern to you, based on that height and weight?
12   A.    From estimate, I think that person is thin.
13   Q.    But within the range of a normal, healthy
14   person?
15   A.    Again, I need to go back to the -- the body
16   index number, but it could be in the normal range.
17   Q.    Out of curiosity, what is your height and
18   weight?
19   A.    I weigh about 168 pounds and I'm five inches --
20   I'm five feet and seven inches.
21   Q.    Okay.  And any other symptoms, besides the
22   fatigue and the weight loss, that you identified?
23   A.    No, not on my record.
24   Q.    So did you discuss starting chemotherapy with
25   him on this visit?

Page 67

1    A.    Yeah.  We discussed -- discussed the indication,
2    benefits, risks and again.
3    Q.    And at that point did he agree to undergo the
4    chemotherapy?  Do you know?
5    A.    He -- he was not able to make his decision on
6    that visit.
7    Q.    He did actually ask for a second opinion from
8    Dr. Lok; is that correct?
9    A.    That's correct.
10   Q.    And he actually saw him in August of 2017?
11   A.    I know he saw Dr. Lok.
12   Q.    All right.  And how long after he saw Dr. Lok in
13   August of 2017 did he start the chemotherapy?
14   A.    He started chemotherapy on -- let me make sure.
15        (Witness reviews document.)  He starts
16   chemotherapy on September 1st.
17   Q.    And what page are you on there?
18   A.    Page 169.
19   Q.    Okay.  And I take it you didn't see him in
20   between.
21   A.    I saw him on September -- I'm sorry.  I saw him
22   on August 29th.
23   Q.    You did.  Okay.  And --
24   A.    Uh-huh.  That's Page 97.
25   Q.    At that point, had he decided to go forward with

Page 68

1    the chemotherapy?
2    A.    Yes, he agreed with chemotherapy.
3    Q.    To your knowledge, did he have a Port-A-Cath
4    placed before then back in mid-August of 2017?
5    A.    I know I arranged the Port-A-Cath, and it was
6    placed before September 1st, but I cannot -- I --
7        (Witness reviews document.)  I cannot tell what
8    day he had the Port-A-Cath placed.
9    Q.    Okay.  But it would have been placed, obviously,
10   before the chemo started.
11   A.    That's correct.
12   Q.    Right.
13        And that's -- and can you tell us what the
14   purpose of a Port-A-Cath is?
15   A.    Because the patient need to have a continuous
16   infusion of the chemotherapy for seven days, so the
17   Port-A-Cath will allow the patient to go home with a
18   pump to pump the medication into his system.
19   Q.    At some point during your treatment he -- there
20   was a liver lesion that was identified?
21        Do you recall seeing that?
22   A.    Yes.  That was on the -- that's on Page 90.  He
23   had a CT scan on July 31st, 2017, and there was a
24   7-millimeter lesion in the liver.
25   Q.    And during your August 29th visit, is it

Page 69

1    accurate that the MRI showed that the -- that there was
2    no liver lesion anymore?
3    A.    Per the report, no liver lesion identified on
4    the MRI.
5    Q.    Okay.  What was your next visit with Mr. Chavez
6    after his -- he started his chemotherapy?
7    A.    That's on Page 113, on September 7th, 2017.
8    Q.    What did you do on that visit?
9    A.    That was a day -- the last day of his
10   chemotherapy, and I saw him, evaluated him, and started
11   him on prophylactic antibiotics.
12   Q.    Okay.
13   A.    Oh, here that's what I found say on Page 114,
14   the -- the -- almost like the last five sentences or
15   five -- you see, it says, start Bactrim on Friday, on
16   September 11th, for primary-care physician prophylaxis.
17   That's what I say, you know, should be for bacteria
18   prophylaxis.
19   Q.    And on that same page you indicated that he
20   tolerated the cladribine treatment well; correct?
21   A.    Correct.
22   Q.    And you didn't find any or any references in
23   your records to him reporting any side effects from the
24   cladribine; correct?
25   A.    Correct.

Page 70

1  Q.    Okay.  What was your next visit with Mr. -- oh,
2  excuse me.
3       Did we cover everything from the September 7th,
4  2017, visit?
5  A.    I think we covered.
6  Q.    Well, he still had an enlarged spleen at that
7  time and you told him not to do any sports; correct?
8  A.    Correct?
9  Q.    All right.  What was the next visit?
10 A.    (Witness reviews document.)  So the next visit
11 was on September 29th, and on Page 140.
12 Q.    And what happened on that visit?
13 A.    I evaluated the patient.  He had some fatigue
14 after chemotherapy, which is improved.  He has nausea,
15 which is controlled by the two medications.
16 Q.    And he denied any fever; correct?
17 A.    He denied a fever.
18 Q.    And then it says, his PO intake is fair.
19      What does that refer to?
20 A.    Which means his -- he's eating and drinking
21 fair.
22 Q.    So was this basically checking in with the
23 patient to see how he was doing?
24 A.    That's correct.
25 Q.    Did you prescribe any further medical treatment

Page 71

1  at that time?
2  A.    We just continued antibiotics for prophylaxis.
3  Q.    All right.  So you did go over some lab results
4  with him; correct?
5  A.    Correct.
6  Q.    And you told him that his platelets were normal?
7  A.    Correct.
8  Q.    And that his hemoglobin was stable?
9  A.    Yes.
10 Q.    But he still had some neutropenia; right?
11 Correct?
12 A.    Yeah.  Neutropenia means low white cell count.
13 Q.    His spleen had reduced in size, though; correct?
14      I think it says, splenomegaly is improved.
15 A.    Yes.
16 Q.    That's on Page 140.
17 A.    Yes.
18 Q.    And do you know if that was in response to the
19 chemotherapy?
20 A.    Yes.
21 Q.    All right.  What was your next interaction with
22 Mr. Chavez?
23 A.    That was on Page 152.  That's on November 30th.
24 Q.    And what happened on that visit?
25 A.    So we reevaluated the patient and he -- he felt

Page 72

1  well at that visit.  We reviewed the lab results.  The
2  platelet count has improved to 128, and his white cell
3  count improved as well, and his anemia also improved.
4  Q.    And it says, on 152, that chemotherapy was
5  scheduled for today.
6       What does that refer to?
7  A.    That was found on nurse note.  That's not
8  correct.
9  Q.    Okay.  So that's something you'd like to correct
10 on the -- you're not sure why that's there.
11 A.    Yeah, that's correct.
12 Q.    Right.
13      Because he had completed his chemotherapy back
14 in September; correct?
15 A.    Correct.
16 Q.    And it was just -- it was seven days; correct?
17 A.    Correct.
18 Q.    And after that is the recommended course to
19 follow him and prescribe the antibiotics?
20 A.    Correct.  When patient's count, cell count, was
21 low.
22 Q.    So on that -- actually, on that page, 153, it
23 identifies that his neutropenia is actually resolved;
24 correct?
25 A.    Correct.

Page 73

1  Q.    And his white blood cell count is rising?
2  A.    Yes.
3  Q.    And he has just mild anemia.
4  A.    True.
5  Q.    So at that point you discontinued the Bactrim
6  and the acyclovir?
7  A.    Acyclovir.  Both are antibiotics.  Uh-huh.
8  Q.    Pardon?
9  A.    Both are antibiotics.
10 Q.    Yeah.
11      And you discontinued those.
12 A.    Correct.
13 Q.    Because he had a positive response to the
14 chemotherapy?
15 A.    Correct.
16 Q.    Then it says, irradiated PRBC is required if
17 transfusion is indicated.
18      What does that refer to?
19 A.    So I put the sentence there just for other
20 physician's reference, because after the patient was
21 treated with this chemotherapy, when their cell count
22 was low, and if the patient needs a transfusion, patient
23 need the -- the red blood cells, the pack of the blood
24 should be irradiated to avoid some immune -- immune
25 attack to the patient.

Page 74

1 Q. That's something only if he needed a transfusion
2 and, at least at this point, you didn't see any need for
3 him to have a transfusion; correct?
4 A. That's correct.
5 Q. So that would be for something unrelated to his
6 hairy cell leukemia, correct, that he would -- that
7 would require a transfusion?
8 A. Sometimes during the treatment, because of the
9 disease or because of treatment, patient red cell count
10 could be very low and the patient may require some
11 transfusion. In that situation, the red cells should be
12 irradiated before being transfused to the patient.
13 Q. At the time of your examination on
14 November 30th, though, he had -- there was no need or
15 potential need for a transfusion; correct?
16 A. That's correct.
17 Q. He had responded positively to the -- to the
18 chemotherapy; correct?
19 A. Correct.
20 Q. All right. What was your next visit with
21 Mr. Chavez?
22 A. The next one, actually, is the last visit on
23 December 28th. That was on Page 170.
24 Q. And what happened on that visit?
25 A. So that was a routine follow-up to assess

Page 75

1 patient response and the side effects.
2 Patient felt well during that, but during that
3 visit, he told me he's going to change the insurance at
4 the end of that year.
5 Q. Okay. So he told you that he felt well;
6 correct?
7 A. That's correct.
8 Q. And he denied any shortness of breath?
9 A. Correct.
10 Q. And he denied nausea, vomiting or diarrhea or
11 fever; correct?
12 A. Correct.
13 Q. And there was a -- at least it's reported here
14 that he had an abdominal ultrasound a couple weeks
15 prior; correct?
16 A. That's correct. Abdominal ultrasound was on
17 December 2nd.
18 Q. And that indicated that his spleen was within
19 normal size; correct?
20 A. Correct.
21 Q. And it says, at the bottom, a probable
22 one-centimeter accessory spleen is visualized.
23 What is a -- what is an accessory spleen?
24 A. It could be a congenital changes. Some patient
25 just have accessory spleen.

Page 76

1 Q. Is that like having an extra spleen?
2 A. Very tiny, extra tissue there.
3 Q. That's not a medical problem, though, is it?
4 A. No.
5 Q. Okay. And at the time that you last saw him on
6 December 28th of 2017, I think you indicated that his
7 response to the treatment was trending in the right
8 direction; correct?
9 A. Correct.
10 Q. Did you have any reason to think at the time you
11 last saw him that the -- that the treatment was
12 potentially not going to be successful?
13 A. No.
14 Q. Was it -- were -- did you have -- were you
15 confident that that treatment was going to clear the
16 hairy cell leukemia from his blood?
17 A. What I can say is, at that time he was on right
18 drug. He's -- by the information we had by that time,
19 he had a good response to the treatment.
20 Q. And you had no reason to think he wasn't going
21 to continue to respond well to the treatment; correct?
22 A. Correct.
23 Q. Are you aware of any of the risk factors for
24 non-Hodgkin's lymphoma?
25 A. For example, some radiation may also increase

Page 77

1 risk for that.
2 Q. Do you know if obesity is a risk factor for
3 non-Hodgkin's lymphoma?
4 A. I'm not aware of that.
5 Q. Do you know if just being male is a risk factor
6 for being -- for non-Hodgkin's lymphoma?
7 A. I know male compared with female tend to have
8 the -- or the -- put another way, hairy cell leukemia
9 patient are more likely to be male than female.
10 Q. Are you aware that age is a risk factor for
11 non-Hodgkin's lymphoma?
12 A. For hairy cell leukemia, it's more commonly, you
13 know, age 50 to 60s and very rare in -- in much, much
14 younger patients.
15 Q. Do you know if race is a risk factor for
16 non-Hodgkin's lymphoma?
17 A. I -- as far as I remember, Caucasian probably is
18 more likely to have a hairy -- a hairy cell leukemia
19 than African American.
20 Q. Do you know if having a weakened immune system
21 is a risk factor for hairy cell leukemia?
22 A. I don't recall solid evidence for that.
23 Q. Okay. How about autoimmune diseases like
24 rheumatoid arthritis and lupus, celiac disease,
25 psoriasis and Crohn's disease; are any of those risk

Page 78

1 factors for hairy cell leukemia?

2 A.    Again, I don't recall any evidence of that.

3 Q.    Do you know whether benzene is a risk factor for

4 non-Hodgkin's lymphoma?

5 A.    That could be reported.

6 Q.    Okay.  You don't --

7 A.    I --

8 Q.    You don't have any specific knowledge about

9 that.

10 A.    I do not.

11 Q.    As you sit here now, are you personally aware of

12 any other risk factors for non-Hodgkin's lymphoma?

13 A.    Radiation may increase the risk.

14 Q.    Okay.  Have you looked at the -- well, strike

15 that.

16 A.    And some virus infection may increase risk for

17 some kind of non-Hodgkin's lymphoma as well.

18 Q.    Have you consulted the publicly available Kaiser

19 Permanente website regarding non-Hodgkin's lymphoma?

20 A.    It's a common practice to go to a website called

21 NCCN Guideline.  And I don't recall for this particular

22 patient when I treated him did I go to the guideline or

23 not.  I don't recall.

24 Q.    Are you familiar with a website called

25 HealthyKaiserPermanente.org, Southern California Health

Page 79

1 Wellness Encyclopedia?

2 A.    No.

3 Q.    Do you know whether or not that website link

4 says that the cause of non-Hodgkin's lymphoma --

5 A.    I do not --

6 Q.    -- is not known?

7 A.    I do not know what it said.

8 Q.    Would you agree that having a risk factor for

9 non-Hodgkin's lymphoma doesn't mean that you'll get it?

10 A.    That's correct.

11 Q.    Going back to Mr. Chavez specifically, how did

12 you confirm his diagnosis?

13 A.    The diagnosis was made based on clinical

14 history, the lab results, and the bone marrow biopsy as

15 well.

16 Q.    And you reviewed all those and concurred with

17 the -- with the findings.

18 A.    Yes.

19 Q.    When you reviewed the pathology report, is there

20 anything unusual about the shape of the cells that would

21 tell you what actually caused the hairy cell leukemia?

22 A.    When I read the report --

23 Q.    Let me ask it a different way.

24 A.    Uh-huh.

25 Q.    The shape of the -- of the leukemia cell doesn't

Page 80

1 tell you what actually caused the leukemia; correct?

2 A.    That's correct.

3 Q.    And would you agree that there was nothing

4 unusual about your examination of Mr. Chavez that would

5 tell you what actually caused his non-Hodgkin's

6 lymphoma; correct?

7 A.    That's correct.

8 Q.    Or his hairy cell leukemia?

9 A.    That's correct.

10 Q.    Let me be more specific.

11    Right?

12    And there was nothing about your physical

13 assessment of Mr. Chavez that would point to either

14 Roundup or glyphosate as the cause of his hairy cell

15 leukemia; correct?

16 A.    Correct.

17 Q.    And I think we've covered this, but just to be

18 clear, you never made an assessment as to what actually

19 caused Mr. Chavez's hairy cell leukemia; correct?

20 A.    Correct.

21 Q.    And are you aware, as a practicing oncologist,

22 of any diagnostic tests that can determine the cause of

23 a particular patient's non-Hodgkin's lymphoma or hairy

24 cell leukemia?

25 A.    Not that I am aware of.

Page 81

1 Q.    As of the time of the April 2017 diagnosis and

2 based on your assessment, how long do you think

3 Mr. Chavez had hairy cell leukemia?  If you have an

4 opinion.

5 A.    It's very hard to tell, especially he was a new

6 patient to Kaiser.  We don't have a previous record.

7 The only record we had was a lab report he brought us

8 from 2016.

9    So he had neutropenia, which means a low white

10 cell count, at that time.  So he -- he may have had the

11 disease since then, but I cannot say for sure.

12 Q.    Okay.  That's not something you're prepared to

13 give a medical opinion on; correct?

14 A.    No.

15 Q.    Is that correct?

16 A.    So he -- he had blood tests in 2016 which showed

17 the low cell counts.  His low cell counts at that time

18 could be due to the hairy cell leukemia, but without a

19 bone marrow biopsy at that time, I am not able to make a

20 diagnosis just based on blood counts.

21 Q.    Was Mr. Chavez's hairy cell leukemia staged?

22 A.    No.

23 Q.    Why not?

24 A.    It's a disease in his bone marrow and it goes to

25 his blood.  We typically don't stage hairy cell leukemia

Hao Wang, M.D., Ph.D.

Page 82

1  as Stage 1, 2, 3, 4.
2      MR. LAW:  Okay.  Dr. Wang, I believe that's all
3  the questions I have for now.  I may have some follow-up
4  ones, depending on what other questions are asked of
5  you.
6      Thank you for your time.
7      THE WITNESS:  Okay.  Thank you.
8      MR. NIELSEN:  Okay.  I have just a few
9  questions.
10                  EXAMINATION
11 BY MR. NIELSEN:
12 Q.    If you could go to Page 40 --
13 A.    Okay.
14 Q.    -- in the medical record.
15      Do you see where it says on there, under the
16 bone marrow core biopsy, it says, hairy cell leukemia
17 extensively involving a markedly hypercellular marrow,
18 approximately 70 percent involvement?
19 A.    Uh-huh.
20 Q.    What does the 70 percent mean?
21 A.    70 percent of the -- the cells they saw on the
22 bone marrow biopsy are leukemia cells.
23 Q.    In your experience, can hairy cell leukemia come
24 out of remission?
25 A.    Yes.  After treatment, a patient can go into

Page 83

1  remission, but a patient with disease can relapse.
2  Q.    And how common is it for hairy cell leukemia to
3  come out of remission or to relapse?
4  A.    It's not curable disease, so, eventually, the
5  disease will relapse.
6  Q.    Do you know typically what a time frame would be
7  for that?
8  A.    I would say for after treatment, for example,
9  cladribine, the median remission time is probably around
10 ten years.
11 Q.    And if hairy cell leukemia is not treated and
12 does not go into remission, will it eventually kill you?
13 A.    If it's not treated and it is progressed, yes,
14 it could kill you.
15 Q.    Do you know the general life expectancy for
16 someone with hairy cell leukemia not in remission?
17 A.    It's -- it could be -- it could be -- it could
18 be a few years.  And -- but majority -- majority of
19 those patients -- majority of hairy cell leukemia
20 patient will respond to treatment and -- and bring them
21 into remission.
22 Q.    Does the relapse time change after you've
23 relapsed multiple times?
24      MR. LAW:  Object as vague.
25      You can answer it.

Page 84

1  BY MR. NIELSEN:
2  Q.    Do you understand -- I think you told me the
3  median time frame was about ten years.
4  A.    Yes.
5  Q.    Correct?
6  A.    Uh-huh.
7  Q.    My question is, after a relapse --
8  A.    Uh-huh.
9  Q.    -- does it typically relapse more frequently in
10 the future after that?
11 A.    I think that's correct.
12 Q.    So it would be less than ten years, typically,
13 after you've relapsed once.
14 A.    That's correct.
15 Q.    Do you have a typical time period for how
16 long --
17 A.    I don't.
18 Q.    -- that would be?
19 A.    I don't have that.
20 Q.    Okay.  If Mr. Chavez was still your patient,
21 what would your recommendation be for him for future
22 treatment --
23      MR. LAW:  Object to --
24 BY MR. NIELSEN:
25 Q.    -- with regard to the hairy cell leukemia?

Page 85

1      MR. LAW:  Calls for speculation.
2      THE WITNESS:  Can I answer the question?
3      MR. LAW:  Sure.
4      MR. NIELSEN:  Yeah.
5      THE WITNESS:  Okay.
6      So it depends on how long the patient disease
7  stay in remission.  If it's more than two years, we
8  could re-treat again with the same medication, maybe
9  add another agent on that.  If his disease come back
10 less than two years, we may consider try a different
11 medication.
12 BY MR. NIELSEN:
13 Q.    And how often would you suggest that Mr. Chavez
14 be rechecked?
15 A.    Typically, for the, you know, first year of the
16 treatment, I will see the patient every three months or
17 so.  And after that, depends on his clinical situation.
18 It could be every, you know, four to six month for the
19 next couple years, and then maybe after that, maybe
20 every 6 to 12 months.
21 Q.    Okay.  And what would be involved in those
22 appointments?
23 A.    Well, repeat blood test to check his blood
24 counts and we'll also exam him for physical examination.
25 Q.    Physical examination, blood tests.

Page 86

1  A.    Uh-huh.
2  Q.    No biopsy unless there was some type of reading
3  on the blood count.
4  A.    That's correct.
5  Q.    Any other type of treatment that would be
6  required for a patient in remission?
7  A.    We typically do education about healthy
8  lifestyle and then monitor other malignancies.  But
9  unless there's some relapse of disease, he does not need
10 to repeat chemotherapy.
11 Q.    Are you familiar with Roundup --
12 A.    No.
13 Q.    -- the pesticide or weed killer?
14 A.    Not -- not really.
15 Q.    You've never used it?
16 A.    No.
17        MR. NIELSEN:  That's all the questions I have.
18                   EXAMINATION
19 BY MR. LAW:
20 Q.    Doctor, just a couple of follow-ups.
21        The data or the estimates that you gave in terms
22 of chances of relapse in the median years, what is the
23 source of that information?
24 A.    You probably can find that information on
25 UpToDate.com as well.  They may have some reference

Page 87

1  there, but I don't recall the references.
2  Q.    Okay.  And in terms of in the event that there
3  is a relapse, would you agree that it would likely
4  respond to salvage therapy with alternative purine
5  analogue or BRAF inhibitor?
6  A.    It more likely could respond.
7  Q.    Okay.  Can you tell us what salvage therapy with
8  alternative purine analogue or BRAF inhibitor is?
9  A.    So that depends on the time of remission.  If
10 it's more than two years when the disease relapse, I may
11 use the same medication, plus maybe rituximab on top of
12 that.  If it's less than two years, I may use
13 pentostatin and other treatment.
14 Q.    Okay.  Would it be accurate that -- that
15 there -- well, strike that.
16        You would agree that the longer a person stays
17 in remission from hairy cell leukemia, the older they
18 get and the more likely they could die from other
19 causes.  Would you agree with that, as a general
20 statement?
21 A.    Yes.
22 Q.    So if Mr. Chavez did have a relapse at the
23 median age of ten years, which he was I think what?
24 About 64 when he was first diagnosed?
25 A.    Yeah.  About 60 -- 62, maybe.  He was diagnosed

Page 88

1  in April 2017, so it was 62 years old.
2  Q.    Okay.  So if he -- let me re-ask the question.
3        So if he was relapsed at the ten-year point,
4  he'd be 72; correct?
5  A.    Correct.
6  Q.    And then it's -- if he had the salvage therapy,
7  he potentially could live longer; correct?
8  A.    Correct.
9  Q.    And then even if it weren't the full ten years,
10 he'd be getting close to the average life expectancy of
11 a male in the United States; correct?
12 A.    Well, patient who had good response, hairy cell
13 leukemia patient who had a good response to
14 chemotherapy, may have a near normal life span.
15        MR. LAW:  That's all the questions I have.
16        Thank you.
17        MR. NIELSEN:  I don't have anything else.
18        VIDEO OPERATOR:  We're now going off the record.
19        The time is 5:03 p.m.
20        (Discussion off the record.)
21        MR. NIELSEN:  All right.  We'll stipulate to
22 relieve the court reporter of her duties.  The
23 transcript will be sent directly to Dr. Wang.
24        Where do you want it sent, Doctor?  Do you have
25 an address that you want it sent to?

Page 89

1        MR. LAW:  Same place as the --
2        MR. NIELSEN:  Subpoena.
3        MR. LAW:  -- Subpoena?
4        THE WITNESS:  Yeah, that should be okay.  What's
5  the address on the --
6        MR. LAW:  Let's see.  You know what?  It's in
7  there.
8        THE WITNESS:  Are you going to send it out by
9  FedEx or something or --
10       MR. LAW:  I think it goes by regular mail;
11 right?
12       THE COURT REPORTER:  I am not sure.
13       THE WITNESS:  So if you want sent direct to me,
14 you can send to the address here.  It's 5601 De Soto
15 Avenue, Woodland Hills, California, 91367.
16       MR. NIELSEN:  Made attention to you?
17       THE WITNESS:  Uh-huh.  Attention to me,
18 Department of Oncology.
19       MR. NIELSEN:  And Dr. Wang will have 30 days to
20 review the transcript.
21       If you want to make any changes to the
22 transcript, you will let counsel know within 30 days.
23 If not, the transcript will be deemed signed.  If the
24 transcript is lost or destroyed, a certified copy may be
25 used in lieu of the original.

Page 90

1    MR. LAW:  So stipulated.

2    THE WITNESS:  So if I need to make some changes,

3 how do I let you guys know?

4    MR. LAW:  Let the court reporter know and she'll

5 let us know.

6    MR. NIELSEN:  Yeah.

7    MR. LAW:  So it will come from her.

8    MR. NIELSEN:  There will be a little booklet,

9 there's a sheet in there.

10    THE WITNESS:  Uh-huh.  Uh-huh.

11    MR. NIELSEN:  If you need to make any changes,

12 you write them down and let the court reporter know.

13    THE WITNESS:  Okay.  Okay.

14    (Whereupon the deposition concluded at 5:05

15 p m.)

16         TESTIMONY CLOSED

17

18

19

20

21

22

23

24

25

Page 91

1 STATE OF CALIFORNIA        )

2 COUNTY OF LOS ANGELES        )

3       I, ROSEMARY LOCKLEAR, a Certified Shorthand

4 Reporter of the State of California, duly authorized to

5 administer oaths pursuant to Section 2025 of the

6 California Code of Civil Procedure, do hereby certify

7 that

8       HAO WANG, M.D., Ph.D., the witness in the

9 foregoing deposition, was by me duly sworn to testify

10 the truth, the whole truth and nothing but the truth in

11 the within-entitled cause; that said testimony of said

12 witness was reported by me, a disinterested person, and

13 was thereafter transcribed under my direction into

14 typewriting and is a true and correct transcription of

15 said proceedings.

16       I further certify that I am not of counsel or

17 attorney for either or any of the parties in the

18 foregoing deposition and caption named, nor in any

19 way interested in the outcome of the cause named in

20 said deposition dated the_____ day of

21 _____, 2019.

22

23

24

25 ROSEMARY LOCKLEAR, RPR, CRR, CSR 13969

Page 92

1         INSTRUCTIONS TO WITNESS

2

3

4       Please read your deposition over carefully and

5 make any necessary corrections.  You should state the

6 reason in the appropriate space on the Errata Sheet for

7 any corrections that are made.

8       After doing so, please sign the Errata Sheet

9 and date it.

10       You are signing same subject to the changes

11 you have noted on the Errata Sheet, which will be

12 attached to your deposition.

13       It is imperative that you return the original

14 Errata Sheet to the deposing attorney within thirty (30)

15 days of receipt of the deposition transcript by you.  If

16 you fail to do so, the deposition transcript may be

17 deemed to be accurate and may be used in court.

18

19

20

21

22

23

24

25

Page 93

1         E R R A T A

2         - - - - - -

3

4 PAGE  LINE  CHANGE

5 ____  ___  _____

6 REASON:_____

7

8 PAGE  LINE  CHANGE

9 ____  ___  _____

10 REASON:_____

11

12 PAGE  LINE  CHANGE

13 ____  ___  _____

14 REASON:_____

15

16 PAGE  LINE  CHANGE

17 ____  ___  _____

18 REASON:_____

19

20 PAGE  LINE  CHANGE

21 ____  ___  _____

22 REASON:_____

23

24

25

Page 94

```
 1              ACKNOWLEDGEMENT OF DEPONENT
 2
 3
 4       I, _____, do hereby certify
 5   that I have read the foregoing pages, and that the same
 6   is a correct transcription of the answers given by me to
 7   the questions therein propounded, except for the
 8   corrections or changes in form or substance, if any,
 9   noted in the attached Errata Sheet.
10
11
12
13   _____
14   HAO WANG, M.D., Ph.D.            DATE
15
16   Subscribed and sworn
     to before me this
17   _____ day of _____, 20____.
18
     My commission expires:_____
19
20   _____
     Notary Public
21
22
23
24
25
```

Page 95

```
 1            LAWYER'S NOTES
 2   PAGE LINE
 3   _____ _____ _____
 4   _____ _____ _____
 5   _____ _____ _____
 6   _____ _____ _____
 7   _____ _____ _____
 8   _____ _____ _____
 9   _____ _____ _____
10   _____ _____ _____
11   _____ _____ _____
12   _____ _____ _____
13   _____ _____ _____
14   _____ _____ _____
15   _____ _____ _____
16   _____ _____ _____
17   _____ _____ _____
18   _____ _____ _____
19   _____ _____ _____
20   _____ _____ _____
21   _____ _____ _____
22   _____ _____ _____
23   _____ _____ _____
24   _____ _____ _____
25   _____ _____ _____
```