David J. Wool (SBN 324124)
**ANDRUS WAGSTAFF, PC**
7171 W. Alaska Drive
Lakewood, CO  80226
Telephone: 303-376-6360
Fax: 303-376-6361
david.wool@andruswagstaff.com

*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: | |
| *Charles Bridgeman v. Monsanto Company* *3:16-cv-05785-VC* | |

**NOTICE OF APPEARANCE ON BEHALF OF PLAINTIFF**

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to Pretrial Order No. 1, David J. Wool of the law firm Andrus Wagstaff, PC, hereby enters an appearance as counsel for Plaintiff in the above-captioned matter and respectfully requests that all pleadings, notices, orders, correspondence, ,and other papers in connection with this action be served on and directed to the undersigned counsel.

Dated: November 21, 2019            **ANDRUS WAGSTAFF, PC**

By:   /s/ *David J. Wool*
         David J. Wool (SBN 324124)
         7171 W. Alaska Drive
         Lakewood, CO  80226
         Telephone: 303-376-6360
         David.wool@andruswagstaff.com
         *Counsel for Plaintiff*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 21st day of November 2019, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

/s/ David J. Wool