

**David J. Wool, Esq.**
*Licensed in Colorado and Tennessee*
David.Wool@AndrusWagstaff.com

7171 W Alaska Drive
Lakewood, Colorado 80226
Office: (303) 376-6360
Fax: (303) 376-6361
Website: www.AndrusWagstaff.com

November 21, 2019

**FILED VIA ECF**
Hon. Vince Chhabria
United States District Court
Northern District of California

  RE: *Charles Bridgeman v. Monsanto Co.,* MDL 2741; 3:16-cv-05785-VC
   In re Roundup Product Liability Litigation

Dear Hon. Vince Chhabria:

  Plaintiff Charles Bridgeman, deceased, and Monsanto submit this joint letter brief to respectfully request moving Mr. Bridgeman's action from the Wave II group of cases.

  Mr. Bridgeman's spouse, Patricia Bridgeman, underwent bariatric surgery in October of this year and is still recuperating, making her participation in deposition or any other court proceedings exceedingly difficult. What is more, the family is still sorting out estate issues. Because of this, complying with the tight deadlines required by the protocol governing Wave II cases will be very taxing on Mrs. Bridgeman and her family. Accordingly, the Parties agree that Mr. Bridgeman's case should be removed from Wave II to allow the issues above to be resolved and jointly request that the Court move Mr. Bridgeman's case out of the Wave II group of plaintiffs.

        Respectfully Submitted,

        /s/ David Wool
        David J. Wool, Esq.
        **ANDRUS WAGSTAFF, PC**
        7171 W. Alaska Drive
        Lakewood, CO 80226
        Tel: 303-376-6360
        David.Wool@andruswagstaff.com

        *Counsel for Plaintiff*

        /s/ Anthony Martinez
        Anthony Martinez, Esq.
        **Shook, Hardy & Bacon LLP**
        2555 Grand Blvd.
        Kansas City, MO 64108
        amartinez@shb.com

        *Counsel for Defendant Monsanto Co.*