UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) MDL No. 2741 ) ) Case No. 3:16-md-02741-VC ) 3:16-cv-05785-VC |
| This document relates to: *Charles Bridgeman v. Monsanto Co.*, Case No. 3:16-cv-05785 | ) ) ) ) ) ) |

### ORDER RE STIPULATION TO REMOVE PLAINTIFF CHARLES BRIDGEMAN FROM WAVE 2

Upon consideration of the joint letter brief, the parties' request to remove plaintiff Charles Bridgeman from Wave 2 is GRANTED.

DATE: _____, 2019.        _____
                                            HONORABLE VINCE CHHABRIA
                                            UNITED STATES DISTRICT COURT