## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION** | Master File No.: 3:16-MD-02741-VC<br>MDL No.: 2741 |
| **THIS DOCUMENT RELATES TO:**<br>*Hiram Carriere v. Monsanto Company*<br>**Case No.**: 3:19-cv-06830-VC | **VINCE CHHABRIA**<br>**U.S. DISTRICT JUDGE** |

PLEASE TAKE NOTICE that, pursuant to Pretrial Order No. 1, Wesley D. Merillat, of the firm Charles E. Boyk Law Offices, LLC, hereby enters his appearance in the above-captioned matter as counsel for plaintiff, Hiram Carriere, and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served on and directed to the undersigned counsel.

Dated: November 22, 2019

                                                 /s/ Wesley D. Merillat
                                       Wesley D. Merillat (OH 0080253)
                                       CHARLES E. BOYK LAW OFFICES, LLC
                                       405 Madison Avenue, Suite 1200
                                       Toledo, Ohio 43604
                                       Telephone:  (419) 241-1395
                                       Facsimile:  (419) 241-8731
                                       Email:  wmerillat@charlesboyk-law.com
                                       *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of November 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

    /s/ Wesley D. Merillat
Wesley D. Merillat (OH 0080253)
CHARLES E. BOYK LAW OFFICES, LLC
*Attorney for Plaintiff*