# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION** | Master File No.: 3:16-MD-02741-VC <br> MDL No.: 2741 |
| **THIS DOCUMENT RELATES TO:** <br> *Manuel Cobian v. Monsanto Company* <br> **Case No.**: 3:19-cv-07351-VC | **VINCE CHHABRIA** <br> **U.S. DISTRICT JUDGE** |

PLEASE TAKE NOTICE that, pursuant to Pretrial Order No. 1, Wesley D. Merillat, of the firm Charles E. Boyk Law Offices, LLC, hereby enters his appearance in the above-captioned matter as counsel for plaintiff, Manuel Cobian, and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served on and directed to the undersigned counsel.

Dated: November 22, 2019

    /s/ Wesley D. Merillat
Wesley D. Merillat (OH 0080253)
CHARLES E. BOYK LAW OFFICES, LLC
405 Madison Avenue, Suite 1200
Toledo, Ohio 43604
Telephone:  (419) 241-1395
Facsimile:   (419) 241-8731
Email:  wmerillat@charlesboyk-law.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of November 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

      /s/ Wesley D. Merillat
Wesley D. Merillat (OH 0080253)
CHARLES E. BOYK LAW OFFICES, LLC
*Attorney for Plaintiff*