# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION** | Master File No.: 3:16-MD-02741-VC <br> MDL No.: 2741 |
| **THIS DOCUMENT RELATES TO:** <br><br> *Edward Danecki v. Monsanto Company* <br><br> **Case No.**: 3:19-cv-07378-VC | **VINCE CHHABRIA** <br> **U.S. DISTRICT JUDGE** |

PLEASE TAKE NOTICE that, pursuant to Pretrial Order No. 1, Wesley D. Merillat, of the firm Charles E. Boyk Law Offices, LLC, hereby enters his appearance in the above-captioned matter as counsel for plaintiff, Edward Danecki, and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served on and directed to the undersigned counsel.

Dated: November 22, 2019

              /s/ Wesley D. Merillat
             Wesley D. Merillat (OH 0080253)
             CHARLES E. BOYK LAW OFFICES, LLC
             405 Madison Avenue, Suite 1200
             Toledo, Ohio 43604
             Telephone:  (419) 241-1395
             Facsimile:   (419) 241-8731
             Email:  wmerillat@charlesboyk-law.com
             *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 22nd day of November 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

    /s/ Wesley D. Merillat
Wesley D. Merillat (OH 0080253)
CHARLES E. BOYK LAW OFFICES, LLC
*Attorney for Plaintiff*