IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION** | Master File No.: 3:16-MD-02741-VC<br>MDL No.: 2741 |
| **THIS DOCUMENT RELATES TO:**<br><br>*Raymond Jackson v. Monsanto Company*<br><br>**Case No.**: 3:19-cv-07367-VC | **VINCE CHHABRIA**<br>**U.S. DISTRICT JUDGE** |

 PLEASE TAKE NOTICE that, pursuant to Pretrial Order No. 1, Wesley D. Merillat, of the firm Charles E. Boyk Law Offices, LLC, hereby enters his appearance in the above-captioned matter as counsel for plaintiff, Raymond Jackson, and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served on and directed to the undersigned counsel.

Dated: November 22, 2019

               /s/ Wesley D. Merillat
              Wesley D. Merillat (OH 0080253)
              CHARLES E. BOYK LAW OFFICES, LLC
              405 Madison Avenue, Suite 1200
              Toledo, Ohio 43604
              Telephone:  (419) 241-1395
              Facsimile:   (419) 241-8731
              Email:  wmerillat@charlesboyk-law.com
              *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of November 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

    /s/ Wesley D. Merillat
Wesley D. Merillat (OH 0080253)
CHARLES E. BOYK LAW OFFICES, LLC
*Attorney for Plaintiff*