UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) MDL No. 2741 ) ) Case No. 3:16-md-02741-VC )          3:16-cv-05785-VC |
| This document relates to: *Charles Bridgeman v. Monsanto Co.*, Case No. 3:16-cv-05785 | ) ) ) ) ) ) ) |

**ORDER RE STIPULATION TO REMOVE PLAINTIFF CHARLES BRIDGEMAN FROM WAVE 2**

Upon consideration of the joint letter brief, the parties' request to remove plaintiff Charles Bridgeman from Wave 2 is GRANTED.

DATE: __November 22_____, 2019.      _____
                                         HONORABLE VINCE CHHABRIA
                                         UNITED STATES DISTRICT COURT