UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL NO. 2741<br>Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>*Timothy Ray Billingsley, et al. v. Monsanto Co.,*<br>Case No. 3:18-cv-05309-VC | |

## JOINT STIPULATION OF DISMISSAL

**WHEREAS**, Pretrial Order No. 149 requires Plaintiffs in multi-plaintiff complaints be severed and each plaintiff file individual short form complaints;

**WHEREAS**, Pretrial Order No. 155 requires the parties to file joint stipulations of dismissal in the multi-plaintiff complaints;

**WHEREAS**, Plaintiffs Timothy Lee Enis, Kristin Leigh Heath, Michael Jamison, Edna Dianne Jenkins (deceased), by and through her widower, Charles Jenkins, Tommy Jones (deceased), by and through his daughter, Dianne Jones Morris, Stacy Allen King (now deceased, by and through his widow, Pam King, John Franklin Lumsden (deceased), by and through his daughter, Lisa Holloway, Terry Dean Moore, Marshal Mundinger, Norman Mundinger, Debra Ann Pharr, Margaret H. Ricks, Danny Threet (deceased), by and through his widow, Lisa Threet, Paul Daniel Warren (now deceased), by and through his widow, Nancy Warren, Mary Kathryn Keene Williams, Mitchell R. Williams, and Bobby Joe Wooten first filed their case against Defendant Monsanto Co. in the United States District Court for the Northern District of Mississippi which was transferred to the Multi-District Litigation Court in the United States District Court for the Northern District of California; and

1

WHEREAS, once the Plaintiffs listed above are dismissed, Plaintiff Timothy Ray Billingsley (deceased), by and through his mother, Sue Billingsley will remain the sole plaintiff in Case No. 3:18-cv-05309-VC.

**THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiffs and Defendant, by and through their respective counsel, that:

1. Plaintiffs Timothy Lee Enis, Kristin Leigh Heath, Michael Jamison, Edna Dianne Jenkins (deceased), by and through her widower, Charles Jenkins, Tommy Jones (deceased), by and through his daughter, Dianne Jones Morris, Stacy Allen King (now deceased, by and through his widow, Pam King, John Franklin Lumsden (deceased), by and through his daughter, Lisa Holloway, Terry Dean Moore, Marshal Mundinger, Norman Mundinger, Debra Ann Pharr, Margaret H. Ricks, Danny Threet (deceased), by and through his widow, Lisa Threet, Paul Daniel Warren (now deceased), by and through his widow, Nancy Warren, Mary Kathryn Keene Williams, Mitchell R. Williams, and Bobby Joe Wooten may voluntarily dismiss their case without prejudice from *Timothy Ray Billingsley, et al. v. Monsanto Co.,* Case No. 3:18-cv-05309-VC, and refile as individuals and in separate cases with a short form complaint in the Northern District of California pursuant to Pretrial Order Nos. 149 and 155;

2. By voluntarily dismissing their case, Plaintiffs are not waving their right to request the trial court, upon remand, to try the Plaintiffs initially joined in the original Complaint, together. Defendant Monsanto Co. reserves the right to object to joinder of Plaintiffs for trial purposes.

(*intentionally left blank*)

Respectfully submitted this the 1st day of September, 2019.

| | |
|---|---|
| /s/ *John Arthur Eaves, Jr.* | /s/ *Martin C. Calhoun* |
| John Arthur Eaves, Jr. (MS Bar #8843) | Martin C. Calhoun |
| Eaves Law Firm, LLC | Hollingsworth LLP |
| 101 North State Street | 1350 I Street, N.W. |
| Jackson, MS  39201 | Washington, DC  20005 |
| (601) 355-7961 – Telephone | (202) 898-5867 – Telephone |
| (601) 355-0530 – Facsimile | (202) 682-1639 – Facsimile |
| johnjr@eaveslawmail.com | mcalhoun@hollingsworthllp.com |
| *Attorney for Plaintiffs* | *Attorney for Defendant* |

## CERTIFICATE OF SERVICE

I, hereby certify that on the 1st day of September, 2019, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

/s/ *John Arthur Eaves, Jr.*
John Arthur Eaves, Jr. (MS Bar #8843)

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL NO. 2741<br>Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>*Timothy Ray Billingsley, et al. v. Monsanto Co.,*<br>Case No. 3:18-cv-05309-VC | |

### [PROPOSED] ORDER GRANTING JOINT STIPULATION OF DISMISSAL

Upon consideration of the parties' Joint Stipulation of Dismissal filed on September 1, 2019:

**IT IS HEREBY ORDERED** that the parties' Joint Stipulation of Dismissal is GRANTED with each party bearing their own costs and attorney's fees.

**ORDERED** this the _____ day of _____, 2019.

_____
Honorable Vince Chhabria
United States District Judge
United State District Court for the Northern
    District of California

1