UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL NO. 2741<br>Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>*Jill L. Bourgeois, et al. v. Monsanto Co.,*<br>Case No. 3:18-cv-05249-VC | |

## JOINT STIPULATION OF DISMISSAL

**WHEREAS**, Pretrial Order No. 149 requires Plaintiffs in multi-plaintiff complaints be severed and each plaintiff file individual short form complaints;

**WHEREAS**, Pretrial Order No. 155 requires the parties to file joint stipulations of dismissal in the multi-plaintiff complaints;

**WHEREAS**, Plaintiffs Steven Bussard, Arthur Mac Clements, William Hambright, Willie Hill (now deceased), by and through his widow, Ruby Hill, Marla Rachel Hughes, L. Marie Jackson, Emily Dale Hasty Jones, Gloria J. McRaney, Linda J. Munn, Phyllis E. Parker, Gregory Watts Simms (deceased), by and through his widow, Anita Dolanda McArthur Simms, Timothy M. Smith (deceased), by and through his widow, Elaine Gordon Smith, Cecil Taylor, and Judy Elaine W. Wright (deceased), by and through her widower, Hershel Wright first filed their case against Defendant Monsanto Co. in the United States District Court for the Southern District of Mississippi which was transferred to the Multi-District Litigation Court in the United States District Court for the Northern District of California; and

**WHEREAS**, once the Plaintiffs listed above are dismissed, Plaintiff Jill L. Bourgeois will remain the sole plaintiff in Case No. 3:18-cv-05249-VC.

1

**THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiffs and Defendant, by and through their respective counsel, that:

1. Plaintiffs Steven Bussard, Arthur Mac Clements, William Hambright, Willie Hill (now deceased), by and through his widow, Ruby Hill, Marla Rachel Hughes, L. Marie Jackson, Emily Dale Hasty Jones, Gloria J. McRaney, Linda J. Munn, Phyllis E. Parker, Gregory Watts Simms (deceased), by and through his widow, Anita Dolanda McArthur Simms, Timothy M. Smith (deceased), by and through his widow, Elaine Gordon Smith, Cecil Taylor, and Judy Elaine W. Wright (deceased), by and through her widower, Hershel Wright may voluntarily dismiss their case without prejudice from *Jill L. Bourgeois, et al. v. Monsanto Co.,* Case No. 3:18-cv-05249-VC, and refile as individuals and in separate cases with a short form complaint in the Northern District of California pursuant to Pretrial Order Nos. 149 and 155;

2. By voluntarily dismissing their case, Plaintiffs are not waving their right to request the trial court, upon remand, to try the Plaintiffs initially joined in the original Complaint, together. Defendant Monsanto Co. reserves the right to object to joinder of Plaintiffs for trial purposes.

Respectfully submitted this the 1st day of September, 2019.

| | |
|---|---|
| /s/ *John Arthur Eaves, Jr.* | /s/ *Martin C. Calhoun* |
| John Arthur Eaves, Jr. (MS Bar #8843) | Martin C. Calhoun |
| Eaves Law Firm, LLC | Hollingsworth LLP |
| 101 North State Street | 1350 I Street, N.W. |
| Jackson, MS 39201 | Washington, DC 20005 |
| (601) 355-7961 – Telephone | (202) 898-5867 – Telephone |
| (601) 355-0530 – Facsimile | (202) 682-1639 – Facsimile |
| johnjr@eaveslawmail.com | mcalhoun@hollingsworthllp.com |
| *Attorney for Plaintiffs* | *Attorney for Defendant* |

## CERTIFICATE OF SERVICE

I, hereby certify that on the 1st day of September, 2019, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

/s/ *John Arthur Eaves, Jr.*
John Arthur Eaves, Jr. (MS Bar #8843)

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL NO. 2741<br>Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>*Jill L. Bourgeois, et al. v. Monsanto Co.,*<br>Case No. 3:18-cv-05249-VC | |

**[PROPOSED] ORDER GRANTING JOINT STIPULATION OF DISMISSAL**

Upon consideration of the parties' Joint Stipulation of Dismissal filed on September 1, 2019:

**IT IS HEREBY ORDERED** that the parties' Joint Stipulation of Dismissal is GRANTED with each party bearing their own costs and attorney's fees.

**ORDERED** this the _____ day of _____, 2019.

_____
Honorable Vince Chhabria
United States District Judge
United State District Court for the Northern
   District of California

1