1  Marty F. Kirk
   SHOOK, HARDY & BACON L.L.P.
2  2555 Grand Blvd.
   Kansas City, MO 64108
3  Telephone:     816-474-6550
   Facsimile:     816-421-5547
4
   *Attorney for Defendant*
5  *Monsanto Company*

6                 UNITED STATES DISTRICT COURT

7                 NORTHERN DISTRICT OF CALIFORNIA

8  IN RE:  ROUNDUP PRODUCTS LIABILITY     )   Case No. MDL No. 2741
   LITIGATION                              )
9                                          )   Case No. MDL No. 3:16-md-02741-VC
   This document relates to:               )
10 *Louisa Underwood v. Monsanto Company,* )
   Case No.  3:18-cv-06805-VC              )
11                                         )   **NOTICE OF APPEARANCE ON BEHALF**
                                           )   **OF MONSANTO COMPANY**
12                                         )
                                           )
13                                         )

14 **TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

15         PLEASE TAKE NOTICE that, pursuant to Pretrial Order No. 1, Kirk F. Marty, of the firm

16 Shook, Hardy & Bacon L.L.P. hereby enters an appearance as counsel for Defendant MONSANTO

17 COMPANY in the above-captioned matter and respectfully requests that all pleadings, notices,

18 orders, correspondence, and other papers in connection with this action be served on and directed to

19 the undersigned counsel.

20 November 22, 2019                      Respectfully Submitted

21                                        SHOOK, HARDY & BACON L.L.P.

22                                    By: /s/ *Marty F. Kirk*
                                          Marty F. Kirk
23                                        SHOOK HARDY & BACON L.L.P.
                                          2555 Grand Blvd.
24                                        Kansas City, MO 64108
                                          Telephone:     (816) 474-6550
25                                        Facsimile:     (816) 421-5547
                                          kmarty@shb.com
26
                                          *ATTORNEY FOR DEFENDANT*
27                                        *MONSANTO COMPANY*

28

**CERTIFICATE OF SERVICE**

I hereby certify that, on November 22, 2019, I electronically filed NOTICE OF APPEARANCE OF KIRK F. MARTY ON BEHALF OF DEFENDANT MONSANTO COMPANY with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

DATED: November 22, 2019  Respectfully submitted,

*/s/ Kirk F. Marty*
Kirk F. Marty
SHOOK HARDY & BACON L.L.P.
2555 Grand Blvd
Kansas City, MO 64108
Telephone:  (816) 474-6550
Facsimile:   (816) 421-5547
kmarty@shb.com

*Attorney for Defendant,*
*MONSANTO COMPANY*