**David J. Diamond, Esq.**
State Bar #010842
698 E. Wetmore Rd., Suite 200
Tucson, AZ 85705
(520) 620-3975
ddiamond@goldbergandosborne.com

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Master Docket Case No. 16-md-02741-VC |
| **THIS DOCUMENT RELATES TO:** | Honorable Vince Chhabria |
| Jaime Alvarez Calderon | Case No. 3:19-cv-01630 |
| v. | |
| Monsanto Company | |

### STIPULATION TO ADOPT DEADLINES RE: DR. SAWYER

The Parties stipulate and respectfully request the Court to adopt the deadlines proposed below concerning Dr. Sawyer in the Alvarez matter. For background, on Thursday, November 15, 2019, this Court issued PTO 189 allowing Mr. Alvarez to file a rebuttal report by Dr. Sawyer. Shortly thereafter, counsel for the Parties emailed and spoke, in accordance with PTO 7, to work out the earliest dates possible, based upon Dr. Sawyer's availability and schedule, for his deposition and report. Also discussed and agreed upon were short extensions of the motion deadlines concerning Dr. Sawyer in the Alvarez matter. The following are the proposed deadlines:

| Event | Date |
|---|---|
| Disclosure of Dr. Sawyer's Report | 12/12/19 |
| Dr. Sawyer's Deposition | 12/21/19 |
| Deadline for Monsanto to File *Daubert* Motion | 12/30/19 |

| Deadline for Mr. Alvarez's Opposition | 1/6/19 |
| --- | --- |
| Deadline for Monsanto's Reply | 1/13/19 |

This stipulation is made in good faith after consultation and for good cause. It is not made for purposes of delay. As such, the Parties' jointly and respectfully request that the Court issue an Order adopting the deadlines detailed above.

Dated: November 22, 2019

/s/  David J. Diamond
David J. Diamond, Esq.
GOLDBERG & OSBORNE LLP
698 E. Wetmore Road, Suite 200
Tucson, AZ 85705
Tel: (520) 620-3975

*Attorney for Plaintiff Jaime Alvarez Calderon*

/s/   Kathryn Podsiadlo
Kathryn Podsiadlo, Esq.
ARNOLD & PORTER
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844
Tel: (213) 243-4273

*Attorney for Defendant Monsanto Company*

### CERTIFICATE OF SERVICE

I, David J. Diamond, hereby certify that on November 22, 2019, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

/s/ David J. Diamond