UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 16-md-02741-VC |
| This document relates to: *Burchfield v. Monsanto Co.*, 19-cv-1187 | **PRETRIAL ORDER NO. 193: GRANTING MOTION TO DISMISS** |
| | Re: Dkt. No. 6928 |

Monsanto's motion to dismiss is granted. Steven Burchfield did not provide a plaintiff fact sheet as required by Pretrial Order No. 50, Dkt. No. 1883. Burchfield's claims are dismissed with prejudice for failure to prosecute. *See* Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED.**

Dated: November 25, 2019

VINCE CHHABRIA
United States District Judge