Curtis G. Hoke (SBN 282465)
**THE MILLER FIRM, LLC**
108 Railroad Avenue
Orange, Virginia 22960
Tel: (540) 672-4224
Fax: (540) 672-3055
Email: choke@millerfirmllc.com

Steven J. Brady (SBN 116651)
**BRADY LAW GROUP**
1015 Irwin Street
San Rafael, California 94901
Tel: (415) 459-7300
Fax: (415) 459-7303
Email: SteveBrady@bradylawgroup.com

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Victor Berliant, et al. v. Monsanto Company, et al.*, Case No.: 3:19-cv-07189-VC | MDL No.: 2741<br><br>Case No.: 3:16-md-2741-VC<br><br>**DECLARATION OF VICTOR BERLIANT IN SUPPORT OF PLAINTIFF'S REPLY BRIEF IN SUPPORT OF HIS EMERGENCY MOTION TO REMAND** |

## DECLARATION OF VICTOR BERLIANT

I, Victor Berliant declare as follows:

1. I am over the age of 18. I make the statements set forth herein based upon my personal knowledge and experience. If I were called to testify, I could and would competently testify to the following:

2. In September, 2016, I purchased and used Roundup® from Chase Ace Hardware Garden & Gift Emporium located at 1826 4th Street, San Rafael, California 94901. I continued to use Roundup® purchased from Chase Ace Hardware until 2017.

3. I was not diagnosed with non-Hodgkin's lymphoma until December, 2018. I had previously been advised that I had an elevated white blood cell count in December, 2016, but I was not diagnosed with any cancer at that time.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 25th day of November, 2019 at San Rafael, California.

_____
Victor Berliant

DECLARATION OF VICTOR BERLIANT
3:19-CV-07189-VC

**CERTIFICATE OF SERVICE**

    I, Curtis Hoke, hereby certify that, on November 25, 2019, I electronically filed the foregoing with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

                                        /s/ Curtis G. Hoke
                                        Curtis G. Hoke