Curtis G. Hoke (SBN 282465)
**THE MILLER FIRM, LLC**
108 Railroad Avenue
Orange, Virginia 22960
Tel: (540) 672-4224
Fax: (540) 672-3055
Email: choke@millerfirmllc.com

Steven J. Brady (SBN 116651)
**BRADY LAW GROUP**
1015 Irwin Street
San Rafael, California 94901
Tel: (415) 459-7300
Fax: (415) 459-7303
Email: SteveBrady@bradylawgroup.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Victor Berliant, et al. v. Monsanto Company, et al.*, Case No.: 3:19-cv-07189-VC | MDL No.: 2741<br><br>Case No.: 3:16-md-2741-VC<br><br>**SUPPLEMENTAL DECLARATION OF CURTIS G. HOKE IN SUPPORT OF PLAINTIFF'S EMERGENCY MOTION TO REMAND THE CASE TO THE SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA AND FOR ATTORNEY FEES AND COSTS PURSUANT TO 28 U.S.C. § 1447(c)** |

## SUPPLEMENTAL DECLARATION OF CURTIS G. HOKE

I, Curtis G. Hoke declare as follows:

1. I am an attorney licensed to practice in the State of California and admitted practice and in good standing in the United States District Court for the Northern and Central Districts of California. I am an attorney at The Miller Firm, LLC and counsel of record for Plaintiffs in the above-referenced action. I make this Declaration based on my personal knowledge, and, if called as a witness, I could and would testify competently to these matters.

2. Attached hereto as **Exhibit 1** is a true and correct copy of "Minimum Latency & Types or Categories of Cancer", John Howard, Administrator, World Trade Center Health Program dated October 17, 2019 (revised May 1, 2013 and November 7, 2014).

3. Attached hereto as **Exhibit 2** is a true and correct copy of a relevant excerpt of Mr. Berlaint's medical records from The Permanente Medical Group: VB-01-000177 – VB-01-000181 (with personal identifying information redacted; highlights in original).

4. Attached hereto as **Exhibit 3** is a true and correct copy of a relevant excerpt of Mr. Berliant's medical records from The Permanente Medical Group: VB-01-000964 - 65 (with personal identifying information redacted).

5. From October 31, 2019 through November 4, 2019, I expended the following hours in this litigation:

   a. Reviewing Monsanto's removal papers; legal research; reviewing medical records: 6 hours

   b. Drafting Plaintiff's Emergency Motion to Remand, Memorandum of Points and Authorities, and Declaration: 10 hours

6. From November 21, 2019 through November 23, 2019, I expended the following hours in this litigation

    a. Reviewing Monsanto's Opposition papers; legal research: 3 hours

    b. Drafting Plaintiff's Reply in Support of Plaintiff's Emergency Motion to Remand: 7 hours.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 25th day of November, 2019 at Orange, Virginia.

*/s/ Curtis G. Hoke*

Curtis G. Hoke

**CERTIFICATE OF SERVICE**

    I, Curtis Hoke, hereby certify that, on November 25, 2019, I electronically filed the foregoing with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

                                          /s/ Curtis G. Hoke
                                          Curtis G. Hoke