# EXHIBIT 2



**THE PERMANENTE MEDICAL GROUP**

| | | |
|---|---|---|
| SRF-MAIN CAMPUS | Berliant, Victor E | |
| 99 MONTECILLO ROAD | MRN: ███████, DOB: ███████, Sex: M | |
| SAN RAFAEL CA 94903-3308 | Visit date: 2/17/2017 | |
| Encounter Record | | |

## Office Visit
**2/17/2017**

### Visit Information

| Date & Time | Provider | Department | Encounter # |
|---|---|---|---|
| 2/17/2017  1:30 PM | Beach, Lynn Catherine (N.P.) | ONCOLOGY | 507955104 |

### Reason For Encounter History

| User | Date & Time | Reason For Encounter |
|---|---|---|
| Gudeysky, Victoria Y (M.A.) | 02/17/2017 01:32 PM | CONSULTATION |
| | | Comment:  new pt |

### Diagnoses

| | Comments |
|---|---|
| **LEUKOCYTOSIS**   -  Primary | |
| **THYROIDITIS** | |
| **HYPERLIPIDEMIA** | |

### Encounter Messages
No messages in this encounter

### Patient Secure Message
No messages in this encounter

### Progress Notes

**Progress Notes signed by Smith, Susan F. (M.A.) at 2/17/2017  3:02 PM**                                                   Version 1 of 1

| Author: Smith, Susan F. (M.A.) | Service: — | Author Type: MEDICAL ASSISTANT |
|---|---|---|
| Filed: 2/17/2017  3:02 PM | Creation Time: 2/17/2017  3:01 PM | Status: Signed |
| Editor: Smith, Susan F. (M.A.) (MEDICAL ASSISTANT) | | |

Pt placed on HC booklist

Electronically signed by Smith, Susan F. (M.A.) on 2/17/2017  3:02 PM

**Progress Notes signed by O Neill, Lynn Catherine (N.P.) at 2/21/2017 10:46 AM**                                          Version 2 of 2

| Author: O Neill, Lynn Catherine (N.P.) | Service: — | Author Type: NURSE PRACTITIONER (N.P.) |
|---|---|---|
| Filed: 2/21/2017 10:46 AM | Creation Time: 2/17/2017  1:39 PM | Status: Addendum |
| Editor: O Neill, Lynn Catherine (N.P.) (NURSE PRACTITIONER (N.P.)) | | |
| Related Notes: Original Note by O Neill, Lynn Catherine (N.P.) (NURSE PRACTITIONER (N.P.)) filed at 2/17/2017  2:38 PM | | |

**NEW PATIENT CONSULT**
**Kaiser Permanente San Rafael Hematology and Oncology**
**Victor E Berliant** ███████
**2/17/2017 1:39 PM**
**Lynn Beach O'Neill, FNP-c**

**CHIEF COMPLAINT**
Victor E Berliant is a 67 Y year-old male here for review of recent CBC

**REASON FOR VISIT AND REVIEW OF SYSTEMS**
Victor E Berliant's oncologic history is described below.
Pt feels great; exercising, feeling well. 3 square meals, f/v, no ETOH since 21. Tennis, weights, bikes, walks.
No URI/flu like sx, no cough, etc yet this winter.
Has had gum infection for last 2 months; will need dental procedure soon; denies fevers, chills, night sweats, unintended weight loss or gain, HA/dizziness, sob/doe, cp or pressure, myalgias/arthralgias, swelling anywhere,



SRF-MAIN CAMPUS  Berliant, Victor E
99 MONTECILLO ROAD  MRN: ████████, DOB: ████████, Sex: M
SAN RAFAEL CA 94903-3308  Visit date: 2/17/2017
Encounter Record

## Progress Notes (continued)

**Progress Notes signed by O Neill, Lynn Catherine (N.P.) at 2/21/2017 10:46 AM (continued)**  Version 2 of 2

bleeding, bruising,

**ONCOLOGIC HISTORY**
Non contributory

**PAST MEDICAL HISTORY**
**Patient Active Problem List:**
  HYPERLIPIDEMIA
  SCREENING FOR COLON CANCER
  TINNITUS.
  ALLERGIC RHINITIS
  HX OF RIGHT TOTAL HIP ARTHROPLASTY
  MELANOCYTIC NEVUS
  THYROIDITIS
  HYPOTHYROIDISM
  LEUKOCYTOSIS

**CURRENT MEDICATIONS**
**Current Outpatient Prescriptions**

| Medication | Sig |
|---|---|
| • Lovastatin (MEVACOR) 20 mg Oral Tab | Take 1 tablet by mouth daily with the evening meal. Avoid grapefruit or grapefruit juice with this medication. |
| • Levothyroxine (LEVOTHROID/SYNTHROID) 100 mcg Oral Tab | Take 1 tablet by mouth daily |
| • Azithromycin (ZITHROMAX) 250 mg Oral Tab | Take 2 tablets by mouth at onset of diarrhea. May repeat after 24 hours as needed. Do not exceed 3 days. Seek immediate medical attention if stools are bloody or fever is more than 102 degrees or if not better in 3 days |
| • Sildenafil (REVATIO) 20 mg Oral Tab | Take 3 tablets orally 1 hour prior to sexual activity Do Not Exceed 1 Dose (3 Tablets) in 24 hours |

No current facility-administered medications for this visit.

**ALLERGIES**
**Allergies**

| Allergen | Reactions |
|---|---|
| • No Known Allergies | |

**SOCIAL HISTORY**

Banking/retirement account consultant

Married, SA with wife only

No ETOH, MJ, drugs, supplements, etc

**FAMILY HISTORY**

No FHx malignancy or bleeding/clotting problems.

**PHYSICAL EXAM:**

Generated on 7/22/19  8:25 AM

VB-01-000178



**THE PERMANENTE MEDICAL GROUP**

SRF-MAIN CAMPUS  
99 MONTECILLO ROAD  
SAN RAFAEL CA 94903-3308

Berliant, Victor E  
MRN: ███████, DOB: ███████, Sex: M  
Visit date: 2/17/2017  
Encounter Record

### Progress Notes (continued)

**Progress Notes signed by O Neill, Lynn Catherine (N.P.) at 2/21/2017 10:46 AM (continued)**  Version 2 of 2

**BP** 129/71 mmHg | **Pulse** 82 | **Temp(Src)** 98.3 °F (36.8 °C) (Oral) | **Ht** 6' 3" | **Wt** 204 lb (92.534 kg) | **BMI** 25.50 kg/m2 | **SpO2** 88%

**ECOG:**

**GENERAL:** Well appearing

**HEENT:** Sclear anicteric, mucous membranes moist, oropharynx clear

**NECK:** Supple, no masses, no lymphadenopathy

**CHEST:** Clear to auscultation

**HEART:** Rates and sounds unremarkable

**ABDOMEN:** Normal bowel sounds, soft, nontender, nondistended. Spleen and liver nonpalpable

**GU/RECTAL:** Deferred

**NEURO:** Alert and oriented x3, following commands, fluent speech, intact concentration, memory, moves all extremities with normal strength, sensation, coordination. Appears in good spirits

**LABS:**

| Component | 7/9/2015 | 10/14/2015 | 12/2/2016 | 12/7/2016 | 12/28/2016 |
|---|---|---|---|---|---|
| WBC | 9.5 | 9.4 | 14.6 (H) | 13.7 (H) | 13.8 (H) |
| RBC'S | 4.71 | 4.56 | 4.84 | 4.90 | 4.69 |
| HGB | 14.7 | 14.2 | 15.2 | 15.3 | 14.6 |
| HCT | 43.1 | 41.9 | 44.4 | 45.6 | 43.5 |
| MCV | 92 | 92 | 92 | 93 | 93 |
| RDW, RBC | 12.6 | 12.8 | 12.7 | 13.1 | 13.1 |
| PLT | 192 | 192 | 159 | 173 | 183 |

| Component | 2/2/2017 |
|---|---|
| WBC | 12.5 |
| RBC'S | 4.85 |
| HGB | 15.0 |
| HCT | 44.7 |
| MCV | 92 |
| RDW, RBC | 12.4 |
| PLT | 173 |

| Component | 12/2/2016 | 12/7/2016 | 12/28/2016 |
|---|---|---|---|
| NEUTROPHILS % MAN CNT | 14 (L) | 28 (L) | 20 (L) |
| LYMPHS % MAN CNT | 73 (H) | 60 (H) | 68 (H) |
| MONOS % MAN CNT | 10 | 8 | 4 |
| EOS % MAN CNT | 4 | 4 | 4 |
| RBC'S MORPH | NORMAL | NORMAL | NORMAL |
| PLT'S, BLD QL, MAN | ADEQUATE | ADEQUATE | ADEQUATE |

| Component | 2/2/2017 |
|---|---|
| NEUTROPHILS % MAN CNT | 24 (L) |



**THE PERMANENTE MEDICAL GROUP**

| SRF-MAIN CAMPUS | Berliant, Victor E |
| --- | --- |
| 99 MONTECILLO ROAD | MRN: ▮▮▮▮, DOB: ▮▮▮▮, Sex: M |
| SAN RAFAEL CA 94903-3308 | Visit date: 2/17/2017 |
| Encounter Record | |

## Progress Notes (continued)

**Progress Notes signed by O Neill, Lynn Catherine (N.P.) at 2/21/2017 10:46 AM (continued)**    Version 2 of 2

| LYMPHS % MAN CNT | 65 (H) |
| --- | --- |
| MONOS % MAN CNT | 7 |
| EOS % MAN CNT | 4 |
| RBC'S MORPH | NORMAL |
| PLT'S, BLD QL, MAN | ADEQUATE |

**FLOW CYTOMETRY: FINAL PATHOLOGIC DIAGNOSIS (2/10/17)**
PERIPHERAL BLOOD:  CD4 POSITIVE T CELL LYMPHOCYTOSIS, see comment.


CD4 positive T cells accounts for approximately 83% of lymphocytes
and 45% of total events.  Based on the most recent wbc(2/2/17),
this represents an absolute increase in the number of CD4 positive
T cells.  The T cells do not show definite immunophenotypic
aberrancy.  While this could represent a reactive finding, if
clinically indicated and the CD4 positive lymphocytosis persists, a
fresh specimen could be sent for testing with the TCR v- beta
antibodies, for assessment of T cell clonality.

Antibody to CD45 was used for gating.
2 smears were reviewed for this study.
CD5 APC and CD5 FITC were used.
CD3 FITC and CD3 Per CP-Cy 5.5were used.
CD19 PE, CD19 PE-Cy7 and CD19 Per CP-Cy 5.5 were used.
CD10 PE and CD10 FITC were used.

| Component | 2/2/2017 | 2/2/2017 |
| --- | --- | --- |
|  | 8:07 AM | 8:07 AM |
| TP | 7.4 | 7.4 |
| ALB/PROT | 59.4 |  |
| ALPHA 1 GLOB/PROT | 3.2 |  |
| ALPHA 2 GLOB/PROT | 7.2 |  |
| BETA GLOB/PROT | 11.0 |  |
| GAMMA GLOB/PROT | 19.2 |  |
| ALB | 4.4 |  |
| ALPHA 1 GLOB EP | 0.2 |  |
| ALPHA 2 GLOB EP | 0.5 |  |
| BETA GLOB EP | 0.8 |  |
| GAMMA GLOB EP | 1.4 |  |

PROTEIN ELECTROPHORESIS INTERPRETATION, SERUM
     No reference range information available
     Comments:
          No Homogeneous Band Or Spike Seen.

**ASSESSMENT AND PLAN:**

Generated on 7/22/19  8:25 AM

VB-01-000180



| | | |
|---|---|---|
| **THE PERMANENTE MEDICAL GROUP** | SRF-MAIN CAMPUS<br>99 MONTECILLO ROAD<br>SAN RAFAEL CA 94903-3308<br>Encounter Record | Berliant, Victor E<br>MRN: ███████, DOB: ██████, Sex: M<br>Visit date: 2/17/2017 |

### Progress Notes (continued)

**Progress Notes signed by O Neill, Lynn Catherine (N.P.) at 2/21/2017 10:46 AM (continued)**   Version 2 of 2

**#Leukocytosis with lymphocytic predominance**

First noted (12/16); trend has essentially continued until recently; however, his WBC is now normal

Flow cytometry demonstrates CD4(+) T cells (absolute increase) but with no immunophenotypic aberrancy, possibly reactive

As pt is assx and all other cell lines normal, no need for further workup at this time

Low suspicion for infectious or autoimmune process but could work up as is clinically/symptomatically indicated

Will order FUP CBC in 3 mos with TAV with this examiner; if stable, will continue to follow periodically

**DISPO**

TAV in 3 months with CBC and differential one week prior to visit.  Reviewed concerning s/sx with patient and provided him with my contact information should his clincal status change at all.  He is with good understanding of plan.

**Lynn (Beach) O'Neill, FNP**

**Department of Hematology and Oncology**

**Kaiser Permanente**

**San Rafael**

I spent a total of 50 minutes in this clinical encounter, >50% of which was devoted to counseling and coordinating care as evidenced by review of records, laboratory data and pertinent studies, as well as discussing diagnostic evaluation and work up, planned therapeutic interventions and future disposition of care. Where indicated, the assessment and plan reflect discussion of patient with consultants, family and other health care providers and additional research needed to obtain information for the plan of care of this patient's condition.

ADDENDUM:  After reviewing my visit note, I recall this encounter. The visit note reflects that I considered the diagnosis of thyroiditis and hyperlipidemia, but inadvertently omitted it as an encounter diagnosis.  I am addending this note to capture the diagnosis.  Plan: I have confirmed the presence of the above clinical diagnoses, which were considered in the current and ongoing care of the patient. At the time of this visit, the medical record indicates, and/or the patient states, that there are no changes in these conditions unless otherwise noted. As treatment warrants, the patient has been advised to follow up with his PCP or appropriate specialist.

Electronically signed by O Neill, Lynn Catherine (N.P.) on 2/21/2017 10:46 AM

**Progress Notes signed by O Neill, Lynn Catherine (N.P.) at 2/17/2017  2:38 PM**   Version 1 of 2

Author:  O Neill, Lynn Catherine (N.P.)   Service:  —   Author Type:  NURSE PRACTITIONER (N.P.)
Filed:  2/17/2017  2:38 PM   Creation Time:  2/17/2017  1:39 PM   Status:  Signed
Editor:  O Neill, Lynn Catherine (N.P.) (NURSE PRACTITIONER (N.P.))
Related Notes:   Addendum by O Neill, Lynn Catherine (N.P.) (NURSE PRACTITIONER (N.P.)) filed at 2/21/2017 10:46 AM

**NEW PATIENT CONSULT**
**Kaiser Permanente San Rafael Hematology and Oncology**
**Victor E Berliant** ███████
**2/17/2017 1:39 PM**
**Lynn Beach O'Neill, FNP-c**