# EXHIBIT 3



| | | |
|---|---|---|
| SRF-MAIN CAMPUS | Berliant, Victor E | |
| 99 MONTECILLO ROAD | MRN: ▮▮▮▮, DOB: ▮▮▮▮, Sex: M | |
| SAN RAFAEL CA 94903-3308 | Visit date: 11/15/2018 | |
| Encounter Record | | |

## All Orders and Results (continued)

**IMMUNOHISTOCHEMISTRY [960917401] (continued)**

Order status: Completed  
Resulting lab: NCAL PATH INTERFACE  
Acknowledged by  
Kim, Jerome Ginwoo (M.D.) on 12/31/18 1638  
Barton, James Christopher (M.D.) on 12/31/18 1733  
Dayhoff, Deborah Ann (M.D.) on 01/08/19 0920  

Filed by: Pathology, Inbound 12/31/18 1628  
Lab Technician: 7187571-ZUOQIN TANG  

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| IHC180002768 | I-1 FULL CONSULT | I-1 CONSULT, FULL | 11/15/18 0000 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| PATHOLOGY REPORT | -- | — | — | 457 |

Result:  
Provider: DEBORAH ANN DAYHOFF M.D.  
Collected: 11/15/2018          Case #: IHC18-2768  

      Immunohistochemistry Report  
          * Amended *

AMENDMENT FOR CASE  
Amended: 12/31/2018 by BRENNAN KRELLER  
Reason:   Clarify Final Diagnosis  
    Stanford pathology report was amended to incorporate  
results of molecular studies of T cell clonality  
Previous Signout Date: 12/6/2018  

FINAL PATHOLOGIC DIAGNOSIS  
Amended report and diagnosis.  
[PER STANFORD PATHOLOGY DIAGNOSTIC CONSULT SHS-18-42844, AMENDED 12/31/2018]

SKIN, LEFT SECOND FINGER, BIOPSY (SRFS18-18776, BLOCK A1):  
-       T-CELL LYMPHOMA (SEE COMMENT)  
-       POSITIVE FOR A CLONAL TCR-GAMMA GENE REARRANGEMENT (SEE AMENDMENT COMMENT)

        ZUOQIN TANG M.D.  
        ** Report Electronically Signed by ZT **

Comment  
This case (along with subsequent case SRFS18-19255) was sent to  
Stanford Pathology for diagnostic consultation. See also the  
complete Stanford report scanned into HealthConnect. In addition,  
Dr. Dita Gratzinger reports:

"AMENDMENT COMMENT [12/31/2018]: A clonal T-cell receptor gamma  
rearrangement was detected in the skin biopsy (SRFS18-18776). While  
the T-cell clonality studies for the inguinal lymph node  
(SRFS18-19255) are pending, given the presence of this atypical  
T-cell infiltrate in the skin, lymph node, and bone marrow and a  
demonstrable clonal T-cell receptor rearrangement in the skin, the  
findings support the diagnosis of a T-cell lymphoma. While the skin  
biopsy does not demonstrate marked epidermotropism, the findings in  
the lymph node would be compatible with involvement by mycosis  
fungoides/Sezary syndrome, although the differential also includes  
peripheral T-cell lymphoma, not otherwise specified. Clinical and  
radiologic correlation is suggested.

"A second amendment will be issued to report results of the T-cell  
clonality studies for the lymph node (SRFS18-19255)

"COMMENT: We agree with your diagnostic impression. The skin,  
inguinal lymph node, and bone marrow biopsies (previously reviewed,  
SHS-17-45359/SRFS17-10970) demonstrate involvement by an atypical



SRF-MAIN CAMPUS  Berliant, Victor E
99 MONTECILLO ROAD  MRN: ███████, DOB: ███████, Sex: M
SAN RAFAEL CA 94903-3308 Visit date: 11/15/2018
Encounter Record

## All Orders and Results (continued)

**IMMUNOHISTOCHEMISTRY [960917401] (continued)**

CD4-positive T-cell infiltrate. By report, TCR clonality studies performed on the bone marrow biopsy demonstrated a clonal TCR gamma rearrangement. The atypical T-cells are predominantly small in size, without overt cytologic atypia, and we were unable to demonstrate definite aberrant antigen expression or loss of T-cell antigens, however, the marked CD4+ predominance and involvement of multiple sites raises concern for a T-cell lymphoma, for which the differential primarily includes mycosis fungoides/Sezary syndrome and peripheral T cell lymphoma, not otherwise specified (NOS). While the findings in the skin also raise the possibility of primary cutaneous CD4+ small/medium T-cell lymphoproliferative order, the bone marrow and lymph node involvement would argue against this diagnosis. The differential also includes an unusual reactive CD4+ proliferation involving multiple sites. We will perform T-cell receptor clonality studies, and compare clones between the skin and lymph node to further refine the diagnosis. The results will be reported in an amendment."

Also per Stanford consult:

"MICROSCOPIC: The provided H&E stain slide demonstrate 4 pieces of acral skin which demonstrates a dense infiltrate located in the dermis composed of a mixture of predominantly small to intermediate lymphocytes with fewer larger lymphocytes with vesicular chromatin and visible nucleoli. Scattered apoptotic debris is present. The lymphocytic infiltrate demonstrates a nodular configuration surrounding vessels and rare adnexal structures. The atypical lymphoid infiltrate can also be seen within the deep layers of the epidermis, which shows some spongiosis, but marked epidermotropism is absent.

"The submitted immunohistochemical stains are reviewed with appropriate internal and external controls unless otherwise noted. The atypical lymphocytes are diffusely positive for CD3, CD2, CD4, CD5, BCL2, and are negative for CD8 and CD10. A CD7 shows possible downregulation in a minor subset of T-cells. PD-1 is positive in a minor subset of cells. CD20 marks fewer background B-cells, and in situ hybridization demonstrates rare plasma cells, with scattered positivity for lambda and kappa light chain. A CD30 is positive in a minor subset of cells. CD23 does not highlight expanded follicular dendritic meshworks. A Ki-67 demonstrates a low proliferation index.

"Additional immunohistochemical stains are performed on sections cut from the provided block at our institution and demonstrate the lesional cells are positive for TCR-beta, and are negative for TCR-delta, TCL-1, CXCL13, CD56. In situ hybridization for EBER is negative."

Stanford University Medical Center
300 Pasteur Drive, Room H-2110
Stanford, CA 94305
Christina S. Kong, MD, Medical Director
650-723-7211


Clinical History
69yoM; hx abnormal CD34+ T-cell population by flow.

Specimen(s) Received
A:I-1 FULL CONSULT  - SKIN, LT SECOND FINGER
(SRFS18-18776-A1) 1 SL


Patient Name:  BERLIANT, VICTOR E
Med. Rec #:  04462937   DOB/Age: ███████ (Age: 69)   Sex:  M
Facility:  San Rafael Med Ctr