1 | **HOLLINGSWORTH LLP**
Joe G. Hollingsworth (*pro hac vice*)
2 | Eric G. Lasker (*pro hac vice*)
1350 I Street, N.W.
3 | Washington, DC  20005
Telephone:  (202) 898-5800
4 | Facsimile:  (202) 682-1639
Email:      jhollingsworth@hollingsworthllp.com
5 |             elasker@hollingsworthllp.com

6 | *Attorneys for Defendant*
*MONSANTO COMPANY*
7

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10 | IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

11

12 | This document relates to:

13 | *Mauricio Castro v. Monsanto Co.*,
Case No. 3:19-cv-06034-VC

14

MDL No. 2741

Case No. 3:16-md-02741-VC

15 | **MONSANTO COMPANY'S**
**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

16

17 | Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons,

18 | associations of persons, firms, partnerships, corporations (including parent corporations) or other

19 | entities (i) have a financial interest in the subject matter in controversy or in a party to the

20 | proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be

21 | substantially affected by the outcome of this proceeding:

22 | Defendant Monsanto Company is an indirect, wholly-owned subsidiary of Bayer AG, so

23 | Bayer AG has a financial interest in a party to the proceeding.

24

25

26

27

28

- 1 -

MONSANTO COMPANY'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
3:16-md-02741-VC & 3:19-cv-06034-VC

1   DATED:  November 26, 2019         Respectfully submitted,

2

3                        /s/ Joe G. Hollingsworth

Joe G. Hollingsworth (*pro hac vice*)

(jhollingsworth@hollingsworthllp.com)

4                        Eric G. Lasker (*pro hac vice*)

(elasker@hollingsworthllp.com)

5                        HOLLINGSWORTH LLP

1350 I Street, N.W.

6                        Washington, DC  20005

Telephone:  (202) 898-5800

7                        Facsimile:   (202) 682-1639

8                        *Attorneys for Defendant*

*MONSANTO COMPANY*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -

MONSANTO COMPANY'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
3:16-md-02741-VC & 3:19-cv-06034-VC