**WILKINSON WALSH + ESKOVITZ LLP**
Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonwalsh.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonwalsh.com)
2001 M St. NW
10th Floor
Washington, DC 20036
Tel:   202-847-4030
Fax:   202-847-4005

**ARNOLD & PORTER KAYE SCHOLER**
Pamela Yates (CA Bar No. 137440)
(Pamela.Yates@arnoldporter.com)
777 South Figueroa St., 44th Floor
Los Angeles, CA 90017
Tel: 213-243-4178
Fax: 213-243-4199

**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
1350 I St. NW
Washington, DC 20005
Tel: 202-898-5843
Fax: 202-682-1639

**COVINGTON & BURLING LLP**
Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
One City Center
850 10th St. NW
Washington, DC 20001
Tel: 202-662-6000

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| *Carriere v. Monsanto Co.,* 3:18-cv-05778<br>*Chavez v. Monsanto Co.,* 3:18-cv-04855<br>*I. Hernandez v. Monsanto Co.,* 3:16-cv-05750<br>*Johansing v. Monsanto Co.,* 3:16-cv-05751<br>*Russo v. Monsanto Co.,* 3:16-cv-06024<br>*Sanders v. Monsanto Co.,* 3:16-cv-05752<br>*Tanner v. Monsanto Co.,* 3:16-cv-05752<br>*Wooten v. Monsanto Co.,* 3:17-cv-01735<br>*Mendoza v. Monsanto Co.,* 3:16-cv-06046<br>*Calderon v. Monsanto Co.,* 3:19-cv-01630<br>*Giglio v. Monsanto Co.,* 3:16-cv-05658<br>*Harris v. Monsanto Co.,* 3:17-cv-03199<br>*R. Hernandez v. Monsanto Co.,* 3:16-cv-05750<br>*Perkins v. Monsanto Co.,* 3:16-cv-06025<br>*Dickey v. Monsanto Co.,* 3:16-cv-05887<br>*Domina v. Monsanto Co.,* 3:16-cv-05887<br>*Janzen v. Monsanto Co.,* 3:16-cv-05887<br>*Pollard v. Monsanto Co.,* 3:16-cv-05887 | **MONSANTO COMPANY'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT ON NON-CAUSATION GROUNDS**<br><br>Hearing dates: Jan. 29, 2020<br>Time: |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** beginning on January 29, 2020, in Courtroom 4 of the United States District Court, Northern District of California, located at 450 Golden Gate Avenue, San Francisco, CA 94102, or as ordered by the Court, Defendant Monsanto Company ("Monsanto") will present its Motion for Summary Judgment. Monsanto seeks an order granting summary judgment for Monsanto.

DATED: November 26, 2019

Respectfully submitted,

/s/ *Brian L. Stekloff*

Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonwalsh.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonwalsh.com)
WILKINSON WALSH + ESKOVITZ LLP
2001 M St. NW, 10th Floor
Washington, DC 20036
Tel:     202-847-4030

Pamela Yates (CA Bar No. 137440)
(Pamela.Yates@arnoldporter.com)
ARNOLD & PORTER KAYE SCHOLER
777 South Figueroa St., 44th Floor
Los Angeles, CA 90017
Tel: 213-243-4178

Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I St. NW
Washington, DC 20005
Tel: 202-898-5843

Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
COVINGTON & BURLING LLP
One City Center, 850 10th St. NW
Washington, DC 20001
Tel: 202-662-6000

*Attorneys for Defendant*
*MONSANTO COMPANY*

Monsanto hereby moves for summary judgment on non-causation grounds in the above-captioned case. Consistent with the Court's repeated instructions not to relitigate issues previously ruled upon by the Court, but in order to fully preserve the appellate record, Monsanto hereby incorporates the following pleadings that were filed on the MDL docket:

- Monsanto's Motion for Summary Judgment on Non-Causation Grounds (ECF #2419)
- Monsanto's Reply in support of Motion for Summary Judgment on Non-Causation Grounds (ECF #2634)

Monsanto moves for summary judgment on the following grounds and incorporate the full record raised in those pleadings:

- Plaintiff's warning-based claims are expressly preempted
- Plaintiff's claims are preempted under impossibility preemption
- Plaintiff's warnings claims should be dismissed because the alleged cancer risks were not known or knowable by the scientific community at the time of distribution
- Plaintiff has not demonstrated a right to seek punitive damages in this case

With respect to Monsanto's motion on the grounds that Plaintiff's claims are expressly preempted and preempted under impossibility preemption, Monsanto supplements the record to include further evidence in support of its motion that took place subsequent to the Court's ruling. First, in April 2019, EPA issued its interim decision on the re-registration of glyphosate. *See* Ex. 1, EPA Pesticide Re-evaluation Division Proposed Interim Registration Review Decision. Second, in August 2019, EPA issued the following letter and associated materials. *See* Ex. 2, Letter from Michael Goodis to Registrant, Aug. 7, 2019; Ex. 3, EPA, News Release from Headquarters, "EPA Takes Action to Provide Accurate Risk Information to Consumers, Stop False Labeling on Products," Aug. 8, 2019.

By incorporating by reference its prior filings and attaching them to this pleading, Monsanto is in no way waiving any of the arguments raised therein.

| | |
|---|---|
| DATED: November 26, 2019 | Respectfully submitted,<br><br>/s/ Brian L. Stekloff<br><br>Brian L. Stekloff (*pro hac vice*)<br>(bstekloff@wilkinsonwalsh.com)<br>Rakesh Kilaru (*pro hac vice*)<br>(rkilaru@wilkinsonwalsh.com)<br>WILKINSON WALSH + ESKOVITZ LLP<br>2001 M St. NW, 10th Floor<br>Washington, DC 20036<br>Tel: 202-847-4030<br>Fax: 202-847-4005<br><br>Pamela Yates (CA Bar No. 137440)<br>(Pamela.Yates@arnoldporter.com)<br>ARNOLD & PORTER KAYE SCHOLER<br>777 South Figueroa St., 44th Floor<br>Los Angeles, CA 90017<br>Tel: 213-243-4178<br>Fax: 213-243-4199<br><br>Eric G. Lasker (*pro hac vice*)<br>(elasker@hollingsworthllp.com)<br>HOLLINGSWORTH LLP<br>1350 I St. NW<br>Washington, DC 20005<br>Tel: 202-898-5843<br>Fax: 202-682-1639<br><br>Michael X. Imbroscio (*pro hac vice*)<br>(mimbroscio@cov.com)<br>COVINGTON & BURLING LLP<br>One City Center<br>850 10th St. NW<br>Washington, DC 20001<br>Tel: 202-662-6000<br><br>Attorneys for Defendant<br>MONSANTO COMPANY |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 26th day of November, 2019, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

/s/ Brian L. Stekloff