**WILKINSON WALSH + ESKOVITZ LLP**
Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonwalsh.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonwalsh.com)
2001 M St. NW
10th Floor
Washington, DC 20036
Tel:    202-847-4030
Fax:    202-847-4005

**ARNOLD & PORTER KAYE SCHOLER**
Pamela Yates (CA Bar No. 137440)
(Pamela.Yates@arnoldporter.com)
777 South Figueroa St., 44th Floor
Los Angeles, CA 90017
Tel: 213-243-4178
Fax: 213-243-4199

**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
1350 I St. NW
Washington, DC 20005
Tel: 202-898-5843
Fax: 202-682-1639

**COVINGTON & BURLING LLP**
Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
One City Center
850 10th St. NW
Washington, DC 20001
Tel: 202-662-6000

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| *Carriere v. Monsanto Co.,* 3:18-cv-05778<br>*Chavez v. Monsanto Co.,* 3:18-cv-04855<br>*I. Hernandez v. Monsanto Co.,* 3:16-cv-05750<br>*Johansing v. Monsanto Co.,* 3:16-cv-05751<br>*Russo v. Monsanto Co.,* 3:16-cv-06024<br>*Sanders v. Monsanto Co.,* 3:16-cv-05752<br>*Tanner v. Monsanto Co.,* 3:16-cv-05752<br>*Wooten v. Monsanto Co.,* 3:17-cv-01735<br>*Mendoza v. Monsanto Co.,* 3:16-cv-06046<br>*Calderon v. Monsanto Co.,* 3:19-cv-01630<br>*Giglio v. Monsanto Co.,* 3:16-cv-05658<br>*Harris v. Monsanto Co.,* 3:17-cv-03199<br>*R. Hernandez v. Monsanto Co.,* 3:16-cv-05750<br>*Perkins v. Monsanto Co.,* 3:16-cv-06025<br>*Dickey v. Monsanto Co.,* 3:16-cv-05887<br>*Domina v. Monsanto Co.,* 3:16-cv-05887<br>*Janzen v. Monsanto Co.,* 3:16-cv-05887<br>*Pollard v. Monsanto Co.,* 3:16-cv-05887 | **MONSANTO COMPANY'S NOTICE OF MOTION AND MOTION TO EXCLUDE TESTIMONY OF PLAINTIFF'S EXPERTS ON *DAUBERT* GROUNDS AND FOR SUMMARY JUDGMENT ON CAUSATION GROUNDS**<br><br>Hearing dates: Jan. 29, 2020<br>Time: |

- 1 -

MONSANTO'S MOTION TO EXCLUDE TESTIMONY OF PLAINTIFFS' EXPERTS ON *DAUBERT* GROUNDS &
FOR SUMMARY JUDGMENT ON CAUSATION GROUNDS

1    **TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

2    **PLEASE TAKE NOTICE THAT** beginning on January 29, 2020, in Courtroom 4 of the United

3    States District Court, Northern District of California, located at 450 Golden Gate Avenue, San

4    Francisco, CA 94102, or as ordered by the Court, Defendant Monsanto Company ("Monsanto") will

5    present its *Daubert* Motion to Exclude the Testimony of Plaintiff's Experts.  Monsanto seeks an order

6    excluding opinion of these witnesses under *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S.

7    579 (1993).

8    DATED:  November 26, 2019

9                                                            Respectfully submitted,

10                                                           /s/ *Brian L. Stekloff*_____

11                                                           Brian L. Stekloff (*pro hac vice*)
                                                             (bstekloff@wilkinsonwalsh.com)
12                                                           Rakesh Kilaru (*pro hac vice*)
                                                             (rkilaru@wilkinsonwalsh.com)
13                                                           WILKINSON WALSH + ESKOVITZ LLP
                                                             2001 M St. NW, 10th Floor
14                                                           Washington, DC 20036
                                                             Tel:     202-847-4030
15

16                                                           Pamela Yates (CA Bar No. 137440)
                                                             (Pamela.Yates@arnoldporter.com)
17                                                           ARNOLD & PORTER KAYE SCHOLER
                                                             777 South Figueroa St., 44th Floor
18                                                           Los Angeles, CA 90017
                                                             Tel: 213-243-4178
19

20                                                           Eric G. Lasker (*pro hac vice*)
                                                             (elasker@hollingsworthllp.com)
21                                                           HOLLINGSWORTH LLP
                                                             1350 I St. NW
22                                                           Washington, DC 20005
                                                             Tel: 202-898-5843
23

24                                                           Michael X. Imbroscio (*pro hac vice*)
                                                             (mimbroscio@cov.com)
25                                                           COVINGTON & BURLING LLP
                                                             One City Center, 850 10th St. NW
26                                                           Washington, DC 20001
                                                             Tel: 202-662-6000
27

28                                                           *Attorneys for Defendant*
                                                             *MONSANTO COMPANY*

1    Monsanto hereby moves to exclude Plaintiff's experts on *Daubert* grounds and for summary

2   judgment on causation grounds in the above-captioned case.  Consistent with the Court's repeated

3   instructions not to relitigate issues previously ruled upon by the Court, but in order to fully preserve

4   the appellate record, Monsanto hereby incorporates the following pleadings that were filed on the

5   MDL docket:

6   - Monsanto Company's Daubert and Summary Judgment Motion Based on Failure of

7     General Causation Proof (ECF #545)

8   - Monsanto Company's Reply in Support of its Daubert and Summary Judgment Motion

9     Based on Failure of General Causation Proof (ECF #681)

10  - Monsanto Company's Supplemental Memorandum of Points and Authorities Regarding

11    Andreotti et al., *Glyphosate Use and Cancer Incidence in the Agricultural Health Study*,

12    Journal of the National Cancer Institute (2018) in Support of its *Daubert* and Summary

13    Judgment Motion (ECF #1137)

14  - Monsanto Company's Notice of Supplemental Authority in Support of its *Daubert* and

15    Summary Judgment Motion Based on Failure of General Causation Proof (ECF #1158)

16  - Monsanto Company's Supplemental Daubert Memorandum Regarding Dr. Dennis

17    Weisenburger's Testimony Regarding Epidemiology Evidence (ECF #1539)

18  - Monsanto Company's Motion to Exclude Testimony of Chadi Nabhan, Andrei Shustov,

19    and Dennis Weisenburger on Daubert Grounds (ECF #2420)

20  - Monsanto's Reply in Support of Monsanto's Motion to Exclude Testimony of Chadi

21    Nabhan, Andrei Shustov, and Dennis Weisenburger on Daubert Grounds (ECF #2525)

22    Monsanto also incorporates the developing science on glyphosate.  Among other more recent

23  science, Monsanto incorporates and attaches here two articles that have been published since the

24  above-referenced pleadings were submitted to the Court.  *See* Ex. 1, Leon et al., *Pesticide use and*

25  *risk of non-Hodgkin lymphoid malignancies in agricultural cohorts from France, Norway, and the*

26  *USA: a pooled analysis from the AGRICOH consortium*, Int'l J. Epidemiology (2019); Ex. 2, Pahwa

27  et al., *Glyphosate use and associations with non-Hodgkin lymphoma major histological sub-types:*

28  *findings from the North American Pooled Project*, Scandinavian J. Work Envtl. Health (2019).

- 1 -

MONSANTO'S MOTION TO EXCLUDE TESTIMONY OF PLAINTIFFS' EXPERTS ON *DAUBERT* GROUNDS &
FOR SUMMARY JUDGMENT ON CAUSATION GROUNDS

1       Monsanto is separately filing motions regarding particular experts that have not been fully

2   adjudicated by the Court; specifically, Drs. Benbrook, Jameson and Sawyer.

3       By incorporating by reference its prior filings and attaching them to this pleading, Monsanto

4   is in no way waiving any of the arguments raised therein.

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MONSANTO'S MOTION TO EXCLUDE TESTIMONY OF PLAINTIFFS' EXPERTS ON *DAUBERT* GROUNDS &
FOR SUMMARY JUDGMENT ON CAUSATION GROUNDS

1

DATED: November 26, 2019

Respectfully submitted,

2

/s/ Brian L. Stekloff

3

Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonwalsh.com)

4

Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonwalsh.com)

5

WILKINSON WALSH + ESKOVITZ LLP
2001 M St. NW, 10th Floor

6

Washington, DC 20036
Tel: 202-847-4030

7

Fax: 202-847-4005

8

Pamela Yates (CA Bar No. 137440)
(Pamela.Yates@arnoldporter.com)

9

ARNOLD & PORTER KAYE SCHOLER

10

777 South Figueroa St., 44th Floor
Los Angeles, CA 90017

11

Tel: 213-243-4178
Fax: 213-243-4199

12

13

Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)

14

HOLLINGSWORTH LLP
1350 I St. NW

15

Washington, DC 20005
Tel: 202-898-5843

16

Fax: 202-682-1639

17

Michael X. Imbroscio (*pro hac vice*)

18

(mimbroscio@cov.com)
COVINGTON & BURLING LLP

19

One City Center
850 10th St. NW

20

Washington, DC 20001
Tel: 202-662-6000

21

22

Attorneys for Defendant
MONSANTO COMPANY

23

24

25

26

27

28

- 3 -

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 26th day of November, 2019, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

/s/ Brian L. Stekloff

MONSANTO'S MOTION TO EXCLUDE TESTIMONY OF PLAINTIFFS' EXPERTS ON *DAUBERT* GROUNDS & FOR SUMMARY JUDGMENT ON CAUSATION GROUNDS