| | |
|---|---|
| **WILKINSON WALSH + ESKOVITZ LLP** | **ARNOLD & PORTER KAYE SCHOLER** |
| Brian L. Stekloff (*pro hac vice*) | Pamela Yates (CA Bar No. 137440) |
| (bstekloff@wilkinsonwalsh.com) | (Pamela.Yates@arnoldporter.com) |
| Rakesh Kilaru (*pro hac vice*) | 777 South Figueroa St., 44th Floor |
| (rkilaru@wilkinsonwalsh.com) | Los Angeles, CA 90017 |
| 2001 M St. NW | Tel: 213-243-4178 |
| 10th Floor | Fax: 213-243-4199 |
| Washington, DC 20036 | |
| Tel: 202-847-4030 | |
| Fax: 202-847-4005 | |
| | |
| **HOLLINGSWORTH LLP** | **COVINGTON & BURLING LLP** |
| Eric G. Lasker (*pro hac vice*) | Michael X. Imbroscio (*pro hac vice*) |
| (elasker@hollingsworthllp.com) | (mimbroscio@cov.com) |
| 1350 I St. NW | One City Center |
| Washington, DC 20005 | 850 10th St. NW |
| Tel: 202-898-5843 | Washington, DC 20001 |
| Fax: 202-682-1639 | Tel: 202-662-6000 |

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) MDL No. 2741 ) ) Case No. 3:16-md-02741-VC ) |
| *Dickey v. Monsanto Co.,* 3:19-cv-04102-VC | ) **DECLARATION OF BRIAN L.** ) **STEKLOFF IN SUPPORT OF** |
| *Domina v. Monsanto Co.*, 3:16-cv-05887-VC | ) **MONSANTO COMPANY'S MOTION** ) **FOR SUMMARY JUDGMENT RE:** ) **NEBRASKA WAVE 1 PLAINTIFFS ON** |
| *Janzen v. Monsanto Co.*, 3:19-cv-04103-VC | ) **NEBRASKA LAW GROUNDS** ) |
| *Pollard v. Monsanto Co.*, 3:19-cv-04100-VC | |

I, Brian L. Stekloff, declare and state as follows:

1. I am a partner at the law firm of Wilkinson Walsh + Eskovitz, LLP, counsel for defendant Monsanto Company ("Monsanto"). I make this declaration in support of Monsanto's Motion for Summary Judgment Re: Nebraska Wave 1 Plaintiffs on Nebraska Law Grounds.

2. Annexed hereto as Exhibit 1 is a true and correct copy of the Complaint and Jury Demand of Plaintiffs Larry E. Domina, Frank Pollard, Robert L. Dickey, and Royce D. Janzen, filed May 11, 2016 in the United States District Court, District of Nebraska, Case No. 3:16-cv-05887-VC.

3. Annexed hereto as Exhibit 2 is a true and correct copy of Defendant Monsanto Company's Answer and Affirmative Defenses to the Complaint and Jury Demand of Plaintiffs Larry E. Domina, Frank Pollard, Robert L. Dickey, and Royce D. Janzen, filed June 3, 2016 in the United States District Court, District of Nebraska, Case No. 3:16-cv-05887-VC.

4. Annexed hereto as Exhibit 3 is a true and correct copy of the United States Environmental Protection Agency's Proposed Interim Registration Review Decision for Glyphosate, Case No. 0178, dated April 23, 2019.

5. Annexed hereto as Exhibit 4 is a true and correct copy of the United States Environmental Protection Agency's letter to glyphosate registrants, dated August 7, 2019.

| | | |
|---|---|---|
| 1 | DATED: November 26, 2019 | Respectfully submitted, |
| 2 | | /s/ Brian L. Stekloff_____ |
| 3 | | Brian L. Stekloff (*pro hac vice*) |
| | | (bstekloff@wilkinsonwalsh.com) |
| 4 | | Rakesh Kilaru (*pro hac vice*) |
| | | (rkilaru@wilkinsonwalsh.com) |
| 5 | | WILKINSON WALSH + ESKOVITZ LLP |
| | | 2001 M St. NW, 10th Floor |
| 6 | | Washington, DC 20036 |
| | | Tel: 202-847-4030 |
| 7 | | Fax: 202-847-4005 |
| 8 | | Pamela Yates (CA Bar No. 137440) |
| | | (Pamela.Yates@arnoldporter.com) |
| 9 | | ARNOLD & PORTER KAYE SCHOLER |
| 10 | | 777 South Figueroa St., 44th Floor |
| | | Los Angeles, CA 90017 |
| 11 | | Tel: 213-243-4178 |
| | | Fax: 213-243-4199 |
| 12 | | |
| 13 | | Eric G. Lasker (*pro hac vice*) |
| | | (elasker@hollingsworthllp.com) |
| 14 | | HOLLINGSWORTH LLP |
| | | 1350 I St. NW |
| 15 | | Washington, DC 20005 |
| | | Tel: 202-898-5843 |
| 16 | | Fax: 202-682-1639 |
| 17 | | |
| | | Michael X. Imbroscio (*pro hac vice*) |
| 18 | | (mimbroscio@cov.com) |
| | | COVINGTON & BURLING LLP |
| 19 | | One City Center |
| | | 850 10th St. NW |
| 20 | | Washington, DC 20001 |
| | | Tel: 202-662-6000 |
| 21 | | |
| 22 | | Attorneys for Defendant |
| | | MONSANTO COMPANY |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

- 3 -
DECLARATION OF BRIAN L. STEKLOFF IN SUPPORT OF MONSANTO COMPANY'S MOTION FOR SUMMARY JUDGMENT RE: NEBRASKA WAVE 1 PLAINTIFFS ON NEBRASKA LAW GROUNDS

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 26th day of November, 2019, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

/s/ Brian L. Stekloff