1  **WILKINSON WALSH + ESKOVITZ LLP**   **ARNOLD & PORTER KAYE SCHOLER**
   Brian L. Stekloff (*pro hac vice*)        Pamela Yates (CA Bar No. 137440)
2  (bstekloff@wilkinsonwalsh.com)       (Pamela.Yates@arnoldporter.com)
   Rakesh Kilaru (*pro hac vice*)            777 South Figueroa St., 44th Floor
3  (rkilaru@wilkinsonwalsh.com)         Los Angeles, CA 90017
   2001 M St. NW                             Tel: 213-243-4178
4  10th Floor                                Fax: 213-243-4199
   Washington, DC 20036
5  Tel: 202-847-4030
   Fax: 202-847-4005
6

7  **HOLLINGSWORTH LLP**                **COVINGTON & BURLING LLP**
   Eric G. Lasker (*pro hac vice*)           Michael X. Imbroscio (*pro hac vice*)
8  (elasker@hollingsworthllp.com)       (mimbroscio@cov.com)
   1350 I St. NW                             One City Center
9  Washington, DC 20005                 850 10th St. NW
   Tel: 202-898-5843                         Washington, DC 20001
10 Fax: 202-682-1639                         Tel: 202-662-6000

11

12 *Attorneys for Defendant*
   *MONSANTO COMPANY*
13

14                      UNITED STATES DISTRICT COURT

15                     NORTHERN DISTRICT OF CALIFORNIA

16                                          )
17 IN RE: ROUNDUP PRODUCTS                  ) MDL No. 2741
   LIABILITY LITIGATION                     )
                                            ) Case No. 3:16-md-02741-VC
18 ─────────────────────────────           )
19 *Dickey v. Monsanto Co.,* 3:19-cv-04102-VC ) **DECLARATION OF BRIAN L.**
                                            ) **STEKLOFF IN SUPPORT OF**
20 *Domina v. Monsanto Co.*, 3:16-cv-05887-VC ) **MONSANTO COMPANY'S MOTION**
                                            ) **TO EXCLUDE TESTIMONY OF DR.**
21 *Giglio v. Monsanto Co.,* 3:16-cv-05658-VC ) **CHARLES BENBROOK ON *DAUBERT***
                                            ) **GROUNDS**
22 *Janzen v. Monsanto Co.*, 3:19-cv-04103-VC )
                                            )
   *Mendoza v. Monsanto Co.*, 3:19-cv-06046-VC )
23 *Perkins v. Monsanto Co.*, 3:16-cv-06025-VC )
                                            )
24 *Pollard v. Monsanto Co.*, 3:19-cv-04100-VC )
                                            )
25 *Russo v. Monsanto Co.*, 3:16-cv-06024-VC )
                                            )
26 *Sanders v. Monsanto Co.*, 3:16-cv-05752-VC )
                                            )
   *Tanner v. Monsanto Co.*, 3:19-cv-04099-VC )
27

28
                                          - 1 -

1    I, Brian L. Stekloff, declare and state as follows:

2    1.    I am a partner at the law firm of Wilkinson Walsh + Eskovitz, LLP, counsel for

3    defendant Monsanto Company ("Monsanto").  I make this declaration in support of Monsanto's

4    Motion to Exclude Testimony of Dr. Charles Benbrook on *Daubert* Grounds.

5    2.    Annexed hereto as Exhibit 1 is a true and correct copy of Plaintiff's Rule 26

6    Expert Disclosures, dated August 20, 2019, for *Giglio v. Monsanto Company*, Northern District

7    of California Case No. 3:16-cv-05658-VC.

8    3.    Annexed hereto as Exhibit 2 is a true and correct copy of Pretrial Order No. 111,

9    dated March 13, 2019, for *Hardeman v. Monsanto Company*, Northern District of California

10   Case No. 3:16-cv-00525.

11   4.    Annexed hereto as Exhibit 3 is a true and correct copy of Order on (1)

12   Monsanto's Omnibus *Sargon* Motion; (2) Monsanto's Motion for Summary Judgment; (3)

13   Plaintiff's Omnibus *Sargon* Motion; (4) Plaintiff's Motion for Summary Adjudication, entered

14   May 17, 2018, for *Johnson v. Monsanto Company*, Superior Court of California, San Francisco

15   County Case No. CGC-16-550128.

16   5.    Annexed hereto as Exhibit 4 is a true and correct copy of Order on *Sargon*

17   Motions and Motion for Summary Judgment, entered March 18, 2019, for  *Pilliod, et al. v.*

18   *Monsanto Company*, Superior Court of California, Alameda County Case No. RG17862702.

19   6.    Annexed hereto as Exhibit 5 is a true and correct copy of exceprts from the March

20   14, 2019,  Transcript of Proceedings from *Hardeman, et al. v. Monsanto Company,* Northern

21   District of California Case No. 3:16-cv-00525-VC.

22   7.    Annexed hereto as Exhibit 6 is a true and correct copy of the Expert Report of Dr.

23   Charles Benbrook, dated August 20, 2019, for *Giglio v. Monsanto Company*, Northern District of

24   California Case No. 3:16-cv-05658-VC.

25   8.    Annexed hereto as Exhibit 7 is a true and correct copy of Deposition of Dr.

26   Benbrook, taken February 8, 2018, in *Johnson v. Monsanto Company*, Superior Court of

27   California, San Francisco County Case No. CGC-16-550128.

28

STEKLOFF DECLARATION - MOTION TO EXCLUDE TESTIMONY OF DR. BENBROOK ON *DAUBERT* GROUNDS

1    9.      Annexed hereto as Exhibit 8 is a true and correct copy of excerpts from the May

2    10, 2018, Transcript of Proceedings from *Johnson v. Monsanto Company*, Superior Court of

3    California, San Francisco County Case No. CGC-16-550128.

4    10.      Annexed hereto as Exhibit 9 is a true and correct copy of Deposition of Dr.

5    Charles Benbrook, taken February 9, 2018, in *Johnson v. Monsanto Company*, Superior Court of

6    California, San Francisco County Case No. CGC-16-550128.

7    11.      Annexed hereto as Exhibit 10 is a true and correct copy of the August 20, 2019,

8    Dr. Charles Benbrook Expert Report, Appendix A Resume.

9    12.      Annexed hereto as Exhibit 11 is a true and correct copy of Deposition of Dr.

10   Charles Benbrook, taken December 28, 2018, in *Hardeman, et al. v. Monsanto Company*,

11   Northern District of California Case No. 3:16-cv-00525-VC.

12   13.      Annexed hereto as Exhibit 12 is a true and correct copy of the Expert Report of

13   Dr. Charles Benbrook, dated December 21, 2017, for *Johnson v. Monsanto Company*, Superior

14   Court of California, San Francisco County Case No. CGC-16-550128.

15   14.      Annexed hereto as Exhibit 13 is a true and correct copy of Deposition of Dr.

16   Charles Benbrook, taken September 13, 2018, for *Adams, et al. v. Monsanto Company*, St. Louis

17   County Case No. 17SL-CC02721.

18   15.      Annexed hereto as Exhibit 14 is a true and correct copy of Deposition of Dr.

19   Charles Benbrook, taken May 23, 2018, for *Hall, et al. v. Monsanto Company*, St. Louis City

20   Case No. 1622-CC01071.

21

22

23

24

25

26

27

28

STEKLOFF DECLARATION - MOTION TO EXCLUDE TESTIMONY OF DR. BENBROOK ON *DAUBERT* GROUNDS

1    DATED: November 26, 2019         Respectfully submitted,

2                                        /s/ Brian L. Stekloff_____

3                                        Brian L. Stekloff (*pro hac vice*)
                                       (bstekloff@wilkinsonwalsh.com)

4                                        Rakesh Kilaru (*pro hac vice*)
                                       (rkilaru@wilkinsonwalsh.com)

5                                        WILKINSON WALSH + ESKOVITZ LLP
                                       2001 M St. NW, 10th Floor

6                                        Washington, DC 20036
                                       Tel: 202-847-4030

7                                        Fax: 202-847-4005

8                                        Pamela Yates (CA Bar No. 137440)
                                       (Pamela.Yates@arnoldporter.com)

9                                        ARNOLD & PORTER KAYE SCHOLER

10                                      777 South Figueroa St., 44th Floor
                                     Los Angeles, CA 90017

11                                      Tel: 213-243-4178
                                     Fax: 213-243-4199

12

13                                        Eric G. Lasker (*pro hac vice*)
                                       (elasker@hollingsworthllp.com)

14                                      HOLLINGSWORTH LLP
                                     1350 I St. NW

15                                      Washington, DC 20005
                                     Tel: 202-898-5843

16                                      Fax: 202-682-1639

17                                      Michael X. Imbroscio (*pro hac vice*)

18                                      (mimbroscio@cov.com)
                                     COVINGTON & BURLING LLP

19                                      One City Center

20                                      850 10th St. NW
                                     Washington, DC 20001

21                                      Tel: 202-662-6000

22                                      Attorneys for Defendant
                                     MONSANTO COMPANY

23

24

25

26

27

28

STEKLOFF DECLARATION - MOTION TO EXCLUDE TESTIMONY OF DR. BENBROOK ON *DAUBERT* GROUNDS

1

**CERTIFICATE OF SERVICE**

2      I HEREBY CERTIFY that on this 26th day of November, 2019, a copy of the foregoing

3   was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing

4   to all appearing parties of record.

5                                    */s/ Brian L. Stekloff*

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STEKLOFF DECLARATION - MOTION TO EXCLUDE TESTIMONY OF DR. BENBROOK ON *DAUBERT* GROUNDS