# EXHIBIT 5

Volume 13

Pages 2101 - 2142

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable Vince Chhabria, Judge

EDWARD HARDEMAN,                )
                                )
            Plaintiff,          )
                                )
  VS.                           )   NO. C 16-00525 VC
                                )
MONSANTO COMPANY,               )
                                )
            Defendant.          )
                                )

San Francisco, California
Thursday, March 14, 2019

**TRANSCRIPT OF PROCEEDINGS**

**APPEARANCES:**

For Plaintiff:
        ANDRUS WAGSTAFF PC
        7171 W. Alaska Drive
        Lakewood, Colorado  80226
  BY: **AIMEE H. WAGSTAFF, ATTORNEY AT LAW**
      **DAVID J. WOOL, ATTORNEY AT LAW**

        MOORE LAW GROUP
        1473 South 4th Street
        Louisville, Kentucky  40208
  BY: **JENNIFER MOORE, ATTORNEY AT LAW**

(APPEARANCES CONTINUED ON FOLLOWING PAGE)

REPORTED BY: Marla F. Knox, RPR, CRR
             Official Reporter

```
 1   APPEARANCES:  (CONTINUED)

 2   For Defendant:

 3                    WILKINSON  WALSH ESKOVITZ LLP
                      2001 M Street, NW - 10th Floor
 4                    Washington, D.C.  20036
                BY:   BRIAN L. STEKLOFF, ATTORNEY AT LAW
 5                    RAKESH N. KILARU, ATTORNEY AT LAW
                      TAMARRA MATTHEWS JOHNSON, ATTORNEY AT LAW
 6                    JULIE RUBENSTEIN, ATTORNEY AT LAW

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1   Thursday - March 14, 1995                           12:35 p.m.

 2                        P R O C E E D I N G S

 3                              ---oOo---

 4        (Proceedings were heard out of presence of the jury:)

 5        THE CLERK:  Calling Civil Matter 16-525, Hardeman v.

 6   Monsanto, et al.

 7        If parties could please come forward and state their

 8   appearances for the record.

 9        THE COURT:  Don't worry about it.  We all know who

10   each other is at this point.

11        Okay.  So let me -- let me write a list of things that we

12   need to discuss.  So we have Benbrook.  We have the design

13   defect issue.  We have the Seralini study.  I feel like I'm

14   missing one thing.  No?

15        MS. MOORE:  I don't think so, Your Honor.  The only

16   other thing -- and this can probably come in with the Seralini

17   studies.  We wanted to ask for some clarification on the

18   post-use corporate conduct rulings from yesterday, but I think

19   that can come up when we are talking about Seralini as well.

20        THE COURT:  Okay.  Post-use corporate conduct rulings

21   from yesterday.  Oh, on the motion in limine.

22        MS. MOORE:  Yes, Your Honor.

23        THE COURT:  All right.  So Benbrook I think is easy.

24   I don't need to hear any further argument on it.

25        The three -- the -- the first three items that -- that you
```

1  propose to have Benbrook testify about, I do not think are
2  properly the subject of expert testimony.  They are a factual
3  narrative.  The information that you say you want to get out of
4  Benbrook, you should be able to or should have been able in
5  deposition -- been able to get that information out of fact
6  witnesses.  So Benbrook will not be allowed to testify on those
7  three topics.
8      I also think it is highly unlikely that Benbrook is
9  qualified to testify on those three topics, but I don't think
10 it matters because I don't think they are the subject of expert
11 testimony.
12     The fourth topic it seems would be the proper subject of
13 expert testimony, but I don't see how Benbrook is qualified as
14 an expert on that topic.  So I want to -- if you want to kind
15 of point me to something in his qualifications that I might
16 have missed, you know, feel free to do that.  But that's really
17 the only thing that I would want to discuss about Benbrook.
18          MS. WAGSTAFF:  All right.  May I confer with my
19 cocounsel for just one minute?
20          THE COURT:  Of course.
21     (A brief pause was had.)
22          MS. WAGSTAFF:  All right.  In light of Your Honor's
23 comments, and to avoid spending much more time on this,
24 Plaintiffs will withdraw Dr. Benbrook.
25          THE COURT:  Okay.  So that means that Mills is not