# EXHIBIT 8

```
 1            SUPERIOR COURT OF THE STATE OF CALIFORNIA
 2                    COUNTY OF SAN FRANCISCO
 3
 4    DEWAYNE JOHNSON,
 5            Plaintiff,
 6       vs.                            Case No. CGC-16-550128
 7    MONSANTO COMPANY,
 8            Defendant.
      _____/
 9
10
11
12
13
14
15              Reporter's Transcript of Proceedings
16                    San Francisco, California
17                    Thursday, May 10, 2018
18
19
20
21
22
23    Reported by:
      SHEILA PHAM
24    CSR NO. 13293
25    PAGES 1 - 79
```

Page 1

```
 1            SUPERIOR COURT OF THE STATE OF CALIFORNIA
 2                      COUNTY OF SAN FRANCISCO
 3
 4   DEWAYNE JOHNSON,
 5         Plaintiff,
 6      vs.                           Case No. CGC-16-550128
 7   MONSANTO COMPANY,
 8         Defendant.
     _____/
 9
10
11
12
13
14
15         Reporter's Transcript of Proceedings, taken at SAN
16   FRANCISCO SUPERIOR COURT, 400 McAllister Street,
17   Department 304, San Francisco, CA 94102, beginning at
18   9:10 a.m. and ending at 11:00 a.m., on Thursday, May 10,
19   2018, before Sheila Pham, Certified Shorthand Reporter
20   No. 13293.
21
22
23
24
25
```

Page 2

```
 1                APPEARANCES OF COUNSEL
 2
 3    For Plaintiff:
 4           THE MILLER FIRM LLC
             BY: MICHAEL MILLER, ESQ.
 5           BY: JEFFREY TRAVERS, ESQ.
             BY: TIMOTHY LITZENBURG, ESQ. (on CourtCall)
 6           108 Railroad Avenue
             Orange, VA 22960
 7           (540) 672-4224
             mmiller@millerfirmllc.com
 8           jtravers@millerfirmllc.com
             tlitzenburg@millerfirmllc.com
 9
             AUDET & PARTNERS
10           BY: MARK BURTON, ESQ.
             711 Van Ness Avenue, Suite 500
11           San Francisco, CA 94102
             (415) 568-2555
12           mburton@audetlaw.com
13
      For Defendant:
14
             HOLLINGSWORTH LLP
15           BY: ERIC G. LASKER, ESQ.
             BY: JOE HOLLINGSWORTH, ESQ. (on CourtCall)
16           1350 I Street, N.W.
             Washington, DC 20005
17           (202) 898-5800
             elasker@hollingsworthllp.com
18           jhollingsworth@hollingsworthllp.com
19           FARELLA BRAUN + MARTEL
             BY: SANDRA A. EDWARDS, ESQ.
20           235 Montgomery Street
             San Francisco, CA 94104
21           (415) 954-4428
             sedwards@fbm.com
22
23
24
25
```

```
 1    bad, or that proves the corporation wanted to put profit
 2    over people, or anything of that sort.
 3            THE COURT:  What would you do with the e-mail,
 4    if anything?
 5            MR. MILLER:  Well, that's a good question.  Do
 6    you have an opinion as to whether Monsanto sought
 7    outside help to determine whether Roundup was genotoxic?
 8            THE COURT:  How would he possibly have a basis
 9    to know that, and what expertise does he bring to that
10    question?  He would have to know everything that
11    Monsanto ever did during some huge time period.
12            MR. MILLER:  Not if they did it -- I mean, not
13    if they have -- not if we have clear documentation that
14    they asked.
15            THE COURT:  Well, then you give the jury the
16    documentation.  You don't have an expert.  I just don't
17    understand how an expert -- is he an expert in e-mail
18    reading?  Surely not.
19            MR. MILLER:  I'm certainly not.
20            THE COURT:  Do you see my point?
21            MR. MILLER:  But I think when you ask an expert
22    an opinion, I think you're entitled for the jury to hear
23    the basis of it.
24            THE COURT:  Yeah, but you're flipping the
25    issue.  The question is whether you're entitled to ask
```