**WILKINSON WALSH + ESKOVITZ LLP**
Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonwalsh.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonwalsh.com)
2001 M St. NW
10th Floor
Washington, DC 20036
Tel:   202-847-4030
Fax:   202-847-4005

**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
1350 I St. NW
Washington, DC 20005
Tel: 202-898-5843
Fax: 202-682-1639

**ARNOLD & PORTER KAYE SCHOLER**
Pamela Yates (CA Bar No. 137440)
(Pamela.Yates@arnoldporter.com)
777 South Figueroa St., 44th Floor
Los Angeles, CA 90017
Tel: 213-243-4178
Fax: 213-243-4199

**COVINGTON & BURLING LLP**
Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
One City Center
850 10th St. NW
Washington, DC 20001
Tel: 202-662-6000

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| *Dickey v. Monsanto Co.*, 3:19-cv-04102-VC | **DECLARATION OF BRIAN L. STEKLOFF IN SUPPORT OF MONSANTO COMPANY'S NOTICE OF MOTION AND MOTION TO EXCLUDE TESTIMONY OF DR. CHARLES JAMESON ON *DAUBERT* GROUNDS** |
| *Domina v. Monsanto Co.*, 3:16-cv-05887-VC | |
| *Giglio v. Monsanto Co., et al.*, 3:16-cv-05658-VC | |
| *Janzen v. Monsanto Co.*, 3:19-cv-04103-VC | Hearing dates:<br>Time: |
| *Perkins v. Monsanto Co.*, 3:16-cv-06025-VC | |
| *Pollard v. Monsanto Co.*, 3:19-cv-04102-VC | |
| *Russo v. Monsanto Co.*, 3:16-cv-06024-VC | |

- 1 -

I, Brian L. Stekloff, declare and state as follows:

1. I am a partner at the law firm of Wilkinson Walsh + Eskovitz, LLP, counsel for defendant Monsanto Company ("Monsanto"). I make this declaration in support of Monsanto's Motion to Exclude Testimony of Dr. Charles Jameson on *Daubert* Grounds.

2. Annexed hereto as Exhibit 1 is a true and correct copy of the transcript of the February 13, 2019 hearing held in *In Re: Roundup Products Liability Litigation*, Northern District of California Case No. 16-md-02741-VC.

3. Annexed hereto as Exhibit 2 is a true and correct copy of Plaintiffs' Designation of Expert Witnesses, filed January 14, 2019 in *Pilliod, et al. v. Monsanto Company, et al*. Alameda Superior Court Case No.: RG17862702.

4. Annexed hereto as Exhibit 3 is a true and correct copy of Plaintiffs' Witness List, filed March 1, 2019, in *Pilliod, et al. v. Monsanto Company, et al*. Alameda Superior Court Case No.: RG17862702.

5. Annexed hereto as Exhibit 4 is a true and correct copy of the Court's Order on *Sargon* Motions and Motion for Summary Judgment, issued on March 18, 2019 in *Pilliod, et al. v. Monsanto Company, et al*. Alameda Superior Court Case No.: RG17862702.

6. Annexed hereto as Exhibit 5 is a true and correct copy of the April 4, 2019, trial transcript from *Pilliod, et al. v. Monsanto Company, et al*. Alameda Superior Court Case No.: RG17862702.

7. Annexed hereto as Exhibit 6 is a true and correct copy of Plaintiff's Amended Disclosure of Expert Testimony, served on March 20, 2019, in *Winston, et al. v. Monsanto Company*, St. Louis City Case No. 1822-CC00515.

8. Annexed hereto as Exhibit 7 is a true and correct copy of the Deposition of Dr. Charles Jameson, taken July 19, 2019, for *Winston, et al. v. Monsanto Company*, St. Louis City Case No. 1822-CC00515, *Lamb, et al. v. Monsanto Company*, St. Louis County Case No. 17SL-CC03681, and *Kane, et al. v. Monsanto Company*, St. Louis City Case No. 1622-CC10172.

9. Annexed hereto as Exhibit 8 is a true and correct copy of Plaintiff Emanuel Richard Giglio's Rule 26 Expert Disclosures, which Plaintiff served on Monsanto on August 20, 2019, in *Giglio v. Monsanto Co.*, 3:16-cv-05658.

10. Annexed hereto as Exhibit 9 is a true and correct copy of Plaintiff Goldie Perkins's Rule 26 Expert Disclosures, which Plaintiff served on Monsanto on October 4, 2019, in *Perkins v. Monsanto Co.*, 3:16-cv-05658.

11. Annexed hereto as Exhibit 10 is a true and correct copy of Plaintiff Matteo Anthony Russo's Rule 26 Expert Disclosures, which Plaintiff served on Monsanto on October 4, 2019, in *Russo v. Monsanto Co.*, 3:16-cv-06024.

12. Annexed hereto as Exhibit 11 is a true and correct copy of the transcript of the Deposition of Charles W. Jameson taken on May 3, 2017, for *In Re: Roundup Products Liability Litigation*, Northern District of California Case No. 16-md-02741-VC.

| | |
|---|---|
| DATED: November 26, 2019 | Respectfully submitted, |
| | /s/ Brian L. Stekloff |
| | |
| | Brian L. Stekloff (*pro hac vice*) |
| | (bstekloff@wilkinsonwalsh.com) |
| | Rakesh Kilaru (*pro hac vice*) |
| | (rkilaru@wilkinsonwalsh.com) |
| | WILKINSON WALSH + ESKOVITZ LLP |
| | 2001 M St. NW, 10th Floor |
| | Washington, DC 20036 |
| | Tel: 202-847-4030 |
| | Fax: 202-847-4005 |
| | |
| | Pamela Yates (CA Bar No. 137440) |
| | (Pamela.Yates@arnoldporter.com) |
| | ARNOLD & PORTER KAYE SCHOLER |
| | 777 South Figueroa St., 44th Floor |
| | Los Angeles, CA 90017 |
| | Tel: 213-243-4178 |
| | Fax: 213-243-4199 |
| | |
| | Eric G. Lasker (*pro hac vice*) |
| | (elasker@hollingsworthllp.com) |
| | HOLLINGSWORTH LLP |
| | 1350 I St. NW |
| | Washington, DC 20005 |
| | Tel: 202-898-5843 |
| | Fax: 202-682-1639 |
| | |
| | Michael X. Imbroscio (*pro hac vice*) |
| | (mimbroscio@cov.com) |
| | COVINGTON & BURLING LLP |
| | One City Center |
| | 850 10th St. NW |
| | Washington, DC 20001 |
| | Tel: 202-662-6000 |
| | |
| | Attorneys for Defendant |
| | MONSANTO COMPANY |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 26 day of November, 2019, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

/s/ Brian L. Stekloff

- 5 -

STEKLOFF DECLARATION - MOTION TO EXCLUDE TESTIMONY OF DR. JAMESON ON *DAUBERT* GROUNDS
3:19-CV-041-2-VC & 3:16-CV-05887-VC & 3:16-CV-05658-VC & 3:19-CV-04103-VC & 3:16-CV-06025-VC & 3:19-CV-04102-VC & 3:16-CV-06024-VC