# Exhibit 2

Michael J. Miller (*Appearance Pro Hac Vice*)
Curtis G. Hoke (SBN 282465)
Shayne Hodge (*Appearance Pro Hac Vice*)
**THE MILLER FIRM, LLC**
108 Railroad Ave.
Orange, VA 22960
Telephone: (540) 672-4224
Facsimile: (540) 672-3055
mmiller@millerfirmllc.com
choke@millerfirmllc.com
shodge@millerfirmllc.com

*Attorneys for Plaintiffs*

# SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF ALAMEDA

| | |
|---|---|
| COORDINATION PROCEEDING SPECIAL TITLE (RULE 3.550)<br><br>**ROUNDUP PRODUCTS CASES**<br><br>THIS DOCUMENT RELATES TO:<br><br>*Pilliod, et al. v. Monsanto Company, et al.*<br>Alameda Superior Court Case No.: RG17862702 | JCCP No. 4953<br><br>Case No.: RG17862702<br><br>**PLAINTIFFS' DESIGNATION OF EXPERT WITNESSES**<br><br>Hon. Judge Winifred Smith<br><br>Trial Date: March 18, 2019 |

**PLAINTIFF'S DISCLOSURE OF EXPERT WITNESSES AND DECLARATION**

**COMES NOW PLAINTIFFS,** ALVA AND ALBERTA PILLIOD, pursuant to the court's scheduling order and Cal. Code Civ. Proc. § 2034.260,  AND identifies experts who are expected to be called at the trial of this matter.  Plaintiffs hereby submit their Designation of Expert Witnesses as

follows:

1. **Dr. Chadi Nabhan, M.D., F.A.C.P.**
   **5841 S. Maryland Avenue, MC2115**
   **Chicago, IL 60637**

   Plaintiffs refer Monsanto Company to Dr. Nabhan's Expert Report re Alberta and Alva Pilliod which is being served contemporaneously with this disclosure, and all subparts and attachments thereto, which sets forth his opinions and the reasons and bases for them. Dr. Nabhan's Expert Report and corresponding attachments set forth the facts, data and information considered by Dr. Nabhan and his qualifications, publications, testimonial history, and compensation (Dr. Nabhan's expert report and CV are appended hereto as **Exhibit A**). Plaintiffs hereby incorporate by reference Dr. Nabhan's Expert Report and all subparts and attachments thereto. Plaintiffs hereby incorporate by reference all of Dr. Nabhan's previous deposition testimony in cases against Monsanto, his Daubert testimony in the Roundup MDL, his trial testimony in the Johnson v. Monsanto case; and all previously submitted reports and reliance lists. Dr. Nabhan's hourly rate is $550.00. He is sufficiently familiar with this matter to submit to a meaningful deposition with respect to the Pilliods. He has already been deposed with respect to his general causation opinions. Dr. Nabhan has agreed to testify at trial in this matter.

2. **Dr. Christopher Portier, Ph.D.**
   **Scheibenstrasse 15**
   **CH-3600 Thun**
   **Switzerland**

   Plaintiffs refer Monsanto Company to Dr. Portier's Expert Reports, which have been served on Defendants in *In Re Roundup* 16-MD-2741-VC, and all subparts and attachments thereto, which sets forth his opinions and the reasons and bases for them. Dr. Portier's Expert Report and corresponding attachments set forth the facts, data and information considered by Dr. Portier and his qualifications, publications, testimonial history, and compensation. Plaintiffs hereby incorporate by reference Dr. Portier's Expert Report and all subparts and attachments thereto. Plaintiffs hereby incorporate by reference all of Dr. Portier's previous deposition testimony in cases against Monsanto, his Daubert testimony in the Roundup MDL, his trial testimony in the Johnson v. Monsanto case; and all previously

submitted reports and reliance lists. Dr. Portier's hourly rate is $450.00, and he is already been deposed with respect to his opinions being offered in this case. Dr. Portier has agreed to testify at trial in this matter.

3. **Dr. Beate Ritz, M.D., Ph.D.**
   **650 Charles E. Young Dr. S.**
   **Los Angeles, CA 90095**

Plaintiffs refer Monsanto Company to Dr. Ritz's Expert Reports, which have been served on Defendants in *In Re Roundup* 16-MD-2741-VC, and all subparts and attachments thereto, which sets forth his opinions and the reasons and bases for them. Dr. Ritz's Expert Report and corresponding attachments set forth the facts, data and information considered by Dr. Ritz and her qualifications, publications, testimonial history, and compensation. Plaintiffs hereby incorporate by reference Dr. Ritz's Expert Report and all subparts and attachments thereto. Plaintiffs hereby incorporate by reference all of Dr. Ritz's previous deposition testimony in cases against Monsanto, her Daubert testimony in the Roundup MDL; and all previously submitted reports and reliance lists. Dr. Ritz's hourly rate is $550.00, and she has already been deposed with respect to her opinions being offered in this case. Dr. Ritz has agreed to testify at trial in this matter.

4. **Dr. Charles W. Jameson**
   **CWJ CONSULTING LLC**
   **2828 Nw 46th Ave**
   **Cape Coral, FL 33993-8806**

Plaintiffs refer Monsanto Company to Dr. Jameson's Expert Reports, which have been served on Defendants in *In Re Roundup* 16-MD-2741-VC, and all subparts and attachments thereto, which sets forth his opinions and the reasons and bases for them. Dr. Jameson's Expert Report and corresponding attachments set forth the facts, data and information considered by Dr. Jameson and his qualifications, publications, testimonial history, and compensation. Plaintiffs hereby incorporate by reference Dr. Jameson's Expert Report and all subparts and attachments thereto. Plaintiffs hereby incorporate by reference all of Dr. Jameson's previous deposition testimony in cases against Monsanto, his Daubert testimony in the Roundup MDL, and all previously submitted reports and reliance lists. Dr. Jameson's

1  hourly rate is $400.00, and he has already been deposed with respect to his opinions being offered in this
2  case.
3
4      **5.**    **Dr. Dennis Weisenburger, M.D.**
          **1500 E. Duarte Road**
5            **Duarte, CA 91010**
6
7  Plaintiffs refer Monsanto Company to Dr. Weisenburger's Expert Reports, which have been served
8  on Defendants in *In Re Roundup* 16-MD-2741-VC, and all subparts and attachments thereto, which sets
9  forth his opinions and the reasons and bases for them. Dr. Weisenburger's Expert Report and
10 corresponding attachments set forth the facts, data and information considered by Dr. Weisenburger and
11 his qualifications, publications, testimonial history, and compensation (Dr. Weisenburger's CV is
12 appended hereto as **Exhibit B**). Plaintiffs hereby incorporate by reference Dr. Weisenburger's Expert
13 Report and all subparts and attachments thereto. Plaintiffs hereby incorporate by reference all of Dr.
14 Weisenburger's previous deposition testimony in cases against Monsanto, his Daubert testimony in the
15 Roundup MDL, and all previously submitted reports and reliance lists.  In addition to Dr. Weisenburger's
16 general causation testimony, he is expected to provide a specific causation opinion with respect to the
17 Pilliods' use of Roundup and its relation to their NHL. Dr. Weisenburger's hourly rate is $500.00.  He is
18 sufficiently familiar with this matter to submit to a meaningful deposition with respect to the Pilliods.  He
19 has already been deposed with respect to his general causation opinions. Dr. Weisenburger has agreed to
20 testify at trial in this matter.
21     **6.**    **William Sawyer, Ph.D.**
          **Toxicology Consultants & Assessment Specialists, LLC (TCAS, LLC)**
22           **6450 Pine Avenue**
          **Sanible, Florida 33957**
23
24           **Toxicology Consultants & Assessment Specialists, LLC (TCAS, LLC)**
          **29 Fennell Street**
25           **Skaneateles, New York 13152**
26
27 Plaintiffs refer Monsanto Company to Dr. Sawyer's Expert Report re Alberta and Alva Pilliod,
28 which is being served contemporaneously with this disclosure, and all subparts and attachments thereto,
which sets forth his opinions and the reasons and bases for them. Dr. Sawyer's Expert Report and

1  corresponding attachments set forth the facts, data and information considered by Dr. Sawyer and his
2  qualifications, publications, testimonial history, and compensation (Dr. Sawyer's expert report and CV
3  are appended hereto as **Exhibit C**). Plaintiffs hereby incorporate by reference Dr. Sawyer's Expert Report
4  and all subparts and attachments thereto.  Plaintiffs hereby incorporate by reference all of Dr. Sawyer's
5  previous deposition testimony in cases against Monsanto, his Daubert testimony in the Roundup MDL,
6  his trial testimony in the Johnson v. Monsanto case; and all previously submitted reports and reliance
7  lists.  Dr. Sawyer's hourly rate is $580.00.  He is sufficiently familiar with this matter to submit to a
8  meaningful deposition with respect to the Pilliods.  He has already been deposed with respect to his
9  general causation and absorption opinions**.**  Dr. Sawyer has agreed to testify at trial in this matter.

7. **James Mills**
   **4984 El Camino Real, Suite 210**
   **Los Altos, CA 94022**

Plaintiffs refer Monsanto Company to Mr. Mill's Expert Report which is being served contemporaneously with this disclosure, and all subparts and attachments thereto, which sets forth his opinions and the reasons and bases for them. Mr. Mills's Expert Report and corresponding attachments set forth the facts, data and information considered by Mr. Mills and his qualifications, publications, testimonial history, and compensation (Dr. Mills' expert reports and CV are appended hereto as **Exhibit D**). Plaintiffs hereby incorporate by reference Mr. Mills's Expert Report and all subparts and attachments thereto.  Plaintiffs hereby incorporate by reference all of Mr. Mills's previous deposition testimony in cases against Monsanto, his Daubert testimony in the Roundup MDL, his trial testimony in the *Johnson v. Monsanto* case; and all previously submitted reports and reliance lists.  Mr. Mills's hourly rate is $595.00.  He is sufficiently familiar with this matter to submit to a meaningful deposition.  Mr. Mills has agreed to testify at trial in this matter.

8. **Dr. Gregory J. O'Shanick, MD**
   **7401 Beaufont Springs Drive, Suite 205**
   **Richmond, VA 23225**

Dr. O'Shanick is a neurologist and the Medical Director of the Center for Neurorehabilitation Services in Richmond, Virginia; Dr. O'Shanick's CV is attached hereto as **Exhibit E**.  Dr. O'Shanick is expected to testify as to the neurological health of Mr. and Mrs. Pilliod and the likely causes of their

neurological injuries. Dr. O'Shanick's hourly rate for expert consulting is $1,000 per hour and $1,000 per hour for deposition or court appearance(s). He is sufficiently familiar with this matter to submit to a meaningful deposition. Dr. O'Shanick has agreed to testify at trial in this matter.

9. **Dr. Charles Benbrook**
   **90063 Troy Road**
   **Enterprise, Oregon 97828**

Plaintiffs refer Monsanto Company to Dr. Benbrook's Expert Reports, which have been served on Defendants in *In Re Roundup* 16-MD-2741-VC, and all subparts and attachments thereto, which sets forth his opinions and the reasons and bases for them. Dr. Benbrook's Expert Report and corresponding attachments set forth the facts, data and information considered by Dr. Benbrook and his qualifications, publications, testimonial history, and compensation. Plaintiffs hereby incorporate by reference Dr. Benbrook's Expert Report and all subparts and attachments thereto (also appended hereto as **Exhibit F**). Plaintiffs hereby incorporate by reference all of Dr. Benbrook's previous deposition testimony in cases against Monsanto, his Daubert testimony in the Roundup MDL, and all previously submitted reports and reliance lists. Dr. Benbrook's hourly rate is $300.00, and he has already been deposed with respect to his opinions being offered in this case. Dr. Benbrook has agreed to testify at trial in this matter.

10. **Dr. William Pease**
    **720 Creston Road**
    **Berkeley, California 94708**

Plaintiffs refer Monsanto Company to Dr. Pease's Expert Report – served contemporaneously with this disclosure – and all subparts and attachments thereto, which sets forth his opinions and the reasons and bases for them (Dr. Pease's expert report and CV are appended hereto as **Exhibit G**). Dr. Pease's Expert Report and corresponding attachments set forth the facts, data and information considered by Dr. Pease and his qualifications, publications, testimonial history, and compensation. Plaintiffs hereby incorporate by reference Pease's Expert Report and all subparts and attachments thereto. Dr. Pease's hourly rate for expert consulting and drafting an expert report is $350.00 and

$400.00 for deposition or court appearance.  Dr. Pease has agreed to testify at trial in this matter.

## NON-RETAINED EXPERT WITNESSES

Plaintiffs designate the following non-retained expert witnesses:

1. Dr. Aaron Blair will provide opinion testimony that glyphosate and glyphosate-based formulations cause NHL in humans.  The facts and opinions to which the witness is expected to testify are laid out in IARC Monograph 112 and his deposition testimony which occurred on March 20, 2017 and are based on the documents he reviewed and the meetings he participated in as the Chair of the IARC working group studying glyphosate.  The opinions are within the scope of his work on the IARC working group studying glyphosate.  Dr. Blair has already been deposed in this matter.

2. Dr. Matthew Ross is expected to provide opinion testimony that glyphosate and glyphosate-based formulations cause NHL.  The facts and opinions to which the witness is expected to testify are laid out in IARC Monograph 112 and are based on the documents he reviewed and the meetings he participated in as part of the IARC working group studying glyphosate. The opinions are within the scope of his work on the IARC working group studying glyphosate.  Dr. Ross has already been deposed in this matter.

Each of the following individuals is a treating health care provider of either Plaintiffs Alva or Alberta Pilliod and not an independently retained expert as described in Code of Civil Procedure section 2034.260 and is not subject to the further disclosure requirements of Code of Civil Procedure §2034.260:

1. Dr. Kavitha Raj, M.D.
   Valley Medical Oncology Consultants
   5725 W. Las Positas Blvd., #100
   Pleasanton, California 94588

2. Dr. James Rubenstein, M.D.
   400 Parnassus Avenue, Fourth Floor
   San Francisco, California 94143

3. Dr. Robert Fisher, M.D., Ph.D.
   213 Quarry Rd., Rm. 2851

      Palo Alto, California 94304

4. Dr. Neel K. Gupta, M.D.
   875 Blake Wilbur Drive
   Palo Alto, California 94304

5. Dr. Paul Garcia, M.D.
   400 Parnassus Avenue
   San Francisco, California 94143

6. Dr. Donald Born, M.D., Ph.D.
   300 Pasteur Dr., Rm. L235, MC 5324
   Stanford, California 94305

7. Dr. David H. Lin, M.D.
   901 San Ramon Valley Blvd., Suite 232
   Danville, California 94526

8. Dr. Daniel A. Arber, M.D.
   5841 S. Maryland Avenue
   Chicago, Illinois 60637

In accordance with the Code of Civil Procedure Section 2034.310, Plaintiffs reserve the right to amend their expert disclosures; further, this list of expert witnesses subject to other experts as may be revealed by Defendants and called upon to testify at the trial. Plaintiffs further reserve the right to call physicians or any other treating health care providers of Plaintiffs Alva Pilliod or Alberta Pilliod as reflected in the medical records of Plaintiff or as designated by the parties to this action.

Additionally, Plaintiffs reserve the right to call any and all medical treating doctors, nurses, and technicians who have not been retained as experts, but may be called upon to give expert testimony.

Plaintiffs further reserve the right to elicit expert testimony from other treating physicians, including experts disclosed by Monsanto, and Plaintiffs reserves the right to supplement this list pursuant to the Code of Civil Procedure.

Discovery is ongoing. Depositions have not been completed and all documents due from the Defendant have not been received. Accordingly, Plaintiff reserves the right to supplement these expert opinions as new information is made available. This designation may be supplemented by expert reports.

## **DECLARATION OF CURTIS G. HOKE, ESQ.**

I am the retained attorney for Plaintiffs Alva and Alberta Pilliod in the above styled case. I have personal knowledge of the facts contained in this declaration, and, if called as a witness, I am competent to testify to those facts. I am over the age of 18 and a resident of Virginia. I make this declaration in support of the Plaintiff Dewayne Johnson's Designation of Experts.

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct and if called as a witness I could and would competently testify thereto. Executed this 14th Day of January 2019.

Dated:  January 14, 2019

_____

Curtis G. Hoke

**PROOF OF SERVICE**

I, Curtis G. Hoke, declare as follows:

I am a citizen of the United States and am employed in Orange County, Virginia. I am over the age of eighteen years and not a party to the within action. My business address is The Miller Firm, LLC, 108 Railroad Avenue, Orange, Virginia 22960. On **January 14, 2019**, I served the following documents by the method indicated below:

1. **PLAINTIFFS' DESIGNATION OF EXPERT WITNESSES**

☑ **By Electronic Service:** A true and correct copy of the document(s) described above was electronically served via e-mail to counsel for Monsanto Company:

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on this **January 14, 2019** at Orange, Virginia.

_____
Curtis G. Hoke,
Declarant