# Exhibit 3

Michael J. Miller (appearance *pro hac vice*)
Curtis G. Hoke (State Bar No. 282465)
**The Miller Firm, LLC**
108 Railroad Ave.
Orange, VA  22960
(540) 672-4224 phone; (540) 672-3055 fax
mmiller@millerfirmllc.com
choke@millerfirmllc.com

R. Brent Wisner (SBN 276023)
rbwisner@baumhedlundlaw.com
BAUM HEDLUND ARISTEI GOLDMAN PC
12100 Wilshire Blvd., Suite 950
Los Angeles, CA 90025
Telephone: (310) 207-3233;
Facsimile: (310) 820-7444

*Attorneys for Plaintiffs*

## UPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF ALAMEDA

| | |
|---|---|
| COORDINATION PROCEEDING SPECIAL TITLE (RULE 3.550)<br>**ROUNDUP PRODUCTS CASES**<br>_____<br>THIS DOCUMENT RELATES TO:<br>*Pilliod, et al. v. Monsanto Company, et al.*<br>Alameda Superior Court Case No.: RG17862702 | JCCP NO. 4953<br><br>Case No.: RG17862702<br><br>**PLAINTIFFS' WITNESS LIST**<br><br>Hon. Judge Winifred Smith<br>Dept. 21<br><br>Trial Date: March 18, 2019 |

Plaintiffs Alva and Alberta Pilliod hereby submits the following list of non-impeachment, non-rebuttal witnesses that may testify at the trial of this action:

1. Alva Pilliod– Alva Pilliod is a Plaintiff in this case and will testify as to his damages and the factual circumstances within his knowledge relevant to this case.

2. Alberta Pilliod – Alberta Pilliod is a Plaintiff in this case and she will testify as to her damages and the factual circumstances within her knowledge relevant to this case.

3. Michael Pilliod – is the son of the Plaintiffs in this case and he will testify as to damages, the Pilliods' Roundup usage and the factual circumstances within his knowledge relevant to this case.

4. Fran Pricket - is a friend of Alberta Pilliod and she will testify as to damages and the factual circumstances within his knowledge relevant to this case.

5. Ian Scaley – is a friend of Alva Pilliod and he will testify as to damages and the factual circumstances within his knowledge relevant to this case.

6. Rita Jovick – is the sister of Alberta Pilliod and she will testify as to damages and the factual circumstances within his knowledge relevant to this case.

7. Dr. Beate Ritz - is the Chair of the Epidemiology Department at UCLA and an expert for Plaintiff.  She will explain to the jury her opinion that Glyphosate-based herbicides (GBHs) cause non-Hodgkin lymphoma (NHL) as outlined in her report and depositions.

8. Dr. Charles Jameson  - is a private consultant in environmental toxicology' specializing in carcinogenesis and is an expert for Plaintiff.  He will explain to the jury his opinion that GBHs cause NHL as outlined in his report and depositions. He will also serve as a fact witness with respect to his role as a member of the IARC working group evaluating glyphosate.

9. Dr. Chris Portier – Is a retired Associate Director of the National Institute of Environmental Health Sciences (NIEHS) National Toxicology Program and an expert for Plaintiff.  He will explain to the jury his opinion that GBHs cause NHL as outlined in his report and depositions. Estimated time for direct examination.

10. Dr. Chadi Nabhan – Is a hematological oncologist formerly of the University of Chicago and now with Kardinal Health and an expert for Plaintiff..  He will explain to the jury his opinion that GBHs cause NHL as outlined in his report and depositions.  He will also explain his opinion that GBHs were a cause of the Pilliods' NHL.

11. Dr. Dennis Weisenburger – is the Chair of the Pathology Department of the City of Hope Medical Center and an expert for Plaintiff. He will explain to the jury his opinion that GBHs cause NHL as outlined in his report and depositions. He will also explain his opinions that GBHs were a cause of the Pilliods' NHL.

12.  Dr. Aaron Blair – was the Chair of the Working Group 112 that evaluated glyphosate at the International Agency for Research on Cancer.  He will explain to the jury his opinion that GBHs cause NHL.

13. Dr. Matthew Ross - was a member of the Working Group 112 that evaluated glyphosate at the International Agency for Research on Cancer. He will explain to the jury his opinion that GBHs cause NHL.

14. Dr. William Sawyer – is a Toxicologist and an expert for Plaintiff. He will explain to the jury his opinion that GBHs cause NHL as outlined in his report and depositions. He will also explain his opinion that the Pilliods' GBHs exposure was sufficient to cause the Pilliods' NHL.

15. Dr. Charles Benbrook – is a Regulatory Expert for the Plaintiff. He will explain to the jury the regulatory framework at the EPA and how it applies to glyphosate, he will also provide other opinions as outlined in his report and deposition.

16. Dr. Gregory J. O'Shanick, MD - is a physician with Board certifications in Brain Injury Medicine, Behavioral Neurology and Neuropsychiatry, and Psychiatry, and the Medical Director of the Center for Neurorehabilitation Services in Richmond, Virginia. He will explain to the jury his opinion that the Pilliods' neurological injuries are the result of their treatment for NHL as outlined in his report and depositions.

17. Dr. William Pease – will explain to the jury his opinions regarding Proposition 65 as outlined in his report and deposition

18. Dr. Kavitha Raj, M.D.– is a physician who treated Plaintiff's injury. Her testimony will include her treatment of Plaintiff and opinion that his injury was caused by GBHs.

19. Dr. James Rubenstein, M.D.- a physician who treated Plaintiff's injury. His testimony will include his treatment of Plaintiff.

20. Dr. Robert Fisher, M.D., Ph.D. - a physician who treated Plaintiff's injury. His testimony will include his treatment of Plaintiff.

21. Dr. Neel K. Gupta, M.D. a physician who treated Plaintiff's injury. His testimony will include his treatment of Plaintiff.

22. Dr. Paul Garcia, M.D a physician who treated Plaintiff's injury. His testimony will include his treatment of Plaintiff.

23. Dr. Donald Born, M.D., Ph.D. a physician who treated Plaintiff's injury. His testimony will include his treatment of Plaintiff.

24. Dr. David H. Lin, M.D. a physician who treated Plaintiff's injury. His testimony will include his treatment of Plaintiff.

25. James Mills (economist) - Is an economist and expert for Plaintiff. He will testify as to Plaintiff's economic damages and will testify as to Monsanto's financial situation for purposes of punitive damages.

26. John Acquavella  – Was formerly employed by Monsanto.  He will testify as to Monsanto's knowledge of the health risks of GBHs and Monsanto's actions or inactions in responding to that risk and informing the public.

27. Kirk Acevedo  – Was formerly employed by Monsanto.  He will testify that Monsanto placed profits over safety during his time working as a sales representative. Estimated time for direct examination 1 hour.

28. Daniel Goldstein – Is employed by Monsanto.  He will testify as to Monsanto's knowledge of the health risks of GBHs and Monsanto's actions or inactions in responding to that risk and informing the public.

29. Bill Heydens - Was formerly employed by Monsanto.  He will testify as to Monsanto's knowledge of the health risks of GBHs and Monsanto's actions or inactions in responding to that risk and informing the public.

30. Dan Jenkins - Was formerly employed by Monsanto.  He will testify as to Monsanto's knowledge of the health risks of GBHs and Monsanto's actions or inactions in responding to that risk and informing the public.

31. David Saltimiras -  Is employed by Monsanto.  He will testify as to Monsanto's knowledge of the health risks of GBHs and Monsanto's actions or inactions in responding to that risk and informing the public..

32. David Heering -  Is employed by Monsanto.  He will testify as to Monsanto's knowledge of the health risks of GBHs and Monsanto's actions or inactions in responding to that risk and informing the public.

33. Steven Gould -  Is employed by Monsanto.  He will testify as to Monsanto's knowledge of the health risks of GBHs and Monsanto's actions or inactions in responding to that risk and informing the public.

34. Donna Farmer -  Is employed by Monsanto.  She will testify as to Monsanto's knowledge of the health risks of GBHs and Monsanto's actions or inactions in responding to that risk and informing the public.

35. Dr. Mark Martens - was employed by Monsanto.  he will testify as to Monsanto's knowledge of the health risks of GBHs and Monsanto's actions or inactions in responding to that risk and informing the public.

36. Samuel Murphey- Is employed by Monsanto.  He will testify as to Monsanto's knowledge of the health risks of GBHs and Monsanto's actions or inactions in responding to that risk and informing the public.

37. Roger O. McClellan, DVM, MMS, DSc – Is an editor for Critical Reviews in toxicology.  He will testify as to facts surrounding the publications regarding glyphosate in his journal.

38. Hugh Grant – Is the former CEO of Monsanto.  He will testify as to Monsanto's knowledge of the health risks of GBHs and Monsanto's actions or inactions in responding to that risk and informing the public; as well as Monsanto's economic health.

39. William Reeves – Is a corporate representative of Monsanto.  He will testify as s to Monsanto's knowledge of the health risks of GBHs and Monsanto's actions or inactions in responding to that risk and informing the public.

40. James Guard - Is employed by Monsanto.  He will testify as to Monsanto's knowledge of the health risks of GBHs and Monsanto's actions or inactions in responding to that risk and informing the public.

41. Michael Koch - Is employed by Monsanto.  He will testify as to Monsanto's knowledge of the health risks of GBHs and Monsanto's actions or inactions in responding to that risk and informing the public.

42. Todd Rands - Is employed by Monsanto.  He will testify as to Monsanto's knowledge of the health risks of GBHs and Monsanto's actions or inactions in responding to that risk and informing the public.

43. Eric Sachs - Is employed by Monsanto.  He will testify as to Monsanto's knowledge of the health risks of GBHs and Monsanto's actions or inactions in responding to that risk and informing the public.

44. Larry Kier – Is a former employee of Monsanto and current consultant.  He will testify as to the facts surrounding his work with Monsanto.

45. Wallace Hayes – Is a consultant for Monsanto, and editor of Food and Chemical Toxicology.  He will testify as to his communications and consulting work with Monsanto; and the facts surrounding the retraction of the Seralini article.

46. Doreen Manchester – Is a corporate representative for Croplife.  She will testify as to the facts surrounding Croplife's work with Monsanto and other glyphosate manufacturers; as well as CropLife's lobbying efforts.

47. Rick Reiss – Is a corporate representative for Exponent.  He will testify as to the facts surrounding Exponent's work with Monsanto.

48. Luoping Zhang, Ph.D. – is a toxicologist at the University of California, Berkeley.  She will testify about her role on the EPA SAP panel evaluating glyphosate and will provide testimony regarding her newly published meta-analysis on glyphosate.

49. Lauren Zeise – is the Director of The Office of Environmental Health Hazard Assessment and was a member of the Working Group 112 that evaluated glyphosate at the International Agency for Research on Cancer..  She will testify as to her decision to label glyphosate a probable carcinogen and to list glyphosate as known to the state of California to cause cancer under Prop 65.

50. Gilles-Éric Séralini – is a scientist who has conducted multiple studies on glyphosate based formulations.  Dr. Seralini will testify as to his work on glyphosate and as to Monsanto's efforts to discredit his work.

51. Henry Miller, MD – is a professor at Stanford who has participated in ghostwriting op-ed for Monsanto; and is a member of the ACSH which receives funding by Monsanto to attack scientists who publish studies revealing the risks of glyphosate.  Dr. Miller is expected to testify as to his interactions with Monsanto.

52. Plaintiff reserves the right to call any corporate representative of Monsanto that attends trial.

53. Plaintiff reserves the right to play previously designated portions of videotaped depositions should Defendant play a videotaped deposition at trial of a witness not on this list.

54. Plaintiff reserves the right to call rebuttal witnesses.


Dated: March 1, 2019

Respectfully Submitted,

/s/ Curtis G. Hoke
Curtis G. Hoke (SBN 282465)
Michael J. Miller (Admitted *Pro Hac Vice*)
Shayne Hodge (Admitted *Pro Hac Vice*)
**THE MILLER FIRM, LLC**
108 Railroad Ave.
Orange, VA 22960
Telephone: (540) 672-4224
Facsimile: (540) 672-3055
choke@millerfirmllc.com
mmiller@millerfirmllc.com
shodge@millerfirmllc.com

Michael Baum (SBN 119511)
R. Brent Wisner (SBN 276023)
Pedram Esfandiary (SBN 312569)
**BAUM HEDLUND ARISTEI & GOLDMAN, PC**
10940 Wilshire Blvd., 17th Floor
Los Angeles, California 90024
Phone: (310) 207-3233
Fax: (310) 820-7444
mbaum@baumhedlundlaw.com
rbwisner@baumhedlundlaw.com
pesfandiary@baumhedlundlaw.com

*Attorneys for Plaintiffs*

## **PROOF OF SERVICE**

I, Curtis G. Hoke, declare as follows:

I am a citizen of the United States and am employed in Orange County, Virginia. I am over the age of eighteen years and not a party to the within action. My business address is The Miller Firm, LLC, 108 Railroad Avenue, Orange, Virginia 22960. On **March 1, 2019**, I served the following documents by the method indicated below:

**PLAINTIFFS' WITNESS LIST**

☑       **By Electronic Service:** Pursuant to Case Management Order No. 2, a true and correct copy of the document(s) described above was electronically served by transmission to CASE ANYWHERE on all parties appearing on the CASE ANYWHERE service list.

        I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on this **March 1, 2019** at Orange, Virginia.

_____
Curtis G. Hoke,
Declarant