# Exhibit 6

## IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS
## STATE OF MISSOURI

WALTER WINSTON et al,

      Plaintiffs,

v.

MONSANTO COMPANY,

      Defendant.

Case No. 1822-CC00515

## **PLAINTIFF'S AMENDED DISCLOSURE OF EXPERT TESTIMONY**

Comes Now Plaintiffs, through undersigned counsel, and hereby submit this list of expert and other witnesses who may be called to offer opinion testimony on their behalf at the trial of the above-captioned matter, subject to the following reservation of rights:

(1) The right to supplement or amend this witness list based upon any rulings of the Court or any other court decisions that affect the scope of evidence in this trial or in the event Defendant alters or amends its witness list;

(2) The right to supplement or amend this witness list in order to address any opinions – whether generic or case-specific – by Defendant's experts;

(3) The right to call un-designated rebuttal expert witnesses whose testimony cannot reasonably be foreseen until the presentation of evidence against Plaintiffs;

(4) The right to withdraw or de-designate the designation of any expert prior to testimony, and positively to aver that such previously designated expert will not be called as a witness at trial and to re-designate that expert as a consulting expert who cannot be called by opposing counsel;

(5) The right to elicit any expert testimony at trial from any qualified person which

would be of benefit to the jury to determine material issues of fact pursuant to the Rules of Civil Procedure, Supreme Court Rules, Rules of Evidence, and Local Rules;

(6)     The right to offer amended and/or supplemental expert opinions based on new and/or updated medical records, deposition testimony and/or information, literature, and/or scientific studies related to Roundup®, glyphosate and/or any of its surfactants, Non-Hodgkin's Lymphoma, or this litigation;

(7)     The right to supplement the references considered and/or relied upon by the experts identified below in order to respond to opinions offered by Defendant's experts and to address newly available literature or information;

(8)     The right to solicit opinion testimony from Plaintiffs' treating health care providers;

(9)     The right to introduce the testimony of Defendant's employees or former employees by deposition or by having them come to trial.

(10)    All witnesses may testify about their skill, knowledge, experience, training and education in their respective fields; the relevant medical and scientific literature, techniques, and methods of their fields; and the description and nature of their practice. They may testify about their publications, presentations, research, and all matters detailed in their respective curriculum vitae. They may testify based on facts or data perceived by or made known to them at or before trial. They may testify in rebuttal to the matters opined on by experts in their respective fields or subjects testifying for the defense, whether global or case-specific. They may employ demonstrative and visual aids. Plaintiffs reserve the right to offer supplemental expert opinions based on updated or new information relative to the talc litigation. Plaintiffs reserve the right to update the literature upon which the witnesses rely. Plaintiffs incorporate all prior reports, if any,

the experts have issued in *In Re: Roundup® Products Liability Litigation*.

(11)    By identifying the witnesses below, Plaintiffs do not intend to waive any objections to deposition testimony, exhibits, or other evidence or argument. Plaintiffs designates the following experts who may be called to testify at the time of trial. Reports and related materials have been previously provided for some of the designated experts.

**DR. CHARLES BENBROOK, Ph.D.**
Benbrook Consulting Services
90063 Troy Road
Enterprise, OR 97828

Dr. Charles Benbrook holds a Ph.D. in Agricultural Economics from the University of Wisconsin which he earned 1980.  Dr. Benbrook has served as an Agricultural Policy Analyst for the Council on Environmental Quality of the Executive Office of the President, and as Staff Director for the U.S. House of Representatives Subcommittee on Department Operations, Research and Foreign Agriculture which had jurisdiction over pesticide regulation and the Federal Insecticide, Fungicide and Rodenticide Act.  Since 1990, Dr. Benbrook has run a private consulting business providing, in part, analytical services for domestic and international clients in the public and private sector focusing on biotechnology; pesticide use, risks and regulation; adoption and cost-benefits of Integrated Pest Management and impacts of federal environmental and food laws.

Dr. Benbrook will testify regarding the EPA pesticide regulatory decision-making process, the interplay of FIFRA and other regulatory statutes such as the FDCA, specifically the "Delaney" clause, and the pesticide industry standards of care as reflected in pesticide industry stewardship codes of conduct which Monsanto participated in developing and adopted. He will testify as to Monsanto's violation of pesticide industry standards of care and its stewardship

responsibilities. His testimony will include early EPA actions on glyphosate and Monsanto's efforts to influence the Office of Pesticide Programs evaluation of glyphosate toxicity, including issues surrounding the mouse oncogenicity study and the effect of a determination of oncogenicity on glyphosate labeling and sale, Monsanto's dedication to protecting its own Freedom to Operate and the diverse tactics Monsanto utilized to bury or obscure issues perceived to raise risk and regulatory threats to future sales of glyphosate and Roundup®, Monsanto's failure to adequately test and label glyphosate and Roundup®, Monsanto's efforts to influence the scientific community's and regulatory agencies' assessment of glyphosate risks, including efforts to delay and defuse worker safety language on Roundup® labeling, cultivating relationships with Monsanto-friendly scientists and EPA officials, reliance on "ghostwriting," attacks on scientists or organizations, reaction to the IARC's finding that glyphosate was probably carcinogenic and a comparison of the genotoxicity studies reviewed by IARC v. those reviewed by EPA in assessing the hazards of glyphosate. Dr. Benbrook's curriculum vitae will be provided to counsel electronically.

Dr. Benbrook will testify consistently with his opinions expressed in numerous depositions taken of him in Roundup® litigation by Monsanto and his reports in the Dewayne Johnson case and the MDL Group 1.

Dr. Benbrook charges $300 per hour.

**Available Dates for Deposition – Location:  Seattle, WA**

May 7, 2019

**ERIC D. JACOBSEN, M.D.**
Clinical Director, Adult Lymphoma Program
450 Brookline Avenue
Boston, MA 02215

Dr. Jacobsen is board-certified in hematology, medical oncologist and internal medicine, with a specialty in the diagnosis and management of patients with all types of lymphoma, including non-Hodgkin Lymphoma (NHL). He is designated in the areas of human cancers, causes of cancer, including exposure to glyphosate and Roundup®, cancer diagnosis, cancer effects, cancer treatments, and the clinical practice of medicine generally and, specifically as to Plaintiffs Bryan Cook, Joshua Karr, Marcus Hammond, and Michael Puchbauer, the cause or causes of their NHL, their clinical course and pain and suffering, the reasonableness and necessity of their medical treatment and expenses, and issues relating to their surviving with the consequences of cancer treatment. Dr. Jacobsen's curriculum vitae will be provided to counsel electronically.

Dr. Jacobsen charges $500 per hour for testimony.

**Available Dates for Deposition – Location: Boston, MA**

May 6 and May 13, 2019

**CARON A. JACOBSON, M.D.**
Board Certified in Oncology and Hematology
450 Brookline Avenue
Boston, MA 02215

Dr. Jacobson is board-certified in hematology, medical oncologist and internal medicine, with a specialty in the diagnosis and management of patients with all types of lymphoma, including non-Hodgkin Lymphoma (NHL). She is designated in the areas of human cancers, causes of cancer, including exposure to glyphosate and Roundup®, cancer diagnosis, cancer effects, cancer treatments, and the clinical practice of medicine generally and, specifically as to Plaintiffs James Dean Cole, Lafayette Jenkins, Robert Miller, and Joseph Sessions, the cause or causes of their NHL, their clinical course and pain and suffering, the reasonableness and

necessity of their medical treatment and expenses, and issues relating to their surviving with the consequences of cancer treatment. Dr. Jacobson's curriculum vitae will be provided to counsel electronically.

    Dr. Jacobson charges $500 per hour for testimony.

**Available Dates for Deposition – Location: Boston, MA**

May 7 and 8, 2019

**ANN S. LACASCE, M.D.**
Director, Dana Farber Partners CancerCare Fellowship Program in Hematology-Medical Oncology
450 Brookline Avenue
Boston, MA 02215

    Dr. LaCasce is board-certified in medical oncologist and internal medicine, with a specialty in the diagnosis and management of patients with all types of lymphoma, including non-Hodgkin Lymphoma (NHL). She is designated in the areas of human cancers, causes of cancer, including exposure to glyphosate and Roundup®, cancer diagnosis, cancer effects, cancer treatments, and the clinical practice of medicine generally and, specifically as to Plaintiffs Kyle Chaplick, Deion Sanders, and Rhonda Johnson, the cause or causes of their NHL, their clinical course and pain and suffering, the reasonableness and necessity of their medical treatment and expenses, and issues relating to their surviving with the consequences of cancer treatment. Dr. LaCasce's curriculum vitae will be provided to counsel electronically.

    Dr. LaCasce charges $500 per hour for testimony.

**Available Dates for Deposition – Location: Boston, MA**

May 4 and 5, 2019

**S CHADI NABHAN, M.D., M.B.A., F.A.C.P.**
EVP and Chief Medical Officer
Aptitude Health
5901-C Peachtree Dunwoody Road N.E.
Suite 200
Atlanta, GA 30328

Dr. Nabhan is a board-certified hematologist and medical oncologist, with a specialty in the diagnosis and management of patients with all types of lymphoma, including non-Hodgkin Lymphoma (NHL). He is designated in the areas of human cancers, causes of cancer, including exposure to glyphosate and Roundup®, cancer diagnosis, cancer effects, cancer treatments, and the clinical practice of medicine generally and, specifically as to the Plaintiffs Stephen Gatewood, Vicki Gatewood, Richard Haley, and Walter Winston, the cause or causes of their NHL, their clinical course and pain and suffering, the reasonableness and necessity of their medical treatment and expenses, and issues relating to their surviving with the consequences of cancer treatment. Dr. Nabhan's curriculum vitae will be provided to counsel electronically.

Dr. Nabhan charges $550 per hour for testimony.

**Available Dates for Deposition – Location: Chicago, IL**

April 13 and 14, 2019

**STEPHEN PETTY, P.E., C.I.H., C.S.P.**
Engineering and Expert Services, Inc.
EES Group
1701 E. Atlantic Blvd. Suite 5
Pompano Beach, FL 33060

Mr. Stephen Petty is a Certified Industrial Hygienist, Certified Safety Professional, and Professional Engineer (FL, KY, OH, PA, TX, and WV). He has extensive experience in the area(s) of: industrial hygiene, safety, warnings and warning adequacy, professional engineering,

worker training, exposure and risk assessment, and environmental health and safety procedures. Mr. Petty is designated as an expert in the areas of risk and exposure assessment, professional engineering (chemical, environmental, mechanical, civil, and structural), industrial health and safety, industrial hygiene, human factor and product warnings, and safety and regulatory compliance, including the Plaintiffs' exposure to Roundup®. Mr. Petty's curriculum vitae will be provided to counsel electronically.

For testimony at deposition or trial, Mr. Petty charges a flat rate of $3,000 per half day and $5,000 per day.

**Available Dates for Deposition – Location: Ft. Lauderdale, FL**

May 9 and 10, 2019

**CHRISTOPHER J. PORTIER, PH.D.**
Scheibenstrasse 15
CH-3600Thun
Switzerland

Dr. Portier has a Ph.D. in biostatistics, with a minor in epidemiology, and he spent over 30 years in various positions at United States government agencies in the field of toxicology and related fields. Dr. Portier is designated as an expert in the areas of toxicology, biostatistics, and epidemiology, including all issues of general causation regarding whether exposure to glyphosate and/or glyphosate–based formulated products can cause cancer. Dr. Portier is also designated as an expert in the area of the processes and methodologies encompassing the review, evaluation and assessment of chemicals as cancer hazards by the International Agency for Research on Cancer (IARC). Dr. Portier is also designated as an expert in the area of the processes and methodologies encompassing the review, evaluation and assessment of chemicals, including pesticides by the EPA, including the interplay of FIFRA and other regulatory statutes such as the

FDCA, specifically the "Delaney" clause, and by European regulatory bodies, including EFSA and EcHA. Dr. Portier's curriculum vitae will be provided to counsel electronically.

Dr. Portier charges $450 per hour for testimony.

**Available Dates for Deposition – Location TBD**

Dr. Portier is currently residing in Australia. He has only a small window when he is available for his deposition (between April 29 and May 8), This time frame conflicts with many of the other deposition dates provided and, given the time difference and length of time it takes to travel to Australia, his deposition should await his return to Europe in June 2019. This is especially true given that Monsanto has deposed Dr. Portier several times, has crossed examined him at trials and *Daubert* hearings, and is well aware of his testimony, Monsanto will not be prejudiced by taking his deposition several weeks after the Plaintiffs' expert discovery date.

**WILLIAM SAWYER, PH.D.**
Toxicology Consultants and Assessment Specialists, LLC
6450 Pine Avenue
Sanibel, FL 33957

Dr. Sawyer is a toxicologist specializing in occupational and environmental exposures to carcinogens. Dr. Sawyer is designated as an expert regarding how glyphosate-based herbicides (GBHs) cause non-Hodgkin lymphoma, including the mechanism and rate at which GBHs are absorbed into the body and organs, the effects of the Plaintiffs' failure to wear protective gear based on Monsanto's representations, that the Plaintiffs were exposed to a sufficient amount of GBHs to cause their NHL, and how the Roundup® label fails to adequately instruct users of Roundup in a manner which would minimize exposure and to explain how the spraying equipment used by Plaintiffs fails to protect them against Roundup® exposure. Dr. Sawyer's curriculum vitae will be provided to counsel electronically.

Dr. Sawyer charges $650 per hour for testimony.

**Available Dates for Deposition – Location: Sanibel, FL**

May 23, 2019[1]

**MICHAEL SIEGEL, M.D., M.P.H**
Boston University School of Public Health
Department of Community Health Sciences
801 Massachusetts Avenue, 4th Floor
Boston, MA 02118

Dr. Siegel has a M.D., and M.P.H., with specialties in, among other areas, epidemiology, preventative medicine, and public health generally. Dr. Siegel will testify generally in the area of general causation based on weight of the evidence, considering evidence derived from studies conducted in the areas of epidemiology, toxicology and genotoxicity. He will testify that glyphosate is a probable human carcinogen and that exposure to glyphosate and glyphosate-based formulations is a probable cause of NHL in humans. He will also testify about Monsanto's public health duty to warn that use of and exposure to Roundup® could cause cancer in humans based on the state of the science, including when Monsanto should have warned that use of and exposure to Roundup® could cause cancer. Dr. Siegel will also testify about the public health standard of care, including what a reasonable corporation in possession of the scientific evidence about the health risks of Roundup® use and exposure should have done to protect the public from disease and whether a reasonable corporation in possession of such information regarding glyphosate and glyphosate-based formulations would have tested the safety or lack of safety, of the formulated product prior to its sale. Finally, Dr. Siegel will testify that Monsanto has exhibited a lack of transparency about the dangers of its Roundup® products to regulators, to the

---

[1] Plaintiffs recognize this date is three days after the period for Plaintiffs' expert discovery; however, it is the only date that is available for Dr. Sawyer. Also, Dr. Sawyer has asked that Monsanto conduct the deposition on Sanibel, and recommends any of the following locations: Sanibel Recreation Center, 239-472-0345; Sanibel Library, 239-472-2483; Sundial Resort, 239-472-4151; Casa Ybel, 239-472-3145; and Holiday Inn, 239-472-4123.

Environmental Protection Agency and to the public. Dr. Siegel's curriculum vitae will be provided to counsel electronically.

Dr. Siegel charges $ 500 per hour for deposition testimony.

**Available Dates for Deposition; Location – Boston, MA:**

May 17, 2019

**CHAD STALLER, JD, MBA, MAC, CVA**
The Center for Forensic Economic Studies
1608 Walnut Street, Eighth Floor
Philadelphia, PA  19103

Chad L. Staller is President and Senior Economist of the Center for Forensic Economic Studies, a firm of economic experts dedicated to the analysis and evaluation of damages in a wide variety of civil matters, including but not limited to quantifying commercial damages (lost profits), plaintiffs' personal-injury and wrongful-death damages and damages arising from labor and employment matters, including FINRA arbitrations.  As such, Mr. Staller has gained extensive experience working with both plaintiff and defense counsel in order to quantify alleged losses sustained by such groups as personal injury plaintiffs, business owners, union members, state and federal employees and injured children.

Mr. Staller will testify that Plaintiffs Bryan Cook, Joshua Karr, Marcus Hammond, Lafayette Jenkins, and Michael Puchbauer have each sustained various economic losses attributable to, and following their diagnosis with Non-Hodgkin's Lymphoma, which include but are not limited to all expenses incurred for all medical treatment, care and prescription medicines, up to and including the present, as well as any and all diminished or lost earnings and/or lost employment.

Mr. Staller will also testify regarding Monsanto's ability to pay punitive damages utilizing such measures as net worth, gross and net sales of glyphosate and Roundup® and gross and net income. Mr. Staller's curriculum vitae will be provided to counsel electronically.

Mr. Staller charges $335 per hour.

**Available Dates for Deposition – Location: Philadelphia, PA**

April 30, 2019

## **NON-RETAINED EXPERTS**

### **AARON BLAIR, M.D.**

Dr. Blair will provide opinion testimony that glyphosate and glyphosate-based formulations cause NHL in humans. The facts and opinions to which the witness is expected to testify are laid out in IARC Monograph 112 and his deposition testimony which occurred on March 20, 2017in MDL 2741 and are based on the documents he reviewed and the meetings he participated in as the Chair of the IARC working group studying glyphosate. The opinions are within the scope of his work on the IARC working group studying glyphosate.

### **WILLIAM JAMESON, PH.D.**

Dr. William Jameson will provide opinion testimony that glyphosate and glyphosate-based formulations cause NHL. The facts and opinions to which the witness is expected to testify are laid out in IARC Monograph 112 and are based on the documents he reviewed and the meetings he participated in as part of the IARC working group studying glyphosate. The opinions are within the scope of his work on the IARC working group studying glyphosate.

**MATTHEW ROSS, PH.D.**

Dr. Matthew Ross will provide opinion testimony that glyphosate and glyphosate-based formulations cause NHL. The facts and opinions to which the witness is expected to testify are laid out in IARC Monograph 112 and are based on the documents he reviewed and the meetings he participated in as part of the IARC working group studying glyphosate. The opinions are within the scope of his work on the IARC working group studying glyphosate.

Respectfully submitted,

**WEITZ & LUXENBERG, P.C.**
*/s/ Robin L. Greenwald*
Robin L. Greenwald
700 Broadway, Fifth Floor
New York, NY 10003
212-558-5802 (Ph)
212-344-5461 (Fax)
rgreenwald@weitzlux.com

**NIEMEYER, GREBEL & KRUSE, LLC**

/s/ Mark R. Niemeyer
Mark R. Niemeyer, #42437
Michael S. Kruse, #57818
10 S. Broadway, Suite 1126
Saint Louis, MO 63101
314.241.1919 (Ph)
314.665.3017 (Fax)
niemeyer@ngklawfirm.com
kruse@ngklawfirm.com

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing was served by e-mail in PDF format, on this 20th day of March, 2019, to the following:

| | |
|---|---|
| Gregory J. Minana<br>Christine F. Miller<br>Eric L. Hansell<br>HUSCH BLACKWELL LLP<br>190 Carondelet Plaza, Suite 600<br>St. Louis, MO  63105<br>Greg.Minana@huschblackwell.com<br>Chris.Miller@huschblackwell.com<br>Erik.Hansell@huschblackwell.com | Gregory S. Chernack<br>Brett Covington<br>HOLLINGSWORTH LLP<br>1350 I Street, N.W.<br>Washington, DC  20005<br>bcovington@hollingsworth.com<br>gchernack@hollingsworthllp.com |

*/s/ Robin L. Greenwald*