# Exhibit 7



Deposition of
# Dr. Charles Jameson

**Date:** July 19, 2019

**Case:** BURRELL LAMB, et al. v. MONSANTO COMPANY, et al.

**No.** 17SL-CC03681

**Court Reporter:** Richard S. Scire, RPR, FPR

Paszkiewicz Court Reporting
Phone:  618-307-9320
Toll-Free:  855-595-3577
Fax:  618-855-9513
www.spreporting.com

Page 1

IN THE CIRCUIT COURT OF THE COUNTY OF ST. LOUIS
STATE OF MISSOURI

BURRELL LAMB, et al.,
                Plaintiffs,
-vs-                                    CASE NO. 17SL-CC03681

MONSANTO COMPANY,
                Defendant.
_____
        IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS
                    STATE OF MISSOURI

WALTER WINSTON, et al.,
                Plaintiffs,
-vs-                                    CASE NO. 1822-CC00515

MONSANTO COMPANY,
                Defendant.
_____
        IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS
                    STATE OF MISSOURI

TIMOTHY KANE, et al.,
                Plaintiffs,
-vs-                                    CASE NO. 1622-CC10172

MONSANTO COMPANY,
                Defendant.
_____


VIDEOTAPED REALTIME DEPOSITION OF
DR. CHARLES JAMESON

Friday, July 19, 2019
8:42 a.m. - 4:53 p.m.
Westin Cape Coral
5951 Silver King Boulevard
Cape Coral, Florida 33914

Stenographically Reported By:
Richard S. Scire, RPR, FPR

Dr. Charles Jameson
July 19, 2019

Page 2

APPEARANCES:


On behalf of the Plaintiff:
     ANDRUS WAGSTAFF
     1901 Harrison Street
     Suite 1100
     Oakland, California 94612
     BY: KATHRYN M. FORGIE, ESQUIRE
     kathryn.forgie@andruswagstaff.com


On behalf of the Plaintiff:
     LUNDY, LUNDY, SOILEAU & SOUTH, LLP
     501 Broad Street
     Lake Charles, Louisiana 70601
     BY: NADINA ANN BEACH, ESQUIRE
     dbeach@lundylawllp.com


On behalf of the Defendant:
     BARTLIT BECK, LLP
     Courthouse Place
     54 West Hubbard Street
     Suite 300
     Chicago, Illinois 60654
     BY: STEVEN DERRINGER, ESQUIRE
     Steven.Derringer@bartlit-beck.com


On behalf of the Defendant:
     WILKINSON, WALSH & ESKOVITZ
     2001 M Street NW
     10th Floor
     Washington, D.C., 20036
     BY: MAX WARREN, ESQUIRE
     mwarren@wilkinsonwalsh.com


ALSO PRESENT:

     Carl R. Sobeck, CLVS, Videographer

     129 NE 8th Place

     Cape Coral, FL  33909

     csobeck@comcast.net

Dr. Charles Jameson
July 19, 2019

Page 3

INDEX OF PROCEEDINGS

| WITNESS | PAGE |
|---|---|
| DIRECT EXAMINATION BY MR. DERRINGER | 6 |
| CERTIFICATE OF OATH | 299 |
| CERTIFICATE OF REPORTER | 300 |
| ERRATA SHEET | 301 |

EXHIBITS

| EXHIBIT | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 1 | Lamb Case Notice of Taking Deposition | 10 |
| Exhibit 2 | Kane Case Notice of Taking Deposition | 10 |
| Exhibit 3 | Winston Case Notice of Taking Deposition | 10 |
| Exhibit 4 | Plaintiff's Disclosure of Expert Testimony | 21 |
| Exhibit 5 | Dr. Jameson's Expert Report in Support of General Causation from the MDL | 28 |
| Exhibit 6 | Supplemental Report of Dr. Charles Jameson, Ph.D. Pursuant to PTO No. 34 in Support of General Causation on Behalf of Plaintiffs | 29 |
| Exhibit 7 | United States Environmental Protection Agency Authentication | 49 |
| Exhibit 8 | Glyphosate Proposed Interim Registration Review Decision, dated April 2019 | 54 |
| Exhibit 9 | Replication Across Glyphosate Toxicology Studies Chart | 63 |
| Exhibit 10 | Chart on mouse studies | 76 |
| Exhibit 11 | Chart on rat studies | 77 |
| Exhibit 12 | Expert Report of Christopher J. Portier | 82 |
| Exhibit 13 | Dr. Portier's Original Report | 96 |
| Exhibit 14 | Greim Study | 98 |
| Exhibit 15 | Glyphosate Issue Paper: Evaluation of Carcinogenic Potential | 105 |
| Exhibit 16 | Revised Glyphosate Issue Paper: Evaluation of Carcinogenic Potential | 107 |
| Exhibit 17 | Comparison if IARC and CWJ of Greim | 152 |

**Dr. Charles Jameson**
**July 19, 2019**

Page 4

| | | |
|---|---|---|
| Exhibit 18 | 14th Report on Carcinogens 2016 | 177 |
| Exhibit 19 | Report on Carcinogens, 14th Edition, Section Process for Preparation of the Report on Carcinogens | 185 |
| Exhibit 20 | Testing Status of Glyphosate | 188 |
| Exhibit 21 | NTP Board of Scientific Counselors Meeting Minutes, June 15-16, 2016 | 190 |
| Exhibit 22 | Effects of Glyphosate and its Formulations on Markers of Oxidative Stress and Cell Viability in HepaRG and HaCaT Cell Lines | 193 |
| Exhibit 23 | Effects of Glyphosate and its Formulations on Markers of Oxidative Stress and Cell Viability in HepaRG and HaCaT Cell Lines | 197 |
| Exhibit 24 | Effects of Glyphosate and its Formulations on DNA Damage in HepaRG and HaCaT Cell Lines | 205 |
| Exhibit 25 | Paz-y-Miño Study, 2007 | 213 |
| Exhibit 26 | Bolognesi 2009 Study | 218 |
| Exhibit 27 | Overview of the Set of OECD Genetic Toxicology Test Guidelines and Updates Performed in 2014-2015 | 222 |
| Exhibit 28 | (unassigned) | |
| Exhibit 29 | Materials Considered List | 287 |
| Exhibit 30 | Curriculum Vitae | 288 |
| Exhibit 31 | Invoices | 290 |
| Exhibit 32 | E-mail chain | 291 |
| Exhibit 33 | Declaration of Interests for IARC/WHO Experts | 291 |

**Dr. Charles Jameson**
**July 19, 2019**

Page 5

1    Thereupon, the following proceedings began at 8:42 a.m.:

2           THE VIDEOGRAPHER:  This is the video

3           deposition of Dr. Charles Jameson.  Today's date

4           is July 19th, 2019.  The time is now 8:42 a.m.

5           This in the case Lamb, et al. vs. Monsanto,

6           cross noticed as Kane vs. Monsanto and Winston vs.

7           Monsanto.

8           Lamb case is number 17SL-CC3681 [sic]

9           pending in the Circuit Court in the City [sic] of

10           St. Louis, Missouri.  My name is Carl Sobeck, and

11           the reporter today is Richard Sciré representing

12           Paszkiewicz Reporting.  Would counsel please

13           identify themselves for the record.

14           MR. DERRINGER:  Steve Derringer from

15           Bartlit Beck in Chicago on behalf of Monsanto.

16           MR. WARREN:  Max Warren from Wilkinson

17           Walsh, also on behalf of Monsanto.

18           MS. BEACH:  Nadia Beach from Lundy, Lundy,

19           Soileau & South on behalf of the plaintiff.

20           MS. FORGIE:  And Kathryn Forgie from Andrus

21           Wagstaff on behalf of the plaintiff.

22           THE VIDEOGRAPHER:  Would the court reporter

23           please swear in the witness.

24           THE COURT REPORTER:  Do you solemnly swear

25           or affirm that the testimony you are about to give

Dr. Charles Jameson
July 19, 2019

Page 6

1          will be the truth, the whole truth, and nothing

2          but the truth?

3                    THE WITNESS:  I do.

4     WHEREUPON:

5                    CHARLES WILLIAM JAMESON

6     was called as a witness on behalf of the defense and,

7     having been first duly sworn, was examined and testified

8     as follows:

9                    DIRECT EXAMINATION

10    BY MR. DERRINGER:

11         Q.    Good morning, Dr. Jameson.

12         **A.    Good morning.**

13         Q.    Could you state your name, please?

14         **A.    Charles William Jameson.**

15         Q.    Dr. Jameson, where do you live?

16         **A.    I live here in Cape Coral.**

17         Q.    At what address?

18         **A.    2828 Northwest 46th Avenue.**

19         Q.    We just met.  It's nice to meet you.

20         **A.    Nice to meet you.**

21         Q.    I know you've had your deposition taken a

22    number times, both in this litigation generally and in

23    other litigations as well, so I know you're familiar with

24    the process.  Let me just remind you of two things.  One,

25    this is not an endurance test, so any time you feel like

**Dr. Charles Jameson**
**July 19, 2019**

Page 7

 1    you need a break, just let me know.

 2         **A.    Thank you.**

 3         Q.    And so long as a question is not pending,

 4    we will take a break.  Do you understand that?

 5         **A.    Yes, sir.**

 6         Q.    And second, I'm going to ask during the

 7    deposition that you do your very best to listen carefully

 8    to my question and to do your very best to answer the

 9    question that I ask.  Is that okay?

10         **A.    Yes, sir.**

11         Q.    Now, as I just mentioned, you have given

12    several days of depositions in the Roundup litigation.

13    Do you recall that your fact deposition related to your

14    work with IARC was taken on May 23, 2017?

15         **A.    Yes.**

16         Q.    Do you recall that your expert deposition

17    was taken on September 21st, 2017, relating to the

18    original expert report that you submitted in the

19    multidistrict litigation?

20         **A.    Yes.**

21         Q.    Do you recall that your expert deposition

22    was taken January 10th, 2018, relating to your

23    supplemental report that you submitted in the

24    multidistrict litigation?

25         **A.    Yes, sir.**

**Dr. Charles Jameson**
**July 19, 2019**

Page 8

```
 1          Q.     And, finally, do you recall that your
 2    deposition was taken in the Adams Gordon case on
 3    September 27th, 2018?
 4          A.     Yes.
 5          Q.     You've also testified in court during the
 6    Roundup litigation on two occasions; is that right?
 7          A.     Yes, sir.
 8          Q.     You testified at the Daubert hearing in the
 9    multidistrict litigation on March 7th, 2018; is that
10    right?
11          A.     Yes, sir.
12          Q.     And you testified at the Pilliod trial just
13    a few months ago on April 4th, 2019; is that right?
14          A.     Correct.
15          Q.     Now, all of the testimony that we just
16    reviewed was given under oath; correct?
17          A.     Yes, sir.
18          Q.     You told the truth during the times that
19    you testified?
20          A.     Yes, sir, I did.
21          Q.     You testified accurately?
22          A.     Yes, sir, I did.
23          Q.     Do you stand by all your prior testimony
24    that we just reviewed?
25                 MS. FORGIE:  Objection.
```

**Dr. Charles Jameson**
**July 19, 2019**

Page 9

1    BY MR. DERRINGER:

2         Q.   You can answer.

3         **A.   Yes.**

4         Q.   Do you have any estimation, Dr. Jameson, of

5    what number deposition this is for you in your career?

6         **A.   In my career?**

7         Q.   Yeah.

8         **A.   It's probably the fifth or sixth one.**

9         Q.   Fifth or sixth deposition?

10        **A.   Yes, sir.**

11        Q.   Well, this is your fifth deposition in the

12   Roundup litigation.  Do you understand that?

13        **A.   Yes.**

14        Q.   Okay.  So you've only been deposed in

15   connection with the Roundup litigation?

16        **A.   That's correct.**

17        Q.   So the deposition you gave on May 3rd,

18   2017, was the first time you ever gave a deposition?

19        **A.   Yes.**

20        Q.   I am going to hand you what we've marked as

21   Exhibits 1, 2, and 3.  Put those three in front of you,

22   sir.

23             MS. FORGIE:  Do you have copies for me too,

24        please?

25             MR. DERRINGER:  I do.

**Dr. Charles Jameson**
**July 19, 2019**

Page 10

1          MS. FORGIE:  Thank you so much.

2          MR. DERRINGER:  There you go.

3          (Exhibit 1 was marked for identification.)

4          (Exhibit 2 was marked for identification.)

5          (Exhibit 3 was marked for identification.)

6   BY MR. DERRINGER:

7          Q.    So, Dr. Jameson, Exhibit 1 -- I'll just

8   describe for you what we have here.  Exhibit 1 is the

9   notice of deposition in the case for Burrell Lamb, et al.

10  versus Monsanto that was dated July 15th, 2019.

11          Exhibit 2 is the deposition notice that was

12  served in the Timothy Kane versus Monsanto Company case,

13  also dated July 15th, 2019.

14          And Exhibit 3 is the deposition notice in

15  the Walter Winston versus Monsanto case, also dated

16  July 15th, 2019.

17          I will represent to you that these are

18  substantively identical except for the case caption in

19  each of the cases and with the exception of a different

20  attorney to whom each is addressed.

21          Have you seen any of these three deposition

22  notices before?

23          **A.    No.**

24          Q.    Okay.  You'll see -- if you take a look at

25  Exhibit 1, we can just work off of Exhibit 1 which is the

**Dr. Charles Jameson**
**July 19, 2019**

Page 11

1    deposition notice in the Lamb case.  Starting on page 4,

2    there are series of document requests, 39 document

3    requests.  Have you brought any documents with you today

4    to the deposition in response to these document requests?

5         **A.    Did I bring anything today here to this?**

6    **No.**

7         Q.    I assume from your answer, you've covered

8    my question, but let me make sure that I'm clear.  You

9    haven't brought any documents with you at all to the

10   deposition today; is that right?

11        **A.    I brought some notes that I might refer to.**

12        Q.    Okay.

13        **A.    But nothing -- I mean, I would have to read**

14   **through these to see what the -- this is the first time**

15   **I've seen these.**

16        Q.    Understood.

17             MS. FORGIE:  Counsel, just so you know, we

18             were working from the prior ones, which I believe

19             were the same request because I didn't want to

20             keep -- there were several notices, as you know.

21             I didn't want to keep switching with him, so he's

22             seen this in the original format.

23             MR. DERRINGER:  Okay.

24             MS. FORGIE:  The one that was just

25             numbered.  And we served yesterday on the

Dr. Charles Jameson
July 19, 2019

Page 12

1        objections, responses, and documents.

2              MR. DERRINGER:  Okay.  I haven't seen

3        that --

4              MS. FORGIE:  I have --

5              MR. DERRINGER:  -- that document.  We can

6        deal with that at a break.  I don't want to waste

7        anyone's time on it on the record during the

8        deposition.

9              MS. FORGIE:  Okay.  So all the responses

10       are in that, all the documents, I mean.

11             MR. DERRINGER:  Okay.  Ms. Forgie, is

12       the -- when you refer to you were working off of

13       the prior notice, what notice are you referring

14       to?

15             MS. FORGIE:  There's one that was served

16       that had -- that was totally misnumbered.  Do you

17       know the one I'm talking about?

18             MR. DERRINGER:  I don't.  Are you talking

19       about in a different case?

20             MS. FORGIE:  No, it was in Lamb.

21             THE WITNESS:  It was in Lamb.

22             MS. FORGIE:  Let me show it -- I'll show it

23       to you.  That's okay.  I got it.  I don't have a

24       clean copy, but I don't mind showing it to you.

25       It's the same -- I believe the same request.  It's

**Dr. Charles Jameson**
**July 19, 2019**

Page 13

1      got my -- oh, wait, maybe this is a cleaner one.

2      I don't have a clean copy, but I don't mind.  You

3      can't read it anyway, my notes, because I can't

4      read them.  So we -- because we kept getting

5      notices, we just decided to work with that one,

6      but I had my paralegal look, and she said it's the

7      same, the request.  It's just numbered slightly

8      differently.

9           MR. DERRINGER:  Okay.  And you have

10     responded to this --

11          MS. FORGIE:  Correct.

12          MR. DERRINGER:  -- and served objections

13     and --

14          MS. FORGIE:  And documents.

15          MR. DERRINGER:  -- documents in response?

16          MS. FORGIE:  Correct.

17          MR. DERRINGER:  Do you recall who you sent

18     that to?

19          MS. FORGIE:  Well, my paralegal did.  I can

20     find out.  I assume they went to Greg Chernack and

21     maybe some others.

22          MR. DERRINGER:  And that was yesterday,

23     July 18th?  Today is the 19th.

24          MS. FORGIE:  Yes.

25          MR. DERRINGER:  Okay.  Well, then,

Dr. Charles Jameson
July 19, 2019

Page 14

```
 1          Ms. Forgie, do you know if Dr. Jameson's CV was
 2          part of the documents that were served yesterday?
 3               MS. FORGIE:  It was.  It was that.  It was
 4          a reference list.  It was some documents that were
 5          responsive to his -- nothing really shocking.
 6               MR. DERRINGER:  Okay.  We'll go back to the
 7          CV then once I've had a chance to look at it.
 8  BY MR. DERRINGER:
 9          Q.   Dr. Jameson, at the deposition you gave
10  back in --
11               MS. FORGIE:  Oh, invoices and bills and
12          stuff.
13  BY MR. DERRINGER:
14          Q.   At the deposition you gave back in
15  September in the Gordon case, you testified that you've
16  used Roundup at your home; is that right?
17          A.   In the past I have, yes.
18          Q.   What years did you use Roundup at your
19  home?
20          A.   At my home?
21          Q.   Yeah.
22          A.   I can't give you specific dates, but it
23  would have been before 2015.
24          Q.   And do you know -- I understand you can't
25  give specific dates but the approximate time span in
```

**Dr. Charles Jameson**
**July 19, 2019**

Page 15

1    years that you used Roundup at your home, so going back

2    before 2015?

3          A.    I probably used it two or three times a

4    year.

5          Q.    Right.  But how many -- let me ask it a

6    different way.  Do you recall when you started using

7    Roundup at your home?

8                MS. FORGIE:  Objection, asked and answered.

9                You can answer.

10                THE WITNESS:  I don't remember when it was.

11   BY MR. DERRINGER:

12         Q.    Did you use Roundup at your home over a

13   period of decades?

14                MS. FORGIE:  Don't guess, Doctor.

15                THE WITNESS:  I don't know.  I don't know

16          how long it was.

17   BY MR. DERRINGER:

18         Q.    Was it more than a period of a few years?

19                MS. FORGIE:  Objection, asked and answered.

20                You can answer it again.

21                THE WITNESS:  You know, I don't know.

22          Intermittently I would use it when we had weeds in

23          the flower beds.

24   BY MR. DERRINGER:

25         Q.    You anticipated my next question.  What did

**Dr. Charles Jameson**
**July 19, 2019**

Page 16

1    you use Roundup for?

2         **A.    Just to kill the weeds.**

3         Q.    What kind of Roundup did you use; do you

4    remember?

5         **A.    Just whatever you could buy at the local**

6    **Home Depot.  And to be honest with you, the reason I used**

7    **it was because the label indicated that the Roundup was**

8    **perfectly safe, it only had a lifetime on the ground of**

9    **less than 24 hours, and it did not -- the label didn't**

10   **indicate any kind of hazard.**

11        Q.    You read --

12        **A.    And so --**

13        Q.    Go ahead.

14        **A.    And so that's why I used it is because I**

15   **thought it was supposed to be environmentally safe**

16   **because it disappeared in less than 24 hours, and there**

17   **was no indication that it caused harm.**

18        Q.    Do you read the labels on every product

19   that you use?

20        **A.    Absolutely.**

21        Q.    Okay.  And if you are -- if you read a

22   label, and it indicates the potential for harm, either

23   the environment or yourself, will you use that product?

24             MS. FORGIE:  Objection, relevance.

25             You can answer.

**Dr. Charles Jameson**
**July 19, 2019**

Page 17

1          THE WITNESS:  It depends on what the
2      product is and what I need it for.  If something
3      is labeled as toxic or hazardous to health or
4      hazardous to the environment, I take steps to
5      protect myself.  If it's a hazardous material, I
6      wear gloves and respirator and whatever if that's
7      the problem -- if it does cause a toxic response.
8      And if it's a harm to the environment, I try to
9      make sure that if I use it, I contain the use so
10     that it doesn't get into the aquifer or the canals
11     or whatever.
12          So I try to be very diligent about stuff
13     like that.  It's important to know what you're
14     using and how it may affect you and the
15     environment.
16  BY MR. DERRINGER:
17     Q.   You mentioned that you purchased the
18  Roundup.  How much did it cost?
19     **A.   I don't remember.**
20          MS. FORGIE:  Objection, relevance.
21  BY MR. DERRINGER:
22     Q.   You don't know?
23     **A.   I don't remember.**
24     Q.   And you said you used it to kill the weeds.
25  How often did you use it?

**Dr. Charles Jameson**
**July 19, 2019**

Page 18

1           A.    Like I said, when the weeds showed up in
2      the flower bed.  I can only speculate to that --
3                  MS. FORGIE:  Don't -- don't speculate.
4           Don't guess.
5                  MR. DERRINGER:  Please don't interrupt the
6           witness.
7                  MS. FORGIE:  I'll do whatever I think is
8           appropriate.
9                  MR. DERRINGER:  I know.  Please don't
10          interrupt the witness.  Under Missouri rules,
11          you're limited to form objections.  Thank you.
12                 MS. FORGIE:  I'll do whatever I think is
13          appropriate.  Thank you.
14     BY MR. DERRINGER:
15          Q.    Go ahead.
16          A.    Could you repeat the question?
17          Q.    Sure.  How often did you use Roundup when
18     you used it?
19                 MS. FORGIE:  Objection, asked and answered.
20                 MR. DERRINGER:  Not answered.  Go ahead.
21                 MS. FORGIE:  You can answer again.
22                 THE WITNESS:  How often did I use it?  Not
23          very often.  I mean, if there were a lot of weeds,
24          I would use it, and then if the weeds came back in
25          the next three or four weeks, I might use it

Dr. Charles Jameson
July 19, 2019

Page 19

1      again.

2   BY MR. DERRINGER:

3          Q.   So, in the course of a year, how often

4   would you use it?

5          **A.   I really can't remember.**

6          Q.   More than two or three times?

7               MS. FORGIE:  Objection, asked and answered.

8               You can answer it again.

9               THE WITNESS:  It may be more than two or

10          three times.  I just don't remember.

11  BY MR. DERRINGER:

12         Q.   More than five times?

13              MS. FORGIE:  Objection, asked and answered.

14              THE WITNESS:  I don't remember.

15              MS. FORGIE:  Wait, let me get my objection

16          in.  Objection, asked and answered.

17              You can answer it again.

18              THE WITNESS:  I don't remember.

19  BY MR. DERRINGER:

20         Q.   What was the effect of Roundup on the

21  weeds?

22         **A.    It killed them along with the grass and**

23  **some of my wife's flowers, unfortunately.**

24         Q.   And how long did you observe that it took

25  for Roundup to kill the weeds?

Dr. Charles Jameson
July 19, 2019

Page 20

1      A.      Within 24 hours, the weeds were starting to

2  shrivel.

3      Q.      And within how long were the weeds

4  completely killed?

5      A.      I didn't pay attention.

6      Q.      And over what area did you use Roundup when

7  you used it?

8      A.      In the flower beds and around the -- around

9  the sidewalk.

10      Q.      And how did you apply Roundup when you used

11  it?

12      A.      There was a -- the container had a pump, a

13  handle and the sprayer on it, and that's how I used it.

14      Q.      And how much Roundup did you use this

15  season?

16      A.      I don't know.  The container was probably a

17  gallon, I guess, and it was usually on the shelf for

18  three or four years, but that one gallon was used over

19  the course of three or four years probably.

20      Q.      You mentioned that you used it on your

21  flower beds and around the sidewalk.  Are you able to

22  give me any sense of how large that area was?

23      A.      Well, let's see.  This would have been --

24  I'm trying to remember if I used it when I lived in

25  Raleigh or not back in the '90s and early 2000s.  Yeah, I

Dr. Charles Jameson
July 19, 2019

Page 21

1    **probably did use it there.  Our sidewalk was probably**

2    **about, I don't know, 20 feet long out to the driveway,**

3    **and the flower beds were, you know, under the windows of**

4    **the house.  The house was probably 20 feet.**

5           Q.    When I was asking you questions before

6    about your use of Roundup, were you referring to using it

7    at your home in Florida?

8           **A.    I think I was referring to both in Florida**

9    **and North Carolina.**

10          Q.    Okay.  Appreciate that.  What was the

11   address where you used it in North Carolina?

12          **A.    Stryker Court, Raleigh, North Carolina.  I**

13   **can't remember the number.  It might come back to me.**

14          Q.    Okay.  If it does, just let me know.

15                And what's the address where you used it in

16   Florida?

17          **A.    It's 2828 Northwest 46th Avenue, Cape**

18   **Coral.**

19          Q.    Okay.  I'm going to mark as Exhibit 4

20   Plaintiff's Disclosure of Expert Testimony in this case,

21   Lamb.  Handing that to you now, sir.

22                (Exhibit 4 was marked for identification.)

23                MS. FORGIE:  Thank you.

24                MR. DERRINGER:  You bet.

25   ///

Page 22

1   BY MR. DERRINGER:

2           Q.    Exhibit 4 is a document titled "Plaintiff's

3   Disclosure of Expert Testimony" served by the Andrus

4   Wagstaff firm in the Lamb case on April 19th, 2019.

5                 Have you seen this before?

6           **A.    No.**

7           Q.    If you take a look at page 9.  Do you see

8   page 9?

9           **A.    Yep.**

10          Q.    And you see that you're listed on page 9?

11          **A.    Yes, sir.**

12          Q.    You're disclosed as a nonretained expert.

13  Do you see that?

14          **A.    That's what it -- that's what this document**

15  **says.**

16          Q.    Okay.  What do you understand that to mean,

17  that you're a nonretained expert?

18          **A.    I have no idea.  I don't know what this**

19  **document is.**

20          Q.    Okay.  Well, let's take a look at how you

21  were disclosed in this case, the Lamb case, under Charles

22  Jameson.  It reads, "Dr. Charles Jameson will provide

23  opinion testimony that glyphosate and glyphosate-based

24  formulations cause non-Hodgkin's lymphoma."

25                Do you have an intention to provide that

Dr. Charles Jameson
July 19, 2019

Page 23

1    opinion testimony in any of the three cases here, Lamb,

2    Winston, or Kane?

3         **A.    If asked the question, I would give my**

4    **opinion, yes.**

5         Q.    Okay.  This notice or this disclosure then

6    reads that, "The facts and opinions to which the witness

7    is expected to testify are laid out in IARC Monograph 112

8    and are based on the documents he" -- that is you,

9    Dr. Jameson -- "reviewed and the meetings he participated

10   in as part of the IARC Working Group studying

11   glyphosate."

12             Do you see that?

13        **A.    Yes.**

14        Q.    And do you expect to testify to those facts

15   and opinions in these cases?

16        **A.    From IARC Monograph 112?**

17        Q.    Well, the facts and opinions that are

18   listed here is what I'm talking about that we just --

19   that I just read to you.  "The facts and opinions to

20   which the witness is expected to testify," that's you,

21   Dr. Jameson.

22        **A.    Okay.  "Are laid out in Monograph 112."**

23        Q.    "And are based on the documents he" -- you

24   reviewed and the meetings you participated in as part of

25   the IARC Working Group studying glyphosate.

**Dr. Charles Jameson**
**July 19, 2019**

Page 24

1          Do you intend to testify to those facts and

2     opinions in these cases?

3               MS. FORGIE:  Objection.

4               THE WITNESS:  To the ones in the IARC

5          Monograph as well as other information that I

6          have.

7     BY MR. DERRINGER:

8          Q.    Okay.  The next sentence in this disclosure

9     reads, "The opinions are within the scope of his work on

10    the IARC Working Group studying glyphosate and similar to

11    the testimony he has given in other reports, depositions,

12    Daubert testimony in the Pilliod case."

13              Do you see that?

14         **A.    Yes.**

15         Q.    Do you intend to give opinions that are

16    within the scope of your work on the IARC Working Group

17    studying glyphosate and similar to the testimony that you

18    have given in other reports, depositions, Daubert

19    testimony and trial testimony in the Pilliod case?

20         **A.    Yes.**

21         Q.    So you understand that you've been

22    presented in this case as an expert who will provide the

23    opinions that are listed or described in Exhibit 4 on

24    page 9 under your name; is that right?

25         **A.    I'm sorry.  Could you repeat that?**

**Dr. Charles Jameson**
**July 19, 2019**

Page 25

1      Q.    Sure.  You understand that you have been

2  presented in this case as an expert who will provide the

3  opinions that are listed or described in Exhibit 4 on

4  page 9 under your name; is that right?

5      **A.    Okay.  This is Exhibit 4?**

6      Q.    Yes.

7      **A.    What are you referring to as Exhibit 4?**

8  **Oh, oh, oh, I'm sorry.  This is Exhibit 4.**

9      Q.    Yeah --

10     **A.    I'm sorry.  Yes.**

11     Q.    No need to apologies, Dr. Jameson.

12     **A.    I thought you were referring to something**

13  **in the document.  I'm sorry.**

14     Q.    I'll restate the question.  Do you

15  understand that you've been presented in this case as an

16  expert who will provide the opinions that are listed or

17  described in the document you have in front of you, which

18  is Exhibit 4, on page 9 under your name?

19     **A.    Right.  Yes.**

20     Q.    You mentioned, when I asked you a question

21  about that disclosure, page 9 of Exhibit 4, that your

22  opinions are based on documents you reviewed and the

23  meetings you participated in as part of the IARC Working

24  Group studying glyphosate.  You mentioned that that's

25  true, but your opinions are also based as well on other

Page 26

1  information that you have.

2          Do you remember saying that?

3      **A.     As contained in my expert report.**

4      Q.    Okay.  So then let's go ahead -- and the

5  expert report you're referring to is the one you

6  submitted in the MDL?

7      **A.     Yes.**

8          MS. FORGIE:  Let me be clear on that.  He's

9          being presented today as a fact witness, not as an

10         expert witness, as stated in this, it's to do with

11         his work at IARC.

12         MR. DERRINGER:  Is he -- he's just

13         testified he plans to give opinion testimony at

14         the Lamb, Kane, and Winston trials, so we're going

15         to be taking his deposition today to ask him

16         questions about the opinions he's going to be

17         given in those trials.

18         MS. FORGIE:  I understand, but I'm telling

19         you he's being presented as a fact witness.  He

20         may not understand the difference between what an

21         opinion witness is and a fact witness.  He is not

22         testifying about his MDL expert report.  He's

23         testifying as a fact witness based on his

24         experience at IARC.

25         MR. DERRINGER:  I don't understand the

**Dr. Charles Jameson**
**July 19, 2019**

Page 27

1      distinction you're trying to draw.  I'll ask my

2      questions, understanding that at trial he intends

3      to give opinions.  I'm about to ask him about his

4      expert report because he just mentioned it.

5              MS. FORGIE:  Right.

6              MR. DERRINGER:  And I'll ask my questions,

7      and we'll proceed.

8              MS. FORGIE:  Right.  But I can tell you

9      right now he's not being -- he's not being

10     presented as an expert toxicologist.  He's being

11     presented as a fact witness who is involved in

12     IARC.

13             MR. DERRINGER:  How is he being presented

14     at trial?

15             MS. FORGIE:  I just told you, as a fact

16     witness.

17             MR. DERRINGER:  Is he going to give

18     opinions?

19             MS. FORGIE:  Well, it depends what you call

20     opinions.  It's always been dicey when you say who

21     is an expert, who is not an expert.  He's an

22     expert toxicologist who has experience from IARC,

23     but he's not being presented as an expert in the

24     sense that we would traditionally refer to him as

25     a fact witness for what he did at IARC.

Dr. Charles Jameson
July 19, 2019

Page 28

 1              MR. DERRINGER:  Is he going to be

 2         testifying similar to the manner in which he

 3         testified in the Pilliod trial?

 4              MS. FORGIE:  Yes, which I consider to be

 5         fact witness testimony.  Now, when you say

 6         similar, that doesn't mean he'll give every single

 7         opinion.  We want him to talk about what happened

 8         at IARC, and that's what he's being prepared for

 9         today.

10    BY MR. DERRINGER:

11         Q.    Dr. Jameson, I'm handing you what's been

12    marked as Exhibit 5.

13              (Exhibit 5 was marked for identification.)

14              MS. FORGIE:  This is not what he's

15         testifying about at the trial.

16    BY MR. DERRINGER:

17         Q.    Have you seen this before?

18         **A.    Yes, sir.**

19         Q.    Is this the expert -- yeah, go ahead.

20         **A.    My CV is attached as part of this if you**

21    **need to see it.  Okay.  So, you have it.**

22         Q.    I appreciate that.  I appreciate that.

23    What I don't have is the CV that was served yesterday.

24         **A.    Oh, okay.**

25         Q.    That's okay.  Maybe this question will

Page 29

1   clear it up.  Do you know, sir, if the exhibit -- if the

2   CV that is -- let me actually finish the question that I

3   had asked before.

4              Exhibit 5, is this your expert report in

5   support of general causation from the MDL?

6        A.    Yes.

7        Q.    Okay.  And Exhibit A to Exhibit 5 is your

8   CV; is that right?

9        A.    Yes.

10       Q.    Is this the most recent and most updated

11   copy of your CV?

12       **A.    Hold on and I'll be able to tell you in**

13   **just a second.  No.  The one that I sent is revised.  I**

14   **have one or two additional publications to add to it.**

15       Q.    Okay.  And the one that was served

16   yesterday that we'll take a look at later in the day,

17   does that include those one or two additional

18   publications?

19       **A.    Yes.  Yes.**

20       Q.    Okay.  Handing you what's been marked as

21   Exhibit 6.

22              (Exhibit 6 was marked for identification.)

23   BY MR. DERRINGER:

24       Q.    Exhibit 6 is titled "Supplemental Report of

25   Dr. Charles Jameson, Ph.D. Pursuant to PTO No. 34 in

**Dr. Charles Jameson**
**July 19, 2019**

Page 30

1    Support of General Causation on Behalf of Plaintiffs."

2              Have you seen this before?

3         A.    Yes, sir.

4         Q.    Is this your supplemental report that you

5    submitted in support of general causation in the MDL?

6         A.    Yes, sir.

7         Q.    Now, have you invoiced Mr. Lamb or his

8    attorneys for your work or time in this case?

9         A.    No, not yet.

10        Q.    Do you intend to?

11        A.    Yes.

12        Q.    And at what rate are you going to invoice

13   Mr. Lamb's attorneys for your work?

14        A.    My current rates are $400 an hour for prep

15   time and $500 an hour for deposition and trial time.

16        Q.    And by prep time, what do you include in

17   that?

18        A.    That's when I go through my notes to

19   refresh my memory, read any new publications that have

20   come out, that type of thing.

21        Q.    Did you prepare any new written material

22   for your testimony in this case?

23        A.    No.

24        Q.    And why do you charge $400 for prep time

25   but a hundred dollars more for your time at deposition

**Dr. Charles Jameson**
**July 19, 2019**

Page 31

1    and trial -- a hundred dollars more per hour?

2         A.    That's the going rate.

3         Q.    Who established the going rate?

4         A.    That's just what I charge.  That's what

5    the -- that's what my fees are, 400 for prep time and 500

6    for trial and deposition.

7         Q.    Why do you charge a hundred dollars more

8    per hour for trial and deposition?

9         A.    Because it's more intense and it's -- just

10   takes a little more effort to go through that.

11        Q.    And is that the same as how you charge

12   other clients who retain you as an expert?

13        A.    Pretty much, yes.

14        Q.    And do you -- have you invoiced

15   Mr. Winston, Mr. Kane or their attorneys for your work in

16   this case?

17        A.    Mr. Winston and Mr. Kane, who -- I'm not

18   familiar with who you're referring to.

19        Q.    Okay.  That's fine.  Have you been paid by

20   Mr. Lamb or his attorneys for your work or time in this

21   case?

22        A.    No, not yet.

23        Q.    Do you expect to be paid?

24        A.    I expect to be paid, yes.

25        Q.    Have you invoiced or been paid by other

**Dr. Charles Jameson**
**July 19, 2019**

Page 32

 1   plaintiffs or their attorneys for your work or time in

 2   litigation relating to Roundup?

 3            **A.    Yes.**

 4            Q.    And who have you invoiced or been paid by?

 5            **A.    Well, Andrus Wagstaff, obviously, and then**

 6   **the Miller Law Group for the Pilliod trial.**

 7            Q.    Andrus Wagstaff, that was for your work in

 8   the MDL?

 9            **A.    Yes, and all the previous depositions**

10   **and --**

11            Q.    Okay.  And you mentioned you had a

12   deposition -- or I mentioned and you remembered you had a

13   deposition in the Gordon case back in December?

14            **A.    Yes.**

15            Q.    And that also -- you were paid by Andrus

16   Wagstaff for that?

17            **A.    Yes.**

18            Q.    And the Miller firm was for the Pilliod

19   case?

20            **A.    Yes.**

21            Q.    And you invoiced for all of your work that

22   you did in the MDL and the Pilliod case and in the Gordon

23   case; right?

24            **A.    Invoiced --**

25            Q.    You invoiced attorneys for that?

Dr. Charles Jameson
July 19, 2019

Page 33

1          A.     I have, yes.

2          Q.     And you've been paid for all of that work?

3          A.     Yes.

4          Q.     Do you have any sense -- well, can you tell

5    me how much you've been paid for that work, all the work

6    you've done before the Lamb case, all the work you have

7    done in Roundup litigation before the Lamb case?

8          A.     I can't remember.

9          Q.     Can you give me an estimate?

10         A.     I can give you an estimate.  It's probably

11   been in the neighborhood of probably around $175,000 so

12   far since 2016.

13         Q.     When did you begin work on these cases?

14         A.     In 2016.

15         Q.     Do you know which month?

16         A.     I don't remember, off the top of my head.

17         Q.     Okay.  Do you have -- I know -- and I

18   appreciate you gave me your best recollection about how

19   much you have been paid by attorneys -- and these are all

20   plaintiff's attorneys; right?

21         A.     Yes.

22         Q.     By attorneys in the Roundup litigation.

23                Do you have in your records invoices from

24   which you can determine exactly how much you have billed

25   and been paid in the Roundup litigation from plaintiff's

**Dr. Charles Jameson**
**July 19, 2019**

Page 34

1    attorneys?

2              **A.    Yes.**

3                     MS. FORGIE:  And we produced those.

4    BY MR. DERRINGER:

5              Q.    And are you -- strike that.

6                     Have you ever testified in court on behalf

7    of a pharmaceutical or chemical company?

8              **A.    No.**

9              Q.    Have you ever given a deposition on behalf

10   of a pharmaceutical or chemical company?

11             **A.    No.**

12             Q.    Do you have any estimate of how much money

13   you have made in your career from serving as an expert in

14   litigation?

15             **A.    Maybe total it would be 200,000 so far.**

16             Q.    You have your own consulting practice?

17             **A.    Yes.**

18             Q.    What's the name of it?

19             **A.    CWJ Consulting, LLC.**

20             Q.    And when did you open that business?

21             **A.    In 2008 after I retired from the federal**

22   **government.**

23             Q.    And you began working for plaintiffs in the

24   Roundup litigation sometime in 2016; is that right?

25             **A.    Yes.**

Dr. Charles Jameson
July 19, 2019

Page 35

1      Q.     Okay.  And you said that you've been
2   paid -- again, understanding it's just an estimate --
3   somewhere in the neighborhood of it $175,000 by
4   plaintiff's attorneys in the Roundup litigation?
5          **A.     To the best of my guesstimation, yes.**
6      Q.     And, again, to the best of your
7   guesstimation, you've been paid an additional $25,000
8   over the course of your career from other -- from your
9   work as an expert in other litigation?
10         **A.     Maybe I need to rethink this.  Sorry.**
11  **Maybe it's up to 225.  I just -- 225.**
12     Q.     And how did you come up with that figure?
13         **A.     I just was recently retained by another law**
14  **firm for another -- for different litigation.**
15     Q.     Okay.  On behalf of plaintiffs?
16         **A.     Yes.**
17     Q.     What kind of case?
18             MS. FORGIE:  You can answer, but don't give
19         any confidential information.
20             THE WITNESS:  Sure.  It's a case concerning
21         a completely different chemical, and it has to do
22         with causing cancer in a population exposed to the
23         material by a company.
24  BY MR. DERRINGER:
25     Q.     And are you able to tell me what company?

**Dr. Charles Jameson**
**July 19, 2019**

Page 36

1        A.      I don't remember the name of the company,

2    but the chemical is ethylene oxide.

3        Q.      Are you still working on that case?

4        A.      I just -- was just retained.

5        Q.      Okay.

6        A.      That's why -- it slipped my mind that I got

7    a retainer from them, and so that's where that additional

8    money came from.

9        Q.      Understood.  I appreciate that.  So you've

10   been -- you've worked as an expert witness in a total of

11   two litigations; is that right?

12       A.      Three.

13       Q.      The Roundup litigation is one?

14       A.      Yes.

15       Q.      This new case you took on involving

16   ethylene oxide is a second?

17       A.      Yes.

18       Q.      And what's the third?

19       A.      Talc.

20       Q.      Talc?

21       A.      Yes, talc.

22       Q.      And have you made any money from your work

23   as an expert witness in the talc case?

24       A.      Yes.

25       Q.      How much have you made there?

Dr. Charles Jameson
July 19, 2019

Page 37

```
 1          A.      Probably about 35, 40,000.  That one is
 2    just getting started.
 3          Q.      And that would be in addition to the --
 4    again, approximately $225,000 that you've made in the
 5    Roundup litigation and the ethylene oxide litigation?
 6          A.      No, that's included.
 7          Q.      Oh, that's included?
 8          A.      Uh-huh.
 9          Q.      Okay.  You haven't been paid in the
10    ethylene oxide case yet?
11          A.      Just the retainer.
12          Q.      Okay.
13          A.      And all these are, off the top of my head,
14    approximations.  It may be more, may be less.  I just
15    don't --
16          Q.      I understand.
17          A.      I don't keep figures like that in my head.
18          Q.      I understand.  But, again, these figures,
19    if you wanted to verify them, you would go back to your
20    office and look at the invoices that --
21          A.      I would look up the invoices I have, yes.
22          Q.      And you have those in your files?
23          A.      Somewhere in there, yeah.
24          Q.      Okay.  Do you intend to testify about the
25    specific cause of any particular plaintiff's injury in
```

**Dr. Charles Jameson**
**July 19, 2019**

Page 38

1   the Lamb, Winston, or Kane case?

2          **A.     No.**

3          Q.     And as you testified at the Pilliod trial,

4   you said there that you weren't there to discuss the

5   specific plaintiffs or to tell the jury what you believed

6   caused or did not cause any specific plaintiff's cancer.

7   Does the same apply in these three cases?

8          **A.     Yes.**

9          Q.     You don't know anything about the

10  plaintiff's exposure history in these cases; do you?

11         **A.     I knowing in nothing about the plaintiffs,**

12  **no.**

13         Q.     You don't know anything about the

14  plaintiff's medical histories in these cases; do you?

15         **A.     No, sir.**

16         Q.     And you don't know anything about the dose

17  or amount of glyphosate or glyphosate-based herbicides to

18  which any plaintiff in these cases was allegedly exposed;

19  correct?

20         **A.     I do not.**

21         Q.     Have you ever met any plaintiff in these

22  cases?

23         **A.     No, sir.**

24         Q.     Have you ever spoken to any of them?

25         **A.     No, sir.**

**Dr. Charles Jameson**
**July 19, 2019**

Page 39

1      Q.    Back in September, you were asked whether
2   you intended to testify whether there was a different way
3   to make glyphosate or Roundup so that it's effective but
4   allegedly safer than you claim it is today, and you said
5   you didn't intend to offer that testimony.  Do you intend
6   to offer that testimony in any of these three cases?

7          **A.    No.**

8          Q.    Do you intend to testify in these cases
9   about the benefits of glyphosate or Roundup?

10         **A.    No.**

11         Q.    Okay.  Do you intend to testify in any of
12  these three cases about the absorption, distribution,
13  metabolism or excretion in humans of glyphosate or
14  Roundup in any of these cases?

15         **A.    If it comes up as a question, I could**
16  **respond to that, yes.**

17         Q.    You didn't testify about that at the
18  Pilliod trial, did you?

19         **A.    I don't remember.**

20         Q.    Okay.  Do you have any opinion, sir, about
21  the dermal absorption of glyphosate or Roundup --

22         **A.    Yes.**

23         Q.    -- to humans?

24         **A.    Yes.**

25         Q.    You do?  What is that opinion?

**Dr. Charles Jameson**
**July 19, 2019**

Page 40

1          **A.     That it is absorbed.  It's not very well**

2     **absorbed, but it's absorbed.**

3          Q.     Do you intend to offer any opinion about

4     the -- well, strike that.

5              Do you have --

6              Well, yes or no, do you have an opinion

7     about the distribution of glyphosate in the human body?

8              MS. FORGIE:  Objection.

9              THE WITNESS:  I do have an opinion, yes.

10    BY MR. DERRINGER:

11         Q.     Do you intend to offer that opinion at

12    trial?

13         **A.     If asked, I could give an opinion on that,**

14    **yes.**

15         Q.     What's that opinion?

16         **A.     That it --**

17              MS. FORGIE:  Objection.

18              THE WITNESS:  Sorry.

19              MR. DERRINGER:  What's the basis of the

20              objection?

21              MS. FORGIE:  Because I think you're going

22              way beyond his testimony, and you're not making it

23              clear to him whether he has opinions within IARC

24              with what he did at IARC.  Okay?  And so if that

25              includes dermal absorption and things like that

Dr. Charles Jameson
July 19, 2019

Page 41

1     that were discussed within the IARC Working Group,
2     then he will have an opinion.
3          Outside of that, he's here as a fact
4     witness as to what he did at IARC.  So I think the
5     basis of the objection is you're not clarifying
6     whether he has an opinion that was reached while
7     he was at IARC, which is what he's here to
8     testify, or if he has opinions that have to do
9     with Exhibit 6 and 7, his general causation
10    opinions, which he is not giving at trial and
11    which he is not here to testify about.  There's a
12    huge difference.
13         MR. DERRINGER:  Okay.  So, Ms. Forgie, at
14    any of the three trials, is he going to be giving
15    opinions that are contained in Exhibits 5 or 6,
16    his MDL reports.
17         MS. FORGIE:  Only to the extent that those
18    opinions are what happened at IARC.  Some of those
19    opinions are contained in IARC.  For example, as
20    I'm sure you know, IARC talks about it's a human
21    carcinogen.  It's -- it talks about NHL, it talks
22    about the epidemiology.  To that extent, he will
23    give those opinions.  Whether you want to call
24    them expert opinions, it's a little bit -- I have
25    gone around this for 30 years whether that's an

**Dr. Charles Jameson**
**July 19, 2019**

Page 42

```
 1            expert opinion or a fact opinion.  To me, it's a
 2            factual opinion of an expert.  Okay?  But he's
 3            here to testify about his work at IARC.  He's not
 4            here to testify about AHS, which came out after.
 5            He's not here to testify about his general
 6            causation.  That's why when you asked if it was
 7            similar to Pilliod, the answer is similar but not
 8            the same.
 9                 MR. DERRINGER:  Okay.  When you say he's
10            not here to testify about the items you just
11            mentioned, do you mean he's not here at the
12            deposition to testify about those or he's not
13            going to be here at the trials in these matters to
14            testify?
15                 MS. FORGIE:  Both.  Both.  He's here as a
16            fact witness to what he did at the Working Group
17            at IARC and anything to do with IARC.
18                 MR. DERRINGER:  Okay.
19                 MS. FORGIE:  I hope that clarifies it.  You
20            look puzzled.  To me, it's clear.
21     BY MR. DERRINGER:
22            Q.    During your work as part of the Working
23     Group at IARC looking at glyphosate, the work that
24     resulted in Monograph 112, did you do work relating to
25     the absorption, distribution, metabolism, or excretion of
```

Dr. Charles Jameson
July 19, 2019

Page 43

1    Roundup in humans?

2            A.    Could you define what you mean by work?

3            MR. DERRINGER:  I think this is,

4        Ms. Forgie, part of the problem with trying to say

5        that he's just here to testify about what he did

6        at IARC.

7            MS. FORGIE:  Well, I think what is

8        confusing, and I almost objected to that question,

9        is you mean him personally or the group, or what

10        did they discuss?

11            MR. DERRINGER:  Well, what is he going to

12        be testifying about, what he did personally or

13        the --

14            MS. FORGIE:  No, the whole group.

15            MR. DERRINGER:  Okay.  Well -- okay.

16   BY MR. DERRINGER:

17            Q.    What work did you personally do?

18            A.    What work did I --

19            Q.    Hold on.

20            MS. FORGIE:  Wait for the question.

21            THE WITNESS:  Sorry.

22   BY MR. DERRINGER:

23            Q.    What work did you personally do as part of

24   your work with IARC Working Group on glyphosate relating

25   to the absorption distribution, metabolism, excretion of

Dr. Charles Jameson
July 19, 2019

Page 44

1    glyphosate or Roundup in humans?

2         **A.    As a Working Group member for 112 and the**

3    **review of glyphosate, I reviewed the documents that were**

4    **prepared by the mechanism group on absorption,**

5    **distribution, excretion of glyphosate in both**

6    **experimental animals and humans and reviewed that data**

7    **along with everybody else in the Working Group and came**

8    **to the conclusions as outlined in the IARC Monograph 112**

9    **that it is -- in humans it is absorbed and distributed in**

10   **the body and mostly excreted, but it is distributed**

11   **somewhat in the body, and there is residual in the body**

12   **after 24 hours.**

13        Q.    And do you agree with the conclusions that

14   the IARC Working Group reached with respect to the

15   absorption, distribution, metabolism, and excretion of

16   Roundup or glyphosate in humans?

17             MS. FORGIE:  Objection.

18             THE WITNESS:  Sir, I agree.  I was part of

19             the Monograph and voted to accept that

20             information.

21   BY MR. DERRINGER:

22        Q.    You're not offering -- you're not planning

23   to offer an opinion on corporate ethics, are you?

24        **A.    No, sir.**

25        Q.    You're not planning to offer an opinion on

Dr. Charles Jameson
July 19, 2019

Page 45

 1  advertising, are you?

 2        A.    If asked, my -- and it would be my personal

 3  opinion.  If asked about advertising, I would say that I

 4  feel that as part of the advertisement for glyphosate,

 5  warning labels should be placed on all material, Roundup

 6  material that is sold informing the people who buy the

 7  material that glyphosate or Roundup has been shown to

 8  cause cancer in humans or -- no, glyphosate causes cancer

 9  in humans, excuse me, is what I meant to say.

10            I think it's very important that labels

11  contain safety information so people know what it is

12  they're working with.  But, again, that would just be

13  my -- that's my personal opinion of what needs to be

14  done.

15            MR. DERRINGER:  Ms. Forgie, do you intend

16        to elicit that opinion at any of these three

17        trials?

18            MS. FORGIE:  I do not.

19            MR. DERRINGER:  And I should actually

20        clarify.  Ms. Forgie, you and your firm represent

21        or are representing -- well, strike that.  You and

22        your firm represent the plaintiffs in the Lamb

23        case; is that right?

24            MS. FORGIE:  And Cohen.

25            MR. DERRINGER:  And in the Kane case?

Dr. Charles Jameson
July 19, 2019

Page 46

1        MS. FORGIE:  I'm trying to remember if
2   Priest is still in Kane.  I'm not sure.  I know
3   it's in the process of being removed.  You're
4   agreeing with me, but I'm not sure if it's
5   actually out.
6        MR. WARREN:  I don't know where it is.
7        MS. BEACH:  I don't know either.
8        MS. FORGIE:  It's like being removed, but I
9   don't know if it's still --
10        MR. DERRINGER:  The reason I ask, as I'm
11   sure you can appreciate, is I've been asking you
12   if you intend to elicit --
13        MS. BEACH:  I can certainly speak for Kane.
14        MR. DERRINGER:  Yes?
15        MS. BEACH:  Yes.
16        MR. DERRINGER:  Okay.  Terrific.  Do you
17   intend to elicit Dr. Jameson's personal opinion
18   about advertising in the Kane case?
19        MS. BEACH:  No, sir.
20        MR. DERRINGER:  We'll reserve our right --
21   neither of you represent the plaintiffs in the
22   Winston case; correct?
23        MS. FORGIE:  Correct.
24        MR. DERRINGER:  And so we will reserve our
25   rights on this particular opinion and bring that

Dr. Charles Jameson
July 19, 2019

Page 47

1          up with the lawyers in the Kane case -- I'm sorry,

2          the Winston case in the event that they inform us

3          that they do intend elicit --

4              MS. FORGIE:  I'm sure they're going to

5          follow what we're all doing here, which is as a

6          fact witness about IARC.

7     BY MR. DERRINGER:

8          Q.    Dr. Jameson, do you intend to offer an

9     opinion on product labeling beyond the personal opinion

10    that you just mentioned?

11         **A.    No.**

12         Q.    Do you intend to offer any opinion on the

13    ingredients of Roundup beyond glyphosate?

14         **A.    Beyond glyphosate.  If asked a question**

15    **about the other ingredients in Roundup, I could render an**

16    **opinion on that, especially the tallow amine surfactants**

17    **that are used in Roundup formulations.**

18         Q.    Did the -- let me step back.  The IARC

19    Working Group that produced Monograph 112 on glyphosate,

20    that was work that focused exclusively on glyphosate; is

21    that right?

22         **A.    No.**

23              MS. FORGIE:  Objection.

24              Go ahead.

25              THE WITNESS:  No.

Dr. Charles Jameson
July 19, 2019

Page 48

1    BY MR. DERRINGER:

2         Q.    Okay.   I understand that it looked at some

3    other chemicals as well, some of the compounds?

4         **A.    Well, specific to glyphosate, the data that**

5    **was reviewed for the glyphosate reviewed included datas**

6    **on glyphosate alone and on glyphosate formulations.**

7         Q.    The data on -- well, okay.   What are the

8    ingredients in Roundup?

9         **A.    Well, I can't give you -- I mean, there are**

10   **so many different Roundup mixtures, and each one has a**

11   **different inert in there, if you will, but mostly it's**

12   **glyphosate, water, and a surfactant.   And, previously,**

13   **the most widely used surfactant was a tallow amine**

14   **surfactant, but I think they've been reformulating the**

15   **surfactants because the initial tallow amine was pretty**

16   **toxic.   And so I think the more recent Roundup mixtures**

17   **have been using different surfactants in it to address**

18   **that issue.   But I can't give you specific information on**

19   **percentage of glyphosate and water and the surfactant and**

20   **all that, but that's what my understanding of it is.**

21        Q.    And setting aside specific percentages, am

22   I right that the extent of your understanding of the

23   ingredients in Roundup are that they consist of

24   glyphosate, water, and a surfactant?

25        **A.    Pretty much, yes.**

Page 49

1      Q.     Now, when you testified back in September

2  at the Gordon deposition, you said that you couldn't give

3  an opinion about EPA's testing of the tallow amine.  And

4  I'm going to refer to tallow amine as POEA.  Do you

5  understand that?

6           **A.     POEA, right.**

7      Q.     You said you couldn't give an opinion about

8  EPA's testing of POEA as part of its Cluster 4 review

9  until you saw the data?

10          **A.     Right.**

11     Q.     And that was back, as I said, in

12 September 2018.  Have you done anything over the past

13 ten months to ask for or look at the data?

14          MS. FORGIE:  Objection.  Goes beyond the

15      scope of what he's designated for.

16          You can answer.

17          THE WITNESS:  I haven't.  I haven't had

18      time.

19 BY MR. DERRINGER:

20     Q.     Okay.  I'm handing you what I have marked

21 as Exhibit 7.

22          (Exhibit 7 was marked for identification.)

23 BY MR. DERRINGER:

24     Q.     Exhibit 7 is a document from the United

25 States Environmental Protection Agency.  The first page

Dr. Charles Jameson
July 19, 2019

                                                    Page 50

 1   is just an authentication saying that the document is

 2   authentic according to the EPA.  If you turn to page 2 --

 3   and I have done all these documents double-sided to --

 4        **A.    That's okay.  Good.**

 5        Q.    -- try to save some trees and save some

 6   weight in my suitcase.  But if you turn to the second

 7   page, this is a document dated April 3, 2009.  It's a

 8   memorandum from the individuals at EPA listed in the

 9   middle of this page.  The subject is:  Alkyl Amine

10   Polyalkoxylates.

11             Do you see that?

12        **A.    Yes, sir.**

13        Q.    And this is a human health risk assessment;

14   is that right?

15        **A.    That's what it says.**

16        Q.    Okay.  And it's a human health risk

17   assessment to support proposed exemption from the

18   requirement of a tolerance when used as inert ingredients

19   in pesticide formulations.

20             Do you see that?

21        **A.    Yes.**

22        Q.    What's your understanding, if anything, of

23   what that means, that a human health risk assessment to

24   support a proposed exemption from the requirement of a

25   tolerance when used as inert ingredients in pesticide

Dr. Charles Jameson
July 19, 2019

Page 51

1   formulations?

2        A.    I think that's a -- what they're doing is

3   they're doing a risk assessment at those levels or at

4   levels that they assume people may be exposed to to

5   indicate that there is no risk of a hazard and,

6   therefore, if the material is mixed in -- is used in a

7   formulation at a level less than what the risk assessment

8   is done at, then they don't have to label it as a hazard.

9        Q.    And do you know -- well, have you seen this

10  document before?

11       A.    I don't recall seeing it, no.

12       Q.    Okay.  But when -- okay.  Take a look at

13  page 6 of 94.

14       A.    Okay.

15       Q.    Actually, I'm sorry.  Before you do that,

16  go to page 4 of 94.  You see this as the executive

17  summary from the EPA?

18       A.    Okay.

19       Q.    Do you see that?

20       A.    Uh-huh.

21       Q.    Okay.  And if you look at the third

22  paragraph, not including the ones that is are indented,

23  so the one that starts with "toxicology database."

24             Do you see that?

25       A.    Yes.

Dr. Charles Jameson
July 19, 2019

Page 52

1          Q.    Okay.  The second sentence reads, "The

2     AAPs," and you understand that refers to alkyl amine

3     polyalkoxylates?

4          **A.    Yes.**

5          Q.    Okay.  "The AAPs are not acutely toxic by

6     the in oral and dermal routes of exposure or via

7     inhalation under normal use conditions."

8                Do you see that?

9          **A.    Correct.**

10         Q.    And two sentences later, the evaluation

11    states, "There's no evidence that the AAPs are

12    neurotoxic, mutagenic, or clastogenic."

13               Do you see that?

14         **A.    Right, but you skipped over the part that**

15    **says it's "generally corrosive, eye and skin irritants**

16    **and may be dermal sensitizers."**

17         Q.    Sure.  The EPA came to that conclusion,

18    right?  "The concentrated materials are generally

19    corrosive, eye and skin irritants and may be dermal

20    sensitizers."

21               Right?

22         **A.    Right.**

23         Q.    Okay.  And then the EPA also came to the

24    conclusion that there is no evidence that the AAPs are

25    neurotoxic, mutagenic, or clastogenic, correct?

**Dr. Charles Jameson**
**July 19, 2019**

Page 53

1        A.      That's what it says.

2        Q.      Then if you go to page 6, you see the EPA

3   made a regulatory recommendation regarding the proposed

4   exemption from the requirement of the tolerance for the

5   AAPs?  Do you see that?

6        A.      I see that.

7        Q.      Okay.  And the regulatory recommendation

8   states that, "There are no human health exposure or risk

9   issues that would preclude the approval of an exemption

10  from the requirement of a tolerance for the inert

11  ingredients generically referred to as alkyl amine

12  polyalkoxylates."

13              And then it gives some limitations that

14  need to be addressed; right?

15       A.      Right.

16       Q.      Okay.  Before you -- before I showed you

17  this document, were you aware of this decision by the

18  EPA?

19       A.      No.

20              MS. FORGIE:  No rush, but when you're ready

21          for a five-minute break, that would be awesome.

22              MR. DERRINGER:  Sure.  We can take a break

23          now if you'd like.

24              MS. FORGIE:  Great.

25              THE VIDEOGRAPHER:  9:39, off record.

Dr. Charles Jameson
July 19, 2019

Page 54

1                (BREAK.)

2                THE VIDEOGRAPHER:  We're back on the

3        record.  The time is 9:48.

4   BY MR. DERRINGER:

5        Q.    Dr. Jameson, before our break, we were

6   discussing POEA.  Do you remember that?

7        **A.    Yes, sir.**

8        Q.    I'm going to mark as Exhibit 8 -- let me

9   put that in front of you.

10               (Exhibit 8 was marked for identification.)

11   BY MR. DERRINGER:

12       Q.    I've marked as Exhibit 8 a document from

13   the EPA titled "Glyphosate Proposed Interim Registration

14   Review Decision," dated April 2019.

15               Take your time, Dr. Jameson, if you'd like,

16   to just review this.  I'm not going to ask you a lot of

17   questions about this right now.  My first question is

18   just whether you have seen this before?

19       **A.    This one I think I have seen, yes.**

20       Q.    Okay.  And you've seen it.  Have you

21   reviewed it?

22       **A.    I read through it.**

23       Q.    Okay.  How long ago did you read through

24   it?

25       **A.    It's been within the past month.**

**Dr. Charles Jameson**
**July 19, 2019**

Page 55

1          Q.    If you turn to page 10, pages are down at

2     the bottom.  Let me know when you're there.

3          **A.    Okay.**

4          Q.    Do You see in the middle of the page, the

5     EPA responded to comments that it received on

6     formulations toxicity.  That is on the toxicity of

7     glyphosate-based formulations.  Do you see that?

8          **A.    Yes.**

9          Q.    And in the EPA response, the second

10    sentence the EPA states that, "All active and inert

11    ingredients must be approved by the agency when a

12    pesticide product is first registered including for

13    glyphosate products."

14               Do you see that?

15         **A.    I'm sorry.  Where is that?**

16         Q.    Sure.  It's the paragraph that starts in

17    bold with, "The EPA response."

18         **A.    Okay.**

19         Q.    On page 10, and it's the second sentence

20    that I just read.

21         **A.    Oh, okay.**

22         Q.    I can read it again to you.  Do you see

23    that?

24         **A.    Yes, sir.**

25         Q.    Okay.  "All active inert ingredients must

Dr. Charles Jameson
July 19, 2019

Page 56

```
 1    be approved by the agency when a pesticide product is
 2    first registered including for glyphosate products."
 3              Correct?
 4         A.   That's what it says.
 5         Q.   That's what it says.  And do you have any
 6    understanding to the contrary of what's written there?
 7              MS. FORGIE:  Objection.
 8              THE WITNESS:  I don't understand what
 9         you're -- what you mean.
10    BY MR. DERRINGER:
11         Q.   I'll ask a different question.  You don't
12    have any reason to believe that what is written in that
13    sentence is not true; do you?
14         A.   I don't know.
15         Q.   Are you aware that POEA is one of the inert
16    ingredients that must be proved by the agency when a
17    pesticide product is first registered including for
18    glyphosate products?
19              MS. FORGIE:  Objection.
20              THE WITNESS:  Yes.
21    BY MR. DERRINGER:
22         Q.   And are you aware of the EPA's most -- I'm
23    sorry.
24              Are you aware, again, written on page 10 --
25    well, sorry.  Let me start over.
```

Dr. Charles Jameson
July 19, 2019

Page 57

1          Take a look at the last paragraph on page
2    10, Dr. Jameson.
3          **A.    Okay.**
4          Q.    You see there the EPA writes that,
5    "Glyphosate has been studied in a multitude of studies
6    including on multiple formulations that contain
7    glyphosate."
8          Do you see that?
9          **A.    Yes.**
10         Q.    Okay.  And do you also see that they write,
11   they being the EPA, that, "All studies have adequate
12   scientific caliber that the agency was aware of were
13   incorporated into this risk assessment"?
14         Do you see that?
15         **A.    I see that, yes.**
16         Q.    Okay.  Do you have any reason to believe
17   that what is written in those two sentences is not true?
18         **A.    Well, I'd have to give you an opinion on**
19   **that.  You know, this is -- and, supposedly, this is a**
20   **fact deposition.  But I've testified before that I don't**
21   **agree with the EPA's evaluation of the data.**
22         Q.    I understand that.  And you're right, you
23   have testified before that you don't agree with the EPA
24   on glyphosate.
25         My question is just do you have any reason

Page 58

1   to doubt what's written in these two sentences?

2          **A.     Well, based on my previous testimony, I**

3   **don't agree with their evaluation of the data, so --**

4          Q.     Let me break it down then.  Do you have any

5   reason to disagree with the EPA statement that glyphosate

6   has been studied in a multitude of studies including on

7   multiple formulations that contain glyphosate?

8          **A.     There have been a large number of studies**

9   **to that effect, yes.**

10         Q.     Okay.  And do you agree that the EPA, in

11  performing its risk assessment, considered those studies?

12              MS. FORGIE:  Objection.

13              THE WITNESS:  Sorry.

14              MS. FORGIE:  You can answer.

15              THE WITNESS:  They considered the studies

16         at the dose levels that they selected, and those

17         are low-dose levels where the effects were not

18         obvious from exposure to glyphosate.  The EPA, in

19         their regulations, set a limit on the dose levels

20         that they want to have used in the studies, and

21         they are lower than what the animal studies have

22         shown cause cancer in the laboratory animals.  So

23         I just can't agree that they did -- that the EPA's

24         evaluation of the data is acceptable because they

25         ignore so much of the available data that's out

Dr. Charles Jameson
July 19, 2019

Page 59

1       there.

2  BY MR. DERRINGER:

3       Q.    And you're referring to the animal studies

4  there; correct?

5       **A.    Right.**

6       Q.    You understand that the glyphosate

7  formulations, that is the formulation that would include

8  an inert ingredient like POEA, those have been studied in

9  the human epidemiology studies; correct?

10      **A.    Right.  They have been studied in human**

11 **epidemiology studies and then shown a strong association**

12 **with non-Hodgkin's lymphoma.**

13      Q.    And you don't have any reason to disagree

14 with the EPA's statements that the EPA has considered

15 those studies in its risk assessment?

16              MS. FORGIE:  Objection, asked and answered.

17              You can answer it again.

18              THE WITNESS:  Repeat the question.

19 BY MR. DERRINGER:

20      Q.    Sure.  Do you have any reason to doubt that

21 the EPA has considered the human epidemiology studies

22 that have looked at glyphosate-based formulations that

23 would include POEA in its risk assessment?

24      **A.    I will agree that the EPA has looked at the**

25 **human epidemiology data, but they have misinterpreted the**

Dr. Charles Jameson
July 19, 2019

Page 60

1   **data.**
2           Q.    So you disagree with their interpretation
3   of the data, correct?
4           **A.    Correct.**
5           Q.    But you don't doubt that they've looked at
6   that data?
7                 MS. FORGIE:  Objection.
8                 THE WITNESS:  They say they looked at the
9           data, yes.
10  BY MR. DERRINGER:
11          Q.    Do you have any reason to doubt that when
12  they say they looked at the data that they were not
13  telling the truth?
14                MS. FORGIE:  Objection.
15  BY MR. DERRINGER:
16          Q.    They being the EPA?
17                MS. FORGIE:  Objection.
18                THE WITNESS:  No, I don't -- I don't -- let
19          me back up.  I believe they did look at the data,
20          they just misinterpreted it.
21                MR. DERRINGER:  And, Ms. Forgie, you
22          provided us yesterday I think with his materials
23          considered list?
24                MS. FORGIE:  Yes.  I think it was also
25          given on Monday in other cases.

Dr. Charles Jameson
July 19, 2019

Page 61

1          MR. DERRINGER:  All right.  We'll return to

2      that then.

3  BY MR. DERRINGER:

4      Q.   Dr. Jameson, do you agree that just because

5  something is shown in animals to cause tumors, that

6  doesn't mean that it causes cancer in humans?

7          MS. FORGIE:  Objection, calls for

8      speculation.

9          You can answer.

10         THE WITNESS:  The purpose for doing animal

11     bioassays is to determine if the material under a

12     maximum tolerated dose, meaning the maximum dose

13     the animals can tolerate for their lifetime,

14     without showing any overt signs of toxicity, if

15     the material is tested at a maximum tolerated dose

16     and shown to cause cancer in laboratory animals,

17     then that says, A, it is an animal carcinogen, and

18     B, it is biologically plausible that that chemical

19     will be a carcinogen in humans.

20  BY MR. DERRINGER:

21     Q.   Right.  You said biologically plausible,

22  but my question is a little bit different.  Just because

23  something is shown in animals to cause tumors, that

24  doesn't mean that it actually causes cancer in humans,

25  does it?

Dr. Charles Jameson
July 19, 2019

1          MS. FORGIE:  Objection, asked and answered.

2      Wait.  Let me get my objection.  Objection, asked

3      and answered.

4          You can answer it again.

5          THE WITNESS:  Sorry.

6          MS. FORGIE:  It's okay.

7          THE WITNESS:  I always jump the gun.

8          MR. DERRINGER:  Actually, under Missouri

9      law, she really should only be saying "object to

10      form."

11          MS. FORGIE:  Not true.

12          MR. DERRINGER:  That is true.

13          Go ahead.

14          THE WITNESS:  Repeat the question.

15  BY MR. DERRINGER:

16      Q.    Sure.  Just because something is shown in

17  animals to cause tumors, that doesn't mean that it

18  actually causes cancer in humans; correct?

19          MS. FORGIE:  Objection.

20          THE WITNESS:  It means that it's

21      biologically plausible that it will cause cancer

22      in humans.  That's what that data indicates.

23          MS. FORGIE:  Counsel, I'm sorry.  I have to

24      take a quick break.

25          MR. DERRINGER:  Sure, let's take a break.

**Dr. Charles Jameson**
**July 19, 2019**

Page 63

```
 1                THE VIDEOGRAPHER:  9:53, off record.
 2                (BREAK.)
 3                THE VIDEOGRAPHER:  Back on record.  Time is
 4           10:03.
 5      BY MR. DERRINGER:
 6           Q.   Dr. Jameson, I have marked as Exhibit 9 a
 7      chart that I trust you have seen before.  This is a chart
 8      titled "Replication Across Glyphosate Toxicology
 9      Studies."
10                Is this a chart that you have prepared?
11                (Exhibit 9 was marked for identification.)
12                THE WITNESS:  That I prepared?
13      BY MR. DERRINGER:
14           Q.   That you prepared, yes.  Not for this
15      deposition but in the past.  You can probably see that
16      this is -- this was marked on your September 2018
17      deposition as Exhibit 10.
18           A.   All right.  I don't remember making this
19      chart.
20           Q.   Okay.
21           A.   Sorry.
22           Q.   That's okay.  Have you seen this chart
23      before?  Do you remember -- I know you've seen it before.
24      It was at your deposition.  Do you remember seeing this
25      before?
```

Dr. Charles Jameson
July 19, 2019

Page 64

```
 1          A.    I remember seeing this, but I thought -- I
 2    thought it was prepared by a different expert, but --
 3          Q.    Okay.
 4          A.    -- it may have been mine.  I don't know.  I
 5    apologize if it is mine and I don't recognize it.  That's
 6    terrible, but --
 7          Q.    You don't need to apologize.
 8                But you see what this chart -- well, first,
 9    you recognize this chart discusses a variety of findings
10    in animal studies relating to glyphosate?
11          A.    Correct.
12          Q.    And you see that it's listed according to
13    different tumor sites?
14          A.    Correct.
15          Q.    And then the next column over talks about
16    which species the tumor site was found in?
17          A.    That's correct.
18          Q.    And then the next column over tells us what
19    strain of that species it was found in?
20          A.    Yes.
21          Q.    And then the next column over tells us
22    which sex of that species --
23          A.    Yes.
24          Q.    -- the tumor was found in; correct?
25          A.    Yes.
```

**Dr. Charles Jameson**
**July 19, 2019**

Page 65

1          Q.    And then, finally, on the very right-hand
2    column, it tells us which study that data or that result
3    was reported in; correct?
4          **A.    Correct.**
5          Q.    Okay.  And are you familiar with all of the
6    studies that are listed here?
7          **A.    Yes.**
8          Q.    Okay.  And you have expressed the opinion
9    before that there is sufficient evidence that shows that
10   glyphosate is carcinogenic in experimental animals?
11         **A.    Correct.**
12         Q.    Is that right?
13         **A.    Yes.**
14         Q.    Okay.  But you've been a bit more specific
15   about that in the past as well in terms of particular
16   tumors that you say there is sufficient evidence that
17   glyphosate causes in animals; is that right?
18         **A.    Yes.**
19         Q.    And let's talk about your opinion that
20   there is sufficient evidence that shows glyphosate is
21   carcinogenic in mice.  You believe there's sufficient
22   evidence of that relating to kidney tumors; correct?
23         **A.    Yes.**
24         Q.    Relating to hemangiosarcomas; correct?
25         **A.    Yes.**

Dr. Charles Jameson
July 19, 2019

Page 66

1          Q.    Relating to malignant lymphomas; correct?

2          A.    Yes.

3          Q.    Relating to adenocarcinomas of the lung; is

4     that right?

5          A.    Yes.

6          Q.    And relating to hemangioma; correct?

7          A.    Well, the hemangioma is a positive in

8     female mice in one study.

9          Q.    And so are you going to testify in these

10    cases that there is sufficient evidence that shows that

11    glyphosate is carcinogenic in experimental animals in

12    causing hemangiomas?

13         A.    What I -- would have to back up.  To say

14    there's sufficient evidence in animals, you have to have

15    evidence from either positive response in multiple

16    species or from two studies or what have you.  So the

17    fact that we only have one study in one sex that gives

18    you -- that gave hemangiomas, that's a positive effect.

19    The glyphosate in that study caused the hemangiosarcoma

20    -- the hemangiomas, excuse me, in the female mice.  But

21    if you just look at that separately, that one study in

22    and of itself doesn't meet the criteria to say that

23    glyphosate is an animal carcinogen.  But when you add it

24    to all of the other tumor sites, it is another piece of

25    the data that strengthens the evidence that it's an

**Dr. Charles Jameson**
**July 19, 2019**

Page 67

1  animal carcinogen.

2          Q.    You talked before and, in fact, just now

3  you just mentioned a concept that I think you referred to

4  in the past as replication.

5          A.    Right.

6          Q.    And why is -- what is replication?

7          A.    Replication means when you do -- if you do

8  a study, the same study or a similar study as close to

9  the same study as you can, if you do a similar study at a

10  different laboratory or it could be by a different --

11  well, no, replication would be a same round of

12  administration.

13          But if you do the study in a different

14  laboratory or if you did it in a different strain of the

15  same species or if you did it in a mouse or a rat and got

16  the same effect, that would be a replication of the

17  study, of the data.

18          Q.    So is it fair to say replication means you

19  want to find a similar effect in more than -- either more

20  than one study or more than one species or more than one

21  sex?

22          A.    That is for -- how do I explain this?  For

23  a bioassay, you want to see replication to strengthen the

24  evidence to say that it is an animal carcinogen.

25  However, you can do a study in one strain in one sex, and

Dr. Charles Jameson
July 19, 2019

Page 68

1    if you have a very positive effect, in other words, you

2    study the material, you're supposed to treat the animals

3    for 24 months or for their lifetime, and then after, say,

4    16 or 18 months, all the animals are dead because they

5    got a cancer -- a certain type of cancer, and the tumors

6    caused the death of the animals, then that's a very

7    strong effect, and you would say, for that particular

8    instance, this is an animal carcinogen because it's to an

9    unusual degree that the chemical affected the animal.

10                So you can have a situation where you just

11    have one result like that, but it just blew the animals

12    away because it's such a strong carcinogen.  So that

13    would also give you sufficient evidence in animals.  But

14    the normal case is you have a study, a bioassay done, and

15    you see a result in -- say, in male mice, and you look to

16    see if anybody else repeats it, and if they get a similar

17    effect in the male mice, and if they do, then that's a

18    replication, and that strengthens the evidence that it's

19    an animal carcinogen.

20         Q.    You believe there's sufficient evidence

21    that shows that glyphosate is carcinogenic in

22    experimental animals -- strike that.

23                You believe that there is sufficient

24    evidence that shows that glyphosate is carcinogenic in

25    rats in causing pancreatic cell tumors; correct?

Dr. Charles Jameson
July 19, 2019

Page 69

1      A.      Correct.

2      Q.      Interstitial cell tumors in the testes?

3      A.      Yes.

4      Q.      Hepatocellular adenomas?

5      A.      Yes.

6      Q.      And thyroid follicular cell tumors; is that

7 right?

8      A.      Yes.

9      Q.      And with respect to hemangiomas, lung

10 adenocarcinomas, testicular interstitial cells tumors,

11 thyroid C-cell adenomas or carcinomas, you were able to

12 identify only one study that showed a positive finding

13 for each of those tumor sites in the animal biopsies; is

14 that right?

15      **A.      There was only one study, and so -- but the**

16 **glyphosate that was studied in those animal studies**

17 **caused those tumors, caused that cancer in those animals,**

18 **and so that adds to the weight of the evidence, if you**

19 **will, that all these tumors are showing up because**

20 **glyphosate caused them in experimental animals, and**

21 **therefore, it is an animal carcinogen.**

22      Q.      And are you relying all the studies in

23 Exhibit -- listed on Exhibit 9 to rely on your opinion

24 that glyphosate is carcinogenic?

25              MS. FORGIE:  Objection.

Dr. Charles Jameson
July 19, 2019

Page 70

1            THE WITNESS:  It looks like it's all of
2       them, but I'd have to go back to my report in my
3       notes to make sure that all of them are covered.
4  BY MR. DERRINGER:
5       Q.    Okay.  Okay.  Fair enough.  Now, some of
6  the studies listed on Exhibit 9 came from Monsanto, and
7  some came from other companies; is that right?
8       **A.    The studies were performed for either**
9  **Monsanto or for other industries that were having the**
10 **data or having the studies done to support registration**
11 **of their formulations.**
12      Q.    And for purposes of your opinions here,
13 you're not differentiating between data provided by
14 Monsanto and data provided by these other companies, are
15 you?
16      **A.    No.**
17      Q.    It didn't make a difference to you -- as
18 you were coming to your opinion and evaluating the data,
19 it didn't make a difference to you if the study was done
20 by Monsanto or someone else; right?
21      **A.    Right, it didn't make the difference.  I**
22 **was just looking at all the data I could get on the**
23 **animal studies.**
24      Q.    Dr. Jameson, am I right that the only tumor
25 findings that you will say were replicated in any way are

Dr. Charles Jameson
July 19, 2019

Page 71

1    hemangiosarcomas, hepatocellular adenomas, malignant

2    lymphomas, pancreatic cell tumors, and kidney tumors?

3              MS. FORGIE:  Objection.

4              THE WITNESS:  I'd have to go back to my

5         report to see exactly what I said, but that sounds

6         right.

7    BY MR. DERRINGER:

8         Q.   Okay.  And you said this at your Gordon

9    deposition; I just want to be sure it applies here.

10   You're relying on Dr. Portier's statistical significance

11   calculations; right?

12             MS. FORGIE:  Objection.

13   BY MR. DERRINGER:

14        Q.   Go ahead.

15        **A.   Not in all cases, no.**

16        Q.   In which cases are you not relying on

17   Dr. Portier's statistical --

18        **A.   I would have to look at my notes to see,**

19   **but some of the statistics were in my report, and I noted**

20   **in my report, some of the statistics were from EPA.  EPA**

21   **and a number of their reports are evaluations of the**

22   **studies submitted to them for registration.  They**

23   **provided some statistics.  Some of the statistics were**

24   **from Dr. Portier, and some of the statistics were from**

25   **the actual -- some of the studies that were actually**

Page 72

1    **published and provided statistical data, I would rely on**

2    **what was published in the papers.**

3         Q.    Okay.

4         **A.    So --**

5         Q.    In the past, you've told us that -- under

6    oath, that you rely on Dr. Portier's statistical

7    calculation.  So I'd just like to know for which of these

8    studies that are listed on Exhibit 9 are you relying on

9    something other than Dr. Portier's statistical

10   significance calculation?

11             MS. FORGIE:  Objection.

12             THE WITNESS:  Again, I'd have to pull out

13        my notes in my report to see which are who.

14   BY MR. DERRINGER:

15        Q.    I think you have your report.  And by your

16   report, you mean your MDL report?

17        **A.    Yeah.**

18        Q.    Okay.  So you have both your general

19   causation report, Exhibit 5.  You also have Exhibit 6,

20   which is your supplemental report, but I don't believe

21   your supplemental report deals with the animal --

22        **A.    No, that's just Andreotti's --**

23        Q.    And you also said you'd to look at your

24   notes.  Are those the notes you brought with you today?

25        **A.    Yes.**

Dr. Charles Jameson
July 19, 2019

Page 73

1          Q.    You should feel free to look at your report
2    and those notes, and just keep in mind my question.  I'd
3    like to know for which of the studies on Exhibit 9 you
4    are relying in terms of the statistical significance data
5    or P values, for which of the studies on Exhibit 9 you're
6    relying on something other than Dr. Portier's
7    calculations.
8          **A.    I want to pull up my notes.**
9               MS. FORGIE:  That's okay.  Do you want to
10          go off the record while he's doing that?
11               MR. DERRINGER:  Sure.
12               THE VIDEOGRAPHER:  10:17, off record.
13               (BREAK.)
14               THE VIDEOGRAPHER:  Back on record.  The
15          time is 10:21.
16    BY MR. DERRINGER:
17          Q.    Dr. Jameson, during the break, did you have
18    an opportunity to look at the notes that you were
19    referring to that you said you need to refer to to answer
20    my question?
21          **A.    Yes.**
22               MS. FORGIE:  We brought you copies.
23               THE WITNESS:  We brought you a copy.
24    BY MR. DERRINGER:
25          Q.    Okay.

Dr. Charles Jameson
July 19, 2019

Page 74

1      A.    What this is, one of the tables is for the
2 mouse, and one of the tables is for the rats.  It's
3 labeled CWJ/Grime Experimental Animal Summary.  So what I
4 used is the grind paper.  Are you familiar with the Greim
5 paper?
6           Q.    I am.
7           MS. FORGIE:  You're not allowed to ask him
8           questions.
9           THE WITNESS:  Oh, sorry.
10           MR. DERRINGER:  You can ask me questions.
11           MS. FORGIE:  No, you may not.
12           THE WITNESS:  And for the purpose of
13           keeping track of everything.  So if you look at
14           the table in response to your question, under the
15           fifth column, it says significance.
16 BY MR. DERRINGER:
17           Q.    Yes.
18      A.    And I indicate there what the statistics
19 are, and you'll notice some of the P values have EPA
20 after them.  That indicates that that was a statistics
21 reported in the EPA report that I was reviewing.  Then I
22 went back and I looked at -- I was made aware that
23 Dr. Portier had gone back and done some reanalysis of the
24 statistics of some of these studies.  So what I did is to
25 put in the blue typed -- the data that Chris had

Dr. Charles Jameson
July 19, 2019

Page 75

1   recalculated.

2          Q.    Chris is Chris Portier?

3          A.    Chris Portier, I'm sorry.  That Dr. Portier

4   that Dr. Portier had recalculated.  So, that's what this

5   is.  For example, for the Knezevich study in the CD-1

6   male mice, this is the one where there was the renal

7   tubular adenomas and carcinomas, and the significance we

8   have of the initial EPA evaluation said the P for trend

9   for the formation of the carcinoma was 0.037, which is

10  significant.

11          When Chris redid the statistics using a

12  different statistic, if you will, he came up with a P

13  trend of 0.06, which is just barely not statistically

14  significant but still positive.  It's still a positive

15  finding, it just doesn't meet the 95 percent criteria.

16  Probably meets the 90 percent criteria but not 95 percent

17  criteria for significance.

18          However, Chris did find if he compares this

19  incidence to the historical rate of this particular tumor

20  in the CD-1 mouse, this tumor is very rare in CD-1 mice.

21  So, Chris went back and compared this incidence to the

22  historical rates, and he got a significant incidence of

23  -- a statistically significant incidence of 0.002 for

24  this particular tumor.

25          And So the other ones are for the adenoma

Dr. Charles Jameson
July 19, 2019

Page 76

```
 1   carcinoma combined.  Again, the EPA had a positive trend
 2   of 034.  Portier, when he redid the -- came out with a
 3   trend of 065, again, almost statistically significant but
 4   not quite but still a positive finding.  And then the P
 5   for historical for adenoma carcinoma combined was 0.01
 6   statistically significant.
 7             So, that's what -- and so I can go through
 8   each one of these and tell you, you know, in response to
 9   your question to reply as to what statistics I used, but
10   I did use the original statistics in the papers I
11   reviewed if they were from EPA or what have you, and then
12   I went back and put the P values that Dr. Chris Portier
13   had recalculated for these studies.
14        Q.   Okay.  I'm going to ask to just swap with
15   you because I've marked these copies that you gave me.  I
16   think it's the same thing as the exhibits, so I'll put
17   the actual exhibits in front of you, and I'll take the
18   copies that you just were referring to.
19        A.   Okay.
20        Q.   The one you had in your hand and looked at
21   just a second ago was your chart on the mouse studies; is
22   that right?  That's Exhibit 10; correct?
23             (Exhibit 10 was marked for identification.)
24             THE WITNESS:  Yes, sir.
25   ///
```

Dr. Charles Jameson
July 19, 2019

Page 77

1  BY MR. DERRINGER:

2      Q.    And the next one is your chart on the rat

3  studies, and that's Exhibit 11; correct?

4              (Exhibit 11 was marked for identification.)

5              THE WITNESS:  Yes, sir.

6  BY MR. DERRINGER:

7      Q.    What is the significance of the color

8  coding that you included --

9      **A.    I --**

10     Q.    Hold on just a second.  Under the tumor

11 column, there's green, there's blue, there's yellow, and

12 there's red.  Is that explained on the second page?

13     **A.    The second page has what the colors refer**

14 **to.  This is just something that I did to help me look**

15 **at -- you know, at the charts overall to see if the**

16 **tumors were seen in different studies.  So, for example,**

17 **the green colors are kidney tumors.  So we saw kidney**

18 **tumors in the Knezevich study and the Sugimoto study and**

19 **the Kumar study.  So for the kidney tumors, we have a**

20 **positive response in three separate studies and also in**

21 **two different species because CD-1 is the Knezevich and**

22 **the Sugimoto, but the Kumar is in Swiss mice.  So we have**

23 **a positive response in three different studies in two**

24 **different species, so that's a very significant finding**

25 **that it is an animal carcinogen.**

Dr. Charles Jameson
July 19, 2019

Page 78

1      Q.    And you rely on that finding in arriving at
2    your opinion; correct?
3          A.    Yes, sir.
4      Q.    Okay.  And if you look back at Exhibit 9,
5    which is the replication chart, what you just described
6    is reflected in towards the lower part of that chart?
7          A.    Right.
8      Q.    The renal tubule adenoma, you show it's in
9    two different species of mice and in three different
10   studies; right?
11         A.    Correct.
12     Q.    But it's all same sex, all in male mice;
13   correct?
14         A.    Right.
15     Q.    What was your source in Exhibits 10 and 11
16   for the EPA P values?
17         A.    Those were the EPA evaluation of these
18   particular studies that were submitted to them for
19   registration of glyphosate, and I had access to those
20   reports from the EPA.
21     Q.    Do you know what year those reports were
22   published?
23         A.    I don't -- I don't recall.
24     Q.    Recently or was this way back when?
25         A.    Well, before the Knezevich study -- I mean,

Dr. Charles Jameson
July 19, 2019

Page 79

1    the Knezevich study was different because -- as far as

2    the EPA's concerned because initially the Knezevich study

3    was submitted to EPA.  They reviewed their original

4    submission.  The original submission had these kidney

5    tumors in there, and it turned out there were no kidney

6    tumors in the control animals, so it was a very

7    significant finding.  The EPA thought it was a very

8    significant finding, and at the time they classified

9    glyphosate in class C carcinogen.

10                Monsanto then went to the testing

11   laboratory and instructed them to take a harder look at

12   those kidney tumors on the mice, and lo and behold, they

13   say they found an adenoma in one of the control animals

14   that reduced the significance of this finding.

15                The EPA asked then one of their -- they

16   asked for recuts of all of the blocks.  They asked one of

17   their own pathologists, an EPA pathologist to review the

18   slides.  The EPA pathologist reviewed the slides, and he

19   could not confirm that there was an adenoma in the

20   control animals.  There was some kind of control lesion,

21   but it didn't look like an adenoma.  He -- the EPA

22   pathologist had other pathologists that he worked with

23   look at, and they couldn't confirm that it was a tumor,

24   so the EPA instructed Monsanto to have another PWG.

25                Now, a PWG is like a peer review of the

Dr. Charles Jameson
July 19, 2019

Page 80

1    reading of the slides for a particular study.  And so

2    Monsanto convened the PWG, they looked at the slides.

3    The PWG with no discussion and no explanation and came

4    back and said, well, there's an adenoma in the control

5    animal, but guess what, now two of the three tumors in

6    the high-dose animals are now carcinomas, malignant

7    carcinomas, and the one in the mid dose is also a

8    malignant carcinoma.

9              So all of a sudden, now they found these to

10   be malignant carcinomas in the kidney, but they still

11   said -- PWG said -- they said there was no effect from

12   glyphosate, but just looking at the carcinomas by

13   themselves, that's a significant finding.

14             So now I've lost my train thought as to how

15   I'm answering your question.

16        Q.   My next question was going to be, do you

17   remember my question?

18        A.   No, sir.  Sorry.

19        Q.   That's okay.  And this just goes -- I'm not

20   going to interrupt you when you're giving me your

21   answers.

22        A.   Sorry.

23        Q.   Again, you don't need to apologize.  I'm

24   not going to interrupt you, but if you just listen to my

25   question and try to answer that question, it may

Dr. Charles Jameson
July 19, 2019

Page 81

1   facilitate getting the deposition done.

2          MS. FORGIE:  You're fine.  You don't need

3      to apologize.

4   BY MR. DERRINGER:

5          Q.    The source materials from which you derive

6   the EPA P values reflected at Exhibits 10 and 11, you

7   said you don't know when those are from?

8          **A.    I don't remember the dates of those.**

9          Q.    What was the difference between the way

10  that the EPA calculated its P values and the way

11  Dr. Portier calculated his P values; do you know?  What

12  did they do differently to come to the different P

13  values?

14         **A.    I really don't know.  I really don't know.**

15         Q.    And the P values that you rely on are P

16  values that were generated by EPA or Dr. Portier or you

17  said I think you took maybe one or two from the Greim

18  paper directly; correct?

19         **A.    Correct.**

20         Q.    Any other source you're relying on for P

21  values in the animal studies on which you relied other

22  than those three sources?

23         **A.    No.  It appears those were the three**

24  **sources.**

25         Q.    Did you calculate any P values yourself?

Dr. Charles Jameson
July 19, 2019

Page 82

1          A.     Not that I reported, no.

2          Q.     Are you going to be relying in these cases

3     on any P values that you calculated yourself?

4          A.     No.

5          Q.     And you know that IARC and the NTP --

6     you're familiar with the NTP?

7          A.     Yes.

8          Q.     What's the NTP?

9          A.     National Toxicology Program.

10         Q.     IARC and the NTP use a P value of 0.05 to

11    determine whether something is a positive finding;

12    correct?

13              MS. FORGIE:  Objection.

14              THE WITNESS:  Not necessarily a positive

15         finding, a statistically significant finding.

16         That's what the difference is.  So something can

17         still be positive, but if it doesn't reach the 95

18         percent confidence interval, they say it's not

19         statistically significant.

20    BY MR. DERRINGER:

21         Q.     Dr. Jameson, I'm handing you what I have

22    marked as Exhibit 12.

23              (Exhibit 12 was marked for identification.)

24              MS. FORGIE:  Thank you.

25    ///

Dr. Charles Jameson
July 19, 2019

Page 83

 1    BY MR. DERRINGER:

 2         Q.    Exhibit 12 is titled "Expert Report

 3    Christopher J. Portier."

 4              And do you understand, Dr. Jameson, that

 5    Dr. Portier submitted an original report in the Roundup

 6    litigation, and then he submitted a revised report where

 7    he revised some of his P value calculations?

 8              MS. FORGIE:  I'm going to object to all of

 9         this just because it has nothing to do with IARC.

10         It's way beyond what is being presented for in

11         this deposition and at these trials.

12              MR. DERRINGER:  Is Dr. Jameson --

13              MS. FORGIE:  I'm not going to instruct him

14         not to answer, but it's way beyond.

15              MR. DERRINGER:  Is Dr. Jameson going to be

16         testifying about any animal studies?

17              MS. FORGIE:  He will testify about animal

18         studies as explained in IARC.

19              MR. DERRINGER:  Okay.

20              MS. FORGIE:  Or as discussed, I should say.

21    BY MR. DERRINGER:

22         Q.    So -- and, actually, taking your MDL report

23    as well.  That's I think exhibit --

24              MS. BEACH:  5?

25              MR. DERRINGER:  5.  Thank you.

Dr. Charles Jameson
July 19, 2019

Page 84

1    BY MR. DERRINGER:

2            Q.    Go to page 28 of your MDL report, please.

3            A.    8?

4            Q.    28.

5            A.    28.

6            Q.    Thank you.  And you see on page 28, you

7    provide a summary for experimental animal data?

8            A.    Yes, sir.

9            Q.    And You write here that you reviewed a

10   total of five dose feed bioassays of glyphosate in mice;

11   is that right?

12           A.    Okay.

13           Q.    Is that how many you reviewed?

14           A.    I believe that's accurate, yes.

15           Q.    Okay.  And let's go to your findings or

16   your review of the hemangiosarcomas reflected on Exhibit

17   9, which is your chart.  You should feel free to look at

18   Exhibit 10 as well, if you'd like, which is the mouse

19   chart that you brought today.  The hemangiosarcomas on

20   Exhibit 9 were found in Atkinson and Sugimoto; is that

21   right?

22           A.    Atkinson, Sugimoto --

23           Q.    Sugimoto.

24           A.    Yes.

25           Q.    Okay.  No other of the mouse studies that

Dr. Charles Jameson
July 19, 2019

Page 85

1    you're relying on; right?

2          A.    Right.

3          Q.    Correct?

4          A.    Correct.

5          Q.    And so take Dr. Portier's revised report

6    with revised calculations.  Go ahead over to page 39.

7    Tell me when you're there.

8          A.    Okay.

9          Q.    I want to refer you to Table 10.

10          A.    Okay.

11          Q.    And this is Dr. Portier's calculation of

12    statistical significance in the Atkinson study; is that

13    right?

14          A.    Atkinson, okay.

15          Q.    And that's one of the studies in which you

16    say you found a positive finding of hemangiosarcoma?

17          A.    Right.

18          Q.    And if you look at the hemangiosarcoma

19    finding here, that's the third row down; is that right?

20          A.    Correct.

21          Q.    Am I correct that Dr. Portier found a

22    statistically significant P trend?

23          A.    Correct.

24          Q.    But he did not find a statistically

25    significant pairwise finding; is that right?

Dr. Charles Jameson
July 19, 2019

Page 86

1        **A.        Where does it say that?**

2        Q.     Do you understand what I mean by a pairwise

3   finding?  Do you know what that is?

4        **A.        You mean for pairwise meaning comparing the**

5   **doses to the control?**

6        Q.     Correct.

7        **A.        Right.**

8        Q.     And do you see that where he found a

9   pairwise statistically significant finding that he would

10  have marked that with an asterisk?

11       **A.        With an asterisk, yes.**

12       Q.     So in the hemangiosarcoma row, are any of

13  the results in the dose groups marked with an asterisk?

14       **A.        For the Atkinson study?**

15       Q.     Yes.

16       **A.        No, not according to this chart.**

17       Q.     To Dr. Portier's chart?

18       **A.        Correct.**

19       Q.     And so that's why my question was,

20  Dr. Portier does not report a statistically significant

21  pairwise finding of hemangiosarcoma in the Atkinson

22  study; correct?

23       **A.        Not on this table, correct, but it was**

24  **positive for trend.**

25       Q.     Yes.

Dr. Charles Jameson
July 19, 2019

Page 87

1         A.      So the trend --

2         Q.      I see that.

3               MS. FORGIE:  Wait, let him finish.  Go

4         ahead, you can finish.

5               THE WITNESS:  The trend in the formation of

6         those tumors was positive, so the chemical was

7         causing an increase in the trend and formation of

8         these cancer.

9    BY MR. DERRINGER:

10        Q.      Right.  And if you look at Exhibit 10, your

11   chart that you brought with you today, and you look at

12   the second row under Greim Atkinson, that's the Atkinson

13   study that we're talking about; right?

14        A.      Right.

15        Q.      And you've used here Dr. Portier's trend

16   value of .004; correct?

17        A.      Right.  The EPA had calculated a trend of

18   .01 for these tumors, and then Dr. Portier, in his

19   reanalysis of the data, did a .004.

20        Q.      Right.  And you don't know how they came to

21   those different calculations; do you?

22        A.      I think they're different, but --

23        Q.      Do you know?

24               MS. FORGIE:  Let him finish his answer.

25   ///

Paszkiewicz Court Reporting
(618) 307-9320 / Toll-Free (855) 595-3577

Dr. Charles Jameson
July 19, 2019

Page 88

1   BY MR. DERRINGER:

2        Q.    Do you know?

3              MS. FORGIE:  He was answering.  He's

4        entitled to finish.

5              THE WITNESS:  I know the -- I know that

6        Dr. Portier used a different statistical method

7        than the EPA did.  I don't know what they were,

8        but I know he used something different.

9   BY MR. DERRINGER:

10       Q.    And between the two, on who do you place

11  your reliance, Dr. Portier or the EPA's methodology?

12       **A.    Well, I --**

13             MS. FORGIE:  Objection.

14             THE WITNESS:  Sorry.  Like I said before, I

15       trust Dr. Portier because I've been working with

16       him for over 30 years, so I would trust Chris'

17       calculations.

18  BY MR. DERRINGER:

19       Q.    Okay.  Let's go to the other study that you

20  relied on to find a replication of a hemangiosarcoma.

21  That's the Sugimoto study; is that right?

22       **A.    Correct.**

23       Q.    Okay.  And if you go to Dr. Portier's

24  revised report, which again is Exhibit 12 -- no that

25  might not be right.

**Dr. Charles Jameson**
**July 19, 2019**

Page 89

1          MS. FORGIE:  It is.

2          THE WITNESS:  Yes, it is.

3          MS. FORGIE:  I don't see a date on this

4     report.  Am I missing it?

5          MR. DERRINGER:  This is how it was served.

6          MS. FORGIE:  Do you know what date it was

7     served?

8          MR. DERRINGER:  I can find out for you.

9          MS. FORGIE:  Okay.  Thank you.

10          MR. DERRINGER:  It's not recent.

11  BY MR. DERRINGER:

12     Q.    If you go to page 42.  On page 42, does

13  Dr. Portier present data in Table 12 on the Sugimoto

14  study?

15     **A.    Okay.**

16     Q.    Yes?

17     **A.    Yes.**

18     Q.    And is the third row down Dr. Portier's

19  calculations with respect to hemangiosarcomas?

20     **A.    Yes.**

21     Q.    And does he report a statistically

22  significant P trend?

23     **A.    No, he does not.**

24     Q.    Does he report any statistically

25  significant pairwise finding?

Dr. Charles Jameson
July 19, 2019

Page 90

1          **A.    Not for pairwise, but he did find a**

2   **significant for the P historical rate.  When he compared**

3   **this incidence to what is found historically in this**

4   **strain of animals for this tumor, he did find a**

5   **positive -- a significantly positive effect.**

6          Q.    Can you -- do you know whether IARC, when

7   they make a determination about whether something is a

8   statistically significant -- whether when they make a

9   determination about whether something is a positive

10  finding, do they rely on P rate compared to a historical

11  trend -- I'm sorry, a historical rate or do they rely on

12  pairwise and P trend values?  Do you know?

13          MS. FORGIE:  Objection.

14          THE WITNESS:  In evaluating the data, the

15          most important control data you have is a

16          concurrent controls.  So you always look at your

17          data and evaluate the data compared to the

18          concurrent controls, and you see what kind of

19          results that tells you.  But another piece of the

20          information that you always want to look at is

21          historical controls.  In other words, how does the

22          incidence of the tumors that were formed in these

23          animals relate to what has been seen historically

24          in this strain and in this strain and sex of

25          mouse, if you will, in previous studies.  And so

**Dr. Charles Jameson**
**July 19, 2019**

Page 91

1           you also go back and look at that to see if there
2           is any indication that the historical control --
3           if the incidents in your particular study is
4           higher or lower than what you would think of in
5           the historical situation.
6                   So -- but you always look at the concurrent
7           controls for your final determination.  You should
8           not, and I think in the most recent IARC preamble
9           they emphasize this is, you should -- you should
10          not use historical control data to discount the
11          observation of a tumor formation in a -- in a
12          study.
13   BY MR. DERRINGER:
14          Q.   Okay.  And when you say concurrent
15   controls, you're talking about the control group actually
16   used in the study where you are --
17          **A.   Evaluating or looking at.**
18          Q.   Okay.  And so here, for example, in Table
19   12, the concurrent controls would be -- for
20   hemangiosarcoma would be the 50 mice listed under dose
21   zero on Table 12; is that right?
22          **A.   That's correct.**
23          Q.   Do you know how you calculate a historical
24   control P value?
25          **A.   I do not, no.**

Dr. Charles Jameson
July 19, 2019

Page 92

1      Q.     All right.  Let's move to malignant

2   lymphomas.  That's another one of the tumors I think that

3   you say is replicated across different studies; is that

4   right?

5      A.     Correct.

6      Q.     And that -- you say it was found in Kumar,

7   Sugimoto, and Wood; right?

8      A.     Sugimoto, Kumar, and Wood, yes.

9      Q.     All right.  So we don't have to go too far

10   in the Portier report, Exhibit 12.  We're still on page

11   42, which is Table 12, the Sugimoto findings; correct?

12      A.     Okay.

13      Q.     So if you look at what Dr. Portier found

14   with respect to kidney adenomas, am I correct that the P

15   trend value was not significant -- I'm sorry.

16      A.     For malignant lymphoma?

17      Q.     I'm sorry.  I'm in the wrong place.  Thank

18   you for correcting me.

19           Malignant lymphomas, there was no pairwise

20   comparison that Dr. Portier found to be statistically

21   significant, correct?

22      A.     He does not report any here, that's

23   correct.

24      Q.     And then go ahead over to -- go ahead over

25   to Kumar, which is at Portier page 44, Table 13.

Dr. Charles Jameson
July 19, 2019

Page 93

1      A.      Okay.

2      Q.      So when we get to malignant lymphoma, that

3  row, and I'm talking about the row as reported by Greim.

4      A.      Okay.

5      Q.      Does Dr. Portier have any statistically

6  significant finding for malignant lymphoma in Kumar?

7      **A.      No, not reported by Greim but reported by**

8  **Martins he has.**

9      Q.      Who is Martins?

10     **A.      I'd have to go back and see if I can find**

11  **that.**

12     Q.      All right.  Do you know --

13     **A.      I don't recall.**

14     Q.      Okay.  Do you know if this Martins data is

15  published anywhere?

16     **A.      I don't know.**

17     Q.      You elsewhere in your report and, in fact,

18  in your Exhibit 10, your charts, 10 and 11, you rely on

19  Greim, correct?

20             MS. FORGIE:  Objection.

21             THE WITNESS:  Yes.

22  BY MR. DERRINGER:

23     Q.      And so do you have any reason to think that

24  the data reported in Greim is wrong and the data reported

25  in Martins is right?

Dr. Charles Jameson
July 19, 2019

Page 94

1          MS. FORGIE:  Objection.

2          THE WITNESS:  I don't know.  I can't say.

3    BY MR. DERRINGER:

4          Q.    Go over to page 29 of your report, which is

5    Exhibit 5.

6          **A.    Of my report?**

7          Q.    Yes.  Ask you to refer to a number of

8    different documents, and so you should take your time to

9    be sure that you're looking at the right one.

10         **A.    Okay.**

11         Q.    I don't want to rush you at all on this.

12         MS. FORGIE:  I'm sorry.  What page?

13         MR. DERRINGER:  Page 29.

14         THE WITNESS:  29.

15   BY MR. DERRINGER:

16         Q.    And I'm looking at your second paragraph

17   where you say, "To state my findings more concisely."

18         Do you see that?

19         **A.    Yes.**

20         Q.    You say that you determined in CD-1 mice,

21   glyphosate exposure -- hold on just a second.  Let me

22   make sure I'm on the right part.  Let's go down to where

23   you talk about malignant lymphomas.  You see the portion

24   where you say, "Malignant lymphoma in males in two

25   separate studies"?

Dr. Charles Jameson
July 19, 2019

Page 95

1      A.     Yes.

2      Q.     And you refer to Study 12 and Study 14 from

3  Greim; right?

4      A.     Okay.

5      Q.     It looks to me like you're missing the

6  Kumar study here.  You didn't list that one?

7      A.     No.  If you read the last sentence --

8      Q.     Okay.

9      A.     "In one study" -- Study 13, which is the

10  Kumar study -- "in Swiss albino mice, exposure to

11  glyphosate caused malignant lymphoma in males and females

12  and kidney tumors in males."

13      Q.     You have solved my mystery.  Thank you very

14  much.  I appreciate that.  Let's go then to the Kumar --

15  let's stay with Kumar for a second because we just talked

16  about males; right?

17      A.     Yes.

18      Q.     Okay.  And so if you look at page -- well,

19  if you look at this table, there's nothing here that

20  reports malignant lymphoma in female mice; is there?

21      A.     No, not in Chris' report, no.

22      Q.     And just so that we're sure, I'm going to

23  mark as Exhibit 13, I want to say we're on --

24           MR. WARREN:  Yeah.

25  ///

**Dr. Charles Jameson**
**July 19, 2019**

Page 96

1   BY MR. DERRINGER:

2        Q.    -- Dr. Portier's original report.  I'll go

3   ahead and give that to you.  And in his original report,

4   sir, you can go to page 43, which is where he discusses

5   Kumar.  Tell me when you're there.

6              (Exhibit 13 was marked for identification.)

7              THE WITNESS:  Okay.

8   BY MR. DERRINGER:

9        Q.    All right.  So he doesn't report -- that is

10  Dr. Portier, Table 13 of his original report does not

11  report malignant lymphomas in females, does he?

12       **A.    I don't see anything here.  He reports a**

13  **statistically significant increase in malignant lymphoma**

14  **in males.**

15       Q.    Right.  That was his original report.  You

16  see in his revised report he doesn't show that; correct?

17             MS. FORGIE:  Objection.

18             THE WITNESS:  Well, this revised report --

19             same numbers, but he gets a different statistic.

20       All right.

21  BY MR. DERRINGER:

22       Q.    Am I right?

23       **A.    In this revised report, he reports it as**

24  **not significant.**

25       Q.    Okay.  So my question is just where did you

Dr. Charles Jameson
July 19, 2019

Page 97

1    get the data --

2              MS. FORGIE:  Wait.  Were you finished,

3         doctor?

4              THE WITNESS:  Okay.  I'm sorry.

5    BY MR. DERRINGER:

6         Q.    That's okay.  You really don't need to

7    apologize.

8              My question is just where did you get the

9    data such that you included malignant lymphomas in female

10   mice in Kumar as one of your positive findings?

11        **A.    I got that information from the Greim --**

12   **the Greim paper, and the statistics I have here is from**

13   **Greim.**

14        Q.    And you agree that Dr. Portier also reports

15   statistics that he got as reported in Greim, correct, in

16   his revised report, Table 13?

17        **A.    I'd have to see what reference he uses,**

18   **but --**

19              MS. FORGIE:  Objection.

20   BY MR. DERRINGER:

21        Q.    Well, are you aware of more than one Greim

22   in that paper?

23        **A.    No.**

24        Q.    Okay.  The result that Dr. Portier reports

25   from a malignant lymphoma --

**Dr. Charles Jameson**
**July 19, 2019**

Page 98

1          **A.    I'm just trying to find his references.**

2               MS. FORGIE:  There's no question pending.

3          Wait for the question.

4     BY MR. DERRINGER:

5          Q.    But the one in Dr. Portier's report

6     obviously is for males.  You're relying on Greim for your

7     female finding?

8          **A.    Yes.**

9               MR. DERRINGER:  Okay.  I think we have to

10              switch our tape, so let's go ahead and go off the

11              record.

12              THE VIDEOGRAPHER:  The time is 10:53.  End

13              of Media 1.  Off record.

14              (BREAK.)

15              THE VIDEOGRAPHER:  We're back on the

16              record.  Time is 10:58.  Starting Media 2.

17    BY MR. DERRINGER:

18         Q.    Dr. Jameson, I'm handing you what I have

19    marked as Exhibit 14.  Have you seen this before?

20              (Exhibit 14 was marked for identification.)

21              THE WITNESS:  Yes, sir.

22    BY MR. DERRINGER:

23         Q.    Is this the Greim study?

24         **A.    Yes, sir.**

25         Q.    And is this the Greim study you are relying

Dr. Charles Jameson
July 19, 2019

Page 99

1   on for some of the P values that you are relying on in

2   this case?

3           A.     This and some of the supplemental data

4   that's available for this.

5           Q.     Okay.  If you turn to page 201, you see

6   Table 18 deals with Study 13.  Do you understand Study 13

7   to be the Kumar study?

8           A.     Yes.

9           Q.     Can you show me in Table 18 where Greim

10  reports for female mice a P value -- well, any

11  statistically significant P value for malignant lymphoma

12  in female mice?

13                 MS. FORGIE:  Objection.

14                 THE WITNESS:  Okay.  Now say again.

15  BY MR. DERRINGER:

16          Q.     I want to know what is it in Greim that you

17  are relying on for your entry in your Table 10 that Greim

18  reported a statistically significant finding of malignant

19  lymphoma in female mice in the Kumar study?

20          A.     Okay.  If you look under females --

21          Q.     Yes.

22          A.     -- there is one, two, three, four, the

23  fifth line down, you have lymphoma, M for malignant in

24  female mice, and those are the findings for dead and

25  morbid sacrificed animals.  Then if you go down one, two,

Dr. Charles Jameson
July 19, 2019

Page 100

1     three, four, five more lines, you have another listing of
2     malignant lymphoma findings in animals sacrificed
3     determination and another set of data.  So -- and in that
4     second lymphoma that's listed, you have -- just for that,
5     you have a statistically significant increase in the high
6     dose animals, 13 to 28.
7          Q.    That's a pairwise finding?
8          A.    Yeah, that's what it says.
9          Q.    That's comparing them to concurrent
10    controls?
11         A.    Yes.
12         Q.    Anything else?
13         A.    But that's with the star says.  So there
14    was a -- Greim reported a statistically significant
15    increase in malignant lymphoma in the female mice.  Why
16    Chris doesn't have it in his report, I don't know.  When
17    I -- while at the break, I looked, and the reference that
18    Chris has in his report is not the Greim report.  It is
19    the actual Kumar study that was probably provided to him
20    by one of his counsels.  So I can't speak to --
21              MS. FORGIE:  You answered the question.
22    BY MR. DERRINGER:
23         Q.    Dr. Jameson, when you say you went back to
24    Dr. Portier's report, you're talking about his revised
25    report?

Dr. Charles Jameson
July 19, 2019

Page 101

 1          A.      Yeah.

 2          Q.      And if you go to page 44, the malignant

 3    lymphoma entry, it has a Footnote 1, which just is the

 4    footnote to the table, right, which notes the historical

 5    --

 6          A.      Wait a minute.   That's mine.   Okay.   44,

 7    okay.

 8          Q.      Page 44, Table 13, malignant lymphoma.   Do

 9    you see that?

10          A.      Malignant lymphoma, okay.

11          Q.      And it says -- there's a footnote there,

12    Footnote 1 after malignant lymphoma, but that simply

13    refers to telling the reader what the historical control

14    rate is; correct?

15          A.      Correct.

16          Q.      And then Dr. Portier says, "As reported by

17    Greim, et al"; does he not?

18          A.      Where do you see that?

19          Q.      Right after malignant lymphoma in the

20    table.

21          A.      Ah.   But then why for this table does he

22    use the Kumar, the 84 as his reference for that?

23          Q.      I guess he we'd have to ask him.   But he

24    does say after malignant lymphoma that this data is as

25    reported by Greim; correct?

Dr. Charles Jameson
July 19, 2019

Page 102

1          **A.     Oh, okay.**

2          Q.     Is that right?

3          **A.     That's what this --**

4                 MS. FORGIE:  Objection.

5                 THE WITNESS:  That's what this says, but I

6          can't resolve the difference.

7    BY MR. DERRINGER:

8          Q.     Have you read the Kumar study?

9          **A.     Have I read the Kumar study?**

10         Q.     Yes.

11         **A.     I read everything that was made available**

12    **to me concerning the Kumar study including the Greim**

13    **report, and I'd have to go back and check, but there may**

14    **have been some supplemental data that was provided to me**

15    **by counsel.**

16         Q.     And in Exhibit 10, your chart on

17    experimental animal summary in mice, under the Kumar

18    study next to females, malignant lymphoma, the data

19    you're reporting as relying on is a different set of data

20    than the 13 out of 28 high dose group?  If you look at

21    Greim, you're relying on the last line of Greim's Table

22    18.  Am I right that that's what's reflected in your

23    chart?

24         **A.     It would take me some time to resolve where**

25    **I got that number from, but that probably is from that**

**Dr. Charles Jameson**
**July 19, 2019**

Page 103

1  **second line, yes.**

2       Q.    Okay.  Are you familiar with the European

3  chemicals agency?

4       **A.    Yes.**

5       Q.    They're called ECHA for short?

6       **A.    Uh-huh.**

7       Q.    And do you believe that knowledgeable

8  scientists work there?

9            MS. FORGIE:  Objection.

10            THE WITNESS:  I'm aware of the

11            organization.  I don't know who works there.

12  BY MR. DERRINGER:

13       Q.    Okay.  Do you respect their work?

14       **A.    Well, they're supposed to be a -- one of**

15  **the scientific organizations within the European Union.**

16       Q.    And they're one of the scientific

17  organizations in the European Union responsible for

18  studying and evaluating different chemicals; correct?

19       **A.    For the EU, that's correct.**

20       Q.    Let's go to the kidney tumors.  In

21  Exhibit 9, you report three different studies that you

22  say had positive findings for kidney tumors; correct?

23  Knezevich, Kumar, and Sugimoto; correct?

24       **A.    Correct.**

25       Q.    So if we go to Exhibit 12, which is

Dr. Charles Jameson
July 19, 2019

Page 104

1   Dr. Portier's revised report, and we look at page 38,

2   Table 9.  Is this where Dr. Portier reports his

3   statistics regarding the Knezevich study?

4            MS. FORGIE:  Objection.

5        **A.     That's what it says.**

6   BY MR. DERRINGER:

7        Q.     And if you go to kidney adenoma or kidney

8   carcinoma, and you go to the lines that deal with the EPA

9   pathology, are there any significant findings?

10       **A.     Not according to this table.**

11  BY MR. DERRINGER:

12       Q.     If you go to your Exhibit 10 -- I shouldn't

13  say your Exhibit 10 -- Exhibit 10 to this deposition,

14  which is your chart of the mouse studies.

15       **A.     Okay.**

16       Q.     You go to the Knezevich entry.

17       **A.     Okay.**

18       Q.     You're reporting a P for trend of --

19  reported by the EPA of either 0.037 or 0.034; is that

20  right?

21       **A.     That's correct.**

22       Q.     And the 0.037 is for the renal tubule

23  carcinoma?

24       **A.     Correct.**

25       Q.     And the 0.034 is for the renal tubule

Page 105

1    adenoma or carcinoma; correct?

2         **A.    Correct.**

3         Q.    Are you aware that in both 2016 and 2017,

4    the EPA's Office of Pesticide Programs conducted

5    evaluations of the animal studies?

6         **A.    Yes.**

7         Q.    Have you reviewed those?

8         **A.    I think I've looked through them, yes.**

9         Q.    I'm going to hand you what I've marked as

10   Exhibit 15.

11              (Exhibit 15 was marked for identification.)

12              MS. FORGIE:  Thank you.

13              MR. DERRINGER:  You're welcome.

14   BY MR. DERRINGER:

15        Q.    Dr. Jameson, Exhibit 15, if you look on the

16   second page, you'll see it's a Glyphosate Issue Paper:

17   "Evaluation of Carcinogenic Potential, EPA's Office of

18   Pesticide Programs, September 12th, 2016:"

19              Do you see that?

20        **A.    I see that.**

21        Q.    If you could go to page 86, and if you look

22   at Table 4.12.  Am I right, this table reflects or

23   presents data from the Knezevich study; is that right?

24        **A.    True.**

25        Q.    And this data it's reporting here is data

**Dr. Charles Jameson**
**July 19, 2019**

Page 106

1  relating to the kidney tubular cell tumors; is that

2  right?

3         **A.     True.**

4         Q.     And if you go down to the trend value that

5  they've calculated, do you see where that's reflected?

6         **A.     Are you talking about the note?**

7         Q.     Uh, yeah.  The trend test results are

8  denoted at controls.  So you go under the control --

9         **A.     Okay.**

10         Q.     -- column, which is the 0 mg/kg per day; is

11  that right?

12         **A.     Yes.**

13         Q.     What's the P value that the EPA calculated

14  for kidney tubular cell tumors in mice in the Knezevich

15  study for trend?

16         **A.     .06, just barely not significant.  Still a**

17  **positive response, but it's not statistically significant**

18  **as a 95 percent confidence interval.**

19         Q.     It's .065; correct?

20         **A.     .063.  For the carcinoma?  For the**

21  **carcinoma, it's 063, for the combined incidence, it's**

22  **065.**

23         Q.     Okay.  Yeah, I'm talking about the combined

24  incidence.  065?

25         **A.     For the combined incidence.**

**Dr. Charles Jameson**
**July 19, 2019**

Page 107

1      Q.    If you go to your summary chart, Exhibit

2  10, and you go to the combined incidence, what's the EPA

3  trend P value that you report?

4      **A.    034.**

5      Q.    Can you tell me where you got that?

6      **A.    I would have to go back to my files and**

7  **pull out the EPA report I had, but I think it was the**

8  **actual EPA, it was either in the form of a memo or some**

9  **sort of report where the EPA evaluated this Knezevich**

10  **study initially.**

11      Q.    Whatever information that you think --

12  well, whatever the source for your reported P value, do

13  you think it predates 2016?

14      **A.    I would have to go back and look.  I don't**

15  **know.**

16      Q.    Okay.

17      **A.    I don't remember.**

18      Q.    I'm handing you what I marked as

19  Exhibit 16.

20          (Exhibit 16 was marked for identification.)

21          MS. FORGIE:  Thank you.

22          THE WITNESS:  You like these big, thick

23      documents, don't you?

24  BY MR. DERRINGER:

25      Q.    The good news is you don't have to take

**Dr. Charles Jameson**
**July 19, 2019**

Page 108

1   them home with you.

2           Exhibit 16 is titled "Revised Glyphosate

3   Issue Paper:  Evaluation of Carcinogenic Potential, EPA's

4   Office of Pesticide Programs, December 12, 2017."

5           Have you seen this before?

6       A.    I can't say is I have or not.  I don't

7   recall.

8       Q.    Okay.  But you understand this is EPA's

9   Office of Pesticide Programs revised evaluation of the

10  carcinogenic potential of glyphosate that they issued at

11  the end of 2017?

12      A.    Okay.

13      Q.    You see that's what the cover page

14  reflects?

15      A.    That's what the cover page says, yes.

16      Q.    And you understand that the Office of

17  Pesticide Programs conducted another evaluation of the

18  animal data on glyphosate for 2017; correct?

19          MS. FORGIE:  Objection.

20          THE WITNESS:  Evidently they're doing it

21      again.  I don't know why, but they're doing it

22      again.

23  BY MR. DERRINGER:

24      Q.    So go to page 86, please, of this document.

25      A.    86.  Okay.

Dr. Charles Jameson
July 19, 2019

Page 109

1         Q.    Go to table 4.13.  Does this table reflect
2    EPA's analysis of the results from the Knezevich study
3    relating to findings of renal tubular cell tumors in
4    mice?
5              MS. FORGIE:  Objection.
6              THE WITNESS:  That's what this says.
7    BY MR. DERRINGER:
8         Q.    Okay.  And what is the P value for trend
9    that EPA found in the Knezevich study relating to renal
10   tubular cell tumors in mice?
11        **A.    It's the same as in the previous report.**
12        Q.    It's not .037 or .034, is it?
13        **A.    No, it's not.**
14        Q.    That was the Knezevich study.  The second
15   study that you rely on to say that there have been
16   positive findings for renal tubule adenoma carcinoma in
17   mice is the Kumar -- I'm sorry, the Sugimoto study.  If
18   you go to page 42 of Exhibit 12, which is Dr. Portier's
19   revised report.
20              MS. FORGIE:  I'm sorry.  What was the page
21        again?
22              THE WITNESS:  42.
23              MR. DERRINGER:  42.
24              MS. FORGIE:  Thank you.
25   ///

**Dr. Charles Jameson**
**July 19, 2019**

Page 110

 1    BY MR. DERRINGER:

 2         Q.   On page 42, Dr. Jameson, does Table 12

 3    reflect Dr. Portier's presentation of data from the

 4    Sugimoto study in mice?

 5              MS. FORGIE:  Objection.

 6              THE WITNESS:  This appears to be from his

 7              expert report and it says it is tumors of interest

 8              in male and female CD-1 mice from the 18-month

 9              feeding study of Sugimoto.

10    BY MR. DERRINGER:

11         Q.   And for kidney adenomas, which I think is

12    the only kidney findings he reports here, does

13    Dr. Portier report any statistically significant finding?

14         **A.   The significant finding is the**

15    **prehistorical rate.**

16         Q.   Does he find a statistically significant

17    finding for the trend analysis?

18         **A.   Just barely under statistically**

19    **significant, P062.**

20         Q.   That's not statistically significant at the

21    P05 level; correct?

22         **A.   That's correct, but it's still a positive**

23    **finding.**

24         Q.   Does Dr. Portier find any statistically

25    significant outcome with respect to the pairwise

**Dr. Charles Jameson**
**July 19, 2019**

Page 111

1    comparisons?

2          **A.    He doesn't list anything here.**

3          Q.    And then let's go to your third study for

4    kidney tumors, the Kumar study.  You can go to page 44 of

5    Dr. Portier's report where Dr. Portier in Table 13

6    presents data from the Kumar mouse study; is that right?

7          **A.    I'm sorry.  I was reading something.  Where**

8    **are we now?**

9          Q.    We're on page 44 of Exhibit 12, which is

10   Dr. Portier's revised report, Table 13.  Does Table 13

11   present data on findings from the Kumar mouse study?

12         **A.    Yes, sir.**

13         Q.    And does Dr. Portier in any of the three

14   rows where he presents data on kidney adenomas or kidney

15   tumors, does Dr. Portier show any statistically

16   significant finding?

17         **A.    No, he doesn't, but the P trend from the**

18   **Greim, et al., a .062 is just barely not significant and**

19   **still a positive finding, just barely not statistically**

20   **significant.**

21         Q.    Are you still going to argue that there is

22   a compound related effect due to glyphosate in the animal

23   studies for renal tubule adenoma or carcinoma?

24         **A.    It looks to me that it is a positive**

25   **effect.**

**Dr. Charles Jameson**
**July 19, 2019**

Page 112

1      Q.    And that's based on findings that are
2   positive but not significant at the P05 level; correct?
3   Positive in your mind?
4      **A.    Positive in my mind, yeah.**
5      Q.    But none of the findings that you've been
6   able to find relating to glyphosate's affect on the
7   kidney in animal bioassays are statistically significant
8   at the 0.05 levels; correct?
9           MS. FORGIE:  Objection.
10           THE WITNESS:  Individually, they just
11           barely don't reach statistical significance, but
12           if you look at the fact that in three separate
13           studies in two different species of animals, you
14           get kidney tumors in mice, that's positive.
15   BY MR. DERRINGER:
16      Q.    In the Knezevich, Sugimoto, or Kumar
17   studies, can you point to any finding related to kidney
18   tumors that is statistically significant at the P level
19   of 0.05?
20           MS. FORGIE:  Objection.  Objection, asked
21           and answered.
22           You can answer again.
23           THE WITNESS:  I said no.
24   BY MR. DERRINGER:
25      Q.    Adenocarcinomas of the lung, this is on

**Dr. Charles Jameson**
**July 19, 2019**

Page 113

 1   Exhibit 9.  You rely on one study, the Wood study for

 2   that; is that right?

 3          **A.     Is this in mice or rats?**

 4          Q.     Mice.  Oh.  Yeah, I think it's mice.  Yes.

 5          **A.     Okay.  It's the Wood study.**

 6          Q.     Correct.  That's only study you're relying

 7   on to include lung adenocarcinomas on your chart of

 8   positive findings relating to glyphosate in its relation

 9   to lung adenocarcinoma; correct?

10          **A.     Yes.**

11          Q.     And if you go to page 41 of Dr. Portier's

12   revised report, Table 11, let me know when you're there.

13          **A.     41.  Okay.**

14          Q.     Does Table 11 reflect that -- or is this

15   Dr. Portier's presentation of data from the Wood study in

16   mice?

17          **A.     That's what it says.**

18          Q.     And if you look at the row, lung

19   adenocarcinoma, do you see that?

20          **A.     Yes, sir.**

21          Q.     Okay.  Does Dr. Portier present any

22   statistically significant pairwise comparison finding?

23          **A.     Not for the pairwise, but it's positive for**

24   **trend, for trend of tumor formation.  It's also positive**

25   **for historical.**

Dr. Charles Jameson
July 19, 2019

Page 114

1          Q.    Okay.

2          **A.    So, therefore, it's -- caused that tumor.**

3   **Glyphosate caused that tumor.**

4          Q.    And you're relying on the -- when you say

5   "positive for trend," you mean positive at the .028

6   level.  That's the P value?

7          **A.    Yes.**

8          Q.    Okay.

9          **A.    That's what's reported here.**

10         Q.    When you say it's positive -- so you mean

11   it's positive at the P .05 level; correct?

12              MS. FORGIE:  Objection, asked and answered.

13              You can answer it again.

14              THE WITNESS:  It says it's P equal -- P

15              trend equals 0.028.

16   BY MR. DERRINGER:

17         Q.    Right.  And my -- I appreciate that.  When

18   you say therefore it causes that tumor, "glyphosate

19   caused that tumor," you're relying on the statistically

20   significant at the .05 level P trend finding to make that

21   statement; correct?

22              MS. FORGIE:  Objection.

23              THE WITNESS:  Yes.  Sorry.

24              MR. DERRINGER:  I'm going to move on to the

25              rat studies.  I'm happy to take a break if this is

Dr. Charles Jameson
July 19, 2019

Page 115

 1          an appropriate time.
 2                MS. FORGIE:  Are you talking about a lunch
 3          break?  I'm okay.  I'm better, but thank you for
 4          checking.  So it's up to everybody else.
 5                MR. DERRINGER:  No.  I'm saying if you need
 6          a break, this would be an appropriate time, or I'm
 7          happy to keep going.
 8                THE WITNESS:  We can go.
 9                MR. DERRINGER:  Great.
10   BY MR. DERRINGER:
11          Q.   So go to your MDL report, if you don't
12   mind, sir.  That's Exhibit 5, and here you can go to page
13   29.
14          **A.   Okay.**
15          Q.   I'm going to ask you some questions about
16   the rat studies, and it says here that you reviewed nine
17   studies in rats; is that correct?
18          **A.   Correct.**
19          Q.   And you said that you have found some of
20   the rat studies that you reviewed to be inadequate.  Do
21   you remember that?
22          **A.   Yes, sir.**
23          Q.   Okay.  If you go to page 41 of your report,
24   right at the end there of your listing of references you
25   wrote, "Studies I reviewed but determined inadequate for

**Dr. Charles Jameson**
**July 19, 2019**

Page 116

1   use."

2           Do you see that?

3       **A.    On page 41?**

4       Q.    Yes, of your MDL report.

5           MS. FORGIE:  41?

6           THE WITNESS:  Looks like my reference.

7           MS. FORGIE:  What's the reference?

8   BY MR. DERRINGER:

9       Q.    Look in the middle of the page, towards the

10  bottom of page 41.

11      **A.    Oh, I see.  I see.  Sorry.**

12      Q.    You see there's a line where you write in

13  italics --

14          MS. FORGIE:  I'm sorry, I didn't think you

15      meant to be in the references.  My mistake.

16  BY MR. DERRINGER:

17      Q.    "Studies I reviewed but determined for

18  inadequate for use."

19      **A.    Yes.**

20      Q.    And it looks like you listed five

21  difference studies; correct?

22      **A.    Yes.**

23      Q.    And so you list Suresh, which is a rat

24  study; is that right?

25      **A.    I believe it is.**

**Dr. Charles Jameson**
**July 19, 2019**

Page 117

1        Q.    You listed Wood 2009A, that's also a rat
2   study?
3        **A.    I --**
4        Q.    Feel you can feel free to take a look at
5   Greim, which is exhibit -- I want to say 15 here, and
6   it's in Greim you listed it as Study 8.
7        **A.    Okay.  It's a rat study.**
8        Q.    Greim is Exhibit 14 here.  And then you
9   also list as inadequate for use a study by Chruscielska.
10  Do you see that?
11       **A.    I see that.**
12       Q.    Is that a rat study?
13       **A.    I'd have to go back and look at the**
14  **reference.  I don't remember.**
15       Q.    Okay.  And then you also say Seralini was
16  inadequate for use?
17       **A.    Yes.**
18       Q.    And George was inadequate for use; correct?
19       **A.    Yes.  Yes.**
20       Q.    So in your mind, the studies that were
21  adequate for use, the rat studies, those were Lankas; is
22  that right?
23       **A.    Okay.**
24       Q.    Am I right?
25       **A.    Yes.**

Dr. Charles Jameson
July 19, 2019

Page 118

1          Q.     Stout; is that correct?

2          **A.     Yes.**

3          Q.     Atkinson?

4          **A.     Yes.**

5          Q.     Enemoto; is that correct?

6          **A.     Yes.**

7          Q.     And Brammer?

8          **A.     Yes.**

9          Q.     Okay.  Did you find any other rat studies

10   that were adequate for you to use in forming your

11   opinions in this case?

12         **A.     No.**

13         Q.     So under your replication chart, Exhibit 9,

14   we go hepatocellular adenomas.  It looks like those were

15   detected in two studies, the Brammer study and the Stout

16   study; is that right?

17                MS. FORGIE:  Objection.

18                THE WITNESS:  The Stout study and the

19         Brammer study; correct.

20   BY MR. DERRINGER:

21         Q.     All right.  And if you go to Dr. Portier's

22   report, Exhibit 12, the revised report, you go to page

23   26, please.

24         **A.     Okay.**

25         Q.     26, Table 2.  Page 26, Table 2, does this

**Dr. Charles Jameson**
**July 19, 2019**

Page 119

1   present Dr. Portier's presentation of data from the Stout

2   and Ruecker study in rats?

3         **A.      That's what it says.**

4         Q.      And if you --

5               MS. FORGIE:  What page are you on?  I'm

6         sorry.

7               THE WITNESS:  26.

8               MS. FORGIE:  Thank you.

9   BY MR. DERRINGER:

10        Q.      If you look at a hepatocellular adenoma,

11   are there are two lines reflected there -- two entries, I

12   should say?

13        **A.      Uh-huh.**

14        Q.      Okay.  Are any of the pairwise comparisons

15   statistically significant?

16        **A.      The pairwise.  It doesn't appear to be**

17   **listed here as such, no.  But the trend tests are**

18   **positive in both lists of the hepatocellular adenomas, so**

19   **those lung tumors were -- liver tumors were caused by the**

20   **glyphosate.**

21        Q.      And, again, that's because of the trend

22   test being positive at the statistically significant

23   level of P 0.05; is that right?

24               MS. FORGIE:  Objection.

25               THE WITNESS:  0.05, yes.

**Dr. Charles Jameson**
**July 19, 2019**

Page 120

```
 1   BY MR. DERRINGER:
 2         Q.    Okay.  Let's move on the pancreatic cell
 3   tumors.  Those listed -- you found replication there due
 4   to the findings in Lankas and Stout; is that right?
 5         A.    Correct.
 6         Q.    And if we go to Dr. Portier's revised
 7   report on page 24, Table 1, does Table 1 of Dr. Portier's
 8   report present data from the Lankas rat study?
 9         A.    That's what it states, yes.
10         Q.    Okay.  And if you go to the entry on
11   pancreatic -- pancreas islet cell tumors.  Do you see
12   that?
13         A.    Yes, sir.
14         Q.    And I right that there is one statistically
15   significant pairwise finding at the low dose; is that
16   right?
17         A.    That's correct.
18         Q.    And the P value for trend is not
19   statistically significant; correct?
20         A.    For trend, it is not statistically
21   significant, correct.
22         Q.    And the other study you rely on for your
23   pancreatic islet cell adenoma finding is the Stout study;
24   correct?
25         A.    Correct.
```

**Dr. Charles Jameson**
**July 19, 2019**

Page 121

1          Q.     So let's go back over to page 26, Table 2.

2     You see there are two entries here, two rows dealing with

3     the pancreas islet cell tumor; right?

4          **A.     Yes.**

5          Q.     Are any of the trend tests statistically

6     significant for pancreas islet cell tumors?

7          **A.     The trend tests are not positive, no.  But**

8     **the pairwise comparison, there's a statistically**

9     **significant increase in the incidence in the high dose**

10    **and the low dose in the male mice for these, so that's a**

11    **pretty significant finding.**

12         Q.     If you then go back to your replication

13    chart and look at thyroid follicular cell tumors.  I

14    think that's the very last entry on the chart, Exhibit 9.

15         **A.     Here?  Okay.**

16         Q.     Exhibit 9.  Exhibit 9 I think is what with

17    you want to look at, the replication chart.

18               MS. FORGIE:  Objection.

19               THE WITNESS:  This is a replication chart.

20    BY MR. DERRINGER:

21         Q.     Exhibit 9, you have one entry on this chart

22    for thyroid C-cell adenomas/carcinomas.  Do you see that?

23               MS. FORGIE:  Objection.

24               THE WITNESS:  Okay.  That's what's in this

25         chart, but I told you I don't recognize this as

**Dr. Charles Jameson**
**July 19, 2019**

Page 122

1          something I prepared.

2    BY MR. DERRINGER:

3          Q.    Okay.

4          MS. FORGIE:  That's why I keep objecting

5          because you keep referring to this.

6    BY MR. DERRINGER:

7          Q.    Are you relying on the Stout study -- well,

8    hold on just a second.

9          Are you relying on the Stout study to

10   conclude that glyphosate causes thyroid C-cell adenomas

11   or carcinomas in rats?

12         **A.    C-cell adenomas, yes.**

13         Q.    Okay.  C-cell adenomas.  Did any other

14   study in rats you found find that glyphosate causes

15   thyroid C-cell adenomas?

16         **A.    No.**

17         Q.    If you go to page 26 of Dr. Portier's

18   revised report, Table 2, and I direct you to the entries

19   for thyroid C-cell adenomas.  Are any of the pairwise

20   comparisons statistically significant?

21         **A.    Any of the pair -- for C-cell adenomas?**

22         Q.    Correct.

23         **A.    Yes.**

24         Q.    Any of the pairwise for thyroid C-cell

25   adenomas are -- well, hold on a second.  You're relying

Dr. Charles Jameson
July 19, 2019

Page 123

1   on this for females it looks like.  So I'm asking -- I'll

2   rephrase the question.  Any of the thyroid C-cell

3   adenomas in female rats, are any of those pairwise

4   comparisons statistically significant?

5           **A.    Okay.  And my table here, I'm talking**

6   **about -- oh, in females.  Okay.  In females.  Huh.  Okay.**

7   **For thyroid C-cell adenoma, it's positive for -- in the**

8   **trend test for C-cell adenomas, but pairwise it doesn't**

9   **appear to be anything here.**

10          Q.    All right.  And --

11          **A.    But I'm surprised he found it statistically**

12  **significant for thyroid C-cell adenomas in the male mice.**

13          MS. FORGIE:  Hold on.  Wait for the

14          question.

15  BY MR. DERRINGER:

16          Q.    That's not listed on the chart of studies

17  that you intend to testify about in Exhibit 11, is it?

18          **A.    I know, but I'm just making the comment**

19  **that it was -- evidently Chris found that the C-cell**

20  **adenomas in the male mice were statistically significant**

21  **in the increase in the mid and high-dose animals.**

22          Q.    Dr. Portier, his chart reflects that, his

23  table, but you didn't make that finding, did you?

24          **A.    I didn't have that in my table, no.**

25          Q.    Okay.  All right.  So then -- let me do

**Dr. Charles Jameson**
**July 19, 2019**

Page 124

1    this because I appreciate your point that Exhibit 9, the

2    replication chart you say is something you don't remember

3    putting together.  I certainly appreciate that.  Let's

4    take Exhibits 9, 10, and 11 because Exhibits 10 and 11

5    are exhibits you did put together; correct?

6              **A.    Correct.**

7              Q.    Yes?  Okay.  And so if we go to Exhibit 10,

8    and you look at -- this is the mouse study; right?

9              **A.    Okay.**

10             Q.    Is that right?

11             **A.    These are mice, yes.**

12             Q.    Okay.  And so what you've listed here for

13   the Knezevich study in mice is you're relying on that for

14   a finding of kidney tumors; right?

15             **A.    Correct.**

16             Q.    And Knezevich in -- these are all males;

17   right?

18             **A.    Yes.**

19             Q.    And so can you look at Exhibit 9 and tell

20   me if that is reflected -- that finding is reflected on

21   Exhibit 9?

22             **A.    For Knezevich, that's what it says.**

23             Q.    So it's included on Exhibit 9; correct?

24             **A.    Yes.**

25             Q.    And then also from Knezevich, you're

Dr. Charles Jameson
July 19, 2019

Page 125

1  relying on Knezevich for a positive finding -- well, I
2  guess all these are renal tubule adenoma/carcinoma?
3          A.     Right.
4          Q.     So then we go to Atkinson, your next entry
5  on Exhibit 10.
6          A.     Uh-huh.
7          Q.     And you're relying on Atkinson for a
8  positive finding of malignant lymphomas -- I'm sorry, in
9  hemangiosarcomas?
10         A.     Hemangiosarcomas.
11         Q.     Is that right?
12         A.     Correct.
13         Q.     All right.  In male mice.  Is that included
14  on the chart that is Exhibit 9?
15         A.     Yes.
16         Q.     Okay.  And then are you relying on Atkinson
17  for malignant lymphomas in -- it says F.  I'm not sure
18  what that refers to.
19         A.     Females.
20         Q.     Okay.  But it looks like Atkinson dealt
21  with males.
22         A.     **Okay.  I told you that the blue typing in**
23  **here is what I put in here that I pulled out of Chris**
24  **Portier's report.**
25         Q.     Okay.

Dr. Charles Jameson
July 19, 2019

Page 126

1          **A.     And I have to ask you, why are we going**
2     **through this exercise?**
3               MS. FORGIE:  Okay.  Wait.  Wait.  Wait.
4               THE WITNESS:  I'm sorry.
5               MS. FORGIE:  Please don't ask him
6          questions.
7               THE WITNESS:  Okay.
8     BY MR. DERRINGER:
9          Q.    The third study you are relying on for mice
10    is Sugimoto.  Do you see that?
11         **A.    Yes, sir.**
12         Q.    And you're relying on that for a positive
13    finding in hemangiosarcomas?
14         **A.    Yes.**
15         Q.    And that's reflected on Exhibit 9?
16         **A.    With mice hemangiosarcomas.  Oh, okay.**
17    **There they have the name of the study.  Sorry.  Yes.**
18         Q.    Okay.  And you're also relying on Sugimoto
19    for kidney tumors; correct?
20         **A.    Correct.**
21         Q.    And is that reflected on Exhibit 9?
22         **A.    Yes.**
23         Q.    And you're relying on Sugimoto for
24    malignant lymphomas.  Is that reflected on Exhibit 9?
25         **A.    Yes.**

**Dr. Charles Jameson**
**July 19, 2019**

Page 127

1          Q.     And then you're relying also on Sugimoto
2     for hemangiomas in female mice; is that right?
3          **A.     That's correct.**
4          Q.     And that doesn't appear to be reflected on
5     Exhibit 9; right?
6          **A.     Very top entry on Exhibit 9.**
7          Q.     Oh, you're right.  I misread.  So that's
8     also reflected on Exhibit 9; correct?
9          **A.     Correct.**
10          Q.     And then going to the next page of
11     Exhibit 10, your mouse chart, you're relying on Kumar for
12     a positive finding of malignant lymphoma; correct?
13          **A.     Correct.**
14          Q.     And that's reflected both in males and in
15     females?
16          **A.     Correct.**
17          Q.     And both of those findings are included on
18     Exhibit 9; correct?
19          **A.     Yes.**
20          Q.     Okay.  And you're also relying on Kumar for
21     a finding of kidney tumors; correct?
22          **A.     Correct.**
23          Q.     And is that selected on Exhibit 9?
24          **A.     Yes.**
25          Q.     And then finally on Exhibit 10, your

**Dr. Charles Jameson**
**July 19, 2019**

Page 128

1  summary of the mice studies -- the mouse studies, you're

2  relying on the Wood study for a positive finding of

3  malignant lymphomas.  Is that reflected on Exhibit 9?

4        **A.    Yes.**

5        Q.    And you're relying on the Wood study for

6  positive finding in lung adenocarcinomas.  Is that

7  reflected on Exhibit 9?

8        **A.    Yes.**

9        Q.    Take out Exhibit 11, please.

10        **A.    Okay.**

11        Q.    You're relying on the Lankas study for a

12  positive finding in testes interstitial cell tumors; is

13  that right?

14        **A.    In mine, yes.**

15        Q.    And is that reflected on Exhibit 9?

16        **A.    Yes.**

17        Q.    You're also relying on Lankas for a

18  positive finding in the pancreas; correct?

19        **A.    Correct.**

20        Q.    Is that reflected on Exhibit 9?

21        **A.    Yes.**

22        Q.    You're relying on the Stout study for a

23  positive finding for the pancreas; correct?

24        **A.    Yes.**

25        Q.    Is that reflected in Exhibit 9?

**Dr. Charles Jameson**
**July 19, 2019**

Page 129

1      A.    Yes.

2      Q.    You're relying on the Stout study for a

3  positive finding of liver hepatocellular adenoma.  Is

4  that reflected in Exhibit 9?

5      A.    Yes.

6      Q.    You relied on the Stout study for a

7  positive finding of thyroid C-cell adenoma in females.

8  Is that reflected on Exhibit 9?

9      A.    No.

10      Q.    If you look at the very last line?

11      A.    Yeah.  That says adenoma/carcinoma, and I

12  have adenoma in my Exhibit 11.

13      Q.    In your chart?

14      A.    Yes.

15      Q.    Okay.  So in order for Exhibit 9 to reflect

16  your actual -- what you're relying on in Stout, we would

17  have to cross off carcinomas; correct?

18      A.    Correct.

19            MS. FORGIE:  Objection.

20  BY MR. DERRINGER:

21      Q.    Turn the page.  Are you relying on the

22  Brammer study for a positive finding in liver

23  hepatocellular adenomas?

24      A.    Yes.

25      Q.    Well -- and is that reflected in Exhibit 9?

Dr. Charles Jameson
July 19, 2019

Page 130

1    **A.    Yes.**

2         Q.    Okay.  So on Exhibit 9, once we cross off

3    carcinomas from the last row, does Exhibit 9 accurately

4    reflect the mouse and rat studies on which you're relying

5    on to say that there are positive findings associating

6    glyphosate with any kind of tumor that you've been able

7    to find?

8              MS. FORGIE:  Objection.

9              THE WITNESS:  I'd have to go through and

10             check and see.

11   BY MR. DERRINGER:

12        Q.    Okay.

13        **A.    I mean, I was just -- I was comparing this**

14   **to this, so there may be other things on here that aren't**

15   **in here that I didn't see.  I'd have to go through and do**

16   **an evaluation, so I can't say yes or no.  It may be, but**

17   **I can't say yes or no.**

18        Q.    Okay.  Well, we just went through

19   Exhibits 10 and 11, your charts, and if we at least

20   confirm that every positive finding that you're relying

21   on from Exhibits 10 and 11 is included on Exhibit 9 with

22   the amendment that we cross off carcinomas from the last

23   line of Exhibit 9?

24             MS. FORGIE:  Wait.  Objection, asked and

25             answered, mischaracterizes.

**Dr. Charles Jameson**
**July 19, 2019**

                                                              Page 131

1              You can answer again.

2              THE WITNESS:  I'd really like to go through

3          it and make sure everything is in there.

4    BY MR. DERRINGER:

5          Q.    You should feel free to do that.

6          **A.    Okay.**

7          Q.    I'm happy to take a break now if you'd like

8    to do that.  I'm happy to do a lunch break whenever you'd

9    like.  It's about a quarter to 12:00.  I'm also happy to

10   move on.  Whatever you and your counsel would like.

11             MS. FORGIE:  I think we should either move

12         on or take a lunch break.  So what is -- how long

13         do you want for a lunch break?

14             MR. DERRINGER:  I can go --

15             MS. FORGIE:  I don't eat lunch, so I'm the

16         wrong person to ask.

17             MR. DERRINGER:  Dr. Jameson --

18             MS. FORGIE:  It's usually the court

19         reporter.

20             THE WITNESS:  I do eat lunch.

21             MS. FORGIE:  And the court reporter

22         probably needs a break.

23             MR. DERRINGER:  Right.  So I'm happy to do

24         any amount of time, but also recognize that the

25         standard amount is an hour, but I'm happy to do

**Dr. Charles Jameson**
**July 19, 2019**

Page 132

1        less than that, whatever our witness and our court

2        reporter would like.

3             MS. FORGIE:  Do you know if we can find a

4        place around here where we can eat in less than an

5        hour?

6             MR. DERRINGER:  Let me go off the record

7        while we're having this discussion.

8             THE VIDEOGRAPHER:  11:45, off the record.

9             (RECESS.)

10            THE VIDEOGRAPHER:  We're back on record.

11       Time is 12:41.

12  BY MR. DERRINGER:

13       Q.   Good afternoon, Dr. Jameson.

14       **A.   Good afternoon.**

15       Q.   I hope you had a good lunch.

16       **A.   I did.**

17       Q.   Good.  When you do an animal study like the

18  types that are described in your charts on Exhibits 10

19  and 11, am I right that you, at the end of the study,

20  take the animal apart and look for any tumors that you

21  can find anywhere?

22       **A.   You do a necropsy.**

23       Q.   What does that mean?

24       **A.   A necropsy means you basically dissect the**

25  **whole animal, you take all their organs and all their**

Dr. Charles Jameson
July 19, 2019

Page 133

1    internal organs and then samples from the skin and bone

2    and other parts of the animal and examine them grossly.

3    Grossly means you look at them to see if you can see a

4    tumor formation or a lesion or irritation in a particular

5    organ site, and then you take the tissues, you fix them

6    in formalin.  In other words, you preserve them in a

7    formaldehyde mixture.  And then you take each individual

8    organ, and you imbed it in wax, a paraffin wax or what we

9    call a block of some kind of wax material, and then you

10   make -- you do slices of those, put them on the slide,

11   and then examine them microscopically.  So that's how you

12   finish the study.  You do the pathology on the animals.

13        Q.    And have you actually conducted animal

14   studies yourself?

15        A.    You have to define for me what you mean by

16   conducted.

17        Q.    Are you familiar enough with the conduct of

18   animal studies to know that what you just described is

19   the way that animal studies generally are conducted in

20   terms of examining the animal?

21        A.    Yes.  Yes, I am.  I participated in what

22   was originally the National Cancer Institute Animal

23   Bioassay Program, and that later became the National

24   Toxicology Program Animal Bioassay Program, and I was the

25   chief chemist or the responsible chemist for all of those

Dr. Charles Jameson
July 19, 2019

Page 134

1    **studies while I was there, but also I participated in the**

2    **study design and the interpretation of all the data, and**

3    **I also inspected all of the laboratories to make sure**

4    **that they were conducting the studies according to**

5    **protocol.**

6         Q.   How many -- if you know, in your

7    experience, how many different slices of tissues in a

8    typical animal study would be examined or looked at for

9    the presence of tumors?

10             MS. FORGIE:  Objection.

11             THE WITNESS:  Well, just -- I don't have a

12             fixed number in my head, but just to give you an

13             idea, usually, for a standard animal bioassay, you

14             would have mice, both sexes of mice, male and

15             female mice, male and female rats.  You'd have --

16             start off with 65 animals per sex per dose per

17             species.  And then you calculate that out to

18             however many hundreds of animals that is, and then

19             for each animal, you take their organ, each organ,

20             and there's probably about 25 or 35 organs,

21             separate organs that are looked at, maybe more.  I

22             don't know the exact number.  But anyway, those

23             are all -- make slides of all of those.  And so

24             that number -- I think now that I'm talking about

25             it, it seems to me it's somewhere anywhere between

Dr. Charles Jameson
July 19, 2019

Page 135

1          50 and 75,000 slides that I looked at for

2          bioassay, but I may be underestimating it.

3    BY MR. DERRINGER:

4          Q.    I thought I had seen somewhere when I was

5    looking at the animal studies, they take -- they don't

6    take a short amount of time conduct.  It's a period of

7    years; is that right?

8          **A.    Well, from the time you start the study,**

9    **the study is conducted for 24 months, at least the**

10   **animal -- the NTP animal bioassay that I was involved**

11   **with.  The studies are run for 24 months, and then the**

12   **animals are killed, sacrificed, and then the**

13   **histopathology is done.  And for an animal study, that**

14   **could take a couple of months, and then they have to do**

15   **the pathology.  The pathologist has to read all the**

16   **slides and everything.  So it can take -- and that takes**

17   **an inordinate amount of time.  So it can take probably**

18   **two or three years after the completion of the end life**

19   **phase for the pathology and the final report to come out.**

20         Q.    You mentioned three terms now that I want

21   to make sure I understand.  You told me what is done in a

22   necropsy.  Right?  You then now just mentioned

23   histopathology and pathology.  So what are those two

24   things?

25         **A.    The histopathology is when they take the**

Dr. Charles Jameson
July 19, 2019

Page 136

1    organs and fix them and make the slides.  That's called

2    histopathology.  Because some of the slides, they -- you

3    have to use special staining for the particular organ to

4    see a particular cell type that you're looking for and

5    that type of thing.  So, that's all part of the

6    histopathology.  And then the actual pathology is the

7    pathologist sits down with a whole box full of slides and

8    starts going through each one of them to see if the cells

9    or the cells within the organ are normal or abnormal or

10   if there's tumors present and that type of thing.

11        Q.    So the histopathology and the pathology are

12   all part of the necropsy?

13        A.    Well, yeah.

14        Q.    Okay.

15        A.    Well, no.  I'm sorry, that's not true.

16   Necropsy usually means the termination of the study, the

17   killing of the animals, and the dissection of the animals

18   to get the organs.  And in the histopathology, you take

19   the organs and make up the slides, and then the slides

20   are read by the pathologist, and that's the pathology.

21        Q.    Thank you.  I appreciate that explanation.

22             Exhibits 10 and 11, the experimental animal

23   summary charts that you brought with you today, who

24   prepared them?

25        A.    I did.

Dr. Charles Jameson
July 19, 2019

Page 137

1          Q.    When did you prepare them?

2          **A.    Those were probably prepared -- I think I**

3    **prepared those subsequent to my first deposition, which**

4    **was --**

5          Q.    Way back in 2017?

6          **A.    -- in 2017.**

7          Q.    And have you changed --

8          **A.    Then I -- I'm sorry.**

9                MS. FORGIE:  Wait for a question.

10   BY MR. DERRINGER:

11         Q.    Have you updated these since you first

12   prepared them?

13         **A.    Yes.  I think the one I have here, I've**

14   **been -- I updated probably just prior to the Pilliod**

15   **trial.**

16         Q.    Okay.  And why did you prepare these -- why

17   did you prepare and update these charts?

18         **A.    As a means to refresh my memory as to what**

19   **all these studies are because there's an awful lot of**

20   **data to remember, and sometimes I need a refresher as to**

21   **what I read.**

22         Q.    Did you have a chance to look at

23   Exhibits 10 and 11 and to determine whether all of the

24   positive findings on which you're relying from

25   Exhibits 10 and 11 are reflected on Exhibit 9 once we

Dr. Charles Jameson
July 19, 2019

Page 138

 1  changed the last entry of Exhibit 9 by deleting the word

 2  "carcinomas"?

 3          **A.    No, I didn't have time to do that over**

 4  **lunch.**

 5          Q.    Okay.  And did you have a chance to see if

 6  there were any of the entries on Exhibit 9 that do not

 7  appear on Exhibits 10 or 11?

 8          **A.    No, I didn't have time to look at that.**

 9          Q.    I'm not asking you to take my word for

10  anything, but your comment made me -- this morning made

11  me want to go back and check that I have checked that,

12  and, you know, when we're next together, perhaps at a

13  trial, we can go over that in more detail.

14          **A.    Okay.**

15          Q.    But I've ensured that, in fact, they are --

16  they do match in that respect.  But, again, I'm not --

17          MS. FORGIE:  Wait for his question.

18  BY MR. DERRINGER:

19          Q.    -- asking you to take my word on that, but

20  I'm just telling you that I've done that exercise, and

21  I've satisfied myself at least.

22          Now, if -- here's what I want to do.  And I

23  know we may have a disagreement about what the right P

24  level is or we might have a disagreement about whose --

25  you know, what the right comparisons are, but what I want

**Dr. Charles Jameson**
**July 19, 2019**

Page 139

1    to do is I want to just take findings that you're relying

2    on that is from Greim or from Dr. Portier or I think you

3    said from the EPA, and I want to just focus on the

4    pairwise comparisons and the trend comparison, not the

5    historical.  I understand you have that in your chart as

6    well.  I'm putting that to the side, and I want to focus

7    on the trend and the pairwise and a statistically

8    significantly level of P equals 0.05.  Okay?  Just for

9    the purpose of these next set of questions that I'm going

10   to be asking.

11              MS. FORGIE:  Objection.

12   BY MR. DERRINGER:

13        Q.    Okay?

14        **A.    Okay.**

15              MS. FORGIE:  Objection.

16   BY MR. DERRINGER:

17        Q.    And so if we look at your charts,

18   Exhibits 10 and 11, and, again, I may be referring myself

19   to Exhibit 9 because --

20        **A.    Okay.**

21        Q.    But I want to ask you if there's any trend

22   or a pairwise comparison that was statistically

23   significant at the P .05 level in hemangiomas in the

24   Sugimoto study.

25        **A.    This would be for mice?**

Dr. Charles Jameson
July 19, 2019

Page 140

1        Q.    Correct.

2        **A.    For hemangiomas or --**

3        Q.    Hemangiomas.

4        **A.    Hemangiomas.  Sugimoto?**

5        Q.    Correct.

6        **A.    There was statistically significant**

7  **increase in the incidence of hemangiomas in the high-dose**

8  **female mice.**

9        Q.    And where do you see that in your chart,

10  Exhibit 10?

11        **A.    Okay.  This is Exhibit 10, Sugimoto,**

12  **females, the blue highlight, hemangiomas.**

13        Q.    Right.  And where are you getting that

14  information from?

15        **A.    Where am I getting that information from?**

16        Q.    Yeah.  What's your source?

17        **A.    Well, according to this, it's the EPA.**

18        Q.    Okay.  Just so I know where that's from, is

19  it from the EPA's OPP revised glyphosate issued paper

20  from 2017, which is Exhibit 16?

21        **A.    I don't believe so, no.**

22        Q.    Okay.  So which EPA document is that from?

23        **A.    I'd have to go back to my files and pull up**

24  **the document that I looked at to tell you the specific**

25  **one.**

Paszkiewicz Court Reporting
(618) 307-9320 / Toll-Free (855) 595-3577

Dr. Charles Jameson
July 19, 2019

Page 141

1        Q.     Okay.  Was there any statistically

2   significant finding of the P .05 level trend or pairwise

3   in -- with respect to the kidney in the Knezevich study?

4        **A.     Well, my initial review of the EPA reports**

5   **that I had available to me when I put together my expert**

6   **report, the EPA listed a positive trend for the formation**

7   **of the renal tubular carcinomas and also a positive trend**

8   **for the renal tumor carcinomas or adenomas.  But as I**

9   **indicated in the chart, evidently Dr. Portier redid the**

10  **statistics and found at the P05 level, the trend was no**

11  **longer statistically significant but almost at a 0.063**

12  **for carcinoma and 0.065 for the adenoma and carcinoma.**

13  **But even without the statistically significance for**

14  **trend, it's still a positive effect.**

15       Q.     I'm not arguing with you right now about a

16  positive effect.  Remember I'm asking about the P .05

17  level is the level of statistical significance that I'm

18  asking about here.

19            The P for trend here for EPA, you remember

20  we saw in the EPA's 2016 and 2017 review of glyphosate,

21  those numbers were different.  Those were numbers at the

22  .065 and .063, I believe; is that right?

23       **A.     Yeah.  As I recall, they were similar to**

24  **what Dr. Portier had reported.**

25       Q.     Okay.  And So are you going to testify at

**Dr. Charles Jameson**
**July 19, 2019**

                                                    Page 142

 1    trial that anybody found -- or strike that.

 2              Are you going to testify at trial that the

 3    P for trend for kidney tumors in Knezevich is

 4    statistically significant at the .05 level?

 5              MS. FORGIE:  Objection, asked and answered.

 6              You can answer it again.

 7              THE WITNESS:  Okay.  I may go back and do

 8         some more homework.  What I may respond that

 9         initially it was statistically significant at the

10         .05 level, but the statistics were redone.  I'm

11         trying to figure out or find out why that was

12         done.  And it's no longer statistically

13         significant at the 95 percent confidence level,

14         but it's still a positive finding.

15    BY MR. DERRINGER:

16         Q.    And if you go and do some more homework and

17    you're intending to say something different than what you

18    just said about the statistical significance of the .05

19    level about the kidney finding in Knezevich, will you let

20    us know?

21              MS. FORGIE:  Wait.  Objection.  I'll take

22         that under advisement.

23    BY MR. DERRINGER:

24         Q.    Will you let your -- will you let the

25    attorney for the plaintiffs know?

Dr. Charles Jameson
July 19, 2019

Page 143

```
1            MS. FORGIE:  Again, take it under
2       advisement.
3  BY MR. DERRINGER:
4       Q.    Well, we'll ask that if Dr. Jameson does
5  more work on this case on which he's going to rely to
6  report any statistical significance in any of these
7  studies that we be -- that we be provided disclosure of
8  that and the opportunity to question Dr. Jameson about
9  what work he did prior to trial.
10           MS. FORGIE:  I understand your position.
11  BY MR. DERRINGER:
12      Q.    Sugimoto, kidney findings in Sugimoto, are
13  there any significant findings at the P 0.05 level for
14  trend or pairwise comparisons?
15      A.    For trend, the P value is 0.062, which is
16  just barely higher than .05 level for statistical
17  significance, so the P for trend is not statistically
18  significant at P .05, but it's still a positive finding.
19      Q.    What about for pairwise comparisons, is
20  there any statistically significant findings in Sugimoto
21  with respect to the kidney in the pairwise comparisons?
22      A.    Pairwise there was no finding to that
23  effect, no.
24      Q.    And then with Kumar, were there any
25  statistically significant findings at the P 0.05 level
```

Dr. Charles Jameson
July 19, 2019

Page 144

1   for trend or pairwise comparisons?

2               MS. FORGIE:  Objection, asked and answered.

3               You can answer again.

4   BY MR. DERRINGER:

5        Q.    For the kidney?

6        **A.    For the kidney.**

7        Q.    Yeah.

8        **A.    Excuse me.  For the kidney, the P for trend**

9   **was just barely higher than the .05 level at P equals**

10  **0.062.  So with the 95 percent confidence interval, it's**

11  **not statistically significant, but it's still a positive**

12  **finding.**

13       Q.    Okay.  And can you point to any replicated

14  finding of the hemangioma other -- well, let me strike

15  that.

16               In your Table 10, your Exhibit 10,

17  Exhibit 10 to your deposition in your mouse chart --

18       **A.    Uh-huh.**

19       Q.    -- you say you found positive finding for

20  hemangioma in Sugimoto; correct?  It's on page 1.

21       **A.    In female mice.**

22       Q.    Right.  Were you able to find any study

23  that replicated that finding?

24       **A.    I don't have anything here in the table**

25  **that replicates that finding, no.**

**Dr. Charles Jameson**
**July 19, 2019**

Page 145

1       Q.    Does that mean that you were not able to
2   find anything?
3               MS. FORGIE:  Objection, asked and answered.
4               You can answer it again.
5               THE WITNESS:  What I -- I put the
6           hemangiomas in the females in here because the P
7           value was statistically significant for the
8           formation of that tumor in the high-dose female
9           mice and also the P for trend was statistically
10          significant.  There could have been other studies,
11          any of these other studies in this table, where
12          there was hemangiosarcomas formed in the female
13          mice, but I did not include it in the table
14          because they weren't statistically significant.
15          But there could have been an increase in those
16          tumors in some of these other studies, but I just
17          didn't report it.
18  BY MR. DERRINGER:
19      Q.    Are you aware of any other study, as you
20  sit here today, that reported a positive finding of
21  hemangiomas in any animal other than the Sugimoto mouse
22  study?
23              MS. FORGIE:  Objection, asked and answered.
24              You can answer it again.
25              MR. DERRINGER:  I agree it's been asked.

Dr. Charles Jameson
July 19, 2019

Page 146

1           It hasn't been answered.

2                 MS. FORGIE:  He just answered that exact

3           question.

4                 Wait.  Wait.  You can answer it again.

5           Objection.

6                 THE WITNESS:  Could you repeat the

7           question?

8    BY MR. DERRINGER:

9           Q.    Sure.  Are you aware of any other study, as

10   you sit here today, that reported a positive finding of

11   hemangiomas in any animal other than in mice in the

12   Sugimoto mouse study?

13                MS. FORGIE:  Objection.

14                THE WITNESS:  Okay.  I could say yes to

15           the -- as an answer to your question because you

16           didn't ask me if it was in glyphosate, any other

17           studies in glyphosate.  So I could be an SOB and

18           answer yes because you didn't ask me glyphosate.

19   BY MR. DERRINGER:

20          Q.    When you're asked that at trial -- when

21   you're asked that question in front of a jury --

22                MS. FORGIE:  Don't do that again.  Just

23           answer the question he asked, seriously.

24                THE WITNESS:  I'm sorry.  I'm sorry.

25                MS. FORGIE:  Seriously.

**Dr. Charles Jameson**
**July 19, 2019**

Page 147

1    BY MR. DERRINGER:

2         Q.    I'll ask it again, and I'll specify

3    glyphosate.

4         **A.    Okay.**

5         Q.    I understand you may have been confused.

6               Are you aware of any other study relating

7    to glyphosate, as you sit here today, that reported a

8    positive finding of hemangiomas in any animal other than

9    in mice, as you say it was found in the Sugimoto mouse

10   study?

11        **A.    No.**

12              MS. FORGIE:  Objection.

13              You can answer it.

14              THE WITNESS:  No.

15   BY MR. DERRINGER:

16        Q.    Hemangioma carcinomas, are you aware of any

17   study in glyphosate other than the Atkinson study that

18   reported a positive finding at a statistically

19   significant level of 0.05 in hemangiosarcomas in any

20   animal other than mice as found in the Atkinson study?

21              MS. FORGIE:  Objection.

22        **A.    No, not at the P .05 level.**

23   BY MR. DERRINGER:

24        Q.    Testicular interstitial cell tumors, are

25   you aware of any study in glyphosate other than the

Page 148

1    Lankas study in rats that reported a positive finding at

2    a statistically significant level of .05 relating to

3    testicular interstitial cell tumors in any other animals?

4                MS. FORGIE:  Objection, asked and answered.

5                You can answer it.

6                THE WITNESS:  Excuse me.  No.

7    BY MR. DERRINGER:

8         Q.   Are you aware of any study in glyphosate

9    other than the Stout study in rats that reported a

10   positive finding at a statistically significant level of

11   .05 relating to thyroid C-cell adenomas in any other

12   animal?

13        **A.   Could you repeat that again?  I'm sorry.**

14        Q.   Sure.  Are you aware of any other study in

15   glyphosate other than the Stout study in rats that

16   reported a positive finding at a statistically

17   significant level of .05 relating to thyroid C-cell

18   adenomas in any other animal?

19        **A.   No.**

20                MS. FORGIE:  That's good news.

21                THE WITNESS:  Yeah, I like the quick turns.

22        They're nice.

23   BY MR. DERRINGER:

24        Q.   At the Pilliod trial, Dr. Jameson, you

25   testified that after the IARC Working Group meeting in

Page 149

1   2015, you had had the opportunity to go book and look at

2   the Greim paper again and that you were able to find

3   additional tumors that you didn't find at the IARC

4   meeting.  Do you remember that testimony?

5           **A.     Yes.**

6           Q.     First, was Greim helpful to you in reaching

7   your opinions in this case?

8                   MS. FORGIE:  Objection.

9                   THE WITNESS:  Yes, it was very helpful.

10  BY MR. DERRINGER:

11          Q.     And do you believe it's appropriate to go

12  back to the data like you did here with Greim to

13  reevaluate it and see if you had found all the tumors?

14                  MS. FORGIE:  Objection.

15                  THE WITNESS:  Yes.

16  BY MR. DERRINGER:

17          Q.     And what were the additional tumors that

18  you found after the IARC meeting in the Greim paper?

19          **A.     I know I have a chart for that somewhere.**

20  **I don't know if I brought it with me.**

21          Q.     Let me -- let me ask you this.  I know that

22  you updated your exhibits, your experimental animal

23  summary charts in mice and rats.  That's Exhibit 10 and

24  11.  You told us you had updated that, you think, right

25  around the time of the Pilliod trial; is that right?

Dr. Charles Jameson
July 19, 2019

Page 150

1          A.    I'm sorry, I was looking at something.  I'm

2    sorry.

3          Q.    That's okay.  You testified that you had

4    updated Exhibits 10 and 11, your experimental animal

5    summary charts around the time of the Pilliod trial; is

6    that right?

7          A.    Yeah.  Just --

8          Q.    And when you updated those charts, did you

9    include in those charts, Exhibits 10 and 11 here,

10   whatever additional tumors you found from relooking at

11   the Greim study?

12         A.    No.  I think -- the first time I put this

13   table together, it contained all of the tumor sites that

14   I had identified from the Greim study.

15         Q.    Then that's even more clear.  When you --

16   so let me just ask you general -- a more general

17   question.  Do Exhibits 10 and 11 contain all of the tumor

18   sites that you found from reviewing the Greim study

19   whenever it was you reviewed that Greim study?

20         A.    The tables -- the table was put together

21   based on my expert report, and so whenever I completed

22   the expert report, then those tumors would be what are in

23   these two tables.

24         Q.    All I'm trying to determine in trying --

25   well, what I'm trying to determine is after the IARC

**Dr. Charles Jameson**
**July 19, 2019**

Page 151

1  meeting, what the additional tumors that you found were

2  from looking at the Greim paper, and if you tell me that

3  whatever those additional tumors were are included on

4  Exhibits 10 and 11, then we can move on.

5       **A.    Okay.**

6       Q.    But if not, let me know -- let me know what

7  your answer would be.

8            MS. FORGIE:  Wait.  Is there a question?

9       What's the question?

10 BY MR. DERRINGER:

11      Q.    Yeah.  Are all of the tumors that you

12 identified in the Greim paper after your work with IARC

13 was completed, are all of those tumors included in

14 Exhibits 10 and 11 of this deposition?

15      **A.    Yes.**

16      Q.    Okay.  Now, you were about to hand me a

17 piece of paper.  Are you relying on that piece of paper

18 here today?

19      **A.    Not now.**

20      Q.    Okay.  And why were you going to hand me

21 that piece of paper?

22      **A.    Because it's a chart that compares what we**

23 **found -- what was found at IARC versus what additional**

24 **was found after I looked at the Greim paper after IARC.**

25      Q.    Okay.  And would you mind handing me that?

**Dr. Charles Jameson**
**July 19, 2019**

Page 152

 1              MS. FORGIE:  Let me see it first.  You can
 2         turn it over.
 3    BY MR. DERRINGER:
 4         Q.    Thank you.  And I'm going to -- instead of
 5    swapping yet again, I'm going to hand you an exhibit
 6    sticker and ask you just to place this on -- looks like
 7    maybe the easiest place at the top of -- I'll go ahead
 8    and do it for you.  There we go.  Thank you.
 9              (Exhibit 17 was marked for identification.)
10    BY MR. DERRINGER:
11         Q.    So I've marked as Exhibit 17 a chart that
12    you brought with you today that you just handed to me.  I
13    appreciate it.  It says Comparison of IARC and CJW [sic]
14    Review of Greim.  This has three columns.  The first
15    column lists 14 different studies; is that right?
16         **A.    One, two --**
17         Q.    I'm wrong.  I'm wrong.  There are some
18    numbers that are skipped.  So it lists 13 different
19    studies from the Greim paper; correct?
20              MS. FORGIE:  Hold on one second.  I want to
21         make sure I have a copy of that.  Is that my copy?
22              THE WITNESS:  That's for you.
23              MS. FORGIE:  I'm sorry.  What exhibit
24         number?
25              MR. DERRINGER:  17.

**Dr. Charles Jameson**
**July 19, 2019**

                                                        Page 153

 1   BY MR. DERRINGER:

 2           Q.    And then the second column lists the tumors

 3   that IARC identified from the Greim paper; is that right?

 4           A.    Correct.

 5           Q.    And then the third column lists additional

 6   tumors, and those are in blue highlight --

 7           A.    Correct.

 8           Q.    -- that you identified from your review of

 9   the Greim paper; correct?

10           A.    Correct.

11           Q.    Can you tell me what you did after the IARC

12   meeting to go and identify these additional tumors that

13   you claim you identified in Exhibit 17?

14           A.    **Well, to give a little perspective to this,**

15   **when I arrived at the meeting for Monograph 112, that was**

16   **the first time I was made aware of the Greim paper.  I**

17   **hadn't been made aware of that before I got to the**

18   **meeting.  So the meeting was starting the next day, and**

19   **me and my subgroup did not have time during -- while the**

20   **actual meeting was going on to adequately evaluate the**

21   **Greim paper and the data in the Greim paper.  In**

22   **addition, the Greim paper refers to supplemental tables**

23   **with a lot more data that's needed to evaluate the**

24   **studies, and we could not get that supplemental data --**

25   **the web site to work for us.  We just couldn't get it.**

Dr. Charles Jameson
July 19, 2019

Page 154

1          So, it turned out that some of the studies
2  that are listed in the Greim publication had either
3  already been published, and we had that information, so
4  we could evaluate that because we evaluated it before the
5  meeting, or was discussed in some of the EPA documents
6  that had been obtained under the Freedom of Information
7  Act by IARC for the -- for the review of glyphosate.

8          So in the monograph, we acknowledged that
9  -- we acknowledged the Greim paper.  We identified the
10  ones that we had information prior to, and we gave an
11  evaluation for those.  And for those that we didn't have
12  any information prior to the meeting, we identified the
13  study and gave a quick outline of what the study was all
14  about but said we did not have time to adequately
15  evaluate this information.  So that's what ended up in
16  the monograph.

17          Subsequent to the monograph, I had time to
18  go back and look at the Greim paper in much more detail,
19  get the supplemental tables, get the information from
20  that, and between the information from the Greim paper,
21  the supplemental tables, and also counsel was able to
22  provide some more data from the actual laboratories that
23  did the studies for the industry people.  That's how I
24  came up with these additional sites.

25          Q.    I appreciate that explanation.

Dr. Charles Jameson
July 19, 2019

Page 155

1          When was the work of the IARC Working Group
2    completed?
3          A.    Well, the meeting was in 2015.  I believe
4    it was in -- was it June?  I don't remember the date.
5    And the meeting lasts for over a span of about 10 or
6    11 days.  And then the -- after the completion of the
7    meeting, then the monograph is given to the editor, and
8    the editor verifies the information, sends -- probably
9    contacts the different subgroup leaders to make sure that
10   all the data that -- all the edits that the editor has
11   done is appropriate, and then it's put in its final form
12   and published in a monograph.  But sometimes that takes a
13   year or more for all of that to happen.  But subsequent
14   to -- I'm probably giving too much information.
15          Subsequent to the meeting, there's also a
16   publication in Lancet which summarizes the evaluations,
17   and that comes up very quickly after the meeting.
18          Q.    The IARC was completed in no later than
19   2015; correct?
20          MS. FORGIE:  Objection, asked and answered.
21          You can answer it again.
22          THE WITNESS:  My recollection is that the
23          final version of the monograph was available
24          online, not in hard copy but online, sometime in
25          early to mid-2016, I think.  I may be wrong.

Dr. Charles Jameson
July 19, 2019

                                                        Page 156

 1   BY MR. DERRINGER:

 2        Q.   Okay.  When someone asked you, when did the

 3   work of IARC end, what's the event that you associate, in

 4   your mind, with the end of IARC's work on glyphosate?

 5             MS. FORGIE:  Objection.  Wait.  Objection,

 6        asked and answered.

 7             You can answer it again.

 8             THE WITNESS:  I'm sorry.  I'm too fast.

 9             MS. FORGIE:  You are.

10             THE WITNESS:  It's when the monograph is

11        made available online.

12   BY MR. DERRINGER:

13        Q.   Okay.  How long after your work with IARC

14   did you go back to Greim to do further investigation of

15   whether there were other tumors reported in Greim that

16   you didn't have the opportunity to look at as part of

17   your IARC work?

18        **A.   It would be in -- probably in late 2016**

19   **when I started working in this litigation.**

20        Q.   Okay.  And when you say you started working

21   in this litigation, you started working in this

22   litigation when you were retained by plaintiff's counsel

23   to work for them in this litigation; correct?

24        **A.   Right, correct.**

25        Q.   And so when you went back to look for

**Dr. Charles Jameson**
**July 19, 2019**

Page 157

1    additional tumors in Greim, you had already been retained

2    by plaintiff's lawyers here; correct?

3              MS. FORGIE:  Objection.

4              THE WITNESS:  I guess that's accurate.

5    BY MR. DERRINGER:

6         Q.    And I appreciated your explanation before

7    that there were some of these studies in Greim that IARC

8    says it did not have an opportunity to evaluate, that's

9    reflected in the IARC column of Exhibit 17 when you

10   write, "Acknowledged but unable to evaluate"?

11        **A.    Yes.**

12        Q.    And tumors in blue, the additional tumors

13   that you identified, a number of them are from studies

14   that in your IARC column you write, "Acknowledged but

15   unable to evaluate."

16             Correct?

17        **A.    That's correct.**

18        Q.    There are some of them, however, that IARC

19   did have an opportunity to evaluate.  Nevertheless it

20   looks like you found some additional tumors once you went

21   back to review the Greim publication.  And in particular,

22   Doctor, I'm looking at the Lankas study and the Stout

23   study.  Do you see those?

24        **A.    Uh-huh.**

25        Q.    Yes?

**Dr. Charles Jameson**
**July 19, 2019**

Page 158

1          **A.     Yes.**

2          Q.     Okay.  What additional information did you

3    have that enabled you to identify additional tumors in

4    the Lankas study and the Stout study that IARC was unable

5    to identify even though it had the opportunity to review

6    them?

7                    MS. FORGIE:  Objection.

8                    THE WITNESS:  Could you repeat that again?

9    BY MR. DERRINGER:

10          Q.     Sure.  What additional information did you

11    have that enabled you to identify additional tumors in

12    the Lankas study and the Stout study that IARC was unable

13    to identify even though it had had the opportunity,

14    according to your chart, to review them?

15                    MS. FORGIE:  Objection.

16                    THE WITNESS:  IARC reviewed the data in the

17                    Lankas and the Stout based on information,

18                    basically, that they had received from the EPA.

19                    They had -- they had gotten -- under Freedom of

20                    Information, they had gotten EPA reports on their

21                    review of these studies for the registration of

22                    glyphosate.  So those evaluations were made on

23                    that.

24                    When I did my subsequent evaluation after

25                    IARC, I had -- I had the Greim paper, I had the

Page 159

1              EPA reports, and I also had access to some

2              additional lab reports that counsel was able to

3              provide me concerning some of these studies.

4       BY MR. DERRINGER:

5              Q.    IARC had the Greim paper, correct, before

6       it published its -- well, IARC had the Greim paper at the

7       Working Group Meeting --

8              **A.    Sure.**

9              Q.    -- in Lyon; correct?

10             **A.    Right.**

11             Q.    Yes?

12             **A.    Yes.**

13             Q.    The EPA report you're referring to, did

14      IARC not have those?

15             **A.    No.  Like I said, at IARC, they had -- we**

16      **had the Greim paper, but that was, you know, a late**

17      **submission.  And, also, EPA reports that they had been**

18      **able to obtain under the Freedom of Information Act that**

19      **documented the EPA's review of glyphosate by the studies**

20      **done by Lankas and Stout and maybe one -- and several**

21      **others I think that allowed IARC to review those studies**

22      **and make a determination based on the EPA report.**

23             Q.    My question was -- well, when you mentioned

24      the additional information that you looked at after the

25      IARC meeting to identify these additional tumors, you

**Dr. Charles Jameson**
**July 19, 2019**

Page 160

1    said the Greim paper, you said EPA reports, my question

2    is are they the same EPA reports that IARC had --

3         **A.    Yes.**

4         Q.    -- at its meeting?

5         **A.    Yes.**

6         Q.    Yes?

7         **A.    Yes.**

8         Q.    Okay.  So the only new information you had

9    beyond what was available at the IARC meeting were the

10   additional lab reports and -- well, additional lab

11   reports that plaintiff's counsel was able to provide to

12   you; is that right?

13            MS. FORGIE:  Objection.

14            THE WITNESS:  And the supplemental tables

15        or data that a company -- the Greim report that we

16        couldn't access during the IARC meeting.

17   BY MR. DERRINGER:

18        Q.    And who gave you the supplemental tables to

19   Greim?

20        **A.    I think once I got home and was able to do**

21   **a literature search, I think they got all the bugs out of**

22   **the links to the data, and I was able to download it from**

23   **the Internet.**

24        Q.    Okay.  Any other additional information on

25   which you relied to identify the additional tumors in

Dr. Charles Jameson
July 19, 2019

Page 161

1   blue on your chart that is Exhibit 17?

2           **A.    No.**

3           Q.    Okay.  What is a human equivalent dose?

4           **A.    What is a human equivalent dose?**

5                 MS. FORGIE:  Objection.

6   BY MR. DERRINGER:

7           Q.    Yeah.  Does that term mean anything to you?

8           **A.    Some people -- some people try to look at**

9   **animal studies and try to figure out if the doses that**

10  **the animals are being exposed to, how that relates to**

11  **what humans could be exposed to under a similar round of**

12  **exposure.  The problem with doing that is that the**

13  **majority of the animal studies that everybody conducts**

14  **and looks at aren't conducted for that purpose.  The**

15  **purpose of an animal bioassay study is to determine if a**

16  **chemical, if you give the chemical to an animal at what**

17  **is defined as at a maximum tolerated dose, which is a**

18  **dose the animal can tolerate without showing any overt**

19  **signs of toxicity, usually as demonstrated by no**

20  **mortality and less than a 10 percent bodyweight loss, if**

21  **exposed to the maximum dose that they can tolerate, does**

22  **the chemical cause cancer in the animals.  And then if**

23  **the chemical causes cancer in the animals, then it's**

24  **biologically plausible that it will cause cancer in**

25  **humans.**

**Dr. Charles Jameson**
**July 19, 2019**

Page 162

1          So people keep saying, well, you treat

2    these animals with such high doses that is not relevant

3    to the human situation, but that's not the purpose of the

4    study.  The purpose of the study is to see, can this

5    material cause cancer in animals.  And then if it does,

6    then it's biologically plausible that it will cause

7    cancer in humans, and it's something that needs to be

8    looked at.

9          Q.    Do you agree that the high doses at which

10   animals are treated in these animal studies are not

11   relevant to the human situation?

12               MS. FORGIE:  Objection.

13               THE WITNESS:  No.

14   BY MR. DERRINGER:

15         Q.    You don't agree with that?

16         A.    Because the purpose of the study is to see

17   if it causes cancer or not to see if it's biologically

18   relevant to causing cancer in humans, so it's

19   absolutely -- that's been the standard for years.

20         Q.    In a rodent study that is giving a dose of

21   5,000 kilograms per kilogram per day, let's say in a

22   mouse, can you tell me about how you go about determining

23   what that would equate to in terms of a human dose?

24               MS. FORGIE:  Objection, vague, ambiguous,

25          calls for speculation.

Dr. Charles Jameson
July 19, 2019

Page 163

1              You can answer.

2              THE WITNESS:  You'd have to do a

3         calculation.  If you're doing -- if you're doing

4         say 5,000 milligrams per kilogram?

5    BY MR. DERRINGER:

6         Q.    Yeah.

7         **A.    You'd have you to figure out if -- you said**

8    **a particular study.  Which study was it?**

9         Q.    In an animal study in mice.

10        **A.    In an animal study.  Well, then let's just**

11   **assume we're doing a feeding study in mice.**

12        Q.    Okay.

13        **A.    So you'd have to figure out if you're**

14   **giving them something equivalent to 5,000 milligrams per**

15   **kilogram bodyweight, have you to figure outs how many**

16   **grams the animals eat a day, what their average**

17   **bodyweight is, and then you have to figure out how much**

18   **material you put in the feed so that when they eat their**

19   **five to six grams of feed a day that they're getting an**

20   **equivalent dose of 5,000 milligrams per kilogram of**

21   **bodyweight.  Then you --**

22        Q.    Of the chemical you're trying to test,

23   right?

24              MS. FORGIE:  Wait, let him finish.

25              THE WITNESS:  Of the chemical.

Dr. Charles Jameson
July 19, 2019

Page 164

1    BY MR. DERRINGER:

2         Q.    Okay.  Go ahead.

3              MS. FORGIE:  Let him finish, and then he'll

4         do his next question.  Okay?  It's a question and

5         answer format.

6              THE WITNESS:  Yes, ma'am.

7              MS. FORGIE:  Thank you.

8              THE WITNESS:  And so you figure out what

9         the concentration -- what the percentage is in the

10        feed that the animals were eating that gave them

11        the 5,000 milligrams per kilogram bodyweight, and

12        then you go back and you monitor what the level of

13        compound X or glyphosate is in the food that

14        people eat.  And, you know, it's much smaller than

15        the 5,000 milligrams per kilogram bodyweight, but

16        you take that to figure out how many milligrams

17        per kilogram a human takes.  So if you want to do

18        a study -- if you say you want to do a study at a

19        human relevant dose, then you figure out what the

20        concentration is of the compound X that people are

21        exposed to, and then you mix that in the feed and

22        give it to the animals, and that's a human

23        equivalent dose.  But it's -- it's usually a much

24        lower level, and the purpose of doing that is to

25        say, well, the animals don't get sick or the

**Dr. Charles Jameson**
**July 19, 2019**

Page 165

 1          animals don't get cancer based on that dose, but

 2          it doesn't tell you anything about if the chemical

 3          can cause cancer or not.

 4     BY MR. DERRINGER:

 5          Q.    If you look at your exhibit, your chart

 6     that is Exhibit 10, you go to Sugimoto, and you see for

 7     malignant lymphoma, Dr. Portier reports significant

 8     finding for trend?

 9          **A.    Yes.**

10          Q.    And the highest dose that the mice in the

11     Sugimoto study were given was 40,000 parts per million;

12     is that right?

13          **A.    Yes.  Yes.**

14          Q.    Do you have any way of telling the jury

15     what that is in terms of a human equivalent test?

16          **A.    You mean how many times more it is than**

17     **what -- I don't know what humans are exposed to as far as**

18     **glyphosate is concerned.**

19          Q.    You have no knowledge of what humans are

20     exposed to from the epidemiology studies?

21          **A.    Well, the --**

22          MS. FORGIE:  Wait.  Wait.  Objection.

23          Now you may answer.

24          THE WITNESS:  From the epidemiology

25          studies, what that tells me is that at real world

**Dr. Charles Jameson**
**July 19, 2019**

Page 166

```
 1          concentrations, at concentrations of Roundup that
 2          people are being exposed to in their daily lives
 3          in the application of the material for whatever
 4          they're using it for, at real world
 5          concentrations, Roundup is causing non-Hodgkin's
 6          lymphoma in those people.  So that's a real dose
 7          that -- I mean, that tells you that they're
 8          getting dosed at a level that causes this
 9          non-Hodgkin's lymphoma.
10  BY MR. DERRINGER:
11          Q.   How much glyphosate are humans exposed to?
12          A.   How much glyphosate?
13          Q.   Yeah.  You said -- you testified you don't
14  know what humans are exposed to as far as glyphosate is
15  concerned.  I assume you were being truthful when you
16  said that?
17               MS. FORGIE:  Objection, mischaracterizes
18          the testimony.
19               THE WITNESS:  If I said that, I don't
20          know -- I was mistaken.  I don't remember --
21  BY MR. DERRINGER:
22          Q.   I was asking you --
23          A.   I just said that a little while ago; is
24  that what you're saying?
25          Q.   Well, I have it up on the realtime here.
```

Dr. Charles Jameson
July 19, 2019

Page 167

1   But --
2           A.    Okay.  Sorry.
3                 MS. FORGIE:  Wait.  Wait.  Wait for a
4           question, and then give -- and the objection, and
5           then give an answer, please.  Okay?
6   BY MR. DERRINGER:
7           Q.    I think you're doing fine.
8                 The 40,000 parts per million that was given
9   in a high dose in the Sugimoto mouse study, someone
10  wanted to figure out what that translates to for a human,
11  how much glyphosate would I need to be exposed to as a
12  human to be exposed to the equivalent of 40,000 parts per
13  million in a mouse.
14          A.    Okay.
15          Q.    Could you answer that question?
16          A.    Sure.
17          Q.    Okay.  How much I would need to be exposed
18  to?
19          A.    You would have to know how much a person
20  eats on a daily basis and then mix in 4 percent
21  glyphosate, and that would be the dose that the animals
22  are getting.
23          Q.    Why 4 percent?
24          A.    Because 40,000 parts per million is
25  4 percent.

**Dr. Charles Jameson**
**July 19, 2019**

Page 168

1          Q.    Of what?

2          **A.    Of milligram per kilogram -- or 40,000**

3  **parts per million, if you do the calculations, is**

4  **40 percent by weight of something.**

5          Q.    So you --

6                MS. FORGIE:  When you finish with this

7          subject, we'll take a break, please.  Go ahead and

8          finish.

9  BY MR. DERRINGER:

10         Q.    So you'd have to know how much a person

11 eats on a daily basis, and then you mix -- and you take

12 that as what kind of volume, what kind of measurement?

13         **A.    How many grams, how many pounds, how many**

14 **ounces that they eat a day.**

15         Q.    Okay.  Whatever that is, you would take

16 4 percent of that number and give the human that amount

17 of glyphosate, 4 percent of whatever that total intake

18 is.  I want to make sure I'm understanding what you're

19 saying.

20                MS. FORGIE:  Objection.

21                You can answer.

22                THE WITNESS:  No.  What I'm saying is you

23         would measure how much a person eats a day, and

24         for the sake of argument, let's say it's 5 pounds

25         or 2 pounds or 3 pounds or however much it is.

Dr. Charles Jameson
July 19, 2019

Page 169

1          Okay?  But if it's -- if a person eats three
2          pounds of food a day, then what you would do is
3          you would take that three pounds that the person
4          is going to eat and add 4 percent glyphosate to
5          it, and then that would be 40,000 parts per
6          million of the food that they're eating.
7    BY MR. DERRINGER:
8          Q.    I'm not following you when you say
9    4 percent glyphosate.
10         **A.    Okay.  If it's --**
11              MS. FORGIE:  Wait.  What's the question?
12   BY MR. DERRINGER:
13         Q.    I'm done with my question.  Go ahead.
14              MS. FORGIE:  What's the question?
15              MR. DERRINGER:  I'm asking him what he
16         means by 4 percent glyphosate.  We're doing just
17         fine here.
18              MS. FORGIE:  You know what, I can make
19         whatever objections I want.
20              MR. DERRINGER:  I understand.
21              MS. FORGIE:  And I will.
22              MR. DERRINGER:  And I think you're
23         over-objecting, that's your prerogative, and
24         interrupting my questions, but go ahead.
25              MS. FORGIE:  I have not interrupted any

Dr. Charles Jameson
July 19, 2019

Page 170

1          questions.  I'm entitled to know what the question

2          is.  I am.  I'd give you the same courtesy.

3    BY MR. DERRINGER:

4          Q.    What do you mean by 4 percent glyphosate?

5          **A.    If a person eats two -- hypothetically, if**

6    **a person eats 2 percent -- I mean, 2 pounds of food a**

7    **day, then you take 2 pounds and multiply that by 4**

8    **percent and get, what is it, .08 pounds or .008.  I can't**

9    **do the math in my head.  But you multiply the amount they**

10   **eat by the 4 percent and then add that weight of**

11   **glyphosate to the food.**

12         Q.    I thought that's what I said before, which

13   makes me -- reassures me that maybe I wasn't completely

14   misunderstanding.  Let's make it actually a complete

15   hypothetical but easy for the math.

16         **A.    Okay.**

17         Q.    If someone eats a hundred pounds of food a

18   day, if their intake, their daily intake is a hundred

19   pounds of food, what you're saying is to get the

20   equivalent dose in that human as was fed to the mice in

21   the Sugimoto study at 40,000 parts per million, you would

22   give them 4 pounds of glyphosate; is that right?

23              MS. FORGIE:  Objection.  He's not here to

24         answer hypotheticals.  He's here as a fact

25         witness.  I'll let him answer it anyway.

Dr. Charles Jameson
July 19, 2019

Page 171

1            THE WITNESS:  Yes.
2    BY MR. DERRINGER:
3            Q.    Okay.  Thank you.
4            **A.    That's just in -- I'm sorry.**
5            Q.    Are you aware, Dr. Jameson, in any study
6    anywhere that concluded people in the real world are
7    exposed to anything more than 5 milligrams per kilogram
8    per day of glyphosate?
9            **A.    I'm sorry.  Could you repeat that?**
10           Q.    Sure.  Are you aware of any study anywhere
11   that concluded that people in the real world are exposed
12   to anything more than 5 milligrams per kilogram per day
13   of glyphosate?
14           **A.    I can't say because I don't know what route**
15   **of exposure you're talking about.**
16           Q.    Any route.
17           **A.    I don't know that that information is**
18   **known.**
19           Q.    My question is a little different.  Are you
20   aware of any study anywhere that concluded that people in
21   the real world are exposed to anything more than
22   5 milligrams per kilogram per day through any route of
23   exposure of glyphosate?
24           MS. FORGIE:  Objection, asked and answered.
25           You can answer it again.

Dr. Charles Jameson
July 19, 2019

Page 172

1          THE WITNESS:  I'm not aware that anybody

2       has studied anything like that.

3   BY MR. DERRINGER:

4          Q.    Can you name a study, as you sit here

5   today, that has found that people in the real world are

6   exposed to more than 5 milligrams per kilogram per day of

7   glyphosate through any route of exposure?

8             MS. FORGIE:  Objection, asked and answered.

9       That's the third time same question.

10            You can answer it again.

11            THE WITNESS:  I'm not aware of any studies.

12  BY MR. DERRINGER:

13         Q.    Are you aware of any study anywhere that

14  has ever found that humans in the real world are exposed

15  to glyphosate through any route of exposure in a dose of

16  more than one milligram per kilogram per day?

17            MS. FORGIE:  Objection.

18            THE WITNESS:  I'm not aware that there are

19       any studies of that.

20            MR. DERRINGER:  Okay.  Why don't we take

21       our break.

22            MS. FORGIE:  Great.  Thank you.

23            THE VIDEOGRAPHER:  The time is 1:36.  Off

24       record.  End of Media 3.

25            (BREAK.)

Dr. Charles Jameson
July 19, 2019

Page 173

```
 1              THE VIDEOGRAPHER:  We're back on record.
 2          The time is 1:50.  This is the start of Media 3.
 3          We ended Media 2 earlier.
 4  BY MR. DERRINGER:
 5          Q.   Dr. Jameson, what does it mean to be
 6  statistically significant at the 0.5 level?
 7          A.   That means that the probability that what
 8  you're observing by -- the probability of the effect
 9  you're looking at, you're 95 percent confident that it's
10  not happening by chance.
11          Q.   So just to make it a little more concrete,
12  do you agree that at the .05 level of statistical
13  significance, if you ran a test a hundred times, even if
14  there's no real effect of what you're testing of the
15  chemical that you're testing, you're still going to
16  expect to see five positive results by chance alone?
17              MS. FORGIE:  Objection.
18              THE WITNESS:  I guess that's possible.
19  BY MR. DERRINGER:
20          Q.   In other words, you'd expect to see one
21  false positive result for every 20 tests that you run at
22  the P .05 level.  That's what that means?
23              MS. FORGIE:  Objection.
24              THE WITNESS:  I don't know that I would
25          agree with that.
```

Dr. Charles Jameson
July 19, 2019

Page 174

1   BY MR. DERRINGER:

2           Q.    Okay.  So, under a P level of -- a

3   statistical significance level of .05, if you ran 20

4   tests, how many false positive results would you expect

5   to see?

6               MS. FORGIE:  Objection.

7               THE WITNESS:  If I ran 20 tests, I wouldn't

8           expect to see any.

9   BY MR. DERRINGER:

10          Q.    If you ran 20 tests in an animal study, you

11  wouldn't expect to see any false positive results?

12          **A.    I don't know that I'd define them as false**

13  **positives.**

14          Q.    How would you define them?

15          **A.    Anomalous results.**

16          Q.    Let me think about an example different

17  than an animal study.  Let's take a pregnancy test.

18  Okay?  And you know that -- in the context of a pregnancy

19  test, are you familiar with a false positive?

20              MS. FORGIE:  Objection.

21              THE WITNESS:  In the context of a pregnancy

22          test, a false positive.  That means you get a

23          result that says it's positive when it's really

24          negative.

25  ///

**Dr. Charles Jameson**
**July 19, 2019**

Page 175

1   BY MR. DERRINGER:

2          Q.   Correct.

3          **A.   Okay.**

4          Q.   Okay.  So if someone wanted to find out if

5   she was pregnant, and you had a pregnancy test that

6   advertised it was accurate to a .05 level of statistical

7   significance.  Okay?

8          **A.   Okay.**

9          Q.   And she took that same test a hundred

10  times, am I right that at that level of statistical

11  significance she could expect to see five false positive

12  results?

13              MS. FORGIE:  Objection.

14              THE WITNESS:  She would -- may see five

15          anomalous results, right.

16  BY MR. DERRINGER:

17         Q.   Okay.  And you refer to these as anomalous

18  results.  These anomalous results, in your words, is it

19  the same thing as finding -- these results are -- appear

20  by chance.  Is that the same thing?

21         **A.   Means that they're --**

22              MS. FORGIE:  Objection.

23  BY MR. DERRINGER:

24         Q.   Go ahead.

25         **A.   They're different than the majority of the**

Dr. Charles Jameson
July 19, 2019

Page 176

1  **results.**

2        Q.    Right.  And they're also not reflective of

3  what's actually happening, right, because it's testing

4  someone who's not pregnant, and it's giving you results

5  that indicate she is pregnant.  That's what a false

6  positive is; right?

7              MS. FORGIE:  Objection.

8              THE WITNESS:  Yeah, that's the anomalous

9        results I was referring to before, yes.

10  BY MR. DERRINGER:

11        Q.    Okay.  Do you have any sense of how many

12  different tests were conducted in the five studies that

13  you've identified that generated positive statistically

14  significant at the .05 level results?  That's the Stout,

15  Brammer, Sugimoto, Wood, and Lankas studies.  Do you have

16  any idea how many tests were run total in those studies

17  to get to those results?

18        **A.    I don't follow.  I don't -- I don't**

19  **understand what you're asking.**

20        Q.    Okay.  I'll try to think of a different way

21  to ask it, and we can return to that.

22              I know from your prior depositions you were

23  involved with the National Toxicology Program; is that

24  correct?

25        **A.    Yes.**

Dr. Charles Jameson
July 19, 2019

Page 177

1      Q.     You worked there from 1980 to 2008.  Do I
2  have that right?
3      **A.     Actually, for the National Toxicology**
4  **Program, I worked from 1978 to 2008.**
5      Q.     So you were at the -- and I'm going to
6  refer to the National Toxicology Program as the NTP for
7  short.  Is that okay?
8      **A.     That's fine.**
9      Q.     You worked at the NTP, then, for 30 years?
10      **A.     Yes.**
11      Q.     And you worked on five editions of the
12  report on carcinogens?
13      **A.     I believe five is the number, yes.**
14      Q.     Do you know how many editions of the report
15  on carcinogens exist as of today?
16      **A.     I believe it's up to 14.**
17      Q.     And have you reviewed the 14th edition of
18  the report on carcinogen that was published in November
19  of 2016?
20      **A.     I looked through it, yes.**
21      Q.     All right.  I'm handing you what I've
22  marked as Exhibit 18.
23             (Exhibit 18 was marked for identification.)
24  BY MR. DERRINGER:
25      Q.     Exhibit 18 is titled "14th Report on

**Dr. Charles Jameson**
**July 19, 2019**

Page 178

1   Carcinogens 2016."

2              And you'll see some blue dividing pages.

3   Those are not in the original report.  I inserted them

4   just for convenience so you can see the different

5   sections or easily turn to the different sections?

6          **A.     Okay.**

7          Q.     Is this the 14th report on carcinogens

8   dated 2016 from the National Toxicology Program?

9          **A.     It appears to be the cover from that, yes.**

10         Q.     And if you go to the first page after the

11  first blue page, does this page and the subsequent few

12  pages list or describe the substances listed in the 14th

13  report on carcinogens?

14         **A.     It appears to be the index to the 14th**

15  **report, yes.**

16         Q.     And the substances -- when you say the

17  index, I'm looking at the page that's titled "Substances

18  Listed in the 14th Report of Carcinogens."

19              Are you looking at that too?

20         **A.     I'm looking at that too, yes.**

21         Q.     So these are the substances that are listed

22  by the National Toxicology Program as known to be human

23  carcinogens, reasonably anticipated to be human

24  carcinogens.  I guess that's it.

25         **A.     Uh-huh.**

Dr. Charles Jameson
July 19, 2019

Page 179

1          Q.    Right?

2          **A.    Uh-huh.  Yes.**

3          Q.    And this was published November 2016 after

4    IARC released its Monograph 112 on glyphosate.  Do you

5    know that one way or the other?

6          **A.    Yes, that's accurate.**

7          Q.    Is glyphosate listed anywhere in this

8    national toxicology report -- National Toxicology Program

9    report on carcinogens under substances listed in the 14th

10   report on carcinogens?

11         **A.    No.**

12         Q.    Is Roundup listed anywhere in -- under the

13   substances listed in the 14th report on carcinogens?

14         **A.    No, but it wouldn't be because I don't**

15   **think the report on carcinogens would list something by a**

16   **registered trade name.**

17         Q.    Is POEA listed anywhere in the 14th edition

18   of the report on carcinogens?

19         **A.    No.**

20         Q.    Is any ingredient that's known to you to be

21   in any Roundup formulation listed in the 14th edition of

22   the report on carcinogens?

23         **A.    Not to my knowledge.**

24         Q.    Now, in the Pilliod trial, you testified

25   that glyphosate is not listed as a carcinogen in the

Dr. Charles Jameson
July 19, 2019

Page 180

1    report on carcinogens because it has not been reviewed

2    for inclusion in the report.  You still stand by that

3    statement?

4         A.    I do.

5         Q.    Okay.  I mean, how do you know that

6    glyphosate has not been reviewed for inclusion in the

7    report on carcinogen?

8         **A.    Well, based on my many years of experience**

9    **as director for the report of carcinogens while I was at**

10   **the NTP, in the years that I was the director and**

11   **involved, glyphosate never came up for consideration.**

12   **And I have kept in touch -- well, not so much in the past**

13   **couple of years, but I kept in touch with the people at**

14   **NTP, especially in the report on carcinogens group since**

15   **it was my old group, and they never said or mentioned**

16   **anything about glyphosate being nominated for**

17   **consideration for the report on carcinogens.**

18        Q.    When was the last time you spoke to anybody

19   at the NTP about that issue?

20        **A.    It was probably three years ago.**

21        Q.    What does it take?  What's required for a

22   substance to be nominated for inclusion in the report on

23   carcinogens?

24             MS. FORGIE:  Objection.

25             THE WITNESS:  Well, a substance can come up

**Dr. Charles Jameson**
**July 19, 2019**

Page 181

1    or be nominated for consideration from any of a

2    number of sources.  The National Toxicology

3    Program goes out to a number of other government

4    agencies like the EPA and OSHA, NIOSH, all the

5    regulatory agencies, FDA, goes out to them and

6    asks them if they are aware of or have any

7    chemicals or mixtures or exposure circumstances,

8    if you will, that they feel are known or possible

9    carcinogens and should be reviewed for inclusion

10   in the report on carcinogens.  So you get

11   nominations from that.

12        The NTP, from time to time, also goes out

13   with federal register notices, and that goes out

14   to the public and asks the public if they have any

15   materials, chemicals, exposure circumstances, what

16   have you, if they're aware of anything that they

17   are concerned that maybe a carcinogen have any

18   data to support that, and do they want to nominate

19   it for possible consideration for the report on

20   carcinogens.

21        Also, at NTP or -- they have internal

22   committees or a internal committee called like a

23   nomination committee, is what it used to be

24   called, where they go and review the literature,

25   the open literature, and see if there is any

**Dr. Charles Jameson**
**July 19, 2019**

Page 182

1    material that has been -- has come out in a

2    publication that lists the study where it has been

3    investigated for causing cancer, and if it is,

4    then it could be added to the list of possible

5    nominations.

6           They also may go through an exercise of

7    trying to identify chemicals through a structured

8    activity evaluation meaning that you look at the

9    chemicals that are known carcinogens or

10   anticipated carcinogens and the molecular or the

11   chemical structure of those materials and see if

12   there is any commercial materials or any other

13   materials that may have a similar pinnacle

14   structure, and since they have a similar chemical

15   structure and knowing a little bit about, if you

16   will, about the mechanism of how the known

17   carcinogen causes tumors or causes cancer in

18   animals and/or humans, and this other structurally

19   related compound may have -- has a potential to

20   react the same way in mammals, in humans or in

21   animals, then that may come up as a potential

22   nomination to see if there is any data to that

23   effect and what have you.

24          So, there are all kinds of different ways

25   that chemicals get nominated, and that's what I

Dr. Charles Jameson
July 19, 2019

Page 183

1        know.

2   BY MR. DERRINGER:

3        Q.    Thank you.  So if I heard you correctly,

4   chemicals can get nominated as a result of at least four

5   different pathways.  You mentioned that the NTP reaches

6   out to various U.S. Government health agencies to see if

7   they've got any nominations?

8        **A.    Yes.**

9        Q.    Right?  Okay.  And then You also mentioned

10  that the NTP publishes in the federal register notices

11  that invite the general public to nominate substances for

12  inclusion in the general list; is that right?

13       **A.    Right.**

14       Q.    And then you also mentioned that the NTP

15  has internal committees that do their own evaluation of

16  whether there are chemicals or substances that should be

17  considered for inclusion on the report on carcinogens;

18  correct?

19       **A.    Right.**

20       Q.    And then you also mentioned this structure

21  activity evaluation that is also performed by the NTP?

22       **A.    Well, by that nomination committee would do**

23  **something like that.**

24       Q.    Okay.  And a nomination might come up as a

25  result of that; right?

**Dr. Charles Jameson**
**July 19, 2019**

Page 184

1          **A.       True.**

2          Q.    Do you believe, based on your experience at

3    the NTP, that the NTP follows a thorough process for

4    identifying substances that should be included on the

5    report on carcinogens?

6          **A.       What do you mean by thorough?**

7          Q.    Do you believe that the process followed by

8    the NTP for identifying substances that should be

9    included on the report on carcinogens is a reliable

10   process?

11         **A.       I would say it's a reliable process, but**

12   **based on my past experience, there are materials out**

13   **there that don't come up on the radar until something**

14   **really big happens about them.**

15         Q.    Have you reached out to the NTP to nominate

16   glyphosate as a substance that should be listed on the

17   report on carcinogens?

18         **A.       No.**

19         Q.    Have you suggested to the NTP that the NTP

20   should review glyphosate for consideration on the report

21   on carcinogens?

22         **A.       No.  You're not going to ask me why?**

23              MS. FORGIE:  Bill.  Dr. Jameson, please.

24              THE WITNESS:  Sorry.  I can't help myself.

25              MS. FORGIE:  Well, you --

**Dr. Charles Jameson**
**July 19, 2019**

Page 185

1    BY MR. DERRINGER:

2         Q.    I'm handing you what has been marked as

3    Exhibit 19.

4               Have you seen this before, Dr. Jameson?

5               (Exhibit 19 was marked for identification.)

6               THE WITNESS:  Oh, yes.

7    BY MR. DERRINGER:

8         Q.    This is from the Report on Carcinogens 14th

9    Edition, and it is a section titled "Process for

10   Preparation of the Report on Carcinogens."

11              Do you see that?

12        **A.    Yes, sir.**

13        Q.    Have you reviewed this before?

14        **A.    Yes, sir.**

15        Q.    And is it accurate?

16        **A.    Yes, sir.**

17        Q.    In your experience, Dr. Jameson, what

18   significance is there to the situation where a substance

19   is nominated for review but the NTP decides not to review

20   it?

21        **A.    You're talking specifically for the report**

22   **on carcinogens?**

23        Q.    Yeah.  Well, isn't that what is being

24   described in Exhibit 19, the process for the report on

25   carcinogens?

Dr. Charles Jameson
July 19, 2019

Page 186

1           **A.     Yes.**

2           Q.    Okay.  So, with respect to that process,

3    what does it mean, based on your experience, if a

4    substance is nominated for review but the NTP decides not

5    to review that substance?

6                 MS. FORGIE:  Objection.

7    BY MR. DERRINGER:

8           Q.    What is the NTP concluding?

9                 MS. FORGIE:  Objection.

10                THE WITNESS:  Well, what it means is it

11                could be any of a number of reasons for the report

12                on carcinogens.  It could be that they don't have

13                any data available to them to do the review with

14                that the -- well, okay.  Let's say that somebody

15                nominated compound X to be reviewed for the report

16                on carcinogens and the only thing they submitted

17                was the name of the chemical and said that they

18                read in the newspaper that this chemical has been

19                associated with people, and it caused cancer in

20                this group of people.  Something like that would

21                not be enough information based on a report in a

22                newspaper, not in a scientific article but in a

23                newspaper that something has been associated with

24                cancer.  The NTP probably wouldn't pursue that any

25                further.

Dr. Charles Jameson
July 19, 2019

Page 187

1                    However, if they look at the chemical and
2            saw that it was in a class of chemicals that were
3            similar that had shown to be carcinogenic or
4            mutagenic or something like that, they may take
5            the time to do a literature search and see if
6            there is anything in the scientific literature
7            that would substantiate that it should be
8            included.  But I have to admit, under the current
9            administration, the NTP has very limited resources
10           and they are very selective as to what they
11           pursue.
12   BY MR. DERRINGER:
13           Q.    So what I heard from you is that if someone
14   just submitted a newspaper article, that may not be
15   enough for the NTP to actually decide to consider a
16   substance further; is that right?
17           **A.    Correct.**
18           Q.    But what if someone submitted -- well,
19   what's the type of information that, in your experience,
20   the NTP would consider sufficient to at least consider
21   the substance and continue the review process?
22           **A.    If somebody submitted a data packet with**
23   **their nomination that contained some references from some**
24   **peer reviewed scientific studies that showed that the**
25   **material was -- that there was a data available that the**

Dr. Charles Jameson
July 19, 2019

Page 188

1  material was genotoxic or mutagenic, it was -- there was

2  significant exposure to people in the United States of

3  the material, that's an important thing in the criteria

4  for the report on carcinogens that there be documentation

5  that there is exposure to it.  That the exposure, that

6  the material with it may be mutagenic, that it has been

7  tested in laboratory animals and has been shown to have

8  caused tumors in laboratory animals, that would be enough

9  for them to pursue it further.

10         Q.    I'm giving you what I am marking as

11  Exhibit 20.

12               (Exhibit 20 was marked for identification.)

13  BY MR. DERRINGER:

14         Q.    Exhibit 20, Dr. Jameson, is a screenshot

15  from the web site of the National Toxicology Program --

16         A.    Uh-huh.

17         Q.    -- that reflects the testing status of

18  glyphosate.  The logo at the top left -- bless you.

19               MS. BEACH:  Sorry.  Thank you.

20  BY MR. DERRINGER:

21         Q.    Are you familiar with that logo?

22         A.    Yes.

23         Q.    Is that the logo of the National Toxicology

24  Program?

25         A.    Yes, sir.

**Dr. Charles Jameson**
**July 19, 2019**

Page 189

1          Q.     Have you ever been on the National

2    Toxicology Program's web site?

3          **A.     Yes, sir, many times.**

4          Q.     Does this appear to you to be taken from

5    the National Toxicology Program's web site?

6          **A.     I recognize --**

7                 MS. FORGIE:  Objection.

8                 THE WITNESS:  I recognize this as such.

9    BY MR. DERRINGER:

10         Q.     Okay.  And if you look on the right-hand

11   side of the page towards the bottom under related links,

12   does this suggest to you that, in fact, both glyphosate

13   and Roundup have been nominated for inclusion in the

14   report on carcinogens?

15         **A.     From this web site?  No.**

16         Q.     Okay.  What is your understanding of what

17   the listing of glyphosate and Roundup under nomination

18   suggest to you?

19         **A.     I'm under the impression that the Roundup**

20   **in glyphosate was nominated for additional testing by the**

21   **National Toxicology Program, not that it should be listed**

22   **in the report on carcinogens.**

23         Q.     And, in fact, at your deposition back in

24   September, you testified that you were aware that NTP was

25   looking at glyphosate and that they were gathering some

Dr. Charles Jameson
July 19, 2019

Page 190

1    information?

2         A.    Correct.

3         Q.    And also at that deposition, you mentioned

4    that NTP has a program that they actually brought up to

5    their Board of Scientific Counselors and discussed with

6    them to look in the glyphosate and the data that's being

7    generated on glyphosate; is that right?

8         **A.    My understanding is that the NTP presented**

9    **to their Board of Scientific Counselors their study plan**

10   **for doing additional studies of glyphosate and glyphosate**

11   **formulations.**

12        Q.    And what's your understanding of the result

13   of that presentation that NTP made to their Board of

14   Scientific Counselors of their study plan?

15        **A.    I think the Board of Scientific Counselors**

16   **were very supportive of doing the additional work.**

17        Q.    Do you know when NTP made that

18   presentation?

19        **A.    I'd have to go online and see if I can**

20   **find -- oh, you're going to show it to me.  I personally**

21   **don't know when that was, but it was sometime within the**

22   **past year or so.**

23        Q.    Okay.  Let me show you Exhibit 21.

24              (Exhibit 21 was marked for identification.)

25   ///

Dr. Charles Jameson
July 19, 2019

Page 191

1    BY MR. DERRINGER:

2         Q.    Exhibit 21 is a summary minutes from the

3    NTP Board of Scientific Counselors dated June 15th to

4    16th, 2016.  Have you seen this before?

5         **A.    I think I skimmed through this online, yes.**

6         Q.    And if you go to page -- it looks like

7    11 -- well, is this -- are these summary minutes of the

8    type of meeting you referred to before where NTP would

9    make presentations to the Board of Scientific Counselors?

10   Is that what this is?

11        **A.    When I made --**

12        Q.    You were referring before about -- with

13   respect to glyphosate in particular, you said you were

14   aware that the NTP had made a presentation to its Board

15   of Scientific Counselors represented a study plan?

16             MS. FORGIE:  Objection.

17             THE WITNESS:  Is that -- I said that today

18        or in my testimony?

19   BY MR. DERRINGER:

20        Q.    Well, you said that back in September --

21        **A.    Okay.**

22        Q.    And I'll just read it back to you.  You

23   said, "NTP has a program that they actually brought up to

24   their Board of Scientific Counselors and discussed with

25   them to look in the glyphosate and the data that's being

Dr. Charles Jameson
July 19, 2019

Page 192

1   presented on glyphosate."  Do you recall that?

2          **A.    I remember that, I just didn't remember**

3   **making that statement here today.**

4          Q.    Well, today what you said is that your

5   understanding is that NTP presented to their Board of

6   Scientific Counselors their study plan for doing

7   additional studies of glyphosate and glyphosate

8   formulations.  So is this -- and take your time.  I know

9   you've just looked at it online maybe, but I'll direct

10  you to pages 11 and 12, which appear to be the section of

11  the summary minutes where a presentation on glyphosate

12  research scoping was done.

13          **A.    Uh-huh.**

14          Q.    And my question to you is simply is this

15  the presentation that you were referring to just before?

16          **A.    Yes.**

17          Q.    Okay.  And I should -- I should be a little

18  more precise.  The presentation itself is not contained

19  in here, is it?

20          **A.    Oh, no.  This is just -- these are the**

21  **minutes or the proceedings from that board meeting.**

22          Q.    Yes.  That's what I wanted to be a little

23  more precise about there.

24                 And this was done back in June of 2016;

25  correct?

**Dr. Charles Jameson**
**July 19, 2019**

Page 193

1          A.     Correct.  I didn't realize it had been all

2     that long ago.

3          Q.     Three years ago; right?

4          A.     Correct.

5          Q.     Okay.  And what the NTP has done in those

6     three years is they've publicized their recent findings

7     from their own studies to explore whether glyphosate and

8     glyphosate formulations induce oxidative stress.  Are you

9     aware of that?

10          A.     I've seen something to that effect online.

11          Q.     I'm handling you what I have marked as

12     Exhibit 22, and I am not going to ask you to read

13     anything --

14          A.     No?

15          Q.     -- anything other than the title there.

16     It's in very small print, the actual slides, I

17     understand, which is why I wanted to tell you right away

18     I don't want you to labor it trying to --

19          A.     Okay.

20          Q.     -- read what's printed on the actual

21     slides.

22              (Exhibit 22 was marked for identification.)

23     BY MR. DERRINGER:

24          Q.     The title of this -- well, first, it bears

25     the logo of the NTP in the upper left; is that right?

Dr. Charles Jameson
July 19, 2019

Page 194

1        **A.      Correct.**

2        Q.      And the title is Effects of Glyphosate and

3    its Formulations on Markers of Oxidative Stress and Cell

4    Viability in HepaRG and HaCaT Lines.  Do you know what

5    those cell lines are?

6        **A.      No, not really.**

7        Q.      Okay.  And the authors are all from a

8    division of the National Toxicology Program in Research

9    Triangle Park, North Carolina.  That's close to where you

10   used to live; is that right?

11       **A.      Yes, sir.**

12       Q.      Do you know any of these authors?

13       **A.      Yes, sir.  I know Mike DeVito, but to be**

14   **honest with you, that's the only name I recognize.**

15       Q.      Okay.

16       **A.      I retired from NIEHS 12 years ago, so 2008**

17   **almost.**

18              MS. FORGIE:  You answered.

19   BY MR. DERRINGER:

20       Q.      You have seen this before.  You saw this in

21   the Pilliod trial; is that right?

22       **A.      Yeah.  They provided a copy of this at the**

23   **Pilliod trial, but I have seen it online as well.**

24       Q.      You had?  Again, I'm not going to ask you

25   to read what's in the slides, and I'm not going to ask

Dr. Charles Jameson
July 19, 2019

Page 195

1   you any questions what's in the slide because I

2   understand you can't read it, but since you've told me

3   that you've seen this online, and you can at least read

4   the title and that it's an NTP study and the authors,

5   that your understanding that this is one of the studies

6   that the NTP has done at evaluating the relationship, if

7   any, between glyphosate and glyphosate-based formulations

8   in the inducement of oxidative stress?

9        **A.    This is a slide of a poster that was**

10   **prepared by the NTP describing their studies.**

11        Q.    Do you have any idea what the results of

12   their studies on oxidative stress with respect to

13   glyphosate and glyphosate-based formulation are?

14        **A.    I can't say for a fact anything about this**

15   **because, A, it's my understanding that this was a poster**

16   **that was presented to the Board of Scientific Counselors.**

17   **This wasn't presented at a scientific meeting or anything**

18   **like that.  So it's not a really -- you cannot consider**

19   **it a scientific publication.  It's not peer reviewed,**

20   **it's nothing like that.  Plus if you look at the box at**

21   **the lower left-hand side, it says that this is all**

22   **preliminary data and doesn't necessarily represent the**

23   **final evaluation by the NTP.  So it really doesn't --**

24   **it's worthless.**

25        Q.    Okay.  What box are you looking at?

Dr. Charles Jameson
July 19, 2019

Page 196

1          **A.      The lower right-hand corner, the very**
2  **bottom box.**
3          Q.     Yeah, and you can read that?
4          **A.      No, but I looked at it online, and I can**
5  **read it when I have it online.**
6          Q.     Oh, okay.  So then can you tell me what the
7  conclusions were from this poster presentation?
8                  MS. FORGIE:  Objection, asked and answered.
9                  THE WITNESS:  Can I tell --
10                 MS. FORGIE:  Wait, wait, wait, please.
11         Objection, asked and answered.
12                 You may answer it again.  Go ahead.
13                 THE WITNESS:  I said, what it says about
14         the results that are posted here, it really
15         doesn't mean anything because it's all preliminary
16         and not the final determination of the NTP.
17  BY MR. DERRINGER:
18         Q.     Right.  And I appreciate --
19         **A.      It's not a peer reviewed paper or a piece**
20  **of work.**
21         Q.     I appreciate that, but you're familiar
22  enough with this poster presentation that you could
23  recite to me what this bottom right-hand box says, and I
24  want to know if you're also familiar enough that you can
25  tell me what the conclusions of this study were as

**Dr. Charles Jameson**
**July 19, 2019**

                                                    Page 197

 1   reflected in the poster presentation.  Are you able to

 2   tell me what the results and the conclusions are?

 3             MS. FORGIE:  Objection, asked and answered

 4        twice.

 5             You can answer it again.

 6             THE WITNESS:  I can't read that here.  I

 7        don't remember what it said, but when I saw that

 8        this was -- you know, this was preliminary and not

 9        the final determination of the NTP, I didn't pay

10        any attention to it, so...

11   BY MR. DERRINGER:

12        Q.   All right.  Let me hand you what's been

13   marked as Exhibit 23.

14             (Exhibit 23 was marked for identification.)

15             MS. FORGIE:  Thank you.

16   BY MR. DERRINGER:

17        Q.   You're welcome.  Sir, Exhibit 23 is an

18   abstract titled "Effects of Glyphosate and its

19   Formulations on Markers of Oxidative Stress and Cell

20   Viability in HepaRG and HaCaT Cell Lines."

21             The author block includes authors from the

22   NIEHS in Research Triangle Park, North Carolina.  Have

23   you seen this before?

24        **A.   No.**

25        Q.   What is the NIEHS, if you know?

Dr. Charles Jameson
July 19, 2019

Page 198

1          A.    It's the National Institute of

2     Environmental Health Sciences, part of the National

3     Institute of Health.  It's the only institute that is not

4     located in Bethesda, Maryland but is located in Research

5     Triangle Park, North Carolina.

6          Q.    And if you take --

7          A.    I worked there for 28 years.

8          Q.    Take a look at Exhibit 22, which is the

9     poster presentation, does Exhibit 23 include the same

10    authors as the poster presentation on Exhibit 22?

11         A.    It lists the same authors as this printed

12    page has, but this is just a printed page.  This doesn't

13    say anything other than -- I mean -- sorry.

14         Q.    That's okay.  If you look at the middle of

15    Exhibit 23, maybe ten lines down, there's a sentence that

16    begins -- well, there's a line that begins with the word

17    "respectively."  And then next to that word, there's a

18    sentence that begins, "It has been proposed."

19              Do you see that?

20         A.    Where is this again?  I'm sorry.

21         Q.    If you go about 10 lines down, there is a

22    line that begins with the word "respectively."

23         A.    Oh, okay.

24         Q.    And if you look at the sentence that begins

25    just after that, it reads, "It has been proposed that

**Dr. Charles Jameson**
**July 19, 2019**

Page 199

1    oxidative stress may be a mechanism by which GLY" --

2    which is glyphosate -- "could potentially cause cancer."

3                    Do you see that?

4         **A.    I see where it says that, yes.**

5         Q.    And are you aware that that -- that, in

6    fact, it has been proposed that oxidative stress may be a

7    mechanism by which glyphosate could potentially cause

8    cancer?

9         **A.    That's one of the -- it's known that**

10   **glyphosate causes oxidative stress in cells, yes.**

11        Q.    Okay.  And tell me what you're basing that

12   on?

13        **A.    Based on my review of the data for the IARC**

14   **Monograph.**

15        Q.    Which studies?

16        **A.    I would have to look at the IARC Monograph**

17   **to tell you the studies.**

18        Q.    But your conclusion that glyphosate causes

19   oxidative stress is based entirely on whatever studies

20   are included in the IARC Monograph that address that

21   study; is that right?

22                    MS. FORGIE:  Objection.

23                    THE WITNESS:  Based on the

24              publicly-available peer reviewed data that is

25              available to us for Monograph 112 for review of

**Dr. Charles Jameson**
**July 19, 2019**

Page 200

 1         glyphosate.

 2     BY MR. DERRINGER:

 3         Q.    Okay.  I want to just make sure that I

 4     understand what you're saying because it's a little bit

 5     different, and I have to know what you're relying on to

 6     come to this conclusion that you just expressed about

 7     glyphosate and oxidative stress.

 8               You said that that conclusion is based on

 9     the available peer reviewed data that was available to

10     you from Monograph 112 for review of glyphosate?

11         **A.    Yes.**

12         Q.    And I want to know if it includes

13     anything -- if you're including anything within that that

14     is greater than what is actually written and published in

15     the IARC Monograph Number 112.  I wasn't at the meeting

16     with you in Lyon, France.  All I can tell from what was

17     considered there is what's printed in the published

18     monograph.  Okay?  And so you understand that; right?

19     That's all I can tell.

20         **A.    Yes.**

21         Q.    Okay.  So I just want to know whether

22     there's anything outside of that published monograph that

23     you are relying on for your conclusion that glyphosate

24     causes oxidative stress.

25               MS. FORGIE:  You can answer.

Dr. Charles Jameson
July 19, 2019

Page 201

1            THE WITNESS:  No objection?  Okay.  Yes,
2        there are other -- there is additional information
3        that I have been able to find in the literature
4        searches that I continued to do on glyphosate and
5        genotoxicity and mutagenicity and oxidative
6        stress, and all of those new publications should
7        be available in my reliance list.
8    BY MR. DERRINGER:
9        Q.    So anything you relied on to come to your
10   conclusion that glyphosate causes oxidative stress is on
11   the --
12            (Telephone interruption.)
13   BY MR. DERRINGER:
14       Q.    Anything you relied on to come to the
15   conclusion that glyphosate causes oxidative stress is
16   included on your materials considered list that was
17   provided to us -- I think our best record right now is
18   some time after midnight last night?
19            MS. FORGIE:  I don't know.  My paralegal
20       sent it.
21   BY MR. DERRINGER:
22       Q.    Is that right?
23       **A.    Yes, it's in my reliance list.**
24       Q.    I just want to make sure, the materials
25   considered list and the reliance list are the same thing?

Dr. Charles Jameson
July 19, 2019

Page 202

1      **A.      Oh, I'm sorry.  Yes.**

2      Q.     Okay.  And as you sit here right now, can

3  you tell me what those additional studies are?

4      **A.      Right off the top of my head, I can't.**

5      Q.     Okay.  Back to Exhibit 23, you understand

6  that this study by the NTP was done to address the

7  hypothesis that oxidative stress may be a mechanism by

8  which glyphosate could potentially cause cancer.  Do you

9  understand that?

10      **A.      That's what this one-page document here**

11  **says.**

12      Q.     Right.  And it says that they are testing

13  glyphosate in human cell lines using several assays that

14  detect reactive oxygen species or their effect; correct?

15      **A.      That's what this document says.**

16      Q.     And if you go down to the bottom -- and,

17  again, I understand you've read this poster presentation,

18  and that would include the conclusions from the poster

19  presentation; right?

20              MS. FORGIE:  Objection.

21              THE WITNESS:  Correct.

22  BY MR. DERRINGER:

23      Q.     And let me ask you if in this Exhibit 23

24  towards the bottom, there is a report of findings that

25  says, "In contrast to the robust indication of reactive

Dr. Charles Jameson
July 19, 2019

Page 203

1   oxygen species by positive controls at both time points,

2   formulations had no effect on reactive oxygen species at

3   one hour and showed a marginal increase on oxygen species

4   at 24 hours."

5            The paper goes on to say, "These data

6   suggests that glyphosate does not induce oxidative

7   stress."

8            And then it says, "In addition, the

9   formulations marginally increased oxidative stress only

10  after significant loss of cell viability."

11           Do you see that?

12       **A.    That's what this document says.**

13       Q.    Does this help refresh your recollection

14  about the conclusions that are contained in the poster

15  presentation that you reviewed online that is reflected

16  at Exhibit 22?

17           MS. FORGIE:  Objection.

18           THE WITNESS:  Not knowing the source of

19           this and what this is all about, I can't say.

20           Plus I would go back to the fact that it says in

21           the poster that this is preliminary information,

22           and it does not reflect the final determination

23           from the NTP.

24  BY MR. DERRINGER:

25       Q.    And that's in this poster in Exhibit 22

Dr. Charles Jameson
July 19, 2019

Page 204

1   that you can't read but you vividly remember from --

2          A.    I remember that because, once I saw that, I

3   discounted the poster.  It's not -- A, it's not a peer

4   reviewed document.  It's not published as far as I know.

5   You couldn't consider it really published because it was

6   a poster that was presented on the Board of Scientific

7   Counselors meeting.  And there's a disclaimer on it that

8   the NTP said this is preliminary and doesn't necessarily

9   reflect the final determination.  So...

10          Q.    Is it your understanding the study that's

11   reflected at the poster presentation that's Exhibit 22

12   was conducted by the NTP as part of its evaluation of

13   glyphosate?

14              MS. FORGIE:  Objection.

15   BY MR. DERRINGER:

16          Q.    Is that your understanding?

17              MS. FORGIE:  Objection.

18          A.    Based -- based on the title, it would -- it

19   appears that it would be.

20   BY MR. DERRINGER:

21          Q.    What does it mean to you when it says on

22   Exhibit 23 that something marginally increases oxidative

23   stress only after significant loss of cell viability?

24          A.    Evidently what they're looking at is

25   causing cytotoxicity.

Dr. Charles Jameson
July 19, 2019

Page 205

1          Q.    What is cytotoxicity?

2          **A.    Cell death.   It's causing the cells to die.**

3          Q.    I'm marking as Exhibit 24 -- can you get

4    that?

5          **A.    Yeah, I got that.**

6                **(Exhibit 24 was marked for identification.)**

7                MS. FORGIE:   Thank you.

8    BY MR. DERRINGER:

9          Q.    Another --

10         **A.    Could I ask a point of clarification,**

11   **please?**

12         Q.    Sure.

13         **A.    Am I supposed to give all these to you when**

14   **we're done? [Toward the court reporter.]**

15         Q.    Yes.

16         **A.    Okay.   Sorry.**

17                MS. FORGIE:   If you have the original

18                exhibits, which I think you do have some of them.

19                THE WITNESS:   Okay.   Thank you.   Just

20                making sure.

21   BY MR. DERRINGER:

22         Q.    Exhibit 24 is a page with the title

23   "Effects of Glyphosate and its Formulations on DNA Damage

24   in HepaRG and HaCaT Cell Lines" with an author block of

25   J. Rice, P. Dunlap, S. Ramaiahgari, S. Ferguson, S.

Page 206

1   Smith-Roe, and M. DeVito, from NIEHS, Durham, North

2   Carolina.

3               Have you seen this before?

4        **A.    No.**

5        Q.    Do you know any of the authors listed in

6   the author block?

7        **A.    Mike DeVito.**

8        Q.    And do you know where Mike DeVito works?

9        **A.    He works at NIEHS.**

10       Q.    And I know you told me this before, I

11  apologize, what does that stand for?

12       **A.    National Institute of Environmental Health**

13  **Sciences.**

14       Q.    And do you see this reports on results from

15  a study that was conducted looking into the effects of

16  glyphosate and its formulations on DNA damage.  Do you

17  see that?

18       **A.    Yes, I do.**

19       Q.    Do you know if these cell lines are human

20  cell lines?

21       **A.    I believe they are.**

22       Q.    And same -- just in the middle of the page,

23  really the same sentence has been written as we looked at

24  before on Exhibit 23, it's written that, "It has been

25  proposed that oxidative stress may be a mechanism by

**Dr. Charles Jameson**
**July 19, 2019**

Page 207

 1   which glyphosate could potentially cause cancer, and to

 2   address this hypothesis, we tested glyphosate in two

 3   human cell lines."

 4              Do you see that?

 5   **A.     Yes.**

 6         Q.     Okay.  And at the bottom of the page it's

 7   written that this data suggests that glyphosate does not

 8   induce double strand DNA damage in the two human cell

 9   lines that were tested and that it also should be noted

10   that the formulations marginally increased oxidative

11   stress only after significant loss of significant cell

12   viability.

13              Again, significant loss of cell viability,

14   that's cell death?  Is that how you understand that?

15              MS. FORGIE:  Objection.

16              THE WITNESS:  It can be equated to cell

17         death, I believe, yes.

18   BY MR. DERRINGER:

19         Q.     Cytotoxicity?

20   **A.     Uh-huh.**

21         Q.     Yes?

22   **A.     Yes.**

23         Q.     And after reading the poster presentation,

24   Exhibit 22, did you reach out to anybody at NTP to

25   inquire further about the study that you read online?

**Dr. Charles Jameson**
**July 19, 2019**

Page 208

```
 1          A.      No.
 2          Q.      Do you agree, Dr. Jameson, that just
 3   because something is genotoxic doesn't mean that it
 4   causes cancer?
 5              MS. FORGIE:  Objection.
 6              THE WITNESS:  Genotoxicity is one of the
 7          known mechanisms for cancer formation in humans.
 8   BY MR. DERRINGER:
 9          Q.      Right.  But if something is found to be
10   genotoxic, that doesn't mean that it necessarily leads to
11   cancer; correct?
12              MS. FORGIE:  Objection, asked and answered.
13              You can answer it again.
14              THE WITNESS:  In and of itself, probably
15          not.
16   BY MR. DERRINGER:
17          Q.      Now, at your deposition last September, you
18   testified that the three human in vivo studies on
19   mechanisms, the mechanistic studies, the three human in
20   vivo studies were the most important of the mechanistic
21   studies to the IARC 112 Working Group, and those were two
22   studies by Paz-y-Miño 2007 and 2011 and the Bolognesi
23   2009 study; do you recall that?
24          A.      Yes.
25          Q.      And are those also the most important
```

**Dr. Charles Jameson**
**July 19, 2019**

Page 209

1    studies for you informing whatever opinion you have based

2    on the mechanistic studies?

3                    MS. FORGIE:  Objection.

4                    THE WITNESS:  For me they are very

5              important studies mainly because they are the

6              three studies that are in humans, and when trying

7              to determine if something is a known carcinogen in

8              humans, the strongest data you can get is from

9              humans, if you can get some data from humans.  So

10             they're very important.  But it's just one piece

11             of the puzzle for looking at all of the data as it

12             relates to the carcinogenic potential for

13             glyphosate and glyphosate formulations.

14   BY MR. DERRINGER:

15             Q.    When you said before that your opinion that

16   glyphosate causes oxidative stress that you arrived at

17   that opinion based on -- based on studies beyond what was

18   considered at IARC, that you had found a few more I think

19   you had said; is that right?

20             **A.    In addition to the studies that were**

21   **discussed at IARC, I have found additional publications**

22   **in the open literature addressing oxidative stress and**

23   **glyphosate Roundup.**

24             Q.    Were any of those studies done in humans?

25             **A.    I believe one or two of them may have been**

Dr. Charles Jameson
July 19, 2019

Page 210

1   **done from either human cells or from biological samples**

2   **from humans, but I have to look at the papers to refresh**

3   **my memory.**

4          Q.    Do you know if any of them were done in

5   vivo in humans, that is in living humans?

6          **A.    I can't recall right now.  I know that a**

7   **number of the studies that I have found have been**

8   **monitoring people who have been exposed to Roundup in the**

9   **field and then take biological samples from them, but as**

10  **far as if they did -- you know, if those studies were**

11  **specifically looking at oxidative stress or not, I can't**

12  **remember.**

13         Q.    Okay.  Let's talk more generally then about

14  genotoxicity.  Do you plan to give the opinion that

15  glyphosate is genotoxic?

16         **A.    If asked that question, I could render an**

17  **opinion that it is, yes.**

18         Q.    All right.  Is that opinion based on any

19  information or studies that became available after you

20  completed your work with IARC?

21              MS. FORGIE:  Objection.

22              THE WITNESS:  It would be based on the data

23              that was reviewed at the IARC meeting in addition

24              to additional data that I have been able -- may

25              have been able to find.  I think I did find in my

**Dr. Charles Jameson**
**July 19, 2019**

Page 211

 1            literature searches since then, and all of those
 2            would be identified in my reliance list.
 3   BY MR. DERRINGER:
 4        Q.    When was the last time you did a literature
 5   search on this topic?
 6        **A.    Oh, on this topic?**
 7        Q.    The topic of glyphosate.
 8        **A.    Did a literature search on the topic of**
 9   **glyphosate?**
10        Q.    Yes.
11        **A.    Yesterday.**
12        Q.    And did you find anything new in that
13   search that you're going to rely on in this case?
14                MS. FORGIE:  Objection.
15                THE WITNESS:  Not yesterday, no.
16   BY MR. DERRINGER:
17        Q.    When was the last time you did a literature
18   search where you found something new that you're going to
19   rely on in this case?
20        **A.    I'm sure it was two weeks ago.**
21        Q.    And what did you find two weeks ago?
22        **A.    Oh, geez, I can't remember.  I'm sorry.  It**
23   **had something to do with -- again, I think they were**
24   **taking urine samples from people that were exposed in the**
25   **field and monitoring them for glyphosate exposure.**

**Dr. Charles Jameson**
**July 19, 2019**

Page 212

1          Q.     What did you find in that?  Was that one

2    study that you found?

3          **A.     I think it was one study.  Again, I need to**

4    **go back to my files and look at the study to be sure.**

5          Q.     Can you tell me anything about that study,

6    as you sit here today, without going back to your files?

7          **A.     Other than the authors concluded that the**

8    **workers and also their children were -- had residue of**

9    **glyphosate in their urine.**

10         Q.     Okay.  We mentioned the two Paz-y-Miño

11   studies and the Bolognesi in 2009.  Are you aware of any

12   other human in vivo study on which you are going to base

13   your conclusion that glyphosate or glyphosate-based

14   herbicides are genotoxic?

15               MS. FORGIE:  Objection.

16               THE WITNESS:  Again, I can't recall for

17         certain which ones they are, but it would be in my

18         reliance list, other than the ones that were

19         already reviewed at IARC.

20   BY MR. DERRINGER:

21         Q.     Paz-y-Miño 2007 was reviewed at IARC;

22   right?

23         **A.     Yes.**

24         Q.     Okay.  I'm handing you Paz-y-Miño 2007.

25   You reviewed this before?

Dr. Charles Jameson
July 19, 2019

Page 213

1          (Exhibit 25 was marked for identification.)

2          THE WITNESS:  Yes, sir.

3   BY MR. DERRINGER:

4          Q.    When was the last time you reviewed it?

5          **A.    Oh, geez.  Probably last -- last September.**

6          Q.    Okay.  You understand that in Paz-y-Miño,

7   they had a control group?

8          **A.    Yes.**

9          Q.    They called it unexposed controls?

10         **A.    Yes.**

11         Q.    Tell me everything you know about the

12  control group.

13         **A.    Everything I know about the control group.**

14         MS. FORGIE:  Objection.

15         Are you wanting him to reread that or just

16         off the top of his head?

17  BY MR. DERRINGER:

18         Q.    Off the top of his head or reread.  You can

19  refer to the study, that's the why I put it in front of

20  you.  Feel free to take your time to look at it.  I just

21  want to know everything you know about the control group

22  that was used in Paz-y-Miño 2007?

23         MS. FORGIE:  If you're going to read, I'm

24         going to run to the bathroom, take a short break,

25         really short.

Dr. Charles Jameson
July 19, 2019

Page 214

1              THE VIDEOGRAPHER:  2:43 off record.

2              (BREAK.)

3              THE VIDEOGRAPHER:  Back on record.  The

4         time is 2:47.

5    BY MR. DERRINGER:

6         Q.    Dr. Jameson, the Paz-y-Miño 2007 study that

7    I put in front of you we've marked as Exhibit 25.  And my

8    question before we took the break was that I'd like you

9    to tell me everything you know either based on your own

10   knowledge or based on what's in the paper about the

11   control group that was used in the Paz-y-Miño 2007 study.

12        **A.    Okay.  Well, as I thought I recalled this,**

13   **but I needed to refresh my memory.  On page 458 of the**

14   **paper, top left-hand first paragraph, it says, "The**

15   **unexposed control group consisted of 21 unrelated healthy**

16   **individuals living 80 kilometers away from the spraying**

17   **area.  They were similar to the exposed group regarding**

18   **their demographic characteristics and occupation but were**

19   **not matched controls.  Blood samples were collected and**

20   **processed as for the exposed group but not**

21   **concomitantly."**

22        Q.    Is there anything else you know about the

23   control group in Paz-y-Miño 2007?

24        **A.    It says here that, "None of the individuals**

25   **analyzing in this study, neither exposed group nor**

Dr. Charles Jameson
July 19, 2019

Page 215

```
 1    controlled group, smoked tobacco, drank alcohol, took
 2    nonprescription drugs, or had been exposed to pesticides
 3    during the course of their normally daily lives.  All of
 4    the individuals included in this study mainly worked at
 5    home sometimes cultivating and harvesting crops without
 6    the use of herbicides, pesticides, or similar substances
 7    in the named activities, and their windowed houses did
 8    not contain asbestos in the ceiling or roofs.
 9            Q.    Is there anything else you can tell me
10    about the control group in Paz-y-Miño 2007?
11            A.    Not without reading the whole paper.
12            Q.    What is your understanding of what is meant
13    when it's written that they were not matched controls?
14            A.    Well, usually, when you do an epidemiology
15    study or a study in humans, you try to match the controls
16    as best you can to the exposed group, to the people that
17    are exposed and the people that aren't exposed, you try
18    to make sure they have the same demographics, that they
19    live in similar areas, that they have similar -- with the
20    exception of the material you're looking at, have similar
21    exposures to everything else.
22            Q.    Why do you want to do that generally?
23            A.    Well, because you need a control to see if
24    what the effect that you're seeing is caused by the
25    material that the one group is being exposed to.
```

Dr. Charles Jameson
July 19, 2019

Page 216

1    Q.    And when you don't match controls, that
2  means that you could have two very different groups,
3  controls versus those who are people you're trying to
4  determine whether the exposure had an effect?
5              MS. FORGIE:  Objection.
6  BY MR. DERRINGER:
7    Q.    Is that right?
8    **A.    That's possible, but the way they explain**
9  **it here, they try to match them up as best they could,**
10 **but they really needed to go far away from where the**
11 **people were being exposed to the Roundup to make sure**
12 **that the group that they had wasn't also exposed to the**
13 **pesticides or herbicide.**
14   Q.    You just said they tried to match them up
15 as best as they could.  We already know from what the
16 authors state that these are not matched controls --
17   **A.    They are not matched, right.**
18   Q.    So what makes you say the authors tried to
19 match them up as best they could?  Where do you get that
20 from?
21   **A.    Well, the statement in here that said, "The**
22 **controls were similar to the exposed group regarding the**
23 **demographic characteristics and occupation but were not**
24 **matched controls."**
25              **So they tried to find people of similar --**

Dr. Charles Jameson
July 19, 2019

Page 217

1    **my reading into that is that they're trying to find**

2    **people with similar economic status and that they had**

3    **occupations or did work similar to what the people that**

4    **were exposed to Roundup were but in something that wasn't**

5    **exposed to Roundup.**

6          Q.    Do you know if the -- and the people who

7    are exposed to Roundup, those are called the cases;

8    right?

9          **A.    Yes.**

10         Q.    So do you know if the cases and the

11   controls were matched according to their medical history?

12         **A.    It doesn't say anything in here about that.**

13         Q.    It does say what they found the individuals

14   of the two groups to be similar with respect to; right?

15         **A.    Well, they said demographic and occupation.**

16         Q.    I missed the demographic.  Where is the

17   demographic?

18         **A.    It's the second sentence in the first**

19   **paragraph on 458.  "They were similar to the exposed**

20   **group regarding their demographic characteristics and**

21   **occupation."**

22         Q.    Thank you.  But the authors don't say they

23   were similar, that is the control group, they don't say

24   they were similar to the exposed group regarding their

25   medical histories; correct?

**Dr. Charles Jameson**
**July 19, 2019**

Page 218

1      **A.      They don't mention anything about medical**

2  **history, no.**

3      Q.      And they don't mention that they were

4  similar, that is the cases, to the control group

5  regarding anything other than their demographic

6  characteristics and occupation; correct?

7      **A.      That's correct.  That's what the paper**

8  **says.**

9      Q.      And you say you also looked at and relied

10  on the second Paz-y-Miño study, the one from 2011?

11      **A.      Yes.**

12      Q.      Okay.  I'm going to hand you Exhibit 26,

13  which is the Bolognesi 2009 study that you've referred

14  to.

15          (Exhibit 26 was marked for identification.)

16  BY MR. DERRINGER:

17      Q.      Could you turn in Bolognesi -- and, again,

18  as with everything else, you can look at whatever you'd

19  like to look at in the study to reorient yourself,

20  refresh your recollection, but I'm going to be asking you

21  a question or two about Table 4?

22      **A.      Table 4.**

23          MS. FORGIE:  You can read the summary if

24          you want.

25  ///

**Dr. Charles Jameson**
**July 19, 2019**

Page 219

```
 1   BY MR. DERRINGER:
 2         Q.    Let me know when you're there.
 3         A.    Okay.
 4         Q.    And you see Table 4 presents the data found
 5   in Bolognesi 2009 relating to the mean frequency of
 6   binucleated cells with micronuclei, abbreviated as BNMN.
 7               MS. FORGIE:  I think he's reading something
 8         else right now.
 9               THE WITNESS:  Okay.  Yeah.
10               MS. FORGIE:  While you were reading, he was
11         reading something else.
12   BY MR. DERRINGER:
13         Q.    I'll wait until you're -- I thought you
14   were at Table 4.  I'm sorry.
15         A.    I'm sorry, I'm at Table 4.
16         Q.    Okay.  So Table 4 reports the mean
17   frequency of binucleated cells with micronuclei, BNMN.
18   Do you see that?
19         A.    Yes, sir.
20         Q.    Okay.  And what is indicated when
21   binucleated cells contain micronuclei?  What's your
22   understanding of that finding represents?
23         A.    That is an indication of some genetic
24   toxicity or chromosome damage.
25         Q.    And it looks like there are three columns
```

**Dr. Charles Jameson**
**July 19, 2019**

Page 220

 1   -- four columns, but the three columns -- second, third,

 2   and fourth column present data on findings in three

 3   different geographically populated locations; correct?

 4        **A.     That's what it appears to be.**

 5        Q.     And then the first column presents the

 6   route of exposure; am I right?

 7        **A.     That's what it says.**

 8        Q.     And in the Nariño area, there were 28 with

 9   no exposure and 27 people who had some form of exposure

10   getting you to your end of 55; is that right?

11        **A.     Okay.**

12        Q.     And in the Putumayo region, there were 53

13   people who were tested, and 13 of them had no exposure,

14   and 40 of them had some kind much exposure; is that

15   right?

16        **A.     That's what this table says.**

17        Q.     And in the Valle de; Cauca region, there

18   was a total tested population of 26 people, 25 had no

19   exposure, and there was one person with exposure;

20   correct?

21        **A.     That's what this table says, yes.**

22        Q.     And if you look at the P values comparing

23   the exposed group in each of these regions to the

24   nonexposed group in each of these regions, did the

25   Bolognesi 2009 study find any statistically significant

**Dr. Charles Jameson**
**July 19, 2019**

Page 221

 1  findings at any P value that, in your experience,

 2  scientists have relied on?

 3          **A.      None of these is statistically significant.**

 4          Q.      Do you know one way or the other,

 5  Dr. Jameson -- well, first, do you know what the sister

 6  chromatid exchange assay is?

 7          **A.      Familiar with it, yes.**

 8          Q.      Is it a measure of or a test that seeks to

 9  give some information about the genotoxic properties of

10  substances?

11          **A.      It's another test for DNA damage.**

12          Q.      And what is the OECD, if you know?

13          **A.      I don't recall what it stands for.**

14          Q.      Do you know what it is?

15          **A.      It's a regulatory agency, isn't it?**

16          Q.      I think your lawyer told you you're not

17  allowed to ask me questions.

18          **A.      I'm sorry.**

19          Q.      I'll let you ask me.

20              MS. FORGIE:  No.  Seriously, don't ask

21          questions.  Answer the question as best you can.

22          Don't ask questions.

23              THE WITNESS:  Okay.

24              MS. FORGIE:  We disagree, shockingly.

25  ///

Dr. Charles Jameson
July 19, 2019

Page 222

1   BY MR. DERRINGER:

2        Q.    I'm handing you Exhibit 27.

3              (Exhibit 27 was marked for identification.)

4   BY MR. DERRINGER:

5        Q.    Dr. Jameson, Exhibit 27 is titled "Overview

6   of the Set of OECD Genetic Toxicology Test Guidelines and

7   Updates Performed in 2014 to 2015."

8              And OECD -- this document is dated July 13,

9   2016.  You can see that at the top right.  Do you see

10  that?

11       **A.    I'm sorry.  I was looking at the Bolognesi**

12  **paper because you were cherry picking data out of it.**

13  **So -- okay.**

14             MS. FORGIE:  He moved on.

15  BY MR. DERRINGER:

16       Q.    No, no, I don't want to let the record to

17  stand with that allegation.

18             What data from Bolognesi 2009 are you

19  relying on?

20       **A.    Well, I just had time to look at the**

21  **summary, you know, the abstract, and they're talking**

22  **about, "The increase in frequency of BNMN observed**

23  **immediately after the glyphosate spraying was not**

24  **consistent with the rates of application used in the**

25  **regions and there was no association between**

**Dr. Charles Jameson**
**July 19, 2019**

Page 223

```
 1   self-reported direct contact with eradication sprays.
 2   Four months after spraying, a statistically significant
 3   decrease in the mean frequency of BNMN compared with the
 4   second sampling was observed."
 5              So, basically, what they're saying is
 6   initially there was a positive response, so it did cause
 7   BNMN, but after four months, it wasn't positive, it
 8   wasn't there, but that's not surprising because the human
 9   immune system is an amazing thing, and it can compensate
10   for damage caused before.
11        Q.   Wait.
12        A.   And it goes on to say, "Evidence indicates
13   that the genotoxic risk potentially associated with
14   exposure to glyphosate in the areas where the herbicide
15   is applied for coca and poppy eradication is low."
16              But it's still there.  Anyway, I'm sorry.
17        Q.   You said -- that's okay.  You said that it
18   wasn't surprising to you, the results, because the human
19   immune system is an amazing thing, and can compensate for
20   damage caused before.  What are you referring to?
21        A.   The DNA damage.
22        Q.   Right?
23        A.   Can be repaired over time if the exposure
24   is taken away.
25        Q.   The DNA damage can be repaired by what?
```

Dr. Charles Jameson
July 19, 2019

Page 224

1           **A.      By the body.**

2           Q.      By the human immune system?

3           **A.      Well, not necessarily the immune system but**

4    **by the human body.**

5           Q.      So -- and you agree that we all have damage

6    occurring to our DNA every minute of every day?

7           **A.      Every minute of every day.**

8           Q.      And the human body has the capacity to

9    repair that damage.  Is that your understanding?

10          MS. FORGIE:  Objection.

11   BY MR. DERRINGER:

12          Q.      Go ahead.

13          **A.      That's correct.**

14          Q.      In the Bolognesi 2009 study, what was the

15   formulation that was sprayed?

16          **A.      I don't know.**

17          Q.      Take a look at page 998.

18          MS. FORGIE:  I'm sorry.  What was the page

19          number?

20   BY MR. DERRINGER:

21          Q.      9 -- I'm sorry, 988.

22          MS. FORGIE:  I thought you said 98.

23          MR. DERRINGER:  I did.

24          MS. BEACH:  I heard 92.

25          MR. DERRINGER:  You guys all heard 90

**Dr. Charles Jameson**
**July 19, 2019**

Page 225

1              because I said 90.

2                      988, if you look at the --

3                      MS. FORGIE:  We got it now.

4                      MR. DERRINGER:  Great.

5      BY MR. DERRINGER:

6              Q.    Are you there?

7              **A.    Yes.**

8              Q.    Okay.  If you look at the second paragraph

9      on the left-hand side, it talks about aerial spraying of

10     a mixture of a commercial formulation of glyphosate,

11     Glyphos, and an adjuvant, Cosmo-Flux.

12                      Do you see that?

13             **A.    Uh-huh.**

14             Q.    Do you understand that that's the

15     glyphosate-based formulation to which the people in the

16     Bolognesi study were exposed?

17             **A.    That's what it says, yes.**

18             Q.    What is in Cosmo-Flux?

19             **A.    I don't know.**

20             Q.    Do you know if anybody in the United States

21     has ever been exposed to whatever Cosmo-Flux is?

22                      MS. FORGIE:  Objection.

23                      THE WITNESS:  I have no idea.

24     BY MR. DERRINGER:

25             Q.    Can you tell me how long after the

**Dr. Charles Jameson**
**July 19, 2019**

Page 226

1    exposure -- first exposures in Bolognesi the blood sample

2    collection occurred?

3            **A.    The second one?**

4            Q.    The first.

5            **A.    Oh, the first?**

6            Q.    Yeah.

7            **A.    I'd have to read the paper to get to know**

8    **specifically.  It was soon after they left the field, but**

9    **I don't know when.**

10           Q.    Okay.  Do you agree that to get an accurate

11   reading of any kind of genotoxic effect that they were

12   looking for in the Bolognesi study, you'd have to draw

13   that blood very soon after the alleged exposure to

14   glyphosate or glyphosate-based formulation?

15                 MS. FORGIE:  Objection.  Go ahead.

16                 THE WITNESS:  The ideal situation would be

17           to draw it immediately after they left the field.

18   BY MR. DERRINGER:

19           Q.    Why -- go ahead.

20                 MS. FORGIE:  Let him finish.

21                 THE WITNESS:  Because that's when you would

22           see the biggest effect.  But I think it's

23           acceptable to draw it, you know, several hours

24           or -- I don't know how long it was after that they

25           did it, but it's acceptable as your baseline to do

**Dr. Charles Jameson**
**July 19, 2019**

Page 227

1          it.  You don't have to do it immediately as they

2          leave the field.

BY MR. DERRINGER:

4          Q.    What is acceptable?  After what period of

5     time would not be acceptable?

6                    MS. FORGIE:  Objection.

7                    THE WITNESS:  Probably a week.

BY MR. DERRINGER:

9          Q.    Do you agree that during the week in

10    between the exposure and collecting the blood, things can

11    happen to a person that that could produce evidence of

12    genotoxic effects in their cells that have nothing to do

13    with exposure to a substance to which they were exposed a

14    week before?

15                    MS. FORGIE:  Objection.  Calls for

16          speculation.

17                    THE WITNESS:  I have no idea what these

18          guys were exposed to after they left the field.

19    BY MR. DERRINGER:

20         Q.    Right, but I'm just asking as a general

21    matter, if you're exposed to something, and you wait a

22    week until you collect your blood, you'll agree, won't

23    you, that there are things that can happen during that

24    week that could produce effects that you would see in

25    your cells that have nothing to do with your original

**Dr. Charles Jameson**
**July 19, 2019**

                                                        Page 228

 1   exposure a week before?

 2               MS. FORGIE:  Objection.

 3   BY MR. DERRINGER:

 4        Q.    You agree with that, don't you?

 5               MS. FORGIE:  Objection.

 6               You can answer.

 7               THE WITNESS:  Theoretically, it could

 8        happen, yes.

 9   BY MR. DERRINGER:

10        Q.    All right.  Let mow know if there is

11   anything else you want to tell me about Bolognesi.

12        **A.    No, I'm good.  I said too much.**

13               MS. FORGIE:  Correct.

14   BY MR. DERRINGER:

15        Q.    If you go to Exhibit 27, I'm going to just

16   reintroduce it because I understand you were reviewing

17   Bolognesi and I have moved on.  Exhibit 27 is titled

18   "Overview of the Set of OECD Genetic Toxicology Test

19   Guidelines and Updates Performed in 2014 to 2015."

20               It's dated the 13th of July, 2016, and I

21   think you can see at the top of the page it tells us what

22   OECD stands for, Organization For Economic Cooperation

23   and Development.

24               Do you see that?

25        **A.    Yes.**

Dr. Charles Jameson
July 19, 2019

Page 229

1          Q.    Okay.  And now that you see what it stands

2     for, have you heard of this organization before?

3          **A.    Yes.**

4          Q.    Okay.  And do you know who they are or what

5     they do?

6          **A.    Not really.**

7          Q.    Okay.  Why don't you go over to page 10.

8     Let me know when you're there.

9          **A.    I'm there.**

10         Q.    And the section 1.2 on page 10 says,

11    "History and status of TGs."

12               Do you know what a TG is?

13         **A.    No, sir.**

14         Q.    Go to the page just before this one, and

15    we'll see if we can figure it out.

16               MS. FORGIE:  What page are you on?

17               MR. DERRINGER:  Now I'm going to page 9.

18               MS. FORGIE:  Thank you.

19    BY MR. DERRINGER:

20         Q.    If you look at the very top, general

21    introduction, you see here TG is defined as a genetic

22    toxicology test guideline?

23         **A.    Okay.**

24         Q.    Let's go back to page 10 and under,

25    "History an status of TGs" under paragraph 6 about midway

Dr. Charles Jameson
July 19, 2019

Page 230

1    down, there's a sentence in the middle of the paragraph
2    that starts, "In addition."
3              Just let me know when you're there.
4         A.   Okay.
5         Q.   It says, "In addition, TG 479 (in vitro
6    sister chromatid exchange test for mammalian cells) was
7    deleted because of a lack of understanding of the
8    mechanisms of action of the effect detected by the test."
9              Do you see that?
10        A.   Yes.
11        Q.   All right.  And if you go to the next page,
12   Table 1 is titled "Current Status of the Test Guidelines
13   for Genetic Toxicology," and you go down to the line that
14   lists Test Guideline 479, "In vitro chromatid exchange
15   assay in mammalian cells."
16             That's under what heading there, sir?
17        A.   "Archive/Deleted."
18        Q.   And when was the test guideline first
19   adopted?
20        A.   According to this table -- I lost it.
21   According to this table, it was 1986.
22        Q.   And when was it deleted?
23        A.   2014.
24        Q.   And do you understand that by deleting it,
25   the OECD was deleting it from its list of accepted test

**Dr. Charles Jameson**
**July 19, 2019**

Page 231

1    guidelines for genetic toxicology?

2                    MS. FORGIE:  Objection.

3    BY MR. DERRINGER:

4         Q.    Do you understand that?

5                    MS. FORGIE:  Objection.

6                    THE WITNESS:  They no longer require it for

7         their submissions or whatever.

8    BY MR. DERRINGER:

9         Q.    And do you have any idea of why they

10   decided not to require the sister chromatic exchange test

11   for their submissions, in your words?

12        **A.    I have no idea.**

13        Q.    Dr. Jameson, all things being equal, do you

14   agree that you'd want to have epidemiological evidence in

15   humans that a chemical causes a disease outcome before

16   concluding that a chemical is capable of causing that

17   disease in humans?

18                    MS. FORGIE:  Objection.

19                    THE WITNESS:  Could you rephrase that,

20        please?

21   BY MR. DERRINGER:

22        Q.    Sure.  Do you agree that you would want to

23   have epidemiological evidence in humans that a chemical

24   causes a disease outcome before you conclude that that

25   chemical is capable of causing that disease in humans?

**Dr. Charles Jameson**
**July 19, 2019**

Page 232

```
 1              MS. FORGIE:  Objection.
 2              THE WITNESS:  No.
 3   BY MR. DERRINGER:
 4        Q.    Is it your position, sir, that animal
 5   studies are sufficient, in your mind, to enable someone
 6   to conclude that a particular substance is capable of
 7   causing a particular cancer in a human?
 8              MS. FORGIE:  Objection.
 9              THE WITNESS:  Could you define what you
10        mean by "particular cancer"?
11   BY MR. DERRINGER:
12        Q.    Non-Hodgkin's lymphoma.  Do you believe
13   that findings from animal studies are sufficient for
14   someone to reliably conclude that a substance is capable
15   of causing non-Hodgkin's lymphoma in people?
16              MS. FORGIE:  Objection, vague and
17        ambiguous, calls for speculation.
18              You can answer.
19              THE WITNESS:  Just from an animal -- just
20        from animal studies alone?
21   BY MR. DERRINGER:
22        Q.    Correct.
23        A.    Without data in humans, you can't say it
24   causes non-Hodgkin's lymphoma.  You can say that it
25   causes cancer, it can cause cancer in humans based on
```

**Dr. Charles Jameson**
**July 19, 2019**

Page 233

1   **animal studies alone, but for organ-specific cancers, you**

2   **need the human data to verify that it's -- that that is**

3   **actually the target site.**

4             Q.    Do you believe that if you had findings

5   from animal studies and mechanistic studies that those

6   findings alone are sufficient for someone to reliably

7   conclude that a substance is capable of causing

8   non-Hodgkin's lymphoma in people?

9                   MS. FORGIE:  Objection.

10                  You can answer.

11                  THE WITNESS:  Could you repeat the

12          question?

13  BY MR. DERRINGER:

14            Q.    My pleasure.

15                  Do you believe that findings from animal

16  studies and mechanistic studies alone are sufficient for

17  someone to reliably conclude that a substance is capable

18  of causing non-Hodgkin's lymphoma in people?

19                  MS. FORGIE:  Objection, asked and answered.

20                  You can answer again.

21                  THE WITNESS:  I would say yes because there

22          is -- there have been publications that relate to

23          the mechanism of action of oxidative stress on

24          cells being associated with causing non-Hodgkin's

25          lymphoma in humans.

Dr. Charles Jameson
July 19, 2019

Page 234

1    BY MR. DERRINGER:

2         Q.    What are those publications?

3         **A.    I don't have it wrote to memory, but it's**

4    **in my reliance list.**

5         Q.    And so you believe that you are able to

6    reliably conclude that a substance is capable of causing

7    non-Hodgkin's lymphoma in people without any human

8    evidence?

9         **A.    I -- I -- I could say that there is data**

10   **that would indicate other than the human epidemiology**

11   **data that glyphosate causes -- I'm sorry.  Hold on, hold**

12   **on, hold on.  I got -- I got to backtrack.  I need to**

13   **revise my answer to your question.  Could you repeat the**

14   **question, please?**

15        Q.    Sure.  And if I'm not repeating the right

16   question, let me know.  I think I know which question

17   you're talking about.

18        **A.    Okay.**

19        Q.    Do you believe that findings from animal

20   studies and mechanistic studies alone are sufficient for

21   someone to reliably conclude that a substance is capable

22   of causing non-Hodgkin's lymphoma in people?

23             MS. FORGIE:  Objection.

24             THE WITNESS:  Okay.  I'd have to say -- I'm

25        so sorry.  I was going over it in my mind again as

**Dr. Charles Jameson**
**July 19, 2019**

Page 235

 1          you were asking the question.  I apologize.  Could

 2          you ask it again.

BY MR. DERRINGER:

 4          Q.    My pleasure.  Do you believe that findings

 5    from animal studies and mechanistic studies alone are

 6    sufficient for someone to reliably conclude that a

 7    substance is capable of causing non-Hodgkin's lymphoma in

 8    people?

 9                MS. FORGIE:  Objection.

10                THE WITNESS:  No.

11    BY MR. DERRINGER:

12          Q.    At the Pilliod trial, you were asked

13    whether there's a difference between association and

14    causation, and you indicated that you didn't understand

15    the difference.

16          **A.    Uh-huh.**

17          Q.    Do you remember that testimony?

18          **A.    Vaguely.**

19          Q.    In fact, the same thing happened at your

20    deposition in September in 2018.  You may remember

21    Mr. Kalas who took your deposition.  He went through that

22    example that came out of the Harvard study on drinking

23    coffee and bladder cancer.  Just trying to refresh your

24    recollection.  If you don't recall, that's fine.

25          **A.    I don't really remember.**

**Dr. Charles Jameson**
**July 19, 2019**

Page 236

 1      Q.    Now that you've had maybe a few months to

 2   reflect on things, do you agree that as a general

 3   principle, an association between two things does not

 4   necessarily mean that one causes the other?

 5              MS. FORGIE:  Objection.

 6              THE WITNESS:  No, that's not true.  I think

 7         an association is consistent with saying in

 8         causes.

 9   BY MR. DERRINGER:

10      Q.    At your deposition in the Gordon case, you

11   said you still agree with IARC's conclusion, that there

12   is limited evidence in humans for the carcinogenicity of

13   glyphosate.

14              Do you remember that?

15      **A.    I remember that.**

16      Q.    You also testified that you personally

17   concluded that the epidemiology data is sufficient to

18   show a causative relationship between non-Hodgkin's

19   lymphoma and exposure to glyphosate formulations.

20              You remember that?

21      **A.    Yes, and that is not inconsistent with IARC**

22   **because IARC said that there was an association between**

23   **glyphosate and non-Hodgkin's lymphoma.**

24      Q.    Well, IARC said there was limited evidence;

25   right?

Dr. Charles Jameson
July 19, 2019

Page 237

1          A.     They said -- but they went on to say that

2     the data indicates that association between non-Hodgkin's

3     lymphoma and glyphosate.

4          Q.     Right.  But what was the terminology they

5     used --

6          A.     The --

7               MS. FORGIE:  Wait, hold on.

8     BY MR. DERRINGER:

9          Q.     What was the terminology they used to

10    characterize the level of evidence that existed regarding

11    the human epidemiology data?

12         A.     The terminology they used is consistent

13    with what they have in their preamble for listing

14    materials in the monograph for which it met the

15    criteria -- the data met the criteria for limited

16    evidence.

17         Q.     Right.  And what does limited evidence

18    mean?

19         A.     It means that a causal association is

20    credible but that confounding could not be completely

21    ruled out.

22         Q.     Okay.  And at your Gordon deposition, the

23    deposition in September of 2018, you had said that you

24    had gone beyond the IARC conclusion and that you had come

25    to the conclusion that you could rule confounding out;

**Dr. Charles Jameson**
**July 19, 2019**

Page 238

1    right?

2         **A.    I think the epidemiology data is sufficient**

3    **to say it's a known carcinogen.**

4         Q.    Right.  You testified that you had ruled

5    out confounding factors as biassing the result of the

6    human epidemiology studies; right?

7         **A.    Yes.**

8         Q.    Okay.  Tell me how you ruled out those

9    confounding factors?

10        **A.    Because there wasn't -- in my reading of**

11   **the studies, the confounding that they -- for the other**

12   **pesticides that they identified, I don't know that there**

13   **is evidence that those pesticides cause non-Hodgkin's**

14   **lymphoma.**

15        Q.    Is that the entire basis for how you have

16   yourself ruled out confounding factors as biassing the

17   results of the human epidemiology data?

18        **A.    That's pretty much it.**

19        Q.    Okay.  And what are the studies that you're

20   relying on here?  What's the human epidemiology studies

21   that you're relying on where you say you looked at those

22   studies and ruled out confounding as a biassing factor?

23        **A.    I would have to go back and look at my**

24   **reports in the IARC Monograph to give you that**

25   **information -- get that information for you?**

Dr. Charles Jameson
July 19, 2019

Page 239

1          Q.    Are the studies anything other than what
2      IARC considered?
3          **A.    There have been at least one, probably two**
4      **meta-analysis that have come out since IARC, and that**
5      **helped with my evaluation as well because all the**
6      **meta-analysis that look at -- you know, that pool data**
7      **from many different studies, they've all come out**
8      **positive, statistically significant positive for**
9      **association of Roundup with non-Hodgkin's lymphoma.**
10         Q.    And in these --
11         **A.    So -- I'm sorry --**
12               MS. FORGIE:  Wait.  Let him finish.
13     BY MR. DERRINGER:
14         Q.    Go ahead.  I interrupted you.
15         **A.    So that's -- In addition to the looking at**
16     **the different pesticides that they identified as**
17     **confounders, the meta-analysis also is -- just continues**
18     **to get stronger and stronger as it comes out, and that's**
19     **another major reason why I concluded that there was**
20     **sufficient evidence.**
21         Q.    What are the pesticides that they -- and I
22     imagine by they, you mean the human epidemiology studies?
23         **A.    Yeah.**
24         Q.    Identified as confounders?
25         **A.    There's three of them.  Is one side -- I'd**

Dr. Charles Jameson
July 19, 2019

Page 240

 1    **have to look at my report or at the data to get that for**

 2    **you.  I can't remember off the top of my head.**

 3              Q.    And whatever those confounders were, what

 4    work did you do to conclude that those pesticides are not

 5    associated with non-Hodgkin's lymphoma?

 6              **A.    I would have looked at the individual**

 7    **pesticide.  I would have done a search on Medline to see**

 8    **if there is any data for carcinogenicity of those**

 9    **compounds.  I would have gone to the IARC Monograph to**

10    **see if they had reviewed them and listed them in the IARC**

11    **Monograph, and I would have gone to the report of**

12    **carcinogens to see if the NTP listed them as a**

13    **carcinogen.**

14              Q.    And the report on carcinogens, if it lists

15    something as a carcinogen, does it list it as a

16    carcinogen as something that causes a particular cancer

17    or just as a carcinogen generally?

18              **A.    It just lists it as a known or reasonably**

19    **anticipated, but they have a section where they discuss**

20    **the epidemiology data, and that section would indicate**

21    **what the epidemiology was finding.**

22              Q.    The IARC Monograph where you say you looked

23    at these monographs to see if there was any association

24    of these particular confounding pesticides with cancer?

25              **A.    Uh-huh.**

Dr. Charles Jameson
July 19, 2019

Page 241

1    Q.    Did those monographs specifically address
2    non-Hodgkin's lymphoma?
3              MS. FORGIE:  Objection.
4              THE WITNESS:  The monograph would -- would
5         have a section on -- just like for glyphosate,
6         they'd have a section for review of the
7         epidemiology data, and it would list what tumor
8         sites were found in their review and evaluation of
9         the epidemiology.  So, you know, I would look and
10        see, and if they -- and to the best of my
11        knowledge, none of them listed non-Hodgkin's
12        lymphoma as a possibility from the epi studies of
13        those compounds, if they were reviewed.  I think
14        one of them has never been looked at, so nothing
15        is known about it.
16   BY MR. DERRINGER:
17        Q.    Which one?
18        **A.    Again, it starts with a C, but I can't**
19   **remember its name.**
20        Q.    Any materials you reviewed as part of this
21   research that you've done -- that you say you have done
22   in these confounding pesticides, would that be listed on
23   your materials considered list?
24              MS. FORGIE:  Objection.
25              THE WITNESS:  I don't know.  I'd have to

**Dr. Charles Jameson**
**July 19, 2019**

Page 242

 1          look at my materials referenced list.  If it

 2          wasn't specific for glyphosate, I may not have

 3          listed it.

 4               MR. DERRINGER:  Kathryn, maybe this is a

 5          point you can clarify then based on what you had

 6          said at the beginning of the deposition or early

 7          on, is Dr. Jameson going to come into court in any

 8          of these three cases and testify about a

 9          conclusion that he's reached that goes beyond the

10          conclusion that IARC reached with regard to the

11          human epidemiology data?

12               MS. FORGIE:  He's going to get -- he's

13          going to talk about the IARC conclusions, and he

14          might give some testimony about what else he's

15          read similar to what you've asked him about today.

16               MR. DERRINGER:  Right.  But is he going to

17          give the opinion, his personal opinion, that the

18          human -- that based on the human epidemiology

19          study, he's able to conclude that he's ruled out

20          confounding factors with respect to whether

21          there's any association or causal link between

22          glyphosate or glyphosate-based herbicides and

23          non-Hodgkin's lymphoma?  Is he going to give that

24          opinion?

25               MS. FORGIE:  Let me think about that and

Page 243

1            get back to you.

2                  MR. DERRINGER:  Well, to the degree he's

3            going to give that opinion, we're going to need to

4            further explore his basis for that, and if the

5            research that Dr. Jameson claims to have done to

6            arrive at that opinion is not disclosed on his

7            materials considered list, then we're going to ask

8            that that list be updated so that it does reflect

9            that information so we can know what it is he's

10           relying on.

11                 MS. FORGIE:  I'll take that under

12           advisement.  I understand your position.

13      BY MR. DERRINGER:

14           Q.    Have you ever conducted a meta-analysis?

15           **A.    Myself?**

16           Q.    Yes.

17           **A.    No.**

18           Q.    Have you ever conducted a pooled analysis?

19           **A.    A pooled analysis?**

20           Q.    Yeah.

21           **A.    No.**

22           Q.    Do you know what the difference is between

23      the two of those, a meta-analysis and a pooled analysis?

24           **A.    Not really.**

25           Q.    Do you understand that a meta-analysis does

Dr. Charles Jameson
July 19, 2019

Page 244

1   not overcome any kind of limitations that are part of the

2   underlying studies that are incorporated in a

3   meta-analysis?

4               MS. FORGIE:  Objection.

5   BY MR. DERRINGER:

6        Q.    Do you understand that?

7               MS. FORGIE:  Objection.

8               THE WITNESS:  It doesn't take into account

9          any of the weaknesses of the study that you've

10         included in the meta-analysis.

11  BY MR. DERRINGER:

12       Q.    A little bit different.  Do you understand

13  that a meta-analysis does not and cannot correct for any

14  kind of limitations that are present in the collection of

15  studies that are included in the meta-analysis?  Do you

16  understand that?

17       **A.    Right.**

18       Q.    So just as an example, if there is a study

19  that is biased due to the confounding factors on its own,

20  and that's included in the meta-analysis, the

21  meta-analysis cannot and does not remove that bias from

22  confounding factors in that study; correct?

23       **A.    Okay.**

24       Q.    Is that right?

25       **A.    I'll take your word --**

Page 245

1          MS. FORGIE:  Objection.  No.  Objection.

2     BY MR. DERRINGER:

3          Q.    Well, I'm asking if you can answer that

4     question.  Do you agree or disagree?

5          **A.    I --**

6          MS. FORGIE:  Wait, wait, wait.  Let me look

7          at the question.

8          Objection.

9          You can answer.

10          THE WITNESS:  Could you repeat it, please?

11     BY MR. DERRINGER:

12          Q.    If meta-analysis includes a study, and that

13     study is biased due to confounding factors, the

14     meta-analysis cannot and does not remove that bias, does

15     it?

16          MS. FORGIE:  Objection.

17          THE WITNESS:  Probably not.

18     BY MR. DERRINGER:

19          Q.    You're not an epidemiologist, are you?

20          **A.    I don't profess to be an epidemiologist,**

21     **but in my 30-plus years working in toxicology reviewing**

22     **data for IARC Monograph and the report on carcinogens and**

23     **applying the criteria from those respective**

24     **organizations, I've reviewed an awful lot of epidemiology**

25     **data, and I feel I'm qualified to review the data and**

**Dr. Charles Jameson**
**July 19, 2019**

Page 246

1   **give an opinion on it.**

2          Q.    On this question that we have been

3   discussing about meta-analyses and whether they can

4   correct for or overcome the deficiencies of the studies

5   that are included in the meta-analysis, would you defer

6   that question to an actual epidemiologist?

7                    MS. FORGIE:  Objection.

8                    THE WITNESS:  I don't know that I have to.

9          I mean, I'd have to go home and do some more

10         research on the -- on what you're saying.

11  BY MR. DERRINGER:

12         Q.    Okay.  I ask only because your answer to my

13  question was probably not, and I just didn't know whether

14  that was because you didn't know or because you really

15  thought about the issue.

16         **A.    I want to satisfy myself that that was, in**

17  **fact, the case basically.**

18         Q.    Okay.  You said that you -- your opinion is

19  based in part -- this opinion about that you've been able

20  to rule out confounders -- based on some recent

21  meta-analyses that you've looked at; is that right?

22         **A.    On the meta-analysis that was performed,**

23  **yes.**

24         Q.    Which meta-analysis or meta-analyses?

25         **A.    It would be in my reliance list.**

Dr. Charles Jameson
July 19, 2019

Page 247

1      Q.    Okay.  I'm talking about anything that IARC
2      didn't consider, meaning beyond IARC.
3          **A.    Beyond IARC, it would be in my reliance**
4      **list, the studies.**
5          Q.    Okay.  Leon study in 2019; is that one?
6          **A.    That's one.**
7          Q.    The Zheng study in 2019; is that one?
8          **A.    Yes.**
9          Q.    And what about the Pahwa study in 2019;
10     does that sound familiar?
11         **A.    Yes, that sounds familiar too.**
12         Q.    Okay.  And are you relying on all three of
13     those for your opinion or your conclusion --
14         **A.    Yes.**
15         Q.    -- that you're able to rule out confounding
16     factors?
17         **A.    I reviewed all of those, yes.**
18         Q.    And are you also relying on the Andreotti
19     2018 study or analysis of the agricultural health study
20     data for your opinion?  That came out after IARC, that's
21     why I asked.
22         **A.    Oh, but my understanding is that's not a**
23     **meta-analysis.**
24         Q.    That's not.  You're correct?
25         **A.    Oh, okay.  I thought we were still on**

**Dr. Charles Jameson**
**July 19, 2019**

Page 248

 1   **meta-analysis.**

 2          Q.    I'm just trying to think of all the things

 3   that came out after IARC.

 4          **A.    I did use Andreotti, yes.**

 5          Q.    And you relied on it to form your opinion?

 6          **A.    Yes.  It was --**

 7                MS. FORGIE:  Objection.

 8                THE WITNESS:  That was -- you know, I

 9          reviewed the data, and that helped me form my

10          opinion.

11   BY MR. DERRINGER:

12          Q.    At the Pilliod trial, you testified that

13   the case control studies, not the cohort -- you

14   understand Andreotti is a cohort study?

15          **A.    Yes.**

16          Q.    "Case control studies are drawing from

17   millions of people," you said.  I can show the testimony

18   if you'd like.  Maybe you misspoke then, but I wanted to

19   find out which case control studies that when you take

20   the combination of the people studied in those case

21   control studies add up to millions of people?

22          **A.    If I said millions, I misspoke.  I can't**

23   **fathom that I said millions, but anyway --**

24          Q.    Okay.  Do you know how many they did look

25   at?

**Dr. Charles Jameson**
**July 19, 2019**

Page 249

 1          A.     The number -- I don't have the number wrote

 2     to memory.   I really don't -- I can't recall what the

 3     total number is.

 4          Q.     Fair enough.   Why don't we take a break.

 5          A.     Okay.

 6                 THE VIDEOGRAPHER:   Time is 3:30.   End of

 7          Media 3.   Off record.

 8                 (BREAK.)

 9                 THE VIDEOGRAPHER:   We're back on record.

10          The time is 3:49.   Start of Media 4.

11                 MS. FORGIE:   Okay.   So counsel have agreed

12          we need to put something on the record to clarify

13          what this expert witness is here for at today's

14          deposition and what he will be testifying at trial

15          in the Lamb case, the Kane case, and the Winston

16          case.   Dr. Jameson is presented as a fact witness

17          only.   He will be testifying about what he did

18          with regard to IARC and the IARC Monograph and

19          anything that IARC considered.   He's not going to

20          be going into matters that IARC did not consider

21          in any of those three cases.

22                 MR. DERRINGER:   Ms. Forgie, thank you for

23          that.   Will Dr. Jameson be discussing at any of

24          the trials you just mentioned any study or

25          information that IARC did not consider?

**Dr. Charles Jameson**
**July 19, 2019**

Page 250

 1          MS. FORGIE:  No.

 2          MR. DERRINGER:  Well --

 3          MS. FORGIE:  In addition to which that's

 4     all he's prepared for, so I don't really think

 5     it's fair to ask him questions beyond that.

 6          MS. BEACH:  On behalf of the Kane

 7     plaintiffs, I also concur with Ms. Forgie.

 8          MR. DERRINGER:  I appreciate that.  My

 9     understanding is that your representation is on

10     behalf of all of the plaintiffs that you mentioned

11     in your statement.

12          MS. FORGIE:  Correct.

13          MR. DERRINGER:  And will Dr. Jameson, at

14     any of those trials, be discussing any opinion or

15     conclusion that goes beyond or is different from

16     the opinions or conclusions reflected in the IARC

17     Monograph Number 112?

18          MS. FORGIE:  No, unless you guys bring it

19     up.

20          MR. DERRINGER:  Bring it up in what way?

21     Asking him?

22          MS. FORGIE:  If you start asking him

23     questions.

24          MR. DERRINGER:  Asking Dr. Jameson at

25     trial?

**Dr. Charles Jameson**
**July 19, 2019**

Page 251

1           MS. FORGIE:  Yeah, at trial.

2           MR. DERRINGER:  Okay.

3           MS. FORGIE:  As you've been doing

4      throughout the deposition.

5           MR. DERRINGER:  And if I were now to ask

6      Dr. Jameson questions about the meta-analyses that

7      he referred to just before our break as being

8      things that he considered, would you permit that

9      questioning to continue?

10           MS. FORGIE:  No, I don't think that's fair.

11      I think, you know, he gave personal opinions, he's

12      familiar with the Zheng and all that, but it's not

13      what he's for because, I mean, Zheng was

14      post-IARC.

15           MR. DERRINGER:  Right, Zheng and Leon and

16      Pahwa.

17           MS. FORGIE:  And Leon and Knapp or Pahwa,

18      however you want to call it.

19           MR. DERRINGER:  Okay.  So if I ask

20      questions about those, you'll instruct him not to

21      answer?

22           MS. FORGIE:  I hate instructing witnesses

23      not to answer.  I would prefer that, given the

24      statements I just made, you not ask him because I

25      think what you'll get is a bunch of I'm not

Dr. Charles Jameson
July 19, 2019

Page 252

1    prepared on that although I'm familiar with them,

2    and I have my personal opinions.

3          MR. DERRINGER:  Okay.

4  BY MR. DERRINGER:

5    Q.    Dr. Jameson, are you prepared today to

6  testify about the Pahwa 2019, Leon 2019, and Zheng 2019

7  studies?

8    **A.    Today I'm not really because it was my**

9  **understanding this was going to be a fact witness**

10 **deposition, and it was going to solely focus in on the**

11 **IARC, so I really did not prepare to look at -- I did not**

12 **look at any of the additional data that I had reviewed**

13 **post IARC for this particular deposition.**

14   Q.    Okay.  And let's just be sure that we're

15 really precise about what post IARC means as we're

16 setting this -- these parameters.

17          When did your work with IARC end?

18   **A.    For me, my work with IARC ended when --**

19 **after I did my last communication with the editor when**

20 **she asked me to look at the animal section for all of the**

21 **chemicals that were reviewed for Monograph 112 after the**

22 **IARC meeting, and that took place, I don't know exactly**

23 **when, but it was probably within three or four months**

24 **after the IARC meeting.**

25   Q.    The IARC meeting was in February of 2016,

Page 253

1      February, March?

2                    MS. FORGIE:  2015.

3                    THE WITNESS:  Was it February or --

4                    MR. DERRINGER:  2015, thank you.

5                    MS. FORGIE:  Sorry.

6                    THE WITNESS:  2015.  Was it in February

7          of 2015 or in -- yeah, I guess it was.  Okay.

8      BY MR. DERRINGER:

9           Q.    And so your work with IARC ended at the

10     latest by the end of the summer 2015?

11          **A.    What I would define as my -- yes.**

12          Q.    Okay.

13          **A.    I did receive some additional**

14     **communications from IARC concerning Monograph 112, but,**

15     **basically, what they were doing was informing me that PDF**

16     **file of the various monographs -- because I think they**

17     **published them online at different times.  But the PDF**

18     **files of the different monographs of the chemicals that**

19     **were reviewed were available online.  And then, gee, I**

20     **think it was -- I think it was within the last year, to**

21     **be honest with you, that I received the actual hard copy**

22     **of the Monograph 112 in the mail.**

23          Q.    Okay.  But when we understand the

24     parameters of your testimony at the upcoming trials that

25     Ms. Forgie described as being limited to the information

Dr. Charles Jameson
July 19, 2019

Page 254

1   and studies and materials and conclusions of IARC and

2   your work at IARC, I want to be clear that our

3   understanding is that IARC and your work at IARC

4   concluded no later for the purposes of these parameters

5   than the end of summer 2015; is that right?

6           A.      That would be accurate, yes.

7           Q.      Okay.

8                   MR. DERRINGER:  And, Ms. Forgie, we

9           mentioned this off the record, I just want to be

10          sure we're very clear about this as well.

11                  MS. FORGIE:  I've been really clear.

12                  MR. DERRINGER:  Dr. Jameson testified today

13          about work he did after his work with IARC

14          relating to looking back at the Greim paper and

15          data from Greim and supplemental tables.  Am I

16          correct in understanding that he will not be

17          testifying about that data and that information in

18          the upcoming trials?

19                  MS. FORGIE:  That's correct.  As I told you

20          at the break, I allowed him to answer those

21          questions because you were asking them, and I

22          don't like to instruct not to answer, but I was

23          getting close to that because it's beyond what we

24          presented him for.

25                  MR. DERRINGER:  I appreciate that.

**Dr. Charles Jameson**
**July 19, 2019**

                                                    Page 255

 1   BY MR. DERRINGER:

 2        Q.    Dr. Jameson, back at your Gordon

 3   deposition, you said that the general public should be

 4   made aware of the fact that there's formaldehyde in

 5   bananas.  Do you remember that?

 6        **A.    That was a question that was posed to me by**

 7   **counsel -- by -- I forget who the person was --**

 8        Q.    Much better looking than me.

 9        **A.    No, I didn't say that.**

10        MS. FORGIE:  Don't answer that.  Now, I'm

11        instructing him not to answer.  That's the kind of

12        thing that gets you in trouble.

13   BY MR. DERRINGER:

14        Q.    By Mr. Kalas --

15        **A.    Yes.**

16        Q.    -- from Washington, D.C.  You may remember

17   him.

18             Can you tell me how you think the -- I

19   mean, should there be a label put on bananas in the

20   grocery store that the banana you're about to purchase

21   and eat contains formaldehyde?

22        MS. FORGIE:  Objection.  Again, this is so

23        far beyond what he's going to testify,

24        formaldehyde in bananas.

25        MR. DERRINGER:  Well, you said he's being

**Dr. Charles Jameson**
**July 19, 2019**

Page 256

1          presented as a fact witness, and I want to know --
2          he's also testified about -- today, in fact, about
3          what he thinks people should be told about
4          glyphosate, so I wanted to ask --
5                    MS. FORGIE:  That's a little different than
6          bananas.
7                    MR. DERRINGER:  Yeah, I agree that
8          glyphosate is different than bananas.
9    BY MR. DERRINGER:
10         Q.    But, Dr. Jameson, you're aware that bananas
11   have formaldehyde in them; correct?
12                   MS. FORGIE:  Objection.
13                   THE WITNESS:  I have heard that they do
14         contain very small amounts of formaldehyde.
15   BY MR. DERRINGER:
16         Q.    Do you know how much they contain how much
17   they contain, how much formaldehyde they contain?
18                   MS. FORGIE:  Objection.
19                   THE WITNESS:  I have no idea.
20   BY MR. DERRINGER:
21         Q.    Well, when you testified back in September
22   of 2018 that the public should be made aware that there's
23   formaldehyde in bananas, how do you think they should be
24   made aware of that?
25                   MS. FORGIE:  Objection, relevancy.

**Dr. Charles Jameson**
**July 19, 2019**

Page 257

```
 1              THE WITNESS:  I don't recall saying that I
 2         felt the public should be made aware that bananas
 3         contain formaldehyde.
 4  BY MR. DERRINGER:
 5         Q.   I'm going to just hand you a transcript of
 6  your deposition from September 20th of 2018 just so you
 7  can have that in front of you.  I'm referring to pages 94
 8  and 95.  Take your time and look at anything you want,
 9  but my question is whether you had testified that the
10  general public should be made aware of the fact that
11  there's formaldehyde in bananas.
12              MS. FORGIE:  I'm going to ask him to start
13         at page 90 -- misrepresents the testimony.
14  BY MR. DERRINGER:
15         Q.   Go ahead and start wherever you'd like,
16  Dr. Jameson.  My question is whether at page 95 of that
17  deposition you said that the general public should be
18  made aware of the fact that there's formaldehyde in
19  bananas.
20              MS. FORGIE:  Objection.
21              (A PAUSE IN THE PROCEEDINGS ENSUED.)
22              THE WITNESS:  Okay.  Page 95 is talking
23         about replication?
24  BY MR. DERRINGER:
25         Q.   No.  Page 94 and 95 are talking about your
```

**Dr. Charles Jameson**
**July 19, 2019**

Page 258

1    opinion with respect to whether the public should be made

2    aware of whether there is formaldehyde in bananas.

3            **A.      You mean --**

4            MS. FORGIE:  Wait.  What's the question?

5    BY MR. DERRINGER:

6            Q.      Did you say under oath at your deposition

7    in September of 2018 that, "I think, you know, the

8    general public should be made aware of the fact that

9    there's formaldehyde in bananas"?

10           MS. FORGIE:  Objection.

11   BY MR. DERRINGER:

12           Q.      Did you say that?

13           **A.      I don't recall that being your question.**

14           Q.      That was my question.

15           MS. FORGIE:  Objection.

16   BY MR. DERRINGER:

17           Q.      It could be that you were asked to review a

18   whole bunch of different pages that actually aren't

19   related to I was talking about, but I'm asking whether --

20   this all began, Dr. Jameson, because I asked you whether

21   you recalled that you said that the general public should

22   be made aware of the fact that there's formaldehyde in

23   bananas.  And you said you don't recall saying that at

24   your deposition.

25           **A.      Okay.**

**Dr. Charles Jameson**
**July 19, 2019**

Page 259

1     Q.    And I'm just asking whether at page 95 of

2   your deposition in September of 2018, you testified that

3   the general public -- that you thought the general public

4   should be made aware of the fact that there's

5   formaldehyde in bananas?

6                MS. FORGIE:  Objection.

7   BY MR. DERRINGER:

8     Q.    Did you say that?

9     **A.    For point of clarification, what I heard**

10  **you ask me is that I testified that bananas should be**

11  **labeled as containing formaldehyde and that formaldehyde**

12  **is a carcinogen.  That's the question I heard you ask.**

13  **That's why I hesitated.**

14                MS. FORGIE:  Let him finish.

15  BY MR. DERRINGER:

16    Q.    Yeah, I asked that as a follow-up question

17  because originally I think you had indicated you recalled

18  that testimony in some way, but then there was some

19  question about whether you actually did.  So I'll get to

20  that question in a minute.

21                We know you think that the general public

22  should be made aware of the fact that there's

23  formaldehyde in bananas; is that right?

24                MS. FORGIE:  Objection.

25                THE WITNESS:  That's what I testified, but

Dr. Charles Jameson
July 19, 2019

Page 260

1            I never said anything about labeling bananas as

2            containing formaldehyde.

3    BY MR. DERRINGER:

4            Q.    Okay.  Do you still today believe that the

5    general public should be made aware that there is

6    formaldehyde in bananas?

7                    MS. FORGIE:  Objection.

8                    THE WITNESS:  The general public has a

9            right to know that there's formaldehyde just like

10           the general public has a right to know that

11           glyphosate Roundup causes non-Hodgkin's lymphoma.

12   BY MR. DERRINGER:

13           Q.    And how do you propose telling the general

14   public that there's formaldehyde in bananas if it's not

15   putting a label on the bananas in the grocery store to

16   that effect?

17           **A.    You can -- sorry.**

18                   MS. FORGIE:  Objection.

19   BY MR. DERRINGER:

20           Q.    Go ahead.

21           **A.    If you go out to the local news media and**

22   **ask them to publish a sideline or something that somebody**

23   **has found that there's a very small amount of**

24   **formaldehyde in bananas.  I mean, that's no different**

25   **than newspaper articles years ago, they came out with**

**Dr. Charles Jameson**
**July 19, 2019**

Page 261

1    **acrylamide being in French fries, and French fries**

2    **contain a carcinogen.  It's the same type of thing.**

3    **People just need to be informed.  That's what I've been**

4    **saying all along.  People just need to be informed so**

5    **they can make their own decision.**

6          Q.    Do you believe that the labels on

7    containers of milk that are sold at the grocery store

8    should state that calcium, one of the ingredients in

9    milk, has been associated with prostate cancer?

10          MS. FORGIE:  Objection.

11          THE WITNESS:  Again, I don't know that the

12          milk carton needs to be labeled with it, but you

13          could put a news article out saying that there's

14          some studies that if you drink too much -- that

15          calcium at very high doses has been related to --

16          did you say bladder cancer?

17          Q.    Prostate cancer.

18          **A.    Prostate cancer, right.**

19          Q.    You said you could put a news article out.

20    You think that would be sufficient?

21          MS. FORGIE:  Objection.

22    BY MR. DERRINGER:

23          Q.    Just to let the general -- as you said, to

24    let the general public know these things?

25          MS. FORGIE:  Objection -- wait.  Objection,

**Dr. Charles Jameson**
**July 19, 2019**

Page 262

```
 1          relevance, beyond the scope of his testimony or
 2          what he's being offered for.
 3   BY MR. DERRINGER:
 4          Q.    Go ahead.
 5          A.    Just use some means to get the information
 6   out to the general public.  All I'm saying is the general
 7   public has a right to know these things so that they can
 8   make their own informed decisions.
 9          Q.    Do you believe that when you buy a salami
10   sandwich, you should be told that the meat that you're
11   about to eat has been shown to have nitrates in it which
12   are associated with colon cancer?
13                MS. FORGIE:  Objection.
14                THE WITNESS:  I'm under the impression that
15          everybody knows that cured meats have nitrates in
16          it and that they're --
17   BY MR. DERRINGER:
18          Q.    Does that --
19                MS. FORGIE:  Wait.  Let him finish.
20                THE WITNESS:  And that they're cancer
21          causers.  But, again, if you want to make sure
22          everybody knows, put it out in some sort of media
23          that they can get the information.  The bottom
24          line is people have a right to know about these
25          things so that they can take that knowledge and
```

**Dr. Charles Jameson**
**July 19, 2019**

                                                    Page 263

 1          make their own informed decision as to how they

 2          want to use or not use the material.

 3  BY MR. DERRINGER:

 4          Q.    Other than news articles that you've

 5  mentioned, what are other ways you would suggest, that

 6  you can think of, of letting people know, the general

 7  public know, about potential cancer risks from things

 8  like nitrates in meat, calcium in milk, formaldehyde in

 9  bananas, or glyphosate in Roundup, according to you?

10                MS. FORGIE:  Objection.

11                THE WITNESS:  I don't know how to answer

12          that question.

13  BY MR. DERRINGER:

14          Q.    Well, you mentioned news articles.  Are

15  there other ways you would inform the general public

16  about those facts, those alleged facts?

17                MS. FORGIE:  Objection.  Objection, asked

18          and answered.  He just answered that question.

19                You can answer it again.

20                THE WITNESS:  There are a plethora of other

21          things.

22  BY MR. DERRINGER:

23          Q.    Can you just name one or two right now?

24                MS. FORGIE:  Objection.

25                THE WITNESS:  The Internet.

Page 264

 1  BY MR. DERRINGER:

 2          Q.    The Internet?  Is that what you said?

 3          **A.    Is a possible way to get information out to**

 4  **people.**

 5          Q.    Okay.  And are you capable of putting

 6  something on the Internet to get information out to

 7  people?

 8          **A.    Well, you are.  Sure, everybody is.**

 9          Q.    Oh, okay.  All right.  We're winding down,

10  sir.

11                Go ahead and take out Exhibit 8, if you

12  don't mind.

13          **A.    Eight?**

14          Q.    Eight, yes.  This is the April 2019

15  Glyphosate Proposed Interim Registration Review Decision

16  from the EPA.

17          **A.    Okay.**

18          Q.    And you're aware that the EPA has conducted

19  multiple reviews of glyphosate?

20          **A.    Yes.**

21          Q.    And like other herbicides and pesticides,

22  glyphosate periodically has to undergo a reregistration

23  review by EPA; is that right?

24          **A.    That's my understanding.**

25          Q.    And I think you mentioned that you had

Dr. Charles Jameson
July 19, 2019

Page 265

1  looked at the EPA's Office of Pesticide Programs 2016 and

2  2017 evaluation of the potential carcinogenicity of

3  glyphosate?

4      **A.    I looked at them, yes.**

5      Q.    And are you aware that on both instances,

6  the Office of Pesticide Programs determined that

7  glyphosate is not likely to be carcinogenic to humans?

8      **A.    That's what they said.**

9      Q.    And then on April 23rd, 2019, this is what

10  you have in front of you now, the EPA pesticide

11  reevaluation decision issued this proposed interim

12  registration review decision for glyphosate; correct?

13      **A.    That's what this evidently is, yes.**

14      Q.    And have you reviewed this?  I think you

15  mentioned you had.

16      **A.    No.**

17      Q.    You haven't?

18      **A.    I don't think I've seen this, no.**

19      Q.    Counsel for plaintiffs didn't provide this

20  to you?

21          MS. FORGIE:  Objection.

22          THE WITNESS:  I don't remember.

23  BY MR. DERRINGER:

24      Q.    Okay.  Are you curious to know what the EPA

25  concluded in its proposed interim administration review?

Dr. Charles Jameson
July 19, 2019

Page 266

1          MS. FORGIE:  Objection.

2          THE WITNESS:  I'm curious but I'm sure it's

3      no different than what they found before.

4  BY MR. DERRINGER:

5          Q.    Turn to page 3 of Exhibit 8, the EPA's 2009

6  decision.  Do you understand that FIFRA -- I'm in the

7  second paragraph -- mandates the continuous review EPA of

8  existing pesticides.  Do you understand that?

9          **A.    FIFRA requires EPA to --**

10         Q.    Continually review existing pesticides?

11         **A.    I wasn't aware that was part of FIFRA, but**

12  **I'm not surprised.**

13         Q.    Okay.  You don't have any reason to doubt

14  what the EPA writes in the first sentence of the second

15  paragraph on page 3; do you?

16         **A.    No.**

17         Q.    And do you understand that the registration

18  review program is intended to make sure that there's the

19  ability to assess and reduce risk evolves, and as

20  policies and practices change, all registered pesticides

21  continue to meet the statutory standard of no

22  unreasonable adverse effects?  Do you understand that's

23  the purpose of the registration review program?

24         MS. FORGIE:  Objection, way beyond what

25      he's being offered for and what he's going to

Page 267

1          testify about.

2     BY MR. DERRINGER:

3          Q.    Do you understand that?

4               MS. FORGIE:  Wait.  I'll allow him to

5          answer it, but here we go again.

6               THE WITNESS:  That's what this says.

7               MR. DERRINGER:  Is -- well, Ms. Forgie, is

8          Dr. Jameson going to tell the jury about the

9          conclusions of IARC from IARC's review of

10         glyphosate?

11              MS. FORGIE:  Yes.

12              MR. DERRINGER:  Okay.

13              MS. FORGIE:  But he's not going to talk

14         about a 2019 interim -- proposed interim

15         registration review decision.

16              MR. DERRINGER:  Okay.

17              MS. FORGIE:  As you know.

18    BY MR. DERRINGER:

19         Q.    And you know that the EPA must periodically

20    re-evaluate pesticides to make sure that products in the

21    marketplace continue to be used safely?

22              MS. FORGIE:  Objection, asked and answered.

23              THE WITNESS:  That's my understanding.

24    BY MR. DERRINGER:

25         Q.    And that would include glyphosate?

Dr. Charles Jameson
July 19, 2019

Page 268

1          **A.     If glyphosate is a registered material, it**
2    **would fall under that category, yes.**
3          Q.     If you turn to page 5, the EPA describes
4    what it did, different steps it took as part of its
5    review process.  Do you understand that as part of this
6    most recent review of glyphosate, EPA invited comments
7    from the public?
8                 MS. FORGIE:  Objection.
9                 THE WITNESS:  That's part of their process,
10         they invite public comment.
11   BY MR. DERRINGER:
12         Q.     And do you see in the middle of page 5, the
13   EPA reported that they received nearly 240,000 comments?
14                MS. FORGIE:  Objection.
15                THE WITNESS:  In the middle of page 5?
16   BY MR. DERRINGER:
17         Q.     Yes, the third bullet point, second line
18   towards the end of the line.
19         **A.     Over 238,000 comments were received during**
20   **the comment period, most of which came from various mass**
21   **mail campaigns.  Okay.**
22         Q.     Do you see that?
23         **A.     That's what this says.**
24         Q.     Did you submit any comment to the EPA
25   associated with the EPA's call for public comments

**Dr. Charles Jameson**
**July 19, 2019**

Page 269

1    related to its review of glyphosate?

2                    MS. FORGIE:  Objection.

3                    THE WITNESS:  No, sir.  No, sir.

4    BY MR. DERRINGER:

5          Q.    And you understand that the EPA considered

6    and even responded to these comments?

7                    MS. FORGIE:  Objection.

8                    THE WITNESS:  To all 238,000?

9    BY MR. DERRINGER:

10         Q.    Well, take a look at page 17.  Page 17

11   contain the EPA summary of the comments from the mass

12   mail campaigns?

13         **A.    Okay.**

14         Q.    Yes?

15                   MS. FORGIE:  Well, wait.  What's the

16         question?

17   BY MR. DERRINGER:

18         Q.    Does page 17 contain EPA summary of the

19   comments from the mass mail campaign?

20                   MS. FORGIE:  Objection.

21                   THE WITNESS:  I'm sorry, I was reading.

22         Could you repeat the question again, please?

23   BY MR. DERRINGER:

24         Q.    Sure.  Does page 17 of Exhibit 8, the EPA's

25   interim proposed registration review decision, summarize

**Dr. Charles Jameson**
**July 19, 2019**

                                                      Page 270

 1    the comments it received from the mass mail campaigns?

 2               MS. FORGIE:  Objection.

 3               THE WITNESS:  It looks like it summarizes

 4          it, yes.

 5    BY MR. DERRINGER:

 6          Q.    And did EPA also provide a response to

 7    those comments at page 17?

 8               MS. FORGIE:  Objection.

 9               Doctor, if you need to read the whole

10          document, you may do so.

11               THE WITNESS:  In my quick looking at this,

12          I can't see where they say they responded to every

13          single one of them.

14    BY MR. DERRINGER:

15          Q.    Is there a paragraph titled, "The EPA

16    response" right under the comments from mass mail

17    campaign?

18          **A.    Oh, that paragraph.**

19               MS. FORGIE:  Objection, asked and answered.

20    BY MR. DERRINGER:

21          Q.    Did the EPA respond to the comments from

22    the mass mail campaign --

23               MS. FORGIE:  Objection.

24    BY MR. DERRINGER:

25          Q.    -- on page 17 of Exhibit 8?

**Dr. Charles Jameson**
**July 19, 2019**

Page 271

1          MS. FORGIE:  Objection.

2          THE WITNESS:  I mean, this paragraph is

3      just a statement by EPA.  It doesn't say that they

4      send it out to all then responders.  This is just

5      a statement by EPA.

6  BY MR. DERRINGER:

7      Q.   I know.  You understand that this document

8  is available publicly to the entire world on the EPA's

9  web site; do you understand that?

10          MS. FORGIE:  Objection.  He's never even

11      read this document before.

12          THE WITNESS:  I understand that, but that

13      wasn't your question.  I'm sorry.  That was not my

14      understanding of your question.

15  BY MR. DERRINGER:

16      Q.   Okay.  In this document in the paragraph

17  that I referred you to called the EPA response, does the

18  EPA write its response to the comments that were raised

19  in the mass mail campaign as described by EPA in the

20  paragraph before its response?

21          MS. FORGIE:  Objection, asked and answered.

22      You can answer it again.  This is far

23      afield from where we're supposed to be, far, far,

24      far.

25          THE WITNESS:  This is -- this EPA response

Dr. Charles Jameson
July 19, 2019

Page 272

1          appears to be in response to the mass mailings

2          that were identified in the paragraph above.

3    BY MR. DERRINGER:

4          Q.    Okay.  Turn to page 19.

5          A.    But that doesn't mean that all of the mass

6    mailers got it.

7          Q.    Turn to page 19.

8          A.    19?

9          Q.    Please.  You see Section 3 is titled

10   scientific assessments?

11         A.    Yes.

12         Q.    And then there's a section under risk

13   summary?

14         A.    Yes.

15         Q.    Can you read the first sentence, please?

16         A.    "The EPA thoroughly assessed risks to

17   humans from exposure to glyphosate from all uses and all

18   routes of exposure to not identify any risks of concern."

19         Q.    The EPA -- go ahead.

20         A.    But that was at the dose levels that they

21   looked, at which were restricted by the EPA specs.

22         Q.    And you know that -- well, I think you had

23   said you'd never seen this document before; is that

24   right?

25         A.    I don't recall seeing it.

**Dr. Charles Jameson**
**July 19, 2019**

Page 273

1    Q.    So how do you know that the review that is
2  being described on page 19 was at the dose levels that
3  EPA looked at which were restricted by EPA
4  specifications?  How do you know that?
5         **A.    EPA has guidelines, and the guidelines that**
6  **they send out say that you don't want to go over certain**
7  **dose level when doing these studies for the purpose of**
8  **registering the materials, and those dose levels in a lot**
9  **of cases are too low to see in actual effect.  So this**
10  **EPA has -- what they're saying here is what they -- they**
11  **did do it, but they did it based on their restricted**
12  **guidelines.  And so if they required people to do these**
13  **studies at higher doses, like you do in a bioassay to see**
14  **if it causes cancer, they may have come up with a**
15  **different result.**
16         Q.    When you say bioassy, you mean animal
17  bioassays?
18         **A.    Well, that's what they based a lot of this**
19  **on is animal bioassy data and, you know, exposure data,**
20  **the genotoxic data, all of it.**
21         Q.    Did the EPA specs restrict the dose levels
22  in human epidemiology studies?
23              MS. FORGIE:  Objection.
24              THE WITNESS:  Well, they can't because the
25         human epidemiology data is based on real world

Dr. Charles Jameson
July 19, 2019

Page 274

1        exposures.

2    BY MR. DERRINGER:

3        Q.    Did you say they can't; right?

4        **A.    Well, I mean, the people are exposed to**

5    **what they're exposed to.  There's no regulation on, you**

6    **know, how much you can spray in the field.**

7        Q.    Right.  I just asked for that clarification

8    because I think court reporter took down your testimony

9    as -- when I asked you if the EPA specifications

10   restricted dose levels in human epidemiology studies, the

11   court reporter took your answer down as, well, they can

12   because --

13       **A.    No, they can't.**

14       Q.    Right, they cannot?

15       **A.    They cannot.  I'm sorry.**

16       Q.    No need to apologize.  And the EPA, do you

17   know one way or the other, whether in their review, in

18   their assessment, the results of which are contained in

19   Exhibit 8, their proposed interim registration review

20   decision, do you know whether they contain the human

21   epidemiological studies?

22       **A.    I think -- I think that's part of the**

23   **review process, yes.**

24       Q.    And the EPA's review included looking for

25   both cancer and noncancer effects, right?

Dr. Charles Jameson
July 19, 2019

Page 275

1           Again, can you look at whatever you want.
2       **A.      Okay.  I know.  I know.  I'm thinking I**
3  **want to go back to the response to that last question.**
4  **I'd rather look at the document before I say for sure.**
5       Q.    About whether they looked at human
6  epidemiology?
7       **A.      If they look at all the human epidemiology**
8  **data.**
9       Q.    Okay.  Fair enough.  But can you tell from
10  page 19 under risk summary that the EPA reported that
11  both noncancer and cancer effects were evaluated for
12  glyphosate?
13           MS. FORGIE:  Objection.  He just said he
14           wants to read the document.
15           MR. DERRINGER:  With respect to --
16           MS. FORGIE:  That's not fair -- it's not
17           fair to ask him questions about --
18           MR. DERRINGER:  With respect to --
19           MS. FORGIE:  Let me finish my objection,
20           then you can say whatever you want.  This is so
21           unfair.  He hasn't read this document.  He's asked
22           to read it, and you continue to ask him questions.
23           Not fair.  I'm going to let him answer one or two
24           more, then I'm going to shut it down.
25           MR. DERRINGER:  This is a document that was

**Dr. Charles Jameson**
**July 19, 2019**

Page 276

 1           published in April of 2019.
 2                   MS. BEACH:  Which is exactly the point.
 3                   MS. FORGIE:  Yes, exactly.
 4                   MS. BEACH:  That is so much far after IARC
 5           was even published online that it's absolutely
 6           irrelevant to why we're here right now.
 7                   MS. FORGIE:  And he hasn't read it.
 8                   MR. DERRINGER:  Anything else?
 9                   MS. BEACH:  I'm going to start objecting
10           now too.  This is a waste of all of our time.
11                   THE WITNESS:  Are you waiting for me?
12                   MS. FORGIE:  No.  No.  There's no question
13           pending.
14                   MR. DERRINGER:  Although if you want to say
15           something, feel free.
16                   MS. FORGIE:  No, he does not.
17                   THE WITNESS:  I just wanted to make sure I
18           wasn't holding things up.
19   BY MR. DERRINGER:
20           Q.    Are you aware that EPA was aware of IARC's
21   2015 decision to classify glyphosate as probably
22   carcinogenic to humans?
23                   MS. FORGIE:  Objection.
24                   THE WITNESS:  I'm aware that the EPA knew
25           that, yes.

**Dr. Charles Jameson**
**July 19, 2019**

Page 277

1   BY MR. DERRINGER:

2          Q.   And, in fact, they knew that when they

3   published this interim review; correct?

4               MS. FORGIE:  Objection.

5               THE WITNESS:  They had to.  Sorry.

6   BY MR. DERRINGER:

7          Q.   Go ahead.

8          **A.   They had.  I mean, the IARC came out before**

9   **that.  And if they were doing what you say they did, then**

10  **they would have looked at all the relevant information.**

11         Q.   Right.  If you go to page 7 of this

12  document.

13         **A.   Okay.**

14         Q.   You see that this discusses some comments

15  about EPA's cancer evaluation?

16         **A.   Oh, the bottom paragraph talks about IARC,**

17  **okay.**

18         Q.   Well, go up to comments about EPA's cancer

19  evaluation.  Do you see that?

20         **A.   Okay.**

21         Q.   And do you see that the EPA reports that

22  many commenters expressed disagreement with the EPA's

23  cancer conclusion citing the IARC 2015 classification of

24  glyphosate as probably carcinogenic to humans?

25               Do you see that?

Page 278

1            MS. BEACH:  Objection.  This witness has
2         never seen the document before, and it speaks for
3         itself.
4    BY MR. DERRINGER:
5            Q.    And if you look below that, the EPA
6    provides its response to the commenters who cited the
7    IARC 2015 Monograph?
8            MS. BEACH:  Objection.  This witness has
9         never seen this document before, and it speaks for
10        itself.
11   BY MR. DERRINGER:
12           Q.    Do you see that, sir?
13           MS. BEACH:  Objection.  This witness has
14        never seen this document before, and it speaks for
15        itself.
16   BY MR. DERRINGER:
17           Q.    Do you see that?
18           MS. BEACH:  Objection.
19           MS. FORGIE:  Objection.
20           MR. WARREN:  Are you instructing him not to
21        answer the question?
22           MS. BEACH:  I'm going to keep objecting.
23           MR. WARREN:  He can still answer the
24        question.
25           MR. DERRINGER:  Well, you objected to the

**Dr. Charles Jameson**
**July 19, 2019**

Page 279

 1           same question now four times.

 2                 MR. WARREN:  I --

 3                 MS. BEACH:  I did not instruct him not to

 4           answer.

 5                 MR. DERRINGER:  Then stop objecting.

 6                 (Simultaneous Crosstalk.)

 7                 MR. DERRINGER:  Hold on.  Your objection is

 8           on the record.

 9                 MS. BEACH:  Good.  I'm going to keep

10           objecting every time you asked and answered.  He

11           can answer after.  I don't care, but I'm going to

12           keep objecting.

13                 MR. DERRINGER:  No, he actually can't

14           answer after if you continue to interject with an

15           objection.

16                 MS. BEACH:  I can object every single time

17           you ask a question, and he can answer it every

18           single time after my objection unless he's

19           instructed not to.

20                 Continue.

21     BY MR. DERRINGER:

22           Q.    If you look below the paragraph under

23     comments about the EPA's cancer evaluation, do you see

24     the EPA provides its response to the commenters who cited

25     the IARC 2015 Monograph?

Dr. Charles Jameson
July 19, 2019

```
                                        Page 280
 1              MS. BEACH:  Objection.  The document speaks
 2         for itself.
 3              THE WITNESS:  There is an EPA response
 4         listed.
 5  BY MR. DERRINGER:
 6         Q.   Do you see that the EPA in the last
 7  paragraph on this page reported that its cancer
 8  evaluation was more robust than IARC's evaluation?
 9              Do you see that?
10              MS. FORGIE:  Objection.  Objection.
11              THE WITNESS:  That's what this document
12         says, but I don't know that I necessarily would
13         agree with that.
14  BY MR. DERRINGER:
15         Q.   Why wouldn't you agree with that?
16         A.   Because, like I said, they don't consider
17  high enough dose levels to see an effect.
18         Q.   In that same paragraph at the bottom of
19  page 7, EPA states that, "IARC's evaluation only
20  considers data that have been published or accepted for
21  publication in the openly-available scientific
22  literature."
23              Is that true?
24              MS. BEACH:  Objection.  The document speaks
25         for itself.
```

**Dr. Charles Jameson**
**July 19, 2019**

Page 281

```
 1   BY MR. DERRINGER:

 2           Q.    Is that your understanding?

 3           A.    No.

 4           Q.    That's not true?

 5           A.    I'm sorry.  Where did -- where are you

 6   reading this from?

 7           Q.    We were interrupted.  Bottom of page --

 8                 MS. BEACH:  You were not interrupted.  You

 9           were done with your question, and then I objected,

10           and then he started trying to answer.

11   BY MR. DERRINGER:

12           Q.    Bottom of page 7, sir.

13           A.    Okay.

14           Q.    You see the paragraph that begins, "EPA's

15   cancer evaluation is more robust than IARC's evaluation"?

16           A.    Okay.

17           Q.    Do you see that?  Do you see that?

18           A.    Correct.  Yes, I see that.

19           Q.    The EPA then writes, "IARC's evaluation

20   only considers data that have only been published or

21   accepted for publication in the openly-available

22   scientific literature."

23                 Do you agree with that?

24                 MS. FORGIE:  Objection.

25                 THE WITNESS:  No.
```

**Dr. Charles Jameson**
**July 19, 2019**

Page 282

 1  BY MR. DERRINGER:

 2          Q.    Okay.  Tell me why that's wrong based on

 3  your experience with IARC?

 4          **A.    Based on my --**

 5                  MS. FORGIE:  Objection.

 6                  THE WITNESS:  Based on my experience with

 7          IARC, they not only use information that

 8          publication in openly-available scientific

 9          literature, but they also use data from the EPA

10          itself that they had been able to acquire under

11          the Freedom of Information Act.

12  BY MR. DERRINGER:

13          Q.    Okay.  Any other reason why you disagree

14  with that sentence?

15          **A.    Late in the day.**

16                  **They also have accepted publications.**

17  **Openly-available scientific literature, okay.  That would**

18  **be basically my -- why I said no because they have gotten**

19  **information from government agencies, and they get**

20  **information -- they've gotten information from EPA.**

21  **They've gotten information from ILSE and other European**

22  **regulatory agencies that they used in their evaluation of**

23  **different chemicals.**

24          Q.    I'm talking about glyphosate.

25          **A.    Glyphosate as well.**

**Dr. Charles Jameson**
**July 19, 2019**

Page 283

1          Q.    Right.  So you said the IARC, in addition

2      to having information that was available that had been

3      published or accepted for publication in the

4      openly-available scientific literature, that IARC also

5      had some information from EPA?

6          **A.    From EPA.**

7          Q.    From anybody else?

8          **A.    From I think it was ILSE, the European --**

9      **one of the European regulatory agencies, or FIFRA.  I**

10     **can't remember which one it is, but they also had -- it's**

11     **in the monograph.  It tells you in the monograph which**

12     **agencies they got the data from, so it's not just from**

13     **open publicly-available scientific literature.**

14         Q.    IARC doesn't make binding regulatory

15     decisions, does it?

16         **A.    IARC is not a regulatory agency.**

17         Q.    Is it a health authority?

18         **A.    Yes, it is.**

19         Q.    Under who's auspices?

20         **A.    The World Health Organization.**

21         Q.    Does IARC invite the public to review and

22     comment on its process in realtime, that is as the

23     process going on?

24              MS. FORGIE:  Objection.

25              THE WITNESS:  It does ask for input from

Dr. Charles Jameson
July 19, 2019

Page 284

1          the public when they're reviewing chemicals.  It
2          goes out, makes an announcement, and lists the
3          chemicals that they're going to review and ask
4          people to provide any information they may have on
5          it.
6  BY MR. DERRINGER:
7          Q.    Did they do that with glyphosate, to your
8  knowledge?
9          **A.    I believe so, yeah.**
10         Q.    Okay.
11         **A.    I think that's why the Greim paper was**
12  **published and given to them.**
13         Q.    While the IARC Working Group is doing its
14  work, does IARC invite the public to review and comment
15  on that work as its happening?
16              MS. FORGIE:  Objection, asked and answered.
17              You can answer it again.
18              THE WITNESS:  It doesn't -- it does not ask
19         for people to comment on it.  They do allow
20         observers and representatives to attend the
21         meeting and sit in on the discussions and what
22         have you, and at the discretion of the chairman of
23         the Working Group, if the observer or the
24         representative has a question or comment, he can
25         raise his hand, and, at the discretion of the

Page 285

1          chairman, he can be recognized and make his point.

2          But --

3     BY MR. DERRINGER:

4          Q.    Do you recall how many outside observers or

5     representatives were present during the Working Group

6     meeting for glyphosate?

7          **A.    That information would be on the list of**

8     **attendees for the Monograph 112.  I would be**

9     **guesstimating how many it was, but there were quite a**

10    **few.**

11         Q.    Did IARC's classification of glyphosate

12    take into account the benefits of glyphosate or of

13    Roundup?

14                MS. FORGIE:  Objection.

15                THE WITNESS:  In the description, in the --

16                I think it's in the exposure section.  In the

17                description of glyphosate, there is a discussion

18                of uses and how it's used, and I'd have to go back

19                and read the discussion in the exposure section,

20                but there may be some reference to how it has

21                helped in the production of -- increasing the

22                production of various foods in the world.

23    BY MR. DERRINGER:

24         Q.    I appreciate that it was included in a

25    discussion, but did IARC's ultimate classification of

Dr. Charles Jameson
July 19, 2019

                                              Page 286

 1   glyphosate take into account the benefits of Roundup or
 2   glyphosate?
 3               MS. FORGIE:  Objection, asked and answered.
 4               You can answer it again.
 5               THE WITNESS:  Well, that's not part of the
 6          criteria to be considered.
 7   BY MR. DERRINGER:
 8        Q.   So is the answer no, IARC's classification
 9   of glyphosate did not take into account the benefits of
10   Roundup or glyphosate?
11               MS. FORGIE:  Objection, asked and answered.
12               You can answer it again.
13               THE WITNESS:  That's part of -- I mean,
14          that's not part of the criteria for the
15          evaluation.
16   BY MR. DERRINGER:
17        Q.   Did IARC conclude that glyphosate causes
18   non-Hodgkin's lymphoma?
19        **A.   Yes.**
20        Q.   Did IARC provide a method to determine
21   whether glyphosate or any glyphosate-based herbicide
22   caused or can cause a cancer in a specific person?
23        **A.   I'm sorry, could you repeat that?**
24        Q.   Sure.  Did IARC provide a method to
25   determine whether Roundup or any glyphosate-based

Dr. Charles Jameson
July 19, 2019

Page 287

1   herbicide has caused a cancer in any specific person?

2       **A.    No.**

3       Q.    Did IARC provide a diagnostic test that

4   could be used to determine whether a cancer in a person

5   was caused by glyphosate or glyphosate-based herbicides?

6       **A.    No.**

7       Q.    I'm handing you what I'm marking as

8   Exhibit 29.  This is the materials considered list that

9   we were served with, again, I think after midnight today,

10  and because of that I only have one --

11              (Exhibit 29 was marked for identification.)

12              MS. FORGIE:  After midnight today?  We

13          haven't even gotten to midnight today.

14              MR. DERRINGER:  Well, no.  After midnight

15          would be midnight tomorrow.

16              MS. FORGIE:  Would be yesterday.

17              THE WITNESS:  This morning.  Early this

18          morning.

19              MR. DERRINGER:  It was served early this

20          morning.  I say that simply to explain why I only

21          have two copies here.

22              MS. FORGIE:  I don't need it.

23  BY MR. DERRINGER:

24      Q.    Is this the materials considered list that

25  you -- or strike that.

Dr. Charles Jameson
July 19, 2019

Page 288

1              Is this the list of materials that you

2    considered to provide your testimony in the three cases

3    that have been noticed in this deposition?

4         **A.    It looks like it, the list, yes.**

5         Q.    Okay.  I'm marking as Exhibit 30 the CV,

6    your CV that we received early this morning.  This one I

7    do have three copies of.

8              Is this your most recent curriculum vitae?

9              (Exhibit 30 was marked for identification.)

10             THE WITNESS:  I apologize.  I should date

11        these things.  I'm sorry.

12             MS. FORGIE:  Stop apologizing.

13             THE WITNESS:  I'm sorry.  I just --

14   BY MR. DERRINGER:

15        Q.    Take your time.

16        **A.    Yes.  I found the reference I was looking**

17   **for.**

18        Q.    Earlier today when we were looking at your

19   CV that was included in your MDL expert report, you said

20   that it wasn't your most recent CV because there were one

21   or two I think publications or articles or things you

22   needed to add?

23        **A.    Right.**

24        Q.    What are the one or two things that are on

25   this CV, Exhibit 30, that are new from the CV attached to

Dr. Charles Jameson
July 19, 2019

Page 289

 1    your MDL report?

 2              A.     Okay.  On page 17 of my CV --

 3              Q.     Yes.

 4              A.     This is under book chapters.

 5              Q.     Okay.

 6              A.     Number 10, "Polycyclic aromatic

 7    hydrocarbons and associated occupational exposures,

 8    Chapter 7 in Tumor Site Concordance and Mechanisms of

 9    Carcinogenesis."

10              Q.     Okay.  That was published it looks like in

11    2019?

12              A.     2019, yes.

13              Q.     Does that have anything to do with

14    glyphosate?

15              A.     No, sir.

16              Q.     Okay.  And what's the second new entry?

17              A.     I don't think -- I think there was only

18    one.  After looking at this, I think there was only one.

19    There's a world cancer report coming out that I

20    participated in, but that has just -- I haven't gotten

21    the citation for that yet, but it's something I worked on

22    for IARC that's coming out.

23              Q.     Okay.  And does that have anything to do

24    with glyphosate?

25              A.     No, sir.

Dr. Charles Jameson
July 19, 2019

Page 290

1          Q.    I am handing you and I'm marking as

2     Exhibit 31, and I'll have to find a clip to clip it all

3     together, but these were also provided to us earlier this

4     morning.

5                (Exhibit 31 was marked for identification.)

6                THE WITNESS:  Wow.  That's pretty

7          impressive.

8     BY MR. DERRINGER:

9          Q.    What is Exhibit 31?

10         **A.    It looks like a copy of all my invoices.**

11         Q.    Okay.  All of your invoices from all of the

12    Roundup litigation or only for your work on the three

13    cases that have been noticed in this deposition?

14               MS. FORGIE:  Objection.

15    BY MR. DERRINGER:

16         Q.    If you know.

17         **A.    This is for all of them, as far as I can**

18    **tell.**

19         Q.    Okay.

20               MR. DERRINGER:  Let's go off the record.

21               THE VIDEOGRAPHER:  4:39.  Off the record.

22               (BREAK.)

23               Back on record.  The time is 4:45.

24    BY MR. DERRINGER:

25         Q.    Dr. Jameson, I'm marking as Exhibit 32

Dr. Charles Jameson
July 19, 2019

Page 291

1   another document that was provided to us earlier this

2   morning.  This looks like a collection of a few emails

3   perhaps from you to Ms. Forgie; is that right?

4                (Exhibit 32 was marked for identification.)

5                THE WITNESS:  That's correct.

6   BY MR. DERRINGER:

7        Q.    Okay.  And what are these emails?

8        **A.    This is in respond to -- in response to --**

9   **I'm sorry -- to the notice of deposition that I received,**

10  **which is different than the one that I saw earlier this**

11  **morning.  And in the notice of deposition, there were**

12  **document requests, and I went through each document**

13  **request and commented on them with Kathryn.  And then in**

14  **some of my responses, I said I needed to go check or I**

15  **needed to see if I had something or whatever.  And then**

16  **the second email is a response -- is to Ms. Forgie**

17  **addressing all of the comments that I said I'd get back**

18  **to them on.**

19        Q.    Thank you.  I'm going to hand you

20  Exhibit 33.  This is also something I believe that was

21  provided to us this morning.

22                (Exhibit 33 was marked for identification.)

23  BY MR. DERRINGER:

24        Q.    It's titled, "Declaration of Interests for

25  IARC/WHO Experts."  And if you look at the last page,

Dr. Charles Jameson
July 19, 2019

                                              Page 292

 1    it's double-sided here.  It looks like this was signed by
 2    you on August 21st, 2017; is that right?
 3             A.    Correct.
 4             Q.    Okay.  And why -- to your knowledge, why
 5    does IARC ask for people like you involved with their
 6    work, IARC's work, for declaration of interests?
 7             **A.    Well, as any organization that brings in**
 8    **outside people to -- to consult for them or to do work**
 9    **for them or what have you, they need to assure themselves**
10    **that the people that they retain or ask to participate in**
11    **something don't have either a real or an apparent**
12    **conflict of interest in the material they're being asked**
13    **to review.**
14             Q.    And do you agree that that's important?
15             **A.    Oh, absolutely.**
16             Q.    How come?
17             **A.    Well, I mean, there are instances where**
18    **some people that have a vested interest in the particular**
19    **chemical or exposure or what have you has been identified**
20    **as being a member of a review group that makes a**
21    **recommendation concerning that particular material, and**
22    **it's obvious that the person has a vested interest in**
23    **what the recommendation should be.**
24             Q.    And if you look at your declaration of
25    interest, it looks like you checked only one box?

Dr. Charles Jameson
July 19, 2019

Page 293

1      A.     Sorry?

2      Q.     On page -- the third page, it's Box 6E.  Do

3    you see that?

4      A.     6E, okay.

5      Q.     I take that back.  You checked all -- you

6    checked boxes in response to every question?

7      A.     Right.

8      Q.     There's only one question for which you

9    checked the yes box; correct?

10     A.     Correct.

11     Q.     And that question was, "Is there any other

12   aspect of your background or present circumstances not

13   addressed above that might be perceived as affecting your

14   objectivity or your independence," and you said "yes."

15            Is that right?

16     A.     That's a what I checked.

17     Q.     And then you were asked to describe the

18   subject, specific circumstances, parties involved, time

19   frame and other relevant details in the box below on that

20   page; right?

21     A.     Yes.

22     Q.     And what did you write?

23     A.     "I've been retained as an expert witness

24   for plaintiffs in Roundup products litigation since

25   August of 2016."

Dr. Charles Jameson
July 19, 2019

Page 294

1          Q.    And why did you feel that it was important

2    to disclose that to IARC?

3          **A.    Just to be open about everything that I'm**

4    **doing and so -- to make them aware so they could look at**

5    **that and make their own determination if in their mind**

6    **that was something that they would feel would be a**

7    **conflict of interest for the materials we were looking at**

8    **for this particular.  And -- okay.**

9          Q.    Have you expressed any concern about

10   glyphosate or Roundup to anyone at the NTP?

11         **A.    Have I expressed concern?**

12               MS. FORGIE:  Objection.

13               THE WITNESS:  Yes.

14   BY MR. DERRINGER:

15         Q.    Who at NTP did you express that concern to?

16         **A.    Following the IARC Monograph, and this**

17   **would have been in 2015, I think it was within a month**

18   **after the IARC Monograph, I was at the NIEHS for -- I**

19   **believe I had been asked to serve as a reviewer on a**

20   **background document or something.  Anyway, I was -- at**

21   **lunch break, I went into the cafeteria and ran into an**

22   **old friend named John Bucher who was the deputy director**

23   **of the National Toxicology Program at the time.  I think**

24   **he has since retired.  And I told him about what we did**

25   **at IARC and glyphosate and that I thought that it was**

Dr. Charles Jameson
July 19, 2019

Page 295

1    a -- you know, glyphosate was a real problem and it

2    caused cancer.  It's a known animal carcinogen, and it

3    caused non-Hodgkin's lymphoma.  But that's all I did.

4    You know, we were -- he was asking me, what have you been

5    doing lately, oh, I was at IARC.  Oh, they reviewed

6    glyphosate, what happened there?  Well, da, da, da, da,

7    da, da, da.  So that's what that was all about.

8         Q.    How do you spell his last name?

9         A.    B-U-C-H-E-R.

10        Q.    And what was his role at the NTP at the

11   time?

12        A.    He was deputy director for the National

13   Toxicology Program.  I think that was his title.  He was

14   the director of the whole NTP research groups, both

15   contract and intramural.

16        Q.    Have you expressed concern of glyphosate or

17   Roundup to anyone at the EPA?

18        A.    No, sir.

19        Q.    Have you expressed concerns about

20   glyphosate or Roundup to anyone at any other health

21   authority?

22        A.    No, sir.

23        Q.    Have you expressed concerns about

24   glyphosate or Roundup to any doctors or nurses?

25        A.    Other than my family physician, no.

Dr. Charles Jameson
July 19, 2019

Page 296

1          Q.    Have you expressed concerns about

2    glyphosate or Roundup to anyone in the academic world,

3    professors, teachers?

4          **A.    No.**

5          Q.    Have you put anything on your web site

6    about glyphosate or Roundup?

7          **A.    I don't have a web site.**

8          Q.    Oh, okay.  Have you notified the National

9    Institutes of Health about your conclusion that Roundup

10   can cause cancer?

11               MS. FORGIE:  Objection.

12               THE WITNESS:  No.

13   BY MR. DERRINGER:

14         Q.    Okay.  Have you notified the American

15   Cancer Society about your conclusion that Roundup can

16   cause cancer?

17               MS. FORGIE:  Objection.

18               THE WITNESS:  No.

19   BY MR. DERRINGER:

20         Q.    Have you notified the National Cancer

21   Institute about your conclusion that Roundup can cause

22   cancer?

23               MS. FORGIE:  Objection.

24               THE WITNESS:  No.

25   ///

**Dr. Charles Jameson**
**July 19, 2019**

Page 297

1    BY MR. DERRINGER:

2        Q.   Have you notified anybody other than in a

3    deposition or in a trial in this litigation about your

4    conclusion that Roundup can cause cancer?

5            MS. FORGIE:  Objection.

6            THE WITNESS:  Anyone?

7    BY MR. DERRINGER:

8        Q.   Yeah.

9        **A.   Yes.**

10       Q.   Who?

11       **A.   My wife, my kids, some close friends.**

12       Q.   Anybody else?

13           MS. FORGIE:  Objection.

14           THE WITNESS:  Not that I recall.

15           MR. DERRINGER:  Okay.  Dr. Jameson, I

16           appreciate your time today.  Those are all the

17           questions I have for now.

18           MS. FORGIE:  I don't have any questions.

19           THE WITNESS:  You're welcome.

20           MS. FORGIE:  Wait.  Oh, I thought you

21           started to say something.  I don't have any

22           questions, but I move to strike everything that

23           doesn't have anything to do with his opinions and

24           his work at IARC.  Thank you.

25           THE VIDEOGRAPHER:  Time is 4:53.  End of

**Dr. Charles Jameson**
**July 19, 2019**

Page 298

1          the deposition.  Off record.

2     (Thereupon, the proceedings concluded at 4:53 p.m.)

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 299

1

2                    CERTIFICATE OF OATH

3      THE STATE OF FLORIDA )

4      COUNTY OF LEE )

5

6

7

8

9            I, the undersigned authority, certify that

10     DR. CHARLES JAMESON personally appeared before me and was

11     duly sworn on the 19th day of July, 2019.

12                    Signed this 23rd day of July, 2019.

13

14

15

16     _____
            Richard S. Scire, RPR, FPR
17          Notary Public - State of Florida
            My Commission No. GG 207605
18          My Commission Expires:  05/06/2022

19

20

21

22

23

24

25

Dr. Charles Jameson
July 19, 2019

Page 300

1                    CERTIFICATE OF REPORTER

2

3    THE STATE OF FLORIDA )

4    COUNTY OF LEE )

5

6              I, RICHARD S. SCIRE, RPR, FPR, certify that

7    I was authorized to and did stenographically report the

8    deposition of DR. CHARLES JAMESON, pages 1 through 297;

9    that a review of the transcript was requested; and that

10   the transcript is a true and complete record of my

11   stenographic notes.

12              I further certify that I am not a relative,

13   employee, attorney, or counsel of any of the parties, nor

14   am I a relative or employee of any of the parties'

15   attorney or counsel connected with the action, nor am I

16   financially interested in the action.

17

18              DATED this 23rd day of July, 2019.

19

20

21   _____

22   Richard S. Scire, RPR, FPR

23

24

25

**Dr. Charles Jameson**
**July 19, 2019**

```
                                              Page 301
 1                    ERRATA SHEET
          DO NOT WRITE ON TRANSCRIPT - ENTER CHANGES HERE
 2                IN RE: Burrell Lamb v. Monsanto
                      CASE NO. 17SL-CC03681
 3                WITNESS:  DR. CHARLES JAMESON
                      TAKEN:  07/19/2019
 4

 5      PAGE    LINE    CHANGE          REASON FOR CHANGE

 6      _____

 7      _____

 8      _____

 9      _____

10      _____

11      _____

12      _____

13      _____

14      _____

15      _____

16      _____

17      _____

18      _____

19      _____

20      _____

21      _____

22      _____

23              Under penalties of perjury, I declare that
        I have read the foregoing document and that the facts
24      stated in it are true.

25      _____    _____
                                      Dr. Charles Jameson
```

Dr. Charles Jameson
July 19, 2019

**A**

**a.m** 1:19 5:1,4
**AAPs** 52:2,5,11
52:24 53:5
**abbreviated**
219:6
**ability** 266:19
**able** 20:21 29:12
35:25 69:11
112:6 130:6
144:22 145:1
149:2 154:21
159:2,18
160:11,20,22
197:1 201:3
210:24,25
234:5 242:19
246:19 247:15
282:10
**abnormal** 136:9
**absolutely** 16:20
162:19 276:5
292:15
**absorbed** 40:1,2
40:2 44:9
**absorption**
39:12,21 40:25
42:25 43:25
44:4,15
**abstract** 197:18
222:21
**academic** 296:2
**accept** 44:19
**acceptable**
58:24 226:23
226:25 227:4,5
**accepted** 230:25
280:20 281:21
282:16 283:3
**access** 78:19
159:1 160:16
**account** 244:8
285:12 286:1,9
**accurate** 84:14
157:4 175:6

179:6 185:15
226:10 254:6
**accurately** 8:21
130:3
**acknowledged**
154:8,9 157:10
157:14
**acquire** 282:10
**acrylamide**
261:1
**Act** 154:7
159:18 282:11
**action** 230:8
233:23 300:15
300:16
**active** 55:10,25
**activities** 215:7
**activity** 182:8
183:21
**actual** 71:25
76:17 100:19
107:8 129:16
136:6 153:20
154:22 193:16
193:20 246:6
253:21 273:9
**acutely** 52:5
**Adams** 8:2
**add** 29:14 66:23
169:4 170:10
248:21 288:22
**added** 182:4
**addition** 37:3
153:22 203:8
209:20 210:23
230:2,5 239:15
250:3 283:1
**additional** 29:14
29:17 35:7
36:7 149:3,17
150:10 151:1,3
151:23 153:5
153:12 154:24
157:1,12,20
158:2,3,10,11

159:2,24,25
160:10,10,24
160:25 189:20
190:10,16
192:7 201:2
202:3 209:21
210:24 252:12
253:13
**address** 6:17
21:11,15 48:17
199:20 202:6
207:2 241:1
**addressed** 10:20
53:14 293:13
**addressing**
209:22 291:17
**adds** 69:18
**adenocarcino...**
113:9,19
**adenocarcino...**
66:3 69:10
112:25 113:7
128:6
**adenoma** 75:25
76:5 78:8
79:13,19,21
80:4 104:7
105:1 109:16
111:23 119:10
120:23 123:7
129:3,7,12
141:12
**adenoma/carc...**
125:2 129:11
**adenomas** 69:4
69:11 71:1
75:7 92:14
110:11 111:14
118:14 119:18
122:10,12,13
122:15,19,21
122:25 123:3,8
123:12,20
129:23 141:8
148:11,18

**adenomas/car...**
121:22
**adequate** 57:11
117:21 118:10
**adequately**
153:20 154:14
**adjuvant** 225:11
**administration**
67:12 187:9
265:25
**admit** 187:8
**adopted** 230:19
**adverse** 266:22
**advertised** 175:6
**advertisement**
45:4
**advertising** 45:1
45:3 46:18
**advisement**
142:22 143:2
243:12
**aerial** 225:9
**affect** 17:14
112:6
**affirm** 5:25
**afield** 271:23
**afternoon**
132:13,14
**agencies** 181:4,5
183:6 282:19
282:22 283:9
283:12
**agency** 3:15
49:25 55:11
56:1,16 57:12
103:3 221:15
283:16
**ago** 8:13 54:23
76:21 166:23
180:20 193:2,3
194:16 211:20
211:21 260:25
**agree** 44:13,18
57:21,23 58:3
58:10,23 59:24

61:4 97:14
145:25 162:9
162:15 173:12
173:25 208:2
224:5 226:10
227:9,22 228:4
231:14,22
236:2,11 245:4
256:7 280:13
280:15 281:23
292:14
**agreed** 249:11
**agreeing** 46:4
**agricultural**
247:19
**Ah** 101:21
**ahead** 16:13
18:15,20 26:4
28:19 47:24
62:13 71:14
85:6 87:4
92:24,24 96:3
98:10 152:7
164:2 168:7
169:13,24
175:24 196:12
224:12 226:15
226:19 239:14
257:15 260:20
262:4 264:11
272:19 277:7
**AHS** 42:4
**al** 1:2,7,12 5:5
10:9 101:17
111:18
**albino** 95:10
**alcohol** 215:1
**alkyl** 50:9 52:2
53:11
**allegation**
222:17
**alleged** 226:13
263:16
**allegedly** 38:18
39:4

Dr. Charles Jameson
July 19, 2019

**allow** 267:4
284:19
**allowed** 74:7
159:21 221:17
254:20
**amazing** 223:9
223:19
**ambiguous**
162:24 232:17
**amendment**
130:22
**American**
296:14
**amine** 47:16
48:13,15 49:3
49:4 50:9 52:2
53:11
**amount** 38:17
131:24,25
135:6,17
168:16 170:9
260:23
**amounts** 256:14
**analysis** 109:2
110:17 243:18
243:19,23
247:19
**analyzing**
214:25
**and/or** 182:18
**Andreotti**
247:18 248:4
248:14
**Andreotti's**
72:22
**Andrus** 2:3 5:20
22:3 32:5,7,15
**animal** 58:21
59:3 61:10,17
64:10 66:23
67:1,24 68:8,9
68:19 69:13,16
69:21 70:23
72:21 74:3
77:25 80:5

81:21 83:16,17
84:7 102:17
105:5 108:18
111:22 112:7
132:17,20,25
133:2,13,18,19
133:20,22,24
134:8,13,19
135:5,10,10,13
136:22 145:21
146:11 147:8
147:20 148:12
148:18 149:22
150:4 161:9,13
161:15,16,18
162:10 163:9
163:10 174:10
174:17 232:4
232:13,19,20
233:1,5,15
234:19 235:5
252:20 273:16
273:19 295:2
**animals** 44:6
58:22 61:5,13
61:16,23 62:17
65:10,17 66:11
66:14 68:2,4,6
68:11,13,22
69:17,20 79:6
79:13,20 80:6
90:4,23 99:25
100:2,6 112:13
123:21 133:12
134:16,18
135:12 136:17
136:17 148:3
161:10,22,23
162:2,5,10
163:16 164:10
164:22,25
165:1 167:21
182:18,21
188:7,8
**ANN** 2:9

**announcement**
284:2
**anomalous**
174:15 175:15
175:17,18
176:8
**answer** 7:8 9:2
11:7 15:9,20
16:25 18:21
19:8,17 35:18
42:7 49:16
58:14 59:17
61:9 62:4
73:19 80:25
83:14 87:24
112:22 114:13
131:1 142:6
144:3 145:4,24
146:4,15,18,23
147:13 148:5
151:7 155:21
156:7 163:1
164:5 165:23
167:5,15
168:21 170:24
170:25 171:25
172:10 196:12
197:5 200:25
208:13 221:21
228:6 232:18
233:10,20
234:13 245:3,9
246:12 251:21
251:23 254:20
254:22 255:10
255:11 263:11
263:19 267:5
271:22 274:11
275:23 278:21
278:23 279:4
279:11,14,17
281:10 284:17
286:4,8,12
**answered** 15:8
15:19 18:19,20

19:7,13,16
59:16 62:1,3
100:21 112:21
114:12 130:25
142:5 144:2
145:3,23 146:1
146:2 148:4
155:20 156:6
171:24 172:8
194:18 196:8
196:11 197:3
208:12 233:19
263:18,18
267:22 270:19
271:21 279:10
284:16 286:3
286:11
**answering** 80:15
88:3
**answers** 80:21
**anticipated**
15:25 178:23
182:10 240:19
**anybody** 68:16
142:1 172:1
180:18 207:24
225:20 283:7
297:2,12
**anyone's** 12:7
**anyway** 13:3
134:22 170:25
223:16 248:23
294:20
**apart** 132:20
**apologies** 25:11
**apologize** 64:5,7
80:23 81:3
97:7 206:11
235:1 274:16
288:10
**apologizing**
288:12
**apparent** 292:11
**appear** 119:16
123:9 127:4

138:7 175:19
189:4 192:10
**APPEARAN...**
2:1
**appeared**
299:10
**appears** 81:23
110:6 178:9,14
204:19 220:4
272:1
**application**
166:3 222:24
**applied** 223:15
**applies** 71:9
**apply** 20:10 38:7
**applying** 245:23
**appreciate**
21:10 28:22,22
33:18 36:9
46:11 95:14
114:17 124:1,3
136:21 152:13
154:25 196:18
196:21 250:8
254:25 285:24
297:16
**appreciated**
157:6
**appropriate**
18:8,13 115:1
115:6 149:11
155:11
**approval** 53:9
**approved** 55:11
56:1
**approximate**
14:25
**approximately**
37:4
**approximations**
37:14
**April** 3:17 8:13
22:4 50:7
54:14 264:14
265:9 276:1

**aquifer** 17:10
**Archive/Deleted**
  230:17
**area** 20:6,22
  214:17 220:8
**areas** 215:19
  223:14
**argue** 111:21
**arguing** 141:15
**argument**
  168:24
**aromatic** 289:6
**arrive** 243:6
**arrived** 153:15
  209:16
**arriving** 78:1
**article** 186:22
  187:14 261:13
  261:19
**articles** 260:25
  263:4,14
  288:21
**asbestos** 215:8
**aside** 48:21
**asked** 15:8,19
  18:19 19:7,13
  19:16 23:3
  25:20 29:3
  39:1 40:13
  42:6 45:2,3
  47:14 59:16
  62:1,2 79:15
  79:16,16
  112:20 114:12
  130:24 142:5
  144:2 145:3,23
  145:25 146:20
  146:21,23
  148:4 155:20
  156:2,6 171:24
  172:8 196:8,11
  197:3 208:12
  210:16 233:19
  235:12 242:15
  247:21 252:20

258:17,20
259:16 263:17
267:22 270:19
271:21 274:7,9
275:21 279:10
284:16 286:3
286:11 292:12
293:17 294:19
**asking** 21:5
  46:11 123:1
  138:9,19
  139:10 141:16
  141:18 166:22
  169:15 176:19
  218:20 227:20
  235:1 245:3
  250:21,22,24
  254:21 258:19
  259:1 295:4
**asks** 181:6,14
**aspect** 293:12
**assay** 221:6
  230:15
**assays** 202:13
**assess** 266:19
**assessed** 272:16
**assessment**
  50:13,17,23
  51:3,7 57:13
  58:11 59:15,23
  274:18
**assessments**
  272:10
**associate** 156:3
**associated**
  186:19,23
  223:13 233:24
  240:5 261:9
  262:12 268:25
  289:7
**associating**
  130:5
**association**
  59:11 222:25
  235:13 236:3,7

236:22 237:2
237:19 239:9
240:23 242:21
**assume** 11:7
  13:20 51:4
  163:11 166:15
**assure** 292:9
**asterisk** 86:10
  86:11,13
**Atkinson** 84:20
  84:22 85:12,14
  86:14,21 87:12
  87:12 118:3
  125:4,7,16,20
  147:17,20
**attached** 28:20
  288:25
**attend** 284:20
**attendees** 285:8
**attention** 20:5
  197:10
**attorney** 10:20
  142:25 300:13
  300:15
**attorneys** 30:8
  30:13 31:15,20
  32:1,25 33:19
  33:20,22 34:1
  35:4
**August** 292:2
  293:25
**auspices** 283:19
**authentic** 50:2
**authentication**
  3:15 50:1
**author** 197:21
  205:24 206:6
**authority**
  283:17 295:21
  299:9
**authorized**
  300:7
**authors** 194:7
  194:12 195:4
  197:21 198:10

198:11 206:5
212:7 216:16
216:18 217:22
**available** 58:25
  99:4 102:11
  141:5 155:23
  156:11 160:9
  186:13 187:25
  199:25 200:9,9
  201:7 210:19
  253:19 271:8
  283:2
**Avenue** 6:18
  21:17
**average** 163:16
**aware** 53:17
  56:15,22,24
  57:12 74:22
  97:21 103:10
  105:3 145:19
  146:9 147:6,16
  147:25 148:8
  148:14 153:16
  153:17 171:5
  171:10,20
  172:1,11,13,18
  181:6,16
  189:24 191:14
  193:9 199:5
  212:11 255:4
  256:10,22,24
  257:2,10,18
  258:2,8,22
  259:4,22 260:5
  264:18 265:5
  266:11 276:20
  276:20,24
  294:4
**awesome** 53:21
**awful** 137:19
  245:24

――――――――
         **B**
――――――――
**B** 61:18
**B-U-C-H-E-R**

295:9
**back** 14:6,10,14
  15:1 18:24
  20:25 21:13
  32:13 37:19
  39:1 47:18
  49:1,11 54:2
  60:19 63:3
  66:13 70:2
  71:4 73:14
  74:22,23 75:21
  76:12 78:4,24
  80:4 91:1
  93:10 98:15
  100:23 102:13
  107:6,14
  117:13 121:1
  121:12 132:10
  137:5 138:11
  140:23 142:7
  149:12 154:18
  156:14,25
  157:21 164:12
  173:1 189:23
  191:20,22
  192:24 202:5
  203:20 212:4,6
  214:3 229:24
  238:23 243:1
  249:9 254:14
  255:2 256:21
  275:3 285:18
  290:23 291:17
  293:5
**background**
  293:12 294:20
**backtrack**
  234:12
**banana** 255:20
**bananas** 255:5
  255:19,24
  256:6,8,10,23
  257:2,11,19
  258:2,9,23
  259:5,10,23

Dr. Charles Jameson
July 19, 2019

Page 305

260:1,6,14,15
260:24 263:9
**barely** 75:13
106:16 110:18
111:18,19
112:11 143:16
144:9
**Bartlit** 2:11 5:15
**base** 212:12
**based** 23:8,23
25:22,25 26:23
58:2 112:1
150:21 158:17
159:22 165:1
180:8 184:2,12
186:3,21
199:13,19,23
200:8 204:18
204:18 209:1
209:17,17
210:18,22
214:9,10
232:25 242:5
242:18 246:19
246:20 273:11
273:18,25
282:2,4,6
**baseline** 226:25
**basically** 132:24
158:18 223:5
246:17 253:15
282:18
**basing** 199:11
**basis** 40:19 41:5
167:20 168:11
238:15 243:4
**bathroom**
213:24
**Beach** 2:9 5:18
5:18 46:7,13
46:15,19 83:24
188:19 224:24
250:6 276:2,4
276:9 278:1,8
278:13,18,22

279:3,9,16
280:1,24 281:8
**bears** 193:24
**Beck** 2:11 5:15
**bed** 18:2
**beds** 15:23 20:8
20:21 21:3
**began** 5:1 34:23
258:20
**beginning** 242:6
**begins** 198:16,16
198:18,22,24
281:14
**behalf** 2:2,7,11
2:16 3:14 5:15
5:17,19,21 6:6
30:1 34:6,9
35:15 250:6,10
**behold** 79:12
**believe** 11:18
12:25 56:12
57:16 60:19
65:21 68:20,23
72:20 84:14
103:7 116:25
140:21 141:22
149:11 155:3
177:13,16
184:2,7 206:21
207:17 209:25
232:12 233:4
233:15 234:5
234:19 235:4
260:4 261:6
262:9 284:9
291:20 294:19
**believed** 38:5
**benefits** 39:9
285:12 286:1,9
**best** 7:7,8 33:18
35:5,6 201:17
215:16 216:9
216:15,19
221:21 241:10
**bet** 21:24

**Bethesda** 198:4
**better** 115:3
255:8
**beyond** 40:22
47:9,13,14
49:14 83:10,14
160:9 209:17
237:24 242:9
247:2,3 250:5
250:15 254:23
255:23 262:1
266:24
**bias** 244:21
245:14
**biased** 244:19
245:13
**biassing** 238:5
238:16,22
**big** 107:22
184:14
**biggest** 226:22
**Bill** 184:23
**billed** 33:24
**bills** 14:11
**binding** 283:14
**binucleated**
219:6,17,21
**bioassay** 68:14
133:23,24
134:13 135:2
135:10 161:15
**bioassays** 61:11
84:10 112:7
273:17
**bioassy** 67:23
273:13,16,19
**biological** 210:1
210:9
**biologically**
61:18,21 62:21
161:24 162:6
162:17
**biopsies** 69:13
**bit** 41:24 61:22
65:14 182:15

200:4 244:12
**bladder** 235:23
261:16
**bless** 188:18
**blew** 68:11
**block** 133:9
197:21 205:24
206:6
**blocks** 79:16
**blood** 214:19
226:1,13
227:10,22
**blue** 74:25 77:11
125:22 140:12
153:6 157:12
161:1 178:2,11
**BNMN** 219:6,17
222:22 223:3,7
**board** 4:4 190:5
190:9,13,15
191:3,9,14,24
192:5,21
195:16 204:6
**body** 40:7 44:10
44:11,11 224:1
224:4,8
**bodyweight**
161:20 163:15
163:17,21
164:11,15
**bold** 55:17
**Bolognesi** 4:14
208:22 212:11
218:13,17
219:5 220:25
222:11,18
224:14 225:16
226:1,12
228:11,17
**bone** 133:1
**book** 149:1
289:4
**bottom** 55:2
116:10 189:11
196:2,23

202:16,24
207:6 262:23
277:16 280:18
281:7,12
**Boulevard** 1:21
**box** 136:7
195:20,25
196:2,23
292:25 293:2,9
293:19
**boxes** 293:6
**Brammer** 118:7
118:15,19
129:22 176:15
**break** 7:1,4 12:6
53:21,22 54:1
54:5 58:4
62:24,25 63:2
73:13,17 98:14
100:17 114:25
115:3,6 131:7
131:8,12,13,22
168:7 172:21
172:25 213:24
214:2,8 249:4
249:8 251:7
254:20 290:22
294:21
**bring** 11:5 46:25
250:18,20
**brings** 292:7
**Broad** 2:8
**brought** 11:3,9
11:11 72:24
73:22,23 84:19
87:11 136:23
149:20 152:12
190:4 191:23
**Bucher** 294:22
**bugs** 160:21
**bullet** 268:17
**bunch** 251:25
258:18
**Burrell** 1:2 10:9
301:2

Dr. Charles Jameson
July 19, 2019

Page 306

**business** 34:20
**buy** 16:5 45:6
    262:9

**C**

**C** 79:9 241:18
**C-cell** 69:11
    121:22 122:10
    122:12,13,15
    122:19,21,24
    123:2,7,8,12
    123:19 129:7
    148:11,17
**cafeteria** 294:21
**calcium** 261:8
    261:15 263:8
**calculate** 81:25
    91:23 134:17
**calculated** 81:10
    81:11 82:3
    87:17 106:5,13
**calculation** 72:7
    72:10 85:11
    163:3
**calculations**
    71:11 73:7
    83:7 85:6
    87:21 88:17
    89:19 168:3
**caliber** 57:12
**California** 2:4
**call** 27:19 41:23
    133:9 251:18
    268:25
**called** 6:6 103:5
    136:1 181:22
    181:24 213:9
    217:7 271:17
**calls** 61:7 162:25
    227:15 232:17
**campaign**
    269:19 270:17
    270:22 271:19
**campaigns**
    268:21 269:12

270:1
**canals** 17:10
**cancer** 35:22
    38:6 45:8,8
    58:22 61:6,16
    61:24 62:18,21
    68:5,5 69:17
    87:8 133:22
    161:22,23,24
    162:5,7,17,18
    165:1,3 182:3
    182:17 186:19
    186:24 199:2,8
    202:8 207:1
    208:4,7,11
    232:7,10,25,25
    235:23 240:16
    240:24 261:9
    261:16,17,18
    262:12,20
    263:7 273:14
    274:25 275:11
    277:15,18,23
    279:23 280:7
    281:15 286:22
    287:1,4 289:19
    295:2 296:10
    296:15,16,20
    296:22 297:4
**cancers** 233:1
**capable** 231:16
    231:25 232:6
    232:14 233:7
    233:17 234:6
    234:21 235:7
    264:5
**capacity** 224:8
**Cape** 1:20,22
    2:24 6:16
    21:17
**caption** 10:18
**carcinogen**
    41:21 61:17,19
    66:23 67:1,24
    68:8,12,19

69:21 77:25
    79:9 177:18
    179:25 180:7
    181:17 182:17
    209:7 238:3
    240:13,15,16
    240:17 259:12
    261:2 295:2
**Carcinogenesis**
    289:9
**carcinogenic**
    3:22,23 65:10
    65:21 66:11
    68:21,24 69:24
    105:17 108:3
    108:10 187:3
    209:12 265:7
    276:22 277:24
**carcinogenicity**
    236:12 240:8
    265:2
**carcinogens** 4:1
    4:1,3 177:12
    177:15 178:1,7
    178:13,18,23
    178:24 179:9
    179:10,13,15
    179:18,22
    180:1,9,14,17
    180:23 181:9
    181:10,20
    182:9,10
    183:17 184:5,9
    184:17,21
    185:8,10,22,25
    186:12,16
    188:4 189:14
    189:22 240:12
    240:14 245:22
**carcinoma** 75:9
    76:1,5 80:8
    104:8,23 105:1
    106:20,21
    109:16 111:23
    141:12,12

**carcinomas**
    69:11 75:7
    80:6,7,10,12
    122:11 129:17
    130:3,22 138:2
    141:7,8 147:16
**care** 279:11
**career** 9:5,6
    34:13 35:8
**carefully** 7:7
**Carl** 2:22 5:10
**Carolina** 21:9
    21:11,12 194:9
    197:22 198:5
    206:2
**carton** 261:12
**case** 1:3,8,13 3:7
    3:8,9 5:5,8 8:2
    10:9,12,15,18
    11:1 12:19
    14:15 21:20
    22:4,21,21
    24:12,19,22
    25:2,15 30:8
    30:22 31:16,21
    32:13,19,22,23
    33:6,7 35:17
    35:20 36:3,15
    36:23 37:10
    38:1 45:23,25
    46:18,22 47:1
    47:2 68:14
    99:2 118:11
    143:5 149:7
    211:13,19
    236:10 246:17
    248:13,16,19
    248:20 249:15
    249:15,16
    301:2
**cases** 10:19 23:1
    23:15 24:2
    33:13 38:7,10
    38:14,18,22
    39:6,8,12,14

60:25 66:10
    71:15,16 82:2
    217:7,10 218:4
    242:8 249:21
    273:9 288:2
    290:13
**category** 268:2
**Cauca** 220:17
**causal** 237:19
    242:21
**causation** 3:11
    3:14 29:5 30:1
    30:5 41:9 42:6
    72:19 235:14
**causative** 236:18
**cause** 17:7 22:24
    37:25 38:6
    45:8 58:22
    61:5,16,23
    62:17,21
    161:22,24
    162:5,6 165:3
    199:2,7 202:8
    207:1 223:6
    232:25 238:13
    286:22 296:10
    296:16,21
    297:4
**caused** 16:17
    38:6 66:19
    68:6 69:17,17
    69:20 95:11
    114:2,3,19
    119:19 186:19
    188:8 215:24
    223:10,20
    286:22 287:1,5
    295:2,3
**causers** 262:21
**causes** 45:8 61:6
    61:24 62:18
    65:17 114:18
    122:10,14
    161:23 162:17
    166:8 182:17

Dr. Charles Jameson
July 19, 2019

182:17 199:10
199:18 200:24
201:10,15
208:4 209:16
231:15,24
232:24,25
234:11 236:4,8
240:16 260:11
273:14 286:17
causing 35:22
66:12 68:25
87:7 162:18
166:5 182:3
204:25 205:2
231:16,25
232:7,15 233:7
233:18,24
234:6,22 235:7
CD-1 75:5,20,20
77:21 94:20
110:8
ceiling 215:8
cell 4:6,7,9,10,12
68:25 69:2,6
71:2 106:1,14
109:3,10 120:2
120:11,23
121:3,6,13
128:12 136:4
147:24 148:3
194:3,5 197:19
197:20 202:13
203:10 204:23
205:2,24
206:19,20
207:3,8,11,13
207:14,16
cells 69:10 136:8
136:9 199:10
205:2 210:1
219:6,17,21
227:12,25
230:6,15
233:24
certain 68:5

212:17 273:6
certainly 46:13
124:3
CERTIFICATE
3:3,3 299:2
300:1
certify 299:9
300:6,12
chain 4:23
chairman
284:22 285:1
chance 14:7
137:22 138:5
173:10,16
175:20
change 266:20
301:5,5
changed 137:7
138:1
CHANGES
301:1
Chapter 289:8
chapters 289:4
characteristics
214:18 216:23
217:20 218:6
characterize
237:10
charge 30:24
31:4,7,11
Charles 1:17 2:8
3:13 5:3 6:5,14
22:21,22 29:25
299:10 300:8
301:3
chart 3:18,18,19
63:7,7,10,19
63:22 64:8,9
76:21 77:2
78:5,6 84:17
84:19 86:16,17
87:11 102:16
102:23 104:14
107:1 113:7
118:13 121:13

121:14,17,19
121:21,25
123:16,22
124:2 125:14
127:11 129:13
139:5 140:9
141:9 144:17
149:19 151:22
152:11 158:14
161:1 165:5
charts 77:15
93:18 130:19
132:18 136:23
137:17 139:17
149:23 150:5,8
150:9
check 102:13
130:10 138:11
291:14
checked 138:11
292:25 293:5,6
293:9,16
checking 115:4
chemical 34:7
34:10 35:21
36:2 61:18
68:9 87:6
161:16,16,22
161:23 163:22
163:25 165:2
173:15 182:11
182:14 186:17
186:18 187:1
231:15,16,23
231:25 292:19
chemicals 48:3
103:3,18 181:7
181:15 182:7,9
182:25 183:4
183:16 187:2
252:21 253:18
282:23 284:1,3
chemist 133:25
133:25
Chernack 13:20

cherry 222:12
Chicago 2:13
5:15
chief 133:25
children 212:8
Chris 74:25 75:2
75:2,3,11,18
75:21 76:12
100:16,18
123:19 125:23
Chris' 88:16
95:21
Christopher
3:19 83:3
chromatic
231:10
chromatid 221:6
230:6,14
chromosome
219:24
Chruscielska
117:9
Circuit 1:1,6,11
5:9
circumstances
181:7,15
293:12,18
citation 289:21
cited 278:6
279:24
citing 277:23
City 1:6,11 5:9
CJW 152:13
claim 39:4
153:13
claims 243:5
clarification
205:10 259:9
274:7
clarifies 42:19
clarify 45:20
242:5 249:12
clarifying 41:5
class 79:9 187:2
classification

277:23 285:11
285:25 286:8
classified 79:8
classify 276:21
clastogenic
52:12,25
clean 12:24 13:2
cleaner 13:1
clear 11:8 26:8
29:1 40:23
42:20 150:15
254:2,10,11
clients 31:12
clip 290:2,2
close 67:8 194:9
254:23 297:11
Cluster 49:8
CLVS 2:22
coca 223:15
coding 77:8
coffee 235:23
Cohen 45:24
cohort 248:13
248:14
collect 227:22
collected 214:19
collecting
227:10
collection 226:2
244:14 291:2
colon 262:12
color 77:7
colors 77:13,17
column 64:15,18
64:21 65:2
74:15 77:11
106:10 152:15
153:2,5 157:9
157:14 220:2,5
columns 152:14
219:25 220:1,1
combination
248:20
combined 76:1,5
106:21,23,25

107:2
come 21:13
   30:20 35:12
   81:12 135:19
   180:25 182:1
   182:21 183:24
   184:13 200:6
   201:9,14
   237:24 239:4,7
   242:7 273:14
   292:16
comes 39:15
   155:17 239:18
coming 70:18
   289:19,22
comment 123:18
   138:10 268:10
   268:20,24
   283:22 284:14
   284:19,24
commented
   291:13
commenters
   277:22 278:6
   279:24
comments 55:5
   268:6,13,19,25
   269:6,11,19
   270:1,7,16,21
   271:18 277:14
   277:18 279:23
   291:17
commercial
   182:12 225:10
Commission
   299:17,18
committee
   181:22,23
   183:22
committees
   181:22 183:15
communication
   252:19
communicatio...
   253:14

companies 70:7
   70:14
company 1:4,9
   1:14 10:12
   34:7,10 35:23
   35:25 36:1
   160:15
compared 75:21
   90:2,10,17
   223:3
compares 75:18
   151:22
comparing 86:4
   100:9 130:13
   220:22
comparison
   3:24 92:20
   113:22 121:8
   139:4,22
   152:13
comparisons
   111:1 119:14
   122:20 123:4
   138:25 139:4
   143:14,19,21
   144:1
compensate
   223:9,19
complete 170:14
   300:10
completed
   150:21 151:13
   155:2,18
   210:20
completely 20:4
   35:21 170:13
   237:20
completion
   135:18 155:6
compound
   111:22 164:13
   164:20 182:19
   186:15
compounds 48:3
   240:9 241:13

concentrated
   52:18
concentration
   164:9,20
concentrations
   166:1,1,5
concept 67:3
concern 272:18
   294:9,11,15
   295:16
concerned 79:2
   165:18 166:15
   181:17
concerning
   35:20 102:12
   159:3 253:14
   292:21
concerns 295:19
   295:23 296:1
concisely 94:1
conclude 122:10
   231:24 232:6
   232:14 233:7
   233:17 234:6
   234:21 235:6
   240:4 242:19
   286:17
concluded 171:6
   171:11,20
   212:7 236:17
   239:19 254:4
   265:25 298:2
concluding
   186:8 231:16
conclusion
   52:17,24
   199:18 200:6,8
   200:23 201:10
   201:15 212:13
   236:11 237:24
   237:25 242:9
   242:10 247:13
   250:15 277:23
   296:9,15,21
   297:4

conclusions 44:8
   44:13 196:7,25
   197:2 202:18
   203:14 242:13
   250:16 254:1
   267:9
concomitantly
   214:21
Concordance
   289:8
concrete 173:11
concur 250:7
concurrent
   90:16,18 91:6
   91:14,19 100:9
conditions 52:7
conduct 133:17
   135:6
conducted 105:4
   108:17 133:13
   133:16,19
   135:9 161:14
   176:12 204:12
   206:15 243:14
   243:18 264:18
conducting
   134:4
conducts 161:13
confidence
   82:18 106:18
   142:13 144:10
confident 173:9
confidential
   35:19
confirm 79:19
   79:23 130:20
conflict 292:12
   294:7
confounders
   239:17,24
   240:3 246:20
confounding
   237:20,25
   238:5,9,11,16
   238:22 240:24

241:22 242:20
   244:19,22
   245:13 247:15
confused 147:5
confusing 43:8
connected
   300:15
connection 9:15
consider 28:4
   187:15,20,20
   195:18 204:5
   247:2 249:20
   249:25 280:16
consideration
   180:11,17
   181:1,19
   184:20
considered 4:20
   58:11,15 59:14
   59:21 60:23
   183:17 200:17
   201:16,25
   209:18 239:2
   241:23 243:7
   249:19 251:8
   269:5 286:6
   287:8,24 288:2
considers
   280:20 281:20
consist 48:23
consisted 214:15
consistent
   222:24 236:7
   237:12
consult 292:8
consulting 34:16
   34:19
contact 223:1
contacts 155:9
contain 17:9
   45:11 57:6
   58:7 150:17
   215:8 219:21
   256:14,16,17
   256:17 257:3

261:2 269:11
269:18 274:20
**contained** 26:3
41:15,19
150:13 187:23
192:18 203:14
274:18
**container** 20:12
20:16
**containers** 261:7
**containing**
259:11 260:2
**contains** 255:21
**context** 174:18
174:21
**Continually**
266:10
**continue** 187:21
251:9 266:21
267:21 275:22
279:14,20
**continued** 201:4
**continues**
239:17
**continuous**
266:7
**contract** 295:15
**contrary** 56:6
**contrast** 202:25
**control** 79:6,13
79:20,20 80:4
86:5 90:15
91:2,10,15,24
101:13 106:8
213:7,12,13,21
214:11,15,23
215:10,23
217:23 218:4
248:13,16,19
248:21
**controlled** 215:1
**controls** 90:16
90:18,21 91:7
91:15,19
100:10 106:8

203:1 213:9
214:19 215:13
215:15 216:1,3
216:16,22,24
217:11
**convened** 80:2
**convenience**
178:4
**Cooperation**
228:22
**copies** 9:23
73:22 76:15,18
287:21 288:7
**copy** 12:24 13:2
29:11 73:23
152:21,21
155:24 194:22
253:21 290:10
**Coral** 1:20,22
2:24 6:16
21:18
**corner** 196:1
**corporate** 44:23
**correct** 8:14,16
9:16 13:11,16
38:19 46:22,23
52:9,25 56:3
59:4,9 60:3,4
62:18 64:11,14
64:17,24 65:3
65:4,11,22,24
66:1,6 68:25
69:1 76:22
77:3 78:2,11
78:13 81:18,19
82:12 85:3,4
85:20,21,23
86:6,18,22,23
87:16 88:22
91:22 92:5,11
92:14,21,23
93:19 96:16
97:15 101:14
101:15,25
103:18,19,22

103:23,24
104:21,24
105:1,2 106:19
108:18 110:21
110:22 112:2,8
113:6,9 114:11
114:21 115:17
115:18 116:21
117:18 118:1,5
118:19 120:5
120:17,19,21
120:24,25
122:22 124:5,6
124:15,23
125:12 126:19
126:20 127:3,8
127:9,12,13,16
127:18,21,22
128:18,19,23
129:17,18
140:1,5 144:20
152:19 153:4,7
153:9,10
155:19 156:23
156:24 157:2
157:16,17
159:5,9 175:2
176:24 183:18
187:17 190:2
192:25 193:1,4
194:1 202:14
202:21 208:11
217:25 218:6,7
220:3,20
224:13 228:13
232:22 244:13
244:22 246:4
247:24 250:12
254:16,19
256:11 265:12
277:3 281:18
291:5 292:3
293:9,10
**correcting** 92:18
**correctly** 183:3

**corrosive** 52:15
52:19
**Cosmo-Flux**
225:11,18,21
**cost** 17:18
**counsel** 5:12
11:17 62:23
102:15 131:10
154:21 156:22
159:2 160:11
249:11 255:7
265:19 300:13
300:15
**Counselors** 4:4
190:5,9,14,15
191:3,9,15,24
192:6 195:16
204:7
**counsels** 100:20
**COUNTY** 1:1
299:4 300:4
**couple** 135:14
180:13
**course** 19:3
20:19 35:8
215:3
**court** 1:1,6,11
5:9,22,24 8:5
21:12 34:6
131:18,21
132:1 205:14
242:7 274:8,11
**courtesy** 170:2
**Courthouse**
2:12
**cover** 108:13,15
178:9
**covered** 11:7
70:3
**credible** 237:20
**criteria** 66:22
75:15,16,17
188:3 237:15
237:15 245:23
286:6,14

**crops** 215:5
**cross** 5:6 129:17
130:2,22
**Crosstalk** 279:6
**csobeck@com...**
2:25
**cultivating**
215:5
**cured** 262:15
**curious** 265:24
266:2
**current** 30:14
187:8 230:12
**curriculum** 4:21
288:8
**CV** 14:1,7 28:20
28:23 29:2,8
29:11 288:5,6
288:19,20,25
288:25 289:2
**CWJ** 3:24 34:19
**CWJ/Grime**
74:3
**cytotoxicity**
204:25 205:1
207:19

_____
### D

**D.C** 2:18 255:16
**da** 295:6,6,6,6,7
295:7,7
**daily** 166:2
167:20 168:11
170:18 215:3
**damage** 4:11
205:23 206:16
207:8 219:24
221:11 223:10
223:20,21,25
224:5,9
**data** 44:6 48:4,7
49:9,13 57:21
58:3,24,25
59:25 60:1,3,6
60:9,12,19

Dr. Charles Jameson
July 19, 2019

Page 310

| | | | | |
|---|---|---|---|---|
| 62:22 65:2 | 281:20 282:9 | **decision** 3:16 | 3:7,8,9 5:3 | 15:17,24 17:16 |
| 66:25 67:17 | 283:12 | 53:17 54:14 | 6:21 7:7,13,16 | 17:21 18:5,9 |
| 70:10,13,14,18 | **database** 51:23 | 261:5 263:1 | 7:21 8:2 9:5,9 | 18:14,20 19:2 |
| 70:22 72:1 | **datas** 48:5 | 264:15 265:11 | 9:11,17,18 | 19:11,19 21:24 |
| 73:4 74:25 | **date** 5:3 89:3,6 | 265:12 266:6 | 10:9,11,14,21 | 22:1 24:7 |
| 84:7 87:19 | 155:4 288:10 | 267:15 269:25 | 11:1,4,10 12:8 | 26:12,25 27:6 |
| 89:13 90:14,15 | **dated** 3:17 10:10 | 274:20 276:21 | 14:9,14 26:15 | 27:13,17 28:1 |
| 90:17,17 91:10 | 10:13,15 50:7 | **decisions** 262:8 | 30:15,25 31:6 | 28:10,16 29:23 |
| 93:14,24,24 | 54:14 178:8 | 283:15 | 31:8 32:12,13 | 34:4 35:24 |
| 97:1,9 99:3 | 191:3 222:8 | **declaration** 4:24 | 34:9 42:12 | 40:10,19 41:13 |
| 100:3 101:24 | 228:20 300:18 | 291:24 292:6 | 49:2 57:20 | 42:9,18,21 |
| 102:14,18,19 | **dates** 14:22,25 | 292:24 | 63:15,17,24 | 43:3,11,15,16 |
| 105:23,25,25 | 81:8 | **declare** 301:23 | 71:9 81:1 | 43:22 44:21 |
| 108:18 110:3 | **Daubert** 8:8 | **decrease** 223:3 | 83:11 104:13 | 45:15,19,25 |
| 111:6,11,14 | 24:12,18 | **Defendant** 1:5 | 137:3 144:17 | 46:10,14,16,20 |
| 113:15 119:1 | **day** 29:16 | 1:10,15 2:11 | 151:14 189:23 | 46:24 47:7 |
| 120:8 134:2 | 106:10 153:18 | 2:16 | 190:3 208:17 | 48:1 49:19,23 |
| 137:20 149:12 | 162:21 163:16 | **defense** 6:6 | 235:20,21 | 53:22 54:4,11 |
| 153:21,23,24 | 163:19 168:14 | **defer** 246:5 | 236:10 237:22 | 56:10,21 59:2 |
| 154:22 155:10 | 168:23 169:2 | **deficiencies** | 237:23 242:6 | 59:19 60:10,15 |
| 158:16 160:15 | 170:7,18 171:8 | 246:4 | 249:14 251:4 | 60:21 61:1,3 |
| 160:22 181:18 | 171:12,22 | **define** 43:2 | 252:10,13 | 61:20 62:8,12 |
| 182:22 186:13 | 172:6,16 224:6 | 133:15 174:12 | 255:3 257:6,17 | 62:15,25 63:5 |
| 187:22,25 | 224:7 282:15 | 174:14 232:9 | 258:6,24 259:2 | 63:13 70:4 |
| 190:6 191:25 | 299:11,12 | 253:11 | 288:3 290:13 | 71:7,13 72:14 |
| 195:22 199:13 | 300:18 | **defined** 161:17 | 291:9,11 297:3 | 73:11,16,24 |
| 199:24 200:9 | **days** 7:12 155:6 | 229:21 | 298:1 300:8 | 74:10,16 77:1 |
| 203:5 207:7 | **dbeach@lund...** | **degree** 68:9 | **depositions** 7:12 | 77:6 81:4 |
| 209:8,9,11 | 2:9 | 243:2 | 24:11,18 32:9 | 82:20 83:1,12 |
| 210:22,24 | **de** 220:17 | **deleted** 230:7,22 | 176:22 | 83:15,19,21,25 |
| 219:4 220:2 | **dead** 68:4 99:24 | **deleting** 138:1 | **Depot** 16:6 | 84:1 87:9 88:1 |
| 222:12,18 | **deal** 12:6 104:8 | 230:24,25 | **deputy** 294:22 | 88:9,18 89:5,8 |
| 232:23 233:2 | **dealing** 121:2 | **demographic** | 295:12 | 89:10,11 91:13 |
| 234:9,11 | **deals** 72:21 99:6 | 214:18 216:23 | **derive** 81:5 | 93:22 94:3,13 |
| 236:17 237:2 | **dealt** 125:20 | 217:15,16,17 | **dermal** 39:21 | 94:15 96:1,8 |
| 237:11,15 | **death** 68:6 205:2 | 217:20 218:5 | 40:25 52:6,16 | 96:21 97:5,20 |
| 238:2,17 239:6 | 207:14,17 | **demographics** | 52:19 | 98:4,9,17,22 |
| 240:1,8,20 | **decades** 15:13 | 215:18 | **Derringer** 2:14 | 99:15 100:22 |
| 241:7 242:11 | **December** 32:13 | **demonstrated** | 3:2 5:14,14 | 102:7 103:12 |
| 245:22,25,25 | 108:4 | 161:19 | 6:10 9:1,25 | 104:6,11 |
| 247:20 248:9 | **decide** 187:15 | **denoted** 106:8 | 10:2,6 11:23 | 105:13,14 |
| 252:12 254:15 | **decided** 13:5 | **depends** 17:1 | 12:2,5,11,18 | 107:24 108:23 |
| 254:17 273:19 | 231:10 | 27:19 | 13:9,12,15,17 | 109:7,23 110:1 |
| 273:19,20,25 | **decides** 185:19 | **deposed** 9:14 | 13:22,25 14:6 | 110:10 112:15 |
| 275:8 280:20 | 186:4 | **deposition** 1:17 | 14:8,13 15:11 | 112:24 114:16 |

Dr. Charles Jameson
July 19, 2019

Page 311

| | | | | |
|---|---|---|---|---|
| 114:24 115:5,9 | 205:8,21 | 268:16 269:4,9 | 100:3 159:22 | 142:17 152:15 |
| 115:10 116:8 | 207:18 208:8 | 269:17,23 | 196:16 197:9 | 152:18 155:9 |
| 116:16 118:20 | 208:16 209:14 | 270:5,14,20,24 | 203:22 204:9 | 171:19 174:16 |
| 119:9 120:1 | 211:3,16 | 271:6,15 272:3 | 294:5 | 175:25 176:12 |
| 121:20 122:2,6 | 212:20 213:3 | 274:2 275:15 | **determine** 33:24 | 176:20 178:4,5 |
| 123:15 126:8 | 213:17 214:5 | 275:18,25 | 61:11 82:11 | 182:24 183:5 |
| 129:20 130:11 | 216:6 218:16 | 276:8,14,19 | 137:23 150:24 | 200:5 216:2 |
| 131:4,14,17,23 | 219:1,12 222:1 | 277:1,6 278:4 | 150:25 161:15 | 220:3 239:7,16 |
| 132:6,12 135:3 | 222:4,15 | 278:11,16,25 | 209:7 216:4 | 244:12 250:15 |
| 137:10 138:18 | 224:11,20,23 | 279:5,7,13,21 | 286:20,25 | 253:17,18 |
| 139:12,16 | 224:25 225:4,5 | 280:5,14 281:1 | 287:4 | 256:5,8 258:18 |
| 142:15,23 | 225:24 226:18 | 281:11 282:1 | **determined** | 260:24 266:3 |
| 143:3,11 144:4 | 227:3,8,19 | 282:12 284:6 | 94:20 115:25 | 268:4 273:15 |
| 145:18,25 | 228:3,9,14 | 285:3,23 286:7 | 116:17 265:6 | 282:23 291:10 |
| 146:8,19 147:1 | 229:17,19 | 286:16 287:14 | **determining** | **differentiating** |
| 147:15,23 | 231:3,8,21 | 287:19,23 | 162:22 | 70:13 |
| 148:7,23 | 232:3,11,21 | 288:14 290:8 | **Development** | **differently** 13:8 |
| 149:10,16 | 233:13 234:1 | 290:15,20,24 | 228:23 | 81:12 |
| 151:10 152:3 | 235:3,11 236:9 | 291:6,23 | **DeVito** 194:13 | **diligent** 17:12 |
| 152:10,25 | 237:8 239:13 | 294:14 296:13 | 206:1,7,8 | **direct** 3:2 6:9 |
| 153:1 156:1,12 | 241:16 242:4 | 296:19 297:1,7 | **diagnostic** 287:3 | 122:18 192:9 |
| 157:5 158:9 | 242:16 243:2 | 297:15 | **dicey** 27:20 | 223:1 |
| 159:4 160:17 | 243:13 244:5 | **describe** 10:8 | **die** 205:2 | **directly** 81:18 |
| 161:6 162:14 | 244:11 245:2 | 178:12 293:17 | **difference** 26:20 | **director** 180:9 |
| 163:5 164:1 | 245:11,18 | **described** 24:23 | 41:12 70:17,19 | 180:10 294:22 |
| 165:4 166:10 | 246:11 248:11 | 25:3,17 78:5 | 70:21 81:9 | 295:12,14 |
| 166:21 167:6 | 249:22 250:2,8 | 132:18 133:18 | 82:16 102:6 | **disagree** 58:5 |
| 168:9 169:7,12 | 250:13,20,24 | 185:24 253:25 | 116:21 235:13 | 59:13 60:2 |
| 169:15,20,22 | 251:2,5,15,19 | 271:19 273:2 | 235:15 243:22 | 221:24 245:4 |
| 170:3 171:2 | 252:3,4 253:4 | **describes** 268:3 | **different** 10:19 | 282:13 |
| 172:3,12,20 | 253:8 254:8,12 | **describing** | 12:19 15:6 | **disagreement** |
| 173:4,19 174:1 | 254:25 255:1 | 195:10 | 35:14,21 39:2 | 138:23,24 |
| 174:9 175:1,16 | 255:13,25 | **description** 3:6 | 48:10,11,17 | 277:22 |
| 175:23 176:10 | 256:7,9,15,20 | 285:15,17 | 56:11 61:22 | **disappeared** |
| 177:24 183:2 | 257:4,14,24 | **design** 134:2 | 64:2,13 67:10 | 16:16 |
| 185:1,7 186:7 | 258:5,11,16 | **designated** | 67:10,13,14 | **disclaimer** 204:7 |
| 187:12 188:13 | 259:7,15 260:3 | 49:15 | 75:12 77:16,21 | **disclose** 294:2 |
| 188:20 189:9 | 260:12,19 | **detail** 138:13 | 77:23,24 78:9 | **disclosed** 22:12 |
| 191:1,19 | 261:22 262:3 | 154:18 | 78:9 79:1 | 22:21 243:6 |
| 193:23 194:19 | 262:17 263:3 | **details** 293:19 | 81:12 87:21,22 | **disclosure** 3:10 |
| 196:17 197:11 | 263:13,22 | **detect** 202:14 | 88:6,8 92:3 | 21:20 22:3 |
| 197:16 200:2 | 264:1 265:23 | **detected** 118:15 | 94:8 96:19 | 23:5 24:8 |
| 201:8,13,21 | 266:4 267:2,7 | 230:8 | 102:19 103:18 | 25:21 143:7 |
| 202:22 203:24 | 267:12,16,18 | **determination** | 103:21 112:13 | **discount** 91:10 |
| 204:15,20 | 267:24 268:11 | 90:7,9 91:7 | 134:7 141:21 | **discounted** |

Dr. Charles Jameson
July 19, 2019

204:3
**discretion**
284:22,25
**discuss** 38:4
43:10 240:19
**discussed** 41:1
83:20 154:5
190:5 191:24
209:21
**discusses** 64:9
96:4 277:14
**discussing** 54:6
246:3 249:23
250:14
**discussion** 80:3
132:7 285:17
285:19,25
**discussions**
284:21
**disease** 231:15
231:17,24,25
**dissect** 132:24
**dissection**
136:17
**distinction** 27:1
**distributed** 44:9
44:10
**distribution**
39:12 40:7
42:25 43:25
44:5,15
**dividing** 178:2
**division** 194:8
**DNA** 4:11
205:23 206:16
207:8 221:11
223:21,25
224:6
**doctor** 15:14
97:3 157:22
270:9
**doctors** 295:24
**document** 11:2,2
11:4 12:5 22:2
22:14,19 25:13

25:17 49:24
50:1,7 51:10
53:17 54:12
108:24 140:22
140:24 202:10
202:15 203:12
204:4 222:8
270:10 271:7
271:11,16
272:23 275:4
275:14,21,25
277:12 278:2,9
278:14 280:1
280:11,24
291:1,12,12
294:20 301:23
**documentation**
188:4
**documented**
159:19
**documents** 11:3
11:9 12:1,10
13:14,15 14:2
14:4 23:8,23
25:22 44:3
50:3 94:8
107:23 154:5
**doing** 47:5 51:2
51:3 61:10
73:10 108:20
108:21 161:12
163:3,3,11
164:24 167:7
169:16 190:10
190:16 192:6
251:3 253:15
273:7 277:9
284:13 294:4
295:5
**dollars** 30:25
31:1,7
**dose** 38:16 58:16
58:19 61:12,12
61:15 80:7
84:10 86:13

91:20 100:6
102:20 120:15
121:9,10
134:16 161:3,4
161:17,18,21
162:20,23
163:20 164:19
164:23 165:1
165:10 166:6
167:9,21
170:20 172:15
272:20 273:2,7
273:8,21
274:10 280:17
**dosed** 166:8
**doses** 86:5 161:9
162:2,9 261:15
273:13
**double** 207:8
**double-sided**
50:3 292:1
**doubt** 58:1
59:20 60:5,11
266:13
**download**
160:22
**Dr** 1:17 3:11,13
3:20 5:3 6:11
6:15 9:4 10:7
14:1,9 22:22
23:9,21 25:11
28:11 29:25
46:17 47:8
54:5,15 57:2
61:4 63:6
70:24 71:10,17
71:24 72:6,9
73:6,17 74:23
75:3,4 76:12
81:11,16 82:21
83:4,5,12,15
85:5,11,21
86:17,20 87:15
87:18 88:6,11
88:15,23 89:13

89:18 92:13,20
93:5 96:2,10
97:14,24 98:5
98:18 100:23
100:24 101:16
104:1,2 105:15
109:18 110:2,3
110:13,24
111:5,5,10,13
111:15 113:11
113:15,21
118:21 119:1
120:6,7 122:17
123:22 131:17
132:13 139:2
141:9,24 143:4
143:8 148:24
165:7 171:5
173:5 184:23
185:4,17
188:14 208:2
214:6 221:5
222:5 231:13
242:7 243:5
249:16,23
250:13,24
251:6 252:5
254:12 255:2
256:10 257:16
258:20 267:8
290:25 297:15
299:10 300:8
301:3
**drank** 215:1
**draw** 27:1
226:12,17,23
**drawing** 248:16
**drink** 261:14
**drinking** 235:22
**driveway** 21:2
**drugs** 215:2
**due** 111:22
120:3 244:19
245:13
**duly** 6:7 299:11

**Dunlap** 205:25
**Durham** 206:1

_____
**E**
**E-mail** 4:23
**earlier** 173:3
288:18 290:3
291:1,10
**early** 20:25
155:25 242:6
287:17,19
288:6
**easiest** 152:7
**easily** 178:5
**easy** 170:15
**eat** 131:15,20
132:4 163:16
163:18 164:14
168:14 169:4
170:10 255:21
262:11
**eating** 164:10
169:6
**eats** 167:20
168:11,23
169:1 170:5,6
170:17
**ECHA** 103:5
**economic** 217:2
228:22
**edition** 4:2
177:17 179:17
179:21 185:9
**editions** 177:11
177:14
**editor** 155:7,8
155:10 252:19
**edits** 155:10
**effect** 19:20 58:9
66:18 67:16,19
68:1,7,17
80:11 90:5
111:22,25
141:14,16
143:23 173:8

193:10 202:14
203:2 215:24
216:4 226:11
226:22 230:8
260:16 273:9
280:17
**effective** 39:3
**effects** 4:5,8,10
58:17 194:2
197:18 205:23
206:15 227:12
227:24 266:22
274:25 275:11
**effort** 31:10
**Eight** 264:13,14
**either** 16:22
46:7 66:15
67:19 70:8
104:19 107:8
131:11 154:2
210:1 214:9
292:11
**elicit** 45:16
46:12,17 47:3
**email** 291:16
**emails** 291:2,7
**emphasize** 91:9
**employee**
300:13,14
**enable** 232:5
**enabled** 158:3
158:11
**ended** 154:15
173:3 252:18
253:9
**endurance** 6:25
**Enemoto** 118:5
**ENSUED**
257:21
**ensured** 138:15
**ENTER** 301:1
**entire** 238:15
271:8
**entirely** 199:19
**entitled** 88:4

170:1
**entries** 119:11
121:2 122:18
138:6
**entry** 99:17
101:3 104:16
120:10 121:14
121:21 125:4
127:6 138:1
289:16
**environment**
16:23 17:4,8
17:15
**Environmental**
3:15 49:25
198:2 206:12
**environmenta...**
16:15
**EPA** 50:2,8
51:17 52:17,23
53:2,18 54:13
55:5,9,10,17
57:4,11,23
58:5,10,18
59:14,21,24
60:16 71:20,20
74:19,21 75:8
76:1,11 78:16
78:17,20 79:3
79:7,15,17,18
79:21,24 81:6
81:10,16 87:17
88:7 104:8,19
106:13 107:2,7
107:8,9 109:9
139:3 140:17
140:22 141:4,6
141:19 154:5
158:18,20
159:1,13,17,22
160:1,2 181:4
264:16,18,23
265:10,24
266:7,9,14
267:19 268:3,6

268:13,24
269:5,11,18
270:6,15,21
271:3,5,17,18
271:19,25
272:16,19,21
273:3,3,5,10
273:21 274:9
274:16 275:10
276:20,24
277:21 278:5
279:24 280:3,6
280:19 281:19
282:9,20 283:5
283:6 295:17
**EPA's** 49:3,8
56:22 57:21
58:23 59:14
79:2 88:11
105:4,17 108:3
108:8 109:2
140:19 141:20
159:19 265:1
266:5 268:25
269:24 271:8
274:24 277:15
277:18,22
279:23 281:14
**epi** 241:12
**epidemiological**
231:14,23
274:21
**epidemiologist**
245:19,20
246:6
**epidemiology**
41:22 59:9,11
59:21,25
165:20,24
215:14 234:10
236:17 237:11
238:2,6,17,20
239:22 240:20
240:21 241:7,9
242:11,18

245:24 273:22
273:25 274:10
275:6,7
**equal** 114:14
231:13
**equals** 114:15
139:8 144:9
**equate** 162:23
**equated** 207:16
**equivalent** 161:3
161:4 163:14
163:20 164:23
165:15 167:12
170:20
**eradication**
223:1,15
**ERRATA** 3:4
301:1
**ESKOVITZ**
2:16
**especially** 47:16
180:14
**ESQUIRE** 2:5,9
2:14,18
**established** 31:3
**estimate** 33:9,10
34:12 35:2
**estimation** 9:4
**et** 1:2,7,12 5:5
10:9 101:17
111:18
**ethics** 44:23
**ethylene** 36:2,16
37:5,10
**EU** 103:19
**European** 103:2
103:15,17
282:21 283:8,9
**evaluate** 90:17
153:20,23
154:4,15 157:8
157:10,15,19
**evaluated** 107:9
154:4 275:11
**evaluating** 70:18

90:14 91:17
103:18 195:6
**evaluation** 3:22
3:23 52:10
57:21 58:3,24
75:8 78:17
105:17 108:3,9
108:17 130:16
154:11 158:24
182:8 183:15
183:21 195:23
204:12 239:5
241:8 265:2
277:15,19
279:23 280:8,8
280:19 281:15
281:15,19
282:22 286:15
**evaluations**
71:21 105:5
155:16 158:22
**event** 47:2 156:3
**everybody** 44:7
115:4 161:13
262:15,22
264:8
**evidence** 52:11
52:24 65:9,16
65:20,22 66:10
66:14,15,25
67:24 68:13,18
68:20,24 69:18
223:12 227:11
231:14,23
234:8 236:12
236:24 237:10
237:16,17
238:13 239:20
**evidently** 108:20
123:19 141:9
204:24 265:13
**evolves** 266:19
**exact** 134:22
146:2
**exactly** 33:24

Dr. Charles Jameson
July 19, 2019

71:5 252:22
276:2,3
**EXAMINATI...**
3:2 6:9
**examine** 133:2
133:11
**examined** 6:7
134:8
**examining**
133:20
**example** 41:19
75:5 77:16
91:18 174:16
235:22 244:18
**exception** 10:19
215:20
**exchange** 221:6
230:6,14
231:10
**exclusively**
47:20
**excreted** 44:10
**excretion** 39:13
42:25 43:25
44:5,15
**excuse** 45:9
66:20 144:8
148:6
**executive** 51:16
**exemption** 50:17
50:24 53:4,9
**exercise** 126:2
138:20 182:6
**exhibit** 3:6,7,8,9
3:10,11,12,15
3:16,17,18,19
3:19,20,21,21
3:23,24 4:1,1,3
4:4,5,8,10,13
4:14,15,19,20
4:21,22,23,24
10:3,4,5,7,8,11
10:14,25,25
21:19,22 22:2
24:23 25:3,5,7

25:8,18,21
28:12,13 29:1
29:4,7,7,21,22
29:24 41:9
49:21,22,24
54:8,10,12
63:6,11,17
69:23,23 70:6
72:8,19,19
73:3,5 76:22
76:23 77:3,4
78:4 82:22,23
83:2,23 84:16
84:18,20 87:10
88:24 92:10
93:18 94:5
95:23 96:6
98:19,20
102:16 103:21
103:25 104:12
104:13,13
105:10,11,15
107:1,19,20
108:2 109:18
111:9 113:1
115:12 117:5,8
118:13,22
121:14,16,16
121:21 123:17
124:1,7,19,21
124:23 125:5
125:14 126:15
126:21,24
127:5,6,8,11
127:18,23,25
128:3,7,9,15
128:20,25
129:4,8,12,15
129:25 130:2,3
130:21,23
137:25 138:1,6
139:19 140:10
140:11,20
144:16,17
149:23 152:5,9

152:11,23
153:13 157:9
161:1 165:5,6
177:22,23,25
185:3,5,24
188:11,12,14
190:23,24
191:2 193:12
193:22 197:13
197:14,17
198:8,9,10,15
202:5,23
203:16,25
204:11,22
205:3,6,22
206:24 207:24
213:1 214:7
218:12,15
222:2,3,5
228:15,17
264:11 266:5
269:24 270:25
274:19 287:8
287:11 288:5,9
288:25 290:2,5
290:9,25 291:4
291:20,22
**exhibits** 3:6 9:21
41:15 76:16,17
78:15 81:6
124:4,4,5
130:19,21
132:18 136:22
137:23,25
138:7 139:18
149:22 150:4,9
150:17 151:4
151:14 205:18
**exist** 177:15
**existed** 237:10
**existing** 266:8
266:10
**expect** 23:14
31:23,24
173:16,20

174:4,8,11
175:11
**expected** 23:7,20
**experience**
26:24 27:22
134:7 180:8
184:2,12
185:17 186:3
187:19 221:1
282:3,6
**experimental**
44:6 65:10
66:11 68:22
69:20 74:3
84:7 102:17
136:22 149:22
150:4
**expert** 3:10,11
3:19 7:16,18
7:21 21:20
22:3,12,17
24:22 25:2,16
26:3,5,10,22
27:4,10,21,21
27:22,23 28:19
29:4 31:12
34:13 35:9
36:10,23 41:24
42:1,2 64:2
83:2 110:7
141:5 150:21
150:22 249:13
288:19 293:23
**Experts** 4:25
291:25
**Expires** 299:18
**explain** 67:22
216:8 287:20
**explained** 77:12
83:18
**explanation**
80:3 136:21
154:25 157:6
**explore** 193:7
243:4

**exposed** 35:22
38:18 51:4
161:10,11,21
164:21 165:17
165:20 166:2
166:11,14
167:11,12,17
171:7,11,21
172:6,14 210:8
211:24 214:17
214:20,25
215:2,16,17,17
215:25 216:11
216:12,22
217:4,5,7,19
217:24 220:23
225:16,21
227:13,18,21
274:4,5
**exposure** 38:10
52:6 53:8
58:18 94:21
95:10 161:12
171:15,23
172:7,15 181:7
181:15 188:2,5
188:5 211:25
216:4 220:6,9
220:9,13,14,19
220:19 223:14
223:23 226:1
226:13 227:10
227:13 228:1
236:19 272:17
272:18 273:19
285:16,19
292:19
**exposures**
215:21 226:1
274:1 289:7
**express** 294:15
**expressed** 65:8
200:6 277:22
294:9,11
295:16,19,23

Dr. Charles Jameson
July 19, 2019

296:1
**extent** 41:17,22
48:22
**eye** 52:15,19

**F**

**F** 125:17
**facilitate** 81:1
**fact** 7:13 26:9,19
26:21,23 27:11
27:15,25 28:5
41:3 42:1,16
47:6 57:20
66:17 67:2
93:17 112:12
138:15 170:24
189:12,23
195:14 199:6
203:20 235:19
246:17 249:16
252:9 255:4
256:1,2 257:10
257:18 258:8
258:22 259:4
259:22 277:2
**factor** 238:22
**factors** 238:5,9
238:16 242:20
244:19,22
245:13 247:16
**facts** 23:6,14,17
23:19 24:1
263:16,16
301:23
**factual** 42:2
**fair** 67:18 70:5
249:4 250:5
251:10 275:9
275:16,17,23
**fall** 268:2
**false** 173:21
174:4,11,12,19
174:22 175:11
176:5
**familiar** 6:23

31:18 65:5
74:4 82:6
103:2 133:17
174:19 188:21
196:21,24
221:7 247:10
247:11 251:12
252:1
**family** 295:25
**far** 33:12 34:15
79:1 92:9
165:17 166:14
204:4 210:10
216:10 255:23
271:22,23,23
271:24 276:4
290:17
**fast** 156:8
**fathom** 248:23
**FDA** 181:5
**February**
252:25 253:1,3
253:6
**fed** 170:20
**federal** 34:21
181:13 183:10
**feed** 84:10
163:18,19
164:10,21
**feeding** 110:9
163:11
**feel** 6:25 45:4
73:1 84:17
117:4,4 131:5
181:8 213:20
245:25 276:15
294:1,6
**fees** 31:5
**feet** 21:2,4
**felt** 257:2
**female** 66:8,20
95:20 97:9
98:7 99:10,12
99:19,24
100:15 110:8

123:3 127:2
134:15,15
140:8 144:21
145:8,12
**females** 95:11
96:11 99:20
102:18 123:1,6
123:6 125:19
127:15 129:7
140:12 145:6
**Ferguson**
205:25
**field** 210:9
211:25 226:8
226:17 227:2
227:18 274:6
**FIFRA** 266:6,9
266:11 283:9
**fifth** 9:8,9,11
74:15 99:23
**figure** 35:12
142:11 161:9
163:7,13,15,17
164:8,16,19
167:10 229:15
**figures** 37:17,18
**file** 253:16
**files** 37:22 107:6
140:23 212:4,6
253:18
**final** 91:7 135:19
155:11,23
195:23 196:16
197:9 203:22
204:9
**finally** 8:1 65:1
127:25
**financially**
300:16
**find** 13:20 67:19
75:18 85:24
88:20 89:8
90:1,4 93:10
98:1 110:16,24
112:6 118:9

122:14 130:7
132:3,21
142:11 144:22
145:2 149:2,3
175:4 190:20
201:3 210:25
210:25 211:12
211:21 212:1
216:25 217:1
220:25 248:19
290:2
**finding** 69:12
75:15 76:4
77:24 78:1
79:7,8,14
80:13 82:11,15
82:15 85:16,19
85:25 86:3,9
86:21 89:25
90:10 93:6
98:7 99:18
100:7 110:13
110:14,17,23
111:16,19
112:17 113:22
114:20 120:15
120:23 121:11
123:23 124:14
124:20 125:1,8
126:13 127:12
127:21 128:2,6
128:12,18,23
129:3,7,22
130:20 141:2
142:14,19
143:18,22
144:12,14,19
144:23,25
145:20 146:10
147:8,18 148:1
148:10,16
165:8 175:19
219:22 240:21
**findings** 64:9
70:25 84:15

92:11 94:17
97:10 99:24
100:2 103:22
104:9 109:3,16
110:12 111:11
112:1,5 113:8
120:4 127:17
130:5 137:24
139:1 143:12
143:13,20,25
193:6 202:24
220:2 221:1
232:13 233:4,6
233:15 234:19
235:4
**fine** 31:19 81:2
167:7 169:17
177:8 235:24
**finish** 29:2 87:3
87:4,24 88:4
133:12 163:24
164:3 168:6,8
226:20 239:12
259:14 262:19
275:19
**finished** 97:2
**firm** 22:4 32:18
35:14 45:20,22
**first** 6:7 9:18
11:14 49:25
54:17 55:12
56:2,17 64:8
137:3,11 149:6
150:12 152:1
152:14 153:16
178:10,11
193:24 214:14
217:18 220:5
221:5 226:1,4
226:5 230:18
266:14 272:15
**five** 19:12 84:10
100:1 116:20
163:19 173:16
175:11,14

Dr. Charles Jameson
July 19, 2019

176:12 177:11
177:13
**five-minute**
53:21
**fix** 133:5 136:1
**fixed** 134:12
**FL** 2:24
**Floor** 2:17
**Florida** 1:22
21:7,8,16
299:3,17 300:3
**flower** 15:23
18:2 20:8,21
21:3
**flowers** 19:23
**focus** 139:3,6
252:10
**focused** 47:20
**follicular** 69:6
121:13
**follow** 47:5
176:18
**follow-up**
259:16
**followed** 184:7
**following** 5:1
169:8 294:16
**follows** 6:8
184:3
**food** 164:13
169:2,6 170:6
170:11,17,19
**foods** 285:22
**footnote** 101:3,4
101:11,12
**foregoing**
301:23
**forget** 255:7
**Forgie** 2:5 5:20
5:20 8:25 9:23
10:1 11:17,24
12:4,9,11,15
12:20,22 13:11
13:14,16,19,24
14:1,3,11 15:8

15:14,19 16:24
17:20 18:3,7
18:12,19,21
19:7,13,15
21:23 24:3
26:8,18 27:5,8
27:15,19 28:4
28:14 34:3
35:18 40:8,17
40:21 41:13,17
42:15,19 43:4
43:7,14,20
44:17 45:15,18
45:20,24 46:1
46:8,23 47:4
47:23 49:14
53:20,24 56:7
56:19 58:12,14
59:16 60:7,14
60:17,21,24
61:7 62:1,6,11
62:19,23 69:25
71:3,12 72:11
73:9,22 74:7
74:11 81:2
82:13,24 83:8
83:13,17,20
87:3,24 88:3
88:13 89:1,3,6
89:9 90:13
93:20 94:1,12
96:17 97:2,19
98:2 99:13
100:21 102:4
103:9 104:4
105:12 107:21
108:19 109:5
109:20,24
110:5 112:9,20
114:12,22
115:2 116:5,7
116:14 118:17
119:5,8,24
121:18,23
122:4 123:13

126:3,5 129:19
130:8,24
131:11,15,18
131:21 132:3
134:10 137:9
138:17 139:11
139:15 142:5
142:21 143:1
143:10 144:2
145:3,23 146:2
146:13,22,25
147:12,21
148:4,20 149:8
149:14 151:8
152:1,20,23
155:20 156:5,9
157:3 158:7,15
160:13 161:5
162:12,24
163:24 164:3,7
165:22 166:17
167:3 168:6,20
169:11,14,18
169:21,25
170:23 171:24
172:8,17,22
173:17,23
174:6,20
175:13,22
176:7 180:24
184:23,25
186:6,9 189:7
191:16 194:18
196:8,10 197:3
197:15 199:22
200:25 201:19
202:20 203:17
204:14,17
205:7,17
207:15 208:5
208:12 209:3
210:21 211:14
212:15 213:14
213:23 216:5
218:23 219:7

219:10 221:20
221:24 222:14
224:10,18,22
225:3,22
226:15,20
227:6,15 228:2
228:5,13
229:16,18
231:2,5,18
232:1,8,16
233:9,19
234:23 235:9
236:5 237:7
239:12 241:3
241:24 242:12
242:25 243:11
244:4,7 245:1
245:6,16 246:7
248:7 249:11
249:22 250:1,3
250:7,12,18,22
251:1,3,10,17
251:22 253:2,5
253:25 254:8
254:11,19
255:10,22
256:5,12,18,25
257:12,20
258:4,10,15
259:6,14,24
260:7,18
261:10,21,25
262:13,19
263:10,17,24
265:21 266:1
266:24 267:4,7
267:11,13,17
267:22 268:8
268:14 269:2,7
269:15,20
270:2,8,19,23
271:1,10,21
273:23 275:13
275:16,19
276:3,7,12,16

276:23 277:4
278:19 280:10
281:24 282:5
283:24 284:16
285:14 286:3
286:11 287:12
287:16,22
288:12 290:14
291:3,16
294:12 296:11
296:17,23
297:5,13,18,20
**form** 18:11
62:10 107:8
155:11 220:9
248:5,9
**formaldehyde**
133:7 255:4,21
255:24 256:11
256:14,17,23
257:3,11,18
258:2,9,22
259:5,11,11,23
260:2,6,9,14
260:24 263:8
**formalin** 133:6
**format** 11:22
164:5
**formation** 75:9
87:5,7 91:11
113:24 133:4
141:6 145:8
208:7
**formed** 90:22
145:12
**forming** 118:10
**formulation**
51:7 59:7
179:21 195:13
224:15 225:10
225:15 226:14
**formulations**
4:6,8,11 22:24
47:17 48:6
50:19 51:1

Dr. Charles Jameson
July 19, 2019

Page 317

55:6,7 57:6
58:7 59:7,22
70:11 190:11
192:8 193:8
194:3 195:7
197:19 203:2,9
205:23 206:16
207:10 209:13
236:19
**found** 64:16,19
64:24 79:13
80:9 84:20
85:16,21 86:8
90:3 92:6,13
92:20 109:9
115:19 120:3
122:14 123:11
123:19 141:10
142:1 144:19
147:9,20
149:13,18
150:10,18
151:1,23,23,24
157:20 172:5
172:14 208:9
209:18,21
210:7 211:18
212:2 217:13
219:4 241:8
260:23 266:3
288:16
**four** 18:25 20:18
20:19 99:22
100:1 183:4
220:1 223:2,7
252:23 279:1
**fourth** 220:2
**FPR** 1:25 299:16
300:6,21
**frame** 293:19
**France** 200:16
**free** 73:1 84:17
117:4 131:5
213:20 276:15
**Freedom** 154:6

158:19 159:18
282:11
**French** 261:1,1
**frequency** 219:5
219:17 222:22
223:3
**Friday** 1:18
**friend** 294:22
**friends** 297:11
**fries** 261:1,1
**front** 9:21 25:17
54:9 76:17
146:21 213:19
214:7 257:7
265:10
**full** 136:7
**further** 156:14
186:25 187:16
188:9 207:25
243:4 300:12

——————
**G**

**gallon** 20:17,18
**gathering**
189:25
**gee** 253:19
**geez** 211:22
213:5
**general** 3:11,14
29:5 30:1,5
41:9 42:5
72:18 150:16
150:16 183:11
183:12 227:20
229:20 236:2
255:3 257:10
257:17 258:8
258:21 259:3,3
259:21 260:5,8
260:10,13
261:23,24
262:6,6 263:6
263:15
**generally** 6:22
52:15,18

133:19 210:13
215:22 240:17
**generated** 81:16
176:13 190:7
**generically**
53:11
**genetic** 4:16
219:23 222:6
228:18 229:21
230:13 231:1
**genotoxic** 188:1
208:3,10
210:15 212:14
221:9 223:13
226:11 227:12
273:20
**genotoxicity**
201:5 208:6
210:14
**geographically**
220:3
**George** 117:18
**getting** 13:4 37:2
81:1 140:13,15
163:19 166:8
167:22 220:10
254:23
**GG** 299:17
**give** 5:25 14:22
14:25 20:22
23:3 24:15
26:13 27:3,17
28:6 33:9,10
35:18 40:13
41:23 48:9,18
49:2,7 57:18
68:13 96:3
134:12 153:14
161:16 164:22
167:4,5 168:16
170:2,22
205:13 210:14
221:9 238:24
242:14,17,23
243:3 246:1

**given** 7:11 8:16
24:11,18 26:17
34:9 60:25
155:7 165:11
167:8 251:23
284:12
**gives** 53:13
66:17
**giving** 41:10,14
80:20 155:14
162:20 163:14
176:4 188:10
**gloves** 17:6
**GLY** 199:1
**Glyphos** 225:11
**glyphosate** 3:16
3:17,21,23 4:3
4:5,8,10 22:23
23:11,25 24:10
24:17 25:24
38:17 39:3,9
39:13,21 40:7
42:23 43:24
44:1,3,5,16
45:4,7,8 47:13
47:14,19,20
48:4,5,6,6,12
48:19,24 54:13
55:13 56:2,18
57:5,7,24 58:5
58:7,18 59:6
63:8 64:10
65:10,17,20
66:11,19,23
68:21,24 69:16
69:20,24 78:19
79:9 80:12
84:10 94:21
95:11 105:16
108:2,10,18
111:22 113:8
114:3,18
119:20 122:10
122:14 130:6
140:19 141:20

146:16,17,18
147:3,7,17,25
148:8,15 154:7
156:4 158:22
159:19 164:13
165:18 166:11
166:12,14
167:11,21
168:17 169:4,9
169:16 170:4
170:11,22
171:8,13,23
172:7,15 179:4
179:7,25 180:6
180:11,16
184:16,20
188:18 189:12
189:17,20,25
190:6,7,10,10
191:13,25
192:1,7,7,11
193:7,8 194:2
195:7,13
197:18 199:2,7
199:10,18
200:1,7,10,23
201:4,10,15
202:8,13 203:6
204:13 205:23
206:16 207:1,2
207:7 209:13
209:13,16,23
210:15 211:7,9
211:25 212:9
212:13 222:23
223:14 225:10
226:14 234:11
236:13,19,23
237:3 241:5
242:2,22 256:4
256:8 260:11
263:9 264:15
264:19,22
265:3,7,12
267:10,25

Dr. Charles Jameson
July 19, 2019

Page 318

268:1,6 269:1
272:17 275:12
276:21 277:24
282:24,25
284:7 285:6,11
285:12,17
286:1,2,9,10
286:17,21
287:5 289:14
289:24 294:10
294:25 295:1,6
295:16,20,24
296:2,6
**glyphosate's**
112:6
**glyphosate-ba...**
22:23 38:17
55:7 59:22
195:7,13
212:13 225:15
226:14 242:22
286:21,25
287:5
**go** 10:2 14:6
16:13 18:15,20
26:4 28:19
30:18 31:10
37:19 47:24
51:16 53:2
62:13 70:2
71:4,14 73:10
76:7 84:2,15
85:6 87:3
88:19,23 89:12
91:1 92:9,24
92:24 93:10
94:4,22 95:14
96:2,4 98:10
98:10 99:25
101:2 102:13
103:20,25
104:7,8,12,16
105:21 106:4,8
107:1,2,6,14
108:24 109:1

109:18 111:3,4
113:11 115:8
115:11,12,23
117:13 118:14
118:21,22
120:6,10 121:1
121:12 122:17
124:7 125:4
130:9,15 131:2
131:14 132:6
138:11,13
140:23 142:7
142:16 149:1
149:11 152:7,8
153:12 154:18
156:14 162:22
164:2,12 165:6
168:7 169:13
169:24 175:24
178:10 181:24
182:6 190:19
191:6 196:12
198:21 202:16
203:20 212:4
216:10 224:12
226:15,19
228:15 229:7
229:14,24
230:11,13
238:23 239:14
246:9 257:15
260:20,21
262:4 264:11
267:5 272:19
273:6 275:3
277:7,11,18
285:18 290:20
291:14
**goes** 49:14 80:19
181:3,5,12,13
203:5 223:12
242:9 250:15
284:2
**going** 7:6 9:20
15:1 21:19

26:14,16 27:17
28:1 30:12
31:2,3 40:21
41:14 42:13
43:11 47:4
49:4 54:8,16
66:9 76:14
80:16,20,24
82:2 83:8,13
83:15 95:22
105:9 111:21
114:24 115:7
115:15 126:1
127:10 136:8
139:9 141:25
142:2 143:5
151:20 152:4,5
153:20 169:4
173:15 177:5
184:22 190:20
193:12 194:24
194:25 211:13
211:18 212:6
212:12 213:23
213:24 218:12
218:20 228:15
229:17 234:25
242:7,12,13,16
242:23 243:3,3
243:7 249:19
249:20 252:9
252:10 255:23
257:5,12
266:25 267:8
267:13 275:23
275:24 276:9
278:22 279:9
279:11 283:23
284:3 291:19
**good** 6:11,12
50:4 107:25
132:13,14,15
132:17 148:20
228:12 279:9
**Gordon** 8:2

14:15 32:13,22
49:2 71:8
236:10 237:22
255:2
**gotten** 158:19,20
282:18,20,21
287:13 289:20
**government**
34:22 181:3
183:6 282:19
**grams** 163:16,19
168:13
**grass** 19:22
**Great** 53:24
115:9 172:22
225:4
**greater** 200:14
**green** 77:11,17
**Greg** 13:20
**Greim** 3:21,25
74:4 81:17
87:12 93:3,7
93:19,24 95:3
97:11,12,13,15
97:21 98:6,23
98:25 99:9,16
99:17 100:14
100:18 101:17
101:25 102:12
102:21 111:18
117:5,6,8
139:2 149:2,6
149:12,18
150:11,14,18
150:19 151:2
151:12,24
152:14,19
153:3,9,16,21
153:21,22
154:2,9,18,20
156:14,15
157:1,7,21
158:25 159:5,6
159:16 160:1
160:15,19

254:14,15
284:11
**Greim's** 102:21
**grind** 74:4
**grocery** 255:20
260:15 261:7
**grossly** 133:2,3
**ground** 16:8
**group** 23:10,25
24:10,16 25:24
32:6 41:1
42:16,23 43:9
43:14,24 44:2
44:4,7,14
47:19 91:15
102:20 148:25
155:1 159:7
180:14,15
186:20 208:21
213:7,12,13,21
214:11,15,17
214:20,23,25
215:1,10,16,25
216:12,22
217:20,23,24
218:4 220:23
220:24 284:13
284:23 285:5
292:20
**groups** 86:13
216:2 217:14
295:14
**guess** 15:14 18:4
20:17 80:5
101:23 125:2
157:4 173:18
178:24 253:7
**guesstimating**
285:9
**guesstimation**
35:5,7
**guideline** 229:22
230:14,18
**guidelines** 4:17
222:6 228:19

Dr. Charles Jameson
July 19, 2019

Page 319

230:12 231:1
273:5,5,12
**gun** 62:7
**guys** 224:25
227:18 250:18

---

**H**

**HaCaT** 4:7,9,12
194:4 197:20
205:24
**hand** 9:20 76:20
105:9 151:16
151:20 152:5
197:12 218:12
257:5 284:25
291:19
**handed** 152:12
**handing** 21:21
28:11 29:20
49:20 82:21
98:18 107:18
151:25 177:21
185:2 212:24
222:2 287:7
290:1
**handle** 20:13
**handling** 193:11
**happen** 155:13
227:11,23
228:8
**happened** 28:7
41:18 235:19
295:6
**happening**
173:10 176:3
284:15
**happens** 184:14
**happy** 114:25
115:7 131:7,8
131:9,23,25
**hard** 155:24
253:21
**harder** 79:11
**harm** 16:17,22
17:8

**Harrison** 2:3
**Harvard** 235:22
**harvesting**
215:5
**hate** 251:22
**hazard** 16:10
51:5,8
**hazardous** 17:3
17:4,5
**he'll** 28:6 164:3
**head** 33:16
37:13,17
134:12 170:9
202:4 213:16
213:18 240:2
**heading** 230:16
**health** 17:3
50:13,16,23
53:8 183:6
198:2,3 206:12
247:19 283:17
283:20 295:20
296:9
**healthy** 214:15
**heard** 183:3
187:13 224:24
224:25 229:2
256:13 259:9
259:12
**hearing** 8:8
**help** 77:14
184:24 203:13
**helped** 239:5
248:9 285:21
**helpful** 149:6,9
**hemangioma**
66:6,7 144:14
144:20 147:16
**hemangiomas**
66:12,18,20
69:9 127:2
139:23 140:2,3
140:4,7,12
145:6,21
146:11 147:8

**hemangiosarc...**
66:19 85:16,18
86:12,21 88:20
91:20
**hemangiosarc...**
65:24 71:1
84:16,19 89:19
125:9,10
126:13,16
145:12 147:19
**HepaRG** 4:7,9
4:12 194:4
197:20 205:24
**hepatocellular**
69:4 71:1
118:14 119:10
119:18 129:3
129:23
**herbicide**
216:13 223:14
286:21 287:1
**herbicides** 38:17
212:14 215:6
242:22 264:21
287:5
**hesitated** 259:13
**high** 100:5
102:20 121:9
162:2,9 167:9
261:15 280:17
**high-dose** 80:6
123:21 140:7
145:8
**higher** 91:4
143:16 144:9
273:13
**highest** 165:10
**highlight** 140:12
153:6
**histopathology**
135:13,23,25
136:2,6,11,18
**historical** 75:19
75:22 76:5
90:2,10,11,21

91:2,5,10,23
101:4,13
113:25 139:5
**historically** 90:3
90:23
**histories** 38:14
217:25
**history** 38:10
217:11 218:2
229:11,25
**hold** 29:12 43:19
77:10 94:21
122:8,25
123:13 152:20
234:11,11,12
237:7 279:7
**holding** 276:18
**home** 14:16,19
14:20 15:1,7
15:12 16:6
21:7 108:1
160:20 215:5
246:9
**homework**
142:8,16
**honest** 16:6
194:14 253:21
**hope** 42:19
132:15
**hour** 30:14,15
31:1,8 131:25
132:5 203:3
**hours** 16:9,16
20:1 44:12
203:4 226:23
**house** 21:4,4
**houses** 215:7
**Hubbard** 2:12
**huge** 41:12
**Huh** 123:6
**human** 40:7
41:20 50:13,16
50:23 53:8
59:9,10,21,25
161:3,4 162:3

162:11,23
164:17,19,22
165:15 167:10
167:12 168:16
170:20 178:22
178:23 202:13
206:19 207:3,8
208:18,19
210:1 212:12
223:8,18 224:2
224:4,8 232:7
233:2 234:7,10
237:11 238:6
238:17,20
239:22 242:11
242:18,18
273:22,25
274:10,20
275:5,7
**humans** 39:13
39:23 43:1
44:1,6,9,16
45:8,9 61:6,19
61:24 62:18,22
161:11,25
162:7,18
165:17,19
166:11,14
172:14 182:18
182:20 208:7
209:6,8,9,9,24
210:2,5,5
215:15 231:15
231:17,23,25
232:23,25
233:25 236:12
265:7 272:17
276:22 277:24
**hundred** 30:25
31:1,7 170:17
170:18 173:13
175:9
**hundreds**
134:18
**hydrocarbons**

Dr. Charles Jameson
July 19, 2019

24:5 26:1
35:19 44:20
45:11 48:18
90:20 97:11
107:11 140:14
140:15 154:3,6
154:10,12,15
154:19,20
155:8,14 158:2
158:10,17,20
159:18,24
160:8,24
171:17 186:21
187:19 190:1
201:2 203:21
210:19 221:9
238:25,25
243:9 249:25
253:25 254:17
262:5,23 264:3
264:6 277:10
282:7,11,19,20
282:20,21
283:2,5 284:4
285:7
**informed** 261:3
261:4 262:8
263:1
**informing** 45:6
209:1 253:15
**ingredient** 59:8
179:20
**ingredients**
47:13,15 48:8
48:23 50:18,25
53:11 55:11,25
56:16 261:8
**inhalation** 52:7
**initial** 48:15
75:8 141:4
**initially** 79:2
107:10 142:9
223:6
**injury** 37:25
**inordinate**

135:17
**input** 283:25
**inquire** 207:25
**inserted** 178:3
**inspected** 134:3
**instance** 68:8
**instances** 265:5
292:17
**institute** 133:22
198:1,3,3
206:12 296:21
**Institutes** 296:9
**instruct** 83:13
251:20 254:22
279:3
**instructed** 79:11
79:24 279:19
**instructing**
251:22 255:11
278:20
**intake** 168:17
170:18,18
**intend** 24:1,15
30:10 37:24
39:5,5,8,11
40:3,11 45:15
46:12,17 47:3
47:8,12 123:17
**intended** 39:2
266:18
**intending**
142:17
**intends** 27:2
**intense** 31:9
**intention** 22:25
**interest** 110:7
292:12,18,22
292:25 294:7
**interested**
300:16
**interests** 4:24
291:24 292:6
**interim** 3:16
54:12 264:15
265:11,25

267:14,14
269:25 274:19
277:3
**interject** 279:14
**Intermittently**
15:22
**internal** 133:1
181:21,22
183:15
**Internet** 160:23
263:25 264:2,6
**interpretation**
60:2 134:2
**interrupt** 18:5
18:10 80:20,24
**interrupted**
169:25 239:14
281:7,8
**interrupting**
169:24
**interruption**
201:12
**interstitial** 69:2
69:10 128:12
147:24 148:3
**interval** 82:18
106:18 144:10
**intramural**
295:15
**introduction**
229:21
**investigated**
182:3
**investigation**
156:14
**invite** 183:11
268:10 283:21
284:14
**invited** 268:6
**invoice** 30:12
**invoiced** 30:7
31:14,25 32:4
32:21,24,25
**invoices** 4:22
14:11 33:23

37:20,21
290:10,11
**involved** 27:11
135:10 176:23
180:11 292:5
293:18
**involving** 36:15
**irrelevant** 276:6
**irritants** 52:15
52:19
**irritation** 133:4
**islet** 120:11,23
121:3,6
**issue** 3:21,23
48:18 105:16
108:3 180:19
246:15
**issued** 108:10
140:19 265:11
**issues** 53:9
**italics** 116:13
**items** 42:10

_____

**J**

**J** 3:19 83:3
205:25
**Jameson** 1:17
3:13 5:3 6:5,11
6:14,15 9:4
10:7 14:9
22:22,22 23:9
23:21 25:11
28:11 29:25
47:8 54:5,15
57:2 61:4 63:6
70:24 73:17
82:21 83:4,12
83:15 98:18
100:23 105:15
110:2 131:17
132:13 143:4,8
148:24 171:5
173:5 184:23
185:4,17
188:14 208:2

214:6 221:5
222:5 231:13
242:7 243:5
249:16,23
250:13,24
251:6 252:5
254:12 255:2
256:10 257:16
258:20 267:8
290:25 297:15
299:10 300:8
301:3
**Jameson's** 3:11
14:1 46:17
**January** 7:22
**John** 294:22
**July** 1:18 5:4
10:10,13,16
13:23 222:8
228:20 299:11
299:12 300:18
**jump** 62:7
**June** 4:4 155:4
191:3 192:24
**jury** 38:5 146:21
165:14 267:8

_____

**K**

**Kalas** 235:21
255:14
**Kane** 1:12 3:8
5:6 10:12 23:2
26:14 31:15,17
38:1 45:25
46:2,13,18
47:1 249:15
250:6
**Kathryn** 2:5
5:20 242:4
291:13
**kathryn.forgi...**
2:5
**keep** 11:20,21
37:17 73:2
115:7 122:4,5

Dr. Charles Jameson
July 19, 2019

279:9,12
keeping 74:13
kept 13:4 180:12
  180:13
kidney 65:22
  71:2 77:17,17
  77:19 79:4,5
  79:12 80:10
  92:14 95:12
  103:20,22
  104:7,7 106:1
  106:14 110:11
  110:12 111:4
  111:14,14
  112:7,14,17
  124:14 126:19
  127:21 141:3
  142:3,19
  143:12,21
  144:5,6,8
kids 297:11
kill 16:2 17:24
  19:25
killed 19:22 20:4
  135:12
killing 136:17
kilogram 162:21
  163:4,15,20
  164:11,15,17
  168:2 171:7,12
  171:22 172:6
  172:16
kilograms
  162:21
kilometers
  214:16
kind 16:3,10
  35:17 79:20
  90:18 130:6
  133:9 168:12
  168:12 220:14
  226:11 244:1
  244:14 255:11
kinds 182:24
King 1:21

Knapp 251:17
knew 276:24
  277:2
Knezevich 75:5
  77:18,21 78:25
  79:1,2 103:23
  104:3,16
  105:23 106:14
  107:9 109:2,9
  109:14 112:16
  124:13,16,22
  124:25 125:1
  141:3 142:3,19
know 6:21,23
  7:1 11:17,20
  12:17 14:1,24
  15:15,15,21,21
  17:13,22 18:9
  20:16 21:2,3
  21:14 22:18
  29:1 33:15,17
  38:9,13,16
  41:20 45:11
  46:2,6,7,9 51:9
  55:2 56:14
  57:19 63:23
  64:4 72:7 73:3
  76:8 77:15
  78:21 81:7,11
  81:14,14 82:5
  86:3 87:20,23
  88:2,5,5,7,8
  89:6 90:6,12
  91:23 93:12,14
  93:16 94:2
  99:16 100:16
  103:11 107:15
  108:21 113:12
  123:18 132:3
  133:18 134:6
  134:22 138:12
  138:23,25
  140:18 142:20
  142:25 149:19
  149:20,21

151:6,6 159:16
  164:14 165:17
  166:14,20
  167:19 168:10
  169:18 170:1
  171:14,17
  173:24 174:12
  174:18 176:22
  177:14 179:5
  180:5 183:1
  190:17,21
  192:8 194:4,12
  194:13 196:24
  197:8,25 200:5
  200:12,21
  201:19 204:4
  206:5,8,10,19
  210:4,6,10
  213:11,13,21
  213:21 214:9
  214:22 216:15
  217:6,10 219:2
  221:4,5,12,14
  222:21 224:16
  225:19,20
  226:7,9,23,24
  228:10 229:4,8
  229:12 230:3
  234:16,16
  238:12 239:6
  241:9,25 243:9
  243:22 246:8
  246:13,14
  248:8,24
  251:11 252:22
  256:1,16 258:7
  259:21 260:9
  260:10 261:11
  261:24 262:7
  262:24 263:6,7
  263:11 265:24
  267:17,19
  271:7 272:22
  273:1,4,19
  274:6,17,20

275:2,2 280:12
  290:16 295:1,4
knowing 38:11
  182:15 203:18
knowledge
  165:19 179:23
  214:10 241:11
  262:25 284:8
  292:4
knowledgeable
  103:7
known 171:18
  178:22 179:20
  181:8 182:9,16
  199:9 208:7
  209:7 238:3
  240:18 241:15
  295:2
knows 262:15,22
Kumar 77:19,22
  92:6,8,25 93:6
  95:6,10,14,15
  96:5 97:10
  99:7,19 100:19
  101:22 102:8,9
  102:12,17
  103:23 109:17
  111:4,6,11
  112:16 127:11
  127:20 143:24

———— L ————
lab 159:2 160:10
  160:10
label 16:7,9,22
  51:8 255:19
  260:15
labeled 17:3
  74:3 259:11
  261:12
labeling 47:9
  260:1
labels 16:18 45:5
  45:10 261:6
labor 193:18

laboratories
  134:3 154:22
laboratory
  58:22 61:16
  67:10,14 79:11
  188:7,8
lack 230:7
laid 23:7,22
Lake 2:8
Lamb 1:2 3:7
  5:5,8 10:9 11:1
  12:20,21 21:21
  22:4,21 23:1
  26:14 30:7
  31:20 33:6,7
  38:1 45:22
  249:15 301:2
Lamb's 30:13
Lancet 155:16
Lankas 117:21
  120:4,8 128:11
  128:17 148:1
  157:22 158:4
  158:12,17
  159:20 176:15
large 20:22 58:8
lasts 155:5
late 156:18
  159:16 282:15
lately 295:5
latest 253:10
law 32:6 35:13
  62:9
lawyer 221:16
lawyers 47:1
  157:2
leaders 155:9
leads 208:10
leave 227:2
LEE 299:4
  300:4
left 188:18
  193:25 226:8
  226:17 227:18
left-hand 195:21

Dr. Charles Jameson
July 19, 2019

214:14 225:9
**Leon** 247:5
251:15,17
252:6
**lesion** 79:20
133:4
**let's** 20:23 22:20
26:4 62:25
65:19 84:15
88:19 92:1
94:22 95:14,15
98:10 103:20
111:3 120:2
121:1 124:3
162:21 163:10
168:24 170:14
174:17 186:14
210:13 229:24
252:14 290:20
**letting** 263:6
**level** 51:7 110:21
112:2,18 114:6
114:11,20
119:23 138:24
139:8,23 141:2
141:10,17,17
142:4,10,13,19
143:13,16,25
144:9 147:19
147:22 148:2
148:10,17
164:12,24
166:8 173:6,12
173:22 174:2,3
175:6,10
176:14 237:10
273:7
**levels** 51:3,4
58:16,17,19
112:8 272:20
273:2,8,21
274:10 280:17
**life** 135:18
**lifetime** 16:8
61:13 68:3

**limit** 58:19
**limitations**
53:13 244:1,14
**limited** 18:11
187:9 236:12
236:24 237:15
237:17 253:25
**line** 99:23
102:21 103:1
116:12 129:10
130:23 198:16
198:22 230:13
262:24 268:17
268:18 301:5
**lines** 4:7,10,12
100:1 104:8
119:11 194:4,5
197:20 198:15
198:21 202:13
205:24 206:19
206:20 207:3,9
**link** 242:21
**links** 160:22
189:11
**list** 4:20 14:4
60:23 95:6
111:2 116:23
117:9 178:12
179:15 182:4
183:12 201:7
201:16,23,25
201:25 211:2
212:18 230:25
234:4 240:15
241:7,23 242:1
243:7,8 246:25
247:4 285:7
287:8,24 288:1
288:4
**listed** 22:10
23:18 24:23
25:3,16 50:8
64:12 65:6
69:23 70:6
72:8 91:20

100:4 116:20
117:1,6 119:17
120:3 123:16
124:12 141:6
154:2 178:12
178:18,21
179:7,9,12,13
179:17,21,25
184:16 189:21
206:5 240:10
240:12 241:11
241:22 242:3
280:4
**listen** 7:7 80:24
**listing** 100:1
115:24 189:17
237:13
**lists** 119:18
152:15,18
153:2,5 182:2
198:11 230:14
240:14,18
284:2
**literature**
160:21 181:24
181:25 187:5,6
201:3 209:22
211:1,4,8,17
280:22 281:22
282:9,17 283:4
283:13
**litigation** 6:22
7:12,19,24 8:6
8:9 9:12,15
32:2 33:7,22
33:25 34:14,24
35:4,9,14
36:13 37:5,5
83:6 156:19,21
156:22,23
290:12 293:24
297:3
**litigations** 6:23
36:11
**little** 31:10 41:24

61:22 153:14
166:23 171:19
173:11 182:15
192:17,22
200:4 244:12
256:5
**live** 6:15,16
194:10 215:19
**lived** 20:24
**liver** 119:19
129:3,22
**lives** 166:2 215:3
**living** 210:5
214:16
**LLC** 34:19
**LLP** 2:7,11
**lo** 79:12
**local** 16:5
260:21
**located** 198:4,4
**locations** 220:3
**logo** 188:18,21
188:23 193:25
**long** 7:3 15:16
19:24 20:3
21:2 54:23
131:12 156:13
193:2 225:25
226:24
**longer** 141:11
142:12 231:6
**look** 10:24 13:6
14:7 22:7,20
29:16 37:20,21
42:20 49:13
51:12,21 57:1
60:19 66:21
68:15 71:18
72:23 73:1,18
74:13 77:14
78:4 79:11,21
79:23 84:17
85:18 87:10,11
90:16,20 91:1
91:6 92:13

95:18,19 99:20
102:20 104:1
105:15,21
107:14 112:12
113:18 116:9
117:4,13
119:10 121:13
121:17 124:8
124:19 129:10
132:20 133:3
137:22 138:8
139:17 149:1
154:18 156:16
156:25 161:8
165:5 182:8
187:1 189:10
190:6 191:25
195:20 198:8
198:14,24
199:16 210:2
212:4 213:20
218:18,19
220:22 222:20
224:17 225:2,8
229:20 238:23
239:6 240:1
241:9 242:1
245:6 248:24
252:11,12,20
257:8 269:10
275:1,4,7
278:5 279:22
291:25 292:24
294:4
**looked** 48:2
59:22,24 60:5
60:8,12 74:22
76:20 80:2
100:17 105:8
134:8,21 135:1
140:24 151:24
159:24 162:8
177:20 192:9
196:4 206:23
218:9 238:21

Dr. Charles Jameson
July 19, 2019

Page 324

240:6,22
241:14 246:21
265:1,4 272:21
273:3 275:5
277:10
**looking** 42:23
70:22 80:12
91:17 94:9,16
135:5 136:4
150:1 151:2
157:22 173:9
178:17,19,20
189:25 195:25
204:24 206:15
209:11 210:11
215:20 222:11
226:12 239:15
254:14 255:8
270:1 274:24
288:16,18
289:18 294:7
**looks** 70:1 95:5
111:24 116:6
116:20 118:14
123:1 125:20
152:6 157:20
161:14 191:6
219:25 270:3
288:4 289:10
290:10 291:2
292:1,25
**loss** 161:20
203:10 204:23
207:11,13
**lost** 80:14
230:20
**lot** 18:23 54:16
137:19 153:23
245:24 273:8
273:18
**Louis** 1:1,6,11
5:10
**Louisiana** 2:8
**low** 120:15
121:10 223:15

273:9
**low-dose** 58:17
**lower** 58:21 78:6
91:4 164:24
195:21 196:1
**lunch** 115:2
131:8,12,13,15
131:20 132:15
138:4 294:21
**Lundy** 2:7,7
5:18,18
**lung** 66:3 69:9
112:25 113:7,9
113:18 119:19
128:6
**lymphoma**
22:24 59:12
92:16 93:2,6
94:24 95:11,20
96:13 97:25
99:11,19,23
100:2,4,15
101:3,8,10,12
101:19,24
102:18 127:12
165:7 166:6,9
232:12,15,24
233:8,18,25
234:7,22 235:7
236:19,23
237:3 238:14
239:9 240:5
241:2,12
242:23 260:11
286:18 295:3
**lymphomas** 66:1
71:2 92:2,19
94:23 96:11
97:9 125:8,17
126:24 128:3
**Lyon** 159:9
200:16

———————

**M**

**M** 2:5,17 99:23

206:1
**ma'am** 164:6
**mail** 253:22
268:21 269:12
269:19 270:1
270:16,22
271:19
**mailers** 272:6
**mailings** 272:1
**major** 239:19
**majority** 161:13
175:25
**making** 40:22
63:18 123:18
192:3 205:20
**male** 68:15,17
75:6 78:12
110:8 121:10
123:12,20
125:13 134:14
134:15
**males** 94:24
95:11,12,16
96:14 98:6
124:16 125:21
127:14
**malignant** 66:1
71:1 80:6,8,10
92:1,16,19
93:2,6 94:23
94:24 95:11,20
96:11,13 97:9
97:25 99:11,18
99:23 100:2,15
101:2,8,10,12
101:19,24
102:18 125:8
125:17 126:24
127:12 128:3
165:7
**mammalian**
230:6,15
**mammals**
182:20
**mandates** 266:7

**manner** 28:2
**March** 8:9 253:1
**marginal** 203:3
**marginally**
203:9 204:22
207:10
**mark** 21:19 54:8
95:23
**marked** 9:20
10:3,4,5 21:22
28:12,13 29:20
29:22 49:20,22
54:10,12 63:6
63:11,16 76:15
76:23 77:4
82:22,23 86:10
86:13 96:6
98:19,20 105:9
105:11 107:18
107:20 152:9
152:11 177:22
177:23 185:2,5
188:12 190:24
193:11,22
197:13,14
205:6 213:1
214:7 218:15
222:3 287:11
288:9 290:5
291:4,22
**Markers** 4:6,8
194:3 197:19
**marketplace**
267:21
**marking** 188:10
205:3 287:7
288:5 290:1,25
**Martins** 93:8,9
93:14,25
**Maryland** 198:4
**mass** 268:20
269:11,19
270:1,16,22
271:19 272:1,5
**match** 138:16

215:15 216:1,9
216:14,19
**matched** 214:19
215:13 216:16
216:17,24
217:11
**material** 17:5
30:21 35:23
45:5,6,7 51:6
61:11,15 68:2
133:9 162:5
163:18 166:3
182:1 187:25
188:1,3,6
215:20,25
263:2 268:1
292:12,21
**materials** 4:20
52:18 60:22
81:5 181:15
182:11,12,13
184:12 201:16
201:24 237:14
241:20,23
242:1 243:7
254:1 273:8
287:8,24 288:1
294:7
**math** 170:9,15
**matter** 227:21
**matters** 42:13
249:20
**Max** 2:18 5:16
**maximum** 61:12
61:12,15
161:17,21
**MDL** 3:12 26:6
26:22 29:5
30:5 32:8,22
41:16 72:16
83:22 84:2
115:11 116:4
288:19 289:1
**mean** 11:13
12:10 18:23

Dr. Charles Jameson
July 19, 2019

Page 325

22:16 28:6
42:11 43:2,9
48:9 56:9 61:6
61:24 62:17
72:16 78:25
86:2,4 114:5
114:10 130:13
132:23 133:15
145:1 161:7
165:16 166:7
170:4,6 173:5
180:5 184:6
186:3 196:15
198:13 204:21
208:3,10 219:5
219:16 223:3
232:10 236:4
237:18 239:22
246:9 251:13
255:19 258:3
260:24 271:2
272:5 273:16
274:4 277:8
286:13 292:17
**meaning** 61:12
86:4 182:8
247:2
**means** 50:23
62:20 67:7,18
132:24 133:3
136:16 137:18
169:16 173:7
173:22 174:22
175:21 186:10
216:2 237:19
252:15 262:5
**meant** 45:9
116:15 215:12
**measure** 168:23
221:8
**measurement**
168:12
**meat** 262:10
263:8
**meats** 262:15

**mechanism** 44:4
182:16 199:1,7
202:7 206:25
233:23
**mechanisms**
208:7,19 230:8
289:8
**mechanistic**
208:19,20
209:2 233:5,16
234:20 235:5
**media** 98:13,16
172:24 173:2,3
249:7,10
260:21 262:22
**medical** 38:14
217:11,25
218:1
**Medline** 240:7
**meet** 6:19,20
66:22 75:15
266:21
**meeting** 4:4
148:25 149:4
149:18 151:1
153:12,15,18
153:18,20
154:5,12 155:3
155:5,7,15,17
159:7,25 160:4
160:9,16 191:8
192:21 195:17
200:15 204:7
210:23 252:22
252:24,25
284:21 285:6
**meetings** 23:9
23:24 25:23
**meets** 75:16
**member** 44:2
292:20
**memo** 107:8
**memorandum**
50:8
**memory** 30:19

137:18 210:3
214:13 234:3
249:2
**mention** 218:1,3
**mentioned** 7:11
17:17 20:20
25:20,24 27:4
32:11,12 42:11
47:10 67:3
135:20,22
159:23 180:15
183:5,9,14,20
190:3 212:10
249:24 250:10
254:9 263:5,14
264:25 265:15
**met** 6:19 38:21
237:14,15
**meta-analyses**
246:3,21,24
251:6
**meta-analysis**
239:4,6,17
243:14,23,25
244:3,10,13,15
244:20,21
245:12,14
246:5,22,24
247:23 248:1
**metabolism**
39:13 42:25
43:25 44:15
**method** 88:6
286:20,24
**methodology**
88:11
**mg/kg** 106:10
**mice** 65:21 66:8
66:20 68:15,17
75:6,20 77:22
78:9,12 79:12
84:10 91:20
94:20 95:10,20
97:10 99:10,12
99:19,24

100:15 102:17
106:14 109:4
109:10,17
110:4,8 112:14
113:3,4,4,16
121:10 123:12
123:20 124:11
124:13 125:13
126:9,16 127:2
128:1 134:14
134:14,15
139:25 140:8
144:21 145:9
145:13 146:11
147:9,20
149:23 163:9
163:11 165:10
170:20
**micronuclei**
219:6,17,21
**microscopically**
133:11
**mid** 80:7 123:21
**mid-2016**
155:25
**middle** 50:9 55:4
116:9 198:14
206:22 230:1
268:12,15
**midnight** 201:18
287:9,12,13,14
287:15
**midway** 229:25
**Mike** 194:13
206:7,8
**milk** 261:7,9,12
263:8
**Miller** 32:6,18
**milligram** 168:2
172:16
**milligrams**
163:4,14,20
164:11,15,16
171:7,12,22
172:6

**million** 165:11
167:8,13,24
168:3 169:6
170:21
**millions** 248:17
248:21,22,23
**mind** 12:24 13:2
36:6 73:2
112:3,4 115:12
117:20 151:25
156:4 232:5
234:25 264:12
294:5
**mine** 64:4,5
101:6 128:14
**minute** 101:6
224:6,7 259:20
**minutes** 4:4
191:2,7 192:11
192:21
**mischaracteri...**
130:25 166:17
**misinterpreted**
59:25 60:20
**misnumbered**
12:16
**misread** 127:7
**misrepresents**
257:13
**missed** 217:16
**missing** 89:4
95:5
**Missouri** 1:1,6
1:11 5:10
18:10 62:8
**misspoke** 248:18
248:22
**mistake** 116:15
**mistaken** 166:20
**misunderstan...**
170:14
**mix** 164:21
167:20 168:11
**mixed** 51:6
**mixture** 133:7

Dr. Charles Jameson
July 19, 2019

225:10
**mixtures** 48:10
    48:16 181:7
**molecular**
    182:10
**Monday** 60:25
**money** 34:12
    36:8,22
**monitor** 164:12
**monitoring**
    210:8 211:25
**monograph** 23:7
    23:16,22 24:5
    42:24 44:8,19
    47:19 153:15
    154:8,16,17
    155:7,12,23
    156:10 179:4
    199:14,16,20
    199:25 200:10
    200:15,18,22
    237:14 238:24
    240:9,11,22
    241:4 245:22
    249:18 250:17
    252:21 253:14
    253:22 278:7
    279:25 283:11
    283:11 285:8
    294:16,18
**monographs**
    240:23 241:1
    253:16,18
**Monsanto** 1:4,9
    1:14 5:5,6,7,15
    5:17 10:10,12
    10:15 70:6,9
    70:14,20 79:10
    79:24 80:2
    301:2
**month** 33:15
    54:25 294:17
**months** 8:13
    49:13 68:3,4
    135:9,11,14

223:2,7 236:1
252:23
**morbid** 99:25
**morning** 6:11,12
    138:10 287:17
    287:18,20
    288:6 290:4
    291:2,11,21
**mortality**
    161:20
**mouse** 3:18
    67:15 74:2
    75:20 76:21
    84:18,25 90:25
    104:14 111:6
    111:11 124:8
    127:11 128:1
    130:4 144:17
    145:21 146:12
    147:9 162:22
    167:9,13
**move** 92:1
    114:24 120:2
    131:10,11
    151:4 297:22
**moved** 222:14
    228:17
**mow** 228:10
**multidistrict**
    7:19,24 8:9
**multiple** 57:6
    58:7 66:15
    264:19
**multiply** 170:7,9
**multitude** 57:5
    58:6
**mutagenic** 52:12
    52:25 187:4
    188:1,6
**mutagenicity**
    201:5
**mwarren@wil...**
    2:19
**mystery** 95:13

## N

**Nadia** 5:18
**NADINA** 2:9
**name** 5:10 6:13
    24:24 25:4,18
    34:18 36:1
    126:17 172:4
    179:16 186:17
    194:14 241:19
    263:23 295:8
**named** 215:7
    294:22
**Nariño** 220:8
**national** 82:9
    133:22,23
    176:23 177:3,6
    178:8,22 179:8
    179:8 181:2
    188:15,23
    189:1,5,21
    194:8 198:1,2
    206:12 294:23
    295:12 296:8
    296:20
**NE** 2:23
**nearly** 268:13
**necessarily**
    82:14 195:22
    204:8 208:10
    224:3 236:4
    280:12
**necropsy** 132:22
    132:24 135:22
    136:12,16
**need** 7:1 17:2
    25:11 28:21
    35:10 53:14
    64:7 73:19
    80:23 81:2
    97:6 115:5
    137:20 167:11
    167:17 212:3
    215:23 233:2
    234:12 243:3
    249:12 261:3,4

270:9 274:16
287:22 292:9
**needed** 153:23
    214:13 216:10
    288:22 291:14
    291:15
**needs** 45:13
    131:22 162:7
    261:12
**negative** 174:24
**neighborhood**
    33:11 35:3
**neither** 46:21
    214:25
**neurotoxic**
    52:12,25
**never** 180:11,15
    241:14 260:1
    271:10 272:23
    278:2,9,14
**Nevertheless**
    157:19
**new** 30:19,21
    36:15 160:8
    201:6 211:12
    211:18 288:25
    289:16
**news** 107:25
    148:20 260:21
    261:13,19
    263:4,14
**newspaper**
    186:18,22,23
    187:14 260:25
**NHL** 41:21
**nice** 6:19,20
    148:22
**NIEHS** 194:16
    197:22,25
    206:1,9 294:18
**night** 201:18
**nine** 115:16
**NIOSH** 181:4
**nitrates** 262:11
    262:15 263:8

**nominate**
    181:18 183:11
    184:15
**nominated**
    180:16,22
    181:1 182:25
    183:4 185:19
    186:4,15
    189:13,20
**nomination**
    181:23 182:22
    183:22,24
    187:23 189:17
**nominations**
    181:1 182:5
    183:7
**non-Hodgkin's**
    22:24 59:12
    166:5,9 232:12
    232:15,24
    233:8,18,24
    234:7,22 235:7
    236:18,23
    237:2 238:13
    239:9 240:5
    241:2,11
    242:23 260:11
    286:18 295:3
**noncancer**
    274:25 275:11
**nonexposed**
    220:24
**nonprescription**
    215:2
**nonretained**
    22:12,17
**normal** 52:7
    68:14 136:9
**normally** 215:3
**North** 21:9,11
    21:12 194:9
    197:22 198:5
    206:1
**Northwest** 6:18
    21:17

Dr. Charles Jameson
July 19, 2019

**Notary** 299:17
**note** 106:6
**noted** 71:19
    207:9
**notes** 11:11 13:3
    30:18 70:3
    71:18 72:13,24
    72:24 73:2,8
    73:18 101:4
    300:11
**notice** 3:7,8,9
    10:9,11,14
    11:1 12:13,13
    23:5 74:19
    291:9,11
**noticed** 5:6
    288:3 290:13
**notices** 10:22
    11:20 13:5
    181:13 183:10
**notified** 296:8
    296:14,20
    297:2
**November**
    177:18 179:3
**NTP** 4:4 82:5,6
    82:8,10 135:10
    177:6,9 180:10
    180:14,19
    181:12,21
    183:5,10,14,21
    184:3,3,8,15
    184:19,19
    185:19 186:4,8
    186:24 187:9
    187:15,20
    189:24 190:4,8
    190:13,17
    191:3,8,14,23
    192:5 193:5,25
    195:4,6,10,23
    196:16 197:9
    202:6 203:23
    204:8,12
    207:24 240:12

294:10,15
295:10,14
**number** 5:8 6:22
    9:5 21:13 58:8
    71:21 94:7
    102:25 134:12
    134:22,24
    152:24 157:13
    168:16 177:13
    181:2,3 186:11
    200:15 210:7
    224:19 249:1,1
    249:3 250:17
    289:6
**numbered** 11:25
    13:7
**numbers** 96:19
    141:21,21
    152:18
**nurses** 295:24
**NW** 2:17

_____
**O**

**Oakland** 2:4
**oath** 3:3 8:16
    72:6 258:6
    299:2
**object** 62:9 83:8
    279:16
**objected** 43:8
    278:25 281:9
**objecting** 122:4
    276:9 278:22
    279:5,10,12
**objection** 8:25
    15:8,19 16:24
    17:20 18:19
    19:7,13,15,16
    24:3 40:8,17
    40:20 41:5
    44:17 47:23
    49:14 56:7,19
    58:12 59:16
    60:7,14,17
    61:7 62:1,2,2

62:19 69:25
71:3,12 72:11
82:13 88:13
90:13 93:20
94:1 96:17
97:19 99:13
102:4 103:9
104:4 108:19
109:5 110:5
112:9,20,20
114:12,22
118:17 119:24
121:18,23
129:19 130:8
130:24 134:10
139:11,15
142:5,21 144:2
145:3,23 146:5
146:13 147:12
147:21 148:4
149:8,14
155:20 156:5,5
157:3 158:7,15
160:13 161:5
162:12,24
165:22 166:17
167:4 168:20
170:23 171:24
172:8,17
173:17,23
174:6,20
175:13,22
176:7 180:24
186:6,9 189:7
191:16 196:8
196:11 197:3
199:22 201:1
202:20 203:17
204:14,17
207:15 208:5
208:12 209:3
210:21 211:14
212:15 213:14
216:5 224:10
225:22 226:15

227:6,15 228:2
228:5 231:2,5
231:18 232:1,8
232:16 233:9
233:19 234:23
235:9 236:5
241:3,24 244:4
244:7 245:1,1
245:8,16 246:7
248:7 255:22
256:12,18,25
257:20 258:10
258:15 259:6
259:24 260:7
260:18 261:10
261:21,25,25
262:13 263:10
263:17,17,24
265:21 266:1
266:24 267:22
268:8,14 269:2
269:7,20 270:2
270:8,19,23
271:1,10,21
273:23 275:13
275:19 276:23
277:4 278:1,8
278:13,18,19
279:7,15,18
280:1,10,10,24
281:24 282:5
283:24 284:16
285:14 286:3
286:11 290:14
294:12 296:11
296:17,23
297:5,13
**objections** 12:1
    13:12 18:11
    169:19
**objectivity**
    293:14
**observation**
    91:11
**observe** 19:24

**observed** 222:22
    223:4
**observer** 284:23
**observers**
    284:20 285:4
**observing** 173:8
**obtain** 159:18
**obtained** 154:6
**obvious** 58:18
    292:22
**obviously** 32:5
    98:6
**occasions** 8:6
**occupation**
    214:18 216:23
    217:15,21
    218:6
**occupational**
    289:7
**occupations**
    217:3
**occurred** 226:2
**occurring** 224:6
**OECD** 4:15
    221:12 222:6,8
    228:18,22
    230:25
**offer** 39:5,6 40:3
    40:11 44:23,25
    47:8,12
**offered** 262:2
    266:25
**offering** 44:22
**office** 37:20
    105:4,17 108:4
    108:9,16 265:1
    265:6
**oh** 13:1 14:11
    25:8,8,8 28:24
    37:7 55:21
    74:9 102:1
    113:4 116:11
    123:6 126:16
    127:7 185:6
    190:20 192:20

Dr. Charles Jameson
July 19, 2019

| | | | | |
|---|---|---|---|---|
| 196:6 198:23 | 95:4,8,18 96:7 | 175:4,7,8,17 | 282:2,13,17 | 209:1,15,17 |
| 202:1 211:6,22 | 96:25 97:4,6 | 176:11,20 | 284:10 288:5 | 210:14,17,18 |
| 213:5 226:5 | 97:24 98:9 | 177:7 178:6 | 289:2,5,10,16 | 242:17,17,24 |
| 247:22,25 | 99:5,14,20 | 180:5 183:9,24 | 289:23 290:11 | 243:3,6 246:1 |
| 264:9 270:18 | 101:6,7,10 | 186:2,14 | 290:19 291:7 | 246:18,19 |
| 277:16 292:15 | 102:1 103:2,13 | 189:10,16 | 292:4 293:4 | 247:13,20 |
| 295:5,5 296:8 | 104:15,17 | 190:23 191:21 | 294:8 296:8,14 | 248:5,10 |
| 297:20 | 106:9,23 | 192:17 193:5 | 297:15 | 250:14 258:1 |
| **okay** 7:9 9:14 | 107:16 108:8 | 193:19 194:7 | **old** 180:15 | **opinions** 23:6,15 |
| 10:24 11:12,23 | 108:12,25 | 194:15 195:25 | 294:22 | 23:17,19 24:2 |
| 12:2,9,11,23 | 109:8 113:5,13 | 196:6 198:14 | **once** 14:7 130:2 | 24:9,15,23 |
| 13:9,25 14:6 | 113:21 114:1,8 | 198:23 199:11 | 137:25 157:20 | 25:3,16,22,25 |
| 16:21 21:10,14 | 115:3,14,23 | 200:3,18,21 | 160:20 204:2 | 26:16 27:3,18 |
| 21:19 22:16,20 | 117:7,15,23 | 201:1 202:2,5 | **one-page** 202:10 | 27:20 40:23 |
| 23:5,22 24:8 | 118:9,24 | 205:16,19 | **ones** 11:18 24:4 | 41:8,10,15,18 |
| 25:5 26:4 | 119:14 120:2 | 207:6 210:13 | 51:22 75:25 | 41:19,23,24 |
| 28:21,24,25 | 120:10 121:15 | 212:10,24 | 154:10 212:17 | 70:12 118:11 |
| 29:7,15,20 | 121:24 122:3 | 213:6 214:12 | 212:18 | 149:7 250:16 |
| 31:19 32:11 | 122:13 123:5,6 | 218:12 219:3,9 | **online** 155:24,24 | 251:11 252:2 |
| 33:17 35:1,15 | 123:6,25 124:7 | 219:16,20 | 156:11 190:19 | 297:23 |
| 36:5 37:9,12 | 124:9,12 | 220:11 221:23 | 191:5 192:9 | **OPP** 140:19 |
| 37:24 39:11,20 | 125:16,20,22 | 222:13 223:17 | 193:10 194:23 | **opportunity** |
| 40:24 41:13 | 125:25 126:3,7 | 225:8 226:10 | 195:3 196:4,5 | 73:18 143:8 |
| 42:2,9,18 | 126:16,18 | 229:1,4,7,23 | 203:15 207:25 | 149:1 156:16 |
| 43:15,15 46:16 | 127:20 128:10 | 230:4 234:18 | 253:17,19 | 157:8,19 158:5 |
| 48:2,7 49:20 | 129:15 130:2 | 234:24 237:22 | 276:5 | 158:13 |
| 50:4,16 51:12 | 130:12,18 | 238:8,19 | **open** 34:20 | **oral** 52:6 |
| 51:12,14,18,21 | 131:6 136:14 | 244:23 246:12 | 181:25 209:22 | **order** 129:15 |
| 52:1,5,23 53:7 | 137:16 138:5 | 246:18 247:1,5 | 283:13 294:3 | **organ** 133:5,8 |
| 53:16 54:20,23 | 138:14 139:8 | 247:12,25 | **openly-availa...** | 134:19,19 |
| 55:3,18,21,25 | 139:13,14,20 | 248:24 249:5 | 280:21 281:21 | 136:3,9 |
| 57:3,10,16 | 140:11,18,22 | 249:11 251:2 | 282:8,17 283:4 | **organ-specific** |
| 58:10 62:6 | 141:1,25 142:7 | 251:19 252:3 | **opinion** 22:23 | 233:1 |
| 63:20,22 64:3 | 144:13 146:14 | 252:14 253:7 | 23:1,4 26:13 | **organization** |
| 65:5,8,14 70:5 | 147:4 150:3 | 253:12,23 | 26:21 28:7 | 103:11 228:22 |
| 70:5 71:8 72:3 | 151:5,16,20,25 | 254:7 257:22 | 39:20,25 40:3 | 229:2 283:20 |
| 72:18 73:9,25 | 156:2,13,20 | 258:25 260:4 | 40:6,9,11,13 | 292:7 |
| 76:14,19 78:4 | 158:2 160:8,24 | 264:5,9,17 | 40:15 41:2,6 | **organizations** |
| 80:19 83:19 | 161:3 163:12 | 265:24 266:13 | 42:1,1,2 44:23 | 103:15,17 |
| 84:12,15,25 | 164:2,4 167:2 | 267:12,16 | 44:25 45:3,13 | 245:24 |
| 85:8,10,14 | 167:5,14,17 | 268:21 269:13 | 45:16 46:17,25 | **organs** 132:25 |
| 88:19,23 89:9 | 168:15 169:1 | 271:16 272:4 | 47:9,9,12,16 | 133:1 134:20 |
| 89:15 91:14,18 | 169:10 170:16 | 275:2,9 277:13 | 49:3,7 57:18 | 134:21 136:1 |
| 92:12 93:1,4 | 171:3 172:20 | 277:17,20 | 65:8,19 69:23 | 136:18,19 |
| 93:14 94:10 | 174:2,18 175:3 | 281:13,16 | 70:18 78:2 | **original** 3:20 |

Dr. Charles Jameson
July 19, 2019

Page 329

7:18 11:22
76:10 79:3,4
83:5 96:2,3,10
96:15 178:3
205:17 227:25
**originally**
133:22 259:17
**OSHA** 181:4
**ounces** 168:14
**outcome** 110:25
231:15,24
**outline** 154:13
**outlined** 44:8
**outs** 163:15
**outside** 41:3
200:22 285:4
292:8
**over-objecting**
169:23
**overall** 77:15
**overcome** 244:1
246:4
**overt** 61:14
161:18
**Overview** 4:15
222:5 228:18
**oxidative** 4:6,9
193:8 194:3
195:8,12
197:19 199:1,6
199:10,19
200:7,24 201:5
201:10,15
202:7 203:6,9
204:22 206:25
207:10 209:16
209:22 210:11
233:23
**oxide** 36:2,16
37:5,10
**oxygen** 202:14
203:1,2,3

_____
**P**
**P** 73:5 74:19

75:8,12 76:4
76:12 78:16
81:6,10,11,12
81:15,15,20,25
82:3,10 83:7
85:22 89:22
90:2,10,12
91:24 92:14
99:1,10,11
104:18 106:13
107:3,12 109:8
111:17 112:18
114:6,11,14,14
114:20 119:23
120:18 138:23
139:8,23 141:2
141:16,19
142:3 143:13
143:15,17,18
143:25 144:8,9
145:6,9 147:22
173:22 174:2
205:25 220:22
221:1
**p.m** 1:19 298:2
**P05** 110:21
112:2 141:10
**P062** 110:19
**packet** 187:22
**page** 3:2,6 11:1
22:7,8,10
24:24 25:4,18
25:21 49:25
50:2,7,9 51:13
51:16 53:2
55:1,4,19
56:24 57:1
77:12,13 84:2
84:6 85:6
89:12,12 92:10
92:25 94:4,12
94:13 95:18
96:4 99:5
101:2,8 104:1
105:16,21

108:13,15,24
109:18,20
110:2 111:4,9
113:11 115:12
115:23 116:3,9
116:10 118:22
118:25 119:5
120:7 121:1
122:17 127:10
129:21 144:20
178:10,11,11
178:17 189:11
191:6 198:12
198:12 205:22
206:22 207:6
214:13 224:17
224:18 228:21
229:7,10,14,16
229:17,24
230:11 257:13
257:16,22,25
259:1 266:5,15
268:3,12,15
269:10,10,18
269:24 270:7
270:25 272:4,7
273:2 275:10
277:11 280:7
280:19 281:7
281:12 289:2
291:25 293:2,2
293:20 301:5
**pages** 55:1 178:2
178:12 192:10
257:7 258:18
300:8
**Pahwa** 247:9
251:16,17
252:6
**paid** 31:19,23,24
31:25 32:4,15
33:2,5,19,25
35:2,7 37:9
**pair** 122:21
**pairwise** 85:25

86:2,4,9,21
89:25 90:1,12
92:19 100:7
110:25 113:22
113:23 119:14
119:16 120:15
121:8 122:19
122:24 123:3,8
139:4,7,22
141:2 143:14
143:19,21,22
144:1
**pancreas** 120:11
121:3,6 128:18
128:23
**pancreatic**
68:25 71:2
120:2,11,23
**paper** 3:21,23
74:4,5 81:18
97:12,22
105:16 108:3
140:19 149:2
149:18 151:2
151:12,17,17
151:21,24
152:19 153:3,9
153:16,21,21
153:22 154:9
154:18,20
158:25 159:5,6
159:16 160:1
196:19 203:5
214:10,14
215:11 218:7
222:12 226:7
254:14 284:11
**papers** 72:2
76:10 210:2
**paraffin** 133:8
**paragraph**
51:22 55:16
57:1 94:16
214:14 217:19
225:8 229:25

230:1 266:7,15
270:15,18
271:2,16,20
272:2 277:16
279:22 280:7
280:18 281:14
**paralegal** 13:6
13:19 201:19
**parameters**
252:16 253:24
254:4
**Park** 194:9
197:22 198:5
**part** 14:2 23:10
23:24 25:23
28:20 42:22
43:4,23 44:18
45:4 49:8
52:14 78:6
94:22 136:5,12
156:16 198:2
204:12 241:20
244:1 246:19
266:11 268:4,5
268:9 274:22
286:5,13,14
**participate**
292:10
**participated**
23:9,24 25:23
133:21 134:1
289:20
**particular** 37:25
46:25 65:15
68:7 75:19,24
78:18 80:1
91:3 133:4
136:3,4 157:21
163:8 191:13
232:6,7,10
240:16,24
252:13 292:18
292:21 294:8
**parties** 293:18
300:13

Dr. Charles Jameson
July 19, 2019

parties' 300:14
parts 133:2
  165:11 167:8
  167:12,24
  168:3 169:5
  170:21
Paszkiewicz
  5:12
pathologist
  79:17,18,22
  135:15 136:7
  136:20
pathologists
  79:17,22
pathology 104:9
  133:12 135:15
  135:19,23
  136:6,11,20
pathways 183:5
PAUSE 257:21
pay 20:5 197:9
Paz-y-Miño
  4:13 208:22
  212:10,21,24
  213:6,22 214:6
  214:11,23
  215:10 218:10
PDF 253:15,17
peer 79:25
  187:24 195:19
  196:19 199:24
  200:9 204:3
penalties 301:23
pending 5:9 7:3
  98:2 276:13
people 45:6,11
  51:4 154:23
  161:8,8 162:1
  164:14,20
  166:2,6 171:6
  171:11,20
  172:5 180:13
  186:19,20
  188:2 210:8
  211:24 215:16

215:17 216:3
216:11,25
217:2,3,6
220:9,13,18
225:15 232:15
233:8,18 234:7
234:22 235:8
248:17,20,21
256:3 261:3,4
262:24 263:6
264:4,7 273:12
274:4 284:4,19
292:5,8,10,18
perceived
  293:13
percent 75:15,16
  75:16 82:18
  106:18 142:13
  144:10 161:20
  167:20,23,25
  168:4,16,17
  169:4,9,16
  170:4,6,8,10
  173:9
percentage
  48:19 164:9
percentages
  48:21
perfectly 16:8
performed 4:17
  70:8 183:21
  222:7 228:19
  246:22
performing
  58:11
period 15:13,18
  135:6 227:4
  268:20
periodically
  264:22 267:19
perjury 301:23
permit 251:8
person 131:16
  167:19 168:10
  168:23 169:1,3

170:5,6 220:19
227:11 255:7
286:22 287:1,4
292:22
personal 45:2,13
  46:17 47:9
  242:17 251:11
  252:2
personally 43:9
  43:12,17,23
  190:20 236:16
  299:10
perspective
  153:14
pesticide 50:19
  50:25 55:12
  56:1,17 105:4
  105:18 108:4,9
  108:17 240:7
  265:1,6,10
pesticides 215:2
  215:6 216:13
  238:12,13
  239:16,21
  240:4,24
  241:22 264:21
  266:8,10,20
  267:20
Ph.D 3:13 29:25
pharmaceutical
  34:7,10
phase 135:19
physician
  295:25
picking 222:12
piece 66:24
  90:19 151:17
  151:17,21
  196:19 209:10
Pilliod 8:12
  24:12,19 28:3
  32:6,18,22
  38:3 39:18
  42:7 137:14
  148:24 149:25

150:5 179:24
194:21,23
235:12 248:12
pinnacle 182:13
place 2:12,23
  88:10 92:17
  132:4 152:6,7
  252:22
placed 45:5
plaintiff 2:2,7
  5:19,21 38:18
  38:21
plaintiff's 3:10
  21:20 22:2
  33:20,25 35:4
  37:25 38:6,10
  38:14 156:22
  157:2 160:11
plaintiffs 1:3,8
  1:13 3:14 30:1
  32:1 34:23
  35:15 38:5,11
  45:22 46:21
  142:25 250:7
  250:10 265:19
  293:24
plan 190:9,14
  191:15 192:6
  210:14
planning 44:22
  44:25
plans 26:13
plausible 61:18
  61:21 62:21
  161:24 162:6
please 5:12,23
  6:13 9:24 18:5
  18:9 84:2
  108:24 118:23
  126:5 128:9
  167:5 168:7
  184:23 196:10
  205:11 231:20
  234:14 245:10
  269:22 272:9

272:15
pleasure 233:14
  235:4
plethora 263:20
Plus 195:20
  203:20
POEA 49:4,6,8
  54:6 56:15
  59:8,23 179:17
point 112:17
  124:1 144:13
  205:10 242:5
  259:9 268:17
  276:2 285:1
points 203:1
policies 266:20
polyalkoxylates
  50:10 52:3
  53:12
Polycyclic 289:6
pool 239:6
pooled 243:18
  243:19,23
poppy 223:15
populated 220:3
population
  35:22 220:18
Portier 3:20
  71:24 74:23
  75:2,3,3,4 76:2
  76:12 81:11,16
  83:3,5 85:21
  86:20 87:18
  88:6,11,15
  89:13 92:10,13
  92:20,25 93:5
  96:10 97:14,24
  101:16 104:2
  110:13,24
  111:5,13,15
  113:21 123:22
  139:2 141:9,24
  165:7
Portier's 3:20
  71:10,17 72:6

Paszkiewicz Court Reporting
(618) 307-9320 / Toll-Free (855) 595-3577

Dr. Charles Jameson
July 19, 2019

72:9 73:6 85:5
85:11 86:17
87:15 88:23
89:18 96:2
98:5 100:24
104:1 109:18
110:3 111:5,10
113:11,15
118:21 119:1
120:6,7 122:17
125:24
**portion** 94:23
**posed** 255:6
**position** 143:10
232:4 243:12
**positive** 66:7,15
66:18 68:1
69:12 75:14,14
76:1,4 77:20
77:23 82:11,14
82:17 85:16
86:24 87:6
90:5,5,9 97:10
103:22 106:17
109:16 110:22
111:19,24
112:2,3,4,14
113:8,23,24
114:5,5,10,11
119:18,22
121:7 123:7
125:1,8 126:12
127:12 128:2,6
128:12,18,23
129:3,7,22
130:5,20
137:24 141:6,7
141:14,16
142:14 143:18
144:11,19
145:20 146:10
147:8,18 148:1
148:10,16
173:16,21
174:4,11,19,22

174:23 175:11
176:6,13 203:1
223:6,7 239:8
239:8
**positives** 174:13
**possibility**
241:12
**possible** 173:18
181:8,19 182:4
216:8 264:3
**post** 252:13,15
**post-IARC**
251:14
**posted** 196:14
**poster** 195:9,15
196:7,22 197:1
198:9,10
202:17,18
203:14,21,25
204:3,6,11
207:23
**potential** 3:22
3:24 16:22
105:17 108:3
108:10 182:19
182:21 209:12
263:7 265:2
**potentially**
199:2,7 202:8
207:1 223:13
**pounds** 168:13
168:24,25,25
169:2,3 170:6
170:7,8,17,19
170:22
**practice** 34:16
**practices** 266:20
**preamble** 91:8
237:13
**precise** 192:18
192:23 252:15
**preclude** 53:9
**predates** 107:13
**prefer** 251:23
**pregnancy**

174:17,18,21
175:5
**pregnant** 175:5
176:4,5
**prehistorical**
110:15
**preliminary**
195:22 196:15
197:8 203:21
204:8
**prep** 30:14,16
30:24 31:5
**Preparation** 4:2
185:10
**prepare** 30:21
137:1,16,17
252:11
**prepared** 28:8
44:4 63:10,12
63:14 64:2
122:1 136:24
137:2,3,12
195:10 250:4
252:1,5
**prerogative**
169:23
**presence** 134:9
**present** 2:21
89:13 111:11
113:21 119:1
120:8 136:10
220:2 244:14
285:5 293:12
**presentation**
110:3 113:15
119:1 190:13
190:18 191:14
192:11,15,18
196:7,22 197:1
198:9,10
202:17,19
203:15 204:11
207:23
**presentations**
191:9

**presented** 24:22
25:2,15 26:9
26:19 27:10,11
27:13,23 83:10
190:8 192:1,5
195:16,17
204:6 249:16
254:24 256:1
**presents** 105:23
111:6,14 219:4
220:5
**preserve** 133:6
**pretty** 31:13
48:15,25
121:11 238:18
290:6
**previous** 32:9
58:2 90:25
109:11
**previously** 48:12
**Priest** 46:2
**principle** 236:3
**print** 193:16
**printed** 193:20
198:11,12
200:17
**prior** 8:23 11:18
12:13 137:14
143:9 154:10
154:12 176:22
**probability**
173:7,8
**probably** 9:8
15:3 20:16,19
21:1,1,4 33:10
33:11 37:1
63:15 75:16
100:19 102:25
131:22 134:20
135:17 137:2
137:14 155:8
155:14 156:18
180:20 186:24
208:14 213:5
227:7 239:3

245:17 246:13
252:23 276:21
277:24
**problem** 17:7
43:4 161:12
295:1
**proceed** 27:7
**proceedings** 3:1
5:1 192:21
257:21 298:2
**process** 4:2 6:24
46:3 184:3,7
184:10,11
185:9,24 186:2
187:21 268:5,9
274:23 283:22
283:23
**processed**
214:20
**produce** 227:11
227:24
**produced** 34:3
47:19
**product** 16:18
16:23 17:2
47:9 55:12
56:1,17
**production**
285:21,22
**products** 55:13
56:2,18 267:20
293:24
**profess** 245:20
**professors** 296:3
**program** 82:9
133:23,24,24
176:23 177:4,6
178:8,22 179:8
181:3 188:15
188:24 189:21
190:4 191:23
194:8 266:18
266:23 294:23
295:13
**Program's**

189:2,5
**Programs** 105:4
  105:18 108:4,9
  108:17 265:1,6
**properties** 221:9
**propose** 260:13
**proposed** 3:16
  50:17,24 53:3
  54:13 198:18
  198:25 199:6
  206:25 264:15
  265:11,25
  267:14 269:25
  274:19
**prostate** 261:9
  261:17,18
**protect** 17:5
**Protection** 3:15
  49:25
**protocol** 134:5
**proved** 56:16
**provide** 22:22
  22:25 24:22
  25:2,16 84:7
  154:22 159:3
  160:11 265:19
  270:6 284:4
  286:20,24
  287:3 288:2
**provided** 60:22
  70:13,14 71:23
  72:1 100:19
  102:14 143:7
  194:22 201:17
  290:3 291:1,21
**provides** 278:6
  279:24
**PTO** 3:13 29:25
**public** 181:14,14
  183:11 255:3
  256:22 257:2
  257:10,17
  258:1,8,21
  259:3,3,21
  260:5,8,10,14

261:24 262:6,7
  263:7,15 268:7
  268:10,25
  283:21 284:1
  284:14 299:17
**publication**
  154:2 155:16
  157:21 182:2
  195:19 280:21
  281:21 282:8
  283:3
**publications**
  29:14,18 30:19
  201:6 209:21
  233:22 234:2
  282:16 288:21
**publicized** 193:6
**publicly** 271:8
**publicly-avail...**
  199:24 283:13
**publish** 260:22
**published** 72:1,2
  78:22 93:15
  154:3 155:12
  159:6 177:18
  179:3 200:14
  200:17,22
  204:4,5 253:17
  276:1,5 277:3
  280:20 281:20
  283:3 284:12
  289:10
**publishes**
  183:10
**pull** 72:12 73:8
  107:7 140:23
**pulled** 125:23
**pump** 20:12
**purchase** 255:20
**purchased** 17:17
**purpose** 61:10
  74:12 139:9
  161:14,15
  162:3,4,16
  164:24 266:23

273:7
**purposes** 70:12
  254:4
**Pursuant** 3:13
  29:25
**pursue** 186:24
  187:11 188:9
**put** 9:21 54:9
  74:25 76:12,16
  124:5 125:23
  133:10 141:5
  145:5 150:12
  150:20 155:11
  163:18 213:19
  214:7 249:12
  255:19 261:13
  261:19 262:22
  296:5
**putting** 124:3
  139:6 260:15
  264:5
**Putumayo**
  220:12
**puzzle** 209:11
**puzzled** 42:20
**PWG** 79:24,25
  80:2,3,11

_____ **Q** _____

**qualified** 245:25
**quarter** 131:9
**question** 7:3,8,9
  11:8 15:25
  18:16 23:3
  25:14,20 28:25
  29:2 39:15
  43:8,20 47:14
  54:17 56:11
  57:25 59:18
  61:22 62:14
  73:2,20 74:14
  76:9 80:15,16
  80:17,25,25
  86:19 96:25
  97:8 98:2,3

100:21 123:2
  123:14 137:9
  138:17 143:8
  146:3,7,15,21
  146:23 150:17
  151:8,9 159:23
  160:1 164:4,4
  167:4,15
  169:11,13,14
  170:1 171:19
  172:9 192:14
  210:16 214:8
  218:21 221:21
  233:12 234:13
  234:14,16,16
  235:1 245:4,7
  246:2,6,13
  255:6 257:9,16
  258:4,13,14
  259:12,16,19
  259:20 263:12
  263:18 269:16
  269:22 271:13
  271:14 275:3
  276:12 278:21
  278:24 279:1
  279:17 281:9
  284:24 293:6,8
  293:11
**questioning**
  251:9
**questions** 21:5
  26:16 27:2,6
  54:17 74:8,10
  115:15 126:6
  139:9 169:24
  170:1 195:1
  221:17,21,22
  250:5,23 251:6
  251:20 254:21
  275:17,22
  297:17,18,22
**quick** 62:24
  148:21 154:13
  270:11

**quickly** 155:17
**quite** 76:4 285:9

_____ **R** _____

**R** 2:22
**radar** 184:13
**raise** 284:25
**raised** 271:18
**Raleigh** 20:25
  21:12
**Ramaiahgari**
  205:25
**ran** 173:13
  174:3,7,10
  294:21
**rare** 75:20
**rat** 3:19 67:15
  77:2 114:25
  115:16,20
  116:23 117:1,7
  117:12,21
  118:9 120:8
  130:4
**rate** 30:12 31:2
  31:3 75:19
  90:2,10,11
  101:14 110:15
**rates** 30:14
  75:22 222:24
**rats** 68:25 74:2
  113:3 115:17
  119:2 122:11
  122:14 123:3
  134:15 148:1,9
  148:15 149:23
**re-evaluate**
  267:20
**reach** 82:17
  112:11 207:24
**reached** 41:6
  44:14 184:15
  242:9,10
**reaches** 183:5
**reaching** 149:6
**react** 182:20

Dr. Charles Jameson
July 19, 2019

**reactive** 202:14
202:25 203:2
**read** 11:13 13:3
13:4 16:11,18
16:21 23:19
30:19 54:22,23
55:20,22 95:7
102:8,9,11
135:15 136:20
137:21 186:18
191:22 193:12
193:20 194:25
195:2,3 196:3
196:5 197:6
202:17 204:1
207:25 213:23
218:23 226:7
242:15 270:9
271:11 272:15
275:14,21,22
276:7 285:19
301:23
**reader** 101:13
**reading** 80:1
111:7 207:23
215:11 217:1
219:7,10,11
226:11 238:10
269:21 281:6
**reads** 22:22 23:6
24:9 52:1
198:25
**ready** 53:20
**real** 165:25
166:4,6 171:6
171:11,21
172:5,14
173:14 273:25
292:11 295:1
**realize** 193:1
**really** 14:5 19:5
62:9 81:14,14
97:6 131:2
174:23 184:14
194:6 195:18

195:23 196:14
204:5 206:23
213:25 216:10
229:6 235:25
243:24 246:14
249:2 250:4
252:8,11,15
254:11
**realtime** 1:17
166:25 283:22
**reanalysis** 74:23
87:19
**reason** 16:6
46:10 56:12
57:16,25 58:5
59:13,20 60:11
93:23 239:19
266:13 282:13
301:5
**reasonably**
178:23 240:18
**reasons** 186:11
**reassures**
170:13
**recalculated**
75:1,4 76:13
**recall** 7:13,16,21
8:1 13:17 15:6
51:11 78:23
93:13 108:7
141:23 192:1
208:23 210:6
212:16 221:13
235:24 249:2
257:1 258:13
258:23 272:25
285:4 297:14
**recalled** 214:12
258:21 259:17
**receive** 253:13
**received** 55:5
158:18 253:21
268:13,19
270:1 288:6
291:9

**RECESS** 132:9
**recite** 196:23
**recognize** 64:5,9
121:25 131:24
189:6,8 194:14
**recognized**
285:1
**recollection**
33:18 155:22
203:13 218:20
235:24
**recommendati...**
53:3,7 292:21
292:23
**record** 5:13 12:7
53:25 54:3
63:1,3 73:10
73:12,14 98:11
98:13,16 132:6
132:8,10
172:24 173:1
201:17 214:1,3
222:16 249:7,9
249:12 254:9
279:8 290:20
290:21,23
298:1 300:10
**records** 33:23
**recuts** 79:16
**red** 77:12
**redid** 75:11 76:2
141:9
**redone** 142:10
**reduce** 266:19
**reduced** 79:14
**reevaluate**
149:13
**reevaluation**
265:11
**refer** 11:11
12:12 27:24
49:4 73:19
77:13 85:9
94:7 95:2
175:17 177:6

213:19
**reference** 14:4
97:17 100:17
101:22 116:6,7
117:14 285:20
288:16
**referenced**
242:1
**references** 98:1
115:24 116:15
187:23
**referred** 53:11
67:3 191:8
218:13 251:7
271:17
**referring** 12:13
21:6,8 25:7,12
26:5 31:18
59:3 73:19
76:18 122:5
139:18 159:13
176:9 191:12
192:15 223:20
257:7
**refers** 52:2
101:13 125:18
153:22
**reflect** 109:1
110:3 113:14
129:15 130:4
203:22 204:9
236:2 243:8
**reflected** 78:6
81:6 84:16
102:22 106:5
119:11 124:20
124:20 126:15
126:21,24
127:4,8,14
128:3,7,15,20
128:25 129:4,8
129:25 137:25
157:9 197:1
203:15 204:11
250:16

**reflective** 176:2
**reflects** 105:22
108:14 123:22
188:17
**reformulating**
48:14
**refresh** 30:19
137:18 203:13
210:2 214:13
218:20 235:23
**refresher** 137:20
**regard** 242:10
249:18
**regarding** 53:3
104:3 214:17
216:22 217:20
217:24 218:5
237:10
**region** 220:12,17
**regions** 220:23
220:24 222:25
**register** 181:13
183:10
**registered** 55:12
56:2,17 179:16
266:20 268:1
**registering**
273:8
**registration**
3:16 54:13
70:10 71:22
78:19 158:21
264:15 265:12
266:17,23
267:15 269:25
274:19
**regulation** 274:5
**regulations**
58:19
**regulatory** 53:3
53:7 181:5
221:15 282:22
283:9,14,16
**reintroduce**
228:16

Dr. Charles Jameson
July 19, 2019

**relate** 90:23
  233:22
**related** 7:13
  111:22 112:17
  182:19 189:11
  258:19 261:15
  269:1
**relates** 161:10
  209:12
**relating** 7:17,22
  32:2 42:24
  43:24 64:10
  65:22,24 66:1
  66:3,6 106:1
  109:3,9 112:6
  113:8 147:6
  148:2,11,17
  219:5 254:14
**relation** 113:8
**relationship**
  195:6 236:18
**relative** 300:12
  300:14
**released** 179:4
**relevance** 16:24
  17:20 262:1
**relevancy**
  256:25
**relevant** 162:2
  162:11,18
  164:19 277:10
  293:19
**reliable** 184:9,11
**reliably** 232:14
  233:6,17 234:6
  234:21 235:6
**reliance** 88:11
  201:7,23,25
  211:2 212:18
  234:4 246:25
  247:3
**relied** 81:21
  88:20 129:6
  160:25 201:9
  201:14 218:9

221:2 248:5
**relooking**
  150:10
**rely** 69:23 72:1,6
  78:1 81:15
  90:10,11 93:18
  109:15 113:1
  120:22 143:5
  211:13,19
**relying** 69:22
  71:10,16 72:8
  73:4,6 81:20
  82:2 85:1 98:6
  98:25 99:1,17
  102:19,21
  113:6 114:4,19
  122:7,9,25
  124:13 125:1,7
  125:16 126:9
  126:12,18,23
  127:1,11,20
  128:2,5,11,17
  128:22 129:2
  129:16,21
  130:4,20
  137:24 139:1
  151:17 200:5
  200:23 222:19
  238:20,21
  243:10 247:12
  247:18
**remember** 15:10
  16:4 17:19,23
  19:5,10,14,18
  20:24 21:13
  26:2 33:8,16
  36:1 39:19
  46:1 54:6
  63:18,23,24
  64:1 80:17
  81:8 107:17
  115:21 117:14
  124:2 137:20
  141:16,19
  149:4 155:4

166:20 192:2,2
  197:7 204:1,2
  210:12 211:22
  235:17,20,25
  236:14,15,20
  240:2 241:19
  255:5,16
  265:22 283:10
**remembered**
  32:12
**remind** 6:24
**remove** 244:21
  245:14
**removed** 46:3,8
**renal** 75:6 78:8
  104:22,25
  109:3,9,16
  111:23 125:2
  141:7,8
**render** 47:15
  210:16
**reorient** 218:19
**repair** 224:9
**repaired** 223:23
  223:25
**repeat** 18:16
  24:25 59:18
  62:14 146:6
  148:13 158:8
  171:9 233:11
  234:13 245:10
  269:22 286:23
**repeating**
  234:15
**repeats** 68:16
**rephrase** 123:2
  231:19
**replicated** 70:25
  92:3 144:13,23
**replicates**
  144:25
**replication** 3:17
  63:8 67:4,6,7
  67:11,16,18,23
  68:18 78:5

88:20 118:13
  120:3 121:12
  121:17,19
  124:2 257:23
**reply** 76:9
**report** 3:11,12
  3:19,20 4:1,1,2
  7:18,23 26:3,5
  26:22 27:4
  29:4,24 30:4
  70:2 71:5,19
  71:20 72:13,15
  72:16,16,19,20
  72:21 73:1
  74:21 83:2,5,6
  83:22 84:2
  85:5 86:20
  88:24 89:4,21
  89:24 92:10,22
  93:17 94:4,6
  95:21 96:2,3,9
  96:10,11,15,16
  96:18,23 97:16
  98:5 100:16,18
  100:18,24,25
  102:13 103:21
  104:1 107:3,7
  107:9 109:11
  109:19 110:7
  110:13 111:5
  111:10 113:12
  115:11,23
  116:4 118:22
  118:22 120:7,8
  122:18 125:24
  135:19 141:6
  143:6 145:17
  150:21,22
  159:13,22
  160:15 177:12
  177:14,18,25
  178:3,7,13,15
  178:18 179:8,9
  179:10,13,15
  179:18,22

180:1,2,7,9,14
  180:17,22
  181:10,19
  183:17 184:5,9
  184:17,20
  185:8,10,21,24
  186:11,15,21
  188:4 189:14
  189:22 202:24
  240:1,11,14
  245:22 288:19
  289:1,19 300:7
**reported** 1:24
  65:3 74:21
  82:1 93:3,7,7
  93:24,24 97:15
  99:18 100:14
  101:16,25
  104:19 107:12
  114:9 141:24
  145:20 146:10
  147:7,18 148:1
  148:9,16
  156:15 268:13
  275:10 280:7
**reporter** 3:3
  5:11,22,24
  131:19,21
  132:2 205:14
  274:8,11 300:1
**reporting** 5:12
  102:19 104:18
  105:25
**reports** 24:11,18
  41:16 71:21
  78:20,21 95:20
  96:12,23 97:14
  97:24 99:10
  104:2 110:12
  141:4 158:20
  159:1,2,17
  160:1,2,10,11
  165:7 206:14
  219:16 238:24
  277:21

Dr. Charles Jameson
July 19, 2019

Page 335

**represent** 10:17
45:20,22 46:21
195:22
**representation**
250:9
**representative**
284:24
**representatives**
284:20 285:5
**represented**
191:15
**representing**
5:11 45:21
**represents**
219:22
**request** 11:19
12:25 13:7
291:13
**requested** 300:9
**requests** 11:2,3
11:4 291:12
**require** 231:6,10
**required** 180:21
273:12
**requirement**
50:18,24 53:4
53:10
**requires** 266:9
**reread** 213:15
213:18
**reregistration**
264:22
**research** 192:12
194:8 197:22
198:4 241:21
243:5 246:10
295:14
**reserve** 46:20,24
**residual** 44:11
**residue** 212:8
**resolve** 102:6,24
**resources** 187:9
**respect** 44:14
69:9 89:19
92:14 103:13

110:25 138:16
141:3 143:21
186:2 191:13
195:12 217:14
242:20 258:1
275:15,18
**respective**
245:23
**respectively**
198:17,22
**respirator** 17:6
**respond** 39:16
142:8 270:21
291:8
**responded** 13:10
55:5 269:6
270:12
**responders**
271:4
**response** 11:4
13:15 17:7
55:9,17 66:15
74:14 76:8
77:20,23
106:17 223:6
270:6,16
271:17,18,20
271:25 272:1
275:3 278:6
279:24 280:3
291:8,16 293:6
**responses** 12:1,9
291:14
**responsible**
103:17 133:25
**responsive** 14:5
**restate** 25:14
**restrict** 273:21
**restricted**
272:21 273:3
273:11 274:10
**result** 65:2 68:11
68:15 97:24
173:21 174:23
183:4,25

190:12 238:5
273:15
**resulted** 42:24
**results** 86:13
90:19 106:7
109:2 173:16
174:4,11,15
175:12,15,18
175:18,19
176:1,4,9,14
176:17 195:11
196:14 197:2
206:14 223:18
238:17 274:18
**retain** 31:12
292:10
**retained** 35:13
36:4 156:22
157:1 293:23
**retainer** 36:7
37:11
**rethink** 35:10
**retired** 34:21
194:16 294:24
**return** 61:1
176:21
**review** 3:16 44:3
49:8 54:14,16
79:17,25 84:16
141:4,20
152:14 153:8
154:7 157:21
158:5,14,21
159:19,21
181:24 184:20
185:19,19
186:4,5,13
187:21 199:13
199:25 200:10
241:6,8 245:25
258:17 264:15
264:23 265:12
265:25 266:7
266:10,18,23
267:9,15 268:5

268:6 269:1,25
273:1 274:17
274:19,23,24
277:3 283:21
284:3,14
292:13,20
300:9
**reviewed** 8:16
8:24 23:9,24
25:22 44:3,6
48:5,5 54:21
76:11 79:3,18
84:9,13 105:7
115:16,20,25
116:17 150:19
158:16 177:17
180:1,6 181:9
185:13 186:15
187:24 195:19
196:19 199:24
200:9 203:15
204:4 210:23
212:19,21,25
213:4 240:10
241:13,20
245:24 247:17
248:9 252:12
252:21 253:19
265:14 295:5
**reviewer** 294:19
**reviewing** 74:21
150:18 228:16
245:21 284:1
**reviews** 264:19
**revise** 234:13
**revised** 3:23
29:13 83:6,7
85:5,6 88:24
96:16,18,23
97:16 100:24
104:1 108:2,9
109:19 111:10
113:12 118:22
120:6 122:18
140:19

**Rice** 205:25
**Richard** 1:25
5:11 299:16
300:6,21
**right** 8:6,10,13
11:10 14:16
15:5 24:24
25:4,19 27:5,8
27:9 29:8
32:23 33:20
34:24 36:11
45:23 46:20
47:21 48:22
49:6,10 50:14
52:14,18,21,22
53:14,15 54:17
57:22 59:5,10
61:1,21 63:18
65:12,17 66:4
67:5 69:7,14
70:7,20,21,24
71:6,11 76:22
78:7,10,14
84:11,21 85:1
85:2,13,17,19
85:25 86:7
87:10,13,14,17
87:20 88:21,25
91:21 92:1,4,7
92:9 93:12,25
94:9,22 95:3
95:16 96:9,15
96:20,22 101:4
101:19 102:2
102:22 104:20
105:22,23
106:2,11 111:6
113:2 114:17
115:24 116:24
117:22,24
118:16,21
119:23 120:4
120:14,16
121:3 123:10
123:25 124:8

Paszkiewicz Court Reporting
(618) 307-9320 / Toll-Free (855) 595-3577

Dr. Charles Jameson
July 19, 2019

124:10,14,17
125:3,11,13
127:2,5,7
128:13 131:23
132:19 135:7
135:22 138:23
138:25 140:13
141:15,22
144:22 149:24
149:25 150:6
152:15 153:3
156:24 159:10
160:12 163:23
165:12 170:22
175:10,15
176:2,3,6
177:2,21 179:1
183:9,12,13,19
183:25 187:16
190:7 193:3,17
193:25 194:10
194:21 196:18
197:12 199:21
200:18 201:17
201:22 202:2,4
202:12,19
208:9 209:19
210:6,18
212:22 216:7
216:17 217:8
217:14 219:8
220:6,10,15
222:9 223:22
227:20 228:10
230:11 234:15
236:25 237:4
237:17 238:1,4
238:6 242:16
244:17,24
246:21 251:15
254:5 259:23
260:9,10
261:18 262:7
262:24 263:23
264:9,23

270:16 272:24
274:3,7,14,25
276:6 277:11
283:1 288:23
291:3 292:2
293:7,15,20
**right-hand** 65:1
189:10 196:1
196:23
**rights** 46:25
**risk** 50:13,16,23
51:3,5,7 53:8
57:13 58:11
59:15,23
223:13 266:19
272:12 275:10
**risks** 263:7
272:16,18
**robust** 202:25
280:8 281:15
**rodent** 162:20
**role** 295:10
**roofs** 215:8
**round** 67:11
161:11
**Roundup** 7:12
8:6 9:12,15
14:16,18 15:1
15:7,12 16:1,3
16:7 17:18
18:17 19:20,25
20:6,10,14
21:6 32:2 33:7
33:22,25 34:24
35:4 36:13
37:5 39:3,9,14
39:21 43:1
44:1,16 45:5,7
47:13,15,17
48:8,10,16,23
83:5 166:1,5
179:12,21
189:13,17,19
209:23 210:8
216:11 217:4,5

217:7 239:9
260:11 263:9
285:13 286:1
286:10,25
290:12 293:24
294:10 295:17
295:20,24
296:2,6,9,15
296:21 297:4
**route** 171:14,16
171:22 172:7
172:15 220:6
**routes** 52:6
272:18
**row** 85:19 86:12
87:12 89:18
93:3,3 113:18
130:3
**rows** 111:14
121:2
**RPR** 1:25
299:16 300:6
300:21
**Ruecker** 119:2
**rule** 237:25
246:20 247:15
**ruled** 237:21
238:4,8,16,22
242:19
**rules** 18:10
**run** 135:11
173:21 176:16
213:24
**rush** 53:20 94:11

---

**S**

**S** 1:25 205:25,25
205:25 299:16
300:6,21
**sacrificed** 99:25
100:2 135:12
**safe** 16:8,15
**safely** 267:21
**safer** 39:4
**safety** 45:11

**sake** 168:24
**salami** 262:9
**sample** 226:1
**samples** 133:1
210:1,9 211:24
214:19
**sampling** 223:4
**sandwich**
262:10
**satisfied** 138:21
**satisfy** 246:16
**save** 50:5,5
**saw** 49:9 77:17
141:20 187:2
194:20 197:7
204:2 291:10
**saying** 26:2 50:1
62:9 115:5
162:1 166:24
168:19,22
170:19 200:4
223:5 236:7
246:10 257:1
258:23 261:4
261:13 262:6
273:10
**says** 22:15 50:15
52:15 53:1
56:4,5 61:17
74:15 100:8,13
101:11,16
102:5 104:5
108:15 109:6
110:7 113:17
114:14 115:16
119:3 124:22
125:17 129:11
152:13 157:8
174:23 195:21
196:13,23
199:4 202:11
202:12,15,25
203:8,12,20
204:21 214:14
214:24 218:8

220:7,16,21
225:17 229:10
230:5 267:6
268:23 280:12
**Sciences** 198:2
206:13
**scientific** 4:4
57:12 103:15
103:16 186:22
187:6,24 190:5
190:9,14,15
191:3,9,15,24
192:6 195:16
195:17,19
204:6 272:10
280:21 281:22
282:8,17 283:4
283:13
**scientists** 103:8
221:2
**Scire** 1:25
299:16 300:6
300:21
**Sciré** 5:11
**scope** 24:9,16
49:15 262:1
**scoping** 192:12
**screenshot**
188:14
**search** 160:21
187:5 211:5,8
211:13,18
240:7
**searches** 201:4
211:1
**season** 20:15
**second** 7:6 29:13
36:16 50:6
52:1 55:9,19
76:21 77:10,12
77:13 87:12
94:16,21 95:15
100:4 103:1
105:16 109:14
122:8,25

Dr. Charles Jameson
July 19, 2019

152:20 153:2
217:18 218:10
220:1 223:4
225:8 226:3
266:7,14
268:17 289:16
291:16
**section** 4:2 185:9
192:10 229:10
240:19,20
241:5,6 252:20
272:9,12
285:16,19
**sections** 178:5,5
**see** 10:24 11:14
20:23 22:7,10
22:13 23:12
24:13 28:21
50:11,20 51:16
51:19,24 52:8
52:13 53:2,5,6
55:4,7,14,22
57:4,8,10,14
57:15 63:15
64:8,12 67:23
68:15,16 71:5
71:18 72:13
77:15 84:6
86:8 87:2 89:3
90:18 91:1
93:10 94:18,23
96:12,16 97:17
99:5 101:9,18
105:16,19,20
106:5 108:13
113:19 116:2
116:11,11,12
117:10,11
120:11 121:2
121:22 126:10
130:10,15
133:3,3 136:4
136:8 138:5
140:9 149:13
152:1 157:23

162:4,16,17
165:6 173:16
173:20 174:5,8
174:11 175:11
175:14 178:2,4
181:25 182:11
182:22 183:6
185:11 187:5
190:19 198:19
199:3,4 203:11
206:14,17
207:4 215:23
219:4,18 222:9
222:9 225:12
226:22 227:24
228:21,24
229:1,15,21
230:9 240:7,10
240:12,23
241:10 268:12
268:22 270:12
272:9 273:9,13
277:14,19,21
277:25 278:12
278:17 279:23
280:6,9,17
281:14,17,17
281:18 291:15
293:3
**seeing** 51:11
63:24 64:1
215:24 272:25
**seeks** 221:8
**seen** 10:21 11:15
11:22 12:2
22:5 28:17
30:2 51:9
54:18,19,20
63:7,22,23
77:16 90:23
98:19 108:5
135:4 185:4
191:4 193:10
194:20,23
195:3 197:23

206:3 265:18
272:23 278:2,9
278:14
**selected** 58:16
127:23
**selective** 187:10
**self-reported**
223:1
**send** 271:4 273:6
**sends** 155:8
**sense** 20:22
27:24 33:4
176:11
**sensitizers** 52:16
52:20
**sent** 13:17 29:13
201:20
**sentence** 24:8
52:1 55:10,19
56:13 95:7
198:15,18,24
206:23 217:18
230:1 266:14
272:15 282:14
**sentences** 52:10
57:17 58:1
**separate** 77:20
94:25 112:12
134:21
**separately** 66:21
**September** 7:17
8:3 14:15 39:1
49:1,12 63:16
105:18 189:24
191:20 208:17
213:5 235:20
237:23 256:21
257:6 258:7
259:2
**Seralini** 117:15
**series** 11:2
**seriously** 146:23
146:25 221:20
**serve** 294:19
**served** 10:12

11:25 12:15
13:12 14:2
22:3 28:23
29:15 89:5,7
287:9,19
**serving** 34:13
**set** 4:15 58:19
100:3 102:19
139:9 222:6
228:18
**setting** 48:21
252:16
**sex** 64:22 66:17
67:21,25 78:12
90:24 134:16
**sexes** 134:14
**SHEET** 3:4
301:1
**shelf** 20:17
**shocking** 14:5
**shockingly**
221:24
**short** 103:5
135:6 177:7
213:24,25
**show** 12:22,22
78:8 96:16
99:9 111:15
190:20,23
236:18 248:17
**showed** 18:1
53:16 69:12
187:24 203:3
**showing** 12:24
61:14 69:19
161:18
**shown** 45:7
58:22 59:11
61:5,16,23
62:16 187:3
188:7 262:11
**shows** 65:9,20
66:10 68:21,24
**shrivel** 20:2
**shut** 275:24

**sic** 5:8,9 152:13
**sick** 164:25
**side** 139:6
189:11 195:21
225:9 239:25
**sideline** 260:22
**sidewalk** 20:9,21
21:1
**signed** 292:1
299:12
**significance**
71:10 72:10
73:4 74:15
75:7,17 77:7
79:14 85:12
112:11 141:13
141:17 142:18
143:6,17
173:13 174:3
175:7,11
185:18
**significant** 75:10
75:14,22,23
76:3,6 77:24
79:7,8 80:13
82:15,19 85:22
85:25 86:9,20
89:22,25 90:2
90:8 92:15,21
93:6 96:13,24
99:11,18 100:5
100:14 104:9
106:16,17
110:13,14,16
110:19,20,25
111:16,18,20
112:2,7,18
113:22 114:20
119:15,22
120:15,19,21
121:6,9,11
122:20 123:4
123:12,20
139:23 140:6
141:2,11 142:4

Dr. Charles Jameson
July 19, 2019

142:9,13
143:13,18,20
143:25 144:11
145:7,10,14
147:19 148:2
148:10,17
165:7 173:6
176:14 188:2
203:10 204:23
207:11,11,13
220:25 221:3
223:2 239:8
**significantly**
90:5 139:8
**signs** 61:14
161:19
**Silver** 1:21
**similar** 24:10,17
28:2,6 42:7,7
67:8,9,19
68:16 141:23
161:11 182:13
182:14 187:3
214:17 215:6
215:19,19,20
216:22,25
217:2,3,14,19
217:23,24
218:4 242:15
**simply** 101:12
192:14 287:20
**Simultaneous**
279:6
**single** 28:6
270:13 279:16
279:18
**sir** 7:5,10,25 8:7
8:11,17,20,22
9:10,22 21:21
22:11 28:18
29:1 30:3,6
38:15,23,25
39:20 44:18,24
46:19 50:12
54:7 55:24

76:24 77:5
78:3 80:18
84:8 96:4
98:21,24
111:12 113:20
115:12,22
120:13 126:11
185:12,14,16
188:25 189:3
194:11,13
197:17 213:2
219:19 229:13
230:16 232:4
264:10 269:3,3
278:12 281:12
289:15,25
295:18,22
**sister** 221:5
230:6 231:10
**sit** 145:20
146:10 147:7
172:4 202:2
212:6 284:21
**site** 64:16 133:5
153:25 188:15
189:2,5,15
233:3 271:9
289:8 296:5,7
**sites** 64:13 66:24
69:13 150:13
150:18 154:24
241:8
**sits** 136:7
**situation** 68:10
91:5 162:3,11
185:18 226:16
**six** 163:19
**sixth** 9:8,9
**skimmed** 191:5
**skin** 52:15,19
133:1
**skipped** 52:14
152:18
**slices** 133:10
134:7

**slide** 133:10
195:1,9
**slides** 79:18,18
80:1,2 134:23
135:1,16 136:1
136:2,7,19,19
193:16,21
194:25
**slightly** 13:7
**slipped** 36:6
**small** 193:16
256:14 260:23
**smaller** 164:14
**Smith-Roe**
206:1
**smoked** 215:1
**SOB** 146:17
**Sobeck** 2:22
5:10
**Society** 296:15
**Soileau** 2:7 5:19
**sold** 45:6 261:7
**solely** 252:10
**solemnly** 5:24
**solved** 95:13
**somebody**
186:14 187:22
260:22
**somewhat** 44:11
**soon** 226:8,13
**sorry** 24:25 25:8
25:10,13 35:10
40:18 43:21
47:1 51:15
55:15 56:23,25
58:13 62:5,23
63:21 74:9
75:3 80:18,22
88:14 90:11
92:15,17 94:12
97:4 109:17,20
111:7 114:23
116:11,14
119:6 125:8
126:4,17

136:15 137:8
146:24,24
148:13 150:1,2
152:23 156:8
167:2 171:4,9
184:24 188:19
198:13,20
202:1 205:16
211:22 219:14
219:15 221:18
222:11 223:16
224:18,21
234:11,25
239:11 253:5
260:17 269:21
271:13 274:15
277:5 281:5
286:23 288:11
288:13 291:9
293:1
**sort** 107:9
262:22
**sound** 247:10
**sounds** 71:5
247:11
**source** 78:15
81:5,20 107:12
140:16 203:18
**sources** 81:22,24
181:2
**South** 2:7 5:19
**span** 14:25
155:5
**speak** 46:13
100:20
**speaks** 278:2,9
278:14 280:1
280:24
**special** 136:3
**species** 64:16,19
64:22 66:16
67:15,20 77:21
77:24 78:9
112:13 134:17
202:14 203:1,2

203:3
**specific** 14:22,25
37:25 38:5,6
48:4,18,21
65:14 140:24
242:2 286:22
287:1 293:18
**specifically**
185:21 210:11
226:8 241:1
**specifications**
273:4 274:9
**specify** 147:2
**specs** 272:21
273:21
**speculate** 18:2,3
**speculation** 61:8
162:25 227:16
232:17
**spell** 295:8
**spoke** 180:18
**spoken** 38:24
**spray** 274:6
**sprayed** 224:15
**sprayer** 20:13
**spraying** 214:16
222:23 223:2
225:9
**sprays** 223:1
**St** 1:1,6,11 5:10
**staining** 136:3
**stand** 8:23 180:2
206:11 222:17
**standard** 131:25
134:13 162:19
266:21
**stands** 221:13
228:22 229:1
**star** 100:13
**start** 56:25
134:16 135:8
173:2 249:10
250:22 257:12
257:15 276:9
**started** 15:6

Dr. Charles Jameson
July 19, 2019

37:2 156:19,20
156:21 281:10
297:21
**starting** 11:1
20:1 98:16
153:18
**starts** 51:23
55:16 136:8
230:2 241:18
**state** 1:1,6,11
6:13 94:17
216:16 261:8
299:3,17 300:3
**stated** 26:10
301:24
**statement** 58:5
114:21 180:3
192:3 216:21
250:11 271:3,5
**statements**
59:14 251:24
**states** 3:15 49:25
52:11 53:8
55:10 120:9
188:2 225:20
280:19
**statistic** 75:12
96:19
**statistical** 71:10
71:17 72:1,6,9
73:4 85:12
88:6 112:11
141:17 142:18
143:6,16
173:12 174:3
175:6,10
**statistically**
75:13,23 76:3
76:6 82:15,19
85:22,24 86:9
86:20 89:21,24
90:8 92:20
93:5 96:13
99:11,18 100:5
100:14 106:17

110:13,16,18
110:20,24
111:15,19
112:7,18
113:22 114:19
119:15,22
120:14,19,20
121:5,8 122:20
123:4,11,20
139:7,22 140:6
141:1,11,13
142:4,9,12
143:17,20,25
144:11 145:7,9
145:14 147:18
148:2,10,16
173:6 176:13
220:25 221:3
223:2 239:8
**statistics** 71:19
71:20,23,23,24
74:18,20,24
75:11 76:9,10
97:12,15 104:3
141:10 142:10
**status** 4:3
188:17 217:2
229:11,25
230:12
**statutory** 266:21
**stay** 95:15
**stenographic**
300:11
**stenographica...**
1:24 300:7
**step** 47:18
**steps** 17:4 268:4
**Steve** 5:14
**STEVEN** 2:14
**Steven.Derrin...**
2:14
**sticker** 152:6
**stop** 279:5
288:12
**store** 255:20

260:15 261:7
**Stout** 118:1,15
118:18 119:1
120:4,23 122:7
122:9 128:22
129:2,6,16
148:9,15
157:22 158:4
158:12,17
159:20 176:14
**strain** 64:19
67:14,25 90:4
90:24,24
**strand** 207:8
**Street** 2:3,8,12
2:17
**strengthen**
67:23
**strengthens**
66:25 68:18
**stress** 4:6,9
193:8 194:3
195:8,12
197:19 199:1,6
199:10,19
200:7,24 201:6
201:10,15
202:7 203:7,9
204:23 206:25
207:11 209:16
209:22 210:11
233:23
**strike** 34:5 40:4
45:21 68:22
142:1 144:14
287:25 297:22
**strong** 59:11
68:7,12
**stronger** 239:18
239:18
**strongest** 209:8
**structurally**
182:18
**structure** 182:11
182:14,15

183:20
**structured**
182:7
**Stryker** 21:12
**studied** 57:5
58:6 59:8,10
69:16 172:2
248:20
**studies** 3:18,18
3:19 57:5,11
58:6,8,11,15
58:20,21 59:3
59:9,11,15,21
63:9 64:10
65:6 66:16
69:16,22 70:6
70:8,10,23
71:22,25 72:8
73:3,5 74:24
76:13,21 77:3
77:16,20,23
78:10,18 81:21
83:16,18 84:25
85:15 90:25
92:3 94:25
103:21 104:14
105:5 111:23
112:13,17
114:25 115:16
115:17,20,25
116:17,21
117:20,21
118:9,15
123:16 128:1,1
130:4 133:14
133:18,19
134:1,4 135:5
135:11 137:19
143:7 145:10
145:11,16
146:17 152:15
152:19 153:24
154:1,23 157:7
157:13 158:21
159:3,19,21

161:9,13
162:10 165:20
165:25 172:11
172:19 176:12
176:15,16
187:24 190:10
192:7 193:7
195:5,10,12
199:15,17,19
202:3 208:18
208:19,20,21
208:22 209:1,2
209:5,6,17,20
209:24 210:7
210:10,19
212:11 232:5
232:13,20
233:1,5,5,16
233:16 234:20
234:20 235:5,5
238:6,11,19,20
238:22 239:1,7
239:22 241:12
244:2,15 246:4
247:4 248:13
248:16,19,21
252:7 254:1
261:14 273:7
273:13,22
274:10,21
**study** 3:21 4:13
4:14 65:2 66:8
66:17,19,21
67:8,8,9,9,13
67:17,20,25
68:2,14 69:12
69:15 70:19
75:5 77:18,18
77:19 78:25
79:1,2 80:1
85:12 86:14,22
87:13 88:19,21
89:14 91:3,12
91:16 95:2,2,6
95:9,9,10

Dr. Charles Jameson
July 19, 2019

Page 340

| | | | | |
|---|---|---|---|---|
| 98:23,25 99:6 | 191:15 192:6 | 187:21 227:13 | 170:21 176:15 | 94:9,22 95:22 |
| 99:6,7,19 | 195:4 196:25 | 232:6,14 233:7 | **suitcase** 50:6 | 125:17 131:3 |
| 100:19 102:8,9 | 199:21 202:6 | 233:17 234:6 | **Suite** 2:4,13 | 134:3 135:21 |
| 102:12,18 | 204:10 206:15 | 234:21 235:7 | summarize | 146:9 148:14 |
| 104:3 105:23 | 207:25 208:23 | **substances** | 269:25 | 152:21 155:9 |
| 106:15 107:10 | 212:2,3,4,5,12 | 178:12,16,17 | **summarizes** | 158:10 159:8 |
| 109:2,9,14,15 | 213:19 214:6 | 178:21 179:9 | 155:16 270:3 | 167:16 168:18 |
| 109:17 110:4,9 | 214:11,25 | 179:13 183:11 | **summary** 51:17 | 171:10 200:3 |
| 111:3,4,6,11 | 215:4,15,15 | 183:16 184:4,8 | 74:3 84:7 | 201:24 205:12 |
| 113:1,1,5,6,15 | 218:10,13,19 | 215:6 221:10 | 102:17 107:1 | 205:20 211:20 |
| 116:24 117:2,6 | 220:25 224:14 | **substantiate** | 128:1 136:23 | 212:4 215:18 |
| 117:7,9,12 | 225:16 226:12 | 187:7 | 149:23 150:5 | 216:11 231:22 |
| 118:15,16,18 | 235:22 242:19 | **substantively** | 191:2,7 192:11 | 234:15 252:14 |
| 118:19 119:2 | 244:9,18,22 | 10:18 | 218:23 222:21 | 254:10 262:21 |
| 120:8,22,23 | 245:12,13 | **sudden** 80:9 | 269:11,18 | 264:8 266:2,18 |
| 122:7,9,14 | 247:5,7,9,19 | **sufficient** 65:9 | 272:13 275:10 | 267:20 269:24 |
| 124:8,13 126:9 | 247:19 248:14 | 65:16,20,21 | **summer** 253:10 | 275:4 276:17 |
| 126:17 128:2,5 | 249:24 | 66:10,14 68:13 | 254:5 | 286:24 |
| 128:11,22 | **studying** 23:10 | 68:20,23 | **supplemental** | **Suresh** 116:23 |
| 129:2,6,22 | 23:25 24:10,17 | 187:20 232:5 | 3:12 7:23 | **surfactant** 48:12 |
| 132:17,19 | 25:24 103:18 | 232:13 233:6 | 29:24 30:4 | 48:13,14,19,24 |
| 133:12 134:2,8 | **stuff** 14:12 17:12 | 233:16 234:20 | 72:20,21 99:3 | **surfactants** |
| 135:8,9,13 | **subgroup** | 235:6 236:17 | 102:14 153:22 | 47:16 48:15,17 |
| 136:16 139:24 | 153:19 155:9 | 238:2 239:20 | 153:24 154:19 | **surprised** |
| 141:3 144:22 | **subject** 50:9 | 261:20 | 154:21 160:14 | 123:11 266:12 |
| 145:19,22 | 168:7 293:18 | **suggest** 189:12 | 160:18 254:15 | **surprising** 223:8 |
| 146:9,12 147:6 | **submission** 79:4 | 189:18 263:5 | **support** 3:11,13 | 223:18 |
| 147:10,17,17 | 79:4 159:17 | **suggested** | 29:5 30:1,5 | **swap** 76:14 |
| 147:20,25 | **submissions** | 184:19 | 50:17,24 70:10 | **swapping** 152:5 |
| 148:1,8,9,14 | 231:7,11 | **suggests** 203:6 | 181:18 | **swear** 5:23,24 |
| 148:15 150:11 | **submit** 268:24 | 207:7 | **supportive** | **Swiss** 77:22 |
| 150:14,18,19 | **submitted** 7:18 | **Sugimoto** 77:18 | 190:16 | 95:10 |
| 154:13,13 | 7:23 26:6 30:5 | 77:22 84:20,22 | **supposed** 16:15 | **switch** 98:10 |
| 157:22,23 | 71:22 78:18 | 84:23 88:21 | 68:2 103:14 | **switching** 11:21 |
| 158:4,4,12,12 | 79:3 83:5,6 | 89:13 92:7,8 | 205:13 271:23 | **sworn** 6:7 |
| 161:15 162:4,4 | 186:16 187:14 | 92:11 103:23 | **supposedly** | 299:11 |
| 162:16,20 | 187:18,22 | 109:17 110:4,9 | 57:19 | **system** 223:9,19 |
| 163:8,8,9,10 | **subsequent** | 112:16 126:10 | **sure** 11:8 17:9 | 224:2,3 |
| 163:11 164:18 | 137:3 154:17 | 126:18,23 | 18:17 25:1 | |
| 164:18 165:11 | 155:13,15 | 127:1 139:24 | 35:20 41:20 | **T** |
| 167:9 170:21 | 158:24 178:11 | 140:4,11 | 46:2,4,11 47:4 | **table** 74:14 85:9 |
| 171:5,10,20 | **substance** | 143:12,12,20 | 52:17 53:22 | 86:23 89:13 |
| 172:4,13 | 180:22,25 | 144:20 145:21 | 55:16 59:20 | 91:18,21 92:11 |
| 174:10,17 | 184:16 185:18 | 146:12 147:9 | 62:16,25 70:3 | 92:25 95:19 |
| 182:2 190:9,14 | 186:4,5 187:16 | 165:6,11 167:9 | 71:9 73:11 | 96:10 97:16 |

Dr. Charles Jameson
July 19, 2019

| | | | | |
|---|---|---|---|---|
| 99:6,9,17 | 180:21 187:4 | **Telephone** | 221:11 222:6 | 26:13 28:5 |
| 101:4,8,20,21 | 192:8 198:6,8 | 201:12 | 228:18 229:22 | 30:22 39:5,6 |
| 102:21 104:2 | 210:9 213:20 | **tell** 27:8 29:12 | 230:6,8,12,14 | 40:22 58:2 |
| 104:10 105:22 | 213:24 224:17 | 33:4 35:25 | 230:18,25 | 149:4 166:18 |
| 105:22 109:1,1 | 243:11 244:8 | 38:5 76:8 85:7 | 231:10 287:3 | 191:18 235:17 |
| 110:2 111:5,10 | 244:25 248:19 | 96:5 107:5 | **tested** 61:15 | 242:14 248:17 |
| 111:10 113:12 | 249:4 257:8 | 124:19 140:24 | 188:7 207:2,9 | 253:24 257:13 |
| 113:14 118:25 | 262:25 264:11 | 151:2 153:11 | 220:13,18 | 259:18 262:1 |
| 118:25 120:7,7 | 269:10 285:12 | 162:22 165:2 | **testes** 69:2 | 274:8 288:2 |
| 121:1 122:18 | 286:1,9 288:15 | 193:17 196:6,9 | 128:12 | **testing** 4:3 49:3 |
| 123:5,23,24 | 293:5 | 196:25 197:2 | **testicular** 69:10 | 49:8 79:10 |
| 144:16,24 | **taken** 6:21 7:14 | 199:11,17 | 147:24 148:3 | 173:14,15 |
| 145:11,13 | 7:17,22 8:2 | 200:16,19 | **testified** 6:7 8:5 | 176:3 188:17 |
| 150:13,20 | 189:4 223:24 | 202:3 212:5 | 8:8,12,19,21 | 189:20 202:12 |
| 218:21,22 | 301:3 | 213:11 214:9 | 14:15 26:13 | **tests** 119:17 |
| 219:4,14,15,16 | **takes** 31:10 | 215:9 225:25 | 28:3 34:6 38:3 | 121:5,7 173:21 |
| 220:16,21 | 135:16 155:12 | 228:11 238:8 | 49:1 57:20,23 | 174:4,7,10 |
| 230:12,20,21 | 164:17 | 255:18 267:8 | 148:25 150:3 | 176:12,16 |
| **tables** 74:1,2 | **talc** 36:19,20,21 | 275:9 282:2 | 166:13 179:24 | **TG** 229:12,21 |
| 150:20,23 | 36:23 | 290:18 | 189:24 208:18 | 230:5 |
| 153:22 154:19 | **talk** 28:7 65:19 | **telling** 26:18 | 236:16 238:4 | **TGs** 229:11,25 |
| 154:21 160:14 | 94:23 210:13 | 60:13 101:13 | 248:12 254:12 | **thank** 7:2 10:1 |
| 160:18 254:15 | 242:13 267:13 | 138:20 165:14 | 256:2,21 257:9 | 18:11,13 21:23 |
| **take** 7:4 10:24 | **talked** 67:2 | 260:13 | 259:2,10,25 | 82:24 83:25 |
| 17:4 22:7,20 | 95:15 | **tells** 64:18,21 | **testify** 23:7,14 | 84:6 89:9 |
| 29:16 51:12 | **talking** 12:17,18 | 65:2 90:19 | 23:20 24:1 | 92:17 95:13 |
| 53:22 54:15 | 23:18 87:13 | 165:25 166:7 | 37:24 39:2,8 | 105:12 107:21 |
| 57:1 62:24,25 | 91:15 93:3 | 228:21 283:11 | 39:11,17 41:8 | 109:24 115:3 |
| 76:17 79:11 | 100:24 106:6 | **ten** 49:13 198:15 | 41:11 42:3,4,5 | 119:8 136:21 |
| 85:5 94:8 | 106:23 115:2 | **term** 161:7 | 42:10,12,14 | 152:4,8 164:7 |
| 102:24 107:25 | 123:5 134:24 | **termination** | 43:5 66:9 | 171:3 172:22 |
| 114:25 117:4 | 171:15 185:21 | 136:16 | 83:17 123:17 | 183:3 188:19 |
| 124:4 128:9 | 222:21 234:17 | **terminology** | 141:25 142:2 | 197:15 205:7 |
| 131:7,12 | 247:1 257:22 | 237:4,9,12 | 242:8 252:6 | 205:19 217:22 |
| 132:20,25 | 257:25 258:19 | **terms** 65:15 73:4 | 255:23 267:1 | 229:18 249:22 |
| 133:5,7 134:19 | 282:24 | 133:20 135:20 | **testifying** 26:22 | 253:4 291:19 |
| 135:5,6,14,16 | **talks** 41:20,21 | 162:23 165:15 | 26:23 28:2,15 | 297:24 |
| 135:17,25 | 41:21 64:15 | **terrible** 64:6 | 43:12 83:16 | **Theoretically** |
| 136:18 138:9 | 225:9 277:16 | **Terrific** 46:16 | 249:14,17 | 228:7 |
| 138:19 139:1 | **tallow** 47:16 | **test** 4:16 6:25 | 254:17 | **they'd** 241:6 |
| 142:21 143:1 | 48:13,15 49:3 | 106:7 119:22 | **testimony** 3:10 | **thick** 107:22 |
| 164:16 168:7 | 49:4 | 123:8 163:22 | 5:25 8:15,23 | **thing** 30:20 |
| 168:11,15 | **tape** 98:10 | 165:15 173:13 | 21:20 22:3,23 | 76:16 136:5,10 |
| 169:3 170:7 | **target** 233:3 | 174:17,19,22 | 23:1 24:11,12 | 175:19,20 |
| 172:20 174:17 | **teachers** 296:3 | 175:5,9 221:8 | 24:17,19,19 | 186:16 188:3 |

Dr. Charles Jameson
July 19, 2019

Page 342

| | | | | |
|---|---|---|---|---|
| 201:25 223:9 | 253:16,20,20 | 135:18,20 | 297:25 | 206:10 221:16 |
| 223:19 235:19 | 255:18 256:23 | 152:14 169:1,3 | **times** 6:22 8:18 | 254:19 256:3 |
| 255:12 261:2 | 258:7 259:17 | 180:20 193:3,6 | 15:3 19:6,10 | 262:10 294:24 |
| **things** 6:24 | 259:21 261:20 | 208:18,19 | 19:12 165:16 | **tolerance** 50:18 |
| 40:25 130:14 | 263:6 264:25 | 209:6 219:25 | 173:13 175:10 | 50:25 53:4,10 |
| 135:24 227:10 | 265:14,18 | 220:1,2 239:25 | 189:3 253:17 | **tolerate** 61:13 |
| 227:23 231:13 | 272:22 274:8 | 242:8 247:12 | 279:1 | 161:18,21 |
| 236:2,3 248:2 | 274:22,22 | 249:21 252:23 | **Timothy** 1:12 | **tolerated** 61:12 |
| 251:8 261:24 | 283:8 284:11 | 288:2,7 290:12 | 10:12 | 61:15 161:17 |
| 262:7,25 263:7 | 285:16 287:9 | **thyroid** 69:6,11 | **tissues** 133:5 | **tomorrow** |
| 263:21 276:18 | 288:21 289:17 | 121:13,22 | 134:7 | 287:15 |
| 288:11,21,24 | 289:17,18 | 122:10,15,19 | **title** 193:15,24 | **top** 33:16 37:13 |
| **think** 18:7,12 | 294:17,23 | 122:24 123:2,7 | 194:2 195:4 | 127:6 152:7 |
| 21:8 40:21 | 295:13 | 123:12 129:7 | 204:18 205:22 | 188:18 202:4 |
| 41:4 43:3,7 | **thinking** 275:2 | 148:11,17 | 295:13 | 213:16,18 |
| 45:10 48:14,16 | **thinks** 256:3 | **time** 5:4 6:25 | **titled** 22:2 29:24 | 214:14 222:9 |
| 51:2 54:19 | **third** 36:18 | 9:18 11:14 | 54:13 63:8 | 228:21 229:20 |
| 60:22,24 67:3 | 51:21 85:19 | 12:7 14:25 | 83:2 108:2 | 240:2 |
| 72:15 76:16 | 89:18 111:3 | 30:8,15,15,16 | 177:25 178:17 | **topic** 211:5,6,7,8 |
| 81:17 83:23 | 126:9 153:5 | 30:24,25 31:5 | 185:9 197:18 | **total** 34:15 36:10 |
| 87:22 91:4,8 | 172:9 220:1 | 31:20 32:1 | 222:5 228:17 | 84:10 168:17 |
| 92:2 93:23 | 268:17 293:2 | 49:18 54:3,15 | 230:12 270:15 | 176:16 220:18 |
| 98:9 105:8 | **thorough** 184:3 | 63:3 73:15 | 272:9 291:24 | 249:3 |
| 107:7,11,13 | 184:6 | 79:8 94:8 | **tobacco** 215:1 | **totally** 12:16 |
| 110:11 113:4 | **thoroughly** | 98:12,16 | **today** 5:11 11:3 | **touch** 180:12,13 |
| 116:14 121:14 | 272:16 | 102:24 115:1,6 | 11:5,10 13:23 | **toxic** 17:3,7 |
| 121:16 131:11 | **thought** 16:15 | 131:24 132:11 | 26:9,15 28:9 | 48:16 52:5 |
| 134:24 137:2 | 25:12 64:1,2 | 135:6,8,17 | 39:4 72:24 | **toxicity** 55:6,6 |
| 137:13 139:2 | 79:7 80:14 | 138:3,8 149:25 | 84:19 87:11 | 61:14 161:19 |
| 149:24 150:12 | 135:4 170:12 | 150:5,12 | 136:23 145:20 | 219:24 |
| 155:25 159:21 | 214:12 219:13 | 153:16,19 | 146:10 147:7 | **toxicologist** |
| 160:20,21 | 224:22 246:15 | 154:14,17 | 151:18 152:12 | 27:10,22 |
| 167:7 169:22 | 247:25 259:3 | 172:9,23 173:2 | 172:5 177:15 | **toxicology** 3:18 |
| 174:16 176:20 | 294:25 297:20 | 180:18 181:12 | 191:17 192:3,4 | 4:16 51:23 |
| 179:15 190:15 | **three** 9:21 10:21 | 181:12 187:5 | 212:6 242:15 | 63:8 82:9 |
| 191:5 201:17 | 15:3 18:25 | 192:8 201:18 | 252:5,8 254:12 | 133:24 176:23 |
| 205:18 209:18 | 19:6,10 20:18 | 203:1 211:4,17 | 256:2 260:4 | 177:3,6 178:8 |
| 210:25 211:23 | 20:19 23:1 | 213:4,20 214:4 | 287:9,12,13 | 178:22 179:8,8 |
| 212:3 219:7 | 36:12 38:7 | 222:20 223:23 | 288:18 297:16 | 181:2 188:15 |
| 221:16 226:22 | 39:6,12 41:14 | 227:5 249:6,10 | **today's** 5:3 | 188:23 189:2,5 |
| 228:21 234:16 | 45:16 77:20,23 | 257:8 276:10 | 249:13 | 189:21 194:8 |
| 236:6 238:2 | 78:9 80:5 | 279:10,16,18 | **told** 8:18 27:15 | 222:6 228:18 |
| 241:13 242:25 | 81:22,23 99:22 | 288:15 290:23 | 72:5 121:25 | 229:22 230:13 |
| 248:2 250:4 | 100:1 103:21 | 293:18 294:23 | 125:22 135:21 | 231:1 245:21 |
| 251:10,11,25 | 111:13 112:12 | 295:11 297:16 | 149:24 195:2 | 294:23 295:13 |

Dr. Charles Jameson
July 19, 2019

**track** 74:13
**trade** 179:16
**traditionally**
    27:24
**train** 80:14
**transcript** 257:5
    300:9,10 301:1
**translates**
    167:10
**treat** 68:2 162:1
**treated** 162:10
**trees** 50:5
**trend** 75:8,13
    76:1,3 85:22
    86:24 87:1,5,7
    87:15,17 89:22
    90:11,12 92:15
    104:18 106:4,7
    106:15 107:3
    109:8 110:17
    111:17 113:24
    113:24 114:5
    114:15,20
    119:17,21
    120:18,20
    121:5,7 123:8
    139:4,7,21
    141:2,6,7,10
    141:14,19
    142:3 143:14
    143:15,17
    144:1,8 145:9
    165:8
**trial** 8:12 24:19
    27:2,14 28:3
    28:15 30:15
    31:1,6,8 32:6
    38:3 39:18
    40:12 41:10
    137:15 138:13
    142:1,2 143:9
    146:20 148:24
    149:25 150:5
    179:24 194:21
    194:23 235:12

248:12 249:14
    250:25 251:1
    297:3
**trials** 26:14,17
    41:14 42:13
    45:17 83:11
    249:24 250:14
    253:24 254:18
**Triangle** 194:9
    197:22 198:5
**tried** 216:14,18
    216:25
**trouble** 255:12
**true** 25:25 56:13
    57:17 62:11,12
    105:24 106:3
    136:15 184:1
    236:6 280:23
    281:4 300:10
    301:24
**trust** 63:7 88:15
    88:16
**truth** 6:1,1,2
    8:18 60:13
**truthful** 166:15
**try** 17:8,12 50:5
    80:25 161:8,9
    176:20 215:15
    215:17 216:9
**trying** 20:24
    27:1 43:4 46:1
    98:1 142:11
    150:24,24,25
    163:22 182:7
    193:18 209:6
    216:3 217:1
    235:23 248:2
    281:10
**tubular** 75:7
    106:1,14 109:3
    109:10 141:7
**tubule** 78:8
    104:22,25
    109:16 111:23
    125:2

**tumor** 64:13,16
    64:24 66:24
    69:13 70:24
    75:19,20,24
    77:10 79:23
    90:4 91:11
    113:24 114:2,3
    114:18,19
    121:3 130:6
    133:4 141:8
    145:8 150:13
    150:17 241:7
    289:8
**tumors** 61:5,23
    62:17 65:16,22
    68:5,25 69:2,6
    69:10,17,19
    71:2,2 77:16
    77:17,18,19
    79:5,6,12 80:5
    87:6,18 90:22
    92:2 95:12
    103:20,22
    106:1,14 109:3
    109:10 110:7
    111:4,15
    112:14,18
    119:19,19
    120:3,11 121:6
    121:13 124:14
    126:19 127:21
    128:12 132:20
    134:9 136:10
    142:3 145:16
    147:24 148:3
    149:3,13,17
    150:10,22
    151:1,3,11,13
    153:2,6,12
    156:15 157:1
    157:12,12,20
    158:3,11
    159:25 160:25
    182:17 188:8
**turn** 50:2,6 55:1

99:5 129:21
    152:2 178:5
    218:17 266:5
    268:3 272:4,7
**turned** 79:5
    154:1
**turns** 148:21
**twice** 197:4
**two** 6:24 8:6
    15:3 19:6,9
    29:14,17 36:11
    52:10 57:17
    58:1 66:16
    77:21,23 78:9
    80:5 81:17
    88:10 94:24
    99:22,25
    112:13 118:15
    119:11,11
    121:2,2 135:18
    135:23 150:23
    152:16 170:5
    207:2,8 208:21
    209:25 211:20
    211:21 212:10
    216:2 217:14
    218:21 236:3
    239:3 243:23
    263:23 275:23
    287:21 288:21
    288:24
**type** 30:20 68:5
    136:4,5,10
    187:19 191:8
    261:2
**typed** 74:25
**types** 132:18
**typical** 134:8
**typing** 125:22

—————————
**U**
**U.S** 183:6
**Uh** 106:7
**Uh-huh** 37:8
    51:20 103:6

119:13 125:6
    144:18 157:24
    178:25 179:2
    188:16 192:13
    207:20 225:13
    235:16 240:25
**ultimate** 285:25
**unable** 157:10
    157:15 158:4
    158:12
**unassigned** 4:19
**underestimati...**
    135:2
**undergo** 264:22
**underlying**
    244:2
**undersigned**
    299:9
**understand** 7:4
    9:12 14:24
    22:16 24:21
    25:1,15 26:18
    26:20,25 37:16
    37:18 48:2
    49:5 52:2 56:8
    57:22 59:6
    83:4 86:2 99:6
    108:8,16
    135:21 139:5
    143:10 147:5
    169:20 176:19
    193:17 195:2
    200:4,18 202:5
    202:9,17
    207:14 213:6
    225:14 228:16
    230:24 231:4
    235:14 243:12
    243:25 244:6
    244:12,16
    248:14 253:23
    266:6,8,17,22
    267:3 268:5
    269:5 271:7,9
    271:12

Dr. Charles Jameson
July 19, 2019

Page 344

| | | | | |
|---|---|---|---|---|
| **understanding** 27:2 35:2 48:20,22 50:22 56:6 168:18 189:16 190:8 190:12 192:5 195:5,15 204:10,16 215:12 219:22 224:9 230:7 247:22 250:9 252:9 254:3,16 264:24 267:23 271:14 281:2 | 17:9,25 18:17 18:22,24,25 19:4 20:6,14 21:1,6 52:7 76:10 82:10 91:10 101:22 116:1,18 117:9 117:16,18,21 118:10 136:3 215:6 248:4 262:5 263:2,2 282:7,9 | **verify** 37:19 233:2 **version** 155:23 **versus** 10:10,12 10:15 151:23 216:3 **vested** 292:18,22 **viability** 4:7,9 194:4 197:20 203:10 204:23 207:12,13 **video** 5:2 **Videographer** 2:22 5:2,22 | 146:4,4 151:8 156:5 163:24 165:22,22 167:3,3,3 169:11 196:10 196:10,10 219:13 223:11 227:21 237:7 239:12 245:6,6 245:6 258:4 261:25 262:19 267:4 269:15 297:20 | 192:22 193:17 248:18 256:4 276:17 **wanting** 213:15 **wants** 275:14 **warning** 45:5 **Warren** 2:18 5:16,16 46:6 95:24 278:20 278:23 279:2 **Washington** 2:18 255:16 |
| **Understood** 11:16 36:9 **unexposed** 213:9 214:15 **unfair** 275:21 **unfortunately** 19:23 **Union** 103:15,17 **United** 3:15 49:24 188:2 225:20 **unreasonable** 266:22 **unrelated** 214:15 **unusual** 68:9 **upcoming** 253:24 254:18 **update** 137:17 **updated** 29:10 137:11,14 149:22,24 150:4,8 243:8 **Updates** 4:17 222:7 228:19 **upper** 193:25 **urine** 211:24 212:9 **use** 14:18 15:12 15:22 16:1,3 16:19,23 17:9 | **uses** 97:17 272:17 285:18 **usually** 20:17 131:18 134:13 136:16 161:19 164:23 215:14 <hr> **V** <hr> **v** 301:2 **vague** 162:24 232:16 **Vaguely** 235:18 **Valle** 220:17 **value** 82:10 83:7 87:16 91:24 92:15 99:10,11 106:4,13 107:3 107:12 109:8 114:6 120:18 143:15 145:7 221:1 **values** 73:5 74:19 76:12 78:16 81:6,10 81:11,13,15,16 81:21,25 82:3 90:12 99:1 220:22 **variety** 64:9 **various** 183:6 253:16 268:20 285:22 **verifies** 155:8 | 53:25 54:2 63:1,3 73:12 73:14 98:12,15 132:8,10 172:23 173:1 214:1,3 249:6 249:9 290:21 297:25 **VIDEOTAPED** 1:17 **vitae** 4:21 288:8 **vitro** 230:5,14 **vividly** 204:1 **vivo** 208:18,20 210:5 212:12 **volume** 168:12 **voted** 44:19 **vs** 5:5,6,6 **vs-** 1:3,8,13 <hr> **W** <hr> **Wagstaff** 2:3 5:21 22:4 32:5 32:7,16 **wait** 13:1 19:15 43:20 62:2 87:3 97:2 98:3 101:6 123:13 126:3,3,3 130:24 137:9 138:17 142:21 | **waiting** 276:11 **Walsh** 2:16 5:17 **Walter** 1:7 10:15 **want** 11:19,21 12:6 28:7 41:23 58:20 67:19,23 71:9 73:8,9 85:9 90:20 94:11 95:23 99:16 117:5 121:17 131:13 135:20 138:11,22,25 139:1,3,6,21 152:20 164:17 164:18 168:18 169:19 181:18 193:18 196:24 200:3,12,21 201:24 213:21 215:22 218:24 222:16 228:11 231:14,22 246:16 251:18 254:2,9 256:1 257:8 262:21 263:2 273:6 275:1,3,20 276:14 **wanted** 37:19 167:10 175:4 | **wasn't** 170:13 195:17 200:15 216:12 217:4 223:7,8,18 238:10 242:2 266:11 271:13 276:18 288:20 **waste** 12:6 276:10 **water** 48:12,19 48:24 **wax** 133:8,8,9 **way** 15:6 39:2 40:22 70:25 78:24 81:9,10 83:10,14 133:19 137:5 165:14 176:20 179:5 182:20 216:8 221:4 250:20 259:18 264:3 266:24 274:17 **ways** 182:24 263:5,15 **we'll** 14:6 27:7 29:16 46:20 61:1 143:4 168:7 229:15 **we're** 26:14 47:5 54:2 87:13 92:10 95:22,23 98:15 111:9 |

Dr. Charles Jameson
July 19, 2019

Page 345

132:7,10
138:12 163:11
169:16 173:1
205:14 243:3,7
249:9 252:14
252:15 254:10
264:9 271:23
276:6
**we've** 9:20 214:7
**weaknesses**
244:9
**wear** 17:6
**web** 153:25
188:15 189:2,5
189:15 271:9
296:5,7
**weeds** 15:22
16:2 17:24
18:1,23,24
19:21,25 20:1
20:3
**week** 227:7,9,14
227:22,24
228:1
**weeks** 18:25
211:20,21
**weight** 50:6
69:18 168:4
170:10
**welcome** 105:13
197:17 297:19
**went** 13:20
74:22 75:21
76:12 79:10
100:23 130:18
156:25 157:20
235:21 237:1
291:12 294:21
**weren't** 38:4
145:14
**West** 2:12
**Westin** 1:20
**widely** 48:13
**wife** 297:11
**wife's** 19:23

**Wilkinson** 2:16
5:16
**William** 6:5,14
**winding** 264:9
**windowed** 215:7
**windows** 21:3
**Winston** 1:7 3:9
5:6 10:15 23:2
26:14 31:15,17
38:1 46:22
47:2 249:15
**witness** 3:2 5:23
6:3,6 12:21
15:10,15,21
17:1 18:6,10
18:22 19:9,14
19:18 23:6,20
24:4 26:9,10
26:19,21,21,23
27:11,16,25
28:5 35:20
36:10,23 40:9
40:18 41:4
42:16 43:21
44:18 47:6,25
49:17 56:8,20
58:13,15 59:18
60:8,18 61:10
62:5,7,14,20
63:12 70:1
71:4 72:12
73:23 74:9,12
76:24 77:5
82:14 87:5
88:5,14 89:2
90:14 93:21
94:2,14 96:7
96:18 97:4
98:21 99:14
102:5 103:10
107:22 108:20
109:6,22 110:6
112:10,23
114:14,23
115:8 116:6

118:18 119:7
119:25 121:19
121:24 126:4,7
130:9 131:2,20
132:1 134:11
142:7 145:5
146:6,14,24
147:14 148:6
148:21 149:9
149:15 152:22
155:22 156:8
156:10 157:4
158:8,16
160:14 162:13
163:2,25 164:6
164:8 165:24
166:19 168:22
170:25 171:1
172:1,11,18
173:18,24
174:7,21
175:14 176:8
180:25 184:24
185:6 186:10
189:8 191:17
196:9,13 197:6
199:23 201:1
202:21 203:18
205:19 207:16
208:6,14 209:4
210:22 211:15
212:16 213:2
219:9 221:23
225:23 226:16
226:21 227:7
227:17 228:7
231:6,19 232:2
232:9,19
233:11,21
234:24 235:10
236:6 241:4,25
244:8 245:10
245:17 246:8
248:8 249:13
249:16 252:9

253:3,6 256:1
256:13,19
257:1,22
259:25 260:8
261:11 262:14
262:20 263:11
263:20,25
265:22 266:2
267:6,23 268:9
268:15 269:3,8
269:21 270:3
270:11 271:2
271:12,25
273:24 276:11
276:17,24
277:5 278:1,8
278:13 280:3
280:11 281:25
282:6 283:25
284:18 285:15
286:5,13
287:17 288:10
288:13 290:6
291:5 293:23
294:13 296:12
296:18,24
297:6,14,19
301:3
**witnesses** 251:22
**Wood** 92:7,8
113:1,5,15
117:1 128:2,5
176:15
**word** 138:1,9,19
198:16,17,22
244:25
**words** 68:1
90:21 133:6
173:20 175:18
231:11
**work** 7:14 10:25
13:5 24:9,16
26:11 30:8,13
31:15,20 32:1
32:7,21 33:2,5

33:5,6,13 35:9
36:22 42:3,22
42:23,24 43:2
43:17,18,23,24
47:20 103:8,13
143:5,9 151:12
153:25 155:1
156:3,4,13,17
156:23 190:16
196:20 210:20
217:3 240:4
252:17,18
253:9 254:2,3
254:13,13
284:14,15
290:12 292:6,6
292:8 297:24
**worked** 36:10
79:22 177:1,4
177:9,11 198:7
215:4 289:21
**workers** 212:8
**working** 11:18
12:12 23:10,25
24:10,16 25:23
34:23 36:3
41:1 42:16,22
43:24 44:2,7
44:14 45:12
47:19 88:15
148:25 155:1
156:19,20,21
159:7 208:21
245:21 284:13
284:23 285:5
**works** 103:11
206:8,9
**world** 165:25
166:4 171:6,11
171:21 172:5
172:14 271:8
273:25 283:20
285:22 289:19
296:2
**worthless**

Dr. Charles Jameson
July 19, 2019

| | | | | |
|---|---|---|---|---|
| 195:24 | 243:20 251:1 | 144:10 | 57:2 63:17 | **1100** 2:4 |
| **wouldn't** 174:7 | 253:7 256:7 | **0.063** 141:11 | 76:22,23 78:15 | **112** 23:7,16,22 |
| 174:11 179:14 | 259:16 284:9 | **0.065** 141:12 | 81:6 84:18 | 42:24 44:2,8 |
| 186:24 280:15 | 297:8 | **0.5** 173:6 | 85:9 87:10 | 47:19 153:15 |
| **Wow** 290:6 | **year** 15:4 19:3 | **004** 87:16,19 | 93:18,18 99:17 | 179:4 199:25 |
| **write** 57:10 84:9 | 78:21 155:13 | **008** 170:8 | 102:16 104:12 | 200:10,15 |
| 116:12 157:10 | 190:22 253:20 | **01** 87:18 | 104:13,13 | 208:21 250:17 |
| 157:14 271:18 | **years** 14:18 15:1 | **028** 114:5 | 107:2 124:4,4 | 252:21 253:14 |
| 293:22 301:1 | 15:18 20:18,19 | **034** 76:2 107:4 | 124:7 125:5 | 253:22 285:8 |
| **writes** 57:4 | 41:25 88:16 | 109:12 | 127:11,25 | **12** 3:19 82:22,23 |
| 266:14 281:19 | 135:7,18 | **037** 109:12 | 130:19,21 | 83:2 88:24 |
| **written** 30:21 | 162:19 177:9 | **05** 114:11,20 | 132:18 136:22 | 89:13 91:19,21 |
| 56:6,12,24 | 180:8,10,13,20 | 139:23 141:2 | 137:23,25 | 92:10,11 95:2 |
| 57:17 58:1 | 193:3,6 194:16 | 141:16 142:4 | 138:7 139:18 | 103:25 108:4 |
| 200:14 206:23 | 198:7 245:21 | 142:10,18 | 140:10,11 | 109:18 110:2 |
| 206:24 207:7 | 260:25 | 143:16,18 | 144:16,16,17 | 111:9 118:22 |
| 215:13 | **yellow** 77:11 | 144:9 147:22 | 149:23 150:4,9 | 192:10 194:16 |
| **wrong** 92:17 | **Yep** 22:9 | 148:2,11,17 | 150:17 151:4 | **12:00** 131:9 |
| 93:24 131:16 | **yesterday** 11:25 | 173:12,22 | 151:14 155:5 | **12:41** 132:11 |
| 152:17,17 | 13:22 14:2 | 174:3 175:6 | 161:20 165:6 | **129** 2:23 |
| 155:25 282:2 | 28:23 29:16 | 176:14 | 198:21 229:7 | **12th** 105:18 |
| **wrote** 115:25 | 60:22 211:11 | **05/06/2022** | 229:10,24 | **13** 3:20 92:25 |
| 234:3 249:1 | 211:15 287:16 | 299:18 | 289:6 | 95:9,23 96:6 |
| | | **06** 106:16 | **10:03** 63:4 | 96:10 97:16 |
| ——— | ——— | **062** 111:18 | **10:17** 73:12 | 99:6,6 100:6 |
| **X** | **Z** | **063** 106:20,21 | **10:21** 73:15 | 101:8 102:20 |
| **X** 164:13,20 | **zero** 91:21 | 141:22 | **10:53** 98:12 | 111:5,10,10 |
| 186:15 | **Zheng** 247:7 | **065** 76:3 106:19 | **10:58** 98:16 | 152:18 220:13 |
| | 251:12,13,15 | 106:22,24 | **105** 3:21 | 222:8 |
| ——— | 252:6 | 141:22 | **107** 3:23 | **13th** 228:20 |
| **Y** | | **07/19/2019** | **10th** 2:17 7:22 | **14** 3:21 95:2 |
| **yeah** 9:7 14:21 | ——— | 301:3 | **11** 3:19 77:3,4 | 98:19,20 117:8 |
| 20:25 25:9 | **0** | **08** 170:8 | 78:15 81:6 | 152:15 177:16 |
| 28:19 37:23 | **0** 106:10 | | 93:18 113:12 | **14th** 4:1,1 |
| 72:17 95:24 | **0.002** 75:23 | ——— | 113:14 123:17 | 177:17,25 |
| 100:8 101:1 | **0.01** 76:5 | **1** | 124:4,4 128:9 | 178:7,12,14,18 |
| 106:7,23 112:4 | **0.028** 114:15 | **1** 3:7 9:21 10:3,7 | 129:12 130:19 | 179:9,13,17,21 |
| 113:4 129:11 | **0.034** 104:19,25 | 10:8,25,25 | 130:21 132:19 | 185:8 |
| 136:13 140:16 | **0.037** 75:9 | 98:13 101:3,12 | 136:22 137:23 | **15** 3:21 105:10 |
| 141:23 144:7 | 104:19,22 | 120:7,7 144:20 | 137:25 138:7 | 105:11,15 |
| 148:21 150:7 | **0.05** 82:10 112:8 | 230:12 300:8 | 139:18 149:24 | 117:5 |
| 151:11 161:7 | 112:19 119:23 | **1.2** 229:10 | 150:4,9,17 | **15-16** 4:5 |
| 163:6 166:13 | 119:25 139:8 | **1:36** 172:23 | 151:4,14 155:6 | **152** 3:24 |
| 176:8 185:23 | 143:13,25 | **1:50** 173:2 | 191:7 192:10 | **15th** 10:10,13,16 |
| 194:22 196:3 | 147:19 | **10** 3:7,8,9,18 | **11:45** 132:8 | 191:3 |
| 205:5 219:9 | **0.06** 75:13 | 55:1,19 56:24 | | |
| 226:6 239:23 | **0.062** 143:15 | | | |

Paszkiewicz Court Reporting
(618) 307-9320 / Toll-Free (855) 595-3577

Dr. Charles Jameson
July 19, 2019

**16** 3:23 68:4
107:19,20
108:2 140:20
**1622-CC10172**
1:13
**16th** 191:4
**17** 3:24 152:9,11
152:25 153:13
157:9 161:1
269:10,10,18
269:24 270:7
270:25 289:2
**175,000** 33:11
35:3
**177** 4:1
**17SL-CC03681**
1:3 301:2
**17SL-CC3681**
5:8
**18** 4:1 68:4 99:6
99:9 102:22
177:22,23,25
**18-month** 110:8
**1822-CC00515**
1:8
**185** 4:1
**188** 4:3
**18th** 13:23
**19** 1:18 4:1
185:3,5,24
272:4,7,8
273:2 275:10
**190** 4:4
**1901** 2:3
**193** 4:5
**197** 4:8
**1978** 177:4
**1980** 177:1
**1986** 230:21
**19th** 5:4 13:23
22:4 299:11
_____
**2**
**2** 3:8 9:21 10:4
10:11 50:2

98:16 118:25
118:25 121:1
122:18 168:25
170:6,6,7
173:3
**2:43** 214:1
**2:47** 214:4
**20** 4:3 21:2,4
173:21 174:3,7
174:10 188:11
188:12,14
**200,000** 34:15
**2000s** 20:25
**2001** 2:17
**2003** 62:18
**2007** 4:13
208:22 212:21
212:24 213:22
214:6,11,23
215:10
**2008** 34:21
177:1,4 194:16
**2009** 4:14 50:7
208:23 212:11
218:13 219:5
220:25 222:18
224:14 266:5
**2009A** 117:1
**201** 99:5
**2011** 208:22
218:10
**2014** 222:7
228:19 230:23
**2014-2015** 4:18
**2015** 14:23 15:2
149:1 155:3,19
222:7 228:19
253:2,4,6,7,10
254:5 276:21
277:23 278:7
279:25 294:17
**2016** 4:1,5 33:12
33:14 34:24
105:3,18
107:13 141:20

156:18 177:19
178:1,8 179:3
191:4 192:24
222:9 228:20
252:25 265:1
293:25
**2017** 7:14,17
9:18 105:3
108:4,11,18
137:5,6 140:20
141:20 265:2
292:2
**2018** 7:22 8:3,9
49:12 63:16
235:20 237:23
247:19 256:22
257:6 258:7
259:2
**2019** 1:18 3:17
5:4 8:13 10:10
10:13,16 22:4
54:14 247:5,7
247:9 252:6,6
252:6 264:14
265:9 267:14
276:1 289:11
289:12 299:11
299:12 300:18
**205** 4:10
**207605** 299:17
**20th** 257:6
**21** 3:10 4:4
190:23,24
191:2 214:15
**213** 4:13
**218** 4:14
**21st** 7:17 292:2
**22** 4:5 193:12,22
198:8,10
203:16,25
204:11 207:24
**222** 4:15
**225** 35:11,11
**225,000** 37:4
**23** 4:8 7:14

197:13,14,17
198:9,15 202:5
202:23 204:22
206:24
**238,000** 268:19
269:8
**23rd** 265:9
299:12 300:18
**24** 4:10 16:9,16
20:1 44:12
68:3 120:7
135:9,11 203:4
205:3,6,22
**240,000** 268:13
**25** 4:13 134:20
213:1 214:7
220:18
**25,000** 35:7
**26** 4:14 118:23
118:25,25
119:7 121:1
122:17 218:12
218:15 220:18
**27** 4:15 220:9
222:2,3,5
228:15,17
**27th** 8:3
**28** 3:11 4:19
84:2,4,5,6
100:6 102:20
198:7 220:8
**2828** 6:18 21:17
**287** 4:20
**288** 4:21
**29** 3:12 4:20
94:4,13,14
115:13 287:8
287:11
**290** 4:22
**291** 4:23,24
**297** 300:8
**299** 3:3
_____
**3**
**3** 3:9 9:21 10:5

10:14 50:7
168:25 172:24
173:2 249:7
266:5,15 272:9
**3:30** 249:6
**3:49** 249:10
**30** 4:21 41:25
88:16 177:9
288:5,9,25
**30-plus** 245:21
**300** 2:13 3:3
**301** 3:4
**31** 4:22 290:2,5
290:9
**32** 4:23 290:25
291:4
**33** 4:24 291:20
291:22
**33909** 2:24
**33914** 1:22
**34** 3:13 29:25
**35** 37:1 134:20
**38** 104:1
**39** 11:2 85:6
**3rd** 9:17
_____
**4**
**4** 3:10 11:1
21:19,22 22:2
24:23 25:3,5,7
25:8,18,21
49:8 51:16
167:20,23,25
168:16,17
169:4,9,16
170:4,7,10,22
218:21,22
219:4,14,15,16
249:10
**4.12** 105:22
**4.13** 109:1
**4:39** 290:21
**4:45** 290:23
**4:53** 1:19 297:25
298:2

Dr. Charles Jameson
July 19, 2019

**40** 168:4 220:14
**40,000** 37:1
  165:11 167:8
  167:12,24
  168:2 169:5
  170:21
**400** 30:14,24
  31:5
**41** 113:11,13
  115:23 116:3,5
  116:10
**42** 89:12,12
  92:11 109:18
  109:22,23
  110:2
**43** 96:4
**44** 92:25 101:2,6
  101:8 111:4,9
**458** 214:13
  217:19
**46th** 6:18 21:17
**479** 230:5,14
**49** 3:15
**4th** 8:13

**5**

**5** 3:11 28:12,13
  29:4,7 41:15
  72:19 83:24,25
  94:5 115:12
  168:24 171:7
  171:12,22
  172:6 268:3,12
  268:15
**5,000** 162:21
  163:4,14,20
  164:11,15
**50** 91:20 135:1
**500** 30:15 31:5
**501** 2:8
**53** 220:12
**54** 2:12 3:16
**55** 220:10
**5951** 1:21

**6**

**6** 3:2,12 29:21
  29:22,24 41:9
  41:15 51:13
  53:2 72:19
  229:25
**60654** 2:13
**63** 3:17
**65** 134:16
**6E** 293:2,4

**7**

**7** 3:15 41:9
  49:21,22,24
  277:11 280:19
  281:12 289:8
**70601** 2:8
**75,000** 135:1
**76** 3:18
**77** 3:19
**7th** 8:9

**8**

**8** 3:16 54:8,10
  54:12 84:3
  117:6 264:11
  266:5 269:24
  270:25 274:19
**8:42** 1:19 5:1,4
**80** 214:16
**82** 3:19
**84** 101:22
**86** 105:21
  108:24,25
**8th** 2:23

**9**

**9** 3:17 22:7,8,10
  24:24 25:4,18
  25:21 63:6,11
  69:23 70:6
  72:8 73:3,5
  78:4 84:17,20
  103:21 104:2
  113:1 118:13

121:14,16,16
121:21 124:1,4
124:19,21,23
125:14 126:15
126:21,24
127:5,6,8,18
127:23 128:3,7
128:15,20,25
129:4,8,15,25
130:2,3,21,23
137:25 138:1,6
139:19 224:21
229:17
**9:39** 53:25
**9:48** 54:3
**9:53** 63:1
**90** 75:16 224:25
  225:1 257:13
**90s** 20:25
**92** 224:24
**94** 51:13,16
  257:7,25
**94612** 2:4
**95** 75:15,16
  82:17 106:18
  142:13 144:10
  173:9 257:8,16
  257:22,25
  259:1
**96** 3:20
**98** 3:21 224:22
**988** 224:21
  225:2
**998** 224:17