**WILKINSON WALSH + ESKOVITZ LLP**
Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonwalsh.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonwalsh.com)
2001 M St. NW
10th Floor
Washington, DC 20036
Tel:   202-847-4030
Fax:   202-847-4005

**ARNOLD & PORTER KAYE SCHOLER**
Pamela Yates (CA Bar No. 137440)
(Pamela.Yates@arnoldporter.com)
777 South Figueroa St., 44th Floor
Los Angeles, CA 90017
Tel: 213-243-4178
Fax: 213-243-4199

**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
1350 I St. NW
Washington, DC 20005
Tel: 202-898-5843
Fax: 202-682-1639

**COVINGTON & BURLING LLP**
Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
One City Center
850 10th St. NW
Washington, DC 20001
Tel: 202-662-6000

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 <br><br> Case No. 3:16-md-02741-VC |
| *Harris v. Monsanto Co.*, 3:17-cv-03199-VC <br> *Ines Hernadez v. Monsanto Co.*, 3:16-cv-05750-VC <br> *Perkins v. Monsanto Co.*, 3:16-cv-06025-VC <br> *Russo v. Monsanto Co.*, 3:16-cv-06024-VC | **MONSANTO COMPANY'S NOTICE OF MOTION AND MOTION TO EXCLUDE TESTIMONY OF MR. JAMES A MILLS** <br><br> Hearing date: Jan. 29, 2020 <br> Time: |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** beginning on January 29, 2020, in Courtroom 4 of the United States District Court, Northern District of California, located at 450 Golden Gate Avenue, San

- 1 -
MONSANTO'S MOTION TO EXCLUDE TESTIMONY OF JAMES MILLS

Francisco, CA 94102, or as ordered by the Court, Defendant Monsanto Company ("Monsanto") will present its Motion to Exclude the Testimony of Mr. James a Mills.  Monsanto seeks an order excluding Mr. Mills under the Federal Rules of Evidence and *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993).

DATED:  November 26, 2019

                                                        Respectfully submitted,

                                                        /s/ *Brian L. Stekloff*_____

Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonwalsh.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonwalsh.com)
WILKINSON WALSH + ESKOVITZ LLP
2001 M St. NW
10th Floor
Washington, DC 20036
Tel:    202-847-4030
Fax:   202-847-4005

Pamela Yates (CA Bar No. 137440)
(Pamela.Yates@arnoldporter.com)
ARNOLD & PORTER KAYE SCHOLER
777 South Figueroa St., 44th Floor
Los Angeles, CA 90017
Tel: 213-243-4178
Fax: 213-243-4199

Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I St. NW
Washington, DC 20005
Tel: 202-898-5843
Fax: 202-682-1639

Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
COVINGTON & BURLING LLP
One City Center
850 10th St. NW
Washington, DC 20001
Tel: 202-662-6000

*Attorneys for Defendant*
*MONSANTO COMPANY*

Monsanto hereby moves to exclude Plaintiffs' economic expert James A. Mills, whose putative role in these cases is to "testify about Monsanto's financial condition, net worth, and its ability to pay punitive damages." *See* Exhibit A, Pls.' Case-Specific Expert Disclosures in *Harris*, at p. 3; Exhibit B, Pls.' Case-Specific Expert Disclosures in *I. Hernandez*, at p. 5; Exhibit C, Pls.' Case-Specific Expert Disclosures in *Perkins*, at p. 5. *See also* Exhibit D, Pls.' Case-Specific Expert Disclosures in *Russo* at p. 7.[1]

Mr. Mills submitted the same expert report that he submitted in the *Hardeman*, *Stevick*, and *Gebeyehou* cases. Consistent with the Court's repeated instructions not to relitigate issues previously ruled upon by the Court, but in order to fully preserve the appellate record, Monsanto hereby incorporates the following pleadings that were filed on the MDL docket:

- Monsanto's Motion to Exclude Testimony of James A. Mills (ECF #2412)
- Monsanto's Reply in Support of Motion for Summary Judgment Re: Tier 1 Plaintiffs on Non-Causation Grounds and Exclusion of Drs. Benbrook, Sawyer, and Mills (ECF #2634)

By incorporating by reference its prior filings, Monsanto is in no way waiving any of the arguments raised therein.

---

[1] In the *Russo* case only, Mr. Mills also seeks to offer plaintiff-specific opinions regarding plaintiffs' alleged economic damages, as well as "testimony regarding valuation of Defendant's profits." Monsanto does not herein move to exclude Mills's plaintiff-specific opinions in *Russo*, but does move to exclude Mills's opinions in *Russo* concerning "valuation of Defendant's profits."

| | |
|---|---|
| DATED: November 26, 2019 | Respectfully submitted, |
| | */s/ Brian L. Stekloff*  |
| | Brian L. Stekloff (*pro hac vice*) |
| | (bstekloff@wilkinsonwalsh.com) |
| | Rakesh Kilaru (*pro hac vice*) |
| | (rkilaru@wilkinsonwalsh.com) |
| | WILKINSON WALSH + ESKOVITZ LLP |
| | 2001 M St. NW, 10th Floor |
| | Washington, DC 20036 |
| | Tel: 202-847-4030 |
| | Fax: 202-847-4005 |
| | |
| | Pamela Yates (CA Bar No. 137440) |
| | (Pamela.Yates@arnoldporter.com) |
| | ARNOLD & PORTER KAYE SCHOLER |
| | 777 South Figueroa St., 44th Floor |
| | Los Angeles, CA 90017 |
| | Tel: 213-243-4178 |
| | Fax: 213-243-4199 |
| | |
| | Eric G. Lasker (*pro hac vice*) |
| | (elasker@hollingsworthllp.com) |
| | HOLLINGSWORTH LLP |
| | 1350 I St. NW |
| | Washington, DC 20005 |
| | Tel: 202-898-5843 |
| | Fax: 202-682-1639 |
| | |
| | Michael X. Imbroscio (*pro hac vice*) |
| | (mimbroscio@cov.com) |
| | COVINGTON & BURLING LLP |
| | One City Center |
| | 850 10th St. NW |
| | Washington, DC 20001 |
| | Tel: 202-662-6000 |
| | |
| | Attorneys for Defendant |
| | MONSANTO COMPANY |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 26th day of November, 2019, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

/s/ *Brian L. Stekloff*