**WILKINSON WALSH + ESKOVITZ LLP**
Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonwalsh.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonwalsh.com)
2001 M St. NW
10th Floor
Washington, DC 20036
Tel: 202-847-4030
Fax: 202-847-4005

**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
1350 I St. NW
Washington, DC 20005
Tel: 202-898-5843
Fax: 202-682-1639

**ARNOLD & PORTER KAYE SCHOLER**
Pamela Yates (CA Bar No. 137440)
(Pamela.Yates@arnoldporter.com)
777 South Figueroa St., 44th Floor
Los Angeles, CA 90017
Tel: 213-243-4178
Fax: 213-243-4199

**COVINGTON & BURLING LLP**
Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
One City Center
850 10th St. NW
Washington, DC 20001
Tel: 202-662-6000

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | Case No.: 3:16-cv-05658-VC |
| | MDL No. 2741 |
| *Dickey v. Monsanto Co.*, 3:19-cv-04102-VC<br>*Domina v. Monsanto Co.*, 3:16-cv-05887-VC<br>*Janzen v. Monsanto Co.*, 3:19-cv-04103-VC<br>*Mendoza v. Monsanto Co.*, 3:19-cv-06046-VC<br>*Pollard v. Monsanto Co.*, 3:19-cv-04100-VC<br>*Sanders v. Monsanto Co.*, 3:16-cv-05752-VC<br>*Tanner v. Monsanto Co.*, 3:19-cv-04099-VC | **DECLARATION OF BRIAN L. STEKLOFF IN SUPPORT OF MONSANTO COMPANY'S MOTION TO EXCLUDE TESTIMONY OF MR. STEPHEN PETTY**<br><br>Hearing date: Jan. 29, 2020<br>Time: |

I, Brian L. Stekloff, declare and state as follows:

1. I am a partner at the law firm of Wilkinson Walsh + Eskovitz, LLP, counsel for defendant Monsanto Company ("Monsanto"). I make this declaration in support of Monsanto's Motion to Exclude Testimony of Mr. Stephen Petty on *Daubert* Grounds.

2. Annexed hereto as Exhibit 1 is a true and correct copy of the Expert Report of Mr. Stephen E. Petty, dated October 3, 2019.

3. Annexed hereto as Exhibit 2 is a true and correct copy the curriculum vitae of Mr. Stephen E. Petty.

4. Annexed hereto as Exhibit 3 is a true and correct copy of the Deposition of Mr. Stephen E. Petty, taken November 6, 2019 in *Janzen v Monsanto Compa*ny, Northern District of California Case No. 3:19-cv-04103-VC.

5. Annexed hereto as Exhibit 4 is a true and correct copy of the Deposition of Mr. Stephen E. Petty, taken July 9, 2019 (Volume I) in *Winston, et al. v. Monsanto Company*, St. Louis City Case No. 1822-CC00515.

6. Annexed hereto as Exhibit 5 is a true and correct copy of the deposition of Mr. Stephen E. Petty, taken July 10, 2019 (Volume II) in *Winston, et al. v. Monsanto Company*, St. Louis City Case No. 1822-CC00515.

7. Annexed hereto as Exhibit 6 is a true and correct copy of the deposition of Mr. Stephen E. Petty, taken July 11, 2019 (Volume III) in *Winston, et al. v. Monsanto Company*, St. Louis City Case No. 1822-CC00515.

8. Annexed hereto as Exhibit 7 is a true and correct copy of the deposition of Mr. Stephen E. Petty, taken August 27, 2019 (Volume IV) in *Winston, et al. v. Monsanto Company*, St. Louis City Case No. 1822-CC00515.

9. Annexed hereto as Exhibit 8 is a true and correct copy of the deposition of Mr. Stephen E. Petty, taken August 28, 2019 (Volume V) in *Winston, et al. v. Monsanto Company*, St. Louis City Case No. 1822-CC00515.

1   10. Annexed hereto as Exhibit 9 is a true and correct copy of the deposition of Mr.
2   Stephen E. Petty, taken November 6, 2019 in M*endoza v Monsanto Company*, Northern District
3   of California Case No. 3:16-cv-06046-VC.
4   11. Annexed hereto as Exhibit 10 is a true and correct copy of the deposition of Mr.
5   Stephen E. Petty, taken November 6, 2019 in *Pollard v Monsanto Company*, Northern District of
6   California Case No. 3:16-cv-04100-VC.
7   12. Annexed hereto as Exhibit 11 is a true and correct copy of the deposition of Mr.
8   Stephen E. Petty, taken November 5, 2019 in *Domina v Monsanto Company*, Northern District of
9   California Case No. 3:16-cv-05887-VC.
10  13. Annexed hereto as Exhibit 12 is a true and correct copy of the deposition of Mr.
11  Stephen E. Petty, taken November 5, 2019 in *Dickey v Monsanto Company*, Northern District of
12  California Case No. 3:19-cv-04102-VC.
13  14. Annexed hereto as Exhibit 13 is a true and correct copy of excerpts of the March
14  14, 2019 trial transcript in *Hardeman v Monsanto Company*, Northern District of California, No.
15  C-16-00525-VC.

| | | |
|---|---|---|
| 1 | DATED: November 26, 2019 | Respectfully submitted, |
| 2 | | /s/ Brian L. Stekloff_____ |
| 3 | | Brian L. Stekloff (*pro hac vice*) (bstekloff@wilkinsonwalsh.com) |
| 4 | | Rakesh Kilaru (*pro hac vice*) (rkilaru@wilkinsonwalsh.com) |
| 5 | | WILKINSON WALSH + ESKOVITZ LLP 2001 M St. NW, 10th Floor |
| 6 | | Washington, DC 20036 Tel: 202-847-4030 |
| 7 | | Fax: 202-847-4005 |
| 8 | | Pamela Yates (CA Bar No. 137440) |
| 9 | | (Pamela.Yates@arnoldporter.com) ARNOLD & PORTER KAYE SCHOLER |
| 10 | | 777 South Figueroa St., 44th Floor Los Angeles, CA 90017 |
| 11 | | Tel: 213-243-4178 Fax: 213-243-4199 |
| 12 | | |
| 13 | | Eric G. Lasker (*pro hac vice*) (elasker@hollingsworthllp.com) |
| 14 | | HOLLINGSWORTH LLP 1350 I St. NW |
| 15 | | Washington, DC 20005 Tel: 202-898-5843 |
| 16 | | Fax: 202-682-1639 |
| 17 | | |
| 18 | | Michael X. Imbroscio (*pro hac vice*) (mimbroscio@cov.com) |
| 19 | | COVINGTON & BURLING LLP One City Center |
| 20 | | 850 10th St. NW Washington, DC 20001 |
| 21 | | Tel: 202-662-6000 |
| 22 | | Attorneys for Defendant |
| 23 | | MONSANTO COMPANY |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 26th day of November, 2019, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

/s/ Brian L. Stekloff