# EXHIBIT 6



Deposition of
# Stephen E. Petty, P.E., C.I.H., C.S.P.

## Volume III

**Date:** July 11, 2019

**Case:** WALTER WINTON, et al. v. MONSANTO COMPANY

**No.** 1822-CC0515

**Court Reporter:**  Matthew McKinney, FPR

Paszkiewicz Court Reporting
Phone:  618-307-9320
Toll-Free:  855-595-3577
Fax:  618-855-9513

Page 1

IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS
STATE OF MISSOURI

WALTER WINSTON, et al.,

          Plaintiffs,

 vs.                    CASE NO.: 1822-CC0515

MONSANTO COMPANY,

          Defendant.
_____/


VIDEOTAPED DEPOSITION OF
STEPHEN E. PETTY, P.E., C.I.H, C.S.P.

Taken on Behalf of the Defendant, Monsanto Company

VOLUME III



DATE TAKEN:   Thursday, July 11, 2019

TIME:        9:29 a.m. - 5:03 p.m.

LOCATION:    Regus, Cypress Park West
              6750 North Andrews Avenue
              Suite 200
              Fort Lauderdale, Florida  33309




Examination of the witness taken before:

Matthew McKinney, FPR

Stephen E. Petty, P.E., C.I.H., C.S.P.
July 11, 2019

Page 2

APPEARANCES OF COUNSEL

1
2
3  On behalf of the Winston Plaintiffs:
4     JERRY KRISTAL, Esquire
       Weitz & Luxenberg
5      Cherry Hill Office
       220 Lake Drive East
6      Suite 210
       Cherry Hill, New Jersey 08002
7      (856) 755-1115
       Jkristal@weitzlux.com
8
          and
9
       ROBIN L. GREENWALD, Esquire
10     Weitz & Luxenberg
       New York Office
11     700 Broadway
       New York, New York 10003
12     (212) 558-5500
       Rgreenwald@weitzlux.com
13
14
15  On behalf of the Defendant, Monsanto Company:
16     ANTHONY N. UPSHAW, Esquire
17        and
       MELISSA R. ALVAREZ, Esquire
17     McDermott Will & Emery, LLP
18     333 Southeast 2nd Avenue
       Suite 4500
19     Miami, Florida 33131
       (305) 347-6540
20     Aupshaw@mwe.com
       malvarez@mwe.com
21
22
23  Also Present:
24     Thomas Olender, Videographer
25

Page 3

INDEX

1
2
3  WITNESS:  STEPHEN E. PETTY          PAGE
4  Direct Examination (Cont.) by Mr. Upshaw    5
5  Certificate of Oath              240
6  Certificate of Reporter          241
7
8
          INDEX TO EXHIBITS
9
10        (None marked.)
11
12  (Reporter's Note:  Defendant's Exhibits 1 through 16
13  were marked in Volume I and II of Mr. Petty's
14  deposition.)
15
16             - - -
17
18
19
20
21
22
23
24
25

Page 4

1       MR. KRISTAL:  Based on some questions
2  yesterday on Exhibit 16, which was the January 2009
3  e-mails regarding DTL and the protocol, I had sent
4  Mr. Petty a PowerPoint dated February 16th, 2009,
5  by Dr. Saltmiras.  The MONGLY number is 01231265,
6  which relates to some of the questions and the Tox
7  Technical Working Group, which is referenced in the
8  e-mails.  So he has that and is going to be
9  incorporating that in his testimony.
10      I have copies if you want to ask him about it.
11 Obviously, that's up to you.
12      MR. UPSHAW:  That's it right there?
13      MR. KRISTAL:  That's it, yeah.
14      THE VIDEOGRAPHER:  This is the videotaped
15 deposition of Stephen E. Petty.  Today's date is
16 July 11th, 2019.  The time is 9:31.  This is the
17 case of Walter Winston, et al., plaintiffs, versus
18 Monsanto Company, defendant, case number
19 1822-CC0515.  This case is pending in the Circuit
20 Court of St. Louis, State of Missouri.
21      My name is Thomas Olender.  I am representing
22 Paszkiewicz Court Reporting.  The court reporter is
23 Matt McKinney, also of -- representing Paszkiewicz
24 Court Reporting.  This deposition is taking place
25 at Regus, 65 -- rather, 6750 North Andrews Avenue,

Page 5

1  Suite 200, Fort Lauderdale, Florida.
2       Will counsel please state your appearances for
3  the record?
4       MR. UPSHAW:  Anthony Upshaw on behalf of
5  defendants.
6       MS. ALVAREZ:  Melissa Alvarez on behalf of the
7  defendants.
8       MR. KRISTAL:  Jerry Kristal from
9  Weitz & Luxenberg on behalf of the Winston
10 plaintiffs.
11      MS. GREENWALD:  Robin Greenwald on behalf of
12 the Winston plaintiffs.
13      THE REPORTER:  And, Mr. Petty, I'll just
14 remind you you're still under oath.
15      THE WITNESS:  Thank you.
16          STEPHEN E. PETTY,
17 having been previously sworn, continued to testify as
18 follows:
19      DIRECT EXAMINATION (Continued)
20 BY MR. UPSHAW:
21      Q.  Good morning Mr. Petty.
22      A.  Good morning.
23      Q.  I think we left off yesterday with your
24 opinions regarding dermal absorption, and we also
25 included there at the end your opinions with regard to

2 (Pages 2 to 5)

Stephen E. Petty, P.E., C.I.H., C.S.P.
July 11, 2019

| Page 6 | Page 8 |

**Page 6**

1  inhalation exposure; right?
2  A.  I believe that's correct, yes.
3  Q.  All right.  And then we were moving forward
4  with your opinions, and I'll ask you just directly:
5  What's your next opinion that you intend to
6  provide to the jury?
7  A.  The next opinions would be -- we've covered
8  portions of them in -- how would I say this?  I think
9  I've stated my overall opinion, in saying that really
10  much of these facts in this document simply I would have
11  opinions around them that support the overall -- the
12  overreaching opinion.  And the next area that would be
13  natural to cover would be the areas in the Section 7 of
14  this Exhibit 7 that we haven't touched on already, to
15  the extent we want to go through each and every one of
16  them.  My opinions on them in general would all be the
17  same, but we can cover them individually if you would
18  like.
19  Q.  Just so we're clear, you said your opinions in
20  general on all of the items in Section 7 of your fact
21  summary would be the same.  And what would that be?
22  A.  That would be that, in general, the
23  advertising or the warnings information presented did
24  not meet the standard of care either as evidenced
25  through either Monsanto's own statements on standard of

**Page 7**

1  care, industry positions on standard of care, or
2  governmental positions on the standard of care with
3  respect to warnings and protection of workers and users,
4  I should say.
5  Q.  Okay.  So let's talk a little bit this morning
6  about your statement -- or your opinion, rather,
7  regarding the standard of care.
8  What do you mean by that, "standard of care"?
9  A.  Sure.  That is -- examples of that are in
10  Chapter 7 and 9 of this document.  As far as Monsanto's
11  standard of care, I would -- we'll start there.
12  Q.  Well, can I ask you to define for me what you
13  mean by "standard of care" and then give me examples of
14  that definition?
15  A.  Exactly.  That's what I'm going to do.
16  Q.  Okay.  Great.
17  A.  And this is standard of care with respect to
18  warnings as well as efforts to minimize exposure of end
19  users to, in this case, the product Roundup.
20  Q.  I'm sorry.  With respect to warnings and what
21  was the second thing?
22  A.  And efforts to minimize exposure to end users
23  of the product Roundup -- or the products Roundup.
24  If you'll please turn to page 211 of this
25  Exhibit 7.

**Page 8**

1  Q.  211.
2  A.  For standard of care in this case, I've
3  illustrated what Monsanto says with respect to ensuring
4  that the health and safety of the public to their
5  products.  I've started on page 211, and really I'm
6  illustrating what Monsanto is saying their standard of
7  care is with respect to customers on pages 211 through
8  213.  And they're defining their standard of care as
9  follows:
10  There was a speech given by Monsanto's
11  chairman and CEO -- again, I'm on page 211 -- by Richard
12  Mahoney, and he's talking about finding a balance
13  between technology and public safety.  Again, my focus
14  is on warnings, so that's where I'm looking for what
15  Monsanto's saying their standard of care is.  And he
16  makes a statement in his speech, as I've sort of
17  highlighted -- I've tried to write the whole portion
18  there so that you see the whole portion of that
19  paragraph.
20  But he says, "Industry in the United States
21  gets its freedom to operate from the people."  And then
22  he concludes by saying, "We have to earn that right to
23  operate by dealing with people openly and freely, and by
24  working with them to address their problems and
25  concerns."  And so they're saying that they're going to

**Page 9**

1  be basically transparent with the information they have,
2  so I'm asking -- one of the comparisons I'm making is
3  the way in which Monsanto operated with the public open
4  and free, and I'm trying to form an opinion as to
5  whether or not they did that or not.
6  Q.  So I'm trying to understand what you mean by
7  "a standard of care," which is why I asked for a
8  definition before we got into any examples.
9  Is a standard of care what you would consider
10  some mission statement?
11  A.  The standard of care is how either Monsanto,
12  the industry -- with respect to warnings, is how either
13  Monsanto, industry, or a governmental entity says an
14  entity should behave in terms of providing information
15  on health and safety to the public.
16  Q.  So a standard of care is some guidance as to
17  how a company should act or behave?
18  A.  It's their positions on how they should
19  behave, their own self-imposed positions.  And I'm
20  specifically limiting it to really how -- what they're
21  talking about from the standpoint of public health and
22  safety.  And --
23  Q.  And each company should have their own
24  standard of care?
25  A.  Not necessarily.  I think the standards of

3  (Pages 6 to 9)

Stephen E. Petty, P.E., C.I.H., C.S.P.
July 11, 2019

| Page 10 |
| --- |

1  care in fact generally, as you'll see, as we go through
2  this, reflect -- they should reflect industry and
3  governmental positions on standard of care with respect
4  to warnings and erring on the side of public health and
5  safety. And that's why what I did with Monsanto, was to
6  look to see what their stated positions were on a lot of
7  these issues.
8      Q. So wait.
9      A. And --
10     Q. I'm sorry.
11     A. And you'll find that, in fact, they adopt some
12 of the public health and safety positions of the
13 industry, which I'll get to if you want me to continue.
14     Q. We are going to get to that, because I want to
15 understand your opinion in this area, but for me to
16 better understand:
17         Are you saying that a company in
18 general -- that a standard of care is some statement
19 that a company has made and then you're testing their
20 actions against that statement?
21     A. As an aggregated set of statements in terms of
22 policy regarding public health and safety, yes.
23     Q. Okay. And then is there a separate statement
24 by the industry that a particular company within that
25 industry should somehow guide themselves when it comes

| Page 11 |
| --- |

1  to -- I understand when it comes to warnings and safety
2  and health.
3      A. Well, I think most of the industry standard of
4  care information comes from the chemical and
5  petrochemical industry that I'm citing, particularly
6  from MCA over the years, through the LAPI standards. I
7  mean, that's where the warnings started on the industry
8  side. If you go back to the public side, you can go all
9  the way back to Hamilton in the early 1900s on their
10 statements.
11        But what you'll find is that the standard of
12 care really tends to be, at least theoretically, the
13 same with respect to erring on the side of public health
14 and safety and minimizing public health and safety risk
15 to end users. That's the objective in the arena of
16 public health and safety. And, in fact, Monsanto
17 indicates that as well as we go through these
18 statements.
19     Q. Isn't that statement that you just
20 made -- isn't that the objective of every company that
21 provides a product to consumers?
22     A. I would say that it -- well, I don't know if
23 it is or not, but I would say that, ultimately, I think
24 a company should adopt the industry and the
25 governmental -- the problem with the governmental side

| Page 12 |
| --- |

1  is the governmental side is relatively recent when you
2  compare public health and safety positions that go back
3  into the early 1900s.
4      Q. We haven't even gotten into the government
5  side yet --
6      A. What I'm saying is that, typically, what
7  happened on the warnings side was you had public health
8  officials, Massachusetts Department of Health for
9  example back in the day, some leading industrial
10 hygienists like Drinker out of UMass, and then wanted to
11 work for industry. And those folks began really
12 developing the field of industrial hygiene, which was
13 to -- they were initially looking at the fact that there
14 were a lot of workers getting sick or getting hurt, and
15 there was very little knowledge about either why or what
16 to do about it, and that's where the field of industrial
17 hygiene began really in the early 1900s. As that
18 process evolved, then on the warnings side, you had
19 industry, through MCA, develop the LAPI standards
20 beginning in 1944, Label and Precautionary Information.
21 Those were really initially only focused on acute
22 hazards, and it's a bit of a holdover today in FIFRA.
23        But then the LAPI standards, there were seven
24 versions of that from 1944 or '5 to 1970, and about
25 1970, ANSI -- then you start to have these consensus

| Page 13 |
| --- |

1  standard organizations, ANSI, ASHRAE, ASTM, and they
2  then developed health and safety standards, labeling
3  standards. And ANSI developed a standard called 129.1,
4  which really uses a basis for its initial versions of the
5  LAPI work, which made sense, and then --
6      Q. Mr. Petty, do you remember what my question
7  was?
8      A. Yeah, I'm getting there.
9      Q. I don't remember what my question was. Do you
10 remember what my question was?
11     A. You're asking what the -- whether or not all
12 companies had the same basis, and I'm trying to get to
13 that.
14     Q. No. That wasn't what I asked. My question
15 was --
16        MR. KRISTAL: Let him finish his answer, and
17     then you can say, "You didn't answer my question,"
18     or whatever you want to say.
19 BY MR. UPSHAW:
20     Q. Jerry's absolutely correct. Go ahead.
21     A. I'm just trying to give you a history of
22 warnings, and then that will be an overlay for questions
23 that I answer for all of this, if that's helpful.
24     Q. It's not, but you can answer the question how
25 you wish.

4 (Pages 10 to 13)

Stephen E. Petty, P.E., C.I.H., C.S.P.
July 11, 2019

Page 14

1    A. Well, I would hope it would be helpful to
2 understand the history of warnings. I mean, I would be
3 surprised that you wouldn't be interested in that.
4    Q. Are you finished with your answer, sir?
5    A. No.
6    Q. Please continue.
7    A. But what I'm saying is that the ANSI standards
8 then began to look at not only acute hazards but chronic
9 hazards. And then you had -- you sort of had in
10 parallel -- especially on the pesticide side, you had
11 regulatory activity that really began to become --
12 there's some exceptions -- became more robust once it
13 was pulled into the EPA around 1970, and you see a lot
14 of the development of the FIFRA standards with respect
15 to labeling and warnings begin at that point.
16    Now, appreciate, in parallel, the ANSI 129
17 standards still exist to this day, and then you also had
18 an ANSI 400 standard, which was the MSDS standard, and
19 overlaying that you had the OSHA HazCom Standard in '83,
20 '87 and '94, that provided regulatory language for
21 preparation of labels and MSDSs. So it's -- that sort
22 of history that results in the standard of care, if you
23 will, with respect to what people should do in terms of
24 providing adequate warnings.
25    Q. Are you done?

Page 15

1    A. Yes.
2    Q. Okay. Move to strike, nonresponsive.
3    My question was pretty simple, Mr. Petty. It
4 was -- you gave us a general statement that the standard
5 of care is that a company should act -- and I'll
6 paraphrase -- in a transparent manner to best provide
7 the consumer, the public, a safe and healthy product.
8    A. And that's consistent with the language that I
9 just cited to you through history.
10    Q. So I wasn't done with my question. That was a
11 prelude.
12    My question is: Do you know of one company in
13 operation today where their goal, when providing a
14 product to consumers, is not to provide a safe and
15 healthy product to that consumer, to the general public?
16    A. I think there's clear evidence in this case
17 that the Monsanto Roundup -- the way in which they
18 behaved, with respect to information, is far from being
19 transparent, yes.
20    Q. Okay. Any other company you can think of?
21    A. I worked on the DuPont C8 cases, and with
22 respect to C8, there was very similar evidence with
23 respect to what they did in terms of providing -- in
24 fact, my opinions were very similar in the C8 cases as
25 they are in this case.

Page 16

1    Q. Any other company that you testified against,
2 that did not follow the standard of care that you just
3 elaborated for us?
4    A. Well, I've written perhaps 100 reports
5 regarding -- as part of my work, comments on adequacy of
6 MSDSs, for example, or adequacy of labeling. So in
7 those senses, I've done that for probably a dozen or
8 more companies, yes.
9    Q. Such as?
10    A. Probably Ashland Chemical, Sherwin-Williams
11 perhaps, Goodyear. Those are the ones that jump out at
12 me, but I've probably made comments on -- it's not that
13 100 percent of their labels were necessarily wrong or
14 bad, but I've made comments on labeling and MSDSs for
15 perhaps 100 different occasions.
16    Q. And on each of those occasions where the
17 labeling or MSDS was bad in some respect, that was a
18 breach of their standard of conduct?
19    A. In my opinion.
20    Q. Okay. Do you consider yourself an expert in
21 the concept of warnings?
22    A. I do.
23    Q. And have you had any training specifically
24 with regard to product warnings?
25    A. Well, certainly I've had the training in both

Page 17

1 the preparation courses in Michigan and at AICAHE on --
2 both of the prep courses for getting my CSP and for my
3 CIH had warnings training in them.
4    Q. And how long were those courses?
5    A. One week.
6    Q. Each or --
7    A. Each.
8    Q. Okay. So during that one week, approximately
9 how much time did they spend on warnings?
10    A. I don't recall.
11    Q. More than a day?
12    A. It was probably on the order of -- it would
13 probably be on the order of that amount of time, yes.
14    Q. And I'm figuring a day is -- you had a full
15 day, eight hours of training?
16    A. Something like that.
17    Q. Yeah, okay. So you had two one-week courses
18 with regards to warnings. Separate from litigation,
19 have you ever been asked to evaluate a product warning
20 to determine whether it was adequate?
21    A. I don't believe so.
22    Q. Have you ever conducted a study on consumer
23 product warnings?
24    A. In the sense of under litigation, I have, yes.
25    Q. Okay. How about outside of litigation?

5 (Pages 14 to 17)

Stephen E. Petty, P.E., C.I.H., C.S.P.
July 11, 2019

Page 18

1    A.  I don't know that I did outside of litigation.
2    Q.  And what study did you conduct with regard to
3    consumer product warnings within litigation?
4    A.  Well, I've done them, as I've mentioned
5    before, on almost 100 different cases.
6    Q.  You did a study on all the warnings on these
7    particular companies like Dow or Ashland?
8    A.  I was looking at specific products.
9    Q.  Okay.  And you looked at the warnings with
10   regard to a specific product at those particular
11   companies?
12   A.  Or products.
13   Q.  Okay.  So in some of the companies, you looked
14   at several products, and some you looked at just one?
15   A.  Sure.
16   Q.  And that's what you would consider a study of
17   their consumer product warnings?
18   A.  Sure.  I'm looking at the labels.  I'm looking
19   at the MSDSs, absolutely, and I'm comparing and
20   contrasting them with what, for example, OSHA says they
21   should contain or have.
22   Q.  Okay.  Using the compare and contrast
23   methodology?
24   A.  Yes.
25   Q.  Ever look industrywide at the warnings,

Page 19

1    consumer product warnings for a particular industry?
2    A.  Well, sure.  I mean, that's the whole reason
3    that I've studied at length the whole history of
4    warnings.
5    Q.  What industry did you look at, sir?
6    A.  I answered that question.  I mean, it's the
7    entire industry covered by -- well, it's all of industry
8    under -- originally under Hamilton and NOES, they were
9    looking at specific problems in certain industries.
10   Q.  Which specific industries, I'm asking you
11   about, have you personally looked in a study --
12   A.  What -- like, what Franker looked at and stuff
13   going back?  I mean, I've got hundreds of papers on
14   warnings.
15   Q.  And I don't want to get us sideways.
16   I want to find out if you have done any
17   industrywide studies with regard to warnings, and what I
18   mean by "industrywide" is a particular industry, like
19   the tire manufacturing industry or the air conditioning
20   industry or the automobile industry.
21   A.  Well, I think I've done -- I've certainly
22   reviewed the whole history at length of MCA, all the way
23   through 129 and for industry in general.
24   Q.  Which industry?
25   A.  Industry in general.

Page 20

1    Q.  Okay.  So other than industry in general and
2    your review of general history all the way back to
3    Hamilton, have you looked at any particular U.S.
4    industry with regard to their particular product
5    warnings for their particular products in the -- such as
6    the examples I mentioned?  Not in general, not a history
7    lesson.  But if you looked at -- and you keep referring
8    to MCA, which is the chemical industry; correct?
9    A.  Sure -- well, petrochemical.
10   Q.  Okay.  We'll call it petrochemical.  Have you
11   studied the petrochemical industry and their warnings
12   and labels?
13   A.  Segments of it.
14   Q.  Segments.  But you haven't studied the entire
15   industry?
16   A.  I'm not sure if anybody has.
17   Q.  I don't know if they have.  I'm asking the
18   question.
19   A.  That would be a lifetime job maybe and more
20   than a lifetime.  I've certainly looked at -- I
21   certainly am well-versed in the history of warnings.
22   I've got dozens if not hundreds of papers on warnings.
23   I've got over 15,000 MSDSs.  So, you know, when you ask
24   that question, I mean, I've read a lot of the work by
25   Drinker, who was the preeminent individual really in

Page 21

1    public health and safety in the '40s, and he was looking
2    at, for instance, benzene exposures from people working
3    in various industries, paint industry, working with
4    leather goods, et cetera, and that's -- and I've spent a
5    lot of time looking at the Pliofilm work, which was the
6    origins of really most of the current regulations on
7    benzene.
8    Q.  The what work?
9    A.  Pliofilm.  Goodyear Pliofilm studies in Akron
10   and St. Marys.
11   Q.  And what was that?  Goodyear Pliofilm, is that
12   what you're saying?
13   A.  That was the basis really for the benzene
14   standard ultimately, was the Pliofilm studies by Infante
15   and others.  The two major facilities that Goodyear
16   operated in Ohio were in the Akron, Canton area as well
17   as St. Marys, Ohio.
18   Q.  Did that work, this Pliofilm work, have
19   anything to do with the warnings or labels that Goodyear
20   was using?
21   A.  Or lack thereof.
22   Q.  So they studied the labeling and what they
23   were telling the public?
24   A.  No.  They studied the exposure.
25   Q.  Oh.

6 (Pages 18 to 21)

Stephen E. Petty, P.E., C.I.H., C.S.P.
July 11, 2019

Page 22

1    **A.  And they realized that the exposures were**
2    **resulting in elevated levels of leukemia.**
3    Q.  Sure.  So they were looking at --
4    **A.  Because the people weren't -- they weren't**
5    **being protected.  They weren't being warned.**
6    Q.  That's what I thought.  So these studies were
7    a study of exposure and exposure levels and how people
8    were getting sick?
9    **A.  Well, it's not just that; it's the**
10   **epidemiology, it's the exposure analysis, it's the PPE,**
11   **it's the warnings.**
12   Q.  That's not what these studies were about.
13   These studies were about epidemiology and why people
14   were having certain illnesses from being exposed; right?
15   **A.  That's not true at all.**
16   Q.  Okay.
17   **A.  In fact, there's detailed exposure analysis as**
18   **well, which is different from epidemiology, by multiple**
19   **people.**
20   Q.  Okay.  Have you ever tested any warnings?
21   **A.  In what sense?**
22   Q.  Done study groups, polls?
23   **A.  Well, I've -- with my own staff.  I mean, we**
24   **did -- under OSHA, it turns out we're not required**
25   **because we're inspectors, but we fit-tested all of**

Page 23

1    **our -- because we would end up in attics where there was**
2    **bird dung and all sorts of weird things and we didn't**
3    **know vermiculite had asbestos in it, so as a matter of**
4    **ensuring their safety, every year I fit-tested all of my**
5    **staff, and then we had a health and safety plan and we**
6    **had a fall protection plan.**
7    **So we -- I've -- in the real world, because I**
8    **was a forensics engineer primarily for industry and --**
9    **both in terms of the gas industry as well as for the**
10   **insurance industry, and I was doing -- I was doing above**
11   **and beyond what was required for my staff because I**
12   **wanted to ensure their health and safety.  So I did it**
13   **first-hand for 20 years.**
14   Q.  I apologize.  That was probably a bad question
15   because I wasn't asking you whether or not you
16   fit-tested your staff for respirators or the like.
17   **A.  No, no, that's not only what I did.  I did**
18   **much more than just fit-test my staff.  I just went**
19   **through a long answer about all the things I did to**
20   **protect them.**
21   Q.  And my question was, which again I apologize
22   if I gave you a bad question:  Have you tested any
23   warnings with either a focus group or some type of
24   polling?
25   MR. KRISTAL:  Object to the form of the

Page 24

1    question.
2    **A.  The only -- the formal training I have is**
3    **behavioral marketing, which is what works and what**
4    **doesn't with respect to convincing people to behave**
5    **certain ways.  But I have not done independent test**
6    **groups on individual behaviors, other than I've**
7    **certainly read at length many papers about the**
8    **difficulty of using PPE versus the other hierarchy of**
9    **controls.**
10   Q.  Does anything prevent me or anyone else from
11   going to read those exact same papers?
12   **A.  Over 20 years, yeah, it would take you a**
13   **while.**
14   Q.  Okay.  Nothing prevents someone from doing
15   that; right?
16   **A.  But you do not have the formal recognized**
17   **qualifications of CIH and CSP.**
18   Q.  But nothing prevents me from reading those
19   papers, does it?  Do you have to be a formal, recognized
20   CIH to read the papers you found publicly available?
21   **A.  That's what makes me an expert in this area.**
22   Q.  That's not my question, what makes you an
23   expert.  My question was:  Do I have to be a CIH to read
24   the publicly available papers you just mentioned?
25   **A.  I don't know the answer to that.  It depends**

Page 25

1    on what your technical background is on some of these.
2    Some of them are very technical.
3    Q.  So you're questioning whether I would
4    understand them.  That's not my question.  Whether I
5    understand them or not is a totally different question.
6    The question is:  Are they available to me and
7    can I read them?
8    **A.  The publicly available ones, I'm sure you**
9    **could read them.**
10   Q.  Okay.  And so anyone can read exactly what
11   you've read to make yourself an expert.  You're telling
12   us that there's more to your expertise than just reading
13   these articles; correct?
14   MR. KRISTAL:  Object to the form of the
15   question.
16   **A.  That's not what I -- I mean...**
17   Q.  So it's not right?
18   **A.  I don't know what your question is.  It**
19   **doesn't make any sense to me.**
20   Q.  My question is:  What you're trying to say is
21   you did more than just read a bunch of articles to
22   become an expert?
23   **A.  Absolutely.**
24   MR. KRISTAL:  Objection to form.
25   THE WITNESS:  I mean, you can go through the

7 (Pages 22 to 25)

Stephen E. Petty, P.E., C.I.H., C.S.P.
July 11, 2019

Page 26

1    credentials and see what they are. I'm one of the
2    few people that have all three, less than 200.
3    BY MR. UPSHAW:
4        Q.  Less than 200 have all three? CIH and
5    what else?
6        A.  CSP and PE.
7        Q.  Okay. All right. You were starting to tell
8    me about what Monsanto's standard of care was that they
9    have, I guess, imposed upon themselves.
10       A.  Yes.
11       Q.  And that's here in 9.2?
12       A.  It is.
13       Q.  And that was imposed on themselves I guess in
14   this speech that you've given us an excerpt from --
15       A.  By their senior management.
16       Q.  -- by CEO Richard Mahoney.
17       A.  Hugh Grant.
18       Q.  Well, I'm looking at your section here, and
19   this doesn't say anything about Hugh Grant.
20       A.  It does in the second paragraph.
21       Q.  Well, we're not there yet, sir.
22       A.  Well, you just said in this section. It is
23   this section.
24       Q.  How about I finish the question, and then I'll
25   give you an opportunity to answer? Can we do that

Page 27

1    today?
2            MR. KRISTAL:  As long as somebody gives me the
3        opportunity to object.
4            MR. UPSHAW:  And we'll give you the
5        opportunity to object in between, how about that?
6        We'll do it the way we're supposed to do it, the
7        old-fashioned way.
8    BY MR. UPSHAW:
9        Q.  So let me start my question again. We had
10   started to discuss what you consider Monsanto's
11   self-imposed standard of care, and we started with your
12   rendition --
13       A.  With respect to warnings.
14       Q.  With respect to warnings, thank you.
15           Your reading a section of a speech by Richard
16   Mahoney that looks like a keynote speech you say at the
17   1989 American Industrial Hygiene Conference in St.
18   Louis.
19           Now, what's confusing to me when I read that,
20   it says, the next two words are "in 1969 entitled." So
21   did Mr. Mahoney give this speech in 1989, or did he give
22   this speech in 1969?
23       A.  Going to 242, it's November of 1989.
24       Q.  So 1969 should be '89, then; right?
25       A.  Correct.

Page 28

1        Q.  Okay. So in 1989, it's your testimony that
2    Monsanto, as you state here in your title, self-imposed
3    a standard of care with this speech; is that correct?
4        A.  In part.
5        Q.  In part. Okay. Now tell me what the other
6    part is.
7        A.  The other part are the other statements that I
8    put throughout this section.
9        Q.  Okay. Again, all -- I assume you're adding
10   them all up to create an overall standard of care for
11   Monsanto?
12       A.  To give one an overall impression as to how
13   they view their own self standard of care, yes.
14       Q.  All right. Tell me how you build this self
15   standard of care.
16           MR. KRISTAL:  Object to the form.
17       A.  I don't build it. I'm simply showing what
18   they're saying they're going to do, how they're going to
19   behave.
20       Q.  Okay. Tell me about that.
21       A.  So then the next -- the next statement that I
22   cite is from Hugh Grant, who was president and CEO of
23   Monsanto, and the interesting statement he makes is
24   that, "We will always do what is right, even when we are
25   faced with situations not governed by specific laws or

Page 29

1    regulations." Nice statement to make. What he's saying
2    is we're not going to be limited by the laws; we're
3    going to do the right thing.
4        Q.  Okay. That's your interpretation of the
5    statement, yes?
6            MR. KRISTAL:  Object to form.
7        A.  That's what it says.
8        Q.  What it says is what it says. You just added
9    on, "What he is saying is," dot dot dot?
10           MR. KRISTAL:  Object to form.
11       A.  I think it's obvious what it says.
12       Q.  Okay.
13       A.  Then we have Myron Richardson, who in his
14   deposition agrees with the code of business conduct
15   about not bribing government officials, and the code of
16   business conduct that he's agreeing to is this statement
17   at the bottom of the page that says, "Our pledge" -- in
18   part, what it says is, "Our pledge," "Transparency" and
19   "Sharing." "Monsanto declares we will ensure that
20   information's available, accessible and understandable,
21   and we will share knowledge and technology to advance
22   scientific understanding, to improve agriculture and the
23   environment, to improve crops," et cetera.
24       Q.  So "et cetera" would just be "and to help
25   farmers in developing countries"?

Stephen E. Petty, P.E., C.I.H., C.S.P.
July 11, 2019

Page 30

1     A.  Yeah.
2     Q.  Okay.  And you have some contention with that,
3  or we're still building on what Monsanto has created as
4  their standard of care?
5     MR. KRISTAL:  Objection to the form.
6     A.  I'm simply outlining statements they have made
7  regarding how they are planning to behave with the
8  public.
9     Q.  How they're planning to behave.  Okay.
10     A.  At least they're telling the public that's how
11  they're going to behave.
12     Q.  All right.  And when was that statement, I'm
13  sorry, the last one?  2018 deposition?
14     A.  This was a deposition.  I'd have to go back to
15  the attachment to see exactly when this code of business
16  conduct was in place.  It would be -- it's attached
17  there as an Exhibit 198.
18     Q.  All right.  Let's look at that.  When was
19  198 --
20     A.  That's the deposition, I think.
21     Q.  Oh, okay.  Well, I think we've got the
22  attachments.
23     You do.  Let's see.  Which attachment would it
24  be?
25     MR. KRISTAL:  F.

Page 31

1     MR. UPSHAW:  Oh, working the wrong way.
2  Working from the back.  Okay.  F.
3     All right.  Let's see.  Do you know where 198
4  is?
5     MS. ALVAREZ:  Let's find out.
6     MR. UPSHAW:  All right.
7     THE WITNESS:  I think I've summarized, just to
8  help you out, the pages on pages 211 and 212.
9  BY MR. UPSHAW:
10     Q.  My question is -- so I have a question pending
11  with you:  What date was that statement published?
12     A.  Oh, okay.  We would have to look at the
13  document.
14     Q.  Yeah, I'm looking through it now, just --
15     MR. KRISTAL:  If you go to the last page, it
16  looks like 2012 on the very last page, but...
17     MR. UPSHAW:  We'll see.
18     MR. KRISTAL:  Just trying to move you along.
19     MR. UPSHAW:  I appreciate that.  It's a really
20  simple question.  We've just got to find an answer
21  to it.
22     MS. ALVAREZ:  I don't see 2012 on the page.
23     MR. KRISTAL:  It says "2012 release," you see
24  it?  And then there's a copyright 2012.
25     MR. UPSHAW:  No.  Our last page is 27.  Do you

Page 32

1  have a different document?
2     MS. ALVAREZ:  The last page is just waivers.
3     MR. UPSHAW:  Do you have some after the
4  waivers page?
5     MR. KRISTAL:  Yeah.  Mine's 28 pages.
6     MR. UPSHAW:  Yeah, see, ours is only 27.
7     MS. ALVAREZ:  Ours is 27 pages.
8     MR. KRISTAL:  Here, let me hand you the 28th
9  page or at least show it to you.
10     MR. UPSHAW:  Yeah, let me just answer that
11  question and move on.
12     THE WITNESS:  Looks like the gremlins in the
13  file swap have dropped your page.
14     MR. UPSHAW:  Actually, we've found a couple
15  discrepancies between what we got.
16     MS. ALVAREZ:  Are we off the record?
17     MR. UPSHAW:  No.  Let's go off the record for
18  a second.
19     THE VIDEOGRAPHER:  We're going off the record
20  at 10:10.
21     (Discussion off the record.)
22     THE VIDEOGRAPHER:  We're back on the video
23  record.  The time is 10:12.
24  BY MR. UPSHAW:
25     Q.  Great.  Thank you.  We took a little break

Page 33

1  just so we could determine what's going on with Exhibit
2  198.  We determined it was Exhibit 198-F.
3     Mr. Petty, have you had a chance to refresh
4  your recollection with regard to that exhibit?
5     A.  I have.
6     Q.  Okay.  And after you've now refreshed your
7  recollection, do you recall when that exhibit was
8  published?
9     A.  It says it was released in 2012.
10     Q.  Okay.  Just -- and then the deposition that
11  you have referred to in Exhibit 7 was in 2018; is that
12  correct?
13     A.  That is correct.
14     Q.  Okay.  I was just trying to get our dates
15  straight.
16     All right.  Please continue.
17     A.  So then I'm just citing a series of items
18  within that code of conduct document at the beginning of
19  the bottom of page 211, going through 212.
20     Q.  Okay.  And why did you pick out these
21  particular --
22     A.  Because it's Monsanto's code of conduct and
23  I'm looking at items that would relate to how they're
24  going to interface with the public.
25     Q.  Okay.

9  (Pages 30 to 33)

Stephen E. Petty, P.E., C.I.H., C.S.P.
July 11, 2019

Page 34

1    A.   And so we have Mr. Richardson in his testimony
2   saying -- agreeing, at the bottom of 211, that the code
3   of conduct does not allow for false or misleading
4   advertising or bribing government officials.  So that's
5   what he testified to.  But then beyond that, I went
6   ahead and I went and looked at the attachment to his
7   deposition just to see what the actual code of conduct
8   said.  And from that, I extracted the paragraphs that
9   begin at the bottom of page 211 and continue on to -- it
10  looks like on to the beginning of 213.
11      Q.  Okay.  And --
12      A.  And so I've pulled out some statements there
13  we can either go through or they just are what they are.
14      Q.  So my question is:  What was your criteria for
15  pulling out these particular statements?
16      A.  I think I just answered that.
17      Q.  So -- I guess I didn't hear you.  So can you
18  tell me why you pulled out these?
19      A.  Well, it's how does the corporation view how
20  they're going to interface with the public.
21      Q.  "Interface with the public," yes, you did say
22  that.
23          And as you said, I think the statements say
24  what they say, so I don't need you to read them unless
25  you feel compelled to do so.

Page 35

1    A.   No.  I'm --
2      MR. KRISTAL:  If there's a question, he'll
3   answer them.
4   BY MR. UPSHAW:
5      Q.  Well, I think the words speak for themselves.
6   Okay.  Go ahead.
7      A.  So you have their internal views on how
8   they're going to behave with the public.  And then they
9   also agreed -- they're a member of CropLife, and
10  CropLife -- members of CropLife agree to live within the
11  international code of conduct.  I have a reference to
12  that.
13      MR. KRISTAL:  Do you mind if I state the page
14  so we can move more quickly?  He's trying to find a
15  particular reference.
16      MR. UPSHAW:  Oh, yeah, help him out.
17      MR. KRISTAL:  On page 215, I think.
18      THE WITNESS:  Yeah, and there's also --
19      MR. KRISTAL:  Oh, it may be referenced
20  elsewhere.
21      THE WITNESS:  There's actually examples of
22  this document earlier in this document.
23      MR. UPSHAW:  You're messing up.  See?  You're
24  getting in the middle of the way.
25      THE WITNESS:  So anyway, this is just --

Page 36

1      MR. KRISTAL:  Well, this is the document.
2      THE WITNESS:  This is the document, and I'm
3   just saying that Monsanto has agreed that they will
4   also, as an organization, comply with the
5   International Code of Conduct on Pest Management.
6   BY MR. UPSHAW:
7      Q.  And where does it say that?
8      A.  On 215.  Because they're a member of CropLife.
9   I also believe it says it on their web page.
10         And, specifically, just by way of reference,
11  I've pulled out some of -- I pulled out article 11 under
12  this International Code of Conduct, which is the
13  advertising portion of that code of conduct, and
14  reproduced it on pages 155 and 156.  And then I've
15  highlighted some of the language that I'm going to use
16  to compare and contrast, if you will, actual behavior to
17  stated behavior with respect to warnings, and of course
18  advertising is part of warnings.
19      Q.  So article -- okay.  Got you.
20      A.  So I'm just -- I'm -- I've tied Monsanto, if
21  you will, to this particular document where Jerry
22  indicated, but I've also provided a portion of that
23  document in this Exhibit 7 as well, just FYI.
24      Q.  And the document would be the International
25  Code of Conduct on the Distribution and Use of

Page 37

1   Pesticides?
2      A.  Yeah, 2003.  You can see it on page 154.
3      Q.  Got you.  Okay.
4      A.  And it's -- it's my Exhibit 172.
5      Q.  And this is all in support of the opinion
6   that --
7      A.  This is setting the table, if you will, for
8   how Monsanto says they will behave in terms of providing
9   information to the public.  And, specifically, I'm
10  focused on warnings.
11      Q.  Okay.  What else do we need on the table to
12  make it fully set?
13      A.  On pages 214 and 215, you kind of jumped over
14  that area at the bottom of 214 and 215, but I'm also
15  citing language within the Monsanto product stewardship
16  and pledge statement.
17      Q.  So at the bottom of 214, where it says under
18  "Monsanto's Product Steward and The Pledge" --
19      A.  "Stewardship and Pledge," yes.
20      Q.  "Stewardship and Pledge," we're skipping that
21  paragraph?
22      A.  No, no.  I'm just saying -- I'm trying to make
23  sure out of completeness.  I think we've covered the
24  material previous to that; right?  We've agreed that
25  that's -- well, actually, we've gotten through the top

10  (Pages 34 to 37)

Stephen E. Petty, P.E., C.I.H., C.S.P.
July 11, 2019

Page 38

1  of 213, and then we touched briefly on the middle of
2  215; correct?
3      Q.  I --
4      A.  The International Code.
5      Q.  We did talk about the International Code, yes.
6      A.  So the only areas that remain open are the
7  language between the -- on 213, 214, where I'm citing --
8  on the bottom of 213 -- I'm sorry.  I correct myself.
9          This is a continuation.  The code of business
10  conduct continues.  You can see it's page 18.  So that
11  continues through 213.  The only thing left was -- I was
12  correct before -- was at the bottom of 214, I'm also
13  going to cite language within their product stewardship
14  and pledge statement on that web page.
15      Q.  Okay.  I just noticed something else because
16  you had talked about the International Code of Conduct
17  on Pesticide Management.
18      A.  Yes.
19      Q.  And that appears to be a different document --
20  well, I should ask a question.  Is that a different
21  document than the International Code of Conduct on the
22  Distribution and Use of Pesticides 2003?
23      A.  It is.  It is.
24      Q.  So you're talking about two separate documents
25  with regard to the International Code of Conduct?

Page 39

1      A.  Well, I'm talking about one that updates the
2  other, it appears, 2003 and 2013.  So there are two
3  versions of it.  And I've specifically called out the
4  language in 2003.
5      Q.  So is there something to indicate that
6  Monsanto, back in 2003, says they were going to follow
7  the International Code of Conduct that you state on 215
8  was put out in -- actually in June of 2013?
9          I know the 2s are getting messed up, so I hope
10  you're following.
11      A.  All we know is that the web page -- I don't
12  know how far back the web page goes, but they're saying
13  at the top of 215 that, "We subscribe to international
14  stewardship standards, including the International Code
15  of Conduct on Pesticide Management."
16      Q.  Right.  And I guess I'm trying to determine
17  when that statement was made.  Was it made back in 2003,
18  or was it made in reference to the code you cite on page
19  215, which it appears came from a conference in June
20  2013?
21          MR. KRISTAL:  Object to the form.
22      A.  Well, it certainly would apply at least as of
23  2013 with respect to Monsanto.  But with respect -- it
24  would apply to the industry standard of care before
25  then.  I guess I'll leave my answer at that.

Page 40

1      Q.  Okay.  We're going to get to the industry
2  standards --
3      A.  Because I'm uncertain about exactly when it
4  showed up on their website.
5      Q.  And we're going to get to industry standards
6  in a second.
7      A.  Sure.
8      Q.  Okay.  So we're at the bottom of page 2014,
9  and you were making a reference to "Monsanto's Product
10  Stewardship and The Pledge."
11          Is there anything we need to directly review
12  to set the table?
13      A.  Just the -- I've typically highlighted the
14  language that I think's most relevant, underlined it or
15  italicized it.  Unless you want to go over it, it is
16  what it is.
17      Q.  I agree it says what it says.
18      A.  And then in 2015, we have a statement in their
19  sustainability report that says what it says, behaving
20  with integrity.
21      Q.  All right.
22      A.  All right.  So the combination of that sets
23  the tone for how Monsanto says it's going to behave with
24  the public, particularly with respect to warnings and
25  advertising.

Page 41

1      Q.  So is product stewardship the same as a
2  standard of care?
3      A.  Elements of it could -- well, elements of it
4  are certainly part of the standard of care for the
5  segment -- for the standard of care that I'm addressing.
6      Q.  So I'm not clear on what you mean by "elements
7  of it."  Elements of product stewardship?
8      A.  Yeah.  Portions of the product stewardship
9  statement that I've cited would be part of the standard
10  of care with respect to -- with respect to warnings and
11  minimizing the -- erring on the side of public health
12  and safety.
13      Q.  Okay.  Just in general, what do you consider
14  product stewardship?
15      A.  Well, I think different people define that
16  differently.  But in general -- I mean, I'm not going to
17  try to define it for Monsanto, but I --
18      Q.  That's why I asked what do you think.
19      A.  Well, Monsanto says that -- on page 212, they
20  say, "Product stewardship is Monsanto's obligation to
21  assess and support our products and technologies."  I
22  mean, they keep it quite broad.
23      Q.  Okay.  What do you, Mr. Petty, consider
24  product stewardship?
25      A.  Well, I want to finish the statement they make

11 (Pages 38 to 41)

Stephen E. Petty, P.E., C.I.H., C.S.P.
July 11, 2019

Page 42

1  about their product stewardship because it's consistent
2  with what I understand it to be. "We do so" --
3      Q.  So you're -- okay.  Finish your statement.
4  I'm sorry.
5      A.  "We do so by evaluating whether these products
6  and technologies are safe and environmentally
7  responsible."
8          So in general, the concept of product
9  stewardship is to not only be responsible for the
10  production of the product but also be responsible for
11  how it impacts people and the environment.
12      Q.  So you adopt Monsanto's definition of "product
13  stewardship"?
14      A.  Product stewardship typically is looking at
15  the product after it leaves the plant.
16      Q.  So my question is:  You would adopt Monsanto's
17  definition of "product stewardship"?
18      A.  I don't know if I would or wouldn't.  I really
19  wasn't asked to take a look at how I would define
20  "product stewardship."  I'm just saying what they say
21  and in general it has to do with companies looking at
22  the impacts that products have on -- once they leave the
23  facility.
24      Q.  Understood.  Do you not want to answer my
25  question whether you would adopt it or not?

Page 43

1          MR. KRISTAL:  What do you mean by "adopt it"?
2          MR. UPSHAW:  It's very simple.  He read a
3  statement.  I'm asking does he adopt it.
4          MR. KRISTAL:  What do you mean by "adopt it"?
5  In his personal life?
6          MR. UPSHAW:  Not going to do it.  Objection --
7          MR. KRISTAL:  Not going to do what?
8          MR. UPSHAW:  Not going to have the
9  conversation back and forth.
10          MR. KRISTAL:  Okay.  Objection.  What do you
11  mean by "adopt" --
12          MR. UPSHAW:  I understand your objection.
13  Thank you.
14  BY MR. UPSHAW:
15      Q.  Do you understand my question, Mr. Petty?
16      A.  Not really.
17      Q.  Okay.
18      A.  The --
19      Q.  You've just -- I'm going to try to explain it
20  to you.
21      A.  Yeah.
22      Q.  You just read a statement from Monsanto;
23  correct?
24      A.  Correct.
25      Q.  Any of those words you didn't understand?

Page 44

1      A.  Well, I can read the words like you can.
2      Q.  Okay.  And I understood every word.  Did you?
3      A.  Well, there's -- not necessarily.  I mean,
4  there's a lot to be fleshed out from a general
5  statement.
6      Q.  Okay.  But you included that general statement
7  as Monsanto's product stewardship; correct?
8      A.  I included -- as part of their subsequent
9  discussion about what "product stewardship" meant, I
10  repeated that statement.
11      Q.  Okay.  So my original question was:  For your
12  definition, Mr. Petty's definition of "product
13  stewardship," and you turned to Monsanto's words with
14  regard to product stewardship, isn't that what happened?
15      A.  It happened because you asked me what their
16  stewardship was, and I saw the text so I went back to --
17      Q.  No.  I'll ask the question again, and I
18  apologize.
19          What is Mr. Petty's definition of "product
20  stewardship"?
21      A.  I haven't really sat down to define one, so I
22  wouldn't be in a position right now to give you a
23  statement.
24      Q.  All right.  But you've evaluated, as part of
25  your opinion or in support of your overall opinion, the

Page 45

1  statements made by Monsanto with regard to product
2  stewardship, have you not?
3      A.  A portion of what they include in product
4  stewardship, I have listed as how Monsanto says they
5  interpret product stewardship, yes.
6      Q.  And part of that is that you have evaluated,
7  you've criticized, you have interpreted what Monsanto
8  has written?
9          MR. KRISTAL:  Object to the form.
10      A.  No, I haven't criticized them at all about the
11  statement.  I think the statement itself is fine.  What
12  I'm critical of is that they didn't follow it.
13      Q.  Do you agree with their statement?
14      A.  I agree that products should be -- that the
15  product should be safe and environmentally responsible,
16  yes.
17      Q.  Okay.  That was all I asked from the
18  beginning.
19          Now, when you talk about product stewardship,
20  how does that -- how does that work in connection with a
21  standard of care?
22      A.  I'm not sure I understand the question.
23      Q.  Okay.  So -- I should ask the question then.
24  Do you think product stewardship is different than a
25  company's standard of care?

Paszkiewicz Court Reporting
(618) 307-9320 / Toll-Free (855) 595-3577

Stephen E. Petty, P.E., C.I.H., C.S.P.
July 11, 2019

Page 46

1      A.  I think you've asked that question twice now,
2  and it's the same answer.  I think there are elements of
3  the product stewardship that -- for my purposes, for
4  purposes of looking at the standard of care with respect
5  to warnings, portions of it would apply and portions of
6  it would not.
7      Q.  Okay.  Have you enumerated which portions
8  apply to Monsanto's standard of care from their product
9  stewardship statements?
10      A.  I've tried to, yes.
11      Q.  Okay.  All right.  Do we need to know anything
12  else before -- so the table is fully set for you to
13  provide us with your opinion?
14      A.  I've already provided it, but yes.
15      Q.  So nothing else we need to go over here?
16      MR. KRISTAL:  Object.  Why don't you ask the
17  question?
18  BY MR. UPSHAW:
19      Q.  Is there anything else in this section of
20  Exhibit 7 that we need to go over before you tell us how
21  you connect your table setting with your opinion?
22      MR. KRISTAL:  Object to form.
23      A.  Well, we can go through examples of why would
24  it support my opinion, if you want, but the -- my
25  opinions are that Monsanto didn't meet their own

Page 47

1  industry or governmental standard of care with respect
2  to warnings and protecting -- or minimizing exposure of
3  users to the Monsanto Roundup products.
4      Q.  Okay.  So I'll --
5      A.  That's been my general opinion from day one.
6      Q.  Yes, sir.  Yes, sir.  How do you come to that
7  opinion?
8      A.  I come to that opinion by differential
9  diagnosis or compare and contrast of what Monsanto says
10  they should -- how they should behave with respect to
11  warnings and minimizing exposures, what industry says
12  and what the government says, governmental entities, and
13  I just compare and contrast what they say they will do
14  versus what they actually did.
15      Q.  All right.  Are you able to separate -- can we
16  talk about Monsanto's standard of care separately from
17  the industry standard of care, separately from the
18  regulatory standard of care, or do you need to go
19  through all three of those before we can talk about your
20  examples of how Monsanto did not meet the standard of
21  care?
22      A.  Well, that's up to you.  I mean, the -- as
23  we've just gone through this Section 9.2, there's a
24  similar Section 9.1, which is what I call the industry
25  standard of care.  But if you're comfortable with

Page 48

1  accepting what's there in the same way in which we've
2  gone through 9.2 -- Section 9.2 -- so 9.2 is on page 211
3  of Exhibit 7, and Section 9.1 is on -- it begins on page
4  199.  If you're comfortable with that language setting
5  the table for the balance, then that's fine.
6      Q.  No.  I want to understand what you have on
7  this table that you're setting, so let's --
8      A.  Which table?  I'm sorry.
9      Q.  The table with regard to industry standards.
10  Let's talk about that, since you said that's 9.1.
11      A.  No, it's not.  The table is a portion of that.
12      Q.  I meant your Section 9.1.  Didn't you say
13  that?
14      A.  You said "table."
15      MR. KRISTAL:  I think he's using "table"
16  generically, about setting a table.
17      THE WITNESS:  Oh, there's a table on 9.1.
18  That's why I'm confused.
19  BY MR. UPSHAW:
20      Q.  I'm using your colloquialism of setting the
21  table, which you've said several times this morning.
22      A.  Okay.
23      Q.  And I'll stop doing that if it gets confusing.
24      All right.  Let's talk about your support for
25  your opinions with regard to an industry standard of

Page 49

1  care.  What's the -- first off, let's ask:  What
2  industry are we talking about?
3      A.  Well, I would say the petrochemical industry,
4  which would include in this case fungicides and
5  pesticides, the whole FIFRA stuff.  But it's basically
6  the chemical industry's -- or I should say petrochemical
7  industry's standard of care because that's who MCA
8  represented.
9      Q.  Okay.  So you've added -- when you say -- you
10  made a distinction between chemical and petrochemical,
11  as I understand it.  Is there a difference?
12      A.  No, not really.  No.  There was a distinction
13  in about the late 1950s because, prior to that time,
14  petroleum was not a dominant supply of energy.  In the
15  '50s that all changed.  Petroleum really -- before that,
16  you had, for instance, a lot of -- if you look at a lot
17  of chemicals, they came from coal, and then there was a
18  transition with big discoveries of petroleum in the Gulf
19  area in Texas.
20      And so all of a sudden major supplies -- major
21  sources of materials to produce chemicals began coming
22  from the petroleum-based side as opposed to just
23  chemicals.  So the general terminology changed from sort
24  of the chemical industry to the petrochemical industry
25  as petroleum became a bigger portion of the industry.

13 (Pages 46 to 49)

Stephen E. Petty, P.E., C.I.H., C.S.P.
July 11, 2019

Page 50

1   Does that make any sense?
2       So there was a terminology change for us in
3   chemical engineering that began really with the big rise
4   in the use of petroleum and petroleum products that
5   occurred in the '50s.
6       Q.  Okay.  What companies would be included in
7   this petroleum chemical industry, in your mind?
8       A.  The petrochemical industry?  Well, it would be
9   all the members of MCA.
10      Q.  So to be in this industry, you have to be a
11  member of MCA?
12      A.  No, I didn't say that.  I just said you wanted
13  a list of examples.  I was just trying to shortcut it.
14  A good example would be a list of the companies that are
15  members of MCA.
16      Q.  Such as?
17      A.  You'd have to go to the book exactly, but I
18  think Dow, DuPont, Monsanto, those are the ones that
19  jump out at me.  They are whoever they are.  I mean,
20  I've included, as my references, a copy of the MCA
21  100-year anniversary book, and it lists the members by
22  when they joined.
23      Q.  Considering you call this the petrochemical
24  industry, would you include ExxonMobil, Shell, Ashland?
25      A.  Today, yeah, absolutely.

Page 51

1       Q.  When you say "today," are you saying they were
2   not involved earlier as you've explained --
3       A.  Well, Exxon didn't exist.  It was SO, and
4   before that it was Humble Oil.
5       Q.  Were they members of MCA?
6       A.  I'd have to look.
7       Q.  Okay.  So when was this industry standard
8   created -- first, what is the industry standard?  I
9   should have asked that to begin with.
10      MR. KRISTAL:  Object to the form.
11      A.  Well, the industry standard with respect to
12  public health and safety goes back, as I indicate there,
13  a long ways, with respect to warnings.  There was
14  recognition way back that workers and people informed of
15  hazards do a better job of protecting themselves than
16  those that do not, and that was -- and there was also
17  the concept of erring on the side of public health and
18  safety; that is, let them know even if we're not sure.
19      Industrial hygiene profession is different
20  than epidemiology.  We don't wait till we have full
21  statistical validation of cause and effect.  Our job is,
22  if there's indications of -- our job really is to
23  minimize exposures, minimize hazards.  Because the goal
24  of industrial hygiene is the anticipation and
25  recognition of hazards.  It's not to wait till we have,

Page 52

1   you know, statistical proof that everything is --
2       And the greatest example goes back to Snow and
3   epidemiology in the 1800s where he plotted basically
4   deaths in London where there was an outbreak of deaths,
5   and he noticed that they all centered around one well,
6   the Broad Street well.  He didn't know why they were
7   dying, just that they were dying.  And so he went -- in
8   those days, which I didn't realize, the priests
9   controlled the crank on the well, the local priest.  And
10  so he went to the priest and he said, "Would you not
11  make this crank available to the public so they can't
12  take water out of this well," and then what he noticed
13  was the deaths started falling off.
14      Well, that's the whole beginnings of
15  epidemiology and the concept of erring on the side of
16  public health and safety; that is, we didn't wait till
17  we knew exactly why.  We just tried some things to make
18  sure that we're protecting the public, and we'll figure
19  out exactly why later.  And that's the -- that's the
20  difference with industrial hygienists.  We have to
21  anticipate and recognize hazards before they're fully
22  proven.  That's the definition of industrial hygiene.
23  And so in this case, that's why I say our job is to
24  minimize exposures and err on the side of public health
25  and safety.  That's the job of an industrial hygienist.

Page 53

1   And so what I'm looking at in warnings is a big portion
2   of what we do in industrial hygiene.
3       So -- because we've got to warn and train
4   workers and the public to avoid these hazards.  It
5   may -- you know, the science of absolutely proving
6   things always lags initial signs that there are
7   problems.  And so our job is to minimize illness,
8   disease, sickness and death early on, and so those
9   concepts started with Hamilton.  They moved through the
10  various public health services.  Boston Public Health
11  Department was -- or Massachusetts Public Health
12  Department was a famous one with Drinker, in the '30s
13  and '40s.  He went on to industry and helped there as
14  well.
15      And then the industry itself, the
16  petrochemical industry, recognized we need to be a
17  little more proactive.  And so the -- they started out
18  of the Manufacturer's Chemist Association -- that's what
19  it was called back then -- this so-called Labeling and
20  Precautionary Information Committee, who ultimately
21  developed a standard for labels.  It was mainly based on
22  acute exposures as opposed to chronic.  It was based on
23  acute exposures.  And this was an attempt to -- what's
24  interesting is -- as they say in the manual, it was --
25  and I say this on the bottom of 199, in 1948, they say

14 (Pages 50 to 53)

Stephen E. Petty, P.E., C.I.H., C.S.P.
July 11, 2019

Page 54

1    it "should contain warning statements to protect the
2    users of these substances" from the hazards.
3           So they recognized right away that that was
4    the obligation, to try to get some warnings out and to
5    protect the public from the hazards of products that
6    they were -- that their members were producing.  And so
7    that's where I --
8       Q.  I'm sorry.  Where does it say that?
9       A.  The bottom of page 199.
10      Q.  Where you're quoting from Mr. Minteer,
11   M-i-n-t-e-e-r, from a June 1955 paper?
12      A.  Yes, because he was a member of MCA and he was
13   involved in that subcommittee.  What is interesting is
14   he actually wrote a paper about what their objectives
15   were, and --
16      Q.  I'm still looking for the language you just --
17      A.  Oh, it's at the bottom there, "In 1948."
18      Q.  "The LAPI committee worked closely with the
19   U.S. Department of Agriculture, with the result of
20   regulation" --
21      A.  No, no.  It's the highlighted section.  This
22   was promulgated -- he's commenting at that same
23   timeframe, when FIFRA got started, and that its goal as
24   well was to contain warning statements to protect users.
25   So there's a lot of interface between FIFRA folks --

Page 55

1    there was a lot of input from industry to FIFRA in the
2    early days.  So he's commenting on what the mindset was
3    of what they were trying to do in that timeframe.
4       Q.  What FIFRA was trying to do?
5       A.  Well, it was just evolving.  And this was --
6    this was also what MCA was trying to do, because he's
7    commenting on the origins, if you will, of both FIFRA
8    and MCA.  He's writing -- he's writing a review, really,
9    an early -- it's a paper that's very insightful because
10   it gives you insights into what industry was thinking
11   about the time that the LAPI standards started and FIFRA
12   started.  And then he writes -- his paper's interesting
13   because, on the next page, on page 200, he closes, under
14   "Education to the Public," "There remains an important
15   task in that of educating the public to understand the
16   significance of warning labels and teaching them to read
17   the label.  In this task of education, help is needed."
18          So they clearly understand the need to make
19   sure not only that they gave the information to the
20   public, but they understand it.
21      Q.  And when you say "they" --
22      A.  And that goes --
23      Q.  I'm sorry to interrupt.  When you say "they,"
24   we've talked about FIFRA, LAPI, MCA, and Monsanto --
25      A.  "They" is the end user in this case.

Page 56

1           And so when I look at standard of care,
2    it's -- you'll see that I make many comments about the
3    MSDSs, et cetera, as does Hadden, as does this paper
4    back even earlier, that it's absolutely critical that
5    the warnings be actionable and understandable, and if
6    they're not, that's where I'm critical of the warning
7    statements.
8       Q.  Okay.  So I understand the --
9       A.  So I'm setting the table again.
10      Q.  I understand the when.
11      A.  Okay.
12      Q.  Because you've given us the history.  My
13   question is:  What is the industry standard of care that
14   you are applying to Monsanto?
15      A.  The industry standard of care, we've already
16   covered the -- on page 70-- let me make sure I get it
17   all in one place.  I talked about the International Code
18   of Conduct on the Distribution and the Use of Pesticides
19   in 2003.
20      Q.  What page are you on, sir?
21      A.  154.
22      Q.  Oh, 154.
23      A.  And it continues on 155 and 156.
24   Specifically, they say, "All statements used in
25   advertising are technically justified."  "Advertisements

Page 57

1    do not contain any statement or visual presentation
2    which directly or by implication, omission or ambiguity
3    or exaggerated claim" --
4       Q.  Slow down.  Slow down.
5       A.  -- "is likely to mislead the buyer, in
6    particular with regard to the safety of the product."
7           "Statements comparing the risk, hazard or
8    safety of different pesticides or other substances are
9    not made."
10          "Advertisements do not contain any visual
11   representations of potentially dangerous practices, such
12   as mixing or application without sufficient protective
13   clothing, use near food or use by or in the vicinity of
14   children."
15          Now, there are other things there as well, but
16   those are clearly positions, if you will, that I'm going
17   to compare the advertising that Monsanto undertook and
18   see whether or not they met those provisions.
19      Q.  I'm sorry.  Were you just reading "Article 11,
20   Advertising," on 155?
21      A.  I'm reading the highlighted statements -- I
22   read them -- they're highlighted, and then I pulled them
23   out again, and I was just reading from the middle to
24   bottom of page 156.
25      Q.  Oh, got it.

15 (Pages 54 to 57)

Stephen E. Petty, P.E., C.I.H., C.S.P.
July 11, 2019

Page 58

1    A. Just to make it easy for everyone.
2    Q. So this was 2003, the International Code of
3 Conduct. On page 154, you have written, "The Food and
4 Agricultural Organization of the United Nations in 2003
5 published a standard," and I think that's what you just
6 read from; correct?
7    A. Correct.
8    Q. Okay. And you would apply that standard to
9 any company that is producing pesticides around the
10 world?
11    A. Yes. It could be applied to any company that
12 produced pesticides because it's for the pesticide
13 industry.
14    Q. Right. From the United Nations?
15    A. It's an international organization.
16    Q. Right.
17    A. And Monsanto operated internationally.
18    Q. Were there signatories to this international
19 code, either by country or companies?
20    A. We'd have to pull the document to see that. I
21 don't know off the top of my head.
22    Q. But you want to apply it here today in
23 deposition to Monsanto as the standard of care for the
24 industry; right?
25       MR. KRISTAL: Object to the form of the

Page 59

1 question.
2    A. That's not true. That's just the first
3 document that I'm talking about.
4    Q. Okay. So it would be one of the documents
5 that you would apply to Monsanto as an industry standard
6 of care?
7    A. Sure.
8    Q. Is that correct?
9    A. Yes. It's code of conduct with respect to
10 advertising and the distribution and use of pesticides.
11    Q. Does some reference to this document come up
12 in any of the Monsanto documents you looked at, internal
13 memos or e-mails?
14    A. I just don't recall. I don't know.
15    Q. You don't seem to reference any in this
16 particular section where you discuss the International
17 Code of Conduct.
18    A. It's a MONGLY document.
19    Q. I do see that. My question was not whether it
20 was a MONGLY document.
21       My question was: Did you see any memoranda or
22 e-mails in your review that referenced this particular
23 code of conduct?
24    A. I just don't recall.
25    Q. Okay. So what other documents create the

Page 60

1 standard of care --
2    A. Sure.
3    Q. -- with regard to the petrochemical industry?
4    A. All right. The next one is on the bottom of
5 page 200, and it's part of the bylaws for MCA from 1972.
6    Q. Okay. Got to move forward here. Sorry.
7    A. As members of MCA -- I think Monsanto was a
8 member since the early 19-teens -- was "to provide
9 leadership and guidance and to undertake programs to
10 improve the chemical industry's service to the public by
11 developing and promoting safe and clean practices in the
12 manufacture, transportation, handling and use of
13 chemicals and chemical products."
14    Q. Just to be clear, it's your opinion that
15 Monsanto did not uphold this bylaw?
16    A. In terms of?
17    Q. Warnings.
18    A. Yes, at least portions of it.
19    Q. Okay.
20    A. Then the next statement is from MCA, and it's
21 actually -- the -- it actually was written in 1938, but
22 it talks about the obligations of the industry in terms
23 of toxicological investigations. It says, "The
24 necessity of a thorough" -- and it's on the top of page
25 201 of Exhibit 7. I'm sorry.

Page 61

1    Q. Okay. Thank you.
2    A. "The necessity of a thorough toxicological
3 investigation of a new chemical or chemical product
4 before introduction onto the market is fortunately
5 well-recognized by our industry." This is 1938. "The
6 importance of adequate investigation before commercial
7 production and safe handling can hardly be
8 overemphasized on account of the constant development of
9 new products and uses."
10       And I note the use of the word "product," not
11 "ingredient." So one of the opinions, of course, I have
12 is that the -- Monsanto oftentimes refers to glyphosate
13 being safe. That's a debate for the causation folks.
14 But rarely do they test the product, and when they -- I
15 gave an example yesterday in the dermal, when they
16 started to test the product and they didn't like the
17 results, they stopped the project.
18       So it's pretty clear that testing of Roundup
19 as a product is relatively limited in comparison to
20 testing of glyphosate as an ingredient. And from a
21 health and safety perspective, it's clear that the
22 industry position was that the product should be tested.
23    Q. You'd agree that Monsanto did test the
24 product, did it not?
25    A. In my opinion, not sufficiently. It's not

16 (Pages 58 to 61)

Page 62

1 that they didn't do any testing, but they didn't do
2 sufficient testing.
3      Q.  I understand.  And you do understand,
4 Mr. Petty, that there has been independent testing of
5 the product, not by Monsanto; correct?
6      A.  To some extent, yes.
7      Q.  And you also understand, Mr. Petty, that there
8 has been testing of glyphosate-containing herbicides
9 produced by other pesticide manufacturers separate and
10 independent from Monsanto; correct?
11      A.  Well, it depends on timeframe.  I mean, you
12 look early on, before this product was introduced to the
13 public in the mid-70s, no, the testing in my opinion
14 wasn't even close to being proper in terms of
15 introducing that on a mass scale to the public.
16      Q.  The question wasn't --
17           MR. KRISTAL:  When you get to a breaking
18 point, we've been going about an hour and a half.
19           MR. UPSHAW:  Okay.  Thank you for keeping
20 track.
21           MR. KRISTAL:  Well, it's more my bladder
22 keeping track.
23           MR. UPSHAW:  Well, somebody is.  Let me finish
24 this train of thought.
25           THE WITNESS:  Sure.

Page 63

1 BY MR. UPSHAW:
2      Q.  We weren't talking about timeframes because
3 that wasn't a modifier on your question.  My initial
4 question was:
5           Do you think Monsanto has done inadequate
6 testing throughout the history of the Roundup product?
7      A.  I think with respect -- when you look at
8 dermal -- my focus is on dermal irritation and dermal
9 absorption, yeah.
10      Q.  So let me be clear, then.  Your --
11      A.  Because the dermal exposure's so critical
12 here.
13      Q.  Okay.  So let me be clear.  Let me make sure I
14 understand your statement, then, since it's narrower
15 than my question.
16           When you question or when you criticize the
17 testing by Monsanto of the entire product, you're
18 criticizing them for not doing enough dermal testing?
19      A.  Among other areas.
20      Q.  What other areas?
21      A.  Well, for instance, I talked yesterday about
22 the fact that even when outside people were trying to
23 test, they didn't know what the ingredients were, so
24 they didn't -- they didn't know what they were even
25 testing.

Page 64

1      Q.  That -- what other --
2      A.  So --
3      Q.  I'm sorry to interrupt you.  Go ahead.
4      A.  So you don't really have -- that was the
5 complaint in all the early outside work, was they didn't
6 know what they were testing as far as the formulation.
7 They just knew that the formulation in some cases had
8 higher health effects or higher toxicity effects than
9 the glyphosate alone, and they were stymied somewhat
10 because they didn't know what was in it.
11      Q.  You realize that's not responsive to my
12 question.  We're talking about Monsanto, and now you're
13 talking about what other people are doing.
14           And I want to take your break, but I want to
15 get through it.
16      A.  Well, no, you asked me -- you said had other
17 people tested this as well.
18           MR. UPSHAW:  That wasn't my question.
19           Can you read back my last question?  And I
20 promise I'll stop for Jerry's bladder.
21           MR. KRISTAL:  We both appreciate that.
22           (The following question was read back by the
23 reporter:  Page 63, line 13 through line 18.)
24 BY MR. UPSHAW:
25      Q.  Monsanto.

Page 65

1      A.  I am criticizing for that.
2           MR. UPSHAW:  Okay.  I'll stop here, and I'll
3 pick it up when we come back.
4           THE WITNESS:  I mean, we went over that for
5 half a day yesterday.
6           THE VIDEOGRAPHER:  Okay.  This marks the end
7 of video media disc number 1.  The time is 10:58,
8 and we're going off the record.
9           (Recess from 10:58 a.m. to 11:10 a.m.)
10           THE VIDEOGRAPHER:  We're back on the video
11 record.  This is video media disc number 2 of the
12 deposition of Stephen Petty.  The time is 11:10.
13 BY MR. UPSHAW:
14      Q.  Okay.  We are back from break.  We were
15 discussing the documents you were using to formulate
16 your opinion with regard to the industry standard that
17 you apply to Monsanto.  The last document we reviewed
18 were the bylaws for MCA.
19      A.  I think we actually went through the reading
20 on the page of the top of 201, and we were kind of done
21 with that point.
22      Q.  Okay.  Any other documents that would -- you
23 would use to create the industry standard of care?
24      A.  Yeah, I would specifically reference the
25 technical committee's languages that are summarized on

17 (Pages 62 to 65)

Stephen E. Petty, P.E., C.I.H., C.S.P.
July 11, 2019

---

Page 66

1  201 from MCA, with respect to the LAPI committees. You
2  can read through it. It's a lot of the same stuff.
3  I'll leave that up to you. The areas that I would focus
4  on are highlighted. If you have questions on any of
5  those, fine. If not, I'll just say they are what they
6  are.
7      Q. You highlight -- I'm looking at your
8  highlighted portions on page 201.
9      A. Okay.
10     Q. In your third bullet point, you refer to some
11 "strong action in 1946-1947 by the technical committee."
12     "The technical committee" was one of the
13 committees of MCA?
14     A. Where are we at? I'm sorry.
15     Q. Page 201.
16     A. Yes.
17     Q. Third bullet point down.
18     A. Okay.
19     Q. You refer to "the technical committee."
20     A. I see "Executive Committee," but I'm just --
21     Q. "Strong action in 1946-1947 by the technical
22 committee concerned with labeling."
23     A. Okay.
24     Q. What's "the technical committee"?
25     A. I'm not specifically -- I mean, if you go back

---

Page 67

1  and you look at this history that I've cited, MCA 1972,
2  they list all the committees. I just don't recall
3  exactly who's on that and what their scope was, but it
4  is whatever it is. It's defined there in the MCA
5  history book that I've provided to everyone.
6      Q. And you -- have you studied the -- your
7  statement here is that they were concerned with
8  labeling. Did that committee deal with labeling? Was
9  that the committee of the MCA that dealt with labeling?
10     MR. KRISTAL: Object to the form.
11     A. I think the technical committee is overseeing
12 all the technical activities, which would include
13 labeling. I think it's broader than that, because MCA
14 is broader than just the LAPI committee.
15     Does that make any sense?
16     Q. Sure.
17     A. In all the committees -- and they changed with
18 time, but that was the purpose of obtaining that '72 --
19 or that 1972 book on the 100-year history of MCA.
20     Q. And this statement you have highlighted, where
21 did this statement come from?
22     A. From the --
23     Q. From the executive committee or from the
24 technical committee?
25     A. From the book directly.

---

Page 68

1      Q. So this is just an excerpt from the book?
2      A. It is. It is.
3      Q. So when you say, "It had been suggested that
4  the chemical product shipped commercially, which had not
5  been thoroughly investigated and whose properties were
6  not fully known, carried the label: 'Caution'" -- signal
7  word -- "the properties of this product are not fully
8  known. Its handling and use may be hazardous," we can't
9  attribute that statement to either of those committees,
10 executive or technical? It's just a statement that is
11 in the book?
12     A. Well, the executive committee is approving --
13 it's coming out of the technical committee, but it's
14 being approved by -- or strongly, equally supported by
15 the associates of the executive committee. So the
16 executive committee is -- they have ultimate approval of
17 anything that comes out of MCA, so it's clearly coming
18 out of the technical committee and being approved by the
19 executive committee. That's how I read this.
20     Q. In actuality, you write that that proposal was
21 not approved by the executive committee.
22     A. Right. And that's important because they
23 didn't want -- there was a proposal to submit products
24 out to the public that hadn't been thoroughly tested,
25 and they rejected that, which is a good thing. But that

---

Page 69

1  also states what the position of the industry through
2  the MCA, at least at that time, was saying about
3  releasing products that hadn't been fully tested.
4      Q. Well, you say that was a statement of the
5  industry. That was a statement of the technical
6  committee that was submitted to the executive
7  committee; right?
8      A. Well, the -- I've been on all kinds of
9  industry committees. Believe me, if you're a member of
10 that industry and you're a member of that association,
11 then in fact it's -- they're acting on your behalf.
12 They're representing you. If you don't like what
13 they're doing, you go to the executive committee and you
14 complain as a member or you opt out of the membership.
15 I mean, I've been on -- I can't tell you the number of
16 gas industry committees I've been on.
17     Q. And you adopt and agree with everything that
18 comes out of the gas industry committees that you're on?
19     A. I never said that. In fact --
20     Q. Well --
21     A. -- I can't tell you the number of times I've
22 written letters and papers and said, no, don't do this,
23 or whatever. Absolutely not.
24     Q. Okay.
25     A. I'm just saying the key point to be made here

---

18 (Pages 66 to 69)

Stephen E. Petty, P.E., C.I.H., C.S.P.
July 11, 2019

Page 70

1  is they're saying that, "No chemical product should be
2  placed on the marketplace without investigation of the
3  properties and hazards which may be reasonably expected
4  to arise." That's a standard of care for release of the
5  product to the public in 1946-47.
6       Q. Well, that was the advisory that was sent out
7  by the executive committee?
8       A. Well, executive committee's pretty much in
9  charge of most operations.
10      Q. Executive committee is not in charge of the
11 actual member companies, though, is it?
12      A. If the member companies don't agree -- there's
13 nothing in the record to suggest that Monsanto didn't
14 agree. In fact, Monsanto was on many of the -- as I've
15 indicated here, was -- had significant roles, including
16 serving as chairman of MCA. So it would be clear, if
17 the membership didn't agree, that something else would
18 have come out of this.
19          Why would MCA, writing their 100-year history,
20 put this statement in as a statement of how they believe
21 they should behave without -- if there was big
22 differences -- one, I think it makes all the sense in
23 the world to say this, but as a chemical engineer and as
24 a health and safety expert, I think that makes complete
25 sense. But there's no evidence that there was pushback

Page 71

1  and why -- this was being written in 1972. They're
2  looking back at '46, '47. Why would they put this in
3  here if there was some real disagreement with that
4  statement?
5       Q. I don't think that was my question.
6       A. I think it was.
7          MR. UPSHAW: Matt, can you read my question
8  back, please?
9          (The following question was read back by the
10 reporter: Page 70, line 10 through line 11.)
11          THE WITNESS: Well, they're not CEOs or
12 running the company, I guess, if that's your
13 answer -- or your question.
14 BY MR. UPSHAW:
15      Q. That's not my answer. I'm asking you the
16 question. What's your answer?
17      A. Does MCA run Monsanto? No.
18      Q. Or any other member company?
19      A. I guess not, but that's not -- that's not what
20 I'm putting this information here. I'm saying this is
21 the industry's standard of care with respect to release
22 of products in 1946-47.
23      Q. Okay.
24      A. That's why it's there. I'm not talking about
25 who's running Monsanto.

Page 72

1       Q. All right. What other documents support your
2  opinion with regard to the industry standard of care
3  that Monsanto should have followed?
4       A. I cite -- I would rely on National Safety
5  Council books and documents related to -- because
6  National Safety Council sort of existed before OSHA and
7  all those folks, so if I'm doing health and safety
8  analysis of non-employees, I always refer to National
9  Safety Council because OSHA, in most cases, is limited
10 to employees and employers, not in all. Like we have
11 this situation where they're adopting -- the EPA is
12 adopting MSDSs if they're part of a labeling activity,
13 which is obviously adopting OSHA language.
14          But NSC was probably one of the first
15 organizations to really look at the whole issue of
16 protecting employers, workers and the public from
17 occupational disease and from injury. So I would rely
18 on -- on information from them, which --
19      Q. Okay.
20          I'm sorry. Which? Go ahead and finish your
21 sentence.
22      A. And then --
23      Q. Well, finish that sentence. Which what?
24      A. That's -- I'm done with that sentence. I'm
25 sorry.

Page 73

1       Q. Okay. So let me ask you a question about the
2  National Safety Council, which you've referred to.
3          Is it your testimony that the National Safety
4  Council was concerned about consumer products and
5  warnings to consumers?
6       A. Oh, definitely they are concerned about that.
7  Yeah, I've testified on that dimension.
8       Q. Other than workers?
9       A. Yes. In fact, that's the only place you can
10 go, because OSHA today is the one that covers workers,
11 but it doesn't cover the public. EPA covers the public
12 to some extent.
13      Q. To some extent?
14      A. Yeah.
15      Q. Okay.
16      A. There's a lot of -- well, there's some overlap
17 between EPA and OSHA, but appreciate also that you're
18 looking at industry best practices pre-1970 as well, so
19 they didn't exist before then.
20      Q. "They?" Who are "they didn't exist"?
21      A. EPA and OSHA.
22      Q. That's correct. Is the National Safety
23 Council still a viable organization?
24      A. Sure is.
25      Q. Okay. Do you know whether Monsanto is still a

19 (Pages 70 to 73)

Stephen E. Petty, P.E., C.I.H., C.S.P.
July 11, 2019

Page 74

1  member?
2      A.  I haven't searched.  I don't know.
3      Q.  Okay.  All right.  Any other documents that
4  create the industry standard?
5      A.  What I'm moving to right now -- and I
6  apologize -- is table 9-1.
7      Q.  Table 9-1 is titled "Examples of Industry Best
8  Practices and Standards Documents Regarding
9  Communication of Hazards"?
10     A.  Correct.
11     Q.  And why'd you put this table together?
12     A.  Simply to summarize other relevant documents
13  with regards to standard of care.
14     Q.  Other than the ones mentioned in your text?
15     A.  Yes.  Well, earlier tables and figures that
16  we've already covered.
17          We can go through these one at a time, but
18  there's a -- there's a document that I'm citing.  I've
19  got the -- the reference is to the far-right column in
20  all cases.  I'm on page 204.
21          In 1961, you have a report by -- looks like
22  Uncles to the MCA board of directors, talking about --
23  he was chairman of the packaging committee, and talking
24  about the chemical industry's moral responsibility in
25  regards to the public.  And what he says, as part of

Page 75

1  that speech, is that "the industry has always recognized
2  and honored a moral responsibility beyond any legal or
3  regulatory requirement to protect those handling its
4  products."  This is similar language to what Monsanto
5  itself said later on, saying that we're not simply
6  limited to what our legal obligations are.  Well, that
7  concept obviously goes back well before a lot of the
8  regulatory entities existed.
9          I've also got similar -- similar timeframe, a
10  report to the LAPI committee board of directors,
11  statements I've highlighted there as a second row.  "The
12  expansion of the [chemical] industry and the broadened
13  use of products bring recognition for the need for more
14  comprehensive labeling and more adequate liability
15  protection."
16          Well, obviously, they recognize --
17      MR. UPSHAW:  Did you get all of that?
18      THE WITNESS:  I'm sorry.  I went too quick.
19  I'll start again, and I apologize.
20          "The expansion of the chemical industry and
21  broadened use of its products brought recognition
22  of the need for more comprehensive labeling and
23  more adequate liability protection."  I'm not so
24  much focused on the liability protection, but the
25  fact that they recognize they still need to do a

Page 76

1          better job with respect to labeling.
2      BY MR. UPSHAW:
3      Q.  "They" being?
4      A.  The industry -- the industry represented by
5  MCA.
6      Q.  Okay.
7      A.  And what he's doing here is he's going back
8  and it's another historical overview of the role of MCA
9  with respect to labeling.  He said, "Early in 1944, MCA
10  considered this a problem" -- that is, the safe handling
11  of chemicals -- "in meeting of its member -- in meeting
12  its member executives.  It was" -- the quote, unquote,
13  "It was decided that the best method to reach the
14  handler or user of chemical products was by means of
15  instruction labels."
16          So again, I'm just putting this here to begin
17  to lay the foundation for the fact that the concept of
18  labels and labeling go back into the 1940s.  It's not a
19  modern concept.
20     Q.  Okay.
21     A.  Then I've got some -- some entries here that
22  recognize -- I'm looking at page 205 -- that Monsanto --
23  and I've got it in other places as well, but obviously
24  Monsanto played key roles and was involved with the MCA
25  over its history.  This is just another example in 1979

Page 77

1  of who the members were that attended for Monsanto.
2      Q.  I'm sorry.  Where are you referring to?
3      A.  The first full row on -- that starts with 311,
4  1969, on page 205.  And this is just demonstrating that
5  Monsanto was obviously a member and was actively
6  involved in MCA.  But I've also talked about that
7  earlier.
8      Q.  Okay.
9      A.  The next is a -- is the next line item on
10  3/11/69; that's part of these remarks specifically from
11  Ed Masek, and I've referenced where you can find that.
12  He's talking about the latest version of the LAPI
13  manual, the Labeling and Precautionary Information
14  manual, which is a warnings manual.  And he says in
15  part, "Whenever there arises a cry for industry labeling
16  regulation, we offer the manual as evidence that we can
17  and do regulate ourselves."  An important part is he
18  says "that we strive to protect those who use our
19  products," and then he says, "There's no need for
20  government action."
21          So they're recognizing -- obviously, at that
22  point that's just prior -- that's just after the law was
23  promulgated to form the EPA in 1969 by Nixon.  So
24  they're obviously -- the industry's concerned about the
25  government getting involved.  But, more importantly,

20 (Pages 74 to 77)

Stephen E. Petty, P.E., C.I.H., C.S.P.
July 11, 2019

Page 78

1  they're saying it's our job to make sure we protect
2  those that use our products.  That's what they're
3  saying.  That's the standard of care.
4      Q.  All right.
5      A.  I've talked about the 1983 line item before,
6  which is that the LAPI -- if you read the history of
7  MCA, you realize the LAPI committee eventually was
8  terminated and membership turned over -- the appropriate
9  industry membership turned over what they could to the
10  ANSI committees and then began to support the ANSI
11  committees.
12      So what you had from a labeling perspective --
13  and I'm just putting this in for historical reasons --
14  is that in the late -- by 1983, the MCA's LAPI committee
15  was dissolved, and they relied -- the industry relied
16  then on the ANSI standards 129.1.  But the basis for the
17  initial ANSI version was basically the MCA LAPI manuals.
18      Q.  Would you consider the ANSI standards as part
19  of the regulatory standard of care, or would those still
20  be industry standard of care?
21      A.  ANSI's an industry consensus entity.  It's not
22  a governmental entity.  There has been some blurring of
23  that in modern times, like the ASHRAE 92 standard has
24  now been adopted, energy code, by the U.S. Government.
25  But in general, these are all industry consensus

Page 79

1  standard bodies.
2      Q.  Okay.
3      A.  Including ANSI.
4      This acknowledgement that the public would --
5  on the very last row here, acknowledgement in terms of
6  knowledge that basically the public was dependent on
7  industry for information regarding toxic agents and ill
8  health.  To that point in time, they were very dependent
9  on ensuring -- well, they were dependent on industry
10  providing the health and safety information that would
11  be used by the public.
12      So from a standard of care, you can see that
13  the -- the thoroughness, completeness, and the
14  transparency of information from industry is critical,
15  because until the 1970s, the public was really quite
16  reliant on -- they were the primary source of such
17  information.
18      Q.  "They" being the industry?
19      A.  The industry.
20      Q.  And with the exception of governmental
21  agencies, that changed?
22      A.  Mostly from a legal standpoint, not from an
23  industrial hygiene standpoint.  I mean, all these -- in
24  fact, it's kind of got a yes and no component.
25  Certainly, there was legal implications now on industry

Page 80

1  and others with respect to the standards that came out,
2  because they had legal standing.  But what we've
3  learned, at least on the industrial hygiene side, is
4  that, as I said day one I think here to give you an
5  example, the benzene TLV in 1944 was 100 parts per
6  million.  It got changed to .5 in the 1980s.  The
7  governmental value is 1 for an 8-hour exposure.
8      It was set in the 1980s, and that value has --
9  so in the first 40 years, it changed by a factor of 100
10  to 200 down.  From then forward, it has not changed at
11  all.  So in the next 30 years, there's no change.  So
12  the data that industrial hygienists -- if you relied on
13  the government data, it would be 30-year-old data,
14  because appreciate that those standards were based on
15  data that was created before they were issued.
16      And, in fact, you've got OSHA statements now
17  that -- I've talked to the people that were assistant
18  director of labor at OSHA in the '70s and '80s, and for
19  a whole host of reasons, they've not been able to get
20  these updated.  And so they tell you, in the OSHA
21  regulations to this day, go out and look at alternatives
22  because our information may not be current.  And so you
23  can go to -- you can go to international, like the MEKs
24  out of Germany; you can go to California; you can go to
25  other places.  But as an industrial hygienist, where

Page 81

1  your goal is to recognize, anticipate, and control
2  workplace and other hazards and stressors, you're not
3  going to rely on 40-year-old data to protect people,
4  knowing full-well things have changed.
5      So the answer to your question is, yeah, they
6  apply, but today -- there was a period where, in the
7  '70s and '80s, you saw a lot more, all of a sudden,
8  reliance on them but then, all of a sudden, they
9  stagnate.  I mean, they still exist.  The ANSI standards
10  still exist.
11      Q.  "They" being industrial standards of care
12  stagnate?
13      A.  The regulatory side -- the last time -- well,
14  until very recently, the last update of the OSHA Hazard
15  Communication standard was in 1994.  Now, they just had
16  a change where -- you may have heard of the change from
17  MSDSs to SDSs, where there was a harmonization in 2015
18  in terms of harmonizing what MSDSs should look like.
19  But you can see that's a long time between updates, and
20  really the updates didn't change much with respect to
21  the input.  They just harmonized the section so,
22  internationally, everybody uses the same thing.
23      But the -- in terms of rely -- what those
24  things all refer to -- the MSDSs, for instance, will
25  refer to the OSHA PELs, permissible exposure limits, or

21 (Pages 78 to 81)

Stephen E. Petty, P.E., C.I.H., C.S.P.
July 11, 2019

Page 82

1    the STELs, S-T-E-Ls, or the ACGIH, which is the industry
2    side, American Conference of Governmental Industrial
3    Hygienists; TLVs, which are the threshold limit values
4    or the eight-hour values or their equivalent STELs.
5        But as I've said before, those values are sort
6    of stuck in time, and so -- I'll give you an example.
7    The MSHA standard for mining on respiratory protection
8    refers to ANSI 1988 -- or ANSI 88-69, which means the
9    1969 version of the ANSI respiratory protection
10   standard.  That standard allows you to wear a beard,
11   facial hair.  No reputable -- I think even common sense
12   would say you're not going to have a good seal on your
13   respirator if you've got a beard.
14       So would I, as an industrial hygienist trying
15   to protect any of you, say, yeah, it's okay to -- if you
16   worked in the mining industry, am I going to let you
17   wear a beard and work in a mine today to protect you
18   from coal dust?  No, of course not.  I'm not going to
19   rely on ANSI 88-69, which is the requirement under the
20   MSHA law.
21       Q.  Okay.
22           MR. KRISTAL:  It's M-S-H-A, all caps.
23           THE WITNESS:  I'm sorry.
24           MR. UPSHAW:  It's fine.
25           THE WITNESS:  It's the mining equivalent, sort

Page 83

1    of, of OSHA.
2    BY MR. UPSHAW:
3        Q.  Any other documents that you use to support
4    your industry standard opinion?
5            MR. KRISTAL:  Well, the documents are in this
6    Exhibit 7.
7            MR. UPSHAW:  I understand that.
8            MR. KRISTAL:  But I'm just saying, if he
9    misses one, we're not going to be precluded from
10   using it because it's --
11           MR. UPSHAW:  Well, are you testifying or is he
12   testifying?
13           MR. KRISTAL:  I'm making a statement.
14           THE WITNESS:  I'm just -- I'm now past the
15   table -- the tables.
16   BY MR. UPSHAW:
17       Q.  Okay.
18       A.  9.1.  I should add that there's -- at the very
19   end of that table, the World Health Organization does
20   have, in 2004 a precautionary principle, protecting
21   health and safety of the environment.  So this would be
22   viewed as a standard of care with respect to public
23   health and safety.  And --
24       Q.  Does that go in your regulatory bucket or your
25   industry bucket?

Page 84

1        A.  That would go in the industry -- that would go
2    on the industry side, because World Health Organization
3    is not a regulatory entity, not a -- it's an industry --
4    not industry, but it's a non- -- I wouldn't say it's an
5    industry.  I would say it's a non-governmental entity.
6        Q.  Okay.  So it really is not an industry
7    standard because it's not really part of the
8    petrochemical industry we have defined
9    before; right?
10           MR. KRISTAL:  Object to form.
11       A.  No, I wouldn't say that because --
12       Q.  It is?  Okay.
13       A.  I wouldn't say that it's not something from a
14   standpoint of public health and safety, that you
15   wouldn't consider what the World Health Organization has
16   to say about that issue.
17       Q.  Not my question.  My question is:  We were
18   talking about industry standards, and we've gone over
19   very thoroughly different industry organizations that
20   would create a standard that Monsanto belonged to or
21   should have been aware of.  I understand that.
22       What I'm asking you is:  The WHO does not fit
23   into that category, not whether you considered it or
24   not.  They're not an industry organization, are they?
25       A.  They're not an industry organization; that is

Page 85

1    true.  But where it does fit is where I go back in
2    Chapter 5 and I talk about the concept of erring on the
3    side of public health and safety.  I'm not relying on
4    this as -- there's no statement in here necessarily that
5    I'm relying on for the standard of care with respect to
6    warnings, but only in a general sense that there is a
7    standard of -- the standard of care ultimately is
8    related to protecting the health and safety of end users
9    in the public.  So it goes to my ultimate opinion.
10       I want to go on, then, to pages 206 and 207
11   quickly.
12       Q.  Okay.
13       A.  The MCA, of course, as you probably all well
14   know, changed names a couple of times.  The
15   Manufacturers Chemist Association became the Chemical
16   Manufacturers Association, otherwise known as the CMA,
17   in 1979.  And they developed a document called "Outline
18   of Industry Communication Plan," which I talk about on
19   page 207, and they just simply say that they've -- that
20   the industry -- their membership is concerned with the
21   protection of employees and the public against risks
22   inherent in the production and use of industry products.
23       So this is saying that the membership is
24   concerned not only simply with protecting their workers
25   in the manufacture of products, but they're also

22 (Pages 82 to 85)

Stephen E. Petty, P.E., C.I.H., C.S.P.
July 11, 2019

Page 86

1  concerned with the public and their use of those
2  products in terms of the risks of using those. So
3  they're taking an obligation to protect the public as
4  well as their own employees.
5      Q. Okay.
6      A. In this same document, I cite some specific
7  language, which we can either go over or not go over.
8  It begins towards the bottom of page 207. And I've just
9  highlighted some of that text. I don't mind going over
10 it, but --
11     Q. I'm just noticing that the text you highlight
12 at the bottom of page 207 of Exhibit 7 --
13     A. Okay.
14     Q. -- refers -- the last language you have
15 highlighted, "specifically in the major concern of air
16 and water pollution," that's not what we're here to talk
17 about for this file; is that correct?
18     A. Well, I mean, if it's in the air, it's by
19 definition a pollutant if it's not supposed to be there.
20     MR. KRISTAL: You're leaving out the next two
21 words.
22     MR. UPSHAW: What's -- well, I'm going by what
23 he had highlighted. That's what I'm talking about
24 right now.
25 BY MR. UPSHAW:

Page 87

1      Q. If it's in the air and it's not supposed to be
2  there, it's considered a pollutant?
3      A. Sure. I mean -- now, the degree at which that
4  pollutant's there may or may not be of concern, but a
5  pollutant by definition, whether it be in the air or
6  water, is things that otherwise shouldn't be there.
7      Q. Okay.
8      A. Otherwise, why would you address them?
9      Q. So why did you stop your highlighting before
10 you got to "product safety"?
11     A. I have no idea, but obviously it still
12 applies. I don't know. You ask me, on a 500-page
13 report, why at some point I didn't highlight some things
14 and others sometimes, I don't know the answer to that.
15 But, obviously, it would apply.
16     Q. I understand that. I'm just trying to
17 determine your mindset when you were putting this
18 together. There may have been some particular reason,
19 if you recall.
20     A. I think, frankly, it's a mistake on my part
21 not to highlight it.
22     Q. And that's fine. I didn't know if it was on
23 purpose.
24     A. I think it's the other way. It was a mistake
25 on my part.

Page 88

1      Q. All right. I don't have any other specific
2  question on the -- your Exhibit 203, which is the
3  Outline of Industry Communication, unless there's
4  something specifically you want to point out about that
5  particular document. I'm happy to hear it because I
6  want to understand your opinions as thoroughly as
7  possible.
8      A. Sure. And this is setting the table on
9  industry standard of care.
10     The next area that I would like to talk about
11 is the CMA became the American Chemistry Council, I
12 believe, and they created a -- they developed what we
13 call a responsible care initiative, and I talk a little
14 bit about that on pages 208 and 209 of this Exhibit 7,
15 with respect to what they say regarding end users. And
16 I've highlighted these -- some of these principles.
17     Q. Okay.
18     A. And I'll just read those if that's okay with
19 you.
20     Q. That's fine with me.
21     A. One is, "To work with customers, carriers,
22 suppliers, distributors" --
23     Q. Slow down a little bit.
24     A. I'm sorry. I'll start over again.
25     "To work with customers" -- this is at the

Page 89

1  bottom of page 208 -- "carriers, suppliers, distributors
2  and contractors to foster the safe and secure use,
3  transport and disposal of chemicals, and to provide
4  hazard and risk information that can be assessed and
5  applied in their operations and products."
6      Two, "To support -- another one is, "To
7  support education and research on the health, safety,
8  environmental effects and security of products and
9  processes."
10     Q. Okay. Just so we're clear, that wasn't the
11 second --
12     A. It is not.
13     Q. -- I guess, bullet point, but it's just one
14 you have highlighted on page 209?
15     A. I'm just reading the highlighted one.
16     Q. Okay.
17     A. And then the third highlighted one that I have
18 is, "To make continual progress towards the goal of no
19 accidents, injuries or harm to human health and to the
20 environment from products," et cetera.
21     And then I should add -- I should have
22 highlighted that whole section, because it says "openly
23 report health, safety, environmental and security
24 performance."
25     Q. Okay. And what was the reason, again, for

23 (Pages 86 to 89)

Stephen E. Petty, P.E., C.I.H., C.S.P.
July 11, 2019

Page 90

1 highlighting those three specific bullet points?
2    A.  I'm looking particularly at things that would
3 be related to what the industry is saying regarding
4 transfer of information to the public.
5    Q.  Okay.  All right.
6    A.  And then I think that is it for the industry
7 standard of care, the types of statements I'm using, if
8 you will, to compare and contrast Monsanto's actual
9 behavior.
10    Q.  Okay.  All right.
11    A.  With regards to warnings.
12    Q.  Okay.  So we've covered Monsanto's standard of
13 care, industry standard of care, and you also have
14 referred to a regulatory standard of care; correct?
15    A.  Right, which is the review, if you will -- I
16 think that's pretty straightforward.  That was in
17 Section 6, which begins on 85.  And I'll draw your
18 attention to page 86, start with some enabling language
19 that was written in 2012.
20    Q.  From where?
21    A.  I'm on page 86.
22    Q.  No, I -- okay.  Where is this language from?
23    A.  It's from work by Schierow and Esworthy
24 reporting on the history of pesticide laws.
25    Q.  Okay.  So you're quoting their paper or book

Page 91

1 or chapter, whatever it is?
2    A.  Sure, sure.
3    Q.  Okay.
4    A.  And then I'm going to go into the actual
5 language itself, but this is sort of the front end.
6 "FIFRA requires the EPA to regulate the sale and use of
7 pesticides in the United States through registration and
8 labeling."  I'm just setting the table, if you will, for
9 my discussion of FIFRA.  And, "FIFRA directs EPA to
10 restrict the use of pesticides as necessary to prevent
11 the unreasonable, adverse effects on people and the
12 environment."  So that's the intent.
13        Now, as far as the history of FIFRA with
14 regards to warnings language, I start talking about that
15 on page 87.
16    Q.  Let's go back a second, if you will.
17        Your second highlighted point was from this
18 article or report, "FIFRA directs EPA to restrict the
19 use of pesticides as necessary to prevent unreasonable
20 adverse effects on people and the environment."  Then
21 the rest of that sentence is "taking into account the
22 cost and benefits of various pesticide uses."
23        Are you going to explain to us what that
24 means?
25    A.  Yeah.  What that means is that the regulatory

Page 92

1 community is not always bound to fully protect the
2 public.  Beginning -- because of some litigation, they
3 also have to account for the impact of the regulations
4 on any rules they issue.  That's what that really means.
5    Q.  So they have to account for the impact of any
6 rule they issue?
7    A.  The cost, economics, but it's not just money;
8 it's equipment, et cetera.
9    Q.  Okay.  And then --
10    A.  Ultimately, it's an economic calculation.
11    Q.  Ultimately?  How do you come to that
12 conclusion?
13    A.  Well, I'm thinking specifically of the 10
14 years of litigation on benzene from '78 to '87.
15    Q.  So with regard to benzene, that's how you
16 formulate that opinion?
17    A.  That's an example, yes.
18    Q.  But that's not an example -- let me put it
19 this way:  Do you have other examples in other -- I
20 guess I won't call them industries -- other
21 subindustries that the ultimate account by FIFRA or EPA
22 is the monetary cost and benefit?
23    A.  I'm not sure I understand the question.  But
24 my understanding is that, in modern times, that's what
25 has restricted a lot of regulations, is that they all

Page 93

1 have an economic component to them.
2    Q.  And the basis of your statement is just
3 benzene?
4    A.  No, no, not at all.
5    Q.  Okay.  What other -- what other issues?
6    A.  It's clearly FIFRA has that as well under EPA.
7    Q.  Okay.  So you said you're aware of benzene.
8 What other subindustries?
9    A.  Well, the -- almost anything -- almost
10 anything regulated by -- I know almost anything
11 regulated by OSHA or EPA has some requirement on a new
12 regulation, to look at the economic impact.
13    Q.  Okay.  You just told us that impact goes
14 beyond economics; right?
15    A.  Well, it's -- as part of doing the economics,
16 you have to -- there's a lot involved in coming up with
17 those answers; that's all I'm saying.
18    Q.  Okay.  And where you have underlined in this
19 same paragraph, "It is a violation of the law to use a
20 pesticide in a manner that is inconsistent with the
21 label instructions."
22    A.  Yep, that's what they say.
23    Q.  Why is that underlined here?  I mean, why are
24 you bringing that to the reader's attention?
25    A.  Because that's what this -- that's what these

Stephen E. Petty, P.E., C.I.H., C.S.P.
July 11, 2019

Page 94

1  authors say -- well, it's obvious.  Obviously,
2  there's -- that's one of the comments I'm making, that
3  if the -- for instance, I made the comment about the
4  label saying PPE when it wasn't PPE.  It's a violation
5  of 170 if the label is inconsistent with the
6  instruction, the label instruction.
7          MR. UPSHAW: Wait.  You just said -- can you
8  read back exactly what he said, please, Matt?
9          (The preceding answer was read back by the
10  reporter.)
11  BY MR. UPSHAW:
12      Q.  So if the label is inconsistent with the label
13  instruction, can you tell me what you mean by that?
14      A.  Yeah.  What I'm saying is the label has
15  whatever the language is on the label, but if the
16  labeling lang- -- so the individual, obviously they can
17  either be violating a law by not following it
18  technically, but also if the label's not consistent with
19  the FIFRA law itself, then that's a violation of the 170
20  provisions, for example.
21      Q.  Where does that say that in this sentence, "It
22  is a violation of the law to use a pesticide in a manner
23  that is inconsistent with the label instruction"?
24      A.  I'm not sure I understand your question.
25      Q.  Where in this sentence is there any discussion

Page 95

1  of a violation of the law that a label is inconsistent
2  with some other portion of FIFRA?
3      A.  Those words aren't there.
4      Q.  Okay.
5      A.  I'm just saying -- I'm not saying those words
6  are there.  I'm just saying that one of the examples I
7  use with the whole issue of labeling is that the
8  customer -- this has -- this has two -- this is some
9  author writing this, but there's two sides of the
10  violation:  Is the label consistent with the law, or is
11  somebody following the label?
12      Q.  I understand.  What we're looking at right now
13  is what this author -- these authors have written and
14  what you highlighted, and I guess my question was:
15          Why did you bring that to the attention of the
16  reader, that a user of a pesticide is violating the law
17  if they do not use the pesticide as instructed on the
18  label?
19      A.  I'm just highlighting key comments on what
20  these authors said, whether I agree or disagree with
21  them.
22      Q.  Okay.  Do you agree with that?
23      A.  I haven't looked into that in detail.  I mean,
24  I haven't looked at -- I'm not here to make a legal
25  interpretation.

Page 96

1      Q.  I didn't think it required it, but okay.  You
2  can't answer it one way, if you agree or disagree?
3      A.  Well, it's such a broad question.  I just
4  highlighted because they said that.  I don't know what
5  it means, to be honest with you.
6      Q.  Okay.  That's fine.
7      A.  So what I said on down below is I'm just
8  trying to -- this is the front end, if you will, trying
9  to understand FIFRA.  What I'm really going through
10  then, ultimately, is going through the Federal Registers
11  and the laws themselves, then, to understand the history
12  of those laws.
13      Q.  Okay.  Are we still on this article or report
14  on 86, or we've moved away from that?
15      A.  I think we've moved on from that, but we can
16  go through this.  It is what it is.
17      Q.  Nope.  I'm just trying to keep up.
18      A.  I think we've touched on most of this.
19      Q.  On page 87, if I can direct your attention to
20  the statement you have at the top in which you say,
21  "Major observations drawn from this introductory review
22  of FIFRA and FFDCA statutes are bolded and underlined
23  above and summarized below."
24          I didn't follow that when I read it, and can
25  you explain to me what you are saying in that sentence?

Page 97

1      A.  Yeah.  I'm then, out of that article, pulling
2  things that I think are most related to pesticides with
3  respect to health and safety.
4      Q.  So when you say "are bolded and underlined
5  above," that's what we just went through, and
6  "summarized below" are the bullet points you have --
7      A.  Yes.
8      Q.  Okay.
9      A.  Yes.
10      Q.  All right.  And you talk about the first
11  bullet point, FIFRA requiring EPA to regulate the sale
12  and use of pesticides in the United States; right?
13      A.  Right.
14      Q.  The Federal Food, Drug, and Cosmetic Act
15  authorizes EPA to establish allowable residue
16  levels; right?
17      A.  Well, as of -- as of the 1971 timeframe, yes.
18      Q.  So --
19      A.  They were under FDA before that.
20      Q.  Before 1971?
21      A.  Well, EPA didn't exist until 1970, '71.
22      Q.  I'm trying to understand what you're saying
23  here.  You said the --
24      A.  That's what these guys are saying.
25      Q.  So these bullet points are from the article as

25 (Pages 94 to 97)

Stephen E. Petty, P.E., C.I.H., C.S.P.
July 11, 2019

Page 98

1   well?
2       A. Yeah, during that introductory review. I'm
3   just making the clarifier here that -- because you might
4   say, well, FIFRA was not under EPA before 1970. I'm
5   just pointing that out. You know, when the statement's
6   made over here that FIFRA requires EPA, that's presuming
7   when FIFRA was under EPA. That's all I'm saying.
8       Q. Okay.
9       A. Because, before that, it was under FDA. And
10  we'll talk about that as I go through the actual reviews
11  of the Federal Registers.
12      Q. Then the next bullet point is, "Pesticides are
13  broadly defined in FIFRA as chemicals and other
14  products," and then you give a definition.
15          Again, this is summarizing what's in the
16  article or what your understanding is of FIFRA and
17  FFDCA?
18      A. I believe this is coming from that article.
19  I've only summarized a portion of that article here.
20      Q. What I'm trying to be clear, Mr. Petty, is I
21  don't want to attribute something to you that somebody
22  else has written. So if these were -- these are your
23  kind of word for your summaries on the article, then I
24  want to talk about that. But if you're just summarizing
25  what they said, then --

Page 99

1       A. That's what I'm doing.
2       Q. Okay. I can read it for what it's worth.
3       A. Yes.
4       Q. Okay. All right. You were about to go to
5   something else.
6       A. Because this was just the front end of that
7   paper. Their background on these is provided below. So
8   this is the -- these are just summaries of what they
9   said as a whole in the entire paper.
10      Q. All right. So with regard to your opinion
11  about regulatory standard of care, Monsanto's failure to
12  follow that regulatory standard of care, what is the
13  regulatory standard of care, I guess is the best way for
14  me to ask that question.
15      A. I was trying to get there.
16      Q. I'm just giving you a prelude so you can wind
17  up and go.
18      A. This is just the front end of trying to get
19  there.
20      Q. Okay.
21      A. So the regulatory standard of care for
22  labeling, the first time I talk about that is on page --
23  I set up some definitions on page 89, but then on page
24  91 is where you begin to see some of the regulations
25  regarding labeling, specifically 152.166, regarding

Page 100

1   restricted-use products. Then you've got advertising
2   associated with those. I mean, I'm just repeating the
3   language out of the regs.
4       Q. So -- again, sorry for me to interject with
5   questions. I want to make sure I'm following you
6   correctly. What you're telling me right now is you've
7   just pulled specific language out of the statute and --
8       A. No. What I'm doing here is I'm trying to
9   summarize the history of the development of FIFRA and
10  FFDCA.
11      Q. Okay.
12      A. Both to bring the reader along and also where
13  I see sections that apply to labeling or warnings or
14  advertising, to highlight those. But you'll see that
15  this is really a chronological review of the regulatory
16  history of both of those items.
17      Q. I see --
18      A. In other words -- let me take you back.
19      Q. Yeah, because at the moment I'm not following.
20      A. 6.2 on page 87 is the history of FIFRA and
21  FFDCA.
22      Q. Okay.
23      A. And I say with a focus on warnings language,
24  but I'm also bringing the reader along because there's
25  things like signal words, et cetera. But the first

Page 101

1   subcategory is 6.2.1, which is "History of FIFRA."
2   6.2.2 will be the history of FFDCA. Okay?
3           So the first item I can find about FIFRA is in
4   the 1910 timeframe. I'm doing a chronological review of
5   the development of FIFRA.
6       Q. Where is that? Hold on.
7       A. The bottom of page 87.
8       Q. FIFRA's back on 87? No, I got to where we
9   start. Okay. So you do FIFRA and FFDCA together?
10      A. No. I just said that. Well, I do as far as
11  under 6.2. But 6.2.1 is the history of FIFRA.
12      Q. Okay.
13      A. And 6.2.2, this is on page 96 --
14          MR. KRISTAL: 96.
15          THE WITNESS: -- is a history of FFDCA.
16  BY MR. UPSHAW:
17      Q. Okay.
18      A. I'm just simply trying to bring the reader
19  along as to when different portions of these acts were
20  issued or reissued and where, specifically, language
21  related to labeling shows up. That's the goal
22  initially.
23      Q. And did you do research to put this history
24  together?
25      A. Absolutely. In fact, remember I said earlier

26 (Pages 98 to 101)

Stephen E. Petty, P.E., C.I.H., C.S.P.
July 11, 2019

Page 102

1  that we have all the Federal Registers from 1930
2  forward.  I actually pulled the Federal -- you'll see
3  that, like on page 90, when I say at the top of page 90,
4  I say "Exhibit 18, page 28279."  That's the Federal
5  Register page number for when that language was issued.
6      Q.  And where are you pulling this -- let's just
7  go back to the first one on page 87, that in 1910, this
8  legislation was first enacted.
9          Where did you pull that from?  Is that
10  Exhibit 18 as well?
11      A.  Yeah, because it's a continuation.  I'm pretty
12  religious about telling you where I got stuff.  It
13  continues -- the pair of the bullet on the bottom of 87
14  continues on to 88.
15      Q.  Okay.  And you're telling us that Exhibit 18
16  is the Federal Register?
17      A.  It is.  Because what happens in all of
18  these -- the Federal Register provides what I call
19  enabling language, and it's very helpful to get an idea
20  of not only the history of the particular proposed or
21  finalized regulation but also kind of the back and forth
22  that went on as to why they decided what they decided.
23  I'm just pulling -- this is simply -- this is simply the
24  Federal Register preamble, if you will.  It's being
25  pulled from that.

Page 103

1      Q.  All right.
2      A.  And it's just simply to bring everybody along
3  and see where -- at what points in time some of this
4  language became available.
5      Q.  So --
6      A.  Particularly with respect to warnings.
7      Q.  Okay.  So the research you did with regard to
8  the history of FIFRA basically came from the Federal
9  Register?
10      A.  Yes.  I spent many days on that microfiche.
11      Q.  Looking at different Federal Registers or the
12  same one?
13      A.  The way you really do it is you find one and
14  it always references to the earlier one, and what you
15  then do is you go and pull them all down and you read
16  them in a reverse way.  Does that make any sense?
17  That's the reality of how that happens.
18      Q.  So this Exhibit 18 is the one you pulled down
19  and then referred to others?
20      A.  Well, I mean, we'll go back to Appendix A.
21  You can see -- we've covered this before, but --
22      Q.  We covered the Federal Register before?
23      A.  You asked me where I got these documents.  We
24  spent an hour and a half on the first day on Appendix A.
25  And remember, on page 241, you asked me where -- for

Page 104

1  example, where do documents 18 through 30 come from.
2  They came from -- and I told you that they were Federal
3  Register, and they came from our internal downloads from
4  the Federal Register.
5      Q.  That's right.  That's Exhibit 16.
6          MR. KRISTAL:  No.  18 through 30.
7      A.  No, it's not.  18 through 30.
8          MR. UPSHAW:  No.  Your Exhibit 18 --
9          MR. KRISTAL:  He's talking about Appendix A.
10          MR. UPSHAW:  I'm talking about the deposition
11  exhibit.
12          MR. KRISTAL:  This is the deposition exhibit.
13  He's talking about page 241.
14          MR. UPSHAW:  I know, which is Deposition
15  Exhibit -- Exhibit 6, which is --
16          MR. KRISTAL:  I don't think they're entirely
17  identical is my point, so I think it's better --
18          MR. UPSHAW:  Well, I --
19          THE WITNESS:  Okay, but I have -- since we
20  have Exhibit 7 --
21          (Indecipherable simultaneous speaking.)
22  BY MR. UPSHAW:
23      Q.  I understand.  I just want to make sure -- you
24  bring up a good question.  What we marked as Exhibit 6
25  is not the same as what you have in Exhibit 7,

Page 105

1  Appendix A?
2      A.  No, I believe these are the same.
3      Q.  I do too.
4      A.  But you're referring to a different document
5  than I am.
6      Q.  I know.  I was trying to be --
7      A.  I'm trying to stay on the same document.  You
8  want to flip to another one.  But either way --
9      Q.  I understand.  Go ahead.  We're all on the
10  same thing.  Your Exhibit 18 from your list of reliance
11  materials, which is also in Exhibit 7, which is what
12  you're referring to at page 241?
13      A.  Yeah.  I was just trying to help draw you to a
14  page number so you don't have to flip through that
15  thing.
16      Q.  Thank you.
17      A.  So anyway, those are the Federal Registers I
18  downloaded as part of this entire effort to go through
19  the history, if you will, of these two regulators.  And
20  because it was helpful, where there were definitions,
21  for example, I pulled out the definitions because they
22  changed somewhat over time for terms like "active
23  ingredient" and "inert ingredient."  There's first
24  definitions that I find in 1975, and then there's
25  additional definitions from 1988.  I show that on pages

27 (Pages 102 to 105)

Stephen E. Petty, P.E., C.I.H., C.S.P.
July 11, 2019

Page 106

1  88 and 89 of Exhibit 7.
2  Q.  The ones you show on page --
3      MR. KRISTAL:  Can I just interject so we're
4  clear?
5      The intent -- if you look at page 274 of
6  Exhibit 7, there were three exhibits added to that
7  part of the Exhibit 7, which are not on Exhibit 6.
8  That's what I was trying to say.  So they're not
9  totally identical, and I'm just trying to not
10  mislead you in any way.
11     MR. UPSHAW:  Thank you.
12     THE WITNESS:  I see what you're saying.  I see
13  what you're saying.  But with respect to my
14  Appendix A and the copy of that Appendix A, if you
15  will, in whatever that number is --
16     MR. KRISTAL:  6.
17     THE WITNESS:  6, they should be close.
18     MR. KRISTAL:  I think they're identical, but I
19  think Appendix A added three exhibits.  That's all
20  I'm saying.  I don't know the reason, but when I
21  reviewed it the first day, they're not totally
22  identical.  I'm just trying to point that out.
23     THE WITNESS:  My point is -- and we can get
24  back to where we were.  We were talking about the
25  Federal Register and which ones I looked at, and

Page 107

1  I'm just trying to get back to that point.  I think
2  in both of those documents it's the same Federal
3  Registers.
4      MR. KRISTAL:  Yes, exactly.  The Federal
5  Registers 18 to 30 are exactly the same in both
6  documents.  I believe 1 through 507 are exactly the
7  same.
8      MR. UPSHAW:  All right.  We'll get back to the
9  discrepancy at some other point.
10  BY MR. UPSHAW:
11  Q.  All right.  Let's finish where we were at.
12  A.  So anyway, I think what we're trying to get to
13  ultimately is the standard of care that I'm relying on,
14  rather than review my review of the history of these two
15  standards, but I just wanted to explain that so we can
16  get to what I think you're asking, which is what are the
17  standards of care.
18      And the standards of care are going to be
19  the -- any of the -- it's going to be two-fold.  One,
20  any of the regulatory language related to labels which
21  broadly includes advertising, web pages, MSDSs, under
22  certain circumstances, as well as the one I really
23  relied on -- that I also relied on, I should say, is
24  specifically my Appendix C, which is the U.S. EPA Label
25  Review Manual, which is -- begins on page 443, which is

Page 108

1  really ultimately my basis for -- the ultimate basis is
2  the regulation itself, but they've produced a Labeling
3  Claims Manual which allows you to look at whether or not
4  the labeling meets their -- what they believe is what
5  has been regulated.
6      And so I'm using EPA's Label Review Manual,
7  specifically Chapter 12 in Appendix C, as the standard
8  of care, if you will, for the EPA, FIFRA, FFDCA
9  regulations.  We just got bungled up in all of my
10  research.
11  Q.  Okay.  Any other specifics that you've
12  identified in Exhibit 7 that relate to the regulatory
13  standard of care, that you haven't mentioned already?
14  A.  7.  Not with -- oh, Exhibit 7.  I see what
15  you're saying.  I was looking at Section 7.
16      Let me look real quick.
17      No, I don't believe so.  I think then, beyond
18  that, I was using examples of where I don't believe they
19  met the standard of care.
20  Q.  Okay.  All right.  So now that we have the
21  table set -- not the table in Exhibit 7 -- the table set
22  for what you consider to be the Monsanto standard of
23  care, the industry standard of care, and the regulatory
24  standard of care, and your opinion is --
25  A.  With respect to warnings.

Page 109

1  Q.  With respect to warnings.  I appreciate that
2  modifier.
3      Tell me how Monsanto has not upheld its own
4  standard of care.  Can you do it that way, or do you
5  have to go with a statement and then tell me which
6  standard of care -- it doesn't uphold?
7  A.  My opinion is that with the exception of the
8  regulatory side standard of care, which is somewhat more
9  restrictive obviously because it only extends from 1970
10  forward, that almost all the examples in Section 7 and 9
11  would apply equally to Monsanto and the industry
12  standard of care.
13  Q.  Okay.  Show me how that happens.
14     MR. KRISTAL:  And just for the record, we're
15  talking about Section 7 and 9 of Exhibit 7?
16     MR. UPSHAW:  Correct.
17     THE WITNESS:  Exhibit 7.
18     MR. UPSHAW:  We threw a lot of numbers out
19  there.  We need to keep it straight when we read
20  this.
21     THE WITNESS:  I hate to belabor it, but let's
22  go to page 186.  We talked about figure 7-36 at
23  length yesterday, I believe, and my criticisms of
24  that figure being misleading.  And that would
25  certainly -- it certainly would not meet their

28 (Pages 106 to 109)

Stephen E. Petty, P.E., C.I.H., C.S.P.
July 11, 2019

Page 110

1    stated standard of care with respect to not
2    providing misleading information with regards to
3    warnings to the public, because I think this is
4    clearly misleading. I certainly think it has that
5    same -- that it also doesn't meet the industry
6    standard of care in that way.
7        And I guess this example is bad because I
8    think it also doesn't meet the regulatory standard
9    of care in the sense that advertising isn't
10   supposed to mislead the public.
11   BY MR. UPSHAW:
12   Q.  Okay. So that --
13   A.  That's an example that would meet all three.
14   Q.  So I guess I need -- I'm -- I should just ask.
15   A.  I would -- I would think that it would be more
16   the exception that it didn't -- that the examples I
17   provided aren't violations of all three.
18   Q.  Give me an example where you've put something
19   in your Exhibit 7 that is not a violation of any of the
20   three standards of care you've enumerated.
21   A.  That is not a violation of any of the
22   standards --
23   Q.  That is not.
24   A.  I don't believe there's anything in Section 7
25   that wouldn't be a violation of one or more.

Page 111

1    Q.  Did you find, in your research and preparation
2    for providing your opinions today, any examples of
3    Monsanto's advertisements that were not in violation of
4    any of the three standards of care you've enumerated
5    today?
6        A.  Well, if you look at the MSDS reviews, I've
7    clearly indicated language that I believe is misleading
8    or -- I use the term "is not actionable." I've
9    indicated, for instance, certain portions of those
10   warnings and PPE language are and certain portions
11   aren't. Does that make any sense?
12       MR. UPSHAW: Well, it doesn't answer my
13   question.
14       Matt, I think my question was --
15       THE WITNESS: That was out of Section 7.
16       MR. UPSHAW: Hold on.
17       Matt, can you read back the question? Because
18   I believe I was asking about advertisements, but I
19   want to make sure.
20       (The preceding question was read back by the
21   reporter.)
22       THE WITNESS: The reason I'm hesitating is
23   because: Are MSDSs a part of advertising? I know
24   they're part of warnings.
25   BY MR. UPSHAW:

Page 112

1        Q.  Yeah.
2        A.  But my recollection was that there also -- if
3    they're included with the product, EPA views them as
4    part of the advertisement. I'm just trying to check
5    that out.
6        Q.  I appreciate that.
7        A.  So on page 110 of Exhibit 7, at the bottom,
8    I'm reading specifically, "Labeling is defined as
9    federal insecticide -- FIFRA, Section 2(p), as meaning
10   labels and all other written, printed or graphic
11   material accompanying a pesticide or device at any time
12   or to which reference is made on a label or in the
13   accompanying literature."
14       The difficulty I'm having with that is,
15   technically, most of the labels that are in
16   advertisements will say, "Refer to the MSDS." I'm
17   trying to get through this quicker than slower. That's
18   all I'm telling you. Because in Section 7, if we
19   include my review of the MSDSs, then I would believe
20   that in all cases they would be violations of all three
21   standards of care.
22       Q.  Okay. But let's get back to my question, then
23   we can move on to something else.
24       I'm sure in your preparation of Exhibit 7 and
25   other materials you've reviewed to prepare for today's

Page 113

1    deposition --
2        A.  Okay.
3        Q.  -- you reviewed numerous Monsanto Roundup
4    advertisements; correct?
5        A.  I guess that would be correct.
6        Q.  Okay. And in your review of these numerous
7    Monsanto advertisements, did you come across any that
8    were not in violation or did not [sic] uphold the
9    standard of care, either Monsanto's standard of care,
10   regulatory standard of care, or industry standard of
11   care?
12       A.  I don't believe I saw any advertisements that
13   I believe that didn't violate the Monsanto standard of
14   care or the industry's standard of care. They may not
15   have violated the regulatory standard of care.
16       Q.  Okay. In your review of materials preparing
17   for today, did you see any labels, product labels, which
18   did not violate -- if you want to use that word -- the
19   standard of care you -- the standard of care, as you've
20   enumerated, for either industry, Monsanto or regulatory?
21       A.  I think I've answered that question. But with
22   respect to labels and MSDSs, which are part of labels, I
23   said that there were portions of the MSDSs that I felt
24   violated the standard of care and there were other
25   portions that didn't, so I guess that's the best way to

29 (Pages 110 to 113)

Stephen E. Petty, P.E., C.I.H., C.S.P.
July 11, 2019

Page 114

1  answer that.  I tried to point out in those tables the
2  portions I thought violated the standard of care.
3      Q.  Okay.  When you were discussing the industry
4  standards of care, you went back into history to start
5  that discussion, and you talked about companies that
6  were involved in the industry.
7      Were there companies back -- I guess you
8  started I guess in the 19- -- well, you started at
9  Hamilton, so I won't go back that far.
10     A.  Yeah, she was infamous for public health and
11  safety.
12     Q.  I suspect you're talking about Alexander
13  Hamilton?
14     A.  No, not -- not -- I think he was a little
15  earlier than that.
16     Q.  Earlier than Alexander Hamilton?  Which
17  Hamilton are you referring to?
18     A.  It was Ms. Hamilton.  She was a female, not a
19  male.  And about 1914, she wrote an infamous book on
20  public health and safety, really identifying that it was an area of unsolved needs,
21  basically.
22     MR. KRISTAL:  Yeah, Alexander Hamilton was
23  when the airports were first around.
24     MR. UPSHAW:  Yeah, I heard that.
25

Page 115

1      MR. KRISTAL:  This is Alice.  I don't know if
2  they're related.
3  BY MR. UPSHAW:
4      Q.  Was Alice Hamilton and the company she was
5  referring to in that era manufacturing herbicides or
6  pesticides?
7      A.  I'm not certain.  I doubt it, but -- because a
8  lot of these didn't come along until later, but I don't
9  know for sure.  I don't know.
10     Q.  When did the production of herbicides or
11  pesticides begin in the United States?
12     A.  I don't know the exact date when that
13  happened.
14     Q.  That would have been part of whether or not
15  those companies were included in the MCA or in industry
16  standard; right?
17     A.  Not really.
18     Q.  Because --
19     A.  Why is that?
20     Q.  Well, let me ask you:  Do companies that
21  produce herbicides and pesticides have to belong to the
22  CMA?
23     A.  I don't -- it's a voluntary organization.  I
24  wouldn't think so.
25     Q.  Okay.

Page 116

1      A.  But Monsanto was one of the very early
2  members.  In fact, they're tied to the beginning by who
3  they acquired in 1912.
4      Q.  All right.  Okay.  Just a question that came
5  up.
6      All right.  So you referred us back to figure
7  7-36, which was an advertisement; right?
8      A.  I don't -- oh, yeah, I see what you're saying.
9  Yeah.
10     Q.  I lost my page.  What page are we on?
11     MS. ALVAREZ:  186.
12     A.  It's 186.
13     You haven't memorized this yet, huh?
14     MS. ALVAREZ:  Almost.
15     THE WITNESS:  You can help me, then.
16  BY MR. UPSHAW:
17     Q.  Right.  That Backgrounder was an
18  advertisement?
19     A.  Well, it's considered advertising because it's
20  sent out to the public.  It's under the definition --
21  well, it's considered labeling.
22     Q.  Okay.  In support of your opinion, you have
23  obviously determined other examples where Monsanto has
24  failed to uphold one of the three standards of care that
25  you've enumerated, and I want to understand, so that I

Page 117

1  understand your opinion, what those examples are.
2      A.  Well, they're all listed in Section 7 and 9.
3      Q.  That's great.  But the jury's not going to
4  read Section 7 or 9 of this.  So their only connection
5  to your testimony will be your testimony.
6      MR. KRISTAL:  Right.  But it's not going to be
7  coming from this deposition.
8      MR. UPSHAW:  Could be.
9      MR. KRISTAL:  I highly doubt it.
10     MR. UPSHAW:  Well, we won't discuss Missouri
11  law right now, but okay.
12     THE WITNESS:  I don't know what you're asking.
13  If you want, we can go through each example in
14  Section 7 and each example in Section 9.
15  BY MR. UPSHAW:
16     Q.  You've put this together -- and "this" being
17  Exhibit 7 -- for a reason, and I think you've enumerated
18  or articulated that reason when we met the first day,
19  and that was to assist you in providing your testimony.
20  And what I'm asking you -- it could be from Exhibit 7 or
21  it could be from off the top of your head.
22     I'll ask a general question.  How is it that
23  you've come to the opinion that Monsanto has somehow not
24  upheld its own standard of care, as you've articulated
25  for us?

30 (Pages 114 to 117)

Stephen E. Petty, P.E., C.I.H., C.S.P.
July 11, 2019

Page 118

1      A.  Through a combination of reviewing labels,
2   MSDSs, advertisements, and documentation intended to be
3   delivered to distributors and end users.
4      Q.  Okay.  What labels, what advertisements, and
5   what documentation that you consider to be designed to
6   be read by end users?
7      A.  Well, an example would be on -- documentation
8   was your question?
9      Q.  My question was of the three areas you
10  mentioned, labels, advertisements, and documentation
11  meant to be consumed by the end user.
12     A.  Well, one place you can go is page 183.
13     Q.  Okay.
14     A.  Because we have a package of such information
15  that's been provided.  And this is related to a
16  request -- I think we talked about this before, but it's
17  related to a request from Daniel Blaeser of Helen
18  Chemical --
19     Q.  Right.
20     A.  -- to Tim Ford, asking for any information
21  they might have to help them with regards to -- concerns
22  about the Roundup product being used in a public place.
23  And so on that page, you'll see that I included seven
24  documents that go back -- I know the Backgrounder goes
25  back to 2002.  And so what I've done here is I've gone

Page 119

1   through each of these documents, beginning on 183, and
2   reviewed them and made specific observations that are
3   inconsistent with what they're allowed to do under the
4   standard of care.
5         So for example --
6      Q.  I'm sorry --
7      A.  -- they're not supposed to use the word
8   "bioaccumulate" in information saying -- that it doesn't
9   bioaccumulate.  They're not supposed to provide that
10  information to the public under -- under -- under the
11  EPA regulations.  And they, of course, are -- were fined
12  by New York State for using that same language.
13     Q.  Okay.
14     A.  So I'm just pointing out, in each of these
15  documents, where there are things that are inconsistent
16  with the standards of care.
17     Q.  That's what I understand you're doing.
18        What I'm asking you now is to specifically
19  tell us in this deposition --
20     A.  Sure.
21     Q.  -- what you've used in Exhibit 7 or what
22  you've collected in Exhibit 7 to refresh your
23  recollection so you don't have to remember each of these
24  examples, I assume?
25     A.  Well, and we're trying to do that.

Page 120

1      Q.  Okay.
2      A.  So I went through each of these documents, 1
3   through 7 on page 183.  These were clearly sent -- or
4   the intent was to send them out to the public.
5      Q.  May I ask you a question?
6      A.  Sure.
7      Q.  Are you considering -- okay.  So I understand
8   that this group of documents was sent to Daniel Blaeser
9   of Helen Chemical.
10     A.  Yeah, in response to parents being concerned
11  about the use of Roundup.
12     Q.  Okay.  And did Monsanto send these to the
13  parents being concerned about Monsanto with Roundup or
14  to -- or back to Daniel Blaeser, B-l-a-e-s-e-r?
15     A.  It doesn't matter to me because it's to the
16  public.
17     Q.  Because Mr. Blaeser's part of the public?
18     A.  Sure, the school district.
19     Q.  No, no.  Mr. Blaeser is at Helen Chemical.
20     A.  So he's a distributor.
21     Q.  Okay.
22     A.  And he's going to distribute that
23  information -- he's not just going to sit on it.  He's
24  going to give it to these people.  He's asking for
25  information to provide to them.  I don't think he's just

Page 121

1   going to take it and not do anything with it.
2      Q.  Do we know that?
3      A.  I think it's implicit.
4      Q.  Okay.  So your opinion in this area is based
5   on some implicit understanding of this series, or do you
6   know that he passed this on?
7      A.  I don't know that he passed it on, but it's --
8   if you request information from somebody to give to
9   somebody else, and they give you the information, it
10  would be, I'd think, obvious that you would pass it on.
11     Q.  But here, with regards to supporting your
12  opinion, you don't know that?
13     A.  What?  That I have the actual knowledge of
14  which people received it down the line?
15     Q.  Yeah, you got anything from Mr. Blaeser that
16  says, hey, moms at Las Cruces Public School District,
17  here's the stuff I received from Monsanto?
18     A.  My answer stands.
19     Q.  Stands as no, you don't have that stuff?
20     A.  It's implicit that it would have been passed
21  on, based on this correspondence.
22     Q.  Right.  So based on this correspondence, we
23  should assume it got passed on to the Las Cruces Public
24  School District?
25     A.  No.  I said we should presume it did.

31 (Pages 118 to 121)

Stephen E. Petty, P.E., C.I.H., C.S.P.
July 11, 2019

Page 122

1    Q.   Okay.  And what's the difference between
2    presuming and assuming?
3        A.   Because I don't think it's an assumption.  I
4    think that there's clear evidence that there's a request
5    for information from somebody to give to other
6    individuals.  The information is then sent.  I think
7    it's a straight logic flow that that information then
8    would be sent to the people requesting.
9        Q.   That's your definition of "presume" versus
10   "assume"?
11       A.   I don't know.  I'm not going to get into that.
12       Q.   Well, you don't have a choice whether you get
13   into it or not.  I ask questions; you answer.
14           MR. KRISTAL:  Maybe we should look at the
15   document.
16           MR. UPSHAW:  Do you have the document from
17   Mr. Blaeser?
18           MR. KRISTAL:  Yeah, it's 197-U.
19           MR. UPSHAW:  That's the document that he sent
20   to Monsanto.
21           MR. KRISTAL:  No.  It's the e-mail chain that
22   attached the attachments, which was part of -- I
23   believe it was Tim Ford's deposition.  We have the
24   document.  It's 197-U.  We can look at it, see what
25   it says.

Page 123

1            MR. UPSHAW:  Sure.  Let's do that.
2            You have the document?  You have it up?
3            MR. KRISTAL:  I do.
4            MR. UPSHAW:  You want to show it to the
5    witness?
6            MR. KRISTAL:  Sure.
7            THE WITNESS:  All right.
8    BY MR. UPSHAW:
9        Q.   Mr. Petty, is there anywhere in that document,
10   which is Exhibit 197-U, that indicates that Mr. Blaeser
11   of Helen Chemical actually sent the documents that were
12   sent to him to Las Cruces Public School District?
13       A.   Well, I think this sentence where he says to
14   Daniel Blaeser, "They are having a meeting with them and
15   an organization out of Santa Fe trying to ban the use.
16   I told them I would gather ammunition but not do any
17   speaking."  So she's saying he's going to provide that
18   information --
19       Q.   Who's "he"?
20       A.   "He" is Daniel Blaeser, is saying he's going
21   to -- he's not going to speak, but he's going to provide
22   that -- he calls it "ammunition," but information to
23   the -- as part of this meeting they're going to have.  I
24   just -- I fail to see the difficulty that -- he's asking
25   for information.  He says he's going to present it to

Page 124

1    the district, and so then the information is sent.
2        Q.   The difficulty is that there is no indication
3    that the information was actually sent, but I'm not
4    going to argue with you.  I'm going to ask you the
5    question --
6        A.   Well, the e-mail attaches --
7            MR. KRISTAL:  Which information was actually
8    sent?
9            MR. UPSHAW:  I'm not going to argue with you.
10           MR. KRISTAL:  No, I'm just saying I object to
11   the question.
12           MR. UPSHAW:  Okay.  Thank you.
13   BY MR. UPSHAW:
14       Q.   I'm going to ask you a question, and then we
15   can move on and get an answer, back to the question and
16   answer.
17           So you looked at the first document,
18   regardless of where it went, and you have an issue with
19   the document entitled "What is Glyphosate"; correct?
20       A.   Correct.
21       Q.   Okay.
22       A.   Well, I have -- at least -- they make this
23   statement that it only -- that the enzyme's only found
24   in plants and that of bacteria.  There's been research
25   that suggests that it's also found in the human gut.

Page 125

1    They also say that, under "bioaccumulation," that
2    glyphosate doesn't bioaccumulate, but that -- that,
3    under the EPA, you're not -- you're not supposed to make
4    that claim.  You're not supposed to use that word in
5    advertisements.
6        Q.   Okay.  And where does it say that with the
7    EPA?
8        A.   Not to use the word "bioaccumulate"?
9        Q.   Yes, sir.
10       A.   All righty.  I'm looking at page 447.
11       Q.   447.  Okay.
12       A.   It really begins on 446.  This is the Label
13   Review Manual for EPA.  It says, "Some examples of
14   unacceptable claims."
15       Q.   Hold on.  Hold on.  Okay.  I see your heading,
16   yes, sir.
17       A.   "The term 'biodegradable' is generally not --
18   is unacceptable."
19       Q.   It's on 446?
20       A.   Next to the bottom bullet.
21       Q.   Okay.  So where it says, "The term
22   'biodegradable' is generally unacceptable," that means
23   you can never use it?
24       A.   Well, if you combine that with the fact that
25   New York State sued them over the same terminology

32 (Pages 122 to 125)

Stephen E. Petty, P.E., C.I.H., C.S.P.
July 11, 2019

| Page 126 |
|---|

1    earlier, and Monsanto agreed to stop using that term
2    supposedly and was also fined for using that term, then
3    I would say that for -- and it was for the product
4    Roundup, I would say it applies to Roundup.
5        Q.   What does New York State have to do with
6    anything we're talking about with regard to the EPA
7    Label Review Manual and the use -- and the statement
8    that you made that Monsanto violated some standard of
9    care because it used the word "biodegradable" in a
10   document entitled "What is Glyphosate"?
11       A.   It has everything to do with it.
12       Q.   So what --
13       A.   New York State was also clear -- New York
14   State isn't writing the -- they're looking at the EPA
15   rules as well, and they're saying that terminology isn't
16   acceptable.
17       Q.   So you're saying here today that the New York
18   State adopted this manual, which is the U.S. EPA Label
19   Review Manual, in its entirety, specifically
20   Chapter 12 --
21       A.   No.
22            MR. KRISTAL:  Object to form.
23   BY MR. UPSHAW:
24       Q.   -- and applied that --
25            Hold on.  I'm not finished.  And applied that

| Page 127 |
|---|

1    to its laws in New York state to fine Monsanto because
2    it said something on a page entitled "What is
3    Glyphosate" that may or may not have been sent to the
4    Las Cruces Public School District?
5            MR. KRISTAL:  Object to the form --
6    BY MR. UPSHAW:
7        Q.   Did I follow that line correctly?
8            MR. KRISTAL:  Object to the form of the
9    question.
10       A.   No.
11       Q.   Okay.  So let me ask my question.  Where you
12   have said that Monsanto violated a standard of care,
13   we're talking about the -- which standard of care?
14   Maybe I should make that clear.  Regulatory --
15       A.   It's all three.
16       Q.   All three.  Okay.  So it's violated -- or not
17   upheld, however you want to call it, its standard of
18   care for the company, for the industry, or regulatory
19   based upon --
20       A.   A misleading statement.
21       Q.   -- a misleading statement.
22            And it's misleading because you've pointed me
23   to Chapter 12 of the U.S. EPA Label Review Manual that
24   says, "The term 'biodegradable' is generally
25   unacceptable for any pesticide product."

| Page 128 |
|---|

1        A.   Correct.
2        Q.   Did I get that right?
3        A.   Yep.
4        Q.   Okay.
5        A.   Especially from an industrial hygiene
6    standpoint.  Appreciate we're erring on the side of
7    public health and safety.
8        Q.   "We" being you, the witness, right?
9        A.   No, no.  No, no, no.  Industrial hygienists
10   and health and safety professionals.
11       Q.   So you're speaking for all -- let me make sure
12   I get that right.  You're speaking for all industrial
13   hygienists today and all safety and health
14   professionals?
15            MR. KRISTAL:  Object to form.
16       A.   That's not what I said.
17       Q.   You just mentioned the whole group.  I said
18   "you," and you said no, all --
19       A.   I said in the profession -- in the practice of
20   industrial hygiene and public health and safety.
21       Q.   Are you speaking for everybody in that
22   practice or just you?
23            MR. KRISTAL:  In his last answer -- you said
24   "today."  Obviously, everything he said today is
25   not.

| Page 129 |
|---|

1            MR. UPSHAW:  Let's not add on to what he has
2    to say.  Let me ask him the question and you --
3            MR. KRISTAL:  Right.  But your question
4    earlier said "today," implying everything he said
5    today.
6            MR. UPSHAW:  Okay.
7            Matthew, can you read my question back,
8    please?
9            (The following questions and answers were read
10   back by the reporter:  Page 128, line 2 through line
11   10.)
12            MR. UPSHAW:  Okay.  That's good.
13            MR. KRISTAL:  Well, there was another question
14   after that.
15            MR. UPSHAW:  Well, I don't need the other
16   question.  I'm ready to ask my question now.
17   BY MR. UPSHAW:
18       Q.   When you were referring -- with regard to the
19   section that was just read, are you making that
20   statement with regard to all professionals?
21            MR. KRISTAL:  Objection to the form.
22   BY MR. UPSHAW:
23       Q.   Or just your opinion?
24       A.   Well, you've got multiple questions.  Do you
25   want to have me answer one at a time, because I'm not

33 (Pages 126 to 129)

Stephen E. Petty, P.E., C.I.H., C.S.P.
July 11, 2019

Page 130

1    going to answer your one question --
2       Q.  Is it just your opinion?
3       A.  Well, no, you asked two questions.
4       Q.  I asked the second one.  Is it just your
5    opinion?
6          MR. KRISTAL:  Just his opinion what?
7          MR. UPSHAW:  We're not going to go back and go
8       through all this.
9    BY MR. UPSHAW:
10      Q.  Do you understand my question, Mr. Petty?
11      A.  I do not.  That's why I asked.  You've asked
12   multiple questions there, and you want one answer.  I
13   get it.  I understand what you're doing.
14         MR. UPSHAW:  Okay.
15         MR. KRISTAL:  Why don't we take our lunch
16      break?  We've been going about an hour and 40.
17         MR. UPSHAW:  Oh, sorry.  Your fingers.  We can
18      do that.
19         THE VIDEOGRAPHER:  This marks the end of video
20      media disc number 2.  The time is 12:49, and we're
21      going off the record.
22         (Recess from 12:49 p.m. to 1:57 p.m.)
23         (Ms. Greenwald exited the room at the recess
24      and did not return.)
25         THE VIDEOGRAPHER:  We're back on the video

Page 131

1    record.  This is the start of video media disc
2    number 3 of the deposition of Stephen Petty.  The
3    time is 1357.
4    BY MR. UPSHAW:
5       Q.  All right.  Good afternoon, Mr. Petty.
6       A.  Good afternoon.
7       Q.  Okay.  We're starting back after lunch.  We
8    were talking about the Blaeser letter on page 183 of
9    your Exhibit 7 to the deposition.  We were talking about
10   the first item, which is "What is Glyphosate" there, and
11   just so we're all back, to recap, you said the use of
12   the word "bioaccumulate" was misleading and a violation
13   of the regulatory standard of care.
14         Did that get us at the right place?
15      A.  Yeah.  But, specifically, it was the statement
16   that glyphosate does not bioaccumulate.  But, I mean,
17   the word "bioaccumulate" is clearly the word that
18   triggers it.
19      Q.  That's the word that triggers it.  And you led
20   me to the page, because I asked you where that came
21   from, and I think it was from the Chapter 12 section,
22   which is Appendix D -- C to Exhibit 7; right?
23         Am I right, Appendix C?
24      A.  Do you have a page?
25         MS. ALVAREZ:  447.

Page 132

1          THE WITNESS:  447?
2    BY MR. UPSHAW:
3       Q.  Right.  And you said on page 447, which we
4    were reading, and it's the -- it's the bullet
5    point -- the penultimate bullet point on that page;
6    right?
7       A.  It's the next-to-the-bottom one, whatever that
8    means.
9       Q.  Okay.  That would be penultimate.
10         The word is "biodegradable."  "The term
11   'biodegradable' is generally unacceptable"; correct?
12      A.  Correct.
13      Q.  That's not the term that's used in the item
14   "What is Glyphosate," is it?  The term you said was
15   wrong is "bioaccumulate," not "biodegradable."
16      A.  Okay.
17      Q.  There's nowhere in Chapter 12 does it say that
18   the term "bioaccumulate" is generally unacceptable, is
19   it?
20         MR. KRISTAL:  Objection to form.
21   BY MR. UPSHAW:
22      Q.  Just so I understand what we're doing and
23   you're not waiting on me, I'm not waiting on you; you're
24   reviewing the materials to look for the word
25   "bioaccumulate" or "bioaccumulation"; right?

Page 133

1       A.  I am.  I think you're partially correct in
2    your question in the sense that the words are different.
3    You're not correct that if you're using misleading
4    statements from that, that it's still not a violation.
5    What I'm looking for is I've got specific language in
6    here that it does not bioaccumulate as well.
7       Q.  Okay.  I just wanted to make sure you weren't
8    waiting on a question from me and I wasn't waiting on
9    you to find something.
10      A.  Yeah, I understand.
11         All righty.  I found it.
12      Q.  Okay.
13      A.  I apologize.  Sorry.  I'll move you to pages
14   140 and 141.  And the basis for me saying that it
15   would -- that they're saying it does not bioaccumulate
16   is on page 149 -- or 141, Exhibit 196-S, pages 117
17   through 118.  And they're citing other work as well, but
18   it's the, "Despite Monsanto's claim it does not
19   bioaccumulate, this 2014 study found glyphosate
20   residuals in multiple organs of slaughtered cows,
21   including the intestine, liver, muscles, kidney,
22   spleen" --
23      Q.  Hold on, hold on, hold on, hold on.  You're
24   going too fast.  He can't take it down that fast.  He's
25   not reading.

34 (Pages 130 to 133)

Stephen E. Petty, P.E., C.I.H., C.S.P.
July 11, 2019

Page 134

1     A.  Well, I think he's doing pretty well.
2     Q.  Can you repeat what you said, please?
3     A.  Sure.  "Despite Monsanto's repeated claim that
4  glyphosate does not bioaccumulate, this 19 -- or 2014
5  study found glyphosate residuals in multiple organs of
6  slaughtered cows, including intestines, liver, muscles,
7  kidneys, and spleen, bringing into question Monsanto's
8  claim that glyphosate is rapidly excreted and does not
9  bioaccumulate in animals or humans."
10     "Beyond accumulation in vital organs,
11  glyphosate has also been found to accumulate in bones
12  due to its strong chelating activity or ability to bind
13  with calcium.  According to EPA's own internal
14  documents, reporting on a corporate paid study submitted
15  by Monsanto, a significant portion of glyphosate is
16  absorbed into the bones of mice and rats using
17  laboratory animals."
18     So it does accumulate.  That's what they're
19  saying.
20     Q.  "They," being the Democracy Now and -- Food
21  Democracy Now and Detox Project is saying?
22     A.  In context with them then citing other
23  references, yes.
24     Q.  Okay.  So going back to where we started,
25  which is your statement on page 183 that using the term

Page 135

1  "bioaccumulate" in the document "What is Glyphosate" is
2  somehow a misstatement pursuant to the EPA regulatory
3  standard of care is incorrect; right?
4     A.  Well, I would say all three.
5     Q.  Okay.  So --
6     A.  It's just not to provide misleading
7  information.
8     Q.  All right.  How about to the regulatory
9  standard of care, that doesn't apply?
10     A.  Yeah, it does.
11     Q.  How so?
12     A.  Because you're not to provide misleading
13  statements in your advertisements.
14     Q.  And how is the use of "bioaccumulate" here --
15  where in the EPA regulatory standards does it say that
16  you cannot use the word "bioaccumulate," which is
17  exactly what you said before we went to lunch?
18     MR. KRISTAL:  Object to form.  It's not what
19  he said.
20     A.  I think my answer before is that you were
21  right that that word "bioaccumulate" wasn't explicitly
22  in Section 7, but what I just did is show you documents,
23  including documents tied back to EPA, that show that it
24  does bioaccumulate, even though that word wasn't used
25  here.  But under the "General claims," any false or

Page 136

1  misleading statement -- and I'm reading from page
2  445 about -- and there's a whole series of those under
3  "General claims."  Then it would fall under the
4  misleading information portion of the EPA advertising
5  criteria -- or labeling criteria.
6     Q.  Where are you speaking to?  You just spoke in
7  general, so I have a couple of questions on that.
8     A.  No.  I'm talking about "a false or misleading
9  statement concerning the effectiveness," for example,
10  "of the product or the value of the product for purposes
11  other than a pesticide or device."
12     So they're making statements about the fact --
13  they're implying a safety element by saying that it does
14  not bioaccumulate, but it does, so that's a misleading
15  statement.
16     Q.  And you're saying it does based upon the one
17  study that you cite on page 141, which we don't even
18  know if it's a study; it's a project from an
19  organization called Food Democracy Now and the Detox
20  Project; right?
21     A.  That's not correct.
22     Q.  What are you basing that on, then, other than
23  that?
24     A.  It's based on that paper and then the
25  references that they reference.

Page 137

1     Q.  Well, the only reference you cite here is to
2  some EPA re-registration eligibility decision, which has
3  nothing to do with using the word "bioaccumulate."
4     MR. KRISTAL:  Object to form.
5  BY MR. UPSHAW:
6     Q.  Does it?
7     A.  Well, it's by definition.  If it remains in
8  the tissues, it's accumulated in living tissue.
9     Q.  You're missing my point.  You're making some
10  reference, and you said this earlier in your response,
11  that based upon this Food Democracy Now and the Detox
12  Project and EPA regulations, that you believe the
13  statement made in the "What is Glyphosate" paper, your
14  Exhibit 197-U, somehow was misleading because they say
15  in there that glyphosate does not bioaccumulate.
16     A.  That's not what I said.
17     MR. KRISTAL:  Object to form.
18     THE WITNESS:  That's not what I said.
19  BY MR. UPSHAW:
20     Q.  Then let me clarify so I understand you
21  correctly.
22     How is it -- let's do this piece by piece,
23  because I want to move on from this one document since
24  we've got plenty more to go.
25     Exhibit 197-U on your reference list is a

Paszkiewicz Court Reporting
(618) 307-9320 / Toll-Free (855) 595-3577

Stephen E. Petty, P.E., C.I.H., C.S.P.
July 11, 2019

Page 138

1   document called "What is Glyphosate."  You have stated,
2   and correct me if I'm wrong, that where that document
3   says glyphosate does not bioaccumulate, that that fails
4   to reach the regulatory statute -- regulatory standard
5   of care; is that correct?
6       **A.  Because it's a misleading claim.**
7       Q.  Okay.  Because it's misleading, not because it
8   uses the word "bioaccumulate"; right?
9           MR. KRISTAL:  He said that.
10          MR. UPSHAW:  We're going back to make sure I'm
11  correct and our record is clear.
12          MR. KRISTAL:  The record's clear.
13          MR. UPSHAW:  Thank you.
14  BY MR. UPSHAW:
15      Q.  So can you answer my question, Mr. Petty?
16      **A.  I did.**
17      Q.  You didn't.  My question is -- and let me say
18  it again.  The reason you're saying that that is a --
19  that that somehow does not reach the regulatory standard
20  of care, in your opinion, is because it is misleading,
21  not because they used the word "bioaccumulate"; is that
22  correct?
23          MR. KRISTAL:  Object to the form.
24          MR. UPSHAW:  Okay.
25      **A.  Well, I guess it's both.  It's the use of that**

Page 139

1   **term under the -- under the general context of**
2   **misleading labeling because the product does**
3   **bioaccumulate according to references.**
4   BY MR. UPSHAW:
5       Q.  And what you're saying why it's misleading,
6   you're referring us to Chapter 12 of the "Labeling
7   Claims" under "General Claims" and the second bullet,
8   which is page 445 of appendix -- Appendix C, that says
9   "a false and misleading statement concerning the
10  effectiveness of the product as a pesticide or
11  device" --
12      **A.  No, no, no, no.  We're not --**
13      Q.  So tell me where --
14      **A.  What I said initially is simply that it's a**
15  **false or misleading claim under the "General claims"**
16  **provision.  Now, if you want me to try to go through**
17  **these and show you which bullet item applies, I'll do**
18  **that.**
19      Q.  Well, that's what I'm asking.  How is it that
20  you're saying that the statement on that document that
21  we've been talking about now from before lunch to now --
22  how is it misleading pursuant to a regulatory standard
23  of care?
24      **A.  Because -- well, for example, here -- they**
25  **give an example on page 446 under that list of bullets.**

Page 140

1       **One that I would draw your attention to is the first**
2       **one.  It's, "Safety claims of the pesticide, or its**
3       **ingredients, including statements such as trusted, safe,**
4       **nonpoisonous, noninjurious, harmless or nontoxic to**
5       **humans or pets with or without a qualifying phase as**
6       **when used or -- as directed."**
7       Q.  So which --
8       **A.  So what I'm saying is -- I'm sorry.  Go ahead.**
9   **You want to interrupt.**
10      Q.  You pointed me to a section.
11      **A.  Right.  "General claims."**
12      Q.  So which of the statements are you saying that
13  is not biodegradable?  Is it a statement such as trusted
14  or safe or nonpoisonous or noninjurious, harmless, or
15  nontoxic to humans and pets?
16          MR. KRISTAL:  Yes.
17      **A.  I'm saying --**
18          MR. UPSHAW:  Please, Jerry.
19          THE WITNESS:  I'm saying that they're making
20      an implicit safety claim, and the list you just
21      gave are simply examples, if you read that
22      sentence.  So to say a material doesn't
23      bioaccumulate is implying to the customer it's not
24      going to -- that it's -- it has an implication of
25      implying it's safe.

Page 141

1   BY MR. UPSHAW:
2       Q.  Okay.  You've got six other documents that you
3   say are misleading in this one example?  Each of those
4   documents you say are misleading somehow?
5       **A.  I think there's seven of them, but yes.**
6       Q.  There's seven total, but we've already talked
7   about one.
8       **A.  Okay.  So your question, please?**
9       Q.  Are you saying that of the six remaining
10  documents, you're saying each of those documents is
11  somehow misleading and, therefore, is not up to the
12  regulatory standard of care?
13      **A.  I'd have to go through all of them -- well,**
14  **for instance on page 184 --**
15      Q.  184.
16      **A.  -- where they make the statement that -- it**
17  **starts on 183.  I'm sorry.**
18      Q.  No worries.
19      **A.  But it says, "All labeled uses of glyphosate**
20  **are safe for human use," et cetera, and then it says --**
21      Q.  "Human health."  And?
22      **A.  And, "It's important to put this IARC**
23  **classification into perspective.  Many common exposures**
24  **are classified as Category 2, including coffee," et**
25  **cetera.  I can read them if you want.**

36 (Pages 138 to 141)

Stephen E. Petty, P.E., C.I.H., C.S.P.
July 11, 2019

Page 142

1    Here's the problem -- here's the criticism.
2    Q.  Okay.
3    A.  There is no IARC Category 2.  There's 2A and
4    2B.  And it's misleading because some of those are 2B.
5    And the difference is 2A is a probable carcinogen, and
6    2B is a possible.  One means greater than 50 percent;
7    one means greater than zero.  So to -- anybody that was
8    to look at the IARC classifications as a technical
9    person would see that right away.  But why they would
10   use -- and they do this multiple times -- why they would
11   use Category 2 and then commingle products that are in
12   Category 2A and 2B is clearly misleading.  And I talk
13   about that in more detail, because I actually went
14   through and I looked at each of those substances.  And
15   I'm trying to find the -- to explain that in more detail
16   to you so we can deal with these right now.
17       It's on page 229.  And it's the fourth
18   indented paragraph under bullet 2 on page 229 of
19   Exhibit 7, where I start with the word "Also Monsanto."
20   I say, "Also Monsanto makes product comparisons to IARC
21   Category 2, but IARC uses Category 2A (probable) --
22   (probably a human carcinogen) and Category 2B (possibly
23   a human carcinogen), not Category 2.  Category 2A and 2B
24   are quite different classifications.  IARC listed
25   category -- listed glyphosate in 2A," and then I looked

Page 143

1    at where these other products fall.  And not only are
2    they in different categories, but even if they're in 2A,
3    they're misrepresenting -- in other words, there's a
4    subset of -- they're taking a general description --
5    well, let me give you an example.
6        The -- under the third bullet, "The profession
7    of barber is listed as 2A, but for exposures to
8    certain products when working as a barber."  So this
9    isn't all barbers; it's if they use certain products.
10   Emissions from high fryers are listed as 2A, but
11   high-temperature frying itself is 2B.  So -- and then
12   the working at night is not listed under 2A or 2B at
13   all, but shift work, which involves the circadian --
14   that's sort of jet lag, I'll call it -- disruption is
15   probably carcinogenic.  So the circadian disruption is
16   defined as 2A, but working at night isn't.
17       So you've got this commingling of and/or
18   misrepresentation of what IARC is saying, and then they
19   lump it all together as 2 when there is no such
20   classification.  That's clearly misleading.
21   Q.  Okay.  Let's explore that working backwards.
22   On page 229 you have the statement you're referring to
23   from page 183 listed there as well; right?  That's
24   document 197-U, from 197-U?
25   A.  In this particular case -- wait a second.

Page 144

1    What page are we on first?  I'm sorry.
2    Q.  All I'm asking you, Mr. Petty, is that on page
3    229 --
4    A.  Yes.
5    Q.  -- you make the same reference to the document
6    that we were discussing that was on page 183, and you
7    take the same text as at the bottom of 183 and the top
8    of 184 and you again repeat it on page 229; right?
9    A.  Yeah, because I'm rolling up some examples of
10   the violations.  But my point was that I expanded on
11   that earlier information; that's all.
12   Q.  Understood.  That's what I wanted to explore.
13       In that statement, is there any reference to
14   night work, shift work, or circadian disruption?
15   A.  Let's go back to.
16   Q.  You can continue to research, but I'm not sure
17   there's any research necessary other than looking at the
18   statement.
19   A.  Well, I think you would have to pull the
20   document to see all the words.  That's the only thing
21   I'm hesitating on.
22   Q.  I'm going by what you've put in your document.
23   That was my question.  In the statement you have
24   included in your factual summary, which is repeated from
25   page 183 and 184 on page 229, is there any mention of

Page 145

1    shift work, circadian disruption or working at night?
2    A.  Monsanto made reference to it somewhere.  I'm
3    just trying to find it.
4    Q.  That's really irrelevant to my question, but
5    okay.  If you want to find it, you can find it.
6        MR. KRISTAL:  Well, if your question is do the
7    words on page 183, 184 -- do those words contain
8    that?
9        MR. UPSHAW:  My question is my question.  He
10   thinks he needs to do something else to answer that
11   question.  I think it's very straightforward, but
12   I'm not the witness.
13       THE WITNESS:  Well, I mean, I don't see them
14   on 180 -- I don't see the word -- I see all the
15   words but "working at night" on 184.  And I'm not
16   seeing it on 229, but all the rest of the words are
17   there, but I don't see that one.
18   BY MR. UPSHAW:
19   Q.  Okay.  But you've included it as part of your
20   explanation of that particular -- of -- I suspect -- I
21   shouldn't suspect.  Let me ask the question.
22       You've included that bullet point as part of
23   your explanation of what Monsanto was doing wrong when
24   you look at that statement; is that true?
25   A.  I do there.  I would just have to go back and

37 (Pages 142 to 145)

Stephen E. Petty, P.E., C.I.H., C.S.P.
July 11, 2019

Page 146

1  look at the original documents as to why I didn't
2  include that above.  I'd have no reason to just pull
3  that in.  My point is still my point.  The vast --
4  almost all, but -- if indeed that's right, it still
5  doesn't exclude the fact that all the rest of the
6  term -- the fact that these terms are all pulled under 2
7  rather than 2A or 2B.  That's what I'm trying to
8  illustrate.
9      Q.  So your criticism, and that is your finding or
10  opinion that Monsanto did not meet the regulatory
11  standard of care in this --
12      A.  Well, all standards -- I'm sorry.  Go ahead.
13      Q.  Maybe I'm wrong, but you'll answer the
14  question -- did not meet the regulatory standard of care
15  was because this statement in that document, and "that
16  document" again being the second document from Monsanto
17  that was attached to the letter of Daniel Blaeser,
18  didn't make the distinction between 2A and 2B by saying
19  "exposures are classified in Category 2"; is that
20  correct?
21      A.  That is correct.
22      Q.  Okay.  And again --
23      A.  Because there is no Category 2 in IARC.
24      Q.  In your opinion, there's only a Category 2A
25  and 2B; you cannot just say "Category 2" because that

Page 147

1  would be misleading.  Is that your testimony?
2      A.  Well, then, if you said "Category 2," then you
3  would be combining stuff in 2A and 2B and it would still
4  be misleading, because glyphosate was in 2A and some of
5  these substances are in 2B, so it's making a comparison
6  of materials -- at best, it's making comparisons of
7  products or activities in 2A and 2B as if they're the
8  same.
9      Q.  Okay.  And your basis for saying that doesn't
10  rise to the statute -- standard of care under regulatory
11  is the same general misleading statement from
12  Chapter 12?
13      A.  In my view, as a health and safety
14  professional, it's implying that glyphosate has the same
15  order of hazard as what appear to be innocuous
16  activities.  And -- or -- and so -- and it's doing that
17  by combining activities from things that are probable
18  carcinogens and those that are possible, and there's a
19  big difference in those two categories.
20      Q.  Understood.  And tell me, how is that
21  insufficient under the regulatory standard of care?
22      MR. KRISTAL:  Other than what he's just said?
23      MR. UPSHAW:  He didn't say how that fit into
24  the regulatory.  My original question was:  Are you
25  referring back to the labeling manual as that being

Page 148

1  the regulatory deficiency?
2      THE WITNESS:  Well, ultimately the labeling
3  manual comes from the regulations, but certainly
4  you can see that again through the "General claims"
5  provision in that Appendix C, that safety claims of
6  the pesticide are misleading.
7  BY MR. UPSHAW:
8      Q.  All right.  If you understand what I'm trying
9  to do -- and maybe I should explain this.  For these
10  examples that you're giving of some failure of Monsanto
11  to reach a standard of care under regulatory, I'm trying
12  to attach where you think the regulation -- where they
13  failed and what regulation it was that they failed
14  under.  That's why I'm trying to relate you back to
15  whatever regulation you think Monsanto failed to uphold.
16      A.  Well, I've said early on that the standard of
17  care on the regulatory side would primarily rely on the
18  EPA, FIFRA labeling requirements, and those are -- the
19  limitations or what's allowed and not allowed are
20  articulated in Appendix C.  That's all I'm saying.
21      So it's always going -- if it were -- if I
22  were relying on the standard of care with respect to the
23  regulatory side of the equation, then I would be relying
24  back on the FIFRA labeling language, which ultimately
25  is -- they've created basically an enabling document,

Page 149

1  part of which is associated with labeling claims, which
2  I've defined earlier on, the different types of labeling
3  claims, and then they're illustrating what can be
4  claimed and what shouldn't be claimed.  And so I'm just
5  using this Appendix C as an easy way to get us through
6  the FIFRA regulations.
7      Q.  You can use whatever you would like.  But my
8  question is -- and if you want to use Chapter 12 to
9  answer the question, that's fine.  Just saying that "I
10  relate it back to FIFRA" is not what I'm asking.  I
11  understand.  Where in FIFRA?  Now, if you want to say
12  where in FIFRA and go all the way to Chapter 12, I'm
13  fine.  If you want to cite me some regulation in FIFRA,
14  that's fine.  But if you're saying that my client failed
15  under some regulatory statute of care, I want to know
16  where in FIFRA they allegedly failed.
17      A.  Well, I mean, the manual -- labeling manual in
18  Chapter 12 gives you the cross-references, but I've also
19  got them elsewhere in this document.
20      Q.  If you want to rely on Chapter 12, that's
21  fine.  You don't have to cite me a chapter and verse
22  from the actual FIFRA.  If you're saying Chapter 12 is a
23  simpler method for you to rely on, I'm fine with that.
24  If you want to go back to FIFRA and cite me exactly
25  where in FIFRA, I'm fine with that too.  But I need to

38 (Pages 146 to 149)

Stephen E. Petty, P.E., C.I.H., C.S.P.
July 11, 2019

Page 150

1  know why you're saying that Monsanto, for these -- let's
2  say these two documents, failed to meet some regulatory
3  standard of care.
4       A.  I understand, but I also have failures of
5  regulatory standards of care associated with PPE, which
6  wouldn't be covered by Appendix C.
7       Q.  Okay.  But right now for these documents --
8       A.  That's why -- that's why I'm hesitating.
9       Q.  Okay.
10      A.  So I was trying to get to the same place you
11 are by saying, so long as we're talking about FIFRA
12 warnings language, which I've got throughout -- we
13 covered earlier this morning, and then with respect to
14 labeling claims, in other words areas where -- and I
15 talked about -- and that's a slice of the standard of
16 care, if you will, on the regulatory side, because I'm
17 also going to look at the PPE standard of care.
18      So that's all I'm saying, is that it's not the
19 only document I'm going to rely on.  Ultimately, I'm
20 relying back on the FIFRA warnings language.  That's
21 ultimately what I'm relying on.  The easy way to get to
22 some of this advertising stuff is to look at Appendix C.
23 That's all I'm saying.
24      Q.  Okay.  And I understand that that's all you're
25 saying.  And I'm saying that I would like to know, in

Page 151

1  this deposition, when you sit in the witness stand, and
2  you pull up one of these documents that we've been
3  talking about and you say, "This document violates the
4  regulatory standard of care," I want to know how before
5  you sit in the witness stand.
6       A.  And I think I've told you that.
7       Q.  Okay.  You have told me that for the first
8  document.  You haven't told me that for the second
9  document.
10      A.  Well, let me --
11      Q.  Unless you're referring back to the same
12 thing.
13      A.  Let me draw you -- let me draw you back to
14 pages 110, 111 and 112.
15      Q.  Okay.
16      Yes, sir.
17      A.  So this is -- again, we're relying on the
18 labeling manual, but I'm also pulling out explicitly
19 language within FIFRA, beginning on 111.  So in other
20 words, I'm taking the labeling manual back into FIFRA.
21      Q.  Okay.
22      A.  And they're explicit in 2(q)(1)(a), "A
23 pesticide is misbranded if its labeling bears
24 any statement, design or graphic representation which is
25 false or misleading."

Page 152

1       FIFRA section 12(a)(1)(E), capital E,
2  "provides that it's unlawful for any person to
3  distribute or sell any pesticide which is misbranded."
4       So -- and then 40 CFR 156.10(a)(5) provides
5  some examples.  It doesn't say all, but provides some.
6  And that's where we were getting to on the whole issue
7  of the term "bioaccumulate."  They're not saying that
8  they're giving them all.  They're just giving examples.
9       And then they do have some explicit language
10 on "biodegradable," but my other point to be made on 112
11 is on Part C, they say -- and this is -- remember the
12 figure that we've talked about at length, about showing
13 the 5,000 microgram per kilogram for both Roundup and
14 for glyphosate where they did the comparison, but then
15 they had the little subscript 1 that you had to look at
16 the fine print?
17      Q.  Yes.
18      A.  This is the language where I say that FIFRA
19 makes it clear, if the subject product is a single
20 active ingredient, the claim should only refer to
21 another similar single ingredient product.
22      Then there's a Section 10 in the manual that's
23 referring back to FIFRA 12(a)(1)(b) that says,
24 "Advertising and any collateral literature or verbal
25 claims for the product must not substantially differ

Page 153

1  from any claims made on the label or labeling.  If the
2  claim is not on the label or substantially differs from
3  that on the label, it cannot be made in advertising."
4       So if we take this in context, at least for
5  the advertising side of the equation and Appendix C,
6  then I think that's the standard of care that I'm
7  referring to.  But it's all being tied back to -- you
8  asked specific where in FIFRA.  Well, I've tried to do
9  that here.  That's all I'm saying.
10      Q.  Okay.  Let's go to the next document,
11 "Glyphosate Basics."  Do you have the same opinion that
12 that particular document is below the standard of care,
13 regulatory standard of care -- I'm going to ask you
14 these same questions with regard to the Monsanto
15 standard of care and the industry standard of care, so
16 we can address them all together or we can do them one
17 at a time.
18      A.  Well, as I said at the beginning of this
19 discussion, I said I believe that they're all applicable
20 to all three levels of standard of care.  There may be
21 some exceptions on the regulatory side.
22      Q.  Okay.  So let's look on this document so we're
23 not going backwards.  Let's just use this document.
24 Tell me how this document, entitled "Frequently Asked
25 Questions About Glyphosate," is improper?

39 (Pages 150 to 153)

Stephen E. Petty, P.E., C.I.H., C.S.P.
July 11, 2019

Page 154

1      A.  This is the statement where they say, "The
2  consensus among regulators is quite clear that
3  glyphosate has no real health or environmental issues."
4      First of all, I'm -- we can debate that, but I
5  don't even debate that point.  The point that's being
6  made here is they're using the word "regulators," which
7  this is where -- particularly on page 445, it may be a
8  true statement, but it's used in such a way to give a
9  false or misleading impression to the purchaser.  In
10 other words, that the consensus might not be -- maybe
11 it's the regulators, but how about the nonregulatory
12 community or how about scientists?
13     So they've used the descriptor "regulators,"
14 and while there may be some debate on the causation
15 side -- I'm not going to get into that -- let's assume
16 that the sentence is true.  It's still misleading
17 because it's implying -- it's implying that the product
18 is safe, but that limitation is to regulators when
19 really there may be other folks that don't agree with
20 that.  And so that's -- that's a classic example of a
21 true statement that's misleading.
22     Q.  And how would -- how would you, in your
23 opinion, change that statement to make it
24 non-misleading?
25     A.  I'm not sure you could because if you

Page 155

1  eliminate the word "regulators," I'm not sure it's true
2  anymore.
3     Q.  So it's a true statement.  I think you said
4  it's a true statement, but it remains misleading.
5     A.  Well, I'll say -- no, I didn't say that.  I
6  said "assuming that it's a true statement."  Let's not
7  even -- I'll just say, as a hypothetical, assuming it's
8  a true statement -- because the causation folks I'm sure
9  will have a different opinion, but I'm not the causation
10 guy.  Assuming it's a true statement, it's still
11 misleading.  That's been my position on this as a health
12 and safety expert.
13     Q.  Okay.  And how --
14     A.  And the fact of the matter is that what you're
15 supposed to do on warnings is list -- even if the -- if
16 it's a significant study, the labels and/or the MSDSs
17 should include that information within three months,
18 whether you agree or disagree.  You don't have to agree
19 with it.  You just have to say this study came out that
20 says this, and then you can put in there.  We don't
21 agree, but you have to give -- I always say you have to
22 give the reader the choice to make their own decision.
23 Without the information, you take that choice away from
24 them.
25     Q.  Okay.  Where is it that you come to the

Page 156

1  opinion that any study regarding a product has to be
2  added to the label within three months?
3     A.  It's the -- they used the word "significant
4  study."
5     Q.  Where is that?
6     A.  OSHA HazCom, 29 CFR 1200, Section G, I
7  believe.
8     Q.  You're applying OSHA HazCom, the section you
9  just cited, to every label of Roundup product; is that
10 correct?
11     A.  The way that EPA has interpreted it is that if
12 it's -- accompanies a product, that it's considered part
13 of the labeling.  We talked about that earlier.
14     Q.  I don't recall --
15     A.  When we were talking about the SDS and all
16 that.
17     Q.  Talking about what?
18     A.  Safety data sheets, and I said it changed from
19 MSDS to SDS in 2015.
20     Q.  Yes, sir.
21     A.  That's when we talked about it.
22     Q.  So you're saying -- again, just so I'm clear,
23 when you're referring to adding any significant study to
24 the labeling within three months, you're including, in
25 your definition of "labeling," the MSDS or SDS as it is

Page 157

1  now?
2     A.  Well, that's not my opinion here.  You've
3  gone -- you've gone afield and asked me, well, how could
4  you change this or what should you do.  I'm not offering
5  opinions as to how you guys should have done labels
6  differently.  I'm offering opinions on what -- why the
7  labels were misleading.  But I'm just telling -- if I'm
8  here to educate you on the process of updating MSDSs,
9  that's what I'm telling you the language says.
10     Q.  That wasn't my question.  It was a fairly
11 straightforward question.  When you're discussing --
12 let's back away a little bit.
13     When you said that the HazCom -- OSHA HazCom
14 requires the addition of a significant study within
15 three months, you're referring to the addition to the
16 MSDS, not the product label; is that correct?
17     A.  I'd have to check on Section 5 to see --
18 Section 5 of the standard is labels, and Section G --
19 excuse me -- Section F is labels, and Section G is
20 MSDSs.  I know for certain it's in the MSDSs.  Do I know
21 for certain it's in the labels?  They have to refer to
22 the MSDS or indicate that it's been updated.
23     In other words, they're sort of incumbent on
24 the manufacturer that if there is an update to the MSDS,
25 and they don't change the label, at least with that

40 (Pages 154 to 157)

Stephen E. Petty, P.E., C.I.H., C.S.P.
July 11, 2019

Page 158

1   first shipment, they've got to include a new MSDS.  But
2   I'd have to check the labeling provisions.  I thought
3   there was a three-month update on that as well.
4       Q.  Mr. Petty, you can't come make a general
5   statement and not know whether it's correct.  Your
6   general statement was that there is a requirement.
7       A.  For the MSDS.  Absolutely, there's a
8   requirement on the MSDS to update them if there's a
9   significant study within three months of the
10  availability of that study.
11      Q.  Let's get back to our document.
12      A.  Okay.
13      Q.  I don't know what page I was on.  I've got too
14  many markers here.
15      A.  I was going to have you help me get to a page
16  one of these times ago.
17          I think we're on 184, 185.
18      Q.  Yeah.  I had my finger on it and didn't even
19  know it.
20          So we're on, I guess, 184, and we were talking
21  about whether that sentence was assumed to be correct or
22  not correct and got sidetracked on this study issue.
23      A.  Yeah, and I think we've hit that, but we
24  can --
25      Q.  Well, I'm just trying to make sure -- and,

Page 159

1   again, this is just wrap-up so I understand what you're
2   saying is.  The sentence, even if you assume it is true,
3   is misleading, and therefore, in your opinion, the
4   regulatory standard of care has not been met based upon
5   the FIFRA language we've already discussed; is that a
6   true statement?
7       A.  Mostly true.  It's true specifically from a
8   health and safety perspective because it has the
9   implication of implying a product is safer than it may
10  be.
11      Q.  Okay.  And I just want to make sure --
12      A.  My opinions are always from a health and
13  safety perspective.  That's all I'm saying.
14      Q.  And I'm trying to connect your opinion to a
15  specific regulatory standard of care.  Did I make that
16  connection correctly?
17      A.  That it's tied to the FIFRA?  Yes.
18      Q.  Well, the FIFRA that we've already discussed?
19      A.  Okay.  I guess under that context, yeah.
20  We've discussed a lot, but yes.
21      Q.  Well, I mean -- let me be clear, then.  I'm
22  trying -- I'm trying to wrap this up so we can move on.
23      A.  I think we both are, yes.
24      Q.  Where we've discussed where FIFRA and your
25  Chapter 12 here, which is Appendix C, say that it is

Page 160

1   some type of misleading language?
2       A.  Well, I specifically -- yes, it would be a
3   misleading statement, a misleading statement in the
4   label.  But, specifically, what I was pointing out that it
5   may be a true statement -- even if hypothetically it's
6   true -- because I'm not going to address the causation
7   side of it, but assuming it was true, it's still
8   misleading.
9       Q.  Right.
10      A.  Because of the word "regulators."
11      Q.  And in your opinion, because you think it's
12  still misleading, then it would violate Chapter 12,
13  which comes from FIFRA?
14      A.  Correct.  It also would violate, in my
15  opinion, the industry and the Monsanto standards of care
16  as well.
17      Q.  Okay.  Let's stick with that, then.
18          How does this document, the "Frequently Asked
19  Questions About Glyphosate" document that we've just
20  been discussing, violate industry standard of care in
21  your opinion?
22      A.  Because it provides -- it's the same reason,
23  in the sense that it's providing misleading information
24  to the public.
25      Q.  Okay.

Page 161

1       A.  And then I went through a whole series of
2   statements this morning that talk about being
3   transparent and being truthful to the public, and I
4   think this is misleading, so it's not entirely truthful.
5       Q.  Okay.  And how is it that this document,
6   "Frequently Asked Questions About Glyphosate" -- how is
7   it that this document somehow fails to meet Monsanto's
8   standard of care?
9       A.  Well, we went through all that this morning,
10  but...
11      Q.  Well, I'm going document by document.  You
12  told me where the basis was, and I want to pin down each
13  specific example you intend to use in front of a jury.
14      A.  I'm going to use all the language in 9.2 in
15  front of the jury as to what Monsanto's self-imposed,
16  publicly stated --
17      Q.  Let me get to where you are.  I saw you flip
18  some pages there.
19      A.  211.
20      Q.  Okay.
21          Okay.
22      A.  I'm going to say that Monsanto has said we
23  will -- the very middle of the page that, "We have to
24  earn the right to operate by dealing with people openly
25  and freely."  I don't think that statement is open.  I

41 (Pages 158 to 161)

Stephen E. Petty, P.E., C.I.H., C.S.P.
July 11, 2019

Page 162

1  think it's parsing of language and has implications on
2  safety that are questionable, if you remove the word
3  "regulator."
4       In fact, it's not even questionable, because
5  IARC, whether you agree or disagree with them, wouldn't
6  agree with that statement.  So if you remove the word
7  "regulators," I think it's implicit it changes -- then
8  that statement's no longer true.
9       Now, you can disagree with whoever says
10  whatever they say, but certainly you couldn't put -- if
11  you remove that word, that sentence is clearly false.
12       Q.  Okay.  But the sentence doesn't have the word
13  removed, so let's look at the sentence as-is.
14       A.  Right.  But that's why you look at that word,
15  because that's what makes the sentence true but
16  misleading.
17       Q.  Okay.
18       A.  That's what I'm saying.  So if I'm a health
19  and safety person on warnings, and I'm trying to be
20  straight and open with people and not play with words, I
21  don't -- I don't use, you know -- I don't use that
22  qualifier.  If I take that -- I ask myself the question:
23  If I take that word out, is the sentence still true?
24       Q.  Is this document being made for health and
25  safety purposes or for advertising purposes?

Page 163

1       A.  Well, it's being made to tell the user to --
2  it's part of the effort to inform the public on the
3  safety of the product.  That's the implication.
4       Q.  Is this document being created for a specific
5  purchaser or user of the product, or for advertising
6  purposes?
7       MR. KRISTAL:  Objection.
8       A.  I don't know all the uses for it.  I do know
9  that it was generated and that it was used in this
10  specific example.
11       Q.  So it doesn't matter where it came from,
12  whether it was from an MSDS or whether it's part of a
13  packaging label or whether it's an e-mail from one
14  company to another.  Whatever statement was made by
15  Monsanto is subject to your opinions and interpretations
16  as a CIH and a health and safety professional?
17       MR. KRISTAL:  Object to the form.
18  BY MR. UPSHAW:
19       Q.  Is that right?
20       A.  I'm not sure I understand the question.
21       Q.  Okay.  So let's read it back and maybe --
22       A.  Because I don't think it's quite right.
23       (The following question was read back by the
24  reporter: Page X, line X through X.)
25       MR. KRISTAL:  Same objection.

Page 164

1       THE WITNESS:  No, I wouldn't say that.
2  BY MR. UPSHAW:
3       Q.  So you do look at where the communication is
4  coming from and going to; is that right?
5       A.  No.  I just look at it differently.  It's not
6  just the CIH.  I'm also a CSP, a safety professional.
7  I'm also a professional engineer --
8       Q.  I thought I said that.
9       A.  -- and I'm looking at -- no, you didn't.  You
10  said CIH.  That's all you said.  You didn't say PE or
11  CSP.
12       Q.  I did not say PE?
13       A.  Or CSP.
14       Q.  Okay.
15       A.  I mean, those are real credentials.  I'm just
16  trying to --
17       Q.  I'm not questioning your credentials with
18  regard to where you went to school and what you've taken
19  a test for.
20       A.  No, I'm just saying that my opinions are all
21  going to be offered based on my credentials as a PE, CIH
22  and CSP --
23       Q.  So applying --
24       A.  -- specifically in the area of public health
25  and safety and efforts to ensure minimization of

Page 165

1  exposure to the public.
2       Q.  So applying whatever alphabet you want to
3  apply to my question, that's the lens you're looking at
4  every single communication from Monsanto to anyone else?
5       A.  No, I wouldn't say that.  A lot of the
6  communications might not have anything to do with health
7  and safety.
8       Q.  Okay.  So you do look, when you are trying to
9  apply your alphabet of credentials, as to the purpose of
10  the communication?
11       A.  I'm simply looking at, if there are
12  communications with respect to labeling, which includes
13  advertising, I'm trying to determine whether or not that
14  meets the three standards of care that we spent this
15  morning defining.
16       Q.  Okay.  So you just told me that you're looking
17  at the communication as it relates to labeling; right?
18  Didn't you just say that?
19       A.  Yeah.
20       Q.  Okay.  Does this -- does this document we're
21  looking at right here, "Frequently Asked Questions About
22  Glyphosate," refer to labeling?
23       A.  Well, if you go back to the definition of
24  "label" -- and we've done that before, but we'll do it
25  again.

42 (Pages 162 to 165)

Stephen E. Petty, P.E., C.I.H., C.S.P.
July 11, 2019

Page 166

1        I'm on page 110.
2        Q.  Okay.
3        A.  "Labeling is defined in the FIFRA
4    Section 2(p)(2) as meaning labels and all other written,
5    printed and graphic material accompanying a pesticide or
6    device at any time or to which reference is made on the
7    label or in accompanying literature."
8        Q.  Okay.  So let me ask you a question, then.
9        A.  So this is accompanying literature.
10       Q.  Oh, so this document we're talking about,
11   "Frequently Asked Questions About Glyphosate," which is
12   what's been the subject of our discussion, is considered
13   labeling because it accompanies the pesticide?
14       A.  Indirectly it did, because the pesticide was
15   being used and there were concerns by the public about
16   it, so this was being provided in addition to what had
17   initially been sent.  So it's related to the product
18   that was sent and used.
19       Q.  Okay.  If that's the definition you're using,
20   then, anything that Monsanto writes about Roundup would
21   be considered a label?
22       A.  No, I don't think so.  I just defined the --
23   no, you've gone -- you've tried to invert what I've just
24   said, but that's not true.
25       Q.  No, I'm not trying to invert --

Page 167

1        A.  I'm just saying it's related to -- the label
2    has a definition that's related to the product that's
3    been sent and used, if it's related to the label, which
4    includes health and safety information.
5        Q.  So then anything --
6        A.  So this is health and safety information.
7        Q.  So then anything that Monsanto has written
8    with regard to Roundup would be then considered, under
9    what you just said, a label under FIFRA?
10       A.  I don't believe that's what I just said.
11       Q.  Okay.  We will agree to disagree.
12           Okay.
13       A.  I mean --
14       Q.  So we don't have to go back --
15       A.  Just so we --
16       Q.  There was no question pending, but if you've
17   got more to answer, go ahead.
18       A.  I'm going to add to the answer, because I gave
19   you the definition.  We've gone over this before, but
20   I'll go over it again.  If you go on page 112 where
21   there's specific comments made about claims in
22   advertising, it says, "Advertising and collateral
23   literature or verbal claims for the product must not
24   substantially differ from any claims made on the label
25   or labeling."

Page 168

1        Q.  Okay.
2        A.  Advertising is under the labeling portion of
3    the statute, and they're defining collateral literature
4    that's tied to the label or labelings, that it can't
5    substantially differ from the labels.  So my view is
6    that that's collateral literature, and that's intended
7    as collateral literature because there are concerns
8    about the product's safety, and the label is designed to
9    address the issues of product -- one of the functions of
10   the label is to address the issues of health and safety.
11       Q.  Okay.  For the first two items within this --
12       I'm sorry.  Do you need a break?
13       THE REPORTER:  (Shakes head.)
14       MR. UPSHAW:  Okay.  Snap or wave.
15   BY MR. UPSHAW:
16       Q.  On the first two items that we've been
17   discussing this afternoon, I asked you about regulatory
18   standard of care.  I did not ask you about the other two
19   standards of care that you have referenced in your
20   opinions during this deposition.
21       A.  Well, you did -- you started to on the
22   Monsanto one, and then we went away from it.
23       Q.  Well, aren't these all Monsanto's?
24       MR. KRISTAL:  No, the Monsanto standard of
25   care.

Page 169

1        A.  The Monsanto standard of care, you --
2        Q.  I did that for number 3.  I know we went over
3    all three, and I've got it down.
4        A.  Okay.  I was just trying to correct the
5    record.
6        Q.  No.  We went over all three for item 3 on page
7    183.
8        A.  Okay.  Just so we're on the same page.  Thank
9    you.
10       Q.  What I was asking you was:  We did not do that
11   for items 1 and 2.
12       A.  1 and 2...
13       Q.  Which would be, number 1, "What is
14   Glyphosate," and number 2, the March 17, 2015,
15   newsletter.
16       Taking those two items together so we don't
17   have to backtrack, if you can, the industry standard of
18   care, in your opinion, that was not met by Monsanto in
19   those two documents --
20       A.  Oh, you're on the industry and not the
21   Monsanto standard of care?
22       Q.  I'm trying to do it in the same order.  Trying
23   to do it in the same order each time.
24       A.  I apologize.
25       Q.  Regulatory, industry, Monsanto.  We can go

43 (Pages 166 to 169)

Stephen E. Petty, P.E., C.I.H., C.S.P.
July 11, 2019

Page 170

1  through each document like that:  Regulatory, industry,
2  Monsanto.  I didn't do it on the first two.  Got to
3  backtrack a little bit, and then we can move through the
4  rest of them.
5       So for the first two, we talked about
6  regulatory.  Let's talk about industry.  "What is
7  Glyphosate," what is the deficiency with regard to -- in
8  that document, as to the industry standard of care?
9       A.  Well, I'll start with the Monsanto Minteer
10 paper in '55 where he writes that the --
11      Q.  And I'm sorry to keep asking you for a
12 page number.
13      A.  Oh, 199.  I'm sorry.
14      Q.  Because I want to keep up with you.
15      Okay.
16      A.  That contain warnings -- the labels "should
17 contain warning statements that protect the users."  My
18 view, if it's misleading, it doesn't protect the
19 worker -- or the user, I should say.  That's the
20 language they use.
21      Q.  Okay.  How about --
22      A.  Also --
23      Q.  Oh, I'm sorry.
24      A.  I'm sorry.  Do you have questions on that?
25      Q.  Nope.  Go ahead.

Page 171

1       A.  Then similarly, on page 201, this is this
2  review -- I'm really just going through some of the
3  highlighted elements from earlier this morning.  They
4  say the industry has -- they're saying "must use
5  appropriate precautionary labels on containers."  They
6  make this statement in their 1938 report.
7       Q.  But this document we're talking about is not
8  on a container; right?
9       A.  But it's part of the labels.  I mean, we have
10 to go back through that whole discussion of what
11 constitutes a label; right?
12      Q.  We don't, if you intend to apply that
13 definition of "labels" to the industry standards that
14 were made up, I suspect, before that definition was
15 created.
16      A.  I have to think about that for a second.
17         I'll not utilize that for now, as part of
18 that -- for this particular example.
19      Q.  Okay.
20      A.  The other part would be the language in '46,
21 '47 where they're stating that no chemical product
22 should be placed on the market without investigations of
23 properties and hazards which may reasonably be expected
24 to arise.
25      Q.  I'm sorry.  Oh, okay, the bullet point before.

Page 172

1  When you say '46, '47, I'm trying to find where you're
2  talking about.
3       A.  Oh, I'm sorry.
4       Q.  You mean 1946, 1947?
5       A.  You are correct.  And I'm sorry for going so
6  quickly.
7       Q.  That's okay.  I don't mind going quickly as
8  long as I can keep up with you.
9       A.  And so clearly the issue of bioaccumulation,
10 at best, is perhaps being debated, but they're saying,
11 no, we need to have -- the issue of bioaccumulation is
12 an important issue, so either it does or it doesn't, or
13 it doesn't to a level that we think's okay.
14         So it's been my opinion on the Roundup, from a
15 variety of dimensions, that the product hasn't -- the
16 product hasn't fully been vetted.  I've talked about the
17 dermal.  I've talked about the fact that most of the
18 work's been on glyphosate alone as opposed to the
19 products as a whole.  And so this falls into that
20 category.  The bioaccumulation is simply another
21 health-effects issue to be addressed.
22      Q.  And it's your opinion that the product -- the
23 product being Roundup in general -- has not been fully
24 vetted?
25      A.  With respect to bioaccumulation and with all

Page 173

1  of the inert as well as active ingredients, yes, that's
2  my opinion.
3       Q.  And if you apply the industry standard you
4  spoke of earlier today, when a product has not been
5  fully vetted, it should be taken off the market?
6       A.  Well, they're not saying take it off the
7  market.  They're saying don't put it on the market to
8  start with.  I guess that's a different position.
9  That's where I come from, is that the product should be
10 fully vetted from a toxicity standpoint before it goes
11 on the market, that we shouldn't really be using people
12 as guinea pigs and figuring it out later.
13      Q.  And you know, from your history of the
14 Chemical Manufacturing Association, that that statement
15 was supposed to apply also to products that were already
16 on the market and already listed as chemical -- listed
17 in the L1 manual; correct?
18      A.  It may or may not be true, but that's not how
19 I'm applying it.  I'm applying it as the words say.
20      Q.  Okay.  So in any event, this product, Roundup,
21 came on the market after that CMA statement, did it not?
22      A.  Yes.
23      Q.  Okay.  And is it your opinion today, then,
24 that Roundup should be taken off the market because it
25 did not meet the CMA industry standard when it was

44 (Pages 170 to 173)

Stephen E. Petty, P.E., C.I.H., C.S.P.
July 11, 2019

Page 174

1    placed on the market in 1974?
2        A.  I'll leave that up to somebody else.  I'm
3    making the opinion that it wasn't -- that the properties
4    weren't fully defined, so it shouldn't have been
5    introduced.  I'm not going to make a statement about
6    should it be taken off.  My opinion is based on what MCA
7    is saying here, that without it being with a full
8    investigation of the properties and hazards, that it
9    shouldn't be introduced.  That's my opinion.  I'm not
10   commenting on whether it should be pulled or not.  I've
11   not made any opinion, nor do I -- it's not my basis for
12   my standard of care.
13       Q.  Okay.  If something doesn't -- if a product
14   doesn't meet your standard of care, what should happen
15   to it?
16       A.  It's not my decision.
17       Q.  You have no opinion that if something does not
18   meet your standard of care, that that product should
19   just stay on the market and continue to be marketed to
20   consumers?
21       MR. KRISTAL:  Objection; Mr. Petty's been
22   talking about Monsanto's industries and regulations
23   standards of care, not his personal standard of
24   care.
25       A.  I've not been asked to look at this -- if I

Page 175

1    were hired by Monsanto or worked for Monsanto, then I
2    would do the work necessary to give them my opinion.
3    That's not been my task here.  My task is to look at
4    what the standards of care were in these three
5    dimensions and see how they performed.
6        It's the same question you asked me the other
7    day about PPE.  I certainly can and am fully capable of
8    sitting down and doing the compatibility work and giving
9    advice on PPE, but not in real time.
10       Q.  Not in real time?
11       A.  No, of course not, because you can't memorize
12   the dozens of materials and the compatibility charts
13   with all sorts of different equipment.
14       Q.  We're not talking about PPE.  We're talking
15   about standard of care.
16       A.  Well, you asked.  I'm just saying.
17       Q.  Well, I'm talking about standard of care, and
18   that's what I asked about.  And you're telling me you
19   can't do it in real time, to tell me that if you find
20   that Roundup does not meet any of the standards of care
21   that you've already articulated today, what should
22   happen to the product.  You're saying you don't have an
23   opinion for that?
24       MR. KRISTAL:  Nor are we going to be offering
25   an opinion on that subject.

Page 176

1    BY MR. UPSHAW:
2        Q.  Perfect.
3        You don't have an opinion for that?
4        MR. KRISTAL:  Nor are we -- why are you asking
5    for opinions on something we don't intend to offer?
6    BY MR. UPSHAW:
7        Q.  Are you going to answer the question or not,
8    Mr. Petty?  We don't have to go back and forth.
9        MR. KRISTAL:  This will be Exhibit 6.
10       A.  That was not my scope of work.
11       Q.  So you're not going to answer the question,
12   yes or no?
13       A.  It's not my scope of work, so I'm not going to
14   offer an opinion on that.
15       Q.  Okay.  Thank you.  Let's move on.
16       Okay.  We talked about number 1 in this
17   list -- or "i."  We're going back to the list on 183 so
18   whoever's reading this can follow along.  Now we're
19   talking about item double "i."  We talked about
20   regulatory, about the March 17, 2015, newsletter and the
21   regulatory standard of care.  Let's go to the industry
22   standard of care.
23       How does this particular document, if you're
24   going to use this as an example at trial, not meet the
25   industry standard of care, in your opinion?

Page 177

1        A.  Well, one example is the language under the
2    CMA on page 208 that talks about using forthright
3    communication.  So this is -- this is the 2 versus 2A
4    and 2B?  Is that what we're talking about here?
5        Q.  This is the -- no.  The March 17 newsletter
6    you criticized, where it says "all labeled uses of
7    glyphosate are safe for human health and" -- yeah, it's
8    important, the Category 2 versus 2A and 2B.  You're
9    right.  I'm sorry.  I apologize.  Yes, I haven't turned
10   the page.
11       A.  That's all right.  I've been there too.
12       It also -- so it would be -- that information
13   about being forthright in terms of communications, on
14   208 and then on the bottom of the page on 208, as well
15   under the ACC, American Chemical Council, that they
16   were -- that they would be -- they would be given hazard
17   and risk information that could be accessed and applied.
18       In other words, the question is:  How is that
19   information really applied?  It's going to suggest -- it
20   certainly suggests or implies a level of safety that is
21   misrepresented because the -- there is a split in the
22   classifications between 2A and 2B, one being probable
23   and one being possible.
24       And the other is to -- so those two are two
25   that I would draw on.  I'm just looking to see through

Paszkiewicz Court Reporting
(618) 307-9320 / Toll-Free (855) 595-3577

Stephen E. Petty, P.E., C.I.H., C.S.P.
July 11, 2019

Page 178

1  the rest of this.
2      Q.  Okay.
3      A.  And I would also rely on -- I don't know if I
4  already said this, and I apologize if I'm running
5  around.
6          But on page 207, the bottom of the page, the
7  last bullet, I would rely on the statement, "The
8  chemical industry is committed to doing a responsible
9  job to protect the public from the health and safety
10  risks of chemicals," from the standpoint that to do so
11  means that you're being transparent with what you tell
12  them.
13      Q.  And that's saying Category 2A or 2B is not
14  being transparent?
15      A.  In my opinion, it is not being transparent.
16      Q.  Okay.  Let me ask, then, for -- I'm sorry.
17  Were you done with industry standard of care?  I don't
18  want to cut you off.
19          MR. KRISTAL:  And when we're done with this,
20  can we take a break?
21          MR. UPSHAW:  Is that you or your bladder
22  talking?
23          MR. KRISTAL:  Me and my bladder.
24      A.  I would rely also on -- and I apologize for
25  jumping around -- but Mr. Minteer from Monsanto wrote a

Page 179

1  paper in June of '55.
2      Q.  Page, sir?
3      A.  And --
4      Q.  What page are you on?  I just want to keep up
5  with you.
6      A.  The original entry is on page 203, but I just
7  wanted to set the context of who it was.  But on page
8  204, he's saying that the task of educating the public
9  to understand the significance of warning labels and
10  teaching them to read the label, the task of education
11  and help is needed.  Well, certainly this statement is
12  an effort to educate the public.  The problem is if
13  you're not educating them with accurate information,
14  that's counter to a standard of care of educating the
15  public, in my opinion.
16      Q.  Okay.
17      A.  And I would also just add on page 201, the
18  third paragraph down where it begins with the word
19  "Directly," when they're talking about appropriate
20  precautionary labels on containers, they're talking
21  about conveying health and safety information, and
22  they're saying they're conscious of their responsibility
23  in this field.
24          The whole reason that LAPI was set up was
25  really recognizing that the end user -- there was --

Page 180

1  there were problems with people getting sick or injured
2  or hurt or killed using products, and they -- on the
3  good side, they wanted to begin to -- they understood
4  these concepts that went way back, that an individual
5  using a product that understands the hazards of that
6  product are more likely to protect themselves than those
7  that aren't.  It was an industrial hygiene concept.
8          And so this whole labeling is really an
9  educational exercise to begin the process of making sure
10  that the public -- the end user, I should say, is aware
11  of the hazards of the products they're working with, so
12  at least they can take appropriate precautions to help
13  protect themselves from any dangers associated with
14  those products.
15      Q.  Okay.  You do realize, as you did with the
16  other document, that this newsletter is not attached or
17  affixed or sent with a container; right?
18      A.  It isn't, but it goes back to my statement
19  about the -- remember on page 200, the whole purpose of
20  this MCA labeling process is outlined in Minteer's
21  article, and he says on 200 -- we talked about some of
22  the language, but he says, "Finally, in closing, he
23  writes under 'Education to the Public,' 'There still
24  remains an important task, that of educating the public
25  to understand the significance of warning labels and

Page 181

1  teaching them to read the label.  It is this task of
2  education where help is needed.'"
3          This goes to the heart of the purpose of
4  warnings, which is to educate the end user.
5      Q.  Right.
6      A.  And I'm just saying does -- from an industry
7  standard of care in terms of warnings, does providing a
8  statement that is clearly inaccurate by referring to 2
9  as opposed to 2A or 2B -- if they had referred to it as
10  2A and made some comparison, I would have no criticism.
11  But they didn't.  And it's hard to do that accidentally.
12  If you look at the IARC categories, that's really hard
13  to do.
14          So at least from my position, as a health and
15  safety person -- and I'm sure Monsanto has excellent
16  health and safety people as well -- that to leave off
17  the A or the B is odd, and that's why I feel it's
18  misleading.
19      Q.  Thank you for that response.  Move to strike
20  as unresponsive.
21          My only question was:  You referred us to a
22  statement on page 201 --
23      A.  201?
24      Q.  Yes.  That was where we started this latest
25  question before Jerry made his request.  And you

46 (Pages 178 to 181)

Stephen E. Petty, P.E., C.I.H., C.S.P.
July 11, 2019

Page 182

1  state -- you read that statement which talks about
2  appropriate precautionary labels on containers.
3          And my only question was:  You do recognize
4  that the newsletter is not affixed or attached to a
5  container?
6      A.  I do.
7      Q.  Okay.
8      A.  I do, but that's why -- but in context with
9  what was going on at the time, it's the education of the
10  public on the hazards of the material that are critical.
11      Q.  Which you've already attached to this
12  particular document you read?
13      A.  But I would agree that it's not on the
14  container.
15      MR. UPSHAW:  Okay.
16      THE VIDEOGRAPHER:  This marks the end of video
17  media disc number 3.  The time is 1520.  And we're
18  going off the record.
19          (Recess from 3:20 p.m. to 3:35 p.m.)
20      THE VIDEOGRAPHER:  We're back on the video
21  record.  This is the start of video media disc
22  number 4 of the deposition of Stephen Petty.  The
23  time is 1535.
24  BY MR. UPSHAW:
25      Q.  Mr. Petty, we're back on the record.  I think

Page 183

1  we've covered the first three items on page 183, lower
2  case "i," double "i," triple "i."  I think we're to the
3  fourth item in this particular exhibit that we've been
4  discussing, which is "Glyphosate Basics."  So for this,
5  let's go through each of the standards of care, rather
6  than trying to break it up for each one.
7          Starting with regulatory, this "Glyphosate
8  Basics" document, how does this document fall below the
9  regulatory standard of care as far as warnings for
10  Monsanto?  I don't want to forget your modifier.
11      A.  Where are we at on -- and I apologize.
12      Q.  That's okay.
13      A.  But where are we at on 184?  What specific --
14      Q.  183.
15      A.  We're on 183?
16      Q.  Item "iv" or 4.  You said each of these
17  documents violated each of the three standards of care.
18      A.  I understand.  And I'm trying to move us --
19  the examples have been given on the subsequent pages.
20  That's all I'm saying.
21      Q.  I'm sorry?
22      A.  For instance, "What is Glyphosate," we talked
23  about that.
24      Q.  Yeah, we did that one, right.
25      A.  We talked about the March 17th.

Page 184

1      Q.  Yes, sir.
2      A.  Then we talked about...
3      Q.  "Frequently Asked Questions."
4      A.  And we've just touched on the first of the
5  "Frequently Asked Questions."  What this document was,
6  was there were multiple people within Monsanto that
7  responded to a series of questions, if that makes any
8  sense.
9      Q.  You're talking about number 4, "Glyphosate
10  Basics"?
11      A.  "Frequently Asked Questions."
12      We did that one already.
13      A.  No, I don't think so.  We did the first
14  element of that, which was the Steve Savage response
15  about...
16      Q.  Okay.
17      A.  Well, I don't even know -- I'm just trying to
18  get us back to.
19      Q.  Yes, I agree.
20      A.  We talked about the Category 2 stuff, and I
21  think that's -- is that where we ended?
22      Q.  I don't know what "Category 2 stuff" is.
23      A.  The top of page 184, which would be part of
24  the second document.
25      Q.  We talked -- when we talked about the second

Page 185

1  document, we were talking about, yeah, the Category 2A
2  or B.
3      A.  Correct.
4      Q.  And I think we did all of that.
5      A.  Yes, I agree with that.
6      Q.  Right.  And I think we did that whole document
7  with regard to the standards of care for -- I thought
8  for Monsanto, the standard of care, under the industry
9  standards of care, and regulatory standards of care.
10      Didn't we do that?
11      A.  I believe so.  I'm just trying to get us back
12  to where we're starting at now.
13      Q.  I think we're on the next document down, which
14  would be "Glyphosate Basics."  You see where I'm talking
15  about?
16      A.  No, I think it's "Frequently Asked Questions."
17      MR. KRISTAL:  See, under the "Frequently Asked
18  Questions," there were a number of different
19  individual answered questions.
20      THE WITNESS:  "Glyphosate Basics" follows from
21  that one, but see, if you go on page 183, we've
22  addressed item "i" and "ii," but I think we're on
23  triple "i," because that follows from -- if you go
24  back to 184, the big bullet to the left is
25  "Frequently Asked Questions" and that's after the

47 (Pages 182 to 185)

Stephen E. Petty, P.E., C.I.H., C.S.P.
July 11, 2019

Page 186

1      IARC 2A, 2B, 2 discussion we just had.
2  BY MR. UPSHAW:
3      Q.  Right, which I -- okay.
4      A.  So I'm thinking that we're on "iii," but I
5  don't know if that -- if you want me to skip over to 4,
6  I can.  Do you see what I'm saying?
7      Q.  Right.  And I believe, and just for the sake
8  of moving us forward, that we have fully discussed item
9  "iii," or item 3, with regard to the standards of care,
10  because we talked about the consensus among regulators
11  and how you removed the word "regulator" and it wasn't
12  true and --
13      A.  But that was just -- I apologize.  I shouldn't
14  interrupt you.
15      Q.  That's all right.
16      MR. KRISTAL:  Let Mr. Upshaw ask whatever
17  question he wants to ask.
18      THE WITNESS:  Right.
19  BY MR. UPSHAW:
20      Q.  Is there some portion of the standards of care
21  that you would apply to item 3 that we have not
22  discussed to your satisfaction?  Because I don't want
23  you to say that -- or I don't want to give you the
24  impression that you didn't let me explain when I was
25  going to apply the industry standard of care to this

Page 187

1  Steve Savage statement.  I want to give you that
2  opportunity.  I thought we had, but maybe we haven't.
3      A.  The confusion lies in the fact that "iii" has
4  multiple components.  We've only addressed the first one
5  under Steve Savage, but if you want to go to "iv," we
6  can skip over to that.
7      Q.  Now I understand what you're saying.  And the
8  multiple components -- you have an opinion with regard
9  to each of those multiple components as to how they do
10  not raise to the three standards of care?
11      A.  As I said earlier, this particular document
12  was a series of questions posed to -- well, I don't know
13  if they were just hypothetical questions.  But, anyway,
14  multiple people within Monsanto answered the
15  questions -- in other words, different people answered
16  different questions.
17      Q.  Okay.
18      A.  We just addressed the first one, but we did
19  not address all the subsequent questions and the
20  responses to those.  That's what I'm trying to say.
21      Q.  Okay.  In an effort to move forward, would
22  your responses to each of those questions that are asked
23  in this particular document, "Frequently Asked
24  Questions," and how this document doesn't raise to the
25  level of the three standards of care, would they be

Page 188

1  different than what we talked about with regard to the
2  first question?  Do you see what I'm saying?
3      A.  Yeah.  And you're trying to move through it.
4  If we can -- the standard of care for Monsanto and the
5  industry is -- we have all those different lines, but
6  the bottom line on those is that we'll be transparent
7  with the information we have, and we'll try to protect the
8  public, and we'll try to minimize their exposure.  I
9  mean, I can give you line -- you know, the individual
10  things we've gone through.  But if we can agree that
11  that's the standard of care as a roll-up, then I think
12  we're fine.
13      Q.  Well, I mean, just for this document, because
14  I'm not going to roll up any other document.  But I want
15  to make sure --
16      A.  Well, okay --
17      Q.  -- that if there's one --
18      Hold on.  If there's one of these questions
19  that was responded to in this "Frequently Asked
20  Questions" that you say, now this question, this goes to
21  some other portion of the standard of care, I'm happy to
22  look at that.  But if they all go to what you've just
23  discussed, then I'm fine with that.
24      A.  Yeah, we can use the umbrella that basically
25  the standard of care that I'm using is that Monsanto and

Page 189

1  the industry have said we will be transparent or
2  truthful with the information with regards to health and
3  safety we present to the users, that we'll try to
4  protect them from hazards, and we'll try to minimize
5  their exposure to those hazards, then I agree; we can,
6  you know, make some progress here.
7      Q.  Okay.  Then let's do that.  Let's go to item
8  "iv," or 4, which is "Glyphosate Basics."  How -- and
9  again, as a reference point, tell me how on the three
10  different standards of care, and I'm going to let you
11  talk through them specifically how that document does
12  not raise to the standard of care for the three areas
13  that we've discussed.
14      A.  Okay.  I believe that the language that I'm
15  looking at within that particular document begins on
16  page 186.
17      Q.  Okay.
18      A.  And you'll see the first indicated bullet,
19  it's highlighted "How Glyphosate Works," so that's the
20  starting point for commentary on that particular
21  document.
22      Q.  Okay.
23      A.  We've talked about the figure, I think, at
24  length.  I don't know if you want to readdress that.
25      Q.  I thought the figure came from the 2002

48 (Pages 186 to 189)

Stephen E. Petty, P.E., C.I.H., C.S.P.
July 11, 2019

Page 190

1  Monsanto Backgrounder.
2      A.  Oh, I see what you're saying.  I think you're
3  correct.  I misspoke.
4      Q.  Okay.
5      A.  My particular -- that it's a mis- -- it would
6  be that it's a misleading statement.
7      Q.  And what the mislead -- we said the same
8  thing.  What's the misleading statement in the document
9  "How Glyphosate Works"?
10     A.  That the enzyme -- that this particular enzyme
11 is not found in the human or animal cells.
12     Q.  So are you saying that that's an inaccurate
13 statement?
14     A.  There's research to suggest that it is.
15     Q.  What research are you referring to?  The same
16 one as before?
17     A.  No, I don't think so.  I don't think so.
18         Pardon me.  This is the same issue that I'm
19 addressing in multiple pages of labeling in the -- so
20 I'm trying to wrap all this together, but beginning on
21 page 176, I'm talking about the same claims, if you
22 will, in various advertising.  And then at the end on
23 181, I cite the -- at the bottom of 181, I'm citing some
24 of the literature that says that that's not true,
25 Exhibits 213 and 215, Exhibit 214 --

Page 191

1      Q.  Hold on.  I'm trying to catch with you.
2  You're on page 181?
3      A.  Yes.  I apologize.  So what I'm trying to do
4  is create some efficiency because the same criticism I
5  have with respect to misleading labels is also
6  illustrated in all of these labels that begin on 176.
7      Q.  So let me ask it this way, then, which may be
8  helpful:  You have a criticism of the statement, whether
9  it be in some advertisement or in the document that we
10 are discussing --
11     A.  Or various labels.
12     Q.  -- which is "How Glyphosate Works," which is
13 that glyphosate targets an enzyme found in plants that
14 does not exist in humans or animals; correct?
15     A.  Correct.  And I've given other examples not
16 only in that particular document.
17     Q.  Right.  So wherever that statement is made,
18 you have an issue with that statement?
19     A.  Correct.
20     Q.  Okay.
21     A.  And the reason that I -- well, anyway, I'm
22 trying to be efficient.
23     Q.  No, I got you.  That was good.  So --
24     A.  And at the end of that section, beginning at
25 the bottom of page 181 of Exhibit 7, I make the

Page 192

1  statement, "This is not true as it does occur in the
2  guts of animals and humans," and then I specifically
3  reference three references on page -- well, I reference
4  more than that.  But they begin with Exhibits -- well,
5  213 through 215, and so that's who I'm citing as the
6  statements that that statement is not necessarily true.
7      Q.  Okay.  So 213, your Exhibit 213 in your list
8  of reliance materials, is an article from November 2013.
9         Your Exhibit 214 --
10     A.  I think the first ones I refer to, to clarify
11 my answer, are really 213 and 215, are the two that
12 apply to that sentence, so we'll start there.
13     Q.  So we talked about 213.  And then 215 is a
14 2001 paper?
15     A.  I believe that to be correct.  We're looking
16 at page 255 of Exhibit 7?  Is that where you're at?
17     Q.  Sure.  Actually, not, but I think at this
18 point the -- your exhibit numbers are correct.
19     A.  Hey, the quick out is to say yes.
20     Q.  That would be misleading.
21     A.  It would be consistent.  What's that joke; it
22 may not be right, but we're consistent?
23     Q.  And it's your contention, just to wrap that
24 up, that because of these papers, that statement is
25 incorrect?

Page 193

1      A.  These papers suggest that the enzyme is found
2  in animals or humans, so I would say at best it's
3  misleading.
4      Q.  Okay.  And how is -- how does that at-best
5  misleading fall below the regulatory and industry and
6  Monsanto's standard of care?
7      A.  Well, on the -- if you go back to Appendix C,
8  and I can show you a specific bullet on misleading
9  information if you would like, but that's where I would
10 draw my basis for the regulatory standard of care.
11     Q.  It would be the same one we looked at; right?
12     A.  That same appendix, yes.
13     Q.  No, but, I mean, it would be the same bullet
14 point, I believe, on misleading?
15     A.  I just want to confirm it.  It's late in the
16 day.
17     Q.  Sure.  I would prefer you confirm it.
18     A.  This one may have other bullets that would
19 apply, to be candid.
20     Q.  Okay.  That's fine.  I want to know what
21 bullets are applicable.
22     A.  I think on 446 -- because I think the last
23 time we talked about these bullets we were talking about
24 the true statement that's misleading, right, so
25 that's -- I think we're a little different here.

49 (Pages 190 to 193)

Stephen E. Petty, P.E., C.I.H., C.S.P.
July 11, 2019

Page 194

1    We're talking about the first bullet on 446,
2  which is "safety claims." In other words, there's an
3  inference of a safety claim here because they're
4  implying that it's only found in the plants but not in
5  people, so that's -- if that statement isn't true, then
6  that's a false safety claim.
7    They also -- it would technically be pulled
8  under item 2, which is "a false or misleading statement
9  regarding the effectiveness of the product" in the sense
10  that --
11    Q.  Where are you? I'm sorry.
12    A.  I'm sorry. Back on 445, second bullet down.
13    Q.  Okay. Got you.
14    A.  I'm just looking at all these red bullets and
15  seeing which ones I think could apply.
16    Q.  Okay.
17    A.  The bottom line is I'm saying it's a false or
18  misleading statement, so I'm just trying to figure out
19  which one of these are most appropriate for that
20  particular statement.
21    Q.  Right.
22    A.  It certainly is a false or misleading
23  statement. The effectiveness of the product could be
24  viewed as they're saying the product's effective because
25  it only affects the plant and not people, so that may

Page 195

1  apply as well after the safety one.
2    The third bullet down, "a false or misleading
3  statement about the value of the product for purposes
4  other than as a plant [sic] or device," I would
5  interpret -- how I would interpret it in that particular
6  statement would be that, again, they're saying that the
7  value of the product is that it doesn't affect people;
8  that particular enzyme only affects the plants.
9    Q.  And how is that "other than as a pesticide or
10  device"?
11    A.  That's what I'm -- give me just a second.
12    Because the claim has to do not with the
13  product as a pesticide; it has to do with the product's
14  effect on people. Right? They're saying that it
15  doesn't -- it's -- it doesn't -- it impacts an enzyme in
16  the plant that isn't found in people.
17    Q.  Okay.
18    A.  So if that -- they're saying that -- that the
19  effect is on the plant, which is true, but it's not on
20  the people, so that's how I would look at this statement
21  about "other than as a pesticide or device," because
22  it's people are not a pesticide or device.
23    Q.  So saying that it doesn't -- I'm trying to
24  understand. Saying that it doesn't affect people or
25  pets --

Page 196

1    A.  Or animals.
2    Q.  -- as a statement -- yeah, okay. I guess that
3  -- more broadly, animals.
4    A.  Sure.
5    Q.  That would be a misleading statement about the
6  value of the product for purposes --
7    A.  The value --
8    Q.  -- other than a pesticide or device?
9    A.  Well, if you interpret "value" to mean -- I
10  mean, my primary reason is the safety issue.
11    Q.  All right.
12    A.  But if you're looking at these statements, if
13  the value of the product is because it only impacts
14  plants and not people, I think there's a value equation
15  associated with that. That's all I'm saying.
16    Q.  Okay.
17    A.  And also the very last one, labeling
18  disclaimers, this is really a disclaimer. It's saying
19  this only affects plants; it doesn't affect people or
20  animals. And it doesn't have anything to do with the
21  warranty per se, but it is a disclaimer, and it does
22  have the effect of negating or detracting from the
23  labeling statements because it infers a level of safety
24  that may -- is -- if it's not true, is not there.
25    Q.  Okay.

Page 197

1    A.  And with respect to industry and Monsanto's
2  standards of care, if we can live with the answer I gave
3  you on the previous one, then we're good to go.
4    Q.  Well, I'm not sure that that's descriptive
5  enough.
6    A.  Just helping you out, but --
7    Q.  It does and it doesn't. It's a yes and a no.
8    A.  You've learned.
9    Q.  No, I've adapted.
10    Explain for me, as briefly as you would like,
11  how this document "How Glyphosate Works" does not rise
12  to the industry standard of care.
13    A.  The industry and the Monsanto industry --
14  industry of care is -- with respect to warnings for
15  pesticides, in this particular case Roundup's products,
16  is that they will provide -- that the standard of care
17  is to provide truthful and not misleading information,
18  to provide warnings that are protective of human health
19  and safety, and to minimize exposures of users.
20    Q.  Okay.
21    A.  That's the essence of what I believe Monsanto
22  and the industry standard of care, with respect to
23  product warnings, are.
24    Q.  Okay. And with respect to this document,
25  you're saying that the statement, "This enzyme is not

50 (Pages 194 to 197)

Stephen E. Petty, P.E., C.I.H., C.S.P.
July 11, 2019

Page 198

1 found in human or animal cells," is misleading and
2 inaccurate?
3     A.  It is, and it could have implications if, in
4 fact, it affects -- if the enzymes are in humans and it
5 would affect them as well, then you have those impacts
6 on health and safety as well.
7     Q.  Okay.
8     A.  I'm just -- I'm trying to do the same thing
9 you are, I think.
10    Q.  Okay.  The next document would be 5,
11 regulatory -- the next document on page 183 would be 5,
12 "Regulatory Authorities on Glyphosate:  No Evidence of
13 Carcinogenicity."
14       How does that document not rise -- in your
15 opinion, not rise to the standard of care for
16 regulatory, industry or Monsanto?
17    A.  My opinions on that particular statement would
18 be much the same as the earlier testimony that I
19 provided, regarding the consensus among regulators is
20 there's no health effects.  This language talks about
21 just the regulatory agencies.  So the question I ask
22 myself is:  If you left out the word "regulatory
23 agencies" and put in "all agencies that have looked at
24 glyphosate or Roundup," then clearly this statement
25 wouldn't be true.

Page 199

1       So it's the -- it's that it's true, but it's
2 misleading.
3     Q.  Okay.
4     A.  Remember the testimony I had about that?
5     Q.  I do.  And I recognize it in that context.
6 But this is a document which lists regulatory
7 authorities which find no carcinogenicity with regard to
8 glyphosate; right?
9     A.  I understand.
10    Q.  Is that what this is?  It's just a list;
11 right?
12    A.  I understand, but there's not the list of
13 nonregulatory industries that do.
14    Q.  This doesn't say, though.  The title is
15 "Regulatory Agencies [sic] on Glyphosate," and you're
16 looking at those that don't.
17       Do you know whether there's a companion
18 document that says, "This is every regulatory agency in
19 the world that's looked at this"?
20    A.  I'll give you an example.  A fair way to have
21 presented the data wouldn't have said "regulatory
22 agency."  It would have said "key entities that have
23 looked at the issue of the carcinogenicity of glyphosate
24 are," and whoever they are, and that would include IARC,
25 whether you agreed or disagreed with them.  And clearly,

Page 200

1 by limiting the list to "regulatory agencies" and then
2 providing that to users, you're not providing a
3 transparent set of information to the public or users
4 about what the world of science has said about this
5 product.  That's all I'm saying.  It's not that it's not
6 true, the list is not true.  But it is misleading
7 because there is debate about the carcinogenicity of
8 glyphosate.
9     Q.  Well, there's no debate with those regulatory
10 agencies that are listed; right?
11    A.  But that's not my point.
12    Q.  But that's what my question is:  There's no
13 debate with the regulatory agencies that are listed on
14 that document, is there?
15    A.  I don't know because I'm not the causation
16 person, and I would say that that isn't where my focus
17 is.  Whether there's internal disagreement or there's
18 something pending or -- I just don't know.  That's not
19 my area of expertise.  I'm just saying mine is more from
20 the health and safety communication standpoint.
21    Q.  Okay.
22    A.  I'm not -- I would -- even if I -- if I
23 assumed, like I did before -- say I presume that this is
24 true, it's still misleading from a health and safety
25 communication standpoint because it's -- if this is all

Page 201

1 that's sent out, it's not providing the other portion of
2 the equation, which is what other nonregulatory agencies
3 have said.
4     Q.  So your statement assumes that this is the
5 only document, quote, unquote, sent out to this specific
6 document.
7     A.  No.  My opinions are related to this specific
8 document.
9     Q.  Okay.  But you just qualified it, by saying if
10 this is the only document sent out, then it would be
11 misleading.
12    A.  Well --
13       MR. KRISTAL:  No, no.  I think you're
14 misinterpreting what he said.
15       MR. UPSHAW:  Possibly.
16       THE WITNESS:  What I'm saying is -- I think I
17 started by saying a more appropriate document to
18 send out would have been a document that listed the
19 opinions of regulatory and nonregulatory agencies
20 and their opinions, with whatever statement
21 Monsanto wanted to make about them.  That would be
22 a fair brokering of what they knew and were aware
23 of.  That's all I'm saying.
24 BY MR. UPSHAW:
25    Q.  Do you know who this document was prepared
26 for?  I mean, you've looked at the document; right?

51 (Pages 198 to 201)

Stephen E. Petty, P.E., C.I.H., C.S.P.
July 11, 2019

Page 202

1    A.  At one time I did, yep.
2    Q.  Do you know who it was prepared for?
3    A.  Well, ultimately -- I know, in this particular
4  example, it was sent as part of a package, so part of
5  the reason it was prepared was to go out as this
6  package.  How and why it was originally prepared or
7  where else it might have gone, I don't know.
8    Q.  Okay.  My question was:  Why was it originally
9  prepared?  I mean, if it went out in a package to
10 possibly go to a school district is not what I'm asking.
11 It wasn't prepared for that purpose.
12      Do you know what purpose it was prepared for?
13   A.  I'm not certain about that.  I don't know who
14 first saw it and where else it went.
15   Q.  All right.
16   A.  All I'm responding to is the package that was
17 sent out.
18   Q.  Okay.  So that was your issue with this
19 particular document, that whole thing about if -- if
20 assumed true, it remains misleading?
21   A.  Correct.
22   Q.  And then, as briefly as you like, how does
23 that not raise to the standard of regulatory and
24 industry and Monsanto?
25   A.  Sure.  I think we've talked about, in

Page 203

1  Appendix C, the statement is true but it's still
2  misleading.  I forget the exact bullet.  I can get the
3  page if you want for purposes of the transcript.
4      It's the second-from-the-bottom bullet on page
5  445, for example, "a true statement used in a way to
6  give a false or misleading impression."
7    Q.  Okay.
8    A.  On the industry and Monsanto standards of
9  care, it would have to do with statements regarding
10 providing true and transparent information to the public
11 with regards to health and safety statements, and that
12 would be the primary area of concern.  It would have
13 implications -- it could have implications on the end
14 user if -- in terms of their actions on health and
15 safety.  Because I've interviewed a number of people,
16 and if they're told a product is a carcinogen, it's a
17 red flag.  It does draw their attention.  I would say in
18 dozens of interviews, I've asked the question, "If the
19 label said 'cancer' on it, would it have affected your
20 behavior?"  And the answer's almost universally, "Yes."
21      So it could have -- if, in fact, they had that
22 information, it gives them -- whether it's true or not,
23 my position, from the public health and safety
24 standpoint, is that Monsanto's saying they're going to
25 be -- and the industry's saying let's be as transparent

Page 204

1  as possible.  What they're really saying is, let's let
2  the user decide.  Let's give them the information and
3  let them decide.  But if they're not given that choice,
4  they don't know to potentially not use it to protect
5  themselves.  And so it could have an impact on both the
6  human health and safety of individuals, in terms of them
7  either using or protecting themselves from the product,
8  and obviously their exposures.
9      So knowing that the product is a potential --
10 agree or disagree -- carcinogen will have an impact on
11 user behavior.
12   Q.  Okay.  I'll strike as nonresponsive.
13      When you've said you've done dozens of
14 interviews about "cancer" on the label, was that for
15 this case, the 14 plaintiffs here, or some cases in
16 general?
17   A.  Other cases.
18   Q.  You didn't ask that question about these -- of
19 these particular plaintiffs; right?
20   A.  I don't recall.  If I did, I would have put it
21 on the interviews.  That's my best answer for you, is if
22 I asked that question, I would have recorded it.
23   Q.  Right.  So if we don't see it on there, you
24 didn't ask it?
25   A.  That's correct.

Page 205

1    Q.  Okay.  All right.  Moving along here.  Let's
2  go with the next document --
3    A.  Backgrounder?
4    Q.  -- Backgrounder.
5      And we've talked about the document I think
6  previously, and that's the chart with the -- the small
7  print that you had issue with, right, in the
8  Backgrounder?
9    A.  It's more the fact that the graphic --
10     MR. KRISTAL:  Object to form.
11     THE WITNESS:  -- would appear to represent
12 that glyphosate and Roundup, as a formulated
13 product, have the same acute toxicity.  It's the
14 misleading aspect of it.  I should add that the
15 document that was brought in had a very similar
16 figure, but it says "not to be used."  I don't know
17 if we want to introduce that or not, but --
18 BY MR. UPSHAW:
19   Q.  I'm not sure what you're talking about.  I
20 don't have a question on that right now, but let's
21 stick with the Backgrounder --
22     MR. KRISTAL:  It's the document I brought this
23 morning.
24     MR. UPSHAW:  Yeah, but I'm not asking about
25 this morning.

52 (Pages 202 to 205)

Stephen E. Petty, P.E., C.I.H., C.S.P.
July 11, 2019

Page 206

1    MR. KRISTAL:  Well, it's part of the answer.
2  If you don't want to use it, that's fine.  You're
3  on notice that it's here and that Mr. Petty has an
4  opinion on it.
5    MR. UPSHAW:  Got it.
6    THE WITNESS:  So it's the -- go ahead.  I'm
7  sorry.  I'll wait for the question.
8  BY MR. UPSHAW:
9    Q.  The question was:  Your issue was the
10 combination, but then as you stated I believe it was
11 yesterday, that on one hand they say -- "they" being
12 Monsanto -- glyphosate and Roundup are the same, and
13 then you have the number 1 there which refers you to the
14 bottom of the page, which says, "Roundup refers to the
15 original single active ingredient formulation"; right?
16    Did I paraphrase your issue with this --
17    A.  Half of it.
18    Q.  -- figure 7-36?
19    A.  Half of it.  The other half is that under EPA
20 rules, you're not allowed to compare one active
21 ingredient to a different active ingredient.  You're not
22 supposed to.  And we've talked about that before.
23    Q.  One active ingredient to a different active
24 ingredient.
25    A.  In other words, you can make a comparison of

Page 207

1  your glyphosate active ingredient product to somebody
2  else's glyphosate product, but you couldn't compare
3  glyphosate to, say, paraquat.
4    Q.  You can't --
5    A.  You're not supposed to.
6    Q.  So that would go to the failure to reach the
7  regulatory standard of care?
8    A.  Sure.
9    Q.  Okay.  Can you show me where that is?  We'll
10 start there.
11   A.  I think we just read it.
12   Q.  Is that in Chapter 12, Appendix C?
13   A.  Yeah, but it's also on page 112.  Recall, we
14 went through these pages at length --
15   Q.  Oh, okay.
16   A.  I'm not trying to be difficult.  I'm just
17 trying to get us through this.
18   Q.  I appreciate you pointing us to the right
19 section.  I want to match up.  If we looked at it
20 before, then we just match it up and we go forward.
21   Understood.  112, I think it's letter C which
22 you're referring to, "Appropriate Comparison"; right?
23   A.  Yes, sir.
24   Q.  All right.  Any other --
25   A.  Well, then we would -- go ahead.

Page 208

1    Q.  Nope.  That's what I'm asking you.  Is there
2  any other place where this document does not rise to the
3  regulatory standard of care?
4    A.  I would say under 4 -- on page 445, the second
5  bullet from the bottom, where it says "a true statement
6  used in such a way to give a false or misleading
7  impression."
8    Q.  Okay.  Anywhere else?
9    A.  It would also fall on the next page, on 446,
10 because it's in fact showing toxicity information
11 implying that, at least the part that draws your
12 attention, is implying that Roundup as a product and
13 glyphosate have the same toxicity.
14   Q.  Okay.
15   A.  Or at least they're both greater than 5,000
16 milligram per kilogram.  They're not the same, but
17 they're both greater than that number.
18   Q.  Are they not both greater than that number?
19   A.  Well, this graph -- if you then read the fine
20 text, it's not -- it's not agreeing that -- what's
21 really -- what they're really doing with the fine text
22 is they're saying -- instead of putting "Roundup
23 formulated product," they just substitute that with
24 "glyphosate," right, because they say -- what we're
25 talking about there is just the active ingredient, the

Page 209

1  single active ingredient.
2    Q.  Okay.
3    A.  So I don't know the answer to your question
4  on -- but -- and we'll leave it up to the causation
5  people, but my understanding is that there's quite a
6  difference and there is a difference in toxicity between
7  Roundup as a product and glyphosate as an active
8  ingredient.
9    Q.  Okay.
10   A.  And there's some of that that has been
11 presented in this particular document up front, some of
12 that information.
13   Q.  Which particular document up front?  I don't
14 want to --
15   A.  Exhibit 7.  We talked about it a lot
16 yesterday.
17   Q.  All right.
18   A.  And then the opinions that I would offer with
19 respect to standard of care for Monsanto -- Monsanto's
20 standard of care and the industry standard of care would
21 have to do with whether or not they were providing
22 truthful, transparent information to the public and end
23 users for the Roundup product.  And my opinion would be
24 that they are not, and that it -- and as such, it would
25 then have the potential to impact the health and safety

53 (Pages 206 to 209)

Stephen E. Petty, P.E., C.I.H., C.S.P.
July 11, 2019

Page 210

1    of end users as well as their exposures.
2        Q.  Okay.  Understood.  I understand your opinion
3    with regard to that document.
4        How about the 2000- -- May 2005 Backgrounder,
5    which would be document 7; right?
6        A.  Correct.
7        Q.  Okay.
8        A.  The initial --
9        Q.  I'm sorry.  I asked you a very bad question
10   with respect to that.  I should ask you:
11       What is your criticism of the May 2005
12   Monsanto Backgrounder?  And if you'd like to go right
13   into how that does not meet the regulatory standard of
14   care or the other two, that would be --
15       A.  Wonderful?
16       Q.  -- okay with me.
17       A.  All righty, I'll try.  Actually, we've touched
18   on all these areas before, I believe.
19       Q.  Okay.
20       A.  So my first criticism would be that the phrase
21   that it's a noncarcinogen and that it's been evaluated
22   by a number of regulatory agencies and international
23   scientific organizations, while true -- or we can say
24   it's true -- is misleading because there's at least one
25   other organization that disagrees with that.  Again, my

Page 211

1    position, as a health and safety expert, is -- and we've
2    talked about this.
3        Q.  Right.  And I do have a question on that
4    because you said, previously, when we were looking at a
5    similar statement, they shouldn't just say "regulators."
6    They should say some broader category of people have
7    looked at glyphosate, which in my reading of the
8    statement you just read, they not only say
9    "regulator" -- "regulatory agencies," but they say
10   "and international scientific organizations."
11       MR. KRISTAL:  Objection to form.
12       MR. UPSHAW:  It doesn't say that?  Because I'm
13   going to fix the question.
14       MR. KRISTAL:  Well, it was a long wind up
15   before the pitch.  If you want to just give the
16   pitch, give the pitch.
17   BY MR. UPSHAW:
18       Q.  Understood.
19       Do you understand where I'm going?
20       A.  That was not my testimony.  My testimony was
21   that if you took -- certainly I said if you took the
22   "regulatory" word out, then -- and included
23   nonregulatory opinions in toto, that that would be a
24   more fair representation, and I used the example of the
25   IARC results.  This statement -- so I didn't -- my point

Page 212

1    there was simply that give the reader the information
2    that's both favorable and unfavorable and let them make
3    the choice.
4        That's what I'm saying from a health and
5    safety standpoint, because without that information,
6    they never get the chance to make the choice.  And you
7    have an obligation under health and safety that the
8    primary -- one of the primary purposes of warnings is to
9    give end users choices.  And without the information, it
10   can restrict or eliminate their ability to make
11   decisions about their own safety.
12       And the other aspect to that is that -- and
13   I've talked about this before -- is, as an industrial
14   hygienist, our job is to anticipate and recognize
15   potential hazards and begin to address them before we
16   have full confirmation.  So --
17       Q.  Okay.  This -- oh, I'm sorry.  Go ahead.
18       A.  So in answer to your question, it certainly
19   expands the list, but it's still not inclusive -- for
20   example, if you say glyphosate is not a carcinogen, it
21   clearly didn't include IARC.
22       Q.  If you take the entire quotation, are you
23   saying that that entire quotation is misleading?
24       A.  I'm saying the simple statement that
25   glyphosate is not a carcinogen and then it's based on --

Page 213

1    if I read this properly, based on information from "a
2    number of regulatory agencies, international science" --
3        Q.  "And."
4        A.  "And international scientific organizations."
5    But it's inclusive of only all those that say it's not a
6    carcinogen.
7        Q.  So I'm asking -- so the sentence does not read
8    that way.  I'm questioning you on this because the
9    sentence says, "The chronic toxicity and oncogenic
10   potential of glyphosate have been evaluated."  It
11   doesn't say whether they evaluated them positively or
12   negatively.  It says "have been evaluated by a number of
13   regulatory agencies and by international scientific
14   organizations."  That doesn't leave anyone out in my
15   opinion.
16       Does it, in your opinion?
17       A.  It could, but it also makes this statement
18   even more misleading.
19       Q.  Okay.  How so?
20       A.  Because if, in fact -- let's take the
21   hypothetical that it wouldn't exclude IARC, then clearly
22   the predicate is not correct.
23       Q.  The predicate being what?
24       A.  "Glyphosate is not a carcinogen."
25       Q.  Okay.  So you're referring now to the entire

54 (Pages 210 to 213)

Stephen E. Petty, P.E., C.I.H., C.S.P.
July 11, 2019

Page 214

1  statement. I was asking you about the second line, but
2  I understand what you're saying.
3      A.  I'm just saying that I don't disagree with
4  your reading of the second statement. But if, in fact,
5  I take your view of that statement, which is probably
6  correct, then it would be even more misleading, if, in
7  fact, it was supposed to include IARC.
8      Q.  Okay.  And that -- okay.  Let's look at all
9  the statements, and then you can tell me how the
10  document itself fits into the standard of care, if
11  that's the easier way to do it, your criticisms of each
12  of the statements you have here.
13      A.  Yeah, I think we've covered this -- in terms
14  of my specifics on the difference between the statement
15  that "glyphosate is not a carcinogen" and whether or not
16  it includes IARC information or not, I mean, it's a
17  misleading statement.  And we can go back all through
18  that if you want, but we've touched on that before.
19      Q.  So are you saying all four of these statements
20  that you picked out of the May 2005 Monsanto
21  Backgrounder are all misleading statements?
22      A.  Well, I haven't gotten that far.
23      Q.  Oh, okay.  Sorry.
24      A.  I'm just saying that I don't think we're going
25  to be able to get to one umbrella statement, but I think

Page 215

1  we have talked about my opinion regarding whether or
2  not -- with Monsanto indicating it's not a carcinogen.
3  My criticism of that, we've covered, and the reasons
4  why.
5      Q.  Yes.
6      A.  I don't know if you want to go back through
7  and have me do that again.  That's all I'm saying.
8      Q.  You explained your criticisms of the first --
9  the first quote you've taken from the May 2005 Monsanto
10  Backgrounder.  You've explained that.
11      A.  Okay.
12      Q.  Your criticisms of the second quote would be
13  what?
14      A.  That the Roundup herbicide -- the statement
15  links -- it says "Roundup herbicide" -- in other words,
16  the product, "like glyphosate, has very low acute
17  toxicity, which means very high exposure is required to
18  cause an adverse effect."  The dermal irritation work
19  alone that we've talked about on the first day, from the
20  '93 study, for example, or even from Maibach in '86 --
21  1983 by Biodynamics and 1986 by Maibach -- do show that
22  the Roundup is certainly more of a skin irritant than
23  glyphosate, and so you're combining terms.
24      Now, there are some -- when you look at -- on
25  acute toxicity, they look at inhalation, ingestion and

Page 216

1  dermal, right.  And then, on irritation, they look at
2  eye and skin or dermal.  Those are the five parameters
3  as far as signal words and acute information that at
4  least the EPA looks at under FIFRA.
5      The difficulty is here, when you read this,
6  it's combining a lot of information to mislead.  In
7  other words, the suggestion that you only have to
8  have -- that because of the very low acute toxicity,
9  this means that a very high exposure's required to cause
10  an adverse effect, I don't agree.  I think that the
11  evidence is clear, at least in animal studies, that
12  within a week of exposure to Roundup, you're getting
13  edema and severe skin irritation.
14      So I may not necessarily disagree with this
15  "acute toxicity" statement.  It's one of these things
16  that's partially true, but then it combines with things
17  that aren't true, in my opinion.  So the bottom line is
18  that it's, I think, both misleading and it has elements
19  of having truth but then combining it with things that
20  aren't necessarily true, because they're talking about
21  the acute toxicity but they're not talking about the
22  irritation aspects of the products.
23      Q.  So because they don't talk about the
24  irritation aspects, it's misleading?
25      A.  Well, because they're saying that it's -- it

Page 217

1  requires only high exposures to have -- they're saying
2  because it has low -- both of these, both the product
3  and the active ingredient have low acute toxicities, and
4  I won't get into whether that's true or not.  Even if we
5  assume it's true -- that will be for the causation folks
6  to address.
7      But the statement that that implies you only
8  have to have high exposure -- in other words, they're
9  sort of saying, well, you only have to have high
10  exposure to have an adverse effect based on acute
11  toxicity.  Well, that's not necessarily true, because
12  the dermal irritation studies aren't necessarily high
13  exposure, but you're still having an adverse effect.  So
14  it's -- it's sort of taking a predicate that's true but
15  then applying it overall to the -- to a statement about
16  high exposures that have other effects other than acute
17  toxicity.
18      Q.  And you're saying that this was done purposely
19  to mislead?
20      A.  I don't know what was in the eye of the
21  beholder who wrote it.  I'm just saying it's an
22  inaccurate statement, and it could have been written
23  much clearer.  And if you -- I just think that it's --
24  it misleads.  Now, what the intent of the individual who
25  wrote it, I have no idea.  I'm not in their minds.  I

55 (Pages 214 to 217)

Stephen E. Petty, P.E., C.I.H., C.S.P.
July 11, 2019

Page 218

1  have no way to know what's in their minds.
2      Q.  Okay.  I thought I heard you say that earlier,
3  that this was intended to mislead.  But if I was
4  mistaken, then I'm sure you would tell me.
5      A.  No, I meant -- well, I think that the specific
6  language in C is with the intent --
7      Q.  C?
8      A.  Appendix C.
9      Q.  Oh, okay.
10     A.  I'm just looking at -- I think it's -- it kind
11 of goes along with the statement "a true statement used
12 in a way to give a false or misleading impression to the
13 purchaser."  I don't intend to ever offer opinions on
14 what's in the minds of individuals.  I don't how you
15 would ever do that.  But you can read the words and you
16 can see what the words convey.  And that's an
17 impression, and I do think that it's misleading for the
18 reasons I stated.
19     Q.  Okay.  So it's your impression that that
20 sentence which we're referring to, the sentence that
21 starts "Roundup herbicide," comma, "like glyphosate," is
22 being used in a way to give false or misleading
23 impression?
24     A.  Yes, because I don't -- I don't necessarily
25 agree that very high exposures are going to be required

Page 219

1  to have an adverse effect.  I don't see that in the
2  dermal work.
3      Q.  Okay.  How about the third quotation from the
4  May 2005 Monsanto Backgrounder -- before you answer
5  that, these are just four quotations out of the entire
6  body of the document; right?
7      A.  Correct.  I'm not saying that every statement
8  in that document is -- that I have an issue with.
9      Q.  Okay.  Well, what about the third one, which
10 says, "Under present and expected conditions of use,"
11 and goes on?
12     A.  Yeah, I just find it -- well, first of all,
13 "Under present and expected conditions of use," I don't
14 know -- it's hard to know for an end user -- they're not
15 defining the conditions of use.  That's my first issue.
16         Secondly, "Roundup does not pose a health risk
17 to humans," again, this goes back to the statement
18 that -- is dermal irritation a health risk?  In my view,
19 it is, because the definition of an industrial
20 hygienist, if we go back to -- I want to show you how we
21 look at, as industrial hygienists, health and safety.
22 And it's not just as a carcinogen.
23         And this is in Section 5.  I'll get you the
24 page momentarily.
25         85.  And I'm looking at the definition under

Page 220

1  5.4.  I apologize if you're not there.
2      Q.  I am here.  I am there.
3      A.  And this is the definition of the field of
4  industrial hygiene.  It's a long sentence, but
5  specifically I'll go to the clause that says -- you
6  know, you've heard me say over and over again that our
7  job is to anticipate, recognize, evaluate and control,
8  they call it, environmental factors and stressors which
9  may cause sickness, impaired health and wellbeing or
10 significant discomfort among workers or among the
11 citizens of the community.  Pretty broad, I get it.  But
12 I think that dermal irritation of the skin is
13 certainly -- could cause significant discomfort or
14 impaired health or wellbeing.
15         So when I take my industrial hygiene hat and I
16 apply it to this sentence, I don't even have to consider
17 whether or not it's a carcinogen.  I know that the
18 Roundup herbicide POEA, as we talked about -- remember
19 they talked about the effects on the human skin when
20 POEA was the surfactant, that caused irritation of the
21 skin?
22     Q.  Uh-huh.
23     A.  So that's certainly going to cause discomfort
24 if you have reddening or edema of your skin.  So first
25 of all, they haven't defined "present and expected

Page 221

1  conditions of use," but my main issue with -- or my main
2  opinion on this particular sentence stems on the fact
3  that "Roundup herbicide does not pose a health risk to
4  humans."
5          If you said -- if you used the necessary PPE,
6  or however you want to define it, to keep the stuff off
7  your skin, then I couldn't criticize that statement
8  because you would be protecting the skin.  But "Under
9  the present and expected conditions of use," you see the
10 caution statement warnings, you see the advertisements
11 of people applying the product in shorts, no goggles,
12 short-sleeve shirts; there's no way the skin's
13 protected.  And, as a consequence, I don't know how you
14 make this statement because that, I think, is a present
15 use.  I don't know what to -- I have no comment on
16 "expected conditions of use," but that seems to
17 anticipate some future situation.
18         But we can look at -- all we can really look
19 at is what the past usage -- conditions of use have been
20 based on advertisements and other things.  But the
21 bottom line is that I believe, as an industrial
22 hygienist, that this statement is misleading at best
23 because there are risks without PPE to human health, as
24 an industrial hygienist, without the -- especially
25 dermal, without the application of some sort of PPE.

56 (Pages 218 to 221)

Stephen E. Petty, P.E., C.I.H., C.S.P.
July 11, 2019

Page 222

1    Q.  Okay.
2    A.  I think we've talked about the bioaccumulation
3  before, so I think my opinions and all of that would be
4  the same as we've discussed.
5    Q.  Okay.  So now to this document, how does this
6  document not rise to the level of the explained
7  definitions of standard of care that we were talking
8  about?
9    A.  For the Monsanto -- for Monsanto's standard of
10  care as well as industry standard of care, clearly in my
11  opinion, the information's both misleading; it could
12  have impacts on the health and safety of end users, and
13  it certainly would increase the exposure, particularly
14  for a couple of these.  It has the potential of
15  increasing the exposure and not minimizing the exposure
16  of end users of the product because it's saying,
17  basically, it doesn't pose a health risk unless you have
18  very high exposures.
19    Q.  Which couple?  I want to be specific.
20    A.  Sure.  Specifically, in terms of -- certainly
21  the one where "Roundup does not pose a human [sic] risk
22  to humans under present or current -- or expected
23  conditions of use," where I don't agree with that
24  statement -- if in fact the current or present
25  conditions of use, which are demonstrated in some

Page 223

1  advertisements, are no PPE, then there's literally no
2  protection for dermal exposure.
3    If it were different than -- and if there was
4  PPE, then of course there wouldn't be an issue.  So the
5  third one would apply to all three of the elements I've
6  described for both standard of care for Monsanto as well
7  as the industry.  The same would apply to the second
8  element.
9    Q.  Second quotation?
10    A.  Yes, I'm sorry.  I'm sorry.  And I've kind of
11  gone out of order, and I apologize.
12    Q.  That's okay.  I understand.  I'm with you
13  still.
14    A.  I think the first affects all elements as
15  well, and I think that the -- all four of them I think
16  affect all three of those elements; that is, in terms of
17  the standard of care that I've described, which is
18  providing transparent information about the health and
19  safety of the products, providing -- and doing what's
20  necessary to minimize or limit the exposure of end users
21  to the product.
22    Q.  Okay.  And how does this document, the May
23  2005 Monsanto Backgrounder, fall below the regulatory
24  standard of care?
25    A.  The first one would be essentially a safety

Page 224

1  claim -- this is where "Glyphosate is not a carcinogen."
2  It is basically misleading.
3    Q.  Okay.
4    A.  The second would be -- it has elements both of
5  the safety claim, misleading elements in the safety
6  claim, as well as on page 445 where we talk about the
7  fact -- I think I mentioned this earlier -- where it's a
8  true statement in such a way to give false or misleading
9  impression to the purchaser.
10    Q.  Okay.  The --
11    A.  The third one, which is the third quoted item
12  under -- it says "Under present and expected conditions
13  of use."  I'm sorry.
14    Q.  No.  Just trying to keep us on track.
15    A.  I'm just looking at the elements on pages 445
16  and 446.
17    It's really a misleading label disclaimer at
18  some element.  It's the bottom bullet.  It's an implied
19  safety claim.
20    Q.  Okay.
21    A.  Which is the top, 446.  I think that's it for
22  that.
23    And then the last one, "does not
24  bioaccumulate," we can -- it would be under -- simply
25  under the general misleading claims, and then I would

Page 225

1  reference literature that suggests it does
2  bioaccumulate, but we talked about that before.
3    Q.  Right.  But that's not regulatory standard of
4  care, the other literature?
5    A.  Well, it's a safety claim of a pesticide that
6  may be misleading.
7    Q.  Which doesn't raise to the standard of care
8  regulatory-wise because of the labeling issue; right?
9    A.  Yeah, but that's where we go back to where
10  they talked about the company materials.  We had that
11  discussion a little bit earlier.
12    Q.  Sure.  I understand.  We did talk about that
13  issue of bioaccumulate, yes.
14    A.  Okay.  I think that's -- that covers it.
15    Q.  Okay.  So you've referred, on several
16  occasions during our deposition, to this one Exhibit
17  197-U and its counterparts, I guess, which would be I
18  through VII, and we've talked about that and how you
19  would apply the standard of care.
20    Do you have other examples you intend to use
21  in front of a jury where you would show that Monsanto
22  has not met the standard of care for itself; that is,
23  Monsanto's standard of care, the industry standard of
24  care or the regulatory standard of care?
25    A.  I do.  It would be the balance of the

57 (Pages 222 to 225)

Stephen E. Petty, P.E., C.I.H., C.S.P.
July 11, 2019

Page 226

1  materials in Section 7 that we haven't covered and
2  Section 9.  There are other examples.  They're really
3  just similar examples.
4       Q.  Yeah.
5       A.  I'm going to make the same -- pretty much the
6  same statements about each of the examples.
7       Q.  Let's start with the first one because I'm not
8  going to -- I have to find out what you're going to say
9  about these examples before you sit in front of a jury.
10      A.  Okay.
11      MR. KRISTAL:  Well, may I suggest if you
12  asked, "Are there any that you'd make different
13  statements about," and that will I think eliminate
14  quickly everything that Mr. Petty doesn't say he
15  would make different statements about, he would
16  make the same statements about.
17      MR. UPSHAW:  Yeah, but that's not my point.
18  If Mr. Petty raises one of these examples that I
19  didn't go over, then I would not be doing my job in
20  preparation for his trial testimony.
21      MR. KRISTAL:  No.  But my point is if you ask,
22  "Of all the other examples that we haven't covered,
23  are there any that in your opinion don't violate
24  Monsanto, industry and regulatory standards" --
25      MR. UPSHAW:  Already asked him that.

Page 227

1       MR. KRISTAL:  No, no.  If you ask it in the
2  inverse, "which don't violate in your opinion,"
3  there will be fewer than if you ask "which do
4  violate," and if it's all the same violations, we
5  get a much smaller sample to deal with.  That's all
6  I'm saying.
7       MR. UPSHAW:  I understand what you're saying.
8       MR. KRISTAL:  And then you would have your
9  answer for everything else.  I understand you want
10  an answer for everything, but you can get to the
11  answer much more quickly.
12  BY MR. UPSHAW:
13      Q.  I will modify and appreciate your suggestion
14  and modify that, but I will ask:
15           Are any of these -- because I think I asked
16  this before -- are there any examples that you've
17  included in your factual summary, which is Exhibit 7 to
18  this deposition -- are there any examples in here that
19  meet the standard of care that you define with regard to
20  regulatory standard of care?
21      A.  I do not believe so.
22      Q.  Okay.  Are there any examples that you have
23  included in this same exhibit, Exhibit 7 to your
24  deposition, that meet the standard of care you've
25  defined with regard to industry standard of care?

Page 228

1       A.  I don't believe so.
2       Q.  And the same question with regard to the
3  exhibit -- I mean the examples you've included here.  Do
4  any of them meet with your stated standard of care with
5  regard to Monsanto's self-identified standard of care?
6       A.  I don't believe so.
7       Q.  Okay.  Okay.  I'll try.
8       MR. KRISTAL:  But if they all violate them in
9  the same way, you get the same answer as if you
10  went through each one individually and got the same
11  answer.
12      MR. UPSHAW:  Let's find out.
13  BY MR. UPSHAW:
14      Q.  So you said all of Section 7, sir?
15      A.  That was set up specifically to give examples
16  of the violations of the standard of care, yes.
17      Q.  Okay.  So Section 7 starts on page 110 of
18  Exhibit 7 to the depo.  Where would be the first example
19  that we should look to after that?
20      A.  The first examples would be my reviews of the
21  MSDSs.
22      Q.  And where is that?
23      A.  And what I did was --
24      MR. KRISTAL:  It's on the tables.
25      THE WITNESS:  It's table 7-1 on page 113.

Page 229

1  It's where -- I'll call this simply -- this is
2  simply extractions from the MSDSs.  This is just
3  pulling information off of them.  I'm not making
4  any comments.  It's just extracting information out
5  of the documents.  And I've referenced the
6  documents in the far-right column.
7  BY MR. UPSHAW:
8       Q.  Okay.  Hold on.  You also look at Monsanto
9  MSDSs in an appendix to your factual summary, and that
10  would be appendix -- if I can make it to the front.
11      A.  Appendix B, I think.
12      Q.  Let's see.  I'm almost there, I think.
13      A.  It's page 276.
14      Q.  I'm like right there.
15           Yes, you were correct, Appendix B, which says
16  on 276, but the actual list -- you list all the MSDSs on
17  277, and then you make comment on them starting on page
18  279; correct?
19      A.  Not to quibble, but not quite correct.  What
20  277 and 278 are, are a list of products for which I
21  extracted MSDSs, so there may be multiple MSDSs for some
22  products.
23      Q.  Okay.
24      A.  And you anticipated my -- my response was that
25  I just illustrated a few of the products up front, and

58 (Pages 226 to 229)

Stephen E. Petty, P.E., C.I.H., C.S.P.
July 11, 2019

Page 230

1    then I went ahead and showed -- just to not bulk up the
2    report, I've done the balance of the extractions in
3    Appendix B for all the other listed products.
4         Q.   Okay.  I note in Appendix B -- I'm trying to
5    find it now.  So how is Appendix B different from your
6    table 7-1?
7         A.   It's simply an extension of that table.  And
8    what I was attempting to do is that my criticisms of the
9    MSDSs I only did for the data -- for the MSDSs in table
10   7-1 and 7-2.  I did not do the criticisms of all the
11   balance of the MSDSs in the appendix, but they would be
12   the same.
13        Q.   Okay.  And if we look at 7-1, table 7-1, the
14   first item on that table, which is dated 3/13/74, where
15   are your criticisms?
16        A.   The criticisms parallel -- if you look at page
17   113, hang on to that, and you go to page 130 and hang on
18   to both sets, to both pages at the same time, what
19   you're going to find is that the very first row on page
20   113 corresponds to the very first row on table 2.
21        Q.   Okay.  So should -- all right.
22        A.   And so you'll find that both the product
23   description name and the date of the MSDS are the same,
24   and then I'm specifically providing my criticisms of
25   specific warnings within those MSDSs.

Page 231

1         Q.   Okay.  So let's look at the first one, which
2    is on your list -- and looking at table 7-1 and table
3    7-2 together as you suggested --
4         A.   Sure.
5         Q.   -- let's give some context here.  So you list
6    the product, which is Roundup Postemergence Herbicide;
7    correct?
8         A.   Correct.
9         Q.   You list the ingredients as a column, and I
10   won't go through them all.
11        A.   I see where you're going, okay.
12        Q.   "Warnings" is the third column?
13        A.   Right.
14        Q.   "Directions For Use" is the fourth column.
15   And this is all information that is included on the MSDS
16   for this particular product; right?
17        A.   This is simply an exercise in typing.
18        Q.   Got it.  Okay.  "Mixing Instructions" would be
19   the next column, and then "Comments" is merely the
20   MONGLY number?
21        A.   That's correct.  It's really -- it really
22   should say "Reference."
23        Q.   Okay.  All right.  If we flip then to table
24   7-2 with regard to -- you say "Date of Label."  I guess,
25   again, we're talking about the MSDS as a label; right?

Page 232

1         A.   Yeah, yeah, yeah.
2         Q.   Okay.  That's fine.  We've talked about that.
3    Same product.  And then you say "Label Issues," which is
4    the MSDS issues, just for my clarification; right?
5         A.   You are correct.
6         Q.   Okay.  And would it -- so you can read that,
7    but you can just tell me:  What are your issues with the
8    MSDS for this product from 1974?
9         A.   My primary issues with all MSDSs have to do
10   with actionability.  In other words, are the terms
11   actionable?
12        Q.   What does that mean?
13        A.   Can the end user take that information and --
14   say a blue-collar worker or somebody that's not highly
15   educated like most of us in this room, or anyone for
16   that matter, can they take that information and do
17   something with it?  And I'll give examples in a second.
18             The concept of actionability isn't mine alone.
19   Hadden talks about it on page 82.  I give --
20        Q.   Sorry.  When you say "Hadden on page 82,"
21   you're referring to the page in Exhibit 7; right?
22        A.   Correct, correct.  And I'm sorry for going so
23   quickly.
24        Q.   That's okay.
25        A.   And then I think I cite some other work

Page 233

1    elsewhere.  But the bottom line is the terms
2    actionable, and let me give some examples.
3             The term "avoid" to me has almost no meaning.
4    If your task is to use a product, you either have to use
5    it and you're going to -- remember, I talked about the
6    fact that these particles stay in the air.  It takes
7    almost eight minutes to fall 6 feet.  So if you're
8    applying this product, it's inevitable you're going to
9    have some of those particles contact you, especially if
10   you're doing it for any significant amount of time.  So
11   the concept of avoiding the product is not an adequate
12   warning.  If you say "use the product with PPE or don't
13   use the product," that's actionable, and you specify the
14   PPE.  And that's what I mean by "actionable."
15            The other statement that I took issue with was
16   it says, under "Mixing Instructions," "Do not apply
17   under wind or other conditions which allow drift to
18   occur."  Well, the particles -- first of all, it's
19   almost impossible for an end user to use a product for
20   any period of time without there being some wind
21   present.  In fact, there's a wonderful site at Iowa
22   State University that gives the wind rose -- have you
23   ever heard of that term?  It's not rows, r-o-w-s; it's
24   r-o-s-e, believe it or not.
25            And what they are, are diagrams by cities all

59 (Pages 230 to 233)

Stephen E. Petty, P.E., C.I.H., C.S.P.
July 11, 2019

Page 234

1  over the U.S. And in the center, they give the amount
2  of time the wind's calm, and the rest of the times they
3  give pie shapes as to the direction of the wind and the
4  speed of the wind and the portion of the time of the
5  speed of the wind. And I looked up -- for a variety of
6  cities in Florida, for example, but I've done this all
7  over the U.S. and other projects where I've had to do
8  outdoor exposure analysis and account for the wind. And
9  it's rare that you see the wind rose saying "calm" for
10  any more than 10 percent of the time, and certainly
11  almost nonexistent for more than 20 percent of the time.
12      So that means at least that 80 percent of the
13  time, there's going to be some wind. So it's a --
14  remember that the concept of MSDSs, conceptually, it put
15  the burden on the employer to anticipate worst-use
16  conditions. It was one of the first standards that
17  really put the burden on -- not the employer -- the
18  manufacturer or the distributor, to anticipate the end
19  use or worst-case conditions.
20      And so you have to anticipate that
21  somebody -- and there's reason for that, because you
22  have to anticipate somebody is going to apply it in the
23  wind. I mean, if you look at the statistics on wind
24  speeds in the United States, it would be impossible, I
25  think -- almost impossible over a four-hour interval,

Page 235

1  for example. The probability of that entire period
2  there being no wind would be very low.
3      So that term is not -- and then of course the
4  term "other conditions" is -- I dare ask anybody in the
5  room what that means. I have no idea. So the user
6  can't really -- that has almost no utility to the end
7  user. You either say wear this PPE or whatever and
8  apply it or don't. But the reality is, the
9  manufacturer, under MSDSs, has to anticipate worst-case
10  use, and that's like -- if it's a volatile compound, you
11  anticipate the highest temperature in the lab that might
12  be maybe 100, 120 degrees. You don't anticipate when
13  it's really cold, where it won't evaporate.
14      In this case, we don't really have an
15  evaporation issue; we have an aerosol issue on the
16  inhalation side, and then we have a dermal issue as
17  well. And if the particles, we know from Stokes' Law,
18  are going to stay in the air for a long time, even if
19  there was no wind, they're going to walk -- assuming
20  there's no wind, they're staying in the air for eight
21  minutes; they're going to walk through them.
22  Q.  And walking through them would cause exposure?
23  A.  Sure. On bare skin.
24  Q.  Okay.
25  A.  And if it wetted the skin -- or the clothing

Page 236

1  that wasn't PPE sufficiently, then some of it would get
2  through, yes. It depends on the scenario.
3      So I make the statement, "Terms such as
4  'avoid' and 'wind or other conditions' are not defined
5  nor actionable." They did not list any specific skin or
6  respiratory protection, and I just said, well, what wind
7  speed or other conditions are not acceptable for the
8  application of the product? Does this mean that if
9  there's ever any -- I just can't imagine every user out
10  there with an anemometer trying to figure out if there's
11  no wind.
12  Q.  Okay.
13  A.  So anyway, enough of that. The same statement
14  about -- on the next one, if you want --
15  Q.  Well, I wasn't down with that one.
16  A.  Oh, okay. You want to go back to that?
17  Q.  It's not going back to it. We just haven't
18  left it yet.
19  A.  Okay.
20  Q.  The MSDS, is it designed to operate
21  independently of the container or product label or in
22  conjunction with?
23  A.  In conjunction with.
24  Q.  So if the MSDS does not list specific PPE, but
25  the product label does, then the user would have --

Page 237

1  would be instructed on which PPE to use?
2  A.  I've never seen that. I've never seen a label
3  have more information than the MSDS.
4  Q.  Okay. Have you ever designed an MSDS?
5  A.  I have not. Most of the time, they're done by
6  computer programs or technicians.
7  Q.  Have you ever been asked to evaluate an MSDS
8  for any company or corporation, before it's been
9  released or used?
10  A.  I have not. I have not.
11  Q.  Is the EPA involved in the language used on a
12  particular MSDS?
13      MR. KRISTAL: Object to form.
14  A.  Let me go for how -- I just want to check and
15  see what the specific --
16  Q.  Sure.
17  A.  -- language is about MSDSs.
18      MR. KRISTAL: Also, it's 5:00, so whenever
19  you're done with this line.
20      MR. UPSHAW: Yeah, I've got to let him go
21  because he's got a long drive.
22      MR. KRISTAL: No, no, I know.
23      THE WITNESS: And I apologize for running
24  around on this thing.
25  BY MR. UPSHAW:

60 (Pages 234 to 237)

Stephen E. Petty, P.E., C.I.H., C.S.P.
July 11, 2019

Page 238

1    Q.  It's all right.
2    A.  I'm on page 111 again, just so we're on the
3    same page.
4    Q.  Thank you.
5    A.  Recall that EPA defines "labeling" as --
6    actually, it starts on the bottom of page 110.
7    Q.  Right.
8    A.  And I won't repeat it, but it also refers to
9    anything that's referenced on the label.
10   Q.  Okay.
11   A.  Almost all labels reference, "See MSDS for
12   additional information."
13   Q.  Okay.
14   A.  So the tie-in is that the MSDSs are included
15   in the reference to it on the label.
16   Q.  Okay.
17   A.  That's how it all gets linked, if you will.
18       MR. UPSHAW:  Understood.  All right.  Let's
19   finish for today.  We are obviously going to ask
20   you to return, and I will talk to Mr. Kristal about
21   that --
22       MR. KRISTAL:  Yeah, let's see if we can reach
23   some agreement.
24       MR. UPSHAW:  -- in detail.  Yes.
25       MR. KRISTAL:  If not, we'll --

Page 239

1        MR. UPSHAW:  Deal with it however it comes.
2        MR. KRISTAL:  We know how to get issues
3    resolved.
4        MR. UPSHAW:  We know where to go.
5        MR. KRISTAL:  Exactly.
6        MR. UPSHAW:  All right.  Let's go off the
7    record.
8        THE VIDEOGRAPHER:  This adjourns the
9    deposition of Stephen Petty.  It's the end of video
10   media disc number 4.  The time is 1703 and we're
11   going off the record.
12       (Deposition adjourned at 5:03 p.m.)
13           - - -
14
15
16
17
18
19
20
21
22
23
24
25

Page 240

1            CERTIFICATE OF OATH
2
3    STATE OF FLORIDA  )
4    COUNTY OF BROWARD )
5
6
7        I, MATTHEW McKINNEY, Florida Professional
8    Reporter, Notary Public, State of Florida, certify that
9    STEPHEN E. PETTY personally appeared before me on
10   July 9, 2019, and was duly sworn, continuing to
11   July 11, 2019.
12
13       Signed this 15th day of July, 2019.
14
15
16   _____
         Matthew McKinney, FPR
         Notary Public, State of Florida
17       Commission No.:  GG 099111
         Expires: June 9, 2021
18
19
20
21
22
23           Personally Known_____
24           Or Produced Identification___X___
25           Type of Identification Produced___DL___

Page 241

1            CERTIFICATE OF REPORTER
2
3    STATE OF FLORIDA  )
4    COUNTY OF BROWARD )
5
6        I, MATTHEW McKINNEY, Florida Professional
7    Reporter, do hereby certify that I was authorized to and
8    did stenographically report the videotaped deposition of
9    STEPHEN E. PETTY, Volume III, that a review of the
10   transcript was requested, and that the foregoing
11   transcript is a true and complete record of my
12   stenographic notes.
13
14       I FURTHER CERTIFY that I am not a relative,
15   employee, or attorney, or counsel of any of the parties,
16   nor am I a relative or employee of any of the parties'
17   attorney or counsel connected with the action, nor am I
18   financially interested in the action.
19
20       DATED this 15th day of July, 2019.
21
22
23
24
25   _____
         Matthew McKinney, FPR

61 (Pages 238 to 241)

Stephen E. Petty, P.E., C.I.H., C.S.P.
July 11, 2019

Page 242

1      DEPOSITION ERRATA SHEET
2      Our Assignment No.: 12268
3      Case Caption:     Walter Winston, et al.,
4                            vs.
5                 Monsanto Company.
6
7
8           DECLARATION UNDER PENALTY OF PERJURY
9
10        I declare under penalty of perjury that I have
11     read the entire transcript of my Deposition taken in the
12     captioned matter or the same has been read to me, and
13     the same is true and accurate, save and except for
14     changes and/or corrections, if any, as indicated by me
15     on the DEPOSITION ERRATA SHEET hereof, with the
16     understanding that I offer these changes as if still
17     under oath.
18
19        Signed on the _____ day of _____, 20____.
20
21
22
23     _____
24           STEPHEN E. PETTY
25

62 (Page 242)

Stephen E. Petty, P.E., C.I.H., C.S.P.
July 11, 2019

**A**

**a.m** 1:15 65:9,9
**ability** 134:12
212:10
**able** 47:15 80:19
214:25
**absolutely** 13:20
18:19 25:23
50:25 53:5
56:4 69:23
101:25 158:7
**absorbed** 134:16
**absorption** 5:24
63:9
**ACC** 177:15
**acceptable**
126:16 236:7
**accepting** 48:1
**accessed** 177:17
**accessible** 29:20
**accidentally**
181:11
**accidents** 89:19
**accompanies**
156:12 166:13
**accompanying**
112:11,13
166:5,7,9
**account** 61:8
91:21 92:3,5
92:21 234:8
**accumulate**
134:11,18
**accumulated**
137:8
**accumulation**
134:10
**accurate** 179:13
242:13
**ACGIH** 82:1
**acknowledge...**
79:4,5
**acquired** 116:3
**act** 9:17 15:5

97:14
**acting** 69:11
**action** 66:11,21
77:20 241:17
241:18
**actionability**
232:10,18
**actionable** 56:5
111:8 232:11
233:2,13,14
236:5
**actions** 10:20
203:14
**active** 105:22
152:20 173:1
206:15,20,21
206:23,23
207:1 208:25
209:1,7 217:3
**actively** 77:5
**activities** 67:12
147:7,16,17
**activity** 14:11
72:12 134:12
**acts** 101:19
**actual** 34:7
36:16 70:11
90:8 91:4
98:10 121:13
149:22 229:16
**actuality** 68:20
**acute** 12:21 14:8
53:22,23
205:13 215:16
215:25 216:3,8
216:15,21
217:3,10,16
**adapted** 197:9
**add** 83:18 89:21
129:1 167:18
179:17 205:14
**added** 29:8 49:9
106:6,19 156:2
**adding** 28:9

156:23
**addition** 157:14
157:15 166:16
**additional**
105:25 238:12
**address** 8:24
87:8 153:16
160:6 168:9,10
187:19 212:15
217:6
**addressed**
172:21 185:22
187:4,18
**addressing** 41:5
190:19
**adequacy** 16:5,6
**adequate** 14:24
17:20 61:6
75:14,23
233:11
**adjourned**
239:12
**adjourns** 239:8
**adopt** 10:11
11:24 42:12,16
42:25 43:1,3,4
43:11 69:17
**adopted** 78:24
126:18
**adopting** 72:11
72:12,13
**advance** 29:21
**adverse** 91:11
91:20 215:18
216:10 217:10
217:13 219:1
**advertisement**
112:4 116:7,18
191:9
**advertisements**
56:25 57:10
111:3,18
112:16 113:4,7
113:12 118:2,4

118:10 125:5
135:13 221:10
221:20 223:1
**advertising** 6:23
34:4 36:13,18
40:25 56:25
57:17,20 59:10
100:1,14
107:21 110:9
111:23 116:19
136:4 150:22
152:24 153:3,5
162:25 163:5
165:13 167:22
167:22 168:2
190:22
**advice** 175:9
**advisory** 70:6
**aerosol** 235:15
**affect** 195:7,24
196:19 198:5
223:16
**affixed** 180:17
182:4
**afield** 157:3
**afternoon** 131:5
131:6 168:17
**agencies** 79:21
198:21,23,23
199:15 200:1
200:10,13
201:2,18
210:22 211:9
213:2,13
**agency** 199:18
199:22
**agents** 79:7
**aggregated**
10:21
**ago** 158:16
**agree** 35:10
40:17 45:13,14
61:23 69:17
70:12,14,17

95:20,22 96:2
154:19 155:18
155:18,21
162:5,6 167:11
182:13 184:19
185:5 188:10
189:5 204:10
216:10 218:25
222:23
**agreed** 35:9 36:3
37:24 126:1
199:25
**agreeing** 29:16
34:2 208:20
**agreement**
238:23
**agrees** 29:14
**Agricultural**
58:4
**agriculture**
29:22 54:19
**ahead** 13:20
34:6 35:6 64:3
72:20 105:9
140:8 146:12
167:17 170:25
206:6 207:25
212:17 230:1
**AICAHE** 17:1
**air** 19:19 86:15
86:18 87:1,5
233:6 235:18
235:20
**airports** 114:24
**Akron** 21:9,16
**al** 1:3 4:17 242:3
**Alexander**
114:12,16,23
**Alice** 115:1,4
**allegedly** 149:16
**allow** 34:3
233:17
**allowable** 97:15
**allowed** 119:3

Stephen E. Petty, P.E., C.I.H., C.S.P.
July 11, 2019

Page 244

148:19,19
206:20
**allows** 82:10
108:3
**alphabet** 165:2,9
**alternatives**
80:21
**Alvarez** 2:17 5:6
5:6 31:5,22
32:2,7,16
116:11,14
131:25
**ambiguity** 57:2
**American** 27:17
82:2 88:11
177:15
**ammunition**
123:16,22
**amount** 17:13
233:10 234:1
**analysis** 22:10
22:17 72:8
234:8
**and/or** 143:17
155:16 242:14
**Andrews** 1:16
4:25
**anemometer**
236:10
**animal** 190:11
198:1 216:11
**animals** 134:9
134:17 191:14
192:2 193:2
196:1,3,20
**anniversary**
50:21
**ANSI** 12:25 13:1
13:3 14:7,16
14:18 78:10,10
78:16,17,18
79:3 81:9 82:8
82:8,9,19
**ANSI's** 78:21

**answer** 13:16,17
13:23,24 14:4
23:19 24:25
26:25 31:20
32:10 35:3
39:25 42:24
46:2 71:13,15
71:16 81:5
87:14 94:9
96:2 111:12
114:1 121:18
122:13 124:15
124:16 128:23
129:25 130:1
130:12 135:20
138:15 145:10
146:13 149:9
167:17,18
176:7,11
192:11 197:2
204:21 206:1
209:3 212:18
219:4 227:9,10
227:11 228:9
228:11
**answer's** 203:20
**answered** 19:6
34:16 113:21
185:19 187:14
187:15
**answers** 93:17
129:9
**Anthony** 2:16
5:4
**anticipate** 52:21
81:1 212:14
220:7 221:17
234:15,18,20
234:22 235:9
235:11,12
**anticipated**
229:24
**anticipation**
51:24

**anybody** 20:16
142:7 235:4
**anymore** 155:2
**anyway** 35:25
105:17 107:12
187:13 191:21
236:13
**apologize** 23:14
23:21 44:18
74:6 75:19
133:13 169:24
177:9 178:4,24
183:11 186:13
191:3 220:1
223:11 237:23
**appear** 147:15
205:11
**appearances** 2:1
5:2
**appeared** 240:9
**appears** 38:19
39:2,19
**appendix** 103:20
103:24 104:9
105:1 106:14
106:14,19
107:24 108:7
131:22,23
139:8,8 148:5
148:20 149:5
150:6,22 153:5
159:25 193:7
193:12 203:1
207:12 218:8
229:9,10,11,15
230:3,4,5,11
**applicable**
153:19 193:21
**application**
57:12 221:25
236:8
**applied** 58:11
89:5 126:24,25
177:17,19

**applies** 87:12
126:4 139:17
**apply** 39:22,24
46:5,8 58:8,22
59:5 65:17
81:6 87:15
100:13 109:11
135:9 165:3,9
171:12 173:3
173:15 186:21
186:25 192:12
193:19 194:15
195:1 220:16
223:5,7 225:19
233:16 234:22
235:8
**applying** 56:14
156:8 164:23
165:2 173:19
173:19 217:15
221:11 233:8
**appreciate** 14:16
31:19 64:21
73:17 80:14
109:1 112:6
128:6 207:18
227:13
**appropriate**
78:8 171:5
179:19 180:12
182:2 194:19
201:16 207:22
**approval** 68:16
**approved** 68:14
68:18,21
**approving** 68:12
**approximately**
17:8
**area** 6:12 10:15
21:16 24:21
37:14 49:19
88:10 114:21
121:4 164:24
200:19 203:12

**areas** 6:13 38:6
63:19,20 66:3
118:9 150:14
189:12 210:18
**arena** 11:15
**argue** 124:4,9
**arises** 77:15
**article** 36:11,19
57:19 91:18
96:13 97:1,25
98:16,18,19,23
180:21 192:8
**articles** 25:13,21
**articulated**
117:18,24
148:20 175:21
**as-is** 162:13
**asbestos** 23:3
**Ashland** 16:10
18:7 50:24
**ASHRAE** 13:1
78:23
**asked** 9:7 13:14
17:19 41:18
42:19 44:15
45:17 46:1
51:9 64:16
103:23,25
130:3,4,11,11
131:20 153:8
153:24 157:3
160:18 161:6
165:21 166:11
168:17 174:25
175:6,16,18
184:3,5,11
185:16,17,25
187:22,23
188:19 203:18
204:22 210:9
226:12,25
227:15 237:7
**asking** 9:2 13:11
19:10 20:17

Stephen E. Petty, P.E., C.I.H., C.S.P.
July 11, 2019

23:15 43:3
71:15 84:22
107:16 111:18
117:12,20
118:20 119:18
120:24 123:24
139:19 144:2
149:10 169:10
170:11 176:4
202:10 205:24
208:1 213:7
214:1
**aspect** 205:14
212:12
**aspects** 216:22
216:24
**assess** 41:21
**assessed** 89:4
**Assignment**
242:2
**assist** 117:19
**assistant** 80:17
**associated** 100:2
149:1 150:5
180:13 196:15
**associates** 68:15
**association**
53:18 69:10
85:15,16
173:14
**assume** 28:9
119:24 121:23
122:10 154:15
159:2 217:5
**assumed** 158:21
200:23 202:20
**assumes** 201:4
**assuming** 122:2
155:6,7,10
160:7 235:19
**assumption**
122:3
**ASTM** 13:1
**at-best** 193:4

**attach** 148:12
**attached** 30:16
122:22 146:17
180:16 182:4
182:11
**attaches** 124:6
**attachment**
30:15,23 34:6
**attachments**
30:22 122:22
**attempt** 53:23
**attempting**
230:8
**attended** 77:1
**attention** 90:18
93:24 95:15
96:19 140:1
203:17 208:12
**attics** 23:1
**attorney** 241:15
241:17
**attribute** 68:9
98:21
**Aupshaw@m...**
2:20
**author** 95:9,13
**authorities**
198:12 199:7
**authorized**
241:7
**authorizes** 97:15
**authors** 94:1
95:13,20
**automobile**
19:20
**availability**
158:10
**available** 24:20
24:24 25:6,8
29:20 52:11
103:4
**Avenue** 1:16
2:18 4:25
**avoid** 53:4 233:3

**avoid'** 236:4
**avoiding** 233:11
**aware** 84:21
93:7 180:10
201:21

---

**B**

**B** 181:17 185:2
229:11,15
230:3,4,5
**B-l-a-e-s-e-r**
120:14
**back** 11:8,9 12:2
12:9 19:13
20:2 30:14
31:2 32:22
39:6,12,17
43:9 44:16
51:12,14 52:2
53:19 56:4
64:19,22 65:3
65:10,14 66:25
71:2,8,9 75:7
76:7,18 85:1
91:16 94:8,9
100:18 101:8
102:7,21
103:20 106:24
107:1,8 111:17
111:20 112:22
114:4,7,9
116:6 118:24
118:25 120:14
124:15 129:7
129:10 130:7
130:25 131:7
131:11 134:24
135:23 138:10
144:15 145:25
147:25 148:14
148:24 149:10
149:24 150:20
151:11,13,20
152:23 153:7

157:12 158:11
163:21,23
165:23 167:14
171:10 176:8
176:17 180:4
180:18 182:20
182:25 184:18
185:11,24
193:7 194:12
214:17 215:6
219:17,20
225:9 236:16
236:17
**background**
25:1 99:7
**Backgrounder**
116:17 118:24
190:1 205:3,4
205:8,21 210:4
210:12 214:21
215:10 219:4
223:23
**backtrack**
169:17 170:3
**backwards**
143:21 153:23
**bacteria** 124:24
**bad** 16:14,17
23:14,22 110:7
210:9
**balance** 8:12
48:5 225:25
230:2,11
**ban** 123:15
**barber** 143:7,8
**barbers** 143:9
**bare** 235:23
**based** 4:1 53:21
53:22 80:14
121:4,21,22
127:19 136:16
136:24 137:11
159:4 164:21
174:6 212:25

213:1 217:10
221:20
**basically** 9:1
49:5 52:3
78:17 79:6
103:8 114:22
148:25 188:24
222:17 224:2
**Basics** 153:11
183:4,8 184:10
185:14,20
189:8
**basing** 136:22
**basis** 13:4,12
21:13 78:16
93:2 108:1,1
133:14 147:9
161:12 174:11
193:10
**beard** 82:10,13
82:17
**bears** 151:23
**began** 12:11,17
14:8,11 49:21
50:3 78:10
**beginning** 12:20
33:18 34:10
45:18 92:2
116:2 119:1
151:19 153:18
190:20 191:24
**beginnings**
52:14
**begins** 48:3 86:8
90:17 107:25
125:12 179:18
189:15
**behalf** 1:10 2:3
2:15 5:4,6,9,11
69:11
**behave** 9:14,17
9:19 24:4
28:19 30:7,9
30:11 35:8

Stephen E. Petty, P.E., C.I.H., C.S.P.
July 11, 2019

37:8 40:23
47:10 70:21
**behaved** 15:18
**behaving** 40:19
**behavior** 36:16
36:17 90:9
203:20 204:11
**behavioral** 24:3
**behaviors** 24:6
**beholder** 217:21
**belabor** 109:21
**believe** 6:2 17:21
36:9 69:9
70:20 88:12
98:18 105:2
107:6 108:4,17
108:18 109:23
110:24 111:7
111:18 112:19
113:12,13
122:23 137:12
153:19 156:7
167:10 185:11
186:7 189:14
192:15 193:14
197:21 206:10
210:18 221:21
227:21 228:1,6
233:24
**belong** 115:21
**belonged** 84:20
**benefit** 92:22
**benefits** 91:22
**benzene** 21:2,7
21:13 80:5
92:14,15 93:3
93:7
**best** 15:6 73:18
74:7 76:13
99:13 113:25
147:6 172:10
193:2 204:21
221:22
**better** 10:16

51:15 76:1
104:17
**beyond** 23:11
34:5 75:2
93:14 108:17
134:10
**big** 49:18 50:3
53:1 70:21
147:19 185:24
**bigger** 49:25
**bind** 134:12
**bioaccumulate**
119:8,9 125:2
125:8 131:12
131:16,17
132:15,18,25
133:6,15,19
134:4,9 135:1
135:14,16,21
135:24 136:14
137:3,15 138:3
138:8,21 139:3
140:23 152:7
224:24 225:2
225:13
**bioaccumulati...**
125:1 132:25
172:9,11,20,25
222:2
**biodegradable**
126:9 132:10
132:15 140:13
152:10
**biodegradable'**
125:17,22
127:24 132:11
**Biodynamics**
215:21
**bird** 23:2
**bit** 7:5 12:22
88:14,23
157:12 170:3
225:11
**bladder** 62:21

64:20 178:21
178:23
**Blaeser** 118:17
120:8,14,19
121:15 122:17
123:10,14,20
131:8 146:17
**Blaeser's** 120:17
**blue-collar**
232:14
**blurring** 78:22
**board** 74:22
75:10
**bodies** 79:1
**body** 219:6
**bolded** 96:22
97:4
**bones** 134:11,16
**book** 50:17,21
67:5,19,25
68:1,11 90:25
114:19
**books** 72:5
**Boston** 53:10
**bottom** 29:17
33:19 34:2,9
37:14,17 38:8
38:12 40:8
53:25 54:9,17
57:24 60:4
86:8,12 89:1
101:7 102:13
112:7 125:20
144:7 177:14
178:6 188:6
190:23 191:25
194:17 206:14
208:5 216:17
221:21 224:18
233:1 238:6
**bound** 92:1
**breach** 16:18
**break** 32:25
64:14 65:14

130:16 168:12
178:20 183:6
**breaking** 62:17
**bribing** 29:15
34:4
**briefly** 38:1
197:10 202:22
**bring** 75:13
95:15 100:12
101:18 103:2
104:24
**bringing** 93:24
100:24 134:7
**broad** 41:22
52:6 96:3
220:11
**broadened**
75:12,21
**broader** 67:13
67:14 211:6
**broadly** 98:13
107:21 196:3
**Broadway** 2:11
**brokering**
201:21
**brought** 75:21
205:15,22
**BROWARD**
240:4 241:4
**bucket** 83:24,25
**build** 28:14,17
**building** 30:3
**bulk** 230:1
**bullet** 66:10,17
89:13 90:1
97:6,11,25
98:12 102:13
125:20 132:4,5
139:7,17
142:18 143:6
145:22 171:25
178:7 185:24
189:18 193:8
193:13 194:1

194:12 195:2
203:2,4 208:5
224:18
**bullets** 139:25
193:18,21,23
194:14
**bunch** 25:21
**bungled** 108:9
**burden** 234:15
234:17
**business** 29:14
29:16 30:15
38:9
**buyer** 57:5
**bylaw** 60:15
**bylaws** 60:5
65:18

---
## C

**C** 107:24 108:7
131:22,23
139:8 148:5,20
149:5 150:6,22
152:11 153:5
159:25 193:7
203:1 207:12
207:21 218:6,7
218:8
**C.I.H** 1:9
**C.S.P** 1:9
**C8** 15:21,22,24
**calcium** 134:13
**calculation**
92:10
**California** 80:24
**call** 20:10 47:24
50:23 88:13
92:20 102:18
127:17 143:14
220:8 229:1
**called** 13:3 39:3
53:19 85:17
136:19 138:1
**calls** 123:22

Stephen E. Petty, P.E., C.I.H., C.S.P.
July 11, 2019

Page 247

**calm** 234:2,9
**cancer** 204:14
**cancer'** 203:19
**candid** 193:19
**Canton** 21:16
**capable** 175:7
**capital** 152:1
**caps** 82:22
**Caption** 242:3
**captioned**
  242:12
**carcinogen**
  142:5,22,23
  203:16 204:10
  212:20,25
  213:6,24
  214:15 215:2
  219:22 220:17
  224:1
**carcinogenic**
  143:15
**carcinogenicity**
  198:13 199:7
  199:23 200:7
**carcinogens**
  147:18
**care** 6:24 7:1,1,2
  7:7,8,11,13,17
  8:2,7,8,15 9:7
  9:9,11,16,24
  10:1,3,18 11:4
  11:12 14:22
  15:5 16:2 26:8
  27:11 28:3,10
  28:13,15 30:4
  39:24 41:2,4,5
  41:10 45:21,25
  46:4,8 47:1,16
  47:17,18,21,25
  49:1,7 56:1,13
  56:15 58:23
  59:6 60:1
  65:23 70:4
  71:21 72:2

74:13 78:3,19
78:20 79:12
81:11 83:22
85:5,7 88:9,13
90:7,13,13,14
99:11,12,13,21
107:13,17,18
108:8,13,19,23
108:23,24
109:4,6,8,12
110:1,6,9,20
111:4 112:21
113:9,9,10,11
113:14,14,15
113:19,19,24
114:2,4 116:24
117:24 119:4
119:16 126:9
127:12,13,18
131:13 135:3,9
138:5,20
139:23 141:12
146:11,14
147:10,21
148:11,17,22
149:15 150:3,5
150:16,17
151:4 153:6,12
153:13,15,15
153:20 159:4
159:15 160:15
160:20 161:8
165:14 168:18
168:19,25
169:1,18,21
170:8 174:12
174:14,18,23
174:24 175:4
175:15,17,20
176:21,22,25
178:17 179:14
181:7 183:5,9
183:17 185:7,8
185:9,9 186:9

186:20,25
187:10,25
188:4,11,21,25
189:10,12
193:6,10 197:2
197:12,14,16
197:22 198:15
203:9 207:7
208:3 209:19
209:20,20
210:14 214:10
222:7,10,10
223:6,17,24
225:4,7,19,22
225:23,24,24
227:19,20,24
227:25 228:4,5
228:16
**carried** 68:6
**carriers** 88:21
  89:1
**case** 1:5 4:17,18
  4:19 7:19 8:2
  15:16,25 49:4
  52:23 55:25
  143:25 183:2
  197:15 204:15
  235:14 242:3
**cases** 15:21,24
  18:5 64:7 72:9
  74:20 112:20
  204:15,17
**catch** 191:1
**categories** 143:2
  147:19 181:12
**category** 84:23
  141:24 142:3
  142:11,12,21
  142:21,22,23
  142:23,25
  146:19,23,24
  146:25 147:2
  172:20 177:8
  178:13 184:20

184:22 185:1
  211:6
**causation** 61:13
  154:14 155:8,9
  160:6 200:15
  209:4 217:5
**cause** 51:21
  215:18 216:9
  220:9,13,23
  235:22
**caused** 220:20
**caution** 221:10
**Caution'** 68:6
**cells** 190:11
  198:1
**center** 234:1
**centered** 52:5
**CEO** 8:11 26:16
  28:22
**CEOs** 71:11
**certain** 19:9
  22:14 24:5
  107:22 111:9
  111:10 115:7
  143:8,9 157:20
  157:21 202:13
**certainly** 16:25
  19:21 20:20,21
  24:7 39:22
  41:4 79:25
  109:25,25
  110:4 148:3
  162:10 175:7
  177:20 179:11
  194:22 211:21
  212:18 215:22
  220:13,23
  222:13,20
  234:10
**Certificate** 3:5,6
  240:1 241:1
**certify** 240:8
  241:7,14
**cetera** 21:4

29:23,24 56:3
89:20 92:8
100:25 141:20
141:25
**CFR** 152:4
  156:6
**chain** 122:21
**chairman** 8:11
  70:16 74:23
**chance** 33:3
  212:6
**change** 50:2
  80:11 81:16,16
  81:20 154:23
  157:4,25
**changed** 49:15
  49:23 67:17
  79:21 80:6,9
  80:10 81:4
  85:14 105:22
  156:18
**changes** 162:7
  242:14,16
**chapter** 7:10
  85:2 91:1
  108:7 126:20
  127:23 131:21
  132:17 139:6
  147:12 149:8
  149:12,18,20
  149:21,22
  159:25 160:12
  207:12
**charge** 70:9,10
**chart** 205:6
**charts** 175:12
**check** 112:4
  157:17 158:2
  237:14
**chelating** 134:12
**chemical** 11:4
  16:10 20:8
  49:6,10,24
  50:3,7 60:10

Stephen E. Petty, P.E., C.I.H., C.S.P.
July 11, 2019

60:13 61:3,3
68:4 70:1,23
74:24 75:12,20
76:14 85:15
118:18 120:9
120:19 123:11
171:21 173:14
173:16 177:15
178:8
**chemicals** 49:17
49:21,23 60:13
76:11 89:3
98:13 178:10
**Chemist** 53:18
85:15
**Chemistry** 88:11
**Cherry** 2:5,6
**children** 57:14
**choice** 122:12
155:22,23
204:3 212:3,6
**choices** 212:9
**chronic** 14:8
53:22 213:9
**chronological**
100:15 101:4
**CIH** 17:3 24:17
24:20,23 26:4
163:16 164:6
164:10,21
**circadian** 143:13
143:15 144:14
145:1
**Circuit** 1:1 4:19
**circumstances**
107:22
**cite** 28:22 38:13
39:18 72:4
86:6 136:17
137:1 149:13
149:21,24
190:23 232:25
**cited** 15:9 41:9
67:1 156:9

**cities** 233:25
234:6
**citing** 11:5 33:17
37:15 38:7
74:18 133:17
134:22 190:23
192:5
**citizens** 220:11
**CITY** 1:1
**claim** 57:3 125:4
133:18 134:3,8
138:6 139:15
140:20 152:20
153:2 194:3,6
195:12 224:1,5
224:6,19 225:5
**claimed** 149:4,4
**claims** 108:3
125:14 135:25
136:3 139:7,7
139:15 140:2
140:11 148:4,5
149:1,3 150:14
152:25 153:1
167:21,23,24
190:21 194:2
224:25
**clarification**
232:4
**clarifier** 98:3
**clarify** 137:20
192:10
**classic** 154:20
**classification**
141:23 143:20
**classifications**
142:8,24
177:22
**classified** 141:24
146:19
**clause** 220:5
**clean** 60:11
**clear** 6:19 15:16
41:6 60:14

61:18,21 63:10
63:13 70:16
89:10 98:20
106:4 122:4
126:13 127:14
138:11,12
152:19 154:2
156:22 159:21
216:11
**clearer** 217:23
**clearly** 55:18
57:16 68:17
93:6 110:4
111:7 120:3
131:17 142:12
143:20 162:11
172:9 181:8
198:24 199:25
212:21 213:21
222:10
**client** 149:14
**close** 62:14
106:17
**closely** 54:18
**closes** 55:13
**closing** 180:22
**clothing** 57:13
235:25
**CMA** 85:16
88:11 115:22
173:21,25
177:2
**coal** 49:17 82:18
**code** 29:14,15
30:15 33:18,22
34:2,7 35:11
36:5,12,13,25
38:4,5,9,16,21
38:25 39:7,14
39:18 56:17
58:2,19 59:9
59:17,23 78:24
**coffee** 141:24
**cold** 235:13

**collateral** 152:24
167:22 168:3,6
168:7
**collected** 119:22
**colloquialism**
48:20
**column** 74:19
229:6 231:9,12
231:14,19
**combination**
40:22 118:1
206:10
**combine** 125:24
**combines** 216:16
**combining** 147:3
147:17 215:23
216:6,19
**come** 47:6,8
59:11 65:3
67:21 70:18
92:11 104:1
113:7 115:8
117:23 155:25
158:4 173:9
**comes** 10:25
11:1,4 68:17
69:18 148:3
160:13 239:1
**comfortable**
47:25 48:4
**coming** 49:21
68:13,17 93:16
98:18 117:7
164:4
**comma** 218:21
**comment** 94:3
221:15 229:17
**commentary**
189:20
**commenting**
54:22 55:2,7
174:10
**comments** 16:5
16:12,14 56:2

94:2 95:19
167:21 229:4
231:19
**commercial** 61:6
**commercially**
68:4
**commingle**
142:11
**commingling**
143:17
**Commission**
240:17
**committed**
178:8
**committee** 53:20
54:18 66:11,12
66:19,20,22,24
67:8,9,11,14
67:23,24 68:12
68:13,15,16,18
68:19,21 69:6
69:7,13 70:7
70:10 74:23
75:10 78:7,14
**committee's**
65:25 70:8
**committees** 66:1
66:13 67:2,17
68:9 69:9,16
69:18 78:10,11
**common** 82:11
141:23
**communication**
74:9 81:15
85:18 88:3
164:3 165:4,10
165:17 177:3
200:20,25
**communicatio...**
165:6,12
177:13
**community** 92:1
154:12 220:11
**companies** 13:12

Stephen E. Petty, P.E., C.I.H., C.S.P.
July 11, 2019

16:8 18:7,11
18:13 42:21
50:6,14 58:19
70:11,12 114:5
114:7 115:15
115:20
**companion**
199:17
**company** 1:6,10
2:15 4:18 9:17
9:23 10:17,19
10:24 11:20,24
15:5,12,20
16:1 58:9,11
71:12,18 115:4
127:18 163:14
225:10 237:8
242:5
**company's**
45:25
**compare** 12:2
18:22 36:16
47:9,13 57:17
90:8 206:20
207:2
**comparing**
18:19 57:7
**comparison**
61:19 147:5
152:14 181:10
206:25 207:22
**comparisons** 9:2
142:20 147:6
**compatibility**
175:8,12
**compelled** 34:25
**complain** 69:14
**complaint** 64:5
**complete** 70:24
241:11
**completeness**
37:23 79:13
**comply** 36:4
**component**

79:24 93:1
**components**
187:4,8,9
**compound**
235:10
**comprehensive**
75:14,22
**computer** 237:6
**concept** 16:21
42:8 51:17
52:15 75:7
76:17,19 85:2
180:7 232:18
233:11 234:14
**concepts** 53:9
180:4
**conceptually**
234:14
**concern** 86:15
87:4 203:12
**concerned** 66:22
67:7 73:4,6
77:24 85:20,24
86:1 120:10,13
**concerning**
136:9 139:9
**concerns** 8:25
118:21 166:15
168:7
**concludes** 8:22
**conclusion**
92:12
**conditioning**
19:19
**conditions**
219:10,13,15
221:1,9,16,19
222:23,25
224:12 233:17
234:16,19
235:4 236:7
**conditions'**
236:4
**conduct** 16:18

18:2 29:14,16
30:16 33:18,22
34:3,7 35:11
36:5,12,13,25
38:10,16,21,25
39:7,15 56:18
58:3 59:9,17
59:23
**conducted** 17:22
**conference**
27:17 39:19
82:2
**confirm** 193:15
193:17
**confirmation**
212:16
**confused** 48:18
**confusing** 27:19
48:23
**confusion** 187:3
**conjunction**
236:22,23
**connect** 46:21
159:14
**connected**
241:17
**connection**
45:20 117:4
159:16
**conscious**
179:22
**consensus** 12:25
78:21,25 154:2
154:10 186:10
198:19
**consequence**
221:13
**consider** 9:9
16:20 18:16
27:10 41:13,23
78:18 84:15
108:22 118:5
220:16
**considered**

76:10 84:23
87:2 116:19,21
156:12 166:12
166:21 167:8
**considering**
50:23 120:7
**consistent** 15:8
42:1 94:18
95:10 192:21
192:22
**constant** 61:8
**constitutes**
171:11
**consumed**
118:11
**consumer** 15:7
15:15 17:22
18:3,17 19:1
73:4
**consumers**
11:21 15:14
73:5 174:20
**Cont** 3:4
**contact** 233:9
**contain** 18:21
54:1,24 57:1
57:10 145:7
170:16,17
**container** 171:8
180:17 182:5
182:14 236:21
**containers** 171:5
179:20 182:2
**contention** 30:2
192:23
**context** 134:22
139:1 153:4
159:19 179:7
182:8 199:5
231:5
**continual** 89:18
**continuation**
38:9 102:11
**continue** 10:13

14:6 33:16
34:9 144:16
174:19
**continued** 5:17
5:19
**continues** 38:10
38:11 56:23
102:13,14
**continuing**
240:10
**contractors** 89:2
**contrast** 18:22
36:16 47:9,13
90:8
**contrasting**
18:20
**control** 81:1
220:7
**controlled** 52:9
**controls** 24:9
**conversation**
43:9
**convey** 218:16
**conveying**
179:21
**convincing** 24:4
**copies** 4:10
**copy** 50:20
106:14
**copyright** 31:24
**corporate**
134:14
**corporation**
34:19 237:8
**correct** 6:2
13:20 20:8
25:13 27:25
28:3 33:12,13
38:2,8,12
43:23,24 44:7
58:6,7 59:8
62:5,10 73:22
74:10 86:17
90:14 109:16

Stephen E. Petty, P.E., C.I.H., C.S.P.
July 11, 2019

Page 250

113:4,5 124:19
124:20 128:1
132:11,12
133:1,3 136:21
138:2,5,11,22
146:20,21
156:10 157:16
158:5,21,22
160:14 169:4
172:5 173:17
185:3 190:3
191:14,15,19
192:15,18
202:21 204:25
210:6 213:22
214:6 219:7
229:15,18,19
231:7,8,21
232:5,22,22
**corrections**
242:14
**correctly** 100:6
127:7 137:21
159:16
**correspondence**
121:21,22
**corresponds**
230:20
**Cosmetic** 97:14
**cost** 91:22 92:7
92:22
**Council** 72:5,6,9
73:2,4,23
88:11 177:15
**counsel** 2:1 5:2
241:15,17
**counter** 179:14
**counterparts**
225:17
**countries** 29:25
**country** 58:19
**COUNTY** 240:4
241:4
**couple** 32:14

85:14 136:7
222:14,19
**course** 36:17
61:11 82:18
85:13 119:11
175:11 223:4
235:3
**courses** 17:1,2,4
17:17
**court** 1:1 4:20
4:22,22,24
**cover** 6:13,17
73:11
**covered** 6:7 19:7
37:23 56:16
74:16 90:12
103:21,22
150:6,13 183:1
214:13 215:3
226:1,22
**covers** 73:10,11
225:14
**cows** 133:20
134:6
**crank** 52:9,11
**create** 28:10
59:25 65:23
74:4 84:20
191:4
**created** 30:3
51:8 80:15
88:12 148:25
163:4 171:15
**credentials** 26:1
164:15,17,21
165:9
**criteria** 34:14
136:5,5
**critical** 45:12
56:4,6 63:11
79:14 182:10
**criticism** 142:1
146:9 181:10
191:4,8 210:11

210:20 215:3
**criticisms**
109:23 214:11
215:8,12 230:8
230:10,15,16
230:24
**criticize** 63:16
221:7
**criticized** 45:7
45:10 177:6
**criticizing** 63:18
65:1
**CropLife** 35:9
35:10,10 36:8
**crops** 29:23
**cross-references**
149:18
**Cruces** 121:16
121:23 123:12
127:4
**cry** 77:15
**CSP** 17:2 24:17
26:6 164:6,11
164:13,22
**current** 21:6
80:22 222:22
222:24
**customer** 95:8
140:23
**customers** 8:7
88:21,25
**cut** 178:18
**Cypress** 1:16

_____
**D**

**D** 131:22
**dangerous** 57:11
**dangers** 180:13
**Daniel** 118:17
120:8,14
123:14,20
146:17
**dare** 235:4
**data** 80:12,13,13

80:15 81:3
156:18 199:21
230:9
**date** 1:14 4:15
31:11 115:12
230:23 231:24
241:20
**dated** 4:4 230:14
241:20
**dates** 33:14
**day** 12:9 14:17
17:11,14,15
47:5 65:5 80:4
80:21 103:24
106:21 117:18
175:7 193:16
215:19 240:13
241:20 242:19
**days** 52:8 55:2
103:10
**deal** 67:8 142:16
227:5 239:1
**dealing** 8:23
161:24
**dealt** 67:9
**death** 53:8
**deaths** 52:4,4,13
**debate** 61:13
154:4,5,14
200:7,9,13
**debated** 172:10
**decide** 204:2,3
**decided** 76:13
102:22,22
**decision** 137:2
155:22 174:16
**decisions** 212:11
**DECLARATI...**
242:8
**declare** 242:10
**declares** 29:19
**defendant** 1:7
1:10 2:15 4:18
**Defendant's**
3:12

**defendants** 5:5,7
**deficiency** 148:1
170:7
**define** 7:12
41:15,17 42:19
44:21 221:6
227:19
**defined** 67:4
84:8 98:13
112:8 143:16
149:2 166:3,22
174:4 220:25
227:25 236:4
**defines** 238:5
**defining** 8:8
165:15 168:3
219:15
**definitely** 73:6
**definition** 7:14
9:8 42:12,17
44:12,12,19
52:22 86:19
87:5 98:14
116:20 122:9
137:7 156:25
165:23 166:19
167:2,19
171:13,14
219:19,25
220:3
**definitions**
99:23 105:20
105:21,24,25
222:7
**degree** 87:3
**degrees** 235:12
**delivered** 118:3
**Democracy**
134:20,21
136:19 137:11
**demonstrated**
222:25
**demonstrating**
77:4

Stephen E. Petty, P.E., C.I.H., C.S.P.
July 11, 2019

**Department**
12:8 53:11,12
54:19
**dependent** 79:6
79:8,9
**depends** 24:25
62:11 236:2
**depo** 228:18
**deposition** 1:9
3:14 4:15,24
29:14 30:13,14
30:20 33:10
34:7 58:23
65:12 104:10
104:12,14
113:1 117:7
119:19 122:23
131:2,9 151:1
168:20 182:22
225:16 227:18
227:24 239:9
239:12 241:8
242:1,11,15
**dermal** 5:24
61:15 63:8,8,8
63:11,18
172:17 215:18
216:1,2 217:12
219:2,18
220:12 221:25
223:2 235:16
**described** 223:6
223:17
**description**
143:4 230:23
**descriptive**
197:4
**descriptor**
154:13
**design** 151:24
**designed** 118:5
168:8 236:20
237:4
**Despite** 133:18

134:3
**detail** 95:23
142:13,15
238:24
**detailed** 22:17
**determine** 17:20
33:1 39:16
87:17 165:13
**determined** 33:2
116:23
**Detox** 134:21
136:19 137:11
**detracting**
196:22
**develop** 12:19
**developed** 13:2
13:3 53:21
85:17 88:12
**developing**
12:12 29:25
60:11
**development**
14:14 61:8
100:9 101:5
**device** 112:11
136:11 139:11
166:6 195:4,10
195:21,22
196:8
**diagnosis** 47:9
**diagrams** 233:25
**differ** 152:25
167:24 168:5
**difference** 49:11
52:20 122:1
142:5 147:19
209:6,6 214:14
**differences**
70:22
**different** 16:15
18:5 22:18
25:5 32:1
38:19,20 41:15
45:24 51:19

57:8 84:19
101:19 103:11
105:4 133:2
142:24 143:2
149:2 155:9
173:8 175:13
185:18 187:15
187:16 188:1,5
189:10 193:25
206:21,23
223:3 226:12
226:15 230:5
**differential** 47:8
**differently**
41:16 157:6
164:5
**differs** 153:2
**difficult** 207:16
**difficulty** 24:8
112:14 123:24
124:2 216:5
**dimension** 73:7
**dimensions**
172:15 175:5
**direct** 3:4 5:19
96:19
**directed** 140:6
**direction** 234:3
**Directions**
231:14
**directly** 6:4
40:11 57:2
67:25 179:19
**director** 80:18
**directors** 74:22
75:10
**directs** 91:9,18
**disagree** 95:20
96:2 155:18
162:5,9 167:11
204:10 214:3
216:14
**disagreed**
199:25

**disagreement**
71:3 200:17
**disagrees** 210:25
**disc** 65:7,11
130:20 131:1
182:17,21
239:10
**disclaimer**
196:18,21
224:17
**disclaimers**
196:18
**discomfort**
220:10,13,23
**discoveries**
49:18
**discrepancies**
32:15
**discrepancy**
107:9
**discuss** 27:10
59:16 117:10
**discussed** 159:5
159:18,20,24
186:8,22
188:23 189:13
222:4
**discussing** 65:15
114:3 144:6
157:11 160:20
168:17 183:4
191:10
**discussion** 32:21
44:9 91:9
94:25 114:5
153:19 166:12
171:10 186:1
225:11
**disease** 53:8
72:17
**disposal** 89:3
**disruption**
143:14,15
144:14 145:1

**dissolved** 78:15
**distinction**
49:10,12
146:18
**distribute**
120:22 152:3
**distribution**
36:25 38:22
56:18 59:10
**distributor**
120:20 234:18
**distributors**
88:22 89:1
118:3
**district** 120:18
121:16,24
123:12 124:1
127:4 202:10
**DL** 240:25
**document** 6:10
7:10 31:13
32:1 33:18
35:22,22 36:1
36:2,21,23,24
38:19,21 58:20
59:3,11,18,20
65:17 74:18
85:17 86:6
88:5 105:4,7
122:15,16,19
122:24 123:2,9
124:17,19
126:10 135:1
137:23 138:1,2
139:20 143:24
144:5,20,22
146:15,16,16
148:25 149:19
150:19 151:3,8
151:9 153:10
153:12,22,23
153:24 158:11
160:18,19
161:5,7,11,11

Stephen E. Petty, P.E., C.I.H., C.S.P.
July 11, 2019

162:24 163:4
165:20 166:10
170:1,8 171:7
176:23 180:16
182:12 183:8,8
184:5,24 185:1
185:6,13
187:11,23,24
188:13,14
189:11,15,21
190:8 191:9,16
197:11,24
198:10,11,14
199:6,18
200:14 201:5,7
201:9,16,17,24
201:25 202:19
205:2,5,15,22
208:2 209:11
209:13 210:3,5
214:10 219:6,8
222:5,6 223:22
**documentation**
118:2,5,7,10
**documents**
38:24 59:4,12
59:25 65:15,22
72:1,5 74:3,8
74:12 83:3,5
103:23 104:1
107:2,6 118:24
119:1,15 120:2
120:8 123:11
134:14 135:22
135:23 141:2,4
141:10,10
146:1 150:2,7
151:2 169:19
183:17 229:5,6
**doing** 23:10,10
24:14 48:23
63:18 64:13
69:13 72:7
76:7 93:15

99:1 100:8
101:4 119:17
130:13 132:22
134:1 145:23
147:16 175:8
178:8 208:21
223:19 226:19
233:10
**dominant** 49:14
**dot** 29:9,9,9
**double** 176:19
183:2
**doubt** 115:7
117:9
**Dow** 18:7 50:18
**downloaded**
105:18
**downloads**
104:3
**dozen** 16:7
**dozens** 20:22
175:12 203:18
204:13
**Dr** 4:5
**draw** 90:17
105:13 140:1
151:13,13
177:25 193:10
203:17
**drawn** 96:21
**draws** 208:11
**drift** 233:17
**Drinker** 12:10
20:25 53:12
**drive** 2:5 237:21
**dropped** 32:13
**Drug** 97:14
**DTL** 4:3
**due** 134:12
**duly** 240:10
**dung** 23:2
**DuPont** 15:21
50:18
**dust** 82:18

**dying** 52:7,7

**E**
**E** 1:9 3:3 4:15
5:16 152:1
240:9 241:9
242:24
**e-mail** 122:21
124:6 163:13
**e-mails** 4:3,8
59:13,22
**earlier** 35:22
51:2 56:4
74:15 77:7
101:25 103:14
114:15,16
126:1 129:4
137:10 144:11
149:2 150:13
156:13 171:3
173:4 187:11
198:18 218:2
224:7 225:11
**early** 11:9 12:3
12:17 53:8
55:2,9 60:8
62:12 64:5
76:9 116:1
148:16
**earn** 8:22 161:24
**easier** 214:11
**East** 2:5
**easy** 58:1 149:5
150:21
**economic** 92:10
93:1,12
**economics** 92:7
93:14,15
**Ed** 77:11
**edema** 216:13
220:24
**educate** 157:8
179:12 181:4
**educated** 232:15

**educating** 55:15
179:8,13,14
180:24
**education** 55:14
55:17 89:7
179:10 180:23
181:2 182:9
**educational**
180:9
**effect** 51:21
195:14,19
196:22 215:18
216:10 217:10
217:13 219:1
**effective** 194:24
**effectiveness**
136:9 139:10
194:9,23
**effects** 64:8,8
89:8 91:11,20
198:20 217:16
220:19
**efficiency** 191:4
**efficient** 191:22
**effort** 105:18
163:2 179:12
187:21
**efforts** 7:18,22
164:25
**eight** 17:15
233:7 235:20
**eight-hour** 82:4
**either** 6:24,25
9:11,12 12:15
23:23 34:13
58:19 68:9
86:7 94:17
105:8 113:9,20
172:12 204:7
233:4 235:7
**elaborated** 16:3
**element** 136:13
184:14 223:8
224:18

**elements** 41:3,3
41:6,7 46:2
171:3 216:18
223:5,14,16
224:4,5,15
**elevated** 22:2
**eligibility** 137:2
**eliminate** 155:1
212:10 226:13
**else's** 207:2
**Emery** 2:17
**Emissions**
143:10
**employee** 241:15
241:16
**employees** 72:10
85:21 86:4
**employer** 234:15
234:17
**employers** 72:10
72:16
**enabling** 90:18
102:19 148:25
**enacted** 102:8
**ended** 184:21
**energy** 49:14
78:24
**engineer** 23:8
70:23 164:7
**engineering** 50:3
**ensure** 23:12
29:19 164:25
**ensuring** 8:3
23:4 79:9
**entire** 19:7
20:14 63:17
99:9 105:18
212:22,23
213:25 219:5
235:1 242:11
**entirely** 104:16
161:4
**entirety** 126:19
**entities** 47:12

Stephen E. Petty, P.E., C.I.H., C.S.P.
July 11, 2019

75:8 199:22
**entitled** 27:20
124:19 126:10
127:2 153:24
**entity** 9:13,14
78:21,22 84:3
84:5
**entries** 76:21
**entry** 179:6
**enumerated**
46:7 110:20
111:4 113:20
116:25 117:17
**environment**
29:23 42:11
83:21 89:20
91:12,20
**environmental**
89:8,23 154:3
220:8
**environmental...**
42:6 45:15
**enzyme** 190:10
190:10 191:13
193:1 195:8,15
197:25
**enzyme's** 124:23
**enzymes** 198:4
**EPA** 14:13
72:11 73:11,17
73:21 77:23
91:6,9,18
92:21 93:6,11
97:11,15,21
98:4,6,7
107:24 108:8
112:3 119:11
125:3,7,13
126:6,14,18
127:23 135:2
135:15,23
136:4 137:2,12
148:18 156:11
206:19 216:4

237:11 238:5
**EPA's** 108:6
134:13
**epidemiology**
22:10,13,18
51:20 52:3,15
**equally** 68:14
109:11
**equation** 148:23
153:5 196:14
201:2
**equipment** 92:8
175:13
**equivalent** 82:4
82:25
**era** 115:5
**err** 52:24
**ERRATA** 242:1
242:15
**erring** 10:4
11:13 41:11
51:17 52:15
85:2 128:6
**especially** 14:10
128:5 221:24
233:9
**Esquire** 2:4,9,16
2:17
**essence** 197:21
**essentially**
223:25
**establish** 97:15
**Esworthy** 90:23
**et** 1:3 4:17 21:4
29:23,24 56:3
89:20 92:8
100:25 141:20
141:24 242:3
**evaluate** 17:19
220:7 237:7
**evaluated** 44:24
45:6 210:21
213:10,11,12
**evaluating** 42:5

**evaporate**
235:13
**evaporation**
235:15
**event** 173:20
**eventually** 78:7
**everybody** 81:22
103:2 128:21
**evidence** 15:16
15:22 70:25
77:16 122:4
198:12 216:11
**evidenced** 6:24
**evolved** 12:18
**evolving** 55:5
**exact** 24:11
115:12 203:2
**exactly** 7:15
25:10 30:15
40:3 50:17
52:17,19 67:3
94:8 107:4,5,6
135:17 149:24
239:5
**exaggerated**
57:3
**Examination**
1:23 3:4 5:19
**example** 12:9
16:6 18:20
50:14 52:2
61:15 76:25
80:5 82:6
92:17,18 94:20
104:1 105:21
110:7,13,18
117:13,14
118:7 119:5
136:9 139:24
139:25 141:3
143:5 154:20
161:13 163:10
171:18 176:24
177:1 199:20

202:4 203:5
211:24 212:20
215:20 228:18
234:6 235:1
**examples** 7:9,13
9:8 20:6 35:21
46:23 47:20
50:13 74:7
92:19 95:6
108:18 109:10
110:16 111:2
116:23 117:1
119:24 125:13
140:21 144:9
148:10 152:5,8
183:19 191:15
225:20 226:2,3
226:6,9,18,22
227:16,18,22
228:3,15,20
232:17 233:2
**excellent** 181:15
**exception** 79:20
109:7 110:16
**exceptions** 14:12
153:21
**excerpt** 26:14
68:1
**exclude** 146:5
213:21
**excreted** 134:8
**excuse** 157:19
**executive** 66:20
67:23 68:10,12
68:15,16,19,21
69:6,13 70:7,8
70:10
**executives** 76:12
**exercise** 180:9
231:17
**exhibit** 4:2 6:14
7:25 30:17
33:1,2,4,7,11
36:23 37:4

46:20 48:3
60:25 83:6
86:12 88:2,14
102:4,10,15
103:18 104:5,8
104:11,12,15
104:15,20,24
104:25 105:10
105:11 106:1,6
106:7,7 108:12
108:14,21
109:15,17
110:19 112:7
112:24 117:17
117:20 119:21
119:22 123:10
131:9,22
133:16 137:14
137:25 142:19
176:9 183:3
190:25 191:25
192:7,9,16,18
209:15 225:16
227:17,23,23
228:3,18
232:21
**exhibits** 3:8,12
106:6,19
190:25 192:4
**exist** 14:17 51:3
73:19,20 81:9
81:10 97:21
191:14
**existed** 72:6 75:8
**exited** 130:23
**expanded**
144:10
**expands** 212:19
**expansion** 75:12
75:20
**expected** 70:3
171:23 219:10
219:13 220:25
221:9,16

Stephen E. Petty, P.E., C.I.H., C.S.P.
July 11, 2019

222:22 224:12
**expert** 16:20
  24:21,23 25:11
  25:22 70:24
  155:12 211:1
**expertise** 25:12
  200:19
**Expires** 240:17
**explain** 43:19
  91:23 96:25
  107:15 142:15
  148:9 186:24
  197:10
**explained** 51:2
  215:8,10 222:6
**explanation**
  145:20,23
**explicit** 151:22
  152:9
**explicitly** 135:21
  151:18
**explore** 143:21
  144:12
**exposed** 22:14
**exposure** 6:1
  7:18,22 21:24
  22:7,7,10,17
  47:2 80:7
  81:25 165:1
  188:8 189:5
  215:17 216:12
  217:8,10,13
  222:13,15,15
  223:2,20 234:8
  235:22
**exposure's** 63:11
  216:9
**exposures** 21:2
  22:1 47:11
  51:23 52:24
  53:22,23
  141:23 143:7
  146:19 197:19
  204:8 210:1

217:1,16
  218:25 222:18
**extends** 109:9
**extension** 230:7
**extent** 6:15 62:6
  73:12,13
**extracted** 34:8
  229:21
**extracting** 229:4
**extractions**
  229:2 230:2
**Exxon** 51:3
**ExxonMobil**
  50:24
**eye** 216:2 217:20

_____

**F**

**F** 30:25 31:2
  157:19
**faced** 28:25
**facial** 82:11
**facilities** 21:15
**facility** 42:23
**fact** 6:20 10:1,11
  11:16 12:13
  15:24 22:17
  63:22 69:11,19
  70:14 73:9
  75:25 76:17
  79:24 80:16
  101:25 116:2
  125:24 136:12
  146:5,6 155:14
  162:4 172:17
  187:3 198:4
  203:21 205:9
  208:10 213:20
  214:4,7 221:2
  222:24 224:7
  233:6,21
**factor** 80:9
**factors** 220:8
**facts** 6:10
**factual** 144:24

227:17 229:9
**fail** 123:24
**failed** 116:24
  148:13,13,15
  149:14,16
  150:2
**fails** 138:3 161:7
**failure** 99:11
  148:10 207:6
**failures** 150:4
**fair** 199:20
  201:21 211:24
**fairly** 157:10
**fall** 23:6 136:3
  143:1 183:8
  193:5 208:9
  223:23 233:7
**falling** 52:13
**falls** 172:19
**false** 34:3 135:25
  136:8 139:9,15
  151:25 154:9
  162:11 194:6,8
  194:17,22
  195:2 203:6
  208:6 218:12
  218:22 224:8
**famous** 53:12
**far** 7:10 15:18
  39:12 64:6
  91:13 101:10
  114:9 183:9
  214:22 216:3
**far-right** 74:19
  229:6
**farmers** 29:25
**fast** 133:24,24
**favorable** 212:2
**FDA** 97:19 98:9
**Fe** 123:15
**February** 4:4
**federal** 96:10
  97:14 98:11
  102:1,2,4,16

102:18,24
  103:8,11,22
  104:2,4 105:17
  106:25 107:2,4
  112:9
**feel** 34:25
  181:17
**feet** 233:7
**felt** 113:23
**female** 114:18
**fewer** 227:3
**FFDCA** 96:22
  98:17 100:10
  100:21 101:2,9
  101:15 108:8
**field** 12:12,16
  179:23 220:3
**FIFRA** 12:22
  14:14 49:5
  54:23,25 55:1
  55:4,7,11,24
  91:6,9,9,13,18
  92:21 93:6
  94:19 95:2
  96:9,22 97:11
  98:4,6,7,13,16
  100:9,20 101:1
  101:3,5,9,11
  103:8 108:8
  112:9 148:18
  148:24 149:6
  149:10,11,12
  149:13,16,22
  149:24,25
  150:11,20
  151:19,20
  152:1,18,23
  153:8 159:5,17
  159:18,24
  160:13 166:3
  167:9 216:4
**FIFRA's** 101:8
**figure** 52:18
  109:22,24

116:6 152:12
  189:23,25
  194:18 205:16
  206:18 236:10
**figures** 74:15
**figuring** 17:14
  173:12
**file** 32:13 86:17
**finalized** 102:21
**Finally** 180:22
**financially**
  241:18
**find** 10:11 11:11
  19:16 31:5,20
  35:14 77:11
  101:3 103:13
  105:24 111:1
  133:9 142:15
  145:3,5,5
  172:1 175:19
  199:7 219:12
  226:8 228:12
  230:5,19,22
**finding** 8:12
  146:9
**fine** 45:11 48:5
  66:5 82:24
  87:22 88:20
  96:6 127:1
  149:9,13,14,21
  149:23,25
  152:16 188:12
  188:23 193:20
  206:2 208:19
  208:21 232:2
**fined** 119:11
  126:2
**finger** 158:18
**fingers** 130:17
**finish** 13:16
  26:24 41:25
  42:3 62:23
  72:20,23
  107:11 238:19

Stephen E. Petty, P.E., C.I.H., C.S.P.
July 11, 2019

**finished** 14:4
126:25
**first** 49:1 51:8
59:2 72:14
77:3 80:9
97:10 99:22
100:25 101:3
102:7,8 103:24
105:23 106:21
114:24 117:18
124:17 131:10
140:1 144:1
151:7 154:4
158:1 168:11
168:16 170:2,5
183:1 184:4,13
187:4,18 188:2
189:18 192:10
194:1 202:14
210:20 215:8,9
215:19 219:12
219:15 220:24
223:14,25
226:7 228:18
228:20 230:14
230:19,20
231:1 233:18
234:16
**first-hand** 23:13
**fit** 84:22 85:1
147:23
**fit-test** 23:18
**fit-tested** 22:25
23:4,16
**fits** 214:10
**five** 216:2
**fix** 211:13
**flag** 203:17
**fleshed** 44:4
**flip** 105:8,14
161:17 231:23
**Florida** 1:17
2:19 5:1 234:6
240:3,7,8,16

241:3,6
**flow** 122:7
**focus** 8:13 23:23
63:8 66:3
100:23 200:16
**focused** 12:21
37:10 75:24
**folks** 12:11
54:25 61:13
72:7 154:19
155:8 217:5
**follow** 16:2 39:6
45:12 96:24
99:12 127:7
176:18
**followed** 72:3
**following** 39:10
64:22 71:9
94:17 95:11
100:5,19 129:9
163:23
**follows** 5:18 8:9
185:20,23
**food** 57:13 58:3
97:14 134:20
136:19 137:11
**Ford** 118:20
**Ford's** 122:23
**foregoing**
241:10
**forensics** 23:8
**forget** 183:10
203:2
**form** 9:4 23:25
25:14,24 28:16
29:6,10 30:5
39:21 45:9
46:22 51:10
58:25 67:10
77:23 84:10
126:22 127:5,8
128:15 129:21
132:20 135:18
137:4,17

138:23 163:17
205:10 211:11
237:13
**formal** 24:2,16
24:19
**formulate** 65:15
92:16
**formulated**
205:12 208:23
**formulation**
64:6,7 206:15
**Fort** 1:17 5:1
**forth** 43:9
102:21 176:8
**forthright** 177:2
177:13
**fortunately** 61:4
**forward** 6:3
60:6 80:10
102:2 109:10
186:8 187:21
207:20
**foster** 89:2
**found** 24:20
32:14 124:23
124:25 133:11
133:19 134:5
134:11 190:11
191:13 193:1
194:4 195:16
198:1
**foundation**
76:17
**four** 214:19
219:5 223:15
**four-hour**
234:25
**fourth** 142:17
183:3 231:14
**FPR** 1:24 240:16
241:25
**Franker** 19:12
**frankly** 87:20
**free** 9:4

**freedom** 8:21
**freely** 8:23
161:25
**Frequently**
153:24 160:18
161:6 165:21
166:11 184:3,5
184:11 185:16
185:17,25
187:23 188:19
**front** 91:5 96:8
99:6,18 161:13
161:15 209:11
209:13 225:21
226:9 229:10
229:25
**fryers** 143:10
**frying** 143:11
**full** 17:14 51:20
77:3 174:7
212:16
**full-well** 81:4
**fully** 37:12 46:12
52:21 68:6,7
69:3 92:1
172:16,23
173:5,10 174:4
175:7 186:8
**functions** 168:9
**fungicides** 49:4
**FURTHER**
241:14
**future** 221:17
**FYI** 36:23

─────────
**G**
─────────
**G** 156:6 157:18
157:19
**gas** 23:9 69:16
69:18
**gather** 123:16
**general** 6:16,20
6:22 10:18
15:4,15 19:23

19:25 20:1,2,6
41:13,16 42:8
42:21 44:4,6
47:5 49:23
78:25 85:6
117:22 135:25
136:3,7 139:1
139:7,15
140:11 143:4
147:11 148:4
158:4,6 172:23
204:16 224:25
**generally** 10:1
125:17,22
127:24 132:11
132:18
**generated** 163:9
**generically**
48:16
**Germany** 80:24
**getting** 12:14,14
13:8 17:2 22:8
35:24 39:9
77:25 152:6
180:1 216:12
**GG** 240:17
**give** 7:13 13:21
26:25 27:4,21
27:21 28:12
44:22 80:4
82:6 98:14
110:18 120:24
121:8,9 122:5
139:25 143:5
154:8 155:21
155:22 175:2
186:23 187:1
188:9 195:11
199:20 203:6
204:2 208:6
211:15,16
212:1,9 218:12
218:22 224:8
228:15 231:5

Stephen E. Petty, P.E., C.I.H., C.S.P.
July 11, 2019

Page 256

232:17,19
233:2 234:1,3
**given** 8:10 26:14
56:12 177:16
183:19 191:15
204:3
**gives** 27:2 55:10
149:18 203:22
233:22
**giving** 99:16
148:10 152:8,8
175:8
**glyphosate**
61:12,20 64:9
124:19 125:2
126:10 127:3
131:10,16
132:14 133:19
134:4,5,8,11
134:15 135:1
137:13,15
138:1,3 141:19
142:25 147:4
147:14 152:14
153:11,25
154:3 160:19
161:6 165:22
166:11 169:14
170:7 172:18
177:7 183:4,7
183:22 184:9
185:14,20
189:8,19 190:9
191:12,13
197:11 198:12
198:24 199:8
199:15,23
200:8 205:12
206:12 207:1,2
207:3 208:13
208:24 209:7
211:7 212:20
212:25 213:10
213:24 214:15

215:16,23
218:21 224:1
**glyphosate-co...**
62:8
**go** 6:15 10:1
11:8,8,17 12:2
13:20 25:25
30:14 31:15
32:17 34:13
35:6 40:15
46:15,20,23
47:18 50:17
64:3 66:25
69:13 72:20
73:10 74:17
76:18 80:21,23
80:23,24,24
83:24 84:1,1
85:1,10 86:7,7
91:4,16 96:16
98:10 99:4,17
102:7 103:15
103:20 105:9
105:18 109:5
109:22 114:9
117:13 118:12
118:24 130:7,7
137:24 139:16
140:8 141:13
144:15 145:25
146:12 149:12
149:24 153:10
165:23 167:14
167:17,20,20
169:25 170:25
171:10 176:8
176:21 183:5
185:21,23
187:5 188:22
189:7 193:7
197:3 202:5,10
205:2 206:6
207:6,20,25
210:12 212:17

214:17 215:6
219:20 220:5
225:9 226:19
230:17 231:10
236:16 237:14
237:20 239:4,6
**goal** 15:13 51:23
54:23 81:1
89:18 101:21
**goes** 39:12 51:12
52:2 55:22
75:7 85:9
93:13 118:24
173:10 180:18
181:3 188:20
218:11 219:11
219:17
**goggles** 221:11
**going** 4:8 7:15
8:25 10:14
19:13 24:11
27:23 28:18,18
29:2,3 30:11
32:19 33:1,19
33:24 34:20
35:8 36:15
38:13 39:6
40:1,5,23
41:16 43:6,7,8
43:19 57:16
62:18 65:8
76:7 81:3
82:12,16,18
83:9 86:9,22
91:4,23 96:9
96:10 107:18
107:19 117:3,6
119:8 120:22
120:23,24
121:1 122:11
123:17,20,21
123:21,23,25
124:4,4,9,14
130:1,7,16,21

133:24 134:24
138:10 140:24
144:22 148:21
150:17,19
153:13,23
154:15 158:15
160:6 161:11
161:14,22
164:4,21
167:18 171:2
172:5,7 174:5
175:24 176:7
176:11,13,17
176:24 177:19
182:9,18
186:25 188:14
189:10 203:24
211:13,19
214:24 218:25
220:23 226:5,8
226:8 230:19
231:11 232:22
233:5,8 234:13
234:22 235:18
235:19,21
236:17 238:19
239:11
**good** 5:21,22
50:14 68:25
82:12 104:24
129:12 131:5,6
180:3 191:23
197:3
**goods** 21:4
**Goodyear** 16:11
21:9,11,15,19
**gotten** 12:4
37:25 214:22
**governed** 28:25
**government**
12:4 29:15
34:4 47:12
77:20,25 78:24
80:13

**governmental**
7:2 9:13 10:3
11:25,25 12:1
47:1,12 78:22
79:20 80:7
82:2
**Grant** 26:17,19
28:22
**graph** 208:19
**graphic** 112:10
151:24 166:5
205:9
**great** 7:16 32:25
117:3
**greater** 142:6,7
208:15,17,18
**greatest** 52:2
**Greenwald** 2:9
5:11,11 130:23
**gremlins** 32:12
**group** 4:7 23:23
120:8 128:17
**groups** 22:22
24:6
**guess** 26:9,13
34:17 39:16,25
71:12,19 89:13
92:20 95:14
99:13 110:7,14
113:5,25 114:7
114:8 138:25
158:20 159:19
173:8 196:2
225:17 231:24
**guidance** 9:16
60:9
**guide** 10:25
**guinea** 173:12
**Gulf** 49:18
**gut** 124:25
**guts** 192:2
**guy** 155:10
**guys** 97:24 157:5

Stephen E. Petty, P.E., C.I.H., C.S.P.
July 11, 2019

**H**

**Hadden** 56:3
  232:19,20
**hair** 82:11
**half** 62:18 65:5
  103:24 206:17
  206:19,19
**Hamilton** 11:9
  19:8 20:3 53:9
  114:9,13,16,17
  114:18,23
  115:4
**hand** 32:8
  206:11
**handler** 76:14
**handling** 60:12
  61:7 68:8 75:3
  76:10
**hang** 230:17,17
**happen** 174:14
  175:22
**happened** 12:7
  44:14,15
  115:13
**happens** 102:17
  103:17 109:13
**happy** 88:5
  188:21
**hard** 181:11,12
  219:14
**harm** 89:19
**harmless** 140:4
  140:14
**harmonization**
  81:17
**harmonized**
  81:21
**harmonizing**
  81:18
**hat** 220:15
**hate** 109:21
**hazard** 57:7
  81:14 89:4
  147:15 177:16

**hazardous** 68:8
**hazards** 12:22
  14:8,9 51:15
  51:23,25 52:21
  53:4 54:2,5
  70:3 74:9 81:2
  171:23 174:8
  180:5,11
  182:10 189:4,5
  212:15
**HazCom** 14:19
  156:6,8 157:13
  157:13
**he'll** 35:2
**head** 58:21
  117:21 168:13
**heading** 125:15
**health** 8:4 9:15
  9:21 10:4,12
  10:22 11:2,13
  11:14,16 12:2
  12:7,8 13:2
  21:1 23:5,12
  41:11 51:12,17
  52:16,24 53:10
  53:10,11 61:21
  64:8 70:24
  72:7 79:8,10
  83:19,21,23
  84:2,14,15
  85:3,8 89:7,19
  89:23 97:3
  114:10,20
  128:7,10,13,20
  141:21 147:13
  154:3 155:11
  159:8,12
  162:18,24
  163:16 164:24
  165:6 167:4,6
  168:10 177:7
  178:9 179:21
  181:14,16
  189:2 197:18

198:6,20
200:20,24
203:11,14,23
204:6 209:25
211:1 212:4,7
219:16,18,21
220:9,14 221:3
221:23 222:12
222:17 223:18
**health-effects**
  172:21
**healthy** 15:7,15
**hear** 34:17 88:5
**heard** 81:16
  114:25 218:2
  220:6 233:23
**heart** 181:3
**Helen** 118:17
  120:9,19
  123:11
**help** 29:24 31:8
  35:16 55:17
  105:13 116:15
  118:21 158:15
  179:11 180:12
  181:2
**helped** 53:13
**helpful** 13:23
  14:1 102:19
  105:20 191:8
**helping** 197:6
**herbicide** 215:14
  215:15 218:21
  220:18 221:3
  231:6
**herbicides** 62:8
  115:5,10,21
**hereof** 242:15
**hesitating**
  111:22 144:21
  150:8
**hey** 121:16
  192:19
**hierarchy** 24:8

**high** 143:10
  215:17 216:9
  217:1,8,9,12
  217:16 218:25
  222:18
**high-temperat...**
  143:11
**higher** 64:8,8
**highest** 235:11
**highlight** 66:7
  86:11 87:13,21
  100:14
**highlighted** 8:17
  36:15 40:13
  54:21 57:21,22
  66:4,8 67:20
  75:11 86:9,15
  86:23 88:16
  89:14,15,17,22
  91:17 95:14
  96:4 171:3
  189:19
**highlighting**
  87:9 90:1
  95:19
**highly** 117:9
  232:14
**Hill** 2:5,6
**hired** 175:1
**historical** 76:8
  78:13
**history** 13:21
  14:2,22 15:9
  19:3,22 20:2,6
  20:21 56:12
  63:6 67:1,5,19
  70:19 76:25
  78:6 90:24
  91:13 96:11
  100:9,16,20
  101:1,2,11,15
  101:23 102:20
  103:8 105:19
  107:14 114:4

173:13
**hit** 158:23
**hold** 101:6
  111:16 125:15
  125:15 126:25
  133:23,23,23
  133:23 188:18
  191:1 229:8
**holdover** 12:22
**honest** 96:5
**honored** 75:2
**hope** 14:1 39:9
**host** 80:19
**hour** 62:18
  103:24 130:16
**hours** 17:15
**Hugh** 26:17,19
  28:22
**huh** 116:13
**human** 89:19
  124:25 141:20
  141:21 142:22
  142:23 177:7
  190:11 197:18
  198:1 204:6
  220:19 221:23
  222:21
**humans** 134:9
  140:5,15
  191:14 192:2
  193:2 198:4
  219:17 221:4
  222:22
**Humble** 51:4
**hundreds** 19:13
  20:22
**hurt** 12:14 180:2
**hygiene** 12:12
  12:17 27:17
  51:19,24 52:22
  53:2 79:23
  80:3 128:5,20
  180:7 220:4,15
**hygienist** 52:25

Stephen E. Petty, P.E., C.I.H., C.S.P.
July 11, 2019

Page 258

80:25 82:14
212:14 219:20
221:22,24
**hygienists** 12:10
52:20 80:12
82:3 128:9,13
219:21
**hypothetical**
155:7 187:13
213:21
**hypothetically**
160:5

**I**

**IARC** 141:22
142:3,8,20,21
142:24 143:18
146:23 162:5
181:12 186:1
199:24 211:25
212:21 213:21
214:7,16
**idea** 87:11
102:19 217:25
235:5
**identical** 104:17
106:9,18,22
**Identification**
240:24,25
**identified**
108:12
**identifying**
114:21
**ii** 3:13 185:22
**iii** 1:11 186:4,9
187:3 241:9
**ill** 79:7
**illness** 53:7
**illnesses** 22:14
**illustrate** 146:8
**illustrated** 8:3
191:6 229:25
**illustrating** 8:6
149:3

**imagine** 236:9
**impact** 92:3,5
93:12,13 204:5
204:10 209:25
**impacts** 42:11
42:22 195:15
196:13 198:5
222:12
**impaired** 220:9
220:14
**implication** 57:2
140:24 159:9
163:3
**implications**
79:25 162:1
198:3 203:13
203:13
**implicit** 121:3,5
121:20 140:20
162:7
**implied** 224:18
**implies** 177:20
217:7
**implying** 129:4
136:13 140:23
140:25 147:14
154:17,17
159:9 194:4
208:11,12
**importance** 61:6
**important** 55:14
68:22 77:17
141:22 172:12
177:8 180:24
**importantly**
77:25
**imposed** 26:9,13
**impossible**
233:19 234:24
234:25
**impression**
28:12 154:9
186:24 203:6
208:7 218:12

218:17,19,23
224:9
**improper**
153:25
**improve** 29:22
29:23 60:10
**inaccurate** 181:8
190:12 198:2
217:22
**inadequate** 63:5
**include** 45:3
49:4 50:24
67:12 112:19
146:2 155:17
158:1 199:24
212:21 214:7
**included** 5:25
44:6,8 50:6,20
112:3 115:15
118:23 144:24
145:19,22
211:22 227:17
227:23 228:3
231:15 238:14
**includes** 107:21
165:12 167:4
214:16
**including** 39:14
70:15 79:3
133:21 134:6
135:23 140:3
141:24 156:24
**inclusive** 212:19
213:5
**inconsistent**
93:20 94:5,12
94:23 95:1
119:3,15
**incorporating**
4:9
**incorrect** 135:3
192:25
**increase** 222:13
**increasing**

222:15
**incumbent**
157:23
**Indecipherable**
104:21
**indented** 142:18
**independent**
24:5 62:4,10
**independently**
236:21
**INDEX** 3:1,8
**indicate** 39:5
51:12 157:22
**indicated** 36:22
70:15 111:7,9
189:18 242:14
**indicates** 11:17
123:10
**indicating** 215:2
**indication** 124:2
**indications**
51:22
**Indirectly**
166:14
**individual** 20:25
24:6 94:16
180:4 185:19
188:9 217:24
**individually**
6:17 228:10
**individuals**
122:6 204:6
218:14
**industrial** 12:9
12:12,16 27:17
51:19,24 52:20
52:22,25 53:2
79:23 80:3,12
80:25 81:11
82:2,14 128:5
128:9,12,20
180:7 212:13
219:19,21
220:4,15

221:21,24
**industries** 19:9
19:10 21:3
92:20 174:22
199:13
**industry** 7:1
8:20 9:12,13
10:2,13,24,25
11:3,5,7,24
12:11,19 19:1
19:5,7,7,18,19
19:20,20,23,24
19:25 20:1,4,8
20:11,15 21:3
23:8,9,10
39:24 40:1,5
47:1,11,17,24
48:9,25 49:2,3
49:24,24,25
50:7,8,10,24
51:7,8,11
53:13,15,16
55:1,10 56:13
56:15 58:13,24
59:5 60:3,22
61:5,22 65:16
65:23 69:1,5,9
69:10,16,18
72:2 73:18
74:4,7 75:1,12
75:20 76:4,4
77:15 78:9,15
78:20,21,25
79:7,9,14,18
79:19,25 82:1
82:16 83:4,25
84:1,2,3,4,5,6
84:8,18,19,24
84:25 85:18,20
85:22 88:3,9
90:3,6,13
108:23 109:11
110:5 113:10
113:20 114:3,6

115:15 127:18
153:15 160:15
160:20 169:17
169:20,25
170:1,6,8
171:4,13 173:3
173:25 176:21
176:25 178:8
178:17 181:6
185:8 186:25
188:5 189:1
193:5 197:1,12
197:13,13,14
197:22 198:16
202:24 203:8
209:20 222:10
223:7 225:23
226:24 227:25
**industry's** 49:6
49:7 60:10
71:21 74:24
77:24 113:14
203:25
**industrywide**
18:25 19:17,18
**inert** 105:23
173:1
**inevitable** 233:8
**infamous** 114:10
114:19
**Infante** 21:14
**inference** 194:3
**infers** 196:23
**inform** 163:2
**information**
6:23 9:1,14
11:4 12:20
15:18 37:9
53:20 55:19
71:20 72:18
77:13 79:7,10
79:14,17 80:22
89:4 90:4
110:2 118:14

118:20 119:8
119:10 120:23
120:25 121:8,9
122:5,6,7
123:18,22,25
124:1,3,7
135:7 136:4
144:11 155:17
155:23 160:23
167:4,6 177:12
177:17,19
179:13,21
188:7 189:2
193:9 197:17
200:3 203:10
203:22 204:2
208:10 209:12
209:22 212:1,5
212:9 213:1
214:16 216:3,6
223:18 229:3,4
231:15 232:13
232:16 237:3
238:12
**information's**
29:20 222:11
**informed** 51:14
**ingestion** 215:25
**ingredient** 61:11
61:20 105:23
105:23 152:20
152:21 206:15
206:21,21,23
206:24 207:1
208:25 209:1,8
217:3
**ingredients**
63:23 140:3
173:1 231:9
**inhalation** 6:1
215:25 235:16
**inherent** 85:22
**initial** 13:4 53:6
63:3 78:17

210:8
**initially** 12:13
12:21 101:22
139:14 166:17
**initiative** 88:13
**injured** 180:1
**injuries** 89:19
**injury** 72:17
**innocuous**
147:15
**input** 55:1 81:21
**insecticide** 112:9
**insightful** 55:9
**insights** 55:10
**inspectors** 22:25
**instance** 21:2
49:16 63:21
81:24 94:3
111:9 141:14
183:22
**instructed** 95:17
237:1
**instruction**
76:15 94:6,6
94:13,23
**instructions**
93:21 231:18
233:16
**insufficient**
147:21
**insurance** 23:10
**integrity** 40:20
**intend** 6:5
161:13 171:12
176:5 218:13
225:20
**intended** 118:2
168:6 218:3
**intent** 91:12
106:5 120:4
217:24 218:6
**interested** 14:3
241:18
**interesting**

28:23 53:24
54:13 55:12
**interface** 33:24
34:20,21 34:25
**interject** 100:4
106:3
**internal** 35:7
59:12 104:3
134:13 200:17
**international**
35:11 36:5,12
36:24 38:4,5
38:16,21,25
39:7,13,14
56:17 58:2,15
58:18 59:16
80:23 210:22
211:10 213:2,4
213:13
**internationally**
58:17 81:22
**interpret** 45:5
195:5,5 196:9
**interpretation**
29:4 95:25
**interpretations**
163:15
**interpreted** 45:7
156:11
**interrupt** 55:23
64:3 140:9
186:14
**interval** 234:25
**interviewed**
203:15
**interviews**
203:18 204:14
204:21
**intestine** 133:21
**intestines** 134:6
**introduce**
205:17
**introduced**
62:12 174:5,9

**introducing**
62:15
**introduction**
61:4
**introductory**
96:21 98:2
**inverse** 227:2
**invert** 166:23,25
**investigated**
68:5
**investigation**
61:3,9 70:2
174:8
**investigations**
60:23 171:22
**involved** 51:2
54:13 76:24
77:6,25 93:16
114:6 237:11
**involves** 143:13
**Iowa** 233:21
**irrelevant** 145:4
**irritant** 215:22
**irritation** 63:8
215:18 216:1
216:13,22,24
217:12 219:18
220:12,20
**issue** 72:15
84:16 92:4,6
95:7 124:18
152:6 158:22
172:9,11,12,21
190:18 191:18
196:10 199:23
202:18 205:7
206:9,16 219:8
219:15 221:1
223:4 225:8,13
233:15 235:15
235:15,16
**issued** 80:15
101:20 102:5
**issues** 10:7 93:5

Stephen E. Petty, P.E., C.I.H., C.S.P.
July 11, 2019

Page 260

114:20 154:3
168:9,10 232:3
232:4,7,9
239:2
**italicized** 40:15
**item** 77:9 78:5
101:3 131:10
132:13 139:17
169:6 176:19
183:3,16
185:22 186:8,9
186:21 189:7
194:8 224:11
230:14
**items** 6:20 33:17
33:23 100:16
168:11,16
169:11,16
183:1
**iv** 183:16 187:5
189:8

**J**

**January** 4:2
**Jerry** 2:4 5:8
36:21 140:18
181:25
**Jerry's** 13:20
64:20
**Jersey** 2:6
**jet** 143:14
**Jkristal@weit...**
2:7
**job** 20:19 51:15
51:21,22 52:23
52:25 53:7
76:1 78:1
178:9 212:14
220:7 226:19
**joined** 50:22
**joke** 192:21
**July** 1:14 4:16
240:10,11,13
241:20

**jump** 16:11
50:19
**jumped** 37:13
**jumping** 178:25
**June** 39:8,19
54:11 179:1
240:17
**jury** 6:6 161:13
161:15 225:21
226:9
**jury's** 117:3
**justified** 56:25

**K**

**keep** 20:7 41:22
96:17 109:19
170:11,14
172:8 179:4
221:6 224:14
**keeping** 62:19
62:22
**key** 69:25 76:24
95:19 199:22
**keynote** 27:16
**kidney** 133:21
**kidneys** 134:7
**killed** 180:2
**kilogram** 152:13
208:16
**kind** 37:13 65:20
79:24 98:23
102:21 218:10
223:10
**kinds** 69:8
**knew** 52:17 64:7
201:21
**know** 11:22
15:12 18:1
20:17,23 23:3
24:25 25:18
31:3 39:9,11
39:12 42:18
46:11 51:18
52:1,6 53:5

58:21 59:14
63:23,24 64:6
64:10 73:25
74:2 85:14
87:12,14,22
93:10 96:4
98:5 104:14
105:6 106:20
111:23 115:1,9
115:9,12
117:12 118:24
121:2,6,7,12
122:11 136:18
149:15 150:1
150:25 151:4
157:20,20
158:5,13,19
162:21 163:8,8
169:2 173:13
178:3 184:17
184:22 186:5
187:12 188:9
189:6,24
193:20 199:17
200:15,18
201:24 202:2,3
202:7,12,13
204:4 205:16
209:3 215:6
217:20 218:1
219:14,14
220:6,17
221:13,15
235:17 237:22
239:2,4
**knowing** 81:4
204:9
**knowledge**
12:15 29:21
79:6 121:13
**known** 68:6,8
85:16 240:23
**Kristal** 2:4 4:1
4:13 5:8,8

13:16 23:25
25:14,24 27:2
28:16 29:6,10
30:5,25 31:15
31:18,23 32:5
32:8 35:2,13
35:17,19 36:1
39:21 43:1,4,7
43:10 45:9
46:16,22 48:15
51:10 58:25
62:17,21 64:21
67:10 82:22
83:5,8,13
84:10 86:20
101:14 104:6,9
104:12,16
106:3,16,18
107:4 109:14
114:23 115:1
117:6,9 122:14
122:18,21
123:3,6 124:7
124:10 126:22
127:5,8 128:15
128:23 129:3
129:13,21
130:6,15
132:20 135:18
137:4,17 138:9
138:12,23
140:16 145:6
147:22 163:7
163:17,25
168:24 174:21
175:24 176:4,9
178:19,23
185:17 186:16
201:12 205:10
205:22 206:1
211:11,14
226:11,21
227:1,8 228:8
228:24 237:13

237:18,22
238:20,22,25
239:2,5

**L**

**L** 2:9
**L1** 173:17
**lab** 235:11
**label** 12:20
55:17 68:6
93:21 94:4,5,6
94:12,12,14,15
94:23 95:1,10
95:11,18
107:24 108:6
112:12 125:12
126:7,18
127:23 153:1,2
153:3 156:2,9
157:16,25
160:4 163:13
165:24 166:7
166:21 167:1,3
167:9,24 168:4
168:8,10
171:11 179:10
181:1 203:19
204:14 224:17
231:24,25
232:3 236:21
236:25 237:2
238:9,15
**label's** 94:18
**labeled** 141:19
177:6
**labeling** 13:2
14:15 16:6,14
16:17 21:22
53:19 66:22
67:8,8,9,13
72:12 75:14,22
76:1,9,18
77:13,15 78:12
91:8 94:16

Stephen E. Petty, P.E., C.I.H., C.S.P.
July 11, 2019

Page 261

95:7 99:22,25
100:13 101:21
108:2,4 112:8
116:21 136:5
139:2,6 147:25
148:2,18,24
149:1,2,17
150:14 151:18
151:20,23
153:1 156:13
156:24,25
158:2 165:12
165:17,22
166:3,13
167:25 168:2
180:8,20
190:19 196:17
196:23 225:8
238:5
**labelings** 168:4
**labels** 14:21
16:13 18:18
20:12 21:19
53:21 55:16
76:15,18
107:20 112:10
112:15 113:17
113:17,22,22
118:1,4,10
155:16 157:5,7
157:18,19,21
166:4 168:5
170:16 171:5,9
171:13 179:9
179:20 180:25
182:2 191:5,6
191:11 238:11
**labor** 80:18
**laboratory**
134:17
**lack** 21:21
**lag** 143:14
**lags** 53:6
**Lake** 2:5

**lang-** 94:16
**language** 14:20
15:8 36:15
37:15 38:7,13
39:4 40:14
48:4 54:16
72:13 75:4
86:7,14 90:18
90:22 91:5,14
94:15 100:3,7
100:23 101:20
102:5,19 103:4
107:20 111:7
111:10 119:12
133:5 148:24
150:12,20
151:19 152:9
152:18 157:9
159:5 160:1
161:14 162:1
170:20 171:20
177:1 180:22
189:14 198:20
218:6 237:11
237:17
**languages** 65:25
**LAPI** 11:6 12:19
12:23 13:5
54:18 55:11,24
66:1 67:14
75:10 77:12
78:6,7,14,17
179:24
**Las** 121:16,23
123:12 127:4
**late** 49:13 78:14
193:15
**latest** 77:12
181:24
**Lauderdale** 1:17
5:1
**law** 77:22 82:20
93:19 94:17,19
94:22 95:1,10

95:16 117:11
235:17
**laws** 28:25 29:2
90:24 96:11,12
127:1
**lay** 76:17
**leadership** 60:9
**leading** 12:9
**learned** 80:3
197:8
**leather** 21:4
**leave** 39:25
42:22 66:3
174:2 181:16
209:4 213:14
**leaves** 42:15
**leaving** 86:20
**led** 131:19
**left** 5:23 38:11
185:24 198:22
236:18
**legal** 75:2,6
79:22,25 80:2
95:24
**legislation** 102:8
**length** 19:3,22
24:7 109:23
152:12 189:24
207:14
**lens** 165:3
**lesson** 20:7
**let's** 7:5 30:18,23
31:3,5 32:17
48:7,10,24
49:1 91:16
102:6 107:11
109:21 112:22
123:1 129:1
137:22 143:21
144:15 150:1
153:10,22,23
154:15 155:6
157:12 158:11
160:17 162:13

163:21 170:6
176:15,21
183:5 189:7,7
203:25 204:1,2
205:1,20
213:20 214:8
226:7 228:12
229:12 231:1,5
238:18,22
239:6
**letter** 131:8
146:17 207:21
**letters** 69:22
**leukemia** 22:2
**level** 172:13
177:20 187:25
196:23 222:6
**levels** 22:2,7
97:16 153:20
**liability** 75:14
75:23,24
**lies** 187:3
**life** 43:5
**lifetime** 20:19,20
**limit** 82:3
223:20
**limitation**
154:18
**limitations**
148:19
**limited** 29:2
61:19 72:9
75:6
**limiting** 9:20
200:1
**limits** 81:25
**line** 64:23,23
71:10,10 77:9
78:5 121:14
127:7 129:10
129:10 163:24
188:6,9 194:17
214:1 216:17
221:21 233:1

237:19
**lines** 188:5
**linked** 238:17
**links** 215:15
**list** 50:13,14
67:2 105:10
137:25 139:25
140:20 155:15
176:17,17
192:7 199:10
199:12 200:1,6
212:19 229:16
229:16,20
231:2,5,9
236:5,24
**listed** 45:4 117:2
142:24,25
143:7,10,12,23
173:16,16
200:10,13
201:17 230:3
**lists** 50:21 199:6
**literally** 223:1
**literature**
112:13 152:24
166:7,9 167:23
168:3,6,7
190:24 225:1,4
**litigation** 17:18
17:24,25 18:1
18:3 92:2,14
**little** 7:5 12:15
32:25 53:17
88:13,23
114:14 152:15
157:12 170:3
193:25 225:11
**live** 35:10 197:2
**liver** 133:21
134:6
**living** 137:8
**LLP** 2:17
**local** 52:9
**LOCATION**

1:16
**logic** 122:7
**London** 52:4
**long** 17:4 23:19
  27:2 51:13
  81:19 150:11
  172:8 211:14
  220:4 235:18
  237:21
**longer** 162:8
**look** 10:6 14:8
  18:25 19:5
  30:18 31:12
  42:19 49:16
  51:6 56:1
  62:12 63:7
  67:1 72:15
  80:21 81:18
  93:12 106:5
  108:3,16 111:6
  122:14,24
  132:24 142:8
  145:24 146:1
  150:17,22
  152:15 153:22
  162:13,14
  164:3,5 165:8
  174:25 175:3
  181:12 188:22
  195:20 214:8
  215:24,25
  216:1 219:21
  221:18,18
  228:19 229:8
  230:13,16
  231:1 234:23
**looked** 18:9,13
  18:14 19:11,12
  20:3,7,20 34:6
  59:12 95:23,24
  106:25 124:17
  142:14,25
  193:11 198:23
  199:19,23

201:25 207:19
211:7 234:5
**looking** 8:14
  12:13 18:8,18
  18:18 19:9
  21:1,5 22:3
  26:18 31:14
  33:23 42:14,21
  46:4 53:1
  54:16 66:7
  71:2 73:18
  76:22 90:2
  95:12 103:11
  108:15 125:10
  126:14 133:5
  144:17 164:9
  165:3,11,16,21
  177:25 189:15
  192:15 194:14
  196:12 199:16
  211:4 218:10
  219:25 224:15
  231:2
**looks** 27:16
  31:16 32:12
  34:10 74:21
  216:4
**lost** 116:10
**lot** 10:6 12:14
  14:13 20:24
  21:5 44:4
  49:16,16 54:25
  55:1 66:2
  73:16 75:7
  81:7 92:25
  93:16 109:18
  115:8 159:20
  165:5 209:15
  216:6
**Louis** 1:1 4:20
  27:18
**low** 215:16
  216:8 217:2,3
  235:2

**lower** 183:1
**lump** 143:19
**lunch** 130:15
  131:7 135:17
  139:21
**Luxenberg** 2:4
  2:10 5:9

—————————
**M**
**M-i-n-t-e-e-r**
  54:11
**M-S-H-A** 82:22
**Mahoney** 8:12
  26:16 27:16,21
**Maibach** 215:20
  215:21
**main** 221:1,1
**major** 21:15
  49:20,20 86:15
  96:21
**making** 9:2 40:9
  83:13 94:2
  98:3 129:19
  136:12 137:9
  140:19 147:5,6
  174:3 180:9
  229:3
**male** 114:19
**malvarez@m...**
  2:20
**management**
  26:15 36:5
  38:17 39:15
**manner** 15:6
  93:20 94:22
**manual** 53:24
  77:13,14,14,16
  107:25 108:3,6
  125:13 126:7
  126:18,19
  127:23 147:25
  148:3 149:17
  149:17 151:18
  151:20 152:22

173:17
**manuals** 78:17
**manufacture**
  60:12 85:25
**manufacturer**
  157:24 234:18
  235:9
**Manufacturer's**
  53:18
**manufacturers**
  62:9 85:15,16
**manufacturing**
  19:19 115:5
  173:14
**March** 169:14
  176:20 177:5
  183:25
**marked** 3:10,13
  104:24
**markers** 158:14
**market** 61:4
  171:22 173:5,7
  173:7,11,16,21
  173:24 174:1
  174:19
**marketed**
  174:19
**marketing** 24:3
**marketplace**
  70:2
**marks** 65:6
  130:19 182:16
**Marys** 21:10,17
**Masek** 77:11
**mass** 62:15
**Massachusetts**
  12:8 53:11
**match** 207:19,20
**material** 37:24
  112:11 140:22
  166:5 182:10
**materials** 49:21
  105:11 112:25
  113:16 132:24

147:6 175:12
192:8 225:10
226:1
**Matt** 4:23 71:7
  94:8 111:14,17
**matter** 23:3
  120:15 155:14
  163:11 232:16
  242:12
**Matthew** 1:24
  129:7 240:7,16
  241:6,25
**MCA** 11:6 12:19
  19:22 20:8
  49:7 50:9,11
  50:15,20 51:5
  54:12 55:6,8
  55:24 60:5,7
  60:20 65:18
  66:1,13 67:1,4
  67:9,13,19
  68:17 69:2
  70:16,19 71:17
  74:22 76:5,8,9
  76:24 77:6
  78:7,17 85:13
  115:15 174:6
  180:20
**MCA's** 78:14
**McDermott** 2:17
**McKinney** 1:24
  4:23 240:7,16
  241:6,25
**mean** 7:8,13 9:6
  11:7 14:2 19:2
  19:6,13,18
  20:24 22:23
  25:16,25 41:6
  41:16,22 43:1
  43:4,11 44:3
  52:3 50:19
  62:11 65:4
  66:25 69:15
  79:23 81:9

86:18 87:3
93:23 94:13
95:23 100:2
103:20 131:16
145:13 149:17
159:21 164:15
167:13 171:9
172:4 188:9,13
193:13 196:9
196:10 201:25
202:9 214:16
228:3 232:12
233:14 234:23
236:8
**meaning** 112:9
166:4 233:3
**means** 76:14
82:8 91:24,25
92:4 96:5
125:22 132:8
142:6,7 178:11
215:17 216:9
234:12 235:5
**meant** 44:9
48:12 118:11
218:5
**media** 65:7,11
130:20 131:1
182:17,21
239:10
**meet** 6:24 46:25
47:20 109:25
110:5,8,13
146:10,14
150:2 161:7
173:25 174:14
174:18 175:20
176:24 210:13
227:19,24
228:4
**meeting** 76:11
76:11 123:14
123:23
**meets** 108:4

165:14
**MEKs** 80:23
**Melissa** 2:17 5:6
**member** 35:9
36:8 50:11
54:12 60:8
69:9,10,14
70:11,12 71:18
74:1 76:11,12
77:5
**members** 35:10
50:9,15,21
51:5 54:6 60:7
77:1 116:2
**membership**
69:14 70:17
78:8,9 85:20
85:23
**memoranda**
59:21
**memorize**
175:11
**memorized**
116:13
**memos** 59:13
**mention** 144:25
**mentioned** 18:4
20:6 24:24
74:14 108:13
118:10 128:17
224:7
**merely** 231:19
**messed** 39:9
**messing** 35:23
**met** 57:18
108:19 117:18
159:4 169:18
225:22
**method** 76:13
149:23
**methodology**
18:23
**Miami** 2:19
**mice** 134:16

**Michigan** 17:1
**microfiche**
103:10
**microgram**
152:13
**mid-70s** 62:13
**middle** 35:24
38:1 57:23
161:23
**milligram**
208:16
**million** 80:6
**mind** 35:13 50:7
86:9 172:7
**minds** 217:25
218:1,14
**mindset** 55:2
87:17
**mine** 82:17
200:19 232:18
**Mine's** 32:5
**minimization**
164:25
**minimize** 7:18
7:22 51:23,23
52:24 53:7
188:8 189:4
197:19 223:20
**minimizing**
11:14 41:11
47:2,11 222:15
**mining** 82:7,16
82:25
**Minteer** 54:10
170:9 178:25
**Minteer's**
180:20
**minutes** 233:7
235:21
**mis-** 190:5
**misbranded**
151:23 152:3
**misinterpreting**
201:13

**mislead** 57:5
106:10 110:10
190:7 216:6
217:19 218:3
**misleading** 34:3
109:24 110:2,4
111:7 127:20
127:21,22
131:12 133:3
135:6,12 136:1
136:4,8,14
137:14 138:6,7
138:20 139:2,5
139:9,15,22
141:3,4,11
142:4,12
143:20 147:1,4
147:11 148:6
151:25 154:9
154:16,21
155:4,11 157:7
159:3 160:1,3
160:3,8,12,23
161:4 162:16
170:18 181:18
190:6,8 191:5
192:20 193:3,5
193:8,14,24
194:8,18,22
195:2 196:5
197:17 198:1
199:2 200:6,24
201:10 202:20
203:2,6 205:14
208:6 210:24
212:23 213:18
214:6,17,21
216:18,24
218:12,17,22
221:22 222:11
224:2,5,8,17
224:25 225:6
**misleads** 217:24
**misrepresenta...**

143:18
**misrepresented**
177:21
**misrepresenting**
143:3
**misses** 83:9
**missing** 137:9
**mission** 9:10
**Missouri** 1:1
4:20 117:10
**misspoke** 190:3
**misstatement**
135:2
**mistake** 87:20
87:24
**mistaken** 218:4
**mixing** 57:12
231:18 233:16
**modern** 76:19
78:23 92:24
**modifier** 63:3
109:2 183:10
**modify** 227:13
227:14
**moment** 100:19
**momentarily**
219:24
**moms** 121:16
**monetary** 92:22
**money** 92:7
**MONGLY** 4:5
59:18,20
231:20
**Monsanto** 1:6
1:10 2:15 4:18
8:3,6 9:3,11,13
10:5 11:16
15:17 28:2,11
28:23 29:19
30:3 36:3,20
37:8,15 39:6
39:23 40:23
41:17,19 43:22
45:1,4,7 46:25

47:3,9,20
50:18 55:24
56:14 57:17
58:17,23 59:5
59:12 60:7,15
61:12,23 62:5
62:10 63:5,17
64:12,25 65:17
70:13,14 71:17
71:25 72:3
73:25 75:4
76:22,24 77:1
77:5 84:20
108:22 109:3
109:11 113:3,7
113:13,20
116:1,23
117:23 120:12
120:13 121:17
122:20 126:1,8
127:1,12
134:15 142:19
142:20 145:2
145:23 146:10
146:16 148:10
148:15 150:1
153:14 160:15
161:22 163:15
165:4 166:20
167:7 168:22
168:24 169:1
169:18,21,25
170:2,9 175:1
175:1 178:25
181:15 183:10
184:6 185:8
187:14 188:4
188:25 190:1
197:13,21
198:16 201:20
202:24 203:8
206:12 209:19
210:12 214:20
215:2,9 219:4

222:9 223:6,23
225:21 226:24
229:8 242:5
**Monsanto's** 6:25
7:10 8:10,15
26:8 27:10
33:22 37:18
40:9 41:20
42:12,16 44:7
44:13 46:8
47:16 90:8,12
99:11 111:3
113:9 133:18
134:3,7 161:7
161:15 168:23
174:22 193:6
197:1 203:24
209:19 222:9
225:23 228:5
**months** 155:17
156:2,24
157:15 158:9
**moral** 74:24
75:2
**morning** 5:21,22
7:5 48:21
150:13 161:2,9
165:15 171:3
205:23,25
**move** 15:2 31:18
32:11 35:14
60:6 112:23
124:15 133:13
137:23 159:22
170:3 176:15
181:19 183:18
187:21 188:3
**moved** 53:9
96:14,15
**moving** 6:3 74:5
186:8 205:1
**MSDS** 14:18
16:17 111:6
112:16 156:19

156:25 157:16
157:22,24
158:1,7,8
163:12 230:23
231:15,25
232:4,8 236:20
236:24 237:3,4
237:7,12
238:11
**MSDSs** 14:21
16:6,14 18:19
20:23 56:3
72:12 81:17,18
81:24 107:21
111:23 112:19
113:22,23
118:2 155:16
157:8,20,20
228:21 229:2,9
229:16,21,21
230:9,9,11,25
232:9 234:14
235:9 237:17
238:14
**MSHA** 82:7,20
**multiple** 22:18
129:24 130:12
133:20 134:5
142:10 184:6
187:4,8,9,14
190:19 229:21
**muscles** 133:21
134:6
**Myron** 29:13

_____
       **N**
_____
**N** 2:16
**name** 4:21
230:23
**names** 85:14
**narrower** 63:14
**National** 72:4,6
72:8 73:2,3,22
**Nations** 58:4,14

**natural** 6:13
**near** 57:13
**necessarily** 9:25
16:13 44:3
85:4 192:6
216:14,20
217:11,12
218:24
**necessary** 91:10
91:19 144:17
175:2 221:5
223:20
**necessity** 60:24
61:2
**need** 34:24
37:11 40:11
46:11,15,20
47:18 53:16
55:18 75:13,22
75:25 77:19
109:19 110:14
129:15 149:25
168:12 172:11
**needed** 55:17
179:11
**needed.'** 181:2
**needs** 114:21
145:10
**negating** 196:22
**negatively**
213:12
**never** 69:19
125:23 212:6
237:2,2
**new** 2:6,10,11,11
61:3,9 93:11
119:12 125:25
126:5,13,13,17
127:1 158:1
**newsletter**
169:15 176:20
177:5 180:16
182:4
**next-to-the-bo...**

132:7
**Nice** 29:1
**night** 143:12,16
144:14 145:1
145:15
**Nixon** 77:23
**NOES** 19:8
**non-** 84:42
**non-employees**
72:8
**non-governme...**
84:5
**non-misleading**
154:24
**noncarcinogen**
210:21
**nonexistent**
234:11
**noninjurious**
140:4,14
**nonpoisonous**
140:4,14
**nonregulatory**
154:11 199:13
201:2,18
211:23
**nonresponsive**
15:2 204:12
**nontoxic** 140:4
140:15
**Nope** 96:17
170:25 208:1
**North** 1:16 4:25
**Notary** 240:8,16
**note** 3:12 61:10
230:4
**notes** 241:12
**notice** 206:3
**noticed** 38:15
52:5,12
**noticing** 86:11
**November** 27:23
192:8
**NSC** 72:14

Stephen E. Petty, P.E., C.I.H., C.S.P.
July 11, 2019

Page 265

**number** 4:5,18
65:7,11 69:15
69:21 102:5
105:14 106:15
130:20 131:2
169:2,13,14
170:12 176:16
182:17,22
184:9 185:18
203:15 206:13
208:17,18
210:22 213:2
213:12 231:20
239:10
**numbers** 109:18
192:18
**numerous** 113:3
113:6

---
**O**
---
**oath** 3:5 5:14
240:1 242:17
**object** 23:25
25:14 27:3,5
28:16 29:6,10
39:21 45:9
46:16,22 51:10
58:25 67:10
84:10 124:10
126:22 127:5,8
128:15 135:18
137:4,17
138:23 163:17
205:10 237:13
**objection** 25:24
30:5 43:6,10
43:12 129:21
132:20 163:7
163:25 174:21
211:11
**objective** 11:15
11:20
**objectives** 54:14
**obligation** 41:20

54:4 86:3
212:7
**obligations**
60:22 75:6
**observations**
96:21 119:2
**obtaining** 67:18
**obvious** 29:11
94:1 121:10
**obviously** 4:11
72:13 75:7,16
76:23 77:5,21
77:24 87:11,15
94:1,16 109:9
116:23 128:24
204:8 238:19
**occasions** 16:15
16:16 225:16
**occupational**
72:17
**occur** 192:1
233:18
**occurred** 50:5
**odd** 181:17
**offer** 77:16
176:5,14
209:18 218:13
242:16
**offered** 164:21
**offering** 157:4,6
175:24
**Office** 2:5,10
**officials** 12:8
29:15 34:4
**oftentimes** 61:12
**oh** 21:25 30:21
31:1,12 35:16
35:19 48:17
54:17 56:22
57:25 73:6
108:14 116:8
130:17 166:10
169:20 170:13
170:23 171:25

172:3 190:2
207:15 212:17
214:23 218:9
236:16
**Ohio** 21:16,17
**Oil** 51:4
**okay** 7:5,16
10:23 15:2,20
16:20 17:8,17
17:25 18:9,13
18:22 20:1,10
22:16,20 24:14
25:10 26:7
28:1,5,9,20
29:4,12 30:2,9
30:21 31:2,12
33:6,10,14,20
33:25 34:11
35:6 36:19
37:3,11 38:15
40:1,8 41:13
41:23 42:3
43:10,17 44:2
44:6,11 45:17
45:23 46:7,11
47:4 48:22
49:9 50:6 51:7
56:8,11 58:8
59:4,25 60:6
60:19 61:1
62:19 63:13
65:2,6,14,22
66:9,18,23
69:24 71:23
72:19 73:1,15
73:25 74:3
76:6,20 77:8
79:2 82:15,21
83:17 84:6,12
85:12 86:5,13
87:7 88:17,18
89:10,16,25
90:5,10,12,22
90:25 91:3

92:9 93:5,7,13
93:18 95:4,22
96:1,6,13 97:8
98:8 99:2,4,20
100:11,22
101:2,9,12,17
102:15 103:7
104:19 108:11
108:20 109:13
110:12 112:22
113:2,6,16
114:3 115:25
116:4,22
117:11 118:4
118:13 119:13
120:1,7,12,21
121:4 122:1
124:12,21
125:6,11,15,21
127:11,16
128:4 129:6,12
130:14 131:7
132:9,16 133:7
133:12 134:24
135:5 138:7,24
141:2,8 142:2
143:21 145:5
145:19 146:22
147:9 150:7,9
150:24 151:7
151:15,21
153:10,22
155:13,25
158:12 159:11
159:19 160:17
160:25 161:5
161:20,21
162:12,17
163:21 164:14
165:8,16,20
166:2,8,19
167:11,12
168:1,11,14
169:4,8 170:15

170:21 171:19
171:25 172:7
172:13 173:20
173:23 174:13
176:15,16
178:2,16
179:16 180:15
182:7,15
183:12 184:16
186:3 187:17
187:21 188:16
189:7,14,17,22
190:4 191:20
192:7 193:4,20
194:13,16
195:17 196:2
196:16,25
197:20,24
198:7,10 199:3
200:21 201:8
202:8,18 203:7
204:12 205:1
207:9,15 208:8
208:14 209:2,9
210:2,7,16,19
212:17 213:19
213:25 214:8,8
214:23 215:11
218:2,9,19
219:3,9 222:1
222:5 223:12
223:22 224:3
224:10,20
225:14,15
226:10 227:22
228:7,7,17
229:8,23 230:4
230:13,21
231:1,11,18,23
232:2,6,24
235:24 236:12
236:16,19
237:4 238:10
238:13,16

Stephen E. Petty, P.E., C.I.H., C.S.P.
July 11, 2019

Page 266

**old-fashioned**
27:7
**Olender** 2:24
4:21
**omission** 57:2
**once** 14:12 42:22
**oncogenic** 213:9
**one-week** 17:17
**ones** 16:11 25:8
50:18 74:14
106:2,25
192:10 194:15
**open** 9:3 38:6
161:25 162:20
**openly** 8:23
89:22 161:24
**operate** 8:21,23
161:24 236:20
**operated** 9:3
21:16 58:17
**operation** 15:13
**operations** 70:9
89:5
**opinion** 6:5,9,12
7:6 9:4 10:15
16:19 37:5
44:25,25 46:13
46:21,24 47:5
47:7,8 60:14
61:25 62:13
65:16 72:2
83:4 85:9
92:16 99:10
108:24 109:7
116:22 117:1
117:23 121:4
121:12 129:23
130:2,5,6
138:20 146:10
146:24 153:11
154:23 155:9
156:1 157:2
159:3,14
160:11,15,21

169:18 172:14
172:22 173:2
173:23 174:3,6
174:9,11,17
175:2,23,25
176:3,14,25
178:15 179:15
187:8 198:15
206:4 209:23
210:2 213:15
213:16 215:1
216:17 221:2
222:11 226:23
227:2
**opinions** 5:24,25
6:4,7,11,16,19
15:24 46:25
48:25 61:11
88:6 111:2
157:5,6 159:12
163:15 164:20
168:20 176:5
198:17 201:6
201:18,19
209:18 211:23
218:13 222:3
**opportunity**
26:25 27:3,5
187:2
**opposed** 49:22
53:22 172:18
181:9
**opt** 69:14
**order** 17:12,13
147:15 169:22
169:23 223:11
**organization**
36:4 58:4,15
73:23 83:19
84:2,15,24,25
115:23 123:15
136:19 210:25
**organizations**
13:1 72:15

84:19 210:23
211:10 213:4
213:14
**organs** 133:20
134:5,10
**original** 44:11
146:1 147:24
179:6 206:15
**originally** 19:8
202:6,8
**origins** 21:6 55:7
**OSHA** 14:19
18:20 22:24
72:6,9,13
73:10,17,21
80:16,18,20
81:14,25 83:1
93:11 156:6,8
157:13
**outbreak** 52:4
**outdoor** 234:8
**Outline** 85:17
88:3
**outlined** 180:20
**outlining** 30:6
**outside** 17:25
18:1 63:22
64:5
**overall** 6:9,11
28:10,12 44:25
217:15
**overemphasized**
61:8
**overlap** 73:16
**overlay** 13:22
**overlaying** 14:19
**overreaching**
6:12
**overseeing** 67:11
**overview** 76:8

**P**

**P.E** 1:9
**p.m** 1:15 130:22

130:22 182:19
182:19 239:12
**package** 118:14
202:4,6,9,16
**packaging** 74:23
163:13
**page** 3:3 7:24
8:5,11 29:17
31:15,16,22,25
32:2,4,9,13
33:19 34:9
35:13,17 36:9
37:2 38:10,14
39:11,12,18
40:8 41:19
48:2,3 54:9
55:13,13 56:16
56:20 57:24
58:3 60:5,24
64:23 65:20
66:8,15 71:10
74:20 76:22
77:4 85:19
86:8,12 89:1
89:14 90:18,21
91:15 96:19
99:22,23,23
100:20 101:7
101:13 102:3,3
102:4,5,7
103:25 104:13
105:12,14
106:2,5 107:25
109:22 112:7
116:10,10
118:12,23
120:3 125:10
127:2 129:10
131:8,20,24
132:3,5 133:16
134:25 136:1
136:17 139:8
139:25 141:14
142:17,18

143:22,23
144:1,2,6,8,25
144:25 145:7
154:7 158:13
158:15 161:23
163:24 166:1
167:20 169:6,8
170:12 171:1
177:2,10,14
178:6,6 179:2
179:4,6,7,17
180:19 181:22
183:1 184:23
185:21 189:16
190:21 191:2
191:25 192:3
192:16 198:11
203:3,4 206:14
207:13 208:4,9
219:24 224:6
228:17,25
229:13,17
230:16,17,19
232:19,20,21
238:2,3,6
**pages** 8:7 31:8,8
32:5,7 36:14
37:13 85:10
88:14 105:25
107:21 133:13
133:16 151:14
161:18 183:19
190:19 207:14
224:15 230:18
**paid** 134:14
**paint** 21:3
**pair** 102:13
**paper** 54:11,14
55:9 56:3
90:25 99:7,9
136:24 137:13
170:10 179:1
192:14
**paper's** 55:12

Stephen E. Petty, P.E., C.I.H., C.S.P.
July 11, 2019

**papers** 19:13
20:22 24:7,11
24:19,20,24
69:22 192:24
193:1
**paragraph** 8:19
26:20 37:21
93:19 142:18
179:18
**paragraphs** 34:8
**parallel** 14:10
14:16 230:16
**parameters**
216:2
**paraphrase** 15:6
206:16
**paraquat** 207:3
**Pardon** 190:18
**parents** 120:10
120:13
**Park** 1:16
**parsing** 162:1
**part** 16:5 28:4,5
28:6,7 29:18
36:18 41:4,9
44:8,24 45:6
60:5 72:12
74:25 77:10,15
77:17 78:18
84:7 87:20,25
93:15 105:18
106:7 111:23
111:24 112:4
113:22 115:14
120:17 122:22
123:23 145:19
145:22 149:1
152:11 156:12
163:2,12 171:9
171:17,20
184:23 202:4,4
206:1 208:11
**partially** 133:1
216:16

**particles** 233:6,9
233:18 235:17
**particular** 10:24
18:7,10 19:1
19:18 20:3,4,5
33:21 34:15
35:15 36:21
57:6 59:16,22
87:18 88:5
102:20 143:25
145:20 153:12
171:18 176:23
182:12 183:3
187:11,23
189:15,20
190:5,10
191:16 194:20
195:5,8 197:15
198:17 202:3
202:19 204:19
209:11,13
221:2 231:16
237:12
**particularly**
11:5 40:24
90:2 103:6
154:7 222:13
**parties** 241:15
**parties'** 241:16
**parts** 80:5
**pass** 121:10
**passed** 121:6,7
121:20,23
**Paszkiewicz**
4:22,23
**PE** 26:6 164:10
164:12,21
**PELs** 81:25
**penalty** 242:8,10
**pending** 4:19
31:10 167:16
200:18
**penultimate**
132:5,9

**people** 8:21,23
14:23 21:2
22:4,7,13,19
24:4 26:2
41:15 42:11
51:14 63:22
64:13,17 80:17
81:3 91:11,20
120:24 121:14
122:8 161:24
162:20 173:11
180:1 181:16
184:6 187:14
187:15 194:5
194:25 195:7
195:14,16,20
195:22,24
196:14,19
203:15 209:5
211:6 221:11
**percent** 16:13
142:6 234:10
234:11,12
**Perfect** 176:2
**performance**
89:24
**performed**
175:5
**period** 81:6
233:20 235:1
**perjury** 242:8
242:10
**permissible**
81:25
**person** 142:9
152:2 162:19
181:15 200:16
**personal** 43:5
174:23
**personally** 19:11
240:9,23
**perspective**
61:21 78:12
141:23 159:8

159:13
**Pest** 36:5
**pesticide** 14:10
38:17 39:15
58:12 62:9
90:24 91:22
93:20 94:22
95:16,17
112:11 127:25
136:11 139:10
140:2 148:6
151:23 152:3
166:5,13,14
195:9,13,21,22
196:8 225:5
**pesticides** 37:1
38:22 49:5
56:18 57:8
58:9,12 59:10
91:7,10,19
97:2,12 98:12
115:6,11,21
197:15
**petrochemical**
11:5 20:9,10
20:11 49:3,6
49:10,24 50:8
50:23 53:16
60:3 84:8
**petroleum** 49:14
49:15,18,25
50:4,4,7
**petroleum-bas...**
49:22
**pets** 140:5,15
195:25
**Petty** 1:9 3:3 4:4
4:15 5:13,16
5:21 13:6 15:3
33:3 41:23
43:15 62:4,7
65:12 98:20
123:9 130:10
131:2,5 138:15

144:2 158:4
176:8 182:22
182:25 206:3
226:14,18
239:9 240:9
241:9 242:24
**Petty's** 3:13
44:12,19
174:21
**phase** 140:5
**phrase** 210:20
**pick** 33:20 65:3
**picked** 214:20
**pie** 234:3
**piece** 137:22,22
**pigs** 173:12
**pin** 161:12
**pitch** 211:15,16
211:16
**place** 4:24 30:16
56:17 73:9
118:12,22
131:14 150:10
208:2
**placed** 70:2
171:22 174:1
**places** 76:23
80:25
**plaintiffs** 1:4 2:3
4:17 5:10,12
204:15,19
**plan** 23:5,6
85:18
**planning** 30:7,9
**plant** 42:15
194:25 195:4
195:16,19
**plants** 124:24
191:13 194:4
195:8 196:14
196:19
**play** 162:20
**played** 76:24
**please** 5:2 7:24

Stephen E. Petty, P.E., C.I.H., C.S.P.
July 11, 2019

14:6 33:16
71:8 94:8
129:8 134:2
140:18 141:8
**pledge** 29:17,18
37:16,18,19,20
38:14 40:10
**plenty** 137:24
**Pliofilm** 21:5,9,9
21:11,14,18
**plotted** 52:3
**POEA** 220:18
220:20
**point** 14:15
62:18 65:21
66:10,17 69:25
77:22 79:8
87:13 88:4
89:13 91:17
97:11 98:12
104:17 106:22
106:23 107:1,9
114:1 132:5,5
137:9 144:10
145:22 146:3,3
152:10 154:5,5
171:25 189:9
189:20 192:18
193:14 200:11
211:25 226:17
226:21
**pointed** 127:22
140:10
**pointing** 98:5
119:14 160:4
207:18
**points** 90:1 97:6
97:25 103:3
**policy** 10:22
**polling** 23:24
**polls** 22:22
**pollutant** 86:19
87:2,5
**pollutant's** 87:4

**pollution** 86:16
**portion** 8:17,18
36:13,22 45:3
48:11 49:25
53:1 95:2
98:19 134:15
136:4 168:2
186:20 188:21
201:1 234:4
**portions** 6:8
41:8 46:5,5,7
60:18 66:8
101:19 111:9
111:10 113:23
113:25 114:2
**pose** 219:16
221:3 222:17
222:21
**posed** 187:12
**position** 44:22
61:22 69:1
155:11 173:8
181:14 203:23
211:1
**positions** 7:1,2
9:18,19 10:3,6
10:12 12:2
57:16
**positively**
213:11
**possible** 88:7
142:6 147:18
177:23 204:1
**possibly** 142:22
201:14 202:10
**Postemergence**
231:6
**potential** 204:9
209:25 212:15
213:10 222:14
**potentially**
57:11 204:4
**PowerPoint** 4:4
**PPE** 22:10 24:8

94:4,4 111:10
150:5,17 175:7
175:9,14 221:5
221:23,25
223:1,4 233:12
233:14 235:7
236:1,24 237:1
**practice** 128:19
128:22
**practices** 57:11
60:11 73:18
74:8
**pre-1970** 73:18
**preamble**
102:24
**precautionary**
12:20 53:20
77:13 83:20
171:5 179:20
182:2
**precautions**
180:12
**preceding** 94:9
111:20
**precluded** 83:9
**predicate** 213:22
213:23 217:14
**preeminent**
20:25
**prefer** 193:17
**prelude** 15:11
99:16
**prep** 17:2
**preparation**
14:21 17:1
111:1 112:24
226:20
**prepare** 112:25
**prepared** 201:24
202:2,5,6,9,11
202:12
**preparing**
113:16
**present** 2:23

123:25 189:3
219:10,13
220:25 221:9
221:14 222:22
222:24 224:12
233:21
**presentation**
57:1
**presented** 6:23
199:21 209:11
**president** 28:22
**presume** 121:25
122:9 200:23
**presuming** 98:6
122:2
**pretty** 15:3
61:18 70:8
90:16 102:11
134:1 220:11
226:5
**prevent** 24:10
91:10,19
**prevents** 24:14
24:18
**previous** 37:24
197:3
**previously** 5:17
205:6 211:4
**priest** 52:9,10
**priests** 52:8
**primarily** 23:8
148:17
**primary** 79:16
196:10 203:12
212:8,8 232:9
**principle** 83:20
**principles** 88:16
**print** 152:16
205:7
**printed** 112:10
166:5
**prior** 49:13
77:22
**proactive** 53:17

**probability**
235:1
**probable** 142:5
142:21 147:17
177:22
**probably** 16:7
16:10,12 17:12
17:13 23:14
72:14 85:13
142:22 143:15
214:5
**problem** 11:25
76:10 142:1
179:12
**problems** 8:24
19:9 53:7
180:1
**process** 12:18
157:8 180:9,20
**processes** 99:9
**produce** 49:21
115:21
**produced** 58:12
62:9 108:2
240:24,25
**producing** 54:6
58:9
**product** 7:19,23
11:21 15:7,14
15:15 16:24
17:19,23 18:3
18:10,17 19:1
20:4 37:15,18
38:13 40:9
41:1,7,8,14,20
41:24 42:1,8
42:10,12,14,15
42:17,20 44:7
44:9,12,14,19
45:1,3,5,15,19
45:24 46:3,8
57:6 61:3,10
61:14,16,19,22
61:24 62:5,12

Paszkiewicz Court Reporting
(618) 307-9320 / Toll-Free (855) 595-3577

Stephen E. Petty, P.E., C.I.H., C.S.P.
July 11, 2019

63:6,17 68:4,7
70:1,5 87:10
112:3 113:17
118:22 126:3
127:25 136:10
136:10 139:2
139:10 142:20
152:19,21,25
154:17 156:1,9
156:12 157:16
159:9 163:3,5
166:17 167:2
167:23 168:9
171:21 172:15
172:16,22,23
173:4,9,20
174:13,18
175:22 180:5,6
194:9,23 195:3
195:7,13 196:6
196:13 197:23
200:5 203:16
204:7,9 205:13
207:1,2 208:12
208:23 209:7
209:23 215:16
217:2 221:11
222:16 223:21
230:22 231:6
231:16 232:3,8
233:4,8,11,12
233:13,19
236:8,21,25
**product's** 168:8
194:24 195:13
**production**
42:10 61:7
85:22 115:10
**products** 7:23
8:5 18:8,12,14
20:5 41:21
42:5,22 45:14
47:3 50:4 54:5
60:13 61:9

68:23 69:3
71:22 73:4
75:4,13,21
76:14 77:19
78:2 85:22,25
86:2 89:5,8,20
98:14 100:1
142:11 143:1,8
143:9 147:7
172:19 173:15
180:2,11,14
197:15 216:22
223:19 229:20
229:22,25
230:3
**profession** 51:19
128:19 143:6
**professional**
147:14 163:16
164:6,7 240:7
241:6
**professionals**
128:10,14
129:20
**programs** 60:9
237:6
**progress** 89:18
189:6
**project** 61:17
134:21 136:18
136:20 137:12
**projects** 234:7
**promise** 64:20
**promoting** 60:11
**promulgated**
54:22 77:23
**proof** 52:1
**proper** 62:14
**properly** 213:1
**properties** 68:5
68:7 70:3
171:23 174:3,8
**proposal** 68:20
68:23

**proposed** 102:20
**protect** 23:20
54:1,5,24 75:3
77:18 78:1
81:3 82:15,17
86:3 92:1
170:17,18
178:9 180:6,13
188:7 189:4
204:4
**protected** 22:5
221:13
**protecting** 47:2
51:15 52:18
72:16 83:20
85:8,24 204:7
221:8
**protection** 7:3
23:6 75:15,23
75:24 82:7,9
85:21 223:2
236:6
**protective** 57:12
197:18
**protocol** 4:3
**proven** 52:22
**provide** 6:6 15:6
15:14 46:13
60:8 89:3
119:9 120:25
123:17,21
135:6,12
197:16,17,18
**provided** 14:20
36:22 46:14
67:5 99:7
110:17 118:15
166:16 198:19
**provides** 11:21
102:18 152:2,4
152:5 160:22
**providing** 9:14
14:24 15:13,23
37:8 79:10

110:2 111:2
117:19 160:23
181:7 200:2,2
201:1 203:10
209:21 223:18
223:19 230:24
**proving** 53:5
**provision**
139:16 148:5
**provisions** 57:18
94:20 158:2
**public** 8:4,13 9:3
9:15,21 10:4
10:12,22 11:8
11:13,14,16
12:2,7 15:7,15
21:1,23 30:8
30:10 33:24
34:20,21 35:8
37:9 40:24
41:11 51:12,17
52:11,16,18,24
53:4,10,10,11
54:5 55:14,15
55:20 60:10
62:13,15 68:24
70:5 72:16
73:11,11 74:25
79:4,6,11,15
83:22 84:14
85:3,9,21 86:1
86:3 90:4 92:2
110:3,10
114:10,20
116:20 118:22
119:10 120:4
120:16,17
121:16,23
123:12 127:4
128:7,20
160:24 161:3
163:2 164:24
165:1 166:15
178:9 179:8,12

179:15 180:10
180:24 182:10
188:8 200:3
203:10,23
209:22 240:8
240:16
**Public,'** 180:23
**publicly** 24:20
24:24 25:8
161:16
**published** 31:11
33:8 58:5
**pull** 58:20 102:9
103:15 144:19
146:2 151:2
**pulled** 14:13
34:12,18 36:11
36:11 57:22
100:7 102:2,25
103:18 105:21
146:6 174:10
194:7
**pulling** 34:15
97:1 102:6,23
151:18 229:3
**purchaser** 154:9
163:5 218:13
224:9
**purpose** 67:18
87:23 165:9
180:19 181:3
202:11,12
**purposely**
217:18
**purposes** 46:3,4
136:10 162:25
162:25 163:6
195:3 196:6
203:3 212:8
**pursuant** 135:2
139:22
**pushback** 70:25
**put** 28:8 39:8
70:20 71:2

Stephen E. Petty, P.E., C.I.H., C.S.P.
July 11, 2019

74:11 92:18
101:23 110:18
117:16 141:22
144:22 155:20
162:10 173:7
198:23 204:20
234:14,17
**putting** 71:20
76:16 78:13
87:17 208:22

---
**Q**
---

**qualifications**
24:17
**qualified** 201:8
**qualifier** 162:22
**qualifying** 140:5
**question** 13:6,9
13:10,14,17,24
15:3,10,12
19:6 20:18,24
23:14,21,22
24:1,22,23
25:4,5,6,15,18
25:20 26:24
27:9 31:10,10
31:20 32:11
34:14 35:2
38:20 42:16,25
43:15 44:11,17
45:22,23 46:1
46:17 56:13
59:1,19,21
62:16 63:3,4
63:15,16 64:12
64:18,19,22
71:5,7,9,13,16
73:1 81:5
84:17,17 88:2
92:23 94:24
95:14 96:3
99:14 104:24
111:13,14,17
111:20 112:22

113:21 116:4
117:22 118:8,9
120:5 124:5,11
124:14,15
127:9,11 129:2
129:3,7,13,16
129:16 130:1
130:10 133:2,8
134:7 138:15
138:17 141:8
144:23 145:4,6
145:9,9,11,21
146:14 147:24
149:8,9 157:10
157:11 162:22
163:20,23
165:3 166:8
167:16 175:6
176:7,11
177:18 181:21
181:25 182:3
186:17 188:2
188:20 198:21
200:12 202:8
203:18 204:18
204:22 205:20
206:7,9 209:3
210:9 211:3,13
212:18 228:2
**questionable**
162:2,4
**questioning** 25:3
164:17 213:8
**questions** 4:1,6
13:22 66:4
100:5 122:13
129:9,24 130:3
130:12 136:7
153:14,25
160:19 161:6
165:21 166:11
170:24 184:3,5
184:7,11
185:16,18,19

185:25 187:12
187:13,15,16
187:19,22,24
188:18,20
**quibble** 229:19
**quick** 75:18
108:16 192:19
**quicker** 112:17
**quickly** 35:14
85:11 172:6,7
226:14 227:11
232:23
**quite** 41:22
79:15 142:24
154:2 163:22
209:5 229:19
**quotation**
212:22,23
219:3 223:9
**quotations**
219:5
**quote** 76:12
201:5 215:9,12
**quoted** 224:11
**quoting** 54:10
90:25

---
**R**
---

**R** 2:17
**r-o-s-e** 233:24
**r-o-w-s** 233:23
**raise** 187:10,24
189:12 202:23
225:7
**raises** 226:18
**rapidly** 134:8
**rare** 234:9
**rarely** 61:14
**rats** 134:16
**re-registration**
137:2
**reach** 76:13
138:4,19
148:11 207:6

238:22
**read** 20:24 24:7
24:11,20,23
25:7,9,10,11
25:21 27:19
34:24 43:2,22
44:1 55:16
57:22 58:6
64:19,22 66:2
68:19 71:7,9
78:6 88:18
94:8,9 96:24
99:2 103:15
109:19 111:17
111:20 117:4
118:6 129:7,9
129:19 140:21
141:25 163:21
163:23 179:10
181:1 182:1,12
207:11 208:19
211:8 213:1,7
216:5 218:15
232:6 242:11
242:12
**readdress**
189:24
**reader** 95:16
100:12,24
101:18 155:22
212:1
**reader's** 93:24
**reading** 24:18
25:12 27:15
57:19,21,23
65:19 89:15
112:8 132:4
133:25 136:1
176:18 211:7
214:4
**ready** 129:16
**real** 23:7 71:3
108:16 154:3
164:15 175:9

175:10,19
**reality** 103:17
235:8
**realize** 52:8
64:11 78:7
180:15
**realized** 22:1
**really** 6:9 8:5
9:20 11:12
12:11,17,21
13:4 14:11
20:25 21:6,13
31:19 42:18
43:16 44:21
49:12,15 50:3
51:22 55:8
64:4 72:15
79:15 81:20
84:6,7 92:4
96:9 100:15
103:13 107:22
108:1 114:20
115:17 125:12
145:4 154:19
171:2 173:11
177:19 179:25
180:8 181:12
192:11 196:18
204:1 208:21
208:21 221:18
224:17 226:2
231:21,21
234:17 235:6
235:13,14
**reason** 19:2
87:18 89:25
106:20 111:22
117:17,18
138:18 146:2
160:22 179:24
191:21 196:10
202:5 234:21
**reasonably** 70:3
171:23

reasons 78:13
80:19 215:3
218:18
recall 17:10 33:7
59:14,24 67:2
87:19 156:14
204:20 207:13
238:5
recap 131:11
received 121:14
121:17
recess 65:9
130:22,23
182:19
recognition
51:14,25 75:13
75:21
recognize 52:21
75:16,25 76:22
81:1 182:3
199:5 212:14
220:7
recognized
24:16,19 53:16
54:3 75:1
recognizing
77:21 179:25
recollection 33:4
33:7 112:2
119:23
record 5:3 32:16
32:17,19,21,23
65:8,11 70:13
109:14 130:21
131:1 138:11
169:5 182:18
182:21,25
239:7,11
241:11
record's 138:12
recorded 204:22
red 194:14
203:17
reddening

220:24
refer 66:10,19
72:8 81:24,25
112:16 152:20
157:21 165:22
192:10
reference 35:11
35:15 36:10
39:18 40:9
59:11,15 65:24
74:19 112:12
136:25 137:1
137:10,25
144:5,13 145:2
166:6 189:9
192:3,3 225:1
231:22 238:11
238:15
referenced 4:7
35:19 59:22
77:11 168:19
229:5 238:9
references 50:20
103:14 134:23
136:25 139:3
192:3
referred 33:11
73:2 90:14
103:19 116:6
181:9,21
225:15
referring 20:7
77:2 105:4,12
114:17 115:5
129:18 139:6
143:22 147:25
151:11 152:23
153:7 156:23
157:15 181:8
190:15 207:22
213:25 218:20
232:21
refers 61:12
82:8 86:14

206:13,14
238:8
reflect 10:2,2
refresh 33:3
119:22
refreshed 33:6
regard 5:25
16:24 18:2,10
19:17 20:4
33:4 38:25
44:14 45:1
48:9,25 57:6
60:3 65:16
72:2 92:15
99:10 103:7
126:6 129:18
129:20 153:14
164:18 167:8
170:7 185:7
186:9 187:8
188:1 199:7
210:3 227:19
227:25 228:2,5
231:24
regarding 4:3
5:24 7:7 10:22
16:5 30:7 74:8
79:7 88:15
90:3 99:25,25
156:1 194:9
198:19 203:9
215:1
regardless
124:18
regards 17:18
74:13,25 90:11
91:14 110:2
118:21 121:11
189:2 203:11
Register 102:5
102:16,18,24
103:9,22 104:3
104:4 106:25
Registers 96:10

98:11 102:1
103:11 105:17
107:3,5
registration 91:7
regs 100:3
regulate 77:17
91:6 97:11
regulated 93:10
93:11 108:5
regulation 54:20
77:16 93:12
102:21 108:2
148:12,13,15
149:13
regulations 21:6
29:1 80:21
92:3,25 99:24
108:9 119:11
137:12 148:3
149:6 174:22
regulator 162:3
186:11 211:9
regulators
105:19 154:2,6
154:11,13,18
155:1 160:10
162:7 186:10
198:19 211:5
regulatory 14:11
14:20 47:18
75:3,8 78:19
81:13 83:24
84:3 90:14
91:25 99:11,12
99:13,21
100:15 107:20
108:12,23
109:8 110:8
113:10,15,20
127:14,18
131:13 135:2,8
135:15 138:4,4
138:19 139:22
141:12 146:10

146:14 147:10
147:21,24
148:1,11,17,23
149:15 150:2,5
150:16 151:4
153:13,21
159:4,15
168:17 169:25
170:1,6 176:20
176:21 183:7,9
185:9 193:5,10
198:11,12,16
198:21,22
199:6,15,18,21
200:1,9,13
201:18 202:23
207:7 208:3
210:13,22
211:9,22 213:2
213:13 223:23
225:3,24
226:24 227:20
regulatory-wise
225:8
Regus 1:16 4:25
reissued 101:20
rejected 68:25
relate 33:23
108:12 148:14
149:10
related 72:5
85:8 90:3 97:2
101:21 107:20
115:2 118:15
118:17 166:17
167:1,2,3
201:6
relates 4:6
165:17
relative 241:14
241:16
relatively 12:1
61:19
release 31:23

Stephen E. Petty, P.E., C.I.H., C.S.P.
July 11, 2019

Page 272

70:4 71:21
**released** 33:9
  237:9
**releasing** 69:3
**relevant** 40:14
  74:12
**reliance** 81:8
  105:10 192:8
**reliant** 79:16
**relied** 78:15,15
  80:12 107:23
  107:23
**religious** 102:12
**rely** 72:4,17 81:3
  81:23 82:19
  148:17 149:20
  149:23 150:19
  178:3,7,24
**relying** 85:3,5
  107:13 148:22
  148:23 150:20
  150:21 151:17
**remain** 38:6
**remaining** 141:9
**remains** 55:14
  137:7 155:4
  180:24 202:20
**remarks** 77:10
**remember** 13:6
  13:9,10 101:25
  103:25 119:23
  152:11 180:19
  199:4 220:18
  233:5 234:14
**remind** 5:14
**remove** 162:2,6
  162:11
**removed** 162:13
  186:11
**rendition** 27:12
**repeat** 134:2
  144:8 238:8
**repeated** 44:10
  134:3 144:24

**repeating** 100:2
**report** 40:19
  74:21 75:10
  87:13 89:23
  91:18 96:13
  171:6 230:2
  241:8
**reporter** 3:6
  4:22 5:13
  64:23 71:10
  94:10 111:21
  129:10 163:24
  168:13 240:8
  241:1,7
**Reporter's** 3:12
**reporting** 4:22
  4:24 90:24
  134:14
**reports** 16:4
**represent**
  205:11
**representation**
  151:24 211:24
**representations**
  57:11
**represented**
  49:8 76:4
**representing**
  4:21,23 69:12
**reproduced**
  36:14
**reputable** 82:11
**request** 118:16
  118:17 121:8
  122:4 181:25
**requested**
  241:10
**requesting** 122:8
**required** 22:24
  23:11 96:1
  215:17 216:9
  218:25
**requirement**
  75:3 82:19

93:11 158:6,8
**requirements**
  148:18
**requires** 91:6
  98:6 157:14
  217:1
**requiring** 97:11
**research** 89:7
  101:23 103:7
  108:10 111:1
  124:24 144:16
  144:17 190:14
  190:15
**residuals** 133:20
  134:5
**residue** 97:15
**resolved** 239:3
**respect** 7:3,17
  7:20 8:3,7 9:12
  10:3 11:13
  14:14,23 15:18
  15:22,23 16:17
  24:4 27:13,14
  36:17 39:23,23
  40:24 41:10,10
  46:4 47:1,10
  51:11,13 59:9
  63:7 66:1
  71:21 76:1,9
  80:1 81:20
  83:22 85:5
  88:15 97:3
  103:6 106:13
  108:25 109:1
  110:1 113:22
  148:22 150:13
  165:12 172:25
  191:5 197:1,14
  197:22,24
  209:19 210:10
**respirator** 82:13
**respirators**
  23:16
**respiratory** 82:7

82:9 236:6
**responded** 184:7
  188:19
**responding**
  202:16
**response** 120:10
  137:10 181:19
  184:14 229:24
**responses**
  187:20,22
**responsibility**
  74:24 75:2
  179:22
**responsible** 42:7
  42:9,10 45:15
  88:13 178:8
**responsive** 64:11
**rest** 91:21
  145:16 146:5
  170:4 178:1
  234:2
**restrict** 91:10,18
  212:10
**restricted** 92:25
**restricted-use**
  100:1
**restrictive** 109:9
**result** 54:19
**resulting** 22:2
**results** 14:22
  61:17 211:25
**return** 130:24
  238:20
**reverse** 103:16
**review** 20:2
  40:11 55:8
  59:22 90:15
  96:21 98:2
  100:15 101:4
  107:14,14,25
  108:6 112:19
  113:6,16
  125:13 126:7
  126:19 127:23

171:2 241:9
**reviewed** 19:22
  65:17 106:21
  112:25 113:3
  119:2
**reviewing** 118:1
  132:24
**reviews** 98:10
  111:6 228:20
**Rgreenwald@...**
  2:12
**Richard** 8:11
  26:16 27:15
**Richardson**
  29:13 34:1
**right** 4:12 6:1,3
  8:22 22:14
  24:15 25:17
  26:7 27:24
  28:14,24 29:3
  30:12,18 31:3
  31:6 33:16
  37:24 39:16
  40:21,22 44:22
  44:24 46:11
  47:15 48:24
  54:3 58:14,16
  58:24 60:4
  68:22 69:7
  72:1 74:3,5
  78:4 84:9
  86:24 88:1
  90:5,10,15
  93:14 95:12
  97:10,12,13,16
  99:4,10 100:6
  103:1 104:5
  107:8,11
  108:20 115:16
  116:4,6,7,17
  117:6,11
  118:19 121:22
  123:7 128:2,8
  128:12 129:3

Stephen E. Petty, P.E., C.I.H., C.S.P.
July 11, 2019

131:5,14,22,23
132:3,6,25
135:3,8,21
136:20 138:8
140:11 142:9
142:16 143:23
144:8 146:4
148:8 150:7
160:9 161:24
162:14 163:19
163:22 164:4
165:17,21
171:8,11 177:9
177:11 180:17
181:5 183:24
185:6 186:3,7
186:15,18
191:17 192:22
193:11,24
194:21 195:14
196:11 199:8
199:11 200:10
201:25 202:15
204:19,23
205:1,7,20
206:15 207:18
207:22,24
208:24 209:17
210:5,12 211:3
216:1 219:6
225:3,8 229:14
230:21 231:13
231:16,23,25
232:4,21 238:1
238:7,18 239:6
**righty** 125:10
133:11 210:17
**rise** 50:3 147:10
197:11 198:14
198:15 208:2
222:6
**risk** 11:14 57:7
89:4 177:17
219:16,18

221:3 222:17
222:21
**risks** 85:21 86:2
178:10 221:23
**Robin** 2:9 5:11
**robust** 14:12
**role** 76:8
**roles** 70:15
76:24
**roll** 188:14
**roll-up** 188:11
**rolling** 144:9
**room** 130:23
232:15 235:5
**rose** 233:22
234:9
**Roundup** 7:19
7:23,23 15:17
47:3 61:18
63:6 113:3
118:22 120:11
120:13 126:4,4
152:13 156:9
166:20 167:8
172:14,23
173:20,24
175:20 198:24
205:12 206:12
206:14 208:12
208:22 209:7
209:23 215:14
215:15,22
216:12 218:21
219:16 220:18
221:3 222:21
231:6
**Roundup's**
197:15
**row** 75:11 77:3
79:5 230:19,20
**rows** 233:23
**rule** 92:6
**rules** 92:4
126:15 206:20

**run** 71:17
**running** 71:12
71:25 178:4
237:23

_____

**S**
_____

**S-T-E-Ls** 82:1
**safe** 15:7,14 42:6
45:15 60:11
61:7,13 76:10
89:2 140:3,14
140:25 141:20
154:18 177:7
**safer** 159:9
**safety** 8:4,13
9:15,22 10:5
10:12,22 11:1
11:14,14,16
12:2 13:2 21:1
23:4,5,12
41:12 51:12,18
52:16,25 57:6
57:8 61:21
70:24 72:4,6,7
72:9 73:2,3,22
79:10 83:21,23
84:14 85:3,8
87:10 89:7,23
97:3 114:11,20
128:7,10,13,20
136:13 140:2
140:20 147:13
148:5 155:12
156:18 159:8
159:13 162:2
162:19,25
163:3,16 164:6
164:25 165:7
167:4,6 168:8
168:10 177:20
178:9 179:21
181:15,16
189:3 194:2,3
194:6 195:1

196:10,23
197:19 198:6
200:20,24
203:11,15,23
204:6 209:25
211:1 212:5,7
212:11 219:21
222:12 223:19
223:25 224:5,5
224:19 225:5
**sake** 186:7
**sale** 91:6 97:11
**Saltmiras** 4:5
**sample** 227:5
**Santa** 123:15
**sat** 44:21
**satisfaction**
186:22
**Savage** 184:14
187:1,5
**save** 242:13
**saw** 44:16 81:7
113:12 161:17
202:14
**saying** 6:9 8:6
8:15,22,25
10:17 12:6
14:7 21:12
28:18 29:1,9
34:2 36:3
37:22 39:12
42:20 51:1
69:2,25 70:1
71:20 75:5
78:1,3 83:8
85:23 90:3
93:17 94:4,14
95:5,5,6 96:25
97:22,24 98:7
106:12,13,20
108:15 116:8
123:17,20
124:10 126:15
126:17 133:14

133:15 134:19
134:21 136:13
136:16 138:18
139:5,20 140:8
140:12,17,19
141:9,10
143:18 146:18
147:9 148:20
149:9,14,22
150:1,11,18,23
150:25,25
152:7 153:9
156:22 159:2
159:13 162:18
164:20 167:1
171:4 172:10
173:6,7 174:7
175:16,22
178:13 179:8
179:22 181:6
183:20 186:6
187:7 188:2
190:2,12
194:17,24
195:6,14,18,23
195:24 196:15
196:18 197:25
200:5,19 201:8
201:15,16,22
203:24,25
204:1 208:22
212:4,23,24
214:2,3,19,24
215:7 216:25
217:1,9,18,21
219:7 222:16
227:6,7 234:9
**says** 8:3,20 9:13
18:20 27:20
29:7,8,8,11,17
29:18 31:23
33:9 36:9 37:8
37:17 39:6
40:17,17,19,19

Paszkiewicz Court Reporting
(618) 307-9320 / Toll-Free (855) 595-3577

Stephen E. Petty, P.E., C.I.H., C.S.P.
July 11, 2019

40:23 41:19
45:4 47:9,11
47:12 60:23
74:25 77:14,18
77:19 89:22
121:16 122:25
123:13,25
125:13,21
127:24 138:3
139:8 141:19
141:20 152:23
155:20 157:9
162:9 167:22
177:6 180:21
180:22 190:24
199:18 205:16
206:14 208:5
213:9,12
215:15 219:10
220:5 224:12
229:15 233:16
scale 62:15
scenario 236:2
Schierow 90:23
school 120:18
121:16,24
123:12 127:4
164:18 202:10
science 53:5
200:4 213:2
scientific 29:22
210:23 211:10
213:4,13
scientists 154:12
scope 67:3
176:10,13
SDS 156:15,19
156:25
SDSs 81:17
se 196:21
seal 82:12
searched 74:2
second 7:21
26:20 32:18

40:6 75:11
89:11 91:16,17
130:4 139:7
143:25 146:16
151:8 171:16
184:24,25
194:12 195:11
208:4 214:1,4
215:12 223:7,9
224:4 232:17
second-from-t...
203:4
Secondly 219:16
section 6:13,20
26:18,22,23
27:15 28:8
46:19 47:23,24
48:2,3,12
54:21 59:16
81:21 89:22
90:17 108:15
109:10,15
110:24 111:15
112:9,18 117:2
117:4,14,14
129:19 131:21
135:22 140:10
152:1,22 156:6
156:8 157:17
157:18,18,19
157:19 166:4
191:24 207:19
219:23 226:1,2
228:14,17
sections 100:13
secure 89:2
security 89:8,23
see 8:18 10:1,6
14:13 26:1
30:15,23 31:3
31:17,22,23
32:6 34:7
35:23 37:2
38:10 56:2

57:18 58:20
59:19,21 66:20
79:12 81:19
99:24 100:13
100:14,17
102:2 103:3,21
106:12,12
108:14 113:17
116:8 118:23
122:24 123:24
125:15 142:9
144:20 145:13
145:14,14,17
148:4 157:17
175:5 177:25
185:14,17,21
186:6 188:2
189:18 190:2
204:23 218:16
219:1 221:9,10
229:12 231:11
234:9 237:15
238:11,22
seeing 145:16
194:15
seen 237:2,2
segment 41:5
Segments 20:13
20:14
self 28:13,14
self-identified
228:5
self-imposed
9:19 27:11
28:2 161:15
sell 152:3
send 120:4,12
201:17
senior 26:15
sense 13:5 17:24
22:21 25:19
50:1 67:15
70:22,25 82:11
85:6 103:16

110:9 111:11
133:2 160:23
184:8 194:9
senses 16:7
sent 4:3 70:6
116:20 120:3,8
122:6,8,19
123:11,12
124:1,3,8
127:3 166:17
166:18 167:3
180:17 201:1,5
201:9 202:4,17
sentence 72:21
72:23,24 91:21
94:21,25 96:25
123:13 140:22
154:16 158:21
159:2 162:11
162:12,13,15
162:23 192:12
213:7,9 218:20
218:20 220:4
220:16 221:2
separate 10:23
17:18 38:24
47:15 62:9
separately 47:16
47:17
series 33:17
121:5 136:2
161:1 184:7
187:12
service 60:10
services 53:10
serving 70:16
set 10:21 37:12
40:12 46:12
80:8 99:23
108:21,21
179:7,24 200:3
228:15
sets 40:22
230:18

setting 37:7
46:21 48:4,7
48:16,20 56:9
88:8 91:8
seven 12:23
118:23 141:5,6
severe 216:13
Shakes 168:13
shapes 234:3
share 29:21
Sharing 29:19
SHEET 242:1
242:15
sheets 156:18
Shell 50:24
Sherwin-Willi...
16:10
shift 143:13
144:14 145:1
shipment 158:1
shipped 68:4
shirts 221:12
short-sleeve
221:12
shortcut 50:13
shorts 221:11
show 32:9
105:25 106:2
109:13 123:4
135:22,23
139:17 193:8
207:9 215:21
219:20 225:21
showed 40:4
230:1
showing 28:17
152:12 208:10
shows 101:21
sic 113:8 195:4
199:15 222:21
sick 12:14 22:8
180:1
sickness 53:8
220:9

Stephen E. Petty, P.E., C.I.H., C.S.P.
July 11, 2019

**side** 10:4 11:8,8
  11:13,25 12:1
  12:5,7,18
  14:10 41:11
  49:22 51:17
  52:15,24 80:3
  81:13 82:2
  84:2 85:3
  109:8 128:6
  148:17,23
  150:16 153:5
  153:21 154:15
  160:7 180:3
  235:16
**sides** 95:9
**sidetracked**
  158:22
**sideways** 19:15
**signal** 68:6
  100:25 216:3
**signatories**
  58:18
**Signed** 240:13
  242:19
**significance**
  55:16 179:9
  180:25
**significant** 70:15
  134:15 155:16
  156:3,23
  157:14 158:9
  220:10,13
  233:10
**signs** 53:6
**similar** 15:22,24
  47:24 75:4,9,9
  152:21 205:15
  211:5 226:3
**similarly** 171:1
**simple** 15:3
  31:20 43:2
  212:24
**simpler** 149:23
**simply** 6:10

  28:17 30:6
  74:12 75:5
  85:19,24
  101:18 102:23
  102:23 103:2
  139:14 140:21
  165:11 172:20
  212:1 224:24
  229:1,2 230:7
  231:17
**simultaneous**
  104:21
**single** 152:19,21
  165:4 206:15
  209:1
**sir** 14:4 19:5
  26:21 47:6,6
  56:20 125:9,16
  151:16 156:20
  179:2 184:1
  207:23 228:14
**sit** 120:23 151:1
  151:5 226:9
**site** 233:21
**sitting** 175:8
**situation** 72:11
  221:17
**situations** 28:25
**six** 141:2,9
**skin** 215:22
  216:2,13
  220:12,19,21
  220:24 221:7,8
  235:23,25
  236:5
**skin's** 221:12
**skip** 186:5 187:6
**skipping** 37:20
**slaughtered**
  133:20 134:6
**slice** 150:15
**Slow** 57:4,4
  88:23
**slower** 112:17

**small** 205:6
**smaller** 227:5
**Snap** 168:14
**Snow** 52:2
**so-called** 53:19
**somebody** 27:2
  62:23 95:11
  98:21 121:8,9
  122:5 174:2
  207:1 232:14
  234:21,22
**somewhat** 64:9
  105:22 109:8
**sorry** 7:20 10:10
  30:13 38:8
  42:4 48:8 54:8
  55:23 57:19
  60:6,25 64:3
  66:14 72:20,25
  75:18 77:2
  82:23 88:24
  100:4 119:6
  130:17 133:13
  140:8 141:17
  144:1 146:12
  168:12 170:11
  170:13,23,24
  171:25 172:3,5
  177:9 178:16
  183:21 194:11
  194:12 206:7
  210:9 212:17
  214:23 223:10
  223:10 224:13
  232:20,22
**sort** 8:16 14:9,21
  49:23 72:6
  82:5,25 91:5
  143:14 157:23
  217:9,14
  221:25
**sorts** 23:2
  175:13
**source** 79:16

**sources** 49:21
**Southeast** 2:18
**speak** 35:5
  123:21
**speaking** 104:21
  123:17 128:11
  128:12,21
  136:6
**specific** 18:8,10
  19:9,10 28:25
  86:6 88:1 90:1
  100:7 119:2
  133:5 153:8
  159:15 161:13
  163:4,10
  167:21 183:13
  193:8 201:6
  218:5 222:19
  230:25 236:5
  236:24 237:15
**specifically** 9:20
  16:23 36:10
  37:9 39:3
  56:24 65:24
  66:25 77:10
  86:15 88:4
  92:13 99:25
  101:20 107:24
  108:7 112:8
  119:18 126:19
  131:15 159:7
  160:2,4 164:24
  189:11 192:2
  220:5 222:20
  228:15 230:24
**specifics** 108:11
  214:14
**specify** 233:13
**speech** 8:10,16
  26:14 27:15,16
  27:21,22 28:3
  75:1
**speed** 234:4,5
  236:7

**speeds** 234:24
**spend** 17:9
**spent** 21:4
  103:10,24
  165:14
**spleen** 133:22
  134:7
**split** 177:21
**spoke** 136:6
  173:4
**St** 1:1 4:20 21:10
  21:17 27:17
**staff** 22:23 23:5
  23:11,16,18
**stagnate** 81:9,12
**stand** 151:1,5
**standard** 6:24
  6:25 7:1,2,7,8
  7:11,13,17 8:2
  8:6,8,15 9:7,9
  9:11,16,24
  10:3,18 11:3
  11:11 13:1,3
  14:18,18,19,22
  15:4 16:2,18
  21:14 26:8
  27:11 28:3,10
  28:13,15 30:4
  39:24 41:2,4,5
  41:9 45:21,25
  46:4,8 47:1,16
  47:17,18,20,25
  48:25 49:7
  51:7,8,11
  53:21 56:1,13
  56:15 58:5,8
  58:23 59:5
  60:1 65:16,23
  70:4 71:21
  72:2 74:4,13
  78:3,19,20,23
  79:1,12 81:15
  82:7,10,10
  83:4,22 84:7

84:20 85:5,7,7
88:9 90:7,12
90:13,14 99:11
99:12,13,21
107:13 108:7
108:13,19,22
108:23,24
109:4,6,8,12
110:1,6,8
113:9,9,10,10
113:13,14,15
113:19,19,24
114:2 115:16
117:24 119:4
126:8 127:12
127:13,17
131:13 135:3,9
138:4,19
139:22 141:12
146:11,14
147:10,21
148:11,16,22
150:3,15,17
151:4 153:6,12
153:13,15,15
153:20 157:18
159:4,15
160:20 161:8
168:18,24
169:1,17,21
170:8 173:3,25
174:12,14,18
174:23 175:15
175:17 176:21
176:22,25
178:17 179:14
181:7 183:9
185:8 186:25
188:4,11,21,25
189:12 193:6
193:10 197:12
197:16,22
198:15 202:23
207:7 208:3

209:19,20,20
210:13 214:10
222:7,9,10
223:6,17,24
225:3,7,19,22
225:23,23,24
227:19,20,24
227:25 228:4,5
228:16
**standards** 9:25
11:6 12:19,23
13:2,3 14:7,14
14:17 39:14
40:2,5 48:9
55:11 74:8
78:16,18 80:1
80:14 81:9,11
84:18 107:15
107:17,18
110:20,22
111:4 112:21
114:4 116:24
119:16 135:15
146:12 150:5
160:15 165:14
168:19 171:13
174:23 175:4
175:20 183:5
183:17 185:7,9
185:9 186:9,20
187:10,25
189:10 197:2
203:8 226:24
234:16
**standing** 80:2
**standpoint** 9:21
79:22,23 84:14
128:6 173:10
178:10 200:20
200:25 203:24
212:5
**stands** 121:18,19
**start** 7:11 12:25
27:9 75:19

88:24 90:18
91:14 101:9
114:4 131:1
142:19 170:9
173:8 182:21
192:12 207:10
226:7
**started** 8:5 11:7
27:10,11 52:13
53:9,17 54:23
55:11,12 61:16
114:8,8 134:24
168:21 181:24
201:16
**starting** 26:7
131:7 183:7
185:12 189:20
229:17
**starts** 77:3
141:17 218:21
228:17 238:6
**state** 1:1 4:20
5:2 28:2 35:13
39:7 119:12
125:25 126:5
126:13,14,18
127:1 182:1
233:22 240:3,8
240:16 241:3
**stated** 6:9 10:6
36:17 110:1
138:1 161:16
206:10 218:18
228:4
**statement** 7:6
8:16 9:10
10:18,20,23
11:19 15:4
28:21,23 29:1
29:5,16 30:12
31:11 37:16
38:14 39:17
40:18 41:9,25
42:3 43:3,22

44:5,6,10,23
45:11,11,13
57:1 60:20
63:14 67:7,20
67:21 68:9,10
69:4,5 70:20
70:20 71:4
83:13 85:4
93:2 96:20
109:5 124:23
126:7 127:20
127:21 129:20
131:15 134:25
136:1,9,15
137:13 139:9
139:20 140:13
141:16 143:22
144:13,18,23
145:24 146:15
147:11 151:24
154:1,8,21,23
155:3,4,6,8,10
158:5,6 159:6
160:3,3,5
161:25 162:6
163:14 171:6
173:14,21
174:5 178:7
179:11 180:18
181:8,22 182:1
187:1 190:6,8
190:13 191:8
191:17,18
192:1,6,24
193:24 194:5,8
194:18,20,23
195:3,6,20
196:2,5 197:25
198:17,24
201:4,19 203:1
203:5 208:5
211:5,8,25
212:24 213:17
214:1,4,5,14

214:17,25
215:14 216:15
217:7,15,22
218:11,11
219:7,17 221:7
221:10,14,22
222:24 224:8
233:15 236:3
236:13
**statement's** 98:5
162:8
**statements** 6:25
10:21 11:10,18
28:7 30:6
34:12,15,23
45:1 46:9 54:1
54:24 56:7,24
57:7,21 75:11
80:16 90:7
133:4 135:13
136:12 140:3
140:12 161:2
170:17 192:6
196:12,23
203:9,11 214:9
214:12,19,21
226:6,13,15,16
**states** 8:20 69:1
91:7 97:12
115:11 234:24
**stating** 171:21
**statistical** 51:21
52:1
**statistics** 234:23
**statute** 100:7
138:4 147:10
149:15 168:3
**statutes** 96:22
**stay** 105:7
174:19 233:6
235:18
**staying** 235:20
**STELs** 82:1,4
**stems** 221:2

Stephen E. Petty, P.E., C.I.H., C.S.P.
July 11, 2019

**stenographic** 241:12
**stenographica...** 241:8
**Stephen** 1:9 3:3 4:15 5:16 65:12 131:2 182:22 239:9 240:9 241:9 242:24
**Steve** 184:14 187:1,5
**Steward** 37:18
**stewardship** 37:15,19,20 38:13 39:14 40:10 41:1,7,8 41:14,20,24 42:1,9,13,14 42:17,20 44:7 44:9,13,14,16 44:20 45:2,4,5 45:19,24 46:3 46:9
**stick** 160:17 205:21
**Stokes'** 235:17
**stop** 48:23 64:20 65:2 87:9 126:1
**stopped** 61:17
**straight** 33:15 109:19 122:7 162:20
**straightforward** 90:16 145:11 157:11
**Street** 52:6
**stressors** 81:2 220:8
**strike** 15:2 181:19 204:12
**strive** 77:18
**strong** 66:11,21

134:12
**strongly** 68:14
**stuck** 82:6
**studied** 19:3 20:11,14 21:22 21:24 67:6
**studies** 19:17 21:9,14 22:6 22:12,13 216:11 217:12
**study** 17:22 18:2 18:6,16 19:11 22:7,22 133:19 134:5,14 136:17,18 155:16,19 156:1,4,23 157:14 158:9 158:10,22 215:20
**stuff** 19:12 49:5 66:2 102:12 121:17,19 147:3 150:22 184:20,22 221:6
**stymied** 64:9
**subcategory** 101:1
**subcommittee** 54:13
**subindustries** 92:21 93:8
**subject** 152:19 163:15 166:12 175:25
**submit** 68:23
**submitted** 69:6 134:14
**subscribe** 39:13
**subscript** 152:15
**subsequent** 44:8 183:19 187:19
**subset** 143:4

**substances** 54:2 57:8 142:14 147:5
**substantially** 152:25 153:2 167:24 168:5
**substitute** 208:23
**sudden** 49:20 81:7,8
**sued** 125:25
**sufficient** 57:12 62:2
**sufficiently** 61:25 236:1
**suggest** 70:13 177:19 190:14 193:1 226:11
**suggested** 68:3 231:3
**suggestion** 216:7 227:13
**suggests** 124:25 177:20 225:1
**Suite** 1:17 2:6,18 5:1
**summaries** 98:23 99:8
**summarize** 74:12 100:9
**summarized** 31:7 65:25 96:23 97:6 98:19
**summarizing** 98:15,24
**summary** 6:21 144:24 227:17 229:9
**suppliers** 88:22 89:1
**supplies** 49:20
**supply** 49:14
**support** 6:11

37:5 41:21 44:25 46:24 48:24 72:1 78:10 83:3 89:6,7 116:22
**supported** 68:14
**supporting** 121:11
**supposed** 27:6 86:19 87:1 110:10 119:7,9 125:3,4 155:15 173:15 206:22 207:5 214:7
**supposedly** 126:2
**sure** 7:9 18:15 18:18 19:2 20:9,16 22:3 25:8 37:23 40:7 45:22 51:18 52:18 55:19 56:16 59:7 60:2 62:25 63:13 67:16 73:24 78:1 87:3 88:8 91:2,2 92:23 94:24 100:5 104:23 111:19 112:24 115:9 119:20 120:6 120:18 123:1,6 128:11 133:7 134:3 138:10 144:16 154:25 155:1,8 158:25 159:11 163:20 180:9 181:15 188:15 192:17 193:17 196:4 197:4 202:25 205:19 207:8 218:4 222:20

225:12 231:4 235:23 237:16
**surfactant** 220:20
**surprised** 14:3
**suspect** 114:12 145:20,21 171:14
**sustainability** 40:19
**swap** 32:13
**sworn** 5:17 240:10

---

**T**

**table** 37:7,11 40:12 46:12,21 48:5,7,8,9,11 48:14,15,16,17 48:21 56:9 74:6,7,11 83:15,19 88:8 91:8 108:21,21 108:21 228:25 230:6,7,9,13 230:14,20 231:2,2,23
**tables** 74:15 83:15 114:1 228:24
**take** 24:12 42:19 52:12 64:14 100:18 121:1 130:15 133:24 144:7 153:4 155:23 162:22 162:23 173:6 178:20 180:12 212:22 213:20 214:5 220:15 232:13,16
**taken** 1:10,14,23 164:18 173:5 173:24 174:6

Stephen E. Petty, P.E., C.I.H., C.S.P.
July 11, 2019

215:9 242:11
**takes** 233:6
**talk** 7:5 38:5
  45:19 47:16,19
  48:10,24 85:2
  85:18 86:16
  88:10,13 97:10
  98:10,24 99:22
  142:12 161:2
  170:6 189:11
  216:23 224:6
  225:12 238:20
**talked** 38:16
  55:24 56:17
  63:21 77:6
  78:5 80:17
  109:22 114:5
  118:16 141:6
  150:15 152:12
  156:13,21
  170:5 172:16
  172:17 176:16
  176:19 180:21
  183:22,25
  184:2,20,25,25
  186:10 188:1
  189:23 192:13
  193:23 202:25
  205:5 206:22
  209:15 211:2
  212:13 215:1
  215:19 220:18
  220:19 222:2
  225:2,10,18
  232:2 233:5
**talking** 8:12
  9:21 38:24
  39:1 49:2 59:3
  63:2 64:12,13
  71:24 74:22,23
  77:12 84:18
  86:23 91:14
  104:9,10,13
  106:24 109:15

114:12 126:6
127:13 131:8,9
136:8 139:21
150:11 151:3
156:15,17
158:20 166:10
171:7 172:2
174:22 175:14
175:14,17
176:19 177:4
178:22 179:19
179:20 184:9
185:1,14
190:21 193:23
194:1 205:19
208:25 216:20
216:21 222:7
231:25
**talks** 60:22
  177:2 182:1
  198:20 232:19
**targets** 191:13
**task** 55:15,17
  175:3,3 179:8
  179:10 180:24
  181:1 233:4
**teaching** 55:16
  179:10 181:1
**technical** 4:7
  25:1,2 65:25
  66:11,12,19,21
  66:24 67:11,12
  67:24 68:10,13
  68:18 69:5
  142:8
**technically**
  56:25 94:18
  112:15 194:7
**technicians**
  237:6
**technologies**
  41:21 42:6
**technology** 8:13
  29:21

**tell** 26:7 28:5,14
  28:20 34:18
  46:20 69:15,21
  80:20 94:13
  109:3,5 119:19
  139:13 147:20
  153:24 163:1
  175:19 178:11
  189:9 214:9
  218:4 232:7
**telling** 21:23
  25:11 30:10
  100:6 102:12
  102:15 112:18
  157:7,9 175:18
**temperature**
  235:11
**tends** 11:12
**term** 111:8
  125:17,21
  126:1,2 127:24
  132:10,13,14
  132:18 134:25
  139:1 146:6
  152:7 233:3,23
  235:3,4
**terminated** 78:8
**terminology**
  49:23 50:2
  125:25 126:15
**terms** 9:14 10:21
  14:23 15:23
  23:9 37:8
  60:16,22 62:14
  79:5 81:18,23
  86:2 105:22
  146:6 177:13
  181:7 203:14
  204:6 214:13
  215:23 222:20
  223:16 232:10
  233:1 236:3
**test** 24:5 61:14
  61:16,23 63:23

164:19
**tested** 22:20
  23:22 61:22
  64:17 68:24
  69:3
**testified** 16:1
  34:5 73:7
**testify** 5:17
**testifying** 83:11
  83:12
**testimony** 4:9
  28:1 34:1 73:3
  117:5,5,19
  147:1 198:18
  199:4 211:20
  211:20 226:20
**testing** 10:19
  61:18,20 62:1
  62:2,4,8,13
  63:6,17,18,25
  64:6
**Texas** 49:19
**text** 44:16 74:14
  86:9,11 144:7
  208:20,21
**thank** 5:15
  27:14 32:25
  43:13 61:1
  62:19 105:16
  106:11 124:12
  138:13 169:8
  176:15 181:19
  238:4
**theoretically**
  11:12
**thereof** 21:21
**thing** 7:21 29:3
  38:11 68:25
  81:22 105:10
  105:15 144:20
  151:12 190:8
  198:8 202:19
  237:24
**things** 23:2,19

52:17 53:6
57:15 81:4,24
87:6,13 90:2
97:2 100:25
119:15 147:17
188:10 216:15
216:16,19
221:20
**think** 5:23 6:8
  9:25 11:3,23
  15:16,20 19:21
  29:11 30:20,21
  31:7 34:16,23
  35:5,17 37:23
  41:15,18 45:11
  45:24 46:1,2
  48:15 50:18
  58:5 60:7 63:5
  63:7 65:19
  67:11,13 70:22
  70:24 71:5,6
  80:4 82:11
  87:20,24 90:6
  90:16 96:1,15
  96:18 97:2
  104:16,17
  106:18,19
  107:1,12,16
  108:17 110:3,4
  110:8,15
  111:14 113:21
  114:14 115:24
  117:17 118:16
  120:25 121:3
  121:10 122:3,4
  122:6 123:13
  131:21 133:1
  134:1 135:20
  141:5 144:19
  145:11 148:12
  148:15 151:6
  153:6 155:3
  158:17,23
  159:23 160:11

Stephen E. Petty, P.E., C.I.H., C.S.P.
July 11, 2019

| | | | | |
|---|---|---|---|---|
| 161:4,25 162:1 | 68:24 84:19 | 81:13,19 82:6 | told 93:13 104:2 | transparent 9:1 |
| 162:7 163:22 | 88:6 | 99:22 103:3 | 123:16 151:6,7 | 15:6,19 161:3 |
| 166:22 171:16 | thoroughness | 105:22 112:11 | 151:8 161:12 | 178:11,14,15 |
| 182:25 183:2 | 79:13 | 129:25 130:20 | 165:16 203:16 | 188:6 189:1 |
| 184:13,21 | thought 22:6 | 131:3 153:17 | tone 40:23 | 200:3 203:10 |
| 185:4,6,13,16 | 62:24 114:2 | 166:6 169:23 | top 37:25 39:13 | 203:25 209:22 |
| 185:22 188:11 | 158:2 164:8 | 175:9,10,19 | 58:21 60:24 | 223:18 |
| 189:23 190:2 | 185:7 187:2 | 182:9,17,23 | 65:20 96:20 | transport 89:3 |
| 190:17,17 | 189:25 218:2 | 193:23 202:1 | 102:3 117:21 | transportation |
| 192:10,17 | three 26:2,4 | 230:18 233:10 | 144:7 184:23 | 60:12 |
| 193:22,22,25 | 47:19 90:1 | 233:20 234:2,4 | 224:21 | trial 176:24 |
| 194:15 196:14 | 106:6,19 | 234:10,11,13 | total 141:6 | 226:20 |
| 198:9 201:12 | 110:13,17,20 | 235:18 237:5 | totally 25:5 | tried 8:17 46:10 |
| 201:15 202:25 | 111:4 112:20 | 239:10 | 106:9,21 | 52:17 114:1 |
| 205:5 207:11 | 116:24 118:9 | timeframe 54:23 | toto 211:23 | 153:8 166:23 |
| 207:21 214:13 | 127:15,16 | 55:3 62:11 | touched 6:14 | triggers 131:18 |
| 214:24,25 | 135:4 153:20 | 75:9 97:17 | 38:1 96:18 | 131:19 |
| 216:10,18 | 155:17 156:2 | 101:4 | 184:4 210:17 | triple 183:2 |
| 217:23 218:5 | 156:24 157:15 | timeframes 63:2 | 214:18 | 185:23 |
| 218:10,17 | 158:9 165:14 | times 48:21 | Tox 4:6 | true 22:15 59:2 |
| 220:12 221:14 | 169:3,6 175:4 | 69:21 78:23 | toxic 79:7 | 85:1 145:24 |
| 222:2,3 223:14 | 183:1,17 | 85:14 92:24 | toxicities 217:3 | 154:8,16,21 |
| 223:15,15 | 187:10,25 | 142:10 158:16 | toxicity 64:8 | 155:1,3,4,6,8 |
| 224:7,21 | 189:9,12 192:3 | 234:2 | 173:10 205:13 | 155:10 159:2,6 |
| 225:14 226:13 | 223:5,16 | tire 19:19 | 208:10,13 | 159:7,7 160:5 |
| 227:15 229:11 | three-month | tissue 137:8 | 209:6 213:9 | 160:6,7 162:8 |
| 229:12 232:25 | 158:3 | tissues 137:8 | 215:17,25 | 162:15,23 |
| 234:25 | threshold 82:3 | title 28:2 199:14 | 216:8,15,21 | 166:24 173:18 |
| think's 40:14 | threw 109:18 | titled 74:7 | 217:11,17 | 186:12 190:24 |
| 172:13 | Thursday 1:14 | TLV 80:5 | toxicological | 192:1,6 193:24 |
| thinking 55:10 | tie-in 238:14 | TLVs 82:3 | 60:23 61:2 | 194:5 195:19 |
| 92:13 186:4 | tied 36:20 116:2 | today 12:22 | track 62:20,22 | 196:24 198:25 |
| thinks 145:10 | 135:23 153:7 | 15:13 27:1 | 224:14 | 199:1 200:6,6 |
| third 66:10,17 | 159:17 168:4 | 50:25 51:1 | train 53:3 62:24 | 200:24 202:20 |
| 89:17 143:6 | till 51:20,25 | 58:22 73:10 | training 16:23 | 203:1,5,10,22 |
| 179:18 195:2 | 52:16 | 81:6 82:17 | 16:25 17:3,15 | 208:5 210:23 |
| 219:3,9 223:5 | Tim 118:20 | 111:2,5 113:17 | 24:2 | 210:24 216:16 |
| 224:11,11 | 122:23 | 126:17 128:13 | transcript 203:3 | 216:17,20 |
| 231:12 | time 1:15 4:16 | 128:24,24 | 241:10,11 | 217:4,5,11,14 |
| Thomas 2:24 | 17:9,13 21:5 | 129:4,5 173:4 | 242:11 | 218:11 224:8 |
| 4:21 | 32:23 49:13 | 173:23 175:21 | transfer 90:4 | 241:14 242:13 |
| thorough 60:24 | 55:11 65:7,12 | 238:19 | transition 49:18 | trusted 140:3,13 |
| 61:2 | 67:18 69:2 | today's 4:15 | transparency | truth 216:19 |
| thoroughly 68:5 | 74:17 79:8 | 112:25 | 29:18 79:14 | truthful 161:3,4 |

Stephen E. Petty, P.E., C.I.H., C.S.P.
July 11, 2019

Page 280

189:2 197:17
209:22
**try** 41:17 43:19
54:4 139:16
188:7,8 189:3
189:4 210:17
228:7
**trying** 9:4,6
13:12,21 25:20
31:18 33:14
35:14 37:22
39:16 50:13
55:3,4,6 63:22
82:14 87:16
96:8,8,17
97:22 98:20
99:15,18 100:8
101:18 105:6,7
105:13 106:8,9
106:22 107:1
107:12 112:4
112:17 119:25
123:15 142:15
145:3 146:7
148:8,11,14
150:10 158:25
159:14,22,22
162:19 164:16
165:8,13
166:25 169:4
169:22,22
172:1 183:6,18
184:17 185:11
187:20 188:3
190:20 191:1,3
191:22 194:18
195:23 198:8
207:16,17
224:14 230:4
236:10
**turn** 7:24
**turned** 44:13
78:8,9 177:9
**turns** 22:24

**twice** 46:1
**two** 17:17 21:15
27:20 38:24
39:2 86:20
89:6 95:8,9
105:19 107:14
130:3 147:19
150:2 168:11
168:16,18
169:16,19
170:2,5 177:24
177:24 192:11
210:14
**two-fold** 107:19
**type** 23:23 160:1
240:25
**types** 90:7 149:2
**typically** 12:6
40:13 42:14
**typing** 231:17

———————
**U**
**U.S** 20:3 54:19
78:24 107:24
126:18 127:23
234:1,7
**Uh-huh** 220:22
**ultimate** 68:16
85:9 92:21
108:1
**ultimately** 11:23
21:14 53:20
85:7 92:10,11
96:10 107:13
108:1 148:2,24
150:19,21
202:3
**UMass** 12:10
**umbrella** 188:24
214:25
**unacceptable**
125:14,18,22
127:25 132:11
132:18

**uncertain** 40:3
**Uncles** 74:22
**underlined**
40:14 93:18,23
96:22 97:4
**understand** 9:6
10:15,16 11:1
14:2 25:4,5
42:2 43:12,15
43:25 45:22
48:6 49:11
55:15,18,20
56:8,10 62:3,3
62:7 63:14
83:7 84:21
87:16 88:6
92:23 94:24
95:12 96:9,11
97:22 104:23
105:9 116:25
117:1 119:17
120:7 130:10
130:13 132:22
133:10 137:20
148:8 149:11
150:4,24 159:1
163:20 179:9
180:25 183:18
187:7 195:24
199:9,12 210:2
211:19 214:2
223:12 225:12
227:7,9
**understandable**
29:20 56:5
**understanding**
29:22 92:24
98:16 121:5
209:5 242:16
**understands**
180:5
**understood**
42:24 44:2
144:12 147:20

180:3 207:21
210:2 211:18
238:18
**undertake** 60:9
**undertook** 57:17
**unfavorable**
212:2
**United** 8:20 58:4
58:14 91:7
97:12 115:11
234:24
**universally**
203:20
**University**
233:22
**unlawful** 152:2
**unquote** 76:12
201:5
**unreasonable**
91:11,19
**unresponsive**
181:20
**unsolved** 114:21
**update** 81:14
157:24 158:3,8
**updated** 80:20
157:22
**updates** 39:1
81:19,20
**updating** 157:8
**upheld** 109:3
117:24 127:17
**uphold** 60:15
109:6 113:8
116:24 148:15
**Upshaw** 2:16 3:4
4:12 5:4,4,20
13:19 26:3
27:4,8 31:1,6,9
31:17,19,25
32:3,6,10,14
32:17,24 35:4
35:16,23 36:6
43:2,6,8,12,14

46:18 48:19
62:19,23 63:1
64:18,24 65:2
65:13 71:7,14
75:17 76:2
82:24 83:2,7
83:11,16 86:22
86:25 94:7,11
101:16 104:8
104:10,14,18
104:22 106:11
107:8,10
109:16,18
110:11 111:12
111:16,25
114:25 115:3
116:16 117:8
117:10,15
122:16,19
123:1,4,8
124:9,12,13
126:23 127:6
129:1,6,12,15
129:17,22
130:7,9,14,17
131:4 132:2,21
137:5,19
138:10,13,14
138:24 139:4
140:18 141:1
145:9,18
147:23 148:7
163:18 164:2
168:14,15
176:1,6 178:21
182:15,24
186:2,16,19
201:14,23
205:18,24
206:5,8 211:12
211:17 226:17
226:25 227:7
227:12 228:12
228:13 229:7

Stephen E. Petty, P.E., C.I.H., C.S.P.
July 11, 2019

237:20,25
238:18,24
239:1,4,6
**usage** 221:19
**use** 36:15,25
38:22 50:4
56:18 57:13,13
59:10 60:12
61:10 65:23
68:8 75:13,21
77:18 78:2
83:3 85:22
86:1 89:2 91:6
91:10,19 93:19
94:22 95:7,17
97:12 111:8
113:18 119:7
120:11 123:15
125:4,8,23
126:7 131:11
135:14,16
138:25 141:20
142:10,11
143:9 149:7,8
153:23 161:13
161:14 162:21
162:21 170:20
171:4 176:24
188:24 204:4
206:2 219:10
219:13,15
221:1,9,15,16
221:19 222:23
222:25 224:13
225:20 231:14
233:4,4,12,13
233:19 234:19
235:10 237:1
**user** 55:25 76:14
95:16 118:11
163:1,5 170:19
179:25 180:10
181:4 203:14
204:2,11

219:14 232:13
233:19 235:5,7
236:9,25
**users** 7:3,19,22
11:15 47:3
54:2,24 85:8
88:15 118:3,6
170:17 189:3
197:19 200:2,3
209:23 210:1
212:9 222:12
222:16 223:20
**uses** 13:4 61:9
81:22 91:22
138:8 141:19
142:21 163:8
177:6
**utility** 235:6
**utilize** 171:17

_____

**V**

**validation** 51:21
**value** 80:7,8
136:10 195:3,7
196:6,7,9,13
196:14
**values** 82:3,4,5
**variety** 172:15
234:5
**various** 21:3
53:10 91:22
190:22 191:11
**vast** 146:3
**verbal** 152:24
167:23
**vermiculite** 23:3
**verse** 149:21
**version** 77:12
78:17 82:9
**versions** 12:24
13:4 39:3
**versus** 4:17 24:8
47:14 122:9
177:3,8

**vetted** 172:16,24
173:5,10
**viable** 73:23
**vicinity** 57:13
**video** 32:22 65:7
65:10,11
130:19,25
131:1 182:16
182:20,21
239:9
**Videographer**
2:24 4:14
32:19,22 65:6
65:10 130:19
130:25 182:16
182:20 239:8
**videotaped** 1:9
4:14 241:8
**view** 28:13 34:19
147:13 168:5
170:18 214:5
219:18
**viewed** 83:22
194:24
**views** 35:7 112:3
**VII** 225:18
**violate** 113:13
113:18 160:12
160:14,20
226:23 227:2,4
228:8
**violated** 113:15
113:24 114:2
126:8 127:12
127:16 183:17
**violates** 151:3
**violating** 94:17
95:16
**violation** 93:19
94:4,19,22
95:1,10 110:19
110:21,25
111:3 113:8
131:12 133:4

**violations**
110:17 112:20
144:10 227:4
228:16
**visual** 57:1,10
**vital** 134:10
**volatile** 235:10
**Volume** 1:11
3:13 241:9
**voluntary**
115:23
**vs** 1:5 242:4

_____

**W**

**wait** 10:8 51:20
51:25 52:16
94:7 143:25
206:7
**waiting** 132:23
132:23 133:8,8
**waivers** 32:2,4
**walk** 235:19,21
**walking** 235:22
**Walter** 1:3 4:17
242:3
**want** 4:10 6:15
10:13,14 13:18
19:15,16 40:15
41:25 42:24
46:24 48:6
58:22 64:14,14
68:23 85:10
88:4,6 98:21
98:24 100:5
104:23 105:8
111:19 113:18
116:25 117:13
123:4 127:17
129:25 130:12
137:23 139:16
140:9 141:25
145:5 149:8,11
149:13,15,20
149:24 151:4

159:11 161:12
165:2 170:14
178:18 179:4
183:10 186:5
186:22,23
187:1,5 188:14
189:24 193:15
193:20 203:3
205:17 206:2
207:19 209:14
211:15 214:18
215:6 219:20
221:6 222:19
227:9 236:14
236:16 237:14
**wanted** 12:10
23:12 50:12
107:15 133:7
144:12 179:7
180:3 201:20
**wants** 186:17
**warn** 53:3
**warned** 22:5
**warning** 17:19
54:1,24 55:16
56:6 170:17
179:9 180:25
233:12
**warnings** 6:23
7:3,18,20 8:14
9:12 10:4 11:1
11:7 12:7,18
13:22 14:2,15
14:24 16:21,24
17:3,9,18,23
18:3,6,9,17,25
19:1,4,14,17
20:5,11,21,22
21:19 22:11,20
23:23 27:13,14
36:17,18 37:10
40:24 41:10
46:5 47:2,11
51:13 53:1

Stephen E. Petty, P.E., C.I.H., C.S.P.
July 11, 2019

| | | | | |
|---|---|---|---|---|
| 54:4 56:5 | 203:5 208:6 | 193:25 194:1 | 20:21 | 101:15 104:19 |
| 60:17 73:5 | 213:8 214:11 | 197:3 208:24 | **wellbeing** 220:9 | 106:12,17,23 |
| 77:14 85:6 | 218:1,12,22 | 214:24 218:20 | 220:14 | 109:17,21 |
| 90:11 91:14 | 221:12 224:8 | 231:25 238:2 | **went** 23:18 34:5 | 111:15,22 |
| 100:13,23 | 228:9 | 239:10 | 34:6 44:16 | 116:15 117:12 |
| 103:6 108:25 | **ways** 24:5 51:13 | **we've** 6:7 30:21 | 52:7,10 53:13 | 123:5,7 128:8 |
| 109:1 110:3 | **we'll** 7:11 20:10 | 31:20 32:14 | 65:4,19 75:18 | 132:1 137:18 |
| 111:10,24 | 27:4,6 31:17 | 37:23,24,25 | 97:5 102:22 | 140:19 145:12 |
| 150:12,20 | 52:18 98:10 | 47:23 48:1 | 114:4 120:2 | 145:13 148:2 |
| 155:15 162:19 | 103:20 107:8 | 53:3 55:24 | 124:18 135:17 | 151:1,5 164:1 |
| 170:16 181:4,7 | 165:24 188:6,7 | 56:15 62:18 | 142:13 161:1,9 | 185:20 186:18 |
| 183:9 197:14 | 188:8 189:3,4 | 74:16 80:2 | 164:18 168:22 | 201:15 205:11 |
| 197:18,23 | 192:12 207:9 | 90:12 96:14,15 | 169:2,6 180:4 | 206:6 228:25 |
| 212:8 221:10 | 209:4 238:25 | 96:18 103:21 | 202:9,14 | 237:23 |
| 230:25 231:12 | **we're** 6:19 22:24 | 130:16 137:24 | 207:14 228:10 | **wonderful** |
| **warranty** 196:21 | 22:25 26:21 | 139:21 141:6 | 230:1 | 210:15 233:21 |
| **wasn't** 13:14 | 27:6 29:2,2 | 151:2 152:12 | **weren't** 22:4,4,5 | **word** 44:2 61:10 |
| 15:10 23:15 | 30:3 32:19,22 | 158:23 159:5 | 63:2 133:7 | 68:7 113:18 |
| 42:19 62:14,16 | 37:20 40:1,5,8 | 159:18,20,24 | 174:4 | 119:7 125:4,8 |
| 63:3 64:18 | 51:18 52:18 | 160:19 165:24 | **West** 1:16 | 126:9 131:12 |
| 89:10 94:4 | 64:12 65:8,10 | 167:19 168:16 | **wetted** 235:25 | 131:17,17,19 |
| 133:8 135:21 | 75:5 83:9 | 183:1,3 184:4 | **whoever's** | 132:10,24 |
| 135:24 157:10 | 86:16 89:10 | 185:21 187:4 | 176:18 | 135:16,21,24 |
| 174:3 186:11 | 95:12 105:9 | 188:10 189:13 | **why'd** 74:11 | 137:3 138:8,21 |
| 202:11 236:1 | 106:3 107:12 | 189:23 202:25 | **wind** 99:16 | 142:19 145:14 |
| 236:15 | 109:14 119:25 | 205:5 206:22 | 211:14 233:17 | 154:6 155:1 |
| **water** 52:12 | 126:6 127:13 | 210:17 211:1 | 233:20,22 | 156:3 160:10 |
| 86:16 87:6 | 128:6 130:7,20 | 214:13,18 | 234:3,4,5,8,9 | 162:2,6,11,12 |
| **wave** 168:14 | 130:25 131:7 | 215:3,19 222:2 | 234:13,23,23 | 162:14,23 |
| **way** 9:3 11:9 | 131:11 132:22 | 222:4 225:18 | 235:2,19,20 | 179:18 186:11 |
| 15:17 19:22 | 138:10 139:12 | 232:2 | 236:4,6,11 | 198:22 211:22 |
| 20:2 27:6,7 | 150:11 151:17 | **wear** 82:10,17 | **wind's** 234:2 | **words** 27:20 |
| 31:1 35:24 | 153:22 158:17 | 235:7 | **Winston** 1:23 2:3 | 35:5 43:25 |
| 36:10 48:1 | 158:20 165:20 | **web** 36:9 38:14 | 4:17 5:9,12 | 44:1,13 86:21 |
| 51:14 87:24 | 166:10 169:8 | 39:11,12 | 242:3 | 95:3,5 98:23 |
| 92:19 96:2 | 171:7 175:14 | 107:21 | **wish** 13:25 | 100:18,25 |
| 99:13 103:13 | 175:14 176:17 | **website** 40:4 | **witness** 1:23 3:3 | 133:2 143:3 |
| 103:16 105:8 | 176:18 177:4 | **week** 17:5,8 | 5:15 25:25 | 144:20 145:7,7 |
| 106:10 109:4 | 178:19 182:17 | 216:12 | 31:7 32:12 | 145:15,16 |
| 110:6 113:25 | 182:20,25 | **weird** 23:2 | 35:18,21,25 | 150:14 151:20 |
| 149:5,12 | 183:2,15 | **Weitz** 2:4,10 5:9 | 36:2 48:17 | 154:10 157:23 |
| 150:21 154:8 | 185:12,13,22 | **well-recognized** | 62:25 65:4 | 162:20 173:19 |
| 156:11 180:4 | 186:4 188:12 | 61:5 | 71:11 75:18 | 177:18 187:15 |
| 191:7 199:20 | 192:15,22 | **well-versed** | 82:23,25 83:14 | 194:2 206:25 |

Stephen E. Petty, P.E., C.I.H., C.S.P.
July 11, 2019

215:15 216:3,7
217:8 218:15
218:16 232:10
**work** 12:11 13:5
16:5 20:24
21:5,8,18,18
45:20 64:5
82:17 88:21,25
90:23 133:17
143:13 144:14
144:14 145:1
175:2,8 176:10
176:13 215:18
219:2 232:25
**work's** 172:18
**worked** 15:21
54:18 82:16
175:1
**worker** 170:19
232:14
**workers** 7:3
12:14 51:14
53:4 72:16
73:8,10 85:24
220:10
**working** 4:7
8:24 21:2,3
31:1,2 143:8
143:12,16,21
145:1,15
180:11
**workplace** 81:2
**works** 24:3
189:19 190:9
191:12 197:11
**world** 23:7
58:10 70:23
83:19 84:2,15
199:19 200:4
**worries** 141:18
**worst-case**
234:19 235:9
**worst-use**
234:15

**worth** 99:2
**wouldn't** 14:3
42:18 44:22
84:4,11,13,15
110:25 115:24
150:6 162:5
164:1 165:5
198:25 199:21
213:21 223:4
**wrap** 159:22
190:20 192:23
**wrap-up** 159:1
**write** 8:17 68:20
**writes** 55:12
166:20 170:10
180:23
**writing** 55:8,8
70:19 95:9
126:14
**written** 16:4
45:8 58:3
60:21 69:22
71:1 90:19
95:13 98:22
112:10 166:4
167:7 217:22
**wrong** 16:13
31:1 132:15
138:2 145:23
146:13
**wrote** 54:14
114:19 178:25
217:21,25

---

**X**

**X** 163:24,24,24
240:24

---

**Y**

**yeah** 4:13 13:8
17:17 24:12
30:1 31:14
32:5,6,10
35:16,18 37:2
41:8 43:21

50:25 63:9
65:24 73:7,14
81:5 82:15
91:25 94:14
97:1 98:2
100:19 102:11
105:13 112:1
114:10,23,25
116:8,9 120:10
121:15 122:18
131:15 133:10
135:10 144:9
158:18,23
159:19 165:19
177:7 183:24
185:1 188:3,24
196:2 205:24
207:13 214:13
219:12 225:9
226:4,17 232:1
232:1,1 237:20
238:22
**year** 23:4
**years** 11:6 23:13
24:12 80:9,11
92:14
**yep** 93:22 128:3
202:1
**yesterday** 4:2
5:23 61:15
63:21 65:5
109:23 206:11
209:16
**York** 2:10,11,11
119:12 125:25
126:5,13,13,17
127:1

---

**Z**

**zero** 142:7

---

**0**

**01231265** 4:5
**08002** 2:6
**099111** 240:17

---

**1**

**1** 3:12 65:7 80:7
107:6 120:2
152:15 169:11
169:12,13
176:16 206:13
**1:57** 130:22
**10** 71:10 92:13
129:11 152:22
234:10
**10:10** 32:20
**10:12** 32:23
**10:58** 65:7,9
**100** 16:4,13,15
18:5 80:5,9
235:12
**100-year** 50:21
67:19 70:19
**10003** 2:11
**11** 1:14 36:11
57:19 71:10
240:11
**11:10** 65:9,12
**110** 112:7
151:14 166:1
228:17 238:6
**111** 151:14,19
238:2
**112** 151:14
152:10 167:20
207:13,21
**113** 228:25
230:17,20
**117** 133:16
**118** 133:17
**11th** 4:16
**12** 108:7 126:20
127:23 131:21
132:17 139:6
147:12 149:8
149:12,18,20
149:22 159:25
160:12 207:12
**12(a)(1)(b)**

152:23
**12(a)(1)(E)**
152:1
**12:49** 130:20,22
**120** 235:12
**1200** 156:6
**12268** 242:2
**128** 129:10
**129** 14:16 19:23
**129.1** 13:3 78:16
**13** 64:23
**130** 230:17
**1357** 131:3
**14** 204:15
**140** 133:14
**141** 133:14,16
136:17
**149** 133:16
**15,000** 20:23
**152.166** 99:25
**1520** 182:17
**1535** 182:23
**154** 37:2 56:21
56:22 58:3
**155** 36:14 56:23
57:20
**156** 36:14 56:23
57:24
**156.10(a)(5)**
152:4
**15th** 240:13
241:20
**16** 3:12 4:2
104:5
**16th** 4:4
**17** 169:14
176:20 177:5
**170** 94:5,19
**1703** 239:10
**172** 37:4
**176** 190:21
191:6
**17th** 183:25
**18** 38:10 64:23

---

Stephen E. Petty, P.E., C.I.H., C.S.P.
July 11, 2019

102:4,10,15
103:18 104:1,6
104:7,8 105:10
107:5
**180** 145:14
**1800s** 52:3
**181** 190:23,23
191:2,25
**1822-CC0515**
1:5 4:19
**183** 118:12
119:1 120:3
131:8 134:25
141:17 143:23
144:6,7,25
145:7 169:7
176:17 183:1
183:14,15
185:21 198:11
**184** 141:14,15
144:8,25 145:7
145:15 158:17
158:20 183:13
184:23 185:24
**185** 158:17
**186** 109:22
116:11,12
189:16
**19** 134:4
**19-** 114:8
**19-teens** 60:8
**1900s** 11:9 12:3
12:17
**1910** 101:4
102:7
**1912** 116:3
**1914** 114:19
**1930** 102:1
**1938** 60:21 61:5
171:6
**1940s** 76:18
**1944** 12:20,24
76:9 80:5
**1946** 172:4

**1946-1947** 66:11
66:21
**1946-47** 70:5
71:22
**1947** 172:4
**1948** 53:25
54:17
**1950s** 49:13
**1955** 54:11
**196-S** 133:16
**1961** 74:21
**1969** 27:20,22,24
77:4,23 82:9
**197-U** 122:18,24
123:10 137:14
137:25 143:24
143:24 225:17
**1970** 12:24,25
14:13 97:21
98:4 109:9
**1970s** 79:15
**1971** 97:17,20
**1972** 60:5 67:1
67:19 71:1
**1974** 174:1
232:8
**1975** 105:24
**1979** 76:25
85:17
**198** 30:17,19
31:3 33:2
**198-F** 33:2
**1980s** 80:6,8
**1983** 78:5,14
215:21
**1986** 215:21
**1988** 82:8
105:25
**1989** 27:17,21,23
28:1
**199** 48:4 53:25
54:9 170:13
**1994** 81:15

---
**2**
---
**2** 65:11 129:10
130:20 141:24
142:3,11,18,21
142:23 143:19
146:6,19,23,25
147:2 169:11
169:12,14
177:3,8 181:8
184:20,22
186:1 194:8
230:20
**2(p)** 112:9
**2(p)(2)** 166:4
**2(q)(1)(a)**
151:22
**20** 23:13 24:12
234:11 242:19
**200** 1:17 5:1
26:2,4 55:13
60:5 80:10
180:19,21
**2000-** 210:4
**2001** 192:14
**2002** 118:25
189:25
**2003** 37:2 38:22
39:2,4,6,17
56:19 58:2,4
**2004** 83:20
**2005** 210:4,11
214:20 215:9
219:4 223:23
**2009** 4:2,4
**201** 60:25 65:20
66:1,8,15
171:1 179:17
181:22,23
**2012** 31:16,22,23
31:24 33:9
90:19
**2013** 39:2,8,20
39:23 192:8
**2014** 40:8

133:19 134:4
**2015** 40:18
81:17 156:19
169:14 176:20
**2018** 30:13
33:11
**2019** 1:14 4:16
240:10,11,13
241:20
**2021** 240:17
**203** 88:2 179:6
**204** 74:20 179:8
**205** 76:22 77:4
**206** 85:10
**207** 85:10,19
86:8,12 178:6
**208** 88:14 89:1
177:2,14,14
**209** 88:14 89:14
**210** 2:6
**211** 7:24 8:1,5,7
8:11 31:8
33:19 34:2,9
48:2 161:19
**212** 2:12 31:8
33:19 41:19
**213** 8:8 34:10
38:1,7,8,11
190:25 192:5,7
192:7,11,13
**214** 37:13,14,17
38:7,12 190:25
192:9
**215** 35:17 36:8
37:13,14 38:2
39:7,13,19
190:25 192:5
192:11,13
**220** 2:5
**229** 142:17,18
143:22 144:3,8
144:25 145:16
**240** 3:5
**241** 3:6 103:25

104:13 105:12
**242** 27:23
**255** 192:16
**27** 31:25 32:6,7
**274** 106:5
**276** 229:13,16
**277** 229:17,20
**278** 229:20
**279** 229:18
**28** 32:5
**28279** 102:4
**28th** 32:8
**29** 156:6
**2A** 142:3,5,12,21
142:23,25
143:2,7,10,12
143:16 146:7
146:18,24
147:3,4,7
177:3,8,22
178:13 181:9
181:10 185:1
186:1
**2B** 142:4,4,6,12
142:22,23
143:11,12
146:7,18,25
147:3,5,7
177:4,8,22
178:13 181:9
186:1
**2nd** 2:18
**2s** 39:9

---
**3**
---
**3** 131:2 169:2,6
182:17 186:9
186:21
**3/11/69** 77:10
**3/13/74** 230:14
**3:20** 182:19
**3:35** 182:19
**30** 80:11 104:1,6
104:7 107:5

Stephen E. Petty, P.E., C.I.H., C.S.P.
July 11, 2019

Page 285

**30-year-old**
  80:13
**305** 2:19
**30s** 53:12
**311** 77:3
**33131** 2:19
**333** 2:18
**33309** 1:17
**347-6540** 2:19

**4**
**4** 182:22 183:16
  184:9 186:5
  189:8 208:4
  239:10
**40** 80:9 130:16
  152:4
**40-year-old** 81:3
**400** 14:18
**40s** 21:1 53:13
**443** 107:25
**445** 136:2 139:8
  154:7 194:12
  203:5 208:4
  224:6,15
**446** 125:12,19
  139:25 193:22
  194:1 208:9
  224:16,21
**447** 125:10,11
  131:25 132:1,3
**4500** 2:18
**46** 71:2 171:20
  172:1
**47** 71:2 171:21
  172:1

**5**
**5** 3:4 12:24 80:6
  85:2 157:17,18
  198:10,11
  219:23
**5,000** 152:13
  208:15
**5.4** 220:1

**5:00** 237:18
**5:03** 1:15 239:12
**50** 142:6
**500-page** 87:12
**507** 107:6
**50s** 49:15 50:5
**55** 170:10 179:1
**558-5500** 2:12

**6**
**6** 90:17 104:15
  104:24 106:7
  106:16,17
  176:9 233:7
**6.2** 100:20
  101:11
**6.2.1** 101:1,11
**6.2.2** 101:2,13
**63** 64:23
**65** 4:25
**6750** 1:16 4:25

**7**
**7** 6:13,14,20
  7:10,25 33:11
  36:23 46:20
  48:3 60:25
  83:6 86:12
  88:14 104:20
  104:25 105:11
  106:1,6,7
  108:12,14,14
  108:15,21
  109:10,15,15
  109:17 110:19
  110:24 111:15
  112:7,18,24
  117:2,4,14,17
  117:20 119:21
  119:22 120:3
  131:9,22
  135:22 142:19
  191:25 192:16
  209:15 210:5
  226:1 227:17

227:23 228:14
  228:17,18
  232:21
**7-1** 228:25 230:6
  230:10,13,13
  231:2
**7-2** 230:10 231:3
  231:24
**7-36** 109:22
  116:7 206:18
**70** 71:10
**70-** 56:16
**700** 2:11
**70s** 80:18 81:7
**71** 97:21
**72** 67:18
**755-1115** 2:7
**78** 92:14

**8**
**8-hour** 80:7
**80** 234:12
**80s** 80:18 81:7
**82** 232:19,20
**83** 14:19
**85** 90:17 219:25
**856** 2:7
**86** 90:18,21
  96:14 215:20
**87** 14:20 91:15
  92:14 96:19
  100:20 101:7,8
  102:7,13
**88** 102:14 106:1
**88-69** 82:8,19
**89** 27:24 99:23
  106:1

**9**
**9** 7:10 109:10,15
  117:2,4,14
  226:2 240:10
  240:17
**9-1** 74:6,7
**9.1** 47:24 48:3

48:10,12,17
  83:18
**9.2** 26:11 47:23
  48:2,2,2
  161:14
**9:29** 1:15
**9:31** 4:16
**90** 102:3,3
**91** 99:24
**92** 78:23
**93** 215:20
**94** 14:20
**96** 101:13,14