# EXHIBIT 24

```
1                SUPERIOR COURT OF CALIFORNIA
2                     COUNTY OF ALAMEDA
3     BEFORE THE HONORABLE WINIFRED Y. SMITH, JUDGE PRESIDING
4                     DEPARTMENT NUMBER 21
5                         ---oOo---
6    COORDINATION PROCEEDING        )
     SPECIAL TITLE (RULE 3.550)     )
7                                   )
     ROUNDUP PRODUCTS CASE          )   JCCP No. 4953
8                                   )
     _____)
9                                   )
     THIS TRANSCRIPT RELATES TO:    )
10                                  )
     Pilliod, et al.                )   Case No.  RG17862702
11        vs.                       )
     Monsanto Company, et al.       )   Pages 1834 - 2073
12   _____)   Volume 13
13
14
15           Reporter's Transcript of Proceedings
16               Wednesday, April 3, 2019
17
18
     Reported by: Lori Stokes, CSR No. 12732, RPR
19               Court Reporter
```

BARS
BAY AREA REPORTING
SOLUTIONS
888.526.8243
www.BayAreaReportingSolutions.com

1834

```
 1     APPEARANCES OF COUNSEL:

 2

 3     For Plaintiffs:

 4          THE MILLER FIRM, LLC
            108 Railroad Avenue
 5          Orange, Virginia  22960
            (540)672-4224
 6          BY:  MICHAEL J. MILLER, ATTORNEY AT LAW
                 mmiller@millerfirmllc.com
 7               SHAYNE HODGE, ATTORNEY AT LAW
                 shodge@millerfirmllc.com
 8

 9          BAUM HEDLUND ARISTEI & GOLDMAN PC
            10940 Wilshire Boulevard, 17th Floor
10          Los Angeles, California 90024
            (310) 207-3233
11          BY:  R. BRENT WISNER, ATTORNEY AT LAW
                 rbwisner@baumhedlundlaw.com
12               PEDRAM ESFANDIARY, ATTORNEY AT LAW
                 pesfandiary@baumhedlundlaw.com
13

14          AUDET & PARTNERS, LLP
            221 Main Street, Suite 1460
15          San Francisco, California  94105
            (415)568-2555
16          BY:  MARK BURTON, ATTORNEY AT LAW
                 mburton@audetlaw.com
17

18

19       (APPEARANCES CONTINUED ON FOLLOWING PAGE)

20

21

22

23

24

25

                                                         1835
```

```
 1      APPEARANCES:  (CONTINUED)

 2      For Defendants:

 3           EVANS FEARS & SCHUTTERT LLP
             2300 W. Sahara Ave, Suite 950
 4           Las Vegas, Nevada  89102
             (702) 805-0290
 5           BY:  KELLY A. EVANS, ATTORNEY AT LAW
                  kevans@efstriallaw.com
 6
             HINSHAW
 7           One California Street, 18th Floor
             San Francisco, California  94111
 8           (415) 362-6000
             BY:  EUGENE BROWN JR., ATTORNEY AT LAW
 9                ebrown@hinshawlaw.com

10           GOLDMAN ISMAIL TOMASELLI BRENNAN & BAUM LLP
             564 West Randolph Street, Suite 400
11           Chicago, Illinois 60661
             (312) 681-6000
12           BY:  TAREK ISMAIL, ATTORNEY AT LAW
                  tismail@goldmanismail.com
13

14

15      (Multiple other counsel present as reflected in the
        minutes.)
16

17

18

19

20

21

22

23

24

25
```

```
1                         I N D E X
2
     Wednesday, April 3, 2019
3
     PLAINTIFFS' WITNESSES                          PAGE VOL.
4
5    Portier, Christopher (Resumed)

6    Direct Examination resumed by Mr. Wisner       1854  13
     Cross-Examination by Mr. Ismail                1882  13
7    Redirect Examination by Mr. Wisner             2064  13
```

1837

1           But that's not what you always have.  You
2     always have human data.
3           Q.   And so in terms of the human data we have in
4     this case, you agree that you cannot make a firm
5     statement that Roundup causes NHL from the epidemiology
6     data alone, true?
7           A.   Correct.  I can't do it from the epidemiology
8     data alone.
9           Q.   Now, you went through with Mr. Wisner -- you
10    had a long discussion of -- let me back up.
11          You agree, sir, that there are scientists who
12    disagree with the views you've offered to the jury in
13    this case?
14          A.   Yes.
15          Q.   And you talked with Mr. Wisner about one group
16    of scientists at the EPA who have concluded differently
17    than what you've given opinions about to this jury,
18    true?
19          A.   That's true.
20          Q.   And you would recognize that there are
21    scientists at regulatory bodies around the world who
22    have assessed the data and have come to conclusions
23    different than yours, true?
24          A.   Well, I would first question the statement
25    "have assessed the data."  But certainly they have

1893