# EXHIBIT 27

1                SUPERIOR COURT OF CALIFORNIA

2                    COUNTY OF ALAMEDA

3     BEFORE THE HONORABLE WINIFRED Y. SMITH, JUDGE PRESIDING

4                   DEPARTMENT NUMBER 21

5                        ---oOo---

6     COORDINATION PROCEEDING          )
      SPECIAL TITLE (RULE 3.550)       )
7                                      )
      ROUNDUP PRODUCTS CASE            )   **JCCP No. 4953**
8                                      )
      _____  )
9                                      )
      THIS TRANSCRIPT RELATES TO:      )
10                                     )
      Pilliod, et al.                  )   **Case No.  RG17862702**
11          vs.                        )
      Monsanto Company, et al.         )   **Pages 3075 - 3301**
12    _____) **Volume 19**

13

14

15           **Reporter's Transcript of Proceedings**

16               Thursday, April 11, 2019

17

18
      Reported by: Kelly L. Shainline, CSR No. 13476, RPR, CRR
19               Lori Stokes, CSR No. 12732, RPR
                 Stenographic Court Reporters
20

21

22                       B A R S

23

24              BAY AREA REPORTING
                    S O L U T I O N S
25
                       888.526.8243
                www.BayAreaReportingSolutions.com
                                                      3075

1        **APPEARANCES OF COUNSEL**:

2

3        For Plaintiffs:

4              THE MILLER FIRM, LLC
               108 Railroad Avenue
5              Orange, Virgina   22960
               (540)672-4224
6              **BY:   MICHAEL J. MILLER, ATTORNEY AT LAW**
                     mmiller@millerfirmllc.com
7

8              BAUM HEDLUND ARISTEI & GOLDMAN PC
               10940 Wilshire Boulevard, 17th Floor
9              Los Angeles, California 90024
               (310) 207-3233
10             **BY:   R. BRENT WISNER, ATTORNEY AT LAW**
                     rbwisner@baumhedlundlaw.com
11                   **PEDRAM ESFANDIARY, ATTORNEY AT LAW**
                     pesfandiary@baumhedlundlaw.com
12

13

14           **(APPEARANCES CONTINUED ON FOLLOWING PAGE)**

15

16

17

18

19

20

21

22

23

24

25

                                                              3076

1              Is the actual stuff that's in this bottle,

2      does that actually contain formaldehyde?

3          A.    Yes.

4          Q.    Okay.  All right.  So what's the other

5      contaminant?

6          A.    The next one in terms of significance is

7      ethylene oxide.

8          Q.    How do you spell that out?

9          A.    E-T-H-Y-L-E-N-E oxide.

10         Q.    What is ethylene oxide, sir?

11         A.    It's a sterilization gas.  It kills every type

12     of biological life on earth.  It is an extremely

13     powerful sterilizing gas.  But it's also extremely

14     mutagenic and a class A human carcinogen.

15             It's also very volatile.  It boils at a

16     subzero boiling point.  So when it's in a solution, it

17     has a tremendous tendency to come out of that solution

18     into what we call the head space of a container.

19             So if I had this zero head space bottle of

20     water, it wouldn't be a problem.  But if I had a little

21     air in the bottle, as one of our jurors has sitting

22     there, that over time that air in the bottle, the

23     ethylene oxide would accumulate in that air space.

24         Q.    So this bottle here has been sealed for a

25     couple of years.  In your opinion -- well, let me back

3131

```
 1    up.
 2              Is this stuff in the Roundup?
 3         A.   Yes.
 4         Q.   And you said it accumulates in the head space.
 5    So this actually has Roundup that's been sitting in here
 6    for a while.  If I were to open up this cap, what would
 7    happen?
 8         A.   There would be ethylene oxide escaping from
 9    that head space.
10              Now I want to point out the ethylene oxide in
11    Roundup presents no harm, no problem when you're out
12    spraying.  It's too dilute.  The only problem is what
13    can accumulate in that head space in the bottle.
14         Q.   So if it's been stored for a while, that's
15    when it becomes dangerous?
16         A.   Yes.
17         Q.   Okay.  All right.  What's the other
18    contaminant?
19         A.   Well, probably in terms of significance,
20    1,4-dioxane.  It's "1 comma 4 hyphen dioxane,"
21    D-I-O-X-A-N-E.
22              And, again, all of these are reactants.
23    They're not in any way deliberately put into the
24    product.  They form when the product is made, in crude
25    form, so it's part of the production process.
```

3132