| | |
|---|---|
| **WILKINSON WALSH + ESKOVITZ LLP** | **ARNOLD & PORTER KAYE SCHOLER** |
| Brian L. Stekloff (*pro hac vice*) | Pamela Yates (CA Bar No. 137440) |
| (bstekloff@wilkinsonwalsh.com) | (Pamela.Yates@arnoldporter.com) |
| Rakesh Kilaru (*pro hac vice*) | 777 South Figueroa St., 44th Floor |
| (rkilaru@wilkinsonwalsh.com) | Los Angeles, CA 90017 |
| 2001 M St. NW | Tel: 213-243-4178 |
| 10th Floor | Fax: 213-243-4199 |
| Washington, DC 20036 | |
| Tel:    202-847-4030 | |
| Fax:   202-847-4005 | |
| | |
| **HOLLINGSWORTH LLP** | **COVINGTON & BURLING LLP** |
| Eric G. Lasker (*pro hac vice*) | Michael X. Imbroscio (*pro hac vice*) |
| (elasker@hollingsworthllp.com) | (mimbroscio@cov.com) |
| 1350 I St. NW | One City Center |
| Washington, DC 20005 | 850 10th St. NW |
| Tel: 202-898-5843 | Washington, DC 20001 |
| Fax: 202-682-1639 | Tel: 202-662-6000 |

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) MDL No. 2741<br>)<br>) Case No. 3:16-md-02741-VC<br>) |
| *Emanuel Giglio v. Monsanto Co.*, 3:16-cv-05658<br>*Matteo Anthony Russo v. Monsanto Co.*, 3:16-cv-06024<br>*Yolanda Mendoza v. Monsanto Co.*, 3:16-cv-06046 | ) **DECLARATION OF BRIAN L.**<br>) **STEKLOFF IN SUPPORT OF**<br>) **MONSANTO'S MOTION TO EXCLUDE**<br>) **TESTIMONY OF WAVE ONE**<br>) **PLAINTIFFS' SPECIFIC CAUSATION**<br>) **EXPERTS DR. CHADI NABHAN, DR.**<br>) **ANDREI SHUSTOV, AND DR. DENNIS**<br>) **WEISENBURGER ON *DAUBERT***<br>) **GROUNDS**<br>) |

I, Brian L. Stekloff, hereby declare as follows:

1. I am a partner at the law firm of Wilkinson Walsh + Eskovitz, LLP, counsel for defendant Monsanto Company ("Monsanto"). I make this declaration in support of Monsanto's Motion To Exclude Testimony of Wave One Plaintiffs' Specific Causation Experts Dr. Chadi Nabhan, Dr. Andrei Shustov, and Dr. Dennis Weisenburger on *Daubert* Grounds. I make this declaration based on my personal knowledge and, if called as a witness, I would and could testify competently to these matters.

2. Annexed hereto as Exhibit 1 is a true and correct copy of the transcript of the deposition of Dr. Chadi Nabhan for the *Russo* case (N.D. Cal. No. 3:16-cv-06024-VC) dated November 1, 2019.

3. Annexed hereto as Exhibit 2 is a true and correct copy of the transcript of the deposition of Dr. Nabhan given for the *Giglio* case (N.D. Cal. No. 3:16-cv-05658-VC) dated August 30, 2019.

4. Annexed hereto as Exhibit 3 is a true and correct copy of the Second Amended Fact Sheet submitted by Plaintiff Yolanda Mendoza for this multi-district litigation (N.D. Cal. No. 16-md-02741-VC) dated March 29, 2019.

5. Annexed hereto as Exhibit 4 is a true and correct copy of the transcript of the deposition of Dr. Andrei Shustov for the *Mendoza* case (N.D. Cal. No. 3:16-cv-06046) dated November 3, 2019.

6. Annexed hereto as Exhibit 5 is a true and correct copy of the transcript of the deposition of Plaintiff Yolanda Mendoza for the *Mendoza* case, dated July 31, 2019.

7. Annexed hereto as Exhibit 6 is a true and correct copy of the transcript of the deposition of Dr. Dennis Weisenburger for the *Russo* case, dated November 4, 2019.

8. Annexed hereto as Exhibit 7 is a true and correct copy of the transcript of the deposition of Dr. Weisenburger taken for the *Giglio* case, dated September 23, 2019.

I hereby declare under penalty of perjury that the facts set forth herein are true and correct.

1  Executed this 26th day of November, 2019.

2

3                                                                 /s/ *Brian L. Stekloff*_____

4
                                                            Brian L. Stekloff (*pro hac vice*)
5                                                           (bstekloff@wilkinsonwalsh.com)
                                                            Rakesh Kilaru (*pro hac vice*)
6                                                           (rkilaru@wilkinsonwalsh.com)
                                                            WILKINSON WALSH + ESKOVITZ LLP
7                                                           2001 M St. NW
                                                            10th Floor
8                                                           Washington, DC 20036
                                                            Tel:    202-847-4030
9                                                           Fax:   202-847-4005

10
                                                            Pamela Yates (CA Bar No. 137440)
11                                                          (Pamela.Yates@arnoldporter.com)
                                                            ARNOLD & PORTER KAYE SCHOLER
12                                                          777 South Figueroa St., 44th Floor
                                                            Los Angeles, CA 90017
13                                                          Tel: 213-243-4178
                                                            Fax: 213-243-4199
14

15                                                          Eric G. Lasker (*pro hac vice*)
                                                            (elasker@hollingsworthllp.com)
16                                                          HOLLINGSWORTH LLP
                                                            1350 I St. NW
17                                                          Washington, DC 20005
                                                            Tel: 202-898-5843
18                                                          Fax: 202-682-1639

19

20                                                          Michael X. Imbroscio (*pro hac vice*)
                                                            (mimbroscio@cov.com)
21                                                          COVINGTON & BURLING LLP
                                                            One City Center
22                                                          850 10th St. NW
                                                            Washington, DC 20001
23                                                          Tel: 202-662-6000

24
                                                            *Attorneys for Defendant*
25                                                          *MONSANTO COMPANY*

26

27

28
                                                    - 3 -
STEKLOFF DECLARATION - MOTION TO EXCLUDE TESTIMONY OF DRS. NABHAN, SHUSTOV, AND WEISENBURGER
3:16-MD-02741-VC & 3:16-cv-05658-VC, 3:16-cv-06024-VC, 3:16-cv-06046-VC

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 26th day of November, 2019, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

                                                      /s/ Brian L. Stekloff