**WILKINSON WALSH + ESKOVITZ LLP**
Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonwalsh.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonwalsh.com)
2001 M St. NW
10th Floor
Washington, DC 20036
Tel:    202-847-4030
Fax:    202-847-4005

**ARNOLD & PORTER KAYE SCHOLER**
Pamela Yates (CA Bar No. 137440)
(Pamela.Yates@arnoldporter.com)
777 South Figueroa St., 44th Floor
Los Angeles, CA 90017
Tel: 213-243-4178
Fax: 213-243-4199

**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
1350 I St. NW
Washington, DC 20005
Tel: 202-898-5843
Fax: 202-682-1639

**COVINGTON & BURLING LLP**
Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
One City Center
850 10th St. NW
Washington, DC 20001
Tel: 202-662-6000

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| *Carriere v. Monsanto Co.*,3:18-cv-05778 | **DECLARATION OF BRIAN L.** |
| *I. Hernandez v. Monsanto Co.*, 3:16-cv-05750 | **STEKLOFF IN SUPPORT OF** |
| *Johansing v. Monsanto Co.*, 3:16-cv-05751 | **MONSANTO'S MOTION TO EXCLUDE** |
| *Sanders et al. v. Monsanto Co.*,3:16-cv-05752 | **TESTIMONY OF SPECIFIC** |
| *Wooten v. Monsanto Co.*, 3:17-cv-00781 | **CAUSATION EXPERTS** |
| *Calderon v. Monsanto Co.*, 3:19-cv-01630 | **CHARALAMBOS ANDREADIS,** |
| *Harris v. Monsanto Co.*, 3:16-cv-003199 | **CLAYTON SMITH, EDWIN ALYEA,** |
| *R. Hernandez v. Monsanto Co.*, 3:16-cv-07364 | **BARRY BOYD, LAUREN PINTER-** |
| *Perkins v. Monsanto Co.*, 3:16-cv-06025 | **BROWN, RON SCHIFF, AND BRENT** |
| *Dickey et al. v. Monsanto Co.*, 3:16-cv-05887 | **STAGGS IN WAVE ONE CASES ON** |
| *Domina v. Monsanto Co.*, 3:16-cv-05887 | ***DAUBERT* GROUNDS** |
| *Janzen v. Monsanto Co.*, 3:19-cv-4103 | |
| *Pollard v. Monsanto Co.*, 3:19-cv-4100 | |
| *Tanner v. Monsanto Co.*, 3:19-cv-04099 | |

I, Brian L. Stekloff, hereby declare as follows:

1.      I am a partner at the law firm of Wilkinson Walsh + Eskovitz, LLP, counsel for defendant Monsanto Company ("Monsanto").  I make this declaration in support of Monsanto's Motion To Exclude Testimony of Wave One Plaintiffs' Specific Causation Experts Dr. Chadi Nabhan, Dr. Andrei Shustov, and Dr. Dennis Weisenburger on *Daubert* Grounds.  I make this declaration based on my personal knowledge and, if called as a witness, I would and could testify competently to these matters.

2.      Annexed hereto as Exhibit 1 is a true and correct copy of the transcript of the deposition of Dr. Donald Barry Boyd taken in the *Perkins* case (N.D. Cal. No. 3:16-cv-06025-VC), dated October 26, 2019.

3.      Annexed hereto as Exhibit 2 is a true and correct copy of the transcript of the deposition of Dr. Edwin Alyea, II, taken for the *Ruben Hernandez* case (N.D. Cal. No. 3:16-cv-07364-VC), dated November 15, 2019.

4.      Annexed hereto as Exhibit 3 is a true and correct copy of the transcript of the deposition of Dr. Lauren Pinter-Brown taken for the *Carriere* case (N.D. Cal. No. 3:18-cv-05778-VC), dated November 18, 2019.

5.      Annexed hereto as Exhibit 4 is a true and correct copy of the transcript of the deposition of Dr. Ron Schiff for the *Harris* case (N.D. Cal. No. 3:16-cv-003199-VC), dated November 12, 2019.

6.      Annexed hereto as Exhibit 5 is a true and correct copy of the transcript of the deposition of Dr. Charlalambos Andreadis for the *Calderon* case (N.D. Cal. No. 3:19-cv-01630-VC), dated November 11, 2019.

7.      Annexed hereto as Exhibit 6 is a true and correct copy of the Expert Report of Dr. Clayton Smith for the *Calderon* case, dated September 30, 2019.

8.      Annexed hereto as Exhibit 7 is a true and correct copy of the transcript of the deposition of Dr. Smith taken for the *Calderon* case, dated November 18, 2019.

9.      Annexed hereto as Exhibit 8 is a true and correct copy of the Expert Report of Dr. Brent Staggs submitted in the *Dickey* case (N.D. Cal. No. 3:19-cv-4102-VC) dated October 8, 2019.

10.      Annexed hereto as Exhibit 9 is a true and correct copy of the transcript of the deposition of Dr. Staggs taken for the *Sanders* case (N.D. Cal. No. 3:16-cv-05752-VC), dated November 7, 2019.

11.      Annexed hereto as Exhibit 10 is a true and correct copy of the First Amended Plaintiff Fact Sheet submitted by Ruben Hernandez in this multidistrict litigation, dated February 1, 2019.

12.      Annexed hereto as Exhibit 11 is a true and correct copy of the Plaintiff Fact Sheet submitted by Goldie Perkins in this multidistrict litigation, dated December 14, 2018.

13.      Annexed hereto as Exhibit 12 is a true and correct copy of the Expert Report of Dr. Barry Boyd submitted in the *Perkins* case, dated October 4, 2019.

14.      Annexed hereto as Exhibit 13 is a true and correct copy of the Second Amended Plaintiff Fact Sheet Peter Johansing submitted in this multidistrict litigation, dated March 5, 2019.

15.      Annexed hereto as Exhibit 14 is a true and correct copy of the Expert Report of Dr. Pinter-Brown submitted in the *Johansing* case (N.D. Cal. No. 3:16-cv-05751-VC), dated October 4, 2019.

16.      Annexed hereto as Exhibit 15 is a true and correct copy of the Expert Report of Dr. Pinter-Brown for the *Wooten* case (N.D. Cal. No. 3:17-cv-00781-VC), dated October 4, 2019.

17.      Annexed hereto as Exhibit 16 is a true and correct copy of excerpts of the transcript of the deposition of Karen Wooten, taken in the *Wooten* case, dated July 24, 2019.

18.      Annexed hereto as Exhibit 17 is a true and correct copy of the transcript of the deposition of Dr. Schiff taken in the *I. Hernandez* case (N.D. Cal. No. 3:16-cv-05750-VC), dated November 12, 2019.

19.     Annexed hereto as Exhibit 18 is a true and correct copy of the First Amended Plaintiff Fact Sheet submitted by Ines Hernandez in this multidistrict litigation, dated April 29, 2019.

20.     Annexed hereto as Exhibit 19 is a true and correct copy of excerpts of the transcript of the deposition of Ines Hernandez taken in the *I. Hernandez* case, dated July 12, 2019.

21.     Annexed hereto as Exhibit 20 is a true and correct copy of the U.S. News & World Report article, "Roundup Weed Killer Has Probable Carcinogen, U.N. Says," by Maria Cheng.

22.     Annexed hereto as Exhibit 21 is a true and correct copy of the Plaintiff Fact Sheet submitted by Robert Dickey in this multidistrict litigation, dated February 15, 2019.

23.     Annexed hereto as Exhibit 22 is a true and correct copy of the transcript of the deposition of Robert Dickey taken in the *Dickey* case, dated July 16, 2019.

24.     Annexed hereto as Exhibit 23 is a true and correct copy of the Plaintiff Fact Sheet submitted by Larry Domina in this multidistrict litigation, dated February 15, 2019.

25.     Annexed hereto as Exhibit 24 is a true and correct copy of excerpts of the transcript of the deposition of Larry Domina taken in the *Domina* case (3:16-cv-05887-VC), dated July 15, 2019.

26.     Annexed hereto as Exhibit 25 is a true and correct copy of the Plaintiff Fact Sheet submitted by Royce Janzen in this multidistrict litigation, dated February 15, 2019.

27.     Annexed hereto as Exhibit 26 is a true and correct copy of the Expert Report of Dr. Staggs submitted in the *Janzen* case (N.D. Cal. No. 3:19-cv-4103-VC), dated October 9, 2019.

28.     Annexed hereto as Exhibit 27 is a true and correct copy of the transcript of the deposition of Dr. Staggs taken in the *Janzen* case, dated November 18, 2019.

29.     Annexed hereto as Exhibit 28 is a true and correct copy of the Plaintiff Fact Sheet submitted by Frank Pollard in this multidistrict litigation, dated February 15, 2019.

- 4 -

30.     Annexed hereto as Exhibit 29 is a true and correct copy of the Expert Report of Dr. Staggs submitted in the *Pollard* case (N.D. Cal. No. 3:19-cv-4100-VC), dated October 9, 2019.

31.     Annexed hereto as Exhibit 30 is a true and correct copy of the Second Amended Plaintiff Fact Sheet submitted by John Sanders in this multidistrict litigation, dated March 29, 2019.

32.     Annexed hereto as Exhibit 31 is a true and correct copy of the Expert Report of Dr. Staggs submitted in the Sanders case, dated October 9, 2019.

33.     Annexed hereto as Exhibit 32 is a true and correct copy of the Second Amended Plaintiff Fact Sheet submitted by Frank Tanner in this multidistrict litigation, dated March 29, 2019.

34.     Annexed hereto as Exhibit 33 is a true and correct copy of the transcript of the deposition of Dr. Staggs taken in the *Tanner* case (N.D. Cal. No. 3:19-cv-04099-VC), dated November 7, 2019.

35.     Annexed hereto as Exhibit 34 is a true and correct copy of the Expert Report of Dr. Staggs submitted in the *Tanner* case, dated October 8, 2019.

36.     Annexed hereto as Exhibit 35 is a true and correct copy of the transcript of the deposition of Dr. Staggs taken in the *Dickey* case, dated November 20, 2019.

37.     Annexed hereto as Exhibit 36 is a true and correct copy of the First Supplemental Expert Report of Dr. Alyea, submitted in the *R. Hernandez* case (N.D. Cal. No. 3:16-cv-07364-VC), dated October 25, 2019.

38.     Annexed hereto as Exhibit 37 is a true and correct copy of the Plaintiff Fact Sheet submitted by Jerald Carriere in this multidistrict litigation, dated November 28, 2018.

39.     Annexed hereto as Exhibit 38 is a true and correct copy of the Expert Report of Dr. Pinter-Brown submitted the *Carriere* case, dated October 4, 2019.

40.     Annexed hereto as Exhibit 39 is a true and correct copy of excerpts of the transcript of the deposition of Jerald Carriere taken in the *Carriere* case, dated July 16, 2019.

41.     Annexed hereto as Exhibit 40 is a true and correct copy of the transcript of the deposition of Dr. Pinter-Brown taken in the *Johansing* case, dated November 15, 2019.

42.     Annexed hereto as Exhibit 41 is a true and correct copy of the Expert Report of Dr. Andreadis submitted in the *Calderon* case, dated October 1, 2019.

43.     Annexed hereto as Exhibit 42 is a true and correct copy of the transcript of the deposition of D. Staggs taken in the *Domina* case, dated November 18, 2019.

44.     Annexed hereto as Exhibit 43 is a true and correct copy of excerpts of the transcript of the deposition of Royce Janzen taken in the *Janzen* case, dated July 17, 2019.

I hereby declare under penalty of perjury that the facts set forth herein are true and correct. Executed this 26th day of November, 2019.

/s/ *Brian L. Stekloff*

Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonwalsh.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonwalsh.com)
WILKINSON WALSH + ESKOVITZ LLP
2001 M St. NW
10th Floor
Washington, DC 20036
Tel:     202-847-4030
Fax:    202-847-4005

Pamela Yates (CA Bar No. 137440)
(Pamela.Yates@arnoldporter.com)
ARNOLD & PORTER KAYE SCHOLER
777 South Figueroa St., 44th Floor
Los Angeles, CA 90017
Tel: 213-243-4178
Fax: 213-243-4199

Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I St. NW
Washington, DC 20005
Tel: 202-898-5843
Fax: 202-682-1639

Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
COVINGTON & BURLING LLP
One City Center
850 10th St. NW
Washington, DC 20001
Tel: 202-662-6000

STEKLOFF DECLARATION - MOTION TO EXCLUDE SPECIFIC CAUSATION EXPERT TESTIMONY IN WAVE ONE CASES
3:16-MD-02741-VC

1

*Attorneys for Defendant*
*MONSANTO COMPANY*

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STEKLOFF DECLARATION - MOTION TO EXCLUDE SPECIFIC CAUSATION EXPERT TESTIMONY IN
WAVE ONE CASES
3:16-MD-02741-VC

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 26th day of November, 2019, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

*/s/ Brian L. Stekloff*

STEKLOFF DECLARATION - MOTION TO EXCLUDE SPECIFIC CAUSATION EXPERT TESTIMONY IN WAVE ONE CASES
3:16-MD-02741-VC