# Exhibit 16

```
 1            UNITED STATES DISTRICT COURT
 2           NORTHERN DISTRICT OF CALIFORNIA
 3
 4   IN RE:  ROUNDUP PRODUCTS  )
     LIABILITY LITIGATION,     ) MDL No. 2741
 5                             )
     _____    )
 6                             ) Case No. MDL No.
     This document relates     ) 3:16-md-02741-VC
 7   to:                       )
                               )
 8   KAREN WOOTEN, HARLEY      )
     WOOTEN III, and TIMOTHY   )
 9   WOOTEN, individually and  )
     on behalf of the Estate   )
10   of HARLEY WOOTEN,         )
     Deceased, v. Monsanto     )
11   Company (3:17-cv-01735)   )
     _____    )
12
13          Video Deposition of KAREN WOOTEN,
14   held at 3400 Market Street, Riverside,
15   California, commencing at 9:11 a.m., on
16   Wednesday, July 24, 2019, reported
17   stenographically by Lisa Moskowitz,
18   California Certified Shorthand Reporter
19   No. 10816, RPR, CRR, Realtime Systems
20   Administrator.
21                    - - -
22           GOLKOW LITIGATION SERVICES
        877.370.3377 ph | 917.591.5672 fax
23              Deps@golkow.com
24
25
```

```
 1        Q.   And you mentioned that he smoked?
 2        A.   Yes.
 3        Q.   And he --
 4        A.   Quit.
 5        Q.   You mentioned that he quit in 2009.
 6   Do you know when he started smoking?
 7        A.   Probably when he was 10 or 11.
 8        Q.   Do you know how many years he had
 9   smoked -- well, strike that.
10             Did he smoke on a daily basis?
11        A.   Yes.
12        Q.   Do you know what product or what
13   brand of cigarettes he smoked?
14        A.   Through the years it was different.
15   From what he started with to he ended up
16   with was totally different, yeah.
17        Q.   Do you recall any of the brands?
18        A.   He had smoked Camels and Marlboros
19   and Lucky Strikes.  And those brown ones
20   that look like little cigars.
21        Q.   Smoked daily?
22        A.   Yes.
23        Q.   How many cigarettes would he smoke
24   in a day?
25        A.   Between a pack and two packs.
```

```
 1                REPORTER'S CERTIFICATE
 2
 3           The undersigned Certified Shorthand
 4   Reporter licensed in the State of California
 5   does hereby certify:
 6           That the foregoing deposition was
 7   taken before me at the time and place
 8   therein set forth, at which time the witness
 9   was duly sworn by me;
10           That the testimony of the witness
11   and all objections made at the time of the
12   examination were recorded stenographically
13   by me and were thereafter transcribed, said
14   transcript being a true copy of my shorthand
15   notes thereof.
16           I further declare that I have no
17   interest in the outcome of the action.
18           In witness whereof, I have
19   subscribed my name this 10th day of August,
20   2019.
21
22
                 _____
23               LISA MOSKOWITZ
                 CSR 10816, RPR, CRR
24               Realtime Systems Administrator
25
```