# Exhibit 43

Royce D. Janzen

```
 1              UNITED STATES DISTRICT COURT
          NORTHERN DISTRICT OF CALIFORNIA
 2
 3   IN RE:  ROUNDUP PRODUCTS ) MDL NO. 2741
     LIABILITY LITIGATION     )
 4                            ) CASE NO. 16-md-02741-VC
     -------------------------)
 5   THIS DOCUMENT RELATES TO )
     ALL ACTIONS              )
 6   Domina, et al., v.       )
     Monsanto Company         ) VIDEOTAPED DEPOSITION
 7   NE/Case No. 3:16-cv-05887) OF ROYCE D. JANZEN
 8
 9           VIDEOTAPED DEPOSITION OF ROYCE D. JANZEN,
10   taken before Cynthia Craig, Registered Professional
11   Reporter and General Notary Public within and for
12   the State of Nebraska, beginning at 8:23 a.m., on
13   July 17, 2019, at Lot 21, 1012 Main Street,
14   Henderson, Nebraska, pursuant to the within
15   stipulations.
16
17
18
19
20
21
22
23
24
25
```

Royce D. Janzen

```
 1      A.    No, just us.
 2      Q.    Okay.  Do you have a CDL?
 3      A.    Yes.
 4      Q.    And do the other gentlemen have CDLs?
 5      A.    Yes.
 6      Q.    Do you do the maintenance work on the
 7   trucks?
 8      A.    Change the oil, yes.
 9      Q.    And have you done that -- how long has
10   Deep Water -- strike that.
11            How long has Deep Water Trucking existed?
12      A.    Give me a second, approximately six years.
13      Q.    So from '13 up to present?
14      A.    Let me think about that just a second.
15   Let's say 2012, roughly that time frame.
16      Q.    Where do you fuel the trucks at?
17      A.    Sometimes out of our tank, sometimes in
18   town.
19      Q.    Do you have a diesel fuel tank?
20      A.    Yes.
21      Q.    Where's it kept at?
22      A.    At the farm shop, 2405.
23      Q.    And then where would you fuel it in town?
24      A.    At the Henderson Coop --
25      Q.    Okay.
```

1  Page 2, there's a chart for industries; do you see

2  that?

3      A.  Uh-huh.

4      Q.  And it indicates you've handled solvents;

5  do you see that?

6      A.  Yeah.

7      Q.  Do you know what solvents you've handled?

8      A.  It would -- it must refer to -- and I

9  guess I filled it out, right?

10          MRS. JANZEN:  Yeah.

11          THE WITNESS:  It must refer to

12  cleaning solvents, and we had a parts tank, but we

13  never used it, I mean, or seldom used it.  So

14  it's -- that would be the -- a parts washer.

15  BY MR. KLEFFNER:

16      Q.  What solvents have you used?

17      A.  I have no idea what that was.  That's --

18  whatever they would -- I don't know what the name

19  was.  We'd go to the co-op, we went to the co-op and

20  picked up solvents for the parts tank, so ...

21      Q.  Okay.  And then you would dump the

22  solvents in the parts tank?

23      A.  Yeah, uh-huh.

24      Q.  Where was the parts tank at?

25      A.  It was in the shop, yeah.

Royce D. Janzen

1                C E R T I F I C A T E
2

STATE OF NEBRASKA    )
3                         ) ss.
COUNTY OF DOUGLAS    )
4

5        I, Cynthia Craig, Registered Professional
6    Reporter and General Notary Public within and for
7    the State of Nebraska, do hereby certify that the
8    foregoing testimony of ROYCE D. JANZEN was taken by
9    me in shorthand and thereafter reduced to
10   typewriting by use of Computer-Aided Transcription,
11   and the preceding two hundred eighty-six (286) pages
12   contain a full, true and correct transcription of
13   all the testimony of said witness, to the best of my
14   ability;
15        That I am not a kin or in any way associated
16   with any of the parties to said cause of action, or
17   their counsel, and that I am not interested in the
18   event thereof.
19        IN WITNESS WHEREOF, I hereunto affix my
20   signature and seal the 30th day of July, 2019.
21
22                              _____
                                CYNTHIA A. CRAIG, RPR
23                              GENERAL NOTARY PUBLIC
24
25   My Commission Expires: