1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**WILKINSON WALSH + ESKOVITZ LLP**
Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonwalsh.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonwalsh.com)
2001 M St. NW
10th Floor
Washington, DC 20036
Tel: 202-847-4030
Fax: 202-847-4005

**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
1350 I St. NW
Washington, DC 20005
Tel: 202-898-5843
Fax: 202-682-1639

**ARNOLD & PORTER KAYE SCHOLER**
Pamela Yates (CA Bar No. 137440)
(Pamela.Yates@arnoldporter.com)
777 South Figueroa St., 44th Floor
Los Angeles, CA 90017
Tel: 213-243-4178
Fax: 213-243-4199

**COVINGTON & BURLING LLP**
Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
One City Center
850 10th St. NW
Washington, DC 20001
Tel: 202-662-6000

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE: ROUNDUP PRODUCTS
LIABILITY LITIGATION

_____

*Carriere v. Monsanto Company*
3:18-cv-05778

_____

) MDL No. 2741
)
) Case No. 3:16-md-02741-VC
)
) **DECLARATION OF BRIAN L.**
) **STEKLOFF IN SUPPORT OF**
) **MONSANTO COMPANY'S MOTION**
) **FOR SUMMARY JUDGMENT BASED**
) **ON FAILURE TO PRODUCE**
) **EVIDENCE OF EXPOSURE**
)

- 1 -

1        I, Brian L. Stekloff, declare and state as follows:

2        1.      I am a partner at the law firm of Wilkinson Walsh + Eskovitz, LLP, counsel for

3    defendant Monsanto Company ("Monsanto").  I make this declaration in support of Monsanto's

4    Motion for Summary Judgment Based on Failure to Produce Evidence of Exposuure.

5        2.      Annexed hereto as Exhibit 1 is a true and correct copy of the relevant portions of

6    Jerald Carriere's July 16, 2019 deposition (including Exhibit 1 thereto) taken in *In Re: Roundup*

7    *Products Liability Litigation*, Northern District of California Case No. 16-md-02741-VC.

8    DATED: November 26, 2019                          Respectfully submitted,

9                                                      /s/ Brian L. Stekloff

10                                                     Brian L. Stekloff (*pro hac vice*)
                                                       (bstekloff@wilkinsonwalsh.com)
11                                                     Rakesh Kilaru (*pro hac vice*)
                                                       (rkilaru@wilkinsonwalsh.com)
12                                                     WILKINSON WALSH + ESKOVITZ LLP
                                                       2001 M St. NW, 10th Floor
13                                                     Washington, DC 20036
                                                       Tel: 202-847-4030
14                                                     Fax: 202-847-4005

15                                                     Pamela Yates (CA Bar No. 137440)
                                                       (Pamela.Yates@arnoldporter.com)
16                                                     ARNOLD & PORTER KAYE SCHOLER
                                                       777 South Figueroa St., 44th Floor
17                                                     Los Angeles, CA 90017
                                                       Tel: 213-243-4178
18                                                     Fax: 213-243-4199

19

20                                                     Eric G. Lasker (*pro hac vice*)
                                                       (elasker@hollingsworthllp.com)
21                                                     HOLLINGSWORTH LLP
                                                       1350 I St. NW
22                                                     Washington, DC 20005
                                                       Tel: 202-898-5843
23                                                     Fax: 202-682-1639

24

25

26

27

28

STEKLOFF DECLARATION - MOTION FOR SUMMARY JUDGMENT BASED ON FAILURE TO PRODUCE EVIDENCE
3:18-CV-05778

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
COVINGTON & BURLING LLP
One City Center
850 10th St. NW
Washington, DC 20001
Tel: 202-662-6000

Attorneys for Defendant

MONSANTO COMPANY

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 26 day of November, 2019, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

/s/ Brian L. Stekloff

STEKLOFF DECLARATION - MOTION FOR SUMMARY JUDGMENT BASED ON FAILURE TO PRODUCE EVIDENCE
3:18-CV-05778