# EXHIBIT 1

Robert L. Dickey

```
 1                UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
 2
 3   IN RE:  ROUNDUP PRODUCTS ) MDL NO. 2741
     LIABILITY LITIGATION     )
 4                            ) CASE NO. 16-md-02741-VC
     -------------------------)
 5   THIS DOCUMENT RELATES TO )
     ALL ACTIONS              )
 6   Domina, et al., v.       )
     Monsanto Company         ) VIDEOTAPED DEPOSITION
 7   NE/Case No. 3:16-cv-05887) OF ROBERT L. DICKEY
 8   -------------------------
 9            VIDEOTAPED DEPOSITION OF ROBERT L. DICKEY,
10   taken before Cynthia Craig, Registered Professional
11   Reporter and General Notary Public within and for
12   the State of Nebraska, beginning at 8:55 a.m., on
13   July 16, 2019, at the Cedar County Courthouse,
14   101 South Broadway, Hartington, Nebraska, pursuant
15   to the within stipulations.
16
17
18
19
20
21
22
23
24
25
```

Robert L. Dickey

```
 1   then I will --
 2       A.   I'm sorry.
 3       Q.   No, no, you don't need to apologize.  It's
 4   just sometimes we have to be reminded, that's all.
 5            All right.  So you -- you -- for tax
 6   purposes over the years, you had kept your receipts
 7   for purchases of herbicides, pesticides,
 8   insecticides, et cetera, for seven years, but since
 9   you -- I just want to make sure I understand
10   correctly, but since you sold the farm in 2003, you
11   don't currently have any invoices for those types of
12   purchases, right?
13       A.   That -- I didn't sell my farm in 2003.  I
14   understood you to say that I sold my farm in 2003.
15   I still have the farm.  I sold my machineries.
16       Q.   Okay.  And the -- maybe I misunderstood.
17   I think you called it a farm sale in 2003, so I --
18       A.   Oh, I'm sorry.
19       Q.   No, no, if that's the way you refer to it,
20   that's fine.  I just need to understand what you're
21   talking about.
22            So tell me what happened in 2- -- you
23   testified earlier that there was a, quote, farm sale
24   in 2003, so why don't you just explain what that
25   means.
```

1   discussed with your attorney and we've received a
2   number of them.
3           A number of the other requests ask for
4   information pertaining to purchases of Roundup? and
5   any other chemicals that were used at the farm.  And
6   my understanding is those documents, any
7   documents--invoices, receipts, et cetera--that
8   relate to chemicals used at the farm or that you've
9   personally used don't exist any longer because of
10  the farm sale in 2003, right?
11      A.  I don't -- I don't buy them today.
12      Q.  Okay.  And do you have -- even if it
13  wasn't used for tax purposes, years ago when you
14  were the one purchasing the chemicals used at the
15  farm, with respect to the operations, did you keep
16  any kind of a spreadsheet or any kind of a
17  handwritten record or anything that would document
18  what you purchased and how much?
19      A.  No.
20      Q.  When you were going through -- well,
21  let's -- to not get ahead of ourselves, you were
22  diagnosed with non-Hodgkin's Lymphoma in 2008,
23  right?
24      A.  Yes.
25      Q.  And was it in December?

```
 1        A.    Yes.
 2        Q.    Okay.  And then you got treated for your
 3   non-Hodgkin's Lymphoma after the diagnosis, right?
 4        A.    Yes.
 5        Q.    During the time that you were going
 6   through your cancer -- or actually I should say your
 7   non-Hodgkin's Lymphoma diagnosis and treatment, did
 8   you keep any type of a diary or a journal or notes,
 9   that type of thing?
10        A.    No.
11        Q.    If you know, did your wife maintain or
12   keep any type of diary or journal or notes with
13   respect to your non-Hodgkin's Lymphoma diagnosis and
14   treatment?
15        A.    No.
16        Q.    Do you have any social media accounts like
17   Facebook, Twitter, Instagram?
18        A.    No.
19        Q.    Does your wife, if you know?
20        A.    Yes.
21        Q.    Okay.  Which face -- or which social media
22   does she have, again if you know?
23        A.    Facebook.
24        Q.    Do you know if she has Instagram or
25   Twitter as well?  If you don't know, you don't need
```

```
 1        A.    Okay.
 2        Q.    I know we talked a little bit about them
 3   but we're going to do that more in depth.
 4              When was the first time that you purchased
 5   Roundup??
 6        A.    Let's say '75, '76.
 7        Q.    What was the name of the Roundup? product
 8   that you purchased, if you remember?
 9        A.    Roundup?.
10        Q.    Can you describe what the package looked
11   like, and I'm talking about in 1975 or 1976?
12        A.    I don't recall what the jug looks like at
13   that point in time.
14        Q.    How big was it?
15        A.    I think it was two and a half.
16        Q.    2-and-a-half-gallon container?
17        A.    Yes, yes.
18        Q.    Of concentrate?
19        A.    Yes.
20        Q.    Do you remember what color it was?
21        A.    As I recall, it was white.  I think it's
22   always been white, as I recall.
23        Q.    Why did you decide to purchase Roundup? in
24   1975?
25        A.    Because of the Monsanto representative,
```

1  the salesperson, gave the spiel about what good
2  Monsanto was, it was safe, it was reasonably used
3  compared to others.  It said that the product was
4  good as far as its weeds, could take care of the
5  grass or broadleaves.
6       Q.   And was that something you heard a
7  Monsanto salesperson say in 1975 or later on?
8       A.   Early on, yeah, because they were out and
9  about to the locals.  And, like, the co-op, we'd
10 have a lunch put together and get as many people to
11 come in, and -- and I remember visiting with
12 Monsanto there, the salesperson.
13      Q.   Any chance you remember that individual's
14 name?
15      A.   No, I can't tell you.
16      Q.   Do you know the names of any of your
17 neighbors or other farmers in town who were there?
18      A.   I don't know.
19      Q.   All right.  What other type of Roundup?
20 branded products have you purchased over the years
21 other than the Roundup? in the 2-and-a-half-gallon
22 container?
23      A.   I never purchased anything bigger than the
24 two and a half because I had just a 400-gallon, and
25 I never ever had a propel big sprayer.  I never had

 1    the big land area that I had to take care of it, so
 2    I -- I just always bought the two and a half gallon.
 3         Q.   And was it always in a white container?
 4         A.   As I recall, yes.
 5         Q.   Do you recall if it was ever a specific
 6    type or a different type of Roundup? branded
 7    product, Roundup?; was there ever something
 8    afterwards, you know, what I mean?  In the name, was
 9    it ever a different name other than just straight
10    Roundup??
11         A.   Well, there were generics.
12         Q.   Okay.
13         A.   Yes.
14         Q.   All right.  So how -- do you remember when
15    you first purchased a generic?
16         A.   I know I have used it, but I don't know
17    the name of it.
18         Q.   Do you know the name --
19         A.   But I'll -- as I looked at the product,
20    the ingredients, it'd be physophate (sic)
21    certain percent, and it would say non-active certain
22    percent until it reached a hundred percent.
23         Q.   Do you remember the names of any of the
24    generics that you purchased?
25         A.   I don't recall.

1      Q.   You don't remember your mom or dad ever
2  telling you, hey, Grandpa so and so or Grandma so
3  and so had some type of cancer?
4      A.   Not that I'm aware of.
5      Q.   All right.  Let's talk about your
6  non-Hodgkin's Lymphoma, and we talked earlier how it
7  was diagnosed in December of '08.  When did you
8  first start experiencing symptoms that ended up
9  being related to your non-Hodgkin's Lymphoma?
10     A.   When I was shaving one morning on my
11 right-hand side of my neck, where I was shaving,
12 well, there was a small bump there, and I never
13 thought anything about it, but after a couple days
14 it got more sensitive.
15          So then I called my local, Dave Felber,
16 told him that I needed to set up an appointment to
17 come and visit with him, and he told me that I
18 needed to go on and get some information from an
19 expert about what's possible in my neck.
20          At first he did took some me antibiotics,
21 maybe tried to get that behind us, and it did help
22 shortly, but then it went back when it was even
23 larger and more sensitive, so I was ready to go and
24 get a biopsy.
25     Q.   Do you know what month that was?

Robert L. Dickey

```
 1        Q.    And it was Dr. Armitage --
 2        A.    Yes.
 3        Q.    -- who treated your non-Hodgkin's
 4   Lymphoma, right?
 5        A.    Yes.
 6        Q.    Okay.  What did he do to treat it?
 7        A.    Chemo.
 8        Q.    Do you know what type of chemotherapy by
 9   chance?
10        A.    I think I had to do it about every three
11   weeks, to go in and take my chemo.
12        Q.    Do you remember when the chemotherapy
13   ended?
14        A.    March.
15        Q.    Of?
16        A.    Of 2009.
17        Q.    And at that point, did Dr. Armitage do a
18   scan of you or someone else do a scan?
19        A.    I think we did.
20        Q.    And what was the result of the scan in
21   March of 2009, if you know?
22        A.    They told me I had to keep coming back.  I
23   don't recall, it was every four months or six months
24   right away, and then got to be half a day and then a
25   year and so forth.  I go annually now.
```

1    Q.    And do you recall how you came to get that
2    pamphlet?
3    A.    I'm not sure.  Just a pamphlet, nothing
4    big.  It's --
5    Q.    Was there anything else before that
6    pamphlet that caused you to believe that your
7    non-Hodgkin's Lymphoma may have been caused by
8    exposure to Roundup??
9    A.    I suspected after 2008.
10   Q.    And what made -- after 2008, why did you
11   suspect that Roundup? may have caused or contributed
12   to your non-Hodgkin's Lymphoma?
13   A.    In magazines, bulletins, information that
14   I received from, as I mentioned earlier,
15   Dr. James Armitage.
16   Q.    Uh-huh.
17   A.    He had information, too, that he shared
18   with me.
19   Q.    About non-Hodgkin's Lymphoma, right?
20   A.    Yes.
21   Q.    And was that while you were going through
22   chemotherapy?
23   A.    Yeah, I went through the chemo.
24   Q.    Right.  And so I guess my question is
25   during the time that you were undergoing your

Robert L. Dickey

```
 1   chemotherapy from December of '08 to March of

 2   2009 --

 3        A.   Yes.

 4        Q.   -- was it about in that time frame when

 5   you began to suspect that Roundup? exposure may have

 6   caused or contributed to your non-Hodgkin's

 7   Lymphoma?

 8        A.   I started to learn more about it because I

 9   didn't know what the future was for sure.  In fact,

10   I have a good friend of mine that passed away.

11        Q.   From non-Hodgkin's Lymphoma?

12        A.   Yeah, with the same thing I had, that

13   Follicular Lymphoma.

14        Q.   What year did he pass away?

15        A.   If I had to guess, about 2012 maybe.

16        Q.   And was it before -- even before 2012 that

17   you began to suspect that Roundup? may have caused

18   or contributed to your non-Hodgkin's Lymphoma?

19        A.   Yes.

20        Q.   Would those suspicions and your

21   investigation have started sometime in 2009?

22        A.   Yes.

23        Q.   Do you recall anything specifically that

24   you haven't talked about already that you read, or

25   anything that you heard that caused you to believe
```

```
 1                    C E R T I F I C A T E
 2

     STATE OF NEBRASKA    )
 3                        ) ss.
     COUNTY OF DOUGLAS    )
 4

 5        I, Cynthia Craig, Registered Professional
 6   Reporter and General Notary Public within and for
 7   the State of Nebraska, do hereby certify that the
 8   foregoing testimony of ROBERT L. DICKEY was taken by
 9   me in shorthand and thereafter reduced to
10   typewriting by use of Computer-Aided Transcription,
11   and the preceding two hundred fifty-seven (257)
12   pages contain a full, true and correct transcription
13   of all the testimony of said witness, to the best of
14   my ability;
15         That I am not a kin or in any way associated
16   with any of the parties to said cause of action, or
17   their counsel, and that I am not interested in the
18   event thereof.
19         IN WITNESS WHEREOF, I hereunto affix my
20   signature and seal the 26th day of July, 2019.
21
22                                  _____
                                    CYNTHIA A. CRAIG, RPR
23                                  GENERAL NOTARY PUBLIC
24
25   My Commission Expires:
```