**WILKINSON WALSH + ESKOVITZ LLP**
Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonwalsh.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonwalsh.com)
2001 M St. NW
10th Floor
Washington, DC 20036
Tel:   202-847-4030
Fax:   202-847-4005

**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
1350 I St. NW
Washington, DC 20005
Tel: 202-898-5843
Fax: 202-682-1639

**ARNOLD & PORTER KAYE SCHOLER**
Pamela Yates (CA Bar No. 137440)
(Pamela.Yates@arnoldporter.com)
777 South Figueroa St., 44th Floor
Los Angeles, CA 90017
Tel: 213-243-4178
Fax: 213-243-4199

**COVINGTON & BURLING LLP**
Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
One City Center
850 10th St. NW
Washington, DC 20001
Tel: 202-662-6000

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC |
| *Janzen v. Monsanto Co.*<br>3:19-cv-04103-VC<br>*Dickey v. Monsanto Co.*<br>3:19-cv-04102-VC<br>*Domina, et al. v. Monsanto Co.*<br>3:19-cv-05887-VC<br>*Pollard v. Monsanto Co.*<br>3:19-cv-04100-VC | **DECLARATION OF BRIAN L. STEKLOFF IN SUPPORT OF MONSANTO'S MOTION TO EXCLUDE THE TESTIMONY OF DR. KEVIN PALKA ON *DAUBERT* GROUNDS** |

- 1 -

STEKLOFF DECLARATION - MOTION TO EXCLUDE TESTIMONY OF DR. PALKA
3:19-cv-04103-VC & 3:19-cv-04102-VC & 3:19-cv-05887-VC & 3:19-cv-04100-VC

1   I, Brian L. Stekloff, hereby declare as follows:

2   1.   I am a partner at the law firm of Wilkinson Walsh + Eskovitz, LLP, counsel for defendant Monsanto Company ("Monsanto"). I make this declaration in support of Monsanto's Motion to Exclude the Testimony of Dr. Kevin Palka on *Daubert* Grounds. I make this declaration based on my personal knowledge and, if called as a witness, I would and could testify competently to these matters.

3   2.   Annexed hereto as Exhibit 1 is a true and correct copy of the Deposition Transcript of Dr. Palka given in the *Pollard* case (N.D. Cal. No. 3:19-cv-04100) dated November 16, 2019.

4   3.   Annexed hereto as Exhibit 2 is a true and correct copy of the Deposition Transcript of Dr. Palka given in the *Dickey* case (N.D. Cal. No. 3:19-cv-04102) dated November 16, 2019.

5   4.   Annexed hereto as Exhibit 3 is a true and correct copy of the Deposition Transcript of Dr. Palka given in the *Domina* case (N.D. Cal. No. 3:19-cv-05887) dated November 16, 2019.

6   5.   Annexed hereto as Exhibit 4 is a true and correct copy of the Deposition Transcript of Dr. Palka given in the *Janzen* case (N.D. Cal. No. 3:19-cv-04103) dated November 15, 2019.

7   6.   Annexed hereto as Exhibit 5 is a true and correct copy of excerpts of the Deposition Transcript of Dr. Weisenburger given in the *Hardeman* case (N.D. Cal. No. 3:16-cv-00525-VC) dated December 20, 2018.

8   7.   Annexed hereto as Exhibit 6 is a true and correct copy of excerpts of the Expert Report of Dr. Nabhan for the *Hardeman* case (N.D. Cal. No. 3:16-cv-00525-VC) dated November 20, 2018.

9   8.   Annexed hereto as Exhibit 7 is a true and correct copy of excerpts of the Deposition Transcript of Royce D. Janzen given in the *Domina* case (N.D. Cal. No. 3:19-cv-05887) dated July 17, 2019.

10  9.   Annexed hereto as Exhibit 8 is a true and correct copy of the Deposition Transcript of Robert L. Dickey given in the *Domina* case (N.D. Cal. No. 3:19-cv-05887) dated July 16, 2019.

10. Annexed hereto as Exhibit 9 is a true and correct copy of Chiu, et al., *Agricultural Pesticide Use, Familial Cancer, and Risk of Non-Hodgkin Lymphoma*, Cancer Epidemiol. Biomarkers Prev. 13(4) at 528 (April 2004).

11. Annexed hereto as Exhibit 10 is a true and correct copy of McDuffie et al., *Non-Hodgkin's Lymphoma and Specific Pesticide Exposures in Men: Cross-Canada Study of pesticides and Health*, 10 Cancer Epidemiol. Biomarkers Prev. 1155 (Nov. 2001).

12. Annexed hereto as Exhibit 11 is a true and correct copy of Nugent et al., *Risk of Second Primary Cancer and Death Following a Diagnosis of Nonmelanoma Skin Cancer*, Cancer Epidemiol. Biomarkers Prev. 14(11) (Nov. 2005).

13. Annexed hereto as Exhibit 12 is a true and correct copy of Wheless et al., *Nonmelanoma Skin Cancer and the Risk of Second Primary Cancers: a Systematic Review*, Cancer Epidemiol. Biomarkers Prev. 19(7) (July 2010).

14. Annexed hereto as Exhibit 13 is a true and correct copy of the Expert Report of Dr. Palka for the *Janzen* case (N.D. Cal. No. 3:19-cv-04103).

15. Annexed hereto as Exhibit 14 is a true and correct copy of the Expert Report of Dr. Palka for the *Pollard* case (N.D. Cal. No. 3:19-cv-04100).

16. Annexed hereto as Exhibit 15 is a true and correct copy of the Expert Report of Dr. Palka for the *Dickey* case (N.D. Cal. No. 3:19-cv-04102).

17. Annexed hereto as Exhibit 16 is a true and correct copy of the Expert Report of Dr. Palka for the *Domina* case (N.D. Cal. No. 3:19-cv-05887).

I hereby declare under penalty of perjury that the facts set forth herein are true and correct.

Executed this 26th day of November 2019.

/s/ *Brian L. Stekloff*

Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonwalsh.com)

1  Rakesh Kilaru (*pro hac vice*)
   (rkilaru@wilkinsonwalsh.com)
2  WILKINSON WALSH + ESKOVITZ LLP
   2001 M St. NW
3  10th Floor
   Washington, DC 20036
4  Tel:   202-847-4030
   Fax:   202-847-4005
5

6  Pamela Yates (CA Bar No. 137440)
   (Pamela.Yates@arnoldporter.com)
7  ARNOLD & PORTER KAYE SCHOLER
   777 South Figueroa St., 44th Floor
8  Los Angeles, CA 90017
   Tel: 213-243-4178
9  Fax: 213-243-4199

10

11  Eric G. Lasker (*pro hac vice*)
   (elasker@hollingsworthllp.com)
12  HOLLINGSWORTH LLP
   1350 I St. NW
13  Washington, DC 20005
   Tel: 202-898-5843
14  Fax: 202-682-1639

15

16  Michael X. Imbroscio (*pro hac vice*)
   (mimbroscio@cov.com)
17  COVINGTON & BURLING LLP
   One City Center
18  850 10th St. NW
   Washington, DC 20001
19  Tel: 202-662-6000

20  *Attorneys for Defendant*
   *MONSANTO COMPANY*

21

22

23

24

25

26

27

28

- 4 -

STEKLOFF DECLARATION - MOTION TO EXCLUDE TESTIMONY OF DR. PALKA
3:19-cv-04103-VC & 3:19-cv-04102-VC & 3:19-cv-05887-VC & 3:19-cv-04100-VC