# EXHIBIT 7

Royce D. Janzen

```
 1               UNITED STATES DISTRICT COURT

          NORTHERN DISTRICT OF CALIFORNIA

 2

 3   IN RE:  ROUNDUP PRODUCTS ) MDL NO. 2741

     LIABILITY LITIGATION     )

 4                            ) CASE NO. 16-md-02741-VC

     ------------------------)

 5   THIS DOCUMENT RELATES TO )

     ALL ACTIONS              )

 6   Domina, et al., v.       )

     Monsanto Company         ) VIDEOTAPED DEPOSITION

 7   NE/Case No. 3:16-cv-05887) OF ROYCE D. JANZEN

 8

 9            VIDEOTAPED DEPOSITION OF ROYCE D. JANZEN,

10   taken before Cynthia Craig, Registered Professional

11   Reporter and General Notary Public within and for

12   the State of Nebraska, beginning at 8:23 a.m., on

13   July 17, 2019, at Lot 21, 1012 Main Street,

14   Henderson, Nebraska, pursuant to the within

15   stipulations.

16

17

18

19

20

21

22

23

24

25
```

Royce D. Janzen

Page 2

1                 A P P E A R A N C E S
2  FOR THE PLAINTIFF:
    MR. DAVID A. DOMINA (#11043)
3  DOMINA LAW GROUP, PC, LLO
    2425 South 144th Street
4  Omaha, Nebraska  68144-3267
    (402)493-4100
5  ddomina@dominalaw.com
6  FOR THE DEFENDANT:
    MR. MICHAEL J. KLEFFNER
7  SHOOK, HARDY & BACON, L.L.P.
    2555 Grand Boulevard
8  Kansas City, Missouri  64108-2613
    (816)474-6550  FAX (816)421-5547
9  mkleffner@shb.com
10 ALSO PRESENT:
    Ms. Kelsey Hakes, Videographer
11 Carol Janzen
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 4

1  EXHIBITS:                          MARKED
2
    Exhibit 13  Complete Family Dermatology ..... 227
3      Records
4  Exhibit 14  CHI Health St. Francis Medical .. 231
        Records
5
    Exhibit 15  EPA Article .................... 246
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 3

1               I N D E X
2  CASE CAPTION ........................... Page   1
    APPEARANCES ........................... Page   2
3  INDEX ................................. Page   3
    STIPULATIONS .......................... Page   5
4  TESTIMONY ............................. Page   6
    CERTIFICATE ........................... Page 287
5
6  DIRECT EXAMINATION
      BY MR. KLEFFNER .................. Page   6
7
    CROSS-EXAMINATION
8      BY MR. DOMINA  ................... Page 263
9  REDIRECT EXAMINATION
      BY MR. KLEFFNER .................. Page 280
10
11
12 EXHIBITS:                          MARKED
13 Exhibit 1  Deposition Notice ................ 14
14 Exhibit 2  Applicator License .............. 15
15 Exhibit 3  Invoices ........................ 16
16 Exhibit 4  Photographs ..................... 16
17 Exhibit 5  Photograph ...................... 27
18 Exhibit 6  Roundup? Exposure Summary ........ 28
19 Exhibit 7  Photographs ..................... 132
20 Exhibit 8  Photographs ..................... 137
21 Exhibit 9  Photographs ..................... 143
22 Exhibit 10  Plaintiff Fact Sheet ............ 195
23 Exhibit 11  Plaintiff Fact Sheet with ....... 198
        Plaintiff Janzen's Signature
24
    Exhibit 12  Medical Records by Providers .... 217
25

Page 5

1      (Whereupon, the following proceedings were had,
2  to-wit:)
3               (The court reporter asked
                 counsel if there were any
4                stipulations for the record.)
5      MR. DOMINA:  The parties stipulate
6  and really essentially acknowledge that this
7  deposition is taken pursuant to the federal rules of
8  civil procedures.  It's a discovery deposition, so
9  objections are all reserved, except form and
10 foundation objections.
11      MR. KLEFFNER:  Good for me.
12      MR. DOMINA:  If there are any defects
13 in notice, they're waived, and we can consent to the
14 deposition.
15      VIDEOGRAPHER:  Today's date is
16 July 17th, 2019.
17      On the record at 8:24 a.m.
18      MR. KLEFFNER:  Mr. Janzen, good
19 morning.
20      THE WITNESS:  Good morning.
21      COURT REPORTER:  Will you raise your
22 right hand.
23      MR. KLEFFNER:  Oh, I'm sorry, I
24 jumped the gun.  I apologize.
25

Royce D. Janzen

---

Page 6

1          ROYCE D. JANZEN,
2        having been first duly sworn,
3      was examined and testified as follows:
4          DIRECT EXAMINATION
5   BY MR. KLEFFNER:
6      Q.  Mr. Janzen, good morning.
7      A.  Good morning.
8      Q.  Would you just, please, state your full
9   name for the record.
10     A.  Royce Dean Janzen.
11     Q.  Thank you, sir.  I introduced myself off
12  the record, but just for the record, my name is
13  Michael Kleffner, and do you understand that I
14  represent Monsanto?
15     A.  Uh-huh.
16     Q.  Is that a yes?
17     A.  Yes.
18     Q.  Thank you.  I know that you probably have
19  gone through with your attorney what's gonna happen
20  here generally today.  Let me do some of that in a
21  repeat fashion, okay, just so we can have an
22  understanding of what's gonna happen.
23         Generally speaking, this is a question and
24  answer format.  I'll be asking questions and you'll
25  be giving answers, okay?

Page 7

1      A.  Okay.
2      Q.  The court reporter here today is taking
3   down everything that we're saying, so with that
4   being the case, it's important that we do a couple
5   of different things.
6         No. 1, let's try to avoid speaking over
7   each other to the extent possible, and what I will
8   do is when you're answering, I'll do my best to wait
9   until you're finished.  Conversely, if you'd wait
10  until I'm finished with my question before you give
11  an answer, that'd be great, okay?
12     A.  Okay.
13     Q.  Generally give that one-second pause, and
14  I'll do the same thing, all right?
15     A.  Okay.
16     Q.  What I also need from you and what we need
17  for the record here today is verbal answers, so if
18  you're able to give a yes or no, that is preferred
19  as compared to a head shrug or an uh-huh, okay?
20     A.  Okay.
21     Q.  So if I correct you at any point on that,
22  I'm not trying to be rude, it's just I'm trying to
23  give you a reminder, and it happens to everybody,
24  okay?
25     A.  Okay.

Page 8

1      Q.  I don't want you to guess at any point in
2   time today, okay?  Don't speculate, don't guess.  If
3   at any time you're unsure of what I'm asking you,
4   please, let -- tell me.  Will you do that?
5      A.  Okay.
6      Q.  Okay.  It's my job to ask clear questions,
7   it's my job to help you understand the question, and
8   I need you to tell me if you don't understand, okay?
9      A.  Okay.
10     Q.  If you give me an answer without saying
11  hold on, I don't get that, it's going to be my
12  assumption that you understood what I'm asking; is
13  that fair?
14     A.  Sure.
15     Q.  Okay.  Like I said, I don't want you to
16  guess, but I think I am entitled to your best
17  estimate or your best recollection, and where that
18  line is, I know that can be fuzzy at times, okay, so
19  if you do have a best estimate, tell me that, okay,
20  but, again, don't -- don't cross over to
21  speculation, make sense?
22     A.  Yeah.
23     Q.  Okay, thank you.  I tend to take breaks
24  about every hour, maybe a little bit sooner than
25  that.  If at any point in time you need a break

Page 9

1   today, you just waive your hand, and I'll be happy
2   to do that, okay?
3      A.  Okay.
4      Q.  Okay, thank you.  Do you understand you're
5   testifying under oath?
6      A.  Yes.
7      Q.  Okay.  And it's under penalty of perjury;
8   do you understand that?
9      A.  Yes.
10     Q.  It's really the same as if you were in
11  front of a judge and jury; do you understand that?
12     A.  Yes.
13     Q.  Okay, thank you.  One of the things I need
14  to know up front if there's anything that would
15  interfere with your ability to testify truthfully,
16  accurately and completely, and sometimes medication
17  may make -- could prompt that.
18         Is there -- are there any medications that
19  you're taking that would prevent you from testifying
20  completely, truthfully and accurately?
21     A.  No.
22     Q.  Okay.  I'm going to ask at some point, so
23  just what medications are you currently on, sir?
24     A.  Vitamins and Metoprolol.
25     Q.  Is that for blood pressure?

Page 10

1   A.  It's for irregular heart.
2   Q.  Okay.  Like an arrhythmia?
3   A.  Sort of.
4   Q.  Okay.  Are those the only two medications,
5   slash, supplements that you're taking?
6   A.  Yes.
7   Q.  Okay, thank you.  No alcohol within the
8   last 24 hours?
9   A.  No.
10  Q.  Okay, thank you.  I have this information,
11  but I just need it for the record, so I apologize if
12  you're saying in your head, hey, I know you know
13  this, but can you give me your date of birth, sir?
14  A.  December 14, 1949.
15  Q.  Okay.  And how old does that make you?
16  A.  Sixty-nine.
17  Q.  Sixty-nine, okay.  And where were you
18  born, sir?
19  A.  York, Nebraska.
20  Q.  Okay.  And did you grow up there?
21  A.  I grew up in Henderson.
22  Q.  Okay.  Which is where we're at today,
23  right?
24  A.  Right.
25  Q.  Did you school in Henderson?

Page 11

1   A.  Yes.
2   Q.  Through high school?
3   A.  Yes.
4   Q.  What high school did you attend?
5   A.  Henderson Community School.
6   Q.  Did you go to school after that?
7   A.  Yes.
8   Q.  Where did you go?
9   A.  I went to Bethel College in North Newton,
10  Kansas, and the University of Nebraska.
11  Q.  And did you obtain a degree?
12  A.  No.
13  Q.  You first were at Bethel; is that right?
14  A.  Uh-huh.
15  Q.  Is that a yes?
16  A.  Yes.
17  Q.  Okay.  How long were you there?
18  A.  One year.
19  Q.  And then you transferred to Nebraska?
20  A.  Yes.
21  Q.  And how long were you at Nebraska?
22  A.  One year.
23  Q.  Any education after the two years of
24  college?
25  A.  No.

Page 12

1   Q.  Do you hold any other degrees or
2   certifications?
3   A.  No.
4   Q.  Okay.  Do you have any medical training?
5   A.  No.
6   Q.  Any legal training?
7   A.  No.
8   Q.  Okay.  Have you been deposed before?
9   A.  Yes.
10  Q.  Okay.  In what -- can you describe the
11  context.
12  A.  It was a free hill (phonetic) petition
13  where we were moving the farm from one school
14  district to another.
15  Q.  Were you a plaintiff in that?
16  A.  Yes.
17  Q.  And you gave a deposition, right?
18  A.  Well, I testified in court if that's the
19  same thing.
20  Q.  It's -- yes, it's very similar.
21      What was the outcome of that lawsuit?
22  A.  We won.
23  Q.  Okay.  And what -- help me understand,
24  what was the dispute?
25  A.  Well, there were certain rules for a

Page 13

1   school to be qualified to be transferred, and the
2   qualifications were met, but the school district was
3   still protesting it.
4   Q.  Okay.  And you were -- you joined the suit
5   to -- because you believed you met those
6   qualifications?
7   A.  Right.
8   Q.  Okay.  Any other -- well, did you give --
9   you gave trial testimony, correct?
10  A.  Yes.
11  Q.  And were you one of multiple plaintiffs?
12  A.  No.
13  Q.  Okay.  Were you the only one?
14  A.  Yes.
15  Q.  Okay.  What county was that in?
16  A.  Hamilton.
17  Q.  Hamilton County, Nebraska?
18  A.  Yes.
19  Q.  Ballpark, when did this occur?
20  A.  I have to think just a little bit, 2007 or
21  '8.
22  Q.  Okay.  And did you have a lawyer
23  representing you?
24  A.  Yes.
25  Q.  Who was that?

Royce D. Janzen

Page 14

1    A.  Mike Murphy.
2    Q.  Okay.  Any other testimonial experience?
3    A.  No.
4    Q.  Okay.  Any other lawsuits that you've been
5  involved in?
6    A.  No.
7    Q.  Okay.  Have you ever been involved in any
8  bankruptcies?
9    A.  No.
10   Q.  Do you have any criminal history?
11   A.  No.
12   Q.  Okay.  Never been arrested?
13   A.  No.
14   Q.  Okay.  And you've never been charged with
15  a crime; is that correct?
16   A.  Right.
17          MR. KLEFFNER:  I'm gonna mark as our
18  first exhibit, Exhibit 1, which is the -- we call
19  the notice of deposition.  It's basically the legal
20  document that we submit to get you here today.
21          (Exhibit 1
22          marked for identification.)
23  BY MR. KLEFFNER:
24   Q.  So I've marked that as Exhibit 1.  Have
25  you seen Exhibit 1 prior to today?

Page 15

1    A.  Yes.
2    Q.  At the back end of that -- no, not the
3  back really, the Page 2, there's a number of
4  different document requests; do you see that?
5    A.  Yes.
6    Q.  And did you bring any documents with you
7  here today?
8          MR. DOMINA:  May I assist with that,
9  Mike?
10          MR. KLEFFNER:  Sure, yeah.
11          MR. DOMINA:  We do have some
12  documents for you.  I'll just very briefly identify
13  them if we may.
14          First of all, Mr. Janzen's Nebraska
15  Department of Agriculture Pesticide Applicator
16  License is provided.  There are --
17          MR. KLEFFNER:  Which I'm going to
18  mark that as Exhibit 2.  May I put stickers on them?
19          MR. DOMINA:  Sure, sure, it's a copy
20  for you.
21          (Exhibit 2
22          marked for identification.)
23          MR. DOMINA:  Five pages of invoices
24  that he was able to find.
25

Page 16

1          (Exhibit 3
2          marked for identification.)
3          MR. DOMINA:  One sheet with -- when
4  you're ready?
5          MR. KLEFFNER:  Yes.
6          MR. DOMINA:  One sheet with two
7  photographs of a sprayer you're likely to talk with
8  Mr. Henderson (sic) about today, and one sheet with
9  another photograph of Mr. Henderson with a young
10  child sitting on that sprayer.
11          (Exhibit 4
12          marked for identification.)
13          MR. DOMINA:  We also prepared and
14  brought with us something that describes
15  Mr. Janzen's Roundup? exposure.  We entitled it
16  Roundup? Exposure Summary.  And I brought with me
17  the medical records that we have that were furnished
18  to you previously in paper form, but I suspect you
19  don't want those.
20          MR. KLEFFNER:  No, I have those.
21  Thank you.
22          MR. DOMINA:  Okay.  That's what we
23  were able to locate and bring.
24          MR. KLEFFNER:  Thank you.
25

Page 17

1  BY MR. KLEFFNER:
2    Q.  Mr. Janzen, since you're the one
3  testifying, I'm gonna just show you these and have
4  you confirm what they are, okay?
5    A.  (Witness nods head.)
6    Q.  We marked as Exhibit 2, it's your Nebraska
7  Department of Agriculture Pesticide Applicator
8  License; is that correct?
9    A.  Yes.
10   Q.  And it appears to be licensed through
11  April 15, 2020, right?
12   A.  Right.
13   Q.  What do you have to do to apply for or
14  renew this license?
15   A.  Attend a class put on by the extension
16  service.
17   Q.  How frequently do you do that?
18   A.  Every four years.
19   Q.  And where is the class at?
20   A.  It varies, sometimes it's been in the
21  Henderson school and sometimes in the extension
22  office in York, Nebraska.
23   Q.  How long is the class?
24   A.  Two and a half to three hours.
25   Q.  And generally speaking, what are the

Royce D. Janzen

Page 18

1 subjects that are covered?
2    A.  Quite often they cover effectiveness of
3 chemicals and also safety issues and failures that
4 they can show around the county to --
5    Q.  How often have you been attending that
6 class?  I believe you said every three years?
7    A.  Every four years.
8    Q.  Every four years, okay.
9    A.  I think I started -- well, they -- at one
10 point the license is required, so whenever that came
11 into effect, approximately early 2000s.
12    Q.  Okay.  So you -- not quite 20 years, but
13 almost 20 years?
14    A.  Yeah, that's my nearest recollection.
15    Q.  Okay.  And you mentioned that there are
16 discussions regarding the effectiveness of
17 chemicals; is that right?
18    A.  Yes.
19    Q.  Has there been any discussion of Roundup?
20 or glyphosate?
21    A.  Yes.
22    Q.  What do you recall about those
23 discussions?
24    A.  Mostly that farmers need to watch out
25 which chemicals they're using to maintain the

Page 19

1 effectiveness of any chemical.  In other words, if
2 you use the same thing over and over, plants can be
3 resistant, and so that's been brought up about
4 Roundup? and other chemicals, too.
5    Q.  Okay.  Do you use -- do you still use
6 Roundup??
7    A.  Yes.
8    Q.  Okay.  And have you found Roundup? to be
9 effective at weed control?
10    A.  We use a variety of chemicals because
11 Roundup? is not as effective on some weeds.  In
12 fact, it's totally ineffective on some weeds.
13    Q.  And would that be true for almost every
14 herbicide out there?
15    A.  The herbicide landscape is changing, so
16 the ones that we replace Roundup? with haven't been
17 around as long, but I think the risk of herbicide
18 resistence is always there.
19    Q.  Okay.  And you mentioned that there's
20 discussions of safety at these classes; is that
21 correct?
22    A.  Yes.
23    Q.  Okay.  Tell me, generally speaking, what
24 those discussions involve.
25    A.  Quite often they'll go through the label,

Page 20

1 or in some years they have.  The meetings change
2 from one year to the next, but they discuss the
3 label quite often.
4    Q.  Has there been discussion of wearing
5 protective equipment or clothing during these types
6 of meetings?
7    A.  Yes.
8    Q.  Okay.  And what did that involve?
9    A.  The discussion usually -- if they talk
10 about the label, the label will indicate what type
11 of protective gear you need to wear, so they would
12 emphasize that, and whatever was asked for on the
13 label, they would emphasize.
14    Q.  And, again, these classes are put on by
15 the Nebraska Department of Agriculture?
16    A.  Yes.
17    Q.  Has there been any discussion about a link
18 between Roundup? and glyphosate and non-Hodgkin's
19 Lymphoma?
20    A.  Not that I can remember.
21    Q.  Okay.  And that has never come up on these
22 classes put on by the Nebraska Department of
23 Agriculture, correct?
24    A.  Right.
25    Q.  Okay.  Have you raised that topic at any

Page 21

1 of these meetings?
2    A.  No.  The last one I took was four years
3 ago.
4    Q.  Okay.  Will you take one again here coming
5 up before your license expires in April of next
6 year?
7    A.  Right.
8    Q.  Okay.  Do you have handouts or course
9 materials from these classes?
10    A.  I don't have any, no.
11    Q.  Okay, thank you.  We may discuss that
12 again, but I'm going to set that aside for the
13 moment.
14       Exhibit 3 appears to be a series of --
15 it's five sheets of paper containing invoices; is
16 that right?
17    A.  Yes.
18    Q.  And do these invoices -- tell me what the
19 invoices reflect on Exhibit 3.
20    A.  The purchase of one of them is Diplotene
21 insecticide for corn borer control; the other is
22 Atrazine and Lasso.  Did you want me to go on?
23    Q.  Yeah, just since I may not be able to read
24 the writing and understand it if you wouldn't mind
25 just identifying --

Royce D. Janzen

Page 22

1    A.  Here's another one for Atrazine and Lasso,
2  here's one for Roundup?, another for Roundup?
3  Original and some gloves, and another one for
4  Roundup? Original.
5    Q.  Okay, thank you.  It appears that the
6  Roundup? purchases occurred at the Henderson
7  Community Coop; is that right?
8    A.  Yes.
9    Q.  Is that where you've always purchased
10  Roundup??
11    A.  We've also purchased some from a business
12  that is -- was called Central Irrigation, but it's
13  been sold, so it's now Aurora Co-Op.
14    Q.  Okay.  And is that in Aurora?
15    A.  No, it's here in Henderson.
16    Q.  Would those be the two locations that you
17  purchased Roundup??
18    A.  Yes.
19    Q.  Okay.  And the invoices that I'm looking
20  at, the dates got cut off a little bit, but do you
21  know what 2000 date, for instance, we're looking at
22  Invoice No. 437?
23        MR. DOMINA:  You mean what year?
24        MR. KLEFFNER:  Yeah, I'm sorry.
25        THE WITNESS:  I think 2001, if I

Page 23

1  remember right.
2  BY MR. KLEFFNER:
3    Q.  Okay.  And Invoice 1086, do you have any
4  recollection of what that date would be?
5    A.  I think I found several from 2001, so it'd
6  be my nearest guess.
7    Q.  Okay.  And then Invoice 839, it appears to
8  be 2003, does that look correct to you?
9    A.  Yes.
10    Q.  Okay.  Do you save all of your invoices or
11  have a file, or tell me how you found these?
12    A.  It was a job.  We have a few boxes of
13  records, and so I started digging through some of
14  them, and not all the years are there.  It's just
15  some years and --
16    Q.  With regard to -- you said Atrazine; is
17  that right?
18    A.  Yes.
19    Q.  Do you still use Atrazine?
20    A.  Yes.
21    Q.  Okay.  And is Atrazine a herbicide?
22    A.  Yes.
23    Q.  Tell me the circumstances that you would
24  use Atrazine instead of Roundup? or vice versa.
25    A.  Atrazine kills plants before they come up,

Page 24

1  Roundup? kills plants after they're up.
2    Q.  And so would you apply the Atrazine
3  earlier in the season then, or how does that work?
4    A.  Yes.
5    Q.  And then Roundup? later on?
6    A.  Yes.
7    Q.  Is that still true today?
8    A.  Yes.
9    Q.  The first page of Exhibit 3, it's got
10  Invoices 05617 and 04669.  It appears the dates are
11  1991 and 1994; is that correct?
12    A.  Yes.
13    Q.  And the upper left is the Atrazine,
14  correct?
15    A.  Yes.
16    Q.  And then what is the lower right?
17    A.  It's a Diplotene, it's an insecticide.
18    Q.  And when do you apply DiPel?
19    A.  DiPel would be applied with -- during
20  cultivation.
21    Q.  Do you have any additional invoices or
22  receipts for your purchases of Roundup??
23    A.  Maybe.
24    Q.  Okay.  Where -- do you know where they may
25  be?

Page 25

1    A.  Oh, I could start looking for them.  I
2  mean, there are some boxes, but I didn't go through
3  all the boxes.
4    Q.  Do you have an -- strike that.
5        Do you have an account at the Henderson
6  Community Coop?
7    A.  Yes, but it's -- it's been sold to -- or
8  it's been changed to the farmers -- United Farmers
9  Coop -- no, C -- Central Valley Ag.
10    Q.  Okay.  But you -- do you have an account
11  there still, right?
12    A.  Yes.
13    Q.  Have you had an account there over the
14  entirety of your --
15    A.  Yes.
16    Q.  Okay, thank you.  We'll come back to that.
17        Exhibit 4 appears to be a photograph of
18  the -- of your ATV and the sprayer that's mounted to
19  that, correct?
20    A.  Uh-huh, yes.
21    Q.  Do you still have this ATV?
22    A.  No, I -- that's not my ATV.  I set that up
23  as a representation because I had one and I got rid
24  of it --
25    Q.  Okay.  When --

Page 26

1    A.  -- and I got a different one.
2    Q.  Do you still use an ATV-mounted sprayer?
3    A.  No.
4    Q.  How long did you use an ATV-mounted
5  sprayer?
6    A.  Twenty-five years.
7    Q.  From ballpark when to when?
8    A.  2000 -- no, 1980 to a few years ago.
9  Let's say, four years ago.
10   Q.  And why did you stop using the ATV-mounted
11 sprayer?
12   A.  I didn't like it.  It -- it creates a fog
13 that you're trying to avoid.
14   Q.  In terms of what you're applying?
15   A.  Right.
16   Q.  Okay.  Do you use things other than
17 Roundup? in the sprayer?
18   A.  Yes.
19   Q.  Okay.  What do you use?
20   A.  I would have used Atrazine probably and
21 maybe some Lasso at times.  It depends.
22   Q.  And do those create fogs as well?
23   A.  I assume so.
24   Q.  Right.  My point is it doesn't matter what
25 you're spraying, it's just the nature of the

Page 27

1  equipment that creates the fog, fair?
2    A.  Yes.
3              (Exhibit 5
4              marked for identification.)
5  BY MR. KLEFFNER:
6    Q.  Exhibit 5 is what?
7    A.  That is the actual ATV with my tank
8  mounted on it.  You just can't see the boom, and
9  that's me sitting on it.
10   Q.  Who's the good-looking kid there?
11   A.  That's my son who is now 43.
12   Q.  Okay.
13   A.  But I -- also you can see I did use gloves
14 occasionally because there's a pack of gloves tacked
15 in there.
16   Q.  How big was the tank?
17   A.  About 25 gallons.
18   Q.  Okay.  So let me make sure that I
19 understand, Exhibit 5 shows the actual ATV that you
20 used?
21   A.  (Witness nods head.)
22   Q.  Is that a yes?
23   A.  Yes.
24   Q.  Exhibit 4, is this like an example?
25   A.  The boom is most likely the boom I used,

Page 28

1  or the bar, but the tank is not my tank.  That's not
2  this tank.
3    Q.  Got it.  And when did you take these
4  photographs in Exhibit 4?
5    A.  My son took them -- took them just in the
6  last month.
7    Q.  Okay.  Was it for the purpose of basically
8  this, what we're --
9    A.  Right, to show representation.
10             (Exhibit 6
11             marked for identification.)
12 BY MR. KLEFFNER:
13   Q.  Okay, thank you.  Exhibit 6 just tell me
14 what Exhibit 6 is?
15   A.  This -- these are all the exposures that
16 I've had with Roundup? through the last 35 years.
17   Q.  Did you create this document or did
18 somebody else?
19   A.  I did.
20   Q.  Okay.  And did you create it at your
21 computer or where did you create it at?
22   A.  Dave -- I created the document, Dave put
23 it on the spreadsheet.
24   Q.  Okay.  Yeah, I'm just trying to figure the
25 mechanics of how it got created.  Did you convey

Page 29

1  information to your attorney and then he put it into
2  your spreadsheet?
3    A.  Yes.
4    Q.  Okay.  Were you sitting down together or
5  was this ver- -- or over phone or --
6    A.  Both.
7    Q.  Okay.  Just tell me, without getting into
8  your specific back and forth, just tell me how this
9  document was created.
10   A.  Well, he asked me how -- when I started
11 using Roundup?, and I said approximately 1984.  And
12 how did you use it and how many times did you fill
13 and those kinds of things.  And so we started adding
14 up the hours, and as we were doing that, it
15 became -- you know, I started remembering, oh, and I
16 did this also, and so that -- that's where the
17 second line came in, the one quarter per year.
18            And then the last one was, you know, we
19 just always had Roundup? around, so I explained that
20 to him.  Always had it in a sprayer, always had it
21 in a sprayer.  I mean, it was just the one thing we
22 knew we had in the sprayer.
23   Q.  And when -- again, when you refer to a
24 sprayer, you're referring to the type of sprayer
25 that we see in Exhibits 4 and 5?

Royce D. Janzen

1    A.   That one -- the hand sprayer was more
2 often than that.  That was a little bit more
3 seasonal -- or I should say not seasonal, but
4 sporadic.
5    Q.   Okay.  So I'm gonna take a break.  I'm
6 gonna take a look at this so I can prepare some
7 additional questions, but let me make sure I'm
8 generally understanding what you're talking about
9 here, okay?
10    A.   Uh-huh.
11    Q.   On Exhibit 6, the first column on the left
12 says four-wheeler with seven-nozzle sprayer and
13 approximately 25-gallon tank, correct?
14    A.   Yes.
15    Q.   And that's what you're showing us in
16 Exhibits 4 and 5, correct?
17    A.   Uh-huh.
18    Q.   Yes?
19    A.   Yes.
20    Q.   And then below that you have for ten years
21 one quarter, slash, year Roundup? applied with
22 planter; is that correct?
23    A.   Right, yes.
24    Q.   And tell me what that means?
25    A.   So sometimes at planting time, when I was

1 driving the planter, we added Roundup? to the
2 mixture, the weed control mixture, because there
3 were already existing weeds in the field.
4    Q.   Okay.  And not being a farmer, I'm going
5 to have to have you clarify some of what you're
6 telling me.  What is a planter?
7    A.   A planter is what we -- without using the
8 word planter --
9    Q.   Right.
10    A.   -- that's how we put seeds in the ground
11 to harvest in fall.
12    Q.   Is it a piece of machinery with wheels?
13    A.   It's -- well, it's a piece of machinery,
14 it's mounted to the back of the tractor, the tractor
15 has tanks on the front where the chemical is -- is
16 in, and the pump is on -- mounted on the back of the
17 tractor and it applies the chemical and the seed at
18 the same time.
19    Q.   Okay, that's -- that helps me out.  So
20 you -- basically it's equipment that is attached to
21 the back of a tractor?
22    A.   Uh-huh.
23    Q.   Yes?
24    A.   Yes.
25    Q.   And you would apply the seeds and then

1 also Roundup??
2    A.   Yes.
3    Q.   Okay.  Would you ever use any other
4 herbicide or pesticide with the planter?
5    A.   Yes.
6    Q.   Okay.  What would you use?
7    A.   Most likely Atrazine.
8    Q.   And you say in this column for ten years,
9 what ten-year period are you talking about?
10    A.   Let me -- let me think about that just a
11 minute.  In the '90s -- most likely it was the time
12 frame here, in the '90s, fairly sure, and so if I
13 had a field that looked weedy, then I would decide
14 to put that in, the Roundup? in the planter.
15    Q.   And when you say one quarter per year,
16 help me out there.  What are you referring to?  Is
17 it quarterly in terms of annually?
18    A.   160 acres is a quarter.
19    Q.   Okay, I understand.  But am I
20 understanding correctly that over that ten-year
21 span, you may have not been using Roundup? at each
22 application?
23    A.   Right.
24    Q.   How often would you use Roundup? versus
25 some other chemical?

1    A.   When we used Roundup?, it was with another
2 chemical, and like I said, we might have one field
3 out of five that needed Roundup? --
4    Q.   Okay.
5    A.   -- in those years.
6    Q.   And going back to the four-wheeler, the
7 dates you have are 1984 to 2003; is that correct?
8    A.   Yes.
9    Q.   Okay.  So that -- is that accurate in
10 terms of the duration of time that you used the
11 four-wheeler that you've shown in Exhibits 4 and 5?
12    A.   Yes.
13    Q.   Why did you -- and you stopped using the
14 four-wheeler for the reasons you said earlier, that
15 you didn't like the fog?
16    A.   Yes.
17    Q.   Okay.  Then below that you have all years
18 '84 to '14, you have hand sprayer, field walks,
19 miscellaneous uses, tank clean-outs, other aerosol
20 exposures, correct?
21    A.   Yes.
22    Q.   And tell me what a hand sprayer is?
23    A.   It's a 2-gallon jug with a pressurizer, so
24 you pump it up to create pressure, and then walk
25 around with a wand and spray.

Royce D. Janzen

Page 34

1    Q.  Would you use that agriculturally or
2  residentially or both?
3    A.  Both.
4    Q.  And was that more for spot treatments?
5    A.  Yes.
6    Q.  Okay.
7    A.  Well, it was for treatment around bins,
8  hog barns, fence lines, pipelines and so forth.
9    Q.  Okay.  I'm gonna come back to this.  I'm
10  gonna take a break, take a minute to read the whole
11  thing, and we will come back to that.
12        The date, however, is July '19; is that
13  correct?  Upper right.
14    A.  Yes.
15    Q.  Okay.  And is this roughly when it was
16  prepared?
17    A.  Yes.
18    Q.  Did I -- maybe I -- let me -- in case I
19  botched the date, you prepared this Exhibit 6 in
20  July of this year, correct?
21    A.  Yes.
22    Q.  Okay, thank you.
23        MR. DOMINA:  '19 was to a year, not a
24  day.  Carol was thinking how could we be two days
25  into the future?

Page 35

1  BY MR. KLEFFNER:
2    Q.  Going back to Exhibit 1, just tell me,
3  generally speaking, how you searched for these
4  documents that you located and brought here today.
5    A.  Well, I found -- I found these old record
6  boxes, so there were some in the garage, there were
7  some in a farm shed, and there were some in the farm
8  shop.  And so I started digging through some of them
9  and found them, you know, found them that way.
10    Q.  And is it possible that there would be
11  additional receipts or invoices if you were to go
12  through other boxes?
13    A.  Yes.
14    Q.  Okay.  Do you have any of these materials
15  electronically stored?
16    A.  No.
17    Q.  Okay.  They would be all in files and --
18  or boxes; is that right?
19    A.  Yes.
20    Q.  Okay.  With regard to Topic 5 on the
21  notice, do you have any documents such as diaries or
22  journals that relate to your cancer diagnosis,
23  treatment or condition?
24    A.  Yes.
25    Q.  What do you have, sir?

Page 36

1    A.  She kept a diary.
2    Q.  Your wife did?
3    A.  (Witness nods head.)
4        MR. KLEFFNER:  Okay.  And is -- did
5  you -- we didn't bring that; is that correct?
6        MR. DOMINA:  No, because it's not
7  his.
8        MR. KLEFFNER:  Okay, that's -- that's
9  fair.
10        MR. DOMINA:  And he was supposed to
11  answer no to that question.
12  BY MR. KLEFFNER:
13    Q.  With regard to 5, though, it's your
14  understanding that your wife has a diary with -- it
15  has entries with regard to your cancer treatment?
16    A.  Yes.
17    Q.  Okay.  Have you read the diary?
18    A.  Yes.
19    Q.  Okay.  Can you tell me generally what it
20  says?  I mean, I'm not trying to pry here, I promise
21  you that, but generally what's written?
22    A.  So today Royce had chemo, he got the
23  Lunasta -- Neulast- -- Lunasta shot.  What's that
24  called?
25        MR. DOMINA:  It's all right, go

Page 37

1  ahead.
2        THE WITNESS:  Yeah, Lunast- --
3  Neulast -- anyway, got the shot so he's feeling
4  pretty good, having a good day.  Two days later,
5  Royce is feeling terrible, the shot's wearing off,
6  he's not going out at all today, things like that.
7  BY MR. KLEFFNER:
8    Q.  Basically documenting how you're feeling;
9  is that correct?
10    A.  Yes.
11    Q.  Okay.  Anything beyond that?  I mean, is
12  that generally what the categories or entries would
13  entail?
14    A.  Right.
15    Q.  Okay.  No. 6 is all documents,
16  communications between you and your health care
17  providers.  I have your medical records, but would
18  there be anything in Exhibit 6 beyond medical -- I'm
19  sorry, Topic 6 besides medical records?
20    A.  No.
21    Q.  No. 7 is all documents, communications
22  between you and your health care providers relating
23  to the lawsuit or Monsanto, use of Roundup?,
24  et cetera.
25        Do you have anything with regard to

Royce D. Janzen

Page 38

1  Topic 7?
2      A.   No.
3      Q.   Have you ever discussed your use of
4  Roundup? with any of your treating physicians?
5      A.   No.
6      Q.   Okay.  You've not raised to that Dr. -- is
7  it Copur?
8      A.   Right, no.
9      Q.   Okay.  Fair to say at no point in time
10  have you mentioned your use of Roundup? to your
11  treating oncologist; is that correct?
12      A.   That's correct.
13      Q.   And has Dr. Copur ever communicated to you
14  any discussion or communication regarding your use
15  of Roundup??
16      A.   No.
17      Q.   Okay.  Is it correct that at no point in
18  time has any treating physician ever said that
19  Roundup? caused your cancer?
20      A.   Dr. Copur told -- when they first came in
21  and he said -- and he had my diagnosis, first time I
22  met him, and he found out I was a farmer, he said
23  you use farm chemicals, and I said yes.  And that's
24  the only discussion we ever had.  We didn't mention
25  any specific chemicals.

Page 39

1      Q.   Okay.  Do you pronounce it Chopur
2  (phonetic)?
3      A.   I pronounce it Chopur.  I think there's
4  multiple pronunciations.
5      Q.   Okay.  So let me make sure I define what
6  you just said, okay.  So was this at your very first
7  meeting with Dr. Copur?
8      A.   Uh-huh.
9      Q.   Yes?
10      A.   Yes.
11      Q.   Okay.  And he asked if you used farm
12  chemicals?
13      A.   Right.
14      Q.   Is that pretty much exactly what he said?
15      A.   That's exactly what he said.
16      Q.   And what did you say?
17      A.   I said yes.
18      Q.   Okay.  Did you say anything besides that?
19      A.   No.
20      Q.   Okay.  And farm chemicals you would agree
21  is a pretty broad statement, right?
22      A.   Yes.
23      Q.   It would include not only Roundup?, but
24  every other herbicide and pesticide that you've used
25  in the past, correct?

Page 40

1      A.   Correct.
2      Q.   Okay.  And so when you talk about farm
3  chemicals, what would be on that list?
4      A.   Well, I think the chemicals that we listed
5  in --
6      Q.   Anything besides those?
7      A.   Yeah, I -- there are some.  I can't think
8  of any -- I don't use too many others besides those.
9      Q.   But just tell me what they would be even
10  though you may not use them as frequently.
11      A.   In the early days, if -- Atrazine and
12  Lasso and Roundup? were the chemicals that were
13  used.  More recently they have newer ones, but I
14  can't think of any names of them actually.
15      Q.   Are they herbicides?
16      A.   Yes.
17      Q.   Okay.  And you've used additional
18  herbicides more recently, is that what you're
19  telling me?
20      A.   Yes.
21      Q.   Are -- how many different products would
22  you -- even though you can't recall the name, how
23  many different products would that be?
24      A.   Oh, maybe five.  I don't know.
25      Q.   Okay.  So when we talk about farm

Page 41

1  chemicals, and I'm just trying to create a list now,
2  it would be Atrazine, Lasso, Roundup?.  We also know
3  there's another one, is it DiPel?
4      A.   Yes.
5      Q.   You would add DiPel to that list, right?
6      A.   Yes.
7      Q.   And then more recently five separate
8  products?
9      A.   Yes.  I -- I don't handle the chemicals
10  like I, you know, used to.  I mean, in other words
11  I'm not involved in the spraying like I was.
12      Q.   Who is involved in the spraying?
13      A.   My son.
14      Q.   And what's your son's name?
15      A.   Brad.
16      Q.   Brad.  And I apologize, I know I asked
17  this, but the five that you can't recall, they are
18  herbicides?
19      A.   Yes.
20      Q.   Are they liquids or what type of --
21  describe them to me if you can.
22      A.   Liquids, right.
23      Q.   And you apply them with the field sprayers
24  or how are they applied?
25      A.   Yes.

Royce D. Janzen

Page 42

1    Q.   And the ATV is no longer used; is that
2  accurate?
3    A.   I have a UTV that has a cab on it and
4  air-conditioning, and I pull a tank on a little
5  trailer, and I've used that.  If that -- I don't
6  know if I can explain it enough, but except I get a
7  lot of protection from the drift.
8    Q.   Okay.  What's the difference between an
9  ATV and a UTV?
10    A.   A UTV you sit on and an ATV -- a UTV, you
11  sit in it, and an ATV, you sit on it.
12    Q.   Okay.  And I noted on Exhibit 6, the UTV
13  is -- it's not listed here; is that correct?
14    A.   Right, that's just apparently a new thing
15  in the last several years.
16    Q.   Ballpark when?
17        MR. KLEFFNER:  I'm sorry, that's
18  yours.
19        MR. DOMINA:  That's okay.
20        THE WITNESS:  I have to think about
21  that just a little bit.  Four years ago I got one.
22  BY MR. KLEFFNER:
23    Q.   Okay.  And is it not on Exhibit 6 because
24  you don't believe there's been any exposure to any
25  of the farm chemicals on the UTV?

Page 43

1    A.   The UTV just protected me so much better
2  that I didn't feel the drift and the splash and
3  those kinds of things.
4    Q.   It's enclosed?
5    A.   Right.
6    Q.   Okay.  So you don't believe you've been
7  exposed to any farm chemical on the UTV; is that
8  fair?
9    A.   Not exposed to any drift.  I do have to
10  get off and fill the tank and so forth.
11    Q.   Okay.  On -- going back to the notice on
12  Topic 8, basically it's asking for any medical
13  bills.  Do you keep your medical bills?
14    A.   Yes.
15    Q.   And where are they kept at?
16    A.   In the house in the file.
17    Q.   Okay.  And would those be accessible to
18  you?
19    A.   Yes.
20    Q.   Can I ask for those boxes and the other
21  files that you've not yet looked at, will you agree
22  to keep those?
23    A.   Yeah.
24    Q.   Okay.  Don't get rid of them, okay?
25    A.   (Witness nods head.)

Page 44

1    Q.   Okay, great, thank you.  Was that a yes?
2    A.   That's a yes.
3    Q.   Okay, great, thank you.  You're
4  self-employed, correct?
5    A.   Yes.
6    Q.   So with regard to 9, that any documents
7  that relate to your employment, that -- you wouldn't
8  have any of those; is that correct?
9    A.   Correct.
10    Q.   Okay.  And No. 10, let me ask you, have
11  you had any communications with my client, Monsanto?
12    A.   No.
13    Q.   Have you had any communications with
14  regard to any manufacturer of a pesticide or
15  herbicide?
16    A.   No.
17    Q.   And would the same be true for 11, you
18  don't have any -- you've never had any such
19  communications with Monsanto or any of its related
20  companies, correct?
21    A.   Correct.
22    Q.   Have you had any communications with the
23  U.S. EPA?
24    A.   No.
25    Q.   Okay.  I skipped a few at the beginning,

Page 45

1  but let me make sure.  Okay, thank you.
2        I'm not entitled to get into your
3  communications with your attorney, okay, so for
4  these next questions, just those are always off
5  limits?
6    A.   Okay.
7    Q.   But what did you do to prepare for today's
8  deposition?  You already talked about looking for
9  documents.  Was there anything else you did to
10  prepare?
11    A.   No.
12    Q.   Okay.  What did you do?  Oh, no, as in you
13  didn't do anything else?
14    A.   No, except talk to him.
15    Q.   Okay.  Just without getting into what you
16  spoke to your lawyer about, when did you meet with
17  your lawyer?
18    A.   We've had two meetings:  One a few days
19  ago and one approximately three weeks ago.
20    Q.   And how long did the meetings last?
21    A.   Approximately an hour.
22    Q.   Was that the first time that you had met
23  Mr. Domina?
24    A.   Yes.
25    Q.   Have you met any lawyers from the

Royce D. Janzen

Page 46

1  Weitz & Luxenberg firm?
2    A.  No.
3    Q.  Have you spoken to any of them?
4    A.  No.
5    Q.  Have you reviewed any documents produced
6  in this litigation?
7    A.  I've read online stuff.
8    Q.  Okay.  What have you read online?
9    A.  U.S. Right to Know Web site.
10   Q.  And what have you seen on the U.S. Right
11 to Know Web site?
12   A.  Oh, well, mostly it documented -- what I
13 remember is it documented people's exposure to
14 Roundup?.
15   Q.  Have you gone on the U.S. EPA Web site?
16   A.  No.
17   Q.  And have you printed out any of your
18 online research?
19   A.  No.
20   Q.  So we've talked about you met with
21 Mr. Domina on I believe two occasions, right?
22   A.  Yes.
23   Q.  Okay.  You've done some online research
24 and specifically the U.S. Right to Know Web site,
25 correct?

Page 47

1    A.  Yes.
2    Q.  You searched for the documents; we've
3  talked about that, right?
4    A.  For the Right to Know Web site?
5    Q.  No, no, for the documents that you
6  brought?
7    A.  Yes.
8    Q.  Okay.  Anything else you did to prepare
9  for today?
10   A.  No.  I took those pictures.
11   Q.  No, and I appreciate that.  Thank you.
12 You've not attended any other depositions or trials;
13 is that right?
14   A.  No.
15   Q.  And you've not met with any experts or
16 doctors hired by the plaintiffs; is that correct?
17   A.  Correct.
18   Q.  Okay.  What I found to be helpful,
19 Mr. Janzen, is pretty early on, I want to go through
20 an address or a location history of the places where
21 you've used Roundup?, okay?
22   A.  Uh-huh, yes.
23   Q.  And in my -- is it fair to say that you've
24 used it residentially and agriculturally?
25   A.  Yes.

Page 48

1    Q.  Okay.  So let's -- maybe just let's divide
2  those into two if that's easier, okay?
3    A.  Okay.
4    Q.  So I'm going to write down residential --
5  residential use.  Where have you used Roundup?
6  residentially?
7    A.  Where I -- the farm where I grew up and
8  lived until approximately seven years ago.
9    Q.  Okay.
10   A.  That would be at -- you need an address?
11   Q.  If you can give me one, that --
12   A.  It'd be 2406 East 7th Road, Henderson.
13   Q.  Okay.  And so when you say grew up as a
14 child?
15   A.  Yes.
16   Q.  Okay.  And you lived there until seven
17 years ago?
18   A.  Yes.
19   Q.  So until -- since 19 -- so about 2012?
20   A.  '10.
21   Q.  '10, okay.
22   A.  Was that fair?
23   Q.  It is.  I'm married, too, so I get it.
24       And you used ag- -- or strike that.
25       You used Roundup? agric- -- I'm gonna

Page 49

1  start over for -- the third time's a charm.
2       You used Roundup? residentially at that
3  location, correct?
4    A.  Yes.  I don't know -- I don't know what
5  residentially is.  I mean, there's a farmyard there.
6  We didn't use it around the house, but we used it
7  around the farmyard.
8    Q.  Okay, all right.  Okay.  What other
9  residential use have you used Roundup??
10   A.  We have a bin site, so we sprayed it
11 around the bins there quite a bit.
12   Q.  What would be -- do you have an address
13 for that?
14   A.  2405 East 7th Road.  And a shop building
15 now, so we sprayed around, keep the weeds down.
16   Q.  So bin site, slash, shop building?
17   A.  Yes.
18   Q.  Okay.  And when you say around the -- is
19 this basically just to control weeds around the
20 shop?
21   A.  Yes, uh-huh.
22   Q.  And do you still use Roundup? in that
23 capacity?
24   A.  My son mixed something else up in the
25 sprayer the other day, but up until then, yes.

Royce D. Janzen

---

Page 50

1  Well, I still used Roundup? around there the other
2  day, but he sprayed something else.
3      Q.  So you -- you personally still use
4  Roundup? around --
5      A.  Yes.
6      Q.  -- the bin site?
7          Okay.  Let me ask you:  Do you believe
8  that Roundup? caused your lymphoma?
9      A.  Yes.
10     Q.  And at some point in time, you had to go
11 through what I'll call, like, a risk-benefit type
12 analysis in your head, should I continue using that;
13 is that fair?
14     A.  Yes.
15     Q.  And walk me through that process.  If it's
16 your belief that it caused your lymphoma, why do you
17 continue to still use it?
18     A.  Well, I think our safety practices, you
19 know, the belief that caused lymphoma only -- only
20 began maybe, whatever, two years ago, and so our
21 safety practices have improved so much that I feel
22 I'm not exposed like I was back then.
23     Q.  So when you're using it around the bin
24 site, tell me what your safety practices are in that
25 capacity?

---

Page 51

1      A.  Well, the main one is using gloves much
2  more frequently.
3      Q.  Anything else?
4      A.  Yeah, just staying out of the mist of the
5  sprayer and such.  We used to not be quite so
6  worried about that.
7      Q.  Okay.  Now, I'm gonna come back and ask
8  more questions, but would these be the two locations
9  where you used Roundup??  And I know I'm using the
10 term residentially, but would those be the two
11 locations?
12     A.  Well, then I would hand spray around wells
13 sometimes, irrigation wells.  Is that what you're
14 looking for?
15     Q.  Yeah.  Where would the irrigation wells be
16 at?
17     A.  In York County sped -- spread out.
18     Q.  At various --
19     A.  Farm --
20     Q.  -- farm --
21     A.  Locations --
22     Q.  We'll -- I'm gonna -- let's move that onto
23 the next list.  So I'm gonna talk now about
24 agricultural use.
25     A.  Okay.

---

Page 52

1      Q.  And it's my understanding that you have a
2  number of different fields, I'll use that word --
3      A.  Right.
4      Q.  -- is that right?
5      A.  Yes.
6      Q.  Do you have addresses for those fields?
7      A.  No.
8      Q.  Can you -- is there a way you can tell me
9  or describe them to me where they're at or something
10 that I could write down to figure out where these
11 fields are at?
12     A.  Let me think.
13         On the corner of Road 9 and Road 8, we
14 have several fields in York County, several fields
15 there.
16     Q.  Several fields?
17     A.  Yes.
18     Q.  How big are the fields?
19     A.  160 acres.
20     Q.  All of them are?
21     A.  Yes.
22         MR. DOMINA:  Each, each?
23         THE WITNESS:  Yeah, uh-huh.
24 BY MR. KLEFFNER:
25     Q.  And when you say several, how many

---

Page 53

1  specifically?
2      A.  Well, from that intersection, I can go --
3  well, I don't know, this is hard to explain.  I can
4  go a couple miles one -- one way and I've got a
5  field here and a field there.
6          And then on to Road 8, I've got some more
7  fields on that road, two on one side, two -- one on
8  the other, one in -- across the road.  So they're in
9  that location.
10     Q.  Let me may- -- maybe approach it a -- do
11 you know how many fields you have?
12     A.  Forty.
13     Q.  Forty to --
14     A.  Maybe 40.
15     Q.  And what would be -- are those all --
16         MR. DOMINA:  Do you mean 40 quarters?
17 Does that --
18         THE WITNESS:  Roughly 40 quarters.
19 BY MR. KLEFFNER:
20     Q.  Okay.  How big is a quarter?
21     A.  160 acres.
22     Q.  Are those all in York County?
23     A.  York and Hamilton.
24     Q.  And when you're using Roundup? at the --
25 on these fields, would it be on the -- would it have

---

Royce D. Janzen

Page 54

1 been on the ATV?
2    A.  Some of it.
3    Q.  Okay.  What would the rest of it be?
4    A.  Some of it would be with my hand pump
5 sprayer.
6    Q.  Okay.
7    A.  Some of it would be with a tractor-mount
8 sprayer, a tank that's mounted to the back of the
9 tractor with a boom on it.  Some of it would be with
10 an ATV sprayer -- UTV sprayer -- ATV, then UTV
11 sprayer.
12    Q.  Any other methods of application?
13    A.  No, I think that's it.
14    Q.  Have you been a farmer your entire life?
15    A.  Yes.
16    Q.  And is that what your family did?
17    A.  Yes.
18    Q.  Your, like, mom and dad?
19    A.  Yes.
20    Q.  Okay.  Is the business called Janzen
21 Brothers Partners?
22    A.  It is now, uh-huh.
23    Q.  What was the name prior to that?
24    A.  Janzen Brothers.
25    Q.  Who are the Janzen Brothers?

Page 55

1    A.  My brother and I, so it'd be Gary Janzen
2 and Royce Janzen.  Those are Janzen Brothers
3 originally.
4    Q.  Is Gary still alive?
5    A.  No.
6    Q.  Okay.  So -- and tell me when he passed.
7    A.  2007.
8    Q.  So are you the only Janzen brother that's
9 alive?
10    A.  Yes.
11    Q.  And I -- there's a couple other properties
12 that I noticed in my own research.  There's a
13 company called Janzen Land?
14    A.  That was -- that was me and my brother.
15    Q.  Okay.  And was a farming business?
16    A.  Yes.
17    Q.  Okay.  Just get me through -- give me --
18 walk me through that evolution, was Janzen Land the
19 first company name or --
20    A.  Janzen Brothers was.  We started together.
21    Q.  And how long did the company have that
22 name?
23    A.  Until he died.
24    Q.  And when did it start?
25    A.  1973.

Page 56

1    Q.  So 1973 --
2    A.  '74 probably.
3    Q.  '74 to 2007?
4    A.  Yes.
5    Q.  Okay.  And then what was the company name
6 after that?
7    A.  Janzen Brothers Partners.
8    Q.  So 2007 to the present?
9    A.  Yes.
10    Q.  Okay.  So when was it called Janzen Land?
11    A.  Well, that was just a part of that, so
12 Janzen Land was its own corporation and it was also
13 just me and him.
14    Q.  Okay.  And how long did the Janzen Land
15 Corporation exist?
16    A.  It was started in approximately -- give me
17 a second here.  Approximately -- approximately 1990.
18 Is that close enough?
19    Q.  It is.  Until when?
20    A.  Still functioning.
21    Q.  Okay.  Is that a farming operation or --
22    A.  Yes.
23    Q.  -- is there some --
24        Okay.  So Janzen Brothers Partners and
25 Janzen Land and Janzen Brothers will all be farming

Page 57

1 operations, correct?
2    A.  Yes.
3    Q.  Do -- do those companies have employees?
4    A.  No.
5    Q.  Is it just you and -- you, yourself and
6 you?
7    A.  Well, now Janzen Brothers Partners is my
8 nephew and my two sons and me.
9    Q.  What's your nephew's name?
10    A.  Kevin.
11    Q.  Kevin Janzen?
12    A.  Yes.
13    Q.  And does he live around here?
14    A.  He lives 2 miles from Henderson.
15    Q.  And I'm sorry, you gave me other people.
16 Who are the others?
17    A.  My son, Brad.
18    Q.  Brad Janzen?
19    A.  Yes.
20    Q.  And any other employee?
21    A.  And my son, Jaydee, J-A-Y-D-E-E.
22    Q.  So Kevin, Brad and Jaydee?
23    A.  Uh-huh.
24    Q.  Any other employees?
25    A.  No.

Royce D. Janzen

Page 58

1     Q.   And would -- if you go back to
2  Janzen Brothers from '94 to 2007, would -- who
3  would -- would you have had employees in that
4  company?
5     A.   No.
6     Q.   Okay.  What about Janzen Land?
7     A.   No.
8     Q.   Okay.  So when we want to talk about the
9  people doing the work, farming work, it's you,
10 Kevin, Brad and Jaydee?
11    A.   Yes.
12    Q.   There's another company call Deep Water
13 Trucking; what is that?
14    A.   That is -- we put our trucks in a separate
15 corporation -- corporation, so we have some trucks
16 in there in our -- a couple of jointly owned
17 vehicles.
18    Q.   How many trucks do you have?
19    A.   Four.
20    Q.   Are these big Class A over-the-road
21 trucks?
22    A.   Yes.
23    Q.   And where are they kept at?
24    A.   At our different farm locations.
25    Q.   And do you have drivers?

Page 59

1     A.   No, just us.
2     Q.   Okay.  Do you have a CDL?
3     A.   Yes.
4     Q.   And do the other gentlemen have CDLs?
5     A.   Yes.
6     Q.   Do you do the maintenance work on the
7  trucks?
8     A.   Change the oil, yes.
9     Q.   And have you done that -- how long has
10 Deep Water -- strike that.
11         How long has Deep Water Trucking existed?
12    A.   Give me a second, approximately six years.
13    Q.   So from '13 up to present?
14    A.   Let me think about that just a second.
15 Let's say 2012, roughly that time frame.
16    Q.   Where do you fuel the trucks at?
17    A.   Sometimes out of our tank, sometimes in
18 town.
19    Q.   Do you have a diesel fuel tank?
20    A.   Yes.
21    Q.   Where's it kept at?
22    A.   At the farm shop, 2405.
23    Q.   And then where would you fuel it in town?
24    A.   At the Henderson Coop --
25    Q.   Okay.

Page 60

1     A.   -- slash, Central Valley Ag, CVA.
2     Q.   Do you have a DOT number?
3     A.   I don't think so.
4     Q.   Okay.  Is that -- are you just running
5  within Nebraska?
6     A.   We just truck our grain to town.
7     Q.   Okay.  Another company's Bavarian Work
8  Stank (phonetic); what is that?
9     A.   Well, we've split some of our farmland
10 into corporations, so to -- so each of us has our
11 own corporation, farm corporation.
12    Q.   When you say each of us, you're
13 referring to --
14    A.   Kevin, Jaydee, Brad and myself.
15    Q.   Okay.  Why do you do that?
16    A.   Tax reasons.
17    Q.   And so is Bavarian Works your part of the
18 farm?
19    A.   Yes.
20    Q.   Okay.  Are you the sole officer of that
21 company?
22    A.   Yes.
23    Q.   Any other companies that you have that
24 I've left out?
25    A.   No, that should be it.

Page 61

1         MR. KLEFFNER:  Okay, thank you.  Why
2  don't we take a quick break.
3         THE WITNESS:  Okay.
4         VIDEOGRAPHER:  Off the record at
5  9:20 a.m.
6         (9:20 a.m. - Recess taken.)
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Royce D. Janzen

1      (At 9:31 a.m., with parties present as
2  before, the following proceedings were had, to-wit:)
3          VIDEOGRAPHER:  On the record at
4  9:31 a.m.
5  BY MR. KLEFFNER:
6      Q.  Mr. Janzen, is your income -- current
7  income solely from the farming operations?
8      A.  Yes.
9      Q.  Okay.  Do you have any other sources of
10  income, like disability or pensions, things like
11  that?
12      A.  I'm starting to take social security.
13      Q.  Okay.  Have you -- you've never filed any
14  work comp claims; is that correct?
15      A.  Correct.
16      Q.  You've never served in the military; is
17  that correct?
18      A.  Correct.
19      Q.  What do you do when you're not working?
20  What type of hobbies do you enjoy?
21      A.  I have an airplane, so I fly around just
22  for the fun of it.
23      Q.  Okay.  And do you -- is your airplane
24  solely for personal or enjoyment or --
25      A.  Yes.

1      Q.  You don't use it for employment purposes;
2  is that right?
3      A.  No.
4      Q.  Where do you fly to?
5      A.  Just looking at the farms.
6      Q.  Okay.  And how long have you had your
7  pilot's license?
8      A.  Since 1976.
9      Q.  Okay.  And you still fly today, right?
10      A.  Yes.
11      Q.  Okay.  What else do you do besides fly?
12      A.  Not much.
13      Q.  Do you travel?
14      A.  A little bit.
15      Q.  Okay.  Have you traveled in the last five
16  years?
17      A.  Yes, we've gone on a vacation to Jamaica.
18      Q.  Okay.  When did you do that?
19      A.  January of -- let's see, that would be
20  January of 6 -- '17 -- or '18 -- January of '18.
21      Q.  Any other travel?
22      A.  If you count a wedding in Estes Park.
23      Q.  Sure.  When did -- when did you do that?
24      A.  June '15.
25      Q.  That's one of my favorite places in the

1  country by the way.
2      Q.  Okay.  June 2015?
3      A.  It wasn't Estes Park, it was near.
4      Q.  Right.  Do you have any grandkids?
5      A.  Yes.
6      Q.  How many?
7      A.  Seven.
8      Q.  Wow.  Do you see them?
9      A.  Yes.
10      Q.  Okay.  Do you hang out and take care of
11  them from time to time?
12      A.  Yes.
13      Q.  Are they all local?
14      A.  Yes.
15      Q.  And do you do any volunteer work?
16      A.  Yes.
17      Q.  Where do you volunteer at?
18      A.  Church.
19      Q.  What church is that?
20      A.  Bethesda Mennonite Church.
21      Q.  Okay.  Do you have any close friends that
22  you socialize with?
23      A.  Yes.
24      Q.  Okay.  Who would they be?
25      A.  Brent Buller, Curt Gerdzen, Paul Janzen,

1  Dale Steingard.
2      Q.  Are you able to take care of the farming
3  operations?  I mean, are you -- let me ask a better
4  question.
5          Presently are any of your farming
6  activities limited due to your lymphoma?
7      A.  No.
8      Q.  Okay.  Have you gotten back to what I'll
9  call your baseline?
10      A.  No, not quite.  I have issues that bother
11  me once in a while, but ...
12      Q.  Okay.  What issues bother you once in a
13  while?
14      A.  The oncologist said that my arthritis
15  might have been sort of sped up by the chemo, and I
16  have a dry-mouth situation that started with chemo.
17      Q.  Okay.  Has that gotten better over time or
18  is it still the same?
19      A.  It's gotten a little bit better.  I chew
20  gum a lot and it doesn't bother that much.
21      Q.  Okay.  Anything else that you would still
22  say you have a symptom from your lymphoma?
23      A.  Right offhand, no.
24      Q.  Okay.  So --
25      A.  Food doesn't taste good.

Royce D. Janzen

Page 66

1    Q.   Okay.
2    A.   Sorry.
3    Q.   Food taste.  I mean, does it taste good or
4  just not as good?  Do you follow?
5    A.   You know what, it varies, but it -- not as
6  good I guess would be a good --
7    Q.   So I've got food taste.  When -- with
8  regard to your arthritis, was your doctor certain
9  about that or is it a possibility or tell me what
10  your understanding is?
11    A.   Well, I complained to him and I said, you
12  know, since chemo, my arthritis has hurt me more,
13  and it seemed to start fairly startly at that point.
14  And he said, yes, that's -- it's a good possibility.
15    Q.   Okay.  And where is your arthritis at?
16    A.   Shoulder, hip, knees.  Most joints.
17    Q.   Are you able to work through it?
18    A.   Yeah.
19    Q.   Okay.  Do you take any medication for it?
20    A.   Ibuprofen.
21    Q.   Okay.  How long have you had arthritis?
22    A.   Well, it never bothered me really until --
23  until the chemo.
24    Q.   And then lastly the dry mouth was the
25  third what I'll call symptom; is that correct?

Page 67

1    A.   Yeah.
2    Q.   Okay.  Are you currently cancer free?
3    A.   That's what he -- you know, remission,
4  free, I'm not sure what the right term is, so ...
5    Q.   Okay.  But you're presently in remission;
6  is that right?
7    A.   I think so, yes.
8    Q.   And you've been that way since late '13;
9  is that correct?
10    A.   Well, he -- I -- I saw him last -- this
11  last December, so that's -- at that point he was
12  willing to say I think you're in remission.
13    Q.   And -- well, congratulations.
14         And is your prognosis good at this point
15  in time?
16    A.   Yes.
17    Q.   Okay.
18    A.   I think so.
19    Q.   Excellent.  Do you hunt or fish?
20    A.   No.
21    Q.   Your lovely wife is sitting to my right,
22  correct?
23    A.   Yes.
24    Q.   And you've been married -- I'm not going
25  to put you on the spot, but ballpark how long have

Page 68

1  you been married?
2    A.   Since '73.
3    Q.   Okay.  Is that -- that's your only
4  marriage, correct?
5    A.   Yes.
6    Q.   Your father's name was Walter; is that
7  correct?
8    A.   Yes.
9    Q.   And I have written down that he died in
10  2007; is that correct?
11    A.   Yes.
12    Q.   And was that due to lymphoma?
13    A.   That was one of -- yes.
14    Q.   What else?  Did he have other conditions?
15    A.   Well, he had I think two types of cancer,
16  so lymph- -- lymphoma was one of them or it was --
17  it was -- it was leukemia, some type of leukemia
18  that's like lymphoma.
19    Q.   Okay.  I should probably be more precise.
20  When I say lymphoma, did -- was it your
21  understanding that he had non-Hodgkin's Lymphoma?
22    A.   I don't know.
23    Q.   Okay.  But he had two types of cancer to
24  your understanding; is that right?
25    A.   That's what I remember now.

Page 69

1    Q.   And do you know how he developed that
2  cancer?
3    A.   No.
4    Q.   Your mother also had --
5    A.   He was -- he let me -- he sprayed Roundup?
6  around the yard and all over, too, so I -- if he had
7  some cancer --
8    Q.   Was he a smoker?
9    A.   No -- he was until 1960.
10    Q.   And you were born when?
11    A.   '49.
12    Q.   Okay.  Did he smoke in the house?
13    A.   No.
14    Q.   Okay.  Were you exposed to any secondhand
15  smoke in those roughly -- you know, those years as a
16  youngster?
17    A.   Very little.
18    Q.   Okay.  Your mother, her name was Elva?
19    A.   Yes.
20    Q.   Is she still alive?
21    A.   Yes.
22    Q.   Okay.  And does she have cancer?
23    A.   Yes.
24    Q.   Okay.  What type of cancer does she have?
25    A.   NHL, non-Hodgkin's.

**Page 70**

1  Q.  And do you know how she developed
2  non-Hodgkin's Lymphoma?
3  A.  Well, she grew up on -- or lived on the
4  farm all her life, so I think it's --
5  Q.  Sorry, I overtalked you there.
6  A.  I think it's from Roundup? exposure
7  possibly.
8  Q.  Do you know if any of her doctors have
9  told her that her Roundup? use caused her cancer?
10  A.  I don't know.
11  Q.  Do you have any other family members with
12  cancer?
13  A.  So it was my dad and my brother and my
14  mom.  No close relatives.
15  Q.  Your brother, did he pass due to cancer?
16  A.  Yes.
17  Q.  What type of cancer did he have?
18  A.  Multiple myeloma.
19  Q.  And do you know what caused his cancer?
20  A.  Well, we put on chemicals together a lot.
21  He used Roundup? as much as I did.
22  Q.  Okay.  When you -- when you've talked what
23  you think caused your family's cancer, are those
24  just your beliefs?  I'm trying to separate what
25  maybe doctors have said versus what your belief may

**Page 71**

1  be.
2  A.  I don't know what the doctors have said to
3  them.
4  Q.  Okay.  So when -- when you talked about
5  what caused your dad, mom and brothers's cancer,
6  that's your personal belief; is that correct?
7  A.  Yes.
8  Q.  Okay.  Have any of your treating doctors,
9  including Dr. Copur, discussed your family history
10  of cancer?
11  A.  Not really, no.
12  Q.  Okay.  Have any of your doctors said that
13  you have an increased risk of cancer due to your
14  family history?
15  A.  No.
16  Q.  Do you know anything about your
17  grandparents' health history?
18  A.  Very little.
19  Q.  Okay.  What little do you know?
20  A.  I don't think any of them died from
21  cancer.
22  Q.  Okay.  What were your grandparents' names?
23  A.  Jacob David Janzen, Cornelius C. Siebert
24  (phonetic), Emma Siebert, and my Grandma Janzen's
25  name is slipping my mind right now.

**Page 72**

1  Q.  It's okay.  Do you know what any of them
2  passed due to?
3  A.  What they died from?
4  Q.  Yes, sir.
5  A.  My Grandpa Siebert died from a heart
6  condition, my Grandma Siebert died from Parkinson's,
7  my Grandpa Janzen died from -- my Grandma Janzen
8  died from the heart condition probably, and my
9  Grandpa Janzen I'm not sure.
10  Q.  Okay.  Do you have any aunts or uncles
11  that have had cancer?
12  A.  I have -- I'm aware of my aunts.  I had --
13  my dad had -- yeah, there -- I don't know how many
14  of his sisters -- like, he had some sisters, and
15  they had -- he had, like, five sisters.  They had
16  breast cancer.
17  Q.  Okay.  So all five of them did?
18  A.  I think so.
19  Q.  Okay.  Any uncles that have had cancer?
20  A.  Not that I know of.
21  Q.  Do any of your children have cancer?
22  A.  No.
23  Q.  Okay.  Do you know what your aunts' names
24  are?
25  A.  Yes.  I'm -- let's see, Clara Rath- -- do

**Page 73**

1  you want to write them all down?  Clara Rathleff.
2  Q.  Okay.
3  A.  Goldy Wall, Tina Friesen, Doris Kroeker
4  and Delores -- what her last name?  It's slipping my
5  mind.
6  Q.  That's okay, thank you.  Have any of
7  them -- are they still alive?
8  A.  No.
9  Q.  Okay.  Which ones have passed?
10  A.  All of them.
11  Q.  All of them, okay.  Was it due to the
12  cancer?
13  A.  Yes.
14  Q.  All right, okay.  Thank you for giving me
15  that information.
16  I want to walk through Exhibit 6 with you
17  a little bit more specifically, okay, and I'm gonna
18  put that in front of you.  And actually I'm gonna
19  start by -- on Exhibit 3 here, these are your
20  invoices.
21  The types of Roundup? that are referenced
22  in Exhibit 3, there's a reference to Roundup
23  WeatherMAX?, there's a reference to Roundup?
24  Original, and those appears to be the two.
25  Would those be the two types of Roundup?

Royce D. Janzen

Page 74

1  you've used in the past?
2      A.  Yes.
3      Q.  Do you know if you've used any other types
4  of Roundup??
5      A.  Probably if there's more.  I think they
6  did change some -- add some names to their product.
7      Q.  Have you always used the concentrate?
8      A.  Yes.
9      Q.  Okay.  In other words, have you ever had
10  any of the ready mix product that you --
11      A.  No.
12      Q.  Okay.  So it's always been concentrate?
13      A.  Yes.
14      Q.  Okay.  Let's -- let's look at Exhibit 6.
15  And I'm just gonna go through this kind of
16  mechanically step by step, okay?
17      A.  Okay.
18      Q.  You have 1984 to 2003, that's the
19  four-wheeler with seven-nozzle sprayer and
20  approximately 25-gallon tank, correct?
21      A.  Correct.
22      Q.  Did you always mix the Roundup? into the
23  tank, or did somebody else do that?
24      A.  No, I did it.
25      Q.  And walk me through that process of how

Page 75

1  you actually mixed the concentrate into the tank.
2      A.  I filled the tank most of the way with
3  water, and then I would pour in the Roundup?.
4      Q.  So water went first, right?
5      A.  Most of the time.
6      Q.  And then you'd pour in the Roundup??
7      A.  Yes.
8      Q.  Did you use a funnel or any device to get
9  it in there?
10      A.  No, I had a --
11      Q.  And did you have any difficulty getting
12  the Roundup? into the tank?
13      A.  Not too bad.
14      Q.  Okay.  And how did you figure out how much
15  Roundup? to use relative to water?
16      A.  It was a rough calculation of acreage and
17  the recommendation on the label and then pretty
18  much, you know, try to calculate how much.
19      Q.  Do you recall how much Roundup? you used
20  relative to water?
21      A.  Not really.  I had -- no, I don't really
22  remember the -- the formula.  Probably -- I probably
23  put in -- do you want probably answers?
24      Q.  If it's a -- if it's more likely than not,
25  that's fine.

Page 76

1      A.  Most likely, if I remember, I put in a
2  gallon of Roundup? in that 25-gallon tank.  That's
3  sort of the number I'm remembering.
4      Q.  Okay do you recall how big the jug was?
5      A.  Two and a half.
6      Q.  Of Roundup??
7      A.  Two-and-a-half-gallon Roundup?.
8      Q.  Okay.  And your best recollection is you
9  put one gallon per 25-gallon tank?
10      A.  Yes.
11      Q.  And it's probably not -- you're probably
12  not filling it completely, so how many gallons of
13  water do you think that you had in there?
14      A.  Well, I often tried to get it full, so I
15  think then I would -- I would fill it half full, add
16  the Roundup?, finish filling.
17      Q.  Okay.
18      A.  So it was pretty much at the 20- --
19  25-gallon level.
20      Q.  And you put the water in with the hose?
21      A.  Yes.
22      Q.  Okay.  The next column indicates 23 pivot
23  corners and irrigation pipe routes, correct?
24      A.  Correct.
25      Q.  What is a pivot corner?

Page 77

1      A.  So a pivot -- irrigation pivot covers a
2  circle, and the -- we would irrigate the rest -- the
3  triangle that was left with irrigation pipe, and so
4  we'd lay out pipe in that area to irrigate it, so
5  that's called the pivot corner.  We'd blade up an
6  area and then we'd lay out pipe and spray and so
7  forth.
8      Q.  Okay.  And when we're talking about the
9  four-wheeler, we're talking about the agricultural
10  use, correct?
11      A.  Yes.
12      Q.  And basically you indicated you have about
13  40 quarters; is that correct?
14      A.  Yes.
15      Q.  And help me understand, are you basically
16  just driving the ATV in rows, back --
17      A.  No, the -- the pipe would be laid on the
18  end of the field or through the field at a -- on a
19  curve.
20      Q.  Uh-huh.
21      A.  And so you would spray that area where the
22  curve is or the end, wherever the pipe was, so that
23  it would flood irrigate.  So it was just on the end
24  or in the pipe lane.
25      Q.  Okay.  And -- okay.  So you're only

Royce D. Janzen

Page 78

1  applying it in that location?  You're not applying
2  it the entirety of the field?
3      A.  No.
4      Q.  No meaning I'm correct?
5      A.  Correct.
6      Q.  Okay, thank you.
7          And did you do this at all the different
8  locations?
9      A.  Yes.
10     Q.  How long would it take you to do a single
11 location?
12     A.  Oh, I'd often make multiple passes, so
13 20 minutes to a half hour probably.
14     Q.  And give me the ballpark in terms of --
15 you've given me dates, '84 to '03; are you doing
16 this during the growing season or how often are you
17 doing it?
18     A.  We're doing it once probably when we lay
19 out the pipe and sometimes again throughout the year
20 if weeds came up and stuff, so, yeah, whenever the
21 weeds would grow, we'd spray them.
22     Q.  And do you know how often that would have
23 been roughly, or is it just completely ad hoc?
24     A.  It's random.
25     Q.  And what would you consider generally the

Page 79

1  growing season to be?  I mean, are we talking April
2  to September or --
3      A.  Right, yes.
4      Q.  Okay.  So if I'm thinking about this ATV
5  use, we're generally -- I'm trying to bookend it to
6  some degree, okay?
7      A.  Uh-huh.
8      Q.  We're talking April to September
9  generally?
10     A.  Yeah.
11     Q.  Okay.  And you're doing it at your -- your
12 various quarters, correct?
13     A.  Right.
14     Q.  It takes you about 20 to 30 minute per
15 quarter?
16     A.  Per corner.
17     Q.  Per corner.
18     A.  Yeah.
19     Q.  Okay.
20     A.  But some fields only had one pipeline on
21 them, some fields had two, some had three, so it --
22 it varies in that degree.
23     Q.  Okay.  And if it had three, how long would
24 it take you?
25     A.  Oh, roughly an hour and a half.

Page 80

1      Q.  Okay.
2      A.  Maybe an hour 15 to an hour and a half.
3      Q.  Okay.  Do you know how many of those
4  40 had three pipes?
5      A.  No.
6      Q.  And -- okay.  So if it had one pipe, what
7  you're telling me is it's 20, 30 minutes?
8      A.  Yes.
9      Q.  Okay.  And then if it had two, you would
10 basically double that?
11     A.  Basically, uh-huh.
12     Q.  Any more than three pipes?
13     A.  There may have been one or two fields that
14 had four.  I can think of one field for sure that
15 did.  It was odd, so, yes, some of them did.
16     Q.  Okay.  And you indicated that you would do
17 this when -- at the beginning when you laid the
18 pipe, right?
19     A.  Yes.
20     Q.  And then just periodically as needed
21 during the rest of the season; is that right?
22     A.  Yes.
23     Q.  Below that says field weed, wet spots, is
24 that just where you're hand spraying?
25     A.  No, they're -- there would be spots in the

Page 81

1  field that maybe something didn't grow or --
2      Q.  Okay.
3      A.  -- just a bare spot.
4      Q.  But that's where you're -- you're applying
5  it via the four-wheeler on an as needed basis and
6  wherever you found weeds maybe; is that right?
7      A.  Yes.
8      Q.  And you can't -- I take it there's no way
9  for you to tell me how often or when you did that;
10 is that fair?
11     A.  That's fair.
12     Q.  Okay.  Below that it says includes pump
13 service, nozzle cleanout, excludes tank cleanout;
14 can you tell me what that means?
15     A.  Well, the pumps don't function a hundred
16 percent all the time, so you take them apart, fix
17 them, whatever it takes.  The nozzles had a tendency
18 to plug, so you take them out, you blow through the
19 nozzle and so forth, so ...
20     Q.  When you're using the four-wheeler, about
21 how fast are you operating the four-wheeler?
22     A.  Around 5 miles an hour, but it varied from
23 that.
24     Q.  Certainly.  Sometimes slower, sometimes
25 faster, right?

Page 82

1    A.  Mostly slower.
2    Q.  And you talked about a fog that it
3  created, can you describe that in more detail to me?
4    A.  Well, you'd get to the end of the field,
5  and your arms were wet from going with the wind.
6  Sometimes with the wind would create a -- kind of a
7  turbulence, and sometimes if you went into the wind,
8  it would create a turbulence.  So if you're --
9  excuse me.
10      If I was going with the wind, it would --
11  if the wind was just blowing just a little bit more
12  than I was driving, then, of course, I would get --
13  get wet.  Then if I was going into the wind,
14  sometimes it created a turbulence behind me, and I
15  would notice I was getting wet, too.
16    Q.  Did you always try to apply Roundup? in
17  calm conditions?
18    A.  I tried, but it -- it's never calm when
19  you -- we need to do that, so ...
20    Q.  Well, you understand it's supposed to be
21  applied in calm conditions, correct?
22    A.  Well, I think there's a wind limit on the
23  label.
24    Q.  What do you believe that to be?
25    A.  I think it's at least 10 miles an hour.

Page 83

1    Q.  And did you try to follow that to the best
2  of your ability?
3    A.  Well, I doubt if I sprayed over 10 miles
4  an hour.  I doubt if I sprayed when the wind was
5  over 10 miles an hour because then it was too
6  obvious, but ...
7    Q.  You wouldn't be able to put it where you
8  need to put it, is that what you're saying?
9    A.  I -- yeah, I mean, for multiple reasons,
10  but that'd be one of them.
11    Q.  Okay.  What would the others be?
12    A.  The -- just the -- yeah, I guess that'd be
13  it basically.
14    Q.  Now, how do you know that you got Roundup?
15  exposure during the service and cleanout?
16    A.  Well, it's almost impossible to not get
17  drips and splashes, so that's ...
18    Q.  Okay.  I'm going to skip to the back or
19  the last column on clothing, and I want to make sure
20  I interpret this correctly.
21      You always wore shoes, right?
22    A.  Yes.
23    Q.  Did you wear boots?
24    A.  No.
25    Q.  What type of shoes did you wear?

Page 84

1    A.  Most generally hiking shoes.
2    Q.  You've never wore flip-flops or sandals?
3    A.  No.
4    Q.  Slacks meaning long pants, correct?
5    A.  Yes.
6    Q.  You always wore a shirt, correct?
7    A.  Yes.
8    Q.  Do you wear a T-shirt?
9    A.  Mostly not, mostly a shirt like this.
10    Q.  Okay.  Just a cotton shirt?
11    A.  Yes.
12    Q.  Am I interpreting correctly, sometimes
13  short sleeves, sometimes long sleeves?
14    A.  Yes.
15    Q.  Can you break down for me, did you more
16  often wear long sleeves or short sleeves or --
17    A.  More often short sleeves.
18    Q.  And then you checked yes for gloves,
19  correct?
20    A.  Yes.
21    Q.  And when it says type cotton or sometimes
22  plastic, right?
23    A.  Yes.
24    Q.  And can you break down how often you wore
25  cotton gloves versus plastic?

Page 85

1    A.  Well, they both had their problems.  If
2  you got some on your cotton gloves -- I don't know,
3  I'd be guessing.
4    Q.  Okay.  When you say plastic, though, I
5  want to make sure we're communicating, are you just
6  referring to a general type of synthetic material or
7  is it definitely plastic?
8    A.  It's -- it's a synthetic material.  I
9  don't know what it is.
10    Q.  And then you put yes for goggles, correct?
11    A.  No.
12    Q.  No, I'm sorry, I miss- -- you did not wear
13  goggles?
14    A.  Right.
15    Q.  Any other -- well, strike that.
16      Did you always wear socks?
17    A.  Yes.
18    Q.  Did you wear hats?
19    A.  A cap.
20    Q.  Okay.  Is it pretty common when you're out
21  there to wear a cap?
22    A.  Yes.
23    Q.  Trying to protect yourself from the sun?
24    A.  Yes.
25    Q.  Okay.  I see that you're wearing glasses.

Royce D. Janzen

---

**Page 86**

1  Have you always worn glasses?
2      A.  No.
3      Q.  Okay.  Did you wear glasses when you were
4  operating the ATV?
5      A.  In the early years, no.
6      Q.  How long have you worn glasses?
7      A.  Probably mid '90s.
8      Q.  When you talk about feeling it wet on your
9  skin, and are -- you're talking generally on your
10  arms when you'd be wearing short-sleeve shirts?
11      A.  Yes.  Sometimes I would -- my sprayer
12  would spill and I'd get it on my back and I'd be
13  sitting in it.
14      Q.  Okay.
15      A.  The lid maybe didn't fit quite right, then
16  I'd have to adjust it.
17      Q.  Do you recall how many times that
18  occurred?
19      A.  A lot.  I mean, just -- I remember being
20  annoyed by that, so it happened 20 percent of the
21  time.
22      Q.  Did you do anything to try to fix it?
23      A.  Well, I tried new gaskets in my lid, and,
24  of course, by the time you figured out that didn't
25  work, then you had already sprayed some and you were

---

**Page 87**

1  20 miles from home or -- not 20, 10 miles from home
2  and ...
3      Q.  Okay.  Let's go down to the frequency
4  column.  You indicate nine fills plus eighteen uses
5  per week; is that right?
6      A.  Yes.
7      Q.  So I want to make sure I understand that,
8  when you -- filling is referring -- actually filling
9  the tank, right?
10      A.  Yes.
11      Q.  Nine fills every week?
12      A.  Yeah, yes.
13      Q.  How do you know it was nine?
14      A.  It's a good estimate.
15      Q.  Okay.  Is the same true for the -- when
16  you talk about pivot corners, is 23 an estimate?
17      A.  No, 23 is accurate.
18      Q.  Okay.
19      A.  But it varied from year to year depending
20  on the crop growing.
21      Q.  Now, when you talk about nine fills,
22  that's -- that's an estimate, right?
23      A.  Well, if I did --
24          MR. DOMINA:  I think he said it was
25  an average, not --

---

**Page 88**

1          MR. KLEFFNER:  Okay.
2          MR. DOMINA:  -- an estimate.  I think
3  his word was average.
4          MR. KLEFFNER:  I'm not trying -- I
5  didn't do that on purpose.
6  BY MR. KLEFFNER:
7      Q.  Let's get the record clear then, so at
8  least my understanding.  Nine fills, is that an
9  estimate or an average?
10      A.  That's an average.
11      Q.  Okay.
12      A.  Or an estimate.
13      Q.  Maybe both.
14      A.  It's an estimate of the average.
15      Q.  Okay.  And we know that you did this
16  during the first time when you're laying the pipe,
17  right?
18      A.  Yes.
19      Q.  That's early in the season, right?
20      A.  Yes.
21      Q.  It was my understanding from there on out
22  you just did it as needed?
23      A.  Yes.
24      Q.  How much would one 25-gallon tank cover?
25      A.  It varied by the amount of weeds that were

---

**Page 89**

1  in the fields, so sometimes I could get a couple out
2  of it and sometimes I'd fill in between, you know,
3  if it was going slower.
4      Q.  Okay.  When you say a couple out of it,
5  are you talking about --
6      A.  A couple of corners.
7      Q.  Okay.  I'm trying to figure out how the
8  average or the estimate of nine per week is.  I
9  mean, because we know you did it at least once
10  earlier in the season, right?
11      A.  Yes.
12      Q.  And there on out, it's as needed, and
13  so what I'm trying to understand is how you came to
14  nine fills per week?
15      A.  Well, I was spraying other things than
16  pivot corners.
17      Q.  Okay.
18      A.  So I'd fill it for my yard, I'd fill it
19  for the back end of the field.  We also sprayed the
20  back end of the field where we had pipe.  Around the
21  bins, sometimes I did that with the four-wheeler, so
22  it's a good estimate.
23      Q.  Okay.  Then how do you, from fills, get to
24  18 uses per week?
25      A.  Well, one use I maybe didn't empty it, I

Royce D. Janzen

Page 90

1 filled it and then used -- drove it again, or the --
2 I sprayed along some draws, you know, those kind of
3 things. There's just multiple places where I
4 sprayed.
5    Q. Okay. When you're filling the tank, were
6 you able, generally speaking, to keep Roundup? off
7 your skin or body?
8    A. Well, if I came back and needed to fill
9 it, it often had a little bit left. So you stick
10 your hose in and then it foams like mad, so then I
11 sometimes, you know, tried filling it, you know, and
12 you get the foam all over everything. So I tried
13 getting the foam off of the tank and, you know,
14 keeping out the opening so I could fill -- I mean,
15 there were multiple ways of trying to keep from
16 foaming so bad, so I turn my nozzle to a -- and hold
17 it in there to spray. That would kind of eat up the
18 foam as it came up.
19    Q. Right. And I'm seeing this in my mind,
20 basically are you -- you're sticking the hose down
21 into the tank, right?
22    A. Yes.
23    Q. And I think you indicated that you fill it
24 halfway with the hose, right?
25    A. Yeah, uh-huh.

Page 91

1    Q. Then you put the Roundup? in?
2    A. Yes.
3    Q. And then you fill up the remainder?
4    A. Right.
5    Q. Okay. Now, I can understand what you say
6 about foam, but were you generally able to keep the
7 foam off of you?
8    A. Well, then my tank was wet, and sometimes
9 I'd rinse the tank and the seat was wet, and my seat
10 was torn, so there's Roundup? in the tear on the
11 seats, so forth, so I tried to, but it was hard.
12    Q. Okay. What I'm ultimately getting at is
13 every time you filled it, you didn't get it on your
14 body, fair?
15    A. I would say every time I filled -- sprayed
16 it, I got something on me because the nozzles, the
17 sprayer, the pump, all didn't function a hundred
18 percent.
19    Q. Okay. Then below that, it looks like when
20 you get to 27 uses per week, you're basically just
21 adding the number of fills to the number of times
22 you're actually driving the ATV, right, per week?
23    A. Yes.
24    Q. And then below that, that's just -- you're
25 just then doing -- annualizing this times the number

Page 92

1 of times per year, and then times 20 years; is that
2 fair?
3    A. Yes.
4    Q. It's really just math after that, right?
5    A. Right.
6    Q. Okay. Then it says shuttles fill pump to
7 sprayer, what does that mean?
8    A. Well, in the later use, we used some
9 shuttles, Roundup? shuttles. So we'd -- sometimes
10 we would fill from one shuttle to the -- to the
11 sprayer or to the cone tank on the sprayer truck.
12    Q. Okay. I need to -- this is where you're
13 going to have to help me understand what you're
14 talking about. What is a shuttle?
15    A. A shuttle is about a
16 200-and-roughly-50-gallon tank of Roundup?.
17    Q. Where do you get that at?
18    A. Henderson.
19    Q. Do you buy the large 250-gallon tanks of
20 Roundup??
21    A. Yes.
22    Q. It's again the co-op?
23    A. Yes.
24    Q. Then where does the -- where does the tank
25 get applied to?

Page 93

1    A. Well, then it would be -- it might be on
2 the trucks, so I would pump it into the cone tank so
3 there's a mixing tank that we used to measure it
4 out, or the pump would even have a meter on it to
5 measure it out.
6    Q. Is this your own tank and you just apply
7 Roundup? into it?
8    A. This is putting it into the sprayer.
9    Q. Okay. Maybe I just ought to go down
10 there. Do you just go up to the co-op with your
11 sprayer and --
12    A. No.
13    Q. Is it like putting gas in a car?
14    A. No, we go to the co-op, pick up the
15 shuttle --
16    Q. Okay.
17    A. -- and take the shuttle on the truck, and
18 then main -- load the sprayer out of the shuttle.
19    Q. And when you talk about the sprayers, is
20 this the sprayer that's being pulled by the tractor?
21    A. It's a self-propelled sprayer. It drives
22 by itself.
23    Q. And you did that twice per week times
24 12 weeks?
25    A. Yes.

Royce D. Janzen

Page 94

1    Q.   Is this, again, during the growing
2  seasons?
3    A.   Yes.
4    Q.   When was the last time that you bought
5  Roundup??
6    A.   A month ago.
7    Q.   And do you still continue to buy the
8  250-gallon shuttle fills?
9    A.   Yes.
10    Q.   Do you use the genetically-modified crops?
11    A.   Yes.
12    Q.   Basically the Roundup? resistent?
13    A.   (Witness nods head.)
14    Q.   Yes?
15    A.   Yes.
16    Q.   What do you -- what type of crops are you
17  applying Roundup? to?
18    A.   Soybeans and corn.
19    Q.   Where do you get your seed from?
20    A.   Hoegemeyer Hybrids.
21    Q.   Okay.  The next column is -- you get --
22  you've done the math, and you get the number of
23  exposure, then it says times 15 minutes each; do you
24  see that?
25    A.   Yes.

Page 95

1    Q.   How did you arrive at the number of
2  15 minutes?
3    A.   That's an estimate.  I'm thinking through
4  my day when I do that, and if I got a drip on my arm
5  and I didn't get it wiped off properly, just things
6  like that.
7    Q.   Well, what we talked about so far is
8  there's different types of exposure.  You talked
9  about when you're filling the tank, you talked about
10  when you're doing the shuttle fill, pump to sprayer,
11  you talked about when you're actually operating the
12  four-wheeler, right?
13    A.   Uh-huh.
14    Q.   Yes?
15    A.   Yes.
16    Q.   And all of those are varying durations,
17  correct?
18    A.   Correct.
19    Q.   And so what I'm trying to figure out is
20  how we get to 15 minutes given that each type of use
21  is very different?
22    A.   Yes, it's an estimate of an average.
23    Q.   Okay.  This formula, did you come up with
24  this formula or did somebody else?
25    A.   Dave -- Dave did, Dave and I worked on it.

Page 96

1    Q.   Okay.  So 15 minutes is an estimate of an
2  average of different types of activities?
3    A.   Yes.
4    Q.   All of which have different durations,
5  right?
6    A.   Yes.
7    Q.   When you fill the tank, how long does that
8  take?
9    A.   On the four-wheeler, I don't know,
10  probably 15 minutes.
11    Q.   So the exposure would be less than 15?
12    A.   No.
13    Q.   Well, when you got -- when you're filling
14  the tank, and you talk about exposure, where would
15  you typically be exposed at?
16    A.   Well, if -- if it's -- I'm filling it,
17  there's air circulating and, you know, probably
18  breathing the air of the fumes and stuff, so that
19  would be an exposure to me.
20    Q.   Okay.  Do you know if you actually
21  breathed -- breathed in?
22    A.   Yes, I'm sure I did.
23    Q.   Okay.  Did it actually get on your skin at
24  all?
25    A.   Sometimes.

Page 97

1    Q.   Okay.  Where would it get?
2    A.   Splash it on my arms.
3    Q.   Okay.  And then would you wipe it off?
4    A.   If I could.
5    Q.   I know you had a hose handy; did you ever
6  rinse it off?
7    A.   Sometimes.
8    Q.   And so in talk- -- when we're talking
9  about -- we can't really estimate breathing, so I'm
10  going to leave that off to the side for a minute,
11  but in terms of the amount of time it would be on
12  the skin, it would be less than 15 minutes?
13    A.   Sometimes.
14    Q.   Sometimes up to that amount?
15    A.   Sometimes all day.
16    Q.   Did you always do your best to wipe it off
17  if you knew you got it on you?
18    A.   Well, since it wasn't that dangerous, we
19  weren't as concerned about it as we would --
20    Q.   My question was a little bit different.
21      My question was did you always do your
22  best to wipe it off you?
23    A.   Yes.
24    Q.   Okay.  Now, going back to the 15 minutes,
25  I may have asked this, and if I did, I apologize,

Page 98

1 approximately how long would it take you to operate
2 the ATV on one corner? That was the 20 to
3 30 minutes?
4     A. Yes.
5     Q. Okay. And so, yeah, that's the -- what we
6 walked through, that's multiplying by the number of
7 corners, right?
8     A. Yes.
9     Q. Okay. So that's the actual time you're on
10 the ATV, right?
11     A. Well, and I usually had to drive to where
12 my pickup was, so then I'd be on the ATV for longer,
13 so if my pickup was a mile away or something like
14 that, then I --
15     Q. But you're not actually spraying the
16 Roundup? during that, right?
17     A. Well, that's -- I'm sitting in the -- in
18 the mess that I made and I got the spray on my back
19 then. I didn't get it wiped off and --
20     Q. Okay.
21     A. -- so I was -- had that on me the whole
22 time all afternoon at times.
23     Q. I follow you on the return trip.
24     A. Yeah.
25     Q. I guess on the en route trip, you're not

Page 99

1 spraying yet, right?
2     A. Right.
3     Q. Okay. And I apologize, this is just you
4 know your business and I don't know. I'm still
5 trying to get my head around the shuttle fill; you
6 actually bring a tank to the co-op, right?
7     A. Yes.
8     Q. And just walk me through what happens.
9 That'll help me out.
10     A. Well, they -- they fill a tank with
11 Roundup? and you go pick it up on the truck, and
12 then from the shuttle, you dump it into your
13 sprayer. And so there's a pump on the shuttle that
14 you use to fill your sprayer.
15     Q. Okay. And when we talk about sprayer, are
16 those the big metal things on wheels I see on all
17 the farms?
18     A. Yes.
19     Q. Those are -- how do you operate those?
20     A. What do you mean?
21     Q. Well, how do you turn them on?
22     A. The shuttle pump?
23     Q. The sprayer?
24     A. The sprayer, it's a -- there's a person
25 driving it.

Page 100

1     Q. Okay. And where do you -- where is the
2 driver at?
3     A. In the cab.
4     Q. Okay. And you did that twice a week for
5 12 weeks, right?
6     A. Yes.
7     Q. Going to the next column, am I correct
8 when I see eight-hour workdays, that this analysis
9 is basically assuming that you have Roundup? on your
10 body or exposed to Roundup? during the entirety of
11 the eight-hour workday? Is that -- am I
12 interpreting this correctly?
13     A. Yes.
14     Q. Okay. But going back to my earlier point,
15 that's not necessarily accurate because you did your
16 best to wipe it off of you, correct?
17     A. Correct. But, you know, if you're -- I
18 just -- I have to argue with that a little bit
19 because at best I had a dry rag, and you just can't
20 wipe that off with a dry rag. A paper towel is what
21 I --
22     Q. No, I follow what you're saying. I guess
23 what I'm trying to get my head around is that in
24 terms of the amount that's actually on your body,
25 I'm talking about quantity of the product, okay?

Page 101

1     A. Uh-huh.
2     Q. Do you follow me?
3     A. Yeah.
4     Q. That's the unknown, right, because you can
5 wipe it off. What's left, if any, is the unknown
6 part of it, right?
7     A. Right.
8     Q. Okay. And if it's -- if it -- if it got
9 on your shirt, that quantity is unknown, correct?
10     A. The amount.
11     Q. Yes.
12     A. Yes.
13     Q. Okay. So what you're doing here in this
14 analysis is trying to estimate time in terms of
15 minutes, days, et cetera --
16     A. Yes.
17     Q. Right?
18         But in terms of the actual amount of
19 Roundup? on the body, that's what's unknown, fair?
20     A. Yes.
21     Q. And then it goes below that, shuttle acts
22 at 20 minutes each, that pertains to the shuttle
23 fill, right?
24     A. Yes.
25     Q. How did the Roundup? get on your body

Royce D. Janzen

Page 102

1  during the shuttle fill?
2      A.  Same way:  Drips, splashes, fumes.
3      Q.  Okay.  I'm going to have a lunch break and
4  go watch this happen, if it -- but I thought that
5  the tank you -- you were basically given a Roundup?
6  tank, right?
7      A.  Yeah.
8      Q.  You're not doing the work yourself?
9      A.  No, I'm pumping it out of the tank --
10     Q.  Follow, okay.
11     A.  -- into our sprayer or --
12     Q.  Okay.
13     A.  -- sometimes into other jugs.
14     Q.  That helps me out.  So it's not -- not
15  when you're picking it up, it's when you're
16  converting it from a tank to where you're putting
17  it?
18     A.  Yes.
19     Q.  Okay.  And how did it get on your body at
20  a point in time, just spilling?
21     A.  Yes.
22     Q.  How do you convert it from the 250-gallon
23  tank to the sprayer?
24     A.  Well, you -- the sprayer would only use a
25  portion of that, so then you would fill your sprayer

Page 103

1  multiple times with that 250-gallon.
2      Q.  But how do you get it from one to the
3  other?
4      A.  Well, I pump it out of the shuttle --
5      Q.  Uh-huh.
6      A.  -- into a cone tank, and the cone tank is
7  part of the truck structure that mixes it with water
8  into the truck --
9      Q.  Okay.
10     A.  -- into the sprayer.
11     Q.  And when you pump it, are you using hoses?
12     A.  Yes.
13     Q.  You basically pressurize the tank --
14     A.  No, it's a little electric pump that
15  doesn't pressurize the tank.  It just sucks it out
16  of the tank.
17     Q.  Okay.  And you're basically putting the
18  pump or the -- the device you just described onto
19  the 250-gallon tank, and then you're connecting it
20  to the sprayer, right?
21     A.  No, it's pumped into a smaller tank from
22  the 250-gallon tank.
23     Q.  Right.
24     A.  And the smaller tank, it's sucked into the
25  sprayer then.

Page 104

1      Q.  Okay.  And then at what point in time
2  would the Roundup? actually get on your body during
3  that process?
4      A.  Well, when you unhook the sprayer, the
5  pump from the sprayer, then there's drips of the --
6  hoses leak and stuff, and it's just -- you can't do
7  it without getting --
8      Q.  Okay.  It's basically during the detaching
9  process?
10     A.  Well, and also in the pumping process
11  because it's an open tank, it's windy, you get
12  splashed, it happens.
13     Q.  And did that occur every time or some of
14  the time?
15     A.  I would say every time.
16     Q.  Okay.
17     A.  The -- go on.
18     Q.  And, again, did you do your best to wipe
19  it off of you if you had a towel or a rag around?
20     A.  Yeah.  It wasn't -- you know, you weren't
21  concerned so much because it wasn't that dangerous,
22  so you weren't worried about it.
23     Q.  Okay.  Again, my question was you did your
24  best to wipe it off you with a towel or rag,
25  correct?

Page 105

1      A.  Yes.
2      Q.  Okay.  So then when you're doing the
3  multiplication below that, over an eight-hour
4  workday, you wouldn't have had it on you the
5  entirety of the eight-hour workday, correct?
6      A.  No, some days, if I started spraying in
7  the morning, I had Roundup? on me all day.
8      Q.  I guess what I'm saying is that's just
9  from the shuttle acts I'm talking about here in this
10  part of the analysis.
11         When you're basically moving it from one
12  tank to the next, and it -- some of it gets on you,
13  you wipe it off, it's not on you for eight hours; do
14  you follow?
15     A.  I follow, but I think I -- I think it was
16  on me for eight hours.
17     Q.  Okay.  Are you just talking whatever
18  residue may be left?
19     A.  Well, you know, you don't wipe off all the
20  splashes to start with, you don't wipe -- you don't
21  have a rag with you -- most of the time you don't
22  have a rag with you, so the times that it got wiped
23  off were way fewer than the times that it did not
24  get wiped off.
25     Q.  Okay.  And, again, are we talking about on

Royce D. Janzen

Page 106

1  your arms below sleeve level?
2      A.  Well, on your shirt, you might be wearing
3  it on your shirt all day, on your pants, if you get
4  some drips on there.  I mean, it's --
5      Q.  After a workday, do you typically wash
6  your clothes?
7      A.  Yes.
8      Q.  Okay.  So is it fair to say on the next
9  workday you were wearing fresh clothes?
10     A.  Yes.
11     Q.  After a workday, do you shower?
12     A.  Yes.
13     Q.  Every day?
14     A.  Yes.
15     Q.  Some people are every day showerers;
16  are -- is that you?
17     A.  I shower every day.
18     Q.  Okay.  At the end of the day?
19     A.  Yes.
20     Q.  Okay.
21     A.  A few times I spilled chemical enough
22  that -- I spilled Roundup? enough that I showered in
23  the middle of the day.
24     Q.  Okay.  And would you be using -- I think
25  we talked about at the beginning, the other --

Page 107

1  Atrazine, Lasso, DiPel?
2      A.  Yes.
3      Q.  Would that also go into the 25-gallon
4  tank?
5      A.  No, the DiPel was put on with a
6  cultivator.
7      Q.  Okay.  But would the Atrazine and Lasso go
8  into the 25-gallon --
9      A.  Sometimes.
10     Q.  Okay.  And so would those products also
11  get on your body in the same manner?
12     A.  Yes.
13     Q.  Okay.  Would -- tell me again how the
14  DiPel is applied.
15     A.  There were boxes on a cultivator, and each
16  box is filled with this chemical that gets applied
17  to the whirl of a corn plant.  It'd be the top of a
18  corn plant.
19     Q.  Is it a liquid?
20     A.  No, it's -- it's a -- kind of a granular.
21     Q.  Okay.  And did you breathe that in at all?
22  Was there any dust or --
23     A.  Yes.
24     Q.  Okay.  And would any of it get on your
25  skin?

Page 108

1      A.  Yes.
2      Q.  Every time you applied it?
3      A.  Yeah, it was a -- the DiPel was -- yes.
4      Q.  And then the five were more herbicides
5  that you can't recall; are -- those were all
6  liquids, right?
7      A.  Those are all liquids and those are all in
8  the later few -- last few years.
9      Q.  Okay.
10     A.  So when I didn't -- don't help with the
11  spraying as much.
12     Q.  Okay, okay.  Let's move to -- are you okay
13  to keep going?
14     A.  Sure.
15     Q.  Okay.  What I'd like to do is we may go --
16  you can tell me whenever you want a break, but I'd
17  like to get through this chart and then maybe take a
18  break.
19     A.  Sure.
20     Q.  Does that work?
21     A.  Okay.
22     Q.  Okay.  The next row here, it says for ten
23  years, one quarter per year Roundup? applied with
24  planter, right?
25     A.  Yes.

Page 109

1      Q.  And I think we talked about it earlier,
2  the planter is -- is that the thing that -- it's
3  hooked up to the tractor?
4      A.  Yes.
5      Q.  What ten-year period are we talking about?
6      A.  Probably the '90s would be my --
7      Q.  1990s?
8      A.  Yes.
9      Q.  Okay.  And this is just done while
10  planting, right?
11     A.  Yes.
12     Q.  So at the beginning of the season when
13  you're putting the seed in?
14     A.  Yes.
15     Q.  Okay.  And we talked about earlier, you're
16  applying Roundup? at the same time the seeds going
17  in the ground.
18     A.  Yes.
19     Q.  Okay.  And that would be at these
20  40 different fields, right?
21     A.  Well, it'd be one -- one quarter per
22  years.  So I didn't do all of them every year.  I
23  did -- I was estimating one per year for ten years.
24     Q.  Okay.  And you make a good point, every --
25  do -- strike that.

Royce D. Janzen

Page 110

1    Were all 40 fields used every year?
2    A.   Yes.
3    Q.   Okay.  For some type of crop?
4    A.   Yes.
5    Q.   And so going then to the one quarter per
6 year, that's what I'm trying to understand, you're
7 telling me that it wasn't all 40 fields?
8    A.   Right.
9    Q.   Okay.  And why is that?
10   A.   Depend on the weed pressure.
11   Q.   Okay, all right.  I follow now.  You may
12 not have needed to apply the Roundup? when you're
13 putting the seed in the ground?
14   A.   Right.
15   Q.   Okay.  How is the Roundup? applied to the
16 planter?
17   A.   I used jugs and poured it into the tank.
18   Q.   Okay.  And what -- how big was the tank?
19   A.   Two -- 400 gallons.  Two 200-gallon tanks.
20   Q.   And was it applied in the same manner that
21 you talked about with regard to the 25-gallon tank,
22 hose and --
23   A.   Yes, hose, pump, nozzles on the back.
24   Q.   So two 200-gallon tanks, right?
25   A.   Two 300-gallon tanks, sorry.

Page 111

1    Q.   Two 300-gallon tanks.
2        And same method of doing it, where you put
3 half the water in, Roundup? the other half?
4    A.   To -- yeah, we didn't like it foaming, so
5 we tried to put the Roundup? in at the end.  So we
6 may have the tank almost full and then we'd pour in
7 the Roundup?.
8    Q.   Okay.  And do you recall again the ratio
9 of water to Roundup??
10   A.   I don't recall.
11   Q.   And during the filling process, if you're
12 applying Roundup? at the end, were you able,
13 generally speaking, to keep it off your body?
14   A.   Generally speaking, I think I got splashed
15 almost every time I --
16   Q.   Okay.  But then that's going back to the
17 quantity issue.  How much quantity actually touched
18 your skin, that's the unknown?
19   A.   Well, yes, but then I was cleaning out
20 nozzles on that rig.
21   Q.   Okay.  And let me separate that.  When
22 you're actually, though, filling the tank, the
23 quantity of Roundup? that splashed on you, that's
24 the unknown, right?
25   A.   Yes.

Page 112

1    Q.   Okay.  And then when you're actually
2 driving the tractor, did it -- it didn't have the
3 same fog issue that the ATV had; is that fair?
4    A.   Yes.
5    Q.   Okay.  Yes meaning I'm correct?
6    A.   It fogged, but I was in a cab.
7    Q.   Right.  Is it an enclosed cab?
8    A.   Yes.
9    Q.   So were you able to keep Roundup? off of
10 you while driving the tractor?
11   A.   Well, there was a fog created, and so my
12 windows sometimes got -- I could tell was getting
13 wet in the wind, so my contention is I was breathing
14 it.  The filters weren't that good.
15   Q.   You didn't have the issue with it getting
16 your shirt damp, right?
17   A.   Yes.
18   Q.   Then in the next column for frequency, one
19 day for ten hours, is that the time operating the
20 tractor?
21   A.   Yes.
22   Q.   And when you're estimating ten hours, is
23 that based upon your testimony where you believe you
24 were breathing it in?
25   A.   Yes, but in that time I had to fill the

Page 113

1 sprayer multiple times --
2    Q.   Okay.
3    A.   -- or the planter multiple times.
4    Q.   Okay.  So two things:  Filling process
5 that we just talked about --
6    A.   Yes.
7    Q.   -- and then what you believe you were
8 breathing it in?
9    A.   Uh-huh.
10   Q.   Yes?
11   A.   Yes.
12   Q.   Okay, okay.  Then the next column is
13 estimated duration, slash, amount; that's just
14 multiplying hours by years, correct?
15   A.   Yes.
16   Q.   Okay.  And just so it's covered, when you
17 say same in the clothing columns, it's the same
18 clothing that you -- we talked about previously with
19 regard to the four-wheeler, right?
20   A.   Yes.
21   Q.   Did you ever wear any we'll call it true
22 personal protective equipment, like the suits?
23   A.   No.
24   Q.   Okay.  Now, the next row, all years,
25 '84 to '14, talked about the hand sprayer.  That's

Royce D. Janzen

Page 114

1  where you're actually using the 2.5-gallon jug,
2  correct?
3     A.  Yeah, yes.
4     Q.  And you're actually walking the fields?
5     A.  Yes.
6     Q.  When you're doing that --
7     A.  Well, and also it doesn't actually
8  specify, but we walked soybean fields where you'd
9  walk up and down the row with little squirt bottles,
10  so we'd fill a high concentration of Roundup? in the
11  squirt bottle, and then you'd walk the fields and
12  squirt anything.  So we were using that in
13  non-Roundup? Ready beans, but killing the weeds with
14  Roundup?.
15     Q.  Okay.  And you're using the bottle there
16  because you're being careful not to kill the
17  soybeans?
18     A.  Right.
19     Q.  Okay.  So when you're doing that, you're
20  applying it I presume because you don't want to kill
21  your crop, right?
22     A.  Right.
23     Q.  So you're applying it low to the ground in
24  a targeted fashion?
25     A.  Well, we're applying to the top of the

Page 115

1  weed, and we -- our thinking was if we would maybe
2  kill a plant or two, but we wouldn't kill an area.
3     Q.  All right.  But my point is you're just
4  not (indicating)?
5     A.  Oh, no.
6     Q.  I know it's not on the video, but you're
7  applying it -- your hand is pretty close to the
8  ground when you do that?
9     A.  Well, it'd be up in the air to the top of
10  the plant.  So if a plant was 2 feet tall, you
11  weren't at the ground level.
12     Q.  Okay.  But when you talk about the plant,
13  are you talking the weed or --
14     A.  The weed.
15     Q.  Okay.  And that was with the ready-mixed
16  hand sprayer or the concentrate?
17     A.  Concentrate.
18     Q.  Put in a tank --
19     A.  No.
20     Q.  -- or jug?
21     A.  A little squeeze bottle.
22     Q.  Okay.
23     A.  And then we did it really concentrated, so
24  it might have been roughly 50/50, so if we had a
25  1-quart bottle, it'd be one-half.

Page 116

1     Q.  Okay.  Was this your own spray bottle that
2  you put it in?
3     A.  Yeah.
4     Q.  Okay.  Do you still have all this
5  equipment?
6     A.  No.
7     Q.  Do you have the tractor?
8     A.  No.
9     Q.  The ATV is gone, right?
10     A.  Yes.
11     Q.  During the field walks, that would
12  encompass what we just talked about with the
13  sprayer, but then also the jug; is that right?
14     A.  Yes.
15     Q.  Okay.  It was a 2.5-gallon jug.  Did it
16  have a wand?
17     A.  I guess I'm confused.  Are you talking the
18  hand sprayer?
19     Q.  Well, we maybe need to make sure we're
20  on -- we're communicating.  What I'm envisioning
21  with a hand sprayer is like the -- what's got --
22     A.  Squirt bottle.
23     Q.  Squirt bottle with a trigger on it?
24     A.  Okay, yes.  That's what we walked the
25  soybeans with.

Page 117

1     Q.  Okay.
2     A.  The hand -- hand sprayer -- I don't
3  know, our term for hand sprayer was actually --
4  that's a squirt bottle.  The hand sprayer was where
5  you pump up pressure --
6     Q.  Uh-huh.
7     A.  -- and walk around with a wand.
8     Q.  Right.  And that was the 2.5-gallon?
9     A.  Yes.
10     Q.  Okay.  And when you're doing that, is it
11  similar in that you're applying it in a more
12  targeted fashion to the weed itself?
13     A.  That was more often just spraying because
14  the weeds were too close to hit each one, you just
15  sprayed an area.
16     Q.  And when you're doing that, were you able,
17  generally speaking, to keep it off your body?
18     A.  No.
19     Q.  Okay.  And why not?
20     A.  The winds.
21     Q.  In terms of it --
22     A.  Drifting onto you.
23     Q.  Okay.  Did you generally try to avoid it
24  drifting onto you?
25     A.  Yeah.

Royce D. Janzen

1   Q.  And this is where I'm trying to -- if you
2   got the wand -- are you right-handed?
3       A.  Yes.
4       Q.  Okay.  So are you carrying the jug with
5   your left hand, wand with the right?
6       A.  Right.
7       Q.  And, generally speaking, where would the
8   level of your hands be when you're applying it in
9   the field walks?
10      A.  Well, if I'm in walking in the field,
11  the -- in the field, I was using the squirt bottle.
12      Q.  Uh-huh.
13      A.  The hand sprayer was more around other
14  areas, not in the field?
15      Q.  In buildings?
16      A.  Yes.
17      Q.  Okay.
18      A.  So the squirt bottle, they're -- you kind
19  of had to squirt it ahead of you because you
20  couldn't walk backwards through a field.  So you
21  would squirt a plant and you'd rub up against it and
22  squirt the next one and maybe touch that one and ...
23      Q.  Were you able to keep it off your arms,
24  though, during this process?
25      A.  Not really.  I mean, it was -- it's just

1   messy.  You came home and you were ready for a
2   shower.
3       Q.  Okay.  When you were doing the field
4   walks, though, what I'm envisioning in my mind is
5   you're walking through a field, you got the
6   sprayer --
7       A.  Uh-huh.
8       Q.  -- the trigger bottle.
9       A.  Yeah.
10      Q.  Okay.  And a weed would grow, and you'd be
11  holding a hand down like this to apply to the weed?
12      A.  Yes.
13      Q.  Okay.  Then what you're telling me is
14  you'd walk past it and it would get -- get on your
15  pants?
16      A.  Yes, but we often waited until -- as long
17  as we could, so the beans were pretty tall.  So
18  instead of being waist high, they were more like
19  chest high at the worst.
20      Q.  Flipping real quickly to when you used it
21  what I'll call it residential use, is this when
22  you're using the 2.5-gallon jug with the wand around
23  various buildings?
24      A.  Yes.
25      Q.  Okay.  Do you know how often you did that?

1       A.  Around the farm buildings?
2       Q.  Yes.
3       A.  One day I did one yard, and then the next
4   day I did another yard, and then another day I might
5   have done the well, and another day I might have
6   done the well -- a different well with the
7   four-wheeler.  I mean, there were just different
8   ways every day.
9       Q.  Right.  I guess in terms of trying to
10  figure out the number of times you did that per
11  season, there's really no way to estimate that,
12  correct?
13      A.  Well, we have estimated it here, so ...
14      Q.  Well, then let's -- that's what I'm trying
15  to figure out, how have you arrived at the estimate
16  of 30 exposures per year?
17      A.  See, where are you at?  Okay.  Yeah,
18  that's every two days in exposure, I mean,
19  throughout the summer, so it's not hard to get 30.
20  My guess is 30 is low.
21      Q.  Okay.  And when you're doing it around the
22  farm buildings, how long does it take you to do
23  that?
24      A.  Might take an hour.
25      Q.  Okay.  And what you're telling me is you

1   do one building one day, then another building
2   the --
3       A.  No, one yard.
4       Q.  One yard.
5       A.  Yeah, one bin site.
6       Q.  And when we talk about a bin site, what is
7   a bin site?
8       A.  It's a place where we store our grain, and
9   we have -- we have, like, four bin sites, and so
10  it's a group of grain bins --
11      Q.  Uh-huh.
12      A.  -- with the capability of loading and
13  unloading and --
14      Q.  And are you using Roundup? around the bins
15  themselves?
16      A.  Yes.
17      Q.  Okay.  Anywhere else?
18      A.  You mean on the yard or --
19      Q.  Yes, sir.
20      A.  Yeah, around the shop, around the barn,
21  around the cattle lot.
22      Q.  And on those occasions, the duration would
23  be an hour or less, right?
24      A.  Right.
25      Q.  And it's your estimate that you're doing

Royce D. Janzen

Page 122

1  that on 30 occasions per year?
2      A.  Yes.
3      Q.  And when you're using Roundup? around the
4  bin site, what I'm envisioning is you're going
5  around the circumference; is that fair?
6      A.  Yes.
7      Q.  And are you basically applying it lower to
8  the ground around the circumference of the bin?
9      A.  Yes.
10     Q.  Were you able, generally speaking, able to
11  keep the Roundup? off you during those occasions?
12     A.  I doubt if I ever did it where I didn't
13  have it blow in my face because it -- the wind would
14  be one way or another.  Even a small wind, you would
15  always end up in the stream with the wind --
16     Q.  Yeah.
17     A.  -- stirring it up.
18     Q.  Well, how -- I applied Roundup? last week
19  around my home.
20         MR. DOMINA:  Are you going to be a
21  witness now?
22         MR. KLEFFNER:  No, I'm not.
23  BY MR. KLEFFNER:
24     Q.  I'm just trying to figure out how it's
25  getting in your face if the conditions are -- the

Page 123

1  wind conditions are 10 miles per hour or less.
2      A.  Well, I don't know if you're familiar with
3  the way stuff is around grain bins, but the wind
4  around a grain bin is always blowing --
5      Q.  Okay.
6      A.  -- because it's round.  So even if it's
7  5 miles an hour, it's always swirling around one way
8  or the other.  So you can walk in part of the place
9  and you don't get it, and you take ten steps and
10  there the wind is flowing and it catches you.
11     Q.  You have two building sites, ditches and
12  fence rows; what building sites are you referring
13  to?
14     A.  The -- the farm where I lived, so there's
15  building sites there, building -- a building site
16  there and grain bins, storage building, barn, so
17  forth, then there's where we have our shop, and the
18  grain bins have been there, there's grain bins
19  there.
20         Then where my son lives, I've often
21  sprayed his bins, sprayed around the bins.
22         And we had yet another place where we
23  stored irrigation pipe and a yard we sprayed around
24  there, so -- and I could probably list a couple
25  more.

Page 124

1      Q.  Is Roundup? only being used by you,
2  generally speaking, during the growing season of
3  what we talked about earlier, the April or May until
4  September?
5      A.  Yes.
6      Q.  How many -- so I'm trying to figure out
7  how many days that is.
8      A.  150.  Is it?
9         MR. DOMINA:  180.
10        MR. KLEFFNER:  180.
11        THE WITNESS:  Okay.
12        MR. DOMINA:  Start to end.  What's
13  your average frost date around here, October 20?
14        THE WITNESS:  Something like that,
15  yes.
16  BY MR. KLEFFNER:
17     Q.  Because I'm looking at the exposures per
18  year, and according to this estimation that we have
19  here, if we go to the top column, you have
20  324 exposure per year, plus another 24, so that's
21  348, right?
22     A.  Which column are you in?
23     Q.  I'm on the ATV.
24     A.  Okay.  I'm not finding it -- okay, there.
25  Yes.

Page 125

1      Q.  Okay.  So we're at 348, and then the row
2  below that --
3         MR. DOMINA:  324.
4         THE WITNESS:  324.
5         MR. KLEFFNER:  Plus --
6         MR. DOMINA:  Oh.
7         MR. KLEFFNER:  -- another 24.
8         MR. DOMINA:  Then add the next 24, I
9  see.
10        MR. KLEFFNER:  Right.
11        MR. DOMINA:  Pardon me, I'm sorry.
12  BY MR. KLEFFNER:
13     Q.  So you're at 348, correct?
14     A.  Yes.
15     Q.  And then the row below that is -- that's
16  one day per year, right?
17        MR. DOMINA:  No, the first row is
18  exposures, the second row is days.
19        MR. KLEFFNER:  Right.  I'm on
20  estimated frequency, and I'm on the application of
21  the -- with the tractor, one day of ten hours per
22  year.  Do you follow me?
23        THE WITNESS:  One day of ten hours
24  per year, yes.
25

Page 126

BY MR. KLEFFNER:
1 Q. Right. So that's -- I'm adding the
2 348 from the row above that to plus one basically,
3 right? One day of exposure?
4 MR. DOMINA: Well, we called -- we
5 called one day a single exposure even though it was
6 a ten-hour exposure.
7 MR. KLEFFNER: Right, but I'm talking
8 about just days right now.
9 BY MR. KLEFFNER:
10 Q. Do you follow me, Mr. Janzen?
11 A. Yes.
12 Q. Okay. And then if we go all years, you
13 got another 30 exposures, so we're at 349 plus 30,
14 379 day exposures.
15 MR. DOMINA: No, that's not correct.
16 That's what he's testified about.
17 MR. KLEFFNER: That's --
18 MR. DOMINA: Your first row is not
19 days. Your first row is exposure events that are
20 less than days, happening multiple times per day.
21 MR. KLEFFNER: Right, and that's what
22 I'm trying to -- I'm trying to figure this out.
23 BY MR. KLEFFNER:
24 Q. In your first row, you've done

Page 127

1 324 exposures per year, plus the 24, so that's
2 348 exposures per year, right?
3 A. Yes.
4 Q. Okay. What you're -- what I'm -- what I'm
5 hearing kind of you and Mr. Domina say is that
6 that's not necessarily per day, you tried to
7 estimate the number of --
8 A. Exposure.
9 Q. Exposure, okay.
10 A. Exposure could be five minutes or --
11 Q. Whereas in these other columns, you're
12 actually then doing it day exposures, right?
13 A. Yes.
14 MR. DOMINA: Well --
15 MR. KLEFFNER: So we're kind of
16 mixing apples and oranges there a little bit.
17 MR. DOMINA: Be careful of the words
18 columns and rows, I think you meant rows, Mike. In
19 Row 2, it's days. In Row 3, it's exposures, which
20 would be less than days.
21 BY MR. KLEFFNER:
22 Q. Exactly, but then when we get down to the
23 total, the estimated frequency column has mixed
24 exposures with day exposure; do you see what I'm
25 saying, Mr. Janzen?

Page 128

1 A. Yes, I think so. I'm -- I'm not clear
2 on -- no, I'm not -- I'm not clear.
3 MR. DOMINA: We then moved it to
4 minutes to get it to days in the fourth column--in
5 the fourth column, not row, column--so we took our
6 exposures, used his minutes calculation --
7 MR. KLEFFNER: Okay.
8 MR. DOMINA: -- tried to get to
9 minutes, then hours, then days so that we could
10 common -- you know, make them common.
11 MR. KLEFFNER: Okay.
12 MR. DOMINA: That's what we tried to
13 do, but whether there was method in our madness or
14 not, you can assess, but that's what we were trying
15 to do.
16 MR. KLEFFNER: All right.
17 MR. DOMINA: Okay.
18 MR. KLEFFNER: Let's take a break.
19 MR. KLEFFNER: Let's keep that in
20 there.
21 THE WITNESS: Yeah.
22 MR. KLEFFNER: Let's take a break.
23 VIDEOGRAPHER: Off the record at
24 10:45 a.m.
25 (10:45 a.m. - Recess taken.)

Page 129

1 (At 11:00 a.m., with parties present as
2 before, the following proceedings were had, to-wit:)
3 VIDEOGRAPHER: On the record at
4 11 o'clock a.m.
5 BY MR. KLEFFNER:
6 Q. Mr. Janzen, we're back on the record after
7 a break.
8 Do you ever apply any insecticides to your
9 crops?
10 A. Yes.
11 Q. What do you apply?
12 A. Let me think about that a little bit.
13 Not much. We do aerial application of
14 some fungicides, occasionally there's some
15 insecticide in it.
16 Q. What fungicides do you apply?
17 A. I don't know, it changes from year to
18 year. I can't even name one right now.
19 Q. And you said those are applied by
20 airplane?
21 A. Uh-huh, yes.
22 Q. Does somebody do that for you?
23 A. Yes.
24 Q. Who does that?
25 A. It has been about three different people

Royce D. Janzen

Page 130

1 in the last few years, so Boardman Aerial is one,
2 Roth Aerial is one, and George Brothers.
3     Q.   How do we go about finding what fungicides
4 they apply?
5     A.   Well, we've purchased it through
6 Henderson Coop, so I think they should know.
7     Q.   And I think you told me earlier you do
8 have an account there?
9     A.   At Henderson Coop?
10    Q.   Yes, sir.
11    A.   Yes.
12    Q.   Okay.  So basically if we -- whatever
13 records they keep, I know you may not know that, but
14 if we were to ask for invoices and receipts, would
15 it be through Janzen Brothers Partners?
16    A.   For the last ten years, twelve years.
17    Q.   Yes, and then before that, it would be
18 the --
19    A.   Janzen Brothers.
20    Q.   Okay.  And so any fungicides, herbicide
21 purchases have all been through that co-op?
22    A.   Also through what used to be Central
23 Irrigation that turned into Aurora Co-Op.  So we
24 haven't done business with Aurora Co-Op for ten
25 years.

Page 131

1     Q.   Okay.  But those, again, are the two, and
2 they would be under the company name, right?
3     A.   Yes.
4     Q.   Did you always purchase Roundup? through
5 the company name?
6     A.   Yes.
7     Q.   Okay.  With regard to the ATV sprayer, do
8 you know what manufacturer the sprayer was?
9     A.   The sprayer, yes -- no.
10    Q.   And you last used that per your chart in
11 2003, right?
12    A.   Yes.
13    Q.   Do you know how you calibrated the sprayer
14 in terms of the output?
15    A.   I estimated my speed, and I knew the size
16 of the nozzle and the pressure that it was supposed
17 to put out.
18    Q.   And do you know what settings they were
19 at?
20    A.   No, I don't remember.
21    Q.   Do you know the rate at which it sprayed?
22    A.   No.
23    Q.   Okay.  You may have told me earlier,
24 how -- do you know how many gallons you required per
25 acre or per corner?

Page 132

1     A.   No, not really.  I can't give you a good
2 answer.  I can tell you that sometimes my tank was
3 enough and sometimes it wasn't.
4     Q.   I've got some -- you can find anything on
5 the Internet nowadays, and I've got some pictures of
6 I believe some of your properties, and I just want
7 to maybe mark some of those.  And before I mark it,
8 you can say no, this isn't mine or I never used
9 Roundup? there and we'll just move on.  Do you see
10 the picture?
11    A.   Yeah.
12    Q.   Okay.  Did you use -- is this one of your
13 properties?
14    A.   Yes.
15    Q.   And is this one of the farm or
16 agricultural properties?
17    A.   Yes.
18    Q.   Okay.  And did you use Roundup? at this
19 location?
20    A.   Yes.
21         MR. KLEFFNER:  Okay.  I'm gonna mark
22 it as Exhibit 7.
23         (Exhibit 7
24         marked for identification.)
25

Page 133

1 BY MR. KLEFFNER:
2     Q.   There's actually two photographs --
3 there's three.  I'm sorry.  Three.  Exhibit 7 will
4 be three photographs.
5     A.   Okay.
6     Q.   And is there a way you can describe what
7 location this is?
8     A.   This is that -- where I lived.
9     Q.   Okay.  This is the house growing up?
10    A.   Yes.  There were two houses on the yard,
11 so for a while my wife and I lived in one, and my
12 parents lived in the other one.
13    Q.   Okay.  Do you see the second photograph
14 appears to be, like, a garage, a large garage of
15 some type?
16    A.   Yes.
17    Q.   And then the third photograph is a
18 separate shed/garage area?
19    A.   Nope, that's not ours.
20    Q.   So Picture 3 is not you?
21    A.   No.
22    Q.   Okay.  Why don't we just take that out.
23    A.   (Witness complies.)
24    Q.   You talked earlier about you applied
25 Roundup? for what I'll call residential purposes at

Royce D. Janzen

Page 134

1 this location, right?
2    A.  Yes.
3    Q.  Where would you apply the Roundup? at?
4    A.  All the way around the building, for sure
5 on three sides.
6    Q.  And this was again using -- was this the
7 trigger spray bottle or the 2.5-gallon jug with the
8 wand?
9    A.  Right, the wand.
10    Q.  Okay.  And, again, how long did that take
11 you?
12    A.  Oh, are you talking about this building or
13 the yard itself or --
14    Q.  Well, that's what I'm trying to get a
15 handle on, where exactly you used the --
16    A.  Well, one day I might decide I want to go
17 spray around that building yet today, and then the
18 next day I might, well, I forgot to do the bins or I
19 should do the bins, so I do the bins.  I mean, it
20 would be multiple days sometimes and a half hour
21 each time.
22    Q.  Okay.  And so Exhibit 7 is what you
23 described earlier as 2406 East 7th Road, Henderson,
24 Nebraska?
25    A.  Yes.

Page 135

1    Q.  Okay.  And you lived there until 2010,
2 right?
3    A.  Yes.
4    Q.  And on your chart, the use of Roundup? at
5 Exhibit 7 would fall under the -- is it the third
6 row?
7    A.  Yes.
8    Q.  How do you know you began using Roundup?
9 in 1984?
10    A.  They came out in the late '80s.  It took
11 several years for it to become widely used, and so
12 that's -- in my guess, it's a pretty good guess as
13 to when we started using it.
14    Q.  I thought you said it came out -- you
15 thought it came out in the late '80s?
16    A.  Late '70s.
17    Q.  Okay.  That's -- okay.  So on Exhibit 7,
18 you talked about you applied Roundup? maybe on one
19 day around at least three edges of the building,
20 right?
21    A.  Yeah, the barn would be more like two
22 edges.  We mowed around the other side, but --
23    Q.  Okay.  Then where else would you have
24 applied Roundup? at?
25    A.  Well, the bins and then you can see in the

Page 136

1 background there's a building, and in -- in the
2 south side of the yard there was a large barrier
3 where we park trucks, so -- or any -- parked
4 anything, sprayed that lot, and around the fences.
5    Q.  And I see you have some -- there is some
6 grass at this location, right?
7    A.  You mean grasses and pasture or --
8    Q.  Well, the green area around the barn.
9    A.  Yeah, that's just the lawn.
10    Q.  Right.  And were you -- you were using the
11 Roundup? that would also kill grass, right?
12    A.  Yes.
13    Q.  And so when you're applying around the
14 barn, are you careful to apply it just in the areas
15 that you want to apply it at?
16    A.  I only spray on two sides of the barn.
17    Q.  Okay.
18    A.  Not always.  Sometimes I did it on the
19 west side, but I -- yes, I was careful.
20    Q.  Would your brothers ever apply the
21 Roundup??
22    A.  Not here.
23    Q.  Okay.  Did they not live there?
24    A.  No.
25    Q.  Okay.

Page 137

1    A.  Well, he grew up there, but he didn't live
2 there.
3    Q.  Okay.  And did your brother growing up
4 there ever apply the Roundup? at the location we see
5 in Exhibit 7?
6    A.  No.
7    Q.  You were the -- you were the one that
8 handled that?
9    A.  Yes.
10    Q.  Is this what you referred to as the shop?
11    A.  Yes.
12          (Exhibit 8
13          marked for identification.)
14 BY MR. KLEFFNER:
15    Q.  Okay.  We'll mark as Exhibit 8, look at
16 this and confirm all three buildings are yours or
17 all three photos relate to the shop.
18    A.  (Witness reviewing document.)
19        Well, two of them aren't.  The middle
20 picture is on this location (indicating).
21    Q.  Okay, okay.  So let me do this, I'm gonna
22 add a third photograph to Exhibit 7.
23        What is the third photograph?  How would
24 you describe that on --
25    A.  Oh, wait, I take that back.  No, that's at

Royce D. Janzen

Page 138

1  this location.
2      Q.  How about we start over?
3      A.  Never mind.
4      Q.  No, you're good.  We'll get there.
5          So I'm marking Exhibit 8, and Exhibit 8 is
6  three photographs.  Do they all pertain to what
7  you've called the shop area?
8      A.  Yes.
9      Q.  And is this where the business is operated
10 out of?
11     A.  Yes.
12     Q.  And where is this located again?
13     A.  2405 East 7th Road.  It's a --
14     Q.  Go ahead.
15     A.  -- 16th of a mile from that location.
16     Q.  And you're pointing to Exhibit 7?
17     A.  Yes.
18     Q.  And have you used Roundup? at Exhibit 8
19 location?
20     A.  Yes.
21     Q.  Okay.  Where at?
22     A.  Around the bins, around the shed, around
23 the shop.
24     Q.  Okay.  When we talk about the bins, those
25 are the circular --

Page 139

1      A.  Yes, uh-huh.
2      Q.  -- items, and when you talked about
3  walking the circumference, that's what you talked
4  about?
5      A.  (Witness nods head.)
6      Q.  Yes?
7      A.  Yes.
8      Q.  So, again, that's referring to -- on
9  Exhibit 6, this pertains to the discussion in Row 3?
10     A.  Yes.
11     Q.  Again, that was the -- remind me, was that
12 the trigger sprayer or the 2.5-gallon jug with a
13 wand?
14     A.  2.5-gallon jug with a wand.
15     Q.  Okay.  And how long would it take you to
16 walk the circumference of these bins?  Sorry, you
17 can have that.
18     A.  Oh, I would guess -- so how long -- you're
19 asking how long would it take to walk the
20 circumference of just the bins or the whole yard
21 or --
22     Q.  Let's break it down.
23         We've established that you used Roundup?
24 around the circumference of the bins, right?
25     A.  Yes, uh-huh.

Page 140

1      Q.  And on a given day, would you do every bin
2  or just one bin?
3      A.  I would do the bins, maybe the shop
4  another day or just the small area where I saw it
5  needed or around the other building.  You know, I
6  never did probably -- I never did it all in one day
7  probably, but more likely in different segments.
8      Q.  Okay.  And this was all on an as-needed
9  basis on this location, right?
10     A.  Yes.
11     Q.  Okay.  Let's talk about the bins then.  If
12 you did the bins on a given day, how long would that
13 process take?
14     A.  Half hour.
15     Q.  Okay.  And then you indicated that -- and,
16 again, are you applying it around the bottom edge
17 of -- at ground level near the circumference of the
18 bin?
19     A.  Pretty much, yes.
20     Q.  Okay.  With the wand, right?
21     A.  Yes.
22     Q.  Now, around the shop area, is that just
23 spot treatments, or did you walk the entire area of
24 the shop?
25     A.  I walked three sides of the shop.

Page 141

1      Q.  And how long would that take?
2      A.  Another half hour.
3      Q.  Okay.  The shop is the Photograph 1, and
4  you see two garage port areas --
5      A.  Yes.
6      Q.  -- and two standard-sized doors, right?
7      A.  Yes, uh-huh.
8      Q.  And then what is the larger building that
9  we see in Photograph 2?  It looks like a big shed,
10 big garage.
11     A.  Yes, that's just a storage building.
12     Q.  Okay.  And did you apply Roundup? around
13 that area?
14     A.  Yes.
15     Q.  Would it take about the same amount of
16 time?
17     A.  Yes.
18     Q.  Okay.  And you're wearing all the clothing
19 that we have shown on Exhibit 6, correct?
20     A.  Yes, more often than not, I did not have
21 the gloves on.
22     Q.  Okay.  Now, you talked earlier about how
23 the wind would whip around the bins, right?
24     A.  Yes.
25     Q.  Did you have the same issue around the

Royce D. Janzen

Page 142

1  shop and shed area?
2      A.  Yes, bins, being round, have more of that
3  issue than the -- but if you have a calm one side of
4  the shed, then the other side's probably not.  And
5  10 miles an hour is -- I mean, we'd never do it on a
6  windy day, so ...
7      Q.  Okay.  You never applied it on a windy
8  day, right?
9      A.  No.
10     Q.  No meaning you didn't do it?
11     A.  No, we didn't do it.
12     Q.  Okay, thank you.
13         Any other locations where you used
14  Roundup? on Exhibit 8?
15     A.  No.
16     Q.  In terms of the -- again, the quantity
17  that would -- your body would be exposed to, that's
18  the unknown, right?
19     A.  Yes.
20     Q.  And you didn't have any issues -- let me
21  ask you, around the shop and the shed, is it fair to
22  say you didn't inhale it?
23     A.  No.  I mean, if I caught a whiff of air at
24  the wrong time, there's a good chance you took
25  several breaths in.

Page 143

1      Q.  Okay.  Is this another location where you
2  applied Roundup??  Sorry, I can -- I'm not trying to
3  keep them from you.
4      A.  Yes.
5          MR. KLEFFNER:  Okay.  We'll mark that
6  as Exhibit 9.  Here, why don't you give that one to
7  Mr. Domina.  I'll give you this one.
8              (Exhibit 9
9              marked for identification.)
10  BY MR. KLEFFNER:
11     Q.  What is shown in Exhibit 9?
12     A.  It's a grain bin -- grain bin.
13     Q.  Where's the grain bin at?
14     A.  It's on the corner of a field.  Let me
15  think.  It's that road, I think it's Road 11 and
16  somewhere.  I can't tell you exact location.  I
17  could drive you there.
18     Q.  Is -- would this then fall in the category
19  of where you use the ATV at?
20     A.  I haven't sprayed at this place for a
21  while, but what -- so before that, I would have used
22  my wand.
23     Q.  The 2.5-gallon jug --
24     A.  Right.
25     Q.  -- with the wand?

Page 144

1          That's what you likely used at the --
2  what's seen in Exhibit 9?
3      A.  Yes.
4      Q.  Around the circumference of the bin?
5      A.  Yes.
6      Q.  Okay.  Did you ever ride the ATV at this
7  location on Exhibit 9?
8      A.  Seldom.  I couldn't -- I wouldn't say
9  never.  I'm sure I did, but not as often as the hand
10  sprayer.
11     Q.  Okay.  I think we've already -- is that
12  within Exhibit 8?
13     A.  No, that's a different one.
14     Q.  Okay.  Let's mark --
15     A.  That one goes with -- with this
16  (indicating).
17     Q.  Exhibit 7?
18     A.  Yes, that's on that yard.
19     Q.  Okay.  Was the photograph I'm going to add
20  to Exhibit 7, was this one of your buildings?
21     A.  Yes.
22     Q.  And would you just spray Roundup? around
23  the circumference of this large garage or shed?
24     A.  Yes.
25     Q.  Okay.  For the record, Exhibit 7, we've

Page 145

1  added and subtracted to Exhibit 7.  It's back to
2  three photographs.
3          MR. DOMINA:  Why don't we number
4  them.  Is it safe now, do you think, to number them
5  Pages 1, 2 and 3?
6          MR. KLEFFNER:  I think it probably
7  is.
8          MR. DOMINA:  This looks like Page 1
9  is in kind of the nature of a barn; is that an
10  accurate word?
11         THE WITNESS:  Yes.
12         MR. DOMINA:  Page 2 is a Quonset
13  building?
14         THE WITNESS:  Yes.
15         MR. DOMINA:  And Page 3 is a
16  rectangular machine shed-style building?
17         THE WITNESS:  Yes, uh-huh.
18         MR. DOMINA:  Do you happen to have --
19         MR. KLEFFNER:  Yeah, I do.  Do you
20  want a copy?
21         MR. DOMINA:  If you don't --
22         MR. KLEFFNER:  Yeah, there you go.
23         MR. DOMINA:  Thank you, Mike.
24  BY MR. KLEFFNER:
25     Q.  Have we covered then the areas where

Royce D. Janzen

Page 146

1 you've used Roundup? residentially?

2    A. You've covered them where I lived. I

3 sprayed at my son's bins or at the bins on his yard,

4 and I guess do you call that residentially?

5    Q. Well, what I'm -- it's the farm where you

6 grew up, that's what we see in Exhibit 7, right?

7    A. Yeah, uh-huh.

8    Q. And then the second area that I wrote down

9 was the bin site or shop building --

10    A. Yes.

11    Q. -- 2405 East 7th Road?

12    A. Yes.

13    Q. Is that reflected in any photographs?

14    A. 2405, this is 2405.

15    Q. Okay. You're pointing to --

16    A. The shop area, uh-huh, what we call the

17 shop.

18    Q. Exhibit 8.

19    A. Exhibit 8.

20    Q. Okay. Now, you indicated you applied it

21 at your son's --

22    A. Yes.

23    Q. -- location?

24    A. He lives at 811 Road A.

25    Q. Okay. That's his house?

Page 147

1    A. House. And Janzen Brothers owns the bins,

2 so --

3    Q. Okay. So you've applied Roundup? there

4 around the bins?

5    A. Yes.

6    Q. Okay. Using the 2.5-gallon jug?

7    A. Both.

8    Q. And the ATV?

9    A. Right.

10    Q. What I -- this is probably my fault, but I

11 kind of separate -- you're not doing around his

12 house?

13    A. Right.

14    Q. Okay. You're just doing the agricultural

15 part of it?

16    A. Right.

17    Q. Okay. And we've really talked about

18 method that you did that, so I don't need to recover

19 that.

20    A. Yeah.

21    Q. It's the same methods, same means that

22 we've already talked about?

23    A. Uh-huh.

24    Q. Fair?

25    A. Yes.

Page 148

1    Q. Okay. Did you ever use any Roundup?

2 around your home?

3    A. No.

4    Q. Okay. Is this your home, former home?

5    A. That's the home I live in now.

6    Q. Okay. For the record, where do you live

7 now?

8    A. In Henderson, 20 -- 12 --

9 1261 10th Street.

10    Q. Right. And you've never applied Roundup?

11 at that location, correct?

12    A. Correct.

13    Q. Any weed control that you've used there?

14    A. We hire the lawn service.

15    Q. Okay. And do you know what the lawn

16 service uses?

17    A. No. I'm sure it's not Roundup?.

18    Q. Why's that?

19    A. Because it would kill the grass too

20 easily, and the flowers.

21    Q. Okay. I think then I don't need to go --

22 because you've never used Roundup? around a, like,

23 home residence, correct?

24    A. Well, that's the -- a garage where I will

25 have -- I could -- would have sprayed Roundup?

Page 149

1 around there occasionally.

2    Q. This always happens.

3    A. You really ought to add that to No. 7.

4    Q. Okay, thank you.

5    A. You should have showed me the pictures

6 first, and I could have put them in a file for you.

7    Q. Probably. So --

8        (Quiet conversation between the

9        witness and Mrs. Janzen.)

10        MR. KLEFFNER: Exhibit 7 did grow

11 past three after all, so Exhibit 7 is now -- and

12 I'll put No. 4 on it, Dave.

13        MR. DOMINA: Okay.

14        MR. KLEFFNER: See if I can find my

15 pen. I'll give you a copy.

16 BY MR. KLEFFNER:

17    Q. Page 4 of Exhibit 7, what generally is

18 this building?

19    A. It's a garage --

20    Q. Okay.

21    A. -- slash, shop.

22    Q. And would you have used the 2.5-gallon

23 jug --

24    A. Yes.

25    Q. -- around --

Royce D. Janzen

Page 150

1      And, again, as I understand it, you didn't
2 do every building every day, you did maybe one
3 building one day?
4      A.  Yeah, or else when you'd see weeds and you
5 had the tank -- had the jug of Roundup? in the -- my
6 pickup or on my four-wheeler all the time, so I
7 could just at a spur of moment say I'm gonna go
8 shoot that.
9      Q.  Is -- did your mom also live here?
10      A.  Yes.
11      Q.  And where were the living quarters?  Do we
12 see them anywhere?
13      A.  Well, they were taken down.  We lived
14 there in two houses until 1987.  So let's see, in
15 '87 they moved off of that yard.
16      Q.  But you continued to live there?
17      A.  Then we moved into the house that they
18 vacated, and we burned the other house down.
19      Q.  I see.  So they moved in '87?
20      A.  Yes.
21      Q.  How long was your dad active in the
22 farming business?
23      A.  Until about 1997.
24      Q.  And was your mom involved in it?
25      A.  Oh, yeah.

Page 151

1      Q.  Okay.  Did your mom ever use Roundup?
2 agriculturally?
3      A.  You know, I think she did.  She did.  She
4 helped my dad.  My dad was spraying around some
5 pipelines or something, and he would -- she would --
6 he had a jug of Roundup? in his pickup also, and so
7 she would spray around the well or something like
8 that.
9      Q.  Did your dad ever -- did your dad ever
10 drive the ATV?
11      A.  Yes.
12      Q.  What about your mom?
13      A.  No.
14      Q.  What was your mom's role in the farming
15 business?
16      A.  Helping Dad.
17      Q.  Okay.
18          MR. DOMINA:  Good answer.
19 BY MR. KLEFFNER:
20      Q.  And did you have the same properties?
21 Were those your mom and dad's and then you inherited
22 them or how did that work?
23      A.  She's still living.  I haven't inherited
24 it yet.
25      Q.  I'm sorry, you're exactly right.  You got

Page 152

1 me.  You're right.
2      Have you had the same 40 properties for a
3 lengthy period of time?
4      A.  Quite a while, yes.
5      Q.  Going back through this entire -- since
6 you've been using Roundup?, has it been the same 40?
7      A.  It's changed, added some, maybe lost one
8 or two, so ...
9      Q.  Roughly we're talking the same --
10      A.  Roughly.
11      Q.  -- same parcels of property, same number,
12 roughly?
13      A.  Roughly, yes.
14          MR. DOMINA:  No.  Royce, did you have
15 40 properties in 1984?  That's what he's asking you.
16 And if you did, that's great, but ...
17          THE WITNESS:  No, no, not in '84, but
18 I did -- we did lose some and added some more, so
19 about in '85 is when we picked up a bunch, so ...
20 BY MR. KLEFFNER:
21      Q.  Do you have somewhere, like, the deeds to
22 all these properties?
23      A.  No, we don't own them.
24      Q.  Okay.
25      A.  We only own a fraction of them.

Page 153

1      Q.  Who owns the ones that you don't own?
2          MR. DOMINA:  A whole bunch of
3 landlords.
4          THE WITNESS:  Yeah, multiple
5 landlords.
6          MR. KLEFFNER:  See, this is my
7 ignorance in how your business works, so I
8 apologize.
9          THE WITNESS:  Yeah.
10 BY MR. KLEFFNER:
11      Q.  Who are the landlords of the property?
12      A.  Bill Otto, Will Otto, Dr. Meissner, my
13 mom, my sister-in-law.  I must be leaving somebody
14 out.
15      Q.  Okay.  They basically sort of rent the
16 property to you to farm?
17      A.  Right, right.
18      Q.  Is that how that works?
19      A.  Right.
20      Q.  How many do you actually own, or the
21 business actually owns?
22      A.  Well, the business only owns maybe -- what
23 do we own?  Maybe five properties, then I and my
24 sister-in-law own maybe another -- and I'm just kind
25 of guessing here, maybe another ten.

Royce D. Janzen

Page 154

1    My mom owns maybe five or six, and my -- I
2  have a land -- so divide, you know, the -- my
3  land -- one landowner owns maybe 14. I mean, it
4  just -- yeah, and sister-in-law owns one, so yeah.
5    Q. What I heard, though, is you either own or
6  co-own maybe 15 of the 40?
7    A. That's a rough guess, yes.
8    Q. But you'd have the deeds to those
9  somewhere, right?
10   A. You know, they don't give out deeds like
11 they used to. It's all online.
12   Q. Okay.
13   A. So I don't think we'd have the deeds to
14 all those.
15   Q. I guess what I'm -- I asked maybe a poor
16 question.
17     You would have access to the information
18 that defines the legal description of those lots and
19 exactly where they're located?
20   A. Yeah.
21   Q. Because I know you can drive me to them.
22   A. Well, the paperwork would be tougher.
23   Q. I wouldn't mind, I would like to take that
24 drive, I just don't have time to do it today, so,
25 okay. Thank you.

Page 155

1    Is that one of your residences?
2    A. That is my mom's house in town.
3    Q. You've never used Roundup? there, right?
4    A. No.
5    Q. Okay. We can leave that alone.
6      Okay. Give me 60 seconds to organize.
7      MR. DOMINA: While he's doing that,
8  let's put these in order.
9      THE WITNESS: Here, Dave.
10     MR. DOMINA: Yeah. I just wanted to
11 do some good housekeeping.
12 BY MR. KLEFFNER:
13   Q. How much Roundup? have you used since
14 2014?
15     MR. DOMINA: Personal or business,
16 Mike?
17     MR. KLEFFNER: Well, that is --
18     THE WITNESS: Yeah.
19 BY MR. KLEFFNER:
20   Q. Let me ask a better question. Let me
21 start over.
22     On Exhibit 6, we don't see any references
23 to Roundup? exposure post 2014, correct?
24   A. Yes.
25   Q. And why is there no references to your

Page 156

1  post 2014 exposure on Exhibit 6?
2    A. Because I got cancer in 2013, so I didn't
3  feel it was necessary to.
4    Q. But you would agree you've been exposed to
5  Roundup? after 2014, right?
6    A. Yes.
7    Q. Okay. So let's talk about agricultural
8  use of Roundup? after '14.
9      Have you used it agriculturally?
10   A. Yes.
11   Q. Okay. How so?
12   A. Spraying the fields. I haven't sprayed,
13 I've helped load the sprayer.
14   Q. And when we talk about the sprayer, we're
15 talking about the same --
16   A. The big -- the self-propelled large -- you
17 know, you'd sit with a large boom.
18   Q. Okay. And remind me where on Exhibit 6
19 that is.
20   A. That's not on there.
21   Q. Okay. So since 2014, how many times have
22 you helped get the Roundup? to the field sprayer?
23   A. Dozens, maybe more than that.
24   Q. And walk me through that process. I'm not
25 sure -- I'm not sure we talked about that.

Page 157

1    A. Okay.
2    Q. How do you --
3    A. Well, most recently I've taken the
4  forklift, picked up a shuttle of Roundup?, and
5  dumped it into the shuttle that is on the sprayer
6  truck.
7    Q. Okay. So it's the 250-gallon shuttle?
8    A. Right, that I would drain into the --
9  gravity-wise into the truck tank.
10   Q. Is that a pickup truck tank?
11   A. No, semi truck.
12   Q. Semi truck. Then how do you get the
13 Roundup? that's in the shuttle to the tank on the
14 semi truck?
15   A. Gravity. It just flows in there. Take
16 the -- put it on a hose, turn the valve open and
17 take the lid out -- off the Roundup? shuttle.
18   Q. And you've done that dozens of times?
19   A. Yes.
20   Q. And so you've inhaled it since then?
21   A. Yes.
22   Q. In the same manner that we talked about
23 before --
24   A. Yes.
25   Q. -- right?

Royce D. Janzen

Page 158

1    A.   Yes.
2    Q.   Have you gotten any on your skin during
3 that process?
4    A.   Yes.
5    Q.   How many times?
6    A.   Almost each time.
7    Q.   Just in the same way that we've talked
8 about before?
9    A.   Yes, uh-huh.
10    Q.   And this has all been since your cancer
11 diagnosis, right?
12    A.   Yes.
13    Q.   And have you taken any preventative
14 methods to keep that from getting on your skin; in
15 other words, have you --
16    A.   I wear gloves a lot more diligently.
17    Q.   What about long-sleeve shirts?
18    A.   I do that more often, yes.
19    Q.   But since 2014, in the process of getting
20 the 250-gallon shuttle of Roundup? it has to go to a
21 semi, right?
22    A.   Yes.
23    Q.   And then how does it get to the field
24 sprayer?
25    A.   We drive the semi to the field or to a

Page 159

1 different location and then pump it in.
2    Q.   Okay.  And are you involved in that
3 process, too?
4    A.   Yes.
5    Q.   Same, dozens of times?
6    A.   Yes.  I drive the truck quite often.
7    Q.   Okay.
8    A.   Sometimes I drive the truck and my son has
9 already taken care of it.  He said bring me the
10 truck or something like that, so it's a little hard
11 for me to quantify that.
12    Q.   Sure.
13    A.   It's much less than it used to be because
14 it's larger volumes in --
15    Q.   Because what I'm hearing, this is, again,
16 where you know the business, I don't, but it's
17 really a two-step process:  You got to get it from
18 the shuttle to the tank on the semi --
19    A.   Uh-huh.
20    Q.   -- is that right?
21    A.   Yes.
22    Q.   Okay.  And then the semi goes actually out
23 to the field, right?
24    A.   Yes.
25    Q.   And then you've got to get tank on the

Page 160

1 semi connected to the field sprayer?
2    A.   Yes.
3    Q.   Is that how it works?
4    A.   Yes.
5    Q.   When you're connecting the tank on the
6 semi to the field sprayer, you've been involved in
7 that process at least some amount of time?
8    A.   Yes, some.
9    Q.   And do you get exposed to Roundup? during
10 that process?
11    A.   There's a little leak and stuff in that
12 hose, but we've only had the large sprayer maybe the
13 last ten years, so we -- the -- and most -- my son
14 did a lot more of it than I did, so, you know, I'm
15 sort of guessing how many times I went out there.
16    Q.   Okay.  But getting the shuttle to the tank
17 on the semi, that's dozens of times, right?
18    A.   In the last five years?
19    Q.   Yes, sir.
20    A.   Yeah, yes.
21    Q.   And then getting it from the semi to the
22 field sprayer, that's what you can't precisely
23 quantify?
24    A.   Even the first numbers, dozens, I -- you
25 know, I'm trying to think that through in my head,

Page 161

1 you know, one year how much did I do it, and take
2 that times -- so that's a pretty good estimate.
3    Q.   All right.
4    A.   Would be better to say I don't know.
5    Q.   But this is where I just need your best
6 estimate, but we can -- we can at least agree you've
7 done it, right?
8    A.   Yes.
9    Q.   Both the field -- getting the shuttle to
10 the semi tank, right, you've done that?
11    A.   Yes.
12    Q.   And then you've also done, at least
13 sometimes, getting it from the tank on the semi
14 connected to the field sprayer?
15    A.   Yes.
16    Q.   Okay.
17    A.   In the last ten years.
18    Q.   Actually since your cancer diagnosis?
19    A.   Since the cancer, less.
20    Q.   Okay.  That's -- right now I'm just
21 dealing in the post diagnosis world.
22    A.   Okay, okay.  I thought you were talking
23 about the time frame that we owned the big sprayer.
24    Q.   No, and let's make sure we're
25 communicating.

Page 162

1    A.   Sure.
2    Q.   We started this by talking about the time
3  period that's not on the chart --
4    A.   Yes.
5    Q.   -- is after 2014?
6    A.   Right, uh-huh.
7    Q.   Okay.  And what I heard you say, and I
8  want to make sure we're accurate on this, is that
9  since 2014, you've been involved in the process of
10  getting the Roundup? from the shuttle to the tank on
11  the semi?
12    A.   Yes.
13    Q.   Okay.  And what you said was that you've
14  done that dozens of times?
15    A.   I've -- dozens sounds like a lot.  Let's
16  call it 18.
17    Q.   Okay.  That's fair, I want to make
18  sure we're --
19    A.   Yeah, because I -- yeah.
20    Q.   That would be 18 exposures to Roundup?,
21  right?
22    A.   Yes.
23    Q.   Okay.  Both on the skin and breathing it
24  in, right?
25    A.   Yes.

Page 163

1    Q.   And then once you transferred from the
2  semi to the field sprayer, you've been involved in
3  that approximately how many times since '14?
4    A.   I'm getting my -- so we also put on
5  fertilizer, so I'm getting -- trying to separate
6  that in my head.
7       So most of the time my son does that, so
8  occasionally I'd -- if I helped him hook up the
9  Roundup? tank when we're spraying Roundup? to the
10  sprayer, a few times.
11    Q.   Okay.  And those would be a few additional
12  exposures to Roundup?, right?
13    A.   Yes.
14    Q.   Okay.  Now, outside of using Roundup? in
15  the field sprayer, what other exposures to Roundup?
16  have you had since 2014?
17    A.   Well, I drove my -- so I've had my gator
18  or a cabbed vehicle, a UTV, so I always felt like I
19  had eliminated a lot of exposure by driving that
20  thing, so I've had that approximately, what did I
21  say, four years before?  I think four --
22  approximately four years.
23    Q.   How big of a tank does your UTV have?
24    A.   It had a -- it had a 30 -- 30-gallon tank.
25    Q.   And where do you use the UTV at?

Page 164

1    A.   Some of the same places that we used
2  the -- that I used the four-wheeler on.
3    Q.   And do you fill it in the exact same way?
4    A.   Yes, but I fill it in the top of the tank,
5  but I do it inside the shop building that you saw,
6  so there's not the wind and those kind of things to
7  interfere.
8    Q.   Do you use the 30-gallon tank on the UTV
9  at the -- like, the corner areas that we talked
10  about earlier, or where on Exhibit 6 would you be
11  using the UTV?  I completely botched that, let me
12  start over.  It's getting close to lunchtime.
13       Where on Exhibit 6 would you use the UTV?
14    A.   Well, the pivot corners, there aren't as
15  many as there used to be so -- because the last few
16  years we put on a different irrigation system, so we
17  don't lay out the pipe that we used to.  So
18  there's -- in fact, this year I laid out zero pipe,
19  so I didn't use it at all in that regard.
20    Q.   Uh-huh.
21    A.   So I've used it around some driveways to
22  the well, around some wells, occasionally around the
23  bins.
24    Q.   The bins like we see on Exhibit 7?
25    A.   Yes.  Sometimes if I didn't do it with a

Page 165

1  hand wand, I did it with a -- but in the last few
2  years, I've had a different system.  I -- like I
3  said, I had the -- the cab, so it totally enclosed,
4  so I felt like I wasn't exposed, and I felt more
5  comfortable doing that.
6    Q.   Sir, but I guess what I'm asking you is
7  the process of filling that tank, is -- is it the
8  same where you put the hose in the tank, fill it
9  halfway, put in the Roundup?, finish the fill?
10    A.   Pretty much.
11    Q.   Okay.  And as we talked about earlier with
12  the ATV, you're being exposed to Roundup? during
13  that process?
14    A.   Yes.
15    Q.   Okay.  And so how many occasions has that
16  occurred, ballpark, since '14?
17    A.   Since '14?  Oh, man, I don't know.
18    Q.   Well, how often -- are you going around
19  the bins with the same frequency that you would have
20  pre '14?
21    A.   Well, I do some of it with the hand --
22  still do some of it with the hand sprayer.
23    Q.   Okay.
24    A.   And I do use the ATV wherever I can.  So
25  some places I can't drive around, some places I can.

Royce D. Janzen

Page 166

1 I don't -- do you have to have a number?  I can't
2 tell you.
3      Q.  I know you can't give me an exact
4 number --
5      A.  Yeah.
6      Q.  -- but what I'm trying to figure out is on
7 an annual basis since '14, let's just start with the
8 number, a dozen, 12.
9      A.  Uh-huh.
10     Q.  Do you agree that you've used it at least
11 a dozens times annually since '14?
12     A.  I'd say yes.
13     Q.  Okay.  Is it maybe two dozen?
14     A.  Yes.
15     Q.  Because you have --
16     A.  Probably in between there somewhere, yeah.
17     Q.  Because you do have a lot of areas that
18 you need to spray with the UTV, right?
19     A.  Right.
20     Q.  So let me -- you overstepped that
21 question, so let me just ask it again.
22         There -- you had many areas that you need
23 to use Roundup? with through the UTV, correct?
24     A.  Correct.
25     Q.  Okay.  And so we're talking maybe 12 to

Page 167

1 24 occasions annually?
2      A.  Yes.
3      Q.  And the exposure there would occur
4 primarily during the fill?
5      A.  Yes.
6      Q.  Is there any exposure that you know of
7 when you're actually using the UTV?
8      A.  I have a better system of nozzles, so I
9 don't clean out my nozzles as often, but that, you
10 know, occasional nozzle cleanout.
11     Q.  Okay.  So how many fills and uses per week
12 would you estimate annually with the UTV?
13     A.  After 2014?
14     Q.  Yes, sir.
15     A.  So if I had a bigger tank, it was filling
16 less often, so let's say once every two weeks --
17     Q.  Okay.
18     A.  -- where I would fill the tank, and then
19 when it's empty I would refill it.
20     Q.  And so from that point, we could go
21 through the same analysis that you've done.  If we
22 used the once every two weeks as a starting point,
23 we'd go through the same analysis to calculate
24 exposures as you -- as you've done for the ATV,
25 right?

Page 168

1      A.  Yeah, except that, like I said, the tank
2 was bigger so I didn't have to fill it as often.
3      Q.  Right, and that's my point.
4      A.  Yeah.
5      Q.  If we -- if our starting point is once
6 every two weeks, rather than nine fills per week --
7      A.  Right.
8      Q.  -- you would get -- from that point,
9 you'd --
10     A.  Yes.
11     Q.  The same analysis would apply?
12     A.  I think so.
13     Q.  Okay.  Now, you also indicated that you
14 used the -- jug with the wand still?
15     A.  Yes.
16     Q.  Where do you use that at?
17     A.  Around wells mostly.
18     Q.  To the actual water wells?
19     A.  Irrigation wells, uh-huh.
20     Q.  How often do you use the jug with the
21 wand?
22     A.  Almost daily, but here's the thing, it
23 doesn't have Roundup? in it.
24     Q.  What does it have in it?
25     A.  Liberty?.

Page 169

1      Q.  That's the name of the herbicide?
2      A.  Yes.
3      Q.  Do you know if it has glyphosate?
4      A.  It does not.
5      Q.  I'm just trying to -- give me a second,
6 I'm trying to see what that looks like.
7          MR. DOMINA:  The Liberty??
8          MR. KLEFFNER:  Yeah.
9          MR. DOMINA:  You mean you've
10 forgotten since January 20th, 2017?
11         MR. KLEFFNER:  Yeah.
12 BY MR. KLEFFNER:
13     Q.  Do you use any Roundup? in the jug,
14 2.5-gallon jug since '14?
15     A.  Occasionally.
16     Q.  Okay.  How occasional?
17     A.  Well, there's times I mix Roundup? and
18 Liberty?, but, like I said, right now it just has
19 Liberty? in it.
20     Q.  Okay.  That's -- that's what I'm trying to
21 figure out was how many times have you used any --
22     A.  I can't -- I just can't give you a real
23 number on that.  It's just -- I mean --
24     Q.  Well, for instance, if we go to -- back to
25 your chart, Exhibit 6, on the third row, that's,

Royce D. Janzen

Page 170

1 generally speaking, where you've addressed the use
2 of the jug --
3       A.  Uh-huh.
4       Q.  -- and the wand, right?
5       A.  Right.
6       Q.  And in this occasion, from '84 to '14, you
7 estimated 30 exposures per year.
8       A.  Yeah, yes.
9       Q.  And what I'm hearing you say is that that
10 frequency -- you would still have the same
11 frequency, but what you're telling me is that it's
12 not always Roundup?
13      A.  It's not always Roundup?, and, like I
14 said, my tank is bigger, so it --
15      Q.  I'm --
16      A.  -- makes a difference about filling as
17 exposure.
18      Q.  Right now I'm just talking about the
19 2.5-gallon jug.
20      A.  Okay, sure.
21      Q.  Do you still have that same jug?
22      A.  Yeah, yes.
23      Q.  From what I understand, you've had that
24 same jug for a long time.
25      A.  It's actually not the same jug.  It's the

Page 171

1 same size.
2       Q.  Okay, all right.  So a very durable jug.
3          Okay.  But with regard to the 2.5-gallon
4 jug since '14, do you still estimate that you've
5 used that 30 occasions per year?
6       A.  No, no.  For one thing, my sons have
7 become more diligent in doing the job that I did, so
8 I'm doing it less often.
9       Q.  Okay.  But where are you using the jug at,
10 around --
11      A.  Yeah, same -- same places, just they spray
12 around the bins sometimes when I used to.
13      Q.  Do you still do field walks?
14      A.  No.
15      Q.  Okay.  How many occasions do you believe
16 you've used the jug with Roundup? annually since
17 '14?
18      A.  With Roundup?, probably 50.
19      Q.  And do you still use the concentrate?
20      A.  Yes.
21      Q.  Fifty times annually?
22      A.  No, 50 total.
23      Q.  Okay.  That's what I want, 50 total since
24 '14.  And you're using it around the bins?
25      A.  Yes, bins and other wells.  I mean, some

Page 172

1 of the same places.  Sometimes I have one chemical,
2 and up until this last year, it was mostly Roundup?.
3 So now I started putting in some different thing,
4 you know.
5       Q.  Is that when you started using Liberty?
6       A.  Yes.
7       Q.  Okay.  You started using Liberty? just
8 this year?
9       A.  I think I used some last year.
10      Q.  So from '14 to some period of '18, 2018,
11 it was Roundup?
12      A.  Yeah.
13      Q.  Okay.
14      A.  Yes.
15      Q.  And when you're spraying the Roundup? post
16 2014 around the bins, do you still have the same
17 issue with the wind?
18      A.  Yes.
19      Q.  Okay.  And does it still get on your body?
20      A.  Yes.
21      Q.  Okay.  And so you're breathing it in and
22 your skin is also being exposed to it post '14,
23 right?
24      A.  Uh-huh.
25      Q.  Yes?

Page 173

1       A.  Yes.
2       Q.  Okay.
3       A.  Now, I've started using rubber gloves a
4 lot when I didn't used to, and the gloves I use are
5 disposable, so if I -- on the old gloves, if I used
6 the gloves, and all of a sudden I felt like I had
7 more Roundup? inside the glove than I did outside
8 the glove, and then you're contaminating inside, or
9 getting contaminated from the inside, so it's --
10      Q.  I'm trying to -- I'm trying to find a
11 picture of Liberty?.  While it's pulling it up, do
12 you still use the Roundup? hand sprayer?
13      A.  Yes.
14      Q.  With the trigger?
15      A.  Oh, no, no, no.
16      Q.  None of the --
17      A.  (Shakes head.)
18      Q.  Okay.  Any other methods of using Roundup?
19 since '14?  We've talked about the field sprayer,
20 the UTV and the jug with the wand.
21      A.  Yes, I -- I'd say that's it.
22      Q.  Have you done any of the -- have you used
23 the tractor with the --
24      A.  No.
25      Q.  -- planter?

Royce D. Janzen

Page 174

1    A.  No.
2    Q.  Not since '14?
3    A.  No, not with Roundup?.
4    Q.  Okay.
5    A.  Our whole system has sort of changed,
6 so ...
7    Q.  What system do you use now?
8    A.  Well, we spray the fields with the
9 sprayer, not with the tractor.
10    Q.  But do you use glyphosate?
11    A.  We use Roundup?.
12    Q.  Still?
13    A.  Yeah.
14    Q.  Okay.  Am I correct that the only
15 glyphosate-containing product that you used is
16 Roundup??
17    A.  Yes.
18    Q.  Have you asked your oncologist whether you
19 should continue using Roundup??
20    A.  No.
21    Q.  The measures that you've taken since '14,
22 that I've heard are you now have a UTV that has an
23 enclosure, right?
24    A.  Yes.
25    Q.  And you've used gloves and synthetic

Page 175

1 gloves more frequently?
2    A.  Yes.
3    Q.  Okay.  Anything else?
4    A.  Generally just being much more careful.
5    Q.  Okay.  And so you've taken -- even though
6 you know you've been exposed to glyphosate since
7 '14, right?
8    A.  Yes.
9    Q.  Okay.  And am I correct that, generally
10 speaking -- well, can we agree that Roundup? has
11 been beneficial to your crops?
12    A.  Yes.
13    Q.  Okay.  As a farmer, tell me what the
14 benefit of being able to apply Roundup? to a
15 genetically modified crop -- what benefit does that
16 provide to you?
17    A.  Yeah, it's a weed control and grass
18 control, so that's what you're talking about.
19    Q.  Right.  I guess before the days of
20 Roundup?, okay -- and you're familiar with --
21    A.  Yeah.
22    Q.  -- that, right?
23       Okay.  What did you have to do that you
24 don't have to do now?
25    A.  Well, we cultivated much more then, so we

Page 176

1 do more no-till, but we've also -- we have fields
2 that we haven't used Roundup? on for three years now
3 because we're moving away from it.
4    Q.  But -- but I guess my question I want to
5 stick to one part first, before the days of
6 Roundup?, what did you have to do?
7    A.  Well, it'd be cultivate.
8    Q.  Right.  Meaning that you would have to
9 actually --
10    A.  Go through the field with a machine that
11 would cut our weeds.
12    Q.  Right.  And then you'd have to do that
13 with some frequency, right?
14    A.  Well, if you were -- usually just once.
15    Q.  All right.  What it's helped you do,
16 though, is you don't have to -- when you say
17 cultivate, are you referring to till?
18    A.  Yes.
19    Q.  Okay.  What you don't have to do now is
20 till the ground; what you do is you apply the
21 Roundup?, and that handles the weed control, right?
22    A.  Yes, but it -- yes, it does, but it
23 doesn't work like it used to.
24    Q.  And then once you -- how long have you
25 been using the genetically modified seed?

Page 177

1    A.  Since it came out.
2    Q.  Okay.
3    A.  But we didn't use Roundup? all the time.
4    Q.  Right.
5    A.  Because it -- in the early days, there was
6 a yield drag on Roundup? genetically modified seed.
7    Q.  And that's not true any longer, right?
8    A.  I don't think so.
9    Q.  Okay.  Can we agree that you've made a
10 business decision to continue using Roundup??
11    A.  Yes.
12    Q.  Okay.  And you wouldn't use Roundup? for
13 your business unless it was beneficial to your
14 business, right?
15    A.  Yes.
16    Q.  Okay.  And in terms of your health
17 situation, have you done any cost-benefit analysis
18 of -- in terms of, well, should I actually continue
19 using this, given your belief that it may have a
20 negative affect on your health?
21    A.  My decision has been to be much more
22 careful, thinking that will help me.
23    Q.  Okay.
24    A.  Because it was supposed to be safe.  They
25 were drinking it at meetings.

Royce D. Janzen

Page 178

1    Q.   Nobody was drinking it at meetings.
2    A.   Story was.
3    Q.   You never drank it at a meeting?
4    A.   I didn't drink it.
5    Q.   Okay.
6    A.   The guy that I -- sold it to me, he said
7  he was at a meeting where a guy drank a cupful of
8  it.  What that means, I don't know.
9    Q.   Do you know who that is?
10   A.   He died.
11   Q.   Okay.  Who was it?
12   A.   Daryl Gross (phonetic).
13   Q.   Okay.  Do you know what he died of?
14   A.   Some type of cancer.
15   Q.   Okay.  Let me just -- let's try to stick
16 to what I'm talking about.
17        You have a belief that Roundup? had an
18 adverse effect on your health, fair?
19   A.   Yes.
20   Q.   Okay.  And your belief is that Roundup?
21 caused your lymphoma, right?
22   A.   Right.
23   Q.   Okay.  Since that diagnosis, though, you
24 have continued using Roundup? despite your belief
25 that it had an adverse effect on your health,

Page 179

1  correct?
2    A.   Correct, but I don't know if you heard me,
3  I'm being much more careful and not doing it.  My
4  son is doing it much more.
5    Q.   But what we could do, if you wanted to, is
6  we could go through the same type of exposure
7  analysis that you've done on Exhibit 6 --
8    A.   Uh-huh.
9    Q.   -- for periods after 2014, right?
10   A.   Yeah.
11   Q.   Okay.  And we can't do all the math right
12 now, but you would agree with me that you've had a
13 significant exposure despite your efforts to
14 Roundup? after '14?
15       MR. DOMINA:  Objection:
16 Argumentative.
17       MR. KLEFFNER:  Right?
18       MR. DOMINA:  Answer if you can.
19       THE WITNESS:  Say that again.
20 BY MR. KLEFFNER:
21   Q.   Okay.  You would agree with me that
22 despite your efforts, you've had significant
23 exposure to Roundup? post 2014?
24   A.   Much less significant.
25   Q.   Okay.  But still in the ballpark of

Page 180

1  significant, correct?
2    A.   It'd be on the borderline of significant
3  and insignificant.  I mean, it's not -- okay.
4    Q.   But it's -- we're still in the ballpark
5  of --
6    A.   Yes.
7    Q.   -- significant, right?
8    A.   Yeah.
9    Q.   Okay.  And you've done that, you've made
10 that decision purposefully, right?
11   A.   How do we make that decision?  Sometimes
12 because -- yeah, okay.
13   Q.   Okay.  Is that right?
14   A.   Right.
15   Q.   Okay.  And you asked a good question, how
16 you made that decision, how did you make that
17 decision?
18   A.   Well, our decision sometimes on cost,
19 sometimes on convenience, sometimes availability,
20 different things like that.  So you wanted a
21 different product, but it wasn't available.
22   Q.   Because one option that would be available
23 to you is to quit using Roundup? all together,
24 right?
25   A.   Yes.

Page 181

1    Q.   What effect would that have on your
2  business if you quit using it all together?
3    A.   None.
4    Q.   Okay.  You would have to, though -- you'd
5  agree that you'd have to do some things differently?
6    A.   And we have.  I mean, we're switching away
7  from Roundup?, if that's your question.
8    Q.   Okay.  You mentioned cost, one of the
9  things that has affected your decision to continue
10 using Roundup? is cost in certain situations, right?
11   A.   Yes.
12   Q.   Okay.  What did you mean by that?
13   A.   Well, for one thing, Roundup? used to be
14 pretty expensive to use per acre, and in the last
15 years, let's say in the last at least 12 years, the
16 cost has come down significantly, like, to a
17 fraction of what it had been because -- I don't know
18 why.
19   Q.   Okay.  And that's a good thing for your
20 business, right?
21   A.   Right.
22   Q.   Okay.  How often do you have to purchase
23 Roundup? since '14?
24   A.   How often do we have to purchase it?
25   Q.   Yes, sir.

Royce D. Janzen

| Page 182 |
|---|

1    A.  Well, we make our calculations in the
2  spring about what we might be putting on somewhere,
3  and so technically we -- we put in an order maybe,
4  but sometimes we'd just go pick it up.  Six times, I
5  don't know.
6    Q.  Six purchases annually or six purchases
7  since --
8    A.  Annually probably.
9    Q.  Okay.  And when we say purchases, are we
10  talking about the 250-gallon shuttles?
11    A.  Yeah.
12    Q.  Okay.
13    A.  Like -- go on.
14    Q.  Okay.  So in, say, 2015, '16, '17 and '18,
15  you've purchased approximately -- I know it's -- I'm
16  not holding you to exact numbers, but you've
17  purchased about six 250-gallon shuttles per year?
18    A.  No, that's a lie.  I'm trying to think
19  back what we've used.  I just can't tell you exactly
20  how many.  I would say it's less than six fairly --
21  no, I don't think it'd be more than that.
22    Q.  Okay.  Certainly more than three per year?
23    A.  Three to six might be a good range.
24    Q.  Okay.  So the range of shuttle purchases
25  of Roundup? since '14 would be three to six

| Page 183 |
|---|

1  annually, right?
2    A.  Uh-huh, yes.
3    Q.  Now, you also have to purchase it for use
4  in the jug, right?
5    A.  Yeah.
6    Q.  Okay.  So do you buy the concentrate
7  bottle then?
8    A.  No, I sometimes buy it -- I pump it out of
9  the shuttle.
10    Q.  I see.  Have you made separate purchases
11  though of Roundup?, a smaller volume of concentrate,
12  since '14?
13    A.  Not too many.  Most of the time we've
14  been -- we do a little bit, but most of the time we
15  pump it out of there, but the other thing is I
16  should add my son does the calculating and the
17  spraying and all those things so that I not -- I'm
18  not near as involved in that like I used to be.
19    Q.  No, I'm really just referring to the --
20  when we talked about the approximately 50 times that
21  you've used the jug with the wand around the bins
22  and the wells.
23    A.  Uh-huh.
24    Q.  Has that been mostly from the shuttle, or
25  have you made separate purchases of concentrate or

| Page 184 |
|---|

1  both?
2    A.  Both.
3    Q.  Okay.  And what type of concentrate have
4  you purchased since 2014?
5    A.  Roundup?.
6    Q.  Okay.  And do you know there's different
7  types of Roundup??
8    A.  Right.
9    Q.  Do you know what kind of bottle it is or
10  can you -- how big is the jug?
11    A.  Two-and-a-half-gallon jug.
12    Q.  Okay.  But then is that the same true for
13  the Roundup? jug that it comes in?  Follow what I'm
14  asking?
15    A.  No.
16    Q.  Okay.  You have a 2.5-gallon jug on your
17  sprayer?
18    A.  Oh, yes.
19    Q.  Then the Roundup? comes in --
20    A.  In the two-and-a-half-gallon jug, right,
21  of concentrate.
22    Q.  That's what you've bought?
23    A.  Right.  Not -- and not generic.
24    Q.  Okay.  And how do you then mix that
25  Roundup? into the jug?

| Page 185 |
|---|

1    A.  If I bought a separate jug, but -- or if I
2  pumped it, either way, I -- I fill it half full of
3  water, maybe all the way full, and leave room for
4  what I want to put in of the Roundup?.
5    Q.  Whether you're pumping it from the shuttle
6  or actually mixing the concentrate, do you agree on
7  all those occasions you've been exposed to it?
8    A.  Yes.
9    Q.  Okay.  Whether it was breathing or skin?
10    A.  Yes.
11    Q.  Okay.  And so -- and do you recall since
12  '14, since 2014, occasions where it's actually
13  gotten on your skin?
14    A.  I don't recall.
15      MR. KLEFFNER:  It's about noon or it
16  is noon, so why don't we take a lunch break?
17      THE WITNESS:  Sure.
18      MR. KLEFFNER:  Are you good with
19  that?
20      THE WITNESS:  Uh-huh.
21      MR. DOMINA:  Twenty minutes.
22      MR. KLEFFNER:  I don't think we're
23  going to have a time issue.
24      MR. DOMINA:  Okay.
25      MR. KLEFFNER:  I mean, why don't

Royce D. Janzen

| Page 186 |
| --- |

1  we -- is 30 minutes good?
2          MR. DOMINA:  That's fine.
3          MR. KLEFFNER:  That would give you --
4  that ten minutes will give you --
5          THE WITNESS:  Well, I'm good with
6  whatever.
7          MR. DOMINA:  Thirty minutes, we'll be
8  back at 12:33.
9          MR. KLEFFNER:  Yeah.
10          VIDEOGRAPHER:  Off the record at
11  12:04 p.m.
12          (12:04 p.m. - Recess taken.)
13
14
15
16
17
18
19
20
21
22
23
24
25

| Page 187 |
| --- |

1      (At 12:33 p.m., with parties present as
2  before, the following proceedings were had, to-wit:)
3          VIDEOGRAPHER:  On the record at
4  12:33 a.m.
5  BY MR. KLEFFNER:
6      Q.  Mr. Janzen, good afternoon.  We're back on
7  the record after a lunch break.
8          Do you agree that the measures you've
9  taken to avoid or limit your -- well, let me ask the
10  question differently.
11          Do you believe that the measures that
12  you've taken to limit your exposure to Roundup? are
13  sufficient to prevent a recurrence of your cancer?
14      A.  Yeah, I think my early exposure was
15  clearly the four-wheeler with the spray in my back,
16  the wet back, the wet pants.  Those were the longest
17  and most extensive exposures.
18      Q.  Okay.  And so in other words, even though
19  you continue to be exposed to Roundup?, you've
20  achieved some level of confidence that those
21  measures are sufficient to prevent your cancer from
22  recurring?
23      A.  Well, maybe I'm not there yet, but I'm
24  trying and I think I made some progress.
25      Q.  I asked Mr. Domina at the break, and I

| Page 188 |
| --- |

1  know I've asked you this, but I just need you to
2  remind me, when did you get the UTV, ballpark?
3      A.  About four years ago, did I?  I think.
4      Q.  That's right.
5      A.  Four or five.
6      Q.  So there was a gap of time from 2003 to
7  about 2015 or so when you didn't have, like, an ATV
8  or UTV?
9      A.  No, I had the -- I had a different U- --
10  ATV.
11      Q.  Okay.  After 2003?
12      A.  Yeah.
13      Q.  Okay.  Did that have -- did you not use
14  that then with the same sprayer?
15      A.  Yeah, no, the dates here don't mean it's
16  the same UTV -- ATV.
17      Q.  Right.
18      A.  That's -- I had different ones in between
19  there, so at least one other one.
20      Q.  Again, I just want to make sure I'm clear,
21  though, after '03, you weren't using an ATV to apply
22  Roundup??
23      A.  I was, yeah.
24      Q.  Because your chart says '84 to '03.
25      A.  I don't know why that is that way.

| Page 189 |
| --- |

1          MR. DOMINA:  I think you've got to
2  read across the answer and then compare with the
3  third row.
4          THE WITNESS:  I -- okay.  I'm -- at
5  that point, we had less pivot corners or the number
6  of pivot corners started disappearing quickly
7  because --
8  BY MR. KLEFFNER:
9      Q.  I see.
10      A.  -- if you understand irrigation --
11      Q.  Okay, that clears it up.  You weren't
12  using -- needing to use the ATV in the same fashion?
13      A.  Right.
14      Q.  Okay.  So that -- when you talk -- when
15  you mentioned your significant exposure through the
16  ATV, that ended -- that part of it ended in '03?
17      A.  It didn't end abruptly.  It ended slowly.
18  So it might have started in -- in '01 -- I mean,
19  it's been slow progression, so ...
20      Q.  Right.  But just so we're on the same
21  page --
22      A.  Yes.
23      Q.  -- I think we are, that -- that -- what
24  you've referred to your significant exposure was
25  through the ATV --

Royce D. Janzen

Page 190

1    A.  Right.
2    Q.  -- right?
3        And given the circumstances that changed,
4  that stopped, not abruptly, but stopped roughly in
5  '03?
6    A.  Yeah.
7    Q.  Okay.  So your significant exposure ended
8  roughly in '03?
9    A.  It didn't end then, it tapered off.
10   Q.  Okay.  Yeah, I'm not saying totally, I'm
11 trying to say that --
12   A.  Yeah.
13   Q.  -- but did the -- the big part of the
14 exposure tapered off in '03?
15   A.  Yes.
16   Q.  Okay.  How do you get to the -- well,
17 strike that.
18       Have you had any work history besides
19 farming?
20   A.  No.
21   Q.  Okay.  Been entirely in the farm business?
22   A.  (Witness nods head.)
23   Q.  Okay?  Yes?
24   A.  Yes.
25   Q.  All right.  You mentioned you got a diesel

Page 191

1  tank somewhere?
2    A.  Yes.
3    Q.  Okay.  And remind me, that's at one of
4  your properties?
5    A.  It's at the shop.
6    Q.  Okay, at the shop.  And do you fuel the
7  trucks yourself?
8    A.  I don't do the trucks much.  I do the
9  tractor occasionally.
10   Q.  Okay.  How often have you had to fuel the
11 big truck over the years with diesel fuel?
12   A.  I probably fill the truck -- one of the
13 trucks two times a year.
14   Q.  And what about the tractor?
15   A.  I fill the tractor not that often, a few
16 times a year, let's call it five.
17   Q.  Okay.  With regard to the sprayer that was
18 on the ATV, do you know if it was a low-drift nozzle
19 or a solve-stream nozzle?
20   A.  No.
21   Q.  Did it have an on/off switch where you
22 could actually shut the spray off when you're
23 driving?
24   A.  Yes.
25   Q.  Okay.  So in other words -- and would you

Page 192

1  do that when you were --
2    A.  Turning around.
3    Q.  Okay.  Would you actually turn it off?
4    A.  Yes.
5    Q.  Okay.  And I think I asked you, but you
6  don't know the rate of which it sprayed, right?
7    A.  No.
8    Q.  Okay.  Did you ever use a product called
9  Eraser?
10   A.  Say that again.
11   Q.  Did you ever use a product called Eraser?
12   A.  No.
13   Q.  Okay.  Buccaneer?
14   A.  I've heard of it, I don't know that I've
15 used it.
16   Q.  Okay.  Envy?, E-N-V-Y?
17   A.  No.
18   Q.  Halex? GT?
19   A.  No.
20   Q.  Flexstar GT?
21   A.  I think I've heard that name, but my son
22 might have.  I don't know.
23   Q.  Okay.  Credit? 41 Extra?
24   A.  No, I haven't heard that one.
25   Q.  And so we've covered today all the other

Page 193

1  herbicides that you've used besides Roundup?,
2  correct?
3    A.  All of them I can think of.
4    Q.  Do you think there's others?
5    A.  There could be.  I -- the most of them
6  were the Roundup?, the Atrazine and Lasso by far,
7  especially in that time frame.
8    Q.  Okay.  Did you ever read the Roundup?
9  label?
10   A.  I'm sure I have over the years.
11   Q.  Do you recall anything that stands out
12 from the label?
13   A.  No.
14   Q.  Okay.  And fair to say you didn't read the
15 label each time you bought it, right?
16   A.  No, right.
17   Q.  So in other words, if you bought the
18 concentrate and you bought the same concentrate, you
19 wouldn't read it again; is that right?
20   A.  Right, uh-huh.
21   Q.  Do you have an estimate in terms of how
22 many times you've actually sat down and looked at
23 the Roundup? label over the years?
24   A.  No.
25   Q.  Is it less than five?

Royce D. Janzen

Page 194

1    A.   I'd say I've looked at it at least five
2   times.
3    Q.   Are we in the ballpark?
4    A.   Yeah.
5    Q.   Okay.  When you buy a shuttle of Roundup?,
6   does it have a label on it?
7    A.   Yes.
8    Q.   Okay.  Where's it at?
9    A.   It's glued to the side of the shuttle.
10    Q.   Okay.  And do you read the label on the
11   shuttle?
12    A.   I'm sure I have not.
13    Q.   Okay.  And tell me again, how do you
14   transfer the Roundup? from the shuttle to something
15   else?  Is there a --
16    A.   There's two ways:  Either drain it by
17   gravity where you hold the one up in the air, or
18   pump it.
19    Q.   Okay.  And have you always pumped it?
20    A.   No, I've done both.
21    Q.   Done both.  When you were transferring
22   then the Roundup? from the shuttle to the 2.5-gallon
23   jug, how would you make that transfer?
24    A.   That would usually be with the pump.
25    Q.   Okay.  And that's -- that was one of the

Page 195

1   instances where you indicated you've been exposed to
2   Roundup?, right?
3    A.   Yes.
4    Q.   Okay.  Including post '14?
5    A.   Pre '14, we didn't use nearly as many
6   shuttles, but let me think about that a little bit.
7        No, we -- we used shuttles up to then, but
8   not -- early on we used no shuttles, and it just --
9   in some of the early years then it -- then at some
10   point we'd drive to co-op and they would just refill
11   the shuttle.
12    Q.   Uh-huh.
13    A.   And now the later years, we just get a --
14   exchange the shuttle.  Repeat your question.
15    Q.   I'm trying to remember.  Oh, my question
16   was how you got in -- the question I think was after
17   2014, how you transferred the Roundup? from the
18   shuttle to the 2.5-gallon jug?
19    A.   Okay.  There was pump.
20    Q.   Pump.  And that was one of the instances
21   where you were exposed to Roundup? post 2014?
22    A.   Right.
23        (Exhibit 10
24        marked for identification.)
25        MR. KLEFFNER:  Putting a sticker,

Page 196

1   Exhibit 10, on the Plaintiff Fact Sheet.
2        MR. DOMINA:  Thanks.
3   BY MR. KLEFFNER:
4    Q.   Have you seen Exhibit 10 prior to today?
5    A.   No.
6    Q.   If you go to the very last page, there's a
7   declaration.  It says, I declare under penalty of
8   perjury that all the information provided in this
9   Plaintiff's Fact Sheet is true and correct to the
10   best of my knowledge, information and belief, and
11   that I've supplied all the documents requested in
12   Part 9 of this declaration to the extent that such
13   documents are in my possession, custody or control
14   or in the possession of my lawyers.
15        And below that, do you see it's actually
16   typewritten, your name, right?
17    A.   Uh-huh, yeah.
18    Q.   Yes?
19    A.   Yes.
20    Q.   Did -- I mean, were you aware that your
21   name was being applied to this?
22    A.   I don't think so.
23    Q.   Okay.  Take a minute to look through it.
24   I just want to make sure that you've not seen it,
25   and confirm it.

Page 197

1    A.   Well, I've seen -- I mean, I've seen
2   different parts of this; about my mom and dad and
3   brother, I've seen that.
4        MR. DOMINA:  I'm going to show him
5   the one with the signature.
6        MR. KLEFFNER:  Okay.  Is there one?
7        MR. DOMINA:  So this is the same
8   document --
9        THE WITNESS:  Yeah, yeah.
10        MR. DOMINA:  -- that's here actually.
11        THE WITNESS:  Well, I was looking at
12   these checks, and all of a sudden it kind of hit me,
13   this looks a little bit familiar.
14        MR. KLEFFNER:  Well, I don't know if
15   I have that one, Dave.  Do we have any extra copies,
16   we could just put a sticker on that one?
17        MR. DOMINA:  (Hands documents to
18   counsel.)
19        MR. KLEFFNER:  Is that okay?
20        THE WITNESS:  Yeah, yeah, I remember
21   now.  Okay.
22   BY MR. KLEFFNER:
23    Q.   Okay.  Well, now, I wasn't trying to trick
24   you, I just -- this is the one I have.
25    A.   I remember flipping over some of these

Page 198

1 pages.
2        MR. DOMINA:  The electronic signature
3 is probably filed with the court and --
4        MR. KLEFFNER:  Sure.
5        THE WITNESS:  Okay.
6            (Exhibit 11
7            marked for identification.)
8 BY MR. KLEFFNER:
9    Q.  I marked as Exhibit 11 now the Plaintiff
10 Fact Sheet that's got your actual signature on it.
11 And it's confirmed that is, in fact, your signature
12 on Exhibit 11?
13    A.  Yes.
14    Q.  Okay.
15    A.  What threw me for a loop was Northern
16 District of California.  That was, like, I haven't
17 seen that, but --
18    Q.  Okay.  Because I've got my notes in
19 Exhibit 10, I want to ask you a few things about
20 that.  These should be otherwise --
21        MR. DOMINA:  They should be identical
22 as far as I know.  I'll put it over here so you can
23 use your version and compare it later.
24 BY MR. KLEFFNER:
25    Q.  If you look at Exhibit 10, Mr. Janzen,

Page 199

1 Page 2, there's a chart for industries; do you see
2 that?
3    A.  Uh-huh.
4    Q.  And it indicates you've handled solvents;
5 do you see that?
6    A.  Yeah.
7    Q.  Do you know what solvents you've handled?
8    A.  It would -- it must refer to -- and I
9 guess I filled it out, right?
10        MRS. JANZEN:  Yeah.
11        THE WITNESS:  It must refer to
12 cleaning solvents, and we had a parts tank, but we
13 never used it, I mean, or seldom used it.  So
14 it's -- that would be the -- a parts washer.
15 BY MR. KLEFFNER:
16    Q.  What solvents have you used?
17    A.  I have no idea what that was.  That's --
18 whatever they would -- I don't know what the name
19 was.  We'd go to the co-op, we went to the co-op and
20 picked up solvents for the parts tank, so ...
21    Q.  Okay.  And then you would dump the
22 solvents in the parts tank?
23    A.  Yeah, uh-huh.
24    Q.  Where was the parts tank at?
25    A.  It was in the shop, yeah.

Page 200

1    Q.  How big is the tank?
2    A.  It's probably, let's say, 2 feet by
3 30 inches by 18 inches, so it held maybe 5 gallons.
4    Q.  Okay.  I was thinking of kind of like a
5 10-gallon fish tank-type size?
6    A.  Oh, it wasn't that big.
7    Q.  Not that big?
8    A.  It was kind of shallow.
9    Q.  And then would you fill -- put the parts
10 in there and then fill the tank with solvent?
11    A.  Well, the solvents stayed there all year
12 long.  Had a lid so you -- it -- it stayed in there
13 all year long, so when we did want to use it, it was
14 available.
15    Q.  Okay.  There's a reference to
16 horticultural, and I'm just trying to figure out
17 what that is -- how that's difference from the
18 farming and agriculture, or maybe it's not.
19    A.  I don't see how that can be different,
20 but I don't --
21        MR. DOMINA:  I think that was in
22 form.
23 BY MR. KLEFFNER:
24    Q.  Okay.  I just want to make sure, this is
25 my one chance to talk to you, so just confirming if

Page 201

1 there's no different in your mind between those two.
2    A.  I'm surprised that I checked handling
3 solvents because it was so little that it -- I would
4 have called it a zero, but ...
5        MR. DOMINA:  I think you checked that
6 because your lawyer suggested to you that water is a
7 solvent.
8        THE WITNESS:  Okay.  That might be.
9        MR. DOMINA:  And that anybody who
10 said no to that would overlook that fact.
11        THE WITNESS:  Okay.  Thank you.
12 BY MR. KLEFFNER:
13    Q.  Going back to the horticultural, there's
14 no difference on that as compared to the farming and
15 agriculture?  In other words, it's the same industry
16 you've worked in?
17    A.  I haven't worked in horticulture, so I
18 assume we figured there was a crossover in the
19 chemicals.  Might, I don't know.
20    Q.  Okay, fair enough.  On Page 4, I'm
21 confident it's a mistake, but it indicates have you
22 been diagnosed with non-Hodgkin's Lymphoma, and the
23 box is checked no.
24        MR. DOMINA:  And this is a mistake --
25        MR. KLEFFNER:  That is a mistake.

Royce D. Janzen

Page 202

1    MR. DOMINA: -- which I noticed, too.
2    MR. KLEFFNER: Just want to clear it
3 up.
4    MR. DOMINA: It obviously should be
5 yes, should it not?
6    THE WITNESS: Yes.
7 BY MR. KLEFFNER:
8    Q.  Okay, fair enough.  Dr. Copur, that's been
9 your only oncologist; is that correct?
10    A.  Yes.
11    Q.  If you go to Page 8 --
12    A.  (Witness complies.)
13    Q.  -- one correction that you would make is
14 for the dates of usage of Roundup?, it shouldn't be
15 2013, it should be through present, correct?
16    A.  Yes.
17    Q.  And you continue to use it for both
18 residential purposes and agricultural purposes?
19    A.  Well, yes.  I haven't been exposed this
20 last summer like I was ever in the past.
21    Q.  No, and I'm just --
22    A.  Yeah.
23    Q.  Let's stick to my question.
24    A.  Okay.
25    Q.  I'm just trying -- I'm just trying to

Page 203

1 correct a few things in here to make sure we're on
2 the same page?
3    A.  Right.
4    Q.  What it should indicate for dates of usage
5 would be mid 1980s through present, right?
6    A.  Yes.
7    Q.  And the boxes would be checked on it
8 for -- through present, would be residential and
9 agricultural, correct?
10    A.  Yes.
11    Q.  And it would be the same reason for usage,
12 correct?
13    A.  Yes.
14    Q.  And in the same location, York and
15 Hamilton Counties?
16    A.  Yes.
17    Q.  Thank you.  If you go down to Section D,
18 you say about 2000 started using gloves; do you see
19 that?
20    A.  Yeah.
21    Q.  What prompted you to start using gloves in
22 about 2000?
23    A.  Well, I think generally, the consensus in
24 the chemical retail business was you guys need to be
25 careful, and so it was just no matter what you're

Page 204

1 doing, you should be using gloves more.  And so it
2 was just probably the encouragement of the chemical
3 salesman.
4    Q.  Who was the chemical salesman?
5    A.  The guy that died, Daryl Gross.
6    Q.  And was that referencing just chemicals in
7 general; it wasn't specific to Roundup?, right?
8    A.  No.
9    Q.  No, meaning --
10    A.  Right, you're right.
11    Q.  Okay, thank you.  Your son that now mostly
12 handles -- is that Jaydee?
13    A.  It's Brad.
14    Q.  Brad, okay.  Does Brad use gloves when
15 handling Roundup??
16    A.  Yes.
17    Q.  Does Brad use a mask?
18    A.  Not a mask.
19    Q.  Okay.  Does Brad continue to use -- I know
20 your use has decreased.
21    A.  Uh-huh.
22    Q.  Is it fair to say that his use
23 currently -- I'm sorry, Dave, (inaudible), would be
24 similar to what we see on Exhibit 6?
25    A.  No, we use Roundup? much less than we used

Page 205

1 to, so -- and the system we use right now is more
2 closed, so he doesn't have to do the pumping into
3 the -- from the shuttle, so the shuttle is just
4 filled and sometimes it's just filled by co-ops.  So
5 he has -- he has an iPad that he uses to control the
6 system, so I can't explain it.  Like I say, it's
7 very technical, and the exposure is a fraction of
8 what it would be.
9    Q.  Okay.
10    A.  The iPad controls the valves.
11    Q.  Cool.
12    A.  Yeah, $25,000 cool.
13    Q.  Okay.  Let's transition a little bit and
14 talk about your medical history.  There's a list of
15 conditions I need to walk through and confirm
16 whether you have or have not had them, okay?
17    A.  They're not in here?
18    MR. DOMINA: No, just listen to his
19 questions.
20    THE WITNESS: Okay.
21    MR. DOMINA: He's just starting a new
22 topic, so we'll just lay these over to the side.
23 BY MR. KLEFFNER:
24    Q.  I'm transitioning to medical issues now,
25 okay?

Royce D. Janzen

Page 206

1    A.   Okay.
2    Q.   Did you ever have any serious health
3 conditions as a child, a teenager?
4    A.   No.
5    Q.   You've never had any cancer besides NHL,
6 or non-Hodgkin's Lymphoma, correct?
7    A.   Right.
8    Q.   Do you have any skin cancers?
9    A.   I've had some pre-skin cancer.
10    Q.   Have any of your doctors indicated that
11 any of the skin cancer was actually cancerous?
12    A.   No.
13    Q.   Okay.  Have you ever had any immune
14 deficiency conditions such as HIV, AIDS --
15    A.   No.
16    Q.   -- lupus?
17         Okay.  Crohn's disease?
18    A.   No.
19    Q.   You do have -- well, you do have
20 rheumatoid arthritis, right?
21    A.   Rheumatoid?  I don't know what it's
22 called.  Is that the mild form?
23    Q.   I don't know to be honest.  Let me just
24 ask you:  Do you have rheumatoid arthritis?
25    A.   I could have.

Page 207

1    Q.   Do you know if you had that prior to your
2 cancer diagnosis?
3         MR. DOMINA:  Objection: Foundation.
4         Answer if you know if you have it at all.
5         THE WITNESS:  That's true, I don't
6 know what kind of -- I mean, sometimes my joints
7 hurt, and my doctor has said it's arthritis, but he
8 didn't give a name to it that I remember.
9 BY MR. KLEFFNER:
10    Q.   Okay.  Have you ever had Celiac disease?
11    A.   No.
12    Q.   Ulcers?
13    A.   No.
14    Q.   Eczema?
15    A.   No.
16    Q.   Cirrhosis?
17    A.   No.
18    Q.   No organ transplants, right?
19    A.   No.
20    Q.   No stem cell transplants?
21    A.   No.
22    Q.   You've never taken any immunosuppressant
23 medications, right?
24    A.   No.
25    Q.   No diabetes?

Page 208

1    A.   No.
2    Q.   Epstein?Barr virus?
3    A.   No.
4    Q.   Hepatitis B or C?
5    A.   No.
6    Q.   Have you ever had exposure to radiation
7 besides solar radiation?
8    A.   Or you mean dental?
9    Q.   Yes.
10    A.   Yeah, I've had dental X-rays.
11    Q.   Okay.  Anything else radiation-wise?
12    A.   X-rays on a limb, broken arm.
13    Q.   Okay.  Anything outside the medical
14 setting?
15    A.   No.
16    Q.   Okay.  Any medication allergies?
17    A.   No.
18    Q.   Any adverse reactions to vaccines?
19    A.   No.
20    Q.   Have you had any hospitalization prior to
21 your cancer diagnosis?
22    A.   I spent one night in the hospital for
23 kidney stones in 1973.
24    Q.   All right.  I saw that.  Anything else?
25    A.   I spent a night in the hospital for a

Page 209

1 broken arm, broken fingers.  I can't think of
2 anything else.
3    Q.   Hazard of the job I take it?
4    A.   Right.
5    Q.   Yeah.  Any other serious medical
6 conditions?
7    A.   No.
8    Q.   Okay.  Do you exercise on a regular basis?
9    A.   Yes.
10    Q.   What do you try to do?
11    A.   Is planking exercise?
12    Q.   I would assume so, yes.
13    A.   I try and do that.
14    Q.   I consider mowing the yard exercise.
15    A.   I consider climbing bins an exercise.
16    Q.   Okay.  And I -- that certainly is
17 exercise.  Do you do any running, jogging?
18    A.   I do a little biking --
19    Q.   Okay.
20    A.   -- occasionally, so mainly like --
21    Q.   A stationary or bike?
22    A.   No, a fat tire bike.
23    Q.   Okay.  And how far do you typically go?
24    A.   The last time I went 10 miles.
25    Q.   That's great.  And do you have a trail

Royce D. Janzen

Page 210

1  that you follow?
2     A.  It's just a road.
3     Q.  Okay.  When did you do that last?
4     A.  About ten days ago.
5     Q.  And how frequently do you try to do that?
6     A.  Well, every ten days.  Does that count?
7     Q.  It certainly does.
8        Anything that you can't or don't eat?
9     A.  You mean that's -- I don't understand your
10 question.
11    Q.  Like an allergy.  I'm sorry.
12    A.  No.
13    Q.  What's your typical breakfast?
14    A.  You think I'm weird, celery, apple,
15 almonds, blueberries or berries, and carrots.
16    Q.  Okay.  What about lunch?
17    A.  Salmon salad would be a common lunch.
18    Q.  And then what about for dinner?
19    A.  It varies.  In summer, it's watermelon
20 and -- oh, something else, whatever it might be.
21    Q.  Okay.
22    A.  Hamburger maybe.
23    Q.  Okay.  Do you eat, besides hamburger,
24 other red meat:  Steak, brisket?
25    A.  Not very much.

Page 211

1     Q.  Okay.  Do you drink coffee?
2     A.  Yes.
3     Q.  And do you cook or does your wife cook, or
4  both?
5     A.  No, I do not cook.
6     Q.  Okay.  And have you changed your diet in
7  any way, shape or form over the last five years?
8     A.  Well, yeah, slowly, but this carrot and
9  apple thing in the morning, I've been doing that for
10 15 years at least.
11    Q.  Okay.  Let me ask it this way:  Has your
12 diet changed since your cancer diagnosis?
13    A.  Yeah, I avoid certain foods that are let's
14 say processed foods, try and avoid those as much as
15 possible.
16    Q.  Okay.
17    A.  That's one of them, and I can't think of
18 anything else right now.
19    Q.  Did you have more intake of processed
20 foods prior to your cancer diagnosis?
21    A.  I'd say yes.
22    Q.  Okay.  Do you drink alcohol?
23    A.  No.
24    Q.  Ever?
25    A.  Well, there was that one time.

Page 212

1     Q.  Okay.  But -- so you're telling me you
2  don't drink really at all?
3     A.  No.
4     Q.  Okay.  Any smoking or tobacco use ever?
5     A.  No.
6     Q.  Any exposure to asbestos?
7     A.  Not that I'm aware of.
8     Q.  Okay.  Any drug use?
9     A.  No.
10    Q.  And you told me your prescriptions that
11 you've taken.
12       Have you ever had a history of any severe
13 or frequent infections?
14    A.  No.
15    Q.  Okay.  Tell me just in your own words how
16 the cancer diagnosis happened.
17    A.  Excuse me.  I had noticed a lump under my
18 jaw, and went in and they said, oh, it's just a --
19 an enlarged lymph node and, you know, that happens,
20 just come back in two weeks or whatever the time
21 frame was.
22       I think maybe he said month, and after
23 roughly a week I said this isn't normal, so I went
24 back in.  He said, you're right, this isn't normal.
25 Then they did a biopsy.  Wasn't conclusive.  Then

Page 213

1  they took it out and sent it to multiple labs, and
2  from there he gave me a call and said, it's
3  confirmed, you have lymphoma --
4     Q.  Okay.
5     A.  -- the, you know, non-Hodgkin's.
6     Q.  Was this Dr. Vanderneck?
7     A.  Yes.
8     Q.  Okay.
9     A.  Well, the guy that took it out was a
10 Dr. Yea, the surgeon --
11    Q.  Uh-huh.
12    A.  -- but Dr. Vanderneck is who the one who
13 called me.
14    Q.  Okay.  You initially presented it to
15 Dr. Vanderneck; was he your primary care doc?
16    A.  Yeah, he -- there's two doctors, and I
17 just go to whoever is available.  So one time I met
18 with Dr. Ohrt, but to the -- pretty much the rest of
19 time was with Dr. Vanderneck.
20    Q.  Okay.  And so you initially presented to
21 him with a mass or some type of lump; is that right?
22    A.  Right.
23    Q.  And where was it at again?
24    A.  Right here under my jaw (indicating).
25    Q.  Okay.  And initially basically the advice

Royce D. Janzen

Page 214

1  was it should go away, right?
2      A.  That was the first advice.
3      Q.  Okay.  Were you having any symptoms with
4  it?
5      A.  No.
6      Q.  And then about -- was it a week later you
7  went back?
8      A.  Yeah, roughly.
9      Q.  Right.  And the records will show, I
10  just -- I'm trying to get a general sense of the
11  time frame.
12      A.  Right.
13      Q.  But it wasn't painful, right?
14      A.  It hurt a little bit, but not a lot.
15      Q.  Right.  And then a biopsy was done, right?
16      A.  Yes.
17      Q.  Okay.  And then that --
18      A.  A needle biopsy was the first one.
19      Q.  Right.
20      A.  And then sec- -- and it was inconclusive I
21  think, and so then they did the take it apart and
22  send it to multiple labs.
23      Q.  Okay.  And then at some point, the cancer
24  diagnosis was confirmed, right?
25      A.  Yes.

Page 215

1      Q.  And who delivered that news to you?
2      A.  Dr. Vanderneck.
3      Q.  Okay.  And this is my one time to kind of
4  hear you say it in your own words, just how did that
5  conversation happen and what was your reaction?
6      A.  I was hauling pipe, loading pipe for these
7  corners, some of the corners, and he called me on my
8  cell phone and confirmed that you have non-Hodgkin's
9  Lymphoma and you need to meet with an oncologist and
10  let's get this going as soon as you can, so ...
11      Q.  Okay.  And I assume you had to relay that
12  information to your wife, right?
13      A.  Yeah.
14      Q.  And how did that conversation go?
15      A.  I don't know.  It was sad, you know, your
16  first impression is, you know, how serious is this
17  and stuff.  My son saw me throw down whatever I had
18  in my hand in anger --
19      Q.  Uh-huh.
20      A.  -- when he -- when I first got the call,
21  but with my wife it was more of a we'll get through
22  this, see what happens.
23      Q.  Okay.  And, you know, everybody's reaction
24  is different.  That's why I'm trying to figure out
25  what yours was.

Page 216

1      Were you pretty determined to attack it
2  head on?
3      A.  Yeah, right.  I mean, you do what you have
4  to do.  I was optimistic, you know.  It's -- it's
5  the 2013, we -- cancer is more curable than it ever
6  was, so ...
7      Q.  And then that's how you got put in contact
8  with your oncologist; is that correct?
9      A.  Yes.
10      Q.  And take me through those initial couple
11  of visits; what was -- what were those discussions
12  like?
13      A.  He came to Henderson, so it was really
14  convenient for me, and there was an oncology nurse,
15  so she could administer the -- he gave me the
16  procedure and, you know, how often you're going to
17  be doing this and so forth.
18      And he would come -- he came once a month,
19  so I didn't see him each time, but I went through
20  the procedure, and then whenever he was in, then I
21  would see him.
22      Q.  Okay.  Some people present with all sorts
23  of symptoms prior to.  They have, like, weight loss,
24  extreme fatigue, nausea, vomiting.  Am I correct
25  that you didn't have any of that leading up to the

Page 217

1  diagnosis?
2      A.  Right.  Well, I maybe didn't, I don't know
3  for sure, but I did get it in -- caught it in
4  Stage 1.
5      Q.  Right.
6      A.  So that, I think, kept me from getting
7  some of the more serious symptoms.
8      Q.  Okay.  And that's just what I'm trying to
9  confirm.  So the reason we take these depositions is
10  we can hear it now and know what you're going to say
11  at trial.
12      What your testimony is is that leading up
13  to this you didn't have the nausea, vomiting, weight
14  loss, fatigue, et cetera; is that correct?
15      A.  Right.  I could have lost a little weight,
16  but I'm not aware of it.
17      Q.  Okay.  I just have a few things I want to
18  ask about from some of your medical records.
19          (Exhibit 12
20          marked for identification.)
21  BY MR. KLEFFNER:
22      Q.  I'll tell you what I've done here is these
23  are by provider.  So this is Exhibit 12, and
24  probably the best way to do is to start from the
25  back and move forward because they're in reverse

Royce D. Janzen

Page 218

1 chronological order. And do you see, Mr. Janzen, a
2 number at the bottom corner, right of each page?
3    A. Yes.
4    Q. Okay. I'm going to reference the last
5 couple digits. If you could turn to Page 34, and I
6 believe this is the effort to biopsy the mass, okay.
7 And do you see indications for procedure?
8    A. Yes, uh-huh.
9    Q. It says this is a 63-year-old male who
10 presents with a painless right submandibular mass,
11 and also he underwent a course of antibiotics, which
12 did not shrink the mass.
13    A. Oh, that's right, I forgot about that.
14    Q. Do you see that?
15    A. Uh-huh.
16    Q. Okay. And so it looks like you had
17 antibiotics, right?
18    A. Uh-huh.
19    Q. Is that a yes?
20    A. Yes.
21    Q. Okay. And I know you said it may have
22 been a little painful, but it says painless here,
23 and I'm not trying to quibble with that.
24    A. Right.
25    Q. It wasn't -- it wasn't terribly painful;

Page 219

1 fair enough?
2    A. No, right.
3    Q. Okay. It was more of something that you
4 have observed?
5    A. It was annoying. Once I felt it there,
6 then it was real annoying, and at that point you
7 know, it suddenly becomes, like, is that a pain or
8 just an annoyance.
9    Q. Okay. I think you confirmed on 17 -- go
10 to Page 17.
11    A. (Witness complies.)
12    Q. This is a visit dated January 5, 2018, and
13 if you go down to the bottom, it indicates he is
14 traveling out of the country. Is this roughly about
15 when you were heading to Jamaica?
16    A. Yes.
17    Q. Okay. So that gives us more of an idea in
18 terms of when that happened, right?
19    A. Uh-huh.
20    Q. Okay.
21       COURT REPORTER: Is that a yes?
22       MR. KLEFFNER: Yes.
23       THE WITNESS: Yes.
24       COURT REPORTER: Thank you.
25       THE WITNESS: I'm sorry.

Page 220

1 BY MR. KLEFFNER:
2    Q. Go to Page 9. This is a visit dated
3 November 30, 2018, so it's about seven, eight months
4 ago.
5    A. Uh-huh.
6    Q. Yes?
7    A. Yes.
8    Q. Okay. And do you see under home
9 medications?
10    A. Yes.
11    Q. Have you gone off some of these since that
12 time, the Toprol and the Atorvastatin?
13    A. Right. I never did take them very long.
14 I've got a bottle of them at home that I never used.
15    Q. Okay. And so presently it's just the
16 Metoprolol, right?
17    A. Yeah.
18    Q. And do you take folic acid?
19    A. No.
20    Q. Do you still take a children's aspirin?
21    A. Yes.
22    Q. What's that for?
23    A. We had a doctor in Henderson 30 years ago
24 said you're of the age, you should take a children's
25 aspirin every day, so that's about the only reason I

Page 221

1 can give.
2    Q. Okay. And then you've also mentioned the
3 multivitamins; you still take those, right?
4    A. Yes. I also take one that isn't on here,
5 but I try to take it every day. It's a -- it's a
6 vitamin for your eyesight.
7    Q. Do you have any eyesight issues?
8    A. Not really, but my mom has macular
9 degeneration, so I --
10    Q. If you go to Page 7, this is a visit
11 dated -- oh, my, what is it? Oh, 2/15/19, so just
12 earlier this year. It says, history of present
13 illness, age 69 years old, patient presents for
14 suture removal. He had a skin cancer on his cheek
15 excised by dermatology; do you see that?
16    A. Yes.
17    Q. And are you -- are you sure that you've
18 never had skin cancer?
19    A. Well, I got the lab report back for this,
20 and it said no cancer present.
21    Q. Okay.
22    A. So I'm sure that's -- that I had it
23 removed, and it was a suture, and I got it back,
24 said no.
25    Q. You just -- it's on your left cheek?

Royce D. Janzen

Page 222

1    A.   Right, uh-huh.
2    Q.   Okay.  Have you had any other skin areas
3 excised?
4    A.   Yeah, I had one on my back a few years
5 ago, and that's probably the only time I remember
6 taking stitches, so that one on my back took -- he
7 put some stitches in there, took it out.
8    Q.   Go to Page 6, please.  This is, again, a
9 reference at the top left to the family history, and
10 we've talked a little bit about this, but for your
11 father, it says lymphoma finding, and then all the
12 way at the bottom of that, chronic leukemia, comma,
13 disease; do you see that?
14   A.   Yes.
15   Q.   And to your knowledge, are those accurate
16 statements?
17   A.   Yes.
18   Q.   And then for your brother, multiple
19 myeloma --
20   A.   Yes.
21   Q.   -- and then disorder?
22   A.   I don't understand what that means --
23   Q.   Okay.
24   A.   -- but yes.
25   Q.   Okay.  But he had multiple --

Page 223

1    A.   Multiple myeloma.
2    Q.   And for your mother, lymphoma finding,
3 right?
4    A.   Yes.
5    Q.   Okay.  And that's accurate as well?
6    A.   Yes.
7    Q.   Under plan, it references a Dr. Bott,
8 B-O-T-T; do you see that?
9    A.   Yes.
10   Q.   Do you see Dr. Bott?
11   A.   What did Doc Bott do?
12   Q.   Looks like you were having X-rays on your
13 right hip and knees.
14   A.   Oh, that's what it was.  He X-rayed for
15 arthritis.
16   Q.   Okay.  Is he -- do you still see Dr. Bott?
17   A.   No.
18   Q.   How often have you seen Dr. Bott?
19   A.   Once.
20   Q.   Just the one?
21   A.   Yeah.
22   Q.   And what type of treatment did he give
23 you, if any?
24   A.   He recommended what -- what was working
25 for me, continue to do it.  So I started taking

Page 224

1 ibuprofen every day instead of once the pain hit me.
2 So if my hip hurt, then I would take ibuprofen.
3 Well, now I just take two tablets daily, and I feel
4 fine, so I -- that's what I do.
5    Q.   Good, okay.  So if you -- because if you
6 go to the page before that, No. 5, this is
7 February 25th, 2019; do you see that in the upper
8 left?
9    A.   Uh-huh.
10   Q.   So it looks like you saw Dr. Bott sometime
11 after that, does that sound right?
12   A.   So, yeah, I suppose at 14 -- well, I don't
13 know.
14   Q.   Because it says he's already set up to see
15 Dr. Bott on that February 25, 2019, date, which
16 suggests you saw him at some point in time after
17 this visit; does that make sense?
18   A.   No, I just saw him once.
19   Q.   Okay.  It doesn't really matter.
20   A.   I'm not sure what's --
21   Q.   You saw him on the one occasion?
22   A.   Uh-huh.
23   Q.   He recommended ibuprofen, and that's
24 worked?
25   A.   Yeah.

Page 225

1    Q.   Okay.
2         MR. DOMINA:  So he did say take two
3 aspirin and come back some other time.
4         THE WITNESS:  I think so, and that
5 was music to my ears, but he was -- his attitude was
6 a little bit what are you doing here?
7 BY MR. KLEFFNER:
8    Q.   Do you see under past medical history
9 there is the reference to osteoarthritis; do you see
10 that?
11   A.   Yeah, uh-huh.
12   Q.   Okay.  And --
13   A.   Is that what you said about -- is that
14 what you called it before?
15   Q.   I believe so.
16        MRS. JANZEN:  No.
17        MR. KLEFFNER:  Or did I call it --
18        MRS. JANZEN:  Rheumatoid.
19        MR. KLEFFNER:  Rheumatoid.
20        THE WITNESS:  Rheumatoid.
21        MRS. JANZEN:  I knew it wasn't
22 rheumatoid --
23        MR. KLEFFNER:  Okay.
24        MRS. JANZEN:  -- but I didn't say
25 anything.  It's --

Page 226

1      THE WITNESS:  Do we need to put her
2  on the record?
3      MR. KLEFFNER:  I won't get on your
4  case.  I really --
5      MRS. JANZEN:  It's really hard not to
6  say anything because he doesn't know.
7      MR. DOMINA:  Much different ailments.
8      MRS. JANZEN:  Yes.
9      MR. KLEFFNER:  Yes.
10  BY MR. KLEFFNER:
11      Q.  Okay.  You can put that down.
12      Looks like you had a pretty bad cut on
13  your left heel, in an auger.
14      A.  Yeah.
15      Q.  When did that happen?
16      A.  Two years -- last year, last year.
17      MRS. JANZEN:  August.
18      THE WITNESS:  End of August, yes.
19  BY MR. KLEFFNER:
20      Q.  Have you recovered from that?
21      A.  Yeah.
22      Q.  Okay.  What -- just tell me generally what
23  happened.
24      A.  I was in a bin, my son was in the bin with
25  me.  He -- I don't know if you understand what an

Page 227

1  auger is --
2      MRS. JANZEN:  Floor auger.
3      THE WITNESS:  It's a cleaning out the
4  bin, it's a machine that pulls the corn into the
5  center and helps us clean the bin, the grain, corn,
6  we were augering corn.
7      I give it a kick, and somehow my foot
8  slipped over the auger and cut the shoe and my heel.
9  Missed the artery and the Achilles heel -- Achilles
10  tendon.
11      MR. DOMINA:  Oh.
12      THE WITNESS:  Just right in between.
13  BY MR. KLEFFNER:
14      Q.  So --
15      A.  Yeah.
16      Q.  -- very lucky.  Everything's fine with
17  that, though, now?
18      A.  Yes.
19      Q.  Okay.
20      MR. DOMINA:  Wow.
21      MR. KLEFFNER:  Okay.  I don't need to
22  go through any of that.
23      (Exhibit 13
24      marked for identification.)
25

Page 228

1  BY MR. KLEFFNER:
2      Q.  Complete Family Dermatology, is that where
3  you've had your skin --
4      A.  Yes.
5      Q.  -- looked at?
6      Exhibit 13 --
7      MR. DOMINA:  Got an extra one?
8  BY MR. KLEFFNER:
9      Q.  Let's just talk about a few of these
10  issues on Page 1.  You see the visit note of
11  July 23, 2015, upper left?
12      A.  Yeah, okay, uh-huh.
13      Q.  And were you going to this provider for
14  what references skin cancer surveillance; does that
15  ring a bell?
16      A.  I -- no, I don't remember hearing that
17  term, but I suppose it could be classified that way.
18      Q.  And would you just basically present to
19  this provider when you identified something on your
20  skin and you needed to have checked out?
21      A.  Yeah.
22      Q.  Okay.  If you flip to Page 9, this is a
23  visit note December 22, 2016, and do you see under
24  the impression and plan, there's references to
25  squamous cell carcinoma?

Page 229

1      A.  Yes.
2      Q.  Are you aware of those diagnoses?
3      A.  Yes, my Dr. Vanderneck explained that to
4  me.
5      Q.  What did Dr. Vanderneck explain?
6      A.  Well, he gave me -- he drew it up on a
7  little chart and said these are -- this is the
8  beginning of -- no, he said -- give me different
9  stages of these skin growths, and at some point it
10  turned into a cancer, so if you didn't take care of
11  them.
12      Q.  But he -- did he describe it as cancer or
13  not cancer?
14      A.  Not cancer.
15      Q.  Do you typically wear sunblock when you're
16  out in the fields?
17      A.  No.  I wear a hat.
18      Q.  Including -- but on your arms?
19      A.  No, I don't on my arms.
20      Q.  All right.  If you go to Page 17, this is
21  a note of a visit dated December 20, 2018, and it
22  looks like you had -- this may be referring to the
23  left cheek area that you spoke of earlier?
24      A.  Yes, this December -- last December.
25      Q.  Okay.  And do you see, again, under the

Royce D. Janzen

Page 230

1 impression plan, there's reference to a number of
2 Item 1 and Item 6 to squamous cell carcinoma?
3     A.  I don't have Item 6.
4     Q.  It's the following page.
5     A.  Oh, okay, sure.  Okay, uh-huh.
6     Q.  And then also Items 7 and 8 are
7 referencing squamous cell carcinoma; do you see
8 that?
9     A.  Uh-huh, yeah.
10    Q.  And, again, did Dr. Vanderneck explain
11 these diagnoses to you?
12    A.  No, but I think these were the ones
13 that -- this was the visit where I got the -- the
14 letter that said not cancer or so --
15    Q.  Is there a letter you have?
16    A.  Well, somewhere I think I have a letter.
17 I remember getting it at least.
18    Q.  Okay.  When you're going to this provider,
19 to Complete Family Dermatology, is it Dr. Behrens
20 that you're seeing?  There's a reference to
21 Brent Behrens, B-E-H-R-E-N-S.
22    A.  Oh, well, I thought it was Dr. Basler.
23 Behrens might have been --
24        MR. DOMINA:  He's a PA.
25        MR. KLEFFNER:  Okay.

Page 231

1        THE WITNESS:  Okay.
2        MR. DOMINA:  It says PA.
3 BY MR. KLEFFNER:
4     Q.  Page 1, there's a reference to Geoff
5 spelled G-E-O-F-F, Basler, B-A-S-L-E-R?
6     A.  Yeah.
7     Q.  Okay.  Is that who you're referring to?
8     A.  Yes.
9     Q.  Okay.  That's -- you can put those down.
10 The next are your oncology records.
11        (Exhibit 14
12        marked for identification.)
13 BY MR. KLEFFNER:
14    Q.  I'm going to mark those as Exhibit 14.
15    A.  (Witness receives document.)
16    Q.  Thank you.
17        I really don't think I have a whole lot to
18 ask you because, as I understand it, you have -- was
19 it four cycles of chemotherapy followed by two
20 cycles of Rituxan?
21    A.  Well, there were four cycles and then two,
22 I guess I called the last two can- -- chemo also.
23    Q.  Yeah.
24    A.  It was referred to as that, but --
25    Q.  That's fine, whatever, you had six cycles

Page 232

1 of --
2     A.  Yes.
3     Q.  -- therapy, right?
4     A.  Right, uh-huh.
5     Q.  And after those six cycles of therapy, you
6 were found to be in remission, right?
7     A.  Yes, uh-huh.
8     Q.  There's a reference, if I could find it,
9 if you go to Page 19, and these are double-sided,
10 so -- and just for the record, Exhibit -- or
11 Page 19 of Exhibit 14, pertains to a visit dated
12 June 9, 2016.
13        And in the assessment and plan, it says,
14 Mr. Jensen, typo, is a pleasant 66-year-old
15 Caucasian gentleman with the diffuse large B-cell
16 lymphoma Stage 1, status post chemotherapy.
17 Currently no evidence of recurrence.  I explained to
18 him that this is very reassuring three years into it
19 now.  No evidence of recurrence.  I will continue to
20 follow -- excuse me, I will continue six-month
21 follow-up.
22        Do you see that?
23    A.  Uh-huh.
24    Q.  Yes?
25    A.  Yes.

Page 233

1     Q.  Okay.  Do you recall this discussion with
2 Dr. Copur about how being three years into it, it
3 was, quote, reassuring?
4     A.  I don't recall this exact conversation,
5 but I do recall him reassuring me at some point,
6 so ...
7     Q.  And did you -- did you have any serious
8 symptoms associated with chemotherapy?
9     A.  I mean, while I was taking chemo?
10    Q.  Yes, sir.
11    A.  Well, I lost my hair.
12    Q.  Okay.
13    A.  Felt nauseated some days, felt extra tired
14 some days.  I mean, it was kind of a rollercoaster
15 ride of -- of events.
16    Q.  Okay.  And I'm just trying to -- since
17 this is my one opportunity to speak to you, I'm just
18 trying to figure out how you were able to tolerate
19 the treatments, and I understand it's difficult,
20 it's different on everybody.
21    A.  Yeah.
22    Q.  Were you able to manage the process fairly
23 well?
24    A.  Yeah, I -- you know, when it's over,
25 you're -- you think, wow, that wasn't so bad after

Royce D. Janzen

Page 234

1  all, but when you're doing it, it's bad.
2      Q.   At what point do you think that you kind
3  of felt back to the way that you were before?
4      A.   Oh, that took several years.
5      Q.   Okay.
6      A.   I mean, I would have -- I would even say
7  now once in a while I don't feel quite like I did.
8  Now, there's certain things that I -- like I have a
9  lymph node that's actually tickling me right now,
10 and, you know, when it does that, you, like, is this
11 the beginning of the last stage or what, and so
12 it ...
13     Q.   But after you got through -- I know it
14 took a couple years, did you feel like you -- I
15 understand there's days that --
16     A.   Yeah.
17     Q.   -- don't feel quite that way, but do you
18 feel like after a couple of years, you got back to
19 your old self, so to speak?
20     A.   I -- yes, as time goes on, you feel better
21 and better, even though the chemo has long been
22 over.
23     Q.   And do you believe you're in good hands
24 with Dr. Copur?
25     A.   Yes.

Page 235

1      Q.   And I think you indicated your prognosis
2  right now is good, right?
3      A.   Yeah.
4      Q.   Any evidence that you've seen or heard
5  from your doctors that -- that there's any evidence
6  of recurrence?
7      A.   No.
8      Q.   What have you been told most recently
9  about where you stand, or do they believe you're
10 cured?
11     A.   Yes, he said you're cured.
12     Q.   Good.
13     A.   But you're not sure you're ready to
14 believe that all the time.
15     Q.   Yeah, yeah, I imagine it's difficult to
16 believe that, but what your doctor has told you at
17 this point is you're cured of the disease --
18     A.   Uh-huh.
19     Q.   -- right?
20     A.   Uh-huh, right.
21     Q.   Okay.  Thank you.  How often are you going
22 to be seeing him?
23     A.   Probably yearly, that's my intention.
24     Q.   I know you told me earlier today, but when
25 was your last visit?

Page 236

1      A.   Last December.
2      Q.   Okay.  And have you had any restaging or
3  any further scans, or do you --
4      A.   No.
5      Q.   -- even need those at this point?
6      A.   No.  That's the one thing that bothered me
7  in the end was to say I was cured, but they didn't
8  do the PET scan.  They did one after the treatment,
9  they should -- I felt they should have done one four
10 years later to make sure that the -- yes.
11     Q.   And is that one of those areas where you
12 just have to put your trust in the doctor?
13     A.   Right.
14     Q.   Okay.  If you go to -- I don't have the
15 visit from December.
16     A.   See, in December, he was under a different
17 hospital.
18     Q.   That's probably why, but if you go to
19 Page 2, this is the last or most recent visit that I
20 have, and it's a visit dated December 14, 2017, so
21 it's about a year and a half ago.
22     A.   Uh-huh.
23     Q.   Under interim symptom history, it says,
24 the patient has had follow-ups for his lymphoma
25 turning five years with currently no evidence of

Page 237

1  recurrence; do you see that?
2      A.   Yes, uh-huh.
3      Q.   And that's accurate, right?
4      A.   Yes.
5      Q.   And then under review of systems, patient
6  denies any fevers, pain, night sweats, weight loss,
7  headaches, weakness, dyspnea.  I believe that's
8  shortness of breath.
9      A.   Uh-huh.
10     Q.   Cough, and it goes on, I don't need to
11 read them all.
12     A.   Yeah, right.
13     Q.   Are those accurate statements as well?
14     A.   Yes.
15     Q.   Okay.  Are those still true today?
16     A.   Yes.
17     Q.   The last thing I want to do is get too far
18 into your marital relationship.  It's uncomfortable
19 for me to ask any of that stuff, but do you -- do
20 you believe -- I can tell from her being here today
21 that she's been very supportive of you; is that
22 correct?
23     A.   Correct.
24     Q.   Okay.  And do you believe that having gone
25 through this journey together, that you've grown

Royce D. Janzen

Page 238

1 stronger?
2    A.  Yes.
3    Q.  Is that fair to say?
4    A.  Sure.
5    Q.  Is -- are there any areas that you're
6 going to claim that -- at trial, that the lymphoma
7 has effected negatively your marital relationship?
8    A.  No.
9    Q.  Okay.  You got -- you got through it
10 together and you're still together and you're
11 stronger now, right?
12    A.  Right.
13    Q.  Okay.  Do you have any out-of-pocket
14 expenses due that you're claiming in this lawsuit?
15    A.  We went through some, but I've forgotten.
16 Did we talk about that, Dave?  Can I ask him?
17        MR. DOMINA:  We went through it a
18 little bit.  We haven't made a decision about
19 whether we're going to or not yet, but we will.  If
20 we're going to, we'll itemize the special damages
21 and give them to you itemized.
22 BY MR. KLEFFNER:
23    Q.  Okay.  Have you given any considerations,
24 sir, to how much damages you're requesting in this
25 lawsuit?

Page 239

1    A.  No, not yet.
2    Q.  Okay.  Because you know that this is a
3 lawsuit, and the way people get compensated --
4    A.  Uh-huh.
5    Q.  -- in lawsuits is by money; do you
6 understand that?
7    A.  Yes.
8    Q.  And you've not given any thought to how
9 much money you'll be asking from the jury?
10    A.  No.
11    Q.  Okay.  Do you agree that -- that any
12 amount that should be requested should be fair and
13 reasonable?
14    A.  Yes.
15    Q.  Okay.  And do -- you're not -- you don't
16 strike me as someone that -- you're not in this to
17 win a lottery, so to speak; is that fair?
18    A.  That's fair.
19    Q.  Do you understand that just -- there's
20 hardworking folks like you, that there's also
21 hardworking folks at Monsanto; do you understand
22 that?
23    A.  Yes.
24    Q.  Okay.  And that those people have families
25 just like you have families; do you understand that?

Page 240

1    A.  Yes.
2    Q.  Okay.  And in terms of the areas that you
3 think you should be compensated for, what would
4 those areas be?
5        MR. DOMINA:  That'd be up to me.
6 We'll discuss that, and I'll probably make that
7 decision at trial.
8 BY MR. KLEFFNER:
9    Q.  Okay.  But right here, right now, given
10 that it's your lawsuit, have you given any
11 consideration to what areas you feel you should be
12 compensated for?
13    A.  No.
14    Q.  And are there any that occur to you
15 sitting here right now?
16    A.  No.
17    Q.  Okay.  You've not sought any mental health
18 counseling due to your lymphoma; is that correct?
19    A.  Correct.
20    Q.  Okay.  Have we covered all the doctors
21 that you've seen due to your lymphoma?
22    A.  Well, I -- Dr. Ohrt, but mostly it was
23 doc- -- like I said before, there was some
24 connection between -- some crossing in between
25 Dr. Ohrt and Dr. Vanderneck, but Dr. Vanderneck's

Page 241

1 the one that's seen maybe 90 percent of the time.
2    Q.  Okay.  But that was for -- that was in the
3 initial stage --
4    A.  Yes.
5    Q.  -- where you're trying to figure things
6 out?
7    A.  Right.
8    Q.  Okay.  In terms of for oncology, it's been
9 exclusively Dr. Copur?
10    A.  Right.
11        MR. KLEFFNER:  All right.  Why don't
12 we take a short break.
13        THE WITNESS:  Sure.
14        VIDEOGRAPHER:  Off the record at
15 1:32 p.m.
16            (1:32 p.m. - Recess taken.)
17
18
19
20
21
22
23
24
25

Royce D. Janzen

1    (At 1:50 p.m., with parties present as
2 before, the following proceedings were had, to-wit:)
3    VIDEOGRAPHER:  On the record at
4 1:50 p.m.
5 BY MR. KLEFFNER:
6    Q.  Mr. Janzen, have you heard of the
7 herbicide Alachlor?
8    A.  No.
9    Q.  A-L-A-C-H-L-O-R.
10    A.  (Shakes head.)
11    Q.  Okay.
12    A.  You're pronouncing that right?
13    Q.  I don't know.
14    A.  I don't know either.
15    Q.  How about Cyanazine?
16    A.  No.
17    Q.  I'm going to spell this one,
18 F-L-U-A-Z-I-F-O-P, Fluazifop?
19    A.  No.
20    Q.  When was the last time that you used
21 Atrazine?
22    A.  This spring.
23    Q.  Okay.  And how much do you use now?
24    A.  Now as in what do you mean?
25    Q.  Well, is it one of the herbicides that

1 you're beginning to use more frequently than, say,
2 compared to Roundup??
3    A.  No.
4    Q.  What are you using more frequently now
5 compared to Roundup??
6    A.  We're using more of a herbicide called
7 Liberty? and -- oh, there's a couple other -- my son
8 deals with that.  I don't know for sure.
9    Q.  Okay.  What about Metribuzin?
10    A.  No.
11    Q.  M-E-T-R-I-B-U-Z-I-N.
12    A.  I've heard the name, but I don't think
13 that's anything we use unless that's a -- yep.
14    Q.  Okay.  Nicosulfuron, N-I-C-O-S-L --
15    A.  No.
16    Q.  -- S-U-L-F-U-R-N (sic)?
17    A.  No.
18    Q.  No?
19    A.  No.
20    Q.  Okay.  How did you become involved in this
21 lawsuit?
22    A.  Well, I -- there was an ad in the paper
23 for if you've had non-Hodgkin's Lymphoma, call this
24 number.  And I wondered, well, what is that, so I
25 took that ad to my family lawyer and said what's

1 this about.  And he checked it out, and he said, no,
2 I think it's legitimate, so then I called Dave.
3    Q.  Okay.  Do you know when this was?
4    A.  No, not the date.  Dave would have the
5 record.  It's been a couple years at least.
6    MR. DOMINA:  (Nods head.)
7    THE WITNESS:  At least two years I
8 suppose.
9 BY MR. KLEFFNER:
10    Q.  Do you know if it was an ad for
11 Mr. Domina's firm?
12    A.  No, it wasn't.
13    Q.  Okay.
14    A.  It was -- I don't even know if the firm --
15 well, it probably was, but I don't remember a firm
16 name on it, but it raised me to the awareness that
17 that was going on.
18    Q.  Okay.  And is there any way to tell what
19 calendar year you saw that ad in?
20    A.  What calendar year?
21    Q.  Yes, sir.
22    A.  Yeah, I can't remember.  It -- I'm going
23 to say two years ago, but if it was three, I'm not
24 sure.
25    Q.  Okay.  Who is your family lawyer here in

1 town?
2    A.  There's a lawyer in Aurora that we --
3 that's our family lawyer.
4    Q.  Who is that?
5    A.  Tim Otto.
6    Q.  Okay.  And then how did you know to call
7 Mr. Domina?
8    A.  You know, I was thinking about that the
9 other day.  I just don't know for sure how I -- I
10 know I researched his firm on the Internet, found
11 the -- his number, and otherwise why I called him, I
12 can't honestly say.
13    Q.  Okay.  But the ad that you saw in the
14 paper was what first drew your attention to this?
15    A.  Right.
16    Q.  Okay.  Have you done -- again, don't tell
17 me what you've spoken about with your lawyers, but
18 is it fair to say that the basis -- the basis for
19 your belief that Roundup? caused your lymphoma is
20 from information that's been conveyed to you by your
21 lawyers?
22    A.  No, I read about it different places, not
23 only the Right to Know Web site, but there's other
24 links that deal with the research and stuff that's
25 happened, and so I would -- I would call it Internet

Page 246

1 research.
2    Q.  Okay.  Can you tell me any of the sites
3 you've been to?
4    A.  No.
5    Q.  Have you read any of the scientific
6 studies?
7    A.  Parts of them.
8    Q.  Do you remember which ones you've read?
9    A.  No.
10    Q.  I'm going to mark as Exhibit 15.  I asked
11 you earlier if you'd been to the EPA Web site.
12          (Exhibit 15
13          marked for identification.)
14 BY MR. KLEFFNER:
15    Q.  And I'll represent to you this is from the
16 Environmental Protection Agency Web site, and do you
17 see there's a date of April 30, 2019?
18    A.  Yes.
19    Q.  And the title is EPA Takes Next Step in
20 Review Process for Herbicide Glyphosate, Reaffirms
21 No Risk to Public Health.  Do you see that?
22    A.  Yes.
23    Q.  And am I correct that you've not seen this
24 prior to today?
25    A.  I've seen articles like this.  Not this

Page 247

1 article, but I've seen articles that reference that.
2    Q.  Okay.  It says -- I'm going to read just
3 parts of it to you.
4        It says, today the United States
5 Environmental Protection Agency, EPA, is taking an
6 important step in the agency's review of glyphosate.
7 As part of this action, EPA continues to find that
8 there are no risk to public health when glyphosate
9 is used in accordance with its current label, and
10 that glyphosate is not a carcinogen.
11        Do you see that?
12    A.  Yes.
13    Q.  It goes on to say, the agency's scientific
14 findings on human health risk are consistent with
15 the conclusions of science reviews by many other
16 countries and other federal agencies.
17        Do you see that?
18    A.  Yes.
19    Q.  I'm going to skip down to the second
20 paragraph, and I don't know if you've heard of
21 Andrew Wheeler prior to today.  He's the
22 administrator of the EPA.
23        MR. DOMINA:  Who hasn't heard of him?
24 BY MR. KLEFFNER:
25    Q.  Have you heard of him?

Page 248

1    A.  Yes.
2    Q.  There's a quote from him that says, EPA
3 has found no risk to public health from the current
4 registered uses of glyphosate, said EPA
5 administrator, Andrew Wheeler.
6        Today's proposed action includes new
7 management measures that will help farmers use
8 glyphosate in the most effective and efficient way
9 possible, including pollinator protections.
10        We look forward to input from farmers and
11 other stakeholders to ensure that the draft
12 management measures are workable, realistic and
13 effective.
14        It goes on with another quote from
15 Sonny Perdue, who is a U.S. Secretary of
16 Agriculture, and says, if we're going to feed
17 10 billion by 2050, we're gonna need all the tools
18 at our disposal, which includes the uses of
19 glyphosate.
20        Do you see that?
21    A.  Yes.
22    Q.  Do you agree with that quote?
23    A.  No.
24    Q.  Okay.  You don't?
25    A.  No.

Page 249

1    Q.  And is it important to you that the EPA
2 has found that glyphosate is not a carcinogen?
3    A.  No, I don't believe it.
4    Q.  Okay.  But the fact that the EPA has made
5 that finding, that's not something that's important
6 to you whatsoever?
7    A.  No.  You know, I used to trust the EPA,
8 but I don't anymore.
9    Q.  Okay.  Is that basically your take on
10 this, you don't trust what they're finding?
11    A.  Right.
12    Q.  Okay, fair enough.  Have you spoken to any
13 of the other plaintiffs in this lawsuit?
14    A.  No.  We had a conference call, and I --
15 but I never spoke to any one of them.
16    Q.  Okay.  I don't -- if it's a conference
17 call with Mr. Domina?
18    A.  Yes.
19    Q.  Okay.  I might ask about that.  Have you
20 separately spoken to Larry Domina, Frank Pollard or
21 Royce Janzen?
22    A.  No.
23    Q.  That's you, I'm sorry.
24        Robert Dickey?  I'm sorry.
25    A.  No.

Royce D. Janzen

Page 250

1    Q.  Okay.  Have you spoken -- I assume you've
2  spoken to your wife about the lawsuit?
3    A.  Right.
4    Q.  Okay.  Did she know that you were filing
5  it when you filed it?
6    A.  Yes.
7    Q.  Okay.  And did you have discussions with
8  her about that?
9    A.  Yes.
10    Q.  Okay.  And just generally, take me through
11  what those discussions entailed?
12    A.  Well, it was -- at the beginning, it was
13  like questioning like I explained to you, and she
14  was present and we talked about it and, you know,
15  like, I think I'm gonna do this, what do you think
16  kind of conversation.
17        So we went ahead.  I think she was with me
18  when I went to Tim Otto, and, you know, that was --
19  it wasn't too much of a process.
20    Q.  And what is -- what are you saying in your
21  own words that my client did wrong?
22    A.  Well, I think there should be warnings.
23  Glyphosate was much more dangerous I think than --
24  than -- you know, the warning should have been loud
25  and clear, and they weren't.

Page 251

1    Q.  And what warnings do you think should have
2  been given?
3    A.  Well, I think there should have been more
4  warnings about covering up more -- more and -- and
5  more protection, maybe even masks, but I understand
6  why they didn't do it because they would lower
7  sales.
8    Q.  It hasn't affected your sales, right?
9    A.  It has.
10    Q.  Okay.
11    A.  I mean, we're buying less than we used to,
12  and our future intention is less as a process.
13    Q.  Despite what you believe, you still don't
14  wear a mask, right?
15    A.  Right.
16    Q.  Despite what you believe, you still don't
17  wear long-sleeve shirts, right?
18    A.  Occasionally I do, but I -- I've
19  eliminated some of my risk, so I --
20    Q.  Let's just stick with my question.
21        Despite what you believe, you still don't
22  wear long sleeves all the time, right?
23    A.  Right.
24    Q.  Despite what you believe, you still don't
25  wear, like, a scarf or a kerchief your mouth, right?

Page 252

1    A.  Right.
2    Q.  There's other protections you could take,
3  but you don't, right?
4    A.  Right.
5    Q.  Okay.  So even if there had been those
6  warnings, say, to put on long sleeves or wear a
7  mask, you wouldn't have followed them, right?
8        MR. DOMINA:  Objection:  Foundation,
9  argumentative.
10        MR. KLEFFNER:  You can answer that if
11  you know.
12        MR. DOMINA:  If you can answer.
13        THE WITNESS:  No, I don't know.
14  BY MR. KLEFFNER:
15    Q.  Okay.  The fact that despite what your
16  beliefs are and coupled with the fact that you're
17  not taking those measures would suggest that you
18  would not follow them, correct?
19        MR. DOMINA:  Objection:
20  Argumentative.  That's your deduction.  It's not
21  really a question.
22  BY MR. KLEFFNER:
23    Q.  Do you follow my logic?
24    A.  Yeah, I --
25    Q.  Go ahead.

Page 253

1    A.  I feel I'm taking steps to -- I'm in the
2  process of taking steps to eliminate -- eliminate my
3  exposure.  And those -- those steps have only come
4  back in the last couple of years since I found out
5  it was probably the biggest cause of the --
6    Q.  Okay.  Are there any additional warnings
7  that you think should have been given?
8    A.  I don't know.  I mean, it's a big
9  question.
10    Q.  Okay.  Anything else, just in your own
11  words, that you -- you're claiming Monsanto did
12  wrong?
13    A.  Not right now.  I can't -- I'd have to
14  think about that a while.
15    Q.  Have you tabulated your medical bills?
16    A.  You mean -- no, not -- no.
17    Q.  Okay.  And do you have any ballpark figure
18  in terms of how much medical bills you've incurred
19  due to your lymphoma?
20    A.  You mean the insurance company and
21  everybody?
22    Q.  Well, let me start globally.  Do you know
23  just how many you've had period due to the --
24    A.  No, I haven't added them up.
25    Q.  Have they all been covered by insurance?

Royce D. Janzen

Page 254

1    A.   Most of them.
2    Q.   Okay.  Who is your insurance through?
3    A.   Part of it was through Everence, and then
4  the later years it was -- after the first year, it
5  was medicare.
6    Q.   Okay.  And based upon your fact sheet, I
7  understand you're not seeking any lost income or
8  wages; is that correct?
9    A.   Yes.
10   Q.   The business was still able to operate?
11   A.   Yes.
12   Q.   Okay.
13   A.   I dented up two pickups.
14   Q.   How did that happen?
15   A.   I was working when I shouldn't have been.
16  I backed into a couple of things.
17   Q.   Okay.  We've confirmed you never had any
18  discussions with anybody from my client, Monsanto,
19  correct?
20   A.   Correct.
21   Q.   Have you had any discussions with anybody
22  besides your wife or lawyer regarding your lawsuit?
23   A.   No.
24   Q.   Even your sons?
25   A.   Oh, my sons.

Page 255

1    Q.   Okay.
2    A.   My three sons.
3    Q.   Okay.  And what discussions have you had
4  with them?
5    A.   I just told them what's going on,
6  basically that.
7    Q.   Okay.  Have you told your sons to stop
8  using Roundup??
9    A.   I didn't need to; they're doing that on
10  their own.
11   Q.   Okay.  But not completely?
12   A.   Right, not yet.
13   Q.   Any discussions with anybody else
14  regarding the lawsuit?  We've talked about your wife
15  and your three sons.
16   A.   I have a -- a friend who noticed an
17  article in the paper, so I've talked to him about it
18  a little bit.
19   Q.   Who is that?
20   A.   His name is Paul Janzen.
21   Q.   Is it a relative?
22   A.   No, distant.
23   Q.   Okay.  And what article did Paul see and
24  what did you --
25   A.   Lincoln Journal.

Page 256

1    Q.   What was the article about?
2    A.   Just about the upcoming lawsuit, I think.
3    Q.   Do you know other local farmers in the
4  area?
5    A.   That --
6    Q.   Just generally?
7    A.   Yes.
8    Q.   I mean, I would assume it's a fairly
9  tight-knit community; is that true?
10   A.   Yeah, it used to be.
11   Q.   Do you know -- do you know other farmers
12  that use Roundup??
13   A.   I assume they use Roundup?, but I don't
14  know.
15   Q.   Okay.  Why do you assume they use
16  Roundup??
17   A.   Because -- I don't know, just because
18  that's pretty widespread, but I don't know that they
19  do or don't.
20   Q.   With regard to one of the exhibits is your
21  training card, have you ever received any training
22  with regard to how to target applications of
23  herbicides like Roundup? in terms of where to get it
24  right where you want and not on other things?
25   A.   No.

Page 257

1    Q.   Has there been any training -- I think you
2  indicated more recently there was training regarding
3  the use of gloves and things like that, right?
4    A.   Yeah, that's been emphasized more.
5    Q.   Okay.  Has that training that happened,
6  though, say early 2000, did you receive any such
7  training?
8    A.   I can't say.
9    Q.   And do you recall any specific training
10  regarding how to apply herbicides such as Roundup??
11   A.   What do you mean how to apply?
12   Q.   Well, again, I'm generally getting at
13  where to put where you want and where not to get it
14  where you don't want it.
15   A.   No.
16        MR. KLEFFNER:  Okay.  Why don't we
17  do -- I -- I think I'm about done.  Give me the five
18  minutes to look through this --
19        THE WITNESS:  Okay.
20        MR. KLEFFNER:  -- and I may be done
21  in 15 minutes, okay.
22        THE WITNESS:  Okay.
23        VIDEOGRAPHER:  Off the record at
24  2:05 p.m.
25        (2:05 p.m. - Recess taken.)

Page 258

1      (At 2:13 p.m., with parties present as
2  before, except Carol Janzen, the following
3  proceedings were had, to-wit:)
4          VIDEOGRAPHER:  On the record at
5  2:13 p.m.
6  BY MR. KLEFFNER:
7      Q.  With regard to your receipts for purchase
8  of Roundup? from 2014 and forward, would they also
9  be possibly in these same boxes?
10     A.  No.
11     Q.  Okay.  Are they kept in a different spot?
12     A.  Probably.  I don't know where they're at.
13  The co-op might have record of that, too.
14     Q.  Okay.  Does your son keep any files on
15  this?
16     A.  Well, since 2014, he should somewhere have
17  records of that.
18     Q.  Okay.  Do you know if he does, in fact,
19  have files on purchases of herbicides like Roundup??
20     A.  Well, so much stuff is done online, so I'm
21  sure there's a record somewhere of that.
22     Q.  Okay.  Do you -- you've used the -- you
23  mentioned corn and soybeans?
24     A.  Yes.
25     Q.  Okay.  Is there a way that you estimate

Page 259

1  annual yields in term of what you're producing?
2      A.  Well, we also raise seed corn, which is
3  entirely different practices.
4      Q.  What is seed corn?
5      A.  That's the corn that is grown to sell to
6  commercial corn, which is most of the corn in the
7  country to raise, so it's what you put in your
8  planter.
9      Q.  Okay.
10     A.  So your question is what's it going to
11  yield?  Somewhere between 200 and 260 per acre,
12  bushels per acre.
13     Q.  And has that been fairly consistent over
14  time?
15     A.  No, it's gone up over time.
16         MR. DOMINA:  And that's corn?
17         THE WITNESS:  Yes, that's corn.
18  BY MR. KLEFFNER:
19     Q.  Then how do you -- what about soybeans, is
20  there a way that you evaluate yield?
21     A.  Yes, we weigh them -- or we take them to
22  town.  They're weighed, each load is weighed.
23     Q.  And how much do you -- can you give me a
24  similar estimate for soybeans?
25     A.  Soybeans will make between 60 and 80.

Page 260

1      Q.  Sixty and eighty what?
2      A.  Bushels per acre.
3      Q.  And ballpark total, how many acres are you
4  running?
5      A.  Well, when I said 40 circles, not all them
6  are quarters, so we run about 40, about 5,000 acres.
7      Q.  And how's that divided, soybeans versus
8  corn?
9      A.  Let's see, we have about 2100 of soybeans,
10  2100 acres, and commercial corn we have a -- okay,
11  let me go the other way.  We've got 960 acres of
12  seed corn, so that leaves 21, 2200 of commercial
13  corn.
14     Q.  And do you have any ideas or thoughts in
15  terms of why the yield has increased over time?
16     A.  Genetic research, I think.
17     Q.  In terms of being able to utilize the
18  genetically-modified crops?
19     A.  I'd say more in line with hybrid
20  selection, so they cross hybrids with other hybrids
21  to make them yield more.
22     Q.  Okay.
23     A.  So that has gotten better.
24     Q.  I asked you earlier today, and you
25  confirmed that no doctor has told you that Roundup?

Page 261

1  caused your lymphoma.  I want to ask somewhat of a
2  similar question:  Has any doctor given you any
3  cause for your lymphoma?
4      A.  No.
5      Q.  Okay.  And has any doctor told you that
6  the cause of lymphoma is often unknown?
7      A.  No.
8      Q.  Okay.  Has any doctor told you that
9  non-Hodgkin's Lymphoma is a fairly common cancer in
10  the United States?
11     A.  No.
12     Q.  Okay.  Do you have any social media,
13  Facebook, anything like that?
14     A.  No.
15     Q.  No.  Have you ever made any posts online
16  about Roundup? or any connections between Roundup?
17  and non-Hodgkin's Lymphoma?
18     A.  No.
19     Q.  Okay.  The Roundup? that you've used, it's
20  been kept in that -- at the office; is that right?
21     A.  Yes.
22     Q.  Okay.
23     A.  You mean the -- the records?
24     Q.  No, I'm saying the actual product itself.
25     A.  Oh, yeah, in that shed.

Royce D. Janzen

Page 262

1    Q.  Okay.  Is there some there right now?
2    A.  The could be.  There's a tote or two of
3 something.  There's some empty totes, so I'm not
4 sure --
5    Q.  Okay.
6    A.  -- but there could be.
7    Q.  I want to thank you for your patience with
8 me today.  Is there anything else that you can think
9 of about your loss -- well, let me ask just a
10 general question:  Have we basically covered your
11 medical history?
12   A.  I think so.
13   Q.  Okay.  And have we covered, to the extent
14 you're able to talk about it, the damages you're
15 claiming in the lawsuit?
16   A.  Yes.
17   Q.  Have we covered, to the extent possible,
18 your use of Roundup? over time?
19   A.  Yes.
20   Q.  And I want to thank you again for your
21 time here today.  And I would ask you to hold onto
22 those boxes, okay, because we may need to see what's
23 in there, okay?
24   A.  Sure.
25   Q.  Great.  Thank you.

Page 263

1       MR. DOMINA:  Did we get a sticker on
2 Exhibit 14?  Oh, here it is.  Yes, very good.  I
3 just wanted to make sure of that.
4       Royce, I just want to ask you a very few
5 questions, and part of that is --
6       VIDEOGRAPHER:  Can I get you to put
7 your microphone on?
8          CROSS-EXAMINATION
9 BY MR. DOMINA:
10   Q.  I want to ask you a few questions, Royce,
11 if I may to give you -- to get a little bit of
12 clarity perhaps here, to some of your answers.
13      Let's start with this:  How many years
14 have Janzens been farming in York County?
15   A.  1874.
16   Q.  Continuously?
17   A.  Yes.
18   Q.  And is some of this land we've been
19 talking about land that your family homesteaded?
20   A.  Some of it, yes.
21   Q.  And so are you, what, the fourth
22 generation?
23   A.  Yeah, I -- yes.
24   Q.  And your son would be the fifth
25 generation --

Page 264

1    A.  Yes, uh-huh.
2    Q.  -- of Janzen farmers in a continuous line
3 in York County, Nebraska?
4    A.  Yes.
5    Q.  And so you would have started farming here
6 when the state was under 20 years old?
7    A.  Yes.
8    Q.  All right.  And when your brother and
9 you--and I know Gary is deceased now--started
10 farming for yourselves, and you worked with your
11 dad, as you said --
12   A.  Yes.
13   Q.  -- so his career and your startup
14 overlapped, correct?
15   A.  Yes.
16   Q.  When Gary and you started on your own, did
17 you start with less land than you're operating now?
18   A.  Oh, yeah.
19   Q.  How much did you start with?
20   A.  Well, the very first year, 1973, we had
21 one quarter together.
22   Q.  So 160 acres --
23   A.  Yes.
24   Q.  -- for the two of you?
25   A.  Uh-huh.

Page 265

1    Q.  Is that right?
2    A.  Yes.
3    Q.  Now, you mentioned that you had some
4 events over the years that changed how you farmed.
5 Was one of those events that changed how you farmed,
6 that a nonselective herbicide called Roundup? came
7 onto the market?  Did that actually market change in
8 the way you operated?
9    A.  To some extent.  Not a large extent, but
10 to some extent, yes.
11   Q.  Before you could apply Roundup? as a
12 nonselective herbicide to weeds, how did you kill
13 them?
14   A.  We often walked fields.  We tried some
15 herbicides--they worked somewhat--and then we'd walk
16 the fields.  That was a -- that was why in the early
17 years we didn't raise so many soybeans because --
18   Q.  So you mentioned you cultivated with a
19 machine?
20   A.  Cultivated, right.
21   Q.  And was that a tractor-mounted machine --
22   A.  Right.
23   Q.  -- that actually passed through the fields
24 and disturbed the earth to unroot the plants?
25   A.  Right, uh-huh.

Royce D. Janzen

Page 266

1    Q.   And then that had to be done when the crop
2  was of a particular size?
3    A.   Right.  It was small.  We -- we often did
4  it twice to make sure that we -- and sometimes in
5  the early years three times, to make sure we got all
6  the weeds, so -- but, yeah, the crop was small.
7    Q.   And then if weeds came along after that,
8  you might have to walk when the crop was larger?
9    A.   Yes.
10    Q.   And so in the early years when Roundup?
11  came along and it would kill about anything, was
12  that -- would it kill soybeans?
13    A.   Well, the first -- yeah, in the early
14  years, it would kill soybeans.
15    Q.   Also corn?
16    A.   Right.
17    Q.   And so is it accurate to say that it
18  was -- Roundup? was on the market for several years
19  before you could spray it over the tops of those
20  crops?
21    A.   Yes.
22    Q.   Then was another thing that changed your
23  operation, the advent of something called
24  Roundup? Ready seed?
25    A.   Yes.

Page 267

1    Q.   And was that true of both soybean seed and
2  corn seed?
3    A.   Yes, more soybeans than corn, but yes.
4    Q.   And soybeans came first?
5    A.   I think so, yes.
6    Q.   And after the Roundup? Ready seed came on,
7  was there a change in the way Nebraska farmers
8  attacked their business?
9        MR. KLEFFNER:  Object to the form.
10        THE WITNESS:  So should I answer?
11        MR. DOMINA:  Yeah, go ahead.
12        THE WITNESS:  Yeah, we -- farmers
13  sprayed Roundup? and switched more to no-till
14  farming and such.
15  BY MR. DOMINA:
16    Q.   And so no-till farming, what did that
17  eliminate?
18    A.   Those cultivation practices that we talked
19  about.
20    Q.   What was --
21    A.   One or two trips through the field with
22  the cultivator.
23    Q.   And what was the substitute for that?
24    A.   The herbicide.
25    Q.   Spraying over the top?

Page 268

1    A.   Spraying over the fields, right.
2    Q.   And so -- and that herbicide was what
3  herbicide?
4    A.   Roundup?.
5    Q.   And was Roundup? the only product on the
6  market for a number of years that would work that
7  way?
8    A.   Yes, yes.
9    Q.   And so you mentioned that you've been
10  withdrawing from Roundup?; was that something that
11  was possible to do in one season?
12    A.   Oh, no, that -- but -- but -- right,
13  that's -- as other herbicides become available, then
14  we -- you first have to try them, learn about them
15  and find that they work, and so we slowly start
16  switching herbicides.
17    Q.   And so has that been a program you've been
18  on for a series of years?
19    A.   Yeah, we have been cutting back on
20  Roundup? or trying to manage that for several years,
21  but particularly in the last probably couple of
22  years.
23    Q.   Okay.  On that point, about a couple of
24  years, there were some questions about when you
25  started to think about filing a lawsuit, and you

Page 269

1  weren't sure, you said at least a couple, maybe
2  three years ago?
3    A.   Yes.
4    Q.   Your case was filed in court -- and I'm
5  offering this date to refresh your memory.  It was
6  filed in court on May 12 of 2016, so a little over
7  three years ago.
8    A.   Okay.
9    Q.   Would you have -- to give Mr. Kleffner the
10  benefit of a little bit more intelligence on that
11  issue, would you have met with your family lawyer
12  before -- obviously before you filed the lawsuit?
13    A.   Yes.
14    Q.   Before you contacted me?
15    A.   Yes.
16    Q.   Is it your -- well, let me ask first of
17  all, how are the decisions in your farming operation
18  made today?  Did you collaborate with your sons and
19  they make them, or do they collaborate with you and
20  you make them?
21    A.   I do not make all the decisions.  We
22  collaborate and try to come to a consensus on most
23  decisions, especially the big ones.
24    Q.   All right.  And given that you are No. 4,
25  yielding ground to No. 5 in generations, I take it

Royce D. Janzen

Page 270

1  that is an important goal?
2      A.  Yes, definitely.
3      Q.  All right.  And insofar as you know, is it
4  your plan to get out of Roundup? as quickly as you
5  possibly can in the whole operation?
6          MR. KLEFFNER:  Object to the form.
7          THE WITNESS:  Yes.  We -- we will be
8  cutting back continually for the next whatever, yes.
9  BY MR. DOMINA:
10     Q.  Why is it so hard to get out of that
11 stuff?
12     A.  Well, there's --
13         MR. KLEFFNER:  Object to the form of
14 the question.
15         THE WITNESS:  There's other chemicals
16 that come on, but you don't know how they're going
17 to work, so you have try them a little bit and see
18 how it works.  And sometimes you have to try
19 multiple years.
20         And then the seed companies are developing
21 other resistent -- resistent hybrids, and Liberty? is
22 one of them newer ones.  There's also a couple of
23 others, so they -- they're coming on now, and
24 it's -- we're just in the middle of that, or just
25 the beginning stages of that.

Page 271

1      Q.  Was there a period of time for many years
2  when Monsanto actually controlled that market with
3  its patent?
4          MR. KLEFFNER:  Object to the form.
5          THE WITNESS:  Well, I suppose.  I
6  don't understand the patent situation, but that was
7  the only thing available for what we were doing.
8  BY MR. DOMINA:
9      Q.  Okay.
10     A.  Especially in the early years, so ...
11     Q.  There was quite a bit of time spent, and
12 thoughtfully spent, on Exhibit No. 6.  Let's just
13 take a quick look at that.  That's the chart.  Are
14 you comfortable that that chart is still an accurate
15 representation of your exposures for the time
16 periods that it covers?
17     A.  As near as I can estimate, yes.
18     Q.  And are you also comfortable that for the
19 period of time after the last date in that chart,
20 2014, that your methods for using Roundup? have
21 dramatically changed?
22     A.  Yes.
23     Q.  Exhibit 2, Mr. Henderson (sic), was that
24 license issued by the state to allow you to be an
25 applicator.  Is that something that's required to

Page 272

1  actually buy herbicides, whether you apply them or
2  not yourself?
3      A.  Yes, you have to have the license to buy.
4      Q.  Okay.  And also the license to apply,
5  correct?  You can buy, you can apply or --
6      A.  You can buy and apply with this --
7      Q.  Okay.
8      A.  -- just not at a -- on a commercial level.
9      Q.  So that's limited for self use basically?
10     A.  Right, uh-huh.
11     Q.  Farm use?
12         And the classes that you took about that,
13 did they emphasize -- was there a test that went
14 with them?
15     A.  Yes.
16     Q.  And did the test require that you
17 demonstrate some proficiency?
18     A.  Yeah, you had to know some math and --
19     Q.  What --
20     A.  -- how to read labels I think.
21     Q.  What kinds of things were you calculating?
22     A.  Rate craker (phonetic) under certain
23 pressure, speed.
24     Q.  So essentially the application was to get
25 enough to do the job, but not too much to kill the

Page 273

1  crop?
2      A.  Yeah, that's right.
3      Q.  I'm going to apologize to you that we got
4  an answer or two wrong on that fact sheet when we
5  translated your handwriting, Exhibit 10 and
6  Exhibit 11.
7          I want to ask you just a couple of
8  questions about the medical records, and this may
9  not be anything that you have noticed, but I want to
10 just -- just be sure that we understand them
11 correctly.  And so I'm going to look at Exhibit 12,
12 which is Dr. Basler's record first.
13         And you directed to some pages in it,
14 and I think one of them was Page -- oh, no, Page 12
15 is the Henderson record, not Dr. Basler.  We'll get
16 to him in just a minute.  One of them was Page 6,
17 and I see that there are references here to some
18 test results for you that were negative including
19 negative for things like colorectal cancer.  So you
20 were --
21     A.  Uh-huh.
22     Q.  -- apparently attending to those kinds of
23 things --
24     A.  Right.
25     Q.  -- that people tend to when they get to be

Royce D. Janzen

Page 274

1 my age and maybe even your age --
2    A.   Uh-huh.
3    Q.   -- since we're a few months apart.
4    A.   Really?
5    Q.   Yeah.  Okay.
6    A.   That makes me look bad.
7    Q.   Only because I look bad.
8         There was a reference to a suture removal
9 that was called a skin cancer, and I think you were
10 directed to Page 7, and you see that is in an area
11 called history.
12   A.   Uh-huh.
13   Q.   Do you see that?
14        Do you know if that entry was made by the
15 doctor or by a nurse or somebody who was just
16 generally describing a suture removal and a defect
17 from dermatology on your face?
18   A.   They removed the suture from the --
19 sutures -- there were six -- I think six, and
20 Dr. Basler gave me a -- maybe this is information
21 you don't need, gave me a scissors, said if your
22 wife feels like it, maybe she can take it out.  And
23 she got one done and didn't like it anymore
24 because --
25   Q.   Pretty fine work?

Page 275

1    A.   So he took five more is my point.
2    Q.   Okay.
3    A.   No, Dr. Vanderneck took out the sutures.
4    Q.   Yeah, that's what I understood.
5         Okay.  Now, let's see if we can take a
6 look at Dr. Basler's record.  You were referred to
7 Exhibit 13, Page 1, and were shown some things that
8 were about impressions; do you recall that?
9    A.   Yeah.
10   Q.   And there were references in -- in this to
11 some places where there were references to what was
12 called squamous cell carcinoma?
13   A.   Right, uh-huh.
14   Q.   I noticed that those records you referred
15 to on Page 1 and Page 7 -- well, let's see, I'll get
16 to the right number.  Page 17, Page 1 and Page 17,
17 those are -- those are clinical records, aren't
18 they, of when you're in?  There's a history and
19 physical and it shows your examination.
20   A.   Right, uh-huh.
21   Q.   And then if we move forward in this
22 record, you'll see some charts where Dr. Basler
23 noted where your conditions were, and they're
24 followed starting on Page 7 for that same visit with
25 a pathology report --

Page 276

1    A.   Okay.
2    Q.   -- do you see that?
3    A.   Yes.
4    Q.   And those pathology reports then describe
5 findings upon examination of tissue under
6 microscope --
7    A.   Uh-huh.
8    Q.   -- do you see that?
9    A.   Uh-huh.
10   Q.   Okay.  And I'm just going to represent to
11 you that on those pages I see references to
12 hyperkeratosis to I think I saw one parakeratosis,
13 but no cancers.
14        And as I went through the comparison of
15 clinical impressions with pathology, the pathology
16 consistently ruled out the fact that your skin
17 conditions were cancers, but they were taken because
18 they might become cancers?
19   A.   Yes.
20   Q.   Have you ever been given any explanation
21 for those skin conditions other than that they were
22 the product of exposure to the sun?
23   A.   No, he's -- they're always sun.  That's
24 what he tells me.
25   Q.   Exhibit 14 is the oncology -- was -- was

Page 277

1 described as the oncology record, and I think,
2 frankly, Mr. Kleffner used it for that, but just to
3 make it clear, Exhibit 14 actually goes way back to
4 1991, doesn't it?  You see that?
5    A.   Uh-huh.
6    Q.   Showing you Page 158 --
7    A.   Right.
8    Q.   -- for example.
9         And I just noted it because it looks like
10 you were in following an injury when you fell off a
11 truck bed, outstretched right hand, and I think you
12 were diagnosed with a fracture.
13   A.   Uh-huh.
14   Q.   And that's probably your broken arm that
15 you talked about.
16   A.   Right, yes.
17   Q.   So just -- just to be clear, this appears
18 to be the record of St. Francis Hospital in
19 Grand Island --
20   A.   Yes.
21   Q.   -- from the beginning of time for you to
22 the end of time.
23   A.   Oh, yeah.
24   Q.   Okay.
25        MR. KLEFFNER:  Hopefully not yet.

Page 278

1        MR. DOMINA:  To the present, that's
2  right.  Good point.
3  BY MR. DOMINA:
4     Q.  And then just -- again, just to identify
5  it, I don't doubt you've ever had a chance to see
6  this, Royce, but on Page 135 and 136 of Exhibit 14
7  are references to -- you'll see a PET and CT scan --
8     A.  Uh-huh.
9     Q.  -- and it's describing gland removal, and
10 actually this is a description of what happened --
11    A.  Right.
12    Q.  -- upon the discovery of your --
13    A.  Right.
14    Q.  -- of your cancer.
15       You had a bone marrow test, didn't you?
16    A.  Yes.
17    Q.  And there were some positive focal
18 findings in it, weren't there?
19    A.  I've forgotten.
20    Q.  And do you remember that the treatment
21 regiment, you were given of six -- a sequence of six
22 as you said --
23    A.  Uh-huh.
24    Q.  -- was called R-CHOP?
25    A.  Yes.

Page 279

1     Q.  Royce, assume a couple of things for me,
2  we'll see if the evidence proves these, but assume
3  for a moment that there is evidence that Monsanto
4  had test results from tests performed by scientists
5  they hired that showed that there was a relationship
6  between exposure to Roundup? and changes in blood
7  cells that tended to make them become cancerous.  Do
8  you think Monsanto owes it to you to tell you that?
9        MR. KLEFFNER:  Object to the form.
10       THE WITNESS:  They wouldn't want me
11 knowing that, right.
12 BY MR. DOMINA:
13    Q.  But do you think they owed it to you to
14 give you a fair chance by telling you?
15       MR. KLEFFNER:  Same objections.
16       THE WITNESS:  Sure, should have.
17 BY MR. DOMINA:
18    Q.  And assume there's evidence that Monsanto
19 hired a lab that falsified test results for
20 submission to government authorities for approval,
21 employed people who are convicted of crimes and
22 incarcerated for federal crimes for doing that, but
23 that Monsanto never revealed to the public that it
24 was connected to them, do you think you'd be
25 entitled to have known that?

Page 280

1     A.  Sure.
2        MR. KLEFFNER:  Object to the form.
3  BY MR. DOMINA:
4     Q.  And assume that Monsanto had its hands in
5  the selection of the people at the Environmental
6  Protection Agency who issued the 2019 press release
7  that you saw today, do you think the public ought to
8  know that?
9        MR. KLEFFNER:  Object to the form.
10       THE WITNESS:  Yes.
11       MR. DOMINA:  I don't have any more
12 questions.
13       MR. KLEFFNER:  Just a couple real
14 brief ones.
15       REDIRECT EXAMINATION
16 BY MR. KLEFFNER:
17    Q.  Earlier you indicated that there are five
18 or so new herbicides that you've been using more
19 recently; do you recall that?
20    A.  Yes.
21    Q.  Okay.  And the one that I think you've
22 named is Liberty??
23    A.  Yes.
24    Q.  Okay.  And my question is whether it's
25 Liberty? or any of the four, have you undertaken any

Page 281

1  research or review of any health risks posed by
2  those herbicides?
3     A.  We haven't done research on that, but
4  we've treated chemicals with more respect.
5     Q.  Okay, and that's fair.  I guess my
6  question is is given what you've gone through with
7  lymphoma, have you undertaken any further, like,
8  analysis, Internet research, data analysis, things
9  like that, for the new herbicides that you've begun
10 trying?
11    A.  No.
12    Q.  And still do you recall any of the other
13 four?
14    A.  No.
15    Q.  Have you read any of the articles about
16 the benefits of using Liberty? in conjunction with
17 glyphosate?
18    A.  I haven't; my son probably has.
19    Q.  And is that basically -- well, is -- is
20 research something you do to try to figure out in
21 terms of herbicides what's the best to apply?  Have
22 you done that in the past?
23    A.  Done research?
24    Q.  Yes, sir.
25    A.  We try different herbicides on different

Royce D. Janzen

Page 282

1 fields and, you know, you've got a year to figure
2 out, well, it worked or it didn't work kind of, so,
3 yeah, and when they don't work, it's kind of a
4 disaster.
5     Q.  Yeah, I'm sure that's the case.  I guess,
6 though, you don't go into that blind.  You have some
7 sort of basis or information base to say, hey, this
8 is something I should be trying; is that right?
9     A.  Yes.
10     Q.  Okay.  And how did you get that
11 information base?
12     A.  Most of the time it's the sales
13 representative, so -- or the co-op manager, the
14 agronomy manager.
15     Q.  Is this a sales rep from the actual
16 company?
17     A.  Could be.
18     Q.  Okay.  Have you ever had any interactions
19 with a sales rep for Roundup??
20     A.  No.
21     Q.  Okay.  And then the co-op manager is
22 somebody that's employed by the co-op?
23     A.  Right.
24     Q.  Okay.  And would that have also been the
25 case for Roundup?, but when you continued using it

Page 283

1 over the period of time you did, had you done
2 research to confirm that this is a product you
3 wanted to continue to still use?
4     A.  Restate your question.
5     Q.  Yeah.  You told me a few minutes ago that
6 you do -- before you try something new, you at least
7 have some basis to try it, right?
8     A.  Right.
9     Q.  And then it sounds like after that, what
10 you do, it's really just a trial by fire; does it
11 work or does it not?
12     A.  To some extent, yeah.
13     Q.  Okay.  Because if things go south, as
14 you -- I think you said --
15     A.  Yeah.
16     Q.  -- they can go really south?
17     A.  And, you know, they come with
18 recommendations, and for some people, they might
19 work better than others, and there's all kinds of --
20     Q.  Is it fair to say that -- that one of the
21 reasons you used Roundup? for a decade plus or
22 whatever the case may be, is because it did, in
23 fact, work for you?
24     A.  Yes.
25     Q.  Okay.  Because otherwise, as you pointed

Page 284

1 out, there are other herbicides on the market that
2 you've had the option to use, right?
3     A.  Most of the other herbicides have come on
4 after Roundup?, so Roundup? was in there, what,
5 early mid '80s, and the other herbicides have
6 followed along --
7     Q.  And when --
8     A.  -- after that.
9     Q.  I'm sorry.
10     And when Mr. Domina asked you about the
11 Roundup? Ready seed, that was a big game changer for
12 you; do you agree with that?
13     A.  Yes, not -- not a huge, but it was a game
14 changer, yes.
15     Q.  And that's the seed you still use to this
16 day, right?
17     A.  Well, the seed that we use is tolerant to
18 other herbicides besides Roundup?, so the companies
19 have multiple herbicide resistence into one plant.
20     Q.  Right.
21     A.  So you can use Liberty? or Roundup? or
22 what's the other one -- anyway, I think there's
23 another 2,4-D maybe.
24     Q.  Okay.  And so the companies have basically
25 genetically modified the seed not only to be

Page 285

1 resistent to Roundup?, but as you say, other
2 herbicides like Liberty??
3     A.  Yes.
4     Q.  Okay.  That provides even more benefits to
5 you, right?
6     A.  Sure.
7         MR. KLEFFNER:  Okay.  That's all I
8 have.  Thank you.
9         MR. DOMINA:  Royce, you have the
10 right to read the deposition and use it -- or sign
11 it before it's used in court.  The other guys have
12 been waiving that right, and I encourage to do that.
13         THE WITNESS:  Okay.
14         MR. DOMINA:  Reading would be for
15 clerical matters.  If there's something obvious,
16 we'll probably agree on it anyway, but we'll -- I'll
17 get you a copy of it.
18         THE WITNESS:  Okay.
19         MR. DOMINA:  So if you'll just tell
20 Cindy that you'll waive that right.
21         THE WITNESS:  I waive that right.
22         COURT REPORTER:  Thank you.
23         VIDEOGRAPHER:  This is the end of the
24 videotape deposition.
25         The time is 2:43 p.m.

Royce D. Janzen

Page 286

```
1              (Court reporter asked counsel to
               place their transcript order on
2              the record.)
3              MR. KLEFFNER:  We have a standing
4  order.
5              MR. DOMINA:  Same as the last two
6  days.
7              (2:43 p.m. - Adjournment.)
8              ** ** ** **
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 287

```
1          C E R T I F I C A T E
2
   STATE OF NEBRASKA   )
3                      ) ss.
   COUNTY OF DOUGLAS   )
4
5      I, Cynthia Craig, Registered Professional
6  Reporter and General Notary Public within and for
7  the State of Nebraska, do hereby certify that the
8  foregoing testimony of ROYCE D. JANZEN was taken by
9  me in shorthand and thereafter reduced to
10 typewriting by use of Computer-Aided Transcription,
11 and the preceding two hundred eighty-six (286) pages
12 contain a full, true and correct transcription of
13 all the testimony of said witness, to the best of my
14 ability;
15     That I am not a kin or in any way associated
16 with any of the parties to said cause of action, or
17 their counsel, and that I am not interested in the
18 event thereof.
19     IN WITNESS WHEREOF, I hereunto affix my
20 signature and seal the 30th day of July, 2019.
21
22     _____
       CYNTHIA A. CRAIG, RPR
23     GENERAL NOTARY PUBLIC
24
25 My Commission Expires:
```