# EXHIBIT 8

Robert L. Dickey

1            UNITED STATES DISTRICT COURT

            NORTHERN DISTRICT OF CALIFORNIA

2

3    IN RE:  ROUNDUP PRODUCTS ) MDL NO. 2741

     LIABILITY LITIGATION     )

4                             ) CASE NO. 16-md-02741-VC

     ------------------------)

5    THIS DOCUMENT RELATES TO )

     ALL ACTIONS              )

6    Domina, et al., v.       )

     Monsanto Company         ) VIDEOTAPED DEPOSITION

7    NE/Case No. 3:16-cv-05887) OF ROBERT L. DICKEY

8    ------------------------

9            VIDEOTAPED DEPOSITION OF ROBERT L. DICKEY,

10   taken before Cynthia Craig, Registered Professional

11   Reporter and General Notary Public within and for

12   the State of Nebraska, beginning at 8:55 a.m., on

13   July 16, 2019, at the Cedar County Courthouse,

14   101 South Broadway, Hartington, Nebraska, pursuant

15   to the within stipulations.

16

17

18

19

20

21

22

23

24

25

Robert L. Dickey

1          A P P E A R A N C E S
2  FOR THE PLAINTIFF:
   MR. DAVID A. DOMINA (#11043)
3  DOMINA LAW GROUP, PC, LLO
   2425 South 144th Street
4  Omaha, Nebraska  68144-3267
   (402)493-4100
5  ddomina@dominalaw.com
6  FOR THE DEFENDANT:
   MR. MATHEW L. LARSEN
7  SHOOK, HARDY & BACON, L.L.P.
   2555 Grand Boulevard
8  Kansas City, Missouri  64108-2613
   (816)474-6550  FAX (816)421-5547
9  mlarsen@shb.com
10 ALSO PRESENT:
   Ms. Lisa Olsen, Videographer
11 Ms. Mary Ann Dickey
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1          I N D E X
2  CASE CAPTION ........................... Page   1
   APPEARANCES ........................... Page   2
3  INDEX .................................. Page   3
   STIPULATIONS .......................... Page   4
4  TESTIMONY ............................. Page   5
   CERTIFICATE ........................... Page 258
5
   DIRECT EXAMINATION
6    BY MR. LARSEN .................... Page   5
7  CROSS-EXAMINATION
     BY MR. DOMINA .................... Page 248
8
   REDIRECT EXAMINATION
9    BY MR. LARSEN .................... Page 252
10 RECROSS-EXAMINATION
     BY MR. DOMINA .................... Page 255
11
   FURTHER REDIRECT EXAMINATION
12   BY MR. LARSEN .................... Page 256
13
14 EXHIBITS:                        MARKED
15 Exhibit 1  Deposition Notice ............... 19
16 Exhibit 2  Roundup? Exposure Summary ....... 184
17 Exhibit 3  Photo ........................... 194
18 Exhibit 4  Plaintiff Fact Sheet ............ 229
19 Exhibit 5  Complaint ....................... 238
20
21
22
23
24
25

1     (Whereupon, the following proceedings were had,
2  to-wit:)
3          (The court reporter asked
            counsel if there were any
4          stipulations for the record.)
5      MR. DOMINA:  Federal rules of civil
6  procedure, right?
7      MR. LARSEN:  Yes.
8      VIDEOGRAPHER:  We are now on the
9  record.
10     My name is Lisa Olsen.  I'm the
11 videographer for Golkow Litigation Services.
12 Today's date is July 16th, 2019, and the time is
13 8:55 a.m.  This video deposition is being held in
14 Hartington, Nebraska, in the matter of Domina,
15 et al., versus Monsanto Company for the
16 United States District Court, Northern District of
17 California.  The deponent is Robert L. Dickey.
18     Will counsel, please, identify themselves
19 for the record.
20     MR. DOMINA:  My name is Dave Domina.
21 I'm here on behalf of the witness and plaintiff,
22 Robert L. Dickey, who is accompanied today by his
23 wife Mary Dickey.
24     MR. LARSEN:  Mat Larsen with Shook,
25 Hardy & Bacon, LLP, on behalf of defendant, Monsanto

1  Company.
2      ROBERT L. DICKEY,
3      having been first duly sworn,
4      was examined and testified as follows:
5      DIRECT EXAMINATION
6  BY MR. LARSEN:
7      Q.  All right.  Good morning.
8      A.  Good morning.
9      Q.  Mr. Dickey, my name is Matt Larsen, as you
10 just heard, and I believe we met yesterday --
11     A.  Yes.
12     Q.  -- right before Mr. Domina's deposition.
13     I'm an attorney for the Monsanto Company
14 in this lawsuit that you filed.
15     Please, state your full name and home
16 address for the record.
17     A.  Robert Lee Dickey, 87081 Highway 20,
18 Laurel, Nebraska, 68745.
19     Q.  About how about miles is your home from
20 where we are today in Hartington?
21     A.  Roughly 20 miles.
22     MR. LARSEN:  Now I'm going to make a
23 quick note for the record that Monsanto continues to
24 receive records from medical providers who treated
25 Mr. Dickey, as well as other types of records, so

Robert L. Dickey

Page 6

1 Monsanto reserves the right to continue the
2 deposition today based on additional records being
3 made available.
4        MR. DOMINA:  And as we noted
5 yesterday, to the extent it is reasonably necessary
6 to convene the deposition, we appreciate that there
7 may be more records coming.
8 BY MR. LARSEN:
9    Q.  Mr. Dickey, have you had your deposition
10 taken before?
11    A.  No.
12    Q.  All right.  I know you were here yesterday
13 for Mr. Domina's deposition.  Let's go over a few
14 ground rules just to refresh you on how we can make
15 this go as efficiently as possible and to also have
16 a clean record created.
17        I'm going to be asking you a number of
18 questions today.  It's important that you understand
19 my questions.  If you answer a question and it's
20 recorded by the court reporter and on the video,
21 we'll assume that you understood my question.
22        I will do my very best to ask clear
23 questions, but there are -- is going to be an
24 occasion where I ask a bad question or it's unclear
25 or, frankly, you just spaced out for a minute, and

Page 7

1 if you haven't heard my question or you don't
2 understand my question, will you ask me to rephrase?
3    A.  (Nods head.)
4    Q.  Is that a yes?
5    A.  Yes.
6    Q.  So that goes into No. 2.
7    A.  Okay.
8    Q.  In normal human communication, I
9 understand when you nod your head what you're
10 talking about.  You have -- we have a court reporter
11 to your left that is taking down everything that you
12 say, I say, that your lawyer says.
13        It's important that we actually have
14 verbal responses today.  Nodding and shaking of the
15 head and uh-huh or an huh-uh don't read well and
16 clearly on a written record.  So will you do your
17 best to provide verbal responses today?
18    A.  Yes.
19    Q.  And, please, understand that if you
20 provide a nonverbal response and I may prompt you
21 for a verbal response, I'm not fussing at you, I'm
22 just trying to create a clean record; is that fair?
23    A.  Yes.
24    Q.  Another thing that we do in normal human
25 communication is we cut each other off, not to be

Page 8

1 rude, but especially when we know where the other
2 person is going.  Again, in a deposition we're
3 making a written record, it's tough for our court
4 reporter to keep everything straight and frankly for
5 the record to be real clear when we cut each other
6 off, so let's work together today that even when you
7 know what my question is going to be, please, wait
8 for me to finish my question before answering, and I
9 will also do my very best to allow you to finish
10 your answer before I ask my next question; is that
11 fair?
12    A.  Yes, I understand.
13    Q.  If you need a break, please, let me know.
14 We may take a break every hour, hour and a half,
15 something along those lines, but if you need to take
16 a break sooner than that for any reason, to stretch
17 your legs or whatever, just let me know, but I would
18 ask that if there's a question pending, that you
19 would answer that question before we take a break;
20 is that --
21    A.  Yes.
22    Q.  -- understood?
23    A.  I understand.
24    Q.  Okay.  And do you understand that even
25 though there's no judge or jury sitting here today,

Page 9

1 that you should testify with the same seriousness as
2 if they were?
3    A.  Yes.
4    Q.  And will you tell the truth today during
5 your deposition?
6    A.  Yes.
7    Q.  Great.  Did you take any medications
8 within the last 48 hours that might affect your
9 ability to testify completely and accurately today?
10    A.  No.
11        MR. DOMINA:  However, Bob has a list
12 of medications with him.  You know, from his medical
13 records he recently had a stroke.  You may be
14 interested in seeing that list.  And he has some
15 concerns about word recall that could affect him
16 during the deposition.
17        He'll do his best, and he does I think
18 really well, but I know he's expressed a concern to
19 me about it.
20        MR. LARSEN:  Okay.
21        THE WITNESS:  I had medication this
22 morning, but I think everything will be okay --
23 BY MR. LARSEN:
24    Q.  Great.
25    A.  -- hopefully.

Robert L. Dickey

Page 10

1    Q.   And thank you for that clarification.  As
2  I've -- as you know, a number of your medical
3  records, not all of them, but a number of them have
4  been provided to us, so I have an idea of what's
5  happened.  I'm glad to hear, I think the doctor said
6  you're 90 or so percent back with recall --
7    A.   Uh-huh.
8    Q.   -- and expressing yourself.  I'm not tying
9  you to a number, that's just what I recall reading.
10 So if there's an issue today or you need some time
11 to think about something, just let me know, all
12 right?
13   A.   I hope to be back a hundred percent
14 sometime.
15   Q.   Yes, that would -- that would be great.
16 And when did you have your stroke?
17   A.   I had it in 2018.
18   Q.   And I don't remember off the top of my
19 head where you were when you had it.
20   A.   Where?
21   Q.   Yes.
22   A.   Mexico.
23   Q.   Was it Puerto Vallarta?
24   A.   Yeah.
25   Q.   All right.  When we get to your medical

Page 11

1  history later on in the deposition, if you have a
2  copy of that list of medication, it would be
3  great -- you don't need to give it to me now.
4    A.   I got it in my pocket.
5    Q.   I can get it then, and maybe your lawyer
6  can even ask the clerk to make a copy so we can
7  attach it as an exhibit.
8        MR. DOMINA:  Will do.
9  BY MR. LARSEN:
10   Q.   So let me ask you this:  Based on the
11 medications that you've taken today as a result of
12 the stroke you had in 2018, would that -- does that
13 affect your ability give your best testimony as
14 you're able to do so today?
15   A.   I'll do my best.
16   Q.   Okay.  And, again, if you need a break,
17 please, to get something to eat or drink or walk
18 around or whatever, we'll take all the time we need
19 today so that we can have a deposition where you
20 have the ability to give your best testimony; is
21 that fair?
22   A.   Thank you.
23   Q.   Can you think of any reason why -- other
24 than what we've discussed, why you would not be able
25 to testify completely and accurately today?

Page 12

1    A.   I'm okay.
2    Q.   Sir, what's your date of birth?
3    A.   9/5/1939.
4    Q.   Where were you born?
5    A.   Ponca, Nebraska.
6    Q.   Is that where you grew up as well?
7    A.   Maybe for just a few years.
8    Q.   Okay.  And then where did you move after
9  that?
10   A.   Moved over to Laurel in 1945.
11   Q.   And you've lived in Laurel ever since?
12   A.   Yes -- well, except for the university and
13 Army.
14   Q.   Okay.
15   A.   Yeah.
16   Q.   Good, and we'll get into that.
17   A.   Sure.
18   Q.   Where did you go to high school?
19   A.   Laurel Public School.
20   Q.   And you graduated in what year?
21   A.   1958.
22   Q.   Did you attend any college or technical
23 school after high school?
24   A.   Yes, University of Nebraska.
25   Q.   What did you study at the University of

Page 13

1  Nebraska?
2    A.   Agriculture.
3    Q.   Did you graduate?
4    A.   I graduated with a certificate in
5  agriculture.  I wanted to farm, and they had a
6  program where you could take it for two years and
7  get the certificate, which I did.
8    Q.   And what year did you receive that
9  certificate?
10   A.   I got that in 1960.
11   Q.   And explain for the jury, especially those
12 who may not be as familiar with farming as you are,
13 the certificate in agriculture, just in a -- in a
14 nutshell what types of things did they teach?  I
15 know you're going to say how to farm, but what does
16 that mean?
17   A.   Well, they did everything that I wanted to
18 know more about it.  I wanted to expand my farming
19 operations, and so I took agronomy, I took animal
20 history, I took anything that I could to learn to
21 apply to my farming operation.
22   Q.   And did you work on some type of family
23 farming operation in high school?
24   A.   Yes.
25   Q.   And so did you go to the University of

1  Nebraska so that you could continue the family
2  farming operation going forward?
3      A.  During the summer my -- my father wanted
4  me to get another job someplace else to expand my
5  experience, so I did that during the summer months
6  because my father had a hired man, and he didn't
7  want for his hired man to have to leave during the
8  summer for me to come, so he had me go out and hire
9  during the summer months.
10     Q.  But your ultimate goal was -- if it was, I
11 don't want to put words in your mouth, was it to
12 carry on the family farming operation?
13     A.  Yes.
14     Q.  Okay.  And take that over for your father
15 at some point?
16     A.  Yes.
17     Q.  Do you have any other type of degree or
18 certification?
19     A.  I had a certificate -- general certificate
20 in agricultural at the University of Nebraska.
21     Q.  Right.  In addition to that, anything
22 else?
23     A.  I would take some psychologies in Wayne
24 State College in the evenings and so forth.  And I
25 went over to Norfolk some evenings, but I never did

1  nothing during the daytime because I wanted to be
2  farming, okay.
3      Q.  Do you hold any type of licenses or
4  permits with respect to your farming?  For example,
5  a pesticide license or anything along those lines?
6      A.  While I was farming, I had to purchase it,
7  I had to have the certificates, okay, because I had
8  to go a couple hours and listen to it, and that's
9  what I did, so I could go ahead and get that
10 certificate.
11     Q.  Are you currently farming?
12     A.  Not actively, I'm retired.
13     Q.  And what year did you retire from farming?
14     A.  I had a farm sale in 2003.
15     Q.  And since 2003, have you done any type of
16 active farming yourself?
17     A.  Occasionally.
18     Q.  Okay.
19     A.  Maybe harvest, maybe planting, but not
20 every day.
21     Q.  And when you say -- whose farmland did you
22 use to do that?  Did you still own farmland after
23 2003?
24     A.  Yes.
25     Q.  Okay.  So you'd rent -- you'd lease it out

1  to somebody else?
2      A.  Yes.
3      Q.  Okay, all right.  And so just so I
4  understand, you had a farm sale in 2003, and so at
5  that time you quit farming full time; is that
6  correct?
7      A.  That's right.
8      Q.  Okay.  But since 2003, you have still
9  owned some farmland, you've just leased it to
10 someone else who does the active farming, right?
11     A.  Yes.
12     Q.  And then they give you some type of
13 monthly or yearly payment as the owner of the
14 farmland, right?
15     A.  Twice a year.
16     Q.  Okay.  And about how often do you -- have
17 you gone out since 2003 to the present, to assist or
18 to work on the farm?
19     A.  What did I do on the farm --
20     Q.  No, no, no.
21     A.  -- since 2003?
22     Q.  Yes, because I think you -- you testified
23 that since 2003 you've occasionally worked out on
24 the farm even though it hasn't been full time, and
25 so I'm trying to figure out what type of activities

1  you've engaged in on the farm when you've done that?
2      A.  During planting I would help, during
3  harvest I would help.  We also have a livestock
4  operation, and I have a full-time hired man that
5  primarily takes care of them, but when we receive
6  our pigs, like 3,000 pigs, why, I help, okay.
7          When we receive them as baby pigs, and
8  then when -- two months later, why, we -- I help
9  the -- them load up and leave our farm and get
10 cleaned up and bring the next pair, next two months.
11     Q.  All right.  I don't want to go down the
12 rabbit hole to farming just yet, so I think it'll be
13 more efficient for us in a little bit to really
14 breakdown what you've done over the years
15 farming-wise.
16         So let me ask you this:  Your current
17 address, the 87081 Highway 20, is that home located
18 on a farm or more in a residential subdivision or --
19     A.  We live approximately 1 mile north of
20 Laurel on Highway 20, and our home is on 320 acres.
21     Q.  Okay.  So it is not a residential
22 subdivision --
23     A.  No.
24     Q.  -- it's on a farm?
25     A.  Right.

Robert L. Dickey

Page 18

1    Q.  All right.  320 acres?
2    A.  Yes.
3    Q.  And are those -- are those acres farmed by
4  this tenant?  Whoever you lease the farmland to, are
5  those acres being farmed right now?
6    A.  Yeah, my young man farms it right now,
7  yes, but he does not live -- my hired man lives on
8  the 320 in another house, but the young man that
9  farms for us, he doesn't live on 320.
10    Q.  Okay.  Have you ever been involved in a
11  lawsuit before either as a plaintiff or a defendant?
12    A.  When I was serving on the Farm Credit
13  administration in Omaha, why, I went through
14  problems with Farm Credit system.
15    Q.  And so were you a defendant in that
16  lawsuit?
17    A.  Yes.
18    Q.  Okay.  And has that lawsuit been resolved,
19  has it gone away?
20    A.  Well, it went away and I ended up losing
21  1200 acres.
22    Q.  Do you recall the year that that happened?
23    A.  1985.
24    Q.  1985?
25    A.  Yes.

Page 19

1    Q.  Have you been a party to a lawsuit,
2  whether as a plaintiff or a defendant, at any other
3  time, except for this current lawsuit that we're
4  dealing with?
5    A.  No.
6    Q.  Have you ever filed for bankruptcy?
7    A.  No.
8    Q.  Have you ever been convicted of a crime?
9    A.  No.
10        (Exhibit 1
11        marked for identification.)
12  BY MR. LARSEN:
13    Q.  All right.  I'm going to mark as Exhibit 1
14  a notice of deposition for Mr. Dickey.  Can you tell
15  me if you've seen Exhibit 1 before, please?
16    A.  (Witness reviewing document.)
17        Yes, I seen this.
18    Q.  Okay.  You can go ahead and keep --
19    A.  Oh, okay.
20    Q.  We're going to go through a few --
21    A.  Okay, thank you.
22    Q.  -- document requests.
23    A.  Okay.
24    Q.  So if you look at Page 2, there's a
25  heading there that says document request; do you see

Page 20

1  that about two-thirds --
2    A.  Request document -- pardon?
3    Q.  Yes, about two-thirds of the way down
4  there's a heading --
5    A.  Oh, document request!  I'm with you now.
6  I started up here and --
7    Q.  That's okay.
8    A.  Okay.  I'm at the area of document
9  request.
10    Q.  When did you first see this notice of
11  deposition and document request, if you recall?
12    A.  I got this in 2016.
13    Q.  And have you been asked to collect
14  documents that would relate to your farming
15  operations and your health as they relate to the
16  claims in this lawsuit?
17    A.  I'm sure it's in there, yes.
18    Q.  All right.  Let's -- I'm not going to read
19  word for word each of these, but did you bring any
20  documents today with you that are responsive to
21  these requests?
22    A.  No.
23    Q.  Okay.
24        MR. DOMINA:  Matt, you --
25        THE WITNESS:  Well, except for --

Page 21

1        MR. DOMINA:  Let me just speak to
2  that, because I did bring some.  You had them all
3  previously, but I brought the paper version of his
4  medical records.
5        MR. LARSEN:  Okay.
6        MR. DOMINA:  And I don't believe
7  there's a single sheet you haven't had produced, but
8  if you want to see them in paper, they're here.
9        MR. LARSEN:  Okay, I appreciate that.
10        MR. DOMINA:  We also prepared, when
11  you get to it, an exposure summary.
12        MR. LARSEN:  Any --
13        THE WITNESS:  The medical record that
14  we talked about earlier is in my pocket.
15  BY MR. LARSEN:
16    Q.  The medical list, the medication list?
17    A.  Yep, yes.
18    Q.  Okay.  Great, we'll talk about that in a
19  minute -- or actually not a minute, it'll be a
20  while, but --
21    A.  Okay, sure.
22    Q.  Have you brought -- yesterday Mr. Domina
23  at the deposition produced a photo, and so I'm just
24  curious if you brought any photos of any of the
25  equipment that you use to apply Roundup?

Robert L. Dickey

Page 22

1    A.  No.
2    Q.  Okay.  The first document request here
3  requests any -- well, a number of things, but it
4  includes receipts of purchases of herbicides and
5  pesticides and so forth, and that's throughout these
6  document requests.
7        Have you brought or do you have any
8  receipts of your purchases of Roundup? or any other
9  herbicides or insecticides?
10   A.  No.  I don't have any because I retired,
11  had a farm sale in 2003.
12   Q.  So before you sold your farm, would you
13  have taken your herbicide and pesticide and
14  insecticide purchases as a business expense for tax
15  purposes?
16   A.  Yeah, they were expenses.
17   Q.  Okay.  And so you had the receipts back
18  then --
19   A.  Yes.
20   Q.  -- to submit --
21   A.  For seven years, yeah.
22   Q.  And, sorry, that's just a good example.  I
23  knew you knew where I was going with my question,
24  but so that our court reporter doesn't get upset
25  with us, just if you'll let me finish my question,

Page 23

1  then I will --
2    A.  I'm sorry.
3    Q.  No, no, you don't need to apologize.  It's
4  just sometimes we have to be reminded, that's all.
5        All right.  So you -- you -- for tax
6  purposes over the years, you had kept your receipts
7  for purchases of herbicides, pesticides,
8  insecticides, et cetera, for seven years, but since
9  you -- I just want to make sure I understand
10  correctly, but since you sold the farm in 2003, you
11  don't currently have any invoices for those types of
12  purchases, right?
13   A.  That -- I didn't sell my farm in 2003.  I
14  understood you to say that I sold my farm in 2003.
15  I still have the farm.  I sold my machineries.
16   Q.  Okay.  And the -- maybe I misunderstood.
17  I think you called it a farm sale in 2003, so I --
18   A.  Oh, I'm sorry.
19   Q.  No, no, if that's the way you refer to it,
20  that's fine.  I just need to understand what you're
21  talking about.
22        So tell me what happened in 2- -- you
23  testified earlier that there was a, quote, farm sale
24  in 2003, so why don't you just explain what that
25  means.

Page 24

1    A.  Well, I sold my tractors, my combine, my
2  planters, my disk, some older things, like plows.
3  You know, when I started in 1963, I had a plow and
4  so forth, and no longer use that later on, but
5  anything that helped me go to the field and helped
6  me plant, take care of it, spray it, whatever, I
7  sold all those things because I no longer needed it.
8    Q.  All right, that's helpful.  So to boil
9  this down, and, again, don't let me put words in
10  your mouth, you basically -- in 2003, you sold the
11  farm equipment?
12   A.  Uh-huh.
13   Q.  But you did not sell the actual farm
14  ground?
15   A.  Right.
16   Q.  Okay.  You still own farmland, correct?
17   A.  Exactly, yes.
18   Q.  Okay.  And so you were not actively
19  farming after 2003, you were not -- if I understand
20  correctly, you were not purchasing herbicides,
21  insecticides, pesticides to be used at the farm, so
22  you were not taking those as business expenses; is
23  that right?
24   A.  Yes.
25   Q.  Is that --

Page 25

1    A.  I didn't purchase --
2    Q.  Okay.
3    A.  -- pesticides, herbicides, et cetera.
4    Q.  So from 2003 to the present, who would
5  have been the individual who would have purchased
6  those herbicides and insecticides to use at the farm
7  ground that you own?
8    A.  My young farmer, young person that would
9  purchase everything, including the seed, herbicides,
10  anything that were expenses to the farm, well, he'd
11  have all the expenses, but then he'd also receive
12  all the corn and soybeans, okay.
13   Q.  Sure.  And I understand now.  So your --
14  your tenant, who is farming your property --
15   A.  Uh-huh.
16   Q.  -- that was his business --
17   A.  Yeah.
18   Q.  -- so he would buy the seed, he'd buy
19  the -- if there's fertilizer, he would buy all of
20  that?
21   A.  Yep.
22   Q.  And that was part of his business, not
23  yours?
24   A.  Yes.
25   Q.  Okay.  Has it been the same individual who

Robert L. Dickey

Page 26

1  has farmed the land that you own since 2003?  You
2  said the young man who farms your property, has it
3  been the same guy ever since?
4      A.  It's not the same young man.  It was his
5  father in 2003, wanted to rent additional ground,
6  and so he said maybe some day he'd like to have a
7  son, but his son was too young, okay, in school at
8  that time, so I said, yeah, that's fine with me,
9  because it's a nice family.
10     Q.  Great.  So what's the gentleman's name who
11 started farming --
12     A.  Jim.
13     Q.  -- your property?
14         No, and I hope you don't mind, I'm not --
15 if I put my hand up, I'm not being rude.  And if I
16 am being rude, I have no doubt that your lawyer will
17 say something to me.  I'm truly just trying to make
18 a clear record.
19         All right.
20         MR. DOMINA:  Think about this, make
21 sure he's finished the question --
22         THE WITNESS:  I understand.
23         MR. DOMINA:  -- and don't interrupt
24 him like you just did me.
25         THE WITNESS:  Sorry.

Page 27

1          MR. LARSEN:  Don't apologize, it's --
2          MR. DOMINA:  It's a habit.
3          MR. LARSEN:  This is -- a deposition
4  is a wonky thing because it's different than
5  anything you'll ever do because it's not normal
6  human communication.
7          THE WITNESS:  That's what I do
8  better.
9          MR. LARSEN:  You're doing great.  I
10 just want our friend to your left to be okay with
11 us.  I've been yelled at before and so has witnesses
12 for cutting each other off.
13 BY MR. LARSEN:
14     Q.  All right.  So in 2003, what's the
15 gentleman's name who began farming your property?
16     A.  Jim Lipp.
17     Q.  Is that L-I or Y-P-P?
18     A.  L-I-P-P.
19     Q.  And do you know his address?
20     A.  It's Laurel, but I can't tell you the
21 address.
22     Q.  And at some point did Mr. Lipp pass on
23 this -- the farming of your property to somebody
24 else?
25     A.  His son, Daniel.

Page 28

1      Q.  Same last name, I assume?
2      A.  Yes.
3      Q.  And does he also live in Laurel?
4      A.  Yes.
5      Q.  And you don't know his physical address,
6  do you?
7      A.  No.
8      Q.  Do you know when Daniel -- or is Daniel
9  doing it full time now?
10     A.  Yes.
11     Q.  When did Daniel take over for Jim to do it
12 full time, if you know?
13     A.  I don't know exactly.
14     Q.  Okay.  If you know, has Jim Lipp ever been
15 diagnosed with non-Hodgkin's Lymphoma?
16     A.  No.
17     Q.  And has Daniel Lipp ever been diagnosed
18 with non-Hodgkin's Lymphoma?
19     A.  No.
20     Q.  Do you know if either of them have had any
21 type of cancer?
22     A.  Not to my knowledge.
23     Q.  So a number of these requests for
24 documents, obviously they -- they ask for your
25 medical records and so forth, which -- which I've

Page 29

1  discussed with your attorney and we've received a
2  number of them.
3          A number of the other requests ask for
4  information pertaining to purchases of Roundup? and
5  any other chemicals that were used at the farm.  And
6  my understanding is those documents, any
7  documents--invoices, receipts, et cetera--that
8  relate to chemicals used at the farm or that you've
9  personally used don't exist any longer because of
10 the farm sale in 2003, right?
11     A.  I don't -- I don't buy them today.
12     Q.  Okay.  And do you have -- even if it
13 wasn't used for tax purposes, years ago when you
14 were the one purchasing the chemicals used at the
15 farm, with respect to the operations, did you keep
16 any kind of a spreadsheet or any kind of a
17 handwritten record or anything that would document
18 what you purchased and how much?
19     A.  No.
20     Q.  When you were going through -- well,
21 let's -- to not get ahead of ourselves, you were
22 diagnosed with non-Hodgkin's Lymphoma in 2008,
23 right?
24     A.  Yes.
25     Q.  And was it in December?

Robert L. Dickey

Page 30

1    A.   Yes.
2    Q.   Okay.  And then you got treated for your
3  non-Hodgkin's Lymphoma after the diagnosis, right?
4    A.   Yes.
5    Q.   During the time that you were going
6  through your cancer -- or actually I should say your
7  non-Hodgkin's Lymphoma diagnosis and treatment, did
8  you keep any type of a diary or a journal or notes,
9  that type of thing?
10    A.   No.
11    Q.   If you know, did your wife maintain or
12  keep any type of diary or journal or notes with
13  respect to your non-Hodgkin's Lymphoma diagnosis and
14  treatment?
15    A.   No.
16    Q.   Do you have any social media accounts like
17  Facebook, Twitter, Instagram?
18    A.   No.
19    Q.   Does your wife, if you know?
20    A.   Yes.
21    Q.   Okay.  Which face -- or which social media
22  does she have, again if you know?
23    A.   Facebook.
24    Q.   Do you know if she has Instagram or
25  Twitter as well?  If you don't know, you don't need

Page 31

1  to -- I know she's here, just that --
2    A.   No.
3    Q.   I'm just -- and I'm just -- you know, we
4  may depose her another time and I can ask her, but
5  I'm just wondering what your -- what you know.
6       Okay.  So Facebook -- Facebook.
7    A.   Uh-huh.
8    Q.   Has -- if you know, has she posted
9  anything on Facebook relating to this lawsuit or
10  your non-Hodgkin's Lymphoma diagnosis and treatment?
11    A.   No.
12    Q.   Do you have an e-mail address?
13    A.   Yes.
14    Q.   Have you sent or received any e-mails
15  regarding the claims in this lawsuit?  And what I
16  mean by that is, you know, the allegations that
17  you're making against Monsanto with respect to
18  Roundup? use, but also your cancer diagnosis and
19  treatment.
20    A.   I get e-mails.
21    Q.   Okay.  From anyone other than your
22  attorney?
23    A.   No.
24    Q.   Okay.  So if you have communicated with
25  your attorney about this lawsuit, I can't get into

Page 32

1  that, but have you communicated with anyone else:
2  Family, friends, governmental agencies, anyone --
3    A.   No.
4    Q.   -- regarding -- regarding the use of
5  Roundup? or your cancer diagnosis and treatment?
6    A.   No.
7    Q.   Okay.  Have you sent or received any text
8  messages regarding your use of Roundup? or your
9  cancer diagnosis and treatment or any of the claims
10  you're making in this lawsuit?
11    A.   No.
12    Q.   Okay.  So as you sit here today, can you
13  think of any other documents that would relate to
14  the claims that you're making in this lawsuit and
15  that may be at the house or may be somewhere else
16  that you just haven't given to your attorney yet and
17  you didn't bring with you here today?
18    A.   No.
19    Q.   All right.  Sir, what did you do to
20  prepare for today's deposition, if anything?
21    A.   I did some reading.
22    Q.   You can put that to the side if you'd
23  like.
24    A.   Oh, okay.
25    Q.   I think we're -- just so you know, I think

Page 33

1  we're done with it.
2    A.   Okay, sure.
3    Q.   What did you read to prepare for today's
4  deposition?
5    A.   I had a pamphlet that I read, and I've had
6  it for quite some time from the World Health
7  Organization.
8    Q.   Okay.
9    A.   From the International Agency for Research
10  of Cancer.  I read that because it was a pamphlet
11  and it didn't take long, but for me it was important
12  as to what happened to me in my life, and so I read
13  it several times.
14    Q.   Where did you receive this pamphlet or how
15  did you get it?
16    A.   I'm not sure how I got it.
17    Q.   Do you know if it's something that your
18  attorney sent you or you got it from some other way?
19    A.   Well, I know eventually when I talked to
20  Mr. Domina, I told him about it and that it was
21  important to what I had gone through in my life --
22    Q.   But you don't --
23    A.   -- because of the research they had done.
24    Q.   Do you still have a copy of that pamphlet
25  at home?

Robert L. Dickey

Page 34

1    A.   At home, I do.

2    Q.   All right.  Throughout the day today, I
3  may make a list of a few documents that we're going
4  to -- we'll probably put on the record at the end,
5  and then I can even follow up with Mr. Domina if I
6  need to, but I'm going to request a copy of this
7  pamphlet, and so will you provide a copy to your
8  lawyer to give to us on -- you know, not today
9  obviously.

10    A.   Write that down, I'll need to --

11         MR. DOMINA:  Yeah, we'll cover it at
12  the end.

13         MR. LARSEN:  Yeah, you don't need --
14  this is -- do you not need to remember it.

15         THE WITNESS:  Write it down, I got to
16  remember.

17         MR. LARSEN:  This will be between --
18  I'm just putting it on the record that we're talking
19  about it --

20         THE WITNESS:  Yeah.

21         MR. LARSEN:  -- but this will be
22  between your lawyer and I.

23  BY MR. LARSEN:

24    Q.   So do you recall -- if we're trying to put
25  a little bit of a time frame on this pamphlet, would

Page 35

1  it have been after you were finished with your
2  cancer -- your non-Hodgkin's Lymphoma treatment?

3    A.   After, yes.

4    Q.   Okay.  Was it before you filed this
5  lawsuit?

6    A.   After.

7    Q.   Okay.  So you filed the lawsuit and then
8  you got the pamphlet sometime after that?

9    A.   Because I wanted to know more about it.

10    Q.   Okay.  What else did you read, if
11  anything, to prepare for today's deposition?

12    A.   Other -- that information?

13    Q.   Yes.

14    A.   Information from Dr. James Armitage from
15  time to time, not necessarily to send it to me, but
16  anybody that was going down the same path, okay,
17  Follicular Lymphoma, whatever, then I would read
18  those as well.

19    Q.   And what did you receive from
20  Dr. Armitage?  What kind of information are you
21  referring to that you received from him?  Was it
22  just your own medical records or some other kind of
23  information?

24    A.   No, it was a public pamphlet that I'm sure
25  anybody got them that were under him.

Page 36

1    Q.   And did it -- was this pamphlet also to
2  just address non-Hodgkin's Lymphoma generally?

3    A.   Yes.

4    Q.   Did it say anything, if you recall, in the
5  pamphlet about exposure to herbicides and so forth,
6  or was it just about the disease of non-Hodgkin's
7  Lymphoma?

8    A.   Not about the herbicides, about the
9  disease.

10    Q.   All right.  Do you have a copy of that
11  pamphlet as well?

12    A.   I'm sure I got one at home.

13    Q.   Okay.  Did you read anything else to
14  prepare for your deposition today?

15    A.   No.

16    Q.   Did you meet with your lawyer to prepare
17  for your deposition today?

18    A.   Yes.

19    Q.   About how long did you meet?

20    A.   An hour.

21    Q.   Now, you also attended all of Mr. Domina's
22  deposition yesterday, right?

23    A.   Yes, I was here.

24    Q.   Okay.  And you and I both know that, but
25  unless we say that, it's not on the record in your

Page 37

1  deposition.

2    A.   Yes.

3    Q.   So just so you know, there may be some
4  questions today that you're going to look at me,
5  like why in the world are you asking that, you
6  already know the answer, Matt, but each one of these
7  depositions and the transcript is a separate thing,
8  and so I will end up replowing some of the same
9  ground and talking to you about some things just
10  because we need it in your deposition --

11    A.   Yes.

12    Q.   -- so just so you know where I'm going
13  with this and why I'm asking certain things going
14  forward.

15         Have you attended any other depositions or
16  read any other deposition transcripts of any
17  plaintiffs who are making claims against Monsanto?

18    A.   No.

19    Q.   To prepare for today's deposition, did you
20  do any online research or read any articles or --
21  whether news articles or studies to prepare for
22  today's deposition?

23    A.   No.

24    Q.   Now, I understand you have kind of the
25  bucket of doctors who are your treating physicians

Robert L. Dickey

Page 38

1 who you went to to help you through your
2 non-Hodgkin's Lymphoma, but then also who have
3 addressed other medical issues in your life, but
4 have you met with or been seen by any other doctors
5 or experts that were hired by your lawyer?
6    A.   No.
7    Q.   All right.  Let's talk about your
8 residential history, where you've lived throughout
9 your life.
10       So we have 87081 Highway 20, and how long
11 have you lived at that address?
12    A.   Forty years.  Excuse me.
13    Q.   Do you remember the address where you
14 lived before 87081 Highway 20?
15    A.   Can't tell you exactly.  It was less than
16 a mile away.
17    Q.   Okay.  So if I want to differentiate
18 between the two addresses, was it on a different
19 highway or was it also Highway 20?
20    A.   Half a mile off of Highway 20.
21    Q.   Okay.  Did you have a nickname for the
22 house or the property?
23    A.   Not necessarily, no.
24    Q.   Was it the house where you lived -- or how
25 long did you live at that address?

Page 39

1    A.   Before?
2    Q.   Yes.
3    A.   Married in '65, so that's when we lived in
4 there, that house.
5    Q.   Maybe we can, for simplicity purposes,
6 call it the first house after marriage.
7    A.   Sure.
8    Q.   I'm just trying to think of a very simple
9 way to identify if we have questions, you know, to
10 keep it clear.
11    A.   My -- it was my first farm.
12    Q.   Okay.  We will -- I like that.  We'll call
13 it the first farm.
14       And so you would have lived there from
15 1965 to --
16    A.   1985.
17    Q.   Okay.
18    A.   Farm Credit.
19    Q.   And then you have lived at the Highway 20
20 address, the 87081, from 1985 to the present?
21    A.   No, we been there 40 years, okay.
22    Q.   So our dates are just a little off?
23    A.   Yeah --
24    Q.   Okay.
25    A.   -- a little bit off, yeah.  I think we

Page 40

1 built it in '79, '80, which makes it about 40 years
2 ago.
3    Q.   Okay.  And then you lived at the first
4 farm from 1965 to about 1979 or --
5    A.   Yes.
6    Q.   -- 1980 then?
7       Okay.
8    A.   I'm sorry.
9    Q.   That's okay, all right.  Now, who lived
10 with you at the first farm?  Your wife lived with
11 you, right?
12    A.   Yeah, my wife and I.
13    Q.   Okay.  And did you have any children who
14 lived with you at that address?
15    A.   No.
16    Q.   Now, on the Highway 20 --
17    A.   Sorry, we had two children live there, be
18 born there, before we went to the new house, okay.
19    Q.   How many children total do you have?
20    A.   Three.
21    Q.   Can you give me their names and ages,
22 please.
23    A.   Sure.  Julie, and Julie would be 46; Jim,
24 James, would be about 42; and June Dickey would be
25 40.

Page 41

1    Q.   And so each of your three children have
2 lived with you or lived with you and your wife at
3 the 87081 Highway 20, right?
4    A.   Yes.
5    Q.   How many acres was the first farm?
6    A.   160 acres.
7    Q.   All right.  What are your current sources
8 of income?
9    A.   Get income from land payments, the rent;
10 we receive income from our swine contracts.
11    Q.   And explain that, what do you mean by
12 swine contracts?
13    A.   Yeah, we do it on contract.  I don't own
14 the pigs, I don't provide the feed, I don't provide
15 the veterinarian.  What I provide is the building, I
16 provide labor and I provide water and provide
17 electricity for so much a month.
18    Q.   And so was the labor -- are you the one
19 who pays the labor then?
20    A.   Uh-huh.
21    Q.   Okay.
22       COURT REPORTER:  Is that a yes?
23       MR. LARSEN:  That was a yes, right?
24       THE WITNESS:  Yes, sorry.
25       MR. LARSEN:  No, you're doing well.

Robert L. Dickey

Page 42

BY MR. LARSEN:

2      Q.   All right.  Any other current sources of

3 income?

4      A.   Yes.  We have a small feedlot that I rent

5 the cattle yard out to my neighbor, I rent the bins

6 for the corn and soybeans, and I get paid annually

7 for the use of the bins.

8      Q.   Are these -- this corn and soybeans, is it

9 used for human consumption, or is this feed corn?

10      A.   Feed.

11      Q.   And then the soybeans are used for human

12 consumption?

13      A.   I'm not sure where he sells it --

14      Q.   Okay.

15      A.   -- but most of it would go to soybean meal

16 for animals.

17      Q.   And then feed corn?

18      A.   Yes.

19      Q.   The corn, okay?

20      A.   Well, he sells the corn or feeds it

21 himself; you could do both.

22      Q.   Sure, no, yeah, thank you.  All right.

23 And then any other sources of income?

24      A.   Social security.

25      Q.   Okay.  Anything else?

Page 43

1      A.   Annuity.

2      Q.   Anything else?

3      A.   No.

4      Q.   All right.  Let's talk about your work

5 history, and so let's think about when you were back

6 in high school.  Did you have jobs outside of

7 working on the farm or did you mainly work on the

8 farm?

9      A.   When I was in school, I -- I worked for my

10 father because I was the oldest individual as a boy,

11 then I had two sisters next, and they didn't spend a

12 lot of time in the barn.  He had dairy at that time.

13      Q.   And let's just -- during that high school

14 period of time --

15      A.   Yeah.

16      Q.   -- what type of job responsibilities did

17 you have?

18      A.   On the farm?

19      Q.   Yes.

20      A.   Responsibilities?

21      Q.   Yeah, just so if you can just describe

22 generally what you used to do working on the farm

23 when you were in high school.

24      A.   In the morning I'd get up early, and have

25 to go out and help milk the cows, and as I got

Page 44

1 older, then I could do it by myself completely,

2 okay.

3           I wasn't very tall, but we had -- I'd get

4 on a step to lift up my surge milkers and -- but I

5 could do it.  And then I'd help feed and help

6 provide hay, silage.  I'd help with the pigs, we

7 were farrowing sows, so I would help feed them, take

8 care of them, the chickens, had a little bit of

9 everything.

10      Q.   Did your -- did your family farm, when you

11 were in high school, did they have row crop as well,

12 or was it all, you know, cattle and swine?

13      A.   Row cropped as well.

14      Q.   So just during this high school period of

15 time, did you have any responsibilities for or did

16 you ever use any type of chemicals, whether it was

17 an herbicide, insecticide or just anything along

18 those lines?

19      A.   No.

20      Q.   Okay.  Were any of -- were any chemicals,

21 like an herbicide or insecticide or a fertilizer,

22 were any of those types of things used, if you know,

23 on the row crop while you were in high school?

24      A.   I recall when I was a junior, senior, I

25 would drive the tractor and I would cultivate the

Page 45

1 soybeans and the corn primarily, and that's what we

2 did at that point in time way back then before the

3 '58.

4      Q.   But you didn't have any responsibility for

5 applying any type of chemicals or fertilizer --

6      A.   No.

7      Q.   -- on the crop ground?

8      A.   None.

9      Q.   Okay.  And if I use a term today like I

10 said crop ground, if that's not the correct way to

11 say something or I use a term that you don't

12 understand because I'm just frankly saying something

13 wrong, please --

14      A.   Okay.

15      Q.   -- feel free to -- to correct me.

16      A.   Yes.

17      Q.   All right.  So when you -- during the

18 high -- I'm sorry.

19           During your college years, we'll talk

20 about in a minute what you did when you worked on

21 other farms, because I know you said your dad wanted

22 you to work on other farms, did you have the same

23 type of responsibilities at your family farm in

24 college, or did they change at all?

25      A.   When I got home from college, whether it

Robert L. Dickey

Page 46

1  was during the holiday or whatever, then I'd be out
2  there doing the chores.
3      Q.  And the chores were the type of chores
4  that you just talked about earlier?
5      A.  Yes.
6      Q.  Okay.  Did you have -- in those college
7  years when you were doing chores, did you have any
8  responsibility for using or applying any type of
9  chemicals or fertilizer to the row crop ground?
10     A.  No.
11     Q.  All right.  When you worked at other farms
12 during the college years, what type of things did
13 you do?
14     A.  We had an Alfalfa Dehy close by, and I
15 would go to work at midnight because my dad expected
16 me to help him during the day, but I could go to the
17 Alfalfa Dehy at midnight, and I had get off at
18 8 o'clock.
19     Q.  So when --
20     A.  I wouldn't get a lot of sleep.
21     Q.  I was going to say, when did you sleep?
22     A.  I didn't get much.
23     Q.  Okay.  And did you -- when you were
24 working at the Alfalfa DI (sic) -- what does the D-I
25 stand for, or nothing, it's just called Alfalfa DI?

Page 47

1      A.  Well, that's what they call it, but they
2  go out and they cut the alfalfa and they bring it
3  in, and they dry it and they make pellets and they
4  put it in rations for cattle and cows.
5      Q.  And when you worked at this alfalfa farm
6  or Alfalfa DI in college, did you have any
7  responsibility for using or applying fertilizer or
8  any type of chemicals?
9      A.  No.
10     Q.  And then when you -- when you were done
11 with college, is that when you started farming full
12 time?
13     A.  No.
14     Q.  Okay.  What did you do then?  After you
15 got your certificate, where did you go to work after
16 that?
17     A.  Here in Hartington, they had a draft
18 committee.  I'm one of the old guys that people
19 would -- could call me -- when I was 18, I had to go
20 put my name in the post office to put in the
21 Hartington with the draft committee, and it was
22 possible that I could be selected to go to the
23 service.
24         And I wanted to start farming right away
25 when I got out of the college.  To be honest with

Page 48

1  you, I wanted to go the next two years and get my
2  degree, but my dad put the foot down and said no, if
3  you're gonna farm; if you're gonna go with a job
4  with Purina or DeKalb or wherever, go back.  I said
5  I want to farm.
6          So at that time, the draft committee was
7  pulling people up when they got to the top of the
8  list, and I told my dad, you know, I don't want to
9  start farming and buy a tractor and buy a combine
10 and buy a planter and, you know, have a complete
11 line of equipment and then have to go in and serve
12 my Army or Navy or Air Force, Marine and whatever.
13 And Dad said, yeah, that makes sense.
14         So that year, after we got through
15 harvesting, why, I went right up here and put my
16 name at the top of the list because I wanted to go
17 in and I wanted to get it behind so I could take and
18 farm.
19     Q.  Okay.  Were you -- did you serve in the --
20 did you end up serving in the military then?
21     A.  Yes.
22     Q.  Okay.  For what years?
23     A.  '61 to '62.
24     Q.  Where did you serve?
25     A.  Washington, D.C.

Page 49

1      Q.  Were you ever stationed outside the
2  country, or were you in D.C. the entire time?
3      A.  I traveled primarily the East Coast.
4      Q.  And what were your duties in the military?
5      A.  Played a trumpet in the Army band.
6      Q.  And while you were serving in the
7  military, whether it was in training or whatever,
8  were you ever around any chemicals or what you would
9  believe were hazardous materials?
10     A.  No.
11     Q.  And so what happened in 1962?
12     A.  Then I came home and started farming in
13 1963.
14     Q.  Okay.  And did you buy your own farm, or
15 how did that work?
16     A.  No, I rented, you know, for the first
17 couple of years.
18     Q.  From your father or someone else?
19     A.  I rented it from a neighbor, and that was
20 the farm that we first bought.
21     Q.  How many acres?
22     A.  160.
23     Q.  And was it -- did you have row crop?
24     A.  Yes.
25     Q.  Corn and beans?

Robert L. Dickey

Page 50

1   A.   Yes.
2   Q.   Did you have animals as well?
3   A.   Yes.
4   Q.   The cattle and swine?
5   A.   Yes, and a horse.
6   Q.   All right.  We'll see what -- where we
7 need to go from here, but why don't you just explain
8 then -- well, let me ask you this:  So from 1963 to
9 2003, were you farming full time?
10   A.   Yes.
11   Q.   And is there an easy way to -- to -- I'm
12 trying to figure out a way to shortcut this where I
13 can understand where you farmed.  In 1963, you had
14 this 160 acres, and then did you just expand after
15 that in the same area, or kind of tell me how your
16 farm has grown over the years.
17   A.   When I started farming, I didn't have
18 money, okay, so I had to deal with my father.  I
19 could use his equipment if I would be employed and
20 worked, you know, on his farm as well, so it was
21 good for him and it was good for me.
22   Q.   And did the number of acres that you
23 rented and then came to own increase over the years?
24   A.   Yes.
25   Q.   And how many acres do you currently own

Page 51

1 now?
2   A.   640.
3   Q.   So from 1963 to the present, your farm has
4 gone from 160 acres to 640 acres; is that right?
5   A.   During that time I expanded until I wound
6 up with Farm Credit, then I lost 1200 acres.
7   Q.   And so what was the most amount of acres
8 you ever owned?
9   A.   Around 1800.
10   Q.   Okay.
11   A.   Because they took 1200 and I still had
12 640, okay.
13   Q.   Okay.  And that 1200 they took was in
14 1985?
15   A.   Yes, during the farm crisis days, so to
16 speak, and I served on the director in the
17 Farm Credit system in Omaha.
18   Q.   Do you refer -- Mr. Domina yesterday, as
19 you know, he had kind of different farms and had
20 different names for them.
21        Do you have a way of distinguishing
22 between the farmland that you've used and owned over
23 the years?
24   A.   Today we have two.
25   Q.   Okay.

Page 52

1   A.   Because I have two 320 acres.  My home
2 place, I call it the home place, of course, and the
3 other farm is the hog farm.
4   Q.   Is there any row crop on the hog farm?
5   A.   Yes.
6   Q.   Are these two parcels of 320 acres, are
7 they next to each other?
8   A.   No.
9   Q.   About how far apart are they?
10   A.   4 to 5 miles.
11   Q.   All right.  So in 1963, you started
12 farming full time, and what did you do, say, in --
13 strike that, let me start over.
14        When you started farming full time in
15 the -- in 1963, did you use any type of pesticides
16 or insecticides at the farm?
17   A.   Yes.
18   Q.   Do you remember what they were called?
19   A.   The most popular at that time was 2,4-D.
20   Q.   And what was the purpose of 2,4-D?
21   A.   For grass and broadleaf.
22   Q.   So if you had to put a time period on when
23 you used to use 2,4-D, it would have been starting
24 in about what year and ending in about what year?
25   A.   I'd say until about mid '70s, '75, '76.

Page 53

1   Q.   Okay.
2   A.   Because that --
3   Q.   Sorry, go ahead.
4   A.   Roundup? was much, much better than 2,4-D,
5 so that's the path that I went as fast as I could.
6   Q.   Great.  And we'll -- so, yeah, I
7 appreciate that clarification, and we'll deal with
8 Roundup? separately, so I want to first talk about
9 any other chemicals that you used that were not
10 Roundup?, you know, then we'll talk about Roundup?
11 in a bit.
12        So you used 2,4-D for grass and broadleaf
13 weed -- or for grass and broadleaf weeds from
14 1963 to the mid '70s; is that true?
15   A.   Uh-huh.
16   Q.   And about how many times a year would you
17 use that on your -- at your farm?
18   A.   Maybe twice, depending on the weeds.
19   Q.   And if it's okay with you, when I say at
20 your farm, just in your head I want you to think
21 during that period of time I'm saying whatever have used
22 ground you personally farmed and would have used
23 this; is that fair?
24   A.   Yes.
25   Q.   Okay.  So if you didn't use it at one

Robert L. Dickey

Page 54

1 part, but you did at the other, you can tell me, but
2 I just -- again, I just really want you to think
3 about what -- when I say your farm, it's whatever
4 farming operation you had at that time.
5    A.  Yes.
6    Q.  And how would you apply that 2-4,D?
7    A.  Okay.  Whatever was recommended according
8 to the label.
9    Q.  Okay.  So you bought it in a concentrate?
10   A.  Got it from Urwiler Oil & Fertilizer.
11   Q.  Okay.  And when you would apply it, what
12 type of equipment did you use?  Was it a handheld
13 pump sprayer, did you use a tractor?  How did you
14 apply it?
15   A.  You could have a hand sprayer with -- I
16 used 2 gallons myself, carry it around myself around
17 the farmstead, but then I would use a 400-gallon
18 sprayer pulled by a tractor when I had to go to the
19 fields, of course.
20   Q.  So was the 2-4,D used both in the field,
21 but also, say, around the fences and around the
22 buildings?
23   A.  Yes.
24   Q.  Okay.  And when you would mix the 2-4,D,
25 did you use any type of personal protective

Page 55

1 equipment?  And when I say personal protective
2 equipment, I'm referring to a mask, a face shield,
3 gloves, safety glasses, anything along those lines?
4    A.  No.
5    Q.  When you would apply the 2,4-D, whether it
6 was around the buildings or the fences or as you
7 were pulling it by the tractor, did you use any type
8 of personal protective equipment?
9    A.  No.
10   Q.  And explain how you would apply it so you
11 were pulling this 200 -- or this 400-gallon tank by
12 a tractor and describe how it would get -- was it --
13 a hose connected to it, I assume?
14   A.  Yes.
15   Q.  With a nozzle, or how did you spray?
16   A.  Yeah, I would have a truck that have two
17 1,000-gallon waters on my truck with the hose in
18 them, motor/engine to pump it off my truck into the
19 400-gallon sprayer.
20   Q.  Okay.  And when you would spray, describe
21 that process.  I know you'd pull it with a tractor,
22 but you had to get it from the tank to the ground;
23 how did you do that?
24   A.  Well, I would stand on the frame of the
25 sprayer.  When I got out of the tractor, I would

Page 56

1 walk back to the sprayer, I would get on the frame
2 to get up to take the lid off of the sprayer and
3 have the hose there that was coming from the truck.
4      I'd put that in first, then I would go
5 start the engine, the hose with water to maybe
6 three-fourths full before I would add the 2,4-D.
7    Q.  And then would you spray it with, say, a
8 hose with a nozzle at the end?
9    A.  I normally didn't when I did the fields,
10 but if I was going to go around the roadsides or
11 around the place, then I could have a wand, but I'd
12 never have both going at the same time, the wand and
13 the 12-foot, no --
14   Q.  Okay.
15   A.  -- but I could do it separately.
16   Q.  And as you were mixing the 2,4-D and
17 spraying it, did you ever get it on your skin?
18   A.  Yes.
19   Q.  Okay.  And if you did, would you have
20 washed up and were you out in the field and not able
21 to wash up until, say, you in went in for lunch or
22 take a break?
23   A.  For lunch and supper.
24   Q.  Was it fairly often or not fairly often
25 that you would get the 2,4-D on your skin as you

Page 57

1 were mixing it and applying it to the -- or as you
2 were spraying it, wherever you were spraying it that
3 day?
4    A.  Yes.
5    Q.  Fairly often?
6    A.  Yes.
7    Q.  Okay, all right.  What other -- what did
8 you use -- so for weed control, starting in about
9 the mid '70s, that's when you started using
10 Roundup?
11   A.  Yes.
12   Q.  So we'll put that to the side for a
13 minute.
14      What area herbicides, if any, have you
15 used at any of your farms other than the 2-4,D and
16 the Roundup?
17   A.  There are different ones, new products
18 would come on, but it seemed like after the year or
19 two, they'd have a new product, and I always tried
20 to get the new product, okay, because supposedly it
21 was always supposed to be better for weed control.
22   Q.  And when you say new product, are you
23 talking about new products that accomplish the same
24 purpose as Roundup? or were they different types of
25 weed control products?

---

Page 58

1    A.   They were for the same reason, for grass,
2 broadleaf, yeah.
3    Q.   And do you remember the names of any of
4 those products?
5    A.   Well, I had Atrazine, and that was
6 primarily for the corn.
7    Q.   All right.  Do you remember what years you
8 used Atrazine.
9    A.   Don't know.
10   Q.   Would it have been, to the best of your
11 memory, a short period of time or for decades you
12 used it?
13   A.   Not decades.
14   Q.   Okay.  Would it have been in the '70s or
15 '80s, or more recently?
16   A.   Atrazine?
17   Q.   Yes.
18   A.   I never used it at all after Roundup? came
19 out.
20   Q.   So the Atrazine was before you started
21 using Roundup?
22   A.   Uh-huh, yes.
23   Q.   Did you use either the handheld sprayer or
24 the 400-gallon pulled by the tractor to apply the
25 Atrazine?

---

Page 59

1    A.   Yes.
2    Q.   About how many times a year would you have
3 applied the Atrazine?
4    A.   Normally once, but if you had a weed
5 problem, why, you could twice.
6    Q.   Did you wear any kind of gloves or other
7 personal protective equipment when you would mix and
8 apply the Atrazine?
9    A.   No.
10   Q.   Do you recall instances in which the
11 Atrazine, whether you were mixing or applying, would
12 get on your skin anywhere?
13   A.   Yes.
14   Q.   Did that also happen fairly often like
15 with the 2,4-D?
16   A.   Yes.
17   Q.   And then you'd wash up whenever you went
18 for lunch or took some kind of a break?
19   A.   Yes.
20   Q.   All right.  What other herbicides, if any,
21 can you recall using other than the 2,4-D, the
22 Atrazine and the Roundup?
23   A.   There was a Lasso that was popular at that
24 point in time, but it's not around today.
25   Q.   Do you remember about what years you would

---

Page 60

1 have used the Lasso, just your best estimate?
2    A.   I don't know exactly, I don't know
3 exactly.
4    Q.   Okay.  Would that have been before the mid
5 '70s, like you said, when you started using
6 Roundup?
7    A.   I'd say I did it before the '70s, mid
8 '70s.
9    Q.   What was the purpose of the Lasso?
10   A.   Weeds.
11   Q.   Did you use either the handheld sprayer or
12 the 400-gallon spray tank pulled by the tractor to
13 apply the Lasso?
14   A.   I didn't do it by hand.  I did it
15 primarily out in the field.  Used the 2,4-D by hand
16 around the farm.
17   Q.   Okay.  And did you wear gloves or any
18 other personal protective equipment when you would
19 mix and apply the Lasso?
20   A.   No.
21   Q.   Do you recall instances in which you got
22 the Lasso on any part of your skin on your body?
23   A.   Yes.
24   Q.   Did that also happen fairly often?
25   A.   Not too often.

---

Page 61

1    Q.   Why was that one not as often on your skin
2 as, say, the 2,4-D and the Atrazine?
3    A.   I did more 2,4-D, my volume, I used it
4 more years and I used more volume.
5    Q.   Okay.  About how many times a year would
6 you use the Lasso?
7    A.   I think one trip.
8    Q.   Okay.  So once a year?
9    A.   Yes.
10   Q.   Can you think of any other herbicides
11 other than what we've discussed, and the Roundup?,
12 that you used on your -- at your farm?
13   A.   I'm sure there were others, but I can't
14 share at the moment.
15   Q.   What about any type of insecticides or bug
16 sprays on the farm?
17   A.   Insecticides, we'd have that in the
18 planters as granular, dry.
19   Q.   Do you recall the name of it?
20   A.   I can't tell you.  I don't know.
21   Q.   Describe how it was applied.  You said it
22 was a dry granular, but describe the process to
23 apply these insecticides to the planters?
24   A.   It would be the -- in the planter and it
25 would be the last item that was on the planter

---

Robert L. Dickey

Page 62

1 because the boxes of seed corn or seed beans, they
2 were prior before that, and that would go in first,
3 but the last thing that would go over that row would
4 be the insecticides.
5     Q.  Okay.  And how -- did you -- did you apply
6 those -- the granular by hand, or how did you do it?
7     A.  Well, they were in a bag or box or --
8 yeah, I never touched it.  I just poured it out.
9     Q.  So you take it -- you'd hold the back,
10 open the bag and then pour it in the areas?
11     A.  Yeah.
12     Q.  Okay.  And you don't recall getting in --
13 that insecticide on your hands or anywhere else on
14 your body?
15     A.  I don't recall that.
16     Q.  Have you used -- for what years did you
17 use these type of granular insecticides?
18     A.  I'm not sure how many years I did.
19     Q.  And your best estimate would have been,
20 you know, the 1960s to present, or was there --
21     A.  No, no.
22     Q.  When I say present, I mean 2003.  I
23 shouldn't say present.
24     A.  Yes, it could be.
25     Q.  Okay.  Is it fair to say that since you

Page 63

1 started farming in 1963 until about 2003, you would
2 have used some type of granular insecticide?
3     A.  Yes.
4     Q.  Okay.  But you don't recall the name of
5 it?
6     A.  I can't.
7     Q.  Do you recall the active ingredient or
8 just something that would help me identify what type
9 of insecticide you used?
10     A.  I don't know the name.
11     Q.  Okay.  Even a nickname for it or just
12 anything?
13     A.  I'd always recommend from the agronomist,
14 you know, where I purchased my products.
15     Q.  All right.  Now, was there a specific
16 location or co-op or whatever where you would
17 purchase these insecticide -- or insecticides and
18 pest- -- herbicides that we've been discussing?
19     A.  Not that I -- I did buy from the co-op, my
20 local co-op.
21     Q.  And what's the name of it?
22     A.  It was part of Farmland Co-op out of
23 Kansas City, but they went downhill.
24     Q.  Did you buy with a credit card or did you
25 have an account with them?

Page 64

1     A.  I had an account with them.
2     Q.  And they're out of business now?
3     A.  Yes.
4     Q.  Where else have you purchased these and
5 let me include this:  Where have you purchased any
6 of these herbicides and insecticides and I'll even
7 include Roundup? or any generic form of Roundup?
8 besides the co-op farmland of Kansas City?
9     A.  Yes.
10     Q.  Where -- do you remember the names of the
11 other places?
12     A.  Yes.
13     Q.  Okay.  What are they?
14     A.  Urwiler Oil & Fertilizer from Laurel.
15     Q.  Okay.  Can you speller Urwiler?
16     A.  U-R-W-I-L-E-R, Urwiler.
17     Q.  That's in Laurel?
18     A.  Yes, and also Coleridge, too.
19     Q.  Are they still in business?
20     A.  No.
21     Q.  Did you have an account with them?
22     A.  Yes.
23     Q.  Where else have you purchased any of these
24 chemicals, including Roundup?, over the years?
25     A.  I usually purchase local, so I don't think

Page 65

1 I went to any other place.
2     Q.  And it would have been at one of these --
3 from one of these two businesses we've just
4 discussed?
5     A.  Yes.
6     Q.  Do you recall ever purchasing Roundup? or
7 a generic form of Roundup? or any of these other
8 fertilizers from any company that is still in
9 business?
10     A.  Well, I'm not involved purchasing now.
11     Q.  Right.
12     A.  But there is a new company there, I know
13 that, that bought out from Urwiler Oil & Fertilizer.
14 Yeah, they -- they were purchased.
15     Q.  Okay.  And who -- do you know the name of
16 the company that purchased Urwiler?
17     A.  I can't tell you exactly the name.  We
18 have several big operations now that have come in
19 and swallowed up the young and -- or small, and I
20 can't tell you exactly.  But they're there today in
21 Laurel, and I think Coleridge as well.
22     Q.  Do you know if they use the same building
23 or office that Urwiler used?
24     A.  No, not Laurel.
25     Q.  Okay.  In any of your farming from 1963 to

Robert L. Dickey

1  2003, did you ever use any type of rodenticides or
2  anything to kill rodents or other unwanted
3  animal-type things?
4      A.  No.
5      Q.  Other than the chemicals that we've
6  discussed, and then Roundup? or any generic form of
7  Roundup?, can you think of any other type of
8  chemicals that you personally used in your farming
9  operations?
10     A.  Can't think of anything.
11     Q.  And we'll go over in detail later the
12  Plaintiff Fact Sheet that you filled out, but I have
13  here just a few that you listed, so I just want to
14  see if we covered them.
15         You list a 2,4-D and then Beacon Liberty,
16  is Beacon Liberty a type of 2,4-D, or is
17  Beacon Liberty --
18     A.  It'd be a separate herbicide in my mind.
19     Q.  Okay.
20     A.  But there could be 2,4-D a part of it.
21     Q.  So is it -- is that separate herbicide
22  called Beacon or Beacon Liberty?
23     A.  I don't know.
24     Q.  Okay.  So tell me what the Beacon or
25  Beacon Liberty is, what type of herbicide?

1      A.  It was for weeds.
2      Q.  Do you know if it's a glyphosate-based
3  herbicide?
4      A.  I don't think so.
5      Q.  Do you recall what years you would have
6  used this Beacon Liberty?
7      A.  It would have been earlier
8  than glyphosate.
9      Q.  Do you recall using any gloves or any
10  other personal protective equipment while you were
11  mixing or applying the Beacon Liberty herbicide?
12     A.  I never used gloves.
13     Q.  And no mask or other --
14     A.  No.
15     Q.  -- personal protective equipment?
16         How would you have applied it?  Would it
17  have also been with the 400-gallon tank behind the
18  tractor or the handheld sprayer, if you remember?
19     A.  Question, please?
20     Q.  Yeah.  How did you apply the
21  Beacon Liberty herbicide when you used it?
22     A.  According to the label.
23     Q.  Okay.  And what type of equipment did you
24  use to apply it?
25     A.  With a 400-gallon sprayer.

1      Q.  Okay.  Do you recall instances in which,
2  whether when you were mixing or applying, that you
3  got it on your skin?
4      A.  Yes, sometimes.
5      Q.  All right.  Also from your Plaintiff Fact
6  Sheet, there's another product, Dual II Mag; do you
7  know what type of herbicide that is?
8      A.  I recall Dual.
9      Q.  Okay.
10     A.  But I don't know what it was for, so ...
11     Q.  What about Harness?
12     A.  I recall the name.
13     Q.  Do you know if Dual or Harness? are
14  generic forms of Roundup??
15     A.  No.
16     Q.  And when I say generic forms of Roundup?,
17  what I'm referring to are glyphosate-based
18  herbicides that act like Roundup?, but they're
19  manufactured by a different company.
20     A.  Wasn't a part of glysophate (sic).
21     Q.  What about Bicep?
22     A.  That was a name.
23     Q.  Was that a glyphosate-based herbicide?
24     A.  No, Not to my knowledge, sorry.
25     Q.  What about Banvel or Bonvel (phonetic)?

1         MR. DOMINA:  It's an A, Banvel.
2      So the question is do you remember Banvel
3  and what it is, Bob, or --
4         THE WITNESS:  No.  I recall the name,
5  but I don't know what it was exactly for.  The
6  label, I don't know those things.
7  BY MR. LARSEN:
8      Q.  But you recall using it?
9      A.  Yes.  Banvel?
10     Q.  Yes.
11     A.  Yes.
12     Q.  Do you recall using Treflan??
13     A.  Yeah, and I recall that was for soybeans,
14  if I recall.
15     Q.  Do you know if that was a generic form of
16  Roundup??
17     A.  No.
18     Q.  I should say you don't recall or you don't
19  know?
20     A.  In my opinion, I don't think it was a
21  glysophate.
22     Q.  What would the Treflan? have been used
23  for?
24     A.  I don't know exactly.  Are you talking
25  about the ingredients?

Robert L. Dickey

Page 70

1    Q.  No.  So if it was not a glyphosate-based
2  herbicide -- but it was an herbicide, right?
3    A.  Yes.
4    Q.  -- just curious what the purpose of it
5  was?
6    A.  The -- which one?
7    Q.  Treflan?.
8    A.  That was for soybeans in my mind.
9    Q.  For weed control?
10   A.  Yes.
11   Q.  What about Prowl??
12   A.  Yeah, that's another one that comes to my
13 mind.
14   Q.  That's okay, that's why I'm going through
15 these.
16      Is Prowl? a glyphosate-based fertilizer --
17 or herbicide?
18   A.  No, not to my mind.
19   Q.  Was it also for weed control?
20   A.  Yes.
21   Q.  Pursuit? is that a glyphosate-based
22 herbicide?
23   A.  I remember the name, but in my mind it was
24 not a part of glysophate.  You know, they had a lot
25 of new herbicides come along, and it -- they

Page 71

1  wouldn't keep them on the market for long because
2  they'd always supposedly get something better, you
3  know, the next year and the next year.  So my
4  agronomist, you know, I really leaned on my
5  agronomist to get the right product for my farm.
6    Q.  And same question with Cobra?, was that a
7  generic form of Roundup??
8    A.  No.
9    Q.  What about Assure??
10   A.  It was a product, a herbicide.
11   Q.  But not a generic form of Roundup??
12   A.  No.
13   Q.  How about Liberty? --
14   A.  No.
15   Q.  -- is that the one we talked about?
16      Okay.  There's one, Lorsban?,
17 L-O-R-S-B-A-N?
18   A.  Yeah, I recall that one, the name.
19   Q.  Same thing?
20   A.  But it was not glysophate.
21   Q.  What about Pounce?
22   A.  I don't really know that one.
23   Q.  Was there ever a time in which you used
24 Roundup? Ready seed?
25   A.  Did I use the seed?

Page 72

1    Q.  The Roundup? Ready seed, yes?
2    A.  Yes.
3    Q.  Okay.
4    A.  Yes.
5    Q.  Do you know if any of these ones we just
6  discussed: Treflan?, Prowl?, Cobra?, Assure?
7  Liberty?, Lorsban? and Pounce; do you recall using
8  any of those on the -- you know, on the
9  Roundup? Ready seed the way you would have used
10 Roundup??
11   A.  Well, if I recall, that was '96, you know,
12 the soybean seed was purchased by us farmers, and I
13 think a lot of those products that you've just
14 shared with me, I think they were history by that
15 point in time, '96.
16   Q.  So you didn't use those in conjunction
17 with your Roundup? Ready seed, right?
18   A.  No, no, because --
19   Q.  Now, the Dual, Harness?, Bicep and Banvel,
20 do you recall using those in conjunction with your
21 Roundup? Ready seed?
22   A.  No.
23   Q.  Would you have used those before you
24 started using Roundup? on your Roundup? Ready seed?
25   A.  I used the Roundup?.

Page 73

1    Q.  I guess what I'm trying to understand, if
2  you even remember, would you have used these
3  herbicides that we've just been talking about over
4  the last few minutes, if you used them after the mid
5  '70s, did you use them in place of Roundup? at times
6  or in addition to or instead of one season?
7    A.  I don't recall putting together the
8  Roundup? and the herbicides that you've just shared
9  the names.  I don't recall putting those together
10 myself in my farming operation.
11   Q.  And what do you mean by putting together?
12   A.  Because I was comfortable as to what
13 Roundup? would do by itself, I didn't need
14 additional product, which would be a cost, and I was
15 always okay with the Roundup? for my weeds.
16   Q.  So if you were using Roundup? and
17 comfortable with it, why would you have used these
18 other herbicides that we just talked about?
19   A.  Well, sometimes it came on, you know,
20 beforehand, because I think the Roundup? came about
21 '70 -- my area of '75, '76, and it was a good
22 product that -- but the seed at that point in time
23 was not for Roundup? to go out to the fields.  I
24 mean, we would have killed them because the seed was
25 not available until '96, so I had to use some of

Robert L. Dickey

Page 74

1 those products, plus Roundup?.
2        Does that make sense to you, sir, or do I
3 need to explain?
4    Q.  No, that's great.
5    A.  Okay.
6    Q.  So -- so we're clear, you used these
7 products as needed and you -- you really, as you sit
8 here today, don't remember exactly what years and
9 how often; is that fair?
10    A.  I don't know exactly.
11    Q.  And did you ever, from what you recall,
12 use gloves or any other personal protective
13 equipment as you would have been mixing these
14 herbicides and applying the herbicides?
15    A.  I never wore gloves.
16    Q.  Now, from 1963 to 2003, did you fuel your
17 trucks and other farm equipment, the motorized
18 equipment, with some diesel or gasoline tanks that
19 you had on site?
20    A.  Yes.
21    Q.  Is that something that you would do, you
22 would fill the trucks and the other farm equipment?
23    A.  Yes.
24    Q.  During that period of time, from 1963 to
25 2003, did you personally work on -- and I mean

Page 75

1 repair, do maintenance on the farm equipment?
2    A.  No.
3    Q.  Who did that for you?
4    A.  My hired man if he could or I'd go to --
5 into Laurel to the service, repair service.
6    Q.  So you didn't change the oil or anything?
7    A.  Yeah, we -- me or myself as far as
8 repairs.  We could change the oil, okay, and add the
9 water and so forth and so on.
10    Q.  And have you changed the oil on any of the
11 farm equipment, including the trucks, since 2003?
12    A.  Yes.
13    Q.  How often do you change the oil on the
14 farm equipment?
15    A.  Depending on hours or miles on the truck,
16 depending.
17    Q.  Now, are you saying trucks that you own
18 personally or trucks that are used out at the farm?
19    A.  I had one truck myself for the farm --
20    Q.  That's the --
21    A.  The dual.
22    Q.  You're fine.  That's the truck that you
23 have changed the oil on since 2003?
24    A.  Yes.
25    Q.  Do you still change the oil on whatever

Page 76

1 you drive personally around town and, you know, not
2 for farming purposes?
3    A.  No.
4    Q.  If your wife has a vehicle, do you change
5 the oil on her vehicle?
6    A.  No.
7    Q.  Does all of the motorized farm equipment
8 that you've used over the years--the trucks, the
9 tractors whatever else--since 1963 to 2003, has all
10 that equipment ran on gasoline or diesel fuel?
11    A.  Yes.  We did not have propane tractor or
12 car, but we had propane for our heat in our swine
13 operation.
14    Q.  Now, we've talked about a number of
15 different chemicals that were used in the farming
16 operations over the years.  As you sit here, can you
17 think of any other chemicals that you've used at the
18 farm from 1963 to 2003, and even the present when
19 you'd go and help out, that we have not yet
20 discussed?
21    A.  Can't think of any.
22    Q.  Can you think of any hazardous materials,
23 however in your mind you would define that term
24 hazardous materials, that you have used in the
25 farming operations from any period of time?

Page 77

1    A.  We didn't have any accidents.
2    Q.  Have you -- while you were working full
3 time --
4    A.  Yes.
5    Q.  -- did you ever take any type of extended
6 medical leave?  And I'm not talking a day or two for
7 the flu, I'm talking a week or more for some type of
8 medical leave?
9    A.  From '63 to 2003?
10    Q.  Yes?
11    A.  No.
12    Q.  What about since?  So in 2003 you retired
13 from farming, right?
14    A.  Yes.
15    Q.  Either from 2003 forward or for any period
16 of time, have you had any other type of employment
17 other than farming?
18    A.  I need to go back, sir.
19    Q.  Sure.
20    A.  On 2001, you know, that's before 2003, as
21 I think about it, I had angina from my heart, and I
22 was in the hospital for just a few days, and I was
23 put on medication.
24    Q.  Is that a medication you still take today?
25    A.  Yes.

Robert L. Dickey

Page 78

1    Q.  Have you had any other type of employment
2 or run any other types of businesses other than your
3 farming operation?
4    A.  No.
5    Q.  Are you familiar with the company
6 CleanFlex Power Systems?
7    A.  Yes.
8    Q.  All right.  So what was your involvement
9 with that company, if any?
10    A.  Yeah, I've been involved in that, yes.
11    Q.  What was your -- describe your involvement
12 with that company.
13    A.  We invented a patron -- a patron for using
14 ethanol in diesel engines, and it worked very well,
15 but we couldn't get it started off because it was
16 going to take a lot of money for that, and big oil
17 did not like what we were -- had a patent for, to
18 utilize ethanol in the diesel engines.
19    Q.  So you had a patent for this --
20    A.  Yes.
21    Q.  -- process?
22    A.  Yes.
23    Q.  When was the last time you've been
24 involved with this business?
25    A.  Still in business.  We're still trying in

Page 79

1 the future.
2    Q.  So in order to get the patent or to make
3 this process work, have you had to work with diesel
4 engines yourself?
5    A.  No.
6    Q.  So what specifically have you done with
7 this?
8    A.  Money.
9    Q.  Any of the sweat labor as well, or did you
10 just help fund it?
11    A.  Primarily funding because I don't know
12 much about engines and so forth, so I never touched
13 that.
14    Q.  Have you ever been involved with any
15 academic institution or done any kind of teaching or
16 anything along those lines?
17    A.  Teaching?
18    Q.  Yes.
19    A.  I did teach at one time a Veterans class,
20 you know, in the college.  They have a GI Bill, and
21 this was a GI Bill the same thing for colleges, only
22 for agriculture schooling.
23    Q.  Was that at University of Nebraska?
24    A.  No, because I had my certificate, general
25 certificate, why, you had to have several things.

Page 80

1 First, I was going to be a student, okay, because
2 I'm a veteran, okay, but then when I went to the
3 school by the Veterans from Ponca, said they wanted
4 to come down there and teach because they found out
5 that I had that certificate in agriculture, and you
6 need to have it for two years, and so I had the two
7 years, and you had to have five years of experience
8 farming, so I did that.
9    Q.  And have you ever done any kind of
10 teaching at the University of Nebraska?
11    A.  No.  Served on at board at the university
12 for an experiment farm locally.
13    Q.  Have you ever filed any kind of workers'
14 compensation claim?
15    A.  No.
16    Q.  Have you ever filed any claim for social
17 security disability --
18    A.  No.
19    Q.  -- income?
20       Have you ever been denied life insurance?
21    A.  No.
22    Q.  Now, we've gone through, again one other
23 question on this, a number of different types of
24 herbicides and insecticides that you have mixed and
25 applied over the years.

Page 81

1    A.  Uh-huh.
2    Q.  And I'm going to include Roundup? in my
3 next question, or any other glyphosate-based
4 herbicide.
5       Have you mixed or applied any herbicide or
6 insecticide, including Roundup? and glyphosate-based
7 herbicides since 2003?
8    A.  Yes.
9    Q.  Which ones of the herbicides or
10 insecticides have you actually mixed or applied
11 since 2003?
12    A.  Roundup?.
13    Q.  Did you mix or apply any of the other
14 herbicides or insecticides that we discussed that
15 were not Roundup??
16    A.  No.
17    Q.  And since 2003, you were mixing an
18 application of Roundup?, that was on your farmland
19 that was leased out to Mr. Lipp, right?
20    A.  Yes.
21    Q.  And did you do the mixing or applying or
22 both?
23    A.  I didn't work at all with -- with Dan
24 Lipp.  The place that I used it was around my
25 farmstead, maybe roadsides, weeds around buildings,

Robert L. Dickey

Page 82

1  around the barn or the hog sheds and so on.
2      Q.   All right.  And that's helpful, and,
3  again, when we -- and in a little bit when we talk
4  more about Roundup?, I'll get into that, but to make
5  sure we're -- I'm clear, from 2003 to whenever you
6  stopped using Roundup?, you used it around the
7  farmstead for weed control, but you did not do the
8  mixing and application on the -- out in the field?
9      A.   No.
10     Q.   Okay.
11     A.   That was not my responsibility.
12         MR. LARSEN:  All right.  I think
13  we've been going a good hour and a half, why don't
14  we take a quick break and stretch our legs.
15         VIDEOGRAPHER:  The time is 10:35 a.m.
16     Counsel, we're off the record.
17             (10:35 a.m. - Recess taken.)
18
19
20
21
22
23
24
25

Page 83

1          (At 10:49 a.m., with parties present as
2  before, the following proceedings were had, to-wit:)
3          VIDEOGRAPHER:  This is the beginning
4  of Media No. 2.
5      The time is 10:49 a.m.
6      Counsel, we're back on the record.
7  BY MR. LARSEN:
8      Q.   Mr. Dickey, a little while ago we talked
9  about your military service.  Is that about your
10 period of time the only time that you've ever served
11 in the military or the Reserves?
12     A.   Was in the Army band.
13     Q.   And that was the only time?
14     A.   Yes.  I was not in the reserve later.
15     Q.   Okay, and that was my question.  I was
16 trying to figure out if at any other time you've
17 served in the Army or in the Reserves?
18     A.   Other than the two years.
19     Q.   Okay.  Two years, not one year.  Thank
20 you.
21         Did you --
22     A.   Well, to be honest, it was shortly from
23 two years because my father could come home for
24 harvest, okay, for 60 days, so I was able to do
25 that.

Page 84

1      Q.   Did you suffer any type of injuries while
2  you were serving in the military?
3      A.   No.
4      Q.   All right.  Let's talk about your hobbies
5  or activities that you do, if any, that aren't
6  related to work.  Do you have any hobbies or
7  activities that you do on a regular basis?
8      A.   Like to spend time with my family and
9  friends, really like the grandchildren.
10     Q.   How many grandkids?
11     A.   Eight.
12     Q.   What's the range of ages?
13     A.   From 13 to 5.
14     Q.   What types of things do you do when you
15 spend time with your family?
16     A.   Through the years, we've been involved in
17 the church, of course we try to be there every
18 Sunday with the family, okay, and my wife were in
19 the youth program when our children were in the
20 youth, so we like to do is that.
21     Q.   And --
22     A.   Apparently I serve on the church board and
23 the deacon board for our church.
24     Q.   What church is it?
25     A.   Concord Evangelical Free Church.

Page 85

1      Q.   How long have you served on the board?
2      A.   You're only elected every two years, but
3  I've served on over the years numerous times for the
4  chairman and financial secretary, other jobs.
5      Q.   So what's your best estimate as the number
6  of years that you've served on the board in whatever
7  capacity?
8      A.   With the church?
9      Q.   Yes.
10     A.   Well, we've been there for 40 years, and
11 so I've probably been involved 30 for sure.  We're
12 involved in a youth program in our church every
13 Wednesday night.  We have 150 kids or children
14 coming on Wednesday nights, and my wife helps with
15 that program as well.  There's about 50 adults in
16 that church with 150 kids, so we need a lot of
17 adults.
18     Q.   And you're one of the adults that attends
19 every Wednesday?
20     A.   I've done it for 30 years.
21     Q.   When does your current position on the
22 board come up for reelection?
23     A.   Right now I'm currently the deacon board,
24 and if you serve on the deacon board, you
25 automatically serve on the church board.  Prior to

Robert L. Dickey

Page 86

1 that, I was financial secretary.
2    Q.  And you plan on continue serving on the
3 deacon board as long as you're able?
4    A.  No, I have another six months.  We only
5 have two years, you know, then you have to be
6 elected in our church, okay, which I think is a good
7 program because it could be a life.
8    Q.  Do you plan to run for reelection?
9    A.  Probably.  Talk to my wife about it, but
10 yes.
11    Q.  Any other type of activities you enjoy
12 doing on a regular basis?
13    A.  Yeah, I serve on military funeral.  We
14 have Taps and the guns and so on.  And so I'm
15 involved playing Taps through the Veterans'
16 funerals.  And it's an honor to do that because I
17 look forward to doing that, and I tell you sometimes
18 it's tough in January and February in Nebraska, but
19 I'll be there.
20    Q.  That's great.  And you still play the
21 trumpet then?
22    A.  Yes, on the Memorial Day, too, for the
23 Taps.
24    Q.  Do you practice during the week or on
25 occasion, or just whenever you have military

Page 87

1 funerals or on Memorial Day?
2    A.  That's the only thing I really practice or
3 play for.
4    Q.  Do you do any other type of volunteer work
5 other than what you've talked about?
6    A.  Yeah, there's a teammate program in
7 Nebraska.  Our coach put that together a number of
8 years ago, and I've been involved in that where I
9 each week spend individual with another boy, single
10 family so to speak.  And I enjoyed working with them
11 and when they graduate, why, I'd get invited, which
12 was really nice.  So I enjoyed that time.
13    Q.  And do you do that any longer?
14    A.  No, I don't now.
15    Q.  And when did you quit doing that?
16    A.  Maybe five, six years ago, you know.
17    Q.  Do you enjoy traveling with your wife or
18 your family?
19    A.  Yes.
20    Q.  How often do you all travel on some sort
21 of vacation?
22    A.  Couple months ago we went back to
23 Washington, D.C., because our oldest daughter and
24 her family live there.  And they're going to be at
25 the -- on the farm here at the end of this month, so

Page 88

1 we really enjoy our families.
2    Q.  Have you traveled anywhere else this year
3 in 2019?
4    A.  Yeah, we plan on going to Orlando for all
5 the families.
6    Q.  When are you going to Orlando?
7    A.  When?
8    Q.  Yes.
9    A.  October, I believe.
10    Q.  And if you think back to last year, I know
11 you mentioned earlier that you had a stroke and you
12 were in Puerto Vallarta?
13    A.  Yes.
14    Q.  How long were you all in Puerto Vallarta?
15    A.  We normally go down two -- a week or two.
16    Q.  Do you own a place down there?
17    A.  Timeshare.
18    Q.  Do you typically go to Puerto Vallarta for
19 a week or two every year?
20    A.  I wouldn't say every year.  There's
21 other -- Cancun is nice and there's a number of
22 other places in Mexico, but our favorite probably is
23 Puerto Vallarta.
24    Q.  So do you recall in 2018, did you travel
25 to Mexico any other time, or just that one to two

Page 89

1 weeks that you did in Puerto Vallarta last year?
2    A.  Went to a Commodity Classic, and I like to
3 go to those every year, okay, because at one time it
4 used to be Corn Classic, and then soybean wanted to
5 join on with us corn growers, which we did.
6       We became the Commodity Classic, but since
7 that time we also have sorghum, barley and now guess
8 what, the equipment people got involved, so it's
9 really gotten to be 5-, 6,000 people.  It's gotten
10 to be a pretty good sized, but we get good speakers,
11 you know.
12    Q.  Where was it in 2018?
13    A.  It was out in California.
14    Q.  Where is it this year?
15    A.  San Antonio.
16    Q.  And you're planning to go?
17    A.  Planning on it, yep.
18    Q.  Are you planning any Mexico trips this
19 year?
20    A.  Not to this moment we haven't, but we hope
21 to.
22    Q.  Now, around the house currently, do you
23 handle any of the household chores?
24    A.  Very little.
25    Q.  Do you handle most of the outside chores?

Robert L. Dickey

Page 90

1    A.  I'm outside.
2    Q.  Now, I know you have someone who you rent
3  your farm ground to, but are you the one who takes
4  care of the homestead outside?
5    A.  My hired man helps outside.
6    Q.  What -- so what types of -- what types of
7  chores do you do outdoors?
8    A.  Mow, and we have a big area, and I really
9  want it looking nice because I'm on Highway 20, just
10  a lot of traffic going by, so we spend a lot of time
11  trying to keep it looking good.
12    Q.  Do you do any other type of gardening or
13  weed control or anything else outside?
14    A.  Yes.
15    Q.  What is that?
16    A.  My favorite, sweet corn.  We get lots of
17  friends that time of the year, and tomatoes, plant a
18  lot of tomatoes as well.
19    Q.  Do you currently do any of the weed
20  control, if it's necessary, around the home?
21    A.  Yeah, around the buildings on a farmstead.
22  On the farmstead, my hired man, that's where he and
23  his family live there, maybe a quarter of a mile
24  from my house, so I help clean it nice too as far as
25  paint it up and so forth.

Page 91

1    Q.  What's his name?
2    A.  Scott Boysen.
3    Q.  How do you spell his last name?
4    A.  B-O-Y-S-E-N, Boysen.
5    Q.  How long has he been working for you?
6    A.  A little over 20 years.
7    Q.  Does he help the Lipps with the farm work?
8    A.  Not every day.  He would have to have an
9  emergency or something, but, no, he doesn't do
10  anything else for anybody else.
11    Q.  Now, does Mr. Boysen farm the homestead
12  property or does he just help you take care of the
13  farm?
14    A.  He takes care of my farms and he does --
15  his father, about the same aim as me, his father
16  allows him to rent that home place or that land.
17  When, before 2003, I had the equipment myself:
18  Tractors, planters, combines, sprayers and so on.  I
19  had two full-time men at that time.  One was in
20  charge of my livestock, and the other manager was in
21  charge of livestock -- the crops or the livestock.
22    Q.  Does Mr. Boysen currently take care of
23  your livestock?
24    A.  Yeah, he takes care of it, yep.
25    Q.  So that's his main responsibility --

Page 92

1    A.  Yes.
2    Q.  -- on your farm?
3    A.  Yes.  But what he does now, he used to use
4  my equipment until 2003, and now he hires somebody
5  to plant for him and to spray for him and to combine
6  for him.
7    Q.  If you know, has Mr. Boysen used Roundup?
8  or any glyphosate-based herbicides?
9    A.  Yes, he has.
10    Q.  Do you know if he still uses it currently
11  around your farm?
12    A.  Yes.
13    Q.  If you know, has Mr. Boysen ever been
14  diagnosed with any type of cancer?
15    A.  No, not to my knowledge.
16    Q.  Any other types of chores that you handle
17  outside that we haven't discussed?
18    A.  But there's one thing I'd like to share
19  with you that, after what I went through with
20  cancer, I tell him that he will wear chemical gloves
21  up here to the elbow, and he will also wear
22  overshoes because he walks through the weeds to
23  spray.  He will do that.
24    Q.  Do you recall when you instructed him to
25  wear the chemical gloves and the overshoes?

Page 93

1    A.  After what I've been through.
2    Q.  Sure.  And so we look at when you were
3  diagnosed in 2008, was it at that time or was it
4  more recent?
5    A.  No, more recently, especially since 2016,
6  and the news is coming on sharing about what people
7  should be doing.
8    Q.  Do you recall instructing him to wear the
9  chemical gloves and overshoes before 2016?
10    A.  I'm not sure.
11    Q.  All right.  What's your wife's full name,
12  please?
13    A.  Mary Ann Dickey.
14    Q.  Her date of birth?
15    A.  August 17th.
16    Q.  Of what year?
17    A.  '45.
18    Q.  When were you married?
19    A.  When?
20    Q.  Yes.
21    A.  August 6th, 2000 -- or 1965.
22    Q.  Have you and your wife lived together
23  throughout your entire marriage?
24    A.  Yes.
25    Q.  Does your wife currently work, have some

Robert L. Dickey

Page 94

1  type of employment right now?
2      A.  No.
3      Q.  Has she ever worked outside the home?
4      A.  She did for a few years when we were
5  married until the children started coming.
6      Q.  And what did she do?
7      A.  She worked for the University of Nebraska
8  Experiment Farm in Concord.
9      Q.  For about how many years?
10     A.  Well, we were married five years before
11 the kids come along, so I would say three to four
12 for sure.
13     Q.  And no prior marriages for you?
14     A.  No.
15     Q.  And you testified earlier you have three
16 children, right?
17     A.  Right.
18     Q.  And are they all currently living?
19     A.  Yes.
20     Q.  And do any of them currently live with
21 you?
22     A.  No.
23     Q.  Where do the three of them live?  I don't
24 need exact addresses, just wondering where they
25 live.

Page 95

1      A.  Okay.  In Kansas City, the son.
2      Q.  Okay.  And remind me of his name?
3      A.  Oh, James, Jim, James Ray Dickey.
4      Q.  So he's in Kansas City?
5      A.  Yeah.
6      Q.  Do you know what part?
7      A.  Liberty -- well, you know that.
8      Q.  That's why I was asking.
9      A.  Yeah, I was gonna -- okay.
10     Q.  And so is he married?
11     A.  No.
12     Q.  What does he do for a living?
13     A.  Chiropractic.
14     Q.  Did he go to chiropractic school in
15 Kansas City at Cleveland Chiropractic?
16     A.  I think so, yeah.
17     Q.  All right.  Then you have two daughters,
18 right?
19     A.  Yes.
20     Q.  What are their names?
21     A.  Our oldest daughter is Julie.
22     Q.  And where does she live?
23     A.  Washington, D.C.
24     Q.  Is she married?
25     A.  Yes.

Page 96

1      Q.  How many kids?
2      A.  Three.
3      Q.  Does she work outside the home?
4      A.  She's into sales on fitness and health.
5      Q.  And your third daughter, I forgot her
6  name?
7      A.  June.
8      Q.  Where does she live?
9      A.  Lincoln.  Lincoln, Nebraska.
10     Q.  Is she married?
11     A.  Yes.
12     Q.  How many kids?
13     A.  Three.
14     Q.  And does she -- what does she do for a
15 living?
16     A.  She's a teacher.
17     Q.  What type, like elementary school, high
18 school?
19     A.  Yeah, elementary, yeah, yeah, for Lincoln
20 Christian School.
21     Q.  And then does James have two kids then?
22     A.  Yes, two boys, yep.
23     Q.  Do any of your three children have any
24 legal training that you're aware of?
25     A.  Legal?

Page 97

1      Q.  Any kind of legal training?
2      A.  Not to my knowledge.
3      Q.  To your knowledge, has your wife had any
4  type of legal training?
5      A.  No.
6      Q.  Did Julie and June, to your knowledge,
7  have any type of medical training?
8      A.  No.
9      Q.  I assume James has had medical training
10 with respect to his chiropractic?
11     A.  To chiropractic, yes.
12     Q.  Are you aware of any other medical
13 training he's had?
14     A.  No.
15     Q.  Did you consult with James about filing
16 this lawsuit before you filed it?
17     A.  I haven't talked to him about this.
18         COURT REPORTER:  You haven't?
19         THE WITNESS:  No.  Sorry.
20 BY MR. LARSEN:
21     Q.  So have you asked him to do any research
22 regarding use of Roundup? or glyphosate-based
23 herbicides in any connection with non-Hodgkin's
24 Lymphoma?
25     A.  No.

Robert L. Dickey

Page 98

1    Q.   Have any of your three children ever been
2  diagnosed with cancer?
3    A.   No.
4    Q.   If you know, at any of their residences
5  outside of possibly when they lived with you and
6  your wife, have James, Julie or June ever used,
7  Roundup? or any glyphosate-based product?
8    A.   Yes.
9    Q.   Who has used Roundup?, if you know?
10   A.   They used the bean buggy.  I had four
11  seats on that, and sometimes they would be helping
12  spray around the Roundup? as they rode on the bean
13  buggy, and then my wife Mary would do that some as
14  well.
15   Q.   Has your wife ever been diagnosed with any
16  type of cancer?
17   A.   My wife, yes.
18   Q.   What type of cancer?
19   A.   Breast cancer.
20   Q.   And when was that?
21   A.   I'd say in 2000.
22   Q.   And did she go and -- did she undergo
23  surgery and chemotherapy?
24   A.   Uh-huh.
25   Q.   Is that --

Page 99

1    A.   Yes.
2    Q.   Okay.  You're doing great.
3         And is it your understanding that her
4  cancer is in remission?
5    A.   Yes.
6    Q.   Has any doctor tell her that she's been
7  cured, if you know?
8    A.   She goes in every so often.  She has to
9  get a shot once a year as well, an expensive shot.
10   Q.   And luckily it has not come back, right?
11   A.   Hasn't, yes.
12   Q.   Do you know if either of your children or
13  your wife helped mix the Roundup? product, or did
14  they just help spray once they were sitting on the
15  bean buggy?
16   A.   They never mixed, they spray with the
17  wand.
18   Q.   Do you know if any of your children have
19  used Roundup? in any way other than when they were
20  spraying on the bean buggy?
21   A.   Repeat that, please.
22   Q.   Sure.  You testified that your three
23  children have used Roundup? --
24   A.   They have.
25   Q.   -- on the bean buggy?

Page 100

1    A.   At times.
2    Q.   At times?
3    A.   Yeah.
4    Q.   If you know, do you know if they've used
5  Roundup? at any other time other than when they've
6  been spraying at the farm on the bean buggy?
7    A.   No.
8    Q.   So you don't know if they use it at any of
9  their current properties or any house they've lived
10  at before?
11   A.   Not to my knowledge.
12   Q.   To your knowledge, has your wife used
13  Roundup? or any glyphosate-based herbicide at any
14  other time other than on the bean buggy?
15   A.   Yes.
16   Q.   And how has she used it?
17   A.   Around the house, our farmstead, yes.
18   Q.   Do you know from about what years she
19  sprayed Roundup? around the farmstead?
20   A.   I would say annually because she likes to
21  keep it nice and clean.
22   Q.   Do you know if she's used it this year?
23   A.   Yes.
24   Q.   How long ago?
25   A.   Month ago, I would guess.

Page 101

1    Q.   Do you mix it for her or somebody else or
2  does --
3    A.   No, I fix it.
4    Q.   -- she mix it herself?
5    A.   I fix it.
6    Q.   What type of sprayer has your wife used
7  over the years around the farmstead?
8    A.   She'll use the -- just a small cord
9  sprayer with a trigger.  The biggest she would use
10  would be 2-gallon, which I own a 2-gallon sprayer.
11   Q.   A 2-gallon hand pump sprayer --
12   A.   Yep.
13   Q.   -- right?
14   A.   Yep.
15   Q.   And is that small cord sprayer a Roundup?
16  solution that's already mixed up, or you just refill
17  it after you mix the solution?
18   A.   Do it either way, do it either way.
19   Q.   And this Roundup? that's used around the
20  farmstead, since 2003 have you saved any of those
21  receipts just because you have a habit of saving
22  receipts?
23   A.   No, I don't have any of those.
24   Q.   Where would you have purchased that
25  Roundup?, the more recent stuff that you've used

Robert L. Dickey

Page 102

1 just around the farmstead?
2    A.  Well, I used to get it all the time from
3 Urwiler Oil & Fertilizer, but they were sold, and
4 earlier I couldn't tell you exactly what the name of
5 that company is, but he's in Laurel, yeah.
6    Q.  So even just the last time that you
7 purchased Roundup?, where did you buy it?
8    A.  Locally, locally.
9    Q.  Do you remember the name of the place?
10    A.  Well, that place I'm struggling with
11 earlier.
12    Q.  Okay.  And that's all -- yeah, so if it's
13 the place that bought Urwiler, that's fine.  I'm
14 just trying to figure out if there's another place
15 where you purchased --
16    A.  No.
17    Q.  -- Roundup??
18    A.  No.
19    Q.  So you haven't gone to Wal-Mart or
20 Home Depot --
21    A.  No.
22    Q.  -- or Lowe's or --
23    A.  I like to buy it local if I can.
24    Q.  So anytime that you've purchased
25 after Urwiler went out of business, it would have

Page 103

1 been whatever company purchased Urwiler?
2    A.  Uh-huh.
3    Q.  Is that right?
4    A.  Yep.
5    Q.  Okay.  Do you still have an account with
6 them or would you have just paid with cash or credit
7 card?
8    A.  Sorry, I pay when I pick it up --
9    Q.  Usually --
10    A.  -- because it's a 2-and-a-half gallon.
11    Q.  Is it a 2-and-a-half-gallon already mixed
12 solution or is it a concentrate?
13    A.  Concentrate.
14    Q.  What's your best estimate as to how many
15 of these 2-and-a-half-gallon containers of
16 concentrate you've -- you purchase per year since
17 2003 to the present, you know, to use around the
18 farmstead?
19    A.  How many 2-and-a-half-gallon would I have
20 purchased since 2003?
21    Q.  Yeah, per year.
22    A.  Well, one at two -- two and a half would
23 be one.  It may go over into other -- another year
24 or two, yeah, because I don't use that much to be
25 honest with you.

Page 104

1    Q.  So is it fair to say you don't purchase --
2 let's say this, from 2003 to the present, you don't
3 typically purchase more than one 2-and-a-half-gallon
4 container of Roundup? concentrate?
5    A.  Per year?  No.  One at the most per year.
6    Q.  And there may be even a year where you
7 don't purchase one --
8    A.  Exactly.
9    Q.  Let me finish.
10    A.  Sorry.
11    Q.  -- because you have some left over from
12 the prior year, right?
13    A.  Yes.
14    Q.  And from 2003 to the present, when you
15 purchased this 2-and-a-half-gallon container of
16 concentrate, do you recall any times in which you
17 chose to purchase a generic form of Roundup??
18    A.  I prefer the Roundup?.
19    Q.  And -- and the Roundup? brand is more
20 expensive, right?
21    A.  Somewhat.  It came down, but --
22    Q.  And why do you prefer the Roundup? over
23 the generic?
24    A.  Well, the farmer always would rather have
25 not the generics in my -- my operation because

Page 105

1 sometimes it would never be as good as I'd hope for,
2 different products, okay, so I prefer the Roundup?.
3    Q.  From 2003 to the present, have you always
4 purchased this same type of Roundup? branded
5 product?
6    A.  The Roundup? brand?
7    Q.  Yeah, you testified that you prefer
8 Roundup? over the generic.
9    A.  Yeah, but I have, you know, bought generic
10 some, but not -- I prefer the Roundup? because
11 it's --
12    Q.  Go ahead.
13    A.  -- because glysophate, okay, whether it's
14 in the generic or it's in my Roundup?, it's the same
15 product as I view it on the -- on the label.
16    Q.  From 2003 to the present, what would be
17 your best estimate as to about how many times you
18 purchased the generic form of Roundup? as opposed to
19 the actual Roundup? branded product?
20    A.  As I shared, I have purchased some
21 generic.
22    Q.  Any way to give me an estimate as to this
23 percentage of time I purchased Roundup? versus the
24 generic?
25    A.  In my mind, I don't think there's a lot of

Robert L. Dickey

Page 106

1 difference today.  At one time it was, but --
2          MR. DOMINA:  No, but he's asking you
3 for a fraction.  Can you give him a fraction that
4 was Roundup? and a fraction that was generic?  If
5 you can't, he wants to know to that.
6          MR. LARSEN:  And I limited it to 2003
7 to the present.
8          MR. DOMINA:  Right.
9          THE WITNESS:  I don't know what the
10 percentage is.
11 BY MR. LARSEN:
12     Q.  Would your best estimate be half and half,
13 or is that not accurate?
14          MR. DOMINA:  Or do you have one?
15          THE WITNESS:  I don't have one.
16 BY MR. LARSEN:
17     Q.  All right.  If there wasn't a lot of
18 difference, as you testified to kind of more
19 recently, would the fact that the generic was less
20 expensive have persuaded you to purchase the generic
21 product as opposed to the Roundup? branded product?
22     A.  Today I don't think there's much
23 difference between the Roundup? and the generics.
24 And I'm only buying 2-and-a-half-gallon once, maybe
25 twice a -- or the second year, okay, so I don't buy

Page 107

1 a lot.
2     Q.  Now, thinking about this
3 2-and-a-half-gallon container --
4     A.  Uh-huh.
5     Q.  -- can you describe the label on it?
6     A.  Roundup?.
7     Q.  What else do you remember about the label?
8     A.  It's a white container, very colorful
9 Roundup?.  I mean, it stands right out, the word
10 Roundup? with a white background.
11     Q.  Have you read the label on the
12 2-and-a-half-gallon container?
13     A.  Uh-huh.
14     Q.  That's a yes, right?
15     A.  Yes.
16     Q.  What do you recall it saying other than
17 just the word Roundup??
18     A.  Do not reach children.
19     Q.  Do you recall any other language on it?
20     A.  Caution.
21     Q.  Anything else?
22     A.  Can't tell you any more.
23     Q.  Do you read the mixing instructions on it?
24     A.  Yes.
25     Q.  If you know, does anyone else in your

Page 108

1 family, let's say siblings, use or have used
2 Roundup? or any glyphosate-based products?
3     A.  Not to my knowledge.
4     Q.  Did your father, if you know, ever use
5 Roundup? or any glyphosate-based products?
6     A.  Not to my knowledge.
7     Q.  Do you know if your mother did?
8     A.  I'm sure she didn't.
9     Q.  Do you know if any of your neighbors
10 currently use or have used Roundup? or
11 glyphosate-based products?
12     A.  I don't know for sure, but I'm guessing
13 they do.
14     Q.  And now you would know that the Lipps have
15 used --
16     A.  Yeah, they -- they --
17     Q.  -- Roundup??
18        So let me just re-ask that.  The Lipps
19 have used Roundup? or glyphosate-based products,
20 right?
21     A.  To my knowledge, yes.
22     Q.  And Mr. Boysen has as well?
23     A.  I'm not sure.
24     Q.  All right.  Let's move to discussing your
25 Roundup? purchases.

Page 109

1     A.  Okay.
2     Q.  I know we talked a little bit about them
3 but we're going to do that more in depth.
4        When was the first time that you purchased
5 Roundup??
6     A.  Let's say '75, '76.
7     Q.  What was the name of the Roundup? product
8 that you purchased, if you remember?
9     A.  Roundup?.
10     Q.  Can you describe what the package looked
11 like, and I'm talking about in 1975 or 1976?
12     A.  I don't recall what the jug looks like at
13 that point in time.
14     Q.  How big was it?
15     A.  I think it was two and a half.
16     Q.  2-and-a-half-gallon container?
17     A.  Yes, yes.
18     Q.  Of concentrate?
19     A.  Yes.
20     Q.  Do you remember what color it was?
21     A.  As I recall, it was white.  I think it's
22 always been white, as I recall.
23     Q.  Why did you decide to purchase Roundup? in
24 1975?
25     A.  Because of the Monsanto representative,

Robert L. Dickey

Page 110

1  the salesperson, gave the spiel about what good
2  Monsanto was, it was safe, it was reasonably used
3  compared to others.  It said that the product was
4  good as far as its weeds, could take care of the
5  grass or broadleaves.
6      Q.  And was that something you heard a
7  Monsanto salesperson say in 1975 or later on?
8      A.  Early on, yeah, because they were out and
9  about to the locals.  And, like, the co-op, we'd
10 have a lunch put together and get as many people to
11 come in, and -- and I remember visiting with
12 Monsanto there, the salesperson.
13     Q.  Any chance you remember that individual's
14 name?
15     A.  No, I can't tell you.
16     Q.  Do you know the names of any of your
17 neighbors or other farmers in town who were there?
18     A.  I don't know.
19     Q.  All right.  What other type of Roundup?
20 branded products have you purchased over the years
21 other than the Roundup? in the 2-and-a-half-gallon
22 container?
23     A.  I never purchased anything bigger than the
24 two and a half because I had just a 400-gallon, and
25 I never ever had a propel big sprayer.  I never had

Page 111

1  the big land area that I had to take care of it, so
2  I -- I just always bought the two and a half gallon.
3      Q.  And was it always in a white container?
4      A.  As I recall, yes.
5      Q.  Do you recall if it was ever a specific
6  type or a different type of Roundup? branded
7  product, Roundup?; was there ever something
8  afterwards, you know, what I mean?  In the name, was
9  it ever a different name other than just straight
10 Roundup??
11     A.  Well, there were generics.
12     Q.  Okay.
13     A.  Yes.
14     Q.  All right.  So how -- do you remember when
15 you first purchased a generic?
16     A.  I know I have used it, but I don't know
17 the name of it.
18     Q.  Do you know the name --
19     A.  But I'll -- as I looked at the product,
20 the ingredients, it'd be physophate (sic)
21 certain percent, and it would say non-active certain
22 percent until it reached a hundred percent.
23     Q.  Do you remember the names of any of the
24 generics that you purchased?
25     A.  I don't recall.

Page 112

1      Q.  Do you recall when the generics began to
2  hit the market?
3      A.  Roundup? had it for some many years that
4  you would see the generics out there, but then after
5  so many years, then others could move into the
6  program with the generics, and I don't know what
7  year.
8      Q.  Now, we've already talked about from
9  2003 to the present, you know, your purchase of
10 Roundup? versus generic, but before that, when you
11 were purchasing for farming operations, do you
12 recall how often you purchased the generic form of
13 Roundup? as opposed to a straight Roundup? branded
14 product?
15     A.  I prefer the straight Roundup?.
16     Q.  But were there occasions that you
17 purchased the generic as well?
18     A.  Yes, if there wasn't a Roundup? that was
19 available, you know, they were sold out or whatever.
20     Q.  Is there any way for you to estimate about
21 how many times you purchased a generic instead of
22 the Roundup? branded product?
23     A.  I didn't do that often, the generics.
24     Q.  Did cost play a role in to purchasing the
25 generic over the Roundup? name brand?

Page 113

1      A.  In my opinion, there wasn't that much
2  difference financially for what I was getting for
3  good product to take care of my grass and my
4  broadleaves.
5      Q.  And that would have been in your row crop
6  as well, right?
7      A.  Uh-huh -- well, after '96.
8      Q.  So we've talked about the quantity of
9  Roundup? that you purchased on average from 2003 to
10 the present?
11     A.  Yes.
12     Q.  So let's -- I'm going to focus now on
13 1975 to when you sold the farm or had the farm
14 sale --
15     A.  Yes.
16     Q.  -- in 2003.
17     A.  Yes.
18     Q.  On average, how much Roundup? or generic
19 form of Roundup? did you purchase per year from
20 about 1975 to 2003?  And if that number changed
21 significantly because you owned more or less acres,
22 that's fine, but give us your best estimate during
23 that period of time how much you purchased a year.
24     A.  Well, I always used Roundup? in my
25 operation, okay, from '76 to 2003, because I liked

Robert L. Dickey

1 the product. It was a good product to take care of
2 my needs as far as my weeds.
3     Q. So about how many 2-and-a-half-gallon
4 containers did you purchase per year between
5 1976 and 2003?
6     A. I don't know right off the top of my head.
7     Q. And what's your best estimate? Would it
8 have been one per year, five per year; just your
9 best estimate?
10     A. Well, there'd be a number of two and a
11 half gallons.
12     Q. If you're thinking back on your
13 operations, can you think of a year when you would
14 have purchased more than five 2-and-a-half-gallon
15 containers?
16     A. Yes.
17     Q. Any more than ten?
18     A. Depends on what year because I had a
19 problem with Farm Credit, and I lost up
20 1200 acres --
21     Q. Right. And --
22     A. -- so there goes my -- okay.
23     Q. Yeah, and that's why I'm asking it the way
24 I am, is trying to figure out, so before 1985 you
25 had more acreage than after 1985, right?

1     A. Yes.
2     Q. So before 1985, you would have purchased
3 more Roundup? than after 1985 --
4     A. Yes.
5     Q. -- is that true?
6         Okay. So let's talk before 1985. From
7 about '76 to '85, what's your best estimate as to
8 about how many 2-and-a-half-gallon containers you
9 purchased per year? And giving me a range is fine,
10 just your best estimate.
11     A. Are you talking with my hand or my bean
12 buggy?
13     Q. We'll talk about application in a few
14 minutes. I'm talking how many -- between 1976 and
15 1985, how many of those individual
16 2-and-a-half-gallon containers of Roundup? did you
17 purchase per year to be used for any purpose?
18     A. I don't know for sure.
19     Q. All right. Would it have been more than
20 five, but less than ten?
21     A. I would say more than five.
22     Q. But not more than ten?
23     A. I don't know.
24     Q. Okay, all right. From '85 to 2003, after
25 you had a reduction in the number of acres that you

1 were farming, about how many of those
2 2-and-a-half-gallon containers of Roundup? did you
3 purchase a year?
4     A. After '85?
5     Q. Yes.
6     A. Went down substantially.
7     Q. So probably less than five containers a
8 year?
9     A. Possible.
10     Q. Going back to 1975 and '76, when you first
11 started using Roundup?, did you read the label?
12     A. Yes.
13     Q. What do you recall reading on the label?
14     A. Do not reach your children.
15     Q. Do you recall any other statements or
16 language that was on the label?
17     A. I don't know anymore.
18     Q. Now, from 1975 to 2003, did you read the
19 label each time you used that container of Roundup??
20     A. No.
21     Q. How often would you read the label?
22     A. From 1975, '76 to 2003?
23     Q. Correct.
24     A. Not very many times because I never
25 worried about the health because of what the

1 Monsanto representatives/salesmen told me that it's
2 totally safe; if you want, you can even drink it.
3     Q. Now, was it in 1975 or '76 that you heard
4 the Monsanto sales reps say that it was safe enough
5 to drink?
6     A. Yes.
7     Q. And are you sure this was a Monsanto sales
8 rep and not someone associated, for example, with a
9 local co-op or some kind of distributor?
10     A. No, I know a -- the Monsanto person was
11 there that day because he's the one I wanted to
12 visit with.
13     Q. And did you have a conversation?
14     A. Yes.
15     Q. Okay.
16     A. Yes.
17     Q. And what was the substance? What did you
18 guys discuss?
19     A. I told him about tell me everything you
20 can tell me about Roundup?, okay. And one of my
21 questions was about what about health, and you know
22 the path that he went down. Of course, I remember
23 that because that's a product that -- that's a
24 wonderful product supposedly.
25     Q. Did you believe him, that it was safe

Robert L. Dickey

Page 118

1 enough to drink?
2    A.  He told me it would -- that I could drink
3 it, but I didn't drink it.  Like you can drink it,
4 but -- like I drank a soda, but, no, I didn't do
5 that.
6    Q.  And in that conversation with him even
7 after he said that, it was your understanding that
8 the purpose of Roundup? was to kill weeds, right?
9    A.  Yes, yes.
10    Q.  And at that time, in 1975 or '76, did you
11 have an understanding that all chemicals -- all
12 chemicals carry some type of inherent risk?
13    A.  Yes.  I did visit with another person at
14 the Commodity Classic that I went to, the Monsanto,
15 and talked to them, and I wanted to speak to
16 somebody that was a representative, and I did.
17        And I went down the same visit that I had
18 with myself in Laurel, I talked to him about that,
19 it -- how safe is it?  He said exactly the same
20 thing.  And I know for a fact that he was from the
21 East Coast because the Commodity Classic, you know,
22 people would come from all of the United States, you
23 know.
24    Q.  And that was in a one-on-one conversation?
25    A.  Uh-huh, yep.

Page 119

1    Q.  And do you remember the year of that
2 Commodity Classic?
3    A.  Can't tell you exactly.
4    Q.  What's your best estimate?  Are we talking
5 15 years ago, 10 years ago, 5 years ago?  I mean,
6 just your best, and if you get -- estimate -- if you
7 give me a range, that's fine.
8    A.  Well, it was quite a few years ago because
9 I remember the discussion I had in Laurel, so, you
10 know, within -- I went every year to the
11 Commodity Classic, okay, so I was there shortly
12 after I visited with a representative in Laurel, I
13 know that he was at the Monsanto dealership there.
14    Q.  To put some type of a time frame around
15 it, would this conversation have taken place before
16 or after you started purchasing Roundup? Ready
17 crops?
18    A.  Yeah, I was already buying it prior to
19 that because I purchased after what they said in
20 Laurel, they said it was safe.
21    Q.  Oh.
22    A.  So that's what made me go, yeah, I'm not
23 worried about it because it's safe.
24    Q.  Oh, no, I understand.  I'm just trying to
25 figure out if this conversation took place in the

Page 120

1 '80s or the '90s; just your best recollection,
2 that's all?
3    A.  I don't know exactly.
4    Q.  But it was at a Commodity Classic on the
5 East Coast somewhere?
6    A.  That's where he claimed to be from, but it
7 was in -- Commodity Classic was probably in Orlando,
8 New Orleans, San Antonio.  They're always in the
9 south primarily because they're always the last week
10 in February, so people like to go to the nice
11 weather, yep.
12    Q.  So when you think back to any of the
13 reading of the label that you did from 1975 to 2003,
14 you don't recall any warning statements or hazard
15 statements other than do not reach children; is that
16 true?
17    A.  That was on there.
18    Q.  Right.
19    A.  That was on front.
20    Q.  That's what I'm saying, you don't remember
21 reading any other warnings or hazard statements,
22 right?
23    A.  No.
24    Q.  Did you have to look at the label during
25 that period of time for mixing instructions, or did

Page 121

1 you already know how much to use?
2    A.  I went with my agronomist, you know, like
3 Urwilers.  I always recommended when I purchased
4 that, yes, this is the way I want -- the rate, I
5 want to put in so much water, and he was good about
6 that.  And so I primarily would tell -- you got to
7 go down this path, and I would because I had
8 confidence in them.  I'd worked with them for years.
9    Q.  So instead of looking at the label and
10 reading how much to use, you would talk to your
11 agronomist and rely on what he told you?
12    A.  Yeah, because I didn't -- I didn't read it
13 every -- every year, okay.
14    Q.  What are the addresses, all of them, where
15 Roundup? was used?
16    A.  Cedar County and Dixon County.
17    Q.  Now, does this include the farm ground in
18 addition to the farmstead where you live?
19    A.  Yes, I -- I used it on my own farm.
20    Q.  All right.  So is Cedar County where
21 you --
22    A.  I live in Cedar County, sorry.
23    Q.  So that's the Highway 20 address?
24    A.  Yes.
25    Q.  And that has how many acres again?

Robert L. Dickey

|  | Page 122 |
|---|---|
| 1 | A.   Where I live? |
| 2 | Q.   Yes. |
| 3 | A.   320 acres. |
| 4 | Q.   Did you ever use Roundup? at the first |
| 5 | farm? |
| 6 | A.   Yes, yes, until I lost it -- |
| 7 | Q.   So -- |
| 8 | A.   -- in '85. |
| 9 | Q.   No, that's fine. |
| 10 | So did the -- so you said Dixon County as |
| 11 | well, does that include the first farm? |
| 12 | A.   Huh-uh. |
| 13 | Q.   So we would need -- |
| 14 | A.   No. |
| 15 | Q.   -- to add the first farm to this list of |
| 16 | addresses where Roundup? was used, right? |
| 17 | A.   Yes. |
| 18 | MR. DOMINA:  No, the first farm was |
| 19 | in Cedar County, wasn't it?  He's talking about |
| 20 | where you first lived when you were married. |
| 21 | THE WITNESS:  Yes, then we lived in |
| 22 | Cedar County. |
| 23 | MR. DOMINA:  Yeah. |
| 24 | BY MR. LARSEN: |
| 25 | Q.   Right.  But in Cedar County, then you had |

|  | Page 123 |
|---|---|
| 1 | two different -- |
| 2 | MR. DOMINA:  Yeah. |
| 3 | BY MR. LARSEN: |
| 4 | Q.   -- locations where the Roundup? was used, |
| 5 | right? |
| 6 | A.   Yes. |
| 7 | Q.   So one location was the homestead -- |
| 8 | A.   Yes. |
| 9 | Q.   -- property on Highway 20, right? |
| 10 | A.   Yes. |
| 11 | Q.   And another location was the first farm, |
| 12 | right? |
| 13 | A.   Yes. |
| 14 | Q.   And then you've also used Roundup? in |
| 15 | Dixon County? |
| 16 | A.   Yes. |
| 17 | Q.   Is there a -- do you refer to that farm by |
| 18 | a certain name or just Dixon County?  It doesn't |
| 19 | matter to me, I just want to make it simple as we're |
| 20 | talking the rest of the day today. |
| 21 | A.   Dixon County. |
| 22 | Q.   So if I say the Dixon County property, |
| 23 | we're talking about the farm out there? |
| 24 | A.   Yes. |
| 25 | Q.   And the first farm, I have that you moved |

|  | Page 124 |
|---|---|
| 1 | from there in 1979 or 1980; is that true? |
| 2 | A.   Yes. |
| 3 | Q.   So you would have used Roundup? from, say, |
| 4 | 1976 to either 1979 or 1980? |
| 5 | A.   Yes, while I lived there, yes. |
| 6 | Q.   And not after that? |
| 7 | A.   Yeah, until '85, until Farm Credit took |
| 8 | from me. |
| 9 | Q.   Okay.  So you moved.  You didn't live |
| 10 | there any longer, but you still farmed that ground? |
| 11 | A.   Yes. |
| 12 | Q.   Okay. |
| 13 | A.   Yes. |
| 14 | Q.   So it was used at the first farm property |
| 15 | until 1985? |
| 16 | A.   Yes. |
| 17 | Q.   How many acres is the first farm property? |
| 18 | A.   160. |
| 19 | Q.   And the homestead is 320 acres, right? |
| 20 | A.   Yes. |
| 21 | Q.   And what years would you have used |
| 22 | Roundup? in any way at that property? |
| 23 | A.   Since I purchased or bought Roundup?. |
| 24 | Q.   So you had it -- |
| 25 | A.   '75 or '6. |

|  | Page 125 |
|---|---|
| 1 | Q.   Until 2003 on the farm, right? |
| 2 | A.   Yes, then the renter farms it then. |
| 3 | Q.   And then from 2003 to the present, around |
| 4 | the home and the buildings, right? |
| 5 | A.   Yes. |
| 6 | Q.   And how many acres in Dixon County from |
| 7 | the beginning to the end? |
| 8 | A.   It was 320 in one farm, and an additional |
| 9 | 160 a mile and a half away. |
| 10 | Q.   So where were the 1200 acres that you |
| 11 | lost? |
| 12 | A.   They were Dixon County, they all went. |
| 13 | Q.   So if we're talking -- |
| 14 | A.   My first -- |
| 15 | Q.   No, go ahead. |
| 16 | A.   My first farm, it went. |
| 17 | Q.   So what I'm trying to figure out, if I add |
| 18 | this up, is if we're talking about your Roundup? use |
| 19 | from 1975 or '76 to the present, I think we're |
| 20 | missing about a thousand acres.  And so is that in |
| 21 | Dixon County or is that the first farm? |
| 22 | A.   I owned 1200 acres, okay, that Farm Credit |
| 23 | system took them away from me, okay, so then I was |
| 24 | down to 640, okay. |
| 25 | Q.   Sure, and I understand.  Where were those |

Page 126

1 1200 acres? Were they in Dixon County, or were they
2 part of the first farm?
3     A.   They were -- part of the 1200 was in
4 Dixon County and Cedar County, both.
5     Q.   How many acres in each of those two areas?
6     A.   Well, in Dixon County, there was 320 acres
7 and 160, okay, so we add up the 320 and the 160,
8 take that away from 1200, and that's what I owned in
9 Cedar County that was gone.
10     Q.   And that included the first farm as well?
11     A.   Yes.
12         MR. DOMINA:  And, Matt, Cedar and
13 Dixon are continuous counties -- contiguous
14 counties, pardon me?
15         THE WITNESS:  Uh-huh, yes.
16 BY MR. DOMINA:
17     Q.   Just taking out my calculator just to see
18 if we can be fairly accurate here.  And today you
19 currently own the 320 acres that's part of the
20 homestead, right?
21     A.   Yes.
22     Q.   And 320 acres in Dixon County, correct?
23     A.   Dixon County?  No.
24     Q.   So you don't own those any longer?
25     A.   No, I don't own Dixon County.  It's all

Page 127

1 gone.
2     Q.   But you own about 600 acres total now?
3     A.   Yeah, two of them, 320s, 320 where I live,
4 320 on the pig farm, so 640, you're right.
5         MR. DOMINA:  If you're at a breaking
6 point, it's 11:53.  If not --
7         MR. LARSEN:  Yeah, I -- I just want
8 to get these numbers, which I don't think will take
9 more than a minute or two.
10         THE WITNESS:  That's okay.
11 BY MR. LARSEN:
12     Q.   Okay.  So in 1985, you lost a 320-acre
13 parcel in Dixon County, and 160-acre parcel in
14 Dixon County?
15     A.   Yes.
16     Q.   And then I have the first farm, which was
17 160 acres?
18     A.   Yes.
19     Q.   And then according to my math, it would
20 have been another 560 acres in Cedar County?
21     A.   Yes.
22     Q.   Does that sound right?
23     A.   Yep.
24     Q.   So when those four areas, your Roundup?
25 use would have stopped in 1985, correct?

Page 128

1     A.   Yes.
2     Q.   And then it continued on the 320 acres of
3 the homestead property until 2003, right?
4     A.   Uh-huh.
5     Q.   It's a yes?
6     A.   Yes.
7     Q.   And then it continued from 2003 to the
8 present also at the homestead, but not in the row
9 crop area, just around the buildings and the fences
10 and so forth; is that true?
11     A.   An additional 320 for the pig farm.
12     Q.   Okay.  And you used it at the pig farm as
13 well?
14     A.   Yes.
15     Q.   Around buildings and so forth?
16     A.   Yes, yep.
17     Q.   All right.  We'll get into exactly how
18 after the break.  Okay.  I think I -- does that
19 sound right from what we've talked about with the
20 acreage and the dates of use of Roundup??
21     A.   I think so.
22         MR. LARSEN:  All right.  Why don't we
23 go off the record then.
24         VIDEOGRAPHER:  The time is 11:54 a.m.
25     Counsel, we're off the record.

Page 129

1         (11:54 a.m. - Recess taken.)

Robert L. Dickey

Page 130

1        (At 12:45 p.m., with parties present as
2    before, the following proceedings were had, to-wit:)
3        VIDEOGRAPHER:  The time is 12:45 p.m.
4    This is the beginning of No. 3.
5        Counsel, we're back on the record.
6    BY MR. LARSEN:
7    Q.   Mr. Dickey, before we broke for lunch, we
8    discussed the different properties where you've used
9    Roundup?.  One point of clarification before we move
10   on, as part of the homestead, I understand you have
11   about 320 acres that you refer to as the pig farm,
12   right?
13   A.   Uh-huh.
14   Q.   That's a yes, right?
15   A.   Yes.  I'm sorry.
16   Q.   That's all right.
17        Are there any row crop -- is there any row
18   crops on that 320 acres?
19   A.   Yes, corn and soybeans.
20   Q.   So of that 320 acres, how much of it is
21   dedicated to growing crops?
22   A.   If I would guess, approximately 300 acres
23   corn and soybeans, the other is building sites.
24   Q.   And then about 20 acres that are dedicated
25   to the pig farm?

Page 131

1    A.   Yeah, and the building site.
2    Q.   So as part of the homestead on Highway 20,
3    since 1985, you've had about 600 acres of crop
4    ground; is that true?
5    A.   Yes.
6    Q.   Before we talk about the preparation of
7    the Roundup?, from 1975 or '76 --
8    A.   Uh-huh.
9    Q.   -- through 2003 --
10   A.   Yes.
11   Q.   -- what are the different ways that you
12   applied the Roundup??  And what I mean by that is
13   the equipment, whether it was a tank sprayer or a
14   sprayer attached to the back of a tractor, a bean
15   buggy.  Just tell us the different ways that
16   Roundup? was applied.
17   A.   From '75 onto 2003?
18   Q.   Yes.
19   A.   Yeah, in '75, '76, why, we would do it
20   with sprayers, small sprayers, okay.  And sometimes
21   we would carry those when we started walking through
22   the field because we didn't have a bean buggy, okay.
23   And that was always easier than carrier the hoe, and
24   so every -- they work for me, they preferred to
25   carry a small bottle.

Page 132

1    Then --
2    Q.   Okay.  Let me -- I'm going to stop you
3    there --
4    A.   Yep.
5    Q.   -- and ask you a couple of questions.
6    A.   Sure.
7    Q.   It was a smaller handheld sprayer, about
8    how many gallons?
9    A.   It'd be more like a 1-gallon, not over
10   2 at the most because then it'd get heavy.
11   Q.   And then there was a hose with a wand
12   connected, or how did the -- what was connected to
13   the tanks so that you could actually spray the
14   Roundup??
15   A.   If it was a small tank, then it'd just be
16   a trigger, okay, it'd come directly out of the small
17   bottle, okay.  Now, if it was 2-gallon, then there'd
18   be a hose and a wand with a 2-gallon.
19   Q.   But both of those were handheld?
20   A.   Yes, yes.
21   Q.   For what years did you use that -- or
22   those smaller handheld sprayers?
23   A.   Until we get the bean buggies.
24   Q.   Okay.  When did you get the bean buggy?
25   A.   Might be on that chart that I had.

Page 133

1    Q.   The exposure summary?
2    A.   Yeah.
3    Q.   If that'll help, why don't we --
4    A.   Well, I don't -- it may.  I don't recall,
5    but my bean buggy, if I had to guess, would be about
6    around '85.
7    Q.   So you would have used just the small
8    handheld sprayers to apply the Roundup? from 1975 or
9    '76 through 1985?
10   A.   Uh-huh.
11   Q.   That's a yes?
12   A.   Yes.  I'm sorry.
13   Q.   And that's -- even when you had that
14   1200 acres, you applied Roundup? just with that
15   handheld sprayer --
16   A.   Well --
17   Q.   -- or did you have another type of
18   equipment that would -- that would apply the
19   Roundup??
20   A.   Well, then I bought a -- purchased more
21   people, you know, to get that job done when I had
22   that many acres, okay.  That helped me when the bean
23   buggy was four people, I could cover a lot of acres,
24   but I had to hire more people with either hoe or
25   small bottle, a lot of people, and I never looked

Robert L. Dickey

Page 134

1 forward to that, but to get over it -- and some of
2 the ground was being rented, so it had to look good
3 for that, too.
4   Q.   So to the best of your recollection, you
5 purchased the bean buggy in 1985?
6   A.   That's what I recall.
7   Q.   And how long did you use the bean buggy?
8   A.   Until we could have the big sprayers come
9 in, the 400-gallon with the tractor.
10   Q.   Do you recall about what year that was?
11   A.   Well, that's when the seed -- the soybean
12 seed in '96.
13   Q.   And then from '96 to 2003, you'd use the
14 400-gallon sprayer?
15   A.   Yes.
16   Q.   And that 400-gallon sprayer was pulled
17 behind a tractor; is that right?
18   A.   Yes.
19   Q.   And then how was the Roundup? applied?
20 Was there a boom or was there still, like, with a
21 hose with a wand, or what?
22   A.   Well, you have 12 feet on each side of the
23 sprayer, the 400-gallon sprayer, okay, to go out to
24 the field.  Now, if we wanted to use it just around
25 the farmstead, then you'd just have a hose going up

Page 135

1 to your tractor seat.
2   Q.   And when you saw 12 foot each side, you're
3 talking a 12-foot like boom on each where the
4 Roundup? would be sprayed in a downward direction?
5   A.   I think it was probably about 12 or
6 14 feet completely.
7   Q.   Okay.  So 6 to 7 feet each side?
8   A.   Yeah, there you go, because I had small
9 400-gallon, yeah.
10   Q.   And it was a boom where there were nozzles
11 and it would spray down --
12   A.   Yes.
13   Q.   -- right?
14   A.   Yes.
15   Q.   And then from 2003 to the present, you
16 used a small handheld sprayer to apply the Roundup?
17 around the farmstead, around your home?
18   A.   The 2-gallon ones around the farmstead.
19   Q.   And the 2-gallon one has a hose connected
20 to a wand with a nozzle at the end, right?
21   A.   Yes.
22   Q.   The bean buggy, how many gallon tank was
23 on that, if you remember?
24   A.   20-gallon on -- mounted on the front of
25 the tractor.

Page 136

1   Q.   Do you have a picture of the bean buggy by
2 chance?
3   A.   I don't have one.
4   Q.   And then you said it had a -- seats for
5 four people, and would there be hoses attached to
6 wands with nozzles at the end, or how was it that
7 you would apply the Roundup? from the bean buggy?
8   A.   Each seat had a hose, okay, and a wand,
9 okay, that I recall, it would come out one sizable
10 hose and then it would -- each one would hook onto
11 the large one when it would go on the bar itself.
12   Q.   All right.  When you prepared the Roundup?
13 that was used with the 1- or 2-gallon sprayers,
14 describe what you would to do to prepare it.  How
15 would you prepare it?
16   A.   I always put water in first, okay, and
17 then whatever the size was, then I would determine
18 how much per ounce or ounces in it, okay, the
19 Roundup?.
20        When it was about three-fourths full,
21 whatever the content was, the small -- the small jug
22 or small wand or a 2-gallon unit.
23   Q.   And you did not wear gloves while you were
24 preparing --
25   A.   No.

Page 137

1   Q.   -- the Roundup?, right?
2   A.   Never, no.
3   Q.   Do you recall any times in which you would
4 be preparing the Roundup?, so doing this mixing, and
5 you got the Roundup? on your hands or any other part
6 of your body?
7   A.   Yes.
8   Q.   About how often would that happen?
9   A.   How often per day or --
10   Q.   However, did it happen daily?
11   A.   Well, sometimes the wands would want to --
12 I had to clean them out, and maybe that would happen
13 once or twice morning and maybe the same in the
14 afternoon, so I was always working on those to get
15 them cleaned out, so I wanted the right amount to
16 come out when it got on the weed, okay.
17        So I -- I was -- wanted to make sure that
18 everybody had one that was properly using, and I
19 always did it myself, cleaned it out.
20   Q.   And when you were mixing the product, do
21 you ever recall the concentrate spilling on your
22 hands?
23   A.   The concentration?
24   Q.   Right, when you were mixing it.
25   A.   Yes.

Robert L. Dickey

Page 138

1    Q.   Did that happen very often?
2    A.   Not very often.
3    Q.   All right.  Describe the preparation or
4  mixing process when you used the 20-gallon tank in
5  the back of the bean buggy.  Was it the same process
6  you just described?
7    A.   20-gallon where?
8    Q.   On the bean buggy.
9    A.   Yeah, it's mounted on the front of the
10  tractor, the 20-gallon, yes.
11    Q.   And I guess my question is when you
12  actually mixed the product --
13    A.   Yes.
14    Q.   -- and prepared it, did you go through the
15  process where you'd pour the product into a cup,
16  toss it in the 20-gallon tank and then fill it up
17  with water?
18    A.   Okay, good.
19    Q.   Is that right?  Let me ask --
20    A.   Yes.
21    Q.   I'm not trying to put words in your mouth.
22  I'm just asking if that's what you did?
23    A.   Yes.
24    Q.   Okay.  And then do you recall times during
25  that mixing process with the bean buggy that you got

Page 139

1  Roundup? on your hands, just while you were mixing
2  or preparing it?
3    A.   Yes.
4    Q.   Did that happen very often?
5    A.   Not very often, but it did happen.
6    Q.   And any of the time, whether if it was
7  with the small handheld sprayer or the bean buggy,
8  if you got the Roundup? concentrate on your hands
9  during the preparation process, would you stop what
10  you were doing and go wash up with soap and water?
11    A.   No, but I know today I should have, but I
12  didn't at that time, because you know where I'm
13  going, the representative said it's safe.
14    Q.   Now, this would apply to any of the times
15  from 1975 or '76 to the present, when you've mixed
16  Roundup?; have you ever gotten the concentrate on
17  your hands where it caused -- or any other part of
18  your body where it caused any kind of a skin
19  irritation?
20    A.   Yes, I got it on my skin.
21    Q.   And do you remember a time where it
22  left you with some kind of skin irritation?
23    A.   Didn't seem to.
24    Q.   Okay.
25    A.   Didn't seem to.

Page 140

1    Q.   Now, I -- that question was about the
2  mixing process.  Now if you think about all the
3  times that you've applied Roundup? throughout the
4  years, from '75 or '76 to the present, have you ever
5  been applying Roundup? out in the field or around
6  the home or a building or wherever, and gotten it on
7  your skin where it caused a skin irritation?
8    A.   Yes, I got it on my skin.
9    Q.   And did it ever irritate your skin?
10    A.   I can't say that it did.  It didn't seem
11  to bother me, but I didn't worry about it, I guess.
12    Q.   Did you ever get the Roundup? on your
13  skin, whether during mixing or during spraying, in
14  such a quantity that you stopped what you were doing
15  and you went to the barn or wherever and washed up
16  with soap and water right then?
17    A.   I didn't do that, but I should have from
18  what I know today.
19    Q.   And was it your typical practice that you
20  would -- if you were spraying that day, that you
21  would just wait and wash up with soap and water at
22  lunch or when you went in for dinner?
23    A.   Yes.
24    Q.   Did you have that same practice, to only
25  wash up before lunch or before dinner, when you were

Page 141

1  mixing or applying the other chemicals that we
2  talked about earlier this morning?
3    A.   No, no.
4    Q.   It was your same practice or not your same
5  practice?
6    A.   I just used my hands.
7    Q.   Okay.  So let me -- maybe I confused you
8  with my question.
9         If you think about the other chemicals we
10  talked about this morning --
11    A.   Yes, yes.
12    Q.   -- that you've used on the farm --
13    A.   Yes.
14    Q.   -- did you -- when you were using those
15  chemicals, put Roundup? to the side --
16    A.   Yes.
17    Q.   -- was it your typical practice or habit
18  to mix and apply those chemicals and then just wash
19  up at lunch or dinner, or were there any of the
20  chemicals where you washed up right after using
21  them?
22    A.   Yes, the lunch or for supper.
23    Q.   Do you recall ever getting any sort of
24  chemical on your skin, any part of your body, that
25  caused a skin irritation?  I've already asked that

Robert L. Dickey

Page 142

1 question on Roundup? but I'm now asking on the other
2 chemicals.
3     A.  No, I didn't.
4     Q.  All right.  And with the 400-gallon
5 sprayer, would you follow the same process, where
6 you would pour the Roundup? into a cup, toss it in
7 the 400-gallon sprayer and then fill it with water?
8     A.  Uh-huh, yes.
9     Q.  And same testimony as before, that you may
10 have gotten it on your hands in that mixing process,
11 but not very often?
12     A.  Not very often.
13     Q.  All right.  Using the small handheld
14 sprayer, whether it was the 1-gallon or 2-gallon,
15 from 1976 or '75 to 1985, when you applied Roundup?
16 with that, would you spray in a downward direction?
17     A.  Tried to.
18     Q.  And why is that?
19     A.  About the wind area, yeah.
20     Q.  All right.  So it -- and you would spray
21 in a downward direction to avoid drift of the
22 Roundup?, right?
23     A.  Yes.
24     Q.  Because the Roundup? would have killed any
25 vegetation it hit during that period of time, right?

Page 143

1     A.  Yes.
2     Q.  And so were you careful to spray the best
3 you could to really only hit your intended target?
4     A.  Yes.
5     Q.  With the -- from the 1975 or '76 to
6 '85 time frame, would you avoid windy days?
7     A.  I tried to, but sometimes it would be more
8 windy than I really liked, but I tried to get it
9 done, because most of the time in the early morning,
10 the wind would stay down, but as the day came along,
11 it got windier, so I tried to get it done in the
12 mornings on the small units, the 2-gallon.
13     Q.  And if it was windy, would you just have
14 to work even harder to spray downward to hit your
15 intended target?
16     A.  Yes.
17     Q.  And did you also spray in a downward
18 direction to avoid blowback of the Roundup? on
19 yourself?
20     A.  Yes.  Now are you talking about the
21 2-gallon and the other one?
22     Q.  Yes.
23     A.  Yes, but sometime I'd like to talk to you
24 a little more about the bean buggy, in that arena.
25     Q.  Sure, and we'll talk about the bean buggy

Page 144

1 in a minute.
2     A.  All right.
3     Q.  I'm just trying to take this as --
4     A.  Sure.
5     Q.  -- organized as we can.
6     A.  Sure.
7     Q.  Now, during this '75, '76 to 1985 time
8 frame, I note, based on your testimony, that you had
9 other individuals who would help you apply Roundup?
10 at times during that time frame, right?
11     A.  Yes.
12     Q.  About how many times per year did you
13 apply Roundup? during the 1975 or '76 to '85 time
14 frame?
15     A.  I would do it annually.
16     Q.  So just one time per year?
17     A.  No, it could be -- during the summer
18 months, it could be in May, June, July and August.
19     Q.  So you would apply Roundup? about four
20 months of the year?
21     A.  Yes.
22     Q.  To -- not to -- always to the same area,
23 right?
24     A.  No, not necessarily, but sometimes if I
25 missed the area, then I'd have to go back because

Page 145

1 sometimes I couldn't tell that the Roundup? had been
2 sprayed on, so I'd have to go back maybe the next
3 week or something.
4     Q.  Now, during those summer months how often
5 would you personally spray or apply the Roundup??
6 Now, I meant -- again, I know you testified there
7 were some individuals who helped you do this, but I
8 want to know you specifically, how often during that
9 four-month period of time during the year did you
10 typically go out and apply Roundup??
11     A.  Yes, I did.
12     Q.  Okay.  About how often during that
13 four-month period of time?
14     A.  I would say that I would have to do it
15 weekly.
16     Q.  Okay.
17     A.  Once a week, not the whole -- every day
18 during the week, but once a day per week.
19     Q.  And about how many hours would you spend
20 on that day that you spent spraying per week, you
21 personally?
22     A.  I would say four to five hours.
23     Q.  And was that four to five hours of
24 continuous spraying, or would that include walking a
25 ways without spraying?

Robert L. Dickey

Page 146

1    A.  Yes.
2    Q.  It would include -- it wasn't continuous,
3 was it?
4    A.  No, not continuous.
5    Q.  All right.  Just to make sure I understand
6 correctly, from 1975 or '76 to 1985, you personally
7 would spray Roundup? about once a week for four to
8 five hours per day that you were spraying that week,
9 but not continuous because you were walking in
10 between over about four months during the year; is
11 that true?
12    A.  Yes, it was about around -- around the
13 farmstead.  I wasn't in the field with the 2-gallon
14 and the small bottle.
15    Q.  So in '75 to '76, excuse me, to '85, who
16 sprayed the field, if anyone?
17    A.  Well, we had to either walk, you know, or
18 carry a small jug.  We wouldn't carry the 2-gallon
19 to walk through the field because we may have to
20 walk half a mile, and then move over certain rows
21 and come back in a half a mile.
22    Q.  During that time frame, did you also spray
23 in the field, or was that just your hired help who
24 did it?
25    A.  No, I did it with them because I wanted a

Page 147

1 good job done.
2    Q.  And would you spray out in the field more
3 than about once a week, you personally?
4    A.  No, I would go whenever the help was
5 there.  I wanted to be there myself.  I was
6 supervising it.
7    Q.  So when you testified that you sprayed
8 about once a week during the summer months, four to
9 five hours per time, did that include spraying in
10 the field, or not?
11    A.  No.
12    Q.  Okay.  So tell me -- tell me how often you
13 personally would spray in the field during the
14 summer months.
15    A.  For the fields?
16    Q.  Yes.
17    A.  We may do it for 30 -- 30 days because we
18 had the acres to get over it.
19    Q.  So it would just depend on how many
20 weeds -- I mean, there was not an average amount of
21 time that you would do it personally?
22    A.  Well, we'd always try to get through every
23 field to make sure we got the big ones and the
24 little ones and less grass or broadleaves.
25    Q.  So in the field would you personally spray

Page 148

1 in the field about every day, every other day?
2 What's your best estimate?
3    A.  If the weather was okay, it wasn't
4 raining, we couldn't do it when was raining, but we
5 liked to get out there every day if we could and go
6 six hours primarily in the morning, to get four
7 hours in, and for sure a couple in the afternoon
8 depending on if it's overcast or what the weather
9 is, how hot it is and so forth.
10    But wanted to get behind it, get over it
11 because there's only so much time that you can have
12 because the suit -- the soybeans, they're going to
13 get tall enough I can't walk through, okay, so
14 that's why I was anxious to get the job done and
15 stay there.
16    Q.  And would you spray in the row crop
17 ground, you testified based on the weather,
18 depending on the weather, almost every day; would
19 that happen during all four summer months, or just
20 specific months?
21    A.  No, we'd primarily be in the field, they
22 normally plant in April or May, okay, so they were
23 small, so I didn't go out there in April or May, but
24 June, July and August, that's when we tried to get
25 it done, because guess what, school was starting

Page 149

1 first of September.  That's another area, we kept
2 going to get it done, yeah.
3    Q.  Okay.  And at the height of the number of
4 acres that you owned before they were taken from you
5 in '85, how many -- I don't want to say men, maybe
6 there were women as well -- did you have any women
7 that you hired to help you out or --
8    A.  Yes.
9    Q.  Okay.
10    A.  They do just as good or better than maybe
11 the boys.
12    Q.  All right.  So I'll say hired help.
13    A.  There you go.
14    Q.  I didn't know if I should say men or
15 women.
16    Okay.  So at the height, when you had the
17 1800 acres, about how many individuals were helping
18 you spray Roundup? during this three-month period of
19 time?
20    A.  How many people?
21    Q.  Yes.
22    A.  On the buggy?
23    Q.  No, no, no, just when you're doing -- so
24 the handheld sprayer you used until 1985 you said?
25    A.  That's right.

Page 150

1    Q.   Okay.  And it was before 1985 that you had
2  about 1800 acres, correct?
3    A.   Yes.
4    Q.   Okay.  So at the height of the number of
5  acres that you had, before the bean buggy, about how
6  many individuals would help you spray Roundup? in
7  those fields?
8    A.   There could be a lot of workers there.  I
9  can tell --
10   Q.   Go ahead.
11   A.   I'd like to share with you that the
12  800 acres, and I agree with you a hundred percent,
13  okay, but there would be half soybeans and half
14  corn, okay, because we normally every other year
15  we'd switch on another crop, okay, which is pretty
16  common.  So we probably had 8 to 900 -- normally
17  we'd have a little more acres of corn, but we could
18  have 800 acres for sure.
19   Q.   And that's a good clarification.  From
20  1975 or '76 to '85, were you using Roundup? on both
21  corn and soybeans, or just one or the other?
22   A.   Mine was just soybeans because my sprayer
23  and -- was a tractor, okay, and I couldn't go do
24  them because the seed -- soybean seed wasn't there
25  yet, okay, until '96, so -- so I couldn't even go

Page 151

1  out there with a bean buggy because the corn would
2  be way too tall and I'd just break them off, okay.
3         So I hired somebody to come and do the
4  2,4-D or whatever we were using for our corn, but I
5  always tried to get the soybean crop done myself,
6  approximately 8 to 900 acres.
7    Q.   And you testified that you could have had
8  a lot of people I think you said with the field help
9  helping you spray.  So during that three-month
10  period of time, where you were spraying more
11  routinely in June, July and August, about how many
12  people were helping you spray your row crop area?
13   A.   I tried to hire as many as I could because
14  every other farmer was doing the same thing, so
15  there was competition to the laborers, but I would
16  say that I could get for sure a dozen, probably not
17  two dozen, yeah.
18   Q.   And you'd be right out there spraying with
19  them --
20   A.   Oh, yeah.
21   Q.   -- at about six hours a day?
22   A.   Yes, and possibly up to eight.
23   Q.   And, again, that was not continuous
24  spraying because you would have to walk -- I mean,
25  there'd be areas where there aren't any weeds,

Page 152

1  right?
2    A.   Right.
3    Q.   So you may spray for 30 seconds, stop,
4  walk two minutes, spray again, right?
5    A.   Yes.
6    Q.   Is there any way for you to estimate how
7  much time you actually spent spraying?
8    A.   Depending on the weed problem, you know,
9  the fields are a little different.  Some of them
10  pretty clear, they're clean, but others, boy, you
11  could just basically stand there, and tremendous
12  amount of work for that.
13   Q.   And while you were spraying, whether it
14  was around the buildings or in the crop ground, you
15  were always spraying in a downward direction being
16  careful to hit your intended target, right?
17   A.   Yes.
18   Q.   All right.  Let's talk about the bean
19  buggy then from 1985 to 1996.  That was before
20  the -- you started purchasing Roundup? Ready seed,
21  right?
22   A.   Yes.
23   Q.   And for the record, we've thrown out the
24  term Roundup? Ready seed a number of times today,
25  but for someone who may not be familiar with it and,

Page 153

1  again, please, correct me if I'm wrong, the
2  Roundup? Ready seed was seed that was resistant to
3  glyphosate, right?
4    A.   Yes.
5    Q.   So you could then spray Roundup? or a
6  glyphosate-based herbicide without worrying about it
7  getting on the crop; is that true?
8    A.   Yes.
9    Q.   All right.  So from '85 to '96, you were
10  just using the bean buggy to spray about 600 acres
11  of row crop, correct?
12   A.   Yes.
13   Q.   Describe how the bean buggy worked.  I
14  know there was a 20-gallon tank and there were
15  four seats, but describe what you would do and how
16  it'd work as you'd go down the rows and spray.
17   A.   Okay.  When I would start the day, I would
18  put 5 gallons of water in the back of my pickup, a
19  lot of water, okay.  I also take 2-and-a-half gallon
20  of Roundup?.  And what I would do, I would back up
21  my pickup right to the front of the bean buggy to
22  get right in that area of the tank, the 20-gallon
23  tank, okay.
24         And I'd get just as close as I could, so I
25  wouldn't fall off the back of the pickup, so I --

Robert L. Dickey

Page 154

1  people would help me get it within a few inches,
2  then I could stand and pour the water and the
3  Roundup?.
4     Q.  Okay.  So that it was in the -- on the
5  back of the bean buggy, right?
6     A.  Excuse me?
7     Q.  So it was on the -- yeah, so you had the
8  Roundup? in the tank on the bean buggy, right?
9     A.  Yeah, the Roundup? in the tank.  I
10 usually put the water in, 75 percent of the water,
11 then I would put the Roundup? in and then fill the
12 water up.
13    Q.  All right.  Now, describe how you would
14 use the bean buggy to apply the Roundup?.  I mean,
15 you drove the line and then you sprayed.  Describe
16 how that process worked.
17    A.  What I'd like to share with you when I'm
18 pouring in out at the back of the pickup because one
19 day in -- one day I had a bad problem looking back.
20        And that is I backed up to put the water
21 in and the Roundup?, and all at once that day when I
22 was pouring the Roundup?, the wind came up, a gust
23 of wind, and as I was pouring, the wind gust and put
24 some of the Roundup? on my T-shirt and it becomes
25 soaked and some of my jeans, okay, because of that

Page 155

1  wind pouring onto me.
2        But I never worried about it, because I
3  thought it was a safe product.  I didn't go home to
4  water it to -- with soap, I just waited until I had
5  lunch.  I mean, what I know today, what I know then,
6  so ...
7     Q.  Did you change your clothes at lunch?
8     A.  No, because a lot of times my wife would
9  bring out what I would call in the morning, honey,
10 we need to have picnic today, so she would bring
11 sandwiches to the field.  And she knows by the mean
12 picnic, that means I'm not coming home, I want you
13 to bring all the helpers to come with the sandwich
14 and the chips and the drink.
15        Because we could stay there, because
16 sometimes, you know, it would be 15 minutes, you
17 know, from home.  Well, 15 minutes to come home,
18 15 minutes to get back, there's a half hour right
19 there.  I want to get that job done.
20    Q.  And did you ever notice any type of skin
21 irritation underneath your T-shirt or jeans from
22 where it got wet with the Roundup??
23    A.  No, I never noticed anything.
24    Q.  All right.  And then when you would use
25 the bean buggy, would it -- would you go down the

Page 156

1  row of either the corn or soybeans, right?
2     A.  Soybeans.
3     Q.  Okay.  Soybeans only, not corn?
4     A.  We couldn't drive with the bean buggy in
5  corn because corn was too tall.  By the 4th of July,
6  it could be 6 feet high.
7     Q.  So from '85 to '96 you just used the bean
8  buggy on the soybeans, right?
9     A.  Yes.
10    Q.  And did you use -- from '85 to '96, did
11 you use Roundup? on the corn at all?
12    A.  Not until '98, because '98 was the first
13 time that I could get corn seed.
14    Q.  So did you use any other type of weed
15 control for corn from '85 to '96?
16    A.  The 2,4-D that I think I shared, yeah.
17    Q.  And when you would go down the rows of
18 soybeans with the bean buggy, because you didn't
19 have the Roundup? Ready beans yet, would you also
20 spray in a downward direction, careful to hit your
21 intended targets?
22    A.  And hit only the weed, the grass or the
23 broadleaf, yes.
24    Q.  Because if the Roundup? drifted and got on
25 the soybeans, it would kill that soybean plant,

Page 157

1  right?
2     A.  Yes.
3     Q.  And as you sprayed in that downward
4  direction, you could do your best to avoid the drift
5  of the Roundup?, right?
6     A.  Yes.  That's what I tried to do, but at
7  times there was drift, depending -- the worst time
8  for me and for them, if you had to drive the bean
9  buggy into the wind, okay, you got the wind coming
10 at you, okay if you're spraying down, why, they
11 could get inhaled when they breathe from whatever
12 it's in the air.
13        And not only them, but also me because
14 we're going really, really slow, okay, and the wind,
15 you know, it could be 2, it could be 5 miles an
16 hour, you know, it could be 5 or 6, I don't know,
17 but that bothered me a lot, especially now after
18 knowing what I know.
19    Q.  And when you were on the bean buggy, if
20 you were driving it, were you always spraying, or
21 did you --
22    A.  No.
23    Q.  -- drive and other people sprayed?
24    A.  We had four seats, we had four wands, and
25 I was watching to see who was missing them because I

Robert L. Dickey

Page 158

1 would stop, and if I had to, I'd back up.
2 Q. Okay. So you drove and sprayed?
3 A. The same time?
4 Q. Yeah. Did you drive and spray at the same
5 time, or just if you had to stop?
6 A. Well, I would back up far enough so that
7 whichever seat didn't do it, they had to put down
8 and kill that weed. I didn't get off the tractor,
9 okay. I would tell them, hey, you missed one there
10 and what row.
11 Q. So when you use the bean buggy from '85 to
12 '96 you personally did not spray the Roundup?; is
13 that right?
14 A. Myself?
15 Q. Yes.
16 A. No, I did not use the wand, no.
17 Q. So you mixed the Roundup? product --
18 A. Yes.
19 Q. -- but you didn't actually apply it,
20 correct?
21 A. I mixed it myself, yes, and they the ones
22 who sprayed it, whoever was on the seat.
23 Q. And you testified about how there were
24 times where you'd be going into a head wind, and if
25 that was happening, people -- everyone on the seats

Page 159

1 would be careful to not spray directly into the
2 wind, right?
3 A. No, they had to keep spraying it down.
4 Q. And was it even kind of down below where
5 their feet were?
6 A. Yeah, because where you were sitting, you
7 were sitting pretty high and the beans were below
8 you, okay, and the weeds, yes.
9 Q. Now, I just want you to think about --
10 this question applies to you personally, not anyone
11 else sitting on the bean buggy.
12 Do you remember times in which you
13 personally were on the bean buggy, and felt any of
14 the Roundup? that was being applied get on your
15 skin?
16 A. On my skin?
17 Q. Yes.
18 A. Just driving it through?
19 Q. Well, just while you were using the bean
20 buggy at all. Just thinking about using the bean
21 buggy to apply it to the soybeans while you were out
22 there working, and you were driving the bean buggy
23 and doing whatever you were doing, do you recall any
24 times in which the Roundup? got on your skin while
25 you were out in the field?

Page 160

1 A. Yes.
2 Q. About how often would that happen?
3 A. I don't think it happened very often, but
4 what I'm talking about, what I got on it was the
5 fumes, you know, that there was enough drift that
6 would come back because I'm moving forward, and then
7 the wind is bringing it this way and it could get on
8 me.
9 Q. So you don't recall getting wet, misty,
10 you just recall detecting the fumes?
11 A. Yes.
12 Q. Okay.
13 A. And the other -- the other thing that
14 bothers me, is I'm inhaling in, okay, because I'm
15 taking breathes, and that's really not good to be
16 inhaling Roundup?, but I couldn't help it, you know.
17 The other thing is I was also ingesting,
18 you know. It was breathing in and it was going into
19 my stomach, you know, whatever I was breathing in my
20 lungs, and that bothered me because what I know
21 today and what I didn't know then, two separate
22 things.
23 Q. Did it bother you at the time?
24 A. No, I didn't worry about it.
25 Q. Did you -- do you recall a time in which

Page 161

1 you were out on the bean buggy, and you had inhaled
2 some Roundup? fumes and you felt light-headed or
3 nauseous, just didn't feel well?
4 A. I felt okay.
5 Q. And when you would inhale the fumes as
6 you've been talking about, did that happen routinely
7 as you were on the bean buggy or just the times in
8 which you were really going into a head wind?
9 A. Well, when I would go, say, for example, a
10 half mile in direction of the wind, but then I'd
11 turn around and go the other direction, okay, but
12 when I got back a half mile, then I had to turn
13 around and go back in front of the wind, okay, to
14 get the fumes.
15 Q. So did you feel like you were inhaling the
16 Roundup? fumes on a daily basis when you were out
17 working in the field, or just at times?
18 A. I felt okay. I can't say that that was --
19 Q. And maybe my word felt wasn't the right
20 word.
21 Did you feel like you were inhaling the
22 Roundup? fumes as you've been talking about every
23 time you were out on the bean buggy or just on
24 occasion?
25 A. I didn't even know what it was doing at

Robert L. Dickey

Page 162

1 that time because I was breathing, you know,
2 constantly, and so I never give it any thought that,
3 oh, no, I'm actually breathing it.  At that time I
4 never thought about it.  I did not worry about it.
5     Q.  So at the time nothing clicked in your
6 head and you didn't think to yourself, oh, I'm
7 inhaling Roundup? fumes, it's just now looking back
8 on it?
9     A.  Looking back, yes, but then, no.
10     Q.  All right.  During this '85 to '96 time
11 frame, when you would use the bean buggy to apply
12 Roundup? at the -- at the farm, we talked earlier
13 that it had been about 600 acres, but would it have
14 been each year about 300 acres since it was about
15 half corn, half soybeans?
16     A.  Yes, after my ground was gone, you're
17 exactly right.
18     Q.  Okay.  So how often did you apply Roundup?
19 to about 300 acres --
20     A.  Uh-huh.
21     Q.  -- per year?
22     A.  Yes.
23     Q.  About how many times per year did you
24 apply the Roundup? to the specific 300 acres between
25 '85 and '96?

Page 163

1     A.  Well, I would do it every year, but
2 normally only do it once hopefully, but if we missed
3 a lot of weeds, then I'd have to go back.  But
4 usually I wouldn't have to do the whole field, maybe
5 in a valley or some other place I may have to go the
6 second time, but I don't recall ever going in the
7 third time, yeah.
8     Q.  So between '85 and '96, when you used the
9 bean buggy, you would do about one -- one full spray
10 of the 300 acres per year; is that true?
11     A.  With the bean buggy, yes.
12     Q.  Okay.  About how long would that take you?
13 Could you get it done in a day?
14     A.  The 300 acres?
15     Q.  Yes.
16     A.  Oh, no.
17     Q.  Okay.  So how many days would it take you?
18     A.  Depending on the weed problems, you know,
19 sometimes I'd have to stop a lot because I couldn't
20 keep just going.  I had it in low gear and idle
21 down, but I couldn't -- I wanted to catch everything
22 because I didn't want to have to go back next week
23 or next month and redo it again.
24        So you just -- at times just stop, okay,
25 and you might do 3, 4 feet because that's about the

Page 164

1 only further away that you could wand, so when
2 everybody had their area done, their -- they each
3 got two rows, okay, so they can -- when they got
4 done, they'd say okay, then I'd move ahead another
5 4, 5 feet, then they would do theirs.  And sometimes
6 it really went slow, slow, but sometimes it was
7 pretty clean.
8     Q.  So if you're thinking about, okay, I've
9 got to go -- it's that time of year again, right,
10 it's a new year, it's that time of year, you've got
11 to go apply Roundup? to your soybeans.
12     A.  Yes.
13     Q.  About how many days would it take to do
14 the one full pass of the entire 300 acres?  Or if
15 you want to do a number of hours, that's fine, too.
16     A.  Depending on the problems that we had with
17 weeds, I would say three to four weeks.
18     Q.  Of eight hours a day or how many hours a
19 day?
20     A.  Yeah, yes.
21     Q.  And that also was not continuous spraying
22 for eight hours each time, right?
23     A.  No.
24     Q.  And then the time that it would take you
25 to go do your I wrote down spot spraying, would just

Page 165

1 depend on how much was missed?
2     A.  Yeah, we'd have some that were missed and
3 I'd have to go back.
4     Q.  And the amount of time that that would
5 take would vary depending on the year, I assume?
6     A.  Yes.
7     Q.  All right.  And then from 1996 to 2003,
8 you used the 400-gallon sprayer, correct?
9     A.  Yes.
10     Q.  And I'm talking just in the farm field,
11 not around the buildings and so forth?
12     A.  Yes.
13     Q.  And at that time were you still just
14 spraying the Roundup? on the soybeans or were you
15 also spraying it on the corn?
16     A.  I could never use my 400-gallon because
17 the frame was low, okay, and the tractor was too
18 low, so I just did the soybeans, and I would hire
19 the commercial corn to come in and do the weeds with
20 those self-propelled sprayers.  I never owned one of
21 those.
22     Q.  So between that '96 to '03 time frame,
23 another company would spray a product to control the
24 weeds in the corn, right?
25     A.  Uh-huh.

Robert L. Dickey

Page 166

1    Q.   That's a yes, right?
2    A.   Yes, sorry.
3    Q.   All right.  So from about '96 to '03, you
4  would do about 300 acres per year of soybeans,
5  right?
6    A.   Yes.
7    Q.   And is it your best recollection that you
8  started purchasing Roundup? Ready soybean seed in
9  about 1996?
10    A.   If not '96, for sure '97.  I was anxious
11  to get them.
12    Q.   And we've already discussed I believe
13  earlier this morning the process that you went
14  through to mix and prepare the Roundup? product.
15  During this period of time, you still were
16  purchasing the Roundup? or a generic in the
17  2-and-a-half-gallon containers, right?
18    A.   Yes.
19    Q.   And then you were mixing it into the
20  400-gallon that was pulled behind the tractor?
21    A.   Yes.
22    Q.   All right.  And then would you drive the
23  tractor down the row, and then you said it was a
24  6- to 7-foot boom on each side?
25    A.   Yes.

Page 167

1    Q.   And the Roundup? would be sprayed in a
2  downward direction, correct?
3    A.   Yes.
4    Q.   When you would be driving down the row and
5  spraying the Roundup? from the boom, do you ever
6  recall times in which you felt on your body the
7  Roundup? in a mist where you got wet in any part of
8  your body?
9    A.   No, because I had a cab on the tractor.
10  The only time that I had a problem with the 4-gallon
11  (sic) was the sprayer that would plug, then I'd have
12  to go get out and clean it, and I did my hands to
13  clean that.
14    Q.   And this was with the 400-gallon
15  sprayer --
16    A.   Yes.
17    Q.   -- you're talking about?
18    A.   Yes.
19    Q.   Okay.  So on occasion there would be a
20  nozzle --
21    A.   Yes.
22    Q.   -- that would clog up?
23    A.   Yes.
24    Q.   And then if you had to -- how would you
25  unclog the nozzle?

Page 168

1    A.   Well, it was metal, and I had to take a
2  piece of pliers and take it off or have the wrench
3  if it was a half, but anyway, I'd take it apart to
4  clean it out.
5    Q.   About how often would a nozzle clog?
6    A.   It could happen once or twice a day.  It's
7  possible it could, because you wanted to make sure
8  that you had everything working because if you
9  didn't, then that's where you'd have rows of weeds
10  through that field.
11    Q.   Did you ever get Roundup? on your skin
12  while you were unclogging those nozzles?
13    A.   Yes, where I was cleaning them, the
14  nozzle.
15    Q.   Do you recall that happening every time or
16  just on occasion?
17    A.   Well, every time I had to clean it, then I
18  did get it wet, my fingers and my hand, but I never
19  got any on my T-shirt or my jeans, just my hands.
20    Q.   And during this '96 to '03 time frame,
21  when you were using the 400-gallon sprayer, would
22  you also do just one pass over the entire farm field
23  or did you spray more often than that?
24    A.   Normally got done with one pass, but if
25  you would spray early in the season, then kill that

Page 169

1  first group of weeds, but if it was raining a lot
2  and it was wet, then some weeds would sprout and
3  come up, and I'd have to go back late in, say,
4  August to do it one more time.
5    Q.   And about how long would it take you to do
6  that full one Roundup? application of the 300 acres?
7    A.   I did all the Roundup?.
8    Q.   Right.  And maybe I didn't ask a good
9  question.
10       What I'm trying to figure out is how long
11  did it take you to do the -- you said that you would
12  do one full pass a year of all 300 acres.  How long
13  would that take you when you were the using the
14  400-gallon sprayer?
15    A.   How many days you're referring to?
16    Q.   Sure, days or hours, whatever the number
17  is.
18    A.   Yeah.  Well, let's say the days because I
19  may have to not be out there if it's just windy and
20  gusting and I'm not getting the product down on the
21  weeds, so I would stop at 1 o'clock or 2 o'clock or
22  whatever.
23       But, anyway, it took time.  It took a lot
24  more time for my operation because I had a small
25  sprayer.  This guys now with propels, oh man, they

Robert L. Dickey

Page 170

1  can just get in there and just take care of it in no
2  time, but with my size, I had to spend a couple of
3  days in each field, and the fields could be 80 acres
4  or something like that.
5       Because sometimes I couldn't get out in
6  the morning because the dew would be heavy, and you
7  can -- it's better, you get better product or it
8  was -- be easier if I could go out there after the
9  moisture was on the leaves.
10     Q.  Uh-huh.  And you wouldn't be able to
11 approximate a number of hours that you spent each of
12 these days spraying because you may have had to stop
13 because of rain or wind or do something else, right?
14     A.  Yes.
15     Q.  And when you were out there you said a few
16 days per about 80 acres, that was not continuous
17 spraying, was it?
18       I think you testified it took you about a
19 few days to do a full pass of about 80 acres, and
20 that would -- that was not continuous spraying,
21 right?
22     A.  No.
23     Q.  Okay.  Because, as you said, you had a --
24 only a 400-gallon tank --
25     A.  Right.

Page 171

1      Q.  -- so you would have to stop, return, mix,
2  go back out, and maybe even do other work, right?
3      A.  Yes.
4      Q.  All right.  Have we hit or addressed the
5  ways in which you've applied Roundup? or other
6  glyphosate-based herbicides to the farm, to the row
7  crop ground, from -- I guess it's just soybeans,
8  from 1975 or '76 to 2003?
9      A.  Did I use Roundup??
10     Q.  No, let me -- I probably confused you with
11 a long question.
12       We've discussed how you've used the hand
13 sprayer --
14     A.  Yes.
15     Q.  -- whether it was 1 or 2 gallons?
16     A.  Yes.
17     Q.  The bean buggy?
18     A.  Yes.
19     Q.  And the 400-gallon sprayer in order to
20 apply Roundup? or other glyphosate-based
21 herbicides --
22     A.  Yes.
23     Q.  -- to your soybean crop from 1975 or
24 '76 to 2003.
25     A.  Yes.

Page 172

1      Q.  Has there been any other ways in which
2  you've applied Roundup? or other glyphosate-based
3  herbicides to your soybeans or corn if you ever use
4  it on your corneal?
5      A.  I always use the Roundup?.
6      Q.  On the soybeans?
7      A.  Right.
8      Q.  Okay.  And have we discussed all the ways
9  in which you've applied Roundup? to your soybeans?
10     A.  I did the soybeans myself, and I would
11 commercially hire self-propel come in to do the
12 corn, okay.  And I wanted him to utilize the
13 Roundup? as well because I liked the product.
14     Q.  On the corn?
15     A.  Yes, both of them.
16     Q.  But you didn't spray the corn yourself?
17     A.  No.
18     Q.  Okay.  Have you applied Roundup? to your
19 soybeans in any other way that we have not
20 discussed?
21     A.  I think I covered it.
22     Q.  All right.  We also talked about how you
23 sprayed with a handheld sprayer around the
24 buildings --
25     A.  Yes.

Page 173

1      Q.  -- and around the homestead.  You do it
2  about once a week for a four hours about four months
3  of the year.  Did that same practice that you
4  testified to earlier continue up until the present?
5      A.  Yes.
6      Q.  So when was the last time you personally
7  went out and sprayed Roundup? around the buildings
8  and so forth?
9      A.  Within the week.
10     Q.  As in last week?
11     A.  Yes.
12     Q.  Did you wear gloves?
13     A.  Yes.
14     Q.  As you were mixing as well?
15     A.  Chemical gloves up to my elbows.
16     Q.  And did you wear those while you were
17 mixing and applying?
18     A.  Yes, and I wore boots that were up to my
19 knees.
20     Q.  When did you start wearing chemical gloves
21 and boots to your knees?
22     A.  I should have done sooner, but -- well, I
23 know for sure 2016, then I read more about it and
24 that's when I said I'm gonna do that and my
25 employee's gonna do it.

Robert L. Dickey

Page 174

1    Q.   And so from 2003 to the present, about how
2  much time, whether it's per month or per year, do
3  you spend on average spraying Roundup? in whatever
4  areas you spray it?
5    A.   Few hours once a week, maybe a half day
6  during the week, because I was doing small areas and
7  I had two gallons to take with me.
8    Q.   And would that be a few hours once a week
9  during the summer months?
10   A.   Yes.
11   Q.   And it's pretty much been that same way
12 from 2003 to the present?
13   A.   Yeah -- yes, I'm sorry.  Yes.
14   Q.   Now, when we say summer months, are we
15 talking about May, June, July, August or June, July,
16 August or June, July, August, September?
17   A.   Depending on the frost, but didn't do much
18 in May because this year it was a cold month of May.
19 Wasn't a lot of weeds going on, there wasn't much
20 planting going on either in Nebraska or the midwest.
21      But I would say June, July and August and
22 possibly September.  We normally get a frost in
23 September, okay, and as soon as we got a frost,
24 well, there went the broadleaves.
25   Q.   And we -- you testified earlier that you

Page 175

1  did not start wearing gloves until about 2016, if
2  you think about from 1975 or '76, until when you had
3  the farm sale in 2003, what type of clothing would
4  you wear while you were mixing the Roundup? and then
5  you were out applying it?
6    A.   What should I have done during that --
7    Q.   No, no, what did you wear?
8    A.   What did I wear?
9    Q.   Just your normal clothes, what -- what
10 clothing did you wear from 1975 or '76 to 2003, when
11 you were mixing the Roundup? and then applying it?
12   A.   I'd have a cap on, commonly wore a cap,
13 and I would have a shirt on.
14   Q.   Long- or short-sleeve or depended on the
15 weather?
16   A.   I'd prefer short, like a T-shirt myself.
17   Q.   And then if it was cold, you'd have a
18 long-sleeve shirt or a jacket on?
19   A.   Yep -- yes, sorry.
20   Q.   Okay.
21   A.   Then jeans, and I had boots, leather
22 shoes, because I'm in the livestock business, so I
23 wore leather boots.
24   Q.   Are they steel-toed?
25   A.   No, I didn't have that.

Page 176

1    Q.   Are they waterproof?
2    A.   I don't know.
3    Q.   And that was your same attire that you
4  wore basically from the beginning of your farming to
5  the end of your farming, right?
6    A.   Exactly.
7    Q.   And was it your practice that at the end
8  of the day, you would toss your shirts or -- and
9  jeans in the laundry to be washed?
10   A.   Yes, and my wife, she would always take
11 that -- take it for me, okay, but she would have to
12 pick up, you know, those soaked T-shirts that I had
13 of the Roundup?, which now I didn't really like
14 that, but she always did the clothing for me,
15 always.
16   Q.   And when you say that soaked T-shirt,
17 you're talking about the one time on the bean buggy,
18 right?
19   A.   Yes.  That was the worst time.  I think --
20   Q.   Go ahead.
21   A.   But I think, you know, as I was driving
22 into the wind, I'm sure it was collecting on my
23 jeans and my shirt, not soaked, but the fumes were
24 gathering there, just like they were in my lungs.
25   Q.   Now, from 2003 to the present -- present,

Page 177

1  after you had the farm sale, was that the same type
2  of clothing that you've worn when you've mixed and
3  applied Roundup?, a T-shirt, long- or short-sleeved
4  depending on the weather, jeans and leather boots?
5    A.   After 2016 I wear everything.
6    Q.   No, I'm sorry, that's a good -- that's a
7  good clarification.
8       From 2003 until 2016 --
9    A.   Okay.
10   Q.   -- so before you started wearing your
11 chemical gloves and the high boots, did you wear the
12 same clothing that we just talked about?
13   A.   Yes.
14   Q.   Do you have any of the training materials
15 that you would have received for your herbicide or
16 pesticide license?
17   A.   I haven't.  I did during the period, you
18 know, of '63 when I started farming, until 2003,
19 because I had to do that in order to purchase
20 herbicides, but I don't do that now.
21   Q.   And you testified that you would try to
22 avoid windy days if you could when applying the
23 Roundup?, right?
24   A.   Uh-huh, yes.
25   Q.   Do you know, do you recall what the label

Robert L. Dickey

Page 178

1 recommends weather-wise with respect to spraying
2 Roundup??
3     A.   Weather-wise?
4     Q.   Yeah, as in the weather.  Do you recall if
5 the label said anything about the type of weather
6 that you should and should not spray in?
7     A.   Yes, you couldn't apply it if it was going
8 to rain or -- and whenever I knew it was coming, I
9 wanted to shut it down because then, according to
10 the label, it was gonna pour it off and then I'd
11 have to start over again.  So if I saw it, you know,
12 an hour or two, I would shut down.
13     Q.   In this area, let's talk just for a few
14 minutes about the -- not the farm ground, but how
15 you would spray around the buildings and around
16 the -- the home and whatnot.
17          Describe exactly those areas where you've
18 sprayed Roundup?, not on the farm, but around kind
19 of the buildings and so forth.  What buildings are
20 we talking about?
21     A.   Yes.  I would go into fences because I
22 would have cattle livestock, okay, and the weeds
23 would come up in the fences, okay, so I would spray
24 along the fences.
25     Q.   Okay.  And I'm going to -- okay, I'm

Page 179

1 gonna -- okay.  I may cut you off as we go just so
2 we can break this down a little bit.
3          Do you know how many feet of fence line
4 you have that you used to spray, or acres or someway
5 to estimate how much fence line it was?
6     A.   The area near the cattle's fence, inside
7 the fence where the cattle are, there's no weeds
8 there because they're -- tramp them down, standing
9 on them.  They might even eat them if they're still
10 there, but I would have to spray from the middle of
11 the fence because they could stick underneath there
12 and get halfway through, but then I would go from
13 there and go at least 2 feet, possibly 3 feet,
14 because after that, I could take a lawn mower and --
15 John Deere lawn mower that we can go and mow it off.
16     Q.   And can you estimate the size or the
17 length of that fence line that you're talking about?
18     A.   We built new ones, I should know exactly
19 because we do those railroad ties and put them info
20 posts and they were heavier than heavy, but if I had
21 to say, comparing it to a football field, okay, I'm
22 trying to picture it in my mind, you know, I would
23 say that it could be 25, 30 yards.
24     Q.   And about how long would it take you to
25 spray that 25 or 30 yards of fence line?

Page 180

1     A.   It would go quite fast because -- I'm
2 talking about minutes maybe -- if you're talking
3 about four wide, so it'd be about a hundred yards,
4 you know, spraying, right, because it's 25 on one
5 side, so you gotta complete a hundred yards, I could
6 spray that within an hour, hour and a half.
7     Q.   All right.  Then you testified that there
8 were some buildings that you sprayed around?
9     A.   Yes.
10     Q.   What buildings were those, the hog
11 building?
12     A.   Yes.
13     Q.   Any other buildings?
14     A.   They're old buildings, like --
15     Q.   Like a barn?
16     A.   Yeah, barn, it could be a chickens' house
17 at one time, a couple buildings where we store
18 everything we might need down the road for fences
19 and so on, so at one time I used to raise baby
20 calves where I used the hogs outside, then we all
21 put them in inside, then I went and started buying
22 young calves and, of course, those are outside and
23 we'd have to spray around those.
24     Q.   And about how big is the hog building?
25     A.   How big is the hog --

Page 181

1     Q.   Yeah, do you know how many square feet it
2 is by chance?
3     A.   I don't know.  We have one, what I call
4 the home place, I have two buildings on the pig
5 farm, but I could do that faster than the hour
6 and a half on the cattle, maybe half or fourth.
7     Q.   How long would it --
8          MR. DOMINA:  One building or three?
9          THE WITNESS:  Three buildings because
10 they're -- they're not nearly as big as the
11 25-by-25-by-25.  So I could do it in an hour for
12 sure, and I do it every year, of course.
13 BY MR. LARSEN:
14     Q.   How long would it take you to do the other
15 buildings?
16     A.   I'm not sure.
17     Q.   Did you spray any other areas around the
18 homestead or the -- the -- you know, the pig farm
19 other than the buildings and the fence line?
20     A.   Maybe the lane, you know, where they come
21 in or maybe around the mailbox, you know, out on the
22 road.
23     Q.   Would that be pretty quick?
24     A.   Oh, yeah, yeah.
25     Q.   When you say the lane, are you kind of

Robert L. Dickey

Page 182

1  saying the driveway?
2     A.  Yeah, driveway, but it may be my
3  home place.  It's like a block or less, then the
4  other farm is -- could be three, four blocks, that
5  lane.
6     Q.  Any other areas around the home or the pig
7  farm where you spray the Roundup? or you have over
8  the years?
9     A.  Are you speaking from '63, or is this for
10  '75 or '76?
11    Q.  Yeah, '75 or '76.
12    A.  Yeah, well the one time on what I call the
13  pig farm, I built eight 1,000 head pig buildings,
14  okay, so then I'd have to go and do that at that
15  time, but I sold those.
16    Q.  Any other places around the home or the
17  pig farm where you sprayed Roundup? or any other
18  glyphosate-based herbicide from '75 or '76 to the
19  present?
20    A.  There'd be maybe six or seven other old
21  buildings around, machine sheds, that type of thing
22  that we'd utilize.
23    Q.  Is it fair to say some of those buildings
24  are in existence now and some aren't?
25    A.  Yeah, yes.  Sorry.

Page 183

1     Q.  We're talking a long period of time,
2  that's why I'm trying to figure out what exists and
3  what doesn't.
4        And currently you just have the fence
5  line, the hog buildings, the driveway, the mailbox,
6  and then you said you have a barn, right?
7     A.  Yes, yes.  And down where we call the
8  home, we have a nice machine shed there for some
9  things, need to go around that as well.
10    Q.  All right.
11    A.  Then around bin sites, you know, I rent
12  out some bins, if you recall.
13    Q.  And you've sold the bins site -- the bins,
14  right?
15    A.  I rent them out.
16    Q.  Oh, you still have them?
17    A.  Yeah, I still have them.
18    Q.  Do you spray the bins once a year as well?
19    A.  Yeah, we go around and spray them.
20    Q.  About how long does it take to spray the
21  bins?
22    A.  An hour at the most each year, not a lot
23  of time.
24    Q.  Okay, all right.  I'm picking up a piece
25  of paper that your attorney put here that I think

Page 184

1  is -- it's titled Roundup? Exposure Summary.
2           MR. DOMINA:  There are three of them
3  I think.
4           MR. LARSEN:  Let's mark that as
5  Exhibit 2.
6           (Exhibit 2
7           marked for identification.)
8  BY MR. LARSEN:
9     Q.  I don't think it'll take too long to go
10  through this.  I know we've been on the record for a
11  while.  Do you mind if we finish this before we take
12  a break, if that's okay with everyone?
13    A.  That's fine with me.
14           MR. DOMINA:  I'm gonna stand up for a
15  minute only because I'm tired of sitting down.
16  BY MR. LARSEN:
17    Q.  All right.  I've handed you what's been
18  marked as Exhibit 2.  What is this document?
19    A.  With my Roundup? Exposure Summary sheet.
20    Q.  And is this something that you put
21  together?
22    A.  With my lawyer.
23    Q.  All right.  Let's just go through and make
24  sure I understand how to view this.
25    A.  Sure.

Page 185

1     Q.  In the first row it says '75 to 7 -- or
2  '75 or '76 to 1985; the type or use would be field
3  walking with the crew.
4     A.  Yes.
5     Q.  And you say they're filling sprayers,
6  et cetera.
7     A.  Yes.
8     Q.  That is the either 1- or 2-gallon sprayers
9  that we talked about, right?
10    A.  Yes.
11    Q.  Okay.  And your estimate is about 30 days
12  per year that you would use it?
13    A.  Yes.
14    Q.  And then in the right-hand side it says --
15  or the next column over, six to seven hours per day?
16    A.  Yes.
17    Q.  And we did establish or you testified that
18  there's not six to seven hours of continuous
19  spraying, correct?
20    A.  Not continuous, but we're in the -- out in
21  the field, but not spraying constantly, yes.
22    Q.  So if we look at that number of 1800 to
23  2100 hours, that would not be of continuous
24  spraying, correct?
25    A.  Correct.

Robert L. Dickey

Page 186

1    Q.   And then you testified consistent with
2  what it says on the right column, that shoes, you
3  wore leather boots, right?
4    A.   Yes.
5    Q.   Jeans?
6    A.   Yes.
7    Q.   A short-sleeve shirt.  It doesn't say
8  here, but if the weather was colder, you'd wear a
9  long-sleeve shirt or a jacket?
10    A.   Yes.
11    Q.   Okay.  No gloves and no goggles, correct?
12    A.   Yes.
13    Q.   And then from '86 to '95, if we go down to
14  the next row, that's where you primarily used the
15  bean buggy, right?
16    A.   Yes.
17    Q.   And that was used between May and August
18  you estimated about 30 days per year?
19    A.   Yes.
20    Q.   Then, again, if we go to the right-hand --
21  the next column over, six to seven hours per day,
22  again, that is not of continuous spraying, correct?
23    A.   Correct.
24    Q.   So if we go to the bottom of that where it
25  says 2100 to 2400 hours, that does -- that is not of

Page 187

1  continuous spraying, correct?
2    A.   Correct.
3    Q.   All right.  And then from '96 to 2003, you
4  used the 400-gallon field sprayer that we've
5  discussed, right?
6    A.   Yes.
7    Q.   And during that period of time, from
8  '96 to 2003, there is some time in that time period
9  where you used generic -- a generic brand of
10  glyphosate-based herbicide instead of Roundup?,
11  correct?
12    A.   Some, sometimes.
13    Q.   And in this summary of your exposure in
14  this row, from '96 to 2003, you're including
15  exposure to all glyphosate-based herbicides, not
16  just Roundup?, correct?
17    A.   Yes, it was all Roundup?.
18    Q.   Well, you -- but you also used some
19  glyphosate-based herbicides --
20    A.   Some.
21    Q.   -- that was not Roundup?, right?
22    A.   Mostly.
23    Q.   And but my question is --
24    A.   Yes.
25    Q.   -- in this row, you are taking into

Page 188

1  account the amount of Roundup? plus the generic that
2  you used in this time period, correct?
3    A.   Yes.
4    Q.   Okay.  So if we look at the top of the
5  page where it says Roundup? Exposure Summary, it
6  would be more correct to say Roundup? exposure and
7  generic glyphosate-based herbicides summary,
8  correct?
9    A.   Correct.  It is a small, small amount.
10    Q.   And, again, if we look at the amount of
11  the hours per day, again, that's not continuous
12  spraying, right?
13    A.   Right.
14    Q.   So this number of 640 hours, is not
15  continuous spraying?
16    A.   Right.
17    Q.   All right.  If you'll turn the page
18  please, from 1975 to 2015, you have the hand sprayer
19  buildings, some ditches, fence rows to protect
20  brome.  Is that just a typo, should it say home or
21  should that say brome; is that right?
22    A.   There's brome along the road, okay.
23    Q.   Oh.
24    A.   And I really like the brome rather than
25  have weeds, and brome are really -- they will hang

Page 189

1  in.  They'll kill out the weeds, they will, so I
2  want to protect the brome, yes, yes.
3    Q.   And according to this, you would use it
4  about once a week.  Now, this says four to five
5  months a year, just a few minutes ago when you were
6  testifying you testified it was three to four months
7  a year.  Which is more accurate:  Three to four
8  months a year, or four to five months a year?
9    A.   Well, I think I mentioned it depended on
10  the frost.  You know, if the frost will go into
11  October 1st, then that will add you, you know, that
12  fifth month.  Does that make sense?
13    Q.   So it could be three to four times in a
14  year, and it could be -- I'm sorry, strike that, let
15  me start over.
16         Depending on the weather, specifically the
17  frost --
18    A.   Yes.
19    Q.   -- and maybe rain --
20    A.   Yes.
21    Q.   -- it could either be three to four
22  times -- three to four months a year, or four to
23  five months a year; is that correct?
24    A.   Yes.
25    Q.   And, again, if we go to the next column to

Robert L. Dickey

Page 190

1  the right, it says 3200 to 4,000 hours; that is not
2  of continuous spraying?
3      A.  I agree.
4      Q.  So if we were to look at the total,
5  7,740 to 9,140 hours, if we were to look at and
6  really take the number of hours that you were
7  actually spraying, it would be a number less than
8  that, right?
9      A.  Yes.
10     Q.  We've talked today about two separate
11  conversations that you had with Monsanto employees:
12  One at a local co-op I believe --
13     A.  Yes.
14     Q.  -- in 1975, and one at the
15  Commodity Classic.
16     A.  Yes.
17     Q.  Have you had any other conversations with
18  any Monsanto employee about Roundup? branded
19  products?
20     A.  No.
21         MR. DOMINA:  Are you off the chart
22  and ready for a break?
23         MR. LARSEN:  Yes, let me just do a
24  couple more questions, if that's okay --
25         THE WITNESS:  That's fine.

Page 191

1         MR. LARSEN:  -- and then we'll to a
2  totally different subject --
3         THE WITNESS:  That's fine.
4         MR. LARSEN:  -- after the break.
5         THE WITNESS:  That's fine.
6  BY MR. LARSEN:
7      Q.  Over the years you've had third parties
8  spray products to control weeds on your corn, right?
9      A.  Yes.
10     Q.  And that third-party has used Roundup?
11  or glyphosate-based products on occasion, right?
12     A.  Yes.
13     Q.  And they continue to use those?
14     A.  Yes.
15     Q.  I'm just gonna go through quickly a couple
16  products, and just tell me if they seem familiar to
17  you and if you've used them.  I know we've talked
18  about a number of different products, but do you
19  recall ever using a product called Eraser?
20     A.  No.
21     Q.  Buccaneer?
22     A.  Yes.
23     Q.  Do you know what type of product it is?
24     A.  Phosphate.
25     Q.  Glyphosate?

Page 192

1      A.  Glysophate.  Sorry.
2      Q.  Do you know how often you used the
3  Buccaneer?
4      A.  Not very much because it's -- I usually
5  purchase the Roundup?.
6      Q.  All right.  Four more.
7      A.  Okay.
8      Q.  Envy??
9      A.  I don't know that one.
10     Q.  Halex? GT?
11     A.  No.
12     Q.  Flexstar GT?
13     A.  No.
14     Q.  Credit? 41 Extra?
15     A.  No.
16     Q.  Any idea what years you might have used
17  the Buccaneer?
18     A.  I would say within the last year.
19     Q.  Okay.  And this would have been your
20  personal spraying?
21     A.  Yes, yes.
22         MR. LARSEN:  All right.  Why don't we
23  take a break.
24         VIDEOGRAPHER:  The time is 2:07 p.m.
25  Counsel, we're off the record.

Page 193

1         (2:07 p.m. - Recess taken.)
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Robert L. Dickey

Page 194

1    (At 2:18 p.m., with parties present as
2 before, the following proceedings were had, to-wit:)
3         VIDEOGRAPHER:  The time is 2:18 p.m.
4    This is the beginning of Media No. 4.
5    Counsel, we're back on the record.
6         (Exhibit 3
7         marked for identification.)
8 BY MR. LARSEN:
9    Q.  Mr. Dickey, we're going to move now and
10 talk about your current health and your past medical
11 history.
12       We've marked as Exhibit 3 a photocopy that
13 your attorney made for us of your medication list,
14 and I note that you mentioned it's as of June of
15 2019, right?
16   A.  Yes.
17   Q.  All right.  I just want to go through
18 quickly each of these medications and just have you
19 describe for the record the purpose of the
20 medication, and when you first started taking it, so
21 you may be able to pronounce these better than I
22 can, and if not we can spell them for the court
23 reporter and she'll have the benefit of the exhibit.
24       What's the name of the first medication on
25 the list?

Page 195

1    A.  It's a statin.
2    Q.  And when did you first start taking it,
3 just to the best of your knowledge?
4    A.  Quite a few years ago, yeah.
5    Q.  Before you were diagnosed with
6 non-Hodgkin's Lymphoma?
7    A.  Oh, yes.
8    Q.  And what -- what is the purpose of that
9 medication?
10   A.  I'd say for my cholesterol.
11   Q.  So it's a cholesterol --
12   A.  Yes.
13   Q.  -- to help keep your cholesterol low?
14   A.  Yes, yes.
15   Q.  What's the second one?
16   A.  For the heart.
17   Q.  Okay.  And it's called Carvedilol?
18   A.  Uh-huh.
19   Q.  That's a yes?
20   A.  Yes.
21   Q.  Okay.  And that's heart medication?
22   A.  Pardon?
23   Q.  It's a heart medication?
24   A.  Yes.
25   Q.  And did you start taking that before your

Page 196

1 non-Hodgkin's Lymphoma diagnosis?
2    A.  Yes.
3    Q.  And I think we already have on the record
4 that you were diagnosed with non-Hodgkin's Lymphoma
5 in December of '08; is that correct?
6    A.  Yes.
7    Q.  All right.  What about the next one down?
8    A.  That's to thin my blood, for my blood and
9 for my stroke, yes.
10   Q.  So has that one just been taken over the
11 past year or so?
12   A.  Since I would say '17.
13   Q.  Your stroke was in 2018, right?
14   A.  Yes.
15   Q.  All right.  The next one down is
16 Metformin HCL, and what's that for?
17   A.  I think I was borderline for my -- I can't
18 tell you the word.
19   Q.  If it's easier, what medical condition
20 does this address or relate to?
21   A.  I can't tell you.  I should tell you that,
22 but I can't tell you that.
23   Q.  All right.
24   A.  I --
25   Q.  And you don't need to guess.  If you don't

Page 197

1 know, you don't know.
2    A.  Okay.
3    Q.  That's okay.
4       The next one down, M-Y-R-B-E-T-B-I (sic).
5    A.  For bladder.
6    Q.  What's that one for?
7    A.  I have urgent bladder.
8    Q.  When did you first start taking this
9 bladder medication?
10   A.  This product here, I'm on a sample now
11 from my local doctor.
12   Q.  So let me ask you this:  When did you
13 start taking any type of bladder medication to
14 address this issue?
15   A.  I'd say a couple years.
16   Q.  After your non-Hodgkin's Lymphoma
17 diagnosis?
18   A.  Yes.
19   Q.  All right.  And you have vitamin C?
20   A.  Yes.
21   Q.  And a multivitamin?
22   A.  Yes.
23   Q.  What's the D3 vitamin for?
24   A.  I think they told me.  I'm not sure, but I
25 want to say for sunshine or for -- that.

Robert L. Dickey

Page 198

1    Q.  And the baby aspirin, is that -- that's a
2  blood thinner as well?
3    A.  Yes.
4    Q.  When did you first start taking the baby
5  aspirin?
6    A.  Well, they first told me when I had the
7  stroke not to do aspirin, but then we do blood tests
8  about every six months, and they told me that I
9  needed to start doing the baby aspirin.
10       During my life I always had the 325, the
11  max aspirin, I've had that for years, but now I'm on
12  that blood thinner, and so I don't -- I can't do
13  that they told me, just a small one, a baby one.
14    Q.  How long have you been taking fish oil?
15    A.  Seven years, I guess.
16    Q.  What's the purpose of that?
17    A.  Supposed to be better for my health.
18    Q.  And what are nitro tabs?
19    A.  Well that's in case I have heart problems,
20  my chest, my neck and so forth.  And I carry that
21  with me all the time, but I've never had the cap off
22  of it.
23    Q.  So that's in case -- that's something to
24  take if you are having some type of heart condition
25  and you need to take something quickly?

Page 199

1    A.  Yes.
2    Q.  Okay.
3    A.  And I started in 2001, when I had that
4  angina.
5    Q.  All right.  Let's put your non-Hodgkin's
6  Lymphoma to the side for a minute because we'll
7  discuss that by itself.
8       But besides the angina in 2001, have you
9  had any other what you would consider serious health
10  conditions?
11    A.  At that time?
12    Q.  As an adult, I should say as an adult.  In
13  your adult years, have you had any serious medical
14  conditions other than the angina in 2001 and your
15  non-Hodgkin's Lymphoma in 2008?
16    A.  Nothing big.  I had carpal tunnel and I
17  had C-pap, you know, for sleeping, but nothing big.
18    Q.  You did have the stroke?
19    A.  Yes.
20    Q.  Okay.  And that was in 2018?
21    A.  Yes.  Oh, I thought you meant before 2001.
22    Q.  No, I'm sorry, I -- I was just putting the
23  2001 angina to the side because we've already
24  discussed it, so let me ask it again.
25       Have you had what you would consider any

Page 200

1  serious medical conditions as an adult other than
2  your angina in 2001, the stroke in 2018, and your
3  non-Hodgkin's Lymphoma that was diagnosed in 2008?
4    A.  Yes.
5    Q.  What else?
6    A.  Blood clots in my leg and my lungs.
7    Q.  When did you have those?
8    A.  2017.  (Inaudible.)
9       COURT REPORTER:  I'm sorry, what?
10       THE WITNESS:  Hospital in Omaha.
11  BY MR. LARSEN:
12    Q.  Any other serious medical conditions as an
13  adult?
14    A.  Then the last one I had was the stroke in
15  '18.
16    Q.  Now, I want you to think about as a child,
17  a teenager or a young adult, okay?
18    A.  Yes.
19    Q.  Have you had any what you would consider
20  to be serious health conditions?
21    A.  None.
22    Q.  Have you been diagnosed with any type of
23  cancer other than your non-Hodgkin's Lymphoma?
24    A.  Yes.
25    Q.  What type?

Page 201

1    A.  Dermatologist, skin.
2    Q.  How many times have you been or have you
3  had skin cancer?
4    A.  I go in every six months, and if I have to
5  get inside my skin and take it out, then I have to
6  go in four months.  So seems like the older I get,
7  the faster I'm going to be going to the --
8    Q.  Do you remember the first time that you
9  had any kind of skin cancer removed by a
10  dermatologist?
11    A.  Can't tell you what year it is, but I've
12  been going there for quite a few years.
13    Q.  Do you recall any instances in which you
14  went to the dermatologist and he treated you for
15  some skin cancer before you were diagnosed with
16  non-Hodgkin's Lymphoma?
17    A.  If I had to guess, I would guess that's
18  2004, the first time that I saw my dermatologist,
19  but I'm not positive.
20    Q.  And at that time he told you you had some
21  skin cancer he needed to get rid of?
22    A.  Yes.
23    Q.  Where was that area on your body that he
24  addressed in 2004 or whenever the first time was?
25    A.  Seems to me my face, on top of my head.

Robert L. Dickey

Page 202

1 Here you can see kind of a dent right here, he went
2 in there.  My ears, my top of my head, necks, yeah,
3 and some, you know, on this area on my arms
4 (indicating).
5     Q.   So it sounds like you've had some areas of
6 what he told you were skin cancer removed from
7 different areas of your body --
8     A.   Yes.
9     Q.   -- is that fair?
10         Did he tell you what he believed what
11 caused any of that skin cancers?
12     A.   Sunlight.
13     Q.   Did you have any -- if you think about all
14 the areas where he's addressed some skin cancer on
15 your body, have any of the areas been on a part of
16 your body that, when you've been working outside,
17 have generally been covered up?
18     A.   It hasn't always been covered up.
19     Q.   Okay.  I guess maybe I didn't -- so can
20 you think of any area of your body where he's told
21 you you had skin cancer that wasn't a part of your
22 body that would typically be covered up by your
23 shirt or your pants while you were working out in
24 the field?
25     A.   There are some areas of my major areas:

Page 203

1 My face, my ears, my top and my hands, arms.
2     Q.   But you've had some other areas of skin
3 cancer in areas that may have been covered up
4 generally by your shirt when you were working?
5     A.   Yes.
6     Q.   Now, you said one of the areas was on the
7 top of your head?
8     A.   Yes.
9     Q.   Have you typically worn a cap when you've
10 been out in -- working on the farm?
11     A.   Yes.
12     Q.   And would that have been from 19 -- I
13 guess the '60s to the present?
14     A.   Yes.
15     Q.   Okay.  So was that area on the top of your
16 head generally covered up when you're out working?
17     A.   On my top of my head, yes.
18     Q.   Yes.
19     A.   Yes.
20     Q.   And was the top of your head one of the --
21 was that the first area that was addressed by your
22 dermatologist, or was that later on if you remember?
23     A.   I don't recall.
24     Q.   Do you recall the doctor telling you that
25 one on top of your head, was it squamous or basal

Page 204

1 cell carcinoma, if you remember?
2     A.   That's in my records I'm sure.
3     Q.   Have you had the same dermatologist the
4 whole time that you've had any of these areas of
5 skin cancer addressed?
6     A.   Do I have the same doctor?
7     Q.   Yes, same dermatologist.
8     A.   Yeah, go to the dermatologist, yeah, same
9 company.
10     Q.   Yeah, okay.  So it's the dermatologist who
11 has helped you out with all of these different areas
12 of skin cancer, right?
13     A.   Yes.
14     Q.   And what's the name of that dermatologist?
15     A.   Midwest Dermatologist (sic), Norfolk,
16 Nebraska.
17     Q.   And have you seen different doctors at
18 Midwest Dermatology?
19     A.   Primarily just two.  One retired, my older
20 friend, John Luckasen; then my young one just came
21 on, the new man as a young person.
22     Q.   Sure.  And what was the guy's name who
23 retired, Dr. Luck?
24     A.   Luckasen from Omaha, John Luckasen.
25 Pretty sure that's right.

Page 205

1     Q.   And what's the new doctor's name, if you
2 remember?
3     A.   I should know that.
4     Q.   If not, that's fine.
5     A.   I can get that to you real easy.
6     Q.   That's okay.
7     A.   Papenfuss maybe.  Yeah, I think so.  Kind
8 of coming through.
9     Q.   Have you had any other type of cancer
10 other than the various skin cancers and your
11 non-Hodgkin's Lymphoma?
12     A.   No.
13     Q.   Have you had any type of issue with HIV or
14 aids or Crohn disease?
15     A.   No.
16     Q.   What about Lupus?
17     A.   No.
18     Q.   Any rheumatoid arthritis?
19     A.   No.
20     Q.   Celiac disease?
21     A.   No.
22     Q.   Ulcers?
23     A.   No.
24     Q.   Okay.  Thinking about your skin, did you
25 ever go see a dermatologist or other medical

Robert L. Dickey

Page 206

1 professional for any eczema or cirrhosis?
2    A.  Not to my knowledge.
3    Q.  Have you ever been diagnosed with
4 diabetes?
5    A.  Yeah, the biletis (phonetic) was the
6 borderline, possible borderline, okay, but we keep
7 checking that and I'm still okay.  And that's one of
8 the products on there, the one I couldn't tell you.
9    Q.  That's okay.  When was the first time that
10 they said you were maybe borderline for diabetes?
11    A.  I'd say within the last two years.
12    Q.  Have you ever been diagnosed with
13 Hepatitis B or C?
14    A.  No.
15    Q.  Have you ever had a doctor tell you that
16 you should change your diet or lose weight?
17    A.  Yes.
18    Q.  Do you recall the first time you had a
19 doctor who told you that?
20    A.  Probably the first local doctor.
21 Dr. Dave Felber.
22    Q.  And did you engage in any kind of a diet
23 or exercise program in response to what the doctor
24 told you?
25    A.  No, not really.  My wife and I would go

Page 207

1 out to eat, and we'll each have half a steak or
2 whatever, half a meal.  Doing that more all the
3 time.
4    Q.  Have you ever had any issues with
5 inflammatory bowel disease?
6    A.  No.
7    Q.  Now, other than any scans that you would
8 have had relating to your non-Hodgkin's Lymphoma,
9 have you had any other type of PET scans or CT scans
10 or MRIs?
11    A.  No.
12    Q.  Are you allergic to any medication that
13 you're aware of?
14    A.  No.
15    Q.  Had you had any hospitalizations prior to
16 your non-Hodgkin's Lymphoma diagnosis?
17    A.  Well, I was in the hospital in 2001, when
18 I had angina.
19    Q.  And is that the only hospitalization that
20 you had before your non-Hodgkin's Lymphoma
21 diagnosis?
22    A.  Before 2008?
23    Q.  Yes.
24    A.  Yes.
25    Q.  Now, in addition to the hard work on the

Page 208

1 farm, did you have any type of other routine
2 exercise program before December of 2008?
3    A.  Exercise?
4    Q.  (Nods head.)
5    A.  Additional?
6    Q.  (Nods head.)
7    A.  No.
8    Q.  Has your diet changed much since 2008 to
9 the present?
10    A.  No.
11    Q.  Just describe your basic breakfast, lunch
12 and dinner.
13    A.  Morning starts with almost always bowl of
14 oatmeal, glass of milk, and possibly orange juice
15 for the morning.
16        Noon, for lunch, probably have a sandwich
17 or -- and soup maybe, maybe salad, but not all three
18 of them for lunch.
19        Then we have the big meal at night:  Meat
20 potatoes, salad, a vegetable.  And if she has that
21 at noon, then we do the opposite thing for lunch in
22 the evening.
23    Q.  And these sandwiches, are they kind of
24 just normal processed meat-type sandwiches that
25 you'd have for lunch?

Page 209

1    A.  We get them in the grocery store.
2    Q.  Okay.  Just the little slices of
3 lunchmeat, right, that you buy at the grocery store?
4    A.  It may be ham, may be hot dog, brats.
5    Q.  And for dinner, the type of meat, is it
6 typically chicken, beef or pork, or what kind?
7    A.  I'm eating more chicken all the time now.
8    Q.  And before your non-Hodgkin's Lymphoma
9 diagnosis, did you eat more red meat?
10    A.  I don't know for sure, but today I prefer
11 to go -- from what I've read, eat more of the
12 chicken.
13    Q.  And you don't know whether before December
14 of 2008, you ate more red meat?
15    A.  I don't know that.
16    Q.  Do you drink alcohol?
17    A.  No, I don't drink alcohol.
18    Q.  Have you ever drank alcohol?
19    A.  No, I never have.
20    Q.  So your level of alcohol usage has not
21 changed over time; it sounds like you just never
22 drank at all?
23    A.  I drink tea, I guess you might say.
24    Q.  Or drink alcohol I'm referring to.
25    A.  I don't drink any alcohol, period.

Robert L. Dickey

Page 210

1   Q.   Do you currently smoke cigarettes?
2   A.   I don't smoke.
3   Q.   Have you ever smoked --
4   A.   No.
5   Q.   -- cigarettes?
6   A.   No.
7   Q.   Okay.  Do you current use chewing tobacco?
8   A.   No.
9   Q.   Have you ever?
10  A.   No.
11  Q.   Do you currently use any tobacco products:
12  Pipe, vaping, e-cigarettes, cigars?
13  A.   No.
14  Q.   Have you ever used any of those?
15  A.   No.
16  Q.   Have you ever used illegal drugs?
17  A.   No.
18  Q.   Have you ever smoked marijuana?
19  A.   No.
20  Q.   Now, how often do you get some type of an
21  infection?  And if you're thinking about it, I'm
22  talking about sinus infection, ear infection, upper
23  respiratory infections; do you get infections very
24  often?
25  A.   No.

Page 211

1   Q.   Would you say you get even one a year or
2   not even one a year?
3   A.   I don't think I have one a year, maybe one
4   every two or three years, but very seldom.
5   Q.   All right.  Let's talk family medical
6   history for a few minutes.  What's your father's
7   name, please?
8   A.   Ray S. Dickey.
9   Q.   Is he still living?
10  A.   No.
11  Q.   Do you remember what year he died?
12  A.   1964.
13  Q.   Do you know the cause of his death?
14  A.   Excuse me, 1975.
15  Q.   Okay.  Do you know the cause of his death?
16  A.   Cancer.
17  Q.   Do you know what kind?
18  A.   Colon.
19  Q.   Do you know if he had any other type of
20  cancer?
21  A.   Just colon.
22  Q.   Did he smoke cigarettes?
23  A.   No.
24  Q.   What's your mother's name?
25  A.   Marguerite.

Page 212

1   Q.   Last name Dickey?
2   A.   Yeah, Marguerite Lucille Dickey, yes.
3   Q.   Is she still living?
4   A.   No.
5   Q.   When did she pass away?
6   A.   A couple years ago.  She was a little over
7   a hundred.
8   Q.   That's fantastic.
9   A.   Yeah.  She was in a nursing home, but she
10  stayed on the farm for years.
11  Q.   So is your best recollection like 2015 or
12  '16?
13  A.   Just a couple years ago is when she passed
14  away.
15  Q.   Do you know her --
16  A.   She had cancer of bladder -- bladder at
17  one time.
18  Q.   Do you know if she had any other type of
19  cancer?
20  A.   Not to my knowledge, other than that.
21      MR. DOMINA:  December 19, 2016.
22      THE WITNESS:  That would be correct.
23      MR. DOMINA:  Date of death.
24      THE WITNESS:  That would be exactly
25  2016.  A couple years ago, okay, good.

Page 213

1       MR. LARSEN:  Was that the power of
2   Google, I take it?
3       MR. DOMINA:  It was.
4       THE WITNESS:  I need to borrow that.
5       MR. DOMINA:  I remember it happening.
6   I couldn't remember the date.
7       THE WITNESS:  Sure.  Yeah, you're
8   right on.
9   BY MR. LARSEN:
10  Q.   How many siblings do you have?
11  A.   I have two brothers and three sisters.
12  Q.   So why don't you just go from oldest to
13  youngest and tell me their names and how old they
14  are.
15  A.   Madonna Carda (phonetic).
16  Q.   How old is she?
17  A.   She is 78.
18  Q.   Has she ever had cancer, if you know?
19  A.   No, not to my knowledge.
20  Q.   Next?
21  A.   Virginia James in Omaha, and to my
22  knowledge, no cancer.
23  Q.   Age?
24  A.   About 73.
25  Q.   Next.

Robert L. Dickey

Page 214

1    A.  Be my brother Bill Dickey.  He lives in
2  Wayne, and he is 70.
3    Q.  Has he ever had cancer?
4    A.  No, not to my knowledge.
5    Q.  Next?
6    A.  Twins, brother and sister, Doris Kushner
7  (phonetic), in Lincoln, and she's never had cancer
8  that I know of.  Her brother Dennis Dickey, never
9  had cancer that I know of.
10    Q.  And how old are the twins?
11    A.  They'd be around 65.
12    Q.  That's it, right?
13    A.  That's it.
14    Q.  Do you know if any of your siblings have
15  ever used Roundup? or any glyphosate-based
16  herbicide?
17    A.  No.
18    Q.  And maybe I should be more clear.
19        Do you know they haven't or do you not
20  know one way or the other?
21    A.  Let me back up on that.
22    Q.  Yeah.
23    A.  My brother was in the bank.  My other
24  brother was a farmer, and I don't know for sure, but
25  I'm sure he has used herbicides, okay.

Page 215

1    Q.  Which brother is that?
2    A.  Dennis.
3    Q.  Does he farm here in this area?
4    A.  Yes.
5    Q.  And has he been a full-time farmer most of
6  his adult life?
7    A.  Yes.
8    Q.  What does he farm?  Is he a row crop like
9  yourself?
10    A.  Yes, corn and soybeans, yes.
11    Q.  Okay.  So you would suppose that he's used
12  Roundup?, you just can't say for sure?
13    A.  I'm guessing he does.
14    Q.  Have you ever discussed using Roundup?
15  with Dennis?
16    A.  No.
17    Q.  So you don't know if he still uses it?
18    A.  He could.  I'm not sure.
19    Q.  Did -- I know you -- you mentioned this to
20  Mr. Boysen (phonetic), if I remember, have you ever
21  told your brother that you think he should use
22  chemical gloves and the high boots if and when he
23  uses Roundup??
24    A.  On whose name was it.
25    Q.  On Dennis.  Have you ever --

Page 216

1    A.  Dennis Dickey?
2    Q.  Yeah.
3    A.  I don't know what he -- I don't know what
4  he wears.
5    Q.  Sure.  But I'm saying have you ever told
6  him, given him a call or told him in person that,
7  hey, brother, if you are using Roundup?, I think you
8  should wear chemical gloves and high boots; have you
9  ever told him that?
10    A.  I don't think I've talked to him about it.
11    Q.  And you don't know if any of your sisters
12  have used Roundup?, right?
13    A.  I think -- they don't.
14    Q.  They don't live on a farm?
15    A.  No.  They're in Omaha and two in Lincoln,
16  and my brother, Dennis, he also lives in Valley near
17  Omaha, so he spends a lot fishing and hunting.
18    Q.  Are you -- do -- if you know, do you know
19  of any of your aunts or uncles who have been
20  diagnosed with any type of cancer?
21    A.  I don't know.
22    Q.  Do you know if any of your grandparents
23  were ever diagnosed with any type of cancer?
24    A.  I don't know that either.  The
25  grandfathers, I've never met them.

Page 217

1    Q.  You don't remember your mom or dad ever
2  telling you, hey, Grandpa so and so or Grandma so
3  and so had some type of cancer?
4    A.  Not that I'm aware of.
5    Q.  All right.  Let's talk about your
6  non-Hodgkin's Lymphoma, and we talked earlier how it
7  was diagnosed in December of '08.  When did you
8  first start experiencing symptoms that ended up
9  being related to your non-Hodgkin's Lymphoma?
10    A.  When I was shaving one morning on my
11  right-hand side of my neck, where I was shaving,
12  well, there was a small bump there, and I never
13  thought anything about it, but after a couple days
14  it got more sensitive.
15        So then I called my local, Dave Felber,
16  told him that I needed to set up an appointment to
17  come and visit with him, and he told me that I
18  needed to go on and get some information from an
19  expert about what's possible in my neck.
20        At first he did took some me antibiotics,
21  maybe tried to get that behind us, and it did help
22  shortly, but then it went back when it was even
23  larger and more sensitive, so I was ready to go and
24  get a biopsy.
25    Q.  Do you know what month that was?

Robert L. Dickey

Page 218

1    A.  Probably in November I think because I
2 went and see a biopsy in November.
3    Q.  And at the time, Dr. Felber was your
4 primary care physician?
5    A.  Yes.
6    Q.  Did you have a primary care physician
7 before Dr. Felber?
8    A.  No.
9    Q.  So --
10    A.  Now, I do have a new one.  Sorry.
11    Q.  Okay.  So when did -- did Dr. Felber
12 retire?
13    A.  Yes.
14    Q.  Do you remember what year?
15    A.  Oh, boy.
16    Q.  If you don't, that's fine.
17    A.  If I had to guess, five years ago.
18    Q.  What's his first name, if you know?
19    A.  Now?
20    Q.  Do you know Dr. Felber's first name?
21    A.  Dave.
22    Q.  Does he live in this area?
23    A.  No, he lives in Omaha now.  His family's
24 there.
25    Q.  Who's your new primary care physician?

Page 219

1    A.  Recob, Sam Recob.
2    Q.  All right.  So what doctor did you go see
3 after you -- you know, the lump came back?
4    A.  Yeah, then went to see a biopsy from a
5 Smith, a Dr. Smith as I recall, to get a biopsy, and
6 if I recall, he sent that information to Dr. James
7 Armitage in Omaha at the University of Nebraska
8 center.
9    Q.  And was Dr. -- did Dr. Armitage end up
10 being your treating oncologist?
11    A.  Yes.
12    Q.  Have you seen any other oncologists?
13    A.  Yes.
14    Q.  Who else?
15    A.  Now I currently have Julie Bose, B-O-S-E,
16 in Omaha.
17    Q.  And Dr. Smith was an ear, nose and throat
18 doctor?
19    A.  I'm not sure.
20    Q.  Is he the one who did the biopsy?
21    A.  Yes.
22    Q.  So is he the one that gave you the cancer
23 diagnosis?
24    A.  Yes, at first.
25    Q.  And then he sent you to Dr. Armitage?

Page 220

1    A.  Yes, yes.
2    Q.  Did he remove the lump or just biopsy it?
3    A.  They did a biopsy at first, then later
4 they removed it.
5    Q.  So was it in December of 2008, that
6 Dr. Smith told you that you had non-Hodgkin's
7 Lymphoma?
8    A.  Uh-huh, yes.
9    Q.  Okay.  Did he tell you the subtype?
10    A.  Yes.
11    Q.  Okay.  Do you recall the name of the
12 subtype?
13    A.  It was a three, it was big cell,
14 Follicular Lymphoma.  And I asked what that was
15 because I had no idea.  He told me it was cancer in
16 the blood.
17    Q.  Did any of your doctors, whether it was
18 Dr. Felber, Dr. Recob, Dr. Smith, Dr. Armitage, or
19 Dr. -- is it Bose?
20    A.  Yes.
21    Q.  -- did any of them discuss the cause of
22 your non-Hodgkin's Lymphoma?
23    A.  Yes.
24    Q.  Which one?
25    A.  Dr. James Armitage.

Page 221

1    Q.  What did Dr. Armitage tell you with
2 respect to the cause of your non-Hodgkin's Lymphoma?
3    A.  Said we were going to go through
4 chemothy -- chemo -- chemotherapy.
5    Q.  Okay.  So he's the one that gave you the
6 treatment?
7    A.  Yes.
8    Q.  Okay.
9    A.  And I did that in Omaha.  Sorry.
10    Q.  Yeah, let me ask you this.  Maybe I didn't
11 ask a clear question.
12        Did Dr. Felber -- or let me start over.
13        Has -- have Dr. Felber, Dr. Recob,
14 Dr. Smith, Dr. Armitage or Dr. Bose ever told you
15 that he or she believes your non-Hodgkin's Lymphoma
16 was caused by exposure to Roundup? or glyphosate?
17    A.  No, they didn't say that.
18    Q.  Did any of those doctors tell you that the
19 cause of non-Hodgkin's Lymphoma is not known?
20    A.  We didn't go down that path.
21    Q.  So causation -- or you didn't ask about
22 cause and they didn't say anything --
23    A.  We didn't --
24    Q.  -- right?
25    A.  We didn't talk about it.

Robert L. Dickey

Page 222

1    Q.  And it was Dr. Armitage --
2    A.  Yes.
3    Q.  -- who treated your non-Hodgkin's
4 Lymphoma, right?
5    A.  Yes.
6    Q.  Okay.  What did he do to treat it?
7    A.  Chemo.
8    Q.  Do you know what type of chemotherapy by
9 chance?
10    A.  I think I had to do it about every three
11 weeks, to go in and take my chemo.
12    Q.  Do you remember when the chemotherapy
13 ended?
14    A.  March.
15    Q.  Of?
16    A.  Of 2009.
17    Q.  And at that point, did Dr. Armitage do a
18 scan of you or someone else do a scan?
19    A.  I think we did.
20    Q.  And what was the result of the scan in
21 March of 2009, if you know?
22    A.  They told me I had to keep coming back.  I
23 don't recall, it was every four months or six months
24 right away, and then got to be half a day and then a
25 year and so forth.  I go annually now.

Page 223

1    Q.  And did you have to come back every
2 quarter for what they referred to as maintenance
3 chemotherapy?
4    A.  Yes.
5    Q.  Do you know if they gave you a medication
6 called Rituxan?
7    A.  Yes, yes, for sure.
8    Q.  Do you recall Dr. Armitage telling you at
9 any point that your non-Hodgkin's Lymphoma was in
10 remission?
11    A.  I believe they think that I'm in
12 remission.  I am in remission.
13    Q.  So it's your understanding, as of today,
14 based on conversations with your doctors of course,
15 that you're currently in remission?
16    A.  Yes, at the moment, but Dr. Bose, as I was
17 just there a month or two ago, she said if you have
18 a problem, a small problem, I want to be the first
19 to know about it, because I was asking her about
20 treatments in the future.
21    Q.  And you go annually now?
22    A.  Yes.
23    Q.  Has any doctor given you any type of a
24 likelihood -- percentage likelihood or otherwise,
25 that your non-Hodgkin's Lymphoma will return?

Page 224

1    A.  I think it's possible.
2    Q.  Have the doctors told you it's possible or
3 not really said one way or the other?
4    A.  She told me if I got some issue problems,
5 get back to me right away.  I said I would.  What
6 they're concerned about is my neck, my groin, you
7 know.  And, boy, when I go in they check that out
8 really careful, which I'm happy that they do, but so
9 far so good.
10    Q.  Do you still have your port in?
11    A.  No.
12    Q.  Do you recall when it was removed?
13    A.  I don't know.
14    Q.  Were you able to work while you were
15 undergoing that chemotherapy from December of '08 to
16 March of '09?
17    A.  Could I work?
18    Q.  Yeah.
19    A.  Yeah, at that time I happened to be the
20 president of the National Corn Growers Association,
21 then I was in charge of the Commodity Classic and,
22 and my friends and my boards and everybody got in
23 behind me because I took a chemo before I went down
24 to the classic -- Commodity Classic, then I had one
25 waiting for me when I got home because that meeting

Page 225

1 is the last week of February.
2    Q.  And on a normal week when you would go in
3 to, I think you testified that you did the
4 chemotherapy every few weeks?
5    A.  Yeah, every about three weeks.
6    Q.  And after you received the chemotherapy,
7 did you take a day or two off work or were you able
8 to go right back to work?
9    A.  Well, I was fatigue and weak and -- but I
10 was up and about, but not doing a lot.
11    Q.  And I guess, though, at that time you were
12 not farming full time, were you?
13    A.  No.
14    Q.  Do you believe that exposure to Roundup?
15 caused or contributed to your non-Hodgkin's
16 Lymphoma?
17    A.  Yes.
18    Q.  When did you begin to believe that?  I'm
19 looking as close as you can date-wise.
20    A.  2016.
21    Q.  And why do you say that in 2016?  What led
22 you to believe that Roundup? was the cause?
23    A.  The World Health Organization.
24    Q.  That pamphlet that you got?
25    A.  Yes.

Robert L. Dickey

1    Q.   And do you recall how you came to get that
2  pamphlet?
3    A.   I'm not sure.  Just a pamphlet, nothing
4  big.  It's --
5    Q.   Was there anything else before that
6  pamphlet that caused you to believe that your
7  non-Hodgkin's Lymphoma may have been caused by
8  exposure to Roundup??
9    A.   I suspected after 2008.
10    Q.   And what made -- after 2008, why did you
11  suspect that Roundup? may have caused or contributed
12  to your non-Hodgkin's Lymphoma?
13    A.   In magazines, bulletins, information that
14  I received from, as I mentioned earlier,
15  Dr. James Armitage.
16    Q.   Uh-huh.
17    A.   He had information, too, that he shared
18  with me.
19    Q.   About non-Hodgkin's Lymphoma, right?
20    A.   Yes.
21    Q.   And was that while you were going through
22  chemotherapy?
23    A.   Yeah, I went through the chemo.
24    Q.   Right.  And so I guess my question is
25  during the time that you were undergoing your

1  chemotherapy from December of '08 to March of
2  2009 --
3    A.   Yes.
4    Q.   -- was it about in that time frame when
5  you began to suspect that Roundup? exposure may have
6  caused or contributed to your non-Hodgkin's
7  Lymphoma?
8    A.   I started to learn more about it because I
9  didn't know what the future was for sure.  In fact,
10  I have a good friend of mine that passed away.
11    Q.   From non-Hodgkin's Lymphoma?
12    A.   Yeah, with the same thing I had, that
13  Follicular Lymphoma.
14    Q.   What year did he pass away?
15    A.   If I had to guess, about 2012 maybe.
16    Q.   And was it before -- even before 2012 that
17  you began to suspect that Roundup? may have caused
18  or contributed to your non-Hodgkin's Lymphoma?
19    A.   Yes.
20    Q.   Would those suspicions and your
21  investigation have started sometime in 2009?
22    A.   Yes.
23    Q.   Do you recall anything specifically that
24  you haven't talked about already that you read, or
25  anything that you heard that caused you to believe

1  in that 2009 time frame, that Roundup? may have
2  caused on contributed to your non-Hodgkin's
3  Lymphoma?
4    A.   I don't know any more than what I've
5  shared.
6    Q.   What are you claiming that Monsanto did
7  wrong with respect to Roundup??
8    A.   I don't know what the future holds myself.
9    Q.   What do you think they should have done
10  differently?
11    A.   Well, based on what I've heard, what's
12  gone -- I don't know a lot about it, but what's been
13  going on in California.
14    Q.   And what do you believe that Monsanto
15  should have done differently, if anything?
16    A.   I don't know.
17    Q.   Do you have any opinions or personal
18  beliefs as to what Monsanto did wrong, if anything,
19  with respect to Roundup??
20    A.   In my mind, I believe they were wrong
21  based on what I've read.
22    Q.   Wrong in what way?
23    A.   Well, going back to that same pamphlet,
24  the World Health Organization.
25    Q.   Now, do you understand that all pesticides

1  and herbicides have some sort of risk?
2    A.   I think there's probably some risk, yes.
3    Q.   And that they -- they have the possibility
4  of affecting your health, right?
5    A.   Yes.
6        MR. LARSEN:  All right.  Let's mark
7  as Exhibit 4 a document titled Plaintiff Fact Sheet.
8        (Exhibit 4
9        marked for identification.)
10  BY MR. LARSEN:
11    Q.   Mr. Dickey, if you'll take a look at
12  Exhibit 4 and tell me if you've seen this document
13  before, please.
14    A.   Yes.  (Witness reviewing document.)
15        Yes, I've seen this.
16    Q.   And did you provide the information
17  contained in Exhibit 4?
18    A.   Yes.
19    Q.   Okay.  And if you'll look at the very last
20  page, Page 12 --
21    A.   Sure.
22    Q.   -- there's a typed-written signature.
23    A.   Robert Dickey at the top?
24    Q.   Yes.
25    A.   Yes.

Robert L. Dickey

Page 230

1    Q.   And since that's not your handwritten
2  signature, what I want to know is whether you
3  provided -- I assume if your attorney drafted this,
4  the actual information here, did you provide the
5  permission for this to be signed?
6    A.   Sure.
7    Q.   Have you done any electrical-type work out
8  on the farm or in your home?
9    A.   No.
10   Q.   Have you handled any kind of solvents on
11 the farm or in the -- around the home?
12   A.   No.
13   Q.   Have you done any type of metal working on
14 the farm or in the home?
15   A.   No.
16   Q.   What about painting?
17   A.   I paint a little bit, not very much.
18   Q.   Okay.  How often have you painted either
19 around the -- or around the home or at the farm?
20   A.   Outside I usually have my hired man do
21 that, okay, and my wife, she hires somebody for the
22 house, another lady.
23   Q.   But you've done some painting over the
24 years?
25   A.   Some, but not a lot.

Page 231

1    Q.   What have you painted, like the fence or
2  the barn or what?
3    A.   The fence, but I -- in speaking of the --
4  I have a hired man do that, okay, so I very seldom
5  do that.
6    Q.   Have you done any woodworking around the
7  house or at the farm?
8    A.   No, I don't do that.
9    Q.   Even like to fix a fence, do you have to
10 saw boards in order to fix a fence?
11   A.   I can do it, but I usually have a man to
12 do it.
13   Q.   Now, here on Page 5 --
14   A.   Okay.
15        MR. DOMINA:  Exhibit 4?
16        MR. LARSEN:  Yes.
17 BY MR. LARSEN:
18   Q.   -- under cancer history --
19   A.   Cancer history, okay, I -- okay.
20   Q.   -- Subsection C it states, approximately
21 when did you first begin experiencing symptoms of
22 non-Hodgkin's Lymphoma, and it says July of 2008.
23        Earlier I think you testified that you
24 remember first experiencing symptoms in November of
25 2008.  Just curious, as you're sitting here today

Page 232

1  and reading this, if you believe which of those two
2  may be the most correct?
3    A.   July seems early to me.
4    Q.   So you're thinking it's closer to
5  November?
6    A.   Yes.
7    Q.   And do you currently have medical
8  insurance?
9    A.   Yes.
10   Q.   And during the time that you were
11 diagnosed with non-Hodgkin's Lymphoma and went
12 through your chemotherapy, including the couple of
13 years of Rituxan, did you have medical insurance
14 during that period of time?
15   A.   Yes.
16   Q.   So did you have any responsibility for
17 out-of-pocket payments for medical expenses?  Now,
18 I'm not talking miles driving or hotels, I'm saying
19 just paying to the doctor him or herself or the --
20 did you have any responsibility for medical
21 payments?
22   A.   Nothing big.
23   Q.   So just maybe a co-pay?
24   A.   Perhaps.
25   Q.   Okay.  But the -- the insurance company

Page 233

1  covered the vast majority it sounds like --
2    A.   Yes.  I'm sorry, I interrupted.
3    Q.   That's okay.
4        -- of your cancer treatment, right?
5    A.   Yes.
6    Q.   Now, if you'll look at Exhibit -- I'm
7  sorry, on Exhibit 4, look at Page 8.
8    A.   Okay.
9    Q.   If you'll look down at the table at the
10 bottom.
11   A.   Okay.
12   Q.   There you go?
13   A.   Okay.
14   Q.   It states, dates of usage of Roundup?,
15 from 1980 to 2017.
16        Now, based on our discussion today, your
17 Roundup? usage has stopped in 2017 or it's
18 continued?
19   A.   I still buy.
20   Q.   Okay.
21   A.   I still buy, yes.
22   Q.   And if you'll go to the next page, Page 9,
23 please.
24   A.   Okay.  I just bought a Roundup?, okay,
25 it's on the back of the date, okay.

Robert L. Dickey

Page 234

1    What page, Page 9?
2    Q.  Page 9, the first row where it says
3  1992 to 2017 --
4    A.  Yes.
5    Q.  -- and that lists looks like five
6  different chemicals.  Have you used those up until
7  2017 as well, or is that date wrong?
8    A.  From '92 to 2003, I -- I used that
9  product, but not beyond from '3 to '17 or '19, okay.
10    Q.  All right.  And then the last row, there's
11  no dates associated with those --
12    A.  Oh, I see.
13    Q.  -- eight chemicals.  Is there any way to
14  estimate the time period that you used those?
15    A.  I recognize those names.
16    Q.  But you don't -- you're not able, as you
17  sit here today to give me the dates, are you?
18    A.  I don't have the dates on that.
19    Q.  All right.  And if you'll look at the last
20  table that -- that is on Page 9 and continues to
21  Page 10 --
22    A.  Okay.
23    Q.  -- there's some real general information
24  about dates of usage and the type and brand of
25  herbicide and pesticide and how often you used it.

Page 235

1    If I want the most concrete information
2  that you have available to you regarding your usage
3  of Roundup? and glyphosate-based herbicides, should
4  I rely on the testimony that you gave today during
5  the deposition?
6    A.  Yes, I used Roundup? --
7    Q.  And --
8    A.  -- glysfate (phonetic).
9    Q.  And that's the most -- and what you
10  testified to today is the most concrete information
11  that you've got available to you, right?
12    A.  Yes.
13    Q.  All right.  And I just want to confirm on
14  Page 10, in that box right in the middle under
15  damages claims --
16    A.  Yes.
17    Q.  -- it states no income loss is asserted.
18    So to confirm, you are not making a claim
19  here for lost income, correct?
20    A.  Yes.
21    Q.  So I'm sorry, I should -- so you agree
22  with me, you are not --
23    A.  Yes.
24    Q.  -- making a claim?
25    A.  I agree with you.

Page 236

1    Q.  Okay.  And you're making an out-of-pocket
2  expenses claim as listed on Page 11; is that true?
3    A.  Okay.  Let's go to 11, and where at, the
4  bottom?
5    Q.  Just the very top.
6    A.  Oh, top, okay.
7    Q.  For nonmedical out-of-pocket expenses, you
8  are making a claim for those in the amounts that are
9  listed there under Subsection D; is that true?
10    A.  Yes.
11    Q.  What else, if anything, are you looking to
12  recover in this lawsuit?
13    A.  Agree.
14    COURT REPORTER:  I'm sorry, what?
15    THE WITNESS:  Agree.
16    COURT REPORTER:  Agree?
17  BY MR. LARSEN:
18    Q.  Oh, so let me ask the question again, I'm
19  not sure you understand it.
20    Other than what we've just talked about
21  here, these out-of-pocket --
22    A.  This one here.
23    Q.  -- expenses --
24    Yes.
25    A.  Yes.

Page 237

1    Q.  -- under Subsection D, what else are you
2  looking to recover in this lawsuit?
3    A.  I don't know.
4    Q.  Do you have a number in mind that you plan
5  to ask for if this case goes to trial?
6    A.  I don't know.
7    Q.  What type of damages are you claiming in
8  this lawsuit other than the out-of-pocket expenses
9  that we just looked at on Page 11?
10    A.  I don't know.
11    Q.  Did you prepare this fact sheet by
12  yourself or did you have any help?
13    A.  This information here?
14    Q.  Yes, that's shown in Exhibit 4.
15    A.  Yeah, it came from my attorney,
16  Mr. Domina.
17    Q.  So to initiate this lawsuit, a complaint
18  was filed in court.  Do you recall reading the
19  complaint before it was filed?
20    A.  I don't know.
21    Q.  Let me just mark as Exhibit 5 the
22  complaint, and let me ask you if you remember
23  reading this document before it was filed on
24  May 11th of 2016?
25

Robert L. Dickey

1          (Exhibit 5
2          marked for identification.)
3 BY MR. LARSEN:
4     Q.   So I'm showing you Exhibit 5.
5     A.   Okay.
6     Q.   Let me ask you this first:  Have you ever
7 read this document?
8     A.   Yes.
9     Q.   Do you recall the first time you read it?
10     A.   When I received it in May 11th of '16.
11     Q.   Do you know if you read it before it was
12 filed?
13     A.   I don't know.
14     Q.   Did you read it and provide any comments
15 to your lawyer to say, hey, I don't think this is
16 right or let's change this; do you remember
17 providing any comments on it?
18     A.   I don't recall.
19     Q.   Do you specifically remember providing
20 comments?
21     A.   Well, I agree with some of the comments.
22 I don't know about all of them on the page here.
23     Q.   No, let me ask you this --
24     A.   Okay.
25     Q.   -- do you recall providing comments to

1 your lawyer about this, to say something may be
2 wrong or to fix it?  Do you remember asking him to
3 fix anything in the complaint or change anything?
4     A.   I don't recall doing that.
5     Q.   Are you seeking in this lawsuit -- I'm
6 going away from Exhibit 5.
7     A.   Oh, okay.
8     Q.   And you're more than welcome to review it
9 if you'd like.
10     A.   That's okay.
11     Q.   It's some light reading.
12     A.   Okay.
13     Q.   Are you --
14          MR. DOMINA:  Thought you were going
15 to say great reading.
16          THE WITNESS:  Always wonderful.
17          MR. LARSEN:  You read it tonight
18 before bed --
19          THE WITNESS:  There you go.
20          MR. LARSEN:  -- and tell me how long
21 before you fall asleep.
22          THE WITNESS:  I'm gonna sleep
23 tonight.
24          MR. LARSEN:  We're getting in the
25 home stretch.

1          THE WITNESS:  Okay.
2 BY MR. LARSEN:
3     Q.   Are you seeking compensation for medical
4 bills?
5     A.   Yes.
6     Q.   Okay.  And do you know how much?
7     A.   I don't know.
8     Q.   Okay.  Now, you have testified that your
9 medical insurance has covered the vast majority of
10 your medical bills, right?
11     A.   Yes.
12     Q.   Are you currently experiencing any
13 depression or anxiety or any other mental health
14 issues?
15     A.   No.
16     Q.   Are you claiming that your non-Hodgkin's
17 Lymphoma has impacted your marital relationship in
18 any way?
19     A.   No.  In fact, we were stronger because
20 we've been 53 years, been through a lot.
21     Q.   Congratulations on 53 years.
22     A.   Thank you.
23     Q.   So you'd agree that your relationship --
24 or strike that?
25     A.   Okay.

1     Q.   Has there been any change in the
2 activities that you and your spouse have done
3 together for fun since you were diagnosed with
4 non-Hodgkin's Lymphoma?
5     A.   We like to go as much as we can, as long
6 as we have our health, to go places.
7     Q.   And you're still able to travel, right?
8     A.   Yes.
9     Q.   Is there anything that you were able to do
10 before you were diagnosed with non-Hodgkin's
11 Lymphoma that you're not able to do now?
12          And I want to put aside any normal health
13 conditions that come up because of age?  What I'm
14 focusing on, is there anything in your head that you
15 say to yourself, but for going through cancer
16 treatment, I could be able to do this or I'd feel a
17 certain way.
18     A.   We enjoy traveling and we hope that we can
19 travel some more.
20     Q.   So unless your non-Hodgkin's Lymphoma
21 returns, you anticipate being able to travel,
22 assuming age and other medical conditions don't get
23 in the way; is that true?
24     A.   Right.
25     Q.   Are you claiming that your cancer

Robert L. Dickey

Page 242

1 diagnosis and treatment has affected your physical
2 relationship with your wife in any way?
3     A.   No.
4     Q.   Have you spoken or corresponded with
5 anyone with the Environmental Protection Agency
6 regarding herbicides or pesticides or insecticides
7 or, you know, Roundup? or glyphosate?
8     A.   No.
9     Q.   Same question as to any Nebraska
10 governmental agency?
11     A.   No.
12     Q.   And no communications with any Monsanto
13 employees other than what we've discussed?
14     A.   No.
15     Q.   Have you ever had any written
16 communications, whether it was in e-mail or a letter
17 with anyone from Monsanto?
18     A.   No.
19     Q.   And no written communications with any
20 Nebraska state agency or the Environmental
21 Protection Agency relating to, again, herbicides,
22 insecticides or Roundup??
23     A.   No.
24     Q.   Have you ever spoken to any of your
25 doctors about what you're claiming in this lawsuit?

Page 243

1     A.   No.
2     Q.   And you've never been examined by a doctor
3 who was recommended by your attorney?
4     A.   Have I talked to --
5     Q.   Let me ask that again.
6     A.   -- my doctor with my attorney?
7     Q.   No, no, let me ask that again.
8          Have you ever been examined by a doctor
9 that your attorney, Mr. Domina, recommended to you?
10     A.   Yes.
11     Q.   Okay.  One of your treating physicians or
12 somebody else?
13     A.   Armitage.  I visited with him.  He's my --
14 he's me doctor.
15     Q.   Sure.  Did Mr. Domina suggest that you
16 visit Dr. Armitage?
17     A.   No.
18     Q.   Okay.  That was what my question was.
19     A.   Oh, sorry.
20     Q.   No, it's okay.  I know it's getting late
21 in the day, so we're -- we're about finished here.
22          Did you know Mr. Domina before this
23 lawsuit was filed?
24     A.   Yes.
25     Q.   Would you say that you were -- or how did

Page 244

1 you know him?
2     A.   Did some business with him.
3     Q.   What type of business?
4     A.   Contract.
5     Q.   As in he was your lawyer for some
6 contractual-type issues?
7     A.   Yeah, put together a -- selling eight
8 1,000 buildings with hogs.  There were 8,000 pigs
9 and I was selling them on a contract to a friend of
10 mine from Hartington, and I said I want to put the
11 contract together or I'd never ever get those pigs
12 back.  He said he would so far.
13     Q.   Have you used Mr. Domina as a lawyer at
14 any other time other than in this current lawsuit?
15     A.   No.
16     Q.   Would you consider yourself friends
17 outside of the context of this lawsuit?
18     A.   Yes.
19     Q.   How often have you interacted with him
20 socially since you first hired him to do these
21 contractual issues?
22     A.   Socially, no.
23     Q.   When you hired him to help you out with
24 these contractual issues, was that the first time
25 that you'd ever met Mr. Domina?

Page 245

1     A.   I'd met him before.  I wished I could have
2 got him when I was going against the Farm Credit,
3 but he couldn't help me, so just the way it worked
4 out.
5     Q.   Has anyone who we have not discussed
6 today -- we've talked about a lot of different
7 people that may have -- may or may not have
8 knowledge about your use of Roundup?.
9          Is there anyone that you can think of who
10 we have not talked about today, who may have some
11 knowledge about your use of Roundup??
12     A.   No.
13     Q.   If you're okay hanging on a minute, let me
14 just --
15     A.   Sure.
16     Q.   -- review my notes real quick, and I'm --
17 we'll be done or very close.
18          All right.  Since 2003 --
19     A.   Yes.
20     Q.   -- have you used and applied any
21 herbicides other than Roundup? or a generic?
22     A.   No.
23     Q.   Sir, you testified that during your
24 chemotherapy you were involved with what
25 organization again?

Robert L. Dickey

Page 246

1    A.   National Corn Growers Association.
2    Q.   What was your role with them?
3    A.   At the time I was going through the chemo,
4  I was the president.
5    Q.   Were you able to continue on as president
6  while you were going through the chemo and even
7  afterwards?
8    A.   Yes.
9    Q.   Are you able to handle the chores around
10 the home, and I'm including anything that you do
11 outside, the outside chores now, like you were
12 before you were diagnosed with non-Hodgkin's
13 Lymphoma?
14   A.   I have a hired man and -- I had one then
15 and I have one now.
16   Q.   Okay.  So you did have someone who was
17 hired who helped you out then just like you do now?
18   A.   Yeah.  When I was the Commodity Classic,
19 my hired man, he's year-round, okay, so he'd take
20 care of everything at home.
21   Q.   And are you able to spend time with your
22 family, including your children and grandchildren
23 now, just like you were before you were diagnosed
24 with non-Hodgkin's Lymphoma?
25   A.   Yes.

Page 247

1    Q.   All right.  We -- at the very beginning --
2  or toward the beginning we talked about a few
3  documents that I think you were going to provide to
4  your lawyer, and I'll review the transcript later
5  and my notes more in depth, but I've got the World
6  Health Organization pamphlet.
7    A.   Yes.
8    Q.   The pamphlet that you got from
9  Mr. Armitage or Armitage -- doctor I mean?
10   A.   I call him Armitage.
11   Q.   Armitage.  Dr. Armitage, and you'll
12 provide those pamphlets to your lawyer to produce to
13 us?
14   A.   Sure.
15   Q.   And if, when you're looking for those, if
16 you find any other pamphlets or information that you
17 got from any of your doctors or anywhere else that
18 relate to your non-Hodgkin's Lymphoma or Roundup? or
19 glyphosate, will you also --
20   A.   Sure.
21   Q.   -- give those your lawyer?
22   A.   Yeah, remember if I do find them, I can
23 give it to you.
24        MR. LARSEN:  All right.  Sir, thank
25 you for your time, and unless I need to follow up on

Page 248

1  any questions by Mr. Domina, I am finished.
2        THE WITNESS:  Thank you.
3        MR. DOMINA:  Bob, I'm only going to
4  ask you a few questions, very few.
5        THE WITNESS:  Sure.
6           CROSS-EXAMINATION
7  BY MR. DOMINA:
8    Q.   The first one is going to be about this,
9  complaint, Exhibit 5?
10   A.   Complaining 5, okay.
11   Q.   Do you want to take a look at --
12   A.   What page?
13   Q.   -- Page 5, that's the book of material
14 there in front of you.  Would you look at Page 12
15 using these numbers at the top (indicating).
16   A.   Okay.
17   Q.   Page 12.
18   A.   I found it.  12 of 48?
19   Q.   Yeah, that's it.
20   A.   Okay.
21   Q.   Now, there's a section there that refers
22 to false ads, and you'll see that in Paragraph 35,
23 it refers to action by the attorney general of
24 New York; do you see that?
25   A.   Yes.

Page 249

1    Q.   Did you learn that information from your
2  lawyer when you first saw this complaint from me, is
3  that where you learned about this?
4    A.   I don't think so unless you sent this to
5  me, but before that --
6    Q.   Do you think you learned -- do you think
7  you learned this from me or from somebody else, from
8  the fact that there was something that went on with
9  the attorney general of New York?
10        My question is did you learn that when you
11 read this document, or did you know it before?
12   A.   Well, I wanted my information from you.
13 You're my attorney, okay, so ...
14   Q.   And so you considered it my job to find
15 that kind of stuff?
16   A.   Yes.
17   Q.   Well, I hope I don't let you down.
18   A.   Okay.
19   Q.   Now, Bob, did the people at -- at Monsanto
20 ever tell you that they'd been in trouble with the
21 attorney general in New York?
22   A.   No.
23   Q.   Did they ever tell you that in order to
24 continue to do business in that state, they had to
25 promise him and the people of New York that they'd

Robert L. Dickey

Page 250

1 change their ways?
2     A.  No.
3     Q.  Did they ever tell you that they had some
4 studies that suggested there were some connections
5 between Roundup? and problems in human blood like
6 cancer?
7         MR. LARSEN:  Object to form.
8         THE WITNESS:  I didn't --
9 BY MR. DOMINA:
10     Q.  Did anybody from Monsanto ever tell you
11 anything about --
12     A.  No.
13     Q.  -- that kind of subject?
14         And as a matter of fact, throughout your
15 entire farming career, even up to today, has
16 Monsanto continued to insist that Roundup? is safe?
17         MR. LARSEN:  Object to form.
18         THE WITNESS:  They haven't said that
19 to me.
20 BY MR. DOMINA:
21     Q.  They keep saying it's safe, don't they?
22     A.  Exactly.
23         MR. LARSEN:  Object to form.
24 BY MR. DOMINA:
25     Q.  So the lawyer a little while ago asked you

Page 251

1 if you suspected there could be something earlier
2 and you said yeah.  Is a better way of saying that,
3 that you wondered if there was a connection maybe?
4         MR. LARSEN:  Object to form.
5         THE WITNESS:  Connection with who?
6 BY MR. DOMINA:
7     Q.  Between farm chemicals and your health.
8     A.  I'm not sure.
9     Q.  Did you ever conduct any investigation
10 about herbicides yourself before you hired me to
11 handle this case?
12     A.  I knew you before.
13     Q.  But did you conduct an investigation of
14 herbicides before you hired me to handle this case?
15     A.  No.
16     Q.  Did you have any reason to?
17     A.  I was competent -- competence in you.
18     Q.  Before you heard about the World Health
19 Organization deal, did you have any reason to
20 conduct any investigation about a link between your
21 illness and a herbicide?
22     A.  I didn't prior to that.
23         MR. DOMINA:  No further questions.
24         MR. LARSEN:  Just a few follow-up.
25

Page 252

1         REDIRECT EXAMINATION
2 BY MR. LARSEN:
3     Q.  Mr. Dickey, your lawyer asked you a
4 question about Monsanto up until today continues to
5 maintain or maybe said continues to say that
6 Roundup? is safe.
7         You've only spoken to a Monsanto employee,
8 your salesperson, on two separation occasions that
9 we've discussed today, right?
10     A.  Yes.
11     Q.  And since then, has anyone from Monsanto
12 told you that Roundup? is safe?
13     A.  Other than the other two, no.
14     Q.  Have you read any literature or anything
15 that Monsanto itself put out regarding the safety of
16 the product?
17     A.  I don't know that.
18     Q.  So you don't recall one way or the other?
19         COURT REPORTER:  Did you answer?
20         THE WITNESS:  No.
21         MR. LARSEN:  Let me ask it again.
22 BY MR. LARSEN:
23     Q.  So you -- as you sit here today, you can't
24 recall any literature or written statements that
25 Monsanto has made regarding the safety of the

Page 253

1 product; is that true?
2     A.  I've never read that.
3     Q.  Okay.  And the only two conversations
4 you've had with anyone from Monsanto about the
5 safety of the product are the two conversations
6 we've talked about today?
7     A.  Yes.
8     Q.  Okay.  Have you seen any TV advertisements
9 for Roundup? or listened to any radio
10 advertisements?
11     A.  Yes.
12     Q.  Can you describe those for us?
13     A.  There's been some attorneys on that want
14 to get more people, want to be hired for that, to go
15 against Monsanto on TV.  I've seen that.
16     Q.  Any others --
17     A.  Also --
18     Q.  Go ahead.
19     A.  They've also been in some papers, too.
20     Q.  So the only ads regarding Roundup? that
21 you've seen have related to attorneys, as you said,
22 trying to get people to sign up to be plaintiffs?
23     A.  I never went to any other attorney, but --
24     Q.  Have you seen --
25     A.  -- Mr. Domina.

Robert L. Dickey

Page 254

1    Q.   Have you seen or heard or read any other
2  type of advertisements regarding Roundup??
3    A.   Repeat that, please.
4    Q.   Have you seen or heard or read any other
5  type of advertisements that relate to Roundup??
6    A.   Yes.
7    Q.   What types?
8    A.   About what's on the TVs.  There's
9  advertising there --
10   Q.   And --
11   A.   -- that they --
12   Q.   Go ahead.
13   A.   -- that they want -- they want to hire
14  people like myself in my mind anyway, but I never
15  contacted them.
16   Q.   And why did you decide to first reach out
17  to Mr. Domina to retain him as your lawyer in this
18  lawsuit?
19   A.   He's my attorney and he's done a good job
20  for me.
21   Q.   And what made you come to the decision to
22  actually reach out to him and say, hey, I think
23  there's an issue here, let's -- I may want to file a
24  lawsuit?
25   A.   I contacted him for an opinion.  I wanted

Page 255

1  to know his opinion, okay, because I trust in him.
2  You know, I know this attorney.  A lot of attorneys
3  I don't know them, okay.  And I've had some bad
4  experiences in the past with the Farm Credit, okay.
5        MR. LARSEN:  All right.  That's all
6  I've got.  Thank you.
7        RECROSS-EXAMINATION
8  BY MR. DOMINA:
9    Q.   Among those ads on TV, did you see
10  Monsanto's constant ads for selling Roundup??
11   A.   Well, they're looking for people to join
12  them.
13   Q.   No, I'm talking about Monsanto's ads to
14  sell their product.  They're advertising all the
15  time, aren't they?
16   A.   Oh, sure.
17   Q.   See those all the --
18   A.   But, that's to sell their product.
19   Q.   Yeah, I think that's what we're talking
20  about.
21   A.   And they're --
22   Q.   That's all I have.
23   A.   They're --
24   Q.   Yeah.
25

Page 256

1        FURTHER REDIRECT EXAMINATION
2  BY MR. LARSEN:
3    Q.   And in those ads to sell the product,
4  okay, the ads to sell the product, do you recall any
5  representations or discussions of the safety of the
6  product on those advertisements?
7    A.   I can't say that.
8    Q.   Okay.  You don't know one way or the
9  other?
10   A.   I don't know either way because I don't
11  know.
12        MR. LARSEN:  Okay, got it.  Thank
13  you.
14        MR. DOMINA:  Bob, yesterday I asked
15  Larry if he wanted to read or sign the deposition,
16  and I suggested he waive it.  You'll get a copy
17  anyway.
18        THE WITNESS:  Okay.
19        MR. DOMINA:  And then you don't have
20  to read these six hours.
21        THE WITNESS:  Thank you.
22        MR. DOMINA:  Do you want to just tell
23  Cindy that you'll waive the right?
24        THE WITNESS:  Waive it, please.
25        MR. DOMINA:  Thank you.

Page 257

1        VIDEOGRAPHER:  The time is 3:37 p.m.
2  This is the end of the deposition.
3  Counsel, we're off the record.
4        (Court reporter asked counsel to
           place their transcript order on
           the record.)
5
6  MR. DOMINA:  Same as yesterday.
7  MR. LARSEN:  Same.
8        (3:37 p.m. - Adjournment.)
9        ** ** ** **
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Robert L. Dickey

Page 258

```
 1        C E R T I F I C A T E
 2
    STATE OF NEBRASKA   )
 3                      ) ss.
    COUNTY OF DOUGLAS   )
 4
 5     I, Cynthia Craig, Registered Professional
 6  Reporter and General Notary Public within and for
 7  the State of Nebraska, do hereby certify that the
 8  foregoing testimony of ROBERT L. DICKEY was taken by
 9  me in shorthand and thereafter reduced to
10  typewriting by use of Computer-Aided Transcription,
11  and the preceding two hundred fifty-seven (257)
12  pages contain a full, true and correct transcription
13  of all the testimony of said witness, to the best of
14  my ability;
15     That I am not a kin or in any way associated
16  with any of the parties to said cause of action, or
17  their counsel, and that I am not interested in the
18  event thereof.
19     IN WITNESS WHEREOF, I hereunto affix my
20  signature and seal the 26th day of July, 2019.
21
22     _____
       CYNTHIA A. CRAIG, RPR
23     GENERAL NOTARY PUBLIC
24
25  My Commission Expires:
```