UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUND UP PRODUCTS LIABILITY LITIGATION ) ) ) ) ) | MDL No. 2741<br><br>Case No. 16-md-02741-VC |

**This Document Relates to:**

*Pettway v. Monsanto - CAND 3:19-cv-02107-VC*

### MOTION FOR SUBSTITUTION OF PROPER PARTY AND ORDER

Counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, moves this Court for an Order substituting Elizabeth Pettway, on behalf of the Estate of Hardy Pettway, as Plaintiff in the above-captioned cause.

1. Hardy Pettway brought a products liability lawsuit against defendants on January 16, 2019.

2. Plaintiff Hardy Pettway died on February 21, 2019.

3. Hardy Pettway's products liability action against defendants survived Plaintiff's death and was not extinguished.

4. Plaintiff filed a Suggestion of Death on May 21, 2019, attached hereto as "Exhibit A".

5. Elizabeth Pettway, as Administratrix of the Estate of Hardy Pettway is a proper party to substitute for Plaintiff Hardy Pettway and has proper capacity to proceed forward with the surviving products liability lawsuit on Plaintiff's behalf, pursuant to Fed. R. Civ. P. 25(a)(1). "If a party dies and the claim is not extinguished, the court may order

substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

WHEREFORE, counsel for the Plaintiff requests that this Court grant this request for substitution as Plaintiff in this action.

Dated August 19, 2019              Respectfully submitted,

/s/Joel L. DiLorenzo
Joel L. DiLorenzo, Esq.
Attorney I.D. No. 7575-J64D (AL)
THE DILORENZO LAW FIRM, LLC
505 20th Street North, Suite 1275
Birmingham, AL 35203
Tel: 205.212.9988
Fax: 205.212.9989
joel@dilorenzo-law.com
Attorney for the Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing MOTION FOR SUBSTITUTION OF PROPER PARTIES has contemporaneously with or before filing been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2).

This the 19th day of August

/s/ Joel L. DiLorenzo

Date: November 29, 2019


GRANTED
Judge Vince Chhabria
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA