1 **HOLLINGSWORTH LLP**
Joe G. Hollingsworth (*pro hac vice*)
2 Eric G. Lasker (*pro hac vice*)
1350 I Street, N.W.
3 Washington, DC  20005
Telephone:  (202) 898-5800
4 Facsimile:   (202) 682-1639
Email:       jhollingsworth@hollingsworthllp.com
5            elasker@hollingsworthllp.com

6 *Attorneys for Defendant*
*MONSANTO COMPANY*
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10 | IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
11 | | Case No. 3:16-md-02741-VC |
12 | This document relates to: | |
13 | *Stanley Senack, Sr. v. Monsanto Co.,* Case No. 3:19-cv-07822-VC | |
14 | | |

15       **MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT**

16       Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Monsanto Company

17 ("Monsanto") makes the following disclosures:

18       1.       Monsanto is an indirect, wholly-owned subsidiary of Bayer AG.

19       2.       Bayer AG is a publicly held corporation.
DATED:  December 2, 2019
20                                     Respectfully submitted,

21                                     /s/ Joe G. Hollingsworth
                                      Joe G. Hollingsworth (*pro hac vice*)
22                                     (jhollingsworth@hollingsworthllp.com)
                                      Eric G. Lasker (*pro hac vice*)
23                                     (elasker@hollingsworthllp.com)
                                      HOLLINGSWORTH LLP
24                                     1350 I Street, N.W.
                                      Washington, DC  20005
25                                     Telephone:  (202) 898-5800
                                      Facsimile:   (202) 682-1639
26
                                      *Attorneys for Defendant*
27                                     *MONSANTO COMPANY*

28