**Hollingsworth LLP**
Eric G. Lasker (*pro hac vice*)
Martin C. Calhoun (*pro hac vice*)
1350 I Street, N.W.
Washington, DC  20005
Telephone:  (202) 898-5800
Facsimile:   (202) 682-1639
Email:        elasker@hollingsworthllp.com
                  mcalhoun@hollingsworthllp.com

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC |
| This document relates to:<br><br>*Donald Swan v. Monsanto Co., et al.*,<br>Case No. 3:19-cv-07728-VC | |

**MONSANTO COMPANY'S MONTHLY REPORT IN RESPONSE TO PTO NO. 183 RE NON-COMPLIANT LAWSUITS DIRECTLY FILED IN THIS DISTRICT**

Pursuant to Pretrial Order No. 183, defendant Monsanto Company hereby submits this report regarding a lawsuit that:  (a) was directly filed in this district last month (November 2019); and (b) ***may*** fail to comply with the requirements of personal jurisdiction or venue:  *Donald Swan v. Monsanto Co., et al.*, Case No. 3:19-cv-07728-VC.

Although plaintiff alleges that he "lives in California" and that plaintiff's decedent "was a resident and citizen of California," Complaint ¶ 8, plaintiff does not disclose where he lives in California, where in California decedent resided, or where he died.  Moreover, the allegations

regarding decedent's use of Roundup®-branded herbicides do not disclose where decedent used those herbicides. *See id*. ¶¶ 112-13.

DATED:  December 2, 2019                                   Respectfully submitted,

/s/ Eric G. Lasker
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
Martin C. Calhoun (*pro hac vice*)
(mcalhoun@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, DC  20005
Telephone:   (202) 898-5800
Facsimile:    (202) 682-1639

*Attorneys for Defendant*
*MONSANTO COMPANY*