# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to**:**<br><br>*Poirier v. Monsanto, Co.,* 3:19-cv-06438-VC | MDL No. 2741<br><br>Master Docket Case No. 3:16-md-02741<br><br>Honorable Vince Chhabria<br><br>**ORDER GRANTING MOTION TO WITHDRAW**<br><br>Dkt. No. |

Rinky Parwani's motion to withdraw as counsel on behalf of Eric Poirier in *Poirier v. Monsanto Co.,* 3:19-cv-06438-VC, is granted. Ms. Parwani should further be removed from all electronic service lists related to this case.

**IT IS SO ORDERED.**

Date:

                                                  Honorable Vince Chhabria
                                                  United States District Court