## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Master Docket Case No. 3:16-md-02741 |
| | Honorable Vince Chhabria |
| **THIS DOCUMENT RELATES TO:** WAYNE BONDY, v. MONSANTO COMPANY | Case No. 3:19-cv-06446-VC |

### MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 11-5, attorney Olivia K. Vizachero moves this Court to grant her leave to withdraw as counsel on behalf of Plaintiff Wayne Bondy in the above-captioned case. In support of this Motion, she states as follows:

1. Attorney Jason Edward Ochs of the Ochs Law Firm, whom, among other states, is a California-licensed attorney, is and has remained lead counsel on this matter since its inception.

2. That Olivia K. Vizachero served as local counsel in the instant matter for purposes of filing in the US District Court of Michigan.

3. Thereafter this matter was transferred to US District Court, Northern District of California where it became part of MDL 02741.

4. That in light of this matter now under the jurisdiction of the MDL, the need for local Michigan Counsel is unnecessary at this time.

5. Attorney Jason Edward Ochs will continue to represent Plaintiff Wayne Bondy in this case. As such, Mr. Bondy will not be prejudiced by this withdrawal.

6. That in the event this matter should be transferred back to the US District Court of Michigan then attorney Jason Edward Ochs will immediately endeavor to seek local counsel with respect to same.

WHEREFORE, Counsel for Plaintiff Wayne Bondy respectfully requests this Court to grant leave for attorney Olivia K. Vizachero to withdraw, and be removed from all service lists as Counsel for Wayne Bondy in the above-captioned case.

Respectfully submitted this 4th day of December 2019.

*Attorneys for Plaintiff*

By: */s/ Olivia K. Vizachero*
Olivia K. Vizachero (*mi81699)
Flood Law, PC
401 North Main Street
Royal Oak, MI  48067
T: (248) 547-1032
ovizachero@floodlaw.com


By: */s/ Jason Edward Ochs*
Jason Edward Ochs, CBN:  232819
Ochs Law Firm, PC
690 US 89, Ste. 206
PO Box 10944
Jackson Hole, WY  83001
T: (307) 234.3239
jason@ochslawfirm.com

## CERTIFICATE OF SERVICE

I, Jason Edward Ochs, hereby certify that on December 4th, 2019, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

                                                      */s/ Jason Edward Ochs*
                                                      Jason Edward Ochs