# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to**:**<br><br>*Bondy v. Monsanto, Co.,* 3:19-cv-06446-VC | MDL No. 2741<br><br>Master Docket Case No. 3:16-md-02741<br><br>Honorable Vince Chhabria<br><br>**ORDER GRANTING MOTION TO WITHDRAW**<br><br>Dkt. No. |

Olivia K. Vizachero's motion to withdraw as counsel on behalf of Wayne Bondy in *Bondy v. Monsanto Co.,* 3:19-cv-06446-VC, is granted. Ms. Vizachero should further be removed from the ECF electronic case list.

**IT IS SO ORDERED.**

Date: _____            _____
                                        Honorable Vince Chhabria
                                        United States District Court