IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Master Docket Case No. 3:16-md-02741 |
| | Honorable Vince Chhabria |
| **THIS DOCUMENT RELATES TO:** JENNIFER DOHERTY, v. MONSANTO COMPANY | Case No. 3:19-cv-06727-VC |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 11-5, attorney E. Diane Hinkle moves this Court to grant her leave to withdraw as counsel on behalf of Plaintiff Jennifer Doherty in the above-captioned case. In support of this Motion, she states as follows:

1. Attorney Jason Edward Ochs of the Ochs Law Firm, whom, among other states, is a California-licensed attorney, is and has remained lead counsel on this matter since its inception.

2. That E. Diane Hinkle served as local counsel in the instant matter for purposes of filing in the US District Court of Oklahoma.

3. Thereafter this matter was transferred to US District Court, Northern District of California where it became part of MDL 02741.

4. That in light of this matter now under the jurisdiction of the MDL, the need for local Oklahoma Counsel is unnecessary at this time.

5. Attorney Jason Edward Ochs will continue to represent Plaintiff Jennifer Doherty in this case. As such, Ms. Doherty will not be prejudiced by this withdrawal.

6. That in the event this matter should be transferred back to the US District Court of Oklahoma then attorney Jason Edward Ochs will immediately endeavor to seek local counsel with respect to same.

WHEREFORE, Counsel for Plaintiff Jennifer Doherty respectfully requests this Court to grant leave for attorney E. Diane Hinkle to withdraw, and be removed from all service lists as Counsel for Jennifer Doherty in the above-captioned case.

Respectfully submitted this 4th day of December 2019.

*Attorneys for Plaintiff*

By: */s/ E. Diane Hinkle*
E. Diane Hinkle (*ok14744)
414 S.E. Washington Blvd, PMB 334
Barlesville, OK  74006-2428
T: (918) 335-3859
diane.hinkle@reagon.com


By: */s/ Jason Edward Ochs*
Jason Edward Ochs, CBN:  232819
Ochs Law Firm, PC
690 US 89, Ste. 206
PO Box 10944
Jackson Hole, WY  83001
T: (307) 234.3239
jason@ochslawfirm.com

**CERTIFICATE OF SERVICE**

I, Jason Edward Ochs, hereby certify that on December 4th, 2019, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

                                            _/s/ Jason Edward Ochs_____
                                            Jason Edward Ochs