**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to**:**<br><br>*Cardillo v. Monsanto, Co.,* 3:19-cv-06833-VC | MDL No. 2741<br><br>Master Docket Case No. 3:16-md-02741<br><br>Honorable Vince Chhabria<br><br>**ORDER GRANTING MOTION TO WITHDRAW**<br><br>Dkt. No. |

Renee Himmel's motion to withdraw as counsel on behalf of Debra Cardillo in *Cardillo v. Monsanto Co.,* 3:19-cv-06833-VC, is granted. Ms. Himmel should further be removed from the ECF electronic case list.

**IT IS SO ORDERED.**

Date: _____

_____
Honorable Vince Chhabria
United States District Court