IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 <br><br> Master Docket Case No. 3:16-md-02741 <br><br> Honorable Vince Chhabria |
| **THIS DOCUMENT RELATES TO:** <br><br> *The Estate of Stanley Beverly, Through Personal Representative, Odessa Beverly, And Odessa Beverly, Individually v. Monsanto Co.* | Case No. 3:19-cv-07457-VC |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 11-5, attorney Chris Tisi moves this Court to grant him leave to withdraw as counsel on behalf of *The Estate of Stanley Beverly, Through Personal Representative, Odessa Beverly, And Odessa Beverly, Individually* (collectively referred to hereafter as "Plaintiffs") in the above-captioned case. In support of this Motion, he states as follows:

1. Attorney Jason Edward Ochs of the Ochs Law Firm, whom, among other states, is a California-licensed attorney, is and has remained lead counsel on this matter since its inception.

2. That Chris Tisi served as local counsel in the instant matter for purposes of filing in the US District Court of Maryland.

3. Thereafter this matter was transferred to US District Court, Northern District of California where it became part of MDL 02741.

4. That considering this matter is now under the jurisdiction of the MDL, the need for local Maryland Counsel is unnecessary at this time.

5. Attorney Jason Edward Ochs will continue to represent Plaintiffs in this case. As such, Plaintiffs will not be prejudiced by this withdrawal.

6. That in the event this matter should be transferred back to the US District Court of Maryland then attorney Jason Edward Ochs will immediately endeavor to seek local counsel with respect to same.

WHEREFORE, Counsel for Plaintiffs respectfully request this Court to grant leave for attorney Chris Tisi to withdraw and be removed from all service lists as Counsel for Plaintiffs in the above-captioned case.

Respectfully submitted this 5th day of December 2019.

*Attorneys for Plaintiff*

By: */s/ Chris Tisi*
Chris Tisi
Levin, Papatonio, Thomas, Mitchell,
Rafferty & Proctor
PO Box 12308
Pensacola, FL  32519
T: (850) 435-7067
ctisi@levinlaw.com


By: */s/ Jason Edward Ochs*
Jason Edward Ochs, CBN:  232819
Ochs Law Firm, PC
PO Box 10944
Jackson Hole, WY  83001
T: (307) 234.3239
jason@ochslawfirm.com

## **CERTIFICATE OF SERVICE**

I, Jason Edward Ochs, hereby certify that on December 5th, 2019, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

                                                  */s/ Jason Edward Ochs*
                                                  Jason Edward Ochs