# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Master Docket Case No. 3:16-md-02741 |
| | Honorable Vince Chhabria |
| This document relates to**:** | **ORDER GRANTING MOTION TO WITHDRAW** |
| *The Estate of Stanley Beverly, Through Personal Representative, Odessa Beverly, And Odessa Beverly, Individually v. Monsanto Co., Case No. 3:19-cv-07457-VC* | Dkt. No. |

      Chris Tisi's motion to withdraw as counsel on behalf of *The Estate of Stanley Beverly,*

*Through Personal Representative, Odessa Beverly, And Odessa Beverly, Individually v.*

*Monsanto Co..,* 3:19-cv-07457-VC, is granted.  Mr. Tisi should further be removed from all

electronic service lists related to this case.

**IT IS SO ORDERED.**

Date: _____

                                                     Honorable Vince Chhabria
                                                     United States District Court