# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION  <br><br>This document relates to**:**  <br><br>*Oberheim v. Monsanto, Co.,* 3:19-cv-07354-VC | MDL No. 2741  <br><br>Master Docket Case No. 3:16-md-02741  <br><br>Honorable Vince Chhabria  <br><br>**ORDER GRANTING MOTION TO WITHDRAW**  <br><br>Dkt. No. |

Rinky Parwani's motion to withdraw as counsel on behalf of Lawrence Oberheim in *Oberheim v. Monsanto Co.,* 3:19-cv-07354-VC, is granted. Ms. Parwani should further be removed from all electronic service lists related to this case.

**IT IS SO ORDERED.**

Date: _____

_____
Honorable Vince Chhabria
United States District Court