AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| BRUCE DEGARMEAUX ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 3:16-md-02741 |
| MONSANTO COMPANY, et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

PLAINTIFF BRUCE DEGARMEAUX                                                                                                 .

Date: December 5, 2019

*Attorney's signature*

Wykeisha L. Orr, Esq. (246009)
*Printed name and bar number*

THE ORR FIRM
300 Frank H. Ogawa Plaza, Suite 216
Oakland, CA 94612
*Address*

worr@theorrfirm.com
*E-mail address*

(510) 985-4600
*Telephone number*

(877) 810-9006
*FAX number*