| | |
|---|---|
| 1 | Buffy J. Mims |
| 2 | SHOOK, HARDY & BACON L.L.P.<br>1800 K Street, NW, Suite 1000 |
| 3 | Washington, DC 20006<br>Phone: (202) 783-8400 |
| 4 | Fax: (202) 783-4211<br>bmims@shb.com |
| 5 | *Attorney for Defendant* |
| 6 | *MONSANTO COMPANY* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. MDL No. 3:16-md-2741-VC |
| This document relates to: | |
| *Gerard Cervantes v. Monsanto Company*<br>Case No. 3:19-cv-03015-VC | |

### NOTICE OF APPEARANCE ON BEHALF OF MONSANTO COMPANY

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

   PLEASE TAKE NOTICE that, pursuant to Pretrial Order No. 1, Buff J. Mims, of the firm Shook, Hardy & Bacon L.L.P. hereby enters an appearance as counsel for Defendant MONSANTO COMPANY in the above-captioned matter and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served on and directed to the undersigned counsel.

December 5, 2019                                          Respectfully Submitted,

                                                By:   */s/ Buffy J. Mims*
                                                      Buffy J. Mims
                                                      SHOOK, HARDY & BACON L.L.P.
                                                      1800 K Street, NW, Suite 1000
                                                      Washington, DC 20006
                                                      Phone: (202) 783-8400
                                                      Fax: (202) 783-4211
                                                      bmims@shb.com

                                                      *Attorney for Defendant,*
                                                      *MONSANTO COMPANY*

**CERTIFICATE OF SERVICE**

I hereby certify that, on December 5, 2019, I electronically filed NOTICE OF APPEARANCE OF BUFFY J. MIMS ON BEHALF OF DEFENDANT MONSANTO COMPANY with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

DATED: December 5, 2019                    Respectfully submitted,

*/s/ Buffy J. Mims*
Buffy J. Mims
SHOOK, HARDY & BACON L.L.P.
1800 K Street, NW, Suite 1000
Washington, DC 20006
Phone: (202) 783-8400
Fax: (202) 783-4211
bmims@shb.com

*Attorney for Defendant,*
*MONSANTO COMPANY*