UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION

MDL NO. 2741

Case No.: 3:19-cv-06460

SUSAN FREY, as surviving spouse and statutory beneficiary for the wrongful death of JEFFERY A. FREY, deceased, individually and on behalf of all other heirs of decedent,

      Plaintiff

v.

MONSANTO COMPANY and JOHN DOES 1-50.

      Defendant.

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the plaintiff and Monsanto Co. to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned matter be dismissed without prejudice, each party to bear its own costs. In the event Plaintiff reassert any of their claims against the Monsanto Defendants, Plaintiff shall re-file claim in federal district court in New York.

Dated: December 5, 2019

| | |
|---|---|
| /s/ Jennifer A. Lenze<br>Jennifer A. Lenze<br>**LENZE LAWYERS, PLC**<br>1300 Highland Ave, Suite 207<br>Manhattan Beach, CA 90266<br>(310) 310-322-8800<br>jlenze@lenzelawyers.com<br>*Counsel for Plaintiff* | /s/  Eric G. Lasker<br>Eric G. Lasker<br>Martin C. Calhoun<br>1350 I Street, N.W.<br>Washington, DC, 20005<br>T: (202) 898-5800<br>F:  (202) 682-1639<br>elasker@hollingsworthllp.com<br>mcalhoun@hollingsworthllp.com<br><br>*Counsel for Monsanto Defendant* |

1

# CERTIFICATE OF SERVICE

I hereby certify that on **December 5, 2019** I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

Dated: December 5, 2019

/s/ Jennifer A. Lenze