Jennifer A. Lenze, CA Bar# 246858
Amanda D. McGee, CA Bar # 282034
**LENZE LAWYERS, PLC**
A Professional Law Corporation
1300 Highland Avenue, Suite 207
Manhattan Beach, CA 90266
Telephone: (310) 322-8800
Facsimile: (310) 322-8811
jlenze@lenzelawyers.com
mcgee@lenzelawyers.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN FREY, as surviving spouse and statutory beneficiary for the wrongful death of JEFFERY A. FREY, deceased, individually and on behalf of all other heirs of decedent,<br><br>Plaintiff<br>v.<br><br>MONSANTO COMPANY and JOHN DOES 1-50.<br><br>Defendant. | Civil Action No.: 19-cv-6460<br><br>**PLAINTIFFS' RESPONSE TO ORDER TO SHOW CAUSE RE: PERSONAL JURISDICTION** |

Attorney for Plaintiffs in the above-captioned matters, respectfully responds to this Honorable Court's Pretrial Order 183, Dkt. No 7196: Order to Show Cause entered November 15, 2019, as follows:

1. I am an attorney duly licensed to practice before the Courts of the District of California. I am a partner and founder/owner at the law firm of Lenze Lawyers, PLC and counsel for the Plaintiffs in this case. The facts contained herein are within my personal knowledge, and if called upon as a witness, I could and would competently testify to all of them.

2. Plaintiffs' will like to see permission from the court to file a dismissal without prejudice that would allow plaintiff to re-file case in proper venue to satisfy personal jurisdiction and allow transferee court to delegate the transfer process.

**WHEREFORE**, for the foregoing reasons it is respectfully requests that this Honorable Court decline to impose sanctions on Plaintiffs herein comply with PTO 183 along with such other, further and difference relief the Court may deem just and proper.

Dated: December 5, 2019

        Respectfully submitted,

        /s/ Jennifer A. Lenze

        Jennifer A. Lenze, CA Bar# 246858
        Amanda D. McGee, CA Bar # 282034
        **LENZE LAWYERS, PLC**
        A Professional Law Corporation
        1300 Highland Avenue, Suite 207
        Manhattan Beach, CA 90266
        Telephone: (310) 322-8800
        Facsimile: (310) 322-8811
        jlenze@lenzelawyers.com
        mcgee@lenzelawyers.com

        *Attorneys for Plaintiff*

PLAINTIFFS' RESPONSE TO ORDER TO SHOW CAUSE

**CERTIFICATE OF SERVICE**

I herby certify that on December 5, 2019 the foregoing document was electronically filed with the Clerk of the U.S. District Court, Northern District of California through the CM/ECF system, which will send notification of such filing to all parties.

/s/ Jennifer A. Lenze

PLAINTIFFS' RESPONSE TO ORDER TO SHOW CAUSE