**HARE, WYNN, NEWELL AND NEWTON, LLP**
Don McKenna (*pro hac vice*)
2025 Third Avenue North Suite 800
Birmingham, AL 35203
Telephone: (205) 328-5330
Facsimile: (205) 324-2165
Email: don@hwnn.com

*Attorney for Plaintiff*

**HOLLINGSWORTH LLP**
Joe G. Hollingsworth (*pro hac vice*)
Eric G. Lasker (*pro hac vice*)
Martin Calhoun (*pro hac vice*)
1350 I Street, NW
Washington, DC 20005
Telephone: (202) 898-5867
Facsimile: (202) 682-1639
Email: jhollingsworth@hollingsworthllp.com
         elasker@hollingsworthllp.com
         mcalhoun@hollingsworthllp.com

*Attorneys for Defendant Monsanto Company*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: | |
| *Linda D. Clayton, Individually and as Executrix of the Estate of J. Frank Clayton (Deceased) v. Monsanto Co.*, Case No. 3:19-cv-07194-VC | |

### **STIPULATION OF DISMISSAL OF BAYER AG**

COME NOW Plaintiff and Defendant Monsanto Company and, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, stipulate to the dismissal without prejudice of Bayer AG (which has not been served in this case).

RESPECTFULLY SUBMITTED, this 6th day of December, 2019.

/s/ Don McKenna
Don McKenna
Hare, Wynn, Newell & Newton
2025 Third Avenue North, Suite 800
Birmingham, AL 35203
Phone: (205) 328-5330
Fax: (205) 324-2165
don@hwnn.com

Attorney for Plaintiff

/s/ Martin C. Calhoun
Joe G. Hollingsworth (*pro hac vice*)
Eric G. Lasker (*pro hac vice*)
Martin C. Calhoun (*pro hac vice*)
Hollingsworth LLP
1350 I Street, NW
Washington, DC 20005
Phone: (202) 898-5867
Fax: (202) 682-1639
jhollingsworth@hollingsworthllp.com
elasker@hollingsworthllp.com
mcalhoun@hollingsworthllp.com

Attorneys for Defendant Monsanto Company