UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 16-md-02741-VC |
| This document relates to: *Mathis v. Monsanto Co.*, 19-cv-6225 *Frey v. Monsanto Co.*, 19-cv-6460 | **PRETRIAL ORDER NO. 194: LIFTING ORDER TO SHOW CAUSE; DISMISSING COMPLAINT** Re: Dkt. No. 7810 |

In Pretrial Order No. 188, Dkt. No. 7810, the Court ordered the plaintiffs in the related cases to show cause why their complaints should not be dismissed for lack of personal jurisdiction. *See also* Pretrial Order No. 183, Dkt. No. 7196. Frey responded by dismissing her claims so that she can refile in a proper jurisdiction. *See* Dkt. Nos. 8224, 8225. Mathis, for her part, did not respond at all.

Mathis' claims are dismissed without prejudice for lack of personal jurisdiction; this dismissal does not prevent Mathis from filing in an appropriate jurisdiction. The order to show cause is lifted.

**IT IS SO ORDERED.**

Dated: December 9, 2019

VINCE CHHABRIA
United States District Judge