**HOLLINGSWORTH LLP**
Joe G. Hollingsworth (*pro hac vice*)
Eric G. Lasker (*pro hac vice*)
1350 I Street, N.W.
Washington, DC  20005
Telephone:   (202) 898-5800
Facsimile:    (202) 682-1639
Email:        jhollingsworth@hollingsworthllp.com
              elasker@hollingsworthllp.com

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: | |
| *Alan Chipperfield v. Monsanto Co.*, Case No. 3:19-cv-06430-VC | |

## MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Monsanto Company

("Monsanto") makes the following disclosures:

    1.    Monsanto is an indirect, wholly-owned subsidiary of Bayer AG.

    2.    Bayer AG is a publicly held corporation.

DATED:  December 10, 2019        Respectfully submitted,

        /s/ Joe G. Hollingsworth
        Joe G. Hollingsworth (*pro hac vice*)
        (jhollingsworth@hollingsworthllp.com)
        Eric G. Lasker (*pro hac vice*)
        (elasker@hollingsworthllp.com)
        HOLLINGSWORTH LLP
        1350 I Street, N.W.
        Washington, DC  20005
        Telephone:  (202) 898-5800
        Facsimile:   (202) 682-1639

        *Attorneys for Defendant*
        *MONSANTO COMPANY*