**THE MILLER FIRM, LLC**
Michael J. Miller (pro hac vice)
Brian K. Brake (pro hac vice)
Tayjes Shah (pro hac vice)
108 Railroad Avenue
Orange, VA 22960
Tel: (540) 672-4224
Fax: (540) 672-3055
mmiller@millerfirmllc.com
bbrake@millerfirmllc.com
tshah@millerfirmllc.com

**ANDRUS WAGSTAFF**
Aimee Wagstaff (pro hac vice)
David Wool (pro hac vice)
7171 W. Alaska Drive
Lakewood, CO 80226
Tel: (303) 376-6360
Fax: (303) 376-6361
Aimee.wagstaff@andruswagstaff.com
David.wool@andruswagstaff.com

**WEITZ & LUXENBERG**
Robin Greenwald, (pro hac vice)
700 Broadway
New York, NY 10003
Tel: (212) 558 5500
Fax: (212) 344 5461
RGreenwald@weitzlux.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to: | Hearing Date: January 29, 2020 |
| *Harris v. Monsanto Co.*, 3:17-cv-03199-VC<br>*Hernandez v. Monsanto, Co.*, 3:16-cv-05750-VC<br>*Perkins v. Monsanto Co.*, 3:16-cv-06025-VC<br>*Russo v. Monsanto Co.*, 3:16-cv-06024-VC | |

**PLAINTIFFS' OPPOSITION TO MONSANTO COMPANY'S NOTICE OF MOTION AND MOTION TO EXCLUDE TESTIMONY OF MR. JAMES A. MILLS**

In response to Monsanto's Motion to Exclude the Testimony of Mr. James A. Mills, Plaintiffs refer to this Court's pretrial Order 110 in which this Court denied Monsanto's Motion to Exclude the Testimony of James Mills.

Plaintiffs incorporate all previous memoranda filed in support of the testimony of James A. Mills in MDL 2741.

Dated:  December 10, 2019						By:  _/s/Brian K. Brake_____
											Michael J. Miller, Esq. (pro hac vice)
											Brian K. Brake, Esq. (pro hac vice)
											Tayjes Shah, Esq. (pro hac vice)
											The Miller Firm LLC
											108 Railroad Avenue
											Orange, VA 22960
											Phone:  540-672-4224
											Fax:  540-672-3055
											mmiller@millerfirmllc.com
											bbrake@millerfirmllc.com
											tshah@millerfirmllc.com


										By: /s/ Aimee Wagstaff_____
											Aimee Wagstaff, Esq. (pro hac vice)
											David Wool, Esq. (pro hac vice)
											Andrus Wagstaff
											7171 W. Alaska Drive
											Lakewood, CO 80226
											Tel: (303) 376-6360
											Fax: (303) 376-6361
											Aimee.wagstaff@andruswagstaff.com
											David.wool@andruswagstaff.com
											*Attorneys for Plaintiffs*

PLAINTIFFS' OPPOSITION TO MONSANTO'S MOTION TO EXCLUDE TESTIMONY OF JAMES MILLS

By: /s/ Robin Greenwald
Robin Greenwald, Esq., (pro hac vice)
Weitz & Luxenberg
700 Broadway
New York, NY 10003
Tel: (212) 558 5000
Fax: (212) 344 5461
RGreenwald@weitzlux.com

*Attorneys for Plaintiffs*

PLAINTIFFS' OPPOSITION TO MONSANTO'S MOTION TO EXCLUDE TESTIMONY OF JAMES MILLS