1  **HOLLINGSWORTH LLP**
   Joe G. Hollingsworth (*pro hac vice*)
2  Eric G. Lasker (*pro hac vice*)
   1350 I Street, N.W.
3  Washington, DC  20005
   Telephone:   (202) 898-5800
4  Facsimile:   (202) 682-1639
   Email:       jhollingsworth@hollingsworthllp.com
5                elasker@hollingsworthllp.com

6  *Attorneys for Defendant*
   *MONSANTO COMPANY*
7

8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10 | IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
11 |  | Case No. 3:16-md-02741-VC |

12 | This document relates to: |  |
13 | *Garland Bucklin on behalf of the Estate of Rik Bucklin, deceased,* |  |
14 | *v. Monsanto Co.,* |  |
   | Case No. 3:19-cv-07603-VC |  |
15

16          **MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT**

17      Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Monsanto Company

18 ("Monsanto") makes the following disclosures:

19      1.    Monsanto is an indirect, wholly-owned subsidiary of Bayer AG.

20      2.    Bayer AG is a publicly held corporation.

1 | DATED:  December 10, 2019

Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth (*pro hac vice*)
(jhollingsworth@hollingsworthllp.com)
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, DC  20005
Telephone:  (202) 898-5800
Facsimile:   (202) 682-1639

*Attorneys for Defendant*
*MONSANTO COMPANY*

MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT
3:16-md-02741-VC & 3:19-cv-07603-VC