**THE MILLER FIRM, LLC**
Michael J. Miller (pro hac vice)
Brian K. Brake (pro hac vice)
Tayjes Shah (pro hac vice)
108 Railroad Avenue
Orange, VA 22960
Tel: (540) 672-4224
Fax: (540) 672-3055
mmiller@millerfirmllc.com
bbrake@millerfirmllc.com
tshah@millerfirmllc.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to: *Harris v. Monsanto Co., 3:17-cv-03199-VC* *Hernandez v. Monsanto, Co., 3:16-cv-05750-VC* | |

**DECLARATION OF BRIAN K. BRAKE IN SUPPORT OF PLAINTIFFS' INES HERNANDEZ AND ANTHONY HARRIS' OPPOSITION TO MONSANTO COMPANY'S  NOTICE OF MOTION AND MOTION TO EXCLUDE TESTIMONY OF CASE SPECIFIC CAUSATION EXPERT, RON SCHIFF IN WAVE ONE CASES ON *DAUBERT* GROUNDS**

I, Brian K. Brake, hereby declare as follows:

1. I am an attorney at the law firm of The Miller Firm LLC, counsel for Plaintiffs Ines Hernandez and Anthony Harris.  I make this declaration in support of Plaintiffs' Ines Hernandez and Anthony Harris' Opposition to Monsanto Company's  Notice of Motion and Motion to Exclude Testimony of Case Specific Causation Expert, Ron Schiff In Wave One

Cases on *Daubert* Grounds.  I make this declaration based on my personal knowledge and, if called as a witness, I would and could testify competently to these matters.

    2.    Annexed hereto as Exhibit 1 is a true and correct copy of Dr. Schiff's report prepared in the *Hernandez* case (N.D. Cal. No. 3:17-cv-03199-VC), dated September 16, 2019.

    3.    Annexed hereto as Exhibit 2 is a true and correct copy of Dr. Schiff's report prepared in the *Harris* case (N.D. Cal. No. 3:16-cv-05750-VC), dated October 2, 2019.

    4.    Annexed hereto as Exhibit 3 is a true and correct copy of portions of the deposition transcript of Dr. Ron Schiff taken in the *Hernandez* case, dated November 12, 2019

    5.    Annexed hereto as Exhibit 4 is a true and correct copy of portions of the deposition transcript of Ines Hernandez, taken in the *Hernandez* case, dated July 12, 2019.

    6.    Annexed hereto as Exhibit 5 is a true and correct copy of portions of the deposition transcript of Anthony Harris, taken in the *Harris* case, dated July 19, 2019.

    7.    Annexed hereto as Exhibit 6 is a true and correct copy of Anthony Harris' Third Amended Plaintiff Fact Sheet, filed in the *Harris* case, dated August 13, 2019.

    8.    Annexed hereto as Exhibit 7 is a true and correct copy of portions of the deposition transcript of Dr. Ron Schiff taken in the *Harris* case, dated November 12, 2019.

BRAKE DECLARATION IN SUPPORT OF OPPOSITION TO MONSANTO'S MOTION TO EXCLUDE TESTIMONY OF RON SCHIFF

I hereby declare under penalty of perjury that the facts set forth herein are true and correct.  Executed this 10th day of December 2019.

>By: _/s/Brian K. Brake_____
>Michael J. Miller, Esq. (pro hac vice)
>Brian K. Brake, Esq. (pro hac vice)
>Tayjes Shah, Esq. (pro hac vice)
>The Miller Firm LLC
>108 Railroad Avenue
>Orange, VA 22960
>Phone:  540-672-4224
>Fax:  540-672-3055
>mmiller@millerfirmllc.com
>bbrake@millerfirmllc.com
>tshah@millerfirmllc.com

BRAKE DECLARATION IN SUPPORT OF OPPOSITION TO MONSANTO'S MOTION TO EXCLUDE TESTIMONY OF RON SCHIFF