# EXHIBIT 1

RON D. SCHIFF, M.D., Ph.D.

Schiff Biomedical Consulting



813-978-8327

Florida Medical License ME0066534

Certified by the American Board of Internal Medicine
in Internal Medicine, Medical Oncology,
and Hematology

September 16, 2019

Tayjes Shah, Esq.
The Miller Firm, LLC
108 Railroad Avenue
Orange, VA  22960

Re: Ines Hernandez v. Monsanto

Dear Mr. Shah,

The following summarizes my background and my factual review and opinions in the above-referenced case:

## BIOGRAPHICAL

I attended college at Northwestern University in Evanston, Illinois between 1970 and 1973, graduating with a B.A. in Biological Sciences and Psychology. I attended medical school and graduate school at Saint Louis University in St. Louis, Missouri from 1973 until 1980, graduating with a Ph.D. in Molecular and Cellular Biology in 1979 and an M.D. in 1980. During my final year of medical school, I completed a one-year post-doctoral fellowship in Molecular and Cellular Biology. I then completed an internship and residency in Internal Medicine at Northwestern University Medical Center in Chicago between 1980 and 1983. I also completed a subspecialty fellowship in Medical Oncology and Hematology at Memorial Sloan-Kettering Cancer Center in New York from 1983 until 1986.

EXHIBIT 1

Once my training was completed, I served as a faculty member in the Department of Medicine, Division of Hematology/Oncology, at the Medical University of South Carolina in Charleston from 1986 until 1992. Subsequently, I was in private practice in Medical Oncology and Hematology in Charleston from 1992 until 1994. In July 1994, I relocated to Tampa, Florida, where I was in private practice in Medical Oncology and Hematology until I retired in May 2015. During my time in Tampa, I served as the Chair of the Cancer Committee at University Community Hospital and its successor, Florida Hospital Tampa, from January 1995 until April 2014.

I am Board-certified by the American Board of Internal Medicine in Internal Medicine (1983), Medical Oncology (1985), and Hematology (1988).

I established Schiff Biomedical Consulting for continuation of my medicolegal work in early 2011, and serve as its principal.

Additional biographical information is provided in my curriculum vitae.

FACTUAL REVIEW

At your request, I have reviewed medical records for the plaintiff, Mr. Ines Hernandez, which were sent to me by your office, and have formed opinions regarding the information disclosed therein.

Mr. Ines Hernandez, a male born on ███████ ██, was 45 years old when he was evaluated at an urgent care clinic and subsequently at the Emergency Department of AHMC Anaheim Regional Medical Center on November 7, 2009 for intermittent bilateral mid- and lower back pain for nine months and an intermittent burning sensation in the periumbilical area for three months. The latter had become worse during the three weeks immediately preceding the evaluation. Mr. Hernandez also reported constipation. His physical examination was significant for findings of trace bilateral lumbar paravertebral muscle tenderness and a pulsating periumbilical mass measuring 8 cm in diameter. A complete blood count (CBC), urinalysis, blood chemistry profile, and the tumor marker blood test known as CEA were normal. A second tumor marker, CA19-9, was also obtained, but the results are unavailable. A CT scan of the abdomen and pelvis without intravenous contrast administration revealed distention of the distal small intestine due to the presence of stool, along with extensive mesenteric and retroperitoneal lymph node enlargement extending from above the level of the celiac artery to the aortic bifurcation. The lymph node mass measured up to 11 by 4 cm in transverse dimensions and greater than 20 cm in length. Smaller lymph nodes were also identified in the pelvis and in the inguinal regions bilaterally.

At outpatient follow-up on November 10, 2009, Mr. Hernandez indicated that his pain had improved, his constipation was chronic, and that he smoked. The statement about smoking, however, was consistently contradicted by subsequent office notes. A chest x-ray was normal.

On November 12, 2009, Mr. Hernandez underwent a left axillary lymph node biopsy,

2

yielding a diagnosis of grade I to II follicular lymphoma. Immunohistochemical staining was positive for BCL-2 and, in 40 to 50% of cells within abnormal or reactive-appearing follicles, Ki-67. Flow cytometric analysis was positive for CD10, CD19, CD20, CD23, and FMC-7, with marked lambda–light chain clonal excess. The specimen was reviewed at the Department of Anatomic Pathology at the City of Hope National Medical Center.

On November 18, 2009, Mr. Hernandez was referred to Dr. Veena Charu, a medical oncologist and hematologist affiliated with Pacific Cancer Medical Center, Inc. in Anaheim, for further evaluation and management of newly diagnosed follicular lymphoma.

On December 9, 2009, a PET-CT scan revealed extensive hypermetabolic lymphadenopathy in the neck, axillary regions, and pulmonary hila bilaterally and in the mediastinum, mesentery, retroperitoneum, pelvis, and bilateral inguinal regions, along with intense hypermetabolic activity involving the spleen.

On January 29, 2010, bone marrow aspiration and biopsy, including immunohistochemical and flow cytometric analyses, demonstrated no evidence of infiltration by lymphoma.

On March 17, 2010, a hepatitis profile revealed hepatitis A virus total antibodies positive, hepatitis A virus IgM antibody negative, hepatitis B surface antibody negative, and hepatitis C virus antibodies negative. An HIV antibody assay was also negative. Another chest x-ray was normal.

On March 22, 2010, three stool specimens tested negative for occult blood. A repeat hepatitis A virus total antibody assay was again positive.

The positive hepatitis A virus total antibody assay was reconfirmed on March 30 and April 19, 2010.

On May 3, 2010, hepatitis A virus total antibodies were again positive and hepatitis A virus IgM antibody was again negative, indicating that there was no active infection.

Positive hepatitis A virus total antibody assays were obtained yet again on May 18 and June 1, 2010.

Plain films of the cervical spine were obtained on June 10, 2010 as part of an evaluation for right-sided chest wall pain and tenderness, and were normal. The pain was tentatively attributed to costochondritis.

On June 17, 2010, Mr. Hernandez was referred to Dr. Fernando Austin, a gastroenterologist, for interpretation of the hepatitis A virus antibody tests. On that date, hepatitis B surface antigen and hepatitis B core antibody tests were negative. The hepatitis profile was correctly interpreted as demonstrating immunity to hepatitis A virus, with no evidence of active infection. This conclusion was communicated to Mr. Hernandez on the

following day.

A restaging PET-CT scan on July 14, 2010 revealed interval decreases since the previous PET-CT scan on December 9, 2009 in the number, size, and intensity of radioactive uptake of most of the previously noted hypermetabolic lymph nodes. However, persistent disease was present at most sites, and interval enlargement of right submandibular and left supraclavicular lymph nodes and increases in the size and/or intensity of radioactive uptake of certain mediastinal and inguinal lymph nodes were reported. Notably, the spleen was not hypermetabolic.

On August 30, 2010, a CBC and blood chemistry profile were normal. The beta-2 microglobulin, a tumor marker blood test which may be elevated in certain lymphoproliferative malignancies including follicular lymphoma, was also normal at 2.08.

On December 9, 2010, another hepatitis A virus total antibody assay was positive. The serum immunoglobulin (Ig) G and IgM were normal at 1144 and 70, respectively. The beta-2 microglobulin was again normal at 2.08.

On December 13, 2010, a hepatitis A virus IgM antibody assay was again negative.

On March 14, 2011, a PET-CT scan demonstrated worsening hypermetabolic lymphadenopathy in the mesenteric and right iliac and inguinal regions and, to a lesser extent, in the neck and mediastinum.

On April 24, 2011, marked elevations of the total bilirubin, alkaline phosphatase, AST, and ALT, all of which are blood tests of liver function, were noted, having developed since December 9, 2010.

Although the total bilirubin decreased somewhat by April 29, 2011, the other liver function tests increased markedly further during the same interval. Another hepatitis profile revealed positive hepatitis A virus total antibodies, but hepatitis A virus IgM antibody, hepatitis B core antibody, and hepatitis B surface antibody were all negative. A hepatitis C virus RNA assay by PCR was negative.

On May 3, 2011, it was noted by Dr. Veena Charu, Mr. Hernandez's medical oncologist, that Mr. Hernandez had declined treatment for his lymphoma after the diagnosis was established in November 2009. Active complaints were fatigue, nausea, vomiting, abdominal discomfort, and possibly loss of appetite. Physical examination was remarkable for the presence of jaundice; there was no palpable lymphadenopathy or hepatosplenomegaly. Reference was made to a CT scan of the chest, abdomen, and pelvis on April 23, 2011, which reportedly demonstrated a markedly enlarged right gastrohepatic ligament lymph node compressing the portal vein, and additional extensive mesenteric and retroperitoneal lymphadenopathy. Mr. Hernandez had recently been hospitalized at AHMC Anaheim Regional Medical Center because of the abdominal pain and jaundice; the CT scan likely had been obtained during that hospitalization. Dr. Charu tentatively attributed the jaundice and elevated liver function tests to compression of

the biliary tract by enlarged lymph nodes in the upper abdomen. Because Mr. Hernandez was acutely ill, he was treated with prednisone and allopurinol while awaiting insurance authorization for chemotherapy.

By May 10, 2011, the nausea, vomiting, and abdominal discomfort had resolved. Mr. Hernandez's appetite was good. A chest x-ray was normal.

On May 12, 2011, an echocardiogram revealed preserved left ventricular contractility with a left ventricular ejection fraction of 55% and mild mitral and tricuspid regurgitation.

By May 17, 2011, the total bilirubin had returned to normal and the alkaline phosphatase, AST, and ALT had all decreased markedly. However, the beta-2-microglobulin was now elevated at 2.86, with the upper limit of normal 2.51.

After insertion of a central venous access port, Mr. Hernandez was treated with five cycles of standard R-CHOP chemoimmunotherapy, consisting of the combination of Rituxan, Cytoxan, Adriamycin, vincristine, and prednisone, at intervals of three weeks from May 18 until August 19, 2011; the fifth cycle was postponed for five days because of the development of mouth sores and a productive cough. Neupogen was administered during the first chemotherapy cycle to minimize the risk of infection when the white blood cell and neutrophil counts were low, but discontinued thereafter because of the development of Neupogen-induced lower back pain. Thereafter, Mr. Hernandez received maintenance therapy with single-agent Rituxan weekly for four weeks from January 17 until February 7, 2012 and then weekly for five weeks from July 25 until August 22, 2012.

On May 26, 2011, all of the liver function tests were normal. Unfortunately, Mr. Hernandez required evaluation later on the same day at the Emergency Department of Whittier Hospital Medical Center for severe lower back pain radiating to the neck. A CT scan of the lumbar spine revealed mild disc bulging and degeneration in the lower lumbar spine. Mr. Hernandez was treated with Dilaudid, an opioid, for the lower back pain. The lower back pain was probably a well-recognized side effect of Neupogen administration, which was therefore discontinued.

On June 6, 2011, an acute hepatitis profile revealed hepatitis A virus IgM antibody, hepatitis B surface antigen, hepatitis B core IgM antibody, and hepatitis C virus antibodies all negative.

By June 29, 2011, the beta-2-microglobulin had normalized to 2.02.

On July 14, 2011, a PET-CT scan revealed interval improvement since the most recent prior PET-CT scan on March 14, 2011 in the previously noted generalized hypermetabolic lymphadenopathy, with residual disease confined to lymph nodes anterior to the left adrenal gland, in the right para-aortic region, and in the proximal right common iliac region. Although not reported previously, a stable, small, evidently non-hypermetabolic subpleural nodule in the right upper lobe was described.

The beta-2-microglobulin remained normal on July 18, 2011.

On August 3, 2011, Mr. Hernandez complained of cramping pain in the hands and lower extremities, possibly related to vincristine-induced peripheral neuropathy. He declined treatment with Neurontin and was advised to take supplemental calcium and magnesium.

On August 5, 2011, Mr. Hernandez complained of rectal bleeding for three months.

By August 8, 2011, the beta-2-microglobulin had increased back to 3.31.

On August 10, 2011, Mr. Hernandez complained of a cough with the associated production of yellow sputum for a few days, mouth sores due to chemotherapy, and intermittent pain in the right side. A stool specimen tested negative for occult blood. A chest x-ray confirmed the interval insertion of a right subclavian central venous access catheter. Chemotherapy was postponed for five days, as noted above, and Mr. Hernandez was treated with azithromycin for the productive cough.

By August 25, 2011, the beta-2-microglobulin had normalized back to 2.08.

On August 31, 2011, Mr. Hernandez again complained of mouth sores and a cough, this time dry, along with the development of occasional shortness of breath. Another course of azithromycin was prescribed for the respiratory symptoms.

Mr. Hernandez was admitted to the AHMC Anaheim Regional Medical Center through the Emergency Department from September 4 until September 14, 2011 for evaluation and management of increasing shortness of breath and cough, along with the development of a fever of up to 103.0°. It was noted that Mr. Hernandez was still taking prednisone 16 days after his fifth chemotherapy cycle. Admission physical findings included a rapid respiratory rate of 36/minute and suspected herpes simplex virus lesions on the upper lip. The oxygen saturation was 88% on room air. Examination of the sputum yielded evidence of *Candida*, but not *Pneumocystis* or malignant cells. Admission duplex venous ultrasound examination of the lower extremities revealed no evidence of a deep venous thrombosis. On September 5, 2011, an echocardiogram showed preserved left ventricular contractility with a left ventricular ejection fraction of 53% and trace tricuspid regurgitation. A CT pulmonary angiogram demonstrated a mild diffuse bilateral ground-glass pulmonary infiltrate, but no evidence of pulmonary embolus. At some point during his hospitalization, Mr. Hernandez's symptoms worsened and he was transferred to the Intensive Care Unit, intubated, and mechanically ventilated for impending respiratory failure. On September 7, 2011, a bronchoscopy was grossly normal, with only minimal secretions present in the airways. However, cytologic examination of bronchial washings obtained from the right lower lobe by bronchoalveolar lavage and from the common trap were positive for *Candida* and *Pneumocystis*, but negative for malignant cells. The bronchial washings and bronchial brushings obtained from the right lower lobe revealed no evidence of viral inclusions. The *Pneumocystis* species was evidently identified as *P. jiroveci*. Antimicrobial therapy consisted of azithromycin, Zosyn, tobramycin, Bactrim, vancomycin, Levaquin, voriconazole, and acyclovir. Supplemental oxygen was required throughout Mr.

Hernandez's hospitalization. A chest x-ray near the time of discharge was reportedly stable, with a diffuse alveolar infiltrate in the left lung and an infiltrate at the right lung base. Marked clinical improvement was recorded. Prednisone administration was to be discontinued on September 25, 2011.

Pulmonary infiltrates were still evident on a follow-up chest x-ray obtained on September 15, 2011, one day after hospital discharge.

On October 5, 2011, Mr. Hernandez complained of worsening shortness of breath for two days after previous improvement. His fever and cough had resolved, and his mouth sores were healing. He also complained of right upper quadrant abdominal discomfort for five days. Reevaluation at the Emergency Department was recommended, but documentation of such a visit is not available.

By October 13, 2011, the shortness of breath had resolved. Physical examination revealed healing sores below the right nostril and on the lower lip and mild rhonchi in the left lung. A planned sixth cycle of R-CHOP chemotherapy was withheld because of the recent episode of pneumonia.

On October 17, 2011, pulmonary function tests revealed a mild restrictive ventilation defect with diffusion impairment.

On November 10, 2011, a colonoscopy was normal except for a finding of small, non-hemorrhagic internal hemorrhoids.

By November 11, 2011, the beta-2-microglobulin had normalized again to 2.21.

On November 21, 2011, a CT scan of the head without intravenous contrast administration was obtained as part of an evaluation for dizziness, and was normal.

On December 1, 2011, a PET-CT scan revealed the interval development since the most recent prior PET-CT scan on July 14, 2011 of multiple new hypermetabolic upper abdominal lymph nodes, regression of the previously noted hypermetabolic retroperitoneal and proximal right iliac lymphadenopathy, and development of a small non-hypermetabolic nodule in the left lower lobe. The previously noted small non-hypermetabolic nodule in the right upper lobe was unchanged.

Subsequently, the beta-2-microglobulin remained normal on December 2 and December 19, 2011 and January 9, March 5, July 13, and July 30, 2012.

On December 6, 2011, Mr. Hernandez complained of a skin rash and itching, although no evidence of the rash was noted on physical examination.

On December 19, 2011, serum immunoglobulins were IgG 398 and 381 (normal range 694 to 1618), IgA 88 and 80 (normal range 81 to 463), and IgM 14 and 15 (normal range 48 to

7

271).

On January 3, 2012, Mr. Hernandez reported recently being treated with an antibiotic at an urgent care clinic for a recurrent cough with the associated production of yellow sputum, this time also accompanied by nasal and chest congestion.

On January 9, 2012, serum immunoglobulins were IgG 408, IgA 87, and IgM 15.

On January 31, 2012, Mr. Hernandez complained of a recurrent cough and chest congestion, with the associated production of yellow nasal or bronchial secretions. He also complained of insomnia after receiving Rituxan, evidently due to standard premedication with dexamethasone. Azithromycin was prescribed again for the recurrent respiratory symptoms.

By February 7, 2012, the chest congestion had resolved.

Leukopenia and neutropenia, presumably due to Rituxan administration, were documented on March 5, 2012.

On March 6, 2012, Mr. Hernandez complained of shortness of breath when lying down at night; neck pain; and right-sided abdominal pressure discomfort, improved after bowel movements.

On April 9, 2012, a CT scan of the chest, abdomen, and pelvis with oral and intravenous contrast administration revealed interval slight improvement since the most recent prior PET-CT scan on December 1, 2011 in the mesenteric root and right-sided paracaval lymphadenopathy; the minute non-calcified pulmonary nodules in the right upper and left lower lobes and the remaining shotty retroperitoneal lymphadenopathy were unchanged.

By May 8, 2012, the leukopenia and neutropenia had resolved.

On May 10, 2012, Mr. Hernandez reported gradual improvement in his intermittent mild lower abdominal discomfort.

On July 13, 2012, serum immunoglobulins were IgG 419, IgA 96, and IgM 19.

By July 16, 2012, the abdominal pain had resolved. However, Mr. Hernandez complained of aching discomfort in the thighs and feet, exacerbated by walking, and numbness involving the bottoms of the feet, all present since September 2011.

An intravenous immunoglobulin infusion was administered on July 25, 2012 because of the persistently low serum immunoglobulin levels.

On August 1, 2012, Mr. Hernandez complained of infrequent vague right lower quadrant abdominal pain and occasional pain with urination. A urinalysis revealed no evidence of a bladder infection.

On August 8, 2012, Mr. Hernandez complained of numbness of the right arm.

Maintenance Rituxan administration was discontinued after the dose on August 22, 2012 because of the risk of recurrent pneumonia. This decision was formally documented on July 2, 2013.

On October 5, 2012, the beta-2-microglobulin had increased again to 2.57.

On October 9, 2012, a CT scan of the chest, abdomen, and pelvis was unchanged compared with the most recent prior CT scan from April 9, 2012.

On October 12, 2012, Mr. Hernandez again complained of a mild productive cough.

By December 6, 2012, the beta-2-microglobulin had normalized again and remained normal on February 12, April 1, May 20, August 22, and October 11, 2013; April 23, July 22, and October 16, 2014; May 11, 2015; and September 27 and November 29, 2016.

On February 4, 2013, a PET-CT scan revealed interval resolution since the most recent prior PET-CT scan on December 1, 2011 of the hypermetabolic activity associated with mesenteric and retroperitoneal lymph nodes. It was concluded that there was no convincing evidence of persistent or recurrent lymphoma.

On August 26, 2013, Mr. Hernandez complained of intermittent swelling of the back of the neck since September 2012.

On September 9, 2013, a PET-CT scan revealed interval slight enlargement since the most recent prior PET-CT scan on February 4, 2013 of small lymph nodes in the neck bilaterally, some now exhibiting mildly increased hypermetabolic uptake. A small left axillary lymph node was palpable on physical examination.

On January 13, 2014, Mr. Hernandez complained of intermittent indigestion and abdominal bloating.

On February 25, 2014, Mr. Hernandez complained of left-sided chest pain for three weeks. He had recently been evaluated twice at an Emergency Room, apparently for this complaint.

On April 25, 2014, Mr. Hernandez reported having been evaluated at the Emergency Department of the AHMC Anaheim Regional Medical Center in late January and again in early February 2014 for a persistent cough. Each time he was treated with an antibiotic. The cough finally resolved in mid-March 2014. Current complaints were mild left-sided throat pain and generalized joint pain.

On May 9, 2014, a PET-CT scan revealed interval progression since the most recent prior PET-CT scan on September 9, 2013 of hypermetabolic lymphadenopathy in multiple sites in the

neck. Stable hypermetabolic activity in the nasopharynx, more prominently on the right side, was reported for the first time.

On June 26, 2014, an MRI scan of the neck revealed an enlarged left anterior cervical lymph node measuring 1.45 cm in diameter and multiple sub-cm, that is, not pathologically enlarged, lymph nodes on both sides of the neck.

On October 20, 2014, Mr. Hernandez reported interval regression of the right-sided cervical lymphadenopathy, although it is not clear that he had been aware of it prior to the imaging studies in May and June 2014. Two right lateral cervical lymph nodes measuring up to 1.0 cm in diameter were reported on physical examination.

On November 14, 2014, the TSH was normal.

On May 7, 2015, a PET-CT scan revealed an interval decrease since the most recent prior PET-CT scan on May 9, 2014 in the hypermetabolic activity associated with the previously noted right and left cervical lymph nodes, the sizes of which were stable. The previously noted asymmetric hypermetabolic activity in the nasopharynx was stable, but interval development of slight fullness and asymmetrically increased hypermetabolic activity in the left tonsil was reported. The variable findings on serial PET-CT scans were interpreted as consistent with waxing and waning low-grade lymphoma.

On June 1, 2016, physical examination revealed persistent, stable bilateral cervical lymphadenopathy.

On July 28, 2016, a PET-CT scan revealed interval slight increases since the most recent prior PET-CT scan on May 7, 2015 in the hypermetabolic activity associated with bilateral cervical lymph nodes measuring up to 1.0 cm in diameter, and slight enlargement of a right anterior cervical lymph node. The previously noted hypermetabolic activity associated with the nasopharynx and left tonsil was unchanged.

By December 1, 2016, the bilateral cervical lymphadenopathy was no longer palpable. This was confirmed by an ENT evaluation on December 8, 2016.

On May 4, 2017, a PET-CT scan revealed interval slight decreases since the most recent prior PET-CT scan on July 28, 2016 in the hypermetabolic activity associated with bilateral cervical lymph nodes measuring up to 1.0 cm in diameter. There was no further change in the size of the previously enlarging right anterior cervical lymph node. The previously noted hypermetabolic activity associated with the nasopharynx had resolved, while the hypermetabolic activity associated with the tonsils was now symmetrical.

On June 20, 2018, a *M. morganii* urinary tract infection was documented.

On January 19, 2019, a CT scan of the abdomen and pelvis with intravenous contrast administration was obtained as part of evaluation for abdominal pain and revealed no evidence of

enlarged lymph nodes, although borderline enlargement of the spleen was noted on one of two versions of the report.

On February 27, 2019, Mr. Hernandez complained of a recurrent cough, along with bilateral lower abdominal swelling for more than one year. Bilateral inguinal hernias were reported on physical examination. An ultrasound examination of the abdomen on the same date failed to confirm the presence of an inguinal hernia. However, a surgical evaluation one month later did confirm the presence of a left inguinal hernia. Surgical repair was recommended.

On April 30, 2019, a CT scan of the chest, abdomen, and pelvis with intravenous contrast administration demonstrated no evidence of lymphadenopathy or splenomegaly. It was noted that a left inguinal herniorrhaphy was scheduled for May 30, 2019.

On May 10, 2019, a CBC, PT, aPTT, and blood chemistry profile revealed no significant abnormalities.

Finally, on May 14, 2019, reference was made to a recent normal chest x-ray.

## OPINIONS

1. Diagnosis and staging. Mr. Hernandez's diagnosis is grade I to II follicular lymphoma. The stage of his lymphoma is stage III. The diagnosis was established by a left axillary lymph node biopsy on November 12, 2009. The stage was initially established by a PET-CT scan on December 9, 2009 and bone marrow aspiration and biopsy on January 29, 2010, the latter demonstrating no evidence of bone marrow involvement at that time. Additionally, the stage of Mr. Hernandez's lymphoma has been continuously reevaluated by serial PET-CT scans and plain CT scans.

Grade I to II follicular lymphoma is a low-grade non-Hodgkin lymphoma arising in the B-lymphocytes of the immune system. Follicular lymphoma is the second most common type of non-Hodgkin lymphoma, representing 22% of all cases (1, 2).

The stage of any malignancy provides important information about the extent of disease within the body and thus helps to determine optimal treatment, estimate prognosis, and correlate results among treatment groups in different clinical trials. Stage III refers to the presence of lymphoma in individual lymph nodes or lymph node groups both above and below the diaphragm, with or without the additional involvement of the spleen or a localized site outside the lymphatic system (1, 2). In stage III, the lymphoma is more extensive than in stages I or II, in which the disease is confined to just one side of the diaphragm. By not repeating the bone marrow examination before the initiation of treatment in May 2011, the opportunity was lost to determine whether Mr. Hernandez's lymphoma had progressed (by virtue of new bone marrow involvement) to stage IV, which is defined as diffuse or disseminated involvement of at least one extralymphatic site with or without associated lymph node enlargement (1, 2).

2. Treatment. Mr. Hernandez did not receive specific treatment for his lymphoma

11

immediately after diagnosis.  This approach, often described as "observation," but more accurately known as "watchful waiting," may be appropriate in patients with stage III or stage IV follicular lymphoma whose lymphoma is indolent (that is, not growing rapidly) and who are not experiencing pain, obstruction of vital structures, cosmetic consequences of visible bulky lymph nodes, or any of myriad other complications (1, 2).  Advanced age and/or coexisting serious medical illness are other recognized indications for the watchful waiting approach (1, 2).

However, by Spring 2011, Mr. Hernandez's lymphoma had become symptomatic, with the development of fatigue, nausea, vomiting, abdominal discomfort, possibly loss of appetite, and jaundice.  Elevated liver function tests were also documented.  The jaundice and elevated liver function tests were probably due to compression of the bile ducts by enlarged lymph nodes in the upper abdomen.  Treatment with R-CHOP, commencing on May 18, 2011 and followed by maintenance therapy with single-agent Rituxan, constitutes a standard, and relatively intensive, therapeutic approach for patients with follicular lymphoma who require treatment (1, 2).

3. <u>Disease status and prognosis.</u>  Serial physical examinations and imaging studies, enumerated above, have demonstrated marked regression of Mr. Hernandez's enlarged and/or hypermetabolic (on PET-CT scan) lymph nodes.  However, the regression has stopped short of permanent disappearance of these abnormalities, instead exhibiting a waxing and waning pattern manifested by alternating periods of increased and decreased disease activity.  This pattern is a recognized variant of the clinical course of low-grade lymphomas (2).  As such, Mr. Hernandez should be regarded as having "stable disease," rather than being in complete remission.

The prognosis for patients with follicular lymphoma has several dimensions (1, 2).  Up to 90% of patients have extensive-stage disease (III or IV) at the time of diagnosis.  While the median survival time for these patients now exceeds 10 years, the clinical course of patients with follicular lymphoma is characterized by repeated relapses.  The response to initial treatment typically lasts for one to three years.  There are an increasing number of therapeutic options for patients with relapsed disease, but the response durations tend to become progressively shorter with successive courses of treatment.  Additionally, 30% to 50% of follicular lymphomas eventually undergo transformation to a more aggressive type of non-Hodgkin lymphoma, most often diffuse large B-cell lymphoma; this transformation occurs at a rate of 3% to 6% per year.  In general, stage III or IV follicular lymphoma is not considered curable, except perhaps in some of the few patients able to undergo high-dose chemotherapy and allogeneic bone marrow transplantation (in which the bone marrow is donated by another individual).

It is a matter of common sense that a median survival in the range of 10 years does not represent a desirable outcome for a patient diagnosed with stage III follicular lymphoma at age 45, as was the case for Mr. Hernandez.

4. <u>Complications of Mr. Hernandez's lymphoma and its treatment.</u>  Both follicular lymphoma and, separately, its treatment commonly produce complications which may be severe, producing symptoms, potentially compromising the survival and/or quality of life of the patient, and causing distress for the patient and family.  In lieu of a general catalog of such complications, only those specifically experienced by Mr. Hernandez, all of which have been discussed above,

will be listed.

Mid- and lower back pain, periumbilical abdominal pain, and constipation were the presenting complaints which led to the diagnosis of Mr. Hernandez's lymphoma in November 2009. As noted above, by the time treatment was initiated in May 2011, he had also developed fatigue, nausea, vomiting, obstructive jaundice, and possibly loss of appetite.

Complications during the period of time that Mr. Hernandez was undergoing treatment for his lymphoma (May 18, 2011 until August 22, 2012) included decreased white blood cell and neutrophil counts, which are associated with an increased risk of infection, potentially life-threatening; lower back pain due to the administration of Neupogen to support the white blood cell and neutrophil counts; cramping pain in the hands and lower extremities, aching discomfort in the thighs and feet, exacerbated by walking, and numbness involving the bottoms of the feet, all evidently reflecting peripheral neuropathy, which is a rather frequent complication of the administration of vincristine, one of the chemotherapy drugs in the R-CHOP regimen; mouth sores; an apparent herpes simplex virus infection of the upper lip; pneumonia caused by infection of the lungs with *Pneumocystis* and the fungi known as *Candida*, with associated potentially life-threatening impending respiratory failure requiring hospitalization in an Intensive Care Unit, intubation, and mechanical ventilation; subsequent exacerbations or recurrences of shortness of breath; subsequent recurrences of cough, with the associated production of yellow sputum and chest congestion, requiring repeated courses of antibiotic administration; and decreased serum immunoglobulin levels, indicating impairment of antibody-mediated immunity, thus likely contributing to the recurrent respiratory infections and requiring an intravenous immunoglobulin infusion. As previously noted, a planned sixth cycle of R-CHOP chemotherapy was withheld because of the recent episode of pneumonia, and maintenance Rituxan administration was discontinued because of the risk of recurrent pneumonia.

Finally, Mr. Hernandez continued to experience a recurrent cough well after the completion of his lymphoma treatment and the treatment for his pneumonia.

5. Psychological effects. It is another matter of common sense, as well as personal and professional experience, that the diagnosis and treatment of cancer, and the complications of cancer and its treatment, are among the most stressful experiences that a person can undergo during his or her lifetime. Whether the prognosis is good, poor, or, as in Mr. Hernandez's case, somewhere in between, any new finding after a cancer has been diagnosed raises the serious concern in a patient, the patient's family, and the medical team alike of recurrence or progression of the malignancy. The potentially devastating significance of each new or persistent symptom, change in a pre-existing symptom, new physical finding, new laboratory or imaging abnormality-and every new medical encounter related to the cancer--are lifelong sources of fear and anxiety in virtually every person who has had cancer.

6. Lymphoma caused by Roundup. I have reviewed Mr. Hernandez's deposition testimony regarding the frequency and duration of his Roundup exposure and his use of personal protective equipment while mixing and spraying Roundup. Mr. Hernandez reported using Roundup five times weekly in his work as a landscaper and while gardening at home. His

13

commercial exposure began in 1997 and continued until he was diagnosed with non-Hodgkin lymphoma in 2009. His residential exposure also begin in 1997, but continued until 2016. Mr. Hernandez's use of personal protective equipment while mixing and spraying Roundup was inconsistent. It is therefore my opinion that Mr. Hernandez's exposure to Roundup has been extensive.

I have reviewed all of the reliance materials provided to me by counsel regarding the reported association between Roundup exposure and the development of non-Hodgkin lymphoma. I am deferring a detailed discussion of general causation regarding the association between Roundup and non-Hodgkin lymphoma to Plaintiffs' general causation experts. I will highlight only those aspects which would be of interest to clinicians, especially medical oncologists and hematologists, caring for patients with non-Hodgkin lymphoma.

The carcinogenicity of glyphosate, the active herbicidal ingredient in Roundup, has been comprehensively evaluated by the International Agency for Research on Cancer (IARC) (3, 4). In 2015, IARC, which is a division of the World Health Organization, noted that "Glyphosate is a broad-spectrum herbicide, currently with the highest production volumes of all herbicides. It is used in more than 750 different products for agriculture, forestry, urban, and home applications. Its use has increased sharply with the development of genetically modified glyphosate-resistant crop varieties. Glyphosate has been detected in air during spraying, in water, and in food...Glyphosate has been detected in the blood and urine of agricultural workers, indicating absorption." At that time, IARC classified glyphosate as "probably carcinogenic to humans"–a Group 2A carcinogen, according to the IARC classification. The Group 2A classification of glyphosate as a human carcinogen reflects "limited evidence" for carcinogenicity in humans, based on a positive association with non-Hodgkin lymphoma, plus "sufficient evidence" of carcinogenicity in animals and identification of genotoxicity and oxidative stress as the carcinogenic mechanisms of glyphosate. "Limited evidence" and "sufficient evidence" are part of the terminology used by IARC to summarize and communicate the results of its weight-of-the-evidence analyses of known or suspected carcinogens.

Earlier this year, Zhang *et al.* published an independent analysis of the risk of developing non-Hodgkin lymphoma in individuals exposed to glyphosate-based herbicides (5). The analysis included a meta-analysis of the available human epidemiologic data as well as an evaluation of available animal and mechanistic studies. The meta-analysis demonstrated a statistically significant 41% to 45% increase (compared to relevant control subjects) in the risk of developing non-Hodgkin lymphoma for individuals with high cumulative exposures to glyphosate-based herbicides. The magnitude of this increase is closely comparable to that reported for the development of non-Hodgkin lymphoma in individuals with high serum levels of polychlorinated biphenyls (PCBs) (6), which are considered persistent organochlorine pollutants and collectively have been classified as an IARC Group I (strongest evidence) human carcinogen (7, 8). Similar to IARC, Zhang *et al.* (5) concluded that the animal and mechanistic data provide supporting evidence for the carcinogenic potential of this group of herbicides.

7. Other risk factors. It is often been said that most cases of non-Hodgkin lymphoma are idiopathic–that is, the cause is unknown (1). However, diseases don't just happen. Every

disease has one or more causes, even if not yet discovered by scientific research. This applies to the causes of disease in individuals as well as populations. Regarding causation, "idiopathic" means "not yet known" or "not known in this case," not "there is no cause."

Other than Roundup exposure, no risk factors for the development of lymphoma, such as predisposing medical conditions, a positive family history, or other candidate carcinogenic exposures, are identified in Mr. Hernandez's medical records. Even if Mr. Hernandez does have a history of smoking—and the November 10, 2009 entry concerning this appears to be incorrect—the only patients for whom smoking has been shown to be a risk factor for the development of non-Hodgkin lymphoma are women (not males) with follicular lymphoma (9).

8. Conclusion. Mr. Hernandez is now 55 years old. He was diagnosed with stage III grade 1 to 2 follicular lymphoma between November 2009 and January 2010. He was treated aggressively with combination chemotherapy and Rituxan between May 2011 and August 2012. Treatment resulted in a category of response known as "stable disease," rather than a complete remission. Mr. Hernandez experienced numerous complications of his lymphoma and its treatment, some of which were severe and even life-threatening. More likely than not, Mr. Hernandez's lymphoma will progress or transform to a more aggressive non-Hodgkin lymphoma subtype, which would require additional treatment if he is medically able to tolerate it. Either of these outcomes—progression or transformation—would be expected to compromise his survival. Lifelong psychological consequences of the diagnosis and treatment of cancer, and of the complications of the cancer and its treatment, are near-universal experiences in patients who have been treated for cancer. Mr. Hernandez has reported extensive exposure to Roundup, which has been implicated in the causation of non-Hodgkin lymphoma on the basis of human epidemiologic data and animal and mechanistic studies.

It is my conclusion that, to a reasonable degree of scientific and medical certainty, exposure to Roundup was a substantial factor in causing Mr. Hernandez's non-Hodgkin lymphoma.

All of these opinions are expressed to a reasonable degree of scientific and medical certainty. Please note that I reserve the right to amend the opinions contained in this report and to offer additional opinions should new information become available to me about Mr. Hernandez's case.

Thank you for allowing me the opportunity to review this interesting case. Please let me know if I may be of further assistance.

Sincerely,

Ron D. Schiff, M.D., Ph.D.

Ron D. Schiff, M.D., Ph.D.

REFERENCES:

1.  Bierman, P.J. and J.O. Armitage, 2012. Non-Hodgkin's lymphomas. In Goldman, L. and A.I. Schafer, 2012. *Goldman's Cecil Medicine,* 24th edition. Elsevier Saunders, Philadelphia, pp 1218-28.

2.  Evens, A.M., J. N. Winter, L.I. Gordon, *et al.,* 2010. Non-Hodgkin lymphoma. In Pazdur, R., L.D. Wagman, K.A. Camphausen, and W.J. Hoskins, 2010. *Cancer Management: A Multidisciplinary Approach,* 13th edition. UBM Medica, London, pp 739-94.

3.  Guyton, K.Z., D. Loomis, Y. Grosse, *et al.,* 2015. Carcinogenicity of tetrachlorvinphos, parathion, malathion, diazinon, and glyphosate. Lancet Oncology 16:490-1.

4.  International Agency for Research on Cancer, 2015. *IARC Monogr Eval Carcinog Risk Chem Hum Volume 112. Some organophosphate insecticides and herbicides, tetrachlorvinphos,parathion, malathion, diazinon and glyphosate.* IARC Working Group, Lyon, France.

5.  Zhang, L., I. Rana, R.M. Shaffer, *et al.,* 2019.  Exposure to glyphosate-based herbicides and risk for non-Hodgkin lymphoma: A meta-analysis and supporting evidence. Mutat Res/Rev Mutat Res 781:186-206.

6.  Freeman M.D. and S.S. Kohles, 2012. Plasma levels of polychlorinated biphenyls, non- Hodgkin lymphoma, and causation. J Environ Public Health 2012, Volume 2012,Article ID 258981, 15 pages, doi:10.1155/2012/258981.

7.  Lauby-Secretan, B., D. Loomis, Y. Grosse, *et al.,* 2013. Carcinogenicity of polychlorinated biphenyls and polybrominated biphenyls. Lancet Oncology 14:287-8.

8.  International Agency for Research on Cancer, 2016. *IARC Monogr Eval Carcinog Risk Chem Hum Volume 107. Polychlorinated biphenyls and polybrominated biphenyls.* IARC Working Group, Lyon, France.

9.  Linet, M.S., C.M. Vajdic, L.M. Morton, *et al.,* 2014. Medical history, lifestyle, family history, and occupational risk factors for follicular lymphoma: The InterLymph non- Hodgkin lymphoma subtypes project. J Natl Cancer Inst Monogr48:26-40.

10. Portier, et al. (2015). Differences in the carcinogenic evaluation of Agency for Research on cancer (IARC) and the Europeans Food Safety Authority (EFSA)

11. McDuffie, et al (2001). Non-Hodgkin's Lymphoma and Specific pesticide Exposure in Men: Cross-Canada Study of Pesticides and Health

12. Hardell, et al. (2002). Exposure to Pesticides and Risk Factor for Non-Hodgkin's lymphoma and Hairy Cell Leukemia: Pooled Analysis of Two Swedish Case-control

Studies

13.   De Roos, et al. (2003). Integrative assessment of multiple pesticides as a risk factors for non-Hodgkin's lymphoma among men

14.   Eriksson, et al (2008). Pesticide Exposure as risk factor for non-Hodgkin lymphoma including histopathological subgroup analysis

15.   Pahwa, et al. (2016). Abstract only at this time. A detailed assessment of glyphosate use and the risks of non- Hodgkin's lymphoma overall and by major histological sub-types: findings from the North American Pooled Project

16.   Andreotti, et al (2018). Glyphosate Use and Cancer Incidence in the Agricultural Health Study

17.   Blair, et al Impact of Pesticide Exposure Misclassification on Estimates of Relative Risks in the Agricultural Health Study

18.   IARC. Originally prepared as a confidential briefing for Governing Council Members on IARC evaluation of glyphosate and requests for meetings from CropLife

19.   Neil Pierce, et al (2015). IARC Monographs: 40 Years of Evaluating Carcinogenic Hazards to Humans

20.   Proposition 65 Warning – Glyphosate

21.   Bloomberg. Does the World's Top Weed Killer Cause Cancer? Trump's EPA Will Decide

22.   Weires, et al (2011). Clustering of concordant and discordant cancer types in Swedish couples is rare

23.   Brewster, et al. Metabolism of Glyphosate in Sprague-Dawley Rate: Tissue Distribution, Identification, and Quantitation of Glyphosate-Derived Materials following a Single Oral Dose

24.   Leon ME. Pesticide use and risk of non-Hodgkin lymphoid malignancies in agricultural cohorts from France, Norway and the USA: a pooled analysis from the AGRICOH consortium. Int J Epidemiol. 2019 Mar 18. pii: dyz017. doi: 10.1093/ije/dyz017.

25.   Pahwa M. Glyphosate use and associations with non-Hodgkin lymphoma major histological sub-types: findings from the North American Pooled Project. Scand J Work Environ Health. 2019 Jun 27. pii: 3830. doi: 10.5271/sjweh.3830

26.   De Roos, et al., 2005.  Cancer incidence among glyphosate-exposed pesticide applicators in the Agricultural Health Study.  Environ Health Perspect 113:49-54.

27.   Hardell, L. and M. Eriksson, 1999.  A case-control study of non-Hodgkin lymphoma and exposure to pesticides.  Cancer 85:1353-60.

28.   Orsi et al., 2009.  Occupational exposure to pesticides and lymphoid neoplasms among men:  results of a French case-control study.  Occup Environ Med 66:291-298.

Depositions and Trial Testimony

During the past five years, I have been deposed and/or testified as an expert witness in the following cases:

*Willis v. Shell Oil et al.*, benzene in the causation of adult acute lymphoblastic leukemia, deposition July 2014, trial testimony November 2014 (Houston).

*Multiple plaintiffs v. Monsanto*, polychlorinated biphenyls in the causation of non-Hodgkin's lymphoma, depositions August 2014, December 2014, March 2015, May 2015, June 2015, July 2015, February 2016, April 2016 (St. Louis), and July 2016, trial testimony March 2015 (Los Angeles), April 2015 (Los Angeles), May 2015 (St. Louis), June 2015 (St. Louis), March 2016 (Los Angeles), April 2016 (Los Angeles), and May 2016 (St. Louis).

*Bliss and Castillo v. Takeda Pharmaceuticals North America, Inc.*, pioglitazone (Actos) in the causation of bladder cancer, deposition November 2014.

*Bruce Estate v. Patel, Brundage, et al.*, medical liability, deposition January 2015.

*McCabe Estate v. R. J. Reynolds Tobacco Company, Philip Morris USA, et al.*, tobacco in the causation of lung cancer (Engle progeny litigation), deposition March 2016, trial May 2016 (Tampa).

*Sandoz et al. v. Eli Lilly*, patent litigation concerning the method of administration of pemetrexed (Alimta), depositions August 2016 (Chicago) and January 2017 (Tampa).

*Stephannie Reizuch v. Calmet Services, Inc.*, recent severe polytrauma in the causation of a rapidly progressive metastatic recurrence of stage IIIC breast cancer, deposition June 2017.

*Artiaga, Levario, and Marquez v. Freeport-McMoRan and Norfalco*, nitrogen dioxide and/or other toxic gas exposure in the causation of venous thromboembolism, deposition November 2017.

*Emerson v. Engisch, et al.*, missed mammographic diagnosis of breast cancer, deposition April 2018.

*Rose Lyko v. Motorola Solutions, Inc.*, carcinogen exposure in the workplace during the first

18

trimester of pregnancy in the causation of epithelioid hemangioendothelioma in the daughter of a semiconductor industry worker, deposition October 2018.

*Hequin v. Cava et al.*, delayed diagnosis of breast cancer due to prolonged failure to order routine screening mammograms, deposition October 2018.

*Onyx Therapeutics, Inc. v. Cipla Limited, et al.*, patent litigation concerning carfilzomib (Kyprolis), deposition November 2018 (Washington, D.C.).

*Karla Meek v. KershawHealth Medical Center, et al.*, delayed diagnosis of aggressive testicular cancer due to failure to perform an appropriate physical examination and misinterpretation of a computed tomographic scan, deposition December 2018.

CURRICULUM VITAE

RON D. SCHIFF, M..D., Ph.D.

May 26, 2015

ADDRESS:

██████████████████
████████  ███

RSchiff@SchiffBiomedicalConsulting.com

TELEPHONE NUMBERS:

Office        (813) 978-8327
Cell          ██████████

EDUCATION:

| | | |
|---|---|---|
| Northwestern University, Evanston, Illinois | B.A., 1973 | Biological Sciences and Psychology |
| Saint Louis University, St Louis, Missouri | Ph.D., 1979 | Molecular and Cellular Biology |
| Saint Louis University, St. Louis, Missouri | M.D., 1980 | |

POSITIONS HELD:

1973            Instructor in Organic Chemistry
                Northwestern University
                Evanston, Illinois

1975-1978       Research Assistant
                Institute for Molecular Virology
                Saint Louis University School of Medicine
                St. Louis, Missouri

Page Two

| | |
|---|---|
| 1979-1980 | Post-Doctoral Fellow (part-time)<br>Institute for Molecular Virology<br>Saint Louis University School of Medicine<br>St. Louis, Missouri |
| 1980-1983 | Resident Physician<br>Department of Internal Medicine<br>McGaw Medical Center of Northwestern University<br>Chicago, Illinois |
| 1983-1986 | Fellow in Medical Oncology and Hematology.<br>Department of Medicine<br>Memorial Sloan-Kettering Cancer Center<br>New York, New York |
| 1984-1986 | Research Fellow<br>Laboratory of Developmental Cell Biology<br>Department of Cell Biology and Genetics<br>Sloan-Kettering Institute<br>New York, New York |
| 1986-1992 | Assistant Professor<br>Division of Hematology/Oncology<br>Department of Medicine<br>Medical University of South Carolina<br>Charleston, South Carolina |
| 1986-1994 | Attending Physician<br>Division of Hematology/Oncology<br>Department of Medicine<br>Medical University of South Carolina<br>Charleston, South Carolina |

Page Three

| | |
|---|---|
| 1986-1992 | Director, Fellowship Training Program<br>Division of Hematology/Oncology<br>Department of Medicine<br>Medical University of South Carolina<br>Charleston, South Carolina |
| 1987-1992 | Assistant Professor<br>Molecular and Cellular Biology and Pathobiology Program<br>College of Graduate Studies<br>Medical University of South Carolina<br>Charleston, South Carolina |
| 1987-1992 | Member, Admissions and Recruitment Committee<br>Molecular and Cellular Biology and Pathobiology Program<br>College of Graduate Studies<br>Medical University of South Carolina<br>Charleston, South Carolina |
| 1990- | Expert Witness for Medical Oncology and Hematology medical liability<br>and product liability cases |
| 1992-1994 | Private Practice<br>Cancer Center<br>Trident Regional Medical Center<br>Charleston, South Carolina |
| 1992-1994 | Assistant Clinical Professor<br>Division of Hematology/Oncology<br>Department of Medicine<br>Medical University of South Carolina<br>Charleston, South Carolina |
| 1994-2015 | Private Practice<br>Tampa, Florida |

Page Four

| 1995-2014 | Medical Director<br>Center for Cancer Care at Florida Hospital Tampa<br>Tampa, Florida |
| 2014-2015 | Florida Cancer Specialists, Inc.<br>Physician |
| 1995-1997 | Lifepath Hospice<br>Chair, Medical Advisory Committee |

MEDICAL LICENSE:

Florida   ME0066534

PROFESSIONAL CERTIFICATIONS:

| American Board of Internal Medicine: Internal Medicine, September 1983 | 91530 |
| | Medical Oncology, November 1985 | 91530 |
| | Hematology, November 1988 | 91530 |

AWARDS:

Charles H. Revson Foundation Fellowship in Biomedical Research, July 1, 1984-June 30, 1986

Medical University of South Carolina Institutional Research Funds, March 1, 1987-February 29, 1988

American Cancer Society, Inc. Clinical Oncology Career Development Award, July 1, 1987-June 30, 1990

American Cancer Society, Inc. Institutional Research Support, March 1, 1988-February 28, 1989

Lifepath Hospice, Partner in Caring Award, April 14, 2000

Page Five

MEMBERSHIPS:

American Association for the Advancement of Science
American College of Physicians-American Society of Internal Medicine
American Society of Clinical Oncology
American Society of Hematology
American Society of Microbiology
Signa Xi: The Scientific Research Society

MAJOR RESEARCH INTERESTS:

Poor-prognosis myeloid malignancies, including myelodysplastic syndromes
        Special Interests:
                Differention therapy
                Cytokine response of myeloid leukemia cells

Mature T-cell malignancies, including peripheral T-cell lymphomas and adult T-cell
                lymphoma/leukemia
        Special Interests:
                Biological response modifier therapy
                Drug resistance in adult T-cell lymphoma/leukemia

Clinical trials in Medical Oncology and Hematology

Retrovirology

Dr. Schiff received training in molecular and cellular biology, including avian and mammalian
cell culture, general virology, nucleic acid and protein chemistry, enzymology,
immunochemistry, and immunobiology, at the Institute for Molecular Virology of the Saint Louis


University Medical Center.  His graduate and post-doctoral research involved in-vivo and in-
vitro studies of retrovirus (RNA tumor virus) gene expression.
As a Charles H. Revson Fellow in Biomedical Research at the Memorial Sloan-Kettering

Page Six

Cancer Center, his research concerned the identification of human hematopoietic cytookines, characterization of their activities in normal and leukemic cells and bone marrow, and application of these findings to the development of a cell culture system for the sustained in-vitro propagation of human myeloid leukemia cells and the testing of those cells for their sensitivity to differentiation agents and cytotoxic chemotherapeutic drugs. His principal laboratory investigations in the Division of Hematology/Oncology of the Department of Medicine at the University of South Carolina represented a continuation of his fellowship research, with a focus on characterization of the cytokine response of human myeloid leukemia cells. Many of these studies employed a human myeloid leukemia cell line isolated by Dr. Schiff during his fellowship. As an American Cancer Society Clinical Oncology Career Development Awardee at the Medical University of South Carolina, Dr. Schiff developed a secondary area of laboratory investigation related to his graduate and post-doctoral research. These studies concerned cellular and viral mechanisms of drug resistance in adult T-cell leukemia/lymphoma (ATLL), the prototypical human retroviral malignancy. A cell line isolated by Dr. Schiff from a patient at the Medical University with ATLL and a unique clinical course was used in this research into the causes of the extraordinarily poor prognosis characteristic of ATLL.

DOCTORAL DISSERTATION:

> Schiff, R. D. 1979. Origin and Properties of the 32,000-Dalton Endonuclease from Avian Retrovirus Cores. Saint Louis University, St. Louis, Missouri.

PUBLICATIONS:

> Grandgenett. D. P., A. C. Vora, and R. D. Schiff. 1978. A 32,000-dalton nucleic acid-binding protein from avian retrovirus cores possesses DNA endonuclease activity. Virology 89:119-132.

> Schiff, R. D., and D. P. Grandgenett. 1978. Virus-coded origin of a 32,000-dalton protein from retrovirus cores: structural relatedness of p32 and the beta-polypeptide of the avian retrovirus DNA polymerase. J. Virol. 28:279-291.

> Schiff, R. D., and D. P. Grandgenett. 1980. Partial phosphorylation in vivo of the avian retrovirus pp32 DNA endonuclease. J. Virol. 36:889-893.

Page Seven

Schiff, R. D., and A. Oliff. 1986. The pathophysiology of murine retrovirus-
    induced leukemias. Critical Rev. Oncol. Hematol. 5:257-323.

Headley, R. N., Jr., and R. D. Schiff. 1988. Adult T-cell leukemia/lymphoma: a retroviral
    malignancy endemic in South Carolina. J. S. C. Med Assoc. 84:289-292.

Reed, C. E., L. S. Carlson, R. D. Schiff, C. H. Seymore, and K. A. Thompson.
    1990. Chemotherapy for non-small cell lung cancer - - new horizons. J. S.
    C. Med Assoc. 86:270-274

ABSTRACTS:

Schiff, R. D. and D. P. Grandgenett. 1978. Virus-coded origin of the 32,000-dalton
    endonuclease from avian retrovirus cores: structural relatedness of p32 and the
    beta-polypeptide of avian retrovirus DNA polymerase. Abstracts of papers
    presented at the meeting on RNA Tumor Viruses, Cold Spring Harbor, Long
    Island, New York, 1978, p. 35.

Golomb, M., D. P. Grandgenett, A. C. Vora, and R. D. Schiff. 1989. Origin and specifity
    of a 32,000-dalton endonuclease from avian retrovirus cores. J. Supramol. Struct.
    Suppl. 2:249.

Grandgenett, D. P., R. D. Schiff, M. Golomb, and A. C, Vora. 1978. Structural
    relationship between the avian retrovirus p32 and the reverse transcriptase beta
    subunit. Abstracts of the Annual Meeting of the American Society of
    Microbiology, 1978, p. 213.

Schiff, R. D., R. Mertelsmann., M. Andreef, T. S. Gee, S. J. Kempin, B. L. Koziner, B. J.
    Lee, and B. D. Clarkson. 1984. Low-dose arabinosyl cytosine (LD ara-C) in
    hematologic malignancies and myelodysplastic syndromes. Proc. Am. Soc. Clin.
    Oncol. 3:206.

Schiff, R. D., R. Mertelsmann., M. Andreef, E. Berman, T. S. Gee, S. J. Kempin. S.
    Berenson, and B. D. Clarkson. 1985. Low-dose cytarabine (LD ara-C) in RAEB
    in transformation (RAEBIT) and poor-risk leukemias. Proc. Am. Soc. Clin.
    Oncol. 4:165.

Page Eight

Kempin, S., R. D. Schiff, B. Koziner, A. Al-Katib, R. Mertelsmann, M. Andreef, Z. Arlin, and B. Clarkson. 1985. Low dose cytosine arabinoside (LDCA) in chronic lymphocytic leukemia (CLL). Blood. 66, Suppl. 1:202a.

Schiff, R. D., O. Agranovsky. L. De La Vega, P. A. Marks, and R. A. Rifkind. 1986. Conditioned medium from human bladder carcinoma cell line 5637 stimulates growth and colony formation by hematopoietic cells from patients with myeloid leukemias. Clin. Res. 34:663A

Schiff, R. D., G. K. Potter, B. L. Koziner, M. Andreef, S. C. Jhanwar, P. A. Marks, and R. A. Rifkind. 1986. Isolation and characterization of a human myeloid leukemic cell line (RS-1). Memorial Sloan-Kettering Cancer Center Research Colloquium Abstracts, p. 54.

Schiff, R. D. 1986. Differentiation induction as therapy for acute leukemia and myelodysplastic syndromes. In Current Concepts in the Pathophysiology and Treatment of Leukemia (Leukemia Society of America Regional Medical Symposium, Charleston, South Carolina, September 25-27, 1986), pp. 14-15

Schiff, R. D., and R. K. Stuart. 1989. Treatment of myelodysplastic syndromes (MDS) and poor-prognosis acute myeloid leukemias (PP-AML) with low-dose cytarabine (LDC) plus 13-cis-retinoic acid (RA). Proc. Am. Soc. Clin. Oncol. 8:206.

Schiff, R. D., R. N. Headley, Jr., S. Self, A. J. Garvin, and R. K. Stuart. 1989. Treatment of peripheral T-cell lymphoma (PTCL) with recombinant alpha-interferon (rIFN-alpha). Proc. Am. Soc. Clin. Oncol. 8:267.

Schiff, R. D., K. A. Thompson, and R. K. Stuart. 1990. Low-dose cytarabine (LDC) and 13-cis-retinoic acid (RA) in the treatment of myelodysplastic syndromes (MDS) and poor-prognosis acute myeloid leukemia (PP-AML). Blood 76, Suppl. 1:317a.

Schiff, R. D., and A. Cannon. 1990. High prevalence of HTLV-1 infection among blood donors in coastal South Carolina (SC). Blood 76, Suppl. 1:494a.

Page Nine

Schiff, R. D., S. E. Self, W. L. Gerald, S. L. Moseley, E. S. Cantu, P. D. Garen, E. Jeter, A. G. Leary, A.-C. Wang, J.-M.. C. Goust, and P. J. Fischinger. 1991. RS-2: a new adult T-cell leukemia/lymphoma (ATLL) cell line. Blood 78, Suppl. 1:500a.

Schiff, R. D., S. E. Self, W. L. Gerald, and R. K. Stuart. 1991. AZT (zidovudine) for HTLV-I disease? Blood 78, Suppl. 1:501a.

Ron D. Schiff, MD, PA



office- 813-978-8327
cell-

RSchiff@SchiffBiomedicalConsulting.com
Tax ID- 59-3252662

FEES

Review of Records and Telephone Conference:        $500 per hour

Deposition:        $500 per hour

Retainer:        $1000

29

**Hernandez, et al v. Monsanto**

**(3:16-cv-05750)**

Documents relied upon:

1. Medical records

2. Ines Hernandez deposition

3. Maria Hernandez deposition

4. Veena Charu deposition

5. Pretrial Order 45

6. Pretrial Order 85

7. General causation expert reports

   a. Dennis Weisenburger, MD

   b. Christopher Portier, PhD

   c. Beate Ritz, MD, PhD