# EXHIBIT 2

RON D. SCHIFF, M.D., Ph.D.

Schiff Biomedical Consulting



813-978-8327

Florida Medical License ME0066534

Certified by the American Board of Internal Medicine
in Internal Medicine, Medical Oncology,
and Hematology

October 2, 2019

Brian Brake, Esq.
The Miller Firm, LLC
108 Railroad Avenue
Orange, VA   22960

Re: Anthony Harris <u>v</u>. Monsanto

Dear Mr. Brake,

The following summarizes my background and my factual review and opinions in the above-referenced case:

## BIOGRAPHICAL

I attended college at Northwestern University in Evanston, Illinois between 1970 and 1973, graduating with a B.A. in Biological Sciences and Psychology.  I attended medical school and graduate school at Saint Louis University in St. Louis, Missouri from 1973 until 1980, graduating with a Ph.D. in Molecular and Cellular Biology in 1979 and an M.D. in 1980.  During my final year of medical school, I completed a one-year post-doctoral fellowship in Molecular and Cellular Biology.  I then completed an internship and residency in Internal Medicine at Northwestern University Medical Center in Chicago between 1980 and 1983.  I also completed a subspecialty fellowship in Medical Oncology and Hematology at Memorial Sloan-Kettering Cancer Center in New York from 1983 until 1986.

1

EXHIBIT 2

Once my training was completed, I served as a faculty member in the Department of Medicine, Division of Hematology/Oncology, at the Medical University of South Carolina in Charleston from 1986 until 1992. Subsequently, I was in private practice in Medical Oncology and Hematology in Charleston from 1992 until 1994. In July 1994, I relocated to Tampa, Florida, where I was in private practice in Medical Oncology and Hematology until I retired in May 2015. During my time in Tampa, I served as the Chair of the Cancer Committee at University Community Hospital and its successor, Florida Hospital Tampa, from January 1995 until April 2014.

I am Board-certified by the American Board of Internal Medicine in Internal Medicine (1983), Medical Oncology (1985), and Hematology (1988).

I established Schiff Biomedical Consulting for continuation of my medicolegal work in early 2011, and serve as its principal.

Additional biographical information is provided in my curriculum vitae.

FACTUAL REVIEW

At your request, I have reviewed medical records for the plaintiff, Mr. Anthony Harris, which were sent to me by your office, and have formed opinions regarding the information disclosed therein.

Mr. Anthony Harris, a male born on ███████ ███, was 38 years old when he was admitted to Tri-City Medical Center in Oceanside, California from January 15 until January 26, 2015 for evaluation and management of worsening depth perception for 1 1/2 weeks. It should be noted that in his deposition, Mr. Harris stated that his visual disturbance began between March and May 2014. In her own deposition, Mrs. Julie Harris, Mr. Harris' wife, stated that his loss of depth perception was accompanied by progressive difficulty with balance. Physical examinations in the emergency room and by a neurosurgeon were significant for a finding of finger-to-nose dysmetria involving both upper extremities, indicating cerebellar dysfunction. Blood tests obtained during the first 48 hours of Mr. Harris' hospitalization included a normal CBC, blood clotting studies (PT and PTT), blood chemistry profile, C-reactive protein, and beta-hCG (obtained as a tumor marker for testicular cancer), as well as a negative hepatitis A virus-IgM antibody, hepatitis B surface antigen, hepatitis B core IgM antibody, HIV antibodies, and blood cultures. On January 23, 2015, the LDH, a blood test of liver function which may be elevated in lymphoma, was normal. Admission CT scan of the head revealed a 3.1 x 2.0-cm hyperdense lesion in the left frontal lobe medially, a 1.0-cm hyperdense lesion in the left thalamus medially, and a 1.8-cm hyperdense lesion in the right side of the cerebellum. The frontal lobe and cerebellar lesions were surrounded by vasogenic edema. A CT scan of the chest, abdomen, and pelvis demonstrated enlarged mediastinal and bilateral hilar lymph nodes. The largest of these measured 2.7 x 1.7 cm in the left subcarinal region, 2.2 x 1.9 cm in the right subcarinal region, 1.6 x 1.2 cm in the right paratracheal region, 1.8 cm in the right hilar region, and 2.2 cm in the left hilar region. On January 16, 2015, an ultrasound examination of the scrotum was normal. An MRI scan of the brain confirmed the presence of multiple intracranial

mass lesions.  The lesions were measured at 1.6 x 2.9 x 2.1 cm in the left posterior frontal or parietal lobe, 1.0 x 2.6 x 1.3 cm in the left basal ganglia, 1.4 x 1.7 x 1.3 cm in the right side of the cerebellum, and 1.1 x 0.8 x 0.8 cm in the left side of the cerebellum.  Each of these lesions was enhancing and surrounded by vasogenic edema.  On January 18, 2015, a stereotactic brain biopsy of a deep left posterior parietal lobe or left posteromedial frontal lobe lesion yielded a diagnosis of diffuse large B-cell lymphoma.  Immunohistochemical staining was positive for BCL-6, but negative for Epstein-Barr virus or excessive expression of c-myc.  Flow cytometric analysis revealed no overt phenotypic abnormality, and was negative for CD5 and CD10. Additional findings upon review of the biopsy at the City of Hope National Medical Center included immunohistochemical evidence of a non-germinal center phenotype and a high proliferation index (Ki-67 80 to 90%), the latter indicating the proportion of cells that were actively dividing; FISH evidence of a rearrangement of the BCL-6 gene; and no evidence of c-myc, IgH, and BCL-2 gene rearrangements by FISH.  On January 20, 2015, bone marrow aspiration and biopsy, including flow cytometric and cytogenetic analyses, demonstrated no evidence of infiltration by lymphoma.  An excisional biopsy of an enlarged subcarinal lymph node obtained by mediastinoscopy on January 21, 2015 revealed non-caseating granulomatous lymphadenitis, but no morphologic, immunohistochemical, or flow cytometric evidence of lymphoma.  Special stains for acid-fast bacilli and fungi were negative.  A post-operative portable chest x-ray was normal.  The bone marrow aspiration and biopsy and subcarinal lymph node biopsy were also reviewed at City of Hope.

Treatment was initiated during Mr. Harris' hospitalization and included the administration of dexamethasone, a corticosteroid; Keppra, an anticonvulsant, high-dose methotrexate, a chemotherapeutic agent, with leucovorin rescue; and Rituxan, a monoclonal antibody active in B-cell lymphoma.

On January 30, 2015, Mr. Harris' wife reported improvement in his gait.  No neurologic deficit was noted on a medical oncology physical examination.  Mr. Harris was evidently also receiving or about to receive temozolomide, another chemotherapeutic agent.

By February 9, 2015, Mr. Harris had been treated with Prilosec for acid reflux, with resolution of associated chest discomfort; a chest x-ray obtained as part of an evaluation for the chest pain was reportedly normal.

On February 26, 2015, Mr. Harris underwent insertion of a right internal jugular central venous access port.

On March 10, 2015, a chest x-ray confirmed the interval insertion since the previous portable film on January 21, 2015 of a right-sided central venous access port.  A follow-up MRI scan of the brain revealed interval regression since Mr. Harris' hospitalization of the previously noted multiple intracranial mass lesions, with the largest, located in the left thalamic/basal ganglion region, having regressed from 2.9 x 1.4 x 1.9 cm to 2.3 x 0.8 x 1.1 cm.  The second largest lesion, located in the left side of the splenium, had also regressed, from 3.0 x 2.0 x 2.8 cm to 1.6 x 0.6 x 0.8 cm.  There was no residual vasogenic edema.

On March 19, 2015, Mr. Harris complained of mild rectal bleeding, which was tentatively attributed to mucosal irritation from methotrexate chemotherapy.

Complications of chemoimmunotherapy also included an intermittent pruritic rash, sore throat, debilitating hiccups, leukopenia (decreased white blood cell count), and marked liver function test elevation.  Additional complications listed by Mrs. Harris in her deposition included pain, lack of energy, restlessness, and difficulty sleeping.

On May 4, 2015, an MRI scan of the brain revealed further regression since the most recent prior MRI scan on March 10, 2015 of the two largest intracranial lesions, from 2.3 to 0.8 cm, and from 1.6 to 1.0 cm, respectively, and apparent resolution of the remaining lesions.

On May 5, 2015, a CT scan of the chest revealed stable mediastinal and bilateral hilar lymphadenopathy since the previous CT scan from January 15, 2015, except for interval enlargement of a necrotic-appearing subcarinal lymph node to 2.8 x 1.9 cm.  Fatty liver infiltration was also reported.

On May 15, 2005, Mr. Harris complained of nausea and vomiting associated with temozolomide administration, as well as fatigue, rhinorrhea, dizziness, and blurred vision.

On June 1, 2015, an MRI scan of the brain was reported to show the interval development since the previous MRI scan on May 4, 2015 of peripheral enhancement involving the two remaining intracranial lesions; there was no further regression of these lesions.

By the second week of July 2015, Mr. Harris had completed ten cycles of high-dose methotrexate chemotherapy with leucovorin rescue at intervals of two weeks and one cycle of consolidation chemotherapy with the combination of cytarabine and etoposide.  Temozolomide administration had to be discontinued after the second cycle because of severe nausea.

New complaints on July 15, 2015 included a low-grade fever and diarrhea. Hospitalization for evaluation and management of neutropenic fever was subsequently required. A chest x-ray on July 15, 2015 was negative and unchanged compared with the most recent prior films on March 10, 2015.  During the hospitalization, a blood culture was positive, necessitating removal of the right internal jugular central venous access port on July 20, 2015.

On August 24, 2015, an MRI scan of the brain revealed the development since the most recent prior MRI scan of June 1, 2015 of increasing diffuse white-matter disease within the deep white matter throughout the left cerebral hemisphere, as well as in the right periventricular white matter posteriorly.  These findings were attributed to post-therapeutic change.  Decreased enhancement in the lesion in the splenium on the left side of the corpus callosum and a stable non-enhancing right cerebellar lesion were also reported.

On October 6, 2015, an MRI scan of the brain was unchanged compared with the most recent prior MRI scan from August 24, 2015.

4

On January 4, 2016, an MRI scan of the brain revealed interval resolution since the previous MRI scans of August 24 and October 6, 2015 of the two remaining left-sided intracranial lesions.  The extensive white-matter signal changes consistent with post-therapeutic effect and the 0.3-cm right cerebellar lesion were unchanged.  A small retention cyst or polyp in the anterior aspect of one of the maxillary sinuses was also reported..

Bone marrow aspiration and biopsy were repeated on January 25, 2016 at City of Hope, this time as part of an evaluation for high-dose chemotherapy and autologous stem cell rescue.  Although the core biopsy specimen was inadequate, there was no morphologic evidence of lymphoma in the aspirate or clot sections, nor flow cytometric or cytogenetic abnormalities in the aspirate.  Iron deficiency was documented, with a serum ferritin of 14.2 (normal range 22.0 to 322.0).  A chest x-ray on the same date was normal.  A CT scan of the head revealed confluent white-matter hypoattenuation within the subcortical and periventricular supratentorial white matter, more prominently on the left side, as well as a focal low-density lesion within the left medial thalamus anteriorly.

Mr. Harris subsequently underwent high-dose chemotherapy and autologous stem cell transplantation.  The sequence began with the administration of cyclophosphamide for stem cell mobilization on February 12, 2016.  The conditioning regimen consisted of Rituxan on March 8, 2016, thiotepa between March 8 and March 10, 2016, busulfan from March 11 until March 13, 2016, and additional cyclophosphamide on March 14 and 15, 2016.  Stem cell reinfusion took place on March 17, 2016.  All of this treatment was administered at City of Hope, and was complicated by the development of fatigue, mucositis, persistent nausea and vomiting, an extensive desquamating rash, severely decreased blood counts, culture-negative neutropenic fever, an episode of hypotension, and anxiety.  Additional complications of high-dose chemotherapy and autologous stem cell transplantation cited by Mr. and Mrs. Harris in their depositions included confusion or even hallucinations, thrush, difficulty swallowing, urinary incontinence, diarrhea with fecal incontinence, decreased appetite, and a 20-pound weight loss.

On February 19, 2016, a right internal jugular dual-lumen Hickman central venous access catheter was inserted.

On March 8, 2016, the serum immunoglobulin G (IgG) level was low at 467 (normal range 700 to 1600) the serum IgA and IgM levels were normal.

On March 21, 2016, a CT scan of the sinuses demonstrated mild mucoperiosteal thickening involving multiple sinuses, but no evidence of acute sinusitis.  A CT scan of the chest, abdomen, and pelvis revealed mild thickening of the distal esophageal wall, small low-density liver lesions consistent with cysts, and diffuse thickening of the wall of the distal small intestine with associated vascular prominence and presumed reactive lymphadenopathy.  The liver lesions were described as stable compared with the previous CT scan of the chest, abdomen, and pelvis on January 15, 2015.

On March 22, 2016, a CT scan of the head was unchanged compared with the most recent prior CT scan of the head on January 25, 2016.

By March 31, 2016, the serum IgG level had normalized to 881.

However, by April 11, 2016, the serum IgG level had decreased again to 654. The IgG remained low at 631 on April 11, 2016, 593 on May 2, 2016, 590 on May 16, 2016, 519 on July 11, 2016, 583 on October 24, 2016, and 523 on January 17, 2018.

On May 2, 2016, an MRI scan of the brain was unchanged compared with the most recent prior MRI scan from January 4, 2016.

On July 11, 2016, Mr. Harris complained of occasional gait instability. The serum IgA and IgM levels remained normal. An MRI scan of the brain was unchanged compared with the most recent prior MRI scan from May 2, 2016.

On September 28, 2016, Mr. Harris complain of "chemo brain."

On October 24, 2016, fine motor and tiptoe walking were noted to be impaired on physical examination. The serum IgA and IgM levels remained normal. The beta-2 microglobulin, a tumor marker blood test which may be elevated in certain lymphoproliferative malignancies including lymphoma, was normal at 1.13. An MRI scan of the brain was unchanged compared with the most recent prior MRI scan from July 11, 2016..

On March 20, 2017, Mr. Harris complained of cognitive slowing and memory loss. His neurologic examination was nonfocal. An MRI scan of the brain was unchanged compared with the most recent prior MRI scan from October 24, 2016. An echocardiogram was normal and unchanged compared with a previous study from January 25, 2016. Pulmonary function tests were normal and unchanged compared with a previous study from January 25, 2016.

On January 17, 2018, Mr. Harris reported sustaining facial injuries in a recent accidental fall either at home (according to the medical records) or at work (according to Mr. Harris' deposition), which required an emergency room visit. A CT scan of the head obtained at the time of the emergency room visit reportedly showed no evidence of intracranial hemorrhage or recurrent lymphoma. An MRI scan of the brain on January 17, 2018 was unchanged compared with the most recent prior MRI scan from March 20, 2017.

Ongoing symptoms experienced by Mr. Harris and described by Mrs. Harris in her deposition include short-term memory loss, inability to focus, and persistent impairment of balance.

OPINIONS

1. <u>Diagnosis and staging.</u> Mr. Harris' diagnosis is diffuse large B-cell lymphoma of the brain (central nervous system). The stage of his lymphoma is stage IE or, alternatively, stage IV. The diagnosis was established by a stereotactic brain biopsy on January 18, 2015. The high Ki-67 proliferation index is indicative of an aggressive, rapidly growing malignancy. The stage was established by a CT scan of the chest, abdomen, and pelvis on January 15, 2015, bone marrow

aspiration and biopsy on January 20, 2015, and mediastinoscopy with a subcarinal lymph node biopsy on January 21, 2015. None of the staging studies demonstrated evidence of lymphoma outside the brain.

Diffuse large B-cell lymphoma is an intermediate-grade non-Hodgkin lymphoma arising in the B-lymphocytes of the immune system. Diffuse large B-cell lymphoma is the most common type of non-Hodgkin lymphoma, representing 31% of all cases (1, 2). Primary lymphomas of the central nervous system, which are usually diffuse large B-cell lymphomas, are considered rare, although the incidence has recently increased among immunocompromised and immunocompetent patients alike (2, 3).

The stage of any malignancy provides important information about the extent of disease within the body and thus helps to determine optimal treatment, estimate prognosis, and correlate results among treatment groups in different clinical trials. Stage IE refers to the presence of lymphoma in a single extralymphatic organ or site, and is distinct from stage I, which indicates the involvement of a single lymph node region without extralymphatic disease (1, 2). A literal interpretation of the staging guidelines suggests that a multicentric primary central nervous system malignancy, exemplified by the multiple intracranial lesions in Mr. Harris' case, may also be considered stage IV, which is defined as diffuse or disseminated involvement of at least one extralymphatic site with or without associated lymph node enlargement (1, 2).

2. _Treatment._ Mr. Harris was initially treated with dexamethasone, high-dose methotrexate with leucovorin rescue, Rituxan, and temozolomide beginning during his hospitalization in January 2015. By the second week of July 2015, Mr. Harris had completed ten cycles of high-dose methotrexate chemotherapy with leucovorin rescue at intervals of two weeks and one cycle of consolidation chemotherapy with the combination of cytarabine and etoposide. Temozolomide administration had to be discontinued after the second cycle because of severe nausea. Treatment regimens incorporating high-dose methotrexate and other agents capable of penetrating the blood-brain barrier constitute a standard, intensive therapeutic approach for patients with primary central nervous system lymphoma (1-3).

In an effort to prevent or delay relapse after the achievement of a complete response, Mr. Harris subsequently underwent high-dose chemoimmunotherapy with the combination of cyclophosphamide, Rituxan, thiotepa, and busulfan, followed by autologous stem cell transplantation on March 17, 2016.

Formerly a mainstay of treatment, whole-brain radiation therapy is now frequently reserved for relapse of primary central nervous system lymphoma because of its high associated incidence of cognitive impairment due to leukoencephalopathy (1-3).

3. _Disease status and prognosis._ Serial imaging studies, enumerated above, have demonstrated a complete response of Mr. Harris' intracranial lymphoma to multiagent chemoimmunotherapy, with no evidence of residual or recurrent disease.

The prognosis for patients with primary central nervous system non-Hodgkin lymphoma

has several dimensions.  Treatment with whole-brain radiation therapy with or without corticosteroids, but without chemotherapy, produces high response rates, but these responses are not durable.  Relapse generally occurs within one year, median survival is only 10 to 15 months, and five-year survival is only 3 or 4% (2, 3).  These poor outcomes attest to the aggressive nature of primary central nervous system non-Hodgkin lymphoma.  The use of multiagent chemotherapy regimens incorporating high-dose methotrexate, such as Mr. Harris received, has improved median survival to three to five years (2, 3).  Subsequent high-dose chemotherapy and autologous stem cell transplantation (in which the patient himself or herself is the source of the stem cells) in responding patients has improved median survival further to approximately 10 years (4).

It is a matter of common sense that even a median survival in the range of 10 years does not represent a desirable outcome for a patient diagnosed with primary central nervous system non-Hodgkin lymphoma at age 38, as was the case for Mr. Harris.

4.  <u>Complications of Mr. Harris' lymphoma and its treatment.</u>  Both primary central nervous system non-Hodgkin lymphoma and, separately, its treatment commonly produce complications which may be severe, producing symptoms, potentially compromising the survival and/or quality of life of the patient, and causing distress for the patient and family.  In lieu of a general catalog of such complications, only those specifically experienced by Mr. Harris, all of which have been discussed above, will be listed.

Progressive impairment of depth perception and balance and finger-to-nose dysmetria were the presenting symptoms and sign, respectively, which led to the diagnosis of Mr. Harris' primary central nervous system non-Hodgkin lymphoma in January 2015.

Complications of Mr. Harris' initial chemoimmunotherapy included fatigue; an intermittent pruritic rash; rhinorrhea; sore throat; severe nausea and vomiting; acid reflux, likely due to dexamethasone administration; debilitating hiccups; mild rectal bleeding, which was tentatively attributed to mucosal irritation from methotrexate chemotherapy; diarrhea; dizziness; blurred vision; decreased white blood cell and neutrophil counts, which are associated with an increased risk of infection, potentially life-threatening; a life-threatening episode of neutropenic fever with a positive blood culture, interpreted as indicating infection of Mr. Harris' central venous access port; and marked liver function test elevation.  Additional complications listed by Julie Harris, Mr. Harris' wife, in her deposition included pain, lack of energy, restlessness, and difficulty sleeping.  As previously noted, temozolomide administration had to be discontinued after two cycles because of severe nausea.  The episode of neutropenic fever required hospitalization in July 2015 and removal of the port.

Mr. Harris' subsequent high-dose chemoimmunotherapy and autologous stem cell transplantation were complicated by fatigue, mucositis, persistent nausea and vomiting, an extensive desquamating rash, severely decreased blood counts, culture-negative neutropenic fever, an episode of hypotension, thrush, difficulty swallowing, urinary incontinence, diarrhea with fecal incontinence, confusion or even hallucinations, anxiety, decreased appetite, and a 20-pound weight loss.

Decreased serum IgG levels were documented routinely during Mr. Harris' clinical course, indicating impairment of antibody-mediated immunity by either the lymphoma or its treatment, and thus likely contributing to the episodes of fever and infection.

Subsequent complaints have included "chemo brain," first reported in late September 2016, by which Mr. Harris was referring to cognitive slowing and memory loss. Additionally, in July 2016, Mr. Harris complained of occasional gait instability, while fine motor and tiptoe walking were noted to be impaired on physical examination in late October 2016. As described by Mrs. Harris in her deposition, the ongoing neurologic symptoms resulting from Mr. Harris' primary central nervous system lymphoma and its treatment are his inability to focus, specific loss of short-term memory, and persistent impairment of balance.

5. _Psychological effects._  It is another matter of common sense, as well as personal and professional experience, that the diagnosis and treatment of cancer, and the complications of cancer and its treatment, are among the most stressful experiences that a person can undergo during his or her lifetime. Whether the prognosis is good, poor, or, as in Mr. Harris' case, somewhere in between, any new finding after a cancer has been diagnosed raises the serious concern in a patient, the patient's family, and the medical team alike of recurrence or progression of the malignancy. The potentially devastating significance of each new or persistent symptom, change in a pre-existing symptom, new physical finding, new laboratory or imaging abnormality--and every new medical encounter related to the cancer--are lifelong sources of fear and anxiety in virtually every person who has had cancer.

6. _Lymphoma caused by Roundup._  I have reviewed Mr. and Mrs. Harris' deposition testimony as well as the Third Amended Plaintiff Fact Sheet regarding the frequency and duration of Mr. Harris' Roundup exposure and the fact that he did not use personal protective equipment while spraying Roundup. Mr. Harris was exposed to Roundup approximately once per week between 1988 and 1996 when he accompanied or assisted his father in spraying the yard at their home. Subsequently, he sprayed Roundup from once every two weeks to three times weekly at his own homes between 2003 and 2010. Mr. and Mrs. Harris have both testified that he did not use personal protective equipment while spraying Roundup. It is therefore my opinion that Mr. Harris' exposure to Roundup has been extensive.

I have reviewed all of the reliance materials provided to me by counsel regarding the reported association between Roundup exposure and the development of non-Hodgkin lymphoma. I am deferring a detailed discussion of general causation regarding the association between Roundup and non-Hodgkin lymphoma to Plaintiffs' general causation experts. I will highlight only those aspects which would be of interest to medical oncologists and hematologists caring for patients with non-Hodgkin lymphoma, especially primary central nervous system diffuse large B-cell lymphoma.

The carcinogenicity of glyphosate, the active herbicidal ingredient in Roundup, has been comprehensively evaluated by the International Agency for Research on Cancer (IARC) (5, 6). In 2015, IARC, which is a division of the World Health Organization, noted that "Glyphosate is a broad-spectrum herbicide, currently with the highest production volumes of all herbicides. It is

used in more than 750 different products for agriculture, forestry, urban, and home applications. Its use has increased sharply with the development of genetically modified glyphosate-resistant crop varieties. Glyphosate has been detected in air during spraying, in water, and in food...Glyphosate has been detected in the blood and urine of agricultural workers, indicating absorption." At that time, IARC classified glyphosate as "probably carcinogenic to humans"--a Group 2A carcinogen, according to the IARC classification. The Group 2A classification of glyphosate as a human carcinogen reflects "limited evidence" for carcinogenicity in humans, based on a positive association with non-Hodgkin lymphoma, plus "sufficient evidence" of carcinogenicity in animals and identification of genotoxicity and oxidative stress as the carcinogenic mechanisms of glyphosate. "Limited evidence" and "sufficient evidence" are part of the terminology used by IARC to summarize and communicate the results of its weight-of-the-evidence analyses of known or suspected carcinogens.

Earlier this year, Zhang *et al.* published an independent analysis of the risk of developing non-Hodgkin lymphoma in individuals exposed to glyphosate-based herbicides (7). Their evaluation included a meta-analysis of the available human epidemiologic data as well as an assessment of available animal and mechanistic studies. The meta-analysis demonstrated a statistically significant 41% to 45% increase (compared to relevant control subjects) in the risk of developing non-Hodgkin lymphoma for individuals with high cumulative exposures to glyphosate-based herbicides. The magnitude of this increase is closely comparable to that reported for the development of non-Hodgkin lymphoma in individuals with high serum levels of polychlorinated biphenyls (PCBs) (8), which are considered persistent organochlorine pollutants and collectively have been classified as an IARC Group I (strongest evidence) human carcinogen (9, 10). Similar to IARC, Zhang *et al.* (7) concluded that the animal and mechanistic data provide supporting evidence for the carcinogenic potential of this group of herbicides.

Some of the studies which have investigated the association between glyphosate exposure and the development of non-Hodgkin lymphoma have also searched for more specific associations between glyphosate exposure and various histologic subtypes of non-Hodgkin lymphoma. The two such studies which included the largest numbers of patients with diffuse large B-cell lymphoma have in fact identified a statistically significant association between glyphosate exposure and diffuse large B-cell lymphoma, the specific non-Hodgkin lymphoma subtype in Mr. Harris' case, as well as between glyphosate exposure and non-Hodgkin lymphomas in general (11, 12). Parenthetically, less common non-Hodgkin lymphoma subtypes as well as rare variants such as primary central nervous system non-Hodgkin lymphoma do not occur with sufficient frequency to permit detection of a statistically significant association with glyphosate exposure even if such an association exists.

Just as a chemotherapeutic agent must be able to cross the blood-brain barrier in order to be effective in treating a malignancy of the central nervous system, so must a chemical carcinogen be able to cross the blood-brain barrier in order to cause such a malignancy. Toxicologic analyses in rats (13) and a human(14) have demonstrated that glyphosate is indeed able to penetrate the blood-brain barrier, a prerequisite for the causation of Mr. Harris' primary central nervous system lymphoma. The authors of the rat study, who were, in fact, Monsanto staff scientists, stated that "[t]issue to blood ratios significantly in excess of unity indicate tissue

deposition." The term "unity" refers to a ratio of 1:1. The tissue-to-blood ratio for glyphosate in the brain reached a maximum of 3.11 at 96 hours after administration in that study. Further, the ratio had increased progressively to that peak value during the first 96 hours (and began to decline thereafter), verifying that glyphosate was indeed accumulating in the brain after it was administered.

7. <u>Other risk factors.</u> It has often been said that most cases of non-Hodgkin lymphoma are idiopathic--that is, the cause is unknown (1). However, diseases don't just happen. Every disease has one or more causes, even if not yet discovered by scientific research. This applies to the causes of disease in individuals as well as populations. Regarding causation, "idiopathic" means "not yet known" or "not known in this case," not "there is no cause."

Other than Roundup exposure, no risk factors for the development of lymphoma, such as predisposing medical conditions, a positive family history, or other candidate carcinogenic exposures, are identified in Mr. Harris' medical records. Most importantly, Mr. Harris had no evidence of HIV infection or AIDS, which are known to be associated with primary central nervous system non-Hodgkin lymphoma.

8. <u>Conclusion.</u> Mr. Harris is now 43 years old. He was diagnosed with stage IE or, alternatively, stage IV diffuse large B-cell lymphoma of the brain (central nervous system) in January 2015. He was treated aggressively with combination chemotherapy and Rituxan between January and July 2015, producing a complete response, and subsequently underwent high-dose chemoimmunotherapy and autologous stem cell transplantation in March 2016 in an effort to prevent or delay relapse. Mr. Harris experienced numerous complications of his lymphoma and its treatment, some of which were severe and even life-threatening. A median survival of approximately 10 years has been reported in patients with primary central nervous system non-Hodgkin lymphoma who received treatment, including high-dose chemotherapy and autologous stem cell transplantation, similar to that administered to Mr. Harris. As previously discussed, a median survival in the range of 10 years does not represent a desirable outcome for a patient diagnosed with primary central nervous system non-Hodgkin lymphoma at age 38, as was the case for Mr. Harris. In the event of a relapse, Mr. Harris will require additional treatment if he is medically able to tolerate it, and such treatment would be less likely to produce the quality and duration of response that are expected from the treatment Mr. Harris has received to date. Lifelong psychological consequences of the diagnosis and treatment of cancer, and of the complications of the cancer and its treatment, are near-universal experiences in patients who have been treated for cancer. Even if his exposure was largely limited to spraying Roundup at his residences between 2003 and 2010, Mr. Harris has clearly had extensive exposure to Roundup, which has been implicated in the causation of non-Hodgkin lymphoma on the basis of human epidemiologic data and animal and mechanistic studies.

It is my conclusion that, to a reasonable degree of scientific and medical certainty, exposure to Roundup was a substantial factor in causing Mr. Harris' primary central nervous system non-Hodgkin lymphoma.

All of these opinions are expressed to a reasonable degree of scientific and medical

certainty.  Please note that I reserve the right to amend the opinions contained in this report and to offer additional opinions should new information become available to me about Mr. Harris' case.

Thank you for allowing me the opportunity to review this interesting case.  Please let me know if I may be of further assistance.

Sincerely,

*Ron D. Schiff*, M.D., Ph.D.

Ron D. Schiff, M.D., Ph.D.

REFERENCES:

1. Bierman, P.J. and J.O. Armitage, 2012.  Non-Hodgkin's lymphomas.  In Goldman, L. and A.I. Schafer, 2012.  *Goldman's Cecil Medicine*, 24th edition.  Elsevier Saunders, Philadelphia, pp 1218-28.

2. Evens, A.M., J. N. Winter, L.I. Gordon, *et al*., 2010.  Non-Hodgkin lymphoma.  In Pazdur, R., L.D. Wagman, K.A. Camphausen, and W.J. Hoskins, 2010.  *Cancer Management*: *A Multidisciplinary Approach*, 13th edition.  UBM Medica, London, pp 739-94.

3. DeAngelis, L.M., 2012.  Tumors of the central nervous system and intracranial hypertension and hypotension.  In Goldman, L. and A.I. Schafer, 2012.  *Goldman's Cecil Medicine*, 24th edition.  Elsevier Saunders, Philadelphia, pp 1246-57.

4. Atila, P.A., E. Atila, S.C. Bozdag, *et al*., 2018.  Treatment with methotrexate, rituximab, and cytosine arabinoside followed by autologous stem cell transplantation in primary central nervous system lymphoma: A single-center experience.  Hematology/Oncology and Stem Cell Therapy 11:13-7.

5. Guyton, K.Z., D. Loomis, Y. Grosse, *et al*., 2015.  Carcinogenicity of tetrachlorvinphos, parathion, malathion, diazinon, and glyphosate.  Lancet Oncology 16:490-1.

6. International Agency for Research on Cancer, 2015.  *IARC Monogr Eval Carcinog Risk Chem Hum Volume 112.  Some organophosphate insecticides and herbicides, tetrachlorvinphos, parathion, malathion, diazinon and glyphosate*.  IARC Working Group, Lyon, France.

7. Zhang, L., I. Rana, R.M. Shaffer, *et al*., 2019.  Exposure to glyphosate-based herbicides and

risk for non-Hodgkin lymphoma: A meta-analysis and supporting evidence.  Mutat Res/Rev Mutat Res 781:186-206.

8.  Freeman M.D. and S.S. Kohles, 2012.  Plasma levels of polychlorinated biphenyls, non-Hodgkin lymphoma, and causation.  J Environ Public Health 2012, Volume 2012,Article ID 258981, 15 pages, doi:10.1155/2012/258981.

9.  Lauby-Secretan, B., D. Loomis, Y. Grosse, *et al*., 2013.  Carcinogenicity of polychlorinated biphenyls and polybrominated biphenyls.  Lancet Oncology 14:287-8.

10.  International Agency for Research on Cancer, 2016.  *IARC Monogr Eval Carcinog Risk Chem Hum Volume 107.  Polychlorinated biphenyls and polybrominated biphenyls*.  IARC Working Group, Lyon, France.

11.  Leon, M.E., L.H. Schinasi, P. Lebailly, *et al*., 2019.  Pesticide use and risk of non-Hodgkin lymphoid malignancies in agricultural cohorts from France, Norway and the USA: a pooled analysis from the AGRICOH consortium.  Int J Epidemiol 0:1-17 (doi: 10.1093/ije/dyz017).

12.  Pahwa, M., L.E. Beane Freeman, J.J. Spinelli, *et al*., 2019.  Glyphosate use and associations with non-Hodgkin lymphoma major histological sub-types: findings from the North American Pooled Project.  Scand J Work Environ Health doi: 10.5271/sjweh.3830.

13.  Brewster, D.W., J. Warren, and W.E. Hopkins II, 1991.  Metabolism of glyphosate in Sprague-Dawley rats: tissue distribution, identification, and quantitation of glyphosate-derived materials following a single oral dose.  Fundam Appl Toxicol 17:43-51.

14.  Menkes, D.B., W.A. Temple, and I.R. Edwards, 1991.  Intentional self-poisoning with glyphosate-containing herbicides.  Hum Exp Toxicol19:103-7.

15. Linet, M.S., C.M. Vajdic, L.M. Morton, *et al.,* 2014. Medical history, lifestyle, family history, and occupational risk factors for follicular lymphoma: The InterLymph non- Hodgkin lymphoma subtypes project. J Natl Cancer Inst Monogr 48:26-40.

16. Portier, et al. (2015). Differences in the carcinogenic evaluation of Agency for Research on cancer (IARC) and the Europeans Food Safety Authority (EFSA)

17. McDuffie, et al (2001). Non-Hodgkin's Lymphoma and Specific pesticide Exposure in Men: Cross-Canada Study of Pesticides and Health

18. Hardell, et al. (2002). Exposure to Pesticides and Risk Factor for Non-Hodgkin's lymphoma and Hairy Cell Leukemia: Pooled Analysis of Two Swedish Case-control Studies

19. De Roos, et al. (2003). Integrative assessment of multiple pesticides as a risk factors for non-Hodgkin's lymphoma among men

20. Eriksson, et al (2008). Pesticide Exposure as risk factor for non-Hodgkin lymphoma including histopathological subgroup analysis

21. Pahwa, et al. (2016). Abstract only at this time. A detailed assessment of glyphosate use and the risks of non- Hodgkin's lymphoma overall and by major histological sub-types: findings from the North American Pooled Project

22. Andreotti, et al (2018). Glyphosate Use and Cancer Incidence in the Agricultural Health Study

23. Blair, et al Impact of Pesticide Exposure Misclassification on Estimates of Relative Risks in the Agricultural Health Study

24. IARC. Originally prepared as a confidential briefing for Governing Council Members on IARC evaluation of glyphosate and requests for meetings from CropLife

25. Neil Pierce, et al (2015). IARC Monographs: 40 Years of Evaluating Carcinogenic Hazards to Humans

26. Proposition 65 Warning – Glyphosate

27. Bloomberg. Does the World's Top Weed Killer Cause Cancer? Trump's EPA Will Decide

28. Weires, et al (2011). Clustering of concordant and discordant cancer types in Swedish couples is rare

29. Brewster, et al. Metabolism of Glyphosate in Sprague-Dawley Rate: Tissue Distribution,

Identification, and Quantitation of Glyphosate-Derived Materials following a Single Oral Dose

30. De Roos, et al., 2005.  Cancer incidence among glyphosate-exposed pesticide applicators in the Agricultural Health Study.  Environ Health Perspect 113:49-54.

31. Hardell, L. and M. Eriksson, 1999.  A case-control study of non-Hodgkin lymphoma and exposure to pesticides.  Cancer 85:1353-60.

32. Orsi et al., 2009.  Occupational exposure to pesticides and lymphoid neoplasms among men: results of a French case-control study.  Occup Environ Med 66:291-298.

Depositions and Trial Testimony

During the past five years, I have been deposed and/or testified as an expert witness in the following cases:

*Willis v. Shell Oil et al.*, benzene in the causation of adult acute lymphoblastic leukemia, deposition July 2014, trial testimony November 2014 (Houston).

*Multiple plaintiffs v. Monsanto*, polychlorinated biphenyls in the causation of non-Hodgkin's lymphoma, depositions August 2014, December 2014, March 2015, May 2015, June 2015, July 2015, February 2016, April 2016 (St. Louis), and July 2016, trial testimony March 2015 (Los Angeles), April 2015 (Los Angeles), May 2015 (St. Louis), June 2015 (St. Louis), March 2016 (Los Angeles), April 2016 (Los Angeles), and May 2016 (St. Louis).

*Bliss and Castillo v. Takeda Pharmaceuticals North America, Inc.*, pioglitazone (Actos) in the causation of bladder cancer, deposition November 2014.

*Bruce Estate v. Patel, Brundage, et al.*, medical liability, deposition January 2015.

*McCabe Estate v. R. J. Reynolds Tobacco Company, Philip Morris USA, et al.*, tobacco in the causation of lung cancer (Engle progeny litigation), deposition March 2016, trial May 2016 (Tampa).

*Sandoz et al. v. Eli Lilly*, patent litigation concerning the method of administration of pemetrexed (Alimta), depositions August 2016 (Chicago) and January 2017 (Tampa).

*Stephannie Reizuch v. Calmet Services, Inc.*, recent severe polytrauma in the causation of a rapidly progressive metastatic recurrence of stage IIIC breast cancer, deposition June 2017.

*Artiaga, Levario, and Marquez v. Freeport-McMoRan and Norfalco*, nitrogen dioxide and/or other toxic gas exposure in the causation of venous thromboembolism, deposition November 2017.

*Emerson v. Engiseh, et al.*, missed mammographic diagnosis of breast cancer, deposition April 2018.

*Rose Lyko v. Motorola Solutions, Inc.*, carcinogen exposure in the workplace during the first

trimester of pregnancy in the causation of epithelioid hemangioendothelioma in the
daughter of a semiconductor industry worker, deposition October 2018.

*Hequin v. Cava et al.,* delayed diagnosis of breast cancer due to prolonged failure to order routine
screening mammograms, deposition October 2018.

*Onyx Therapeutics, Inc. v. Cipla Limited, et al.,* patent litigation concerning carfilzomib
(Kyprolis), deposition November 2018 (Washington, D.C.).

*Karla Meek v. KershawHealth Medical Center, et al.,* delayed diagnosis of aggressive testicular
cancer due to failure to perform an appropriate physical examination and
misinterpretation of a computed tomographic scan, deposition December 2018.

CURRICULUM VITAE

RON D. SCHIFF, M..D., Ph.D.

May 26, 2015

**ADDRESS:**

███████████

RSchiff@SchiffBiomedicalConsulting.com

**TELEPHONE NUMBERS:**

| | |
|---|---|
| Office | (813) 978-8327 |
| Cell | ████████ |

**EDUCATION:**

| | | |
|---|---|---|
| Northwestern University, Evanston, Illinois | B.A., 1973 | Biological Sciences and Psychology |
| Saint Louis University, St Louis, Missouri | Ph.D., 1979 | Molecular and Cellular Biology |
| Saint Louis University, St. Louis, Missouri | M.D., 1980 | |

**POSITIONS HELD:**

| | |
|---|---|
| 1973 | Instructor in Organic Chemistry<br>Northwestern University<br>Evanston, Illinois |
| 1975-1978 | Research Assistant<br>Institute for Molecular Virology<br>Saint Louis University School of Medicine<br>St. Louis, Missouri |

Page Two

| | |
|---|---|
| 1979-1980 | Post-Doctoral Fellow (part-time)<br>Institute for Molecular Virology<br>Saint Louis University School of Medicine<br>St. Louis, Missouri |
| 1980-1983 | Resident Physician<br>Department of Internal Medicine<br>McGaw Medical Center of Northwestern University<br>Chicago, Illinois |
| 1983-1986 | Fellow in Medical Oncology and Hematology<br>Department of Medicine<br>Memorial Sloan-Kettering Cancer Center<br>New York, New York |
| 1984-1986 | Research Fellow<br>Laboratory of Developmental Cell Biology<br>Department of Cell Biology and Genetics<br>Sloan-Kettering Institute<br>New York, New York |
| 1986-1992 | Assistant Professor<br>Division of Hematology/Oncology<br>Department of Medicine<br>Medical University of South Carolina<br>Charleston, South Carolina |
| 1986-1994 | Attending Physician<br>Division of Hematology/Oncology<br>Department of Medicine<br>Medical University of South Carolina<br>Charleston, South Carolina |

Page Three

| | |
|---|---|
| 1986-1992 | Director, Fellowship Training Program<br>Division of Hematology/Oncology<br>Department of Medicine<br>Medical University of South Carolina<br>Charleston, South Carolina |
| 1987-1992 | Assistant Professor<br>Molecular and Cellular Biology and Pathobiology Program<br>College of Graduate Studies<br>Medical University of South Carolina<br>Charleston, South Carolina |
| 1987-1992 | Member, Admissions and Recruitment Committee<br>Molecular and Cellular Biology and Pathobiology Program<br>College of Graduate Studies<br>Medical University of South Carolina<br>Charleston, South Carolina |
| 1990- | Expert Witness for Medical Oncology and Hematology medical liability<br>and product liability cases |
| 1992-1994 | Private Practice<br>Cancer Center<br>Trident Regional Medical Center<br>Charleston, South Carolina |
| 1992-1994 | Assistant Clinical Professor<br>Division of Hematology/Oncology<br>Department of Medicine<br>Medical University of South Carolina<br>Charleston, South Carolina |
| 1994-2015 | Private Practice<br>Tampa, Florida |

Page Four

| | |
|---|---|
| 1995-2014 | Medical Director<br>Center for Cancer Care at Florida Hospital Tampa<br>Tampa, Florida |
| 2014-2015 | Florida Cancer Specialists, Inc.<br>Physician |
| 1995-1997 | Lifepath Hospice<br>Chair, Medical Advisory Committee |

MEDICAL LICENSE:

Florida ME0066534

PROFESSIONAL CERTIFICATIONS:

| | | |
|---|---|---|
| American Board of Internal Medicine: Internal Medicine, September 1983 | 91530 |
| | Medical Oncology, November 1985 | 91530 |
| | Hematology, November 1988 | 91530 |

AWARDS:

Charles H. Revson Foundation Fellowship in Biomedical Research, July 1, 1984-June 30, 1986

Medical University of South Carolina Institutional Research Funds, March 1, 1987-February 29, 1988

American Cancer Society, Inc. Clinical Oncology Career Development Award, July 1, 1987-June 30, 1990

American Cancer Society, Inc. Institutional Research Support, March 1, 1988-February 28, 1989

Lifepath Hospice, Partner in Caring Award, April 14, 2000

Page Five

MEMBERSHIPS:

American Association for the Advancement of Science
American College of Physicians-American Society of Internal Medicine
American Society of Clinical Oncology
American Society of Hematology
American Society of Microbiology
Signa Xi: The Scientific Research Society

MAJOR RESEARCH INTERESTS:

Poor-prognosis myeloid malignancies, including myelodysplastic syndromes
        Special Interests:
                Differention therapy
                Cytokine response of myeloid leukemia cells

Mature T-cell malignancies, including peripheral T-cell lymphomas and adult T-cell
                lymphoma/leukemia
        Special Interests:
                Biological response modifier therapy
                Drug resistance in adult T-cell lymphoma/leukemia

Clinical trials in Medical Oncology and Hematology

Retrovirology

Dr. Schiff received training in molecular and cellular biology, including avian and mammalian
cell culture, general virology, nucleic acid and protein chemistry, enzymology,
immunochemistry, and immunobiology, at the Institute for Molecular Virology of the Saint Louis


University Medical Center.  His graduate and post-doctoral research involved in-vivo and in-vitro studies of retrovirus (RNA tumor virus) gene expression.
As a Charles H. Revson Fellow in Biomedical Research at the Memorial Sloan-Kettering

Page Six

Cancer Center, his research concerned the identification of human hematopoietic cytookines, characterization of their activities in normal and leukemic cells and bone marrow, and application of these findings to the development of a cell culture system for the sustained in-vitro propagation of human myeloid leukemia cells and the testing of those cells for their sensitivity to differentiation agents and cytotoxic chemotherapeutic drugs. His principal laboratory investigations in the Division of Hematology/Oncology of the Department of Medicine at the University of South Carolina represented a continuation of his fellowship research, with a focus on characterization of the cytokine response of human myeloid leukemia cells. Many of these studies employed a human myeloid leukemia cell line isolated by Dr. Schiff during his fellowship. As an American Cancer Society Clinical Oncology Career Development Awardee at the Medical University of South Carolina, Dr. Schiff developed a secondary area of laboratory investigation related to his graduate and post-doctoral research. These studies concerned cellular and viral mechanisms of drug resistance in adult T-cell leukemia/lymphoma (ATLL), the prototypical human retroviral malignancy. A cell line isolated by Dr. Schiff from a patient at the Medical University with ATLL and a unique clinical course was used in this research into the causes of the extraordinarily poor prognosis characteristic of ATLL.

DOCTORAL DISSERTATION:

> Schiff, R. D. 1979. Origin and Properties of the 32,000-Dalton Endonuclease from Avian Retrovirus Cores. Saint Louis University, St. Louis, Missouri.

PUBLICATIONS:

> Grandgenett, D. P., A. C. Vora, and R. D. Schiff. 1978. A 32,000-dalton nucleic acid-binding protein from avian retrovirus cores possesses DNA endonuclease activity. Virology 89:119-132.
>
> Schiff, R. D., and D. P. Grandgenett. 1978. Virus-coded origin of a 32,000-dalton protein from retrovirus cores: structural relatedness of p32 and the beta-polypeptide of the avian retrovirus DNA polymerase. J. Virol. 28:279-291.
>
> Schiff, R. D., and D. P. Grandgenett. 1980. Partial phosphorylation in vivo of the avian retrovirus pp32 DNA endonuclease. J. Virol. 36:889-893.

Page Seven

Schiff, R. D., and A. Oliff. 1986. The pathophysiology of murine retrovirus-induced leukemias. Critical Rev. Oncol. Hematol. 5:257-323.

Headley, R. N., Jr., and R. D. Schiff. 1988. Adult T-cell leukemia/lymphoma: a retroviral malignancy endemic in South Carolina. J. S. C. Med Assoc. 84:289-292.

Reed, C. E., L. S. Carlson, R. D. Schiff, C. H. Seymore, and K. A. Thompson. 1990. Chemotherapy for non-small cell lung cancer - - new horizons. J. S. C. Med Assoc. 86:270-274

ABSTRACTS:

Schiff, R. D. and D. P. Grandgenett. 1978. Virus-coded origin of the 32,000-dalton endonuclease from avian retrovirus cores: structural relatedness of p32 and the beta-polypeptide of avian retrovirus DNA polymerase. Abstracts of papers presented at the meeting on RNA Tumor Viruses, Cold Spring Harbor, Long Island, New York, 1978, p. 35.

Golomb, M., D. P. Grandgenett, A. C. Vora, and R. D. Schiff. 1989. Origin and specifity of a 32,000-dalton endonuclease from avian retrovirus cores. J. Supramol. Struct. Suppl. 2:249.

Grandgenett, D. P., R. D. Schiff, M. Golomb, and A. C, Vora. 1978. Structural relationship between the avian retrovirus p32 and the reverse transcriptase beta subunit. Abstracts of the Annual Meeting of the American Society of Microbiology, 1978, p. 213.

Schiff, R. D., R. Mertelsmann, M. Andreef, T. S. Gee, S. J. Kempin, B. L. Koziner, B. J. Lee, and B. D. Clarkson. 1984. Low-dose arabinosyl cytosine (LD ara-C) in hematologic malignancies and myelodysplastic syndromes. Proc. Am. Soc. Clin. Oncol. 3:206.

Schiff, R. D., R. Mertelsmann., M. Andreef, E. Berman, T. S. Gee, S. J. Kempin. S. Berenson, and B. D. Clarkson. 1985. Low-dose cytarabine (LD ara-C) in RAEB in transformation (RAEBIT) and poor-risk leukemias. Proc. Am. Soc. Clin. Oncol. 4:165.

Page Eight

Kempin, S., R. D. Schiff, B. Koziner, A. Al-Katib, R. Mertelsmann, M. Andreef, Z. Arlin, and B. Clarkson. 1985. Low dose cytosine arabinoside (LDCA) in chronic lymphocytic leukemia (CLL). Blood. 66, Suppl. 1:202a.

Schiff, R. D., O. Agranovsky, L. De La Vega, P. A. Marks, and R. A. Rifkind. 1986. Conditioned medium from human bladder carcinoma cell line 5637 stimulates growth and colony formation by hematopoietic cells from patients with myeloid leukemias. Clin. Res. 34:663A

Schiff, R. D., G. K. Potter, B. L. Koziner, M. Andreef, S. C. Jhanwar, P. A. Marks, and R. A. Rifkind. 1986. Isolation and characterization of a human myeloid leukemic cell line (RS-1). Memorial Sloan-Kettering Cancer Center Research Colloquium Abstracts, p. 54.

Schiff, R. D. 1986. Differentiation induction as therapy for acute leukemia and myelodysplastic syndromes. In Current Concepts in the Pathophysiology and Treatment of Leukemia (Leukemia Society of America Regional Medical Symposium, Charleston, South Carolina, September 25-27, 1986), pp. 14-15

Schiff, R. D., and R. K. Stuart. 1989. Treatment of myelodysplastic syndromes (MDS) and poor-prognosis acute myeloid leukemias (PP-AML) with low-dose cytarabine (LDC) plus 13-cis-retinoic acid (RA). Proc. Am. Soc. Clin. Oncol. 8:206.

Schiff, R. D., R. N. Headley, Jr., S. Self, A. J. Garvin, and R. K. Stuart. 1989. Treatment of peripheral T-cell lymphoma (PTCL) with recombinant alpha-interferon (rIFN-alpha). Proc. Am. Soc. Clin. Oncol. 8:267.

Schiff, R. D., K. A. Thompson, and R. K. Stuart. 1990. Low-dose cytarabine (LDC) and 13-cis-retinoic acid (RA) in the treatment of myelodysplastic syndromes (MDS) and poor-prognosis acute myeloid leukemia (PP-AML). Blood 76, Suppl. 1:317a.

Schiff, R. D., and A. Cannon. 1990. High prevalence of HTLV-1 infection among blood donors in coastal South Carolina (SC). Blood 76, Suppl. 1:494a.

Page Nine

Schiff, R. D., S. E.  Self, W. L. Gerald, S. L. Moseley, E. S. Cantu, P. D. Garen, E. Jeter,
      A. G. Leary, A.-C. Wang, J.-M.. C. Goust, and P. J. Fischinger. 1991. RS-2: a new
      adult T-cell leukemia/lymphoma (ATLL) cell line. Blood 78, Suppl. 1:500a.

Schiff, R. D., S. E. Self, W. L. Gerald, and R. K. Stuart. 1991. AZT (zidovudine) for
      HTLV-I disease? Blood 78, Suppl. 1:501a.

Ron D. Schiff, MD, PA



office- 813-978-8327

RSchiff@SchiffBiomedicalConsulting.com
Tax ID- 59-3252662

### FEES

| | |
|---|---|
| Review of Records and Telephone Conference: | $500 per hour |
| Deposition: | $500 per hour |
| Retainer: | $1000 |

27

**Harris, et al v. Monsanto**

**(3:17-cv-03199)**

Documents Relied Upon:

1. Medical records

2. Anthony Harris deposition

3. Julie Harris deposition

4. Nayyar Siddique deposition

5. Amandeep Salhorta deposition

6. Pretrial Order 45

7. Pretrial Order 85

8. General causation expert reports

   a. Dennis Weisenburger, MD

   b. Christopher Portier, PhD

   c. Beate Ritz, MD, PhD

9. Third Amended Plaintiff's Fact Sheet