# EXHIBIT 3

```
 1                UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
 2

 3   --------------------------§
     IN RE:  ROUNDUP PRODUCTS   §      Master File No.
 4   LIABILITY LITIGATION       §      3:16-md-02741-VC
                                §
 5                              §        MDL NO. 2741
                                §
 6   THIS DOCUMENT RELATES TO:  §
                                §
 7   INES HERNANDEZ AND MARIA   §
     HERNANDEZ,                 §
 8                              §
           Plaintiff,           § Case No. 3:16-cv-05650-VC
 9   vs                         §
                                §
10   MONSANTO COMPANY,          §
                                §
11      Defendant.              §
     --------------------------
12
                             - - -
13
                       November 12, 2019
14
                             - - -
15
16        Videotaped deposition of RON SCHIFF, MD,
     PhD, held at Shook, Hardy & Bacon, LLP, 100 North
17   Tampa Street, Suite 2900, Tampa, Florida 33602,
     commencing at 1:26 p.m., on the above date, before
18   Tami Cline, Registered Merit Reporter, Certified
     Realtime Reporter, and Florida Professional
19   Reporter.
20                           - - -
21            GOLKOW LITIGATION SERVICES
          877.370.3377 ph | 917.591.5672 fax
22                   deps@golkow.com
23
24
25
                                              EXHIBIT 3
```

```
 1     A.   I can add it up again.  Yes, that's correct.
 2     Q.   Okay.  And I didn't ask this before, but just
 3   so that we have the interpretation correct, when you
 4   have a number, if you have a degree, is that hour?
 5     A.   Yes.  That's -- again, as we discussed for a
 6   different example this morning, this is medical
 7   terminology that you might see in a handwritten
 8   medical chart.  The superscript circle means hours.
 9   The single line that looks like an apostrophe means
10   minutes.
11     Q.   All right.  Thank you.  Very helpful.
12          And if we add up these numbers, we would be
13   able to get an accurate reflection of the number of
14   hours you have spent generally and with regard to
15   Mr. Hernandez's case specifically, right?
16     A.   That's correct.
17     Q.   And how much do you charge per hour?
18     A.   $500.
19     Q.   Okay.  So if we take the number of hours and
20   times it by 500, we should have a fair understanding
21   of how much you've made?
22     A.   That's correct.
23     Q.   Okay.  And I do have that copy we'll mark as
24   Exhibit Number 2 to the deposition, the invoices.
25          Now, with regard to Mr. Harris, you had done
```

```
 1     an interview of him by telephone and had some
 2     handwritten notes regarding that interview.  Did you
 3     do the same with respect to Mr. Hernandez?
 4        A.   Yes.
 5        Q.   Okay.
 6        A.   I believe those were on the same day.  And,
 7     once again, I would request the original back.
 8        Q.   For sure.
 9             MS. FUJIMOTO:  And so we're going to mark as
10        Exhibit Number 3 to the deposition Dr. Schiff's
11        handwritten notes regarding his telephonic
12        interview of Mr. Hernandez.
13                            - - -
14             (Exhibit 3, Handwritten Notes, was marked for
15     identification.)
16                            - - -
17     BY MS. FUJIMOTO:
18        Q.   Doctor, did you speak with Mr. Hernandez only
19     or his wife as well?
20        A.   No.  I do not recall his wife being on the
21     conversation.  However, his son, possibly first name
22     Roger, was there and did some translation.
23        Q.   Okay.  Does Mr. Hernandez speak English, to
24     your knowledge?
25        A.   It is stated in some of the materials that I
```

1       be only for research purposes.

2          Q.   And there's no genetic marker that was found

3       in Mr. Hernandez's follicular lymphoma that would

4       tell anyone it was caused by glyphosate, right?

5          A.   None identified in his case or at this time

6       in anyone.

7          Q.   But there was some that might tell us a

8       little bit about another potential cause, wasn't

9       there?

10         A.   I don't know to which you're referring.

11         Q.   Did you consider his positive Hep A --

12         A.   Well --

13         Q.   -- results?

14         A.   -- I absolutely considered it.

15         Q.   Okay.  And you have ruled that out?

16         A.   I'm sorry?

17         Q.   You've ruled that out?

18         A.   Yeah.  Hepatitis A doesn't cause lymphoma.

19         Q.   Okay.  What is hepatitis?

20         A.   Hepatitis is inflammation of the liver.  The

21      implication here is that it's always of infectious

22      cause due to various viruses, but there are

23      certainly other things that cause hepatitis as well.

24         Q.   Okay.

25         A.   The varieties of viral hepatitis that have

1    A.    In which case he had a thorn penetrating his
2    left index finger while gardening, and he developed
3    cellulitis as a result.
4    Q.    Okay.
5    A.    Evidently responded promptly to antibiotics.
6          And then my next entry is, in fact,
7    November 7, 2009.
8    Q.    Okay.
9    A.    That was the urgent care clinic from which he
10   was referred directly to the emergency room.
11   Q.    Okay.  Other than that record relating to
12   2008 thorn, any other information about his medical
13   history?
14   A.    Well, I certainly don't recall anything that
15   would be connected to his development of follicular
16   lymphoma.
17   Q.    Okay.  But I guess I'm wondering, did you
18   have anything pre-2008?
19   A.    No.  Oh, no.
20   Q.    Okay.
21   A.    I don't have any other records.
22   Q.    All right.
23         MS. FUJIMOTO:  I'm going to mark as Exhibit
24   Number 9 to the deposition a smaller set of
25   collected medical records pertaining to

```
 1    a question of classifying these potential etiologies
 2    differently.
 3       Q.   So as we sit here today, though, to the
 4    extent there is a portion of lymphomas for which
 5    there are no currently known causes, there's no way
 6    for anyone to rule those out as a contributing cause
 7    of Mr. Hernandez's cancer, right?
 8       A.   Well, again, no, I don't think that's right,
 9    because, again, if we look for what the potential
10    causes of Mr. Hernandez's cancer are, we -- you
11    know, we take a look -- you know, we did not
12    identify other risk factors for the development of
13    his lymphoma such as predisposing medical
14    conditions, a positive family history or other
15    candidate carcinogenic exposures in his medical
16    records.
17            I called attention repeatedly in my report --
18    and what I just read came directly from the seventh
19    section of my report on the last full page.  I also
20    called attention to the fact that there is one entry
21    in his report that indicates that he was a smoker,
22    but that is not correct.  That was one of the things
23    I asked him about directly on the telephone, and he
24    verified that that was an erroneous entry in his
25    medical chart.  On top of which InterLymph indicates
```

```
 1     that smoking is a risk factor primarily for women

 2     but not men with follicular lymphoma.

 3          Q.   Okay.

 4          A.   So I don't think that he has that exposure or

 5     that additional possible cause, but that's -- you

 6     know, that's the way I would try to answer the

 7     question that you have just asked, that he had

 8     extensive Roundup exposure, and no other obvious

 9     causes or contributing factors to his lymphoma come

10     to mind.

11          Q.   Right.  And so my question is -- I get that

12     you have ruled in Roundup as a -- as a potential

13     cause and concluding that it's the cause for

14     Mr. Hernandez and all the other plaintiffs you've

15     looked at, right?

16          A.   Yes.

17          Q.   So you've ruled that in, and then --

18                (Telephone interruption.)

19  BY MS. FUJIMOTO:

20          Q.   You okay?

21          A.   Yeah.

22          Q.   And then you've ruled out known established

23     risk factors or causes that you've talked about,

24     right?

25          A.   Also correct.
```

 1    times weekly.  That's every weekday in his work as a
 2    landscaper and while gardening at home.  Commercial
 3    exposure began in 1997 and continued until he was
 4    diagnosed with non-Hodgkin lymphoma in 2009.  His
 5    residential exposure also began in 1997 but
 6    continued until 2016.  His use of personal
 7    protective equipment while mixing and spraying
 8    Roundup was inconsistent.  My conclusion from that
 9    is that his exposure to Roundup has been extensive.
10         There were no inconsistencies or significant
11    variations anywhere in that information, and that's
12    why I did not feel the need to question him about it
13    separately during the telephone call with the
14    translator.
15       Q.   All right.  Dr. Schiff, you understand or
16    know from the fact sheets that Mr. Hernandez has
17    lived in -- all the way from 1988 to the present in
18    Long Beach for many years and then La Mirada.  Do
19    you understand that?
20       A.   I do.
21       Q.   Those are both in California, right?
22       A.   That's correct.
23       Q.   Okay.  And did you do anything to investigate
24    environmental exposures in Long Beach?
25       A.   Well, as a matter of fact, now that you asked

```
 1    that, I am aware that Long Beach was some years
 2    ago -- and I don't remember exactly when -- the site
 3    of a public health advisory including
 4    polychlorinated biphenyls.  I have not heard, read
 5    or learned anything that indicates that that still
 6    is in force.  But in the past there may have been
 7    environment exposure to that, although that was
 8    primarily having to do with fish that were caught in
 9    local bodies of freshwater.  Other than that, I
10    can't tell you much about it.  I know you're going
11    to point out that there's a big naval base in Long
12    Beach, but I don't know anything about exposures
13    that would be related to that.
14       Q.   Okay.  So you are certainly aware of the
15    concerns historically and during relevant years of
16    PCB exposures in the air, right?
17       A.   No, not in the air but through eating fish.
18    That's what I remember.  I do not remember anything
19    beyond that.
20       Q.   Okay.
21       A.   But I believe that was the basis of the
22    public health -- public health advisory.
23       Q.   Did you see any information or data or
24    investigate in any way air quality reports for the
25    Long Beach area in the periods of time in which
```

1    Mr. Hernandez lived there?

2       A.   The answer to that is no, but you would have

3    to know what the specific pollutant or pollutants

4    were to estimate whether they were lymphoma

5    carcinogens.  But, no, that's not really something

6    that I was asked to do and render an opinion on by

7    virtue of my work in this case.

8       Q.   Okay.  So you didn't investigate what

9    chemicals might have been in the air or when or how

10   much, so there's no way for me to know whether or

11   not Mr. Hernandez was exposed to them, right?

12      A.   But if that was ambient environmental

13   exposure as opposed to the extensive occupational

14   and residential Roundup exposure that he had, I

15   would regard that as being of lesser magnitude.

16   Beyond that I do not claim specific information.

17      Q.   Okay.

18      A.   But I have also not heard about any other

19   major public health emergency.  What I know about

20   PCB exposure in fish caught in freshwater in the

21   Long Beach area comes specifically from my work as

22   an expert witness in the PCB litigation.

23      Q.   And PCB is a -- PCBs are carcinogenic, right?

24      A.   That's correct.

25      Q.   We've already talked about that.