# EXHIBIT 4

```
 1                UNITED STATES DISTRICT COURT
 2               NORTHERN DISTRICT OF CALIFORNIA
 3
 4   IN RE:  ROUNDUP PRODUCTS LIABILITY   ) MDL NO. 2471
     LITIGATION                           )
 5   _____ )
     This document relates to:            ) MDL 3:16-MD-2741-VC
 6                                        )
     Ines Hernandez and Maria Hernandez   )
 7              v.                        )
     Monsanto Company                     )
 8   Case No. 3:16-cv-05750               )
     _____ )
 9
10
11
12   Videotaped Deposition of:  Ines Hernandez
13   Date and time:  Friday, July 12, 2019, 9:05 A.M.
14   Location:       11767 Harbor Boulevard
                     Garden Grove, California
15
16
17
18    Reporter:
19    CAROLYN GREGOR, CRR, RMR, RDR
      Certificate No. 2351
20    Certified Realtime Reporter
21
22
23
24
25
                                              EXHIBIT 4
```

```
 1      Q    Did you work around any motorized vehicles that
 2   used gasoline or diesel fuel?
 3      A    No.  It was all -- well, we call them "mules."
 4   I don't know what you call them.  And oxen.  I don't know
 5   what you call them here.
 6      Q    Did you do any type of woodworking where you
 7   were fixing fences and cutting wood, things like that?
 8      A    Only picking up wood for cooking because we used
 9   wood for cooking.
10      Q    Any type of work welding with metal?
11      A    No.
12      Q    What did do you for work when you moved here in
13   1984?
14      A    It was a factory.  They -- they made all the
15   setup for the cribs for babies.
16      Q    Do you remember the name of the factory?
17      A    The name was -- no, I don't remember right now.
18   It's been many years.  I don't remember.
19      Q    How long did you work at that factory?
20      A    Around seven years.
21      Q    And what were your main job responsibilities?
22      A    It was basically -- I was taking out the fabric
23   in order to cut it and putting it on the table.
24      Q    Is that what you did the entire seven years you
25   were there?
```