# EXHIBIT 5

Anthony Harris

```
  1              UNITED STATES DISTRICT COURT
  2           NORTHERN DISTRICT OF CALIFORNIA
  3
  4   IN RE:  ROUNDUP PRODUCTS    )
      LIABILITY LITIGATION,       ) MDL No. 2741
  5                               )
                                  )
      _____)
  6                               ) Case No. MDL No.
      This document relates       ) 3:16-md-2741-VC
  7   to:                         )
                                  )
  8   Harris, et al. v. Monsanto)
      (3:17-cv-03199)             )
  9   _____)
 10
 11
 12            Video Deposition of ANTHONY
 13        HARRIS, held at 110 North Myers
 14        Street, Oceanside, California,
 15        commencing at 9:02 a.m., on
 16        Friday, July 19, 2019, reported
 17        stenographically by Lisa
 18        Moskowitz, California Certified
 19        Shorthand Reporter No. 10816, RPR,
 20        CRR, Realtime Systems
 21        Administrator.
 22                    - - -
 23          GOLKOW LITIGATION SERVICES
          T 877.370.3377 | F 917.591.5672
 24             Deps@golkow.com
 25
                                    EXHIBIT 5
```

Anthony Harris

1  there?
2      A.  Not yet, no.
3      Q.  Were you studying anything in
4  particular there?
5      A.  No, just general studies.
6      Q.  When you graduated from -- I guess
7  during high school, did you have a job?
8      A.  I helped out friends who had a
9  flower farm during the summers when I was
10 probably 13, 14.  I had a job at a clothing
11 store, I think, when I was probably 17.  I
12 worked for a gas station when I was probably
13 17 or 18.  I think that's about it through
14 the high school part.
15     Q.  And then what did you do after high
16 school?
17     A.  I worked at a company called
18 McKesson.
19     Q.  How do you spell that?
20     A.  M-c-K-e-s-s-o-n.
21     Q.  What is McKesson?
22     A.  It's a drug company.  They do --
23 it's pretty much everything you see in a
24 Rite Aid, Walmart, that type of thing.
25     Q.  What did you do there?

Anthony Harris

1    A.   No, no.  I was only there probably
2  three months.  Those dates are probably the
3  ages that I may have thought they were.  But
4  it was only three months.
5    Q.   How often did you work at the gas
6  station during that time period?
7    A.   I was going to school, so probably
8  two, three days a week.
9    Q.   Those two, three days a week, how
10 many hours?
11   A.   Probably four-ish.
12   Q.   And that was -- your job there was
13 to pump gas, wipe the windshield, that type
14 of thing?
15   A.   Yeah.
16   Q.   And then you worked at Rite Aid as
17 a stocking type job; is that correct?
18   A.   Rite Aid?
19   Q.   I'm sorry.  McKesson.  Which is
20 like Rite Aid.
21   A.   Oh, yeah.
22   Q.   And after that, you were pretty
23 much in food service?
24   A.   Yes.
25   Q.   How did you come to learn -- or