# EXHIBIT 7

Ron Schiff, M.D., Ph.D.

```
 1                 UNITED STATES DISTRICT COURT
                 NORTHERN DISTRICT OF CALIFORNIA
 2
 3     -------------------------§
       IN RE:  ROUNDUP PRODUCTS  §      Master File No.
 4     LIABILITY LITIGATION      §      3:16-md-02741-VC
                                 §
 5                               §         MDL NO. 2741
                                 §
 6     THIS DOCUMENT RELATES TO: §
                                 §
 7     ANTHONY HARRIS,           §
                                 §
 8          Plaintiff,           §
       vs                        § Case No. 3:16-cv-03199-VC
 9                               §
       MONSANTO COMPANY,         §
10                               §
            Defendant.           §
11     ------------------------- §
12                            - - -
13                     November 12, 2019
14                            - - -
15
              Videotaped deposition of RON SCHIFF, MD, PhD,
16      held at Shook, Hardy & Bacon, LLP, 100 North Tampa
        Street, Suite 2900, Tampa, Florida 33602,
17      commencing at 8:55 a.m., on the above date, before
        Tami Cline, Registered Merit Reporter, Certified
18      Realtime Reporter, and Florida Professional
        Reporter.
19
                               - - -
20
                   GOLKOW LITIGATION SERVICES
21           877.370.3377 ph | 917.591.5672 fax
                      deps@golkow.com
22
23
24
25                                              EXHIBIT 7
```

| | |
|---|---|
| 1 | he was HIV negative from his initial diagnostic |
| 2 | evaluation.  He did not have a positive family |
| 3 | history of non-Hodgkin lymphoma, Hodgkin's disease, |
| 4 | plasma cell malignancies, or -- may I see my little |
| 5 | sheet of paper again, please, the one from the |
| 6 | telephone conversation? |
| 7 | That's it.  I questioned him and Mrs. Harris |
| 8 | specifically about non-Hodgkin lymphoma, Hodgkin's |
| 9 | disease, leukemia, and plasma cell malignancies in |
| 10 | the family history.  He did not have any evidence of |
| 11 | that.  He did not have a recognized immune system |
| 12 | disorder that predated the diagnosis of the |
| 13 | Hodgkin's disease.  The case -- the noncaseating |
| 14 | granulomatous in the mediastinal lymph node biopsy |
| 15 | were diagnosed within a week and a half or so -- |
| 16 | within a week of the non-Hodgkin lymphoma diagnosis, |
| 17 | and we cannot be more specific about what preceded |
| 18 | what. |
| 19 | Q.  Based upon the information that you reviewed, |
| 20 | which, as I understand it, are the medical records |
| 21 | of Mr. Harris, the depositions of Mr. and |
| 22 | Mrs. Harris, and the medical providers, the |
| 23 | Plaintiff Fact Sheet, and personal interview, were |
| 24 | you able to find any other alternative likely cause |
| 25 | of his non-Hodgkin's lymphoma other than his |

 1     extensive use of Roundup?

 2             MS. FUJIMOTO:  Object to form; foundation.

 3             THE WITNESS:  No.  I felt that glyphosate was

 4      the lymphoma carcinogen that stood out.  I did not

 5      identify any others.

 6   BY MR. BRAKE:

 7      Q.   So would you -- would it be clear or accurate

 8    to say that you performed a differential etiology to

 9    determine the cause of his NHL?

10             MS. FUJIMOTO:  Object to form; foundation.

11             THE WITNESS:  Yes, I did.  I actually

12      mentioned that toward the beginning of this

13      deposition, but I did do that.

14   BY MR. BRAKE:

15      Q.   And just so the record is clear, what is your

16    opinion as to the most likely substantial

17    contributing factor to his NHL?

18      A.   That's glyphosate.

19      Q.   Okay.  And I believe you said before you

20    wanted to clear up a couple things that were brought

21    up on direct examination, or not?

22      A.   All that -- all that I'm talking about was

23    there are some things that I would like to respond

24    to, given the opportunity, from Dr. Salhotra's

25    deposition and from Dr. Bello's expert report.

1     It's about --

2        A.   I have it.

3        Q.   Oh, you got it?  You're quick.

4             All right.  That is a January 16, 2015,

5     report by Dr. Mark Stern, a consulting physician at

6     Tri-City Medical Center, correct?

7        A.   He was the consulting neurosurgeon.

8        Q.   All right.  And there is a history listed

9     under "Findings, Impressions and Recommendations,"

10    right?

11       A.   Yes.

12       Q.   Okay.  And do you see there where Dr. Stern

13    reports, "No history of toxic exposure"?  Do you see

14    that?

15       A.   I do.

16       Q.   He also references a history of

17    hyperhidrosis.  What is hyperhidrosis?

18       A.   It means excessive sweating.

19       Q.   Okay.  And what is the -- generally speaking,

20    does the mechanism of hyperhidrosis have to do with

21    the parasympathetic nervous system?

22       A.   Yes.

23       Q.   And kind of a dysregulation of that?

24       A.   That's correct.

25       Q.   Okay.  And does the parasympathetic nervous

1  this case.  It doesn't mean there is no cause.
2       Consequently, it is true at that level of
3  defining it that I was unable to pinpoint the cause
4  of non-Hodgkin lymphoma in the majority of patients
5  that I evaluated and treated during my career in
6  practice.  However, that does not mean that all of
7  those cases of non-Hodgkin lymphoma did not have a
8  cause, because they all did.
9    Q.   Okay.  You're assuming way more than you need
10  to on the question.  That's why I was trying to be
11  specific about no known cause.  So I'm accepting
12  your definition of idiopathic.
13       So confirm for me, Doctor, that when you were
14  in practice as an oncologist, over 80 percent of
15  your non-Hodgkin lymphoma patients had no known
16  cause for their lymphoma.  Yes or no?
17    A.   Can't give that as a yes-or-no answer either.
18  The point is that the answer is it is correct but
19  within the context that I provided in my previous
20  answer.  On top of that, recognition of the lymphoma
21  risks associated with glyphosate and Roundup just
22  coincidentally happened to coincide with the period
23  of time that I retired from clinical practice.
24       So from the standpoint of a practicing
25  medical oncologist and hematologist, the Roundup

1    business was new.  It was the spring of 2015.

2    That's when I retired.

3       Q.   And, Doctor, you know that Roundup has been

4    on the market since the '70s, right?

5       A.   That's correct.

6       Q.   All right.  So let me ask you this:  In the

7    Wade case on October 22, 2019, the transcript,

8    page 182:

9            "Question:  Okay.  So when you say that a

10      substantial majority of the patients you treated

11      with non-Hodgkin lymphoma did not have a known

12      cause of their non-Hodgkin lymphoma, what

13      percentage would you put on substantial majority?

14           "Answer:  I would say over 80 percent."

15           Do you now disabuse that answer or do you

16    stand by that answer?

17      A.   Okay.  Two things:  Number one, it was the

18    Meeks case, not the Wade case.  The Wade case is the

19    caption for all of the, I believe, multidistrict,

20    multiplaintiff litigation, of which Mr. Harris is

21    one plaintiff and Mr. Meeks is -- was another

22    plaintiff.  But I'm relying on the context that I

23    have given to interpret my answer and the way that I

24    have explained it today.

25           In terms of whether I knew the causes of

1      then we'll take a quick break.

2    BY MS. FUJIMOTO:

3      Q.   All right.  In this litigation, have you ever

4    seen a Roundup plaintiff where you determined that

5    Roundup was not the cause of their non-Hodgkin

6    lymphoma?

7      A.   Not yet.

8      Q.   Okay.  So you -- every time you've ruled in

9    Roundup as the cause, right?

10     A.   At the risk of going too far with my answer,

11   I will say that I have only seen plaintiffs who,

12   like Mr. Harris, have had extensive Roundup

13   exposure.  I'm not being sent patients who had

14   two days per year or 3.5 years or up to -- you know,

15   3.5 or ten lifetime days.  I haven't been sent cases

16   like that.  I'm sure they're out there, but those

17   are not the ones that I have been asked to review.

18     Q.   So in your career as an expert witness and

19   your testimony here in this litigation, have you

20   ever seen a Roundup plaintiff where you ruled out

21   glyphosate or Roundup as a cause?

22     A.   Not yet.

23     Q.   All right.

24     A.   But in other medical-legal work that I have

25   done, I have reviewed medical records and I have

1   reviewed supporting documentation, and I have often
2   times told the attorneys who were retaining me that
3   they didn't have a case or that the plaintiff was
4   not a strong plaintiff.
5           MS. FUJIMOTO:  Move to strike; nonresponsive
6       after the answer "no."
7   BY MS. FUJIMOTO:
8       Q.   So let -- let me make sure I understand, and
9   I do recall prior testimony on this.  So in your
10  clinical practice prior to 2015, you never told one
11  of your patients that their non-Hodgkin lymphoma was
12  caused by Roundup or glyphosate, correct?  Yes or
13  no?
14      A.   The Roundup lymphoma link was only becoming
15  known at the time that I retired from practice, on
16  top of which my practice was in the city of Tampa.
17  We did not have a rural or agricultural population
18  that became my plaintiffs.  I had no reason to be
19  suspicious of anybody in terms of pesticide
20  exposure.  Obviously if I had known then what I know
21  now, I would have asked relevant questions, but I
22  didn't know it, mostly because the material wasn't
23  available, and so I did not ask.
24      Q.   For whatever reason prior to 2015, did you
25  ever tell a non-Hodgkin lymphoma patient of yours