# EXHIBIT C

SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN FRANCISCO

Page   1

## WITNESSES SWORN AND EXAMINED

| No.   | CGC-16-550128 | DEWAYNE JOHNSON VS. MONSANTO COMPANY, ET AL. |
|-------|---------------|----------------------------------------------|
| Dept. | 504           |                                              |

| PLTF. | DEFT. | DATE | NAME | |
|-------|-------|------|------|---|
| X | | 7/10/18 | Dr. Mark Martens   (Videotaped Deposition) | 9:51 AM – 2:15 PM |
| X | | 7/10/18 | Dr. William Heyden   (Videotaped Deposition) | 2:18 PM – 4:24 PM |
| X | | 7/12/18 | Dr. Christopher Portier   (EC 402)<br>Dr. Christopher Portier   (previously sworn) | 9:30 AM – 9:53 AM<br>10:15 AM – 4:30 PM |
| X | | 7/13/18 | Dr. Christopher Portier   (previously sworn) | 9:30 AM – 3:00 PM |
| X | | 7/16/18 | Dr. Christopher Portier | 9:33 AM – 11:55 AM<br>1:38 PM – 4:32 PM |
| X | | 7/17/18 | Dr. Christopher Portier | 9:39 AM – 10:09 AM |
| X | | 7/17/18 | Dr. William Heyden   (Videotaped Deposition) | 10:10 AM – 12:11 PM |
| X | | 7/17/18 | Daniel Jenkins   (Videotaped Deposition) | 1:52 PM – 3:27 PM |
| X | | 7/17/18 | Dr. Daniel Goldstein   (Videotaped Deposition) | 3:27 PM – 4:28 PM |
| X | | 7/18/18 | Dr. Alfred Neugut | 9:47 AM – 12:03 PM<br>1:37 PM – 4:23 PM |
| X | | 7/20/18 | Dr. Chadi Nabhan | 9:34 AM – 12:01 PM<br>1:03 PM – 4:25 PM |
| X | | 7/23/18 | Dr. Ope Ofodile | 10:01 AM – 11:14 AM |
| X | | 7/23/18 | Araceli Johnson | 11:17 AM – 11:44 AM |
| X | | 7/23/18 | Dwayne Johnson | 11:46 AM – 11:55 AM;<br>1:28 PM – 4:05 PM |
| X | | 7/23/18 | Dr. Daniel Goldstein   (Videotaped Deposition) | 4:10 PM – 4:25 PM |
| X | | 7/24/18 | Dr. Daniel Goldstein   (Videotaped Deposition) | 9:54 AM – 10:20 AM;<br>10:30 AM – 11:43 AM |
| X | | 7/24/18 | Dr. Donna Farmer   (Videotaped Deposition) | 11:43 AM – 11:58 AM;<br>1:32 PM – 4:14 PM |

SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN FRANCISCO

Page 2

# WITNESSES SWORN AND EXAMINED

| No.   | CGC-16-550128 | DEWAYNE JOHNSON VS. MONSANTO COMPANY, ET AL. |
| Dept. | 504           |                                              |

| PLTF. | DEFT. | DATE | NAME | |
|---|---|---|---|---|
| X |   | 07/26/18 | Dr. William Robert Sawyer | 10:03 AM – 11:58 AM; 1:31 PM – 4:30 PM |
| X |   | 07/27/18 | Charles Benbrook, Ph.D. | 9:59 AM – 12:02 PM; 1:40 PM – 2:50 PM |
| X |   | 07/27/18 | Steven Gould   (Videotaped Deposition) | 3:07 PM – 3:32 PM |
| X |   | 07/27/18 | Kirk Joseph Azevedo   (Videotaped Deposition) | 3:32 PM – 3:48 PM |
|   | X | 07/30/18 | Kassim Al-Khatib, Ph.D. | 10:40 AM – 11:59 AM; 1:33 PM – 1:58 PM |
|   | X | 07/30/18 | Dr. Matthew Ross   (Videotaped Deposition) | 1:59 PM – 2:19 PM |
|   | X | 07/30/18 | Aaron Earl Blair, Ph.D.   (Videotaped Deposition) | 2:20 PM – 3:36 PM |
|   | X | 07/31/18 | Dr. Lorelei Mucci  (ScD) | 9:32 AM – 12:02 PM; 1:31 PM – 4:23 PM |
|   | X | 08/02/18 | Warren Foster, Ph.D. | 9:39 AM – 4:06 PM |
|   | X | 08/03/18 | Timothy Kuzel, M.D. | 9:35 AM – 2:46 PM |