Aimee Wagstaff, SBN 278480
aimee.wagstaff@andruswagstaff.com
Andrus Wagstaff, PC
7171 West Alaska Drive
Lakewood, CO 80226
Telephone: (303) 376-6360
Facsimile: (303) 376-6361

Robin Greenwald
rgreenwald@weitzlux.com
Weitz & Luxenberg
700 Broadway
New York, NY 10003
Telephone: (212) 558-5500
Facsimile: (212) 344-5461

Michael Miller
mmiller@millerfirmllc.com
The Miller Firm LLC
108 Railroad Avenue
Orange, VA 22960
Telephone: (540) 672-4224
Facsimile: (540) 672-3055

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Dickey v. Monsanto Co., 3:16-cv-04102-VC*<br>*Domina v. Monsanto Co., 3:16-cv-05887-VC*<br>*Giglio v. Monsanto Co., 3:16-cv-05658-VC*<br>*Harris v. Monsanto Co., 3:17-cv-03199-VC*<br>*I. Hernandez v. Monsanto, 3:16-cv-05750-VC*<br>*Janzen v. Monsanto Co., 3:19-cv-04103-VC*<br>*Mendoza v. Monsanto Co., 3:19-cv-06046-VC*<br>*Perkins v. Monsanto Co., 3:16-cv-06025-VC*<br>*Pollard v. Monsanto Co., 3:19-cv-04100-VC*<br>*Russo v. Monsanto Co., 3:16-cv-06024-VC*<br>*Sanders v. Monsanto Co., 3:16-cv-05752-VC*<br>*Tanner v. Monsanto Co., 3:19-cv-04099-VC* | MDL No. 2741<br><br>Case No. 16-md-02741-VC<br><br>**DECLARATION OF JEFFREY TRAVERS IN SUPPORT OF PLAINTIFF'S RESPONSE TO MOTION TO EXCLUDE TESTIMONY OF DR. WILLIAM SAWYER ON *DAUBERT* GROUNDS** |

**DECLARATION OF JEFFREY TRAVERS IN SUPPORT OF PLAINTIFFS'RESPONSE TO MOTION TO EXCLUDE TESTIMONY OF DR. SAWYER**

**DECLARATION OF JEFFREY TRAVERS IN SUPPORT OF PLAINTIFF'S RESPONSE TO MOTION TO EXCLUDE TESTIMONY OF DR. WILLIAM SAWYER ON *DAUBERT* GROUNDS**

**DECLARATION OF JEFFREY A. TRAVERS**

I, Jeffrey Travers, declare and state:

1. I am an attorney at law admitted to practice before all of the courts in the state of Virginia. I am an attorney at The Miller Firm, LLC, attorneys of record for Plaintiffs. I am over eighteen years of age and am fully competent to make this Declaration in support. I have personal knowledge of the facts stated in this declaration, and if called to testify, I could and would competently testify to the matters stated herein.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Affidavit and C.V. of Dr. William Sawyer Dated 12/10/2019

3. Attached hereto as Exhibit 2 is a true and correct copy of Excerpts of Dr. Portier and Dr. Sawyer's Testimony from the *Johnson v. Monsanto* Trial.

4. Attached hereto as Exhibit 3 is a true and correct copy of Dr. Sawyer's testimony from the *Pilliod v. Monsanto* Trial.

5. Attached hereto as Exhibit 4 is a true and correct copy of Dr. Sawyer's Report in *Hernandez v. Monsanto.*

6. Attached hereto as Exhibit 5 is a true and correct copy of a January 13, 2011 Monsanto email produced by Monsanto in discovery

7. Attached hereto as Exhibit 6 is a true and correct copy of the Case Specific Expert designation in Giglio v. Monsanto

8. Attached hereto as Exhibit 7 is a true and correct copy of excerpts of Dr. Sawyer's deposition in Wade v. Monsanto.

9. Attached hereto as Exhibit 8 is a true and correct copy of excerpts of the Deposition of Dr. William Sawyer, taken October 25, 2019, for Ines Hernandez v. Monsanto Company.

10. Attached hereto as Exhibit 9 is a true and correct copy of excerpts of the Deposition of Dr. William Sawyer, taken September 15, 2019, for Giglio v. Monsanto Company.

11. Attached hereto as Exhibit 10 is a true and correct copy of excerpts of Dr. Sawyer's Report in Johnson v. Monsanto.

12. Attached hereto as Exhibit 11 is a true and correct copy of Dr. Joel Cohen's Expert Report in Hernandez v. Monsanto.

13. Attached hereto as Exhibit 12 is a true and correct copy of MONGLY01075506 produced by Monsanto in discovery.

14. Attached hereto as Exhibit 13 is a true and correct copy of excerpts of Dr. Sawyer's Deposition in Pilliod v. Monsanto.

15. Attached hereto as Exhibit 14 is a true and correct copy of MONGLY01839476 produced by Monsanto in discovery.

16. Attached hereto as Exhibit 15 is a true and correct copy of excerpts of Dr. Sawyer's Deposition in Johnson v. Monsanto.

17. Attached hereto as Exhibit 16 is a true and correct copy of excerpts of Dr. Sawyer's Deposition in Stevick v. Monsanto.

18. Attached hereto as Exhibit 17 is a true and correct copy of a July 26, 2018 stipulation entered in the *Johnson v. Monsanto* trial.

19. Attached hereto as Exhibit 18 is a true and correct copy of a declaration submitted by Dr. Sawyer dated January 25, 2019 in support of his testimony in Stevick v. Monsanto.

20. Attached hereto as Exhibit 19 is a true and correct copy of a March 20, 2015 article in Lancet detailing IARC's finding with respect to glyphosate

21. Attached hereto as Exhibit 20 is a true and correct copy of the ATSDR's draft review of glyphosate.

1
2
3
4
5   By: /s/ Jeffrey A. Travers
6        Jeffrey A. Travers
7        Declarant
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**TRAVERS DECL. IN SUPPORT OF PLAINTIFFS'RESPONSE TO MOTION TO EXCLUDE TESTIMONY OF DR. SAWYER**

4