# EXHIBIT 7

William Sawyer, Ph.D.

Page 134

1  Q. Okay. Have you done any conversion in the case of
2  Mr. Wade to determine how many milliliters per hour of spray
3  he was exposed to? Have you done a calculation for Mr. Wade
4  specifically?
5  A. No, no, I just have documented that -- his
6  application frequency, time, and his dress and level of
7  PPE --
8  Q. Do you have any data --
9  A. -- and --
10  Q. Sorry.
11  A. -- I have compared those characteristics to that
12  of the literature and the POEM models, the results of the
13  POEM models in the various documents that I've referenced,
14  including MON 2139 --
15  Q. Do you have any --
16  A. -- and -- and have --
17  Q. Go ahead.
18  A. -- included the fact that his dress, his PPE, was
19  far less protective than that in the POEM models for
20  applicators.
21  Q. Do you have any empirically-derived figure that
22  records an applicator reported in literature, not dependent
23  on a calculation you, yourself, do, that shows an applicator
24  applying like Mr. Wade has an exposure to spray of 50
25  milliliters per hour?

Page 135

1  MR. TRAVERS: Objection to form.
2  A. Not for exposure because that 50 mill per hour is
3  not -- is not exposure. That's the surface contamination,
4  what we call the PDE in the Machado study in table 3.
5  That -- that would be the PDE -- or the -- not the PDE, the
6  dermal exposure, the D -- the DE rate. The potential dermal
7  exposure of 1945.83 for a knapsack sprayer, that is the --
8  what's used in the POEM model as a volume of surface
9  contamination. It's just that the POEM is reporting it in
10  mills per hour versus milligram per day.
11  BY MR. KALAS:
12  Q. Sir, I'm doing my very best not to cut you off,
13  but please focus on the question I asked. I'm going to ask
14  it again. I'm asking a very specific question.
15  Can you show me any figure in the literature that
16  is not dependent on a calculation by you, Dr. Sawyer, that
17  reports a potential volume -- excuse me, let me make sure
18  it's -- I say it correctly -- a volume of surface
19  contamination using glyphosate the way Mr. Wade used
20  glyphosate of 50 milliliters per hour?
21  MR. TRAVERS: Objection, asked and answered.
22  A. Yes, I can. The -- in my report I have listed, I
23  think, five or six footnotes validating the POEM model, and
24  those studies are what I'm referencing for the 50 mill per
25  hour --

Page 136

1  BY MR. KALAS:
2  Q. Dr. Sawyer, Dr. Sawyer --
3  MR. TRAVERS: Hey, let's lower your --
4  BY MR. KALAS:
5  Q. -- please --
6  MR. TRAVERS: -- voice here.
7  BY MR. KALAS:
8  Q. -- focus on my question.
9  MR. TRAVERS: John, let's lower the voice.
10  BY MR. KALAS:
11  Q. Please focus on my question. I'm asking about
12  glyphosate specifically. Do you understand that part of my
13  question?
14  A. I do.
15  Q. Okay. I'm asking about the way Mr. Wade applied
16  glyphosate. Do you understand that part of my question?
17  A. Yes. I've already discussed that, yes.
18  Q. Okay. And I'm asking about the figure 50
19  milliliters per hour as to glyphosate specifically in the
20  biomonitoring and passive dosimetry literature. Do you
21  understand that part of my question?
22  A. Yes.
23  Q. Okay. Is there a reported figure of 50
24  milliliters per hour anywhere in the literature as to
25  glyphosate specifically that is not dependent on a

Page 137

1  calculation by Dr. William Sawyer?
2  MR. TRAVERS: Objection, asked and answered.
3  BY MR. KALAS:
4  Q. Applied the way Mr. Wade applied.
5  A. In my reference list of studies, there are about
6  five studies that validate the POEM value of volume of
7  surface contamination. Those are generally --
8  generally-accepted peer-reviewed studies I am relying on
9  which validate that specific value of 50 mills per hour.
10  That's not a -- that's not a Bill Sawyer number. That's a
11  peer-reviewed published study number that validates that --
12  that value.
13  Q. Dr. Sawyer -- I'm going to withhold my commentary
14  on that response.
15  Are any of those studies validating the POEM
16  model -- validating the POEM model using glyphosate as the
17  chemical being examined?
18  A. No, they use a surrogate chemical in performing
19  the validation studies that behaves as an aerosol similar to
20  that of glyphosate.
21  Q. What chemical is it?
22  A. I forgot.
23  Q. Oh --
24  A. I have researched that in the past way back.
25  Q. No, no --

William Sawyer, Ph.D.

|  | Page 138 |
|---|---|
| 1 | A. In fact, you've asked me about that in the past, |
| 2 | and I've told you -- |
| 3 | Q. Yeah. |
| 4 | A. -- what chemical -- |
| 5 | Q. Okay. |
| 6 | A. -- it is. |
| 7 | Q. How does that chemical apply to Mr. Wade's |
| 8 | application? Tell me how it's similar in the validation |
| 9 | models to the spray droplet application that he was using. |
| 10 | A. High water solubility, as is glyphosate, a very |
| 11 | high water solubility. |
| 12 | Q. Well, what's the solubility, sir? What's the |
| 13 | figure of solubility? Is it the same solubility as the |
| 14 | glyphosate acid or the glyphosate salt? |
| 15 | MR. TRAVERS: Objection. Now you're going into |
| 16 | stuff you've already done in past depositions. |
| 17 | MR. KALAS: I haven't done it as to Mr. Wade. I'm |
| 18 | asking about Mr. Wade. |
| 19 | MR. TRAVERS: It applies to everything. It's just |
| 20 | a waste of time. |
| 21 | MR. KALAS: It's not a waste of time -- |
| 22 | MR. TRAVERS: It is. |
| 23 | MR. KALAS: -- because he can't give a straight |
| 24 | answer. |
| 25 | MR. TRAVERS: You've deposed him 11 times. |

|  | Page 139 |
|---|---|
| 1 | MR. KALAS: Okay. |
| 2 | A. All right. Please repeat your question. |
| 3 | BY MR. KALAS: |
| 4 | Q. The solubility characteristics of the surrogate |
| 5 | chemical that you forget the name of is the solubility |
| 6 | characteristics similar to the type of -- similar to the |
| 7 | salt used in the active ingredient of the product Mr. Wade |
| 8 | used? |
| 9 | A. Yes. It was -- |
| 10 | Q. Okay. |
| 11 | A. -- highly water soluble, as is glyphosate salts in |
| 12 | the product are highly water soluble. |
| 13 | Q. So what's the number? Tell me how close they are |
| 14 | so I can understand how it applies to Mr. Wade. |
| 15 | A. I don't remember the solubility number. |
| 16 | Q. Okay. And on the surrogate chemical, how does the |
| 17 | solubility characteristics of the surrogate chemical compare |
| 18 | to the solubility characteristics of the salt used in the |
| 19 | glyphosate product by Mr. Batiste? |
| 20 | MR. TRAVERS: Objection. This has been gone over |
| 21 | in previous depositions. |
| 22 | MR. KALAS: Have I asked about Mr. Batiste in a |
| 23 | previous deposition? |
| 24 | MR. TRAVERS: No, but you just threw in Batiste's |
| 25 | name at the end to make it look like it's specific to |

|  | Page 140 |
|---|---|
| 1 | him. |
| 2 | MR. KALAS: Okay. |
| 3 | THE WITNESS: Tricky. |
| 4 | A. Similar. The peer-reviewed studies show -- that |
| 5 | validate the POEM model show that the surrogate used is |
| 6 | accurate and valid. |
| 7 | BY MR. KALAS: |
| 8 | Q. Show me the peer-reviewed study that indicates |
| 9 | that glyphosate has similar characteristics to the surrogate |
| 10 | chemical used in the POEM model for volume of surface |
| 11 | contamination that you are now analogizing to the plaintiffs |
| 12 | in this case. |
| 13 | MR. TRAVERS: John, this is just rehashing old -- |
| 14 | old deposition testimony, and I object to it. It's a |
| 15 | waste of time, and it's beyond the scope of this |
| 16 | deposition. |
| 17 | MR. KALAS: If he wants to talk about -- let me -- |
| 18 | let me make a statement on the record and see if you -- |
| 19 | MR. TRAVERS: Okay. |
| 20 | MR. KALAS: -- stipulate to it. |
| 21 | If he is just going to say these are general |
| 22 | figures that do not apply to the plaintiffs in this |
| 23 | case, then we will move on. If he is applying it to |
| 24 | the plaintiffs in this case, then I am entitled to |
| 25 | understand the differences and the similarities between |

|  | Page 141 |
|---|---|
| 1 | the plaintiffs in this case and the figures he's using. |
| 2 | That's our position. |
| 3 | MR. TRAVERS: Well, he's testified what he's going |
| 4 | to do, but you're -- you're asking about the comparison |
| 5 | between the surrogate chemical and glyphosate, and then |
| 6 | you keep asking him about validation models, and you've |
| 7 | gone over this ad nauseam in previous depositions -- |
| 8 | MR. KALAS: I'm asking about -- |
| 9 | MR. TRAVERS: -- and it doesn't make a difference |
| 10 | to this case right now. It's already been -- his |
| 11 | previous testimony would still apply to these -- these |
| 12 | specific cases. |
| 13 | BY MR. KALAS: |
| 14 | Q. Dr. Sawyer, is it your understanding the |
| 15 | solubility characteristics of the salt in the glyphosate |
| 16 | used by the plaintiffs do not matter to the volume of |
| 17 | surface area contamination? |
| 18 | A. No, that's not my opinion. There is -- it is |
| 19 | important -- |
| 20 | MR. TRAVERS: John, it's just -- you're just going |
| 21 | over -- |
| 22 | MR. KALAS: Now you're cutting -- |
| 23 | MR. TRAVERS: -- general -- |
| 24 | MR. KALAS: -- your witness off. Now you're |
| 25 | cutting your witness off. |

36 (Pages 138 to 141)