# EXHIBIT 8

William Sawyer, Ph.D.

Page 26

1  50/50.
2  Q. Do you remember which case had two
3  depositions?
4  A. I think Mr. And Mrs. Hernandez, but I would
5  have to check.
6  Q. What has the time you have spent on Mr.
7  Hernandez's case entailed?
8  A. Review of depositions, Plaintiff's fact
9  sheets; research/review of additional studies;
10 assembly of the report; also, discussions, meeting
11 time with Attorney Brian Brake; and other items which
12 I don't recall right now.
13 Q. Were your discussions and meetings with Mr.
14 Brake in person or over the phone?
15 A. Both.
16 Q. How many hours would you estimate you spent
17 talking to Mr. Brake?
18 A. Maybe, I don't know, three or four.
19 Q. Have you discussed Mr. Hernandez's case with
20 any of Mr. Hernandez's other experts?
21 A. No. I've reviewed Dr. Schiff's reports on
22 the two cases, but I have not spoke with him.
23 Q. Did you review his reports after they were
24 completed?
25 A. Yes, yeah. And I think they were dated back

Page 27

1  in September, as I recall.
2  Q. Can you please summarize your case-specific
3  opinions with respect to Mr. Hernandez.
4  A. I have assessed, through numerous studies, as
5  referenced in my report, how glyphosate and other
6  Roundup chemicals found their way into Mr. Hernandez's
7  body and ultimately blood, and the mechanisms, from a
8  cellular and molecular biology aspect, induced his
9  NHL. And I have assessed his exposure factors, such
10 as his use of Roundup concentrate with or without
11 gloves, and mixing it and spraying it. And based upon
12 his dress and his PPE, which sometimes included long
13 pants and work boots; other times T-shirt; sometimes
14 long-sleeve shirt; sometimes goggles, sometimes not;
15 the various modes of how the chemical made it --
16 chemicals made its way into his blood.
17    I have assessed how material, that is
18 Roundup, reached various areas of the body, known as
19 potential dermal exposure, including his back when
20 using the backpack sprayer, and how the Roundup
21 glyphosate and other additives impacted his skin and
22 was dermally absorbed through systemic circulation.
23    I have assessed the amount of time required
24 for absorption and the effect of other conditions on
25 dermal absorption, such as potentially aberrated skin,

Page 28

1  scratches; use of sodium lauryl sulfate, soap; and
2  other factors on dermal absorption.
3     I have not calculated exposure days in this
4  case, as I have not been asked to. It was -- it's
5  already been assessed by Dr. Schiff who opined that
6  his occupational exposure was consistent with that of
7  the human epidemiological studies. And I am prepared
8  to discuss the criteria of the six human epidemiologic
9  studies with respect to thresholds of exposure, days,
10 and the resulting risk levels.
11    I have not performed a specific analysis of
12 alternative risk factors, although my report does
13 summarize the most significant risk factors on page 4.
14 I have deferred that analysis to the oncologist who
15 has already, in his report, gone into greater detail.
16    I have assessed the type of protective gear,
17 that is PPE, that is recommended as standard dating
18 back as early as 1975 through the World Health
19 Organization. I have assessed Monsanto's own in-house
20 studies with respect to total dermal exposure during
21 backpack spraying from Monsanto documents that I've
22 referenced, as well as the Machado-Neto study --
23 that's M-A-C-H-A-D-O-N-E-T-O study -- with respect to
24 distribution of glyphosate on various areas of the
25 body during spraying under different exposure

Page 29

1  scenarios. And the -- I have assessed the recommended
2  and required levels of protection as well as the --
3  Monsanto's own recommendations in-house on personal
4  protective equipment versus the omission of such PPE
5  on the label.
6     I've also assessed the typical latency
7  estimates in my report, as well as the ranges of
8  dermal absorption of glyphosate through the skin
9  dating back to many, many studies, and the most DTL
10 studies using a different technique. And I've also
11 spent quite a bit of time researching and providing
12 the cellular and molecular toxicological study
13 information with respect to DNA damage and promotion
14 of malignancies by Roundup: The studies demonstrating
15 low-dose induction of chromosomal aberrations by
16 Roundup; also studies showing an enhanced level of
17 genotoxicity from Roundup versus glyphosate alone; as
18 well as impairment of DNA repair mechanisms.
19    And there may be other opinions. It's very
20 difficult to take a -- nearly 300-plus studies and a
21 141-page report and recite off the cuff all of my
22 opinions. So there may be others that are in my
23 report.
24 Q. In order to form the opinions that you had
25 about Mr. Hernandez specifically, did you ever meet