# EXHIBIT 10

**TCAS**

## Toxicology Consultants & Assessment Specialists, **LLC**

6450 Pine Avenue, Sanibel, FL 33957

29 Fennell Street, Skaneateles, NY  13152

(239) 472-2436 [FL]  (315) 685-2345 [NY]  (800) 308-0080

E-mail: drsawyer@experttoxicologist.com & Website: experttoxicologist.com

_____

Toxic Exposures · Environmental Testing · Risk Assessment · Forensic Toxicology · Causation Evaluation

**Toxicological Assessment of Dewayne Johnson and Toxicological Risk Assessment of Glyphosate and Roundup® and Ranger PRO® Formulations**

William R. Sawyer, Ph.D., D-ABFM

Toxicologist

December 21, 2017

Prepared for

Michael J. Miller, Esq.
Jeffrey A. Travers, Esq.
Timothy Litzenburg, Esq.

The Miller Firm, LLC
108 Railroad Avenue
Orange, VA  22960

# Part C: Toxicological Assessment of Glyphosate Carcinogenicity

## Methodology

For the purposes of toxicological assessment, regulatory rulings play a role no more or less important than any other objective evidence. The generally-accepted, peer-reviewed toxicological literature is not based on unsubstantiated, subjective opinions. A responsible scientific investigation applies a well-established and prescribed risk assessment methodology.

This assessment applies the generally accepted and U.S. EPA-prescribed investigative methodology in assessing the potential carcinogenicity of glyphosate. Expert opinions must always be based on objective, reliable evidence without deviation from the methodology.  The strands of evidence are never assumed to stand by themselves in isolation but are viewed as pieces of a larger puzzle. Scientific interpretation of the puzzle forms the basis of the investigative process in which each piece is assessed on its merits. Only in this manner can a scientifically credible assessment be conducted.

## Regulatory Considerations

On July 7, 2017, the State of California listed glyphosate as a carcinogen, a chemical "*known to cause cancer*" under the state's Proposition 65 law.  The ruling followed a move by the World Health Organization's International Agency for Research on Cancer (IARC) classifying glyphosate as a "*probable human carcinogen*." Monsanto is fighting the state's action but the California Supreme Court denied the company's request to stop the listing from taking effect while litigation is underway. Monsanto's vice president of global strategy announced that *"We will continue to aggressively challenge this improper decision."* Monsanto further alleged that IARC *"ignored crucial scientific data that undermines its conclusion."* To date, Monsanto has produced no objective evidence to directly support its contention.

Glyphosate is currently undergoing registration review as mandated by the Federal Insecticide, Fungicide and Rodenticide Act (FIFRA) which requires all registered pesticides to be re-evaluated every 15 years. As part of the review, the U.S. EPA's Office of Pesticide Programs (OPP) released a report dated September 12, 2016, focusing on

**Toxicological Assessment of Dewayne Johnson and**
**Toxicological Risk Assessment for Glyphosate Formulations**
**December 21, 2017**
**Page 92**

the carcinogenic potential of glyphosate.[172]   The report included an evaluation of all cancer bioassays submitted under FIFRA.

## Evaluation of Carcinogenic Potential Using Animal Models

U.S. EPA's Office of Pesticide Programs (OPP) stated that it has followed the U.S. EPA's "Guidelines for Carcinogen Risk Assessment." Consequently, as part of their evaluation of the results of each cancer bioassay, the OPP performed a Cochran-Armitage test (trend test) which statistically determines if the tumor incidences observed increased as the dosages to the groups of test animals (rodents) increased.[173]

Also undertaken was the Fisher exact test which performs a pairwise comparison of individual dose groups to controls to determine if the proportion of incidents in a dose group is statistically increased over the controls.[174]

The U.S. EPA's 2005 "Guidelines for Carcinogen Risk Assessment"[175] states that "*Trend tests and pairwise comparison tests are the recommended tests for determining whether chance, rather than a treatment-related effect, is a plausible explanation for an apparent increase in tumor incidence.*" The U.S. EPA's guidelines then conclude that "*Significance in either kind of test is sufficient to reject the hypothesis that chance accounts for the result.*"

In addition to the trend test and pairwise comparison test, OPP performed a multiple comparison test as it states in the U.S. EPA's guidelines that "*consideration of multiple comparisons should also be taken into account.*"

Furthermore, for some study results, the OPP compared the incidence proportions to historical control data as the U.S. EPA's guidelines also state that "*Additional insights*

---

[172] U.S. EPA Office of Pesticide Programs, "Glyphosate issue paper: Evaluation of carcinogenic potential," 2016, United States Environmental Protection Agency.

[173] U.S. EPA, "Guidelines for Carcinogen Risk Assessment," 2005, EPA/630/P-03/001F, Risk Assessment Forum, US Environmental Protection Agency, Washington, DC.

[174] Id.

[175] Id.

Toxicological Assessment of Dewayne Johnson and
Toxicological Risk Assessment for Glyphosate Formulations
December 21, 2017
Page 93

about both statistical and biological significance can come from an examination of
historical control data."

### Review of OPP Cancer Bioassay Study Results

In the most recent glyphosate cancer bioassay study,[176,177] the CD-1 mice bioassay
observed significant results for the Cochran-Armitage trend test and the Fisher exact test.
The results revealed 1) a significant positive trend of increased lymphoma incidents with
increased doses of glyphosate (with only a 0.7% chance that the trend is wrong) and 2)
a significant 10% increase in incidence of lymphoma at the 810 mg/kg/day dose level as
compared to the control group in the study which had zero (0) incidences of lymphoma.
Per the earlier stated U.S. EPA's carcinogen risk assessment guidelines, "*Significance in
either kind of test is sufficient to reject the hypothesis that chance accounts for the result*."
The Wood, et al., 2009b, study had significance in both tests which more than sufficiently
met the requirements of the U.S. EPA guidelines showing that the results are valid.

However, the OPP concluded in its evaluation of the Wood, et al., 2009 study that "…*the
agency does not consider the increase in malignant lymphoma to be treatment-related*."
This was because the OPP did not consider significance in either test as its criteria. The
OPP merely mentioned that "*a statistically significant trend was observed*" and made no
further reference to the trend in their decision making, thus significantly discounting the
importance of the result.

It is both relevant and noteworthy that the rationale behind the OPP's decision was based
on two additional conditions imposed by the OPP on the Wood, et al., 2009b, study results
These conditions were:  1) a multiple comparison analysis (*Šidák* correction-an additional

---

[176] (a) Wood, E., Dunster, J., Watson, P., and Brooks, P., (2009a) "Glyphosate technical: Dietary
combined chronic toxicity/Carcinogenicity study in the rat," 2009a, Harlan Laboratories Limited, Page
156 of 227 Shardlow Business Park, Shardlow, Derbyshire DE72 2GD, UK. Study No. 2060-012. April,
23, 2009. MRID 49957404. From "Glyphosate issue paper: Evaluation of carcinogenic potential," U.S.
EPA's Office of Pesticide Programs, September 12, 2016.

[177] (b) Wood, E., Dunster, J., Watson, P., and Brooks, P., "Glyphosate technical: Dietary carcinogenicity
study in the mouse," 2009b, Harlan Laboratories Limited, Shardlow Business Park, Shardlow,
Derbyshire DE72 2GD, UK. Study No. 2060-011. April, 22, 2009. MRID 49957402. From "Glyphosate
issue paper: Evaluation of carcinogenic potential," U.S. EPA's Office of Pesticide Programs September
12, 2016.

**Toxicological Assessment of Dewayne Johnson and**
**Toxicological Risk Assessment for Glyphosate Formulations**
**December 21, 2017**
**Page 94**

statistical analysis which made it harder to find a significant difference) and 2) comparing the significant lymphoma incidents to historical control data.

While the U.S. EPA's 2005 "Carcinogen Risk Assessment Guidelines" do allow for "*consideration*" of multiple comparisons, the guidelines recommend that the results of the analysis be "*taken into account*" and "*should be treated with caution*" and not as criteria for negating its fundamental guidelines for having a significant trend or a significant pairwise comparison. Furthermore, when evaluating the results of the Lankas, 1981, Sprague-Dawley rats bioassay,[178] the OPP determined that there was a <u>significant positive trend</u> (p = 0.009) of increased testicular tumors, a <u>significant increased tumor incidence</u> proportion at pairwise comparisons of 12% in the highest dose of 31.49 mg/kg/day as compared to the control at 0% (p = 0.039). The OPP applied the multiple comparison correction which confirmed the pairwise comparisons result (p =0.013). The OPP still concluded that "*… tumors in the testes were not treatment-related*" and based this solely on the fact that, according to the OPP, the controls were "*unusually low*" for this type of tumor as compared to historical controls.

In its dismissal of the significance of the Wood, et al*., 2009b*[179], results, the second issue was the comparison to historical controls.  The OPP noted that "*For this strain of mouse, the mean incidence for untreated animals is approximately 4.5% (range: 1.5%-21.7%) based on historical control data from Charles River (59 studies performed from 1987-2000; Giknis and Clifford, 2005), Huntingdon Laboratories (20 studies from 1990-2002) and Son and Gopinath, 2004.*" The OPP stated that "*Although the data is not from the performing laboratory, it does indicate that the incidence in concurrent controls in this study was low which can contribute to the pairwise significance observed at the highest dose tested with the raw (unadjusted) p-value.*"

---

[178] Lankas, G., "A lifetime study of glyphosate in rats," 1981, Report No. 77-2062 prepared by Bio Dynamics, Inc. <u>in</u> U.S. EPA, "Glyphosate issue paper," 2016 and reported <u>in</u> Greim, et al., 2015.

[179] (b) Wood, E., Dunster, J., Watson, P., and Brooks, P., "Glyphosate technical: Dietary carcinogenicity study in the mouse," 2009b, Harlan Laboratories Limited, Shardlow Business Park, Shardlow, Derbyshire DE72 2GD, UK. Study No. 2060-011. April, 22, 2009. MRID 49957402. From "Glyphosate issue paper: Evaluation of carcinogenic potential," U.S. EPA's Office of Pesticide Programs September 12, 2016

Toxicological Assessment of Dewayne Johnson and
Toxicological Risk Assessment for Glyphosate Formulations
December 21, 2017
Page 95

The U.S. EPA's 2005 "Carcinogen Risk Assessment Guidelines" allow for insight from historical controls; however, with regards to the use of historical controls, the guidelines state *"Caution should be exercised in simply looking at the ranges of historical responses because the range ignores differences in survival of animals among studies and is related to the number of studies in the database…Generally speaking, statistically significant increases in tumors should not be discounted simply because incidence rates in the treated groups are within the range of historical controls or because incidence rates in the concurrent controls are somewhat lower than average. Random assignment of animals to groups and proper statistical procedures provide assurance that statistically significant results are unlikely to be due to chance alone."*

Per the guidelines, when historical control data is used, the evaluation should have addressed several issues that affect the comparability of historical and current control data such as genetic drift that would occur in the CD-1 mice strains over time and differences in the protocols followed by different laboratories in performing their pathology examination as these protocols can change between labs and over time. According to the guidelines, "*The most relevant historical data comes from the same laboratory and the same supplier and is gathered within 2 or 3 years of the study under review.  Other data should be used only with extreme caution*."

Inexplicably, the OPP **completely ignored the directive** to use "*extreme caution*" as they used data from other laboratories and from studies published more than 22 years before the Wood, et al., 2009b, study (i.e. 1987 compared to 2009).

Additionally, the OPP made no indication that they took into account the potential for genetic drift or differences in laboratory protocols for identifying lesions. Most importantly, the lower range of historical control data reported by the U.S. EPA was 1.5% which is close to the observed control lymphoma incidence of 0%. Further, CD-1 mice in the bioassay by Sugimoto, 1997,[180] had a lymphoma incidence of 0% in its controls and a significantly elevated incidence of 17% at its highest dose.

---

[180] Sugimoto, K., "Eighteen month oral oncogenicity study in mice," 1997, The Institute of Environmental Toxicology, Tokyo, Japan in "Tier II summaries for glyphosate carcinogenicity studies from Greim, et al., 2015," as Arysta Life Sciences, 1997a.

**Toxicological Assessment of Dewayne Johnson and**
**Toxicological Risk Assessment for Glyphosate Formulations**
**December 21, 2017**
**Page 96**

### *FIFRA Scientific Advisory Panel Review*

The OPP in their report[181] stated that it was soliciting advice from FIFRA's Scientific Advisory Panel with respect to their evaluation and interpretation of the data on glyphosate. The FIFRA Scientific Advisory Panel, the peer-review arm of the U.S. EPA, held a meeting in December, 2016,[182] to consider and review the scientific issues associated with the U.S. EPA's evaluation of the carcinogenic potential of glyphosate (2016).

With regards to Wood, et al., 2009b, the FIFRA Scientific Advisory Panel's memo stated "*In the response of malignant lymphomas in male CD-1 mice in Wood (2009b), it is not clear that the difference in the observed concurrent control group incidence (0%) should be considered unusually low as compared to the cited lower bound among historical controls (1.5%).*"

According to the FIFRA panel meeting minutes and final report, "*Overall, the panel concluded that the U.S. EPA evaluation does not appear to follow the U.S. EPA (2005) Cancer Guidelines in several ways: notably for use of historical control data and statistical testing requirements.*" The minutes also stated that the U.S. EPA's use of multiple comparisons after the presence of a significant trend was "*neither consistent with the 2005 "Guidelines for Carcinogen Risk Assessment" nor a conservative approach for public health protection.*"

### **OPP's "Novel" Assessment Method**

It is troubling to all objective scientists (including the FIFRA panel) that OPP deviated from the long standing U.S. EPA's evaluation of carcinogenic potential methodology by implementing novel, non-peer-reviewed, extremely stringent "AND" requirements. U.S. EPA rules normally apply as "EITHER" as opposed to "AND" with respect to 1) concluding a significant dose response if one of the pairwise comparisons was significant or 2) the

---

[181] U.S. EPA Office of Pesticide Programs, "Glyphosate issue paper: Evaluation of carcinogenic potential," 2016, United States Environmental Protection Agency.

[182] FIFRA SAP, "A Set of scientific issues being considered by the Environmental Protection Agency regarding: EPA's evaluation of the carcinogenic potential of glyphosate," 2016, FIFRA Scientific Advisory Panel Meeting Minutes and Final Report No. 2017-01.

Toxicological Assessment of Dewayne Johnson and
Toxicological Risk Assessment for Glyphosate Formulations
December 21, 2017
Page 97

Cochran-Armitage tests were significant and the observed trend appeared monotonic.  In the Wood, 2009b study, **all 3 tests were positive, exceeding the requirements**.

Inexplicably, OPP instituted a peculiar approach <u>for glyphosate only</u> of requiring **all 5 factors to be positive**. Furthermore, OPP attempted to argue that the control data was low (0 lymphomas in the control group) compared to 1.5% in the outdated (22-year-old) data set. Additionally, OPP instituted the highly demanding (Šidák correction analysis) using multiple comparison adjustments to be positive.  Thus, the only factor of the 5 which Wood, 2009b, did not pass was the Šidák correction analysis – <u>a purely optional test</u>.

**Assessment of OPP Conclusions**

OPP's methodology was inappropriate per the FIFRA Scientific Advisory Panel. The OPP decision to dismiss the results of the Wood, et al., 2009b, study was inevitable by virtue of applying administrative criteria <u>inconsistent with established methodology, guidelines and procedures</u>. There is no clear explanation for this.

The upshot is that the OPP decision is not in line with their mission to protect human health. The rationale as published by OPP raises many questions and leaves a vacuum where those with a vested interest in objective science would expect to see guidance from a regulatory body tasked with this outcome. As noted by the Scientific Advisory Panel, "*When one uses conservatism of a test as a criterion, there is no clear stopping point as a more conservative test can always be found.*"

Thus, with respect to the current toxicological risk assessment, strict adherence to long standing, generally-accepted methodology has been applied throughout.

***Chronic Studies and Cancer Bioassays in Animals - Oral Studies***

Chronic carcinogenicity bioassays are used to simulate lifetime exposures of an individual to a chemical. Carcinogenicity bioassays evaluated in this assessment are from studies submitted for evaluation by regulatory agencies (such as the U.S. EPA). These bioassays tend to follow OECD accepted guidelines and protocols (Test Nos. 451 and 453)[183] and

---

[183] Greim, H., Saltmiras, D., Mostert, V., Strupp, C., "Evaluation of carcinogenic potential of the herbicide glyphosate drawing on tumor incidence data from fourteen chronic/carcinogenicity rodent studies, et al.," 2015, Critical Reviews in Toxicology, Vol. 45(3), pg. 185 - 208.

**Toxicological Assessment of Dewayne Johnson and**
**Toxicological Risk Assessment for Glyphosate Formulations**
**December 21, 2017**
**Page 98**

are submitted to the U.S. EPA under 40 CFR Part 158.500. This statute requires chronic carcinogenicity testing studies to be performed on two rodent species for registration of food use pesticides OR if a pesticide is likely to have repeated human exposure over a significant portion of the human lifespan.

Glyphosate's cancer bioassay studies from 1979 to 2009 were evaluated by the U.S. EPA's Office of Pesticide Programs (OPP) and the results presented in their 2016 report entitled "Glyphosate issue paper: Evaluation of carcinogenic potential."[184] A vast majority of the studies reviewed by the OPP overlapped with those also reviewed in Greim, et al., 2015,[185] and summarized in detail in their report "*Tier II summaries for glyphosate carcinogenicity studies.*"[186] These two reports were used as sources of data in the current evaluation of glyphosate's carcinogenicity. Of note, all of the cancer bioassays in the OPP evaluation and all but one in Greim, et al., 2015, are unpublished. All of the studies from the U.S. EPA's "Glyphosate Issue Paper" [187] and Greim, et al. (with the exception of Chruscielska, et al., 2000), were dietary studies in which high purity glyphosate was mixed in with laboratory animals' food to yield various doses.

The exception, Chruscielska, et al., (2000), is a drinking water study that evaluated a glyphosate formulation (13.85% glyphosate) and not strictly glyphosate and thus, was not included in this evaluation.[188]  Another study from the "Tier II summaries" from Greim, et al., 2015, entitled "Excel 1997" (authored by Bhide, R.) did not provide information on the purity of glyphosate used and also was not included in the current evaluation.  It was also found to be unreliable for carcinogenicity evaluation by Greim, et al., 2015, due to deviations from OECD test guidelines. Another mice study by Reyna and Gordon, 1973, only examined ten mice out of 50 for histological changes which is insufficient to make

---

[184] U.S. EPA, "Glyphosate issue paper: Evaluation of carcinogenic potential," 2016, U.S. EPA's Office of Pesticide Programs, US Environmental Protection Agency.

[185] Greim, H., Saltmiras, D., Mostert, V., Strupp, C., "Evaluation of carcinogenic potential of the herbicide glyphosate drawing on tumor incidence data from fourteen chronic/carcinogenicity rodent studies, et al.," 2015, Critical Reviews in Toxicology, Vol. 45(3), pg. 185 – 208.

[186]  "Tier II summaries for glyphosate carcinogenicity studies from Greim, et al., 2015 paper," Unpublished data.

[187] U.S. EPA, "Glyphosate issue paper: Evaluation of carcinogenic potential," 2016, U.S. EPA's Office of Pesticide Programs, U.S. Environmental Protection Agency.

[188] Chruscielska, K., et al., "Glyphosate - Evaluation of chronic activity and possible far-reaching effects Part 1. Studies on chronic toxicity," 2000, Pestycydy Vol. 3-4, pg. 11 – 20.

**Toxicological Assessment of Dewayne Johnson and**
**Toxicological Risk Assessment for Glyphosate Formulations**
**December 21, 2017**
**Page 99**

such a determination. To date, there are no chronic inhalation carcinogenicity studies or chronic dermal animal bioassays.

### *Carcinogenicity in Chronic Dietary Studies*

Reliable dietary studies for carcinogenicity are generally long-term studies in which a substance is fed or applied to test animals at controlled rates under a variety of conditions. Measurements of health effects, mortality, changes in body mass and other variables are recorded and incidences of carcinogenicity are carefully noted. Rats and mice are the most common test animals although other animals are also used.

Two-year studies in laboratory rodents remain the primary method by which test articles are identified as having the potential to be hazardous to humans. Typically, two or more species of both sexes are employed to demonstrate the widest possible range of response and variability although some studies limit sex and specie. Studies in rats along with studies in human populations (epidemiology studies) are the best means currently available for identifying potential human hazards. Chemicals recognized by the International Agency for Research on Cancer (IARC) as human carcinogens essentially all cause cancer when adequately tested in at least one species of laboratory animals.

### Carcinogenicity Studies in Rats

**Burnett, et al., 1979** [189]

In this two year, chronic carcinogenicity study, an aqueous monosodium salt of glyphosate was administered to 90 albino rats (male and female) through oral intubation at doses of 0, 3, 10 or 30 mg/kg/day for 24 months.

The results indicated a **high rate of mortality** in the control group in comparison to the treated groups. There were no treatment-related increases in tumor incidences observed.

---

[189] Reported in U.S. EPA's "Glyphosate issue paper: Evaluation of carcinogenic potential," 2016.

Burnett, P., Borders, J., Kush, J., "Report to Monsanto Company: Two year chronic oral toxicity study with CP-76100 in albino rats: IBT No. 8560-08924," (Unpublished study sent to the U.S. EPA on June 24, 1982, under 524-308); prepared by Industrial Bio-Test Laboratories Inc.

**Toxicological Assessment of Dewayne Johnson and**
**Toxicological Risk Assessment for Glyphosate Formulations**
**December 21, 2017**
**Page 100**

The highest dose tested in this study was 30 mg/kg/day which is considered below the maximum tolerable dose to assess the carcinogenic potential of glyphosate.

**Lankas, 1981[190]**

In this chronic carcinogenicity study, 50 Sprague-Dawley rats (male and female) were fed diets containing 98.7% pure glyphosate at doses of 0, 3, 10 and 31 mg/kg/day for male rats and 0, 3, 11, 34 mg/kg/day for female rats (corresponding to 0, 30, 100 and 300 PPM) for 775 - 776 days for males, and 784 - 785 days for female rats before termination. The study recorded body weights, organ weights, food consumption, hematology, clinical chemistry, urinalysis and survival as well as necropsy and histopathological examination. The results are shown in Table 7 below.

---

[190] Not published but reported in U.S. EPA, "Glyphosate issue paper," 2016, and reported in Greim, et al., 2015, as Monsanto (1981).

Lankas, G., "A lifetime study of glyphosate in rats," Report No. 77-2062 prepared by Bio Dynamics, Inc., 1981.

**Toxicological Assessment of Dewayne Johnson and**
**Toxicological Risk Assessment for Glyphosate Formulations**
**December 21, 2017**
**Page 101**

**Table 7**

**Incidence of Testicular Interstitial Cell Tumors in Male Sprague-Dawley Rats (Lankas, 1981)[191]**

| Animal Dose (mg/kg bw/day) | 0 | 3 | 10 | 31 |
|---|---|---|---|---|
| (N) number of animals examined | (50) | (50) | (50) | (50) |
| Tumor incidents | 0[**,a] | 3 | 1 | 6[*,b] |

* Denotes statistical significance at p= 0.05
** Denotes statistical significance at p= 0.01
a Cochran-Armitage Trend Test (p ≤ 0.01)
b Fisher's Exact Test (p ≤ 0.05)[192]

It was reported that the rats' survival was not impacted by treatment at any dose level. The 31/34 mg/kg/day (M/F) dose was considered to be a maximum tolerable dose to assess carcinogenic potential. However, the results showed a **statistically significant trend of increased incidences of interstitial cell tumors** of the testes (Leydig cell tumor) in male rats. Furthermore, the incidence was statistically elevated in the high-dose males as compared to the control. This was the only incidence of testicular interstitial cell tumor among the rat studies.

**Pavkov and Wyand, 1987[193]**

Pavkov and Wyand, 1987, is a two year, chronic carcinogenicity study in which glyphosate trimesium salt (sulfosate, 56.2% pure) was administered to male and female Sprague-Dawley rats with 60 rats in the first dose group, 80 rats in the second dose

---

[191] This table is adapted from U.S. EPA's, "Glyphosate issue paper: Evaluation of carcinogenic potential," 2016, U.S. EPA's Office of Pesticide Programs.

[192] Fisher's Exact Test Results are per the EPA.

[193] Unpublished and reported in U.S. EPA's "Glyphosate issue paper: Evaluation of carcinogenic potential," 2016.

Pavkov, K., Wyand, "Two year chronic toxicity and oncogenicity dietary study with SC-0224 in mice," 1987, Stauffer Chemical Company.

**Toxicological Assessment of Dewayne Johnson and**
**Toxicological Risk Assessment for Glyphosate Formulations**
**December 21, 2017**
**Page 102**

groups and 90 rats in the third dose group. The dose groups were 0, 4.2, 21.2, or 41.8 mg/kg/day for male and 0, 5.4, 27, 55.7 mg/kg/day for female rats for 24 months.

The treatment doses had no effect on survival.   There were no treatment-related increases in tumor incidences in this study.

**Stout and Ruecker, 1990[194]**

This two year, chronic carcinogenicity study fed groups of 60 Sprague-Dawley rats (male and female) diets containing 96.5% pure glyphosate at doses of 0, 89, 362 and 940 mg/kg/day for male rats and 0, 113, 457, 1183 mg/kg/day for female rats (corresponding to 0, 2,000, 8,000 and 20,000 PPM). Ten rats per dose group were sacrificed at an interim of 12 months for examination.

Examination of the rats covered clinical signs, ophthalmic examinations, body weight, food consumption, hematology, clinical chemistry, urinalysis, organ weights, necropsy and histopathological examination. The researchers observed that rats' survival was not impacted by treatment. A significant trend of elevated incidences of hyperplasia was observed in the stomach squamous mucosa cells. (Hyperplasia is the abnormal enlargement of an organ due to an increased replication rate of cells which can progress to become malignant.)[195]  There were also significantly elevated trends of benign tumors (adenomas) of the pancreas, liver and thyroid, as shown in Table 8.

---

[194] Not published but reported in U.S. EPA, 2016 and reported in Greim, et al., 2015, as Monsanto (1990).

Stout, L., Ruecker, P., "Chronic study of glyphosate administered in feed to albino rats," 1990.

[195] NCI, "Definition of hyperplasia," n.d., NCI Dictionary of Cancer Terms, National Cancer Institute. Retrieved from: https://www.cancer.gov/publications/dictionaries/cancer-terms?cdrid=45956

**Toxicological Assessment of Dewayne Johnson and**
**Toxicological Risk Assessment for Glyphosate Formulations**
**December 21, 2017**
**Page 103**

**Table 8**
**Histopathology Results Observed in Sprague-Dawley Rats (Stout and Ruecker, 1990)[196]**

| Histopathology | | Dose groups (PPM) | | 0 | 2000 | 8000 | 20000 |
|---|---|---|---|---|---|---|---|
| | Tissue | Dose groups (Male/Female) mg/kg bw/day | | (0/0) | (89/113) | (362/457) | (940/1183) |
| Non-neoplastic lesions | Stomach squamous mucosa | Hyperplasia[a,b] | Males | 3/58 (5) | 3/58 (5) | 5/59 (8) | 7/59 (12) |
| | | | Females | 2/59 (3) | 3/60 (5) | 9/60 (15) | 6/59 (10) |
| Neoplastic lesions | Pancreatic islet cells | Adenomas | Males | 1/43 (2)* | 8/45 (18) | 5/49 (10) | 7/48 (15)*,c |
| | Liver | Adenomas | Males | 2/44 (5)* | 2/45 (4) | 3/49 (6) | 7/48 (15) |
| | Thyroid C-Cells | Adenomas | Males | 2/54 (4) | 4/55 (7) | 8/58 (14) | 7/58 (12) |
| | | Carcinomas | Males | 0/54 (0) | 2/55 (4) | 0/58 (0) | 1/58 (2) |
| | | Combined | Males | 2/54 (4) | 6/55 (11) | 8/58 (14) | 8/58 (14) |
| | | Adenomas | Females | 2/57 (4)* | 2/60 (3) | 6/59 (10) | 6/55 (11) |
| | | Carcinomas | Females | 0/57 (0) | 0/60 (0) | 1/59 (2) | 0/55 (0) |
| | | Combined | Females | 2/57 (4)* | 2/60 (3) | 7/59 (12) | 6/55 (11) |

\*    Denotes statistical significance at p= 0.05
a    Number of incidents/number of animals examined, excluding those that died or were sacrificed prior to week 55
b    Percentages of incidents appear in parenthesis
c    Fisher's Exact Test (p ≤ 0.05)[197]

The trend analysis for pancreatic tumors was not statistically significant as incidents of pancreatic tumors did not follow a dose response pattern; however, they were statistically elevated in the low and high dose groups as compared to the controls.

In the case of tumors in multiple tissue locations, the National Toxicology Program uses the following criteria for listing a chemical as "Reasonably Anticipated to be a Human Carcinogen."   When "*there is sufficient evidence of carcinogenicity from studies in*

---

[196] This table is adapted from both U.S. EPA's, "Glyphosate issue paper: Evaluation of carcinogenic potential," 2016, and "Tier II summaries for glyphosate carcinogenicity studies from Greim, et al., paper, 2015."  "Fisher's Exact Test" and "Cochran-Armitage Trend test results" were performed by U.S. EPA.

[197] Fisher's Exact Test results are per the U.S. EPA.

**Toxicological Assessment of Dewayne Johnson and**
**Toxicological Risk Assessment for Glyphosate Formulations**
**December 21, 2017**
**Page 104**

*experimental animals which indicates there is an increased incidence of malignant and/or*
*a combination of malignant and benign tumors (1) in multiple species or at multiple tissue*
*sites or (2) by multiple routes of exposure or (3) to an unusual degree with regard to*
*incidence, site or type of tumor or age at onset.*" [198]

Consequently, this study is a <u>good indicator that glyphosate is reasonably anticipated to</u>
<u>be a human carcinogen</u>.

**Atkinson, et al., 1993[199]**

This chronic toxicity/carcinogenicity study fed groups of 50 Sprague-Dawley rats (male
and female) diets containing 98.9% pure glyphosate at doses of 0, 11, 112, 320 and 1,147
mg/kg/day for male rats and 0, 12, 109, 347 and 1,134 mg/kg/day for female rats for 104
weeks before termination. The treatment doses had no effect on survival.  There were no
treatment-related increases in tumor incidences in this study.

**Suresh, 1996[200]**

This two year, chronic carcinogenicity study fed groups of 50 Wister rats (male and
female) diets containing 96.8% pure glyphosate at doses of 0, 7.4, 73.9, and 740.6
mg/kg/day for male and female rats (corresponding to 0, 100, 1,000 and 10,000 PPM).
Twenty rats per sex were sacrificed at an interim of twelve months for examination.

The rats' survival was not affected by treatment.  A high volume of tumor incidences was
observed in moribund animals sacrificed after termination of the study as shown in the
table below. Tumor incidences appeared elevated above controls in the low and mid
doses (hepatocellular carcinoma and intrahepatic bile duct adenoma); these did not
exhibit dose-response relationships (as shown in Table 9) and were not statistically
significant.

---

[198] https://ntp.niehs.nih.gov/pubhealth/roc/criteria/index.html

[199] Not published but reported in U.S. EPA, 2016, and reported <u>in</u> Greim, et al., 2015, as Cheminova
(1993).

[200] Not published but reported in U.S. EPA, 2016, and reported <u>in</u> Greim, et al., 2015, as Feinchemie
Schwebda (1996).

**Toxicological Assessment of Dewayne Johnson and**
**Toxicological Risk Assessment for Glyphosate Formulations**
**December 21, 2017**
**Page 105**

**Table 9**
**Neoplastic histopathological findings in Wistar Male Rats[201] (Suresh, 1996)**

| | Animal Dose in PPM | Incidence of Adenoma (%) | Incidence of Carcinoma (%) |
|---|---|---|---|
| Hepatocellular  (male rats) | 0 | 24/50 (48%) | 21/50 (42%) |
| | 100 | 22/50 (44%) | 28/50 (56%) |
| | 1,000 | 10/52 (19%) | 18/48 (38%) |
| | 10,000 | 21/41 (51%) | 24/50 (48%) |
| Bile duct (intrahepatic adenomas and cholangiocarcinoma) (male rats) | 0 | 2/50 (4%) | 1/50 (2%) |
| | 100 | 1/50 (1%) | 3/50 (6%) |
| | 1,000 | 0/50 (0) | 2/48 (4%) |
| | 10,000 | 0/50 (0) | 3/50 (6%) |
| Hepatocellular  (female rats) | 0 | 18/50 (36%) | 10/50 (20%) |
| | 100 | 18/48 (38%) | 15/48 (31%) |
| | 1,000 | 19/49 (39%) | 14/49 (29%) |
| | 10,000 | 13/50 (26%) | 9/50 (18%) |
| Bile duct (intrahepatic adenomas and cholangiocarcinoma) (female rats) | 0 | 6/50 (12%) | 1/50 (2) |
| | 100 | 11/48 (23%) | 0/48 (0) |
| | 1,000 | 12/48 (25%) | 0/50 (0) |
| | 10,000 | 4/50 (8%) | 0/50 (0) |

[201] This table was adapted from "Tier II summaries for glyphosate carcinogenicity studies from Greim, et al., 2015, paper."

**Toxicological Assessment of Dewayne Johnson and**
**Toxicological Risk Assessment for Glyphosate Formulations**
**December 21, 2017**
**Page 106**

**Entomoto, A. (1997)[202]**

This two year chronic toxicity/carcinogenicity study fed groups of 50 Sprague-Dawley rats (male and female) diets containing 94.6 - 97.56% pure glyphosate at doses of 0, 104, 354, and 1,127 mg/kg/day for male rats and 0, 115, 393 and 1,247 mg/kg/day for female rats corresponding to 0, 3000, 10,000 and 30,000 PPM.

Examination of the rats by this study covered clinical signs, ophthalmic examinations, body weight, food consumption, hematology, clinical chemistry, urinalysis, organ weights, necropsy and histopathological examination.

Results on neoplasms were considered to not be treatment-related by the authors and were not reported.

**Brammer, 2001[203]**

This chronic carcinogenicity study fed groups of 52 Wister rats (male and female) diets containing 97.6% pure glyphosate at doses of 0, 121, 361 and 1,214 mg/kg/day for male rats and 0, 145, 437, 1,498 mg/kg/day for female rats (corresponds to 0, 2000, 6000, and 20,000 PPM) for 24 months before termination.

Examination of the rats by this study covered clinical signs, ophthalmic examinations, body weight, food consumption, hematology, clinical chemistry, urinalysis, organ weights, necropsy and histopathological examination.

A significantly higher survival trend was found in male treated rats (p=0.03) with a significant higher survival found in the highest dosed group of male rats (p =0.02). As shown in Table 10, a statistically significant trend (p= 0.008) was found for liver adenomas in male rats although the middle dose did not show a response. A statistically elevated tumor incidence was also found at the high dose concentration at p= 0.028.

---

[202] Not published but reported in U.S. EPA, 2016, and reported in Greim, et al., 2015, as Arysta Life Sciences (1997).

[203] Not published but reported in U.S. EPA, 2016 and in Greim, et al., 2015, as Syngenta (2001).

Toxicological Assessment of Dewayne Johnson and
Toxicological Risk Assessment for Glyphosate Formulations
December 21, 2017
Page 107

**Table 10**
**Incidence of Liver Adenomas in Male Wister rats[204] (Brammer, 2001)**

| Animal Dose (mg/kg/day) | Tumor incidence | Percentage Incidence |
|---|---|---|
| 0 | 0/52 [a**] | 0 |
| 121 | 2/52 | 4 |
| 361 | 0/52 | 0 |
| 1,214 | 5/52 [b*] | 10 |

\*    Denotes statistical significance at p= 0.05
\*\*   Denotes statistical significance at p= 0.01
[a]   Cochran-Armitage Trend Test (p ≤ 0.01)
[b]   Fisher's Exact Test (p ≤ 0.05)[205]

**Wood, et al., 2009a[206]**

This chronic carcinogenicity study fed groups of 51 Wister rats (male and female) diets containing 95.7% pure glyphosate at doses of 0, 95, 316.9 and 1,229.7 mg/kg/day for male and female rats equivalent to 0, 1500, 5000, and 15,000 PPM for 24 months before termination.

A statistically significant trend of elevated incidences of mammary gland tumors (adenocarcinomas) (p=0.042), combined adenomas and carcinoma (p = 0007)) were noted in female rats as shown in Table 11 below. A statistical difference was noted at the high dose when adenoma and carcinoma incidences were combined.

---

[204] This table is adapted from U.S. EPA, "Glyphosate issue paper: Evaluation of carcinogenic potential," 2016, U.S. EPA's Office of Pesticide Programs. Fisher's Exact Test and Cochran-Armitage Trend test results were performed by the U.S. EPA.

[205] Fisher's Exact Test results are per the U.S. EPA.

[206] Not published but reported in U.S. EPA, 2016, and in Greim, et al., 2015, as Nufram, (2009a).

Toxicological Assessment of Dewayne Johnson and
Toxicological Risk Assessment for Glyphosate Formulations
December 21, 2017
Page 108

Table 11
Mammary Gland Tumor Incidences in Female Wister Rats (Wood et al, 2009a)[207]

| Animal Dose in mg/kg/day | Incidence of Adenoma (%) | Incidence of Carcinoma (%) | Combined Incidences (%) |
|---|---|---|---|
| 0 | 0/51 (0) | 2/51 (4)*,a | 2/51 (4)**,b |
| 95 | 0/51 (0) | 3/51 (6) | 3/51 (6) |
| 316.9 | 0/51 (0) | 1/51 (2) | 1/51 (2) |
| 1,229.7 | 2/51 (4) | 6/51 (12) | 8/51 (16)*,c |

\*    Denotes statistical significance at p= 0.05
\*\*   Denotes statistical significance at p= 0.01
a    Cochran-Armitage Trend Test (p ≤ 0.05)
b    Cochran-Armitage Trend Test (p ≤ 0.01)
c    Fisher's Exact Test (p ≤ 0.05) [208]

## Summary of Rat Carcinogenicity Studies

Three out of six feeding studies with dietary doses within regulatory guidelines (i.e. maximum tolerated dose or MTD)[209] had positive trends and/or significantly elevated tumor incidences. One study, Stout and Ruecker (1990), observed elevated tumor trends in multiple tissue types - pancreas, liver and thyroid. In Stout and Ruecker, hyperplasia, which can be a precursor to cancer, was also found at significantly elevated levels in the stomach squamous mucosa.

---

[207] This table is adapted from U.S. EPA, "Glyphosate issue paper: Evaluation of carcinogenic potential," 2016, U.S. EPA's Office of Pesticide Programs. Fisher's Exact Test and Cochran-Armitage Trend test results were performed by U.S. EPA.

[208] Fisher's Exact Test results are per the U.S. EPA.

[209] "Long-term animal studies at or near the maximum tolerated dose level (MTD) are used to ensure an adequate power for the detection of carcinogenic activity," in U.S. EPA, "Guidelines for carcinogen risk assessment," EPA/630/R-00/004, September 1986, page 5.

Toxicological Assessment of Dewayne Johnson and
Toxicological Risk Assessment for Glyphosate Formulations
December 21, 2017
Page 109

Other studies found elevated incidences of tumors in the testes (Lankas, 1981), liver (Brammer, 2001) and mammary glands (Wood, et al., 2009a)[210]. Statistically significant doses were observed for testicular, pancreatic, liver and mammary glands. The results are summarized in Table 12 below.

**Table 12**
**Summary of Bioassays for Detecting Carcinogenicity**

| Study | Doses / Concentration | Test gender / Strain | Tumor Incidences | Comments |
|---|---|---|---|---|
| Burnett, et al., 1979 | 0, 3, 10, or 30 mg/kg/day | Male and female / Albino rats | Negative | Dose below regulatory testing guidelines |
| Lankas, 1981 | 0, 3, 10 and 31 mg/kg/day | Male / Sprague-Dawley rats | **Positive trend** of elevated testicular interstitial cell tumors. Positive elevated tumor incidence | Dose below regulatory testing guidelines |
| Pavkov and Wyand, 1987 | 0, 4.2, 21.2, or 41.8 mg/kg/day | Male and female / Sprague-Dawley rats | Negative | Dose below regulatory testing guidelines |
| Stout and Ruecker, 1990 | 0, 89, 362 and 940 mg/kg/day | Male and female / Sprague-Dawley rats | **Positive trend** of elevated hepatocellular adenomas in male mice and thyroid c-cell tumor in male rats. Significantly elevated incidents of pancreatic adenomas, | |
| Atkinson et al., 1993 | 0, 11/12, 112/109, 320/347 and 1,147/1134 mg/kg/day | Male and female / Sprague-Dawley rats | Negative | Positive trend for thyroid follicular cell tumors found independently |
| Suresh, 1996 | 0, 7.4, 73.9, and 740.6 mg/kg/day | Male and female / Wister rats | Negative | |

[210] (a) Wood, E., Dunster, J., Watson, P., and Brooks, P., "Glyphosate technical: Dietary combined chronic toxicity/carcinogenicity study in the rat," 2009a, Harlan Laboratories Limited, Page 156 of 227 Shardlow Business Park, Shardlow, Derbyshire DE72 2GD, UK. Study No. 2060-012. April, 23, 2009. MRID 49957404. From Glyphosate issue paper: Evaluation of carcinogenic potential, U.S. EPA's Office of Pesticide Programs, September 12, 2016.

**Toxicological Assessment of Dewayne Johnson and**
**Toxicological Risk Assessment for Glyphosate Formulations**
**December 21, 2017**
**Page 110**

**Table 12**
**Summary of Bioassays for Detecting Carcinogenicity**

| Study | Doses / Concentration | Test gender / Strain | Tumor Incidences | Comments |
|---|---|---|---|---|
| Entomoto, 1997 | 0, 104/115, 354/393, 1127/1247 mg/kg/day | Male and female / Sprague-Dawley rats | Negative | Positive trend for kidney adenomas |
| Brammer, 2001 | 0, 121, 361 and 1,214 mg/kg/day | Male Wister rats | **Positive trend** in liver adenomas, positive significance at 1,214 dose | |
| Wood et al., 2009a | 0, 95, 316.9 and 1,229.7 mg/kg/day | Female Wister Rats | **Positive trend** and significant incidences of mammary gland tumors at 1,229.7 mg/kg/day | |

Furthermore, Dr. Portier, former director of the NIEHS (National Institute of Environmental Health Sciences) and a collaborator on IARC monographs, was able to review the complete animal laboratory data from chronic carcinogenicity studies of glyphosate and noted additional significant tumor trends that were not reported in the U.S. EPA's publication nor in the supplemental material from Greim, et al, 2015.  This includes:

- Atkinson, et al., 1993.  Thyroid follicular cell adenomas and carcinomas in male Sprague Dawley rats:  0/50, 0/50, 0/50, 2/50, 2/49 (p=0.04)

- Lankas, et al, 1981.  Thyroid c-cell carcinomas in female Sprague Dawley rats 1/47, 0/49, 2/50, 6/47 (p=0.003)

- Entomoto, 1997.  Kidney adenoma in male Sprague Dawley rats:  0/50, 0/50, 0/50, 4/50 (p=0.004)

- Wood, et al., 2009b.   Skin keratocanthoma in male Wister rats:  2/51, 3/51, 0/51, 6/51 (p=0.03)

In the case of tumors in multiple tissue locations, the National Toxicology Program identified a chemical as "Reasonably Anticipated to be a Human Carcinogen" when:

Toxicological Assessment of Dewayne Johnson and
Toxicological Risk Assessment for Glyphosate Formulations
December 21, 2017
Page 111

> "*There is sufficient evidence of carcinogenicity from studies in experimental animals which indicates there is an increased incidence of malignant and/or a combination of malignant and benign tumors (1) in multiple species or at multiple tissue sites or (2) by multiple routes of exposure or (3) to an unusual degree with regard to incidence, site, or type of tumor or age at onset.*" [211]

## Carcinogenicity Studies in Mice

As with rat studies, two-year chronic carcinogenicity studies in laboratory mice provide valuable data with respect to identifying substances having the potential to be hazardous to humans. Typically two or more species of both sexes are employed to demonstrate the widest possible range of response and variability, though some studies limit sex and specie.

### Knezevich and Hogan, 1983[212]

This chronic carcinogenicity study fed groups of 50 CD-1 mice (male and female) diets containing 99.78% pure glyphosate at doses of 0, 161, 835 and 4,945 mg/kg/day for male mice and 0, 195, 968, and 6,069 mg/kg/day for female mice for 24 months prior to termination. Complete necropsy examinations were performed on all animals which died or when they were sacrificed at termination.

Incidences of hepatocellular lesions were found to have statistically significant trends observed for central lobular hepatocyte hypertrophy, centrilobular hepatocyte necrosis and chronic interstitial nephritis in males and hypertrophy in females.  Results appear in Tables 13 and 14.

---

[211] National Toxicology Program, "Listing criteria," 2016, Report on Carcinogens, Public Health, U.S. Department of Health and Human Services, Retrieved from: https://ntp.niehs.nih.gov/pubhealth/roc/criteria/index.html

[212] Not published but reported in U.S. EPA, 2016, and in Greim et al., 2015, as Monsanto, (1983).

Toxicological Assessment of Dewayne Johnson and
Toxicological Risk Assessment for Glyphosate Formulations
December 21, 2017
Page 112

**Table 13**
**Lesions in Male CD-1 Mice (Knezevich and Hogan, 1983)[213]**

| Condition | Sex | Concentrations of glyphosate in diet (PPM) | | | |
| --- | --- | --- | --- | --- | --- |
| | | 0 | 1,000 | 5,000 | 30,000 |
| Urinary bladder hyperplasia | M | 3/49 | 3/50 | 10/50 | 8/50 |
| Hepatocellular centrilobular hypertrophy | M | 9/49 | 5/50 | 3/50 | 17/50 |
| | F | 0/49 | 5/50 | 1/49 | 1/49 |
| Hepatocellular centrilobular necrosis | M | 0/49**[a] | 2/50 | 2/50 | 10/50**[b] |

** Denotes statistical significance at p= 0.01
[a] Cochran-Armitage Trend Test (p ≤0.01)
[b] Fisher's Exact test (p ≤0.01)[214]

**Table 14**
**Kidney Tubular Cell Tumor Incidences in male CD-1 mice**
**(Knezevich and Hogan, 1983)[215]**

| Animal Dose in mg/kg/day | Incidence of Adenoma (%) | Incidence of Carcinoma (%) | Combined Incidences (%) |
| --- | --- | --- | --- |
| 0 | 1/49 (2) | 0/49 (0) | 1/49 (2) |
| 161 | 0/49 (0) | 0/49 (0) | 0/49 (0) |
| 835 | 0/50 (0) | 1/50 (2) | 1/50 (2) |
| 4,945 | 1/50 (2) | 2/50 (4) | 3/50 (6) |

The US. EPA's OPP review noted an incidence of renal tubule tumors in the male mice, which are considered rare, but stated that there was limited historical data for this mice

---

[213] This table is adapted from Greim, et al., 2015. Fisher's Exact Test and Cochran-Armitage Trend Test results were performed by U.S. EPA.

[214] Fisher's Exact Test results are per the U.S. EPA.

[215] This table is adapted from U.S. EPA's, "Glyphosate issue paper: Evaluation of carcinogenic potential," 2016, U.S. EPA's Office of Pesticide Programs. Fisher's Exact Test and Cochran-Armitage Trend Test results were performed by U.S. EPA.

**Toxicological Assessment of Dewayne Johnson and**
**Toxicological Risk Assessment for Glyphosate Formulations**
**December 21, 2017**
**Page 113**

strain and no significant pairwise comparison.   However, it should be noted that U.S. EPA's "Guidelines for Carcinogen Risk Assessment"[216] states that *"For the evaluation of rare tumors, even small tumor responses may be significant compared to historical data."*

**Pavkov and Turnier, 1987**

This two year study of chronic toxicity/carcinogenicity fed groups of CD-1 mice (male and female) diets containing glyphosate trimesium salt (56.2 % pure glyphosate) at doses of 0, 11.7, 118, and 991 mg/kg/day for male mice and 0, 16, 159 and 1,341 mg/kg/day for female mice.  Sixty mice per sex were tested in the control group and 80 mice per sex were tested in the low and mid-dose group while 90 mice per sex were tested in the high dose group.

Results on neoplasms were considered to not be treatment-related by the authors and were not reported.

**Atkinson, et al., 1993[217]**

This chronic carcinogenicity study fed groups of 50 CD-1 mice (male and female) diets containing >97% pure glyphosate at doses of 0, 98, 297 and 988 mg/kg/day for male mice and 0, 102, 298, and 1,000 mg/kg/day for female mice for 24 months before termination.

Results of this study observed a statistically significant trend in hemangiosarcomas in male CD-1 mice. The only significant increase occurred at the high dose (see Table 15).

---

[216] U.S. EPA, "Guidelines for carcinogen risk assessments," EPA/630/R-00-004, September 1986, page 6.

[217] Not published but reported in U.S. EPA, 2016, and in Greim, et al., 2015, as Cheminova, (1993b).

Toxicological Assessment of Dewayne Johnson and
Toxicological Risk Assessment for Glyphosate Formulations
December 21, 2017
Page 114

**Table 15**
**Incidences of Hemangiosarcomas in Male CD-1 Mice[218] (Atkinson et al., 1993)**

| Animal Dose (mg/kg/day) | Tumor incidence | Percentage Incidence |
|:---:|:---:|:---:|
| 0 | 0/47 [**][a] | 0 |
| 98 | 0/46 | 0 |
| 297 | 0/50 | 0 |
| 988 | 4/45 [**] | 9 |

[**]   Denotes significance at p = 0.01

[a]   Cochran-Armitage Trend Test (p ≤ 0.01)

**Sugimoto, K., 1997[219]**

This chronic carcinogenicity study fed groups of 50 CD-1 mice (male and female) diets containing 94.6 and 97.6% pure glyphosate at doses of 0, 165, 838.1 and 4,348 mg/kg/day for male and 0, 153.2, 786.8 and 4,116 mg/kg/day for female mice equivalent to 0, 1,600, 8,000 and 40,000 PPM for male and female mice for 18 months before termination.

Results of this study observed a statistically significant trend in hemangioma in male CD-1 mice and a significantly increased rate of malignant lymphomas. The only significant increase in hemangioma occurred at the highest dose. Results are shown in Tables 16 and 17.

---

[218] This table is adapted from U.S. EPA's, "Glyphosate issue paper: Evaluation of carcinogenic potential," 2016, U.S. EPA's Office of Pesticide Programs. Fisher's Exact Test and Cochran-Armitage Trend Test results were performed by U.S. EPA.

[219] Not published but reported in U.S. EPA, 2016, and in Greim, et al., 2015, as Arysta Life Sciences, (1997a).

Toxicological Assessment of Dewayne Johnson and
Toxicological Risk Assessment for Glyphosate Formulations
December 21, 2017
Page 115

**Table 16**

**Incidences of Hemangioma in Female CD-1 Mice[220] (Sugimoto, 1997)**

| Animal Dose (mg/kg/day) | Tumor incidence | Percentage Incidence |
|---|---|---|
| 0 | 0/50 [**,a] | 0 |
| 153.2 | 0/50 | 0 |
| 786.8 | 2/50 | 4 |
| 4,116 | 5/50 [**] | 10 [*,b] |

\*   Denotes significance at p = 0.05
\*\*  Denotes significance at p = 0.01
a   Cochran-Armitage Trend Test (p ≤ 0.01), 2016
b   Fisher's Exact Test (p ≤ 0.05)[221]

**Table 17**

**Incidences of Malignant Lymphomas in Male CD-1 Mice
Which Survived Until Termination of the Experiment[222] (Sugimoto, 1997)**

| Animal Dose (mg/kg/day) | Tumor incidence | Percentage Incidence |
|---|---|---|
| 0 | 0/26 [a] | 0 |
| 165 | 0/34 | 0 |
| 838.1 | 1/27 | 4 |
| 4,348 | 5/29 [**] | 17 |

\*\*  Denotes significance at p = 0.01
a   Cochran-Armitage Trend Test (p ≤ 0.01)

---

[220] This table is adapted from Wood et al., 2009b, in U.S. EPA's, "Glyphosate issue paper: Evaluation of carcinogenic potential," 2016, U.S. EPA's Office of Pesticide Programs. Fisher's Exact Test and Cochran-Armitage Trend Test results were performed by U.S. EPA.

[221] Fisher's Exact Test results are per the U.S. EPA.

[222] This table is adapted from Wood et al., 2009b, in U.S. EPA's, "Glyphosate issue paper: Evaluation of carcinogenic potential," 2016, U.S. EPA's Office of Pesticide Programs. Fisher's Exact Test and Cochran-Armitage Trend Test results were performed by U.S. EPA.

**Toxicological Assessment of Dewayne Johnson and**
**Toxicological Risk Assessment for Glyphosate Formulations**
**December 21, 2017**
**Page 116**

**Kumar, 2001[223]**

This chronic carcinogenicity study fed groups of 50 Swiss albino mice (male and female) diets containing > 95.14 % pure glyphosate at an average dose of 0, 14.7, 150.5 and 1,460.3 mg/kg/day for male equivalent to 0, 100, 1,000 and 10,000 PPM for male and female mice for 18 months before termination.

The mortality of mice after 18 months of the study was 44, 40, 44 and 54% for males and 32, 32, 40 and 40% in females in the control through high dose groups. Mortality was slightly elevated in the dosed mice above the control group. The authors determined that mortality was unusually high for the strain and was <u>not dose related</u> without adequate explanation.  More recently, an unsubstantiated allegation of a former US EPA official (Jess Rowland) stated that the mice used in the study were suffering from a viral infection that might have caused cancer.  Another alleged weaknesses with the study cited a high background of malignant lymphomas in control mice used for the study.  However, as shown below in Table 18, only females revealed a high background rate of lymphoma. Results of this study observed a highly statistically significant Cochran-Armitage Trend Test ($p \leq 0.01$) and trend among male mice with only 1 positive lymphoma mouse in the control group and a significance ($p = 0.01$) incident rate of lymphoma amongst the high dose group as detailed in Table 18.

---

[223] Not published but reported in U.S. EPA, 2016, and <u>in</u> Greim et al., 2015, as Feinchemie Schwebda, (2001).

**Toxicological Assessment of Dewayne Johnson and**
**Toxicological Risk Assessment for Glyphosate Formulations**
**December 21, 2017**
**Page 117**

**Table 18**
**Incidences of malignant lymphomas in Swiss Albino Mice[224] (Kumar, 2001)**

| | | Glyphosate dose in PPM (percentage incidence) | | | |
|---|---|---|---|---|---|
| | Gender | 0 | 100 | 1,000 | 10,000 |
| Terminal sacrificed mice | Male | 1/28 (4) [a] | 3/30 (10) | 3/28 (11) | 6/23 (26) [**] |
| | Female | 9/34 (26) | 10/34 (29) | 6/30 (20) | 13/30 (43) |
| Dead and moribund mice | Male | 9/22 (41) | 12/20(60) | 13/22 (59) | 13/27 (48) |
| | Female | 9/16 (56) | 10/16 (63) | 13/20 (65) | 12/20 (60) |
| Combined | Male | 10/50 (20) [a] | 15/50 (30) | 16/50 (32) | 19/50 (38) [**] |
| | Female | 18/50 (36) | 20/50 (40) | 19/50 (38) | 25/50 (50) |

[**]   Denotes significance at p = 0.01
[a]   Cochran-Armitage Trend Test (p ≤ 0.01)

The U.S. EPA's evaluation noted that the population of mice in the study had a viral infection and, therefore, did not include the results in their assessment.

**Wood, et al., 2009b[225]**

The study was conducted between October 2005 and November 2007 in which four groups of 51 male CD-1 mice received daily dietary doses of 0, 500, 1,500 and 5,000 PPM 95.7%-technical grade glyphosate (resulting in an average glyphosate consumption of 71.4, 234.2, and 810 mg/kg/day) for 80 weeks.[226]

---

[224] Data in table is adapted "Tier II summaries for glyphosate carcinogenicity studies from Greim, et al., 2015 paper."

[225] Not published but reported in U.S. EPA, 2016, and in Greim, H., Saltmiras, D., Mostert, V., Strupp, C., "Evaluation of carcinogenic potential of the herbicide glyphosate drawing on tumor incidence data from fourteen chronic/carcinogenicity rodent studies, et al.," 2015, Critical Reviews in Toxicology, Vol. 45(3), pp. 185 - 208, as Nufram, (2009).

[226] Note that Greim, et al., referenced this as an 18 month study.  Greim, H., Saltmiras, D., Mostert, V., Strupp, C., "Evaluation of carcinogenic potential of the herbicide glyphosate drawing on tumor

**Toxicological Assessment of Dewayne Johnson and**
**Toxicological Risk Assessment for Glyphosate Formulations**
**December 21, 2017**
**Page 118**

A statistically significant trend of increased incidence of lymphomas and lung adenocarcinomas was observed (Table 19). A statistically significant elevated lymphoma incidence was observed in the 810 mg/kg/day dose group. Additionally, significant lymphoid hyperplasia was observed at low and mid doses in males (71.4 and 234.2 mg/kg/day) while malignant lymphomas were significantly induced at 810 mg/kg/day.

**Table 19**
**Incidence of Malignant Lymphomas in Male CD-1 Mice[227] (Wood et al., 2009b)**

| Doses (mg/kg/day) | | 0 | 71.4 | 234.2 | 810 |
|---|---|---|---|---|---|
| Lung Adenocarcinoma | Incidences | 5/51[a] | 5/51 | 7/51 | 11/51 |
| | % Incidences | 10 | 10 | 14 | 22 |
| Lymphomas | Incidences | 0/51[a] | 1/51 | 2/51 | 5/51[b] |
| | % Incidences | 0 | 2 | 4 | 10 |

[a]  Cochran-Armitage Trend Test (p = 0.007)
[b]  Fisher's Exact Test (p=0.028)

**Summary of Mice Carcinogenicity Studies**

Four out of six mice (**67%**) feeding studies with dietary doses within regulatory guidelines (i.e., at or near maximum tolerated dose or MTD)[228] had positive trends and/or significantly elevated tumors incidences. Two studies, Atkinson (1993) and Sugimoto (1997) observed significant trends of hemagiosarcomas including a significant incidence level at 4,116 mg/kg/day dose in Sugimoto (1997).

---

incidence data from fourteen chronic/carcinogenicity rodent studies, et al.," 2015, Critical Reviews in Toxicology, Vol. 45(3), pg. 185 - 208.

[227] This table is adapted from Wood, et al., 2009b, in U.S. EPA's, "Glyphosate issue paper: Evaluation of carcinogenic potential," 2016, U.S. EPA's Office of Pesticide Programs. Fisher's Exact Test and Cochran-Armitage Trend Test results were performed by U.S. EPA.

[228] "Long-term animal studies at or near the maximum tolerated dose level (MTD) are used to ensure an adequate power for the detection of carcinogenic activity," in U.S. EPA "Guidelines for carcinogen risk assessment," EPA/630/R-00/004, September, 1986, page 5.

**Toxicological Assessment of Dewayne Johnson and**
**Toxicological Risk Assessment for Glyphosate Formulations**
**December 21, 2017**
**Page 119**

Significant trends of increasing incidences of malignant lymphomas were found with increasing glyphosate doses in Sugimoto (1997), Kumar (2001) and Wood, et al., (2009b). The Wood, et al., (2009b) study also found a significantly increased trend for incidences of lung adenocarcinomas and another study species showing significant results for malignancies in multiple tissues.

The National Toxicology Program identifies as their criteria for listing a chemical as "Reasonably Anticipated to be a Human Carcinogen" to be when:

> "*There is sufficient evidence of carcinogenicity from studies in experimental animals which indicates there is an increased incidence of malignant and/or a combination of malignant and benign tumors (1) in multiple species or at multiple tissue sites or (2) by multiple routes of exposure or (3) to an unusual degree with regard to incidence, site, or type of tumor or age at onset.*" [229]

Based upon the U.S. EPA guidelines, **there is evidence** of uncommon tumor types, tumors at multiple sites, tumors in multiple species, strains and dose-related increases.

Table 20 presents a summary of the mice carcinogenicity studies cited herein.

---

[229] https://ntp.niehs.nih.gov/pubhealth/roc/criteria/index.html

Toxicological Assessment of Dewayne Johnson and
Toxicological Risk Assessment for Glyphosate Formulations
December 21, 2017
Page 120

**Table 20**
**Summary of Bioassays for Detecting Mice Carcinogenicity**

| Study | Doses / Concentration | Test gender / Strain | Tumor Incidences | Comments |
|---|---|---|---|---|
| Knezevich and Hogan, 1983 | 0, 161, 835 and 4,945 mg/kg/day | Male / CD-1 Mice | None | Elevated incidences of hepatocellular necrosis and hypertrophy in mice. Also elevated urinary bladder hyperplasia. Elevated incidences of rare kidney tubular cell carcinoma; not to the level of statistical significance. |
| Pavkov and Turnier, 1987 | 0, 11.7/16, 118/159, and 991/1341 mg/kg/day | Male and female / CD-1 Mice | None | |
| Atkinson et al., 1993 | 0, 98, 297 and 988 mg/kg/day | Male / CD-1 Mice | **Positive trend** in hemangiosarcomas | |
| Sugimoto, 1997 | 0, 165/153.2, 838.1/786.8 and 4,348/4,116 mg/kg/day | Male and female / CD -1 Mice | **Positive trend** in hemangiosarcomas and significant incidence levels of hemangiosarcomas and **malignant lymphoma** | |
| Kumar, 2001 | 0, 14.7, 150.5, and 1,460.3 mg/kg/day | Male and female / Swiss Albino Mice | **Positive trend** and elevated incidence of **malignant lymphoma** | U.S. EPA OPP stated that a viral infection was present in the colony of mice. (unsubstantiated allegation)[230] |
| Wood, et al., 2009b | 0, 71.4, 234.2 and 810 mg/kg/day | Male / CD-1 Mice | **Positive trend** and elevated incidence of **malignant lymphoma** | |

---

[230] There are no documents available that provide any objective scientific evidence for viral infections. Rather, the health status of animals simply supported the plausibility of a viral infection.