# EXHIBIT 16

Page 106

1 Q Okay. Well, if you don't recall the specific
2 picture, what makes you say that you probably saw it
3 before?
4 A Because I looked at a lot of photos and if it
5 was in the set, I probably looked at it.
6 Q Okay.
7 A There's -- you know, these are chemicals I'm
8 familiar with. I've testified on a WD-40 case. I know
9 the ingredients in it. I know the ingredients in GUNK.
10 I mean, these are --
11 Q Benzene is an ingredient in GUNK; right?
12 A No, it is not.
13 Q Benzene is not in GUNK, the -- the --
14 A It's less than .1 percent.
15 Q Okay. I'm just asking in Exhibit 7 in the
16 middle, you see the aerosol spray of the product GUNK;
17 right?
18 A I do.
19 Q Okay. And is it your testimony that there's
20 no benzene in that bottle of GUNK?
21 A I didn't say that. I said look at the MSDS.
22 It's less than .1 percent.
23 Q Okay.
24 A There's no way with a product of less than
25 .1 percent in the liquid a person is going to reach part

Page 107

1 per million levels in the air that's going to cause NHL.
2 Q Did you ask Mrs. Stevick about whether she
3 ever used GUNK?
4 A No. It was not necessary because it's
5 irrelevant.
6 Q What -- you mentioned that you have testified
7 in these kinds of cases, you know, about a lot of
8 products that are in the garages. What -- what products
9 in Mrs. Stevick's garage did you identify that have
10 benzene in them, any level of benzene? And I'm not just
11 talking about this picture, although you should
12 certainly use the picture for reference if you'd like.
13 I just mean generally based on your review of her --
14 A None of these products contain benzene at a
15 level that is less than .1 percent.
16 Q Okay.
17 A In fact --
18 Q Do any of them contain --
19 A -- much of them are less than .01 percent.
20 Q Do any of the products -- and I'm not just
21 talking about what's in this picture, Exhibit 7. What
22 products did you identify, if any, in Mrs. Stevick's
23 garage that had any level of benzene in them?
24 A Yeah, none -- nothing less than -- nothing
25 greater than .1 percent.

Page 108

1 Q What did you identify in Mrs. Stevick's
2 garage, what products, that had benzene at a level that
3 is more than zero but less than .1 percent?
4 A Possibly WD-40; possibly GUNK; possibly the
5 CRC Lectra cleaner, although that's primarily a
6 fluorocarbon -- fluoro halocarbon gas. The Armor All is
7 zero, the two Armor Alls in the back row. And the
8 expansion foam is zero. The Scotch Super Adhesive,
9 zero. The cleaning duster is simply an inert gas. And
10 that little can in the middle with a yellow label, I'm
11 not sure what that is.
12 But I identified nothing that contained any
13 significant concentration of benzene that could raise
14 the air level to even a measurable level and certainly
15 not into the PPM level. And even if it were at the PPM
16 level, she would have to have years' worth of exposure
17 at that level and she wasn't in the garage years at a
18 time. She was only occasionally in the garage. It's
19 just ridiculous to insinuate that any of these chemicals
20 contained enough benzene to have any relevance. And I
21 can -- I can demonstrate that mathematically.
22 Q Did you take an inventory, Dr. Sawyer, of all
23 of the different products that are in the Sawyers'
24 garage?
25 A I know what's in my garage.

Page 109

1 Q We'll talk about that in a different
2 deposition perhaps, but I'll ask a different question.
3 Thank you for clarifying that for me.
4 Did you take an inventory of all the products
5 that are in the Stevicks' garage?
6 A I didn't take a written inventory. I just
7 reviewed the photos looking for something that could
8 possibly contain a significant quantity of a carcinogen,
9 especially one that could induce NHL, and I found none.
10 Q And do you believe that you've reviewed all of
11 the photos -- well, strike that.
12 Do you believe that the photos you've reviewed
13 identify all of the products that are contained in the
14 Stevicks' garage? And I'm not talking about the two
15 photos that you have in front of you as Exhibits 6 and
16 7. You mentioned that you reviewed photos of their
17 garage.
18 A Yes.
19 Q Do you believe that the photos that you
20 reviewed of the Stevicks' garage allowed you to identify
21 every product or every item that is contained in the
22 Stevicks' garage?
23 A No.
24 Q You never visited their garage; correct?
25 A No. It's -- again, it's possible I may do so,

|  | Page 230 |
|---|---|
| 1 | the absorbed dose value of .431 milligram per day under |
| 2 | mix load and you divide that comparatively to the total |
| 3 | dose, which is 3.43 plus that amount times a hundred |
| 4 | percent, it's about 11 percent.  So it's not a big |
| 5 | difference.  It's -- I mean, because her -- her hand |
| 6 | exposure in this equation is only -- only about |
| 7 | 11 percent of her total. |
| 8 |   Q   And are you saying that under Application |
| 9 | the -- the dose that you've calculated under Absorbed |
| 10 | Dermal Dose under Application, 3.43, that does not |
| 11 | include any exposure or absorption on her hand; is |
| 12 | that -- |
| 13 |   A   Correct, correct.  There's two different |
| 14 | numbers here that get added together. |
| 15 |   Q   I understand.  If you look up at number of |
| 16 | operations, you said you had put one in there.  Do you |
| 17 | know what that number 11 refers to next to the 1? |
| 18 |   A   Yeah.  It -- it's actually not a number, as I |
| 19 | recall, but, rather, units.  And for some reason in the |
| 20 | printout it was kind of jambled.  I don't remember, |
| 21 | without actually turning on the Excel program, what the |
| 22 | units were, but that's not a -- it's not an entry |
| 23 | number. |
| 24 |   Q   You see that that number is not in your |
| 25 | original report, the POEM model that you included? |

|  | Page 231 |
|---|---|
| 1 |   A   Yeah.  It said per day, and now it doesn't say |
| 2 | that.  It's -- and I'm not sure why.  I'll have to open |
| 3 | up Excel and try to figure that out. |
| 4 |   Q   Okay.  Now, you also in your report talk about |
| 5 | her dose in terms of days of exposure; is that right? |
| 6 |   A   Yes. |
| 7 |   Q   And when Mr. Kalas deposed you just two months |
| 8 | ago on October 16 and you guys were discussing the POEM |
| 9 | model, kind of a similar discussion to what we were |
| 10 | having just now, you -- you pointed out or you testified |
| 11 | that, you know, any deficiencies in the POEM model were |
| 12 | somewhat irrelevant because your primary comparison is |
| 13 | hours and days worked compared to that of the hours |
| 14 | exposure and work days in the human epidemiological |
| 15 | data. |
| 16 |   A   Yeah, that's absolutely true.  That's the |
| 17 | important way, the most accurate way, to compare dose to |
| 18 | human study.  Here this dose calculation, the only thing |
| 19 | it can be compared to is that of other applicators to |
| 20 | see is -- is this dose in range with applicators in the |
| 21 | studies. |
| 22 |       And one can also consider, based on the AOEL, |
| 23 | was this dose, you know, four times -- four orders of |
| 24 | magnitude lower than the AOEL or was it approaching the |
| 25 | AOEL.  It's kind of a gauge that tells us a little bit |

|  | Page 232 |
|---|---|
| 1 | about the dose.  We can't really compare it to the AOEL |
| 2 | for any causation purposes because that's a regulatory |
| 3 | value and it's also for noncancer effects.  But I can |
| 4 | only use that AOEL as a gauge to say is she in range |
| 5 | with actual applicators on a given day of exposure. |
| 6 |   Q   Yeah.  And you testified two months ago that |
| 7 | you wouldn't be using the POEM model because with the |
| 8 | days of exposure, you said, quote, we're comparing |
| 9 | apples to apples.  And if you take the dose calculation |
| 10 | you did using the inputs to the POEM model, you can't |
| 11 | compare that to the human epidemiological literature. |
| 12 |       You still stand by that; correct? |
| 13 |   A   Right.  There's no -- no such dose |
| 14 | calculations performed in the human studies in a -- in a |
| 15 | milligram per kilogram body weight per day on -- on a |
| 16 | day of exposure. |
| 17 |   Q   And that's, in fact, why you spend part of |
| 18 | your report talking about her days of exposure and |
| 19 | comparing that to the epidemiological studies? |
| 20 |   A   Right, because that's what -- that's our -- |
| 21 | our primary most accurate way of determining whether or |
| 22 | not she falls into the realms of the epidemiologic |
| 23 | studies. |
| 24 |   Q   So -- so your specific causation opinion that |
| 25 | glyphosate or Roundup was a substantial factor in |

|  | Page 233 |
|---|---|
| 1 | causing her cancer is primarily based on her days of |
| 2 | exposure and comparing that, like you just said, to the |
| 3 | human epidemiological evidence; is that right? |
| 4 |   A   Yes. |
| 5 |   Q   Okay.  And you used 255 days of exposure as |
| 6 | her -- as her value? |
| 7 |   A   Yes. |
| 8 |   Q   You'll agree with me, sir, that at the very |
| 9 | most Mrs. Stevick's exposure was 255 hours over a period |
| 10 | of 25-1/2 years? |
| 11 |       MR. TRAVERS:  Objection to form. |
| 12 |   BY MR. DERRINGER: |
| 13 |   Q   Is that right? |
| 14 |   A   Not exactly.  She said -- her words were in |
| 15 | her errata page on her deposition were at least one |
| 16 | hour.  So it could be -- it could be more. |
| 17 |   Q   Right.  But in your report I think you're -- |
| 18 | you're relying on the fact that she sprayed for an hour |
| 19 | a day -- or, I'm sorry, that she -- |
| 20 |   A   I think I said approximately. |
| 21 |   Q   Okay.  All right.  So, well, at the very least |
| 22 | can we agree that her exposure at most was approximately |
| 23 | 255 hours over that period of 25-1/2 years?  I think |
| 24 | that was the word you just used, "approximately"? |
| 25 |   A   Yeah, I think that's -- that's reasonable. |