# EXHIBIT 18

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

- - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | | |
|---|---|---|
| **Hardeman v. Monsanto Co., et al.,**<br>3:16-cv-0525-VC | :<br>: | |
| **Stevick v. Monsanto Co., et al.,**<br>3:16-cv-2341-VC | :<br>: | MDL No. 2741<br>Case No. 3:16-md-02741-VC |
| **Gebeyehou v. Monsanto Co., et al.,**<br>3:16-cv-5813-VC | :<br>: | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## DECLARATION OF EXPERT TOXICOLOGIST DR. WILLIAM R. SAWYER

STATE OF FLORIDA                              '
                                              '
COUNTY OF LEE                                 '

**A. Identification**

**Name and Purpose**

1. My name is William R. Sawyer, Ph.D. I have been retained as an expert toxicologist by the plaintiff, Elaine Stevick, et al., to review and assess the various toxicological aspects of this case relevant to the plaintiff's use and exposure to glyphosate-based herbicide and subsequent lymphoma diagnosis.

**B. Qualifications and Training**

2. I am a professional toxicologist with a doctorate in toxicology from the Indiana University School of Medicine. I earned an associate degree from the State University of New York Agricultural and Technical College at Morrisville in 1976. I earned a bachelor of science degree in biology from the State University of New

1

**O. Alleged Misuse of POEM Model and "Flawed" Calculations**

> "…it is also important to note that his exposure calculations are flawed. Dr. Sawyer used the POEM model, a European regulatory formula used to estimate pesticide exposure." [pg. 10, lines 6-8]

62. Defendant contends that my dose calculations are flawed and not supported by reliable methodology. Contrary to Defendant's' assertion, the generally-accepted Predictive Operator Exposure Model (POEM) methodology has been generally accepted for many years for calculation of dermal absorption. It is in no way novel, untested or unreliable. Ironically, Defendant has failed to reveal the documented fact that POEM was also used and relied upon by Defendant whose own documents, disclosures and expert reports make frequent and regular reference to it.[25]

63. The POEM model was developed to measure potential dermal exposure on the body surface and systemic absorption under various conditions. It was designed to accommodate different pesticides and herbicides (such as Roundup™) and provides the ability to enter a wide range of parameters such as product, percent active ingredient, density, percent dermal absorption, etc.

64. The European Food Safety Authority (EFSA), in their 2014 guidance[26] for exposure assessment of field operators, presented a table of available databases and exposure models for predicting operator exposure to herbicides and insecticides. The references clearly include the POEM model and the fact that there is availability of supporting data (as shown below). Note that references to the POEM model (as cited by EFSA) date as far back as 1986 and 1992.

---

[25] "Operator exposure assessment for MON 2139 UK – Case" MONGLY06509236

"UK POEM calculations in preparation of meeting Spanish competent authorities." MONGLY01275627

[26] European Food Safety Authority, "Guidance on the assessment of exposure of operators, workers, residents and bystanders in risk assessment for plant protection products," EFSA Journal 2014;12(10):3874

20

Table 1: Overview of available database and models

| Exposed category | Database/model | Availability of supporting data Yes | Availability of supporting data No | Reference |
|---|---|---|---|---|
| Operator (field) | German model | x | | Lundehn et al. (1992) |
| Operator (field) | UK POEM | x | | UK MAFF (1986) and the Predictive Operator Exposure Model (POEM—UK MAFF, 1992) |
| Operator (field) | Agricultural operator exposure model (AOEM) | x | | Großkopf C. (2013), A new model for the prediction of agricultural operator exposure during professional application of plant protection products in outdoor crops Available at http://www.bfr.bund.de/cm/350/joint-development-of-a-new-agricultural-operator-exposure-model.pdf |
| Operator (field) | EUROPOEM II | x | | EUROPOEM II (2002) |
| Operator (field) | PHED | x | | PHED (1992) |
| Operator (field) | TNsG Biocides | | x | TNsG (2008) TNsG (2002) Human exposure to Biocidal Products—Guidance on exposure estimation |

65. The UK Predictive Operator Exposure Model (UK POEM) is clearly cited in numerous administrative guidelines and regulatory documents including the U.K. "Operator Exposure Assessment Guidelines."[27] Additionally, numerous peer-reviewed studies cite the POEM model. For example, a 2017 risk assessment of small farmers exposed to plant protection products in the Niger River valley clearly states that *"The UK Predictive Operator Exposure Model (UK-POEM) was used to estimate the potential dermal exposure according to the previously observed local practices."*[28]

---

[27] U.K. Health and Safety Executive, HSE, "Operator Exposure,"2016, Data requirements handbook, Retrieved from: http://www.hse.gov.uk/pesticides/topics/pesticide-approvals/pesticides-registration/data-requirements-handbook/operator-exposure.htm

[28] Illyassou et al., "Risk assessment for small farmers exposed to plant protection products in the Niger River valley," Comm. Appl. Biol. Sci, Ghent University, 81/n, 2017.

21

66. Similarly, the POEM model has been used in in published risk assessments. A 2017 assessment[29] of farmers' exposure to pesticides in the urban and peri-urban areas of Northern Benin stated:

> When measuring insecticide deposits on the body, it should be possible to estimate if the risk level could be considered as acceptable for the small producers according to their usual practices. The risk will be considered as acceptable if the potential exposure (measured on the patches **or obtained using an exposure model such as UK-POEM**) is lower than the AOEL value (Acceptable Operator Exposure Level, expressed in mg as/kg bw/day) (EFSA 2014).

67. The UK POEM model is also in use internationally. New Zealand[30] used the UK POEM to assess risk to outdoor home garden users.[31] When New Zealand's Environmental Protection Authority selected the UK POEM model (and peer-reviewed it) to use in evaluation of risk to users of pesticide concentrates in areas outside the home, they justified it by stating that the UK-POEM "*is considered a suitable model for home use pesticide applications because…*":

    a) it is an internationally-developed model based on a robust dataset,
    b) it allows for small, handheld sprayers and smaller container sizes for the mixing and loading making it more suitable for a home user, and
    c) it specifically includes user scenarios that more accurately reflect home applications than the commercial models."[32]

68. The POEM model is a long-standing, generally-accepted and peer-reviewed method of calculating dermal absorption for a variety of liquid agents, a method which Defendant has itself applied in prior studies and publications. Defendant has omitted critical information and produced misleading statements to the court.

---

[29] Lawson, et. al., "Three Methods to Assess Levels of Farmers' Exposure to Pesticides in the Urban and Peri-urban Areas of Northern Benin, 2017, Tunisian Journal of Plant Protection 91 Vol. 12, No. 1.

[30] EPA, "Risk Assessment Methodology for Hazardous Substances: How to assess the risk, cost and benefit of new hazardous substances for use in New Zealand," 2018, Environmental Protection Authority.

[31] Illyassou, K., et al., "Risk Assessment for Small Farmers Exposed to Plant Protection Products in the Niger River Valley," 2017, Comm. Appl. Biol. Sci.

[32] EPA, "Risk Assessment Methodology for Hazardous Substances: How to assess the risk, cost and benefit of new hazardous substances for use in New Zealand," 2018, Environmental Protection Authority.

**P. Inappropriate Application of POEM Model**

> "… Dr. Sawyer admitted, POEM is designed to estimate pesticide exposure in pesticide spray operators in the United Kingdom, and because it is a regulatory formula, it systematically overestimates exposure. Dr. Sawyer further conceded that the model is not calibrated for glyphosate and was instead created using a "surrogate chemical," [pg. 10, lines 9-14]

69. Defendant contends that the POEM model *"…is not calibrated for glyphosate."* It is a matter of record (as described herein) that the POEM method has been widely used in peer-reviewed research studies and tested for reliability using glyphosate (Roundup).[33] In fact, the POEM methodology is designed for use with many liquid agents. Defendant's reference to a "*surrogate chemical*" reflects the fact that the POEM model was designed to perform dermal absorption calculations for *any liquid agent* – not just glyphosate. Defendant's objections are predicated on the theory that the POEM is not designed specifically or only for glyphosate. The POEM model is designed to determine how much liquid makes contact with the skin. The model then incorporates the input of a dermal adsorption factor for the specific chemical (such as glyphosate) which the POEM is then calibrated to.

70. I have referenced studies where actual glyphosate/Roundup was experimentally sprayed with various patches attached to the applicator's clothing. These patches were then tested for the quantity of glyphosate impacting the various body areas. The POEM model uses this data to calculate dermal exposure which is then multiplied by the percent (%) dermal absorption factor. One of the key studies was conducted by Monsanto using human applicators with patches affixed to their clothing.[34]

71. A 2010 biomonitoring study conducted by Monsanto[35] using the UK POEM showed that home garden users, working in t-shirt, shorts and without gloves, experienced higher glyphosate exposures per hour than professional pesticide applicators. The hourly rate of exposure ranged from 0.066 to 0.67 mg/kg over 6 hours (0.011 - 0.11 mg/kg/hr) in professional applicators compared to a dose of 0.12 mg/kg for

---

[33] Lawson, A., et al., "Three Methods to Assess Levels of Farmers' Exposure to Pesticides in the Urban and Peri-urban Areas of Northern Benin," 2017, Tunisian Plant Protection Journal, Vol.12, pp. 91–108.

Illyassou, K., et al., "Risk Assessment for Small Farmers Exposed to Plant Protection Products in the Niger River Valley," 2017, Comm. Appl. Biol. Sci.

[34] "Operator exposure assessment for MON 2139, UK – Case", pgs. 13 of 23 and 22 of 23.

[35] Monsanto, "Glyphosate MON 76473 Document MIII – Tier II, Summary and hazard assessment, Section 3," 2010, Toxicological studies (annex III, Point 7), Monsanto Company.

residential users over 30 minutes; i.e., 0.24 mg/kg/hr. This study by Monsanto provides evidence that the POEM has been used by Monsanto as recent as 2010 for home and garden use.

**Q. Failure to Consider Alternative Causative Factors**

> "Dr. Sawyer's analysis of the other possible risk factors fares no better. He acknowledges in his report that Mrs. Stevick was exposed to radiation as part of her work as a speech therapist, and that radiation is a known risk factor for diffuse large B-cell lymphoma (DLBCL), the umbrella term for the subtype of NHL that Mrs. Stevick has. But he eliminated it as a cause at his deposition based only on unidentified and as-yet-unproduced "studies of nurses and dental assistants." It is also undisputed that Mrs. Stevick was exposed to various chemicals including benzene and mecoprop, which Dr. Sawyer admits are known risk factors for DLBCL. But Dr. Sawyer ruled out these potential causes at his deposition without doing any calculations to quantify Mrs. Stevick's cumulative exposure to such chemicals." [Page 12, lines 13-23]

72. Defendant's contention is both highly misleading and factually incorrect. With respect to diseases, on page 13 of my November 20, 2018, report, I stated:

> "She has never been diagnosed with any immune disorders, lupus, ulcerative colitis, ulcers, Crohn's disease, rheumatoid arthritis, diabetes, Epstein-Barr virus, Hepatitis C, obesity or celiac disease."

73. I further questioned Ms. Stevick with respect to exposures and the various conditions cited above. Also in my report, I assessed potential radiological exposures. On page 14, I stated:

> "Ms. Stevick was never exposed to radiation as a child but as an adult, she would perform swallow studies in radiology as part of her work as a speech therapist. 'I would be present for the X-ray to analyze but we always wore huge protective gear – bib and a thyroid collar.' (She did not wear anything to protect her head.) Over the course of her career (30 years), she attended approximately 15 of these X-rays."

74. Radiation was clearly identified as a risk factor on page 14 of my report. I have had considerable training and experience with gamma emissions from naturally occurring radiation sources (NORM), specific radionuclides (Th, U, etc.) as well as gamma emissions from diagnostic instrumentation. Ms. Stevick wore heavy protective gear during approximately 15 video-fluoroscopic swallowing study exposure events. Radiation dose exposures during video-fluoroscopic procedures

24