Robin Greenwald
**Weitz & Luxenberg**
700 Broadway
New York, NY 10003
Telephone: (212) 558-5500
Facsimile: (212) 344-5461
rgreenwald@weitzlux.com

Michael Miller
**The Miller Firm LLC**
108 Railroad Avenue
Orange, VA 22960
Telephone: (540) 672-4224
Facsimile: (540) 672-3055
mmiller@millerfirmllc.com

Aimee H. Wagstaff (SBN 278480)
**ANDRUS WAGSTAFF, PC**
7171 W. Alaska Drive
Lakewood, CO  80226
Telephone: 303-376-6360
Fax: 303-376-6361
aimee.wagstaff@andruswagstaff.com

Attorneys for the Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| *Dickey v. Monsanto Co.*, 3:19-cv-04102 | **DECLARATION OF ROBIN L. GREENWALD IN SUPPORT OF PLAINTIFFS' RESPONSE IN OPPOSITION TO MONSANTO COMPANY'S MOTION TO EXCLUDE TESTIMONY OF DR. CHARLES BENBROOK** |
| *Domina v Monsanto Co.*, 3:16-cv-05887 | |
| *Giglio v. Monsanto Co.*, 3:16-cv-05658 | |
| *Janzen v. Monsanto Co.*, 3:19-cv-04103 | |
| *Mendoza v. Monsanto Co.*, 3:19-cv-06046 | |

*Perkins v. Monsanto Co.*, 3:16-cv-06025

*Pollard v. Monsanto Co.*, 3:19-cv-04100

*Russo v. Monsanto Co.*, 3:16-cv-06024

*Sanders v. Monsanto Co.*, 3:19-cv-05752

*Tanner v. Monsanto Co.*, 3:19-cv-04099

I, Robin L. Greenwald, hereby declare as follows:

1. I am an attorney at Weitz & Luxenberg, P.C., attorneys of record for Plaintiffs. I submit this declaration in support of Plaintiffs' Response in Opposition to defendant Monsanto Company's Motion to Exclude Testimony of Dr. Charles Benbrook. I submit this declaration based upon my personal knowledge of the facts stated in this declaration, and if called to testify, I could and would competently testify to the matters stated herein.

2. Annexed hereto as Exhibit 1 is a true and accurate copy of the trial testimony of Dr. Benbrook in *Johnson v. Monsanto Co.*

3. Annexed hereto as Exhibit 2 is a true and accurate copy of Benbrook, Carcinogen Policy at EPA, *Science*, Vol. 219, 798 (1983).

4. Annexed hereto as Exhibit 3 is a true and accurate copy of Dr. Benbrook's Curriculum Vitae.

5. Annexed hereto as Exhibit 4 is a true and accurate copy of Dr. Benbrook's Congressional testimony, dated September 7, 1988.

6. Annexed hereto as Exhibit 5 is a true and accurate copy of Benbrook, C., *How did the US EPA and IARC reach diametrically opposed conclusions on the genotoxicity of glyphosate-based herbicides?*, Environ Sci Eur 31:2 (2019).

2

DECLARATION OF ROBIN L. GREENWALD IN SUPPORT OF PLAINTIFFS'RESPONSE IN OPPOSITION
TO MONSANTO'S MOTION TO EXCLUDE TESTIMONY OF CHARLES BENBROOK
MDL NO. 2741

7. Annexed hereto as Exhibit 6 is a true and accurate copy of *Some food for thought – A short comment on Charles Benbrook's paper 'How Did the U.S. EPA and IARC Reach Diametrically Opposed Conclusions on the Genotoxicity of Glyphosate-based Herbicides?' and its implications*, Environ Sci Eur 31:3 (2019).

8. Annexed hereto as Exhibit 7 is a true and accurate copy of Dr. Benbrook's Materials Considered List.

I hereby declare under the penalty of perjury that the facts set forth herein are true and accurate.

Executed this 10th day of December, 2019.

    Respectfully submitted,
    /s/ Robin Greenwald
    Robin Greenwald
    rgreenwald@weitzlux.com
    Weitz & Luxenberg
    700 Broadway
    New York, NY 10003

    *Co-Lead Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 10th day of December, 2019, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

/s/ Robin L. Greenwald