# Exhibit 1

1          SUPERIOR COURT OF THE STATE OF CALIFORNIA

2                   COUNTY OF SAN FRANCISCO

3

4   DEWAYNE JOHNSON,

5                Plaintiff,

6        vs.                    Case No. CGC-16-550128

7   MONSANTO COMPANY, et al.,

8                Defendants.
    _____/
9

10

11

12       Proceedings held on Friday, July 27, 2018,

13       Volume 18, Morning Session, before the Honorable

14       Suzanne R. Bolanos, at 9:11 a.m.

15

16

17

18

19

20

21  REPORTED BY:

22  LESLIE ROCKWOOD ROSAS, RPR, CSR 3462

23  Job No. 2965334A

24

25  Pages 3812 - 3943

```
 1  APPEARANCES:

 2

 3  FOR THE PLAINTIFF:

 4        R. BRENT WISNER, ESQ.

 5        BAUM, HEDLUND, ARISTEI, GOLDMAN PC

 6        12100 Wilshire Boulevard, Suite 950

 7        Los Angeles, California 90025

 8        310-207-3233

 9

10        DAVID DICKENS, ESQ.

11        JEFFREY TRAVERS, ESQ.

12        THE MILLER FIRM, LLC

13        108 Railroad Avenue

14        Orange, Virginia 22960

15        540-672-4224

16

17  FOR THE DEFENDANT:

18        SANDRA A. EDWARDS, ESQ.

19        FARELLA BRAUN + MARTEL LLP

20        235 Montgomery Street

21        San Francisco, California 94104

22        415-954-4400

23

24

25
```

1  APPEARANCES (Continued):

2

3  FOR THE DEFENDANT:

4       GEORGE C. LOMBARDI, ESQ.

5       JAMES M. HILMERT, ESQ.

6       WINSTON & STRAWN LLP

7       35 West Wacker Drive

8       Chicago, Illinois 60601

9       312-558-5969

10

11       KIRBY T. GRIFFIS, ESQ.

12       HOLLINGSWORTH LLP

13       1350 I Street, N.W.

14       Washington, D.C. 20005

15       202-898-5800

16

17

18

19

20

21

22

23

24

25

1                    INDEX OF PROCEEDINGS

2

3  WITNESS                    DIRECT   CROSS   REDIRECT   RECROSS

4  CHARLES BENBROOK              3853

5

6

7

8                     EXHIBITS ADMITTED

9                          (None.)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1            Friday, July 27, 2018

2                 9:11 a.m.

3                 Volume 18

4              Morning Session

5          San Francisco, California

6              Department 504

7          Judge Suzanne Ramos Bolanos

8

9                 PROCEEDINGS

10

11          THE COURT:  Good morning, Counsel.

12          MR. WISNER:  Good morning, your Honor.

13          THE COURT:  So I understand there are a few

14 issues that you wish to discuss, but I just want to make

09:11:04   15 sure that we have everything set for Dr. Benbrook.  Any

16 further discussions we need to have about him or his

17 testimony?

18          MR. GRIFFIS:  I further met and conferred with

19 Mr. Wisner this morning, and he told me that he did not

09:11:18   20 expect to be using any corporate documents with

21 Dr. Benbrook.  So let's see how it goes.  That was my

22 main concern, so I'm hoping that things will work out

23 well.

24          THE COURT:  Okay.  Great.

09:11:35   25          Was there something else, Ms. Edwards?

```
 1            MS. EDWARDS:  Not on Dr. Benbrook.  I have a
 2 different --
 3            THE COURT:  Okay.  Very good.
 4            MS. EDWARDS:  Your Honor, we emailed a proposed
 5 curative instruction about Dr. Sawyer last night to
 6 plaintiff's counsel.  If I can provide a copy of that to
 7 your Honor.
 8            THE COURT:  Oh, yes, please.
 9            MS. EDWARDS:  And our request would be that that
10 be read this morning so that it is recent in the jurors'
11 minds.
12            But, your Honor, we have a slightly bigger
13 issue.  We went back and reread Dr. Sawyer's testimony
14 yesterday, and it is replete with violations of this
15 Court's motions in limine and this Court's rulings on
16 hearsay.  I believe we counted somewhere between 26 and
17 29 violations, including referencing a ban on POEA, which
18 your Honor had excluded moments before he took the stand.
19 He volunteered that on direct.  He mentioned PCBs.  He
20 mentioned endocrine disruptors.  All of those were the
21 subject of motions in limine.
22            He is a very professional expert witness, and
23 frankly, he knew better than to do what he was doing.
24 Towards the end of his testimony he volunteered, "Boy,
25 there are a lot of studies out there.  If only I could
```

09:11:43 (line 5)
09:11:55 (line 10)
09:12:18 (line 15)
09:12:41 (line 20)
09:12:54 (line 25)

3817

1 tell you about them, but I can't.  I'm prohibited from

2 doing so."

3          So we considered asking the Court to strike the

4 entirety of his testimony, given the egregious nature of

09:13:06   5 what happened yesterday.  As a compromise, we've put

6 together the testimony that we believe should be stricken

7 so that plaintiffs cannot refer to it in closing and they

8 can't use it with another witness.  I previewed this

9 briefly for Mr. Dickens this morning.

09:13:38   10          And there are comments in there, your Honor,

11 about, "And there are other things, but I can't talk

12 about them.  I'm not allowed to."  "There's been a lot

13 published on this.  I'm not permitted to tell you where

14 or why, but it's been heavily published or criticized

09:13:54   15 with respect to."

16          There are -- we have 26 quotes -- 25 quotes in

17 here, your Honor, that are violations of your orders or

18 your own rulings, and I believe they just simply should

19 be stricken.

09:14:08   20          THE COURT:  So who's responding for --

21          MR. WISNER:  I will, your Honor.  I haven't had

22 a chance to review all these pieces of testimony they

23 seek to strike.  Looking at a few of them, they seem to

24 be violations of no orders.  That -- for example,

09:14:23   25 Dr. Sawyer reviewed Monsanto documents and Monsanto

1  studies.  That fact itself is not hearsay, so it's not an

2  issue.  Him relating the facts of those studies, then

3  we're starting to get into hearsay area, but again,

4  experts are allowed to rely on hearsay if they form the

09:14:41  5  basis of his opinion, which I believe he was explaining

6  in all these contexts.  I really do need to take a look

7  at these carefully.

8       I also need to check and see if they have timely

9  objected to them.  If they didn't object at the time that

09:14:56  10  the statement was given during trial, it's waived.

11  That's basic California Evidentiary Code.  So we can't go

12  after the fact and, sort of, revisit issues of testimony

13  because they've had a chance to review them.  You have to

14  do that at the time so it can be corrected at the time by

09:15:11  15  the Court and by us if we have to ask follow-up

16  questions.

17       After the fact going back and trying to strike

18  things, even though they didn't object at the time, is a

19  problem.  But I don't know.  I have to go look through

09:15:24  20  this, your Honor, before I can really respond to it

21  intelligently beyond these general considerations.

22       THE COURT:  Okay.  That's fine.  Then why don't

23  you review their proposal with regard to striking the

24  portions of Dr. Sawyer's testimony, and then we'll

09:15:40  25  discuss it further after you've had a chance to review

3819

1  it.  Now --

2         MR. WISNER:  Your Honor, one other thing, the

3  curative instruction.

4         THE COURT:  Yes.  So that's what I wanted to

09:15:47  5  discuss now.  So have you reviewed the curative

6  instruction?

7         MR. WISNER:  Yes, your Honor.  Do you have it in

8  front of you?

9         THE COURT:  I do now, yes.

09:15:54  10        MR. WISNER:  Okay.  So we don't have an

11  objection to it, even to it being given right now, with

12  the exception of one sentence which we believe is just

13  superfluous.  It's the sentence that says, "If

14  information is not presented to you, it is because I have

09:16:06  15  made the decision for good reasons."  That's extraneous

16  to the instructions.  The rest of the instruction is

17  valid law.  You imposing your opinion about evidence or

18  whatever, I think is a bid odd, and I don't think that's

19  an appropriate part of the instruction.  So just that

09:16:21  20  sentence is the only problem with this instruction.  The

21  rest of it seems fine with us.

22         And for what it's worth, it should cure any

23  problem that they're worried about with the testimony,

24  but we can, again, discuss that as I look through it

09:16:38  25  closer.

1          MS. EDWARDS:  And, your Honor, we would request

2     that language be read, in particular because of

3     Dr. Sawyer's violation of your clear ruling on motions *in*

4     *limine*.   That was evidence this Court ruled was excluded.

09:16:48   5     We take at face value Mr. Dickens' representations that

6     he instructed this witness not to volunteer the ban, not

7     to volunteer endocrine disruptors and the numerous other

8     motions *in limine* he violated.

9          THE COURT:  All right.  Well, I would suggest

09:17:04   10    changing that sentence to:  "If information is not

11    presented to you, it is because I have made that decision

12    for legal reasons."

13         MS. EDWARDS:  That's fine, your Honor.

14         MR. WISNER:  We'd be entirely okay with that.

09:17:14   15    THE COURT:  Okay.  So then with that one

16    modification, then I'll read that this morning.

17         MS. EDWARDS:  Thank you, your Honor.

18         THE COURT:  Okay.  Is there anything else we

19    need to take up before we let the jurors in?

09:17:27   20    MR. WISNER:  Yes.  We have to discuss the two

21    Acquavella issues, just to get those resolved now --

22         THE COURT:  Okay.

23         MR. WISNER:  -- so we know where we stand.

24         Since they're their objections, I think they

09:17:41   25    should probably explain to the Court the problem and then

```
 1  we'll respond.
 2         THE COURT:  Okay.  So are these objections to
 3  exhibits?
 4         MR. WISNER:  My understanding is one is an
 5  objection to an exhibit -- or they both are.  I really am
 6  not clear, so I actually think he should just explain
 7  what his concerns are, and I can respond.  We have met
 8  and conferred on a bunch of other objections, and we've
 9  withdrawn a lot of documents and stuff, and these are the
10  things that they wouldn't agree to, so I don't know what
11  they --
12         THE COURT:  All right.
13         MR. WISNER:  -- are exactly.
14         THE COURT:  If there are specific exhibits, may
15  I have a copy of them?
16         MR. WISNER:  I actually have a copy of the
17  binder for you.
18         THE COURT:  Okay.  Great.
19         MR. WISNER:  Unfortunately, the transcripts are
20  not in here.  Here, I'll give you mine.  It's not
21  stapled.  I'm sorry.
22         MR. GRIFFIS:  I'm sorry, your Honor.
23         THE COURT:  That's fine, Mr. Griffis.  Are there
24  particular exhibits or portions of the transcript we
25  should be discussing?
```

09:17:49
09:18:09
09:18:15
09:18:20
09:19:06

1          MR. GRIFFIS:  Both, your Honor.  The first issue

2  is Tab 4, which is Plaintiff's Exhibit 155.

3          THE COURT:  I'm sorry, what's the exhibit

4  number?

09:19:17   5          MR. GRIFFIS:  Plaintiff's Exhibit 155.  It

6  should be Tab 4.

7          MR. WISNER:  In your binder, your Honor, it's

8  Tab 2.

9          THE COURT:  Okay.  Very good.  So Plaintiff's

09:19:27  10  Exhibit 155.  Okay.

11          MR. GRIFFIS:  Yes.  So --

12          THE COURT:  This is an email from Mr. Heydens to

13  Mr. Acquavella.

14          MR. GRIFFIS:  Right.  And it's asking:  "How

09:19:37  15  many hours did you spend on the litigation piece," and

16  it's about billing as between two different billing

17  buckets, one being external law firm litigation.  The

18  accompanying testimony--

19          THE COURT:  I'm sorry.  If I can ask for a point

09:19:53  20  of clarification.

21          MR. GRIFFIS:  Yes.

22          THE COURT:  Remind me again who -- all right.

23  Bill Heydens is a Monsanto employee.  His video

24  deposition has already been played for the jury.  Who is

09:20:01  25  John Acquavella?

3823

1          MR. GRIFFIS:  John Acquavella is a former

2    Monsanto employee and epidemiologist, and he was

3    communicating with him about consulting issues.

4          THE COURT:  And so he's consulting for Monsanto

09:20:16   5    in this exchange?

6          MR. GRIFFIS:  That's right.

7          THE COURT:  Okay.  All right.

8          MR. GRIFFIS:  So the related testimony is on

9    page 56.  The exhibit is marked.

09:20:33   10          MR. WISNER:  So, your Honor, to look at the

11    transcript I gave you, you have to look at the small

12    numbers in the clips at the top for the page.

13          THE COURT:  Okay.

14          MR. GRIFFIS:  It's page 56 of the deposition,

09:20:44   15    not of the printout.

16          THE COURT:  Okay.  Page 56?

17          MR. GRIFFIS:  Right.  So this is the questioning

18    here.  You know, our attorney asserted attorney-client

19    privilege and work product and the right to claw back the

09:21:02   20    document.  And this was all about invoicing for

21    litigation, which is irrelevant, prejudicial and raises

22    the issue of other litigation in a very serious way.

23          It's not material to Dr. Acquavella's

24    epidemiology work, his scientific opinions or anything

09:21:24   25    else.  It's just showing the form of his payment, and

09:21:47

1 it's all replete with conversations about litigation,

2 sending bills to law firms, et cetera.  So we believe

3 that the document and the associated testimony should

4 come out on the basis of both irrelevant and the motion

5 *in limine* on other litigation, which was granted with

6 respect to all issues except for the five or six

7 complaints about which we need to have a conversation

8 with your Honor later.

9 　　　　MR. WISNER:  Your Honor, I think to understand

09:22:05

10 this, you have to start a little bit earlier in the

11 transcript.  So in your thing, it's the part starting on

12 page 54, 21, the clip.

13 　　　　THE COURT:  Okay.

14 　　　　MR. WISNER:  All right.  And he's asked:  "Are

09:22:19

15 you aware that your attorneys" -- he's talking about the

16 people representing him.  He goes:  "So is it your

17 testimony that you have not provided litigation

18 consulting for glyphosate, 'yes' or 'no'?"

19 　　　　THE COURT:  I'm sorry.  What line are you

09:22:29

20 reading from now?

21 　　　　MR. WISNER:  Oh, I'm sorry.  I'm starting on

22 page 54, 21, and then -- I'm starting on page 55, line 1,

23 so the question is:  "So is it your testimony that you

24 have not provided litigation consulting?"

09:22:43

25 　　　　Do you see that, your Honor?

1          You can't look at the bottom number.  You have

2 to look at the numbers in the whole --

3          THE COURT:  Right.  So 54, 21 is:  "Question:

4 Are you aware that they're your attorneys?"

09:22:58      5          MR. WISNER:  That's correct.  And the next

6 question is what we're talking about.

7          THE COURT:  "Well, I'm aware they're here with

8 me today and helping me testify appropriately.  My

9 understanding is I'm here as a fact witness today."

09:23:08     10          MR. WISNER:  That's correct.

11          THE COURT:  Then, "Question:  That wasn't my

12 question."

13          MR. WISNER:  Yeah.  "Have you, since 2015,

14 provided litigation consulting for glyphosate?"  And just

09:23:18     15 to give you some context as to why we're asking these

16 questions, Johnson Acquavella was Monsanto's chief

17 epidemiologist for over several decades -- over a decade

18 back in the day.

19          At this time, he's no longer an employee of

09:23:31     20 Monsanto.  And he's testifying, essentially, as a third

21 party.  However, he is being hired and paid to offer

22 litigation consulting related to glyphosate.  And we're

23 drawing that out to impugn his credibility.  It goes to

24 his credibility as a witness; right?  Because he's

09:23:49     25 actively working in a litigation capacity for Monsanto.

1 He's not truly a, sort of, independent third party, is

2 what we're trying to get at.

3        We asked him, "Have you, since 2015, provided

4 litigation consulting for glyphosate?

09:24:00   5        "Answer:  I think all I've done is provided

6 scientific consulting on the literature -- exposure

7 assessment literature, epidemiology literature.  And

8 consulting has been, you know, strictly scientific.

9        "Not litigation?

09:24:13  10        "Well, I'm here today, and this is litigation,

11 but I'm not working on any glyphosate cases.

12        "Question:  Your job has been to write

13 litigation pieces; right?  That's what you do; right?  Is

14 that true or not?

09:24:26  15        "Over what period of time?

16        "Since 2015.

17        "I haven't written anything I consider to be a

18 litigation piece.  I've written -- I've written some

19 scientific reviews.  I've provided testimony at

09:24:38  20 regulatory hearings.

21        "Right."

22        Then we handed him the document that's at issue.

23 And in the document, it is an email exchange from

24 Bill Heydens, who is Monsanto's, you know, chief

09:24:48  25 toxicologist guy.  And he's writing to John Acquavella.

1 And this is in January of 2016.  So this is right there

2 when Mr. Johnson is actually, technically, potentially

3 still spraying Roundup.

4          And as you can see, "Bill, see attached."  This

09:25:03  5 is from Johnson Acquavella to Bill Heydens.  "See

6 attached.  My consulting on glyphosate litigation.  I did

7 not bill you for that last time last month, even though

8 I've now learned that it was one-off.  Hope I've not

9 caused a problem."

09:25:18  10         And then he responds.  "John, how many hours did

11 you spend on the litigation piece?  My reason for asking

12 is I might have to change course on who pays for what."

13         All right?  So this is, sort of, directly

14 contradicting what he's saying in his testimony.  And

09:25:34  15 then we showed it to him.  And he then tried to explain

16 it away and give his answer.  But that goes to his

17 credibility.

18         So it's relevant here, because it's directly

19 related to his credibility as a testifying witness.  It

09:25:48  20 would be like an expert for Monsanto taking the stand and

21 saying, "You're being paid by Monsanto to offer opinions

22 regarding litigation."  That's relevant.  So that's why

23 this portion is relevant.

24         We're not getting into other cases.  There's no

09:26:00  25 mention of thousands of other cases.  And, in fact, as

3828

1    the Court is going to be taking judicial notice, it's

2    reasonable to infer that this is related to those cases

3    that were filed that we're taking judicial notice of.  So

4    this is violation of no -- and it's not prejudicial.

09:26:17    5         THE COURT:  All right.  So what is the purpose

6    of calling John Acquavella to testify?  Is it to probe

7    him on Monsanto's state of mind regarding the science on

8    glyphosate?  Or what is the purpose of calling

9    Acquavella?  What is the purpose of his testimony?

09:26:33    10        MR. WISNER:  That's a bigger question.  There's

11   a lot.  There are several purposes.  I'll run through

12   them quickly.  The first one, obviously, is he's a fact

13   witness; right?  He was there at the time that the

14   epidemiological literature was coming out.  He was making

09:26:46    15   statements about the literature internally.  Statements

16   that they're not even objecting to.  I mean, these are

17   internal email documents, whether he's admitting that

18   this shows a risk or that shows a risk.  So that goes to

19   the failure-to-warn issue.

09:27:00    20        THE COURT:  Okay.  So it's Monsanto's state of

21   mind with regard to their obligation to warn.  Okay.

22        MR. WISNER:  Exactly.  And actually to the

23   validity of the science as well, because he's an

24   epidemiologist.

25        THE COURT:  Okay.

3829

1          MR. WISNER:  He's talking about the quality of

2     the studies.

3          He's also relevant to -- after the IARC

4     Monograph came out, there was this joint glyphosate task

09:27:19   5     force panel manuscript; right?  And there's a lot of

6     testimony about his role in that.

7          Now, he wasn't working at Monsanto at the time,

8     but he was a paid consultant.  And his contract between

9     him and Monsanto is coming into evidence.  And he was one

09:27:34   10    of the lead authors on the manuscript.  And in the

11    manuscript, it says Monsanto saw no drafts, had no direct

12    role in putting this together, when, in fact, we have the

13    documents and, in fact, his own testimony saying it's not

14    true.  Even though his name's on it.

09:27:51   15         THE COURT:  So he was -- your position is he was

16    consulting for Monsanto?  Okay.  So that --

17         MR. WISNER:  That's admitted, but yes.

18         THE COURT:  Right.  So that goes to impeach his

19    credibility; right?

09:28:00   20         MR. WISNER:  Exactly.

21         And then the publication that was ultimately

22    issued suggested that he was not a consultant.  And

23    that's the problem.  And that shows --

24         THE COURT:  Which publication?

09:28:10   25         MR. WISNER:  They published a series of five

3830

1  articles after IARC, this expert panel.  They talked

2  about epidemiology and talked about -- and all the

3  different issues here.  We've heard a lot of testimony

4  from Bill Heydens about it already.  And he was one of

09:28:25  5  the people who was the leader in putting together at

6  least the epidemiology section.  And so this goes --

7  there's some discussions about that.  So that's a fact

8  issue as well.  Although, that's a fact issue that's not

9  when he was working at Monsanto, just as a consultant.

09:28:36  10  I'm just talking about the purpose of his testimony.

11          And just so you know, those publications were

12  submitted to the EPA and were cited and relied upon by

13  the EPA.  So that's why it's relevant.

14          And then, finally, he offered some -- he offered

09:28:49  15  some testimony about basic scientific issues that he had

16  written about, like, in the early '90s.  That's the next

17  exhibit.  My colleague, Mr. Travers, is going to discuss

18  that when we get to it.

19          But he offers testimony about the scientific

09:29:03  20  stuff that actually in many ways comports with what our

21  experts are saying and contradicts their own experts.  So

22  that's relevant as well.

23          That's the three purposes, your Honor.

24          THE COURT:  Okay.  So you already have testimony

09:29:19  25  in evidence to show that he was consulting for Monsanto

3831

1 when he stated his opinions about glyphosate and warnings

2 and labels and -- et cetera; right?  So --

3        MR. WISNER:  We don't have evidence outside of

4 this about his work on litigation.  That's what I'm

09:29:42    5 saying.

6        THE COURT:  Well -- but you already have the

7 evidence that he was consulting.  I mean, what -- in

8 other words, what is the purpose of showing that he was

9 working on litigation?  It's the same purpose as showing

09:29:55    10 that he was a Monsanto consultant.  Namely that he has

11 bias, because he's working for Monsanto.

12        MR. WISNER:  Yeah.  But in the academic

13 community, disclosing that you're working as a litigation

14 consultant is different than saying, "I work as a generic

09:30:11    15 scientific consultant."

16        THE COURT:  How -- well, for purposes of

17 establishing his bias, how is it different that he's

18 working as a consultant versus a litigation consultant?

19 I mean, isn't that the same thing?  Isn't it just bias

09:30:25    20 that he's working on behalf of Monsanto?

21        MR. WISNER:  No.  He's not just working on

22 behalf of Monsanto generally on scientific issues; he's

23 working for Monsanto to refute lawsuits about a specific

24 product and a specific risk.  It's a very -- it's a very

09:30:38    25 tailored bias.  And that's not disclosed in the article

3832

1    that was published.

2            And that's the problem; right?  He's not just

3    consulting with Monsanto; he's actually helping them with

4    the litigation.  And we have other documents that say

09:30:52    5    that they were publishing these documents specifically in

6    anticipation of litigation.  So, you know, it ties the

7    whole story together.  And that's a very specific bias.

8            And Dr. Acquavella, in his depo, he actually

9    tries to come across as an independent expert, that he

09:31:09    10    doesn't have any biases.  He kind of goes off a couple

11    times about that.  This directly undermines that kind of

12    assertion.  So that's why it's relevant.  It's directly

13    relevant.

14            And the prejudice here is not undue; right?

09:31:22    15    Because the jury is going to hear about prior lawsuits

16    filed before this time period exactly.  This is in

17    January.  And he even specifies, "This is from last

18    month," you know, his bill that he's sending.  So it

19    proves that, in fact, he had been consulting even prior

09:31:37    20    to Mr. Johnson's last exposure.

21            So for the same reasons, right, that those prior

22    lawsuits are not unduly prejudicial, this cannot be

23    either.

24            MR. GRIFFIS:  May I have a turn, your Honor?

09:31:47    25            THE COURT:  Yes.  And, also, the transcript that

3833

1    I have here doesn't have the question that you referred

2    to, Mr. Wisner.

3             The transcript that I have has line -- page 58,

4    line 8.  And then it skips to page 55, line 12.  So I

09:32:05    5    don't have lines 9 through -- 9 through 12.

6             MR. WISNER:  58, line 8.  And it skips to?

7             THE COURT:  And then it skips to 58, line 12.

8    So -- so are you in agreement already on that?

9             MR. WISNER:  Yeah, let me make sure.  I'm

09:32:31   10    tracking it.  I have an older version where we've agreed

11    to stuff, so -- okay.

12             So 58, line 8.

13             THE COURT:  I'm missing lines 8 through 11 on

14    that piece of paper you gave me, which is towards the

09:32:52   15    top.  Towards the top.  Do you see where it skips from 8

16    to 11?

17             MR. WISNER:  "Wasn't my question" -- oh, yes.

18    So the question in between --

19             THE COURT:  Right.

09:32:57   20             MR. WISNER:  -- has between taken out.

21             THE COURT:  It has been taken out.

22             MR. WISNER:  Evidently, yeah.  And the question

23    was, just so you know --

24             THE COURT:  No.  I don't want to rule on it if

09:33:07   25    you've already agreed to take it out.  So you've already

```
 1  agreed to take it out; is that right?
 2          MR. WISNER:  Yes, we have.
 3          THE COURT:  Okay.  So may I have that out?  I
 4  just want to look at --
 5          MR. WISNER:  I just wanted to make sure it
 6  wasn't an error.
 7          THE COURT:  So does Mr. Griffis have this edited
 8  portion?
 9          MR. WISNER:  Yeah.  We've sent it to them
10  about 15 times this year.
11          MR. GRIFFIS:  I don't personally have it right
12  now.  I presume it hasn't been entered.  I don't object
13  to 58, 8 though 12 being out.
14          THE COURT:  Okay.
15          MR. GRIFFIS:  So, you know, what just happened
16  with the discussion of how this is relevant is an example
17  of, sort of, the concern that I have, that this little
18  document and this small bit of testimony is being
19  construed as Dr. Acquavella writing a bunch of litigation
20  hit pieces directed at specific issues.
21          All the document says is, "I did not bill you
22  for that time last month, even though I've now learned
23  it's a one-off."  He's talking about some little one-off
24  thing.
25          Dr. Acquavella -- I personally know this isn't
```

09:33:13 (line 5)
09:33:24 (line 10)
09:33:38 (line 15)
09:33:54 (line 20)
09:34:10 (line 25)

1  in the record -- consults on benzene litigation and not

2  on glyphosate litigation.

3        MR. WISNER:  It says it right there.  It says,

4  "Glyphosate litigation."

09:34:21  5        MR. GRIFFIS:  So this one-off is an exception to

6  that.  And that's not at all clear in the transcript,

7  which is -- and the impeachment here is just the way that

8  Mr. Miller sets things up.  He says, "You did this,

9  didn't you?"  And the witness either says, "I don't

09:34:39  10 remember," or, "I don't know," or, "Yes," or, "No," and

11 then he says, "Well, let's look at the document."  Boom.

12       So it's the same thing.  It's all part of the

13 document.  It's just a -- his particular tactic is to ask

14 that question up front, then show the document and ask it

09:34:56  15 again at the end, rather than have it in a different

16 order.  It's all about the document.  And the document is

17 not necessary to establish he was a consultant during the

18 relevant time period, which was established amply.  And

19 it brings up the, you know, aura of other law firms, the

09:35:14  20 billing outside law firms of litigation, et cetera.

21       Your Honor has ruled, and Judge Karnow has

22 ruled, that the proper -- what the jury can properly hear

23 about is six specific prior complaints in a very candid

24 way and not even see those complaints but just hear about

09:35:33  25 their existence.

1           But other law firm billing to -- billing --

2    other litigation billing to law firms, et cetera, is

3    prejudicial, your Honor.

4           THE COURT:  All right.  So he consulted on one

09:35:41    5    occasion on glyphosate.  And otherwise, he consults on

6    benzene litigation; is that right?

7           MR. GRIFFIS:  Benzene litigation and just

8    regulatory consulting on glyphosate, is my understanding,

9    though that is not in the record.  I'm just telling you

09:35:55   10    my understanding of this.

11           MR. WISNER:  So I want to be clear.  Is

12    Mr. Griffis representing to the Court that Acquavella has

13    only worked one time on glyphosate litigation?  I just

14    want to know if that's the representation being made to

09:36:09   15    the Court.

16           MR. GRIFFIS:  I'm representing to the Court that

17    my understanding is that his litigation consulting is

18    benzene and not glyphosate.  I see that this document

19    says, "Consulting on glyphosate litigation in the context

09:36:19   20    of a one-off."  So it sounds right to me, but I have not

21    done an investigation on this.

22           MR. WISNER:  Well, I just want to know --

23           MR. GRIFFIS:  He is a consultant.  That's amply

24    established.  And the inferences being drawn about this

09:36:31   25    document are part of the reason why it's prejudicial and

3837

1 shouldn't come in.

2        We've drawn a line about how other litigation is

3 going to be represented.  And this crosses that line.

4        MR. WISNER:  I just want to be clear.

5        THE COURT:  Okay.

6        MR. WISNER:  We haven't established whether or

7 not John Acquavella has only worked on one litigation

8 piece or one litigation case.

9        It's my understanding, your Honor, since we're

09:36:53 10 bringing in our understanding from outside the record, is

11 that he has consistently worked on glyphosate litigation.

12 And he has a contract about it.

13        So I don't think that's right.  But, I mean,

14 that's what Mr. Griffis is representing.  We'll go back

09:37:06 15 and check the documents and see if that's just untrue,

16 your Honor.

17        MR. GRIFFIS:  Well, nobody needs to heed my

18 representations about that.  My point is that this

19 document doesn't make that at all clear at all.  It talks

09:37:18 20 about a one-off episode and --

21        But anyway, the issue is really crossing the

22 line on the -- crossing the line that we have established

23 here.

24        THE COURT:  Okay.  So it's as a -- well, first

09:37:32 25 of all, are you able to verify?

1       MR. WISNER:  Yeah.  I have invoices stretching

2  over a year and a half of $160,000 in litigation

3  expenses.  Specifically relating to glyphosate.  Spanning

4  through 2015 to '14.  I'm actually looking at them on my

5  computer.

6       So I don't know for sure what Mr. Griffis is

7  referring to, saying that he only works on benzene.  I

8  have them right here, and they say, "Glyphosate."

9       THE COURT:  Well, as a matter of compromise, he

09:38:08  10  does say he -- Mr. Acquavella says, "I did not bill you

11  for that time last month, glyphosate litigation, even

12  though I've now learned that it was a one-off.  Hope I've

13  not caused a bother."

14       It's really Mr. Heydens' response that

09:38:32  15  speculates about future consulting.  And that's not

16  really discussed in the testimony.  So I think maybe the

17  appropriate thing to do is to just redact Heydens'

18  response and only introduce Acquavella's email saying,

19  "Here's my bill for the glyphosate litigation," which was

09:39:00  20  a one-time.

21       MR. WISNER:  The only thing that we would

22  like -- that's fine with us, your Honor, except for the

23  question asked by Dr. Heydens at the top of that email,

24  "How many hours did you spend on the litigation piece";

09:39:12  25  right?

```
 1            THE COURT:  Where is that question?

 2            MR. WISNER:  Oh, that's at the top of 155.  It's

 3  the first thing John Heydens says to John Acquavella,

 4  "John, how many hours did you spend on the litigation

 5  piece?"  After that, we can redact the rest.  But that

 6  question, in response to his sentence, ties directly into

 7  the questions that were asked of him.

 8            Because we asked him, "Did you prepare a

 9  litigation piece," and he basically said no.

10            Are you on Exhibit 155, your Honor?

11            THE COURT:  I'm on Exhibit 155.  Where is the

12  question in the transcript?

13            MR. WISNER:  Oh, oh.  It's not.  It's not.  But

14  we asked him, "Did you create a litigation piece?"

15  That's -- I read that to the Court earlier.  It's earlier

16  in the transcript.  That's how we start off with the

17  questioning, "Isn't it true that you write litigation

18  pieces for Monsanto?"  And he goes, "Oh, I just do

19  scientific stuff."

20            And so that's why we used that terminology,

21  because that's literally what Monsanto's chief

22  toxicologist is calling his work.

23            MR. GRIFFIS:  By the way, litigation piece is a

24  reference to the piece of his billing -- a portion of his

25  billing that pertains to litigation, as opposed to other
```

09:39:25 (line 5)
09:39:40 (line 10)
09:39:50 (line 15)
09:40:02 (line 20)
09:40:20 (line 25)

3840

1  issues.  Not a written document.  It's a piece that is

2  sent out for some purpose.

3          So we've got further confusion and equivocation

4  about this.  I don't think Mr. Miller wants to suggest --

5          THE COURT:  So the question --

6          MR. GRIFFIS:  -- that he's explaining litigation

7  pieces.  And that's not what the question is about.

8          THE COURT:  The question you're referring to,

9  Mr. Wisner, is at page 55, line 23?  Is that what you're

10 referring to?

11         MR. WISNER:  Yes, your Honor.

12         THE COURT:  Okay.  "So your job has been to

13 write litigation pieces; right?  That's what you do;

14 right?  Is that true or no?

15         "Answer:  Over what time period?

16         "Question:  Since 2015.

17         "I haven't written anything that I consider to

18 be a litigation piece.  I've written some scientific

19 reviews, provided testimony."

20         And then he -- to impeach him presumably on

21 that, Mr. Miller introduces this -- this exhibit.

22         MR. WISNER:  And then we ask the question -- is

23 this not in there?  It's on line 58, 1.  Is that not in

24 there?

25         Yeah, if your Honor looks at page -- starting on

09:40:51  (line 10)
09:40:59  (line 15)
09:41:10  (line 20)
09:41:42  (line 25)

3841

1 page 58, 1, the question is:  "John" -- he agrees.

2 Quote, he goes, "John, how many hours did you spend on

3 the litigation piece?"

4          THE COURT:  Okay.  So you may have that one

09:41:54   5 sentence in.  The rest should actually be taken out,

6 because it is -- it's not relevant.  So just redact the

7 rest of that email beyond the first question.

8          And then in the response, Mr. Acquavella says

9 he's only worked on it on one occasion -- worked on the

09:42:08   10 glyphosate litigation on one occasion.  Okay?

11          MR. WISNER:  Okay.  So I just want to be clear.

12 You want us to remove -- I agree, the rest of Bill -- of

13 Williams Heydens' email.  You mean John Acquavella's

14 email as well, initiating the question?  Because that --

09:42:23   15 you said, "The entire document."

16          THE COURT:  All right.  So the document, I

17 guess, begins on Thursday, January 7th, 2016, at

18 12:21 p.m.

19          Mr. Acquavella writes to Bill Heydens, saying,

09:42:40   20 "I worked on the glyphosate litigation once."  That's

21 fine.

22          Then Bill Heydens responds at 9:13 p.m.  So that

23 should be, "John, how many hours did you spend on the

24 litigation piece?"  The rest of that should be redacted.

09:42:57   25          MR. WISNER:  Yes.

```
 1                 THE COURT:  "Thanks, Bill."

 2                 MR. WISNER:  Perfect.  I just wanted to clarify.

 3                 THE COURT:  Okay.  Then what is the other issue?

 4                 MR. WISNER:  The other issue relates to another

 5  document.  My colleague, Mr. Travers, is going to be

 6  arguing that.  But I think we should probably start off

 7  with Monsanto's position, since they're the ones

 8  objecting.

 9                 MR. GRIFFIS:  This is Exhibit 154, which is

10  Tab 33 in my binder for --

11                 MR. WISNER:  It will be 16 in your binder, your

12  Honor.

13                 THE COURT:  All right.  So Exhibit 154, dated

14  July 22nd, 1997.

15                 MR. GRIFFIS:  And the objection is hearsay.

16  This is an out-of-court statement being offered for the

17  truth of the matter asserted.  It is authored by

18  John Acquavella, but it is a document that was created in

19  conjunction with another organization that he was

20  participating in, ACPA.  It's not a Monsanto document.

21                 So the objection is hearsay to this and

22  associated testimony.

23                 THE COURT:  So at this time he was not working

24  for Monsanto?

25                 MR. TRAVERS:  He -- he was Monsanto's
```

09:43:05
09:43:21
09:43:35
09:43:59
09:44:15

1  epidemiologist from 1990 to 2004.  So this document was

2  produced within the scope of his employment at Monsanto.

3  And -- and at -- in his deposition -- and the way this

4  was introduced, Mr. Miller asked him --

09:44:36  5        THE COURT:  Can you refer me to the line?

6        MR. TRAVERS:  Oh, yeah.  Sorry.  It's page 312,

7  20 to 312, 23, is when the document is first introduced.

8        THE COURT:  Just one second.

9        Page 312, 20.  Okay.

09:44:55  10        MR. TRAVERS:  And Mr. Miller asked him, "Prior

11  to those results being published" -- and he's referring

12  to the AHS study, which we'll hear ad nauseam about in

13  this trial.  "Way back in 1997, you had strong criticisms

14  about whether -- whatever results were going to come out

09:45:13  15  of AHS, didn't you?"

16        And Acquavella doesn't answer the question and

17  said, "Yes, do you have a document that I can look at?"

18  And Mr. Miller says, "I certainly do."  And he's handed

19  this exhibit.

09:45:30  20        And Acquavella -- from 313, 14 to 314, 07,

21  Acquavella confirms that he did, in fact, write it.  And

22  he says, on 313, 19, "I think it might be an ACPA

23  document that reflects the work that those of us who are

24  on the ACPA epidemiology panel did in our assessment of

09:45:56  25  the initial agricultural health study protocol."

1          ACPA stands for American Crop Protection

2   Association.  They're the lobbying group that represents

3   Monsanto and other pesticide manufacturers when dealing

4   with the US government.  And in this case, the National

09:46:16   5   Institute of Health.  So they're representing Monsanto.

6          And Acquavella -- John Acquavella's Monsanto's

7   interface with the ACPA to help the ACPA combat -- you

8   know, combat negative things for the pesticide industry.

9          So he's writing this within the scope of his

09:46:35   10   employment at Monsanto.  So it's a party admission.

11          And it also goes to his credibility, because

12   present day -- and you've heard this in opening, and

13   you'll hear it throughout defense argument, and

14   Acquavella wrote a manuscript about this stating how

09:46:55   15   great the AHS study is and how it's much better than all

16   of the case control studies.

17          When in 1997, before the results of AHS comes

18   out, this document illustrates all of the weaknesses of

19   the AHS study, which our experts have pointed out on the

09:47:13   20   stand.  And it confirms our experts' opinions about the

21   weaknesses of the study.

22          And -- and just to demonstrate that it is

23   actually being written on behalf of Monsanto, on

24   page 317 -- 317, 7 to 11, Mr. Miller points out that --

09:47:43   25   the third paragraph down, he writes, quote, "The downside

1   for industry and agriculture in this approach is that

2   exploratory research tends to yield certain findings."

3        So this piece is being written on behalf of

4   industry and Monsanto in particular.

09:48:06   5        And just to show how it impeaches Acquavella's

6   credibility, line 318, 01, he writes in this piece:  "The

7   exposure assessment in the AHS study will be inaccurate."

8   And that's what -- that's what our experts confirmed on

9   the stand.

09:48:28   10        Then on page 320, 11 through 13, Acquavella

11  writes, "Inaccurate exposure classification can produce

12  spurious results."  Exactly what our experts say on the

13  stand.  And it contradicts Monsanto's main defense of

14  this case.

09:48:49   15        And -- yeah, even if it's not the third

16  admission, it goes to his credibility.  And it goes to

17  Monsanto's state of mind at the time, reflecting its

18  beliefs about the weakness of the AHS study.

19        MR. GRIFFIS:  Mr. Travers was just extremely

09:49:17   20  clear that they want this in for the truth of the matter

21  asserted.  The unreliability of the AHS study, that's

22  what it's about.

23        This is a hearsay document.  It's an American

24  Crop Protection Association.  That's what Dr. Acquavella

09:49:30   25  said.  And that hasn't been contradicted.  It's an

3846

industry trade organization.  It's legally and otherwise

independent of Monsanto.  And there's been no showing

that he was somehow operating as a proxy for Monsanto in

his service for ACPA or the creation of this document.

09:49:48

          The ambit of trade organizations is to represent

the interests of the particular industry.  And so saying

that the type of industry and agriculture in this

approach is exactly what the ACPA exists for, it's to

protect -- it's to protect the technology that enables

09:50:09

crops to be grown effectively and efficiently in the

United States.  And it represents the people with an

interest in that.

          And Dr. Acquavella has an interest in that and

participates in that.  This was created by and for a

09:50:26

third party, and it's not something that can be imputed

to Monsanto.  So for hearsay reasons, your Honor.

          THE COURT:  But Mr. Acquavella was a Monsanto

employee as this time; right?

          MR. GRIFFIS:  Yes, your Honor.

09:50:37

          THE COURT:  So are you saying -- I mean, the

fact that he was active in this group, that was as part

of his job generally, as an epidemiologist, at Monsanto,

wasn't it?

          I mean, if he weren't an epidemiologist working

09:50:54

for Monsanto, he wouldn't have been on this committee,

3847

1 the epidemiology Working Group.

2          MR. GRIFFIS:  That is presumably true.  Members

3 are -- members are there representing the ACPA, though.

4 They're not serving as agents of their organization.

09:51:14   5          But -- but the idea that it can be imputed to

6 Monsanto is something that he's doing by and for another

7 organization can be imputed to Monsanto or a statement of

8 Monsanto, I think is an erroneous statement of the law.

9          It would suggest that any work that you do for a

09:51:32  10 trade organization or anything else, you need to watch

11 every word in the documents that you create, because they

12 can be admissions of your employer, which is not the --

13 not the intent of membership in outside organizations at

14 all.  Of course.

09:51:46  15          THE COURT:  Right.  So I'm not suggesting that

16 this comes in as an admission of Monsanto.  But I think

17 it does go to impeach his credibility with regard to

18 opinions that he's giving.  So I'll allow it.

19          MR. TRAVERS:  Thank you, your Honor.

09:52:01  20          MR. GRIFFIS:  Thank you.

21          THE COURT:  Anything further before --

22          MR. GRIFFIS:  Not with regard to Dr. Acquavella.

23          MR. WISNER:  No, your Honor.  I think we're

24 ready to proceed.

09:52:08  25          THE COURT:  Ready to proceed?  Okay.  Then let's

1  go ahead and let the jury in, please.

2          (Jury enters courtroom.)

3          THE COURT:  Good morning, Ladies and Gentlemen.

4  Welcome back.

09:54:36    5          My apologies again for the late start, but I

6  promise you that we are working very hard to try to

7  streamline everything so it will hopefully go as smoothly

8  as possible today.

9          Mr. Wisner, you may call your next witness.

09:54:49   10          MR. WISNER:  Yes, your Honor.

11          Before we do that, we are going to read a few

12  admissions into the record.

13          MR. GRIFFIS:  I believe there's also an

14  instruction to be read.

09:54:57   15          THE COURT:  Oh, yes.  Thank you for reminding

16  me.

17          Before we proceed with the next witness, I did

18  wish to read the following instruction to you:  "Members

19  of the jury, there are times when I make rulings that

09:55:09   20  prevent certain information from being presented to you

21  for legal reasons.  On those occasions, witnesses are

22  barred from discussing the information or referring to

23  the information.  If information is not presented to you,

24  it is because I have made that decision for legal

09:55:29   25  reasons.  You should disregard any reference to

3849

1  information that I have excluded and not speculate as to

2  what that information is."

3          All right.  Thank you.

4          Now you may proceed, Mr. Wisner.

09:55:44  5          MR. WISNER:  Thank you, your Honor.

6          Good morning.  I'm going to read you three

7  admissions that have been made in this case.

8          "Admission Number 10:  Request:  Admit that

9  Monsanto has not conducted a chronic toxicity study of

09:56:03  10 any of the glyphosate-containing formulations sold in the

11 United States as of June 29, 2017.

12         "Response:  Monsanto admits that after

13 reasonable inquiry into the information that is known or

14 reasonably obtainable, it has not identified any 12-month

09:56:22  15 or longer chronic toxicity studies that it has conducted

16 on glyphosate-containing formulations that were available

17 for sale in the United States as of June 29, 2017.  But

18 denies that Monsanto has not conducted toxicity studies

19 of shorter durations, genotoxicity studies and other

09:56:44  20 tests on formulated glyphosate-containing products sold

21 in the United States as of June 29, 2017.

22         "Monsanto also denies the request to the extent

23 it suggests that Monsanto has not conducted chronic

24 toxicity studies on glyphosate.  Monsanto otherwise

09:57:03  25 denies this request."

1          "Admission Number 12:  Request:  Admit that

2   Monsanto has never conducted an epidemiological study to

3   study the association between glyphosate-containing

4   formulations and non-Hodgkin's lymphoma.

09:57:27   5          "Response:  Denied.  Monsanto has conducted

6   epidemiological studies on glyphosate-containing

7   formulations, including the farm family exposure study.

8   Monsanto admits that that has not conducted a study

9   designed to examine specifically whether an association

09:57:46   10  exists between glyphosate-containing formulations and

11  non-Hodgkin's lymphoma.  However, multiple published

12  studies conducted by others show no association.

13          Finally, "Admission Number 4.  Request:  Admit

14  that after receipt of EPA's July 29, 1985, letter,

09:58:10   15  Monsanto stated that EPA's determination that glyphosate

16  was oncogenic," quote, "'would have serious negative

17  economic repercussions.'

18          "Response:  Monsanto denies this request as

19  written.  Monsanto admits that the cited document dated

09:58:30   20  March 13, 1985, states," quote, "'Monsanto is concerned

21  that even the initiation of formal regulatory action

22  would have serious negative economic repercussions, which

23  we believe are not justified by the scientific evidence.'

24          "Monsanto denies that this document was created

09:58:50   25  after Monsanto received EPA's July 29, 1985, letter,

1    MONGLY04269006-07.  Monsanto otherwise denies this

2    request."

3                With that, your Honor, we're ready to call our

4    next witness.

09:59:12    5                THE COURT:  Very well.

6                MR. WISNER:  At this time, the plaintiffs call

7    Dr. Charles Benbrook to the stand.

8                THE COURT:  Good morning, Dr. Benbrook.  If you

9    could please step up here and remain standing.  The clerk

09:59:26    10   will swear you in.

11

12                         CHARLES BENBROOK,

13          having been first duly sworn, was examined

14          and testified as follows:

15

16                THE CLERK:  Would you please state and spell

17   your name for the record.

18                THE WITNESS:  Yes.  Dr. Charles Benbrook,

19   C-H-A-R-L-E-S, Benbrook, B-E-N-B-R-O-O-K.

10:00:01    20                THE COURT:  Thank you.

21                You may proceed, Mr. Wisner.

22                MR. WISNER:  Your Honor, may I approach with the

23   binder and some water?

24                THE COURT:  Yes.

10:00:17    25                MR. WISNER:  Your Honor, I have one for the

3852

1 court as well.

2          THE COURT:  Oh, thank you.

3

4                    DIRECT EXAMINATION

5 BY MR. WISNER:

6     Q.  Good morning, Doctor.  How are you?

7     A.  Good morning, Mr. Wisner.  I'm fine.

8     Q.  I'd like to -- please introduce yourself to the

9 jury, say where you live and what you do.

10:00:34    10     A.  I live in Troy, Oregon, in the very northeast

11 corner of the state.  I'm glad to be down in

12 San Francisco.  I went to high school in Palo Alto.

13     Q.  And what do you currently do for a loving, sir?

14     A.  I'm a scientist that works on the impact of

10:00:50    15 agricultural production systems and toxicology on human

16 health, the environment, agriculture production,

17 economics of agriculture.  And I've done extensive work

18 over many years on pesticide regulation.

19     Q.  Let's go through a little bit about your history

10:01:06    20 and background.  Where did you go to college?

21     A.  I went to Harvard University.

22     Q.  And what degree did you receive at Harvard?

23     A.  An economics degree.

24     Q.  Was that a Bachelor of Science or Arts?

10:01:17    25     A.  Bachelor of Science.

1       Q.   What's the difference?

2       A.   Well, if you get a degree in English literature,

3  that's a Bachelor of Arts.   And if you get a degree in

4  physics or chemistry or biology or economics, that's a

10:01:33   5  science, and they give you a Bachelor of Science degree.

6       Q.   And after Harvard, did you go to graduate

7  school?

8       A.   Yes, I did.

9       Q.   And where did you attend graduate school?

10:01:42   10       A.   In Madison, Wisconsin.   The University of

11  Wisconsin at Madison.

12       Q.   What did you study while you were there?

13       A.   I studied agricultural economics.

14       Q.   And did you get a degree from there?

10:01:53   15       A.   Yes.   I received a Master's and a PhD.

16       Q.   And was that PhD specifically in agricultural

17  economics?

18       A.   Yes, sir.

19       Q.   Can you please just explain to the jury what is

10:02:04   20  agricultural economics?   What is that?

21       A.   Well, agricultural economists get involved with

22  the costs and profits of farming, the cost of technology.

23  And agriculture economists often get heavily involved in

24  policy issues, commodity programs, crop insurance,

10:02:24   25  pesticide regulation, trade, tariffs.   All the things

1  that affect the -- the economics of either agriculture

2  production at the farm level or the cost of food that

3  General Mills or Kellogg has to pay or the cost of food

4  at the grocery store.

10:02:42   5      Q.  And when you were getting your PhD, what did you

6  focus your studies on?

7      A.  I focused my doctorate dissertation work on the

8  impact of farm size and the growing concentration of

9  farms getting bigger and bigger on the intensity of input

10:03:00  10  use and the environmental impact of farming.

11          So I used agricultural census data across

12  counties and -- primarily in the midwest, corn/soybean

13  country -- and looked at the relationship between average

14  farm size and the pounds of nitrogen fertilizer applied,

10:03:20  15  the pounds of pesticides applied and what we knew at the

16  time about the impact on the environment, on soil health,

17  on water quality of those choices farmers were making.

18      Q.  Now, Doctor, I'm a bit confused.  Because my

19  understanding is that people who graduate from Harvard in

10:03:38  20  econ, they go work on Wall Street.  How did you end up in

21  Madison Wisconsin studying agricultural economics?

22      A.  Well, I had three small children, and the

23  grandparents were in northern Illinois.  And I applied to

24  two grad schools, and I had to pick between Stanford and

10:03:54  25  Madison.  And the grandparents won.

1      Q.   Okay.   After you got your PhD, what did you do?

2      A.   I -- I was actually in the middle of my PhD

3   program, and I kind of got recruited into an agriculture

4   policy job in the Council on Environmental Quality in the

10:04:16   5   Executive Office of the President at the end of the

6   Carter administration.

7           I had gone to DC for a conference on soil and

8   water conservation policy and had an opportunity to meet

9   several of the people that were active in the issues that

10:04:31   10   I was doing my dissertation on, actually.   And several

11   people told me about this job that was open in CEQ.

12   They're, kind of, worker bee agricultural specialists,

13   agricultural policy specialists.   And kind of on a

14   whim -- I mean, I was in the middle of my PhD program.   I

10:04:53   15   wasn't ready to enter the job market.

16           On a bit of a whim, I -- I went and talked with

17   them about the job, and they were very desperate to get

18   somebody in, because they didn't think there would be a

19   second Carter administration.   And, of course, they were

10:05:07   20   right.

21           They kind of made me an offer I couldn't refuse.

22   And they negotiated a deal with my academic department to

23   make it possible for me to fly back and forth to DC and

24   still finish my dissertation.

10:05:19   25           So I started my national federal agricultural

1 policy career at the tail end of the Carter

2 administration.

3      Q.  So it looks like the only thing that could beat

4 out your grandparents would be President Carter; is that

10:05:32  5 right?

6      A.  Well, I suppose.

7      Q.  Okay.  So you worked there, and obviously

8 President Reagan came into office.  What happened then?

9      A.  Well, I -- I had filled a professional

10:05:42  10 analytical job -- it's called a Schedule C appointment --

11 in the federal government.  And you serve at the pleasure

12 of the president.  And I, and essentially all of my

13 colleagues in CEQ, were -- lost their jobs at -- on the

14 day of the inaugural, when President Reagan came into --

10:06:02  15 came into office.

16      Q.  And after working for the Council on

17 Environmental Quality, what did you do next?

18      A.  I was very fortunate.  It was a long time ago.

19 I'll just remind people the republicans won the executive

10:06:22  20 branch, so, you know, EPA -- they also won control of the

21 senate.  But the democrats retained a majority in the

22 house.  And there was a sub-committee of the house ag

23 committee that had a new chairman that was hiring staff.

24 It happened to be the sub-committee of the house ag

10:06:41  25 committee that dealt with agriculture research, trade,

1  oversight of all of the USDA.  And it also had

2  jurisdiction over a federal law called FIFRA, which is

3  the Federal Insecticide, Fungicide, and Rodenticide Act

4  that -- the national pesticide law.  And, really, just by

10:07:02  5  accident, I was responsible for managing reauthorization

6  of the FIFRA statute.

7       Q.  Now, Doctor, the court reporter is looking at me

8  concerned, because I speak really quickly, and you speak

9  really quickly.  And if we both start speaking really

10:07:22  10  quickly, our heads will explode.  So let's both make an

11  effort to slow down.

12       A.  Okay.

13       Q.  All right.  So while you were working at this

14  sub-committee, what are some of the issues that you were

10:07:33  15  working on in that official capacity?

16       A.  The primary issues were pest management and

17  pesticide use related.  The Council on Environmental

18  Quality in the Carter administration actually put out the

19  first national report on something called integrated pest

10:07:49  20  management or IPM.  That term would have come up in the

21  course of this trial.  That was a very important report

22  that had an influence on federal policy for a number of

23  years.

24       We did a lot of work on soil and water

10:08:02  25  conservation policy.  And a third issue that I ended up

1 spending a lot of time on was the conversion of

2 agricultural land to suburbs and commercial development.

3        And at the end of the Carter administration, one

4 of the reports that I think we got out the day before the

10:08:20    5 inaugural was called the "National Agricultural Land

6 Study."  Very -- first national study of that.  I spent a

7 lot of time working on that.

8        Q.  You mentioned earlier that one of the issues

9 that your committee worked on was FIFRA; right?

10:08:35   10        A.  Yes.  Back when I was the staff director of the

11 congressional sub-committee, correct.

12        Q.  And did you specifically, in your official

13 capacity, work to help amend, change or analyze FIFRA as

14 it's being applied?

10:08:49   15        A.  Well, sure.  That was the responsibility of the

16 sub-committee.  Our sub-committee had to consider and

17 pass any authorizing legislation that would just keep

18 FIFRA going, without changing it or amend it to address

19 additional issues.

10:09:09   20        And, you know, much like today with the Trump

21 administration, with the Reagan administration coming in,

22 there was a strong push to amend, really, all of the

23 federal environmental statutes.

24        So our sub-committee had to deal with that

10:09:25   25 deluge of proposals to change federal environmental law.

1    Q.  Was one of the jobs of the sub-committee to

2 organize hearings?

3    A.  Yes, sir.

4    Q.  And at that time, did you ever organize any

10:09:38  5 hearings specifically related to pesticides?

6    A.  Several.

7    Q.  Now, Doctor, let's kind of take a step back in

8 time for a second.  So we're talking 1981, 1983; right?

9    A.  Correct.

10:09:49  10   Q.  What's going on in the country agriculturally

11 and pesticide-wise at this time in history?

12   A.  Well, it happened to be a -- a time of low crop

13 prices.  There was a lot of financial stress in

14 agriculture.  And there's pressure to cut the budget.

10:10:09  15 There was a lot of pressure to deregulate, just like

16 there is today, to provide farmers with easier access to

17 technology.

18      And the political appointees in the EPA brought

19 in by President Reagan really went after the FIFRA

10:10:31  20 statute in a -- in a big way, to try to change some of

21 the fundamental provisions in it governing the review and

22 registration by EPA.  And in particular, in the case of

23 cancer-causing pesticides.

24   Q.  And as part of these hearings that you helped

10:10:51  25 organized in this committee, did you ever have the

1 occasion to work with a guy named Dr. Aaron Blair?

2   A.  Yes.  In our -- we decided to hold a hearing on

3 federal government policy addressing cancer-causing

4 pesticides, and so we invited -- people from EPA

10:11:10   5 testified.  Of course, they had the responsibility for

6 doing risk assessments on cancer-causing pesticides,

7 making regulatory decisions, deciding whether to approve

8 tolerances or reduce tolerances or eliminate them.  So we

9 had EPA people.

10:11:27   10   We invited -- I -- on behalf of the

11 sub-committee, I called the National Cancer Institute up

12 and said, "You have a large epidemiology program

13 involving pesticides.  You" -- the National Cancer

14 Institute ran some of the most important studies on

10:11:49   15 oncogenicity, so I asked if a representative could come

16 and testify to our sub-committee, and they agreed, and

17 that's when I met a young epidemiologist named

18 Dr. Aaron Blair.

19   Q.  And the jury's heard a lot about Dr. Blair, but

10:12:05   20 it's your understanding as well that he chaired the IARC

21 committee specifically on glyphosate?

22   A.  I came to know that, yes.

23   Q.  And, in fact, from my understanding, you've

24 actually had conversation with Dr. Blair about his work

10:12:16   25 with IARC and glyphosate?

1        A.   Yes.

2        Q.   Okay.   Now, after the sub-committee, you went to

3   work for the National Academy of Sciences; is that right?

4        A.   Correct.

10:12:24   5        Q.   And what was your position or post there?

6        A.   I was the executive director of a newly formed

7   major operating unit of the National Academy of Sciences

8   called the board on agriculture.

9        Q.   And did you -- what was your job?   What were you

10:12:40   10   doing?

11        A.   Well, the National Academy of Sciences at the

12   time wanted to substantially increase its involvement in

13   a wide range of agricultural science and technology and

14   policy issues, and so they elevated to, sort of, major

10:13:01   15   unit status.   They brought in a highly-respected

16   wonderful man named Dr. William Brown to be chair of the

17   board.   They hired new staff.   I was the new staff

18   director.   I had two other staff.   And our charge was to

19   go out and design studies, find either federal agencies

10:13:23   20   or foundations that would support -- financially support

21   the studies, because the National Academy of Sciences,

22   it's not part of government.   It was established by an

23   executive order by President Lincoln to provide

24   independent science advice to the federal government.

10:13:39   25   It's not part of the federal government.

3862

1          So we did work on -- a lot of work on

2    pesticides, a lot of work on animal drugs, a lot of work

3    on nutrition.  We did work on groundwater contamination

4    with pesticides and a lot of work on emerging new

10:14:01    5    techniques for plant breeding.

6          Q.  You were at the National Academy of Sciences as

7    an executive director for about ten years; is that right?

8          A.  Seven.

9          Q.  Seven.  Okay.

10:14:10    10          A.  Yeah.

11          Q.  And during your time there, did you help design,

12    recruit, create studies specifically looking at the

13    health effects of pesticides?

14          A.  Yes.  We had held -- back when I was the

10:14:23    15    executive director of -- the staff director of the

16    sub-committee, we had done a series of hearings --

17    oversight hearings on EPA, and one of the biggest issues

18    was how EPA was dealing with oncogenic pesticides in

19    terms of establishing tolerances and approving

10:14:46    20    registrations.

21          And it was really our sub-committee work that

22    brought fully into the public light and in front of the

23    Congress a fundamental conflict in the two major federal

24    statutes that govern pesticide regulation, FIFRA statute

10:14:59    25    and the Food Drug and Cosmetic Act.  There's provisions

3863

1  in both of them that EPA had to administer, and for

2  certain cases, certain pesticides, certain foods, the

3  FIFRA statute said, "Jump to the right," and the FDCA,

4  the Food Drug and Cosmetic Act, said, "Jump to the left."

10:15:19   5  And EPA was just caught in a -- in an unforeseen conflict

6  between two federal statutes.

7         So during my time at the sub-committee, we fully

8  brought that out.  The EPA people explained the conflict,

9  and I was recruited into this job.  I loved my work with

10:15:38   10  the sub-committee.  I would have stayed there perhaps for

11  my whole career, but I was given an opportunity to go

12  work for the academy and a substantial pay raise, and all

13  that stuff, so I took the job.

14         But I almost immediately called up my -- you

10:15:54   15  know, the EPA official that we worked with very closely,

16  a guy named Dr. John Moore, Dr. Jack Moore, and said,

17  "Why don't you have us and the board on agriculture do a

18  National Academy of Science study on this problem you

19  have dealing with oncogenic pesticides and residues in

10:16:13   20  food?"  And the EPA thought that was a good idea.  We got

21  a large contract, and we did what's called the Delaney

22  Paradox Report.

23     Q.  Okay.  Doctor, there's a lot of detail here.  We

24  don't need to get into all of it.

10:16:30   25     A.  I'm sorry.

1      Q.  I understand you've got a lot of story to tell.

2  And that's fine, but let's just keep it to the

3  questions --

4      A.  Okay.

10:16:35   5      Q.  -- and we can get through it pretty quickly.

6          We're trying to get the jury out of here pretty

7  fast.

8          So -- all right.  So after you left the Academy

9  of Sciences, you started a company called Benbrook

10:16:44  10  Consulting; is that right?

11      A.  Correct.

12      Q.  And as part of the consulting, you would consult

13  with various companies, agencies, government, whoever,

14  about looking at the effects of pesticides and other

10:16:56  15  things on agricultural practices?

16      A.  Correct.

17      Q.  Okay.  I understand at one point you worked for

18  Organics Organization?  Is that what it's called?

19      A.  Well, much later.  The Organic Trade Association

10:17:05  20  and then a research-based group called The Organic

21  Center.

22      Q.  And what did you do while you were there?

23      A.  I served as the chief scientist for The Organic

24  Center from 2005, 2006 to 2015.  And I was responsible

10:17:21  25  for tracking scientific developments on the impacted of

1 organic farming on the nutritional quality of food, the

2 safety of food, both from a perspective of pesticides,

3 antibiotics and antibiotic-resistant bacteria in animal

4 products and the environmental footprint, if you will, of

10:17:43   5 agriculture.

6       Q.  And I understand also as part of your consulting

7 work that you've worked on various scientific studies to

8 examine the effects of pesticides on health; is that

9 right?

10:17:53   10       A.  Oh, many.  My very first client was Kraft Foods

11 that was worried about pesticide residues in Folgers

12 Coffee coming out of Central America.  That was my very

13 first project as Benbrook Consulting Services, but then

14 I -- because of my involvement with oncogenic pesticides

10:18:17   15 in food and the federal law dealing with it, I had

16 multiple contracts with many people, and my biggest

17 client in that era was a consumers' union, the

18 organization that puts out the magazine Consumer Reports.

19       Q.  And, Doctor, I understand you, in your

10:18:27   20 consulting and capacity, you've actually specifically

21 researched glyphosate and its rise and change of use in

22 the United States?

23       A.  Certainly later on.  I started it -- really more

24 extensive work on glyphosate in around 2000 when the use

10:18:49   25 of Roundup, herbicides and other glyphosate-based

1  herbicides -- and let me just say for the jury --

2      Q.  Doctor, we're going to get into this later.

3      A.  I just want to clear up -- I'll use the term

4  "glyphosate-based herbicides," and that means any

10:19:03  5  herbicide manufactured by any company that contains

6  glyphosate as the active ingredient, so that's the term I

7  will use.

8      Q.  And Roundup, Ranger Pro, those would be

9  glyphosate --

10:19:12  10      A.  Glyphosate-based herbicides.

11      Q.  Okay.  All right.  So then in 2000 -- so you've

12  done some research on glyphosate specifically.  You've

13  been published in peer-reviewed journals; is that

14  correct?

10:19:24  15      A.  Yes.

16      Q.  Specifically relating to the safety of

17  pesticides; is that right?

18      A.  Yes.

19      Q.  You said you started studying it in 2000; is

10:19:34  20  that right?

21      A.  Yes.

22      Q.  And at what point were you contacted and asked

23  to be looking at the -- glyphosate and its relationship

24  to NHL in a litigation capacity?

10:19:44  25      A.  Would have been September of 2016.

1    Q.  Okay.  So you were looking at glyphosate and

2 studying its effect on the world for about 16 years

3 before you were ever contacted by anybody?

4    A.  Oh, yes.  Yeah.

10:19:59    5    Q.  Okay.  And I understand that you're currently --

6 I mean, as we speak, you're leading a scientific study in

7 the midwest; is that right?

8    A.  Well, I'm one of the members of the science

9 team, and I have a -- some managerial and operational

10:20:15   10 responsibilities for a project that's run by the

11 Children's Environmental Health Network.  It's a

12 Washington, DC-based organization that works on policy

13 and science issues that effect children's health.

14        And there's great concern, particularly in the

10:20:31   15 midwest, about the substantial increase in herbicide use

16 that's happening now and has been going on for a few

17 years, and the potential for that really massive increase

18 in herbicide use to increase the frequency and severity

19 of the number of birth defects and reproductive problems,

10:20:54   20 and so we've put together a scientific team to address

21 that, and that's ongoing.

22    Q.  Okay.  As part of reaching your opinions in this

23 case, have you personally reviewed all the publicly

24 available scientific literature related to glyphosate and

10:21:10   25 NHL?

3868

1    A.  Well, I've certainly reviewed a lot of it.  I

2  would suspect there's a study or two out there that I

3  haven't reviewed.

4    Q.  And in part of your work, you prepared, like, a

10:21:23  5  250-page report; is that right?

6    A.  My expert report for this case was 207 pages.

7    Q.  Okay.  Now, Doctor, we are not going to get into

8  all the stuff in that report.  This jury has heard a lot

9  from a lot of experts about studies and mice and epi and

10:21:41  10  exposure, so we're not going to talk about any of that.

11  Okay?  What I want to focus on is basically cleanup.  I

12  want to talk about a few issues that have arisen during

13  trial and see if we can help explain some of those

14  issues.  Okay, Doctor?

10:21:54  15    A.  That's fine.

16    MR. WISNER:  Your Honor, at this time, I would

17  like to certify Dr. Benbrook as an expert in pesticide

18  regulation and pesticide risk assessment.

19    THE COURT:  Any *voir dire*?

10:22:04  20    MR. GRIFFIS:  No, your Honor.

21    THE COURT:  All right.  I will accept

22  Dr. Benbrook as an expert in pesticide regulation and

23  pesticide risk assessment.  Thank you.

24    Q.  BY MR. WISNER:  All right.  Let's start off just

10:22:16  25  generally.  We've heard a lot about the EPA.  Let's just

3869

talk about the general framework of the EPA regulatory

decision making process.  Okay?  And let's talk about

this in the context of, like, how a bill -- did you ever

seen that thing how a bill becomes a law?

10:22:36   A.  Yes.

Q.  So let's talk about how a chemical becomes a

pesticide.  All right.  So a company goes out and finds

this chemical and goes, "Hey, we can use this as a

pesticide."  What do they do?  What's the steps that

10:22:46  happen before it can get approved for sale in the United

States?

A.  The EPA has issued extensive guidelines for a

set of toxicological studies, environmental fate studies,

that are -- that produce information essential to doing a

10:23:07  risk assessment on the -- on the proposed use of the

pesticide.

So when a company discovers a molecule that has

activity, and that means the potential to control a pest,

and so we'll talk about herbicides and weeds in general,

10:23:23  since that's the focus of the case.

So when a pesticide company finds an active

molecule, they'll do a number of tests, usually in

greenhouses, to figure out which weeds it controls and

how much you have to spray.  And then they have to do

10:23:40  significant work to understand the environmental fate of

1 it.  Is it -- is it persistent?  What level of residue

2 might be in the harvested part of the crop.

3          And so the company has to develop a set of data

4 that will cover -- and provide EPA the ability to, first

10:24:00   5 of all, understand the potential toxicological hazards

6 associated with exposure to the active ingredients, as

7 well as on how much of it people might be exposed to,

8 from the food that's been treated with it, from drinking

9 water or Coca-Cola or beer, or if it's a farmer that's

10:24:18  10 spraying it or a person that's spraying it around the

11 yard, they need information to calculate what's called

12 occupational exposure.

13          And all that information goes into the EPA, and

14 in the -- so the pesticide regulation is done by the

10:24:38  15 Office of Pesticide Programs, and that office is broken

16 up into various science divisions that are responsible

17 for the review of different categories of studies.

18          So the basic science branches get their set of

19 studies, and they have to determine did the research that

10:24:57  20 the -- the registrant that's asking for approval of a

21 pesticide label, does it meet the requirements?  And if

22 they check that box, then the -- the -- either the

23 petition to establish a tolerance or an application for a

24 registration, which would be to get a label that would

10:25:16  25 make it legal to sell the pesticide, kind of moves along

1 the process.

2      Q.  All right.  So you said a lot of things there.

3 Let's, kind of, break it down a little bit.

4           So my understanding is before they can even sell

10:25:27   5 a product, they have to do all this testing on it; is

6 that right?

7      A.  Correct.

8      Q.  Okay.  And so they test a lot of things.  They

9 test, like, eye irritation, skin irritation, you know,

10:25:37  10 does it -- how it changes in the environment, things like

11 that; right?

12      A.  Correct.

13      Q.  And as part of these battery of different tests,

14 only a small subset of it is directed towards the issue

10:25:49  15 of carcinogenicity; is that right?

16      A.  Correct.

17      Q.  Now, you mentioned occupational exposure.  And

18 if a product hasn't been sold on the market yet, how can

19 you have occupational exposure data if it's not being

10:26:01  20 used?

21      A.  Well, the testing guidelines require the

22 registrant to do some field tests under the provisions on

23 the label governing how someone will use it that buys the

24 product.  And so they would have to do a study, for

10:26:20  25 example, to estimate dermal absorption or how much would

1  get on an applicator, or how much would be in food.

2         So they -- they -- there's a set of studies that

3  go into risk assessment methodologies that the EPA uses,

4  and the EPA will establish some benchmark or exposure

10:26:46  5  threshold over which they don't want to see exposures

6  going above, and they draw on these studies that have

7  been done to make a determination whether their level of

8  concern is exceeded or not.

9         Q.  Well, it seems like this would be a pretty easy

10:27:03  10  system to gain, Doctor.  I mean, couldn't I just do 20

11  studies, even if 19 of them show problems, just don't

12  share that with the EPA?  Just give them the one good

13  one?  Wouldn't that be a problem?  Or is there a way that

14  the EPA tries to deal with that?

10:27:17  15         A.  Well, there is.  There's a way that Congress

16  tried to deal with it, and the EPA has to administer the

17  law.  Pesticide registrants have an ongoing

18  responsibility to share with the EPA any new information

19  that they get, any studies that they do that raises new

10:27:42  20  information that is not already included in previous

21  studies that have been submitted to the EPA.  So it's

22  kind of, "If you learn something new that might suggest a

23  higher risk, you've got to tell us about it."

24         Q.  So, for example, this is hypothetical, if a

10:27:55  25  company had done, like, an exposure study and it showed a

1    much higher rate of absorption --

2              MR. GRIFFIS:  May we approach, your Honor?

3              THE COURT:  Yes.

4              (Sidebar.)

10:28:16    5        MR. GRIFFIS:  The question he asked is clearly

6    not hypothetical, nor is this witness permitted to give

7    opinions about such things.  He is to give general EPA

8    regulatory background, per Judge Karnow's order, and this

9    calls for the interpretation of documents, calls for

10:28:35   10  interpretation -- this is exactly what he's written about

11   in his expert report, interpreting the study.  Mr. Wisner

12   wants to use this as an expert opinion to plug into the

13   facts in order to have the jury reach a conclusion.  It's

14   not appropriate with this witness.  It's doing by proxy

10:28:56   15  what Judge Karnow called gilding by putting in documents

16   and commenting on them.

17             MR. WISNER:  Any document that has been shown,

18   referenced or discussed -- Monsanto wasn't even

19   discussed.  I don't know what he's talking about.  I'm

10:29:08   20  asking about hypothetical situations about studies and

21   whether or not they should be disclosed to the EPA.  It's

22   general requirements.

23             MR. GRIFFIS:  They're not hypothetical.

24             MR. WISNER:  I'll tie it together in argument.

10:29:21   25            THE COURT:  You're asking the witness a

1 hypothetical question, but you can't use it as a way to

2 then draw in the --

3          MR. WISNER:  I'm not going to mention it.

4          MR. GRIFFIS:  I understand that generally

10:29:34  5 experts can be asked hypothetical questions, but the

6 scope of this witness' expertise has been very clearly

7 (inaudible) as general EPA regulatory background, not

8 giving specific opinions that link to the documents,

9 which this obviously does, whether that link is made

10:29:53  10 explicit or not, is going to be used to opine again and

11 again about specific issues in the case without documents

12 being shown, which is better, but it's still using this

13 expert to draw on his knowledge of the facts and give

14 opinions about those fact just by proxy and under a

10:30:16  15 guise.

16          THE COURT:  All right.  I'll allow this

17 hypothetical, because I think this one is within the

18 scope of what's been used for this witness.

19          MR. WISNER:  I'm not going to mention Monsanto.

10:30:28  20          THE COURT:  That doesn't mean that, then, you

21 can take or discreet other (inaudible) that involve him

22 providing opinion testimony that's not expert testimony.

23          MR. WISNER:  Sure.  I am going to ask a few

24 hypotheticals about general things -- I'm not going to

10:30:43  25 tie it to anything with Monsanto -- just to understand

3875

1 the scope of the regulation, what's required, what's not.

2 Like on reporting, for example, I'm going to ask

3 hypothetically if a report is made and it wasn't

4 disclosed to the EPA within 30 days, is that consistent

10:30:57   5 with the law?  That seems fairly consistent -- a report

6 of an (inaudible).  And I'll ask as a hypothetical --

7           MR. GRIFFIS:  We would have a separate objection

8 to that, which is that he's not supposed to be giving

9 legal opinions and telling the jury what the law is.  If

10:31:19   10 it's (inaudible) to the jury what FIFRA requires, then

11 that's the job for your Honor, not him.

12           THE COURT:  So on the adverse (inaudible) event,

13 I think that's not appropriate.

14           MR. WISNER:  Okay.  That's fine.

10:31:30   15           THE COURT:  This one that's pending, I'll allow

16 it.

17           MR. WISNER:  I don't think I finished the

18 question, your Honor.  The best way to do this, without

19 having a sidebar, if I ask a question, just object and

10:31:43   20 rule, and I'll move on.  If you sustain it, I'll withdraw

21 the question and move on.  I might be asking a

22 hypothetical -- the scope of this objection is pretty

23 broad.  I don't need to take sidebars.

24           THE COURT:  Okay.  That's fine.

10:32:00   25           MR. GRIFFIS:  I think there are just going to be

3876

1 a few of them.

2          (End sidebar.)

3          THE COURT:  You may proceed, Mr. Dickens.

4          MR. WISNER:  Wisner, your Honor.

10:32:14   5          THE COURT:  Oh, I'm sorry.  Mr. Wisner.

6          MR. DICKENS:  Wishful thinking.

7     Q.  BY MR. WISNER:  Doctor, so, hypothetically, if a

8 study had been done that showed dermal absorption over,

9 like, much higher than what had been previously reported,

10:32:28   10 would that be something that constitutes new information?

11     A.  Yes.

12     Q.  And should be disclosed?

13     A.  Yes.

14     Q.  Okay.  And I guess that applies similarly to --

10:32:36   15 you said new information.  Could it also be evaluation of

16 old information with a new conclusion?

17     A.  Yes.

18          MR. GRIFFIS:  And, your Honor, same -- same

19 objection.

10:32:46   20          THE COURT:  All right.  Overruled.

21          But be careful, please, Mr. Wisner.

22          MR. WISNER:  Yes, your Honor.

23     Q.  Okay.  We've had some discussion in this court

24 about the Roundup and Ranger Pro labels.  I just want

10:33:02   25 to -- who controls that label?

3877

1          A.   The registrant, Monsanto Company.

2          Q.   And putting aside Monsanto, let's talk about

3    general EPA regs.   I shouldn't have gone to Monsanto.

4    Let's just keep it general.

10:33:17    5          Is -- who has the responsibility for the

6    accuracy of the label?

7          A.   The registrant that drafts the label and submits

8    it to the EPA for review and approval.

9          Q.   And can a registrant, if they discover new

10:33:32   10   information, change the label?

11         A.   Oh, absolutely.   They do it almost on an annual

12   basis.

13         Q.   In fact, they're required to; right?

14         A.   Yes.

10:33:41   15         Q.   And, Doctor, in your entire career monitoring

16   EPA and pesticide use, have you ever seen in your entire

17   life the EPA reject a label --

18              MR. GRIFFIS:   Objection.   Your Honor.

19              MR. WISNER:   Let me finish my question.

10:33:57   20         Q.   -- where they tried to add risk information?

21         A.   No.

22              MR. WISNER:   Oh, sorry.   Don't answer.

23              MR. GRIFFIS:   That's a violation of

24   Restriction 4 on the order.

10:34:06   25              THE COURT:   All right.   Sustained.

1          Please ask a different question.

2          MR. GRIFFIS:  May I ask that the question and

3 answer be stricken?

4          THE COURT:  Yes.  The question and answer will

10:34:15   5 be stricken.

6          Now, Ladies and Gentlemen, you should disregard

7 that last question and answer.

8      Q.  BY MR. WISNER:  Now, I understand that EPA

9 requires certain types of studies; is that right?

10:34:28  10      A.  Yes.

11      Q.  I want to ask a different question.  Does the

12 EPA prevent any studies?

13      A.  No.  Not -- I mean, you can't -- you can't

14 administer a pesticide to a pregnant woman to see its

10:34:49  15 effect on her developing child.  I'm sure that's illegal.

16      Q.  Okay.  Fair enough.

17          Let me ask you a more specific question.  Does

18 the EPA prevent a company from conducting an

19 epidemiological study?

10:35:02  20      A.  No.

21      Q.  Does the EPA prevent a company from studying

22 whether a formulated product can cause cancer?

23      A.  No.

24      Q.  So if someone were to say, "Well, the EPA

10:35:13  25 doesn't require it," that doesn't mean the EPA prevents

1 it; is that right?

2     A.  Oh, yes, of course.

3     Q.  Now, there's been some discussion about the

4 regulations surrounding surfactants in this case.  What

10:35:26  5 is a surfactant, Doctor?

6     A.  A surfactant is a so-called inert ingredient.

7 And inert because it doesn't contribute to the weed

8 control impact of the formulated product.  Glyphosate is

9 a pure active ingredient.  No one ever buys, no one ever

10:35:47  10 applies pure glyphosate.  They buy a formulated product

11 that has surfactants added to it which alter the

12 environmental fate of the herbicide when it's applied in

13 the environment.

14      The key thing for surfactants is to get the

10:36:03  15 Roundup to stick to the surface of the weed long enough

16 to get inside the weed where it will have its desired

17 impact on it, i.e., kill it.  And the big concern is, you

18 know, it rains sometimes, so the surfactants help keep

19 the Roundup on the weeds long enough to get inside even

10:36:24  20 if there's a little bit of rain.

21     Q.  And now, Doctor, do you know the word "synergy"?

22     A.  Yes.

23     Q.  What does that mean?

24     A.  Synergy is a concept when one thing potentiates

10:36:43  25 or increases or enhances another thing, and in the field

1  of pesticide risk assessment, it's a very important

2  concept that arise in the review of a majority of

3  pesticides, because of the potential for a pesticide

4  active ingredient to interact with the surfactants that

10:37:04  5  it's formulated with or to interact with the fertilizers

6  that are in the tank.  Lots of times farmers will put

7  liquid fertilizer in a tank and some herbicide and make

8  one application across the field.  So they have to worry

9  about do the chemical properties of the fertilizer affect

10:37:26  10  the environmental fate of the pesticide, maybe making it

11  more likely to leach into groundwater or more persistent.

12       Q.  Now, I understand that the EPA, they require

13  animal cancer studies about glyphosate; right?

14       A.  Correct.

10:37:41  15       Q.  And I understand that they have studied in

16  computer models the carcinogenicity of the surfactant; is

17  that right?

18       A.  EPA, in assessing the potential cancer risks

19  from various surfactants, they rarely require a battery

10:37:59  20  of two-year cancer studies like -- like has been done on

21  most major active ingredients.  But what they do is they

22  look at structure activity relationships from -- you

23  know, basically is this:  Is the structure, the chemical

24  structure of the surfactant, is it similar to some other

10:38:18  25  chemical that we know poses some oncogenic risk.  And if

3881

1  there isn't anything, they don't require any further

2  testing.

3       Q.  Now we talked about synergy.  Does the EPA

4  require tests to measure the synergy between a pesticide

10:38:39    5  and its other ingredients?

6       A.  Not very often, no.  Certainly not -- certainly

7  not routinely.

8       Q.  Let me just ask you this question:  To the best

9  of your knowledge, has anybody ever attempted to study

10:38:53   10  the formulated product of glyphosate and its surfactants

11  on the animal carcinogenicity?

12       A.  There's only been -- there's been no formal

13  two-year cancer study, no.

14       Q.  Monsanto's Roundup came on the market in 1976.

10:39:14   15       A.  First experimental use permit was in 1974, and

16  various labels came into place in '75, '76.  I think the

17  first Roundup was in -- the first Roundup label was

18  approved in '76.

19       Q.  And my understanding is that when a registrant

10:39:34   20  submits a product for registration on the issue of

21  cancer, they submit usually one mouse and one rat study;

22  is that right?

23       A.  That's what the requirements call for, yes.

24       Q.  Okay.

10:39:45   25            MR. WISNER:  Permission to publish Exhibit 12,

3882

1  sorry, 1021 and 1020.

2         THE COURT:  Any objection?

3         MR. GRIFFIS:  I don't think so.  I'm not quite

4  sure what they are.

10:40:19  5         No objection.

6         THE COURT:  Very well.  You may proceed.

7      Q.  BY MR. WISNER:  Now, Doctor, I don't want to

8  spend too much time on this.  Dr. Portier walked us

9  through a lot of tumors and stuff.  But I just want to

10:40:32  10  ask a question about something because it occurred to me

11  this might be something that the jury is wondering.

12         We just established that Roundup was approved in

13  1974, '76; right?

14      A.  Correct.

10:40:41  15      Q.  Yet this mouse study is 1983.  Do you see that?

16      A.  Yes, sir.

17      Q.  And this rat study is 1981.  Do you see that?

18      A.  Yes.

19      Q.  Okay.  Is it fair to say that between its

10:40:58  20  original registration in the '70s in these mouse and rat

21  studies, there actually was no valid mouse or rat studies

22  related to the carcinogenicity of this product?

23         MR. GRIFFIS:  Objection, your Honor --

24         THE COURT:  Sustained.  Please ask a different

10:41:15  25  question.

3883

```
 1              MR. WISNER:  Okay.  Your Honor, can I have a
 2   sidebar?
 3              THE COURT:  Yes.
 4              (Sidebar.)
```
10:41:34
```
 5              MR. WISNER:  During my opening statement, I told
 6   them that there were no valid studies at the time.  That
 7   was not objected to.  In fact, agreed upon.  I just asked
 8   the exact same question to establish the facts.  I did
 9   not mention (inaudible.)  This is legitimate.  They're
```
10:41:52
```
10   going to be wondering.
11              MR. GRIFFIS:  This is a violation of your
12   Honor's order on IBT and the fact that Mr. Wisner also
13   violated that during opening and we chose not to create
14   the spectacle.
```
10:42:09
```
15              MR. WISNER:  We actually had an agreement
16   beforehand, and they agreed to my face that it was okay
17   for me to say it.  Mr. Lombardi said that to me.  It was
18   not a failure to object; it was an agreement.
19              MR. GRIFFIS:  Regardless, this witness talking
```
10:42:23
```
20   about IBT isn't appropriate, and this witness -- I mean,
21   this is an attempt to get into the absence of studies,
22   answer of valid studies.  It's not appropriate at all.
23              THE COURT:  It's not appropriate for this
24   witness.  You can ask him a different question.
```
10:42:41
```
25              MR. WISNER:  Okay.
```

```
 1            (End sidebar.)

 2            THE COURT:  You may continue.

 3       Q.  BY MR. WISNER:  Sir, you studied, looked at all

 4   the animal studies conducted on Roundup -- and sorry,

 5   specifically glyphosate; right?

 6       A.  Yes.

 7       Q.  All the ones that were on these boards; right?

 8       A.  Yes.

 9       Q.  You looked at them closely; right?

10       A.  Yes, in varying degrees of depth, but yes.

11       Q.  And you've even looked at the studies that

12   happened before these ones; right?

13       A.  Yes.

14       Q.  Okay.

15            MR. WISNER:  Your Honor, may I ask the question

16   now or no?  Has the foundation been laid?

17            THE COURT:  No.  You may ask a different

18   question.

19       Q.  BY MR. WISNER:  Let me ask you this:  Before

20   these dates, to the best of your knowledge, Doctor, were

21   there any valid studies on animal carcinogenicity?

22            MR. GRIFFIS:  Objection.  Ask counsel to move

23   on.

24            THE COURT:  Objection is sustained.

25            MR. WISNER:  Okay.
```

10:42:55

10:43:01

10:43:13

10:43:35

10:43:46

3885

1        Q.   Let's talk about one of the ones on this board.

2   Talk briefly about the 1983 study.

3             Do you see that?

4        A.   Yes, sir.

10:43:58   5        Q.   This is one by Knezevich & Hogan; is that right?

6        A.   Correct.

7        Q.   And I understand that this study is specifically

8   addressed in the IARC Monograph; is that right?

9        A.   That's correct.

10:44:10   10            MR. WISNER:   Your Honor, permission to publish

11  the IARC Monograph, which is Exhibit 169.

12            THE COURT:   Very well.

13       Q.   BY MR. WISNER:   Doctor, our cool computer system

14  that we have crashed this morning.

10:44:24   15       A.   Well, what do you know.   And in San Francisco to

16  boot.

17       Q.   I know; right?   Why we don't have a backup, I

18  don't know, Brian.   But we're going to do it old school.

19            All right.   So this is a copy -- all right.

10:44:55   20  This is a copy of the Monograph, and it has some

21  highlights on it.   I apologize.   But this is a copy of

22  the Monograph; right?

23       A.   Yes, correct.

24       Q.   And this is Exhibit 169.   Do you see that?

10:45:07   25       A.   Yes.

```
 1       Q.  Now in the Monograph there's a discussion about
 2  this, and I just want to sort of walk through it a little
 3  bit so the jury can understand it when they're reviewing
 4  this later.
 5            So this is on page 30, and this is the section
 6  cancer in experimental animals.
 7            Do you see that, Doctor?
 8       A.  Yes.
 9       Q.  And the first one is table 3.1, and it says
10  dietary administration?
11       A.  Correct.
12       Q.  And it proceeds to describe a group of studies,
13  groups of 50 male mice and 50 females, CD-1 mice.
14            Do you see that?
15       A.  Yes, sir.
16       Q.  This is the study of the Knezevich & Hogan; is
17  that right?
18       A.  Yes.  I refer to it in my expert report as the
19  1983 biodynamics study.  That's the contract lab that
20  conducted it.  But it's also known by the two authors.
21       Q.  Okay.  And there's quite a bit of discussion of
22  this study in the Working Group, and let's just read some
23  of it.  It says there was a consistent -- okay, starting
24  here.
25            There was a positive -- I need a highlighter.
```

10:45:18

10:45:32

10:45:43

10:45:53

10:46:08

3887

1         All right.  It says, "There was a positive trend

2    test in the incidence of renal tubular adenoma in dosed

3    male mice.

4         Do you see that?

10:46:25    5    A.  Yes, sir.

6    Q.  Okay.  Very simply, what does that mean?

7    A.  It means that in this study, the groups of mice,

8    male mice that were treated with Roundup, had a

9    statistically significant increase in cancer.

10:46:43   10   Q.  Okay.  Then it goes, "The Working Group noted

11   that the renal tubular adenoma is a rare tumor in CD-1

12   mouse."

13        Do you see that?

14   A.  Yes.

10:46:52   15   Q.  And do you agree with that?

16   A.  Well, yes.

17   Q.  "No data on tumors of the kidney were provided

18   for female mice.  No other tumor sites were identified."

19        Do you see that?

10:47:03   20   A.  Yes.

21   Q.  And it cites the EPA's 1985.  Do you see that?

22   A.  Yes.

23   Q.  That's referring to an EPA report that was

24   generated in 1985 related to this study?

10:47:13   25   A.  Very well-known report, yes.

3888

10:47:28

10:47:45

10:48:01

10:48:17

10:48:28

1    Q.  Subsequent to its initial report, the United

2    States Environmental Protection Agency recommended that

3    additional renal sections be cut and evaluated from all

4    male mice in the control and treated groups.  The

5    pathology report for these additional sections indicated

6    the same incidence of renal tubular adenoma as originally

7    reported, with no significant increase in incidence

8    between the control group and treated groups by pairwise

9    comparison.  However, as already reported above, the test

10   for linear trend in proportions resulted in a

11   significance of point -- a P value of .016.

12       Do you see that?

13   A.  Yeah, that was the evaluation of the Working

14   Group of this 1983 biodynamic study, the renal tubular

15   adenomas in the male mice, yeah.

16   Q.  To say this really simply, they looked at it,

17   they saw an increased risk; is that right?

18   A.  Yes.

19   Q.  The EPA?  Then they again had a group reevaluate

20   those tumors; right?

21   A.  Yes.

22   Q.  And they still saw the results?

23   A.  Yes.

24   Q.  Sorry, there's a lot of complicated verbiage to

25   explain a simple thing, but it's how it's written.

1    "The EPA also requested that a pathology Working

2 Group be convened to evaluate the tumors of the kidney

3 observed in male mice treated with glyphosate, including

4 the additional renal sections."

10:48:44    5    Do you see that?

6    A.  Yeah.

7    Q.  Now, you reviewed the EPA documents at this

8 time; right?

9    A.  Yeah, I've been -- I've carefully studied and

10:48:51    10 referred to this back and forth between EPA and the

11 registrant on this particular study for, you know,

12 20 years.

13    Q.  And you've been studying the EPA.  Have you ever

14 seen the EPA conduct a pathology Working Group after they

10:49:05    15 find a positive result?

16    A.  It's a fairly unusual event, but you know, this

17 was a -- this was a cancer study and a controversy that

18 had enormous consequences.

19    Q.  And do you know if that was done at the request

10:49:22    20 of Monsanto?

21    A.  Well, I'm -- I don't -- I think Monsanto

22 continued to press its case with the agency.

23    MR. GRIFFIS:  Your Honor, may we approach?

24    THE COURT:  Yes.

10:49:48    25    (Sidebar.)

3890

```
 1              MR. GRIFFIS:  The opinion Dr. Benbrook is

 2   expressing now is coming from Monsanto documents and his

 3   interpretation of Monsanto documents.  His expert report

 4   is replete with statements like Monsanto was typically

 5   pressuring EPA, EPA gave into the pressure from Monsanto,

 6   you know, EPA has limited resources to fight the pressure

 7   of a registrant that shows they relentlessly pursue its

 8   goals, et cetera, et cetera.

 9              So he's already started to express opinions

10   derived from interpreting EPA's views, attitudes,

11   reactions, motives, and also Monsanto's impression is on

12   the line, and we're about to step across it, I believe.

13              MR. WISNER:  He wasn't going there.  I'm not

14   going to ask that question.  He was just telling

15   factually what happened.  He's not putting it in motives.

16   It's all in his report.

17              THE COURT:  Be very careful.  Have you

18   instructed him as to Judge Karnow's ruling?

19              MR. WISNER:  Yeah.

20              THE COURT:  For example, he could just say

21   Monsanto filed a request, whatever, 2,000 as exposed to

22   say Monsanto pressed its case.

23              MR. WISNER:  Okay, that's not that prejudicial.

24              THE COURT:  Do you understand --

25              MR. WISNER:  I do.
```

10:50:03
10:50:23
10:50:42
10:50:53
10:51:12

```
         1          THE COURT:  My concern is -- (inaudible.)

         2          MR. WISNER:  I understand the concern.  Can we

         3 have a, sort of, (inaudible) détente on the leading,

         4 because I can lead him through this without getting into

10:51:26 5 any of that cleaner.

         6          MR. GRIFFIS:  I'll listen to you.  I object to

         7 the word "leading."

         8          (End sidebar.)

         9          THE COURT:  All right.  You may proceed,

10:51:40 10 Mr. Wisner.

        11          MR. WISNER:  Thank you, your Honor.

        12     Q.  So at this time, it's your understanding that

        13 Monsanto requested that the EPA take another look at the

        14 data?

10:51:49 15     A.  Yes.

        16     Q.  In the second evaluation, the -- I guess this is

        17 the pathology Working Group, reported that the incidence

        18 of adenoma of the renal tumors was 1 out of 49 and that

        19 it was not statistically significant.

10:52:06 20          Do you see that?

        21     A.  Yes.

        22     Q.  What changed between the first evaluation and

        23 the second one, just factually?

        24     A.  Factually, a new group of pathologists was hired

10:52:19 25 by Monsanto to look at the slides, and first one and then
```

3892

1 several others identified an additional renal tubular

2 adenoma in control mouse number 102A, which just for the

3 jury's sake, this may be the most debated tumor in the

4 history of carcinogenicity testing.  I'm serious.  It's

10:52:41  5 been looked at and looked at and looked at.

6          MR. GRIFFIS:  Objection, your Honor,

7 interpretation and commentary.

8          MR. WISNER:  It's not prejudicial.  It's true.

9          THE COURT:  Objection is sustained.

10:52:50  10          MR. WISNER:  Okay.

11     Q.  Let's just refrain from any commentary.  Stick

12 to the facts.

13     A.  I'm sorry.

14     Q.  So just walk through here, EPA looks at it, sees

10:53:02  15 no tumor in the control group?

16     A.  Correct.

17     Q.  EPA looks at it again, sees no tumor in the

18 control group; correct?

19     A.  Correct.

10:53:10  20     Q.  Monsanto takes a look at it and they find a

21 tumor in the control group?

22     A.  Correct.

23     Q.  And that tumor in the control group suddenly

24 makes the result no longer statistically significant?

10:53:20  25     A.  Or equivocal.

1      Q.  Okay, fair enough.  Equivocal.

2          And then it goes on to say, "The incidence of

3 carcinoma of the renal tumors was," and it gives the

4 numbers, and it gives a P value of .037.

10:53:34    5          Do you see that?

6      A.  Yes, sir.

7      Q.  So even after this new Working Group review and

8 they find this tumor in the control, the review of actual

9 cancer was still statistically significant?

10:53:45   10      A.  Correct, according to the Working Group, yes.

11      Q.  Okay.  All right.  And it gives a bunch of

12 numbers.  I don't want to spend too much time on it.  It

13 says, "The Working Group considered that this second

14 evaluation indicated a significant increase in the

10:54:02   15 incidence of rare tumors with a dose-related trend which

16 could be attributed to glyphosate."

17          Do you see that?

18      A.  Yes.

19      Q.  All right.  And it goes on for a bunch more

10:54:12   20 stuff.  I don't want to belabor the point, but at least

21 according to IARC, even after they found this tumor, they

22 still considered it to be significant; is that right?

23      A.  Correct.

24      Q.  Okay.  After this tumor was found -- we're going

10:54:31   25 to come back to the Monograph later, Doctor, but after

1 the tumor was found, did the EPA request a scientific

2 advisory committee?

3      A.  You're talking about the additional tumor in the

4 control mouse?

10:54:44    5      Q.  Yeah, in 1985.

6      A.  Yes, there was.  Yes.

7      Q.  And in 1985, they convened a scientific advisory

8 panel.  They've heard about what that is so we don't have

9 to explain that.

10:54:57   10      A.  All right.

11      Q.  And at the meeting different positions were

12 presented by Monsanto and by the EPA; right?

13      A.  Correct.

14      Q.  About how to interpret this data; right?

10:55:05   15      A.  Correct.

16      Q.  And then the SAP, after that meeting, made a

17 recommendation; right?

18      A.  Yes, they did.

19      Q.  And the recommendation was we don't know what's

10:55:13   20 going on here.  It's not very clear.  Let's do the study

21 again; right?

22      A.  They used the term "equivocal," and they

23 recommended that EPA call in, which is a term of art,

24 which means request a registrant to do another study, a

10:55:33   25 replacement mouse oncogenicity study.

1      Q.  And the EPA said, okay, we'll do that?

2      A.  Correct.

3      Q.  And they requested the study.  And did they make

4  any special accommodations for the study?

10:55:48      5      A.  Yes, they did.

6      Q.  What did they do?

7      A.  Because of the guidance provided in the

8  scientific advisory panel meeting, it was very clear that

9  the issue was this, really these renal tubular adenomas

10:56:05     10  in the male mice.

11          And so EPA and -- actually in consultation with

12  Monsanto, designed kind of a renal tubular adenoma study

13  on steroids, where they increased the number of animals

14  per treatment group from 50 to 200.  They added two

10:56:25     15  additional dose ranges to more clearly delineate the

16  dose-response relationship, and they said don't have to

17  do the females, just do it in the males.

18          And they also -- because Monsanto was concerned

19  about the cost of the study, they said you only have to

10:56:42     20  do a histopathology on the liver and the kidney, and if

21  those turn out clean, you're done, the study's done.

22      Q.  Let's break that down.  Normally in a mouse or

23  rat study, they do these treatment groups, both sexes,

24  and they look at every possible organ to see if there's

25  tumors; right?

3896

1      A.   They look at a lot of different things, yes.

2      Q.   But here they're saying, listen, don't worry

3 about all that extra work.   Just look at the kidney and

4 liver and see if you see any tumors there in male mice?

10:57:09    5      A.   And in particular, the renal tubular adenomas

6 that they were concerned about.

7          MR. WISNER:   Permission to publish again, 1020?

8          MR. GRIFFIS:   No objection.

9          THE COURT:   All right.

10:57:21   10      Q.   BY MR. WISNER:   So sir, the studies here is

11 1983.   That's the one we're talking about; right?

12      A.   Correct.

13      Q.   That was already done.

14          This Atkinson study, is that the one that was

10:57:31   15 done?

16      A.   No.

17      Q.   Was that study that was requested by the EPA

18 ever done?

19      A.   No.

10:57:42   20      Q.   All right.   Let's talk about a few other issues.

21 Since we're back in cleanup, I'm going to be kind of

22 jumping around here, and I apologize, Doctor.

23          Let me ask you a question:   Are you familiar

24 with the word "ghostwriting"?

10:57:52   25      A.   Yes, sir.

1      Q.   What is "ghostwriting"?

2      A.   Ghostwriting is a term of art that's applied in

3  the scientific literature but also in popular literature,

4  where the individuals that wrote or contributed to a

10:58:10    5  document are not given attribution in the list of authors

6  or author of a document.

7      Q.   And when you say "attribution," do you mean they

8  don't disclose that they wrote it?

9      A.   Correct.

10:58:24   10      Q.   Okay.  And in the world of scientific

11  assessment, which is where you operate, is ghostwriting

12  considered ethical?

13      A.   Oh, heavens, no.

14      Q.   Why not?

10:58:34   15      A.   Because it's very important for people reading

16  the scientific literature to have knowledge of who

17  conducted the research and interpreted the results and

18  wrote the paper.  That's considered very important in

19  evaluating the quality of the research, the reliability

10:59:01   20  of the research, the independence of the research,

21  whether there was a conflict of interest of some sort.

22          So it's truthfulness in authorship is a central

23  feature of scientific publishing integrity.

24      Q.   Now, Doctor, I want to be clear:  I understand

10:59:20   25  you published an article in 2017 about glyphosate; right?

3898

1       A.   Yes.

2       Q.   But it was actually submitted months, months

3  before the journal; right?

4       A.   Yes.

10:59:27   5       Q.   And your portion of it, your research on it, was

6  done before you were ever involved in litigation in this

7  case; right?

8       A.   Yes.   That paper, yeah.

9       Q.   So when it got submitted, it didn't have any

10:59:39   10  disclosure about you working on glyphosate litigation?

11       A.   Correct.

12       Q.   But subsequently, you did start working for --

13  at least in the context here today?

14       A.   Yeah, correct.

10:59:50   15       Q.   And so that paper exists out there in the world,

16  and it doesn't say that you were an expert for us, does

17  it?

18       A.   No.

19       Q.   Are you working to correct that?

10:59:59   20       A.   Well, if it's required by the journal, yes.

21       Q.   And Doctor, to be clear, you have published

22  after that as well; right?

23       A.   Yes, several papers.

24       Q.   And you've published, you know, after you've

11:00:10   25  been hired as an expert in this case; right?

3899

1        A.   Correct.

2        Q.   And have you disclosed that you're an expert in

3   those?

4        A.   In papers that address anything involving

11:00:19   5   pesticides, yes.

6        Q.   Thank you.

7             Now, we're jumping around here.  I know it's a

8   little awkward, but we're just cleaning up some stuff.

9             So what is a abstract in a journal?

11:00:34  10        A.   An abstract is a very important part of a paper.

11  It's a concise summary of the purpose of the research,

12  the methodology used, the statistical analysis done on

13  the results, the key findings from the study, the new

14  information that a piece of research is reporting to the

11:00:56  15  rest of the silicone community, and then often there's a

16  conclusion section.

17             The abstract is very important because in all of

18  the search engines that scientists use to try to learn

19  what other scientists have done on a particular topic,

11:01:11  20  the -- they focus on the title of the paper and the words

21  that in the abstract.

22             So it's a -- the abstract is a very essential

23  tool for communicating with the rest the scientific

24  community and anybody that uses the published scientific

11:01:27  25  papers.

1        Q.   You're familiar with PubMed; right?

2        A.   Pardon me?

3        Q.   PubMed?

4        A.   Yes, of course.

11:01:31    5        Q.   That's a search engine for scientific

6   literature; right?

7        A.   PubMed is the Federal government's major

8   biomedical search engine, yes.

9        Q.   And so if you type in a search on like, you

11:01:43    10  know, pesticides in cancer, it would hopefully give you

11  most of the publications that related to pesticides in

12  cancer; right?

13       A.   Yes, an awful lot of them.

14       Q.   Okay.  And very often you'll click on a link --

11:01:53    15  I'm saying this because I've done this before, but you

16  click on a link and you often go to a page that has the

17  abstract; right?

18       A.   Correct.

19       Q.   But to get the full article, you sometimes have

11:02:03    20  to pay for it; right?

21       A.   Yes.  Yes, absolutely.

22       Q.   And sometimes they're free, but a lot of times

23  they're behind a pay wall; is that right?

24       A.   Correct.

11:02:11    25       Q.   So to read the whole article, you have like pay

1  30, 40 bucks to see the article --

2       A.  Or subscribe to the journal.

3       Q.  There you go.

4           And if something is not in the abstract and the

11:02:23  5  person doesn't have a description to that journal, they

6  won't learn about something because it's behind a pay

7  wall; right?

8       A.  They wouldn't be alerted to seek out the full

9  paper if something's not addressed in the abstract.

11:02:40  10      Q.  Now, Doctor, from a scientific perspective, if a

11  journal article raises a new concern about a risk, do you

12  think it would be appropriate to celebrate getting it out

13  of the abstract?

14          MR. GRIFFIS:  Objection, your Honor.

11:02:54  15  Restrictions 1 and 5 from the order regarding

16  Dr. Benbrook.

17          THE COURT:  Sustained.

18          Please ask a different question.

19      Q.  BY MR. WISNER:  Are you familiar with the

11:03:03  20  American Council on Science and Health?

21      A.  Yes.

22      Q.  What is that?

23      A.  It's a private organization funded primarily by

24  drug, food, pesticide companies that issues reports on

11:03:20  25  regulatory issues, risk assessment issues, that argue

1  largely from the perspective of the industry.

2       Q.  The ACSH, what position did it take with regards

3  to tobacco?

4       A.  They were one of the scientific organizations

11:03:41   5  that held out to the end and argued that the science

6  really wasn't clear about tobacco causing cancer.

7       Q.  Talked about how too many confounding factors;

8  right?

9       A.  That's certainly one of the arguments that

11:03:54   10  that's brought up.

11       Q.  The ACSH, they also took a position with regard

12  to lead poisoning; is that right?

13       A.  They were one of the organizations active in

14  that debate, too, yes.

11:04:07   15       Q.  The jury has heard some testimony about them

16  through Dr. Goldstein's deposition so I'm not going to

17  get into it too much.  But are you aware of what position

18  they've taken with regards to glyphosate?

19       A.  Actually, I'm not.

11:04:21   20       Q.  Okay.  Now I understand there's reporting

21  requirements under FIFRA; is that right?

22       A.  Yes.

23       Q.  And I understand that there's a time limit for

24  when someone has to report an adverse effect; is that

11:04:32   25  right?

3903

1      A.  Yes.  Various time limits.

2      Q.  What are the time limits?

3           MR. GRIFFIS:  Objection, your Honor.  We

4 discussed this at sidebar.  It's number two.

11:04:40   5           MR. WISNER:  I didn't pose a hypothetical.  This

6 is just what the law is.

7           THE COURT:  He may answer this question, but be

8 careful.

9           MR. WISNER:  Yes, your Honor.

11:04:48   10          THE WITNESS:  There's a provision in the Federal

11 pesticide law that places a continuing responsibility or

12 obligation on registrants to submit new information that

13 they become in the possession of to the EPA if that

14 information is in really any way new relative to

11:05:10   15 conducting a risk assessment of a registered pesticide.

16     Q.  BY MR. WISNER:  All right.  Again, we're just

17 doing kind of flash issues here.  I apologize for that.

18 It's confusing.  But let's move on to another issue.

19          I want to specifically talk about labels and the

11:05:26   20 Material Safety Data Sheet.  This is something that you

21 looked at and considered and reviewed in your

22 professional capacity as well as for this case.

23          THE COURT:  Mr. Wisner, before we get into a new

24 topic, perhaps we should take the morning break.

11:05:38   25          MR. WISNER:  Perfect, your Honor.

```
 1            THE COURT:  All right.  Ladies and Gentlemen,
 2  we'll be in recess for 15 minutes and resume again at
 3  11:20.
 4            (Recess.)
 5            THE COURT:  Welcome back, Ladies and Gentlemen.
 6            Mr. Wisner, do you wish to recall Dr. Benbrook?
 7            MR. WISNER:  Yes, your Honor.
 8            He just went to the bathroom.
 9            THE COURT:  I think I see him in the back.
10            MR. WISNER:  All right.
11            THE COURT:  Welcome back, Dr. Benbrook.
12            THE WITNESS:  Thank you.
13            THE COURT:  All right.  Ladies and Gentlemen,
14  Dr. Benbrook remains under oath.
15            And Mr. Wisner, when you're ready, you may
16  proceed.
17            MR. WISNER:  Thank you, your Honor.
18      Q.  I'd like to talk to you a little bit about the
19  IARC Monograph.  It's something that you relied upon;
20  right?
21      A.  Yes.
22      Q.  And it's something that you have considered and
23  reviewed as part of, you know, your evaluation of the
24  issues in this case?
25      A.  Correct.
```

11:20:46 (line 5)
11:21:22 (line 10)
11:21:38 (line 15)
11:21:48 (line 20)
11:21:56 (line 25)

1          MR. WISNER:  All right.  Permission to publish

2    Exhibit 166, which is in evidence.  It's the preamble to

3    the IARC Monograph.

4          THE COURT:  Very well.  You may proceed.

11:22:14    5    Q.  BY MR. WISNER:  Doctor, this is Exhibit 166, and

6    this is a copy of the preamble for the Monograph program;

7    is that right?

8          A.  Yes.

9          Q.  Okay.  And to the best of your knowledge, this

11:22:24    10   is the one that was in operation at the time that

11   glyphosate was assessed; right?

12         A.  I believe so, yes.

13         Q.  Okay.  It's got a lot of highlights here.  I

14   apologize for that.  You know what?  I think we actually

11:22:41    15   have a clean one.  Give me one sec.  Okay.

16              All right, Doctor, I'm going to talk about the

17   preamble.  There's one thing I want to share with you.

18   The jury here has actually heard testimony from

19   Dr. Daniel Goldstein in this case.

11:23:00    20         A.  Okay.

21         Q.  And when he was asked about the IARC Monograph,

22   he said, "They completely failed to take into account any

23   consideration of exposure."  And then he goes on to say,

24   "They did not take into account real-world exposure

11:23:16    25   data."

3906

1          I want to talk about that.  All right?

2     A.  Okay.

3     Q.  Now, in the preamble the sort of source of this

4 issue and debate has been the sentence -- and I'm sorry

11:23:26  5 it's all pink because it's my notes, but it starts at

6 line 18 on page 2 of the preamble.

7          Can you see it, Doctor?

8     A.  Yeah, I do.  I can see it here.

9     Q.  And it reads:  "A cancer hazard is an agent that

11:23:42 10 is capable of causing cancer under some circumstances,

11 while a cancer risk is an estimate of the carcinogenic

12 effects expected from exposure to a cancer hazard."

13          You understand the difference between a hazard

14 and a risk, Doctor?

11:23:57 15     A.  Yes, of course.

16     Q.  Okay.  And to the best of your knowledge,

17 doesn't the EPA do both?

18     A.  Yes, they do.

19     Q.  So before they get to a risk assessment, they

11:24:09 20 actually conduct a hazard assessment; is that right?

21     A.  A hazard assessment is a part of a risk

22 assessment, yes.

23     Q.  So to put it simply, you first determine can it

24 cause cancer and then you see at what rate does it cause

11:24:26 25 cancer.  Is that a fair way --

3907

1       A.  Based on exposure, yes.

2       Q.  Okay.  "The Monographs are an exercise in

3  evaluating cancer hazards despite the historical presence

4  of the word 'risk' in the title.  The distinction between

11:24:37    5  hazard and risk is important, and the Monographs identify

6  cancer hazards even when risk are very low at current

7  exposure levels because new issues or unforeseen

8  exposures could engender risks that are significantly

9  higher."

11:24:53   10       Do you see that?

11       A.  Yes.

12       Q.  It's my understanding -- tell me if this is

13  right -- but IARC can, in fact, determine that a

14  substance is carcinogenic but it's not really causing

11:25:03   15  cancer in the real world.  That's possible; right?

16       A.  Well, a good example would be an industrial

17  chemical that's made in a factory.  Somebody working

18  inside the factory is exposed in a totally different way

19  than the general public.

11:25:13   20       Q.  So in that context, like industrial chemical, we

21  know it causes cancer, but it's not likely causing cancer

22  in the real world; right?

23       A.  Because of the difference in exposure.

24       Q.  Now just because IARC can do this; right?  That

11:25:28   25  they can identify something that's cancer causing, even

1  not necessarily in the real world, does that mean that

2  they necessarily always do that?

3       A.  I don't understand your question.

4       Q.  It says they may do this; right?  They may

11:25:40  5  identify a risk that maybe is not really causing cancer

6  in the real world; right?

7       A.  Yes.

8       Q.  Does that mean that every time they identify a

9  cancer-causing agent, it's not causing cancer in the real

11:25:50  10  world?

11       A.  Heavens, no.

12       Q.  And in fact, with glyphosate did they do one of

13  these cancer hazards but there's no risk?

14       A.  No, they did not.

11:25:59  15       Q.  All right.  This issue that they didn't look at

16  any exposure at all in the real world, I'd like to show

17  you some portions of the preamble and ask what they mean.

18  So there's a section in this preamble that's

19  interestingly enough titled "Exposure Data."

11:26:22  20          Do you see that?

21       A.  Yes.

22       Q.  And it reads -- it has a paragraph sort of

23  outlining the section.  It says, "Each Monograph includes

24  general information on the agent."  And then it goes,

11:26:32  25  "Also included is information on production and use, when

1    appropriate, methods of analysis and detection,

2    occurrence, and sources and routes of human occupational

3    and environmental exposures.  Depending on the agent,

4    regulations and guidelines for use may be presented."

11:26:46    5         Do you see that?

6         A.  Yes, sir.

7         Q.  All right.  I want to talk specifically about

8    the portion that really is at the heart of this, and this

9    is occurrence and exposure.

11:26:53   10         Now, what section of the Monograph is this

11    referring to?

12         A.  Well, typically the very first section addresses

13    use and exposure.

14         Q.  In the real world?

11:27:05   15         A.  Yes.

16         Q.  Okay.  It goes on, "Information on the

17    occurrence of an agent in the environment is obtained

18    from data derived from the monitoring and surveillance of

19    levels in occupational environments."

11:27:17   20         What does that mean, "occupational

21    environments"?

22         A.  That means reviewing any information about

23    levels of exposure to people that actually mix and load

24    the pesticide or apply the pesticide or live or work

11:27:34   25    around an area where the pesticide is applied.

1          So there's -- for the general public, we could

2    be exposed to pesticides through our food and drinking

3    water, but for other people that live near where they're

4    being used, they could also be exposed either because

11:27:51    5    they handle or use the pesticide or they're in an area

6    where a lot of it's applied.

7          Q.  All right.  They also look at air, water, soil,

8    plants, foods, and animal and human tissues.

9          Do you see that?

11:28:04    10         A.  Yes.

11         Q.  And when they collect all this exposure

12   information, are they collecting this exposure

13   information from out in the real world?

14         A.  Yes.  For the most part, yes.

11:28:13    15         Q.  Because water, that's out in the real world;

16   right?

17         A.  Yeah.

18         Q.  Soil, real world?

19         A.  Yes, sir.

11:28:19    20         Q.  All right.  "When available data on the

21   generation persistence and bioaccumulation of the agent

22   are also included."

23         What does "bioaccumulation" mean?

24         A.  It's a very important property of certain

11:28:33    25   pesticides.  It's very important in the risk assessment

3911

1  process because some pesticides actually concentrate as

2  they move up the food chain, from bacteria to a snail to

3  a bird to an eagle.

4         This is what, of course, was the problem with

11:28:49   5  DDT that threatened the bald eagle.  It bioaccumulated in

6  food chains.

7         So persistent -- certain pesticides that are

8  persistent, the level of them in different parts of the

9  environment can increase.

11:29:03   10    Q.  It goes on to say, "Data that indicate the

11  extent of past and present human exposure, the sources of

12  exposure, the people most likely to be exposed, and the

13  factors that contribute to the exposure are reported."

14         Do you see that?

11:29:16   15    A.  Yes.

16    Q.  What is that referring to, sir?

17    A.  That's referring to the -- all of the data that

18  an IARC Working Group accesses and reviews that gives

19  them the best possible sense of the levels of exposure

11:29:32   20  and who's being exposed and through what routes of

21  exposure.

22         A route of exposure could be inhaled, falls on

23  the skin, in drinking water, or via food.  Those are the

24  major routes of exposure.

11:29:47   25    Q.  So when the data is available, the IARC

3912

1  committee specifically looks for exposure data before

2  rendering a decision?

3      A.  Yes.

4      Q.  Let's look and see what they did for glyphosate,

11:29:58  5  okay?

6          MR. WISNER:  Permission to publish 169, your

7  Honor, the Monograph.

8          THE COURT:  Yes.

9      Q.  BY MR. WISNER:  So this is the Monograph; right?

11:30:07  10  Do you see that, sir?

11      A.  Yes, sir.

12      Q.  And this is the first page of it; right?

13      A.  Correct.

14      Q.  And the very first page here, what's the first

15  section?

16      A.  It goes over exposure data and information that

17  provides some concept of the levels of exposure.

18      Q.  And if we go through here, it talks about, you

19  know, production volume; right?  Do you see that?

11:30:28  20      A.  Yes.

21      Q.  Agricultural uses.  Do you see that?

22      A.  Yes.

23      Q.  And it goes into residential use, other uses.

24  Do you see that?

11:30:37  25      A.  Yes.

1      Q.  And it even talks about the regulation of the

2  various things.  Do you see that?

3      A.  Yes.

4      Q.  Now, measuring and analysis, it talks about how

11:30:46    5  it's collected.  Do you see that?

6      A.  Correct.

7      Q.  And there's even a table here going through the

8  various ways that it's been collected and studied by the

9  Monograph program; right?

11:30:58   10      A.  Correct.  And regulators around the world.

11      Q.  They look in the water, in the soil, dust and

12  air, fruits and vegetables, crops, vegetation, urine.

13          Do you see that?

14      A.  Yes.

11:31:09   15      Q.  And this is typical for the IARC Monograph.  If

16  the data exists on exposure, they're going to look at it;

17  right?

18      A.  They do it in the case of every one.

19      Q.  All right.  And it goes down here, occurrence

11:31:19   20  and exposure.  Do you see that?

21      A.  Yes.

22      Q.  Occupational exposure, we were just talking

23  about that; right?

24      A.  Yes.

11:31:25   25      Q.  And I notice in here it actually cites -- it

3914

1  goes Canada -- it mentions a couple studies.  And the one

2  I want to ask you about is this one.

3          Do you see that?

4       A.  Sure.

11:31:35    5       Q.  Do you see -- what is Acquavella 2004?

6       A.  That's Dr. John Acquavella's Farm Family

7  Exposure Study done in Iowa in 2004 -- yeah, published in

8  2004 in *Environmental Health Perspectives*.  It was a

9  Monsanto conducted and financed study.  Important

11:31:54   10  contribution to the literature.

11          Q.  So that's the Farm Family Exposure Study; is

12  that right?

13       A.  Correct.

14       Q.  And is that an epidemiological study?

11:32:08   15       A.  No, no.  It was an exposure study.  We talk

16  about it now with the word "biomonitoring."

17          Q.  So if I were to state to you Monsanto Has

18  conducted epidemiological studies on

19  glyphosate-containing formulations, including the Farm

11:32:32   20  Family Exposure Study, that would be a true statement?

21       A.  No, it wouldn't.  Not all of it.

22       Q.  The Farm Family Exposure Study, that's just not

23  an epidemiological study?

24       A.  Right, it's not a -- yeah.  And it didn't claim

11:32:47   25  to be, either.

1    Q.  All right.  So it looks like IARC is

2 specifically -- oh, who paid for that study?

3    A.  Monsanto.

4    Q.  So the IARC Monograph is actually looking at

11:32:55    5 exposure as reported by Monsanto's own studies; is that

6 correct?

7    A.  In a peer-reviewed published journal, yes.

8    Q.  And it goes on.  It looks at community exposure.

9 Do you see that?

11:33:06   10    A.  Yes.

11    Q.  And it talks about how it can be found in these

12 different areas of the soil and water and groundwater and

13 stuff?

14    A.  Correct.

11:33:14   15    Q.  And then there's actually -- it goes into charts

16 about the different data that they have and where it's

17 cited to here in reference.

18        Do you see that, Doctor?

19    A.  Yes, sir.

11:33:24   20    Q.  It goes on.  And then they talk again about air.

21 You see that?

22    A.  Yes.

23    Q.  Water; right?

24    A.  Yep.

11:33:32   25    Q.  It talks about how it could be in food, maybe?

3916

1          A.   Correct.

2          Q.   And this is household exposure.   Do you see

3    that?

4          A.   Correct.

11:33:40     5          Q.   And this is actually they're talking about a

6    study done on California households?

7          A.   I believe that's the case, yes.

8          Q.   It talks about biological markers; right?

9          A.   Correct.

11:33:51    10          Q.   To see if -- it says right here, "Glyphosate

11   concentrations in urine were analyzed in urban

12   populations in Europe and in rural populations living

13   near areas sprayed for drug eradication in Columbia."

14               You see that?

11:34:06    15          A.   Correct.

16          Q.   Glyphosate concentrations in Columbia were

17   considerably higher than in Europe with a means of --

18   some numbers that I don't pretend to know.

19               Do you see that?

11:34:17    20          A.   Yes, sir.

21          Q.   And to be clear, this is referring to a study

22   that people were being sprayed in Columbia and they were

23   looking to see how much glyphosate was absorbed; right?

24          A.   Well, the people weren't being sprayed.   They

11:34:30    25   were spraying from large planes areas where coca, the

3917

1 sources of heroin and cocaine, was being grown in

2 Columbia, and people lived in those areas and farmed, and

3 they were -- they were exposed from some of that aerially

4 applied herbicide.

11:34:44   5        Q.  And they wanted to see if any of it was absorbed

6 and they said it was.  It was absorbed in their urine at

7 least; right?

8        A.  Correct, there was a considerable amount of

9 science done on those exposed populations.

11:34:56   10        Q.  There's even an exposure assessment.  Do you see

11 that?

12        A.  Yes.

13        Q.  It says it's discussed specifically, a similar

14 assessment on epidemiological studies on glyphosate and

11:35:07   15 cancer are discussed in section 2.0 of the Monograph on

16 malathion in the present volume.

17            Do you see that?

18        A.  Yes.

19        Q.  Can you explain what it means by the volume?

11:35:14   20 What's that referring to?

21        A.  The Working Group's full scientific report on

22 glyphosate was part of Monograph Volume 112.  That

23 Monograph covered five -- four or five pesticides, it was

24 diazinon and tetrachloroethylene, and there were -- there

11:35:33   25 were three or four others.

1          And in the malathion section, there's a long

2   treatment and discussion about the methodology in the

3   agricultural health study, which is -- plays a role in

4   all of them.

11:35:48    5          And they just go into a lot of the

6   methodological details on how they do exposure

7   assessments in that -- in that one malathion part of the

8   Monograph, and they don't repeat it five times.

9          Q.  Okay.  So addition to looking at exposure in

11:36:03    10  occupational settings in our environment, households,

11  they actually did a full-on exposure assessment in the

12  epidemiological literature itself; right?

13         A.  Well, they tried to glean all information they

14  could from studies published in peer-reviewed journals on

11:36:21    15  exposure, and then when they evaluated the

16  epidemiological studies, they did the same thing.

17         Q.  So if someone were to say, hey, epidemiology,

18  that's in the real world, and IARC didn't look at the

19  real world, is that accurate?

11:36:33    20         A.  Oh, epidemiological studies are always done in

21  the real world.  They're based on typically focusing on a

22  population that was exposed to the pesticide.  And so

23  they really try to recognize whether there's any

24  potential linkages between real-world exposures and a

11:36:56    25  disease outcome.

1    Q.  And so when Dr. Goldstein told this jury they

2  did not take into account real-world exposure data, was

3  that true?

4    A.  No.

11:37:07    5    Q.  All right.  I want to go back to the Monograph

6  because there's another sort of issue that's been arising

7  again, actually.

8        Earlier in his deposition, Dr. Goldstein stated,

9  referring to IARC, "They look at only a subset of

11:37:35   10  available information.  They cherry-pick the data that

11  they wanted to focus on rather than looking at the

12  broader weight of evidence."

13        Do you see that?  Okay.  So that's what he's

14  testified to.

11:37:47   15        Is that true?

16    A.  I don't think that's a fair characterization of

17  the IARC process.  They -- the big difference between

18  IARC and, say, an EPA risk assessment is that IARC relies

19  only on scientific studies published in peer-reviewed

11:38:06   20  journals, where all the data is available, the methods

21  are available, the science is transparent, if you will,

22  fully explained.  Whereas, regulatory agencies, and in

23  the case of the US the EPA, largely base their risk

24  assessments on registrant-done studies and only on the

11:38:31   25  pure active ingredient, so it's a very different science

3920

1 base.

2     Q.  And when we look at the preamble --

3        MR. WISNER:  Permission to publish again, your

4 Honor?  It's been published a few times.

11:38:41   5        THE COURT:  Yes.

6        MR. WISNER:  It is Exhibit 166.

7     Q.  All right.  We're looking at page 9 of the

8 preamble.

9        Do you see that, Doctor?

11:38:55  10     A.  Yes, I do.

11     Q.  And it says, "Quality of studies considered."

12        Do you see that?

13     A.  Yes.

14     Q.  And it reads:  "It is necessary to take into

11:39:03  15 account the possible roles of bias, confounding and

16 chance in the interpretation of epidemiological studies.

17 Bias is the affect of factors in the study design or

18 execution that can lead erroneously to a stronger or

19 weaker association than, in fact, exists between the

11:39:21  20 agent and disease.

21        "Confounding is a form of bias that occurs when

22 the relationship with disease is made to appear stronger

23 or weaker than it truly is as a result of an association

24 between the apparent causal factor and another factor

11:39:35  25 that is associated with either an increase or decrease in

3921

1  the incidence of the disease.

2        "The role of chance is related to biological

3  variability and the influence of sample size on the

4  precision of estimates of effect."

11:39:48   5        Do you see that, Doctor?

6        A.  Yeah.

7        Q.  This is talking about, sort of, the fact that

8  IARC, kind of, goes through all the biases and issues and

9  the epidemiology before it issues its opinion; right?

11:39:59   10        A.  Right.  If you read through the Monograph on

11  glyphosate, for example, essentially every study, they

12  kind of rate the quality of it.  They might say, "This is

13  a weak study."  "It's a very strong study."  "This study

14  took into account possible other exposures to different

11:40:16   15  pesticides."

16        Their -- one of the things that IARC does, I

17  think, certainly better than any regulatory agency around

18  the world, is really critically evaluate the quality of

19  the individual studies so that they put the most weight

11:40:32   20  on the best studies.

21        Q.  Let's look at the Monograph, Doctor, since you

22  mentioned it.  It's Exhibit 169.

23        MR. WISNER:  I assume I can still publish it,

24  your Honor?

11:40:42   25        THE COURT:  Yes.

```
 1            MR. WISNER:  Old school here.  All right.  We're

 2  back at 169.

 3       Q.  And I'm going to start flipping through this a

 4  little bit to, sort of, give the sense of this.  And the

 5  jury will have this to look at, so I want to give them a

 6  sense of what we're doing here.

 7            So if you look at, for example, this is -- this

 8  is a table, Table 2.

 9            Do you see that?

10       A.  Yeah, yes.  I'm familiar with it.

11       Q.  All right.  And, for example, it's referring to

12  studies of carcinogenicity with glyphosate in rats.

13  We've talked about that already; right?

14       A.  Yeah.

15       Q.  And then it goes through all these comments, and

16  it says -- discusses the thing, and at the end it says,

17  "The Working Group concluded this was an inadequate study

18  for the evaluation of glyphosate carcinogenicity"; right?

19       A.  Correct.

20       Q.  So they actually have a study that they looked

21  at and said, "Hey, this isn't good enough.  We're not

22  going to look at it."

23       A.  Yes.

24       Q.  Is that cherry-picking?

25       A.  No, no.  Heavens, no.  That's applying rigorous
```

11:40:49 (line 5)
11:41:02 (line 10)
11:41:10 (line 15)
11:41:23 (line 20)
11:41:36 (line 25)

1 scientific criteria to a -- the body of research so that

2 they can place the most weight on the most reliable

3 research and not be misled by a bunch of other studies

4 that really don't shed much credible light on the topic.

11:41:54    5        Q.  And elsewhere in here it said -- I'll just give

6 you another example.  Find epidemiology, since we talked

7 about that earlier.  This is looking at bacteria.  One

8 second.  Let's look at another table, just to give a

9 sense of what they're doing.  So here's page 13 from the

11:42:20   10 Monograph.

11            Do you see this, Doctor, page 13?

12        A.  Yes.

13        Q.  All right.  And then here's another table.  This

14 is Table 2.1.

11:42:26   15            Do you see that?

16        A.  Yes, yes.

17        Q.  And this looks like it's talking about different

18 types of cancer.  We've got childhood cancer, breast

19 cancer.

11:42:35   20            Do you see that?

21        A.  Yes, sir.

22        Q.  If you look at the right, it has comments;

23 right?

24        A.  Correct.

11:42:41   25        Q.  And it says, "Strengths:  Large cohort, specific

1  assessment of glyphosate.  Limitations:  Based on

2  self-reported exposure, potential exposure to multiple

3  pesticides, limited power for glyphosate exposure."

4       Do you see that?

11:42:56  5       A.  Yes.

6       Q.  And so what the Monograph participants are doing

7  is they've actually looked at each study and they look at

8  the strengths and the weaknesses, and then they've told

9  people who are reading it what those are?

11:43:09  10       A.  That's exactly right.  The virtue of IARC is

11  that they're completely transparent in the studies that

12  they reviewed and their sense of the validity or

13  relevance of the studies.  Very clear.  And there's a

14  table like that in all of the different sections.

11:43:24  15       Q.  So in light of the things that we've been

16  talking about, when Dr. Goldstein told this jury they

17  cherry-picked data they wanted to focus on rather than

18  looking at the broader weight of evidence, is that a

19  correct characterization of IARC?

11:43:40  20       A.  I would definitely disagree with that

21  characterization.

22       Q.  Now, Doctor, the scientists that participated in

23  IARC, there was about 17 of them; is that right?

24       A.  I believe that's the number.

11:43:52  25       Q.  And they didn't work for any pesticide

3925

1  companies, did they?

2      A.  I doubt any of them did, no.

3      Q.  But some of them did work for regulatory

4  agencies; right?

11:44:01   5      A.  Or during -- part of their career, yes.

6      Q.  And there were a couple people from the EPA that

7  were there?

8      A.  Yes.

9      Q.  The Director of the California EPA was there;

11:44:10  10  right?

11      A.  Correct.

12      Q.  And all those participants, they unanimously

13  classified glyphosate as a Class 2 -- 2A carcinogen;

14  right?

11:44:22  15      A.  That was the final classification of the Working

16  Group, correct.

17      Q.  I want to, kind of, contrast it with the EPA for

18  a second, because you studied the EPA; right?

19      A.  Yes.

11:44:34  20      Q.  And the EPA looked at it in the '70s, and they

21  concluded that glyphosate -- they didn't think it caused

22  cancer; right?

23      A.  They didn't have any valid studies in the '70s,

24  so they didn't reach a judgment.

11:44:47  25          MR. GRIFFIS:  Objection.  Your Honor --

1            THE COURT:  Sustained.

2            MR. GRIFFIS:  -- violation of the orders.

3            THE COURT:  Sustained.

4        Q.  BY MR. WISNER:  Let's start with the '80s;

11:44:53    5  right?

6        A.  Okay.

7        Q.  Well, actually, we can't; right?  If I say -- if

8  I ask:  "In the '80s, did the EPA find that it was a

9  carcinogen," what would your answer be?

11:45:03   10        A.  There's what they did.

11        Q.  Yeah.  So in the '90s, they concluded it wasn't

12  a carcinogen; right?

13        A.  The conclusion was changed in 1991, correct.

14        Q.  All right.  So in 1991 to the present -- what

11:45:15   15  year are we in 2018?  Do you know how many years that is?

16        A.  Seventeen -- twenty-seven.

17        Q.  So for 27 years, the EPA has been telling

18  people, "Hey, this stuff doesn't cause cancer"; right?

19        A.  That's been their -- their conclusion, correct.

11:45:30   20        Q.  And if they were to come out tomorrow and say,

21  "Hey, actually, it does," they'd have to admit they've

22  been wrong for 30 years?

23        A.  I think that they would -- they would

24  communicate to the public that science has moved on.

11:45:43   25  There are more effective studies, and, you know, since

3927

1  the EPA is -- they're not just concerned about evaluating

2  studies.  They're responsible for dealing with the risk

3  to the American public, and so they would clearly take

4  into account the huge change in exposure that had

5  occurred, and that -- they could change their mind.

6  Sure.

7       Q.  But when IARC got together in March of 2015,

8  they didn't have a dog in the fight, did they?

9       A.  Not really, no.

10      Q.  IARC hadn't ever assessed glyphosate; right?

11      A.  I don't believe they had, no.

12      Q.  They hadn't said, "Hey, it's safe"; right?

13      A.  They hadn't evaluated it.

14      Q.  And IARC had no interest one way or the other of

15  looking at the science as it existed in 2015 about

16  whether or not it caused cancer?

17          MR. GRIFFIS:  Leading, your Honor.

18          THE COURT:  Well, overruled.

19          You may answer this question.

20          THE WITNESS:  No, they hadn't.  Your description

21  they had no dog in the fight, they were a group of

22  scientists with long experience in the evaluation of

23  animal carcinogenicity studies, genotox studies,

24  epidemiological studies, environmental fate studies, and

25  among them, across all the disciplines that they were --

3928

1  some of them internationally well-recognized experts,

2  they reached their independent judgment.

3        Q.  BY MR. WISNER:  Was it unanimous?

4        A.  Pardon me?

11:47:08  5        Q.  Was it unanimous?

6        A.  Yes.

7        Q.  I understand you've spoken to Dr. Blair about

8  the IARC meeting; is that right?

9        A.  Yes, correct.

11:47:16  10        Q.  What did he tell you?

11            MR. GRIFFIS:  Hearsay.

12            THE COURT:  Sustained.

13        Q.  BY MR. WISNER:  Do you understand personally

14  whether or not IARC actually considered putting it in

11:47:28  15  Group 1?

16        A.  I'm aware of that --

17            MR. GRIFFIS:  Objection.  Calling for hearsay.

18            THE COURT:  Sustained.

19        Q.  BY MR. WISNER:  When is the last time you talked

11:47:42  20  to Dr. Blair?

21        A.  I talked -- I sent an email and had a short

22  phone conversation with him maybe in November or early

23  December, because I had read in one of the many media

24  stories --

11:48:01  25        Q.  Don't -- don't disclose that.

3929

1          MR. GRIFFIS:  Objection.  Your Honor.

2     Q.  BY MR. WISNER:  Don't disclose this.  I just

3  want to know the last time you spoke to him.

4     A.  I would say either November or early December of

11:48:13  5  2017.

6     Q.  That's after the classification; right?

7     A.  Correct.

8     Q.  Now, you have -- last topic.  We're almost done

9  here.  I understand you've actually looked at the rise or

11:48:26  10  change of glyphosate in pesticides use in the United

11  States for some time; is that right?

12     A.  Yeah, it's one of the things I've been active in

13  for many, many years.

14     Q.  You've actually published an article about that;

11:48:36  15  right?

16     A.  Yes, I have two papers on the trends and the use

17  of glyphosate-based herbicides in the US.

18     Q.  And I understand one of them -- how many times

19  has the first one been downloaded?

11:48:49  20     A.  Almost 300,000 times.  It's kind of a very

21  unusual phenomenon for a scientific paper to be accessed

22  that many times.

23     Q.  Wait.  Hold on.  Do you get royalties on that?

24     A.  Unfortunately, no.

11:49:03  25     Q.  I understand you prepared a demonstrative to

1  discuss the change in pesticide use?

2       A.  Yeah, I did.

3            MR. WISNER:  Your Honor, permission to publish

4  Exhibit 1043?

11:49:15   5            THE COURT:  Any objection?

6            MR. GRIFFIS:  No objection.

7            THE COURT:  Very well.  You may proceed.

8       Q.  BY MR. WISNER:  All right.  Doctor, this is the

9  demonstrative that you've prepared; right?

11:49:40   10       A.  Yes.

11            MR. WISNER:  Your Honor, permission for him to

12  come down and walk us through what this says?

13            THE COURT:  Yes, that's fine.

14            THE WITNESS:  Is that all right?

15            THE COURT:  Yes.

16       Q.  BY MR. WISNER:  Doctor, before you go, if you

17  want to mark it, here's a marker.  And use this one

18  (indicating).  And stand on this side, so you don't block

19  her view.  Okay?

11:50:07   20            Doctor, what is this document?  Explain it to

21  the jury.

22       A.  So over the years, the EPA puts out every few

23  years a report on pesticide use in the United States.  So

24  just the volume.  So scientists can understand what

11:50:18   25  pesticides are widely used, which ones are being used

3931

1  more or less.

2          And they put this information out in a ranking.

3  They rank the top -- they list 25 pesticides that account

4  for the highest volume of use in agriculture.  And they

11:50:36    5  put out reports in '87, '93, '95.  All of these years.

6          So the -- this is the first one they did.  And

7  glyphosate, in 1987, which is fairly early in the history

8  of glyphosate use, it ranked number 17.  And this is 6 to

9  8 million pounds used by US farmers and ranchers.  All of

11:50:59   10  these numbers are the range that EPA reported in

11  agriculture.

12          In the first year they did it, this is a --

13  atrazine's a corn herbicide.  It has been, you know, way

14  up in the ranking all throughout, as you can see.  I mean

11:51:15   15  it's still -- it's still number 2 all the way to there.

16          So you see the use of glyphosate, it climbed up

17  the ranking fairly quickly, from 17 to 11 to 7 to 5th.

18  And then we see a much -- pretty big jump here to number

19  2, where it's only about 10 million pounds behind

11:51:38   20  atrazine, 1999.

21          In the 2001 ranking, it reached the number 1

22  spot.  It might have happened in 2000.  It certainly

23  happened by 2001.

24          And as you see, it passed atrazine.  Atrazine

11:51:56   25  was used -- there was 74 million to 80 million pounds of

1  atrazine used and 85 million to 90 million of glyphosate

2  used.

3         Pretty impressive increase in the popularity

4  and -- and use of Roundup-based herbicides.  And this

11:52:17  5  applies by glyphosate -- it's a glyphosate-based

6  herbicide.  It could be a subjective herbicide.  It could

7  be Roundup.  Or any other company that had a -- had a

8  label.

9         But I really want to direct your attention to

11:52:29  10  what happened, you know, after 2001.  So glyphosate

11  is -- this is just -- this is being repeated here.

12  Glyphosate stays at the top.  It's ranked number 1 in

13  2001, between 85 million and 90 million pounds.

14         Look what happens.  It rises 40 million pounds

11:52:49  15  in two years.  So just think about that.  It rises

16  40 million pounds.  That's half as much of what atrazine

17  was used at in a year.  This is the rise in glyphosate.

18         By 2007, only six years later, the use had more

19  than doubled, to 170 million to 190 million pounds.

11:53:13  20         By 2007, no pesticide in the history of the US

21  has been used that heavily that much in one year.  And

22  the use continued to go up.

23         And by 2012, according to the EPA, 270 million

24  pounds to 290 million pounds were applied by US farmers.

11:53:34  25  Let's just wrap our minds around this growth from 2001 to

1 2012.  So 11 years.

2          So there was -- let's just say 90 million pounds

3 applied in 2001.  Eleven years later, three times as

4 much.  So that's --

11:53:53  5          You know, the other pesticide most heavily used,

6 atrazine, throughout this whole period, it went from 70

7 to 80 million pounds.  The increase in Roundup use --

8 glyphosate use, from 2001 to 2012, was double that

9 amount.

11:54:13  10          So there's never been a pesticide really in the

11 US or globally whose use has gone up as dramatically as

12 the case with glyphosate-based herbicides.

13          And you've heard a lot about different studies

14 that have assessed -- say, the epidemiology.  Well, there

11:54:41  15 are very few epidemiology studies that -- that take into

16 account the uses and exposures to glyphosate-based

17 herbicides in this part of the history of the use of that

18 product.

19          So we -- scientists will be continuing to study

11:54:59  20 glyphosate-based herbicides and their impacts on the

21 environment and the public health for years to come.  And

22 one of the major reasons is how much is used.

23          This -- so American farmers harvest about 310,

24 315 million acres of crops a year.  So this is wheat,

11:55:19  25 corn, soybeans, potatoes, et cetera.  You know, the

1  harvested crops.  About 310 billion acres.  290 -- well,

2  today, it's higher than that.  290 million pounds.

3          So there's really over three quarters of a pound

4  of the glyphosate-active ingredient applied on every

11:55:42   5  cropland acre in America if you spread it out equally.

6          Now, that's not the way it is.  Not every crop

7  gets treated with a glyphosate-based herbicide, but it's

8  a volume of use that we've never had any experience with.

9  EPA hasn't had any experience with something used that

11:56:01  10  widely.  And it -- the change came so fast that we're

11  still playing catch-up.

12      Q.  Thank you, Doctor.  That was really helpful.

13  Please take a seat.

14          I'm going to ask a few follow-up questions to,

11:56:16  15  sort of, explore some aspects of this.  All right,

16  Doctor?

17      A.  Yeah, sure.

18      Q.  The first issue is -- you know, I want to get a

19  sense of how glyphosate use has changed in the real world

11:56:28  20  between 1987 and 2012.

21          So in 1987, what was the general distribution of

22  Roundup use amongst the world?  In the US, sorry, I

23  should say.

24      A.  Well, there were -- at that time, there was

11:56:47  25  about two-thirds of it were applied by farmers to control

weeds and agricultural weeds in the fields.  And about
one-third in home, industrial weed control along roads
and right-of-ways.  So the non-agriculture.  That was a
split, about two-thirds and one-third.

11:57:06    And in 1987, I would say there were probably,
maybe, 60 crops, 50 crops, that Monsanto had --

Q.  Don't talk about that.

A.  Okay.

Q.  Continue -- I just want to know how it was used.

11:57:20    A.  Oh, okay.

Q.  60/30.  Okay.  All right.

So -- and then by 2012, what's the distribution
between the farmers and then everyone else?

A.  It's about 90 percent of the use is agricultural
11:57:33    and 10 percent are the other uses.

Q.  And I want to ask you a little bit about -- you
know, since you're an agricultural economist, you'll have
some insight into this.  When you're using glyphosate or
Roundup on a farm, how is it typically applied?

11:57:51    A.  It's -- it's applied by -- some sprayers or
pulled behind a tractor.  But much commercial farms now
there's dedicated machines that just are built and
designed to apply pesticides.  And herbicides account for
almost three-quarters of all pesticide use.

11:58:11    So the application equipment is very much

1  designed to accommodate large-acreage use, rapid

2  spraying.  And the operator is inside a cab with glass

3  and a sophisticated air filtration system.  And the

4  industry's done a great job of really minimizing

11:58:33   5  exposures for people applying it with -- with modern

6  equipment.

7      Q.  Now let's talk about that other portion of

8  users, right, the people that aren't using it on a farm.

9      A.  Right.

11:58:47   10      Q.  What, sort of, use --

11          MR. GRIFFIS:  Objection, your Honor.  No

12  foundation for this.  And it's cumulative of Dr. Sawyer.

13          MR. WISNER:  It's on the first page of his

14  report.

11:58:56   15          THE COURT:  Overruled.  He may answer.

16          THE WITNESS:  Applicators that aren't farmers

17  that are using glyphosate-based herbicides to control the

18  weeds around their house and park, around a school, would

19  use either a backpack sprayer or a hand-held sprayer.

11:59:13   20  And sometimes there's a unit that gets put in the back of

21  a pickup truck.  It's kind of like a power washer.

22      Q.  BY MR. WISNER:  And when application is being

23  done that way, is there, like, a -- I guess the exposures

24  are different.  Is that fair?

11:59:29   25      A.  Oh, most definitely.

3937

1    Q.  Now, you said that, you know, 30 percent in '87,

2  10 percent in 2012, are these other uses.  What's the

3  vast majority of those other uses?  What is that for?

4    A.  So the other non-agricultural uses, the

11:59:48   5  high-volume ones, would be railroads.  Spraying them on

6  railroad right-of-ways.  Power lines.  They've got to

7  control weeds in power lines.  We've got a lot of power

8  lines.  Pipelines, industrial right-of-ways.  And those

9  uses, a lot of them are -- most of them are applied with

12:00:04  10  larger-scale equipment, where the applicator has the

11  comparable level of protection like the farmer that's in

12  an enclosed cab.

13       Of this 10 percent of glyphosate-based

14  herbicide use roughly today that is nonagricultural,

12:00:26  15  just a small percent, maybe a couple percent, of total

16  glyphosate-based herbicide use is this backpack

17  hand-held -- or if you go into Lowe's Hardware or Home

18  Depot and buy a -- you know, a half gallon bottle of

19  Roundup to control weeds in your driveway, those -- the

12:00:48  20  actual volume of that use is 2 percent, 1 percent of

21  total sales of glyphosate-based herbicides measured by

22  pounds of active ingredient.

23    Q.  Now, Doctor, if you're looking at the

24  epidemiological literature on glyphosate in Roundup, the

12:01:06  25  majority of that literature is about the farmers; right?

3938

1       A.  Well, certainly the agricultural health study

2  was almost exclusively about certified agricultural

3  applicators, yes.

4       Q.  And to be clear, have you actually ever seen an

12:01:23   5  epidemiological study of non-farm use, like people who

6  are using backpack sprayers in the real world?

7       A.  Well, one of the things that distinguishes the

8  different results in the epidemiological literature is

9  actually the proportion of cases that have, you know, a

12:01:42   10  disease, a cancer, that did apply a herbicide or

11  glyphosate-based herbicide using a backpack sprayer or

12  hand-held sprayer.  One of those other methods of

13  application that have a much higher typical exposure.

14       Q.  So that's kind of what I want to get at.  Now,

12:02:04   15  the jury's heard about cohort studies, and they've heard

16  about case control studies; right?  Don't explain those.

17  They know.

18       But the cohort study and the agricultural health

19  study, that's following a group of, basically, farmers

12:02:14   20  for 30, 40 years; right?

21       A.  Well, certified applicators.  Many of them were

22  farmers.

23       Q.  Okay.  And then when we look at the other side

24  of the data, the case control studies, that's actually

12:02:24   25  pulling people who got cancer from cancer registries;

3939

1 right?

2          A.   Correct.

3          Q.   That doesn't necessarily mean farmers, does it?

4          A.   Correct.

12:02:33    5          Q.   It could be regular people spraying in the

6 backyard.

7          A.   Or people that didn't spray any pesticides.

8          Q.   And I know some of those --

9               MR. GRIFFIS:  May I approach, your Honor?

12:02:41   10               THE COURT:  Yes.  Perhaps this is a good time

11 for the lunch recess, in any event.

12               MR. WISNER:  Yeah.

13               THE COURT:  All right.  Ladies and Gentlemen,

14 we're going to break now for the lunch recess.  Please

12:02:53   15 remember:  Do not discuss the case, and we'll resume

16 again at 1:30.

17               (Jury leaves courtroom.)

18               (Sidebar.)

19               MR. GRIFFIS:  My objection is I don't believe

12:03:25   20 he's been disclosed on any of this.  He doesn't have

21 expertise in epidemiology studies.  We've had an

22 epidemiologist here.  We have had Dr. Portier, who isn't

23 an epidemiologist but, nevertheless, gave lots of

24 epidemiological testimony.

12:03:40   25               And now we have him bolstering epidemiology

3940

1 testimony by making additional points about the

2 epidemiology.  And he's not qualified to do so and hasn't

3 been disclosed to do so.

4         MR. WISNER:  He discussed epidemiology at length

12:03:55    5 in his very lengthy report.  He's been deposed about it

6 numerous times.  That's not accurate, that it hasn't been

7 disclosed.

8         That said, he's talking about facts in those

9 studies that no one has really talked about.  And that is

12:04:08   10 the sort of population that's being studied.  And I think

11 that's an important distinction.  It really wasn't

12 something we thought was an issue, until Mr. Lombardi

13 spent considerable time in cross-examination with

14 Dr. Sawyer about epidemiology, even though he didn't

12:04:22   15 testify on direct about it.

16         And they actually -- even though he didn't

17 testify to that on direct, because we said we didn't want

18 to be cumulative.  But in light of these attacks that

19 have been made (inaudible) -- qualified to do so.

12:04:42   20         He actively is engaged in scientific research

21 related to pesticide exposure.

22         THE COURT:  Did he disclose his opinion?

23         MR. WISNER:  Absolutely.

24         THE COURT:  And how much more do you have with

12:04:52   25 him on this issue?

1            MR. WISNER:  Like, five more minutes.  And I'm

2  almost done with the direct.

3            MR. GRIFFIS:  During the break, would you show

4  me where it's disclosed?

12:05:01   5            MR. WISNER:  Sure.

6            THE COURT:  See you at 1:30.

7            (Sidebar ends.)

8            (Time Noted:  12:04 p.m.)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
1                     REPORTER'S CERTIFICATE

2

3          I certify that the proceedings in the

4  within-titled cause were taken at the time and place

5  herein named; that the proceedings were reported by

6  me, a duly Certified Shorthand Reporter of the State of

7  California authorized to administer oaths and

8  affirmations, and said proceedings were thereafter

9  transcribed into typewriting.

10         I further certify that I am not of counsel or

11 Attorney for either or any of the parties to said

12 Proceedings, not in any way interested in the outcome of

13 the cause named in said proceedings.

14         IN WITNESS WHEREOF, I have hereunto set my hand:

15 July 27th, 2018.

16

17

18

19                      <%signature%>
                        Leslie Rockwood Rosas
20                      Certified Shorthand Reporter
                        State of California
21                      Certificate No. 3462

22

23

24

25
```

**$**

**$160,000** [1] - 3839:2

**'**

**'14** [1] - 3839:4
**'70s** [3] - 3883:20, 3926:20, 3926:23
**'75** [1] - 3882:16
**'76** [3] - 3882:16, 3882:18, 3883:13
**'80s** [2] - 3927:4, 3927:8
**'87** [2] - 3932:5, 3938:1
**'90s** [2] - 3831:16, 3927:11
**'93** [1] - 3932:5
**'95** [1] - 3932:5
**'Monsanto** [1] - 3851:20
**'no'** [1] - 3825:18
**'risk'** [1] - 3908:4
**'would** [1] - 3851:16
**'yes'** [1] - 3825:18

**0**

**01** [1] - 3846:6
**016** [1] - 3889:11
**037** [1] - 3894:4
**07** [1] - 3844:20

**1**

**1** [9] - 3825:22, 3841:23, 3842:1, 3892:18, 3902:15, 3929:15, 3932:21, 3933:12, 3938:20
**10** [5] - 3850:8, 3932:19, 3936:15, 3938:2, 3938:13
**1020** [2] - 3883:1, 3897:7
**1021** [1] - 3883:1
**102A** [1] - 3893:2
**1043** [1] - 3931:4
**108** [1] - 3813:13
**11** [6] - 3834:13, 3834:16, 3845:24, 3846:10, 3932:17, 3934:1
**112** [1] - 3918:22
**11:20** [1] - 3905:3
**12** [6] - 3834:4, 3834:5, 3834:7, 3835:13, 3851:1, 3882:25
**12-month** [1] - 3850:14

**12100** [1] - 3813:6
**12:04** [1] - 3942:8
**12:21** [1] - 3842:18
**13** [4] - 3846:10, 3851:20, 3924:9, 3924:11
**1350** [1] - 3814:13
**14** [1] - 3844:20
**15** [2] - 3835:10, 3905:2
**154** [2] - 3843:9, 3843:13
**155** [6] - 3823:2, 3823:5, 3823:10, 3840:2, 3840:10, 3840:11
**16** [2] - 3843:11, 3868:2
**166** [3] - 3906:2, 3906:5, 3921:6
**169** [5] - 3886:11, 3886:24, 3913:6, 3922:22, 3923:2
**17** [3] - 3925:23, 3932:8, 3932:17
**170** [1] - 3933:19
**18** [3] - 3812:13, 3816:3, 3907:6
**19** [2] - 3844:22, 3873:11
**190** [1] - 3933:19
**1974** [2] - 3882:15, 3883:13
**1976** [1] - 3882:14
**1981** [2] - 3860:8, 3883:17
**1983** [2] - 3860:8, 3883:15, 3886:2, 3887:19, 3889:14, 3897:11
**1985** [7] - 3851:14, 3851:20, 3851:25, 3888:21, 3888:24, 3895:5, 3895:7
**1987** [4] - 3932:7, 3935:20, 3935:21, 3936:5
**1990** [1] - 3844:1
**1991** [2] - 3927:13, 3927:14
**1997** [3] - 3843:14, 3844:13, 3845:17
**1999** [1] - 3932:20
**1:30** [2] - 3940:16, 3942:6

**2**

**2** [7] - 3823:8, 3907:6, 3923:8,

3926:13, 3932:15, 3932:19, 3938:20
**2,000** [1] - 3891:21
**2.0** [1] - 3918:15
**2.1** [1] - 3924:14
**20** [4] - 3844:7, 3844:9, 3873:10, 3890:12
**200** [1] - 3896:14
**2000** [4] - 3866:24, 3867:11, 3867:19, 3932:22
**20005** [1] - 3814:14
**2001** [7] - 3932:21, 3932:23, 3933:10, 3933:13, 3933:25, 3934:3, 3934:8
**2004** [4] - 3844:1, 3915:5, 3915:7, 3915:8
**2005** [1] - 3865:24
**2006** [1] - 3865:24
**2007** [2] - 3933:18, 3933:20
**2012** [6] - 3933:23, 3934:1, 3934:8, 3935:20, 3936:12, 3938:2
**2015** [8] - 3826:13, 3827:3, 3827:16, 3839:4, 3841:16, 3865:24, 3928:7, 3928:15
**2016** [3] - 3828:1, 3842:17, 3867:25
**2017** [5] - 3850:11, 3850:17, 3850:21, 3898:25, 3930:5
**2018** [4] - 3812:12, 3816:1, 3927:15, 3943:15
**202-898-5800** [1] - 3814:15
**207** [1] - 3869:6
**21** [3] - 3825:12, 3825:22, 3826:3
**22960** [1] - 3813:14
**22nd** [1] - 3843:14
**23** [2] - 3841:9, 3844:7
**235** [1] - 3813:20
**25** [2] - 3818:16, 3932:3
**250-page** [1] - 3869:5
**26** [2] - 3817:16, 3818:16
**27** [3] - 3812:12, 3816:1, 3927:17
**270** [1] - 3933:23

**27th** [1] - 3943:15
**29** [6] - 3817:17, 3850:11, 3850:17, 3850:21, 3851:14, 3851:25
**290** [3] - 3933:24, 3935:1, 3935:2
**2965334A** [1] - 3812:23
**2A** [1] - 3926:13

**3**

**3.1** [1] - 3887:9
**30** [6] - 3876:4, 3887:5, 3902:1, 3927:22, 3938:1, 3939:20
**300,000** [1] - 3930:20
**310** [2] - 3934:23, 3935:1
**310-207-3233** [1] - 3813:8
**312** [2] - 3844:6, 3844:7, 3844:9
**312-558-5969** [1] - 3814:9
**313** [2] - 3844:20, 3844:22
**314** [1] - 3844:20
**315** [1] - 3934:24
**317** [2] - 3845:24
**318** [1] - 3846:6
**320** [1] - 3846:10
**33** [1] - 3843:10
**3462** [2] - 3812:22, 3943:21
**35** [1] - 3814:7
**3812** [1] - 3812:25
**3853** [1] - 3815:4
**3943** [1] - 3812:25

**4**

**4** [4] - 3823:2, 3823:6, 3851:13, 3878:24
**40** [2] - 3902:1, 3933:14, 3933:16, 3939:20
**415-954-4400** [1] - 3813:22
**49** [1] - 3892:18

**5**

**5** [1] - 3902:15
**50** [4] - 3887:13, 3896:14, 3936:6
**504** [1] - 3816:6
**54** [3] - 3825:12,

**3825:22, 3826:3**
**540-672-4224** [1] - 3813:15
**55** [3] - 3825:22, 3834:4, 3841:9
**56** [3] - 3824:9, 3824:14, 3824:16
**58** [7] - 3834:3, 3834:6, 3834:7, 3834:12, 3835:13, 3841:23, 3842:1
**5th** [1] - 3932:17

**6**

**6** [1] - 3932:8
**60** [1] - 3936:6
**60/30** [1] - 3936:11
**60601** [1] - 3814:8

**7**

**7** [2] - 3845:24, 3932:17
**70** [1] - 3934:6
**74** [1] - 3932:25
**7th** [1] - 3842:17

**8**

**8** [7] - 3834:4, 3834:6, 3834:12, 3834:13, 3834:15, 3835:13, 3932:9
**80** [2] - 3932:25, 3934:7
**85** [2] - 3933:1, 3933:13

**9**

**9** [3] - 3834:5, 3921:7
**90** [4] - 3933:1, 3933:13, 3934:2, 3936:14
**90025** [1] - 3813:7
**94104** [1] - 3813:21
**950** [1] - 3813:6
**9:11** [2] - 3812:14, 3816:2
**9:13** [1] - 3842:22

**A**

**a.m** [2] - 3812:14, 3816:2
**Aaron** [2] - 3861:1, 3861:18
**ability** [1] - 3871:4
**able** [1] - 3838:25
**absence** [1] - 3884:21

**absolutely** [2] - 3878:11, 3901:21
**Absolutely** [1] - 3941:23
**absorbed** [3] - 3917:23, 3918:5, 3918:6
**absorption** [3] - 3872:25, 3874:1, 3877:8
**abstract** [9] - 3900:9, 3900:10, 3900:17, 3900:21, 3900:22, 3901:17, 3902:4, 3902:9, 3902:13
**academic** [2] - 3832:12, 3856:22
**Academy** [7] - 3862:3, 3862:7, 3862:11, 3862:21, 3863:6, 3864:18, 3865:8
**academy** [1] - 3864:12
**accept** [1] - 3869:21
**access** [1] - 3860:16
**accessed** [1] - 3930:21
**accesses** [1] - 3912:18
**accident** [1] - 3858:5
**accommodate** [1] - 3937:1
**accommodations** [1] - 3896:4
**accompanying** [1] - 3823:18
**according** [3] - 3894:10, 3894:21, 3933:23
**account** [9] - 3906:22, 3906:24, 3920:2, 3921:15, 3922:14, 3928:4, 3932:3, 3934:16, 3936:23
**accuracy** [1] - 3878:6
**accurate** [2] - 3919:19, 3941:6
**ACPA** [9] - 3843:20, 3844:22, 3844:24, 3845:1, 3845:7, 3847:4, 3847:8, 3848:3
**Acquavella** [30] - 3821:21, 3823:13, 3823:25, 3824:1, 3826:16, 3827:25, 3828:5, 3829:6,

3829:9, 3833:8, 3835:19, 3835:25, 3837:12, 3838:7, 3839:10, 3840:3, 3842:8, 3842:19, 3843:18, 3844:16, 3844:20, 3844:21, 3845:6, 3845:14, 3846:10, 3846:24, 3847:13, 3847:17, 3848:22, 3915:5
**Acquavella's** [6] - 3824:23, 3839:18, 3842:13, 3845:6, 3846:5, 3915:6
**acre** [1] - 3935:5
**acreage** [1] - 3937:1
**acres** [2] - 3934:24, 3935:1
**ACSH** [2] - 3903:2, 3903:11
**Act** [3] - 3858:3, 3863:25, 3864:4
**action** [1] - 3851:21
**active** [13] - 3847:21, 3856:9, 3867:6, 3870:21, 3871:6, 3880:9, 3881:4, 3881:21, 3903:13, 3920:25, 3930:12, 3935:4, 3938:22
**actively** [2] - 3826:25, 3941:20
**activity** [2] - 3870:18, 3881:22
**actual** [2] - 3894:8, 3938:20
**ad** [1] - 3844:12
**add** [1] - 3878:20
**added** [2] - 3880:11, 3896:14
**addition** [1] - 3919:9
**additional** [8] - 3859:19, 3889:3, 3889:5, 3890:4, 3893:1, 3895:3, 3896:15, 3941:1
**address** [3] - 3859:18, 3868:20, 3900:4
**addressed** [2] - 3886:8, 3902:9
**addresses** [1] - 3910:12
**addressing** [1] - 3861:3
**adenoma** [6] - 3888:2, 3888:11, 3889:6, 3892:18, 3893:2, 3896:12

**adenomas** [3] - 3889:15, 3896:9, 3897:5
**administer** [4] - 3864:1, 3873:16, 3879:14, 3943:7
**administration** [8] - 3856:6, 3856:19, 3857:2, 3858:18, 3859:3, 3859:21, 3887:10
**admission** [4] - 3845:10, 3846:16, 3848:16, 3851:1
**Admission** [2] - 3850:8, 3851:13
**admissions** [3] - 3848:12, 3849:12, 3850:7
**admit** [4] - 3850:8, 3851:1, 3851:13, 3927:21
**admits** [3] - 3850:12, 3851:8, 3851:19
**admitted** [1] - 3830:17
**ADMITTED** [1] - 3815:8
**admitting** [1] - 3829:17
**adverse** [2] - 3876:12, 3903:24
**advice** [1] - 3862:24
**advisory** [3] - 3895:2, 3895:7, 3896:8
**aerially** [1] - 3918:3
**affect** [3] - 3855:1, 3881:9, 3921:17
**affirmations** [1] - 3943:8
**ag** [2] - 3857:22, 3857:24
**agencies** [4] - 3862:19, 3865:13, 3920:22, 3926:4
**agency** [2] - 3890:22, 3922:17
**Agency** [1] - 3889:2
**agent** [7] - 3907:9, 3909:9, 3909:24, 3910:3, 3910:17, 3911:21, 3921:20
**agents** [1] - 3848:4
**ago** [1] - 3857:18
**agree** [3] - 3822:10, 3842:12, 3888:15
**agreed** [6] - 3834:10, 3834:25, 3835:1, 3861:16, 3884:7,

3884:16
**agreement** [3] - 3834:8, 3884:15, 3884:18
**agrees** [1] - 3842:1
**agricultural** [23] - 3844:25, 3853:15, 3854:13, 3854:16, 3854:20, 3854:21, 3855:11, 3855:21, 3856:12, 3856:13, 3856:25, 3859:2, 3862:13, 3866:15, 3913:21, 3919:3, 3936:1, 3936:14, 3936:17, 3938:4, 3939:1, 3939:2, 3939:18
**Agricultural** [1] - 3859:5
**agriculturally** [1] - 3860:10
**agriculture** [15] - 3846:1, 3847:7, 3853:16, 3853:17, 3854:23, 3855:1, 3856:3, 3857:25, 3860:14, 3862:8, 3864:17, 3866:5, 3932:4, 3932:11, 3936:3
**ahead** [1] - 3849:1
**AHS** [8] - 3844:12, 3844:15, 3845:15, 3845:17, 3845:19, 3846:7, 3846:18, 3846:21
**air** [4] - 3911:7, 3914:12, 3916:20, 3937:3
**al** [1] - 3812:7
**alerted** [1] - 3902:8
**allow** [3] - 3848:18, 3875:16, 3876:15
**allowed** [2] - 3818:12, 3819:4
**almost** [7] - 3864:14, 3878:11, 3930:8, 3930:20, 3936:24, 3939:2, 3942:2
**alter** [1] - 3880:11
**Alto** [1] - 3853:12
**ambit** [1] - 3847:5
**amend** [3] - 3859:13, 3859:18, 3859:22
**America** [2] - 3866:12, 3935:5
**American** [5] - 3845:1, 3846:23, 3902:20, 3928:3,

3934:23
**amount** [2] - 3918:8, 3934:9
**amply** [2] - 3836:18, 3837:23
**analysis** [3] - 3900:12, 3910:1, 3914:4
**analytical** [1] - 3857:10
**analyze** [1] - 3859:13
**analyzed** [1] - 3917:11
**Angeles** [1] - 3813:7
**animal** [8] - 3863:2, 3866:3, 3881:13, 3882:11, 3885:4, 3885:21, 3911:8, 3928:23
**animals** [2] - 3887:6, 3896:13
**annual** [1] - 3878:11
**answer** [13] - 3827:5, 3828:16, 3841:15, 3844:16, 3878:22, 3879:3, 3879:4, 3879:7, 3884:22, 3904:7, 3927:9, 3928:19, 3937:15
**antibiotic** [1] - 3866:3
**antibiotic-resistant** [1] - 3866:3
**antibiotics** [1] - 3866:3
**anticipation** [1] - 3833:6
**anyway** [1] - 3838:21
**apologies** [1] - 3849:5
**apologize** [4] - 3886:21, 3897:22, 3904:17, 3906:14
**apparent** [1] - 3921:24
**appear** [1] - 3921:22
**APPEARANCES** [2] - 3813:1, 3814:1
**application** [5] - 3871:23, 3881:8, 3936:25, 3937:22, 3939:13
**applicator** [2] - 3873:1, 3938:10
**applicators** [3] - 3937:16, 3939:3, 3939:21
**applied** [16] - 3855:14, 3855:15, 3855:23, 3859:14,

2

3880:12, 3898:2, 3910:25, 3911:6, 3918:4, 3933:24, 3934:3, 3935:4, 3935:25, 3936:19, 3936:20, 3938:9

**applies** [3] - 3877:14, 3880:10, 3933:5

**apply** [3] - 3910:24, 3936:23, 3939:10

**applying** [2] - 3923:25, 3937:5

**appointees** [1] - 3860:18

**appointment** [1] - 3857:10

**approach** [6] - 3846:1, 3847:8, 3852:22, 3874:2, 3890:23, 3940:9

**appropriate** [9] - 3820:19, 3839:17, 3874:14, 3876:13, 3884:20, 3884:22, 3884:23, 3902:12, 3910:1

**appropriately** [1] - 3826:8

**approval** [2] - 3871:20, 3878:8

**approve** [1] - 3861:7

**approved** [3] - 3870:10, 3882:18, 3883:12

**approving** [1] - 3863:19

**area** [3] - 3819:3, 3910:25, 3911:5

**areas** [4] - 3916:12, 3917:13, 3917:25, 3918:2

**argue** [1] - 3902:25

**argued** [1] - 3903:5

**arguing** [1] - 3843:6

**argument** [2] - 3845:13, 3874:24

**arguments** [1] - 3903:9

**arise** [1] - 3881:2

**arisen** [1] - 3869:12

**arising** [1] - 3920:6

**ARISTEI** [1] - 3813:5

**art** [2] - 3895:23, 3898:2

**article** [7] - 3832:25, 3898:25, 3901:19, 3901:25, 3902:1, 3902:11, 3930:14

**articles** [1] - 3831:1

**Arts** [2] - 3853:24, 3854:3

**aside** [1] - 3878:2

**aspects** [1] - 3935:15

**asserted** [3] - 3824:18, 3843:17, 3846:21

**assertion** [1] - 3833:12

**assessed** [3] - 3906:11, 3928:10, 3934:14

**assessing** [1] - 3881:18

**assessment** [21] - 3827:7, 3844:24, 3846:7, 3869:18, 3869:23, 3870:15, 3873:3, 3881:1, 3898:11, 3902:25, 3904:15, 3907:19, 3907:20, 3907:21, 3907:22, 3911:25, 3918:10, 3918:14, 3919:11, 3920:18, 3925:1

**assessments** [3] - 3861:6, 3919:7, 3920:24

**associated** [4] - 3825:3, 3843:22, 3871:6, 3921:25

**association** [5] - 3851:3, 3851:9, 3851:12, 3921:19, 3921:23

**Association** [3] - 3845:2, 3846:24, 3865:19

**assume** [1] - 3922:23

**Atkinson** [1] - 3897:14

**atrazine** [6] - 3932:20, 3932:24, 3933:1, 3933:16, 3934:6

**atrazine's** [1] - 3932:13

**attached** [2] - 3828:4, 3828:6

**attacks** [1] - 3941:18

**attempt** [1] - 3884:21

**attempted** [1] - 3882:9

**attend** [1] - 3854:9

**attention** [1] - 3933:9

**attitudes** [1] - 3891:10

**attorney** [3] - 3824:18, 3943:11

**attorney-client** [1] - 3824:18

**attorneys** [2] - 3825:15, 3826:4

**attributed** [1] - 3894:16

**attribution** [2] - 3898:5, 3898:7

**aura** [1] - 3836:19

**author** [1] - 3898:6

**authored** [1] - 3843:17

**authorized** [1] - 3943:7

**authorizing** [1] - 3859:17

**authors** [3] - 3830:10, 3887:20, 3898:5

**authorship** [1] - 3898:22

**available** [7] - 3850:16, 3868:24, 3911:20, 3912:25, 3920:10, 3920:20, 3920:21

**Avenue** [1] - 3813:13

**average** [1] - 3855:13

**aware** [5] - 3825:15, 3826:4, 3826:7, 3903:17, 3929:16

**awful** [1] - 3901:13

**awkward** [1] - 3900:8

## B

**B-E-N-B-R-O-O-K** [1] - 3852:19

**Bachelor** [4] - 3853:24, 3853:25, 3854:3, 3854:5

**background** [3] - 3853:20, 3874:8, 3875:7

**backpack** [4] - 3937:19, 3938:16, 3939:6, 3939:11

**backup** [1] - 3886:17

**backyard** [1] - 3940:6

**bacteria** [3] - 3866:3, 3912:2, 3924:7

**bald** [1] - 3912:5

**ban** [2] - 3817:17, 3821:6

**barred** [1] - 3849:22

**base** [2] - 3920:23,
3921:1

**based** [20] - 3865:20, 3866:25, 3867:4, 3867:10, 3868:12, 3908:1, 3919:21, 3925:1, 3930:17, 3933:4, 3933:5, 3934:12, 3934:16, 3934:20, 3935:7, 3937:17, 3938:13, 3938:16, 3938:21, 3939:11

**basic** [2] - 3819:11, 3831:15, 3871:18

**basis** [3] - 3819:5, 3825:4, 3878:12

**bathroom** [1] - 3905:8

**battery** [2] - 3872:13, 3881:19

**BAUM** [1] - 3813:5

**beat** [1] - 3857:3

**become** [1] - 3904:13

**becomes** [2] - 3870:4, 3870:6

**bee** [1] - 3856:12

**beer** [1] - 3871:9

**beforehand** [1] - 3884:16

**begins** [1] - 3842:17

**behalf** [5] - 3832:20, 3832:22, 3845:23, 3846:3, 3861:10

**behind** [4] - 3901:23, 3902:6, 3932:19, 3936:21

**belabor** [1] - 3894:20

**beliefs** [1] - 3846:18

**BENBROOK** [2] - 3815:4, 3852:12

**Benbrook** [16] - 3816:15, 3816:21, 3817:1, 3852:7, 3852:8, 3852:18, 3852:19, 3865:9, 3866:13, 3869:17, 3869:22, 3891:1, 3902:16, 3905:6, 3905:11, 3905:14

**benchmark** [1] - 3873:4

**benzene** [5] - 3836:1, 3837:6, 3837:7, 3837:18, 3839:7

**best** [7] - 3876:18, 3882:8, 3885:20, 3906:9, 3907:16, 3912:19, 3922:20

**better** [4] - 3817:23, 3845:15, 3875:12, 3922:17

**between** [24] - 3817:16, 3823:16, 3830:8, 3834:18, 3834:20, 3851:3, 3851:10, 3855:13, 3855:24, 3864:6, 3882:4, 3883:19, 3889:8, 3890:10, 3892:22, 3907:13, 3908:4, 3919:24, 3920:17, 3921:19, 3921:24, 3933:13, 3935:20, 3936:13

**beyond** [2] - 3819:21, 3842:7

**bias** [8] - 3832:11, 3832:17, 3832:19, 3832:25, 3833:7, 3921:15, 3921:17, 3921:21

**biases** [1] - 3833:10, 3922:8

**bid** [1] - 3820:18

**big** [4] - 3860:20, 3880:17, 3920:17, 3932:18

**bigger** [4] - 3817:12, 3829:10, 3855:9

**biggest** [2] - 3863:17, 3866:16

**bill** [7] - 3828:7, 3833:18, 3835:21, 3839:10, 3839:19, 3870:3, 3870:4

**Bill** [9] - 3823:23, 3827:24, 3828:4, 3828:5, 3831:4, 3842:12, 3842:19, 3842:22, 3843:1

**billing** [8] - 3823:16, 3836:20, 3837:1, 3837:2, 3840:24, 3840:25

**billion** [1] - 3935:1

**bills** [1] - 3825:2

**binder** [5] - 3822:17, 3823:7, 3843:10, 3843:11, 3852:23

**bioaccumulated** [1] - 3912:5

**bioaccumulation** [2] - 3911:21, 3911:23

**biodynamic** [1] - 3889:14

**biodynamics** [1] - 3887:19

**biological** [2] -

3917:8, 3922:2
**biology** [1] - 3854:4
**biomedical** [1] - 3901:8
**biomonitoring** [1] - 3915:16
**bird** [1] - 3912:3
**birth** [1] - 3868:19
**bit** [12] - 3825:10, 3835:18, 3853:19, 3855:18, 3856:16, 3872:3, 3880:20, 3887:3, 3887:21, 3905:18, 3923:4, 3936:16
**Blair** [6] - 3861:1, 3861:18, 3861:19, 3861:24, 3929:7, 3929:20
**block** [1] - 3931:18
**board** [4] - 3862:8, 3862:17, 3864:17, 3886:1
**boards** [1] - 3885:7
**body** [1] - 3924:1
**Bolanos** [2] - 3812:14, 3816:7
**bolstering** [1] - 3940:25
**boom** [1] - 3836:11
**boot** [1] - 3886:16
**bother** [1] - 3839:13
**bottle** [1] - 3938:18
**bottom** [1] - 3826:1
**Boulevard** [1] - 3813:6
**box** [1] - 3871:22
**Boy** [1] - 3817:24
**branch** [1] - 3857:20
**branches** [1] - 3871:18
**BRAUN** [1] - 3813:19
**break** [5] - 3872:3, 3896:22, 3904:24, 3940:14, 3942:3
**breast** [1] - 3924:18
**breeding** [1] - 3863:5
**BRENT** [1] - 3813:4
**Brian** [1] - 3886:18
**briefly** [2] - 3818:9, 3886:2
**bringing** [1] - 3838:10
**brings** [1] - 3836:19
**broad** [1] - 3876:23
**broader** [2] - 3920:12, 3925:18
**broken** [1] - 3871:15
**brought** [5] - 3860:18, 3862:15,

3863:22, 3864:8, 3903:10
**Brown** [1] - 3862:16
**buckets** [1] - 3823:17
**bucks** [1] - 3902:1
**budget** [1] - 3860:14
**built** [1] - 3936:22
**bunch** [5] - 3822:8, 3835:19, 3894:11, 3894:19, 3924:3
**buy** [2] - 3880:10, 3938:18
**buys** [2] - 3872:23, 3880:9
**BY** [22] - 3812:21, 3853:5, 3869:24, 3877:7, 3879:8, 3883:7, 3885:3, 3885:19, 3886:13, 3897:10, 3902:19, 3904:16, 3906:5, 3913:9, 3927:4, 3929:3, 3929:13, 3929:19, 3930:2, 3931:8, 3931:16, 3937:22

## C

**cab** [2] - 3937:2, 3938:12
**calculate** [1] - 3871:11
**CALIFORNIA** [1] - 3812:1
**California** [8] - 3813:7, 3813:21, 3816:5, 3819:11, 3917:6, 3926:9, 3943:7, 3943:20
**Canada** [1] - 3915:1
**cancer** [42] - 3860:23, 3861:3, 3861:6, 3879:22, 3881:13, 3881:18, 3881:20, 3882:13, 3882:21, 3887:6, 3888:9, 3890:17, 3894:9, 3901:10, 3901:12, 3903:6, 3907:9, 3907:10, 3907:11, 3907:12, 3907:24, 3907:25, 3908:3, 3908:6, 3908:15, 3908:21, 3908:25, 3909:5, 3909:9, 3909:13, 3918:15, 3924:18, 3924:19, 3926:22, 3927:18, 3928:16,

3939:10, 3939:25
**Cancer** [2] - 3861:11, 3861:13
**cancer-causing** [4] - 3860:23, 3861:3, 3861:6, 3909:9
**candid** [1] - 3836:23
**cannot** [2] - 3818:7, 3833:22
**capable** [1] - 3907:10
**capacity** [6] - 3826:25, 3858:15, 3859:13, 3866:20, 3867:24, 3904:22
**carcinogen** [3] - 3926:13, 3927:9, 3927:12
**carcinogenic** [2] - 3907:11, 3908:14
**carcinogenicity** [9] - 3872:15, 3881:16, 3882:11, 3883:22, 3885:21, 3893:4, 3923:12, 3923:18, 3928:23
**carcinoma** [1] - 3894:3
**career** [4] - 3857:1, 3864:11, 3878:15, 3926:5
**careful** [3] - 3877:21, 3891:17, 3904:8
**carefully** [2] - 3819:7, 3890:9
**Carter** [6] - 3856:6, 3856:19, 3857:1, 3857:4, 3858:18, 3859:3
**case** [25] - 3838:8, 3845:4, 3845:16, 3846:14, 3850:7, 3860:22, 3868:23, 3869:6, 3870:20, 3875:11, 3880:4, 3890:22, 3891:22, 3899:7, 3899:25, 3904:22, 3905:24, 3906:19, 3914:18, 3917:7, 3920:23, 3934:12, 3939:16, 3939:24, 3940:15
**Case** [1] - 3812:6
**cases** [6] - 3827:11, 3828:24, 3828:25, 3829:2, 3864:2, 3939:9
**catch** [1] - 3935:11
**catch-up** [1] - 3935:11

**categories** [1] - 3871:17
**caught** [1] - 3864:5
**causal** [1] - 3921:24
**caused** [4] - 3828:9, 3839:13, 3926:21, 3928:16
**causes** [1] - 3908:21
**causing** [11] - 3860:23, 3861:3, 3861:6, 3903:6, 3907:10, 3908:14, 3908:21, 3908:25, 3909:5, 3909:9
**CD-1** [2] - 3887:13, 3888:11
**celebrate** [1] - 3902:12
**census** [1] - 3855:11
**Center** [2] - 3865:21, 3865:24
**central** [1] - 3898:22
**Central** [1] - 3866:12
**CEQ** [2] - 3856:11, 3857:13
**certain** [8] - 3846:2, 3849:20, 3864:2, 3879:9, 3911:24, 3912:7
**certainly** [9] - 3844:18, 3866:23, 3869:1, 3882:6, 3903:9, 3922:17, 3932:22, 3939:1
**CERTIFICATE** [1] - 3943:1
**Certificate** [1] - 3943:21
**certified** [2] - 3939:2, 3939:21
**Certified** [2] - 3943:6, 3943:20
**certify** [3] - 3869:17, 3943:3, 3943:10
**cetera** [7] - 3825:2, 3832:2, 3836:20, 3837:2, 3891:8, 3934:25
**CGC-16-550128** [1] - 3812:6
**chain** [1] - 3912:2
**chains** [1] - 3912:6
**chair** [1] - 3862:16
**chaired** [1] - 3861:20
**chairman** [1] - 3857:23
**chance** [5] - 3818:22, 3819:13, 3819:25, 3921:16, 3922:2

**change** [11] - 3828:12, 3859:13, 3859:25, 3860:20, 3866:21, 3878:10, 3928:4, 3928:5, 3930:10, 3931:1, 3935:10
**changed** [3] - 3892:22, 3927:13, 3935:19
**changes** [1] - 3872:10
**changing** [2] - 3821:10, 3859:18
**characterization** [3] - 3920:16, 3925:19, 3925:21
**charge** [1] - 3862:18
**CHARLES** [3] - 3815:4, 3852:12, 3852:18
**Charles** [2] - 3852:7, 3852:18
**charts** [1] - 3916:15
**check** [3] - 3819:8, 3838:15, 3871:22
**chemical** [7] - 3870:6, 3870:8, 3881:9, 3881:23, 3881:25, 3908:17, 3908:20
**chemistry** [1] - 3854:4
**cherry** [3] - 3920:10, 3923:24, 3925:17
**cherry-pick** [1] - 3920:10
**cherry-picked** [1] - 3925:17
**cherry-picking** [1] - 3923:24
**Chicago** [1] - 3814:8
**chief** [4] - 3826:16, 3827:24, 3840:21, 3865:23
**child** [1] - 3879:15
**childhood** [1] - 3924:18
**children** [1] - 3855:22
**Children's** [1] - 3868:11
**children's** [1] - 3868:13
**choices** [1] - 3855:17
**chose** [1] - 3884:13
**chronic** [3] - 3850:9, 3850:15, 3850:23
**circumstances** [1] -

3907:10
**cited** [3] - 3831:12, 3851:19, 3916:17
**cites** [2] - 3888:21, 3914:25
**claim** [1] - 3915:24
**clarification** [1] - 3823:20
**clarify** [1] - 3843:2
**Class** [1] - 3926:13
**classification** [3] - 3846:11, 3926:15, 3930:6
**classified** [1] - 3926:13
**claw** [1] - 3824:19
**clean** [2] - 3896:21, 3906:15
**cleaner** [1] - 3892:5
**cleaning** [1] - 3900:8
**cleanup** [2] - 3869:11, 3897:21
**clear** [17] - 3821:3, 3822:6, 3836:6, 3837:11, 3838:4, 3838:19, 3842:11, 3846:20, 3867:3, 3895:20, 3896:8, 3898:24, 3899:21, 3903:6, 3917:21, 3925:13, 3939:4
**clearly** [4] - 3874:5, 3875:6, 3896:15, 3928:3
**clerk** [1] - 3852:9
**CLERK** [1] - 3852:16
**click** [2] - 3901:14, 3901:16
**client** [3] - 3824:18, 3866:10, 3866:17
**climbed** [1] - 3932:16
**clip** [1] - 3825:12
**clips** [1] - 3824:12
**closely** [2] - 3864:15, 3885:9
**closer** [1] - 3820:25
**closing** [1] - 3818:7
**Coca** [1] - 3871:9
**coca** [1] - 3917:25
**Coca-Cola** [1] - 3871:9
**cocaine** [1] - 3918:1
**Code** [1] - 3819:11
**Coffee** [1] - 3866:12
**cohort** [3] - 3924:25, 3939:15, 3939:18
**Cola** [1] - 3871:9
**colleague** [2] - 3831:17, 3843:5

**colleagues** [1] - 3857:13
**collect** [1] - 3911:11
**collected** [2] - 3914:5, 3914:8
**collecting** [1] - 3911:12
**college** [1] - 3853:20
**Columbia** [4] - 3917:13, 3917:16, 3917:22, 3918:2
**combat** [2] - 3845:7, 3845:8
**coming** [5] - 3829:14, 3830:9, 3831:21, 3866:12, 3891:2
**commentary** [2] - 3893:7, 3893:11
**commenting** [1] - 3874:16
**comments** [3] - 3818:10, 3923:15, 3924:22
**commercial** [2] - 3859:2, 3936:21
**committee** [23] - 3847:25, 3857:22, 3857:23, 3857:24, 3857:25, 3858:14, 3859:9, 3859:11, 3859:16, 3859:24, 3860:1, 3860:25, 3861:11, 3861:16, 3861:21, 3862:2, 3863:16, 3863:21, 3864:7, 3864:10, 3895:2, 3913:1
**commodity** [1] - 3854:24
**communicate** [1] - 3927:24
**communicating** [2] - 3824:3, 3900:23
**community** [4] - 3832:13, 3900:15, 3900:24, 3916:8
**companies** [3] - 3865:13, 3902:24, 3926:1
**Company** [1] - 3878:1
**COMPANY** [1] - 3812:7
**company** [10] - 3865:9, 3867:5, 3870:7, 3870:17, 3870:21, 3871:3, 3873:25, 3879:18, 3879:21, 3933:7

**comparable** [1] - 3938:11
**comparison** [1] - 3889:9
**complaints** [3] - 3825:7, 3836:23, 3836:24
**completely** [2] - 3906:22, 3925:11
**complicated** [1] - 3889:24
**comports** [1] - 3831:20
**compromise** [2] - 3818:5, 3839:9
**computer** [3] - 3839:5, 3881:16, 3886:13
**concentrate** [1] - 3912:1
**concentration** [1] - 3855:8
**concentrations** [2] - 3917:11, 3917:16
**concept** [3] - 3880:24, 3881:2, 3913:17
**concern** [8] - 3816:22, 3835:17, 3868:14, 3873:8, 3880:17, 3892:1, 3892:2, 3902:11
**concerned** [5] - 3851:20, 3858:8, 3896:18, 3897:6, 3928:1
**concerns** [1] - 3822:7
**concise** [1] - 3900:11
**concluded** [3] - 3923:17, 3926:21, 3927:11
**conclusion** [5] - 3874:13, 3877:16, 3900:16, 3927:13, 3927:19
**conduct** [2] - 3890:14, 3907:20
**conducted** [13] - 3850:9, 3850:15, 3850:18, 3850:23, 3851:2, 3851:5, 3851:8, 3851:12, 3885:4, 3887:20, 3898:17, 3915:9, 3915:18
**conducting** [2] - 3879:18, 3904:15
**conference** [1] -

3856:7
**conferred** [2] - 3816:18, 3822:8
**confirmed** [1] - 3846:8
**confirms** [2] - 3844:21, 3845:20
**conflict** [4] - 3863:23, 3864:5, 3864:8, 3898:21
**confounding** [3] - 3903:7, 3921:15, 3921:21
**confused** [1] - 3855:18
**confusing** [1] - 3904:18
**confusion** [1] - 3841:3
**Congress** [2] - 3863:23, 3873:15
**congressional** [1] - 3859:11
**conjunction** [1] - 3843:19
**consequences** [2] - 3890:18
**conservation** [2] - 3856:8, 3858:25
**consider** [3] - 3827:17, 3841:17, 3859:16
**considerable** [2] - 3918:8, 3941:13
**considerably** [1] - 3917:17
**consideration** [1] - 3906:23
**considerations** [1] - 3819:21
**considered** [9] - 3818:3, 3894:13, 3894:22, 3898:12, 3898:18, 3904:21, 3905:22, 3921:11, 3929:14
**consistent** [3] - 3876:4, 3876:5, 3887:23
**consistently** [1] - 3838:11
**constitutes** [1] - 3877:10
**construed** [1] - 3835:19
**consult** [1] - 3865:12
**consultant** [10] - 3830:8, 3830:22, 3831:9, 3832:10, 3832:14, 3832:15,

3832:18, 3836:17, 3837:23
**consultation** [1] - 3896:11
**consulted** [1] - 3837:4
**consulting** [21] - 3824:3, 3824:4, 3825:18, 3825:24, 3826:14, 3826:22, 3827:4, 3827:6, 3827:8, 3828:6, 3830:16, 3831:25, 3832:7, 3833:3, 3833:19, 3837:8, 3837:17, 3839:15, 3865:12, 3866:6, 3866:20
**Consulting** [3] - 3837:19, 3865:10, 3866:13
**consults** [2] - 3836:1, 3837:5
**Consumer** [1] - 3866:18
**consumers'** [1] - 3866:17
**contacted** [2] - 3867:22, 3868:3
**containing** [7] - 3850:10, 3850:16, 3850:20, 3851:3, 3851:6, 3851:10, 3915:19
**contains** [1] - 3867:5
**contamination** [1] - 3863:3
**context** [5] - 3826:15, 3837:19, 3870:3, 3899:13, 3908:20
**contexts** [1] - 3819:6
**continue** [2] - 3885:2, 3936:9
**continued** [2] - 3890:22, 3933:22
**Continued** [1] - 3814:1
**continuing** [2] - 3904:11, 3934:19
**contract** [4] - 3830:8, 3838:12, 3864:21, 3887:19
**contracts** [1] - 3866:16
**contradicted** [1] - 3846:25
**contradicting** [1] - 3828:14
**contradicts** [2] -

3831:21, 3846:13
**contrast** [1] - 3926:17
**contribute** [2] - 3880:7, 3912:13
**contributed** [1] - 3898:4
**contribution** [1] - 3915:10
**control** [20] - 3845:16, 3857:20, 3870:18, 3880:8, 3889:4, 3889:8, 3893:2, 3893:15, 3893:18, 3893:21, 3893:23, 3894:8, 3895:4, 3935:25, 3936:2, 3937:17, 3938:7, 3938:19, 3939:16, 3939:24
**controls** [2] - 3870:23, 3877:25
**controversy** [1] - 3890:17
**convened** [2] - 3890:2, 3895:7
**conversation** [3] - 3825:7, 3861:24, 3929:22
**conversations** [1] - 3825:1
**conversion** [1] - 3859:1
**cool** [1] - 3886:13
**copy** [7] - 3817:6, 3822:15, 3822:16, 3886:19, 3886:20, 3886:21, 3906:6
**corn** [2] - 3932:13, 3934:25
**corn/soybean** [1] - 3855:12
**corner** [1] - 3853:11
**corporate** [1] - 3816:20
**Correct** [24] - 3860:9, 3862:4, 3865:11, 3872:7, 3872:12, 3881:14, 3886:6, 3887:11, 3893:16, 3893:19, 3893:22, 3894:23, 3895:13, 3896:2, 3900:1, 3901:24, 3905:25, 3914:6, 3914:10, 3916:14, 3917:1, 3917:9, 3930:7, 3940:4
**correct** [33] - 3826:5, 3826:10, 3859:11,

3865:16, 3867:14, 3872:16, 3883:14, 3886:9, 3886:23, 3893:18, 3894:10, 3895:15, 3897:12, 3898:9, 3899:11, 3899:14, 3899:19, 3901:18, 3913:13, 3915:13, 3916:6, 3917:4, 3917:15, 3918:8, 3923:19, 3924:24, 3925:19, 3926:11, 3926:16, 3927:13, 3927:19, 3929:9, 3940:2
**corrected** [1] - 3819:14
**Cosmetic** [2] - 3863:25, 3864:4
**cost** [4] - 3854:22, 3855:2, 3855:3, 3896:19
**costs** [1] - 3854:22
**Council** [4] - 3856:4, 3857:16, 3858:17, 3902:20
**Counsel** [1] - 3816:11
**counsel** [3] - 3817:6, 3885:22, 3943:10
**counted** [1] - 3817:16
**counties** [1] - 3855:12
**country** [2] - 3855:13, 3860:10
**COUNTY** [1] - 3812:2
**couple** [4] - 3833:10, 3915:1, 3926:6, 3938:15
**course** [9] - 3828:12, 3848:14, 3856:19, 3858:21, 3861:5, 3880:2, 3901:4, 3907:15, 3912:4
**COURT** [138] - 3812:1, 3816:11, 3816:13, 3816:24, 3817:3, 3817:8, 3818:20, 3819:22, 3820:4, 3820:9, 3821:9, 3821:15, 3821:18, 3821:22, 3822:2, 3822:12, 3822:14, 3822:18, 3822:23, 3823:3, 3823:9, 3823:12, 3823:19, 3823:22, 3824:4, 3824:7, 3824:13, 3824:16,

3825:13, 3825:19, 3826:3, 3826:7, 3826:11, 3829:5, 3829:20, 3829:25, 3830:15, 3830:18, 3830:24, 3831:24, 3832:6, 3832:16, 3833:25, 3834:7, 3834:13, 3834:19, 3834:21, 3834:24, 3835:3, 3835:7, 3835:14, 3837:4, 3838:5, 3838:24, 3839:9, 3840:1, 3840:11, 3841:5, 3841:8, 3841:12, 3842:4, 3842:16, 3843:1, 3843:3, 3843:13, 3843:23, 3844:5, 3844:8, 3847:17, 3847:20, 3848:15, 3848:21, 3848:25, 3849:3, 3849:15, 3852:5, 3852:8, 3852:20, 3852:24, 3853:2, 3869:19, 3869:21, 3874:3, 3874:25, 3875:16, 3875:20, 3876:12, 3876:15, 3876:24, 3877:3, 3877:5, 3877:20, 3878:25, 3879:4, 3883:2, 3883:6, 3883:24, 3884:3, 3884:23, 3885:2, 3885:17, 3885:24, 3886:12, 3890:24, 3891:17, 3891:20, 3891:24, 3892:1, 3892:9, 3893:9, 3897:9, 3902:17, 3904:7, 3904:23, 3905:1, 3905:5, 3905:9, 3905:11, 3905:13, 3906:4, 3913:8, 3921:5, 3922:25, 3927:1, 3927:3, 3928:18, 3929:12, 3929:18, 3931:5, 3931:7, 3931:13, 3931:15, 3937:15, 3940:10, 3940:13, 3941:22, 3941:24, 3942:6
**court** [4] - 3843:16, 3853:1, 3858:7, 3877:23
**Court** [9] - 3818:3, 3819:15, 3821:4, 3821:25, 3829:1,

3837:12, 3837:15, 3837:16, 3840:15
**Court's** [2] - 3817:15
**courtroom** [2] - 3849:2, 3940:17
**cover** [1] - 3871:4
**covered** [1] - 3918:23
**crashed** [1] - 3886:14
**create** [4] - 3840:14, 3848:11, 3863:12, 3884:13
**created** [3] - 3843:18, 3847:14, 3851:24
**creation** [1] - 3847:4
**credibility** [9] - 3826:23, 3826:24, 3828:17, 3828:19, 3830:19, 3845:11, 3846:6, 3846:16, 3848:17
**credible** [1] - 3924:4
**criteria** [1] - 3924:1
**critically** [1] - 3922:18
**criticisms** [1] - 3844:13
**criticized** [1] - 3818:14
**crop** [4] - 3854:24, 3860:12, 3871:2, 3935:6
**Crop** [2] - 3845:1, 3846:24
**cropland** [1] - 3935:5
**crops** [6] - 3847:10, 3914:12, 3934:24, 3935:1, 3936:6
**CROSS** [1] - 3815:3
**cross** [1] - 3941:13
**cross-examination** [1] - 3941:13
**crosses** [1] - 3838:3
**crossing** [2] - 3838:21, 3838:22
**CSR** [1] - 3812:22
**cumulative** [2] - 3937:12, 3941:18
**curative** [3] - 3817:5, 3820:3, 3820:5
**cure** [1] - 3820:22
**current** [1] - 3908:6
**cut** [2] - 3860:14, 3889:3

**D**

**D.C** [1] - 3814:14

**Daniel** [1] - 3906:19
**Data** [3] - 3904:20, 3909:19, 3912:10
**data** [20] - 3855:11, 3871:3, 3872:19, 3888:17, 3892:14, 3895:14, 3906:25, 3910:18, 3911:20, 3912:17, 3912:25, 3913:1, 3913:16, 3914:16, 3916:16, 3920:2, 3920:10, 3920:20, 3925:17, 3939:24
**dated** [2] - 3843:13, 3851:19
**dates** [1] - 3885:20
**DAVID** [1] - 3813:10
**days** [1] - 3876:4
**DC** [3] - 3856:7, 3856:23, 3868:12
**DC-based** [1] - 3868:12
**DDT** [1] - 3912:5
**deal** [4] - 3856:22, 3859:24, 3873:14, 3873:16
**dealing** [5] - 3845:3, 3863:18, 3864:19, 3866:15, 3928:2
**dealt** [1] - 3857:25
**debate** [2] - 3903:14, 3907:4
**debated** [1] - 3893:3
**decade** [1] - 3826:17
**decades** [1] - 3826:17
**December** [2] - 3929:23, 3930:4
**decided** [1] - 3861:2
**deciding** [1] - 3861:7
**decision** [5] - 3820:15, 3821:11, 3849:24, 3870:2, 3913:2
**decisions** [1] - 3861:7
**decrease** [1] - 3921:25
**dedicated** [1] - 3936:22
**defects** [1] - 3868:19
**DEFENDANT** [2] - 3813:17, 3814:3
**Defendants** [1] - 3812:8
**defense** [2] - 3845:13, 3846:13
**definitely** [2] - 3925:20, 3937:25

**degree** [6] - 3853:22, 3853:23, 3854:2, 3854:3, 3854:5, 3854:14
**degrees** [1] - 3885:10
**Delaney** [1] - 3864:21
**delineate** [1] - 3896:15
**deluge** [1] - 3859:25
**democrats** [1] - 3857:21
**demonstrate** [1] - 3845:22
**demonstrative** [2] - 3930:25, 3931:9
**denied** [1] - 3851:5
**denies** [6] - 3850:18, 3850:22, 3850:25, 3851:18, 3851:24, 3852:1
**department** [1] - 3856:22
**Department** [1] - 3816:6
**depo** [1] - 3833:8
**deposed** [1] - 3941:5
**deposition** [5] - 3823:24, 3824:14, 3844:3, 3903:16, 3920:8
**Depot** [1] - 3938:18
**depth** [1] - 3885:10
**deregulate** [1] - 3860:15
**derived** [2] - 3891:10, 3910:18
**dermal** [2] - 3872:25, 3877:8
**describe** [1] - 3887:12
**description** [2] - 3902:5, 3928:20
**design** [3] - 3862:19, 3863:11, 3921:17
**designed** [4] - 3851:9, 3896:12, 3936:23, 3937:1
**desired** [1] - 3880:16
**desperate** [1] - 3856:17
**despite** [1] - 3908:3
**detail** [1] - 3864:23
**details** [1] - 3919:6
**detection** [1] - 3910:1
**determination** [2] - 3851:15, 3873:7
**determine** [3] -

3871:19, 3907:23, 3908:13
**develop** [1] - 3871:3
**developing** [1] - 3879:15
**development** [1] - 3859:2
**developments** [1] - 3865:25
**DEWAYNE** [1] - 3812:4
**diazinon** [1] - 3918:24
**Dickens** [2] - 3818:9, 3877:3
**DICKENS** [2] - 3813:10, 3877:6
**Dickens'** [1] - 3821:5
**dietary** [1] - 3887:10
**difference** [4] - 3854:1, 3907:13, 3908:23, 3920:17
**different** [27] - 3817:2, 3823:16, 3831:3, 3832:14, 3832:17, 3836:15, 3871:17, 3872:13, 3879:1, 3879:11, 3883:24, 3884:24, 3885:17, 3895:11, 3897:1, 3902:18, 3908:18, 3912:8, 3916:12, 3916:16, 3920:25, 3922:14, 3924:17, 3925:14, 3934:13, 3937:24, 3939:8
**dire** [1] - 3869:19
**DIRECT** [2] - 3815:3, 3853:4
**direct** [6] - 3817:19, 3830:11, 3933:9, 3941:15, 3941:17, 3942:2
**directed** [2] - 3835:20, 3872:14
**directly** [5] - 3828:13, 3828:18, 3833:11, 3833:12, 3840:6
**director** [6] - 3859:10, 3862:6, 3862:18, 3863:7, 3863:15
**Director** [1] - 3926:9
**disagree** [1] - 3925:20
**disciplines** [1] - 3928:25
**disclose** [4] -

3898:8, 3929:25, 3930:2, 3941:22
**disclosed** [9] - 3832:25, 3874:21, 3876:4, 3877:12, 3900:2, 3940:20, 3941:3, 3941:7, 3942:4
**disclosing** [1] - 3832:13
**disclosure** [1] - 3899:10
**discover** [1] - 3878:9
**discovers** [1] - 3870:17
**discreet** [1] - 3875:21
**discuss** [8] - 3816:14, 3819:25, 3820:5, 3820:24, 3821:20, 3831:17, 3931:1, 3940:15
**discussed** [7] - 3839:16, 3874:18, 3874:19, 3904:4, 3912:13, 3918:15, 3941:4
**discusses** [1] - 3923:16
**discussing** [2] - 3822:25, 3849:22
**discussion** [6] - 3835:16, 3877:23, 3880:3, 3887:1, 3887:21, 3919:2
**discussions** [2] - 3816:16, 3831:7
**disease** [5] - 3919:25, 3921:20, 3921:22, 3922:1, 3939:10
**disregard** [2] - 3849:25, 3879:6
**disruptors** [2] - 3817:20, 3821:7
**dissertation** [3] - 3855:7, 3856:10, 3856:24
**distinction** [2] - 3908:4, 3941:11
**distinguishes** [1] - 3939:7
**distribution** [2] - 3935:21, 3936:12
**divisions** [1] - 3871:16
**Doctor** [38] - 3853:6, 3855:18, 3858:7, 3860:7, 3866:19, 3867:2, 3869:7,

3869:14, 3873:10, 3877:7, 3878:15, 3880:5, 3880:21, 3883:7, 3885:20, 3886:13, 3887:7, 3894:25, 3897:22, 3898:24, 3899:21, 3902:10, 3906:5, 3906:16, 3907:7, 3907:14, 3916:18, 3921:9, 3922:5, 3922:21, 3924:11, 3925:22, 3931:8, 3931:16, 3931:20, 3935:12, 3935:16, 3938:23
**doctor** [1] - 3864:23
**doctorate** [1] - 3855:7
**document** [33] - 3824:20, 3825:3, 3827:22, 3827:23, 3835:18, 3835:21, 3836:11, 3836:13, 3836:14, 3836:16, 3837:18, 3837:25, 3838:19, 3841:1, 3842:15, 3842:16, 3843:5, 3843:18, 3843:20, 3844:1, 3844:7, 3844:17, 3844:23, 3845:18, 3846:23, 3847:4, 3851:19, 3851:24, 3874:17, 3898:5, 3898:6, 3931:20
**documents** [16] - 3816:20, 3818:25, 3822:9, 3829:17, 3830:13, 3833:4, 3833:5, 3838:15, 3848:11, 3874:9, 3874:15, 3875:8, 3875:11, 3890:7, 3891:2, 3891:3
**dog** [2] - 3928:8, 3928:21
**done** [29] - 3827:5, 3837:21, 3853:17, 3863:16, 3867:12, 3871:14, 3873:7, 3873:25, 3877:8, 3881:20, 3890:19, 3896:21, 3897:13, 3897:15, 3897:18, 3899:6, 3900:12, 3900:19, 3901:15, 3915:7, 3917:6, 3918:9, 3919:20, 3920:24, 3930:8,

3937:4, 3937:23, 3942:2
**dose** [3] - 3894:15, 3896:15, 3896:16
**dose-related** [1] - 3894:15
**dose-response** [1] - 3896:16
**dosed** [1] - 3888:2
**double** [1] - 3934:8
**doubled** [1] - 3933:19
**doubt** [1] - 3926:2
**down** [7] - 3845:25, 3853:11, 3858:11, 3872:3, 3896:22, 3914:19, 3931:12
**downloaded** [1] - 3930:19
**downside** [1] - 3845:25
**Dr** [45] - 3816:15, 3816:21, 3817:1, 3817:5, 3817:13, 3818:25, 3819:24, 3821:3, 3824:23, 3833:8, 3835:19, 3835:25, 3839:23, 3846:24, 3847:13, 3848:22, 3852:7, 3852:8, 3852:18, 3861:1, 3861:18, 3861:19, 3861:24, 3862:16, 3864:16, 3869:17, 3869:22, 3883:8, 3891:1, 3902:16, 3903:16, 3905:6, 3905:11, 3905:14, 3906:19, 3915:6, 3920:1, 3920:8, 3925:16, 3929:7, 3929:20, 3937:12, 3940:22, 3941:14
**drafts** [2] - 3830:11, 3878:7
**dramatically** [1] - 3934:11
**draw** [3] - 3873:6, 3875:2, 3875:13
**drawing** [1] - 3826:23
**drawn** [2] - 3837:24, 3838:2
**drinking** [3] - 3871:8, 3911:2, 3912:23
**Drive** [1] - 3814:7
**driveway** [1] - 3938:19
**Drug** [2] - 3863:25,

3864:4
**drug** [2] - 3902:24, 3917:13
**drugs** [1] - 3863:2
**duly** [2] - 3852:13, 3943:6
**durations** [1] - 3850:19
**during** [8] - 3819:10, 3836:17, 3863:11, 3864:7, 3869:12, 3884:13, 3926:5, 3942:3
**During** [1] - 3884:5
**dust** [1] - 3914:11
**détente** [1] - 3892:3

## E

**eagle** [2] - 3912:3, 3912:5
**early** [4] - 3831:16, 3929:22, 3930:4, 3932:7
**easier** [1] - 3860:16
**easy** [1] - 3873:9
**econ** [1] - 3855:20
**economic** [2] - 3851:17, 3851:22
**economics** [8] - 3853:17, 3853:23, 3854:4, 3854:13, 3854:17, 3854:20, 3855:1, 3855:21
**economist** [1] - 3936:17
**economists** [2] - 3854:21, 3854:23
**edited** [1] - 3835:7
**EDWARDS** [7] - 3813:18, 3817:1, 3817:4, 3817:9, 3821:1, 3821:13, 3821:17
**Edwards** [1] - 3816:25
**effect** [5] - 3868:2, 3868:13, 3879:15, 3903:24, 3922:4
**effective** [1] - 3927:25
**effectively** [1] - 3847:10
**effects** [4] - 3863:13, 3865:14, 3866:8, 3907:12
**efficiently** [1] - 3847:10
**effort** [1] - 3858:11
**egregious** [1] -

3818:4
**either** [11] - 3833:23, 3836:9, 3855:1, 3862:19, 3871:22, 3911:4, 3915:25, 3921:25, 3930:4, 3937:19, 3943:11
**elevated** [1] - 3862:14
**eleven** [1] - 3934:3
**eliminate** [1] - 3861:8
**elsewhere** [1] - 3924:5
**email** [9] - 3823:12, 3827:23, 3829:17, 3839:18, 3839:23, 3842:7, 3842:13, 3842:14, 3929:21
**emailed** [1] - 3817:4
**emerging** [1] - 3863:4
**employee** [4] - 3823:23, 3824:2, 3826:19, 3847:18
**employer** [1] - 3848:12
**employment** [2] - 3844:2, 3845:10
**enables** [1] - 3847:9
**enclosed** [1] - 3938:12
**end** [10] - 3817:24, 3836:15, 3855:20, 3856:5, 3857:1, 3859:3, 3877:2, 3885:1, 3903:5, 3923:16
**End** [1] - 3892:8
**ended** [1] - 3858:25
**endocrine** [2] - 3817:20, 3821:7
**ends** [1] - 3942:7
**engaged** [1] - 3941:20
**engender** [1] - 3908:8
**engine** [2] - 3901:5, 3901:8
**engines** [1] - 3900:18
**English** [1] - 3854:2
**enhances** [1] - 3880:25
**enormous** [1] - 3890:18
**enter** [1] - 3856:15
**entered** [1] - 3835:12
**enters** [1] - 3849:2
**entire** [3] - 3842:15,

3878:15, 3878:16
**entirely** [1] - 3821:14
**entirety** [1] - 3818:4
**environment** [8] - 3853:16, 3855:16, 3872:10, 3880:13, 3910:17, 3912:9, 3919:10, 3934:21
**Environmental** [6] - 3856:4, 3857:17, 3858:17, 3868:11, 3889:2, 3915:8
**environmental** [10] - 3855:10, 3859:23, 3859:25, 3866:4, 3870:13, 3870:25, 3880:12, 3881:10, 3910:3, 3928:24
**environments** [2] - 3910:19, 3910:21
**EPA** [78] - 3831:12, 3831:13, 3857:20, 3860:18, 3860:22, 3861:4, 3861:9, 3863:17, 3863:18, 3864:1, 3864:5, 3864:8, 3864:15, 3864:20, 3869:25, 3870:1, 3870:12, 3871:4, 3871:13, 3873:3, 3873:4, 3873:12, 3873:14, 3873:16, 3873:18, 3873:21, 3874:7, 3874:21, 3875:7, 3876:4, 3878:3, 3878:8, 3878:16, 3878:17, 3879:8, 3879:12, 3879:18, 3879:21, 3879:24, 3879:25, 3881:12, 3881:18, 3882:3, 3888:23, 3889:19, 3890:1, 3890:7, 3890:10, 3890:13, 3890:14, 3891:5, 3891:6, 3892:13, 3893:14, 3893:17, 3895:1, 3895:12, 3895:23, 3896:1, 3896:11, 3897:17, 3904:13, 3907:17, 3920:18, 3920:23, 3926:6, 3926:9, 3926:17, 3926:18, 3926:20, 3927:8, 3927:17, 3928:1, 3931:22, 3932:10, 3933:23, 3935:9
**EPA's** [5] - 3851:14,

3851:15, 3851:25, 3888:21, 3891:10
**epi** [1] - 3869:9
**epidemiological** [17] - 3829:14, 3851:2, 3851:6, 3879:19, 3915:14, 3915:18, 3915:23, 3918:14, 3919:12, 3919:16, 3919:20, 3921:16, 3928:24, 3938:24, 3939:5, 3939:8, 3940:24
**epidemiologist** [9] - 3824:2, 3826:17, 3829:24, 3844:1, 3847:22, 3847:24, 3861:17, 3940:22, 3940:23
**epidemiology** [17] - 3824:24, 3827:7, 3831:2, 3831:6, 3844:24, 3848:1, 3861:12, 3919:17, 3922:9, 3924:6, 3934:14, 3934:15, 3940:21, 3940:25, 3941:2, 3941:4, 3941:14
**episode** [1] - 3838:20
**equally** [1] - 3935:5
**equipment** [3] - 3936:25, 3937:6, 3938:10
**equivocal** [3] - 3893:25, 3894:1, 3895:22
**equivocation** [1] - 3841:3
**era** [1] - 3866:17
**eradication** [1] - 3917:13
**erroneous** [1] - 3848:8
**erroneously** [1] - 3921:18
**error** [1] - 3835:6
**ESQ** [7] - 3813:4, 3813:10, 3813:11, 3813:18, 3814:4, 3814:5, 3814:11
**essential** [2] - 3870:14, 3900:22
**essentially** [3] - 3826:20, 3857:12, 3922:11
**establish** [4] - 3836:17, 3871:23, 3873:4, 3884:8

**established** [6] - 3836:18, 3837:24, 3838:6, 3838:22, 3862:22, 3883:12
**establishing** [2] - 3832:17, 3863:19
**estimate** [2] - 3872:25, 3907:11
**estimates** [1] - 3922:4
**et** [8] - 3812:7, 3825:2, 3832:2, 3836:20, 3837:2, 3891:8, 3934:25
**ethical** [1] - 3898:12
**Europe** [2] - 3917:12, 3917:17
**evaluate** [2] - 3890:2, 3922:18
**evaluated** [3] - 3889:3, 3919:15, 3928:13
**evaluating** [3] - 3898:19, 3908:3, 3928:1
**evaluation** [8] - 3877:15, 3889:13, 3892:16, 3892:22, 3894:14, 3905:23, 3923:18, 3928:22
**event** [3] - 3876:12, 3890:16, 3940:11
**evidence** [10] - 3820:17, 3821:4, 3830:9, 3831:25, 3832:3, 3832:7, 3851:23, 3906:2, 3920:12, 3925:18
**Evidentiary** [1] - 3819:11
**evidently** [1] - 3834:22
**exact** [1] - 3884:8
**exactly** [8] - 3822:13, 3829:22, 3830:20, 3833:16, 3846:12, 3847:8, 3874:10, 3925:10
**examination** [1] - 3941:13
**EXAMINATION** [1] - 3853:4
**examine** [2] - 3851:9, 3866:8
**examined** [1] - 3852:13
**example** [11] - 3818:24, 3835:16, 3872:25, 3873:24, 3876:2, 3891:20,

3908:16, 3922:11, 3923:7, 3923:11, 3924:6
**exceeded** [1] - 3873:8
**except** [2] - 3825:6, 3839:22
**exception** [2] - 3820:12, 3836:5
**exchange** [2] - 3824:5, 3827:23
**excluded** [3] - 3817:18, 3821:4, 3850:1
**exclusively** [1] - 3939:2
**execution** [1] - 3921:18
**Executive** [1] - 3856:5
**executive** [5] - 3857:19, 3862:6, 3862:23, 3863:7, 3863:15
**exercise** [1] - 3908:2
**exhibit** [6] - 3822:5, 3823:3, 3824:9, 3831:17, 3841:21, 3844:19
**Exhibit** [15] - 3823:2, 3823:5, 3823:10, 3840:10, 3840:11, 3843:9, 3843:13, 3882:25, 3886:11, 3886:24, 3906:2, 3906:5, 3921:6, 3922:22, 3931:4
**EXHIBITS** [1] - 3815:8
**exhibits** [3] - 3822:3, 3822:14, 3822:24
**existed** [1] - 3928:15
**existence** [1] - 3836:25
**exists** [5] - 3847:8, 3851:10, 3899:15, 3914:16, 3921:19
**expect** [1] - 3816:20
**expected** [1] - 3907:12
**expenses** [1] - 3839:3
**experience** [3] - 3928:22, 3935:8, 3935:9
**experimental** [2] - 3882:15, 3887:6
**expert** [16] - 3817:22, 3828:20, 3831:1, 3833:9, 3869:6,

3869:17, 3869:22, 3874:11, 3874:12, 3875:13, 3875:22, 3887:18, 3891:3, 3899:16, 3899:25, 3900:2
**expertise** [2] - 3875:6, 3940:21
**experts** [9] - 3819:4, 3831:21, 3845:19, 3846:8, 3846:12, 3869:9, 3875:5, 3929:1
**experts'** [1] - 3845:20
**explain** [10] - 3821:25, 3822:6, 3828:15, 3854:19, 3869:13, 3889:25, 3895:9, 3918:19, 3931:20, 3939:16
**explained** [2] - 3864:8, 3920:22
**explaining** [2] - 3819:5, 3841:6
**explicit** [1] - 3875:10
**explode** [1] - 3858:10
**exploratory** [1] - 3846:2
**explore** [1] - 3935:15
**exposed** [10] - 3871:7, 3891:21, 3908:18, 3911:2, 3911:4, 3912:12, 3912:20, 3918:3, 3918:9, 3919:22
**Exposure** [5] - 3909:19, 3915:7, 3915:11, 3915:20, 3915:22
**exposure** [53] - 3827:6, 3833:20, 3846:7, 3846:11, 3851:7, 3869:10, 3871:6, 3871:12, 3872:17, 3872:19, 3873:4, 3873:25, 3906:23, 3906:24, 3907:12, 3908:1, 3908:7, 3908:23, 3909:16, 3910:9, 3910:13, 3910:23, 3911:11, 3911:12, 3912:11, 3912:12, 3912:13, 3912:19, 3912:21, 3912:22, 3912:24, 3913:1, 3913:16, 3913:17, 3914:16, 3914:20,

3914:22, 3915:15, 3916:5, 3916:8, 3917:2, 3918:10, 3919:6, 3919:9, 3919:11, 3919:15, 3920:2, 3925:2, 3925:3, 3928:4, 3939:13, 3941:21
**exposures** [8] - 3873:5, 3908:8, 3910:3, 3919:24, 3922:14, 3934:16, 3937:5, 3937:23
**express** [1] - 3891:9
**expressing** [1] - 3891:2
**extensive** [3] - 3853:17, 3866:24, 3870:12
**extent** [2] - 3850:22, 3912:11
**external** [1] - 3823:17
**extra** [1] - 3897:3
**extraneous** [1] - 3820:15
**extremely** [1] - 3846:19
**eye** [1] - 3872:9

## F

**face** [2] - 3821:5, 3884:16
**fact** [22] - 3819:1, 3819:12, 3819:17, 3826:9, 3828:25, 3829:12, 3830:12, 3830:13, 3831:7, 3831:8, 3833:19, 3844:21, 3847:21, 3861:23, 3875:14, 3878:13, 3884:7, 3884:12, 3908:13, 3909:12, 3921:19, 3922:7
**factor** [2] - 3921:24
**factors** [3] - 3903:7, 3912:13, 3921:17
**factory** [2] - 3908:17, 3908:18
**facts** [6] - 3819:2, 3874:13, 3875:13, 3884:8, 3893:12, 3941:8
**factually** [3] - 3891:15, 3892:23, 3892:24
**failed** [1] - 3906:22
**failure** [2] - 3829:19, 3884:18

**failure-to-warn** [1] - 3829:19
**fair** [6] - 3879:16, 3883:19, 3894:1, 3907:25, 3920:16, 3937:24
**fairly** [4] - 3876:5, 3890:16, 3932:7, 3932:17
**falls** [1] - 3912:22
**familiar** [3] - 3897:23, 3901:1, 3902:19, 3923:10
**Family** [4] - 3915:6, 3915:11, 3915:20, 3915:22
**family** [1] - 3851:7
**FARELLA** [1] - 3813:19
**farm** [7] - 3851:7, 3855:2, 3855:8, 3855:14, 3936:19, 3937:8, 3939:5
**Farm** [4] - 3915:6, 3915:11, 3915:19, 3915:22
**farmed** [1] - 3918:2
**farmer** [2] - 3871:9, 3938:11
**farmers** [13] - 3855:17, 3860:16, 3881:6, 3932:9, 3933:24, 3934:23, 3935:25, 3936:13, 3937:16, 3938:25, 3939:19, 3939:22, 3940:3
**farming** [3] - 3854:22, 3855:10, 3866:1
**farms** [2] - 3855:9, 3936:21
**fast** [2] - 3865:7, 3935:10
**fate** [5] - 3870:13, 3870:25, 3880:12, 3881:10, 3928:24
**FDCA** [1] - 3864:3
**feature** [1] - 3898:23
**Federal** [3] - 3858:3, 3901:7, 3904:10
**federal** [13] - 3856:25, 3857:11, 3858:2, 3858:22, 3859:23, 3859:25, 3861:3, 3862:19, 3862:24, 3862:25, 3863:23, 3864:6, 3866:15
**female** [1] - 3888:18

**females** [2] - 3887:13, 3896:17
**fertilizer** [3] - 3855:14, 3881:7, 3881:9
**fertilizers** [1] - 3881:5
**few** [12] - 3816:13, 3818:23, 3849:11, 3868:16, 3869:12, 3875:23, 3877:1, 3897:20, 3921:4, 3931:22, 3934:15, 3935:14
**field** [3] - 3872:22, 3880:25, 3881:8
**fields** [1] - 3936:1
**FIFRA** [10] - 3858:2, 3858:6, 3859:9, 3859:13, 3859:18, 3860:19, 3863:24, 3864:3, 3876:10, 3903:21
**fight** [3] - 3891:6, 3928:8, 3928:21
**figure** [1] - 3870:23
**filed** [3] - 3829:3, 3833:16, 3891:21
**filled** [1] - 3857:9
**filtration** [1] - 3937:3
**final** [1] - 3926:15
**finally** [2] - 3831:14, 3851:13
**financed** [1] - 3915:9
**financial** [1] - 3860:13
**financially** [1] - 3862:20
**findings** [2] - 3846:2, 3900:13
**fine** [12] - 3819:22, 3820:21, 3821:13, 3822:23, 3839:22, 3842:21, 3853:7, 3865:2, 3869:15, 3876:14, 3876:24, 3931:13
**finish** [2] - 3856:24, 3878:19
**finished** [1] - 3876:17
**firm** [2] - 3823:17, 3837:1
**FIRM** [1] - 3813:12
**firms** [4] - 3825:2, 3836:19, 3836:20, 3837:2
**first** [28] - 3823:1, 3829:12, 3838:24, 3840:3, 3842:7,

3844:7, 3852:13, 3858:19, 3859:6, 3866:10, 3866:13, 3871:4, 3882:15, 3882:17, 3887:9, 3892:22, 3892:25, 3907:23, 3910:12, 3913:12, 3913:14, 3930:19, 3932:6, 3932:12, 3935:18, 3937:13

**five** [6] - 3825:6, 3830:25, 3918:23, 3919:8, 3942:1

**flash** [1] - 3904:17

**flipping** [1] - 3923:3

**fly** [1] - 3856:23

**focus** [6] - 3855:6, 3869:11, 3870:20, 3900:20, 3920:11, 3925:17

**focused** [1] - 3855:7

**focusing** [1] - 3919:21

**Folgers** [1] - 3866:11

**follow** [2] - 3819:15, 3935:14

**follow-up** [2] - 3819:15, 3935:14

**following** [2] - 3849:18, 3939:19

**follows** [1] - 3852:14

**Food** [2] - 3863:25, 3864:4

**food** [14] - 3855:2, 3855:3, 3864:20, 3866:1, 3866:2, 3866:15, 3871:8, 3873:1, 3902:24, 3911:2, 3912:2, 3912:6, 3912:23, 3916:25

**Foods** [1] - 3866:10

**foods** [2] - 3864:2, 3911:8

**footprint** [1] - 3866:4

**FOR** [3] - 3813:3, 3813:17, 3814:3

**force** [1] - 3830:5

**form** [3] - 3819:4, 3824:25, 3921:21

**formal** [2] - 3851:21, 3882:12

**formed** [1] - 3862:6

**former** [1] - 3824:1

**formulated** [6] - 3850:20, 3879:22, 3880:8, 3880:10, 3881:5, 3882:10

**formulations** [6] -

3850:10, 3850:16, 3851:4, 3851:7, 3851:10, 3915:19

**forth** [2] - 3856:23, 3890:10

**fortunate** [1] - 3857:18

**foundation** [2] - 3885:16, 3937:12

**foundations** [1] - 3862:20

**four** [2] - 3918:23, 3918:25

**framework** [1] - 3870:1

**Francisco** [4] - 3813:21, 3816:5, 3853:12, 3886:15

**FRANCISCO** [1] - 3812:2

**frankly** [1] - 3817:23

**free** [1] - 3901:22

**frequency** [1] - 3868:18

**Friday** [2] - 3812:12, 3816:1

**front** [3] - 3820:8, 3836:14, 3863:22

**fruits** [1] - 3914:12

**full** [4] - 3901:19, 3902:8, 3918:21, 3919:11

**full-on** [1] - 3919:11

**fully** [3] - 3863:22, 3864:7, 3920:22

**fundamental** [2] - 3860:21, 3863:23

**funded** [1] - 3902:23

**Fungicide** [1] - 3858:3

**future** [1] - 3839:15

## G

**gain** [1] - 3873:10

**gallon** [1] - 3938:18

**general** [13] - 3819:21, 3870:1, 3870:19, 3874:7, 3874:22, 3875:7, 3875:24, 3878:3, 3878:4, 3908:19, 3909:24, 3911:1, 3935:21

**General** [1] - 3855:3

**generally** [4] - 3832:22, 3847:22, 3869:25, 3875:4

**generated** [1] - 3888:24

**generation** [1] - 3911:21

**generic** [1] - 3832:14

**genotox** [1] - 3928:23

**genotoxicity** [1] - 3850:19

**Gentlemen** [2] - 3849:3, 3879:6, 3905:1, 3905:5, 3905:13, 3940:13

**GEORGE** [1] - 3814:4

**ghostwriting** [4] - 3897:24, 3898:1, 3898:2, 3898:11

**gilding** [1] - 3874:15

**given** [5] - 3818:4, 3819:10, 3820:11, 3864:11, 3898:5

**glad** [1] - 3853:11

**glass** [1] - 3937:2

**glean** [1] - 3919:13

**globally** [1] - 3934:11

**glyphosate** [93] - 3825:18, 3826:14, 3826:22, 3827:4, 3827:11, 3828:6, 3829:8, 3830:4, 3832:1, 3836:2, 3837:5, 3837:8, 3837:13, 3837:18, 3837:19, 3838:11, 3839:3, 3839:11, 3839:19, 3842:10, 3842:20, 3850:10, 3850:16, 3850:20, 3850:24, 3851:3, 3851:6, 3851:9, 3851:15, 3861:21, 3861:25, 3866:21, 3866:24, 3866:25, 3867:4, 3867:6, 3867:9, 3867:10, 3867:12, 3867:23, 3868:1, 3868:24, 3880:8, 3880:10, 3881:13, 3882:10, 3885:5, 3890:3, 3894:16, 3898:25, 3899:10, 3903:18, 3906:11, 3909:12, 3913:4, 3915:19, 3917:16, 3917:23, 3918:14, 3918:22, 3922:11, 3923:12, 3923:18, 3925:1, 3925:3, 3926:13, 3926:21, 3928:10,

3930:10, 3930:17, 3932:7, 3932:8, 3932:16, 3933:1, 3933:5, 3933:10, 3933:12, 3933:17, 3934:8, 3934:12, 3934:16, 3934:20, 3935:4, 3935:7, 3935:19, 3936:18, 3937:17, 3938:13, 3938:16, 3938:21, 3938:24, 3939:11

**Glyphosate** [3] - 3836:4, 3839:8, 3917:10

**glyphosate-active** [1] - 3935:4

**glyphosate-based** [14] - 3866:25, 3867:4, 3867:10, 3930:17, 3933:5, 3934:12, 3934:16, 3934:20, 3935:7, 3937:17, 3938:13, 3938:16, 3938:21, 3939:11

**glyphosate-containing** [7] - 3850:10, 3850:16, 3850:20, 3851:3, 3851:6, 3851:10, 3915:19

**goals** [1] - 3891:8

**GOLDMAN** [1] - 3813:5

**Goldstein** [4] - 3906:19, 3920:1, 3920:8, 3925:16

**Goldstein's** [1] - 3903:16

**govern** [1] - 3863:24

**governing** [2] - 3860:21, 3872:23

**government** [7] - 3845:4, 3857:11, 3861:3, 3862:22, 3862:24, 3862:25, 3865:13

**government's** [1] - 3901:7

**grad** [1] - 3855:24

**graduate** [3] - 3854:6, 3854:9, 3855:19

**grandparents** [3] - 3855:23, 3855:25, 3857:4

**granted** [1] - 3825:5

**great** [5] - 3816:24, 3822:18, 3845:15, 3868:14, 3937:4

**greenhouses** [1] - 3870:23

**GRIFFIS** [65] - 3814:11, 3816:18, 3822:22, 3823:1, 3823:5, 3823:11, 3823:14, 3823:21, 3824:1, 3824:6, 3824:8, 3824:14, 3824:17, 3833:24, 3835:11, 3835:15, 3836:5, 3837:7, 3837:16, 3837:23, 3838:17, 3840:23, 3841:6, 3843:9, 3843:15, 3846:19, 3847:19, 3848:2, 3848:20, 3848:22, 3849:13, 3869:20, 3874:2, 3874:5, 3874:23, 3875:4, 3876:7, 3876:25, 3877:18, 3878:18, 3878:23, 3879:2, 3883:3, 3883:23, 3884:11, 3884:19, 3885:22, 3890:23, 3891:1, 3892:6, 3893:6, 3897:8, 3902:14, 3904:3, 3926:25, 3927:2, 3928:17, 3929:11, 3929:17, 3930:1, 3931:6, 3937:11, 3940:9, 3940:19, 3942:3

**Griffis** [5] - 3822:23, 3835:7, 3837:12, 3838:14, 3839:6

**grocery** [1] - 3855:4

**groundwater** [3] - 3863:3, 3881:11, 3916:12

**group** [14] - 3845:2, 3847:21, 3865:20, 3887:12, 3889:8, 3889:19, 3892:24, 3893:15, 3893:18, 3893:21, 3893:23, 3896:14, 3928:21, 3939:19

**Group** [14] - 3848:1, 3887:22, 3888:10, 3889:14, 3890:2, 3890:14, 3892:17, 3894:7, 3894:10, 3894:13, 3912:18, 3923:17, 3926:16, 3929:15

**Group's** [1] -

3918:21
**groups** [5] - 3887:13, 3888:7, 3889:4, 3889:8, 3896:23
**growing** [1] - 3855:8
**grown** [2] - 3847:10, 3918:1
**growth** [1] - 3933:25
**guess** [4] - 3842:17, 3877:14, 3892:16, 3937:23
**guidance** [1] - 3896:7
**guidelines** [3] - 3870:12, 3872:21, 3910:4
**guise** [1] - 3875:15
**guy** [3] - 3827:25, 3861:1, 3864:16

# H

**half** [3] - 3839:2, 3933:16, 3938:18
**hand** [4] - 3937:19, 3938:17, 3939:12, 3943:14
**hand-held** [3] - 3937:19, 3938:17, 3939:12
**handed** [2] - 3827:22, 3844:18
**handle** [1] - 3911:5
**hard** [1] - 3849:6
**Hardware** [1] - 3938:17
**Harvard** [4] - 3853:21, 3853:22, 3854:6, 3855:19
**harvest** [1] - 3934:23
**harvested** [2] - 3871:2, 3935:1
**hazard** [6] - 3907:9, 3907:12, 3907:13, 3907:20, 3907:21, 3908:5
**hazards** [4] - 3871:5, 3908:3, 3908:6, 3909:13
**heads** [1] - 3858:10
**health** [10] - 3844:25, 3853:16, 3855:16, 3863:13, 3866:8, 3868:13, 3919:3, 3934:21, 3939:1, 3939:18
**Health** [4] - 3845:5, 3868:11, 3902:20, 3915:8
**hear** [5] - 3833:15,

3836:22, 3836:24, 3844:12, 3845:13
**heard** [11] - 3831:3, 3845:12, 3861:19, 3869:8, 3869:25, 3895:8, 3903:15, 3906:18, 3934:13, 3939:15
**hearing** [1] - 3861:2
**hearings** [6] - 3827:20, 3860:2, 3860:5, 3860:24, 3863:16, 3863:17
**hearsay** [10] - 3817:16, 3819:1, 3819:3, 3819:4, 3843:15, 3843:21, 3846:23, 3847:16, 3929:11, 3929:17
**heart** [1] - 3910:8
**heavens** [3] - 3898:13, 3909:11, 3923:25
**heavily** [4] - 3818:14, 3854:23, 3933:21, 3934:5
**HEDLUND** [1] - 3813:5
**heed** [1] - 3838:17
**held** [6] - 3812:12, 3863:14, 3903:5, 3937:19, 3938:17, 3939:12
**help** [5] - 3845:7, 3859:13, 3863:11, 3869:13, 3880:18
**helped** [1] - 3860:24
**helpful** [1] - 3935:12
**helping** [2] - 3826:8, 3833:3
**herbicide** [14] - 3867:5, 3868:15, 3868:18, 3880:12, 3881:7, 3918:4, 3932:13, 3933:6, 3935:7, 3938:14, 3938:16, 3939:10, 3939:11
**herbicides** [13] - 3866:25, 3867:1, 3867:4, 3867:10, 3870:19, 3930:17, 3933:4, 3934:12, 3934:17, 3934:20, 3936:23, 3937:17, 3938:21
**herein** [1] - 3943:5
**hereunto** [1] - 3943:14
**heroin** [1] - 3918:1

**Heydens** [9] - 3823:12, 3823:23, 3827:24, 3828:5, 3831:4, 3839:23, 3840:3, 3842:19, 3842:22
**Heydens'** [3] - 3839:14, 3839:17, 3842:13
**high** [2] - 3853:12, 3938:5
**high-volume** [1] - 3938:5
**higher** [7] - 3873:23, 3874:1, 3877:9, 3908:9, 3917:17, 3935:2, 3939:13
**highest** [1] - 3932:4
**highlighter** [1] - 3887:25
**highlights** [2] - 3886:21, 3906:13
**highly** [1] - 3862:15
**highly-respected** [1] - 3862:15
**HILMERT** [1] - 3814:5
**hired** [4] - 3826:21, 3862:17, 3892:24, 3899:25
**hiring** [1] - 3857:23
**histopathology** [1] - 3896:20
**historical** [1] - 3908:3
**history** [6] - 3853:19, 3860:11, 3893:4, 3932:7, 3933:20, 3934:17
**hit** [1] - 3835:20
**Hodgkin's** [2] - 3851:4, 3851:11
**Hogan** [2] - 3886:5, 3887:16
**hold** [2] - 3861:2, 3930:23
**HOLLINGSWORTH** [1] - 3814:12
**Home** [1] - 3938:17
**home** [1] - 3936:2
**Honor** [73] - 3816:12, 3817:4, 3817:7, 3817:12, 3817:18, 3818:10, 3818:17, 3818:21, 3819:20, 3820:2, 3820:7, 3821:1, 3821:13, 3821:17, 3822:22, 3823:1, 3823:7, 3824:10, 3825:8,

3825:9, 3825:25, 3831:23, 3833:24, 3836:21, 3837:3, 3838:9, 3838:16, 3839:22, 3840:10, 3841:11, 3841:25, 3843:12, 3847:16, 3847:19, 3848:19, 3848:23, 3849:10, 3850:5, 3852:3, 3852:22, 3852:25, 3869:16, 3869:20, 3874:2, 3876:11, 3876:18, 3877:4, 3877:18, 3877:22, 3878:18, 3883:23, 3884:1, 3885:15, 3886:10, 3890:23, 3892:11, 3893:6, 3902:14, 3904:3, 3904:9, 3904:25, 3905:7, 3905:17, 3913:7, 3921:4, 3922:24, 3926:25, 3928:17, 3930:1, 3931:3, 3931:11, 3937:11, 3940:9
**Honor's** [1] - 3884:12
**Honorable** [1] - 3812:13
**hope** [2] - 3828:8, 3839:12
**hopefully** [2] - 3849:7, 3901:10
**hoping** [1] - 3816:22
**hours** [6] - 3823:15, 3828:10, 3839:24, 3840:4, 3842:2, 3842:23
**house** [4] - 3857:22, 3857:24, 3937:18
**household** [1] - 3917:2
**households** [2] - 3917:6, 3919:10
**huge** [1] - 3928:4
**human** [4] - 3853:15, 3910:2, 3911:8, 3912:11
**hypothetical** [10] - 3873:24, 3874:6, 3874:20, 3874:23, 3875:1, 3875:5, 3875:17, 3876:6, 3876:22, 3904:5
**hypothetically** [2] - 3876:3, 3877:7
**hypotheticals** [1] - 3875:24

# I

**i.e** [1] - 3880:17
**IARC** [32] - 3830:3, 3831:1, 3861:20, 3861:25, 3886:8, 3886:11, 3894:21, 3905:19, 3906:3, 3906:21, 3908:13, 3908:24, 3912:18, 3912:25, 3914:15, 3916:1, 3916:4, 3919:18, 3920:9, 3920:17, 3920:18, 3922:8, 3922:16, 3925:10, 3925:19, 3925:23, 3928:7, 3928:10, 3928:14, 3929:8, 3929:14
**IBT** [2] - 3884:12, 3884:20
**idea** [2] - 3848:5, 3864:20
**identified** [3] - 3850:14, 3888:18, 3893:1
**identify** [4] - 3908:5, 3908:25, 3909:5, 3909:8
**illegal** [1] - 3879:15
**Illinois** [2] - 3814:8, 3855:23
**illustrates** [1] - 3845:18
**immediately** [1] - 3864:14
**impact** [6] - 3853:14, 3855:8, 3855:10, 3855:16, 3880:8, 3880:17
**impacted** [1] - 3865:25
**impacts** [1] - 3934:20
**impeach** [3] - 3830:18, 3841:20, 3848:17
**impeaches** [1] - 3846:5
**impeachment** [1] - 3836:7
**important** [12] - 3858:21, 3861:14, 3881:1, 3898:15, 3898:18, 3900:10, 3900:17, 3908:5, 3911:24, 3911:25, 3915:9, 3941:11
**imposing** [1] - 3820:17

**impression** [1] - 3891:11

**impressive** [1] - 3933:3

**impugn** [1] - 3826:23

**imputed** [3] - 3847:15, 3848:5, 3848:7

**IN** [1] - 3943:14

**inaccurate** [1] - 3846:7

**Inaccurate** [1] - 3846:11

**inadequate** [1] - 3923:17

**inaudible** [8] - 3875:7, 3875:21, 3876:10, 3876:12, 3884:9, 3892:1, 3892:3, 3941:19

**inaudible)** [1] - 3876:6

**inaugural** [2] - 3857:14, 3859:5

**incidence** [7] - 3888:2, 3889:6, 3889:7, 3892:17, 3894:2, 3894:15, 3922:1

**included** [3] - 3873:20, 3909:25, 3911:22

**includes** [1] - 3909:23

**including** [4] - 3817:17, 3851:7, 3890:3, 3915:19

**increase** [11] - 3862:12, 3868:15, 3868:17, 3868:18, 3888:9, 3889:7, 3894:14, 3912:9, 3921:25, 3933:3, 3934:7

**increased** [2] - 3889:17, 3896:13

**increases** [1] - 3880:25

**independence** [1] - 3898:20

**independent** [5] - 3827:1, 3833:9, 3847:2, 3862:24, 3929:2

**INDEX** [1] - 3815:1

**indicate** [1] - 3912:10

**indicated** [2] - 3889:5, 3894:14

**indicating)** [1] -

3931:18

**individual** [1] - 3922:19

**individuals** [1] - 3898:4

**industrial** [4] - 3908:16, 3908:20, 3936:2, 3938:8

**industry** [7] - 3845:8, 3846:1, 3846:4, 3847:1, 3847:6, 3847:7, 3903:1

**industry's** [1] - 3937:4

**inert** [2] - 3880:6, 3880:7

**infer** [1] - 3829:2

**inferences** [1] - 3837:24

**influence** [2] - 3858:22, 3922:3

**Information** [1] - 3910:16

**information** [31] - 3820:14, 3821:10, 3849:20, 3849:22, 3849:23, 3850:1, 3850:2, 3850:13, 3870:14, 3871:11, 3871:13, 3873:18, 3873:20, 3877:10, 3877:15, 3877:16, 3878:10, 3878:20, 3900:14, 3904:12, 3904:14, 3909:24, 3909:25, 3910:22, 3911:12, 3911:13, 3913:16, 3919:13, 3920:10, 3932:2

**ingredient** [7] - 3867:6, 3880:6, 3880:9, 3881:4, 3920:25, 3935:4, 3938:22

**ingredients** [3] - 3871:6, 3881:21, 3882:5

**inhaled** [1] - 3912:22

**initial** [2] - 3844:25, 3889:1

**initiating** [1] - 3842:14

**initiation** [1] - 3851:21

**input** [1] - 3855:9

**inquiry** [1] - 3850:13

**Insecticide** [1] - 3858:3

**inside** [4] - 3880:16, 3880:19, 3908:18,

3937:2

**insight** [1] - 3936:18

**Institute** [3] - 3845:5, 3861:11, 3861:14

**instructed** [2] - 3821:6, 3891:18

**instruction** [8] - 3817:5, 3820:3, 3820:6, 3820:16, 3820:19, 3820:20, 3849:14, 3849:18

**instructions** [1] - 3820:16

**insurance** [1] - 3854:24

**integrated** [1] - 3858:19

**integrity** [1] - 3898:23

**intelligently** [1] - 3819:21

**intensity** [1] - 3855:9

**intent** [1] - 3848:13

**interact** [2] - 3881:4, 3881:5

**interest** [4] - 3847:12, 3847:13, 3898:21, 3928:14

**interested** [1] - 3943:12

**interestingly** [1] - 3909:19

**interests** [1] - 3847:6

**interface** [1] - 3845:7

**internal** [1] - 3829:17

**internally** [1] - 3829:15

**internationally** [1] - 3929:1

**interpret** [1] - 3895:14

**interpretation** [5] - 3874:9, 3874:10, 3891:3, 3893:7, 3921:16

**interpreted** [1] - 3898:17

**interpreting** [2] - 3874:11, 3891:10

**introduce** [2] - 3839:18, 3853:8

**introduced** [2] - 3844:4, 3844:7

**introduces** [1] - 3841:21

**investigation** [1] - 3837:21

**invited** [2] - 3861:4, 3861:10

**invoices** [1] - 3839:1

**invoicing** [1] - 3824:20

**involve** [1] - 3875:21

**involved** [3] - 3854:21, 3854:23, 3899:6

**involvement** [2] - 3862:12, 3866:14

**involving** [2] - 3861:13, 3900:4

**Iowa** [1] - 3915:7

**IPM** [1] - 3858:20

**irrelevant** [2] - 3824:21, 3825:4

**irritation** [2] - 3872:9

**issue** [22] - 3817:13, 3819:2, 3823:1, 3824:22, 3827:22, 3829:19, 3831:8, 3838:21, 3843:3, 3843:4, 3858:25, 3872:14, 3882:20, 3896:9, 3904:18, 3907:4, 3909:15, 3920:6, 3935:18, 3941:12, 3941:25

**issued** [2] - 3830:22, 3870:12

**issues** [31] - 3816:14, 3819:12, 3821:21, 3824:3, 3825:6, 3831:3, 3831:15, 3832:22, 3835:20, 3841:1, 3854:24, 3856:9, 3858:14, 3858:16, 3859:8, 3859:19, 3862:14, 3863:17, 3868:13, 3869:12, 3869:14, 3875:11, 3897:20, 3902:24, 3902:25, 3904:17, 3905:24, 3908:7, 3922:8, 3922:9

**itself** [2] - 3819:1, 3919:12

## J

**Jack** [1] - 3864:16

**JAMES** [1] - 3814:5

**January** [3] - 3828:1, 3833:17, 3842:17

**JEFFREY** [1] - 3813:11

**job** [13] - 3827:12, 3841:12, 3847:22, 3856:4, 3856:11, 3856:15, 3856:17, 3857:10, 3862:9, 3864:9, 3864:13,

3876:11, 3937:4

**Job** [1] - 3812:23

**jobs** [2] - 3857:13, 3860:1

**John** [17] - 3823:25, 3824:1, 3827:25, 3828:10, 3829:6, 3838:7, 3840:3, 3840:4, 3842:1, 3842:2, 3842:13, 3842:23, 3843:18, 3845:6, 3864:16, 3915:6

**JOHNSON** [1] - 3812:4

**Johnson** [3] - 3826:16, 3828:2, 3828:5

**Johnson's** [1] - 3833:20

**joint** [1] - 3830:4

**journal** [7] - 3899:3, 3899:20, 3900:9, 3902:2, 3902:5, 3902:11, 3916:7

**journals** [3] - 3867:13, 3919:14, 3920:20

**Judge** [5] - 3816:7, 3836:21, 3874:8, 3874:15, 3891:18

**judgment** [2] - 3926:24, 3929:2

**judicial** [2] - 3829:1, 3829:3

**July** [6] - 3812:12, 3816:1, 3843:14, 3851:14, 3851:25, 3943:15

**jump** [1] - 3932:18

**Jump** [2] - 3864:3, 3864:4

**jumping** [2] - 3897:22, 3900:7

**June** [3] - 3850:11, 3850:17, 3850:21

**jurisdiction** [1] - 3858:2

**jurors** [1] - 3821:19

**jurors'** [1] - 3817:10

**Jury** [1] - 3849:2

**jury** [22] - 3823:24, 3833:15, 3836:22, 3849:1, 3849:19, 3853:9, 3854:19, 3865:6, 3867:1, 3869:8, 3874:13, 3876:9, 3876:10, 3883:11, 3887:3, 3903:15, 3906:18,

3920:1, 3923:5,
3925:16, 3931:21,
3940:17
**jury's** [3] - 3861:19,
3893:3, 3939:15
**justified** [1] -
3851:23

## K

**Karnow** [2] -
3836:21, 3874:15
**Karnow's** [2] -
3874:8, 3891:18
**keep** [4] - 3859:17,
3865:2, 3878:4,
3880:18
**Kellogg** [1] - 3855:3
**key** [2] - 3880:14,
3900:13
**kidney** [4] - 3888:17,
3890:2, 3896:20,
3897:3
**kill** [1] - 3880:17
**kind** [19] - 3833:10,
3833:11, 3856:3,
3856:12, 3856:13,
3856:21, 3860:7,
3871:25, 3872:3,
3873:22, 3896:12,
3897:21, 3904:17,
3922:8, 3922:12,
3926:17, 3930:20,
3937:21, 3939:14
**KIRBY** [1] - 3814:11
**Knezevich** [2] -
3886:5, 3887:16
**knowledge** [6] -
3875:13, 3882:9,
3885:20, 3898:16,
3906:9, 3907:16
**known** [3] - 3850:13,
3887:20, 3888:25
**Kraft** [1] - 3866:10

## L

**lab** [1] - 3887:19
**label** [10] - 3871:21,
3871:24, 3872:23,
3877:25, 3878:6,
3878:7, 3878:10,
3878:17, 3882:17,
3933:8
**labels** [4] - 3832:2,
3877:24, 3882:16,
3904:19
**Ladies** [6] - 3849:3,
3879:6, 3905:1,
3905:5, 3905:13,
3940:13

**laid** [1] - 3885:16
**land** [1] - 3859:2
**Land** [1] - 3859:5
**language** [1] -
3821:2
**large** [5] - 3861:12,
3864:21, 3917:25,
3924:25, 3937:1
**large-acreage** [1] -
3937:1
**largely** [2] - 3903:1,
3920:23
**larger** [1] - 3938:10
**larger-scale** [1] -
3938:10
**last** [11] - 3817:5,
3828:7, 3833:17,
3833:20, 3835:22,
3839:11, 3879:7,
3929:19, 3930:3,
3930:8
**late** [1] - 3849:5
**law** [18] - 3820:17,
3823:17, 3825:2,
3836:19, 3836:20,
3837:1, 3837:2,
3848:8, 3858:2,
3858:4, 3859:25,
3866:15, 3870:4,
3873:17, 3876:5,
3876:9, 3904:6,
3904:11
**lawsuits** [3] -
3832:23, 3833:15,
3833:22
**leach** [1] - 3881:11
**lead** [4] - 3830:10,
3892:4, 3903:12,
3921:18
**leader** [1] - 3831:5
**leading** [4] - 3868:6,
3892:3, 3892:7,
3928:17
**learn** [3] - 3873:22,
3900:18, 3902:6
**learned** [3] - 3828:8,
3835:22, 3839:12
**least** [4] - 3831:6,
3894:20, 3899:13,
3918:7
**leaves** [1] - 3940:17
**left** [2] - 3864:4,
3865:8
**legal** [5] - 3821:12,
3849:21, 3849:24,
3871:25, 3876:9
**legally** [1] - 3847:1
**legislation** [1] -
3859:17
**legitimate** [1] -

3884:9
**length** [1] - 3941:4
**lengthy** [1] - 3941:5
**LESLIE** [1] - 3812:22
**Leslie** [1] - 3943:19
**less** [1] - 3932:1
**letter** [2] - 3851:14,
3851:25
**level** [5] - 3855:2,
3871:1, 3873:7,
3912:8, 3938:11
**levels** [5] - 3908:7,
3910:19, 3910:23,
3912:19, 3913:17
**life** [1] - 3878:17
**light** [4] - 3863:22,
3924:4, 3925:15,
3941:18
**likely** [3] - 3881:11,
3908:21, 3912:12
**limine** [3] - 3817:15,
3817:21, 3821:4,
3821:8, 3825:5
**limit** [1] - 3903:23
**limitations** [1] -
3925:1
**limited** [2] - 3891:6,
3925:3
**limits** [2] - 3904:1,
3904:2
**Lincoln** [1] - 3862:23
**line** [18] - 3825:19,
3825:22, 3834:3,
3834:4, 3834:6,
3834:7, 3834:12,
3838:2, 3838:3,
3838:22, 3841:9,
3841:23, 3844:5,
3846:6, 3891:12,
3907:6
**linear** [1] - 3889:10
**lines** [5] - 3834:5,
3834:13, 3938:6,
3938:7, 3938:8
**link** [4] - 3875:8,
3875:9, 3901:14,
3901:16
**linkages** [1] -
3919:24
**liquid** [1] - 3881:7
**list** [2] - 3898:5,
3932:3
**listen** [2] - 3892:6,
3897:2
**literally** [1] - 3840:21
**literature** [1] -
3827:6, 3827:7,
3829:14, 3829:15,
3854:2, 3868:24,
3898:3, 3898:16,

3901:6, 3915:10,
3919:12, 3938:24,
3938:25, 3939:8
**litigation** [60] -
3823:15, 3823:17,
3824:21, 3824:22,
3825:1, 3825:5,
3825:17, 3825:24,
3826:14, 3826:22,
3826:25, 3827:4,
3827:9, 3827:10,
3827:13, 3827:18,
3828:6, 3828:11,
3828:22, 3832:4,
3832:9, 3832:13,
3832:18, 3833:4,
3833:6, 3835:19,
3836:1, 3836:2,
3836:4, 3836:20,
3837:2, 3837:6,
3837:7, 3837:13,
3837:17, 3837:19,
3838:2, 3838:7,
3838:8, 3838:11,
3839:2, 3839:11,
3839:19, 3839:24,
3840:4, 3840:9,
3840:14, 3840:17,
3840:23, 3840:25,
3841:6, 3841:13,
3841:18, 3842:3,
3842:10, 3842:20,
3842:24, 3867:24,
3899:6, 3899:10
**live** [4] - 3853:9,
3853:10, 3910:24,
3911:3
**lived** [1] - 3918:2
**liver** [2] - 3896:20,
3897:4
**living** [1] - 3917:12
**LLC** [1] - 3813:12
**LLP** [3] - 3813:19,
3814:6, 3814:12
**load** [1] - 3910:23
**lobbying** [1] - 3845:2
**Lombardi** [2] -
3884:17, 3941:12
**LOMBARDI** [1] -
3814:4
**look** [34] - 3819:6,
3819:19, 3820:24,
3824:10, 3824:11,
3826:1, 3826:2,
3835:4, 3836:11,
3844:17, 3881:22,
3892:13, 3892:25,
3893:20, 3896:24,
3897:1, 3897:3,
3909:15, 3911:7,

3913:4, 3914:11,
3914:16, 3919:18,
3920:9, 3921:2,
3922:21, 3923:5,
3923:7, 3923:22,
3924:8, 3924:22,
3925:7, 3933:14,
3939:23
**looked** [13] -
3855:13, 3885:3,
3885:9, 3885:11,
3889:16, 3893:5,
3904:21, 3923:20,
3925:7, 3926:20,
3930:9
**looking** [16] -
3818:23, 3839:4,
3858:7, 3863:12,
3865:14, 3867:23,
3868:1, 3916:4,
3917:23, 3919:9,
3920:11, 3921:7,
3924:7, 3925:18,
3928:15, 3938:23
**looks** [8] - 3841:25,
3857:3, 3893:14,
3893:17, 3913:1,
3916:1, 3916:8,
3924:17
**Los** [1] - 3813:7
**lost** [1] - 3857:13
**loved** [1] - 3864:9
**loving** [1] - 3853:13
**low** [2] - 3860:12,
3908:6
**Lowe's** [1] - 3938:17
**lunch** [2] - 3940:11,
3940:14
**lymphoma** [2] -
3851:4, 3851:11

## M

**machines** [1] -
3936:22
**Madison** [4] -
3854:10, 3854:11,
3855:21, 3855:25
**magazine** [1] -
3866:18
**main** [2] - 3816:22,
3846:13
**major** [7] - 3862:7,
3862:14, 3863:23,
3881:21, 3901:7,
3912:24, 3934:22
**majority** [4] -
3857:21, 3881:2,
3938:3, 3938:25
**malathion** [3] -
3918:16, 3919:1,

3919:7
 male [8] - 3887:13,
3888:3, 3888:8,
3889:4, 3889:15,
3890:3, 3896:10,
3897:4
 males [1] - 3896:17
 man [1] - 3862:16
 management [2] -
3858:16, 3858:20
 managerial [1] -
3868:9
 managing [1] -
3858:5
 manufactured [1] -
3867:5
 manufacturers [1] -
3845:3
 manuscript [4] -
3830:5, 3830:10,
3830:11, 3845:14
 March [2] - 3851:20,
3928:7
 mark [1] - 3931:17
 marked [1] - 3824:9
 marker [1] - 3931:17
 markers [1] - 3917:8
 market [3] - 3856:15,
3872:18, 3882:14
 MARTEL [1] -
3813:19
 massive [1] -
3868:17
 Master's [1] -
3854:15
 Material [1] -
3904:20
 material [1] -
3824:23
 matter [3] - 3839:9,
3843:17, 3846:20
 mean [24] - 3829:16,
3832:7, 3832:19,
3838:13, 3842:13,
3847:20, 3847:24,
3856:14, 3868:6,
3873:10, 3875:20,
3879:13, 3879:25,
3880:23, 3884:20,
3888:6, 3898:7,
3909:1, 3909:8,
3909:17, 3910:20,
3911:23, 3932:14,
3940:3
 means [7] - 3867:4,
3870:18, 3888:7,
3895:24, 3910:22,
3917:17, 3918:19
 measure [1] - 3882:4
 measured [1] -

3938:21
 measuring [1] -
3914:4
 media [1] - 3929:23
 meet [2] - 3856:8,
3871:21
 meeting [4] -
3895:11, 3895:16,
3896:8, 3929:8
 members [4] -
3848:2, 3848:3,
3849:18, 3868:8
 membership [1] -
3848:13
 mention [4] -
3828:25, 3875:3,
3875:19, 3884:9
 mentioned [5] -
3817:19, 3817:20,
3859:8, 3872:17,
3922:22
 mentions [1] -
3915:1
 met [3] - 3816:18,
3822:7, 3861:17
 methodological [1] -
3919:6
 methodologies [1] -
3873:3
 methodology [2] -
3900:12, 3919:2
 methods [3] -
3910:1, 3920:20,
3939:12
 mice [12] - 3869:9,
3887:13, 3888:3,
3888:7, 3888:8,
3888:18, 3889:4,
3889:15, 3890:3,
3896:10, 3897:4
 middle [2] - 3856:2,
3856:14
 midwest [3] -
3855:12, 3868:7,
3868:15
 might [9] - 3828:12,
3844:22, 3871:2,
3871:7, 3873:22,
3876:21, 3883:11,
3922:12, 3932:22
 MILLER [1] -
3813:12
 Miller [7] - 3836:8,
3841:4, 3841:21,
3844:4, 3844:10,
3844:18, 3845:24
 million [18] - 3932:9,
3932:19, 3932:25,
3933:1, 3933:13,
3933:14, 3933:16,

3933:19, 3933:23,
3933:24, 3934:2,
3934:7, 3934:24,
3935:2
 Mills [1] - 3855:3
 mind [4] - 3829:7,
3829:21, 3846:17,
3928:5
 minds [2] - 3817:11,
3933:25
 mine [1] - 3822:20
 minimizing [1] -
3937:4
 minutes [2] - 3905:2,
3942:1
 misled [1] - 3924:3
 missing [1] -
3834:13
 mix [1] - 3910:23
 models [1] - 3881:16
 modern [1] - 3937:5
 modification [1] -
3821:16
 molecule [2] -
3870:17, 3870:22
 moments [1] -
3817:18
 MONGLY04269006-
07 [1] - 3852:1
 monitoring [2] -
3878:15, 3910:18
 Monograph [27] -
3830:4, 3886:8,
3886:11, 3886:20,
3886:22, 3887:1,
3894:25, 3905:19,
3906:3, 3906:6,
3906:21, 3909:23,
3910:10, 3913:7,
3913:9, 3914:9,
3914:15, 3916:4,
3918:15, 3918:22,
3918:23, 3919:8,
3920:5, 3922:10,
3922:21, 3924:10,
3925:6
 Monographs [2] -
3908:2, 3908:5
 Monsanto [79] -
3818:25, 3823:23,
3824:2, 3824:4,
3826:20, 3826:25,
3828:20, 3828:21,
3830:7, 3830:9,
3830:11, 3830:16,
3831:9, 3831:25,
3832:10, 3832:11,
3832:20, 3832:22,
3832:23, 3833:3,
3840:18, 3843:20,

3843:24, 3844:2,
3845:3, 3845:5,
3845:10, 3845:23,
3846:4, 3847:2,
3847:3, 3847:16,
3847:17, 3847:22,
3847:25, 3848:6,
3848:7, 3848:8,
3848:16, 3850:9,
3850:12, 3850:18,
3850:22, 3850:23,
3850:24, 3851:2,
3851:5, 3851:8,
3851:15, 3851:18,
3851:19, 3851:24,
3851:25, 3852:1,
3874:18, 3875:19,
3875:25, 3878:1,
3878:2, 3878:3,
3890:20, 3890:21,
3891:2, 3891:3,
3891:4, 3891:5,
3891:21, 3891:22,
3892:13, 3892:25,
3893:20, 3895:12,
3896:12, 3896:18,
3915:9, 3915:17,
3916:3, 3936:6
 MONSANTO [1] -
3812:7
 Monsanto's [13] -
3826:16, 3827:24,
3829:7, 3829:20,
3840:21, 3843:7,
3843:25, 3845:6,
3846:13, 3846:17,
3882:14, 3891:11,
3916:5
 Montgomery [1] -
3813:20
 month [4] - 3828:7,
3833:18, 3835:22,
3839:11
 months [2] - 3899:2
 Moore [2] - 3864:16
 Morning [2] -
3812:13, 3816:4
 morning [13] -
3816:11, 3816:12,
3816:19, 3817:10,
3818:9, 3821:16,
3849:3, 3850:6,
3852:8, 3853:6,
3853:7, 3886:14,
3904:24
 most [12] - 3861:14,
3881:21, 3893:3,
3901:11, 3911:14,
3912:12, 3922:19,
3924:2, 3934:5,

3937:25, 3938:9
 motion [1] - 3825:4
 motions [4] -
3817:15, 3817:21,
3821:3, 3821:8
 motives [2] -
3891:11, 3891:15
 mouse [9] - 3882:21,
3883:15, 3883:20,
3883:21, 3888:12,
3893:2, 3895:4,
3895:25, 3896:22
 move [5] - 3876:20,
3876:21, 3885:22,
3904:18, 3912:2
 moved [1] - 3927:24
 moves [1] - 3871:25
 MR [198] - 3816:12,
3816:18, 3818:21,
3820:2, 3820:7,
3820:10, 3821:14,
3821:20, 3821:23,
3822:4, 3822:13,
3822:16, 3822:19,
3822:22, 3823:1,
3823:5, 3823:7,
3823:11, 3823:14,
3823:21, 3824:1,
3824:6, 3824:8,
3824:10, 3824:14,
3824:17, 3825:9,
3825:14, 3825:21,
3826:5, 3826:10,
3826:13, 3829:10,
3829:22, 3830:1,
3830:17, 3830:20,
3830:25, 3832:3,
3832:12, 3832:21,
3833:24, 3834:6,
3834:9, 3834:17,
3834:20, 3834:22,
3835:2, 3835:5,
3835:9, 3835:11,
3835:15, 3836:3,
3836:5, 3837:7,
3837:11, 3837:16,
3837:22, 3837:23,
3838:4, 3838:6,
3838:17, 3839:1,
3839:21, 3840:2,
3840:13, 3840:23,
3841:6, 3841:11,
3841:22, 3842:11,
3842:25, 3843:2,
3843:4, 3843:9,
3843:11, 3843:15,
3843:25, 3844:6,
3844:10, 3846:19,
3847:19, 3848:2,
3848:19, 3848:20,

3848:22, 3848:23, 3849:10, 3849:13, 3850:5, 3852:6, 3852:22, 3852:25, 3853:5, 3869:16, 3869:20, 3869:24, 3874:2, 3874:5, 3874:17, 3874:23, 3874:24, 3875:3, 3875:4, 3875:19, 3875:23, 3876:7, 3876:14, 3876:17, 3876:25, 3877:4, 3877:6, 3877:7, 3877:18, 3877:22, 3878:18, 3878:19, 3878:22, 3878:23, 3879:2, 3879:8, 3882:25, 3883:3, 3883:7, 3883:23, 3884:1, 3884:5, 3884:11, 3884:15, 3884:19, 3884:25, 3885:3, 3885:15, 3885:19, 3885:22, 3885:25, 3886:10, 3886:13, 3890:23, 3891:1, 3891:13, 3891:19, 3891:23, 3891:25, 3892:2, 3892:6, 3892:11, 3893:6, 3893:8, 3893:10, 3897:7, 3897:8, 3897:10, 3902:14, 3902:19, 3904:3, 3904:5, 3904:9, 3904:16, 3904:25, 3905:7, 3905:10, 3905:17, 3906:1, 3906:5, 3913:6, 3913:9, 3921:3, 3921:6, 3922:23, 3923:1, 3926:25, 3927:2, 3927:4, 3928:17, 3929:3, 3929:11, 3929:13, 3929:17, 3929:19, 3930:1, 3930:2, 3931:3, 3931:6, 3931:8, 3931:11, 3931:16, 3937:11, 3937:13, 3937:22, 3940:9, 3940:12, 3940:19, 3941:4, 3941:23, 3942:1, 3942:3, 3942:5

**MS** [6] - 3817:1, 3817:4, 3817:9, 3821:1, 3821:13, 3821:17

multiple [3] - 3851:11, 3866:16, 3925:2

### N

**N.W** [1] - 3814:13
**name** [1] - 3852:17
**name's** [1] - 3830:14
**named** [6] - 3861:1, 3861:17, 3862:16, 3864:16, 3943:5, 3943:13
**namely** [1] - 3832:10
**national** [4] - 3856:25, 3858:4, 3858:19, 3859:6
**National** [10] - 3845:4, 3859:5, 3861:11, 3861:13, 3862:3, 3862:7, 3862:11, 3862:21, 3863:6, 3864:18
**nature** [1] - 3818:4
**nauseam** [1] - 3844:12
**near** [2] - 3911:3, 3917:13
**necessarily** [3] - 3909:1, 3909:2, 3940:3
**necessary** [2] - 3836:17, 3921:14
**need** [10] - 3816:16, 3819:6, 3819:8, 3821:19, 3825:7, 3848:10, 3864:24, 3871:11, 3876:23, 3887:25
**needs** [1] - 3838:17
**negative** [3] - 3845:8, 3851:16, 3851:22
**negotiated** [1] - 3856:22
**Network** [1] - 3868:11
**never** [3] - 3851:2, 3934:10, 3935:8
**nevertheless** [1] - 3940:23
**new** [19] - 3857:23, 3862:17, 3863:4, 3873:18, 3873:19, 3873:22, 3877:10, 3877:15, 3877:16, 3878:9, 3892:24, 3894:7, 3900:13, 3902:11, 3904:12, 3904:14, 3904:23, 3908:7

newly [1] - 3862:6
**next** [6] - 3826:5, 3831:16, 3849:9, 3849:17, 3852:4, 3857:17
**NHL** [2] - 3867:24, 3868:25
**night** [1] - 3817:5
**nitrogen** [1] - 3855:14
**nobody** [1] - 3838:17
**non** [5] - 3851:4, 3851:11, 3936:3, 3938:4, 3939:5
**non-agricultural** [1] - 3938:4
**non-agriculture** [1] - 3936:3
**non-farm** [1] - 3939:5
**non-Hodgkin's** [2] - 3851:4, 3851:11
**nonagricultural** [1] - 3938:14
**None** [1] - 3815:9
**normally** [1] - 3896:22
**northeast** [1] - 3853:10
**northern** [1] - 3855:23
**noted** [1] - 3888:10
**Noted** [1] - 3942:8
**notes** [1] - 3907:5
**notice** [3] - 3829:1, 3829:3, 3914:25
**November** [2] - 3929:22, 3930:4
**number** [14] - 3823:4, 3826:1, 3858:22, 3868:19, 3870:22, 3893:2, 3896:13, 3904:4, 3925:24, 3932:8, 3932:15, 3932:18, 3932:21, 3933:12
**Number** [3] - 3850:8, 3851:1, 3851:13
**numbers** [6] - 3824:12, 3826:2, 3894:4, 3894:12, 3917:18, 3932:10
**numerous** [2] - 3821:7, 3941:6
**nutrition** [1] - 3863:3
**nutritional** [1] - 3866:1

### O

**oath** [1] - 3905:14
**oaths** [1] - 3943:7
**object** [6] - 3819:9, 3819:18, 3835:12, 3876:19, 3884:18, 3892:6
**objected** [2] - 3819:9, 3884:7
**objecting** [2] - 3829:16, 3843:8
**Objection** [1] - 3883:23
**objection** [24] - 3820:11, 3822:5, 3843:15, 3843:21, 3876:7, 3876:22, 3877:19, 3878:18, 3883:2, 3885:22, 3885:24, 3893:6, 3893:9, 3897:8, 3902:14, 3904:3, 3926:25, 3929:17, 3930:1, 3931:5, 3931:6, 3937:11, 3940:19
**objections** [3] - 3821:24, 3822:2, 3822:8
**obligation** [2] - 3829:21, 3904:12
**observed** [1] - 3890:3
**obtainable** [1] - 3850:14
**obtained** [1] - 3910:17
**obviously** [3] - 3829:12, 3857:7, 3875:9
**occasion** [4] - 3837:5, 3842:9, 3842:10, 3861:1
**occasions** [1] - 3849:21
**occupational** [8] - 3871:12, 3872:17, 3872:19, 3910:2, 3910:19, 3910:20, 3914:22, 3919:10
**occurred** [2] - 3883:10, 3928:5
**occurrence** [4] - 3910:2, 3910:9, 3910:17, 3914:19
**occurs** [1] - 3921:21
**odd** [1] - 3820:18
**OF** [4] - 3812:1, 3812:2, 3815:1

offer [3] - 3826:21, 3828:21, 3856:21
**offered** [3] - 3831:14, 3843:16
**offers** [1] - 3831:19
**Office** [2] - 3856:5, 3871:15
**office** [2] - 3857:8, 3857:15, 3871:15
**official** [3] - 3858:15, 3859:12, 3864:15
**often** [5] - 3854:23, 3882:6, 3900:15, 3901:14, 3901:16
**old** [3] - 3877:16, 3886:18, 3923:1
**older** [1] - 3834:10
**once** [1] - 3842:20
**oncogenic** [5] - 3851:16, 3863:18, 3864:19, 3866:14, 3881:25
**oncogenicity** [2] - 3861:15, 3895:25
**one** [76] - 3820:2, 3820:12, 3821:15, 3822:4, 3823:17, 3828:8, 3829:12, 3830:9, 3831:4, 3835:23, 3836:5, 3837:4, 3837:13, 3837:20, 3838:7, 3838:8, 3838:20, 3839:12, 3839:20, 3842:4, 3842:9, 3842:10, 3844:8, 3852:25, 3859:3, 3859:8, 3860:1, 3863:17, 3865:17, 3868:8, 3873:12, 3873:13, 3875:17, 3876:15, 3880:9, 3880:24, 3881:8, 3882:21, 3886:1, 3886:5, 3887:9, 3892:23, 3892:25, 3897:11, 3897:14, 3903:4, 3903:9, 3903:13, 3906:10, 3906:15, 3906:17, 3909:12, 3914:18, 3915:1, 3915:2, 3919:7, 3922:16, 3924:7, 3928:14, 3929:23, 3930:12, 3930:18, 3930:19, 3931:17, 3932:6, 3933:21, 3934:22, 3936:2, 3936:4, 3939:7, 3939:12,

3941:9
**one-off** [7] - 3828:8, 3835:23, 3836:5, 3837:20, 3838:20, 3839:12
**one-third** [2] - 3936:2, 3936:4
**one-time** [1] - 3839:20
**ones** [6] - 3843:7, 3885:7, 3885:12, 3886:1, 3931:25, 3938:5
**ongoing** [2] - 3868:21, 3873:17
**open** [1] - 3856:12
**opening** [3] - 3845:12, 3884:5, 3884:13
**operate** [1] - 3898:11
**operating** [2] - 3847:3, 3862:7
**operation** [1] - 3906:10
**operational** [1] - 3868:9
**operator** [1] - 3937:2
**opine** [1] - 3875:10
**opinion** [7] - 3819:5, 3820:17, 3874:12, 3875:22, 3891:1, 3922:9, 3941:22
**opinions** [11] - 3824:24, 3828:21, 3832:1, 3845:20, 3848:18, 3868:22, 3874:7, 3875:8, 3875:14, 3876:9, 3891:9
**opportunity** [2] - 3856:8, 3864:11
**opposed** [1] - 3840:25
**Orange** [1] - 3813:14
**order** [7] - 3836:16, 3862:23, 3874:8, 3874:13, 3878:24, 3884:12, 3902:15
**orders** [3] - 3818:17, 3818:24, 3927:2
**Oregon** [1] - 3853:10
**organ** [1] - 3896:24
**Organic** [3] - 3865:19, 3865:20, 3865:23
**organic** [1] - 3866:1
**Organics** [1] - 3865:18
**organization** [8] - 3843:19, 3847:1,

3848:4, 3848:7, 3848:10, 3866:18, 3868:12, 3902:23
**Organization** [1] - 3865:18
**organizations** [4] - 3847:5, 3848:13, 3903:4, 3903:13
**organize** [2] - 3860:2, 3860:4
**organized** [1] - 3860:25
**original** [1] - 3883:20
**originally** [1] - 3889:6
**otherwise** [4] - 3837:5, 3847:1, 3850:24, 3852:1
**out-of-court** [1] - 3843:16
**outcome** [2] - 3919:25, 3943:12
**outlining** [1] - 3909:23
**outside** [4] - 3832:3, 3836:20, 3838:10, 3848:13
**overruled** [3] - 3877:20, 3928:18, 3937:15
**oversight** [2] - 3858:1, 3863:17
**own** [4] - 3818:18, 3830:13, 3831:21, 3916:5

# P

**p.m** [3] - 3842:18, 3842:22, 3942:8
**page** [24] - 3824:9, 3824:12, 3824:14, 3824:16, 3825:12, 3825:22, 3834:3, 3834:4, 3841:9, 3841:25, 3842:1, 3844:6, 3845:24, 3846:10, 3887:5, 3901:16, 3907:6, 3913:12, 3913:14, 3921:7, 3924:9, 3924:11, 3937:13
**Page** [1] - 3844:9
**Pages** [1] - 3812:25
**pages** [1] - 3869:6
**paid** [4] - 3826:21, 3828:21, 3830:8, 3916:2
**pairwise** [1] - 3889:8
**Palo** [1] - 3853:12

**panel** [5] - 3830:5, 3831:1, 3844:24, 3895:8, 3896:8
**paper** [8] - 3834:14, 3898:18, 3899:8, 3899:15, 3900:10, 3900:20, 3902:9, 3930:21
**papers** [4] - 3899:23, 3900:4, 3900:25, 3930:16
**Paradox** [1] - 3864:22
**paragraph** [2] - 3845:25, 3909:22
**pardon** [2] - 3901:2, 3929:4
**park** [1] - 3937:18
**part** [22] - 3820:19, 3825:11, 3836:12, 3837:25, 3847:21, 3860:24, 3862:22, 3862:25, 3865:12, 3866:6, 3868:22, 3869:4, 3871:2, 3872:13, 3900:10, 3905:23, 3907:21, 3911:14, 3918:22, 3919:7, 3926:5, 3934:17
**participants** [2] - 3925:6, 3926:12
**participated** [1] - 3925:22
**participates** [1] - 3847:14
**participating** [1] - 3843:20
**particular** [9] - 3821:2, 3822:24, 3836:13, 3846:4, 3847:6, 3860:22, 3890:11, 3897:5, 3900:19
**particularly** [1] - 3868:14
**parties** [1] - 3943:11
**parts** [1] - 3912:8
**party** [4] - 3826:21, 3827:1, 3845:10, 3847:15
**pass** [1] - 3859:17
**passed** [1] - 3932:24
**past** [1] - 3912:11
**pathologists** [1] - 3892:24
**pathology** [4] - 3889:5, 3890:1, 3890:14, 3892:17
**pay** [6] - 3855:3,

3864:12, 3901:20, 3901:23, 3901:25, 3902:6
**payment** [1] - 3824:25
**pays** [1] - 3828:12
**PC** [1] - 3813:5
**PCBs** [1] - 3817:19
**peer** [4] - 3867:13, 3916:7, 3919:14, 3920:19
**peer-reviewed** [4] - 3867:13, 3916:7, 3919:14, 3920:19
**pending** [1] - 3876:15
**people** [28] - 3825:16, 3831:5, 3847:11, 3855:19, 3856:9, 3856:11, 3857:19, 3861:4, 3861:9, 3864:8, 3866:16, 3871:7, 3898:15, 3910:23, 3911:3, 3912:12, 3917:22, 3917:24, 3918:2, 3925:9, 3926:6, 3927:18, 3937:5, 3937:8, 3939:5, 3939:25, 3940:5, 3940:7
**per** [2] - 3874:8, 3896:14
**percent** [9] - 3936:14, 3936:15, 3938:1, 3938:2, 3938:13, 3938:15, 3938:20
**perfect** [2] - 3843:2, 3904:25
**perhaps** [3] - 3864:10, 3904:24, 3940:10
**period** [5] - 3827:15, 3833:16, 3836:18, 3841:15, 3934:6
**permission** [8] - 3882:25, 3886:10, 3897:7, 3906:1, 3913:6, 3921:3, 3931:3, 3931:11
**permit** [1] - 3882:15
**permitted** [2] - 3818:13, 3874:6
**persistence** [1] - 3911:21
**persistent** [4] - 3871:1, 3881:11, 3912:7, 3912:8
**person** [2] - 3871:10,

3902:5
**personally** [4] - 3835:11, 3835:25, 3868:23, 3929:13
**perspective** [3] - 3866:2, 3902:10, 3903:1
**Perspectives** [1] - 3915:8
**pertains** [1] - 3840:25
**pest** [3] - 3858:16, 3858:19, 3870:18
**pesticide** [43] - 3845:3, 3845:8, 3853:18, 3854:25, 3858:4, 3858:17, 3860:11, 3863:24, 3866:11, 3869:17, 3869:18, 3869:22, 3869:23, 3870:7, 3870:9, 3870:16, 3870:21, 3871:14, 3871:21, 3871:25, 3873:17, 3878:16, 3879:14, 3881:1, 3881:3, 3881:10, 3882:4, 3902:24, 3904:11, 3904:15, 3910:24, 3910:25, 3911:5, 3919:22, 3925:25, 3931:1, 3931:23, 3933:20, 3934:5, 3934:10, 3936:24, 3941:21
**Pesticide** [1] - 3871:15
**pesticide-wise** [1] - 3860:11
**pesticides** [33] - 3855:15, 3860:5, 3860:23, 3861:4, 3861:6, 3861:13, 3863:2, 3863:4, 3863:13, 3863:18, 3864:2, 3864:19, 3865:14, 3866:2, 3866:8, 3866:14, 3867:17, 3881:3, 3900:5, 3901:10, 3901:11, 3911:2, 3911:25, 3912:1, 3912:7, 3918:23, 3922:15, 3925:3, 3930:10, 3931:25, 3932:3, 3936:23, 3940:7
**petition** [1] - 3871:23
**PhD** [6] - 3854:15, 3854:16, 3855:5,

3856:1, 3856:2, 3856:14

**phenomenon** [1] - 3930:21

**phone** [1] - 3929:22

**physics** [1] - 3854:4

**pick** [2] - 3855:24, 3920:10

**picked** [1] - 3925:17

**picking** [1] - 3923:24

**pickup** [1] - 3937:21

**piece** [18] - 3823:15, 3827:18, 3828:11, 3834:14, 3838:8, 3839:24, 3840:5, 3840:9, 3840:14, 3840:23, 3840:24, 3841:1, 3841:18, 3842:3, 3842:24, 3846:3, 3846:6, 3900:14

**pieces** [6] - 3818:22, 3827:13, 3835:20, 3840:18, 3841:7, 3841:13

**pink** [1] - 3907:5

**pipelines** [1] - 3938:8

**place** [3] - 3882:16, 3924:2, 3943:4

**places** [1] - 3904:11

**plaintiff** [1] - 3812:5

**PLAINTIFF** [1] - 3813:3

**plaintiff's** [1] - 3817:6

**Plaintiff's** [3] - 3823:2, 3823:5, 3823:9

**plaintiffs** [2] - 3818:7, 3852:6

**planes** [1] - 3917:25

**plant** [1] - 3863:5

**plants** [2] - 3911:8

**played** [1] - 3823:24

**playing** [1] - 3935:11

**plays** [1] - 3919:3

**pleasure** [1] - 3857:11

**plug** [1] - 3874:12

**POEA** [1] - 3817:17

**point** [6] - 3823:19, 3838:18, 3865:17, 3867:22, 3889:11, 3894:20

**pointed** [1] - 3845:19

**points** [2] - 3845:24, 3941:1

**poisoning** [1] - 3903:12

**policy** [10] - 3854:24, 3856:4, 3856:8, 3856:13, 3857:1, 3858:22, 3858:25, 3861:3, 3862:14, 3868:12

**political** [1] - 3860:18

**popular** [1] - 3898:3

**popularity** [1] - 3933:3

**population** [2] - 3919:22, 3941:10

**populations** [3] - 3917:12, 3918:9

**Portier** [2] - 3883:8, 3940:22

**portion** [6] - 3828:23, 3835:8, 3840:24, 3899:5, 3910:8, 3937:7

**portions** [3] - 3819:24, 3822:24, 3909:17

**pose** [1] - 3904:5

**poses** [1] - 3881:25

**position** [6] - 3830:15, 3843:7, 3862:5, 3903:2, 3903:11, 3903:17

**positions** [1] - 3895:11

**positive** [3] - 3887:25, 3888:1, 3890:15

**possession** [1] - 3904:13

**possible** [7] - 3849:8, 3856:23, 3896:24, 3908:15, 3912:19, 3921:15, 3922:14

**post** [1] - 3862:5

**potatoes** [1] - 3934:25

**potential** [7] - 3868:17, 3870:18, 3871:5, 3881:3, 3881:18, 3919:24, 3925:2

**potentially** [1] - 3828:2

**potentiates** [1] - 3880:24

**pound** [1] - 3935:3

**pounds** [15] - 3855:14, 3855:15, 3932:9, 3932:19, 3932:25, 3933:13, 3933:14, 3933:16,

3933:19, 3933:24, 3934:2, 3934:7, 3935:2, 3938:22

**power** [5] - 3925:3, 3937:21, 3938:6, 3938:7

**practices** [1] - 3865:15

**preamble** [9] - 3906:2, 3906:6, 3906:17, 3907:3, 3907:6, 3909:17, 3909:18, 3921:2, 3921:8

**precision** [1] - 3922:4

**pregnant** [1] - 3879:14

**prejudice** [1] - 3833:14

**prejudicial** [7] - 3824:21, 3829:4, 3833:22, 3837:3, 3837:25, 3891:23, 3893:8

**prepare** [1] - 3840:8

**prepared** [3] - 3869:4, 3930:25, 3931:9

**presence** [1] - 3908:3

**present** [4] - 3845:12, 3912:11, 3918:16, 3927:14

**presented** [6] - 3820:14, 3821:11, 3849:20, 3849:23, 3895:12, 3910:4

**President** [6] - 3856:5, 3857:4, 3857:8, 3857:14, 3860:19, 3862:23

**president** [1] - 3857:12

**press** [1] - 3890:22

**pressed** [1] - 3891:22

**pressure** [4] - 3860:14, 3860:15, 3891:5, 3891:6

**pressuring** [1] - 3891:5

**presumably** [2] - 3841:20, 3848:2

**presume** [1] - 3835:12

**pretend** [1] - 3917:18

**pretty** [6] - 3865:5, 3865:6, 3873:9, 3876:22, 3932:18,

3933:3

**prevent** [4] - 3849:20, 3879:12, 3879:18, 3879:21

**prevents** [1] - 3879:25

**previewed** [1] - 3818:8

**previous** [1] - 3873:20

**previously** [1] - 3877:9

**prices** [1] - 3860:13

**primarily** [2] - 3855:12, 3902:23

**primary** [1] - 3858:16

**printout** [1] - 3824:15

**private** [1] - 3902:23

**privilege** [1] - 3833:14

**Pro** [2] - 3867:8, 3877:24

**probe** [1] - 3829:6

**problem** [10] - 3819:19, 3820:20, 3820:23, 3821:25, 3828:9, 3830:23, 3833:2, 3864:18, 3873:13, 3912:4

**problems** [2] - 3868:19, 3873:11

**proceed** [1] - 3848:24, 3848:25, 3849:17, 3850:4, 3852:21, 3877:3, 3883:6, 3892:9, 3905:16, 3906:4, 3931:7

**Proceedings** [1] - 3812:12

**proceedings** [5] - 3943:3, 3943:5, 3943:8, 3943:12, 3943:13

**PROCEEDINGS** [2] - 3815:1, 3816:9

**proceeds** [1] - 3887:12

**process** [4] - 3870:2, 3872:1, 3912:1, 3920:17

**produce** [2] - 3846:11, 3870:14

**produced** [1] - 3844:2

**product** [12] - 3824:19, 3832:24, 3872:5, 3872:18, 3872:24, 3879:22,

3880:8, 3880:10, 3882:10, 3882:20, 3883:22, 3934:18

**production** [5] - 3853:15, 3853:16, 3855:2, 3909:25, 3913:19

**products** [2] - 3850:20, 3866:4

**professional** [3] - 3817:22, 3857:9, 3904:22

**profits** [1] - 3854:22

**program** [5] - 3856:3, 3856:14, 3861:12, 3906:6, 3914:9

**Programs** [1] - 3871:15

**programs** [1] - 3854:24

**prohibited** [1] - 3818:1

**project** [2] - 3866:13, 3868:10

**promise** [1] - 3849:6

**proper** [1] - 3836:22

**properly** [1] - 3836:22

**properties** [1] - 3881:9

**property** [1] - 3911:24

**proportion** [1] - 3939:9

**proportions** [1] - 3889:10

**proposal** [1] - 3819:23

**proposals** [1] - 3859:25

**proposed** [2] - 3817:4, 3870:15

**protect** [2] - 3847:9

**Protection** [3] - 3845:1, 3846:24, 3889:2

**protection** [1] - 3938:11

**protocol** [1] - 3844:25

**proves** [1] - 3833:19

**provide** [4] - 3817:6, 3860:16, 3862:23, 3871:4

**provided** [9] - 3825:17, 3825:24, 3826:14, 3827:3, 3827:5, 3827:19, 3841:19, 3888:17,

3896:7
  **provides** [1] -
3913:17
  **providing** [1] -
3875:22
  **provision** [1] -
3904:10
  **provisions** [3] -
3860:21, 3863:25,
3872:22
  **proxy** [3] - 3847:3,
3874:14, 3875:14
  **public** [6] - 3863:22,
3908:19, 3911:1,
3927:24, 3928:3,
3934:21
  **publication** [2] -
3830:21, 3830:24
  **publications** [2] -
3831:11, 3901:11
  **publicly** [1] -
3868:23
  **publish** [8] -
3882:25, 3886:10,
3897:7, 3906:1,
3913:6, 3921:3,
3922:23, 3931:3
  **published** [17] -
3818:13, 3818:14,
3830:25, 3833:1,
3844:11, 3851:11,
3867:13, 3898:25,
3899:21, 3899:24,
3900:24, 3915:7,
3916:7, 3919:14,
3920:19, 3921:4,
3930:14
  **publishing** [2] -
3833:5, 3898:23
  **PubMed** [3] - 3901:1,
3901:3, 3901:7
  **pulled** [1] - 3936:21
  **pulling** [1] - 3939:25
  **pure** [3] - 3880:9,
3880:10, 3920:25
  **purpose** [8] - 3829:5,
3829:8, 3829:9,
3831:10, 3832:8,
3832:9, 3841:2,
3900:11
  **purposes** [3] -
3829:11, 3831:23,
3832:16
  **pursue** [1] - 3891:7
  **push** [1] - 3859:22
  **put** [9] - 3818:5,
3858:18, 3868:20,
3881:6, 3907:23,
3922:19, 3932:2,
3932:5, 3937:20

  **puts** [2] - 3866:18,
3931:22
  **putting** [6] - 3830:12,
3831:5, 3874:15,
3878:2, 3891:15,
3929:14

# Q

  **qualified** [2] -
3941:2, 3941:19
  **Quality** [4] - 3856:4,
3857:17, 3858:18,
3921:11
  **quality** [6] - 3830:1,
3855:17, 3866:1,
3898:19, 3922:12,
2922:18
  **quarters** [2] -
3935:3, 3936:24
  **questioning** [2] -
3824:17, 3840:17
  **questions** [6] -
3819:16, 3826:16,
3840:7, 3865:3,
3875:5, 3935:14
  **quickly** [6] -
3829:12, 3858:8,
3858:9, 3858:10,
3865:5, 3932:17
  **quite** [2] - 3883:3,
3887:21
  **quote** [4] - 3842:2,
3845:25, 3851:16,
3851:20
  **quotes** [2] - 3818:16

# R

  **railroad** [1] - 3938:6
  **Railroad** [1] -
3813:13
  **railroads** [1] - 3938:5
  **rain** [1] - 3880:20
  **rains** [1] - 3880:18
  **raise** [1] - 3864:12
  **raises** [3] - 3824:21,
3873:19, 3902:11
  **Ramos** [1] - 3816:7
  **ran** [1] - 3861:14
  **ranchers** [1] - 3932:9
  **range** [2] - 3862:13,
3932:10
  **Ranger** [2] - 3867:8,
3877:24
  **ranges** [1] - 3896:15
  **rank** [1] - 3932:3
  **ranked** [2] - 3932:8,
3933:12
  **ranking** [4] - 3932:2,
3932:14, 3932:17,

3932:21
  **rapid** [1] - 3937:1
  **rare** [2] - 3888:11,
3894:15
  **rarely** [1] - 3881:19
  **rat** [5] - 3882:21,
3883:17, 3883:20,
3883:21, 3896:23
  **rate** [3] - 3874:1,
3907:24, 3922:12
  **rather** [3] - 3836:15,
3920:11, 3925:17
  **rats** [1] - 3923:12
  **reach** [2] - 3874:13,
3926:24
  **reached** [2] - 3929:2,
3932:21
  **reaching** [1] -
3868:22
  **reactions** [1] -
3891:11
  **read** [12] - 3817:10,
3821:2, 3821:16,
3840:15, 3849:11,
3849:14, 3849:18,
3850:6, 3887:22,
3901:25, 3922:10,
3929:23
  **reading** [3] -
3825:20, 3898:15,
3925:9
  **reads** [3] - 3907:9,
3909:22, 3921:14
  **ready** [5] - 3848:24,
3848:25, 3852:3,
3856:15, 3905:15
  **Reagan** [4] - 3857:8,
3857:14, 3859:21,
3860:19
  **real** [18] - 3906:24,
3908:15, 3908:22,
3909:1, 3909:6,
3909:9, 3909:16,
3910:14, 3911:13,
3911:15, 3911:18,
3919:18, 3919:19,
3919:21, 3919:24,
3920:2, 3935:19,
3939:6
  **real-world** [3] -
3906:24, 3919:24,
3920:2
  **really** [33] - 3819:6,
3819:20, 3822:5,
3838:21, 3839:14,
3839:16, 3858:4,
3858:8, 3858:9,
3859:22, 3860:19,
3863:21, 3866:23,
3868:17, 3889:16,

3896:9, 3903:6,
3904:14, 3908:14,
3909:5, 3910:8,
3919:23, 3922:18,
3924:4, 3928:9,
3933:9, 3934:10,
3935:3, 3935:12,
3937:4, 3941:9,
3941:11
  **reason** [3] - 3828:11,
3837:25
  **reasonable** [1] -
3829:2, 3850:13
  **reasonably** [1] -
3850:14
  **reasons** [7] -
3820:15, 3821:12,
3833:21, 3847:16,
3849:21, 3849:25,
3934:22
  **reauthorization** [1] -
3858:5
  **receipt** [1] - 3851:14
  **receive** [1] - 3853:22
  **received** [2] -
3851:25, 3854:15
  **recent** [1] - 3817:10
  **recess** [3] - 3905:2,
3940:11, 3940:14
  **Recess** [1] - 3905:4
  **recognize** [1] -
3919:23
  **recognized** [1] -
3929:1
  **recommendation** [2]
- 3895:17, 3895:19
  **recommended** [2] -
3889:2, 3895:23
  **record** [5] - 3836:1,
3837:9, 3838:10,
3849:12, 3852:17
  **RECROSS** [1] -
3815:3
  **recruit** [1] - 3863:12
  **recruited** [2] -
3856:3, 3864:9
  **redact** [3] - 3839:17,
3840:5, 3842:6
  **redacted** [1] -
3842:24
  **REDIRECT** [1] -
3815:3
  **reduce** [1] - 3861:8
  **reevaluate** [1] -
3889:19
  **refer** [3] - 3818:7,
3844:5, 3887:18
  **reference** [3] -
3840:24, 3849:25,
3916:17

  **referenced** [1] -
3874:18
  **referencing** [1] -
3817:17
  **referred** [2] - 3834:1,
3890:10
  **referring** [13] -
3839:7, 3841:8,
3841:10, 3844:11,
3849:22, 3888:23,
3910:11, 3912:16,
3912:17, 3917:21,
3918:20, 3920:9,
3923:11
  **reflecting** [1] -
3846:17
  **reflects** [1] - 3844:23
  **refrain** [1] - 3893:11
  **refuse** [1] - 3856:21
  **refute** [1] - 3832:23
  **regard** [5] - 3819:23,
3829:21, 3848:17,
3848:22, 3903:11
  **regarding** [3] -
3828:22, 3829:7,
3902:15
  **regardless** [1] -
3884:19
  **regards** [2] - 3903:2,
3903:18
  **registered** [1] -
3904:15
  **registrant** [10] -
3871:20, 3872:22,
3878:1, 3878:7,
3878:9, 3882:19,
3890:11, 3891:7,
3895:24, 3920:24
  **registrant-done** [1] -
3920:24
  **registrants** [2] -
3873:17, 3904:12
  **registration** [4] -
3860:22, 3871:24,
3882:20, 3883:20
  **registrations** [1] -
3863:20
  **registries** [1] -
3939:25
  **regs** [1] - 3878:3
  **regular** [1] - 3940:5
  **regulation** [8] -
3853:18, 3854:25,
3863:24, 3869:18,
3869:22, 3871:14,
3876:1, 3914:1
  **regulations** [2] -
3880:4, 3910:4
  **regulators** [1] -
3914:10

**regulatory** [1] - 3827:20, 3837:8, 3851:21, 3861:7, 3870:1, 3874:8, 3875:7, 3902:25, 3920:22, 3922:17, 3926:3
**reject** [1] - 3878:17
**related** [13] - 3824:8, 3826:22, 3828:19, 3829:2, 3858:17, 3860:5, 3868:24, 3883:22, 3888:24, 3894:15, 3901:11, 3922:2, 3941:21
**relates** [1] - 3843:4
**relating** [3] - 3819:2, 3839:3, 3867:16
**relationship** [4] - 3855:13, 3867:23, 3896:16, 3921:22
**relationships** [1] - 3881:22
**relative** [1] - 3904:14
**relentlessly** [1] - 3891:7
**relevance** [1] - 3925:13
**relevant** [11] - 3828:18, 3828:22, 3828:23, 3830:3, 3831:13, 3831:22, 3833:12, 3833:13, 3835:16, 3836:18, 3842:6
**reliability** [1] - 3898:19
**reliable** [1] - 3924:2
**relied** [2] - 3831:12, 3905:19
**relies** [1] - 3920:18
**rely** [1] - 3819:4
**remain** [1] - 3852:9
**remains** [1] - 3905:14
**remember** [2] - 3836:10, 3940:15
**remind** [2] - 3823:22, 3857:19
**reminding** [1] - 3849:15
**remove** [1] - 3842:12
**renal** [12] - 3888:2, 3888:11, 3889:3, 3889:6, 3889:14, 3890:4, 3892:18, 3893:1, 3894:3, 3896:9, 3896:12, 3897:5
**rendering** [1] -

3913:2
**repeat** [1] - 3919:8
**repeated** [1] - 3933:11
**repercussions** [2] - 3851:17, 3851:22
**replacement** [1] - 3895:25
**replete** [3] - 3817:14, 3825:1, 3891:4
**Report** [1] - 3864:22
**report** [20] - 3858:19, 3858:21, 3869:5, 3869:6, 3869:8, 3874:11, 3876:3, 3876:5, 3887:18, 3888:23, 3888:25, 3889:1, 3889:5, 3891:3, 3891:16, 3903:24, 3918:21, 3931:23, 3937:14, 3941:5
**reported** [9] - 3877:9, 3889:7, 3889:9, 3892:17, 3912:13, 3916:5, 3925:2, 3932:10, 3943:5
**REPORTED** [1] - 3812:21
**reporter** [1] - 3858:7
**Reporter** [2] - 3943:6, 3943:20
**REPORTER'S** [1] - 3943:1
**reporting** [3] - 3876:2, 3900:14, 3903:20
**Reports** [1] - 3866:18
**reports** [3] - 3859:4, 3902:24, 3932:5
**represent** [1] - 3847:5
**representation** [1] - 3837:14
**representations** [2] - 3821:5, 3838:18
**representative** [1] - 3861:15
**represented** [1] - 3838:3
**representing** [6] - 3825:16, 3837:12, 3837:16, 3838:14, 3845:5, 3848:3
**represents** [2] - 3845:2, 3847:11
**reproductive** [1] - 3868:19

**republicans** [1] - 3857:19
**request** [13] - 3817:9, 3821:1, 3850:8, 3850:22, 3850:25, 3851:1, 3851:13, 3851:18, 3852:2, 3890:19, 3891:21, 3895:1, 3895:24
**requested** [4] - 3890:1, 3892:13, 3896:3, 3897:17
**require** [6] - 3872:21, 3879:25, 3881:12, 3881:19, 3882:1, 3882:4
**required** [3] - 3876:1, 3878:13, 3899:20
**requirements** [4] - 3871:21, 3874:22, 3882:23, 3903:21
**requires** [2] - 3876:10, 3879:9
**reread** [1] - 3817:13
**research** [15] - 3846:2, 3857:25, 3865:20, 3867:12, 3871:19, 3898:17, 3898:19, 3898:20, 3899:5, 3900:11, 3900:14, 3924:1, 3924:3, 3941:20
**research-based** [1] - 3865:20
**researched** [1] - 3866:21
**residential** [1] - 3913:23
**residue** [1] - 3871:1
**residues** [2] - 3864:19, 3866:11
**resistant** [1] - 3866:3
**resolved** [1] - 3821:21
**resources** [1] - 3891:6
**respect** [2] - 3818:15, 3825:6
**respected** [1] - 3862:15
**respond** [3] - 3819:20, 3822:1, 3822:7
**responding** [1] - 3818:20
**responds** [2] - 3828:10, 3842:22
**response** [8] -

3839:14, 3839:18, 3840:6, 3842:8, 3850:12, 3851:5, 3851:18, 3896:16
**responsibilities** [1] - 3868:10
**responsibility** [5] - 3859:15, 3861:5, 3873:18, 3878:5, 3904:11
**responsible** [4] - 3858:5, 3865:24, 3871:16, 3928:2
**rest** [9] - 3820:16, 3820:21, 3840:5, 3842:5, 3842:7, 3842:12, 3842:24, 3900:15, 3900:23
**Restriction** [1] - 3878:24
**restrictions** [1] - 3902:15
**result** [3] - 3890:15, 3893:24, 3921:23
**resulted** [1] - 3889:10
**results** [8] - 3844:11, 3844:14, 3845:17, 3846:12, 3889:22, 3898:17, 3900:13, 3939:8
**resume** [2] - 3905:2, 3940:15
**retained** [1] - 3857:21
**review** [10] - 3818:22, 3819:13, 3819:23, 3819:25, 3860:21, 3871:17, 3878:8, 3881:2, 3894:7, 3894:8
**reviewed** [13] - 3818:25, 3820:5, 3867:13, 3868:23, 3869:1, 3869:3, 3890:7, 3904:21, 3905:23, 3916:7, 3919:14, 3920:19, 3925:12
**reviewing** [2] - 3887:3, 3910:22
**reviews** [3] - 3827:19, 3841:19, 3912:18
**revisit** [1] - 3819:12
**right-of-ways** [3] - 3936:3, 3938:6, 3938:8
**rigorous** [1] - 3923:25

**rise** [3] - 3866:21, 3930:9, 3933:17
**rises** [2] - 3933:14, 3933:15
**risk** [28] - 3829:18, 3832:24, 3861:6, 3869:18, 3869:23, 3870:15, 3873:3, 3873:23, 3878:20, 3881:1, 3881:25, 3889:17, 3902:11, 3902:25, 3904:15, 3907:11, 3907:14, 3907:19, 3907:21, 3908:5, 3908:6, 3909:5, 3909:13, 3911:25, 3920:18, 3920:23, 3928:2
**risks** [2] - 3881:18, 3908:8
**roads** [1] - 3936:2
**ROCKWOOD** [1] - 3812:22
**Rockwood** [1] - 3943:19
**Rodenticide** [1] - 3858:3
**role** [4] - 3830:6, 3830:12, 3919:3, 3922:2
**roles** [1] - 3921:15
**ROSAS** [1] - 3812:22
**Rosas** [1] - 3943:19
**roughly** [1] - 3938:14
**Roundup** [19] - 3828:3, 3866:25, 3867:8, 3877:24, 3880:15, 3880:19, 3882:14, 3882:17, 3883:12, 3885:4, 3888:8, 3933:4, 3933:7, 3934:7, 3935:22, 3936:19, 3938:19, 3938:24
**Roundup-based** [1] - 3933:4
**route** [1] - 3912:22
**routes** [3] - 3910:2, 3912:20, 3912:24
**routinely** [1] - 3882:7
**royalties** [1] - 3930:23
**RPR** [1] - 3812:22
**rule** [2] - 3834:24, 3876:20
**ruled** [3] - 3821:4, 3836:21, 3836:22
**ruling** [2] - 3821:3, 3891:18
**rulings** [3] - 3817:15,

3818:18, 3849:19
**run** [2] - 3829:11, 3868:10
**rural** [1] - 3917:12

# S

**safe** [1] - 3928:12
**Safety** [1] - 3904:20
**safety** [2] - 3866:2, 3867:16
**sake** [1] - 3893:3
**sale** [2] - 3850:17, 3870:10
**sales** [1] - 3938:21
**sample** [1] - 3922:3
**San** [4] - 3813:21, 3816:5, 3853:12, 3886:15
**SAN** [1] - 3812:2
**SANDRA** [1] - 3813:18
**SAP** [1] - 3895:16
**saw** [3] - 3830:11, 3889:17, 3889:22
**Sawyer** [4] - 3817:5, 3818:25, 3937:12, 3941:14
**Sawyer's** [3] - 3817:13, 3819:24, 3821:3
**scale** [1] - 3938:10
**Schedule** [1] - 3857:10
**school** [6] - 3853:12, 3854:7, 3854:9, 3886:18, 3923:1, 3937:18
**schools** [1] - 3855:24
**Science** [5] - 3853:24, 3853:25, 3854:5, 3864:18, 3902:20
**science** [15] - 3829:7, 3829:23, 3854:5, 3862:13, 3862:24, 3868:8, 3868:13, 3871:16, 3871:18, 3903:5, 3918:9, 3920:21, 3920:25, 3927:24, 3928:15
**Sciences** [6] - 3862:3, 3862:7, 3862:11, 3862:21, 3863:6, 3865:9
**scientific** [33] - 3824:24, 3827:6, 3827:8, 3827:19,

3831:15, 3831:19, 3832:15, 3832:22, 3840:19, 3841:18, 3851:23, 3865:25, 3866:7, 3868:6, 3868:20, 3868:24, 3895:1, 3895:7, 3896:8, 3898:3, 3898:10, 3898:16, 3898:23, 3900:23, 3900:24, 3901:5, 3902:10, 3903:4, 3918:21, 3920:19, 3924:1, 3930:21, 3941:20
**scientist** [2] - 3853:14, 3865:23
**scientists** [6] - 3900:18, 3900:19, 3925:22, 3928:22, 3931:24, 3934:19
**scope** [6] - 3844:2, 3845:9, 3875:6, 3875:18, 3876:1, 3876:22
**search** [4] - 3900:18, 3901:5, 3901:8, 3901:9
**seat** [1] - 3935:13
**sec** [1] - 3906:15
**second** [8] - 3844:8, 3856:19, 3860:8, 3892:16, 3892:23, 3894:13, 3924:8, 3926:18
**section** [10] - 3831:6, 3887:5, 3900:16, 3909:18, 3909:23, 3910:10, 3910:12, 3913:15, 3918:15, 3919:1
**sections** [4] - 3889:3, 3889:5, 3890:4, 3925:14
**see** [77] - 3816:21, 3819:8, 3825:25, 3828:4, 3828:5, 3834:15, 3836:24, 3837:18, 3838:15, 3869:13, 3873:5, 3879:14, 3883:15, 3883:17, 3886:3, 3886:24, 3887:7, 3887:14, 3888:4, 3888:13, 3888:19, 3888:21, 3889:12, 3890:5, 3892:20, 3894:5, 3894:17, 3896:24, 3897:4, 3902:1, 3905:9,

3907:7, 3907:8, 3907:24, 3908:10, 3909:20, 3910:5, 3911:9, 3912:14, 3913:4, 3913:10, 3913:19, 3913:21, 3913:24, 3914:2, 3914:5, 3914:13, 3914:20, 3915:3, 3915:5, 3916:9, 3916:18, 3916:21, 3917:2, 3917:10, 3917:14, 3917:19, 3917:23, 3918:5, 3918:10, 3918:17, 3920:13, 3921:9, 3921:12, 3922:5, 3923:9, 3924:11, 3924:15, 3924:20, 3925:4, 3932:14, 3932:16, 3932:18, 3932:24, 3942:6
**seek** [2] - 3818:23, 3902:8
**seem** [1] - 3818:23
**sees** [2] - 3893:14, 3893:17
**self** [1] - 3925:2
**self-reported** [1] - 3925:2
**sell** [2] - 3871:25, 3872:4
**senate** [1] - 3857:21
**sending** [2] - 3825:2, 3833:18
**sense** [6] - 3912:19, 3923:4, 3923:6, 3924:9, 3925:12, 3935:19
**sent** [3] - 3835:9, 3841:2, 3929:21
**sentence** [7] - 3820:12, 3820:13, 3820:20, 3821:10, 3840:6, 3842:5, 3907:4
**separate** [1] - 3876:7
**September** [1] - 3867:25
**series** [2] - 3830:25, 3863:16
**serious** [4] - 3824:22, 3851:16, 3851:22, 3893:4
**serve** [1] - 3857:11
**served** [1] - 3865:23
**service** [1] - 3847:4
**Services** [1] - 3866:13
**serving** [1] - 3848:4

**Session** [2] - 3812:13, 3816:4
**set** [6] - 3816:15, 3870:13, 3871:3, 3871:18, 3873:2, 3943:14
**sets** [1] - 3836:8
**settings** [1] - 3919:10
**seven** [3] - 3863:8, 3863:9, 3927:16
**seventeen** [1] - 3927:16
**several** [7] - 3826:17, 3829:11, 3856:9, 3856:10, 3860:6, 3893:1, 3899:23
**severity** [1] - 3868:18
**sexes** [1] - 3896:23
**share** [3] - 3872:13, 3873:18, 3906:17
**shed** [1] - 3924:4
**Sheet** [1] - 3904:20
**short** [1] - 3929:21
**shorter** [1] - 3850:19
**Shorthand** [2] - 3943:6, 3943:20
**show** [7] - 3831:25, 3836:14, 3846:5, 3851:12, 3873:11, 3909:16, 3942:3
**showed** [3] - 3828:15, 3873:25, 3877:8
**showing** [4] - 3824:25, 3832:8, 3832:9, 3847:2
**shown** [2] - 3874:17, 3875:12
**shows** [4] - 3829:18, 3830:23, 3891:7
**side** [2] - 3931:18, 3939:23
**Sidebar** [3] - 3890:25, 3940:18, 3942:7
**sidebar** [8] - 3874:4, 3876:19, 3877:2, 3884:2, 3884:4, 3885:1, 3892:8, 3904:4
**sidebars** [1] - 3876:23
**signature** [1] - 3943:19
**significance** [1] - 3889:11
**significant** [8] - 3870:25, 3888:9,

3889:7, 3892:19, 3893:24, 3894:9, 3894:14, 3894:22
**significantly** [1] - 3908:8
**silicone** [1] - 3900:15
**similar** [2] - 3881:24, 3918:13
**similarly** [1] - 3877:14
**simple** [1] - 3889:25
**simply** [4] - 3818:18, 3888:6, 3889:16, 3907:23
**sites** [1] - 3888:18
**situations** [1] - 3874:20
**six** [3] - 3825:6, 3836:23, 3933:18
**size** [3] - 3855:8, 3855:14, 3922:3
**skin** [2] - 3872:9, 3912:23
**skips** [4] - 3834:4, 3834:6, 3834:7, 3834:15
**slides** [1] - 3892:25
**slightly** [1] - 3817:12
**slow** [1] - 3858:11
**small** [5] - 3824:11, 3835:18, 3855:22, 3872:14, 3938:15
**smoothly** [1] - 3849:7
**snail** [1] - 3912:2
**so-called** [1] - 3880:6
**soil** [7] - 3855:16, 3856:7, 3858:24, 3911:7, 3911:18, 3914:11, 3916:12
**sold** [3] - 3850:10, 3850:20, 3872:18
**someone** [4] - 3872:23, 3879:24, 3903:24, 3919:17
**something's** [1] - 3902:9
**sometimes** [4] - 3880:18, 3901:19, 3901:22, 3937:20
**somewhere** [1] - 3817:16
**sophisticated** [1] - 3937:3
**sorry** [16] - 3822:21, 3822:22, 3823:3, 3823:19, 3825:19, 3825:21, 3844:6,

3864:25, 3877:5, 3878:22, 3883:1, 3885:4, 3889:24, 3893:13, 3907:4, 3935:22

**sort** [16] - 3819:12, 3827:1, 3828:13, 3835:17, 3862:14, 3887:2, 3892:3, 3898:21, 3907:3, 3909:22, 3920:6, 3922:7, 3923:4, 3935:15, 3937:10, 3941:10

**sounds** [1] - 3837:20
**source** [1] - 3907:3
**sources** [3] - 3910:2, 3912:11, 3918:1
**soybeans** [1] - 3934:25
**spanning** [1] - 3839:3
**speaking** [1] - 3858:9
**special** [1] - 3896:4
**specialists** [2] - 3856:12, 3856:13
**specific** [10] - 3822:14, 3832:23, 3832:24, 3833:7, 3835:20, 3836:23, 3875:8, 3875:11, 3879:17, 3924:25
**specifically** [18] - 3833:5, 3839:3, 3851:9, 3854:16, 3859:12, 3860:5, 3861:21, 3863:12, 3866:20, 3867:12, 3867:16, 3885:5, 3886:7, 3904:19, 3910:7, 3913:1, 3916:2, 3918:13
**specifies** [1] - 3833:17
**spectacle** [1] - 3884:14
**speculate** [1] - 3850:1
**speculates** [1] - 3839:15
**spell** [1] - 3852:16
**spend** [8] - 3823:15, 3828:11, 3839:24, 3840:4, 3842:2, 3842:23, 3883:8, 3894:12
**spending** [1] - 3859:1
**spent** [2] - 3859:6,

3941:13
**split** [1] - 3936:4
**spoken** [1] - 3929:7
**spot** [1] - 3932:22
**spray** [2] - 3870:24, 3940:7
**sprayed** [3] - 3917:13, 3917:22, 3917:24
**sprayer** [4] - 3937:19, 3939:11, 3939:12
**sprayers** [2] - 3936:20, 3939:6
**spraying** [7] - 3828:3, 3871:10, 3917:25, 3937:2, 3938:5, 3940:5
**spread** [1] - 3935:5
**spurious** [1] - 3846:12
**staff** [6] - 3857:23, 3859:10, 3862:17, 3862:18, 3863:15
**stand** [8] - 3817:18, 3821:23, 3828:20, 3845:20, 3846:9, 3846:13, 3852:7, 3931:18
**standing** [1] - 3852:9
**stands** [1] - 3845:1
**Stanford** [1] - 3855:24
**stapled** [1] - 3822:21
**start** [9] - 3825:10, 3840:16, 3843:6, 3849:5, 3858:9, 3869:24, 3899:12, 3923:3, 3927:4
**started** [5] - 3856:25, 3865:9, 3866:23, 3867:19, 3891:9
**starting** [6] - 3819:3, 3825:11, 3825:21, 3825:22, 3841:25, 3887:23
**starts** [1] - 3907:5
**state** [6] - 3829:7, 3829:20, 3846:17, 3852:16, 3853:11, 3915:17
**State** [2] - 3943:6, 3943:20
**STATE** [1] - 3812:1
**statement** [6] - 3819:10, 3843:16, 3848:7, 3848:8, 3884:5, 3915:20
**statements** [3] - 3829:15, 3891:4

**States** [9] - 3847:11, 3850:11, 3850:17, 3850:21, 3866:22, 3870:11, 3889:2, 3930:11, 3931:23
**states** [1] - 3851:20
**stating** [1] - 3845:14
**statistical** [1] - 3900:12
**statistically** [4] - 3888:9, 3892:19, 3893:24, 3894:9
**status** [1] - 3862:15
**statute** [4] - 3858:6, 3860:20, 3863:24, 3864:3
**statutes** [3] - 3859:23, 3863:24, 3864:6
**stayed** [1] - 3864:10
**stays** [1] - 3933:12
**step** [3] - 3852:9, 3860:7, 3891:12
**steps** [1] - 3870:9
**steroids** [1] - 3896:13
**stick** [2] - 3880:15, 3893:11
**still** [10] - 3828:3, 3856:24, 3875:12, 3889:22, 3894:9, 3894:22, 3922:23, 3932:15, 3935:11
**store** [1] - 3855:4
**stories** [1] - 3929:24
**story** [2] - 3833:7, 3865:1
**STRAWN** [1] - 3814:6
**streamline** [1] - 3849:7
**Street** [3] - 3813:20, 3814:13, 3855:20
**Strengths** [1] - 3924:25
**strengths** [1] - 3925:8
**stress** [1] - 3860:13
**stretching** [1] - 3839:1
**stricken** [4] - 3818:6, 3818:19, 3879:3, 3879:5
**strictly** [1] - 3827:8
**strike** [3] - 3818:3, 3818:23, 3819:17
**striking** [1] - 3819:23
**strong** [3] - 3844:13, 3859:22, 3922:13
**stronger** [2] -

3921:18, 3921:22
**structure** [3] - 3881:22, 3881:23, 3881:24
**studied** [7] - 3854:13, 3881:15, 3885:3, 3890:9, 3914:8, 3926:18, 3941:10
**studies** [73] - 3817:25, 3819:1, 3819:2, 3830:2, 3845:16, 3850:15, 3850:18, 3850:19, 3850:24, 3851:6, 3851:12, 3855:6, 3861:14, 3862:19, 3862:21, 3863:12, 3866:7, 3869:9, 3870:13, 3871:17, 3871:19, 3873:2, 3873:6, 3873:11, 3873:19, 3873:21, 3874:20, 3879:9, 3879:12, 3881:13, 3881:20, 3883:21, 3884:6, 3884:21, 3884:22, 3885:4, 3885:11, 3885:21, 3887:12, 3897:10, 3915:1, 3915:18, 3916:5, 3918:14, 3919:14, 3919:16, 3919:20, 3920:19, 3920:24, 3921:11, 3921:16, 3922:19, 3922:20, 3923:12, 3924:3, 3925:11, 3925:13, 3926:23, 3927:25, 3928:2, 3928:23, 3928:24, 3934:13, 3934:15, 3939:15, 3939:16, 3939:24, 3940:21, 3941:9
**Study** [5] - 3859:6, 3915:7, 3915:11, 3915:20, 3915:22
**study** [70] - 3844:12, 3844:25, 3845:15, 3845:19, 3845:21, 3846:7, 3846:18, 3846:21, 3850:9, 3851:2, 3851:3, 3851:7, 3851:8, 3854:12, 3859:6, 3864:18, 3868:6, 3869:2, 3872:24, 3873:25, 3874:11, 3877:8, 3879:19,

3882:9, 3882:13, 3882:21, 3883:15, 3883:17, 3886:2, 3886:7, 3887:16, 3887:19, 3887:22, 3888:7, 3888:24, 3889:14, 3890:11, 3890:17, 3895:20, 3895:24, 3895:25, 3896:3, 3896:4, 3896:12, 3896:19, 3896:23, 3897:14, 3897:17, 3900:13, 3915:9, 3915:14, 3915:15, 3915:23, 3916:2, 3917:6, 3917:21, 3919:3, 3921:17, 3922:11, 3922:13, 3923:17, 3923:20, 3925:7, 3934:19, 3939:1, 3939:5, 3939:18, 3939:19
**study's** [1] - 3896:21
**studying** [5] - 3855:21, 3867:19, 3868:2, 3879:21, 3890:13
**stuff** [11] - 3822:9, 3831:20, 3834:11, 3840:19, 3864:13, 3869:8, 3883:9, 3894:20, 3900:8, 3916:13, 3927:18
**sub** [15] - 3857:22, 3857:24, 3858:14, 3859:11, 3859:16, 3859:24, 3860:1, 3861:11, 3861:16, 3862:2, 3863:16, 3863:21, 3864:7, 3864:10
**sub-committee** [15] - 3857:22, 3857:24, 3858:14, 3859:11, 3859:16, 3859:24, 3860:1, 3861:11, 3861:16, 3862:2, 3863:16, 3863:21, 3864:7, 3864:10
**subject** [1] - 3817:21
**subjective** [1] - 3933:6
**submit** [2] - 3882:21, 3904:12
**submits** [2] - 3878:7, 3882:20
**submitted** [4] - 3831:12, 3873:21, 3899:2, 3899:9

**subscribe** [1] - 3902:2

**subsequent** [1] - 3889:1

**subsequently** [1] - 3899:12

**subset** [2] - 3872:14, 3920:9

**substance** [1] - 3908:14

**substantial** [2] - 3864:12, 3868:15

**substantially** [1] - 3862:12

**suburbs** [1] - 3859:2

**suddenly** [1] - 3893:23

**suggest** [4] - 3821:9, 3841:4, 3848:9, 3873:22

**suggested** [1] - 3830:22

**suggesting** [1] - 3848:15

**suggests** [1] - 3850:23

**Suite** [1] - 3813:6

**summary** [1] - 3900:11

**superfluous** [1] - 3820:13

**SUPERIOR** [1] - 3812:1

**support** [2] - 3862:20

**suppose** [1] - 3857:6

**supposed** [1] - 3876:8

**surface** [1] - 3880:15

**surfactant** [4] - 3880:5, 3880:6, 3881:16, 3881:24

**surfactants** [7] - 3880:4, 3880:11, 3880:14, 3880:18, 3881:4, 3881:19, 3882:10

**surrounding** [1] - 3880:4

**surveillance** [1] - 3910:18

**suspect** [1] - 3869:2

**sustain** [1] - 3876:20

**sustained** [9] - 3878:25, 3883:24, 3885:24, 3893:9, 3902:17, 3927:1, 3927:3, 3929:12, 3929:18

**Suzanne** [2] -

3812:14, 3816:7

**swear** [1] - 3852:10

**sworn** [1] - 3852:13

**synergy** [4] - 3880:21, 3880:24, 3882:3, 3882:4

**system** [3] - 3873:10, 3886:13, 3937:3

**systems** [1] - 3853:15

---

# T

**Tab** [4] - 3823:2, 3823:6, 3823:8, 3843:10

**table** [6] - 3887:9, 3914:7, 3923:8, 3924:8, 3924:13, 3925:14

**Table** [2] - 3923:8, 3924:14

**tactic** [1] - 3836:13

**tail** [1] - 3857:1

**tailored** [1] - 3832:25

**talks** [7] - 3838:19, 3913:18, 3914:1, 3914:4, 3916:11, 3916:25, 3917:8

**tank** [2] - 3881:6, 3881:7

**tariffs** [1] - 3854:25

**task** [1] - 3830:4

**team** [2] - 3868:9, 3868:20

**technically** [1] - 3828:2

**techniques** [1] - 3863:5

**technology** [4] - 3847:9, 3854:22, 3860:17, 3862:13

**ten** [1] - 3863:7

**tends** [1] - 3846:2

**term** [6] - 3858:20, 3867:3, 3867:6, 3895:22, 3895:23, 3898:2

**terminology** [1] - 3840:20

**terms** [1] - 3863:19

**test** [4] - 3872:8, 3872:9, 3888:2, 3889:9

**testified** [3] - 3852:14, 3861:5, 3920:14

**testify** [5] - 3826:8, 3829:6, 3861:16, 3941:15, 3941:17

**testifying** [2] - 3826:20, 3828:19

**testimony** [34] - 3816:17, 3817:13, 3817:24, 3818:4, 3818:6, 3818:22, 3819:12, 3819:24, 3820:23, 3823:18, 3824:8, 3825:3, 3825:17, 3825:23, 3827:19, 3828:14, 3829:9, 3830:6, 3830:13, 3831:3, 3831:10, 3831:15, 3831:19, 3831:24, 3835:18, 3839:16, 3841:19, 3843:22, 3875:22, 3903:15, 3906:18, 3940:24, 3941:1

**testing** [4] - 3872:5, 3872:21, 3882:2, 3893:4

**tests** [5] - 3850:20, 3870:22, 3872:13, 3872:22, 3882:4

**tetrachloroethylen e** [1] - 3918:24

**THE** [149] - 3812:1, 3813:3, 3813:12, 3813:17, 3814:3, 3816:11, 3816:13, 3816:24, 3817:3, 3817:8, 3818:20, 3819:22, 3820:4, 3820:9, 3821:9, 3821:15, 3821:18, 3821:22, 3822:2, 3822:12, 3822:14, 3822:18, 3822:23, 3823:3, 3823:9, 3823:12, 3823:19, 3823:22, 3824:4, 3824:7, 3824:13, 3824:16, 3825:13, 3825:19, 3826:3, 3826:7, 3826:11, 3829:5, 3829:20, 3829:25, 3830:15, 3830:18, 3830:24, 3831:24, 3832:6, 3832:16, 3833:25, 3834:7, 3834:13, 3834:19, 3834:21, 3834:24, 3835:3, 3835:7, 3835:14, 3837:4, 3838:5, 3838:24, 3839:9, 3840:1, 3840:11, 3841:5, 3841:8,

3841:12, 3842:4, 3842:16, 3843:1, 3843:3, 3843:13, 3843:23, 3844:5, 3844:8, 3847:17, 3847:20, 3848:15, 3848:21, 3848:25, 3849:3, 3849:15, 3852:5, 3852:8, 3852:16, 3852:18, 3852:20, 3852:24, 3853:2, 3869:19, 3869:21, 3874:3, 3874:25, 3875:16, 3875:20, 3876:12, 3876:15, 3876:24, 3877:3, 3877:5, 3877:20, 3878:25, 3879:4, 3883:2, 3883:6, 3883:24, 3884:3, 3884:23, 3885:2, 3885:17, 3885:24, 3886:12, 3890:24, 3891:17, 3891:20, 3891:24, 3892:1, 3892:9, 3893:9, 3897:9, 3902:17, 3904:7, 3904:10, 3904:23, 3905:1, 3905:5, 3905:9, 3905:11, 3905:12, 3905:13, 3906:4, 3913:8, 3921:5, 3922:25, 3927:1, 3927:3, 3928:18, 3928:20, 3929:12, 3929:18, 3931:5, 3931:7, 3931:13, 3931:14, 3931:15, 3937:15, 3937:16, 3940:10, 3940:13, 3941:22, 3941:24, 3942:6

**thereafter** [1] - 3943:8

**they've** [8] - 3819:13, 3895:8, 3903:18, 3925:7, 3925:8, 3927:21, 3938:6, 3939:15

**thinking** [1] - 3877:6

**third** [8] - 3826:20, 3827:1, 3845:25, 3846:15, 3847:15, 3858:25, 3936:2, 3936:4

**thirds** [2] - 3935:25, 3936:4

**thousands** [1] - 3828:25

**threatened** [1] - 3912:5

**three** [7] - 3831:23, 3850:6, 3855:22, 3918:25, 3934:3, 3935:3, 3936:24

**three-quarters** [1] - 3936:24

**threshold** [1] - 3873:5

**throughout** [3] - 3845:13, 3932:14, 3934:6

**Thursday** [1] - 3842:17

**tie** [2] - 3874:24, 3875:25

**ties** [2] - 3833:6, 3840:6

**timely** [1] - 3819:8

**tissues** [1] - 3911:8

**title** [2] - 3900:20, 3908:4

**titled** [2] - 3909:19, 3943:4

**tobacco** [2] - 3903:3, 3903:6

**today** [9] - 3826:8, 3826:9, 3827:10, 3849:8, 3859:20, 3860:16, 3899:13, 3935:2, 3938:14

**together** [7] - 3818:6, 3830:12, 3831:5, 3833:7, 3868:20, 3874:24, 3928:7

**tolerance** [1] - 3871:23

**tolerances** [3] - 3861:8, 3863:19

**tomorrow** [1] - 3927:20

**took** [4] - 3817:18, 3864:13, 3903:11, 3922:14

**tool** [1] - 3900:23

**top** [7] - 3824:12, 3834:15, 3839:23, 3840:2, 3932:3, 3933:12

**topic** [4] - 3900:19, 3904:24, 3924:4, 3930:8

**total** [2] - 3938:15, 3938:21

**totally** [1] - 3908:18

**towards** [4] - 3817:24, 3834:14, 3834:15, 3872:14

22

**toxicity** [4] - 3850:9, 3850:15, 3850:18, 3850:24

**toxicological** [2] - 3870:13, 3871:5

**toxicologist** [2] - 3827:25, 3840:22

**toxicology** [1] - 3853:15

**tracking** [2] - 3834:10, 3865:25

**tractor** [1] - 3936:21

**trade** [5] - 3847:1, 3847:5, 3848:10, 3854:25, 3857:25

**Trade** [1] - 3865:19

**transcribed** [1] - 3943:9

**transcript** [8] - 3822:24, 3824:11, 3825:11, 3833:25, 3834:3, 3836:6, 3840:12, 3840:16

**transcripts** [1] - 3822:19

**transparent** [2] - 3920:21, 3925:11

**TRAVERS** [5] - 3813:11, 3843:25, 3844:6, 3844:10, 3848:19

**Travers** [3] - 3831:17, 3843:5, 3846:19

**treated** [6] - 3871:8, 3888:8, 3889:4, 3889:8, 3890:3, 3935:7

**treatment** [3] - 3896:14, 3896:23, 3919:2

**trend** [3] - 3888:1, 3889:10, 3894:15

**trends** [1] - 3930:16

**trial** [4] - 3819:10, 3844:13, 3858:21, 3869:13

**tried** [4] - 3828:15, 3873:16, 3878:20, 3919:13

**tries** [2] - 3833:9, 3873:14

**Troy** [1] - 3853:10

**truck** [1] - 3937:21

**true** [9] - 3827:14, 3830:14, 3840:17, 3841:14, 3848:2, 3893:8, 3915:20, 3920:3, 3920:15

**truly** [2] - 3827:1,

3921:23

**Trump** [1] - 3859:20

**truth** [2] - 3843:17, 3846:20

**truthfulness** [1] - 3898:22

**try** [4] - 3849:6, 3860:20, 3900:18, 3919:23

**trying** [3] - 3819:17, 3827:2, 3865:6

**tubular** [8] - 3888:2, 3888:11, 3889:6, 3889:14, 3893:1, 3896:9, 3896:12, 3897:5

**tumor** [12] - 3888:11, 3888:18, 3893:3, 3893:15, 3893:17, 3893:21, 3893:23, 3894:8, 3894:21, 3894:24, 3895:1, 3895:3

**tumors** [9] - 3883:9, 3888:17, 3889:20, 3890:2, 3892:18, 3894:3, 3894:15, 3896:25, 3897:4

**turn** [2] - 3833:24, 3896:21

**twenty** [1] - 3927:16

**twenty-seven** [1] - 3927:16

**two** [16] - 3821:20, 3823:16, 3855:24, 3862:18, 3863:23, 3864:6, 3869:2, 3881:20, 3882:13, 3887:20, 3896:14, 3904:4, 3930:16, 3933:15, 3935:25, 3936:4

**two-thirds** [2] - 3935:25, 3936:4

**two-year** [2] - 3881:20, 3882:13

**type** [2] - 3847:7, 3901:9

**types** [2] - 3879:9, 3924:18

**typewriting** [1] - 3943:9

**typical** [2] - 3914:15, 3939:13

**typically** [4] - 3891:4, 3910:12, 3919:21, 3936:19

**U**

**ultimately** [1] -

3830:21

**unanimous** [2] - 3929:3, 3929:5

**unanimously** [1] - 3926:12

**under** [5] - 3872:22, 3875:14, 3903:21, 3905:14, 3907:10

**undermines** [1] - 3833:11

**undue** [1] - 3833:14

**unduly** [1] - 3833:22

**unforeseen** [2] - 3864:5, 3908:7

**unfortunately** [2] - 3822:19, 3930:24

**union** [1] - 3866:17

**unit** [3] - 3862:7, 3862:15, 3937:20

**United** [9] - 3847:11, 3850:11, 3850:17, 3850:21, 3866:22, 3870:10, 3889:1, 3930:10, 3931:23

**University** [2] - 3853:21, 3854:10

**unreliability** [1] - 3846:21

**untrue** [1] - 3838:15

**unusual** [2] - 3890:16, 3930:21

**up** [22] - 3819:15, 3821:19, 3836:8, 3836:14, 3836:19, 3852:9, 3855:20, 3858:20, 3858:25, 3861:11, 3864:14, 3867:3, 3871:16, 3900:8, 3903:10, 3912:2, 3932:14, 3932:16, 3933:22, 3934:11, 3935:11, 3935:14

**urban** [1] - 3917:11

**urine** [3] - 3914:12, 3917:11, 3918:6

**US** [8] - 3845:4, 3920:23, 3930:17, 3932:9, 3933:20, 3933:24, 3934:11, 3935:22

**USDA** [1] - 3858:1

**users** [1] - 3937:8

**uses** [10] - 3873:3, 3900:24, 3913:21, 3913:23, 3934:16, 3936:15, 3938:2, 3938:3, 3938:4, 3938:9

**V**

**valid** [6] - 3820:17, 3883:21, 3884:6, 3884:22, 3885:21, 3926:23

**validity** [2] - 3829:23, 3925:12

**value** [3] - 3821:5, 3889:11, 3894:4

**variability** [1] - 3922:3

**various** [8] - 3865:13, 3866:7, 3871:16, 3881:19, 3882:16, 3904:1, 3914:2, 3914:8

**varying** [1] - 3885:10

**vast** [1] - 3938:3

**vegetables** [1] - 3914:12

**vegetation** [1] - 3914:12

**verbiage** [1] - 3889:24

**verify** [1] - 3838:25

**version** [1] - 3834:10

**versus** [1] - 3832:18

**via** [1] - 3912:23

**video** [1] - 3823:23

**view** [1] - 3931:19

**views** [1] - 3891:10

**violated** [2] - 3821:8, 3884:13

**violation** [5] - 3821:3, 3829:4, 3878:23, 3884:11, 3927:2

**violations** [4] - 3817:14, 3817:17, 3818:17, 3818:24

**Virginia** [1] - 3813:14

**virtue** [1] - 3925:10

**voir** [1] - 3869:19

**volume** [8] - 3913:19, 3918:16, 3918:19, 3931:24, 3932:4, 3935:8, 3938:5, 3938:20

**Volume** [1] - 3812:13, 3816:3, 3918:22

**volunteer** [2] - 3821:6, 3821:7

**volunteered** [2] - 3817:19, 3817:24

**vs** [1] - 3812:6

**W**

**Wacker** [1] - 3814:7

**wait** [1] - 3930:23

**waived** [1] - 3819:10

**walk** [3] - 3887:2, 3893:14, 3931:12

**walked** [1] - 3883:8

**wall** [2] - 3901:23, 3902:7

**Wall** [1] - 3855:20

**wants** [2] - 3841:4, 3874:12

**warn** [2] - 3829:19, 3829:21

**warnings** [1] - 3832:1

**washer** [1] - 3937:21

**Washington** [2] - 3814:14, 3868:12

**watch** [1] - 3848:10

**water** [12] - 3852:23, 3855:17, 3856:8, 3858:24, 3871:9, 3911:3, 3911:7, 3911:15, 3912:23, 3914:11, 3916:12, 3916:23

**ways** [5] - 3831:20, 3914:8, 3936:3, 3938:6, 3938:8

**weak** [1] - 3922:13

**weaker** [2] - 3921:19, 3921:23

**weakness** [1] - 3846:18

**weaknesses** [3] - 3845:18, 3845:21, 3925:8

**weed** [4] - 3880:7, 3880:15, 3880:16, 3936:2

**weeds** [8] - 3870:19, 3870:23, 3880:19, 3936:1, 3937:18, 3938:7, 3938:19

**weight** [4] - 3920:12, 3922:19, 3924:2, 3925:18

**welcome** [3] - 3849:4, 3905:5, 3905:11

**well-known** [1] - 3888:25

**well-recognized** [1] - 3929:1

**West** [1] - 3814:7

**wheat** [1] - 3934:24

**whereas** [1] - 3920:22

**WHEREOF** [1] - 3943:14

**whim** [2] - 3856:14,

3856:16
**whole** [5] - 3826:2, 3833:7, 3864:11, 3901:25, 3934:6
**wide** [1] - 3862:13
**widely** [2] - 3931:25, 3935:10
**William** [1] - 3862:16
**Williams** [1] - 3842:13
**Wilshire** [1] - 3813:6
**WINSTON** [1] - 3814:6
**Wisconsin** [3] - 3854:10, 3854:11, 3855:21
**wise** [1] - 3860:11
**wish** [3] - 3816:14, 3849:18, 3905:6
**wishful** [1] - 3877:6
**WISNER** [130] - 3813:4, 3816:12, 3818:21, 3820:2, 3820:7, 3820:10, 3821:14, 3821:20, 3821:23, 3822:4, 3822:13, 3822:16, 3822:19, 3823:7, 3824:10, 3825:9, 3825:14, 3825:21, 3826:5, 3826:10, 3826:13, 3829:10, 3829:22, 3830:1, 3830:17, 3830:20, 3830:25, 3832:3, 3832:12, 3832:21, 3834:6, 3834:9, 3834:17, 3834:20, 3834:22, 3835:2, 3835:5, 3835:9, 3836:3, 3837:11, 3837:22, 3838:4, 3838:6, 3839:1, 3839:21, 3840:2, 3840:13, 3841:11, 3841:22, 3842:11, 3842:25, 3843:2, 3843:4, 3843:11, 3848:23, 3849:10, 3850:5, 3852:6, 3852:22, 3852:25, 3853:5, 3869:16, 3869:24, 3874:17, 3874:24, 3875:3, 3875:19, 3875:23, 3876:14, 3876:17, 3877:4, 3877:7, 3877:22, 3878:19, 3878:22, 3879:8, 3882:25, 3883:7,

3884:1, 3884:5, 3884:15, 3884:25, 3885:3, 3885:15, 3885:19, 3885:25, 3886:10, 3886:13, 3891:13, 3891:19, 3891:23, 3891:25, 3892:2, 3892:11, 3893:8, 3893:10, 3897:7, 3897:10, 3902:19, 3904:5, 3904:9, 3904:16, 3904:25, 3905:7, 3905:10, 3905:17, 3906:1, 3906:5, 3913:6, 3913:9, 3921:3, 3921:6, 3922:23, 3923:1, 3927:4, 3929:3, 3929:13, 3929:19, 3930:2, 3931:3, 3931:8, 3931:11, 3931:16, 3937:13, 3937:22, 3940:12, 3941:4, 3941:23, 3942:1, 3942:5
**Wisner** [16] - 3816:19, 3834:2, 3841:9, 3849:9, 3850:4, 3852:21, 3853:7, 3874:11, 3877:4, 3877:5, 3877:21, 3884:12, 3892:10, 3904:23, 3905:6, 3905:15
**withdraw** [1] - 3876:20
**withdrawn** [1] - 3822:9
**within-titled** [1] - 3943:4
**witness** [18] - 3817:22, 3818:8, 3821:6, 3826:9, 3826:24, 3828:19, 3829:13, 3836:9, 3849:9, 3849:17, 3852:4, 3874:6, 3874:14, 3874:25, 3875:18, 3884:19, 3884:20, 3884:24
**WITNESS** [8] - 3815:3, 3852:18, 3904:10, 3905:12, 3928:20, 3931:14, 3937:16, 3943:14
**witness'** [1] - 3875:6
**witnesses** [1] - 3849:21
**woman** [1] - 3879:14

**won** [3] - 3855:25, 3857:19, 3857:20
**wonderful** [1] - 3862:16
**wondering** [2] - 3883:11, 3884:10
**word** [6] - 3848:11, 3880:21, 3892:7, 3897:24, 3908:4, 3915:16
**words** [2] - 3832:8, 3900:20
**worker** [1] - 3856:12
**works** [3] - 3839:7, 3853:14, 3868:12
**world** [24] - 3868:2, 3898:10, 3899:15, 3906:24, 3908:15, 3908:22, 3909:1, 3909:6, 3909:10, 3909:16, 3910:14, 3911:13, 3911:15, 3911:18, 3914:10, 3919:18, 3919:19, 3919:21, 3919:24, 3920:2, 3922:18, 3920:2, 3922:18, 3935:19, 3935:22, 3939:6
**worried** [2] - 3820:23, 3866:11
**worry** [2] - 3881:8, 3897:2
**worth** [1] - 3820:22
**wrap** [1] - 3933:25
**write** [4] - 3827:12, 3840:17, 3841:13, 3844:21
**writes** [4] - 3842:19, 3845:25, 3846:6, 3846:11
**writing** [3] - 3827:25, 3835:19, 3845:9
**written** [12] - 3827:17, 3827:18, 3831:16, 3841:1, 3841:17, 3841:18, 3845:23, 3846:3, 3851:19, 3874:10, 3889:25
**wrote** [4] - 3845:14, 3898:4, 3898:8, 3898:18

## Y

**yard** [1] - 3871:11
**year** [9] - 3835:10, 3839:2, 3881:20, 3882:13, 3927:15, 3932:12, 3933:17, 3933:21, 3934:24

**years** [19] - 3853:18, 3858:23, 3863:7, 3868:2, 3868:17, 3890:12, 3927:15, 3927:17, 3927:22, 3930:13, 3931:22, 3931:23, 3932:5, 3933:15, 3933:18, 3934:1, 3934:3, 3934:21, 3939:20
**yesterday** [2] - 3817:14, 3818:5
**yield** [1] - 3846:2
**young** [1] - 3861:17
**yourself** [1] - 3853:8