# Exhibit 7

# Dr. Charles Benbrook, Ph.D.
## Master Materials Considered List – 6-20-2019

**Table of Contents:**

A.  **Documents With a Bates Number and EPA Public Documents**
B.  **Published Scientific Studies, Reports, and Technical Documents**
C.  **Depositions and Exhibits; Johnson, Hardeman, and Pilliod Trial Documents**
D.  **Genotoxicity**
E.  **Other Documents**

Please note, I have conducted research and analytical work on glyphosate and Roundup herbicides for over 30 years. The enclosed reliance list does not include many older documents that I have studied and relied on in developing my general understanding of the use, risks, and regulation of glyphosate-based herbicides.

# Dr. Charles Benbrook, Ph.D.
## Master Materials Considered List – 6-20-2019

| Table A: Documents With a Bates Number and EPA Public Documents | | | |
|---|---|---|---|
| **Date** | **Bates Number (First Page)** | **Bates Number Last Page or Public Document ID** | **Category or Public Document Title/Focus** |
| 4/3/1985 | 3/3/85 EPA Memo Dykstra>Taylor | GKLY -- mouse onco study 1983 Bio/Dynamic | Rodent |
| 3/4/1985 | 3/4/85 EPA Memo to R. Taylor | "Concensus Review of GLY" | Rodent |
| 11/21/2013 | Acquavella Depo 4/7/17 Exh 10-12 | Acquavella et al Pharma and Drug Safety Vol 23 2014 | "ISPE statement on ASCO new policy for relationships with companies" [challnges new ASCO posiiton; authors declare no conflict of interest!! |
| 4/7/2017 | Acquavella Depo 4/7/17 Exh 10-23 | Re Marsh declarations on CANTOX paper | manipulation |
| 1/1/2001 | Acquavella Depo Exh 10-46 | Embro reports Vol 2(9) 2001 | "The Essential Role of Peer Review" |
| 6/1/1999 | Acquavella Depo Exh 10-8 | 1999 American Cancer Society | "Unusual Features Thyroid Carcinomas in Japanese Patients… |
| 9/25/2015 | ACQUAVELLAPROD00009991 | ACQUAVELLAPROD00009991 | Manipulation |
| 4/9/2015 | ACQUAVELLAPROD00010215 | ACQUAVELLAPROD00010221 | IARC |
| 5/14/2016 | ACQUAVELLAPROD00012030 | ACQUAVELLAPROD00012035 | manipulation |
| 4/6/2016 | ACQUAVELLAPROD00012359 | ACQUAVELLAPROD00012363 | manipulation |
| 1/7/2016 | ACQUAVELLAPROD00014559 | ACQUAVELLAPROD00014560 | manipulation |
| 1/7/2016 | ACQUAVELLAPROD00014559 | ACQUAVELLAPROD00014559 | manipulation |
| 7/30/2015 | ACQUAVELLAPROD00017681 | ACQUAVELLAPROD00017683 | manipulation |

## Dr. Charles Benbrook, Ph.D.
## Master Materials Considered List – 6-20-2019

| | | | |
|---|---|---|---|
| 9/4/2015 | Cal-EPA Prop 65 Notice re Listing GLY | Farmer Depo 1-11-17; Exh 1-53 | Prop 65 |
| 3/1/2007 | CANCER EPI BIOMARKERS PREV | Krishan & Morgan Vol 16(3) | "NHL Secondary to Cancer Chemotherapy" |
| | Department of Labor Occupational Safety and Health Administration | | Appendix A To 1910.1200 - Health Hazard Criteria |
| | Department of Labor Occupational Safety and Health Administration | | 1910.1200 - Toxic and Hazardous Substances - Hazard Communication |
| 1/1/2015 | EHP Vol 123(6) 2015 | Pearce et al | "IARC Monographs: 40 years Evaluating Carcinogenic Hazards to Humans" |
| 5/20/2015 | Email Breysse/ATSDR>>James | Re Housenger Email & request for call re ASTDR GLY review | Regulatory |
| 10/13/2016 | Email Vroom>>Housenger | Re GLY SAP and CLA retreat | Regulatory |
| 7/1/1983 | EPA | "Summary of the IBT Review Program" | Rodent |
| 8/12/1988 | EPA "Pesticide Registration (PR) Notice 1988-6…." | | Change in Registration Procedures –Agency Approval not Required for Certain Amendments |
| 5/31/1995 | EPA "Pesticide Registration (PR) Notice 95-2….." | | Notifications, Non-Notifications and Minor Formulations |
| 10/22/1998 | EPA "Pesticide Registration Notice (PR) 98-10…." | | Notifications, Non-Notifications and Minor Formulation Amendments |
| 10/1/2015 | EPA CARC Review GLY | Memo Rowland>>Smith | Final CARC Report (87 pages) |
| 5/10/2000 | EPA Pesticide Registration (PR) Notice 2000-5 | | Guidance for Mandatory and Advisory Labeling Statements |
| 4/20/2012 | EPA Pesticide Registration (PR) Notice 2012-1 | | Material Safety Data Sheets as Pesticide Labeling |
| 10/9/1992 | EPA PR Notice 92-4 | | Material Safety Data Sheets as Pesticide Labeling |

3

## Dr. Charles Benbrook, Ph.D.
## Master Materials Considered List – 6-20-2019

| 6/29/2016 | Eur Commission - Fact Sheet | "FAQs: GLY | Farmer Depo 1-11-17 Exh 1-12 |
|---|---|---|---|
| 7/8/1905 | EXPO 037170 | Exponent review 2015 EPA GLY Issue paper | Regulation |
| 5/4/2015 | Farmer Depo 1/11/17 Exh 1-54 | Safety Data Sheet RM 43 (GLY+Imazapur) | Includes IARC classification |
| 3/3/2015 | Farmer Depo 1-11-17 Exh 1-50 | IARC Mono Eval GLY List of Particiapnts | IARC |
| 4/13/2005 | Farmer Exhibit 1-19; Depo 1-11-17 | J. Gen Intern Med 2005 20:549 | "Ghost Writing Initiated by Commercial Companies" |
| 6/10/1983 | Farmer Exhibit 1-35; 1-11-17 | Science Vol. 220 | "The Murky World of Toxicity Testing |
| 7/7/2017 | Farmer markup of draft Chang and Delzell paper | Multiple examples ghostwritting | manipulation |
| 12/31/1987 | Federal Register, Office of the Federal Register, National Archives and Records Administration, 52(251): 49341-49654 (Dec. 31, 1987). | | Regulatory – FR 52(251): Alachlor |
| 11/7/2012 | Food & Chem Tox Hammond et al response Seralini | Saltmiras 1/31/17 depo Exh 5-18 | Letter to Editor |
| 9/19/2012 | Food & Chem Tox Vol 50 Seralini et al 2012 | "Long-term tox of RUP.." | Animal |
| 1/1/2016 | Guyton "The Carcin of GLY" PPT | Haydens Depo 1-24-17 Exh 3-52 | IARC presentation of Mono findings |
| 3/1/2017 | Hakim, NYT "MON emails raise iissue influencing research on RUP…" | | manipulation |
| 12/6/1999 | Hydens Depo 1-23-17; Exhibit 3-29 | Williams et al 2000 Reg Tox & Pharma | "Safety Evaluation and Risk Assessment Herb RP…" |
| 11/25/2016 | IARC Briefing for Gov Council | Farmer Depo 1-11-17 Exh 1-46 | Response to MON criticism |
| 1/1/2017 | ICMJE "Author Responsibilities - Conflicts of Interest" | Acquavella Depo 4/7/17 Exh 10-28 | manipulation |
| 5/9/2012 | J Tox Environ Health, Part B: Crit Reviews | Belle et al Online May 10, 2012 | Letter to Editor: Tox of RUP and GLY |

4

## Dr. Charles Benbrook, Ph.D.
## Master Materials Considered List – 6-20-2019

| | | | |
|---|---|---|---|
| 3/3/2016 | JECH 2016 Portier et al | Farmer Depo 1-11-17; Exh 1-48 | "Differences in carcin eval GLY between IARC and EFSA" |
| 3/20/2015 | Lancet-Oncology Vol 16 May 2015 | "Carcinogenicity of …and GLY" | Farmer Depo 1-11-17 Exh 1-45 |
| 11/4/2016 | Letter to Kirby Griffis, Hollingsworth from Dr. Consolara Sergi | Response to letter from MON attorney | Sharp rebuke of letter reequesting drafts of IARC Monogragh |
| 10/19/2015 | MON MSDS Roundup Pro | Farmer Depo 1-11-17; Exh 1-55 | "Listed 2A by the IARC but our expert opinion is that classification as a carcinogen is not warranted." |
| 11/7/1986 | MONGLY00141832 | T.F. Armstrong compiled "Comments re Guidance Document for the Rereg of GLY>>>" | worker safety |
| 1979-1986 | MONGLY00219447 | MONGLY00219616 | Product Registration |
| 1/15/1988 | MONGLY00223052 | MONGLY00223052 | Rodent |
| 1/5/1988 | MONGLY00223052 | MONGLY00223262 | Regulatory – Monsanto's Comment on Glyphosate Guidance Paper |
| 8/11/1982 | MONGLY00223097 | MONGLY00223097 | NNG |
| 7/27/1982 | MONGLY00223108 | MONGLY00223108 | Carcinogenicity |
| 3/18/1981 | MONGLY00223143 | MONGLY00223143 | surfactants |
| 12/4/1980 | MONGLY00223146 | MONGLY00223146 | surfactants |
| 8/30/1978 | MONGLY00223177 | MONGLY00223177 | NNG |
| 6/28/1978 | MONGLY00223224 | MONGLY00223224 | Exposure |
| 10/1/1977 | MONGLY00223244 | MONGLY00223244 | NNG |

# Dr. Charles Benbrook, Ph.D.
## Master Materials Considered List – 6-20-2019

| | | | |
|---|---|---|---|
| 7/1/1977 | MONGLY00223253 | MONGLY00223253 | NNG |
| 1/1/1988 | MONGLY00223577 | MONGLY00223577 | |
| 3/5/1986 | MONGLY00232226 | MONGLY00232231 | Regulatory (Delaney) |
| 3/5/1986 | MONGLY00232226 | MONGLY00232231 | Delaney – EPA Memo |
| 3/13/1985 | MONGLY00233235 | MONGLY00233235 at 2380 | Rodent |
| 9/26/1985 | MONGLY00233235 | MONGLY00233235 at -3298 | Rodent |
| 1/17/1986 | MONGLY00233235 | MONGLY00233235 at -3243 | |
| 1/23/1986 | MONGLY00233235 | MONGLY00233235 | Rodent |
| 9/4/1984 | MONGLY00235097 | Mongly00235097 at 5387 | Rodent |
| 2/26/1985 | Mongly00235097 | Mongly00235097 at 5393 | Rodent |
| 6/14/1985 | Mongly00235097 | Mongly00235097 at 5412 | Rodent |
| 12/4/1985 | Mongly00235097 | Mongly00235097 at -5488 | Rodent |
| 2/24/1986 | Mongly00235097 | Mongly00235097 at -5517 | Rodent |
| 3/29/2006 | MONGLY00236303 | MONGLY00236343 | Glyphosate Usage Statistics Roundup Ready Crops |
| 3/29/2006 | MONGLY00236303 | MONGLY00236343 | EPA/Regulatory – Glyphosate Usage Increase Ltr |
| 7/6/1999 | MONGLY00236478 | MONGLY00236481 | Draft Guidance on Mandatory/Advisory Labeling |
| 7/6/1999 | MONGLY00236478 | MONGLY00236481 | Label – Ltr re Mandatory Advisory Labeling |

# Dr. Charles Benbrook, Ph.D.
## Master Materials Considered List – 6-20-2019

| | | | |
|---|---|---|---|
| 1/1/1988 | MONGLY00241308 | MONGLY00241308 | Exposure |
| 1974 - 1981 | MONGLY00245010 | MONGLY00245023 | Label Submissions Chronology |
| 1974 | MONGLY00245010 | MONGLY00245023 | Label – Gly salt registrations and label submissions from 1974-1981 |
| 5/20/2008 | MONGLY00246229 | MONGLY00246748 | FOIA Request Confidential Statement of Formula Information for 22 Pesticides |
| 5/20/2008 | MONGLY00246230 | MONGLY00246255 | Regulatory – Monsanto responds to EPA FOIA Ltr |
| 4/14/1999 | MONGLY00555372 | MONGLY00555379 | Epidemiology |
| 11/19/2013 | MONGLY00556464 | MONGLY00556464 | Surfactants manipulation |
| 10/5/2004 | MONGLY00666980 | MONGLY00666980 | NNG |
| 10/18/1974 | MONGLY00784646 | MONGLY00784651 | Label |
| 4/22/1974 | MONGLY00784669 | MONGLY00784676 | Label/Regulatory |
| 1/22/1973 | MONGLY00784707 | MONGLY00784723 | Label – Original Label Application with Confidential Formulation Information |
| 8/24/1995 | MONGLY00850033 | MONGLY00850040 | Solaris Group- Request for Approval of Amendment to Label Roundup Fence and Yard Edger |
| 8/24/1995 | MONGLY00850033 | MONGLY00850040 | Label – Monsanto Precautionary Label Amendment |
| 8/16/1995 | MONGLY00850094 | MONGLY00850098 | EPA Letter Roundup L&G Ready to Use Fast Acting Formula Grass and Weed Killer (Revise Precautionary Labeling) |

# Dr. Charles Benbrook, Ph.D.
## Master Materials Considered List – 6-20-2019

| | | | |
|---|---|---|---|
| 8/16/1995 | MONGLY00850094 | MONGLY00850098 | Label – EPA Ltr re Monsanto Precautionary Amendment Req. |
| 10/26/2015 | MONGLY00861280 | MONGLY00861282 | Sustainability and Corp Responsibilty Committee meeting minutes |
| 6/8/2009 | MONGLY00874417 | MONGLY00874417 | Surfactants |
| 5/31/1999 | MONGLY00877463 | MONGLY00877463 | AHS |
| 8/3/1999 | Mongly00877683 | Mongly00877683 | Genotoxicity    testing |
| | MONGLY00878068 | | |
| 9/2/1999 | Mongly00878595 | Mongly00878595 | Genotoxicity |
| 4/27/2000 | MONGLY00878876 | MONGLY00878876 | genotox |
| 4/25/2002 | MONGLY00885526 | MONGLY00885526 | Surfactants |
| 4/25/2002 | MONGLY00885551 | MONGLY00885551 | surfactants |
| 7/22/1997 | MONGLY00885870 | MONGLY00885874 | Epidemiology |
| | MONGLY00886421 | | |
| | MONGLY00887500 | | |
| 6/11/2002 | MONGLY00888454 | MONGLY00888454 | Epidemiology |
| | MONGLY00888936 | Wratten letter to EPA/Tompkins | Re Hotz study transmission |
| 5/26/2000 | MONGLY00889984 | MONGLY00889984 | manipulation |

# Dr. Charles Benbrook, Ph.D.
## Master Materials Considered List – 6-20-2019

| | | | |
|---|---|---|---|
| 1/29/2010 | MONGLY00889988 | MONGLY00889988 | surfactants |
| | MONGLY00890137 | | |
| 12/1/2000 | MONGLY00890203 | Hotz, "A study of the effects of MON 35050 in Mnale CD-1 Mice…" | Effort to refute Bolognesi et al 1997 |
| | MONGLY00891509 | | |
| 9/17/2002 | MONGLY00891617 | MONGLY00891618 | Email attaching Monsanto message re Roundup |
| 2002 | MONGLY00891619 | MONGLY00891619 | Monsanto messages re 60 minutes show on Plan Colombia |
| 9/10/2001 | MONGLY00891769 | MONGLY00891769 | genotox |
| 1/7/2000 | MONGLY00892032 | | Email Attaching 1999 Tox/Human Risk Assessment Highlights |
| 1/7/2000 | MONGLY00892032 | | Toxicology – Email attaching 1999 tox and human risk assessment highlights |
| 1999 | MONGLY00892033 | MONGLY00892034 | Toxicology & Human Risk Assessment Highlights |
| 1999 | MONGLY00892033 | MONGLY00892034 | Toxicology – Tox and Human Risk Assessment 1999 |
| | MONGLY00892590 | | |
| 11/3/1999 | MONGLY00894003 | MONGLY00894008 | bias    epidemiology |
| 11/3/1999 | MONGLY00894004 | MONGLY00894004 | Epidemiology |
| 9/26/2012 | MONGLY00900629 | MONGLY00900629 | manipulation |
| 10/23/2015 | MONGLY00901021 | MONGLY00901021 | NNG dioxane |

**Dr. Charles Benbrook, Ph.D.**
**Master Materials Considered List – 6-20-2019**

| | | | |
|---|---|---|---|
| 7/26/2004 | MONGLY00903275 | MONGLY00903275 | AHS |
| 5/7/2015 | MONGLY00903930 | MONGLY00903930 | Profits |
| 5/26/1999 | MONGLY00904009 | MONGLY00904009 | manipulation |
| 6/16/1999 | MONGLY00904772 | MONGLY00904789 | bias |
| 6/29/1999 | MONGLY00904905 | MONGLY00904905 | Epidemiology |
| 12/6/1999 | MONGLY00905088 | MONGLY00905088 | manipulation |
| | MONGLY00905540 | | |
| 1/3/2002 | MONGLY00905589 | MONGLY00905589 | genotox        Profit |
| 6/11/2002 | MONGLY00905650 | MONGLY00905659 | Epidemiology |
| 9/15/2009 | MONGLY00909017 | MONGLY00909017 | Epidemiology |
| 11/18/2010 | MONGLY00919381 | MONGLY00919381 | manipulation |
| 7/8/1999 | MONGLY00921330 | MONGLY00921330 | bias     profit |
| 11/24/2003 | MONGLY00922458 | MONGLY00922458 | Carcinogenicity |
| 9/13/2004 | MONGLY00922461 | MONGLY00922461 | NNG |
| 2/13/2001 | MONGLY00923065 | MONGLY00923065 | Genotoxicity    testing |
| 1/26/2005 | MONGLY00924320 | MONGLY00924320 | Farmer email re RISE tox rebutting Risks from Lawn Care Pesticides |

# Dr. Charles Benbrook, Ph.D.
## Master Materials Considered List – 6-20-2019

| | | | |
|---|---|---|---|
| 1/26/2005 | MONGLY00924320 | MONGLY00924320 | Email re RISE tox rebutting Risks from Lawn Care Pesticides attached as 00924321 |
| | MONGLY00924321 | MONGLY00924418 | Risks from Lawn Care Pesticides attached to MONGLY00924320 Farmer email |
| 1/31/2005 | MONGLY00924420 | MONGLY00924421 | Farmer email re rebutting Risks from Lawn Care Pesticides |
| 9/23/2004 | MONGLY00925905 | MONGLY00925905 | NNG |
| 9/28/2012 | MONGLY00936725 | MONGLY00936725 | Surfactants manipulation |
| | MONGLY00940449 | | |
| 8/13/2012 | MONGLY00971543 | MONGLY00971543 | Surfactants manipulation |
| 5/12/2008 | MONGLY00971584 | MONGLY00971584 | Roundup Brand Stewardship Product Acceptability Criteria and Guidance US Lawn and Garden Markets |
| 11/15/1995 | MONGLY00976597 | | Label – Registration History |
| 3/14/2015 | MONGLY00977035 | MONGLY00977036 | IARC |
| 3/14/2015 | MONGLY00977253 | MONGLY00977253 | IARC |
| 2/5/2015 | MONGLY00977267 | MONGLY00977267 | manipulation |
| | MONGLY00978853 | | |
| 10/10/2012 | MONGLY00978886 | MONGLY00978886 | Surfactants manipulation |
| 9/27/2013 | MONGLY00980032 | MONGLY00980032 | rodent |

# Dr. Charles Benbrook, Ph.D.
## Master Materials Considered List – 6-20-2019

| | | | |
|---|---|---|---|
| 6/27/2013 | MONGLY00980158 | MONGLY00980158 | manipulation |
| 1/22/2014 | MONGLY00981878 | MONGLY00981881 | surfactants |
| 9/2/2015 | MONGLY00982099 | MONGLY00982099 | NNG |
| 8/21/2009 | MONGLY00984228 | MONGLY00984228 | Carcinogenicity |
| 8/22/2009 | MONGLY00984228 | MONGLY00984228 | Profits |
| 2/20/2015 | MONGLY00986901 | MONGLY00986901 | Regulatory |
| 1/7/2009 | MONGLY00987424 | MONGLY00987424 | Surfactants |
| 4/28/2015 | MONGLY00987755 | MONGLY00987755 | Regulatory |
| 10/15/2014 | MONGLY00989918 | MONGLY00989918 | IARC |
| 3/17/2015 | MONGLY00990361 | MONGLY00990361 | Rodent |
| 7/1/2015 | MONGLY00992949 | MONGLY00992952 | manipulation |
| 8/28/2015 | MONGLY00994301 | MONGLY00994304 | manipulation |
| 1/13/2006 | MONGLY00998682 | MONGLY00998685 | manipulation |
| 1/4/2001 | MONGLY00999235 | MONGLY00999235 | manipulation |
| 1/6/2016 | MONGLY00999487 | MONGLY00999487 | manipulation |
| 2/9/2016 | MONGLY01000676 | MONGLY01000676 | manipulation |
| 1/7/2016 | MONGLY01003669 | MONGLY01003669 | manipulation |

**Dr. Charles Benbrook, Ph.D.**
**Master Materials Considered List – 6-20-2019**

| | | | |
|---|---|---|---|
| 11/12/2008 | MONGLY01012203 | MONGLY01012203 | surfactants |
| 9/16/2009 | MONGLY01013201 | MONGLY01013201 | manipulation |
| 2/27/2015 | MONGLY01021648 | MONGLY01021648 | manipulation      Iarc |
| | MONGLY01021654 | | |
| 2/12/2015 | MONGLY01021708 | MONGLY01021711 | manipulation |
| 5/11/2015 | MONGLY01023968 | MONGLY01023968 | manipulation |
| 10/1/1985 | MONGLY01030362 | MONGLY01030362 | surfactants |
| 11/3/2015 | MONGLY01030787 | MONGLY01030787 | manipulation |
| 11/6/2015 | MONGLY01030787 | MONGLY01030787 | manipulation |
| 11/4/2015 | MONGLY01030799 | MONGLY01030803 | manipulation |
| 9/24/2015 | MONGLY01031800 | MONGLY01031800 | Prop 65 |
| 12/20/2012 | MONGLY01037818 | MONGLY01037818 | rodent |
| 6/11/2010 | Mongly01041300 | Mongly01041300 | surfactants      dioxane |
| 1/21/2016 | MONGLY01041641 | MONGLY01041642 | manipulation |
| 8/20/2013 | MONGLY01045298 | MONGLY01045298 | Surfactants manipulation |
| 10/22/2013 | MONGLY01051709 | MONGLY01051709 | Surfactants |
| 2/16/2009 | MONGLY01057841 | Attached PPT "MON GLY Formulations" 2627640 | |

# Dr. Charles Benbrook, Ph.D.
## Master Materials Considered List – 6-20-2019

| | | | |
|---|---|---|---|
| 2/16/2009 | MONGLY01057844 | MONGLY01057844 | Glyphosate Product Overview, Toxicology, Regulatory Submissions and Product Support ppt (David Saltmiras) |
| 2/19/2009 | MONGLY01061857 | MONGLY01061857 | Regulatory |
| 2/20/2015 | MONGLY01087311 | MONGLY01087311 | manipulation |
| 1/1/2016 | MONGLY01090874 | MONGLY01090874 | manipulation |
| 9/20/2012 | MONGLY01096619 | MONGLY01096619 | Surfactants manipulation |
| 10/3/2014 | MONGLY01147225 | MONGLY01147225 | Rodent |
| 12/14/2010 | MONGLY01155974 | MONGLY01155974 | testing carcinogenicity |
| 3/6/2013 | MONGLY01159775 | MONGLY01159775 | testing carcinogenicity |
| 1/22/2013 | MONGLY01174848 | MONGLY01174848 | manipulation |
| 7/23/2002 | MONGLY01175388 | Hotz MSE-N 01016/ML-2001-98 | Re "A study of acute effects of MON 35050 (minus GLY)…" [effort to refute Bolegnesi et al 1997] |
| 10/14/2008 | MONGLY01179185 | MONGLY01179185 | Epidemiology |
| 3/30/2015 | MONGLY01179969 | MONGLY01179969 | Regulatory |
| 7/15/2008 | MONGLY01182769 | MONGLY01182769 | Genotoxicity |
| | MONGLY01183641 | Outline Farmer video; attached to 3/18/09 email MONGLY00183640 | manipulation |
| 8/6/2015 | MONGLY01183933 | Mongly01183933 | Surfactants |

**Dr. Charles Benbrook, Ph.D.**
**Master Materials Considered List – 6-20-2019**

|  |  |  |  |
|---|---|---|---|
|  | MONGLY01184132 |  |  |
| 5/14/2008 | MONGLY01185826 | MONGLY01185826 | manipulation |
| 6/22/2007 | MONGLY01187777 | MONGLY01187777 | Genotox          AHS |
| 9/9/2008 | MONGLY01189468 | MONGLY01189468 | manipulation |
| 9/21/2009 | MONGLY01192115 | MONGLY01192115 | Carcinogenicity |
| 1/15/2009 | MONGLY01199776 | MONGLY01199776 | Bias |
| 12/10/2009 | MONGLY01202786 | MONGLY01202786 | surfactants |
|  | MONGLY01204377 |  |  |
| 9/18/2014 | MONGLY01207339 | MONGLY01207339 | IARC |
| 2/26/2015 | MONGLY01210309 | MONGLY01210309 | Bias |
| 5/21/2015 | MONGLY01213912 | MONGLY01213912 | bias |
| 11/10/2014 | MONGLY01224009 | MONGLY01224014 | manipulation |
| 5/11/2016 | MONGLY01228576 | MONGLY01228576 | manipulation |
| 5/11/2015 | MONGLY01228577 | MONGLY01228577 | Iarc manipulation |
| 2/16/2009 | MONGLY01231265 |  | Product Overview – Dermal Stewardship FTO |
| 9/1/2008 | MONGLY01238768 | MONGLY01238768 | Surfactants manipulation |
| 3/3/2010 | MONGLY01249878 | MONGLY01249878 | Carcinogenicity genotoxicity |

**Dr. Charles Benbrook, Ph.D.**
**Master Materials Considered List – 6-20-2019**

| | | | |
|---|---|---|---|
| 1/22/2016 | MONGLY01251889 | MONGLY01251889 | Regulatory |
| 5/14/1991 | MONGLY01287106 | MONGLY01287106 | Rodent |
| 11/10/1988 | MONGLY01287148 | MONGLY01287148 | Rodent |
| 1/3/2008 | MONGLY01287395 | MONGLY01287418 | FOIA Request Regarding Formulations |
| 1/3/2008 | MONGLY01287395 | MONGLY01287418 | Regulatory – EPA Ltr re FOIA Request RIN-0119-05 |
| 1973 - 1983 | MONGLY01287419 | MONGLY01287432 | History of Label Changes |
| 1973 | MONGLY01287419 | MONGLY01287432 | Label – EPA Label Reg. Requests from 1973-1983 |
| 6/1/1986 | MONGLY01297180 | MONGLY01297180 | Rodent |
| 1/1/1988 | MONGLY01298438 | MONGLY01298438 | NNG |
| 2/11/1986 | MONGLY01299319 | MONGLY01299319 | Rodent |
| Aug-03 | MONGLY01305158 | MONGLY01305534 | EPA Label Review Manual 3rd Edition |
| 6/9/1989 | MONGLY01307724 | MONGLY01307724 | Rodent |
| | MONGLY01308839 | | |
| 6/26/1980 | MONGLY0130997 | MONGLY0130997 | nng |
| 2/15/1999 | MONGLY01312093 | MONGLY01312093 | genotox |
| 1/28/1999 | MONGLY01312107 | MONGLY01312107 | genotox |
| 8/19/1999 | MONGLY01314233 | MONGLY01314233 | Genotoxicity |

**Dr. Charles Benbrook, Ph.D.**
**Master Materials Considered List – 6-20-2019**

| | | | |
|---|---|---|---|
| 8/19/1999 | MONGLY01314233 | MONGLY01314233 at p. 48 | Genotoxicity |
| 3/5/1997 | MONGLY01316037 | MONGLY01316037 | other |
| 1/1/2015 | MONGLY01322037 | MONGLY01322037 | IARC                bias |
| 4/11/1983 | MONGLY01330783 | MONGLY01330783 | Exposure |
| 1/1/2004 | MONGLY01594844 | MONGLY01594844 | bias                profit |
| 9/7/1999 | MONGLY01596286 | MONGLY01596286 | Epidemiology |
| 12/10/1999 | MONGLY01598004 | MONGLY01598004 | genotox |
| | MONGLY01617138 | MONGLY01617138 | manipulation |
| 3/19/1985 | MONGLY01618123 | MONGLY01618125 | Regulatory (Delaney) |
| 3/19/1985 | MONGLY01618123 | MONGLY01618125 | Delaney – EPA Memo |
| 1/1/1989 | MONGLY01664620 | MONGLY01664620 | |
| 1/1/2016 | MONGLY01665908 | MONGLY01665908 | regulatory |
| 8/17/2015 | MONGLY01680756 | MONGLY01680756 | manipulation |
| 1/1/2016 | MONGLY01685794 | MONGLY01685794 | Regulatory |
| 1/1/2005 | MONGLY01700591 | MONGLY01700591 | Surfactants |
| 4/5/2006 | MONGLY01714020 | MONGLY01714020 | Chemical Stewardship & Issues Management |
| 4/5/2006 | MONGLY01714020 | MONGLY01714020 | Chemical Stewardship & Issues Management |

**Dr. Charles Benbrook, Ph.D.**
**Master Materials Considered List – 6-20-2019**

| | | | |
|---|---|---|---|
| 8/4/2015 | MONGLY01723742 | MONGLY01723742 | manipulation |
| 1/1/2000 | MONGLY01745304 | MONGLY01745304 | Surfactants |
| 1/19/1998 | MONGLY01825597 | MONGLY01825600 | Farmer Email re Chem Product Stew Committee |
| 5/19/1999 | MONGLY01825649 | MONGLY01825649 | Genotox |
| 6/3/1999 | MONGLY01825671 | MONGLY01825671 | Surfactants |
| 7/1/2001 | MONGLY01839476 | MONGLY01839476 | Exposure |
| 3/1/1990 | MONGLY01848857 | Cowell & Steinmetz MSL-9656 re US Forest Service GLY backpack spraying exposure | Exposure |
| 7/25/2001 | MONGLY01853191 | MONGLY01853191 | manipulation |
| 7/30/1999 | MONGLY01869261 | MONGLY01869261 | manipulation |
| 4/29/2015 | MONGLY01994735 | MONGLY01994738 | regulatory |
| 9/11/2010 | MONGLY02013059 | MONGLY02013063 | surfactants |
| 4/19/2016 | MONGLY02054088 | MONGLY02054088 | IARC |
| 4/22/2016 | MONGLY02056568 | MONGLY02056576 | manipulation |
| 6/24/2015 | MONGLY02060344 | MONGLY02060344 | Regulatory |
| 4/12/2000 | MONGLY02061150 | Email Saltmiras to Kronenberg re MON review of Seralini | manipulation |
| 4/12/2010 | MONGLY02061150 | MONGLY02061153 | manipulation |

18

**Dr. Charles Benbrook, Ph.D.**
**Master Materials Considered List – 6-20-2019**

| | | | |
|---|---|---|---|
| 2/1/2010 | MONGLY02062439 | MONGLY02062440 | Surfactants |
| 9/26/2012 | MONGLY02063095 | MONGLY02063095 | Surfactants manipulation |
| 3/12/2015 | MONGLY02063611 | MONGLY02063611 | IARC manipulation |
| 12/8/2010 | MONGLY02067858 | MONGLY02067859 | manipulation |
| 2/19/2015 | MONGLY02078597 | MONGLY02078599 | manipulation |
| 2/4/2016 | MONGLY02085862 | MONGLY02085862 | manipulation |
| 2/29/2012 | MONGLY02117800 | MONGLY02117800 | manipulation |
| 10/23/2015 | MONGLY02133654 | MONGLY02133654 | manipulation |
| 9/30/2015 | MONGLY02133785 | MONGLY02133785 | manipulation |
| 7/18/2012 | MONGLY02145917 | MONGLY02145917 | manipulation |
| 11/10/2008 | MONGLY02155826 | MONGLY02155826 | Exposure |
| 11/12/2008 | MONGLY02155826 | MONGLY02155826 | Exposure |
| 9/7/2012 | MONGLY02185742 | MONGLY02185742 | Surfactants manipulation |
| | MONGLY02218361 | | |
| 9/23/2009 | MONGLY02221147 | MONGLY02221147 | Exposure |
| 8/19/2008 | MONGLY02286842 | MONGLY02286842 | Surfactants manipulation |
| 8/19/2012 | MONGLY02286842 | MONGLY02286842 | manipulation |

**Dr. Charles Benbrook, Ph.D.**
**Master Materials Considered List – 6-20-2019**

| | | | |
|---|---|---|---|
| 11/19/2009 | MONGLY02303997 | MONGLY02303997 | Manipulation |
| 2/23/2009 | mongly02343101 | mongly02343101 | Exposure |
| 7/5/2016 | MONGLY02356274 | MONGLY02356274 | manipulation |
| 4/4/2016 | MONGLY02358772 | MONGLY02358773 | regulatory |
| 5/9/2016 | MONGLY02359008 | MONGLY02359014 | manipulation |
| 7/1/2016 | MONGLY02359075 | MONGLY02359075 | Regulatory |
| 7/5/2016 | MONGLY02360732 | MONGLY02360734 | manipulation |
| 12/28/1990 | MONGLY02431080 | MONGLY02431080 | Exposure |
| 4/19/2008 | MONGLY02530945 | MONGLY02530945 | NNG |
| 1/16/2004 | MONGLY02596960 | MONGLY02596960 | North America Biotech Regulatory LRP Strategy |
| 10/21/1998 | MONGLY02598951 | MONGLY02598951 | Rodent  manipulation |
| 4/23/2015 | MONGLY02603554 | MONGLY02603555 | Stewardship Guidelines (Draft v6) |
| 2/6/2006 | MONGLY02607577 | MONGLY02607577 | Asia Pacific Stewardship and Compliance Meeting |
| 1/1/2015 | MONGLY02613913 | MONGLY02613913 | IARC |
| 2/19/2001 | MONGLY02626553 | MONGLY02626553 | genotox |
| 8/24/2000 | MONGLY02628625 | MONGLY02628628 | Epidemiology |
| 6/2/1997 | MONGLY02646916 | Graham email to Becco et al re Bologneis et al 1997 paper | Plans for rebuttal Bolegnesi et al |

# Dr. Charles Benbrook, Ph.D.
## Master Materials Considered List – 6-20-2019

| | | | |
|---|---|---|---|
| 3/5/1997 | MONGLY02719133 | MONGLY02719133 | other |
| 12/3/2012 | MONGLY02719740 | MONGLY02719740 | manipulation |
| 11/1/2010 | MONGLY02721133 | MONGLY02721133 | Surfactants |
| 11/17/2015 | MONGLY02736383 | MONGLY02736389 | Epidemiology |
| 8/13/2015 | MONGLY02816607 | MONGLY02816607 | manipulation |
| 8/28/2015 | MONGLY02844211 | MONGLY02844228 | manipulation |
| 2/23/2015 | MONGLY02913526 | MONGLY02913526 | IARC |
| 8/8/2001 | MONGLY02942571 | MONGLY02942573 | Wratten email re need for fact based advertising |
| 6/5/2015 | MONGLY02953363 | MONGLY02953366 | IARC |
| 4/15/2015 | MONGLY03006265 | MONGLY03006267 | Guard email re stewardship guidelines |
| 4/16/2015 | MONGLY03006268 | MONGLY03006271 | Guard email re stewardship guidelines |
| 4/16/2015 | MONGLY03006272 | MONGLY03006276 | Guard email re stewardship guidelines |
| 4/20/2015 | MONGLY03006277 | MONGLY03006282 | Guard email re stewardship guidelines |
| 4/20/2015 | MONGLY03006283 | MONGLY03006290 | Guard email re stewardship guidelines |
| | MONGLY03055378 | MONGLY03055398 | Chemical Product Stewardship |
| 6/24/2015 | MONGLY03064695 | MONGLY03064702 | |
| 2/14/2007 | MONGLY03084390 | MONGLY03084391 | Chemical Stewardship Working Group |

**Dr. Charles Benbrook, Ph.D.**
**Master Materials Considered List – 6-20-2019**

| | | | |
|---|---|---|---|
| 10/6/2009 | MONGLY03086147 | Healy email to Saltmiras re MON reviews keeping papers out of journals | manipulation |
| 3/17/2015 | MONGLY03091647 | MONGLY03091648 | Guard email to Farmer re L&G stewardship guidelines |
| 6/6/2016 | MONGLY03138997 | MONGLY03138999 | Label – UK, Sweden, and Denmark |
| 3/1/2015 | MONGLY03293245 | MONGLY03293245 | Regulatory |
| 2008 | MONGLY03296550 | MONGLY03296557 | Article Sustainable use of Glyphosate |
| 10/5/2015 | MONGLY03315608 | MONGLY03315608 | bias |
| 4/1/2015 | MONGLY03316369 | MONGLY03316369 | IARC |
| 5/5/2008 | MONGLY03317977 | MONGLY03317977 | Stewardship Advisory Council: EA Strategy team meeting |
| 2/25/2016 | MONGLY03324620 | MONGLY 03324624 | Regulatory |
| 8/19/2015 | MONGLY03334607 | MONGLY03334611 | Regulatory |
| 12/1/2014 | MONGLY03340964 | MONGLY03340965 | Regulatory |
| 12/1/2014 | MONGLY03340967 | MONGLY03340967 | Regulatory |
| 7/7/2015 | MONGLY03342947 | MONGLY03342947 | Regulatory |
| 3/23/2015 | MONGLY03343371 | MONGLY03343396 | Regulatory |
| 9/3/2015 | MONGLY03351980 | MONGLY03351980 | Regulatory |
| 2/2/2016 | MONGLY03379079 | MONGLY03379084 | Regulatory |
| 1/1/2016 | MONGLY03379121 | MONGLY03379123 | Manipulation |

# Dr. Charles Benbrook, Ph.D.
## Master Materials Considered List – 6-20-2019

| | | | |
|---|---|---|---|
| 2/9/2016 | MONGLY03381565 | MONGLY03381570 | IARC |
| 6/27/2016 | MONGLY03389601 | MONGLY03389602 | Manipulation |
| 5/2/2016 | MONGLY03391458 | MONGLY03391460 | regulatory |
| 10/25/2015 | MONGLY03396443 | MONGLY03396444 | IARC |
| 8/28/2015 | MONGLY03398169 | MONGLY03398171 | Manipulation |
| 4/5/2016 | MONGLY03401522 | MONGLY03401526 | regulatory |
| 4/21/2016 | MONGLY03402231 | MONGLY03402234 | Regulatory |
| 9/22/2015 | MONGLY03402751 | MONGLY03402753 | IARC |
| 5/17/2016 | MONGLY03408064 | Email Stump to Jenkins re Tom Burke confirmation | Manipulation |
| 8/21/2012 | MONGLY03422522 | Email Marvin to Graham re MON comments on FAP Coide of Conduct | stewardship |
| 8/21/2012 | MONGLY03422522 | MONGLY03422525 | International code revisions and comments |
| 8/21/2012 | MONGLY03422522 | MONGLY03422525 | Email re comments on revisions of International code attaching Code revision |
| 8/21/2012 | MONGLY03422526 | Update CropLife comments on FAO Code of Conduct | Stewardship |
| 2012 | MONGLY03422526 | MONGLY03422582 | Update of the International Code of Conduct on the Distribution and Use of Pesticides |
| 8/21/2012 | MONGLY03422526 | MONGLY03422582 | CLI comments on International code (Version II) |

## Dr. Charles Benbrook, Ph.D.
## Master Materials Considered List – 6-20-2019

| | | | |
|---|---|---|---|
| 8/16/2012 | MONGLY03422583 | CropLife comments to USDA/FAS re highly hazardous provisions in FAO Code of Conduct | Stewardship |
| 8/16/2012 | MONGLY03422583 | MONGLY03422585 | Comments on the proposed revisions to FAO's International Code of Conduct on the Distribution and Use of Pesticide; Highly Hazardous Pesticides |
| 8/16/2012 | MONGLY03422583 | MONGLY03422585 | Comments on the proposed revisions to FAO's International Code of Conduct on the Distribution and Use of Pesticides; Highly Hazardous Pesticides |
| 8/21/2012 | MONGLY03422586 | MONGLY03422645 | CLI comments on International code (Version I) |
| 1/1/2017 | MONGLY03460255 | MONGLY03460280 | regulatory |
| 9/1/2011 | MONGLY03480530 | MONGLY03480530 | Regulatory |
| 5/24/2016 | MONGLY03487960 | MONGLY03487961 | regulatory |
| 5/6/2010 | MONGLY03498538 | MONGLY03498538 | NNG |
| 6/18/2015 | MONGLY03500777 | MONGLY03500777 | Manipulation |
| 5/9/2014 | MONGLY03549275 | MONGLY03549275 | NNG |
| 5/27/2015 | MONGLY03550020 | MONGLY03550020 | regulatory |
| 8/9/2016 | MONGLY03550799 | MONGLY03550801 | regulatory |
| 7/25/2016 | MONGLY03555680 | MONGLY03555685 | manipulation |

**Dr. Charles Benbrook, Ph.D.**
**Master Materials Considered List – 6-20-2019**

| | | | |
|---|---|---|---|
| 6/23/2016 | MONGLY03557240 | MONGLY03557243 | manipulation |
| 7/6/2016 | MONGLY03558820 | MONGLY03558823 | IARC |
| 9/16/1999 | MONGLY03734971 | MONGLY03734971 | Genotoxicity    testing |
| 4/5/2002 | MONGLY03737014 | MONGLY03737014 | Exposure |
| 4/2/2002 | MONGLY03738295 | MONGLY03738295 | Exposure |
| 6/21/1999 | MONGLY03751016 | MONGLY03751016 | manipulation |
| 4/17/2015 | MONGLY03804568 | MONGLY03804572 | Guard email re stewardship guidelines |
| 4/9/2013 | MONGLY03829270 | MONGLY03829270 | surfactant |
| 7/21/2015 | MONGLY03853393 | MONGLY03853402 | regulatory |
| 2/12/2016 | MONGLY03859549 | MONGLY03859551 | regulatory |
| 5/4/2010 | MONGLY03909609 | MONGLY03909609 | NNG |
| 4/27/2015 | MONGLY03929023 | MONGLY03929023 | regulatory |
| 8/31/2015 | MONGLY03934897 | MONGLY03934897 | manipulation |
| 11/25/2008 | MONGLY03972252 | MONGLY03972252 | Email attaching Penna Goals and Asia Pacific Stewardship Goals |
| 2009 | MONGLY03972253 | MONGLY03972255 | David Penna Goals attached to 2008-11-25 email 03972252 |
| 11/25/2008 | MONGLY03972256 | MONGLY03972256 | Asia Pacific Stewardship Goals attached to 2008-11-25 email 03972252 |
| 6/24/2015 | MONGLY04028722 | MONGLY04028722 | |

**Dr. Charles Benbrook, Ph.D.**
**Master Materials Considered List – 6-20-2019**

| | | | |
|---|---|---|---|
| 1/28/2013 | MONGLY04086537 | MONGLY04086537 | manipulation |
| 8/23/2011 | MONGLY04107778 | MONGLY04107778 | Exposure |
| 2011 | MONGLY0415011 | MONGLY0415011 | Croplife effective stewardship |
| 9/1/2011 | MONGLY04154006 | MONGLY04154007 | International Code of Conduct Training |
| 2011 | MONGLY04154008 | MONGLY04154008 | |
| 9/1/2011 | MONGLY04154008 | MONGLY04154008 | International Code trainees attached to 2011-9-1 email 04154006 |
| 9/1/2011 | MONGLY04154010 | MONGLY04154010 | Farmer email re FAO code of conduct |
| | MONGLY04252192 | | |
| 6/30/1987 | MONGLY04267667 | MONGLY04267670 | Regulatory (Delaney) |
| 6/30/1987 | MONGLY04267667 | MONGLY04267670 | Delaney – EPA Memo |
| 2/15/1986 | MONGLY04268857 | MONGLY04268857 | Rodent |
| 2/14/1986 | MONGLY04268860 | MONGLY04268860 | Rodent |
| 8/28/1985 | MONGLY04268980 | MONGLY04268980 | Rodent |
| 8/20/1985 | MONGLY04268982 | MONGLY04268982 | Rodent |
| 4/10/1985 | MONGLY04269047 | MONGLY04269047 | Rodent |
| 4/14/1985 | MONGLY04269049 | MONGLY04269049 | Rodent |

**Dr. Charles Benbrook, Ph.D.**
**Master Materials Considered List – 6-20-2019**

| | | | |
|---|---|---|---|
| 3/4/1985 | Mongly04269067 | Mongly04269067 | Rodent |
| 2/21/1985 | MONGLY04269072 | MONGLY04269072 | Rodent |
| 1/31/1984 | MONGLY04269117 | MONGLY04269117 | Rodent |
| 3/25/1981 | MONGLY04269195 | MONGLY04269195 | Rodent |
| 8/24/1983 | MONGLY04271635 | MONGLY04271635 | NNG |
| 12/26/1984 | MONGLY04272196 | MONGLY04272196 | NNG |
| 12/26/1984 | MONGLY04272196 | MONGLY04272196 | NNG |
| 7/16/1979 | MONGLY04272266 | MONGLY04272266 | NNG |
| 4/4/1985 | MONGLY04277789 | MONGLY04277789 | Rodent |
| 8/28/1986 | MONGLY04278162 | MONGLY04278162 | Rodent |
| 10/7/2016 | MONGLY04350032 | MONGLY04350032 | Rodent |
| 11/4/2002 | MONGLY04572581 | MONGLY04572581 | Chemical Product Stewardship Policy |
| 9/15/2016 | MONGLY04962809 | MONGLY04962813 | manipulation |
| 8/25/2016 | MONGLY05599770 | MONGLY05599771 | Email attaching CLI stewardship |
| | MONGLY05619595 | MONGLY05619595 | International code |
| 4/22/2015 | MONGLY05952181 | MONGLY05952182 | Stewardship Guidelines w comments(Draft v4) |
| 11/1/2012 | MONGLY06325392 | MONGLY06325394 | Glyphosate Stewardship |

# Dr. Charles Benbrook, Ph.D.
## Master Materials Considered List – 6-20-2019

| | | | |
|---|---|---|---|
| 4/23/2015 | MONGLY06353071 | MONGLY06353071 | Privileged email attaching Stew Requirements v4 2015-4-22 MONGLY06353072 |
| 4/22/2015 | MONGLY06353072 | MONGLY06353073 | Stewardship Guidelines (Draft v4) |
| 9/23/2002 | MONGLY06414231 | MONGLY06414231 | Genotox |
| 7/9/2004 | MONGLY06424476 | MONGLY06424476 | Exposure |
| 9/20/2005 | MONGLY06436431 | MONGLY06436473 | E/A Agchem stewardship council |
| 1/1/2002 | MONGLY06509236 | MONGLY06509236 | Exposure |
| 6/9/2006 | MONGLY06696709 | MONGLY06696709 | E/A Agchem stewardship strategy ppt |
| 11/17/2016 | MONGLY07063555 | MONGLY07063555 | regulatory |
| 7/5/2000 | MONGLY07080361 | MONGLY07080369 | Epidemiology |
| 8/20/2010 | MONGLY07081716 | MONGLY07081721 | Gould email chain with stewardship talking point |
| 8/1/2015 | MONGLY07087910 | MONGLY07087910 | Post Emergent Non-Selective Weed Control ppt (Steve Gould) |
| | MONGLY07575511 | Email Murphy to Rands re Blair depo and IARC | manipulation |
| | MONGLY07575512 | Rands updated PPT Re Blair depot in NHL litigation | manipulation |
| 2014 | MONGLY076111900 | MONGLY076111900 | Ford Stewardship and Product Training |
| 1/8/2014 | MONGLY07611884 | MONGLY07611884 | Ford email to Parish attaching Product Training ppt |
| 1/7/2014 | MONGLY07611899 | MONGLY07611899 | Ford email to Conroy attaching Product Training ppt |

**Dr. Charles Benbrook, Ph.D.**
**Master Materials Considered List – 6-20-2019**

| | | | |
|---|---|---|---|
| 2014 | MONGLY07694915 | MONGLY07694942 | Technical Use Guide stewardship guidelines |
| 4/17/2015 | MONGLY07703265 | MONGLY07703265 | Email to Guard attaching draft v2 stewardship guidelines |
| 4/14/2015 | MONGLY07703266 | MONGLY07703266 | Stewardship Guidelines (Draft v2) |
| 4/14/2015 | MONGLY07719129 | MONGLY07719129 | Stewardship Guidelines (Draft v2) |
| 4/20/2015 | MONGLY07719130 | MONGLY07719130 | Stewardship Guidelines (Draft v3) |
| 2/17/2015 | MONGLY07719131 | MONGLY07719131 | Lawn & Garden Stewardship, Brand, and Quality Guidelines (Draft) |
| 4/22/2015 | MONGLY07719132 | MONGLY07719132 | Stewardship Guidelines (Draft v4) |
| 4/7/2015 | MONGLY07721242 | MONGLY07721244 | Guard email attaching RUP Rules,Stew Guidelines, Packaging Standards, SMG logo guide |
| 4/20/2015 | MONGLY07721282 | MONGLY07721282 | Email to Guard attaching draft v3 stewardship guidelines |
| 5/5/2017 | MONGLY07742278 | MONGLY07742278 | Email attaching various Topaz docs including Stewardship Requirements |
| | MONGLY07742304 | MONGLY07742304 | Stewarship Rqmnts attached to email MONGLY07742278 |
| 5/15/2015 | MONGLY07750345 | MONGLY07750388 | Brand Extension Agreement with final Stewardship Requirements |
| 2/6/2018 | MONGLY07894889 | Email Kuschmider to Stump re House Com Science, Space, tech hearing on IARC report | manipulation |
| 2/1/2018 | MONGLY07894891 | Minority Staff House SST Comm report re GLY and IARC | manipulation |

**Dr. Charles Benbrook, Ph.D.**
**Master Materials Considered List – 6-20-2019**

|  |  |  |  |
|---|---|---|---|
|  | MONGLY08076980 |  |  |
| Apr-15 | MONGLY08822180 | MON PTT "Crop Protection Strategies" |  |
| May-15 | MONGLY08822189 | Email and attachements, Helms to Begemann et al re "Crop Perotection Strategies/Next Steps" | manipulation |
| 9/14/2001 | MONGLY10387675 |  | Email Attaching the Dealer: Signal Word Ultra-MAX Satisfaction Study |
| 9/14/2001 | MONGLY10387675 |  | Label/Marketing – Email attaching signal word UltraMAX satisfaction study #1890 |
| Sep-01 | MONGLY10387676 |  | Dealer: Signal Word Ultra-MAX Satisfaction Study Report |
| 9/1/2001 | MONGLY10387676 |  | Label – signal word study attached to email |
| 1/16/2001 | MONGLY10390296 |  | Email Attaching the 1998 Report Signal World Change Study |
| 1/16/2001 | MONGLY10390296 |  | Label/Regulatory – 1998 report for the Signal Word Change study |
| 8/1/1998 | MONGLY10390296 |  | Label – signal word marketing research study attachment |
| Aug-98 | MONGLY10390297 |  | Signal World Change Study Report |
| 7/6/2000 | MONGLY10526494 |  | Roundup Label Master Spreadshet |
| 5/21/2013 | MONGLY11408824 | MONGLY11408826 | Farmer email re support for PSEP |
| 7/15/2015 | MONGLY11722705 | Email Vaughn to Jenkins re ASTDR | Regulatory |
| 10/24/1983 | MONGLY12109657 | MONGLY12109705 | Scientific Literature – Monsanto Study on Plasma and Bone Marrow Levels of Gly in Rats |

# Dr. Charles Benbrook, Ph.D.
# Master Materials Considered List – 6-20-2019

| | | | |
|---|---|---|---|
| 2/6/2006 | MONGLY12834559 | MONGLY12834559 | FAO Code of Conduct ppt |
| 4/8/2016 | MONGLY14170704 | MONGLY14170746 | Label Development for Pesticide Products |
| 4/8/2016 | MONGLY14170704 | MONGLY14170746 | Label – Label Review |
| 7/5/2018 | MONGLY14441101 | | Hakluyt – Email including attachment MONGLY14441106 |
| 5/7/1998 | MONGLY14441102 | MONGLY14441103 | Hakluyt – Report on glyphosate |
| 7/5/2018 | MONGLY14441106 | MONGLY14441108 | Hakluyt – Reputation Notes Attached to email MONGLY14441101 |
| 5/12/2015 | MONGLY3878604 | Attached to MONGLY03396564 | "GLY FTO" PPT |
| 10/15/2015 | Monsanto Company Lawn and Garden Products Roundup® Weed and Grass Killer Super Concentrate | | Safety Data Sheet Commercial Product |
| 10/22/1983 | NYT | "3-Ex Officials of Major Laboratory Convicted of Falsifying Drug tests" | Rodent |
| 4/6/2017 | Preamble to the IARC Monograph Series | IARC | IARC |
| 9/1/2016 | Project Spruce - Fall Media Strategy | Effort to promiote Wash Post hit piece on portier | manipulation |
| 8/21/1978 | Public Document | 9/21/78 Dykstra to Taylor | RUP - GLY; Evaluation of Validation IBT |
| 2/18/1982 | Public Document | 2/18/92 Dykstra to Taylor | Lifetime Feeding Study in Rats with GLY |
| 7/27/1982 | Public Document | 7/27/82 Taylor to Paynter | Evaluation of IBT Study No. 651-00565… |
| 8/1/2017 | Public Document | Public Document | IARC manipulation |

# Dr. Charles Benbrook, Ph.D.
## Master Materials Considered List – 6-20-2019

| | | | |
|---|---|---|---|
| 3/1/2013 | Saltmiras 1/31/17 Depo exh 5-15 | COPE Ethical Guidelines for Peer Reviews | "recognize that impersonation of another individual in the review process is considered serious misconduct" |
| 8/12/1998 | U.S. EPA, Office of Pesticide Programs, Pesticide Registration (PR) Notice 1988-6 Change in Registration Procedures – Agency Approval not Required for Certain Amendments, Aug. 12, 1988. | | EPA/Regulatory – PR Notice 1988-6 |
| 4/20/2012 | U.S. EPA, Office of Pesticide Programs, Pesticide Registration (PR) Notice 2012-1 Material Safety Data Sheets as Pesticide Labeling, Apr. 20, 2012. | | EPA/Regulatory – MSDSs as pesticide labeling |
| 10/22/1998 | U.S. EPA, Office of Pesticide Programs, Pesticide Registration Notice (PR) 98-10: Notification, Non-Notifications and Minor Formulation Amendments, Oct. 22, 1998. | | EPA/Regulatory – FIFRA Labeling PR 98-10 |
| 10/9/1992 | U.S. EPA, Office of Pesticides and Toxic Substances, PR Notice 92-4 Notice to Manufacturers, Formulators, Producers, and Registrants of Pesticide Products, Oct. 9, 1992 | | EPA/Regulatory – EPA PR Notice 92-4 |
| 5/31/1995 | U.S. EPA, Pesticide Registration (PR) Notice 95-2: Notification, Non-Notification and Minor Formulation Amendments, May 31, 1995. | | EPA/Regulatory – PR Notice 95-2 |
| 5/10/2000 | U.S. EPA, PRN 2000-5: Guidance for Mandatory and Advisory Labeling Statements, Prsticide Registration (PR) Notice, May 10, 2000. | | EPA/Regulatory – Notice re FIFRA Labeling |
| 5/14/2016 | WEEDPROD00000129 | WEEDPROD00000136 | manipulation |

# Dr. Charles Benbrook, Ph.D.
## Master Materials Considered List – 6-20-2019

| | | | |
|---|---|---|---|
| 5/14/2016 | WEEDPROD00000129 | | |
| 10/30/1991 | WILLIamsPROD00001642 | WILLIamsPROD00001642 | Rodent |
| 1985 | | | FAO Code |
| 1989 | | | FAO Pestide protection tropical |
| 1990 | | | International Regulation of the Sale and Use of Pesticides |
| 1996 | | | Pesticide Management under the International Code of Conduct on the Distribution and Use of Pesticides |
| 2002 | | | International Code of Conduct on the Distribution and Use of Pesticides |
| 2009 | | | Monitoring FAO Code compliance article |
| 2011 | | | EPA Pest Handbook |
| 2013 | | | Annotated list of Technical Guidelines for the implementation of the International Code of Conduct on the Distribution and Use of Pesticides |
| 2014 | | | Annotated list of Guidelines for the implementation of the International Code of Conduct on Pesticide Management |
| 2016 | | | Crop Protection & Plant Biotech Stewardship Review |

**Dr. Charles Benbrook, Ph.D.**
**Master Materials Considered List – 6-20-2019**

| | | | |
|---|---|---|---|
| 2016 | | | International Code of Conduct on Pesticide Management Guidelines on Highly Hazardous Pesticides |
| 2017 | | | International Code of Conduct on Pesticide Management Guidelines for the registration of microbial, botanical and semiochemical pest control agents for plant protection and public health uses |
| 3/1/2010 | | | FAO International code of conduct on the distribution and use of pesticides |
| 4/1/2011 | | | Pesticide Environmental Stewardship Program handbook |
| 7/1/2013 | | | Glyphosate Stewardship: Maintaining the Effectiveness of a Widely Used Herbicide |
| 5/12/2015 | | | Setting International Standards for the Management of Public Health Pesticides |
| 7/1/2015 | | | Regulatory 103 Training |
| 4/18/2017 | | | International Monsanto Tribunal Advisory Opinion |
| 5/1/2017 | | | FAO Internaitional Code of Conduct eLearning tool slide deck |
| 6/16/2017 | | | Croplife Responsible Use Manual |
| 2000/2001 | | | FAO Specs and Guidelines Glyphosate |
| | | | Croplife Crop Protection Stewardship Vision 2020 |

# Dr. Charles Benbrook, Ph.D.
## Master Materials Considered List – 6-20-2019

|  |  |  |  |
|---|---|---|---|
|  |  |  | Croplife Guidelines for the safe and effective use of crop protection products |
|  |  |  | Croplife Integrated pest management |
|  |  |  | Croplife PPE posterBe smart be safe Wear the correct personnal protective equipment |
|  |  |  | FAO International Code-of-Conduct-article-update |
|  |  |  | FAO Code of Conduct ppt |
| Nov-84 |  |  | EPA Guidance for the Registration of Pesticide Products Containing as the Active Ingredients Alachlor |
| 10/9/1992 | U.S. EPA, Office of Pesticides and Toxic Substances. *PR Notice 92-4: Notice to Manufacturers, Formulators, Producers, and Registrants of Pesticide Products re: Material Safety Data Sheets as Pesticide Labeling* (Oct. 9, 1992). |  | U.S. EPA – Pesticide Labeling |
| 4/20/2012 | U.S. EPA, Office of Pesticide Programs, *Pesticide Registration (PR) Notice 2012-1: Material Safety Data Sheets as Pesticide Labeling* (Apr. 20, 2012). |  | U.S. EPA – Pesticide Labeling |

### B. Published Scientific Studies, Reports, and Technical Documents

Abarikwu, S. O., Akiri, O. F., Durojaiye, M. A., & Adenike, A. (2015). Combined effects of repeated administration of Bretmont Wipeout (glyphosate) and Ultrazin (atrazine) on testosterone, oxidative stress and sperm quality of Wistar rats. *Toxicology Mechanisms and Methods,* 25(1), 70-80. DOI: 10.3109/15376516.2014.989349. https://www.ncbi.nlm.nih.gov/pubmed/25403740.

Abraham, John, Benhotons, Grace Senami, Krampah, Isaac, Tagba, Jehoshaphat, Amissah, Carlos, & Abraham, Janice Dwomoh. (2018). Commercialy formulated glyphosate can kill non-target

# Dr. Charles Benbrook, Ph.D.
## Master Materials Considered List – 6-20-2019

pollinator bees under laboratory conditions. *Entomologia Experimentalis et Applicata*. DOI: 10.1111/eea.12694. https://onlinelibrary.wiley.com/doi/abs/10.1111/eea.12694.

Abraham, William. (2010). *Glyphosate formulations and their use for the inhibition of 5-enolpyruvylshikimate-4-phosphate synthase*. U.S. Patent No.: 7,771,736 B2. For: Monsanto Technology LLC. Date granted: 08/10/2010.

Ackermann, W., Coenen, M., Schrodl, W., Shehata, A. A., & Kruger, M. (2015). The influence of glyphosate on the microbiota and production of botulinum neurotoxin during ruminal fermentation. *Current Microbiology,* 70(3), 374-382. DOI: 10.1007/s00284-014-0732-3. https://link.springer.com/article/10.1007%2Fs00284-014-0732-3.

Acquavella, J., Garabrant, D., Marsh, G., Sorahan, T., & Weed, D. L. (2016). Glyphosate epidemiology expert panel review: a weight of evidence systematic review of the relationship between glyphosate exposure and non-Hodgkin's lymphoma or multiple myeloma. *Critical Reviews in Toxicology,* 46(sup1), 28-43. DOI: 10.1080/10408444.2016.1214681. https://www.ncbi.nlm.nih.gov/pubmed/27677668.

Acquavella, John F., Alexander, Bruce H., Mandel, John S., Gustin, Christopher, Baker, Beth, & Chapman, Pamela. (2004). Glyphosate biomonitoring for farmers and their families: Results from the farm family exposure study. *Environmental Health Perspectives,* 112, 321-326. DOI: 10.1289/ehp.6667. https://www.ncbi.nlm.nih.gov/pmc/articles/PMC1241861/pdf/ehp0112-000321.pdf.

Adams, Axel, Friesen, Matthew, Olson, Alex, & Gerona, Roy. (2016). *Biomonitoring of glyphosate across the United States in urine and tap water using high-fidelity LC-MS/MS method.* Presented at the Berkley-UCSF Joint Medical Program,

Adler, Jerry. (2011). The growing menace from superweeds: Pigweed, ragweed and other monsters have begun to outsmart the advanced technologies that protect the biggest U.S. cash crops. *Scientific American,* 74-79. https://www.scientificamerican.com/article/the-growing-menace-from-superweeds/.

Agapito-Tenfen, Sarah, Vilperte, Vinicius, Benevenuto, Rafael, Rover, Carina, Traavik, Terje, & Nodari, Rubens. (2014). Effect of stacking insecticidal cry and herbicide tolerance epsps transgenes on transgenic maize proteome. *BMC plant biology,* 14, 346. DOI: 10.1186/s12870-014-0346-8. https://www.ncbi.nlm.nih.gov/pmc/articles/PMC4273480/pdf/12870_2014_Article_346.pdf.

Agency for Toxic Substances and Disease Registry (April 2019). Toxicological Profile for Glyphosate: Draft for Public Comment. https://www.atsdr.cdc.gov/toxprofiles/tp214.pdf

Agri-Pulse. (2016). Oh, brother: CropLife questions makeup of glyphosate panel. *Agri-Pulse Newsletter,* 12(39), 8-10. https://www.agri-pulse.com/articles/7584-oh-brother-croplife-questions-makeup-of-glyphosate-panel.

Aiassa, DE, Manas FJ, Gentile NE, Bosch B, Salinero MC, Gorla NB. (2019). Evaluation of genetic damage in pesticides applicators from the province of Cordoba, Argentina. *Environmental Science and Pollution Research*, DOI: 10.1007/s11356-019-05344-2.

Aitbali, Y., Ba-M'hamed, S., Elhidar, N., Nafis, A., Soraa, N., & Bennis, M. (2018). Glyphosate based-herbicide exposure affects gut microbiota, anxiety and depression-like behaviors in mice. *Neurotoxicology and Teratology,* 67, 44-49. DOI: 10.1016/j.ntt.2018.04.002.

Akcha, F, Spagnol, C, & Rouxel, J. (2012). Genotoxicity of diuron and glyphosate in oyster spermatozoa and embryos. *Aquatic Toxicology,* 106-107, 104-113. DOI: 10.1016/j.aquatox.2011.10.018. https://www.ncbi.nlm.nih.gov/pubmed/22115909.

Alarcon, R., Ingaramo, P. I., Rivera, O. E., Dioguardi, G. H., Repetti, M. R., Demonte, L. D., Milesi, M. M., Varayoud, J., Munoz-de-Toro, M., & Luque, E. H. (2019). Neonatal exposure to a

# Dr. Charles Benbrook, Ph.D.
## Master Materials Considered List – 6-20-2019

glyphosate-based herbicide alters the histofunctional differentiation of the ovaries and uterus in lambs. *Molecular and Cellular Endocrinology,* 482, 45-56. DOI: 10.1016/j.mce.2018.12.007.

Albanil Sanchez, J. A., da Costa Klosterhoff, M., Romano, L. A., & De Martinez Gaspar Martins, C. (2018). Histological evaluation of vital organs of the livebearer *Jenynsia multidentata* (Jenyns, 1842) exposed to glyphosate: A comparative analysis of Roundup® formulations. *Chemosphere,* 217, 914-924. DOI: 10.1016/j.chemosphere.2018.11.020. https://www.ncbi.nlm.nih.gov/pubmed/30471482.

Albanil Sanchez, J. A., da Costa Klosterhoff, M., Romano, L. A., & De Martinez Gaspar Martins, C. (2019). Histological evaluation of vital organs of the livebearer *Jenynsia multidentata* (Jenyns, 1842) exposed to glyphosate: A comparative analysis of Roundup(®) formulations. *Chemosphere,* 217, 914-924. DOI: 10.1016/j.chemosphere.2018.11.020.

Alleva, R., Manzella, N., Gaetani, S., Ciarapica, V., Bracci, M., Caboni, M. F., Pasini, F., Monaco, F., Amati, M., Borghi, B., & Tomasetti, M. (2016). Organic honey supplementation reverses pesticide-induced genotoxicity by modulating DNA damage response. *Molecular Nutrition and Food Research,* 60(10), 2243-2255. DOI: 10.1002/mnfr.201600005. https://www.ncbi.nlm.nih.gov/pubmed/27129605.

Allison, J. E., Boutin, C., & Carpenter, D. (2013). Influence of soil organic matter on the sensitivity of selected wild and crop species to common herbicides. *Ecotoxicology,* 22(8), 1289-1302. DOI: 10.1007/s10646-013-1116-3. https://www.ncbi.nlm.nih.gov/pubmed/23996626.

Alonso, L. L., Demetrio, P. M., Agustina Etchegoyen, M., & Marino, D. J. (2018). Glyphosate and atrazine in rainfall and soils in agroproductive areas of the pampas region in Argentina. *Science of the Total Environment,* 645, 89-96. DOI: 10.1016/j.scitotenv.2018.07.134. https://www.sciencedirect.com/science/article/pii/S0048969718326184?via%3Dihub.

Altamirano, G. A., Delconte, M. B., Gomez, A. L., Ingaramo, P. I., Bosquiazzo, V. L., Luque, E. H., Munoz-de-Toro, M., & Kass, L. (2018). Postnatal exposure to a glyphosate-based herbicide modifies mammary gland growth and development in Wistar male rats. *Food and Chemical Toxicology,* 118, 111-118. DOI: 10.1016/j.fct.2018.05.011. https://www.ncbi.nlm.nih.gov/pubmed/29746933.

Alvarez-Moya, C., Silva, M. R., Arambula, A. R., Sandoval, A. I., Vasquez, H. C., & Gonzalez Montes, R. M. (2011). Evaluation of genetic damage induced by glyphosate isopropylamine salt using Tradescantia bioassays. *Genetics and Molecular Biology,* 34(1), 127-130. DOI: 10.1590/S1415-47572010005000108. https://www.ncbi.nlm.nih.gov/pubmed/21637555.

Alvarez-Moya, C., Silva, M. R., Ramirez, C. V., Gallardo, D. G., Sanchez, R. L., Aguirre, A. C., & Velasco, A. F. (2014). Comparison of the *in vivo* and *in vitro* genotoxicity of glyphosate isopropylamine salt in three different organisms. *Genetics and Molecular Biology,* 37(1), 105-110. https://www.ncbi.nlm.nih.gov/pubmed/24688297.

Amer, S.M., Aly, F., Farghaly, A. , & Imbrahim, A. (2006). *In vitro* and *in vivo* evaluation of the genotoxicity of the herbicide glyphosate in mice. *Bulletin of the National Research Centre (Cairo),* 31(5), 427-446. https://eurekamag.com/research/016/092/016092175.php.

Amrheim, V. et al. (2019). Comment: Retire statistical significance. *Nature* Vol. 567

Amoros, I., Alonso, J. L., Romaguera, S., & Carrasco, J. M. (2007). Assessment of toxicity of a glyphosate-based formulation using bacterial systems in lake water. *Chemosphere,* 67(11), 2221-2228. DOI: 10.1016/j.chemosphere.2006.12.020. https://www.sciencedirect.com/science/article/pii/S004565350601767X?via%3Dihub.

# Dr. Charles Benbrook, Ph.D.
## Master Materials Considered List – 6-20-2019

Anadón, A., Martínez-Larrañaga, M. R., Martínez, M. A., Castellano, V. J., Martínez, M., Martin, M. T., Nozal, M. J., & Bernal, J. L. (2009). Toxicokinetics of glyphosate and its metabolite aminomethyl phosphonic acid in rats. *Toxicology Letters,* 190, 91-95. DOI: 10.1016/j.toxlet.2009.07.008.

Anderson, D., Hambly, R. J., Yu, T. W., Thomasoni, F., & Shuker, D. E. (1999). The effect of potassium diazoacetate on human peripheral lymphocytes, human adenocarcinoma Colon caco-2 cells, and rat primary colon cells in the comet assay. *Teratogenesis, Carcinogenesis, and Mutagenesis,* 19(2), 137-146. https://www.ncbi.nlm.nih.gov/pubmed/10332810.

Anderson, J. L. (2005). War on Weeds: Iowa Farmers and Growth-Regulator Herbicides. *Technology and Culture,* 46, 719-744. DOI: 10.1353/tech.2006.0001.

Andreotti, G., Koutros, S., Hofmann, J. N., Sandler, D. P., Lubin, J. H., Lynch, C. F., Lerro, C. C., De Roos, A. J., Parks, C. G., Alavanja, M. C., Silverman, D. T., & Beane Freeman, L. E. (2018). Glyphosate Use and Cancer Incidence in the Agricultural Health Study. *Journal of the National Cancer Institute,* 110(5), 509-516. DOI: 10.1093/jnci/djx233. https://www.ncbi.nlm.nih.gov/pubmed/29136183.

Anifandis, G., Amiridis, G., Dafopoulos, K., Daponte, A., Dovolou, E., Gavriil, E., Gorgogietas, V., Kachpani, E., Mamuris, Z., Messini, C. I., Vassiou, K., & Psarra, A. G. (2017). The In Vitro Impact of the Herbicide Roundup on Human Sperm Motility and Sperm Mitochondria. *Toxics,* 6(1). DOI: 10.3390/toxics6010002. https://www.ncbi.nlm.nih.gov/pubmed/29267194.

Anifandis, G., Katsanaki, K., Lagodonti, G., Messini, C., Simopoulou, M., Dafopoulos, K., & Daponte, A. (2018). The Effect of Glyphosate on Human Sperm Motility and Sperm DNA Fragmentation. *International Journal of Environmental Research and Public Health,* 15(6). DOI: 10.3390/ijerph15061117. https://www.ncbi.nlm.nih.gov/pubmed/29848988.

Annett, Robert, Habibi, Hamid R., & Hontela, Alice. (2014). Impact of glyphosate and glyphosate-based herbicides on the freshwater environment. *Journal of Applied Toxicology,* 34(5), 458-479. DOI: 10.1002/jat.2997. https://doi.org/10.1002/jat.2997.

Antoniou, Michael, Habib, Mohamed Ezz El-Din Mostafa, Howard, Vyvyan C., Jennings, Richard C., Leifert, Carlo, Nodari, Rubens Onofre , Robinson, Claire, & Fagan, John. (2011). *Roundup and birth defects: Is the public being kept in the dark?* Earth Open Source.

Aparicio, V. C., De Geronimo, E., Marino, D., Primost, J., Carriquiriborde, P., & Costa, J. L. (2013). Environmental fate of glyphosate and aminomethylphosphonic acid in surface waters and soil of agricultural basins. *Chemosphere,* 93(9), 1866-1873. DOI: 10.1016/j.chemosphere.2013.06.041. https://www.ncbi.nlm.nih.gov/pubmed/23849835.

Arbuckle, Tye E., Lin, Zhiqiu, & Mery, Leslie S. (2001). An exploratory analysis of the effect of pesticide exposure on the risk of spontaneous abortion in an Ontario farm population. *Environmental Health Perspectives,* 109, 851-857. DOI: 10.1289/ehp.01109851. https://www.ncbi.nlm.nih.gov/pmc/articles/PMC1240415/pdf/ehp0109-000851.pdf.

Argou-Cardozo, I., & Zeidan-Chulia, F. (2018). Clostridium Bacteria and Autism Spectrum Conditions: A Systematic Review and Hypothetical Contribution of Environmental Glyphosate Levels. *Medical Sciences,* 6(2). DOI: 10.3390/medsci6020029. https://www.ncbi.nlm.nih.gov/pubmed/29617356.

*Arguello et al., Martha. (2012). Letter to EPA Re: 1. Docket EPA–HQ–OPP–2011–0835 (corn) and 2. Docket EPA–HQ–OPP–2012–0306 (soybeans). Environmental Protection Agency.*

Aris, Aziz, & Leblanc, Samuel. (2011). Maternal and fetal exposure to pesticides associated to genetically modified foods in Eastern Townships of Quebec, Canada. *Reproductive Toxicology,* 31, 528-533. DOI: 10.1016/j.reprotox.2011.02.004.

# Dr. Charles Benbrook, Ph.D.
## Master Materials Considered List – 6-20-2019

Aristilde, Ludmilla, Reed, Michael L., Wilkes, Rebecca A., Youngster, Tracy, Kukurugya, Matthew A., Katz, Valerie, & Sasaki, Clayton R. S. (2017). Glyphosate-Induced Specific and Widespread Perturbations in the Metabolome of Soil Pseudomonas Species. *Frontiers in Environmental Science*, 5, 1-13. DOI: 10.3389/fenvs.2017.00034. https://www.frontiersin.org/articles/10.3389/fenvs.2017.00034/full.

Armiliato, N., Ammar, D., Nezzi, L., Straliotto, M., Muller, Y. M., & Nazari, E. M. (2014). Changes in ultrastructure and expression of steroidogenic factor-1 in ovaries of zebrafish *Danio rerio* exposed to glyphosate. *Journal of Toxicology and Environmental Health, Part A: Current Issues*, 77(7), 405-414. DOI: 10.1080/15287394.2014.880393. https://www.ncbi.nlm.nih.gov/pubmed/24617544.

Astiz, M., de Alaniz, M. J., & Marra, C. A. (2009). Antioxidant defense system in rats simultaneously intoxicated with agrochemicals. *Environmental Toxicology and Pharmacology*, 28(3), 465-473. DOI: 10.1016/j.etap.2009.07.009. https://www.ncbi.nlm.nih.gov/pubmed/21784044.

Astiz, M., de Alaniz, M. J., & Marra, C. A. (2009). Effect of pesticides on cell survival in liver and brain rat tissues. *Ecotoxicology and Environmental Safety*, 72(7), 2025-2032. DOI: 10.1016/j.ecoenv.2009.05.001. https://www.ncbi.nlm.nih.gov/pubmed/19493570.

Avdatek, F., Birdane, Y. O., Turkmen, R., & Demirel, H. H. (2018). Ameliorative effect of resveratrol on testicular oxidative stress, spermatological parameters and DNA damage in glyphosate-based herbicide-exposed rats. *Andrologia*, 50(7), e13036. DOI: 10.1111/and.13036.

Avila-Garcia, Wilson V, & Mallory-Smith, Carol. (2011). Glyphosate-Resistant Italian Ryegrass (*Lolium perenne*) Populations also Exhibit Resistance to Glufosinate. *Weed Science*, 59, 305-309. DOI: 10.1614/WS-D-11-00012.1. https://www.cambridge.org/core/journals/weed-science/article/glyphosateresistant-italian-ryegrass-lolium-perenne-populations-also-exhibit-resistance-to-glufosinate/681687E1EE483ECCEE8CDBC85968D74E.

Avila-Vazquez, Medardo, Difilippo, Flavia S., Lean, Bryan Mac, Maturano, Eduardo, & Etchegoyen, Agustina. (2018). Environmental Exposure to Glyphosate and Reproductive Health Impacts in Agricultural Population of Argentina. *Journal of Environmental Protection*, 09(03), 241-253. DOI: 10.4236/jep.2018.93016.

Avila-Vazquez, Medardo, Etchegoyen, Agustina, Maturano, Eduardo, & Ruderman, Luciana. (2015). Cancer and detrimental reproductive effects in an Argentine agricultural community environmentally exposed to glyphosate. *Journal of Biological Physics and Chemistry*, 15, 97-110.

Avila-Vazquez, Medardo, Maturano, Eduardo, Etchegoyen, Agustina, Difilippo, Flavia Silvina, & Maclean, Bryan. (2017). Association between Cancer and Environmental Exposure to Glyphosate. *International Journal of Clinical Medicine*, 08(02), 73-85. DOI: 10.4236/ijcm.2017.82007. http://file.scirp.org/pdf/IJCM_2017022015474710.pdf.

Bach, N. C., Marino, D. J. G., Natale, G. S., & Somoza, G. M. (2018). Effects of glyphosate and its commercial formulation, Roundup® Ultramax, on liver histology of tadpoles of the neotropical frog, *Leptodactylus latrans* (amphibia: Anura). *Chemosphere*, 202, 289-297. DOI: 10.1016/j.chemosphere.2018.03.110.

Baglan, H., Lazzari, C. R., & Guerrieri, F. J. (2018). Glyphosate impairs learning in *Aedes aegypti* mosquito larvae at field-realistic doses. *Journal of Experimental Biology*, 221(Pt 20). DOI: 10.1242/jeb.187518.

Bai, S. H., & Ogbourne, S. M. (2016). Glyphosate: environmental contamination, toxicity and potential risks to human health via food contamination. *Environmental Science and Pollution Research*, 23(19), 18988-19001. DOI: 10.1007/s11356-016-7425-3. https://www.ncbi.nlm.nih.gov/pubmed/27541149.

# Dr. Charles Benbrook, Ph.D.
## Master Materials Considered List – 6-20-2019

Bailey, D. C., Todt, C. E., Burchfield, S. L., Pressley, A. S., Denney, R. D., Snapp, I. B., Negga, R., Traynor, W. L., & Fitsanakis, V. A. (2018). Chronic exposure to a glyphosate-containing pesticide leads to mitochondrial dysfunction and increased reactive oxygen species production in *Caenorhabditis elegans*. *Environmental Toxicology and Pharmacology,* 57, 46-52. DOI: 10.1016/j.etap.2017.11.005. https://www.ncbi.nlm.nih.gov/pubmed/29190595.

Bali, Yassine Ait, Kaikai, Nour-eddine, Ba-M'hamed, Saadia, & Bennis, Mohamed. (2019). Learning and memory impairments associated to acetylcholinesterase inhibition and oxidative stress following glyphosate based-herbicide exposure in mice. *Toxicology,* 415, 18-25. DOI: 10.1016/j.tox.2019.01.010. http://www.sciencedirect.com/science/article/pii/S0300483X1830550X.

BASF. (1999). *Glyphosate 4 Herbicide Label*. EPA Reg. No.: 51036-312. Active Ingredient: Glyphosate, N-(phosphonomethyl) glycine, in the form of its isopropylamine salt (41.0%). By: Micro Flo.

Battaglin, W.A., Meyer, M.T., Kuivila, K.M., & Dietze, J.E. (2014). Glyphosate and Its Degradation Product AMPA Occur Frequently and Widely in U.S. Soils, Surface Water, Groundwater, and Precipitation. *Journal of the American Water Resources Association,* 50(2), 275-290. DOI: doi:10.1111/jawr.12159. https://onlinelibrary.wiley.com/doi/abs/10.1111/jawr.12159.

Battaglin, William A., Rice, Karen C., Focazio, Michael J., Salmons, Sue, & Barry, Robert X. (2009). The occurrence of glyphosate, atrazine, and other pesticides in vernal pools and adjacent streams in Washington, DC, Maryland, Iowa, and Wyoming, 2005-2006. *Environmental Monitoring and Assessment,* 155, 281-307. DOI: 10.1007/s10661-008-0435-y.

Baucom, R. S., & Mauricio, R. (2004). Fitness costs and benefits of novel herbicide tolerance in a noxious weed. *Proceedings of the National Academy of Sciences of the United States of America,* 101(36), 13386-13390. DOI: 10.1073/pnas.0404306101. https://www.ncbi.nlm.nih.gov/pubmed/15326309.

Baum, Michael L. , Esfandiary, Pedram, & Wisner, R. Brent. (2017). *Letter from law firm to EU re: glyphosate and non-Hodgkin's lymphoma*. European Commission.

Baurand, P. E., Capelli, N., & de Vaufleury, A. (2015). Genotoxicity assessment of pesticides on terrestrial snail embryos by analysis of random amplified polymorphic DNA profiles. *Journal of Hazardous Materials,* 298, 320-327. DOI: 10.1016/j.jhazmat.2015.05.051. https://www.ncbi.nlm.nih.gov/pubmed/26160746.

Bayer. (2002). *Glyphosate 2% RTU Herbicide Label*. EPA Reg. No.: 72155-16. Active Ingredient: Glyphosate isopropylamine salt (2%). By: Bayer Advanced LLC.

Baylis, Alan D (2000). Why glyphosate is a global herbicide: strengths, weaknesses and prospects. *Pest Management Science,* 56(4), 299-308. DOI: 10.1002/(SICI)1526-4998(200004)56:4<299::AID-PS144>3.0.CO;2-K

Beckie, Hugh J. (2011). Herbicide-resistant weed management: focus on glyphosate. *Pest Management Science,* 67, 1037-1048. DOI: 10.1002/ps.2195.

Bedano, José, & Domínguez, Anahí. (2016). Large-Scale Agricultural Management and Soil Meso- and Macrofauna Conservation in the Argentine Pampas. *Sustainability,* 8(7). DOI: 10.3390/su8070653.

Bellé, Cristiano, KulczynskiI, SM, BassoI, CJ, KasparyI, TE, LamegoII, FP, & PintoI, MAB. (2014). Yield and quality of wheat seeds as a function of desiccation stages and herbicides. *Journal of Seed Science,* 36, 063-070.

Belle, R., Marc, J., Morales, J., Cormier, P., & Mulner-Lorillon, O. (2012). Letter to the editor: toxicity of Roundup and glyphosate. *Journal of Toxicolgy and Environmental Health, Part B: Critical*

# Dr. Charles Benbrook, Ph.D.
# Master Materials Considered List – 6-20-2019

*Reviews,* 15(4), 233-235; author reply 236-237. DOI: 10.1080/10937404.2012.672149. https://www.ncbi.nlm.nih.gov/pubmed/22571219.

Benachour, N., & Seralini, G. E. (2009). Glyphosate formulations induce apoptosis and necrosis in human umbilical, embryonic, and placental cells. *Chemical Research in Toxicology,* 22(1), 97-105. DOI: 10.1021/tx800218n. https://www.ncbi.nlm.nih.gov/pubmed/19105591.

Benachour, N., Sipahutar, H., Moslemi, S., Gasnier, C., Travert, C., & Seralini, G. E. (2007). Time- and dose-dependent effects of Roundup on human embryonic and placental cells. *Archives of Environmental Contamination and Toxicology,* 53(1), 126-133. DOI: 10.1007/s00244-006-0154-8. https://link.springer.com/article/10.1007%2Fs00244-006-0154-8.

Benamú, MA, Schneider, MI, & Sánchez, NE (2010). Effects of the herbicide glyphosate on biological attributes of *Alpaida veniliae* (Araneae, Araneidae), in laboratory. *Chemosphere,* 78(7), 871-876.

Benbrook, Charles. (1999). Evidence of the Magnitude and Consequences of the Roundup Ready Soybean Yield Drag from University-Based Varietal Trials in 1998. Ag BioTech InfoNet. Report Number: Technical Paper Number 1.

Benbrook, Charles. (2001). Do GM crops mean less pesticide use? *Pesticide Outlook,* 12, 204-207. DOI: 10.1039/b108609j.

Benbrook, Charles. (2004). Genetically engineered crops and pesticide use in the United States: the first nine years. AgBioTech InfoNet. Report Number: Technical Paper #7.

Benbrook, Charles. (2004). Impacts of Genetically Engineered Crops on Pesticide Use in the United States: The First Eight Years. Ag Biotech InfoNet. Report Number: Technical Paper #6.

Benbrook, Charles. (2005). Rust, resistance, run down soils, and rising costs–Problems facing soybean producers in Argentina. AgBioTech InfoNet. Report Number: Technical Paper Number 8.

*Benbrook, Charles. (2009).Manuscript: Are Herbicide-Tolerant Crops Pushing the Pesticide Treadmill into Overdrive?*

Benbrook, Charles. (2009). Impacts of Genetically Engineered Crops on Pesticide Use: The First Thirteen Years. The Organic Center.

Benbrook, Charles (2012). Impacts of genetically engineered crops on pesticide use in the U.S.—the first sixteen years. *Environmental Sciences Europe,* 24. DOI: 10.1186/2190-4715-24-24.

Benbrook, Charles. (2012). *Implications of GM---Crop Cultivation at Large Spatial Scales: The First Sixteen Years.* Presented at the Implications of GM---Crop Cultivation at Large Spatial Scales, Bremen, Germany, 06/2012.

Benbrook, Charles. (2013). Study: Monsanto's Glyphosate Most Heavily Used Weed-Killer in History [Press release]

Benbrook, Charles. (2016). Trends in glyphosate herbicide use in the United States and globally. *Environmental Sciences Europe,* 28(1), 3. DOI: 10.1186/s12302-016-0070-0. https://www.ncbi.nlm.nih.gov/pubmed/27752438.

Benbrook, Charles. (2017). *Trends in Herbicide Use and Exposures.* Presented at the 2017 Children's Environmental Health Translational Research Conference, Arlington, VA, April 2017.

Benbrook, Charles. (2018). Why Regulators Lost Track and Control of Pesticide Risks: Lessons From the Case of Glyphosate-Based Herbicides and Genetically Engineered-Crop Technology. *Current Environmental Health Reports,* 5(3), 387-395. DOI: 10.1007/s40572-018-0207-y. https://www.ncbi.nlm.nih.gov/pubmed/30003510.

Benbrook, Charles (2019). How did the US EPA and IARC reach diametrically opposed conclusions on the genotoxicity of glyphosate-based herbicides? *Environmental Sciences Europe,* 31(1). DOI: 10.1186/s12302-018-0184-7. https://enveurope.springeropen.com/articles/10.1186/s12302-018-0184-7.

# Dr. Charles Benbrook, Ph.D.
# Master Materials Considered List – 6-20-2019

Benbrook Consulting Services. (2019). Supplemental Tables for Benbrook, 2019 ESE paper on glyphosate genotoxicity.

Benedetti, A. L., Vituri Cde, L., Trentin, A. G., Domingues, M. A., & Alvarez-Silva, M. (2004). The effects of sub-chronic exposure of Wistar rats to the herbicide Glyphosate-Biocarb. *Toxicology Letters,* 153(2), 227-232. DOI: 10.1016/j.toxlet.2004.04.008. https://www.ncbi.nlm.nih.gov/pubmed/15451553.

Bento, C. P. M., Commelin, M. C., Baartman, J. E. M., Yang, X., Peters, P., Mol, H. G. J., Ritsema, C. J., & Geissen, V. (2018). Spatial glyphosate and AMPA redistribution on the soil surface driven by sediment transport processes - A flume experiment. *Environmental Pollution,* 234, 1011-1020. DOI: 10.1016/j.envpol.2017.12.003. https://www.ncbi.nlm.nih.gov/pubmed/29665633.

Bento, C. P. M., van der Hoeven, S., Yang, X., Riksen, Mmjpm, Mol, H. G. J., Ritsema, C. J., & Geissen, V. (2019). Dynamics of glyphosate and AMPA in the soil surface layer of glyphosate-resistant crop cultivations in the loess Pampas of Argentina. *Environmental Pollution,* 244, 323-331. DOI: 10.1016/j.envpol.2018.10.046.

Bento, C. P. M., Yang, X., Gort, G., Xue, S., van Dam, R., Zomer, P., Mol, H. G. J., Ritsema, C. J., & Geissen, V. (2016). Persistence of glyphosate and aminomethylphosphonic acid in loess soil under different combinations of temperature, soil moisture and light/darkness. *Science of the Total Environment,* 572, 301-311. DOI: 10.1016/j.scitotenv.2016.07.215. https://www.ncbi.nlm.nih.gov/pubmed/27505263.

Beres, Z. T., Ernst, E. E., Ackley, B. A., Loux, M. M., Owen, M. D. K., & Snow, A. A. (2018). High Levels of Glyphosate Resistance in Conyza canadensis from Agricultural and Non-Agricultural Sites in Ohio and Iowa. *Scientific Reports,* 8(1), 10483. DOI: 10.1038/s41598-018-28163-w. https://www.ncbi.nlm.nih.gov/pubmed/29992952.

Berry, Ian. (2013). Pesticides Make a Comeback. *Wall Street Journal.*

Beuret, Cecilia Judith, Zirulnik, Fanny, & Giménez, María Sofía. (2005). Effect of the herbicide glyphosate on liver lipoperoxidation in pregnant rats and their fetuses. *Reproductive Toxicology,* 19(4), 501-504. DOI: 10.1016/j.reprotox.2004.09.009. http://www.sciencedirect.com/science/article/pii/S0890623804002059.

Bhardwaj, J. K., Mittal, M., & Saraf, P. (2019). Effective attenuation of glyphosate-induced oxidative stress and granulosa cell apoptosis by vitamins C and E in caprines. *Molecular Reproduction and Development,* 86(1), 42-52. DOI: 10.1002/mrd.23084.

Bigler, Franz, & Albajes, Ramon. (2011). Indirect effects of genetically modified herbicide tolerant crops on biodiversity and ecosystem services: the biological control example. *Journal für Verbraucherschutz und Lebensmittelsicherheit,* 6(S1), 79-84. DOI: 10.1007/s00003-011-0688-1.

Binimelis, Rosa, Pengue, Walter, & Monterroso, Iliana. (2009). "Transgenic treadmill": Responses to the emergence and spread of glyphosate-resistant johnsongrass in Argentina. *Geoforum,* 40(4), 623-633. DOI: 10.1016/j.geoforum.2009.03.009.

Blacker, Ann, Breum, Richard, Dacus, Stephen, Kwiatkowski, Pat, Laporte, Frank, Mallyon, Bryan, Rupprecht, Kent, & Stumpf, Klaus. (2011). Bayer CropScience's position on the findings of glufosinate and its metabolite. *Reproductive Toxicology,* 32(4), 494-495. DOI: 10.1016/j.reprotox.2011.10.001. https://www.ncbi.nlm.nih.gov/pubmed/22001252.

Blair, A. (1990). Herbicides and non-Hodgkin's lymphoma: new evidence from a study of Saskatchewan farmers. *Journal of the National Cancer Institute,* 82(7), 544-545. https://www.ncbi.nlm.nih.gov/pubmed/2313729.

# Dr. Charles Benbrook, Ph.D.
## Master Materials Considered List – 6-20-2019

Blakley, B. R. (1997). Effect of Roundup and Tordon 202C herbicides on antibody production in mice. *Veterinary and Human Toxicology,* 39(4), 204-206. https://www.ncbi.nlm.nih.gov/pubmed/9251167.

Bleeke, Marian. (2015). Glyphosate Exposure Assessment for Prop 65. 07/21/2015.

Boerboom, Chris, & Owen, Mike. (2007, 03/20-21/2007). *National Glyphosate Stewardship Forum II: A Call to Action*, St. Louis.

Bohn, T., Cuhra, M., Traavik, T., Sanden, M., Fagan, J., & Primicerio, R. (2014). Compositional differences in soybeans on the market: glyphosate accumulates in Roundup Ready GM soybeans. *Food Chemistry,* 153, 207-215. DOI: 10.1016/j.foodchem.2013.12.054. https://www.ncbi.nlm.nih.gov/pubmed/24491722.

Bøhn, Thomas, Macagnan, Carina, & Robert, Philipp. (2016). *Daphnia magna* negatively affected by chronic exposure to purified Cry toxins. *Food and Chemical Toxicology,* 91, 130-140. DOI: 10.1016/j.fct.2016.03.009.

Bohnenblust, E. W., Vaudo, A. D., Egan, J. F., Mortensen, D. A., & Tooker, J. F. (2016). Effects of the herbicide dicamba on nontarget plants and pollinator visitation. *Environmental Toxicology and Chemistry,* 35(1), 144-151. DOI: 10.1002/etc.3169. https://www.ncbi.nlm.nih.gov/pubmed/26184786.

Bollani, S., de Cabo, L., Chagas, C., Moretton, J., Weigandt, C., de Iorio, A. F., & Magdaleno, A. (2018). Genotoxicity of water samples from an area of the Pampean region (Argentina) impacted by agricultural and livestock activities. *Environmental Science and Pollution Research International*. DOI: 10.1007/s11356-018-3263-9. https://www.ncbi.nlm.nih.gov/pubmed/30291609.

Bolognesi, Claudia, Bonatti, Stefania, Degan, Paolo, Gallerani, Elena, Peluso, Marco, Rabboni, Roberta, Roggieri, Paola, & Abbondandolo, Angelo. (1997). Genotoxic Activity of Glyphosate and Its Technical Formulation. *Journal of Agricultural and Food Chemistry,* 45, 1957-1962. https://pubs.acs.org/doi/abs/10.1021/jf9606518.

Bolognesi, C., Carrasquilla, G., Volpi, S., Solomon, K. R., & Marshall, E. J. (2009). Biomonitoring of genotoxic risk in agricultural workers from five Colombian regions: association to occupational exposure to glyphosate. *Journal of Toxicolgy and Environmental Health, Part A,* 72(15-16), 986-997. DOI: 10.1080/15287390902009741. https://www.ncbi.nlm.nih.gov/pubmed/19672767.

Bolognesi C., Holland N. (2016). The use of the lymphocyte cytokinesis-block micronucleus assay for monitoring pesticide-exposed population. *Mutation Research*, 770, 183-203.

Bonifacio, Alejo Fabian, Cazenave, Jimena, Bacchetta, Carla, Ballesteros, Mariá Laura, De Los Ángeles Bistoni, Mariá, Amé, Mariá Valeria, Bertrand, Lidwina, & Hued, Andrea Cecilia. (2016). Alterations in the general condition, biochemical parameters and locomotor activity in *Cnesterodon decemmaculatus* exposed to commercial formulations of chlorpyrifos, glyphosate and their mixtures. *Ecological Indicators,* 67, 88-97. DOI: 10.1016/j.ecolind.2016.02.011.

Bonvallot, N., Canlet, C., Blas, Y. Estrada F., Gautier, R., Tremblay-Franco, M., Chevolleau, S., Cordier, S., & Cravedi, J. P. (2018). Metabolome disruption of pregnant rats and their offspring resulting from repeated exposure to a pesticide mixture representative of environmental contamination in Brittany. *PLoS One,* 13(6), e0198448. DOI: 10.1371/journal.pone.0198448. https://www.ncbi.nlm.nih.gov/pubmed/29924815.

Borggaard, Ole K, & Gimsing, Anne Louise. (2008). Fate of glyphosate in soil and the possibility of leaching to ground and surface waters: a review. *Pest Management Science,* 64, 441-456. DOI: 10.1002/ps.1512.

# Dr. Charles Benbrook, Ph.D.
## Master Materials Considered List – 6-20-2019

Bradshaw, Laura, D. , Padgette, Stephen R., Kimball, Steven L., & Barbara, H. Wells. (1997). Perspectives on Glyphosate Resistance. *Weed Technology,* 11(1), 189-198. http://www.jstor.org/stable/3988252.

Brändli, Dirk, & Reinacher, Sandra. (2012). Herbicides found in Human Urine. *Ithaka Journal,* 1, 270-272.

Brewster, W, & Hopkins, E. (1991). Metabolism of Glyphosate in Sprague-Dawley Rats: Tissue Distribution, Identification, and Quantitation of Glyphosate-Derived Materials following a Single Oral Dose. *Fundamental and Applied Toxicology,* 17, 43-51.

Brodeur, J. C., Malpel, S., Anglesio, A. B., Cristos, D., D'Andrea, M. F., & Poliserpi, M. B. (2016). Toxicities of glyphosate- and cypermethrin-based pesticides are antagonic in the tenspotted livebearer fish (*Cnesterodon decemmaculatus*). *Chemsphere,* 155, 429-435. DOI: 10.1016/j.chemosphere.2016.04.075. https://www.ncbi.nlm.nih.gov/pubmed/27139121.

Brodeur, Julie Céline, Poliserpi, María Belén, D'Andrea, María Florencia, & Sánchez, Marisol. (2014). Synergy between glyphosate- and cypermethrin-based pesticides during acute exposures in tadpoles of the common South American Toad *Rhinella arenarum. Chemosphere,* 112, 70-76. DOI: 10.1016/j.chemosphere.2014.02.065.

Brookes, G. (2014). Weed control changes and genetically modified herbicide tolerant crops in the USA 1996-2012. *GM Crops and Food: Biotechnology in Agriculture and the Food Chain,* 5(4), 321-332. DOI: 10.4161/21645698.2014.958930. https://www.ncbi.nlm.nih.gov/pubmed/25523177.

Brookes, Graham, & Barfoot, Graham. (2013). The global income and production effects of genetically modified (GM) crops 1996–2011. *GM Crops and Food: Biotechnology in Agriculture and the Food Chain,* 4(1), 74-83. DOI: 10.4161/gmc.24176.

Bruns, H. Arnold. (2014). Stacked-Gene Hybrids Were Not Found to Be Superior to Glyphosate-Resistant or Non-GMO Corn Hybrids. *Crop Management,* 13(1), 0. DOI: 10.2134/cm-2013-0012-rs.

Brusick, D., Aardema, M., Kier, L., Kirkland, D., & Williams, G. (2016). Genotoxicity Expert Panel review: weight of evidence evaluation of the genotoxicity of glyphosate, glyphosate-based formulations, and aminomethylphosphonic acid. *Critical Reviews in Toxicology,* 46(sup1), 56-74. DOI: 10.1080/10408444.2016.1214680. https://www.ncbi.nlm.nih.gov/pubmed/27677670.

Bunge, Jacob. (2015). Monsanto Shareholder Meeting Gets Heated. *Wall Street Journal.* https://blogs.wsj.com/corporate-intelligence/2015/01/30/monsanto-shareholder-meeting-gets-heated/

Burella, P. M., Simoniello, M. F., & Poletta, G. L. (2017). Evaluation of Stage-Dependent Genotoxic Effect of Roundup(®) (Glyphosate) on *Caiman latirostris* Embryos. *Archives of Environmental Contamination and Toxicology,* 72(1), 50-57. DOI: 10.1007/s00244-016-0311-7. https://www.ncbi.nlm.nih.gov/pubmed/27771755.

Burstyn, I., & De Roos, A. J. (2016). Visualizing the Heterogeneity of Effects in the Analysis of Associations of Multiple Myeloma with Glyphosate Use. Comments on Sorahan, T. Multiple Myeloma and Glyphosate Use: A Re-Analysis of US Agricultural Health Study (AHS) Data. *Int. J. Environ. Res. Public Health* 2015, 12, 1548-1559. *International Journal of Environmental Research and Public Health,* 14(1). DOI: 10.3390/ijerph14010005. https://www.ncbi.nlm.nih.gov/pubmed/28025514.

Caballero, M., Amiri, S., Denney, J. T., Monsivais, P., Hystad, P., & Amram, O. (2018). Estimated Residential Exposure to Agricultural Chemicals and Premature Mortality by Parkinson's Disease in Washington State. *International Journal of Environmental Research and Public Health,* 15(12). DOI: 10.3390/ijerph15122885. https://www.ncbi.nlm.nih.gov/pubmed/30558363.

# Dr. Charles Benbrook, Ph.D.
## Master Materials Considered List – 6-20-2019

California Office of Environmental Health Hazard Assessment. (2017). Letter from Consumer Law Firm to State of California OEHHA Re: Declassified Documents Relating to Monsanto and Roundup. OEHHA.

Camberato, Jim, Casteel, Shaun, Goldsbrough, Peter, Johnson, Bill, Wise, Kiersten, & Woloshuk, Charles. (2011). *Glyphosate's Impact on Field Crop Production and Disease Development*. Purdue University Extension.

Canadian Council of Ministers of the Environment. (2012). *Canadian Water Quality Guidelines for the Protection of Aquatic Life: Glyphosate*. Canadian Council of Ministers of the Environment.

Canadian Food Inspection Agency. (2017). *Safeguarding with Science: Glyphosate Testing in 2015-2016*. Science Branch Survey Report.

Canadian Pest Management Regulatory Agency. (2017). *Re-evaluation Decision RVD2017-01, Glyphosate*. Health Canada.

Carles, L., Gardon, H., Joseph, L., Sanchis, J., Farre, M., & Artigas, J. (2019). Meta-analysis of glyphosate contamination in surface waters and dissipation by biofilms. *Environment International,* 124, 284-293. DOI: 10.1016/j.envint.2018.12.064. https://www.sciencedirect.com/science/article/pii/S0160412018323286?via%3Dihub.

Carvalho, W. F., Ruiz de Arcaute, C., Perez-Iglesias, J. M., Laborde, M. R. R., Soloneski, S., & Larramendy, M. L. (2019). DNA damage exerted by mixtures of commercial formulations of glyphosate and imazethapyr herbicides in *Rhinella arenarum* (Anura, Bufonidae) tadpoles. *Ecotoxicology,* 28(3), 367-377. DOI: 10.1007/s10646-019-02029-x.

Casabe, N, Piola, L, Fuchs, J, Oneto, M L, Pamparato, L, Basack, S, Gimenez, R, Massaro, R, Papa, J C, & Kesten, E. (2007). Ecotoxicological assessment of the effects of glyphosate and chlorpyrifos in an Argentine soya field. *Journal of Soils and Sediments,* 7, 232-239. DOI: 10.1065/jss2007.04.224.

Cattaneo, Roberta, Clasen, Bárbara, Loro, Vania Lucia, de Menezes, Charlene Cavalheiro, Pretto, Alexandra, Baldisserotto, Bernardo, Santi, Adriana, & de Avila, Luis Antonio. (2011). Toxicological Responses of *Cyprinus carpio* Exposed to a Commercial Formulation Containing Glyphosate. *Bulletin of Environmental Contamination and Toxicology,* 87(6), 597-602. DOI: 10.1007/s00128-011-0396-7. https://doi.org/10.1007/s00128-011-0396-7.

Cattani, Daiane, de Liz Oliveira Cavalli, Vera Lúcia, Heinz Rieg, Carla Elise, Domingues, Juliana Tonietto, Dal-Cim, Tharine, Tasca, Carla Inês, Mena Barreto Silva, Fátima Regina, & Zamoner, Ariane. (2014). Mechanisms underlying the neurotoxicity induced by glyphosate-based herbicide in immature rat hippocampus: Involvement of glutamate excitotoxicity. *Toxicology,* 320, 34-45. DOI: 10.1016/j.tox.2014.03.001. https://ac.els-cdn.com/S0300483X14000493/1-s2.0-S0300483X14000493-main.pdf?_tid=f4623317-1036-4df0-998c-94e18b3d06cd&acdnat=1542739721_f9e80f2da71ee4d76b80f76f78e55668.

Cavalcante, D. G., Martinez, C. B., & Sofia, S. H. (2008). Genotoxic effects of Roundup on the fish *Prochilodus lineatus*. *Mutation Research,* 655(1-2), 41-46. DOI: 10.1016/j.mrgentox.2008.06.010. https://www.ncbi.nlm.nih.gov/pubmed/18638566.

Cavas, T., & Könen, S. (2007). Detection of cytogenetic and DNA damage in peripheral erythrocytes of goldfish (*Carassius auratus*) exposed to a glyphosate formulation using the micronucleus test and the comet assay. *Mutagenesis,* 22(4), 263-268. DOI: 10.1093/mutage/gem012. https://www.ncbi.nlm.nih.gov/pubmed/17426049.

Çavuşoğlu, Kültiğin, Yapar, Kürşad, Oruç, Ertan, & Yalçın, Emine. (2011). Protective Effect of *Ginkgo biloba* L. Leaf Extract Against Glyphosate Toxicity in Swiss Albino Mice. *Journal of Medicinal Food,* 14(10), 1263-1272. DOI: 10.1089/jmf.2010.0202. https://doi.org/10.1089/jmf.2010.0202.

# Dr. Charles Benbrook, Ph.D.
# Master Materials Considered List – 6-20-2019

CCM. (2013). *Glyphosate China Monthly Report*. CCM Newsletter.

Center for Food Safety. (2009). Genetically Modified (GM) Crops and Pesticide Use.

Center for Food Safety. (2012). Exposure to Herbicide Residues and Herbicide---Resistant Crops.

Centner, T. J., Russell, L., & Mays, M. (2019). Viewing evidence of harm accompanying uses of glyphosate-based herbicides under US legal requirements. *Science of the Total Environment,* 648, 609-617. DOI: 10.1016/j.scitotenv.2018.08.156.

Cerdeira, A. L., Gazziero, D. L., Duke, S. O., & Matallo, M. B. (2011). Agricultural impacts of glyphosate-resistant soybean cultivation in South America. *Journal of Agricultural and Food Chemistry,* 59(11), 5799-5807. DOI: 10.1021/jf102652y.

*Chamkasem, Narong (2016). Method development/validation of the direct determination of glyphosate, glufosinate, and AMPA in Food by LC/MS., For FDA,*

Chamkasem, Narong. (2017). Determination of Glyphosate, Maleic Hydrazide, Fosetyl Aluminum, and Ethephon in Grapes by Liquid Chromatography/Tandem Mass Spectrometry. *Journal of Agricultural and Food Chemistry,* 65(34), 7535-7541. DOI: 10.1021/acs.jafc.7b02419. https://www.ncbi.nlm.nih.gov/pubmed/28759225.

Chamkasem, Narong, & Harmon, Tiffany. (2016). Direct determination of glyphosate, glufosinate, and AMPA in soybean and corn by liquid chromatography/tandem mass spectrometry. *Analytical and Bioanalytical Chemistry,* 408(18), 4995-5004. DOI: 10.1007/s00216-016-9597-6. https://www.ncbi.nlm.nih.gov/pubmed/27150204.

Chan, Po C., & Mahler, Joel F. (1992). NTP Technical Report on Toxicity Studies of Glyphosate (CAS No. 1071-83-6) Administered in Dosed Feed to F344/N Rats and B6C3F1 Mice. National Toxicoogy Program, National Institutes of Health.

Chang, Ellen T, & Delzell, Elizabeth. (2016). Systematic review and meta-analysis of glyphosate exposure and risk of lymphohematopoietic cancers. *Journal of Environmental Sscience and Health, Part B: Pesticides, Food Contaminants, and Agricultural Wastes,* 0(0), 1-27. DOI: 10.1080/03601234.2016.1142748.

Chang, Feng Chih, Simcik, Matt F., & Capel, Paul D. (2011). Occurrence and fate of the herbicide glyphosate and its degradate aminomethylphosphonic acid in the atmosphere. *Environmental Toxicology and Chemistry,* 30, 548-555. DOI: 10.1002/etc.431.

Charles, Dan. (2012). Why Monsanto Thought Weeds Would Never Defeat Roundup. *NPR.* https://www.npr.org/sections/thesalt/2012/03/11/148290731/why-monsanto-thought-weeds-would-never-defeat-roundup

Chaufan, Gabriela, Coalova, Isis, & Molina, María del Carmen Ríos de. (2014). Glyphosate Commercial Formulation Causes Cytotoxicity, Oxidative Effects, and Apoptosis on Human Cells: Differences With its Active Ingredient. *International Journal of Toxicology,* 33(1), 29-38. DOI: 10.1177/1091581813517906. https://doi.org/10.1177/1091581813517906.

Cheminova. *Glyfos® Classic 450 Label*. EPA Reg. No.:  N/A. Active Ingredient: 450 g/L glyphosate present as the isopropylamine salt. By: Cheminova Australia.

Chen, C. C., Tseng, T. H., Hsu, J. D., & Wang, C. J. (2001). Tumor-promoting effect of GGN-MRP extract from the Maillard reaction products of glucose and glycine in the presence of sodium nitrite in C3H10T1/2 cells. *Journal of Agricultural and Food Chemistry,* 49(12), 6063-6067. https://www.ncbi.nlm.nih.gov/pubmed/11743809.

Chen, D., Miao, H., Zhao, Y., & Wu, Y. (2019). A simple liquid chromatography-high resolution mass spectrometry method for the determination of glyphosate and aminomethylphosphonic acid in human urine using cold-induced phase separation and hydrophilic pipette tip solid-phase extraction. *Journal of Chromatography A,* 1587, 73-78. DOI: 10.1016/j.chroma.2018.11.030.

# Dr. Charles Benbrook, Ph.D.
# Master Materials Considered List – 6-20-2019

Chen, I-Wan. (2014). Reference Information Prepared for "Rounding up Glyphosate - is it Really Safe" organized by APPG Agroecology, Houses of Parliament , London. Houses of Parliament.

Chen, Lanzhou, Xie, Mu, Bi, Yonghong, Wang, Gaohong, Deng, Songqiang, & Liu, Yongding. (2012). The combined effects of UV-B radiation and herbicides on photosynthesis, antioxidant enzymes and DNA damage in two bloom-forming cyanobacteria. *Ecotoxicology and Environmental Safety,* 80, 224-230. DOI: 10.1016/j.ecoenv.2012.03.007. http://www.sciencedirect.com/science/article/pii/S0147651312000930.

Chiesa, L. M., Nobile, M., Panseri, S., & Arioli, F. (2019). Detection of glyphosate and its metabolites in food of animal origin based on ion-chromatography-high resolution mass spectrometry (IC-HRMS). *Food Additives & Contaminants. Part A: Chemistry, analysis, control, exposure & risk assessment*, 1-9. DOI: 10.1080/19440049.2019.1583380.

Chilson, Morgan. (2016). Herbicide-resistant weeds challenge farmers' bottom lines. *The Topeka-Capital Journal.* http://www.cjonline.com/news/business/2016-09-10/herbicide-resistant-weeds-challenge-farmers-bottom-lines

Chlopecka, M., Mendel, M., Dziekan, N., & Karlik, W. (2014). Glyphosate affects the spontaneous motoric activity of intestine at very low doses - *in vitro* study. *Pesticide Biochemistry and Physiology,* 113, 25-30. DOI: 10.1016/j.pestbp.2014.06.005. https://www.ncbi.nlm.nih.gov/pubmed/25052523.

Christoffers, Mike, & Stachler, Jeff. (2012). Areas and counties of ND and MN having known and suspected glyphosate-resistant weeds.

Chrusceilska, K., Brzenzinski, J., Kita, K., Kalhorn, D., Kita, I., Graffstein, B., & Korzseniowski, P. (2000). Glyphosate. Evaluation of chronic activity and possible far - reaching effects Part 1. Studies on chronic toxicity. *Pestycydy,* 3-4, 11-20. https://www.tib.eu/en/search/id/BLSE%3ARN095716970/Glyphosate-Evaluation-of-chronic-activity-and-possible/.

*Chuhra, Marek. (2013). Comment to OPP Docket: Objection on US-EPA Final Rule under FDCA section 408(g), 21 U.S.C. 346a and request for hearing on objections. Environmental Protection Agency.*

Clair, Emilie, Mesnage, Robin, Travert, Carine, & Séralini, Gilles-Éric. (2012). A glyphosate-based herbicide induces necrosis and apoptosis in mature rat testicular cells in vitro, and testosterone decrease at lower levels. *Toxicology in Vitro,* 26, 269-279. DOI: 10.1016/j.tiv.2011.12.009.

Clausing, P., Robinson, C., & Burtscher-Schaden, H. (2018). Pesticides and public health: an analysis of the regulatory approach to assessing the carcinogenicity of glyphosate in the European Union. *Journal of Epidemiology and Community Health,* 72(8), 668-672. DOI: 10.1136/jech-2017-209776. https://www.ncbi.nlm.nih.gov/pubmed/29535253.

Clements, C., Ralph, S., & Petras, M. (1997). Genotoxicity of select herbicides in *Rana catesbeiana* tadpoles using the alkaline single-cell gel DNA electrophoresis (comet) assay. *Environmental and Molecular Mutagenesis,* 29(3), 277-288. https://www.ncbi.nlm.nih.gov/pubmed/9142171.

Coalova, Isis, Ríos de Molina, María del Carmen, & Chaufan, Gabriela. (2014). Influence of the spray adjuvant on the toxicity effects of a glyphosate formulation. *Toxicology in Vitro,* 28(7), 1306-1311. DOI: 10.1016/j.tiv.2014.06.014. http://www.sciencedirect.com/science/article/pii/S0887233314001295.

Cockburn, Andrew. (2015). Weed Whackers: Monsanto, glyphosate, and the war on invasive species. *Harper's Magazine.* September 2015, https://harpers.org/archive/2015/09/weed-whackers/

Comont, D., Hicks, H., Crook, L., Hull, R., Cocciantelli, E., Hadfield, J., Childs, D., Freckleton, R., & Neve, P. (2019). Evolutionary epidemiology predicts the emergence of glyphosate resistance in a major agricultural weed. *New Phytologist*. DOI: 10.1111/nph.15800.

# Dr. Charles Benbrook, Ph.D.
# Master Materials Considered List – 6-20-2019

Conners, D. E., & Black, M. C. (2004). Evaluation of lethality and genotoxicity in the freshwater mussel *Utterbackia imbecillis* (Bivalvia: Unionidae) exposed singly and in combination to chemicals used in lawn care. *Archives of Environmental Contamination and Toxicology,* 46(3), 362-371. https://www.ncbi.nlm.nih.gov/pubmed/15195808.

Connolly, A., Basinas, I., Jones, K., Galea, K. S., Kenny, L., McGowan, P., & Coggins, M. A. (2018). Characterising glyphosate exposures among amenity horticulturists using multiple spot urine samples. *International Journal of Hygiene and Environmental Health,* 221(7), 1012-1022. DOI: 10.1016/j.ijheh.2018.06.007.

Connolly, A., Coggins, M. A., Galea, K. S., Jones, K., Kenny, L., McGowan, P., & Basinas, I. (2019). Evaluating Glyphosate Exposure Routes and Their Contribution to Total Body Burden: A Study Among Amenity Horticulturalists. *Annals of Work Exposures and Health,* 63(2), 133-147. DOI: 10.1093/annweh/wxy104. https://www.ncbi.nlm.nih.gov/pubmed/30608574.

Connolly, A., Jones, K., Basinas, I., Galea, K. S., Kenny, L., McGowan, P., & Coggins, M. A. (2019). Exploring the half-life of glyphosate in human urine samples. *International Journal of Hygiene and Environmental Health,* 222(2), 205-210. DOI: 10.1016/j.ijheh.2018.09.004. https://www.ncbi.nlm.nih.gov/pubmed/30293930.

Connolly, A., Leahy, M., Jones, K., Kenny, L., & Coggins, M. A. (2018). Glyphosate in Irish adults - A pilot study in 2017. *Environmental Research,* 165, 235-236. DOI: 10.1016/j.envres.2018.04.025.

Conrad, A., Schroter-Kermani, C., Hoppe, H. W., Ruther, M., Pieper, S., & Kolossa-Gehring, M. (2017). Glyphosate in German adults - Time trend (2001 to 2015) of human exposure to a widely used herbicide. *International Journal of Hygiene and Environmental Health,* 220(1), 8-16. DOI: 10.1016/j.ijheh.2016.09.016. https://www.ncbi.nlm.nih.gov/pubmed/27838355.

Cook, Kara. (2019). *Glyphosate in Beer and Wine.* CALPIRG Education Fund.

Cornish, Ron, Frey, Paul, McCaslin, Mark, Miller, Dave, & VanDenyze, Allen. (2011). *Coexistence Principles & Glossary of Terms.* National Alfalfa and Forage Alliance.

Costa, M. J., Monteiro, D. A., Oliveira-Neto, A. L., Rantin, F. T., & Kalinin, A. L. (2008). Oxidative stress biomarkers and heart function in bullfrog tadpoles exposed to Roundup Original. *Ecotoxicology,* 17(3), 153-163. DOI: 10.1007/s10646-007-0178-5. https://www.ncbi.nlm.nih.gov/pubmed/17987383.

Coupe, R. H., & Capel, P. D. (2016). Trends in pesticide use on soybean, corn and cotton since the introduction of major genetically modified crops in the United States. *Pest Management Science,* 72(5), 1013-1022. DOI: 10.1002/ps.4082. https://www.ncbi.nlm.nih.gov/pubmed/26194175.

Coupe, Richard H, Kalkhoff, Stephen J, Capel, Paul D, & Gregoire, Caroline. (2012). Fate and transport of glyphosate and aminomethylphosphonic acid in surface waters of agricultural basins. *Pest Management Science,* 68, 16-30. DOI: 10.1002/ps.2212.

Coutinho do Nascimento, A., & Grisolia, C. K. (2000). Comparative analysis between micronuclei tests in mice and in peripheral erythrocytes of *Oreochromis niloticus* in evaluation of mutagenic potential of the agrotoxins deltamethrin, dicofol, glyphosate, and imazapyr. *Revista de Ecotoxicologia e Meio Ambiente,* 10, 41-48.

*Crouch, Marti. (2011). Choline Salt of 2,4--D and Off--Site Movement of the Herbicide.*

Cuhra, Marek, Traavik, Terje, & Bøhn, Thomas. (2013). Clone- and age-dependent toxicity of a glyphosate commercial formulation and its active ingredient in *Daphnia magna. Ecotoxicology,* 22, 251-262. DOI: 10.1007/s10646-012-1021-1.

Cuhra, M., Traavik, T., & Bøhn, T. (2014). Life cycle fitness differences in *Daphnia magna* fed Roundup-Ready soybean or conventional soybean or organic soybean. *Aquaculture Nutrition,* 2. DOI: 10.1111/anu.12199.

# Dr. Charles Benbrook, Ph.D.
# Master Materials Considered List – 6-20-2019

Culbreth, Megan E., Harrill, Joshua A., Freudenrich, Theresa M., Mundy, William R., & Shafer, Timothy J. (2012). Comparison of chemical-induced changes in proliferation and apoptosis in human and mouse neuroprogenitor cells. *NeuroToxicology,* 33(6), 1499-1510. DOI: 10.1016/j.neuro.2012.05.012.
http://www.sciencedirect.com/science/article/pii/S0161813X12001271.

Curwin, Brian D., Hein, Misty J., Sanderson, Wayne T., Striley, Cynthia, Heederik, Dick, Kromhout, Hans, Reynolds, Stephen J., & Alavanja, Michael C. (2007). Pesticide dose estimates for children of Iowa farmers and non-farmers. *Environmental Research,* 105, 307-315. DOI: 10.1016/j.envres.2007.06.001.

Curwin, B. D., Hein, M. J., Sanderson, W. T., Striley, C., Heederik, D., Kromhout, H., Reynolds, S. J., & Alavanja, M. C. (2007). Urinary pesticide concentrations among children, mothers and fathers living in farm and non-farm households in iowa. *Annals of Occupational Hygeine,* 51(1), 53-65. DOI: 10.1093/annhyg/mel062. https://www.ncbi.nlm.nih.gov/pubmed/16984946.

Dabney, B. L., & Patino, R. (2018). Low-dose stimulation of growth of the harmful alga, Prymnesium parvum, by glyphosate and glyphosate-based herbicides. *Harmful Algae,* 80, 130-139. DOI: 10.1016/j.hal.2018.11.004.

Dai, P., Yan, Z., Ma, S., Yang, Y., Wang, Q., Hou, C., Wu, Y., Liu, Y., & Diao, Q. (2018). The Herbicide Glyphosate Negatively Affects Midgut Bacterial Communities and Survival of Honey Bee during Larvae Reared in Vitro. *Journal of Agricultural and Food Chemistry,* 66(29), 7786-7793. DOI: 10.1021/acs.jafc.8b02212. https://www.ncbi.nlm.nih.gov/pubmed/29992812.

Dai, P., Yan, Z., Ma, S., Yang, Y., Wang, Q., Hou, C., Wu, Y., Liu, Y., & Diao, Q. (2018). The Herbicide Glyphosate Negatively Affects Midgut Bacterial Communities and Survival of Honey Bee during Larvae Reared in Vitro. *Journal of Agricultural and Food Chemistry,* 66(29), 7786-7793. DOI: 10.1021/acs.jafc.8b02212.

Dallegrave, Eliane, Digiorgio, Fabiana, & Soares, Ricardo. (2003). The teratogenic potential of the herbicide glyphosate- Roundup† in Wistar rats. *Toxicology Letters,* 142(1-2), 45-52. DOI: 10.1016/S0378-4274(02)00483-6.

Dallegrave, E., Mantese, F. D., Oliveira, R. T., Andrade, A. J., Dalsenter, P. R., & Langeloh, A. (2007). Pre-and postnatal toxicity of the commercial glyphosate formulation in Wistar rats. *Archives of Toxicology,* 81(9), 665-673. DOI: 10.1007/s00204-006-0170-5.
https://www.ncbi.nlm.nih.gov/pubmed/17634926.

Darmency, Henri. (2013). Pleiotropic effects of herbicide-resistance genes on crop yield: A review. *Pest Management Science,* 69, 897-904. DOI: 10.1002/ps.3522.

Dauer, Joseph T., Mortensen, David a., Luschei, Edward C., Isard, Scott a., Shields, Elson, & Van-Gessel, Mark J. (2009). *Conyza canadensis* seed ascent in the lower atmosphere. *Agricultural and Forest Meteorology,* 149, 526-534. DOI: 10.1016/j.agrformet.2008.10.005.

Davies, Stephen. (2016). Glyphosate panel split on chemical's carcinogenicity. *Agri-Pulse.*

Davoren, Michael J, & Schiestl, Robert H. (2018). Glyphosate-based herbicides and cancer risk: a post-IARC decision review of potential mechanisms, policy and avenues of research. *Carcinogenesis,* 39(10), 1207-1215. DOI: 10.1093/carcin/bgy105.
https://www.ncbi.nlm.nih.gov/pubmed/30060078.

De Almeida, L. K. S., Pletschke, B. I., & Frost, C. L. (2018). Moderate levels of glyphosate and its formulations vary in their cytotoxicity and genotoxicity in a whole blood model and in human cell lines with different estrogen receptor status. *3 Biotech,* 8(10), 438. DOI: 10.1007/s13205-018-1464-z. https://www.ncbi.nlm.nih.gov/pubmed/30306007.

# Dr. Charles Benbrook, Ph.D.
## Master Materials Considered List – 6-20-2019

de Araujo, J. S., Delgado, I. F., & Paumgartten, F. J. (2016). Glyphosate and adverse pregnancy outcomes, a systematic review of observational studies. *BMC Public Health,* 16, 472. DOI: 10.1186/s12889-016-3153-3. https://www.ncbi.nlm.nih.gov/pubmed/27267204.

de Brito Rodrigues, L., de Oliveira, R., Abe, F. R., Brito, L. B., Moura, D. S., Valadares, M. C., Grisolia, C. K., de Oliveira, D. P., & de Oliveira, G. A. R. (2017). Ecotoxicological assessment of glyphosate-based herbicides: Effects on different organisms. *Environmental Toxicology and Chemistry,* 36(7), 1755-1763. DOI: 10.1002/etc.3580. https://setac.onlinelibrary.wiley.com/doi/abs/10.1002/etc.3580.

de Castilhos Ghisi, Nédia, & Cestari, Marta Margarete. (2013). Genotoxic effects of the herbicide Roundup® in the fish *Corydoras paleatus* (Jenyns 1842) after short-term, environmentally low concentration exposure. *Environmental Monitoring and Assessment,* 185(4), 3201-3207. DOI: 10.1007/s10661-012-2783-x. https://link.springer.com/article/10.1007%2Fs10661-012-2783-x.

de Liz Oliveira Cavalli, Vera Lúcia, Cattani, Daiane, Heinz Rieg, Carla Elise, Pierozan, Paula, Zanatta, Leila, Benedetti Parisotto, Eduardo, Wilhelm Filho, Danilo, Mena Barreto Silva, Fátima Regina, Pessoa-Pureur, Regina, & Zamoner, Ariane. (2013). Roundup disrupts male reproductive functions by triggering calcium-mediated cell death in rat testis and Sertoli cells. *Free Radical Biology and Medicine,* 65, 335-346. DOI: https://doi.org/10.1016/j.freeradbiomed.2013.06.043. http://www.sciencedirect.com/science/article/pii/S0891584913003262.

De Marco, Antonio, De Simone, Claudio, Raglione, Marcello, Testa, Antonella, & Trinca, Stefania. (1992). Importance of the type of soil for the induction of micronuclei and the growth of primary roots of *Vicia faba* treated with the herbicides atrazine, glyphosate and maleic hydrazide. *Mutation Research/Genetic Toxicology,* 279(1), 9-13. DOI: 10.1016/0165-1218(92)90260-7. http://www.sciencedirect.com/science/article/pii/0165121892902607.

de Melo, M. S., Dos Santos, T. P. G., Jaramillo, M., Nezzi, L., Rauh Muller, Y. M., & Nazari, E. M. (2019). Histopathological and ultrastructural indices for the assessment of glyphosate-based herbicide cytotoxicity in decapod crustacean hepatopancreas. *Aquatic Toxicology,* 210, 207-214. DOI: 10.1016/j.aquatox.2019.03.007.

de Menezes, Charlene Cavalheiro, da Fonseca, Milene Braga, Loro, Vânia Lúcia, Santi, Adriana, Cattaneo, Roberta, Clasen, Bárbara, Pretto, Alexandra, & Morsch, Vera Maria. (2011). Roundup Effects on Oxidative Stress Parameters and Recovery Pattern of *Rhamdia quelen*. *Archives of Environmental Contamination and Toxicology,* 60(4), 665-671. DOI: 10.1007/s00244-010-9574-6. https://doi.org/10.1007/s00244-010-9574-6.

de Moura, Fernando Rafael, da Silva Lima, Ritane Rose, da Cunha, Ana Paula Simoes, da Costa Marisco, Patricia, Aguiar, Danilo Henrique, Sugui, Marina Mariko, Sinhorin, Adilson Paulo, & Sinhorin, Valeria Dornelles Gindri. (2017). Effects of glyphosate-based herbicide on pintado da Amazonia: Hematology, histological aspects, metabolic parameters and genotoxic potential. *Environmental Toxicology and Pharmacology,* 56, 241-248. DOI: 10.1016/j.etap.2017.09.019. https://www.ncbi.nlm.nih.gov/pubmed/29031220.

De Roos, Anneclaire J, Blair, Aaron, Rusiecki, Jennifer A, Hoppin, Jane A, Svec, Megan, Dosemeci, Mustafa, Sandler, Dale P, & Alavanja, Michael C. (2005). Cancer incidence among glyphosate-exposed pesticide applicators in the Agricultural Health Study. *Environmental Health Perspectives,* 113(1), 49-54. https://www.ncbi.nlm.nih.gov/pmc/articles/PMC1253709/pdf/ehp0113-000049.pdf.

De Roos, A. J., Zahm, S., Cantor, K., Weisenburger, D., Holmes, F., Burmeister, L., & Blair, A. (2003). Integrative assessment of multiple pesticides as risk factors for non-Hodgkin's lymphoma among

## Dr. Charles Benbrook, Ph.D.
## Master Materials Considered List – 6-20-2019

men. *Occupational and Environmental Medicine,* 60(9), e11-e11. DOI: 10.1136/oem.60.9.e11. http://www.ncbi.nlm.nih.gov/pmc/articles/PMC1740618/.

De Souza Filho, J., Sousa, C. C., Da Silva, C. C., De Saboia-Morais, S. M., & Grisolia, C. K. (2013). Mutagenicity and genotoxicity in gill erythrocyte cells of *Poecilia reticulata* exposed to a glyphosate formulation. *Bulletin of Environmental Contamination and Toxicology,* 91(5), 583-587. DOI: 10.1007/s00128-013-1103-7. https://www.ncbi.nlm.nih.gov/pubmed/24042842.

de Souza, Janaina Sena, Kizys, Marina Malta Letro, da Conceicao, Rodrigo Rodrigues, Glebocki, Gabriel, Romano, Renata Marino, Ortiga-Carvalho, Tania Maria, Giannocco, Gisele, da Silva, Ismael Dale Cotrim Guerreiro, Dias da Silva, Magnus Regios, Romano, Marco Aurelio, & Chiamolera, Maria Izabel. (2017). Perinatal exposure to glyphosate-based herbicide alters the thyrotrophic axis and causes thyroid hormone homeostasis imbalance in male rats. *Toxicology,* 377, 25-37. DOI: 10.1016/j.tox.2016.11.005. https://www.ncbi.nlm.nih.gov/pubmed/27916585.

de Vendômois, Joël Spiroux, Roullier, François, Cellier, Dominique, & Séralini, Gilles Eric. (2009). A comparison of the effects of three GM corn varieties on mammalian health. *International Journal of Biological Sciences,* 5, 706-726. DOI: 10.7150/ijbs.5.706.

Dedeke, G. A., Owagboriaye, F. O., Ademolu, K. O., Olujimi, O. O., & Aladesida, A. A. (2018). Comparative Assessment on Mechanism Underlying Renal Toxicity of Commercial Formulation of Roundup Herbicide and Glyphosate Alone in Male Albino Rat. *International Journal of Toxicology,* 37(4), 285-295. DOI: 10.1177/1091581818779553.

Defarge, N., Mesnage, R., Gress, S., & Seralini, G. E. (2012). Letter to the editor: developmental and reproductive outcomes of roundup and glyphosate in humans and animals. *Journal of Toxicolgy and Environmental Health, Part B: Critical Reviews,* 15(7), 433-437; author reply 438-440. DOI: 10.1080/10937404.2012.736857. https://www.ncbi.nlm.nih.gov/pubmed/23190268.

Defarge, N., Spiroux de Vendomois, J., & Seralini, G. E. (2018). Toxicity of formulants and heavy metals in glyphosate-based herbicides and other pesticides. *Toxicology Reports,* 5, 156-163. DOI: 10.1016/j.toxrep.2017.12.025. https://www.ncbi.nlm.nih.gov/pubmed/29321978.

Defarge, Nicolas, Takács, Eszter, Lozano, Verónica, Mesnage, Robin, Spiroux de Vendômois, Joël, Séralini, Gilles-Eric, & Székács, András. (2016). Co-Formulants in Glyphosate-Based Herbicides Disrupt Aromatase Activity in Human Cells below Toxic Levels. *International Journal of Environmental Research and Public Health,* 13, 264. DOI: 10.3390/ijerph13030264.

Dellaferrera, Ignacio, Cortés, Eduardo, Panigo, Elisa, De Prado, Rafael, Christoffoleti, Pedro, & Perreta, Mariel. (2018). First Report of *Amaranthus hybridus* with Multiple Resistance to 2,4-D, Dicamba, and Glyphosate. *Agronomy,* 8(8). DOI: 10.3390/agronomy8080140.

Demonte, L. D., Michlig, N., Gaggiotti, M., Adam, C. G., Beldomenico, H. R., & Repetti, M. R. (2018). Determination of glyphosate, AMPA and glufosinate in dairy farm water from Argentina using a simplified UHPLC-MS/MS method. *Science of the Total Environment,* 645, 34-43. DOI: 10.1016/j.scitotenv.2018.06.340.

Department of Health and Human Services. (2017). *DHHS Letter in Reponse to Phil Landrigan Comments on Glyphosate Biomonitoring.* Centers for Disease Control.

DeVito, Michael. (2017). *Update on NTP Studies of Glyphosate.* Presented at the NTP Board of Scientific Counselors Meeting, 12/07-08/2017.

Dewar, Alan M. (2009). Weed control in glyphosate-tolerant maize in Europe. *Pest Management Science,* 65, 1047-1058. DOI: 10.1002/ps.1806.

Dill, Gerald M. (2005). Glyphosate-resistant crops: History, status and future. *Pest Management Science,* 61, 219-224. DOI: 10.1002/ps.1008.

# Dr. Charles Benbrook, Ph.D.
## Master Materials Considered List – 6-20-2019

Dill, Gerald M., Sammons, R Douglas, Feng, Paul C. C. , Kohn, Frank, Kretzmer, Keith, Mehrsheikh, Akbar, Wright, Dan, Haupfear, Eric, Bleeke, Marian, Honegger, Joy L., & Farmer, Donna (2010). Glyphosate: Discovery, Development, Applications, and Properties. In V. Nandula (Ed.), *Glyphosate Resistance in Crops and Weeds: History, Development, and Management* (pp. 1-33): John Wiley & Sons, Inc.

Dimitrov, B. D., Gadeva, P. G., Benova, D. K., & Bineva, M. V. (2006). Comparative genotoxicity of the herbicides Roundup, Stomp and Reglone in plant and mammalian test systems. *Mutagenesis,* 21(6), 375-382. DOI: 10.1093/mutage/gel044. https://www.ncbi.nlm.nih.gov/pubmed/16998229.

Docea, A. O., Gofita, E., Goumenou, M., Calina, D., Rogoveanu, O., Varut, M., Olaru, C., Kerasioti, E., Fountoucidou, P., Taitzoglou, I., Zlatian, O., Rakitskii, V. N., Hernandez, A. F., Kouretas, D., & Tsatsakis, A. (2018). Six months exposure to a real life mixture of 13 chemicals' below individual NOAELs induced non monotonic sex-dependent biochemical and redox status changes in rats. *Food and Chemical Toxicology,* 115, 470-481. DOI: 10.1016/j.fct.2018.03.052.

dos Santos, Kelly Cristina, & Martinez, Claudia B. R. (2014). Genotoxic and biochemical effects of atrazine and Roundup®, alone and in combination, on the Asian clam *Corbicula fluminea*. *Ecotoxicology and Environmental Safety,* 100, 7-14. DOI: 10.1016/j.ecoenv.2013.11.014. http://www.sciencedirect.com/science/article/pii/S0147651313005095.

Dow AgroSciences. (1999). *Glyphosate 76% Technical Label*.  EPA Reg. No.: 362719-319. Active Ingredient: Glyphosate in the form of N-(phosphonomethyl) glycine (76%). By: Dow.

Dow AgroSciences. (2011). Petition for Determination of Nonregulated Status for Herbicide Tolerant DAS-40278-9 Corn. United States Department of Agriculture.

Duke, Stephen O. (2011). Comparing conventional and biotechnology-based pest management. *Journal of Agricultural and Food Chemistry,* 59, 5793-5798. DOI: 10.1021/jf200961r.

Duke, S. O. (2015). Perspectives on transgenic, herbicide-resistant crops in the United States almost 20 years after introduction. *Pest Management Science,* 71(5), 652-657. DOI: 10.1002/ps.3863. https://www.ncbi.nlm.nih.gov/pubmed/25052888.

Duke, S. O. (2018). Interaction of Chemical Pesticides and Their Formulation Ingredients with Microbes Associated with Plants and Plant Pests. *Journal of Agricultural and Food Chemistry,* 66(29), 7553-7561. DOI: 10.1021/acs.jafc.8b02316.

Duke, S. O., & Powles, S. B. (2008). Glyphosate: a once-in-a-century herbicide. *Pest Management Science,* 64(4), 319-325. DOI: 10.1002/ps.1518. https://www.ncbi.nlm.nih.gov/pubmed/18273882.

Duke, Stephen O., Rimando, Agnes M., Pace, Patrick F., Reddy, Krishna N., & Smeda, Reid J. (2003). Isoflavone, glyphosate, and aminomethylphosphonic acid levels in seeds of glyphosate-treated, glyphosate-resistant soybean. *Journal of Agricultural and Food Chemistry,* 51, 340-344. DOI: 10.1021/jf025908i.

Dupraz, Emily. (2012). Monsanto And The Quasi-Per Se Illegal Rule For Bundled Discounts. *Vermont Law Review,* 37, 203-237.

Edwards, C. B., Eubank, T. W., Shaw, D. R., & Steckel, L. E. (1999). Preemergence and Postemergence Efficacy of Dicamba on Glyphosate Resistant Amaranth (Amaranthus palmerii S. Wats.) and Optimum Rate for Control. M. S. P. Board. Report Number: Project 20-2012.

Edwards, C. B., Jordan, D. L., Owen, M. D., Dixon, P. M., Young, B. G., Wilson, R. G., Weller, S. C., & Shaw, D. R. (2014). Benchmark study on glyphosate-resistant crop systems in the United States. Economics of herbicide resistance management practices in a 5 year field-scale study. *Pest Management Science,* 70(12), 1924-1929. DOI: 10.1002/ps.3759. https://www.ncbi.nlm.nih.gov/pubmed/24664628.

EFSA. (2015). Conclusion on the peer review of the pesticide risk assessment of the active substance glyphosate. *EFSA Journal,* 13(11). DOI: 10.2903/j.efsa.2015.4302.

EFSA. (2015). *EFSA explains risk assessment: Glyphosate*. European Food Safety Authority.

EFSA. (2015). EFSA explains the carcinogenicity assessment of glyphosate. Pesticides Unit.

EFSA. (2015). Statement of the EFSA on the Request for the evaluation of the toxicological assessment of the co-formulant POE-tallowamine. *EFSA Journal,* 13(11). DOI: 10.2903/j.efsa.2015.4303.

*EFSA. (2016). Open letter to Environmental Defense Fund: Review of the Carcinogenicity of Glyphosate by EFSA and BfR.*

Eker, S., Ozturk, L., Yazici, A., Erenoglu, B., Romheld, V., & Cakmak, I. (2006). Foliar-applied glyphosate substantially reduced uptake and transport of iron and manganese in sunflower (*Helianthus annuus* L.) plants. *Journal of Agricultural and Food Chemistry,* 54(26), 10019-10025. DOI: 10.1021/jf0625196. https://www.ncbi.nlm.nih.gov/pubmed/17177536.

El-Gendy, K. S., Aly, N. M., & El-Sebae, A. H. (1998). Effects of edifenphos and glyphosate on the immune response and protein biosynthesis of bolti fish (*Tilapia nilotica*). *Journal of Environmental Science and Health, Part B,* 33(2), 135-149. DOI: 10.1080/03601239809373135. https://www.tandfonline.com/doi/abs/10.1080/03601239809373135.

Elie-Caille, C., Heu, C., Guyon, C., & Nicod, L. (2010). Morphological damages of a glyphosate-treated human keratinocyte cell line revealed by a micro- to nanoscale microscopic investigation. *Cell Biology and Toxicology,* 26(4), 331-339. DOI: 10.1007/s10565-009-9146-6. https://www.ncbi.nlm.nih.gov/pubmed/20043237.

EPA. (1973). Memo re: Glyphosate use in industrial and residential areas [includes first toxicity report].

EPA. (1974). Memo re: Glyphosate in or on corn, cotton, soybeans and wheat.  Evaluation of analytical methods and residue data. [includes first tolerance]. Coordination Branch and Toxicology Branch.

EPA. (1975). Memo re: Request for the establishment of final tolerances for combined negligible residues of the herbicide N-phosphonomethyl glycine (glyphosate) and its metabolite aminomethyl phosphonic acid in or on forage grasses (crop group) and soybean forage and hay at 0.2 ppm; and various crops grains and soybeans at 0.1 ppm. Toxicology Branch.

EPA. (1977). Glyphosate (Roundup fomulation), N-phosphonomethly-glycine—TOX data on which tolerances are based.

EPA. (1979). Memo re: EPA Reg.#524-308; Glyphosate; "Free-Standing" Summary of PP#9F2162; petition proposing the establishment of a tolerance for residues of glyphosate and its metabolite in the crop grouping stone fruit at 0.2 ppm. Toxicology Branch.

EPA. (1980). Memo Re: EPA Reg. #524-308, Glyphosate; Submission of rat teratology, rabbit teratology, dominant lethal mutagenicity assay in mice. Office of Toxic Substances.

EPA. (1982). Memo re: EPA Reg.#524-308; Lifetime Feeding Study of Rats with Glyphosate. Office of Pesticides and Toxic Substances.

EPA. (1982). Memo re: Lifetime Feeding Study in Rats with Glyphosate. Office of Pesticides and Toxic Substances.

EPA. (1983). Letter from William L. Burnam to Ed Johnson re: glyphosate oncogenecity.

EPA. (1983). Memo from Louis Kasza re: Evaluation of the Presence of Neoplasms in the Thyroid Gland of Rats Treated with Glyphosate. Office of Pesticides in Toxic Substances.

EPA. (1983). *Memo: Glyphosate (Roundup) on Wheat*. Office of Pesticides and Toxic Substances.

EPA. (1984). *Memo: Glyphosate; oncogenicity study in the mouse*. Office of Pesticides and Toxic Substances.

EPA/OPP. "Guidance for the Reregistration of Pesticide Products Containing as the Active Ingredient Alachlor, Case Number 0063," Nov. 1984

# Dr. Charles Benbrook, Ph.D.
## Master Materials Considered List – 6-20-2019

EPA. (1985). Memo from Dr. Kasza re: Glyphosate—Evalutaion of Kidney Tumors in Male Mice. Chronic Feeding Study. Office of Pesticides and Toxic Substances.

EPA. (1985). *Memo: Consensus Review of Glyphosate*. Office of Pesticides and Toxic Substances.

EPA. (1985). Memo: Glyphosate in or on Wheat Grain and Wheat Straw (Re: Proposed tolerance increase for wheat grain). Office of Pesticides and Toxic Substances.

EPA. (1985). *Memo: Glyphosate mouse oncogenicity study*. Office of Pesticides and Toxic Substances.

EPA. (1985). Memo: Use of historical data in determining the weight of evidence from kidney tumor incidence in the Glyphosate two-year feeding study; and some remarks on false positives. Office of Pesticides and Toxic Substances.

EPA. (1986). Glyphosate Reference Doses (RfDs) for Oral Exposure.

EPA. (1986). Memo: Glyphosate, Additional Histopathological Evaluations of Kidneys in the Chronic Feeding Study of Glyphosate in Mice. Office of Pesticides and Toxic Substances.

EPA. (1986). Memo: Glyphosate; EPA Registration No. 524-308; Roundup; Additional Histopathological Evaluations of Kidneys in the Chronic Feeding study of Glyphosate in Mice. Office of Pesticides and Toxic Substances.

EPA/OPP. Alachlor; Notice of Intent to Cancel Registrations, Conclusion of Special Review on December 3, 1987 (Alachlor PD-4, Fed. Reg. Vol. 52, No. 49480)

EPA. (1988). Memo: Glyphosate in/on Corn- Tolerance Request and "Free Standing Summary". Office of Pesticides and Toxic Substances.

EPA. (1989). Memo re:PP#6F3380/6H5502.  Glyphosate (Roundup®) in or on Soybeans.  Amendment of 7/22/88 and Registration Standard Data Follow-up. Office of Pesticides and Toxic Substances.

EPA. (1991). Memo: Glyphosate; 2-Year Combined Chronic Toxicity/Carcinogenicity Study in Sprague-Dawley Rats. Office of Pesticides and Toxic Substances.

EPA. (1991). *Memo: Second Peer Review of Glyphosate*. Office of Pesticides and Toxic Substances.

*EPA. (1992). 40 CFR Parts 180, 185, and 186: Pesticide Tolerances and Food and Feed Additive Regulations for Glyphosate. EPA.*

EPA. (1992). Memo re: Dietary Exposure Analysis for Glyphosate in Support of the Reregistration Eligibility Document. Office of Pesticides and Toxic Substances.

EPA. (1993). *Glyphosate R.E.D.* Prevention, Pesticides, and Toxic Substances.

EPA. (1994). Memo re: To Be Presented to the HED Metabolish Committee at the Meeting of March 9, 1994: Glyphosate/AMPA Regulation. Office of Prevention, Pesticides, and Toxic Substances.

EPA. (1994). Memo: The Metabolism Committee Meetings for Glyphosate Held on March 17, 1994. Office of Prevention, Pesticides, and Toxic Substances.

EPA. (1995). Memo: Glyphosate in/on Genetically-engineered Soybeans. Evaluation of Residue Data and Analytical Methodology. Office of Prevention, Pesticides, and Toxic Substances.

EPA. (1998). Memo re: Glyphosate- Report of the Hazard Identification Assessment Review Committee. Office of Pesticides and Toxic Substances.

EPA. (1998). *Memo: Glyphosate- Report of the FQPA Safety Factor Committee*. Office of Prevention, Pesticides, and Toxic Substances.

EPA R.E.D. Facts: Alachlor (1998). EPA-738-F-98-018

EPA. (2008). Letter to Monsanto Re: Label Approval for Roundup Weed & Grass Killer Super Concentrate. Office of Prevention, Pesticides, and Toxic Substances.

EPA. (2009). Glyphosate Final Work Plan (FWP): Registration Review Case No. 0178. Office of Pesticide Programs.

EPA. (2009). Glyphosate Summary Document Registration Review: Initial Docket.

EPA. (2014). Technical Factsheet on: Glyphosate.

# Dr. Charles Benbrook, Ph.D.
## Master Materials Considered List – 6-20-2019

EPA. (2015). Email Chain With EPA and Monsanto re: IARC Cancer Determination for Glyphosate. Office of Pesticide Programs.

EPA. (2015). Glyphosate: Comparison Of Conclusions By IARC, EFSA, And EPA/OPP.

EPA. (2015). Memo: Review of the Office of Pesticide Programs (OPP) draft glyphosate risk assessment and the Cancer Assessment Review Committee (CARe) final report on the carcinogenic potential of glyphosate. National Exposure Research Laboratory.

EPA. (2015). Memo: Updated Screening Level Usage Analysis (SLUA) Report for Glyphosate Case Office of Chemical Safety and Pollution Prevention.

*EPA. (2016). 40 CFR 180.364 - Glyphosate; tolerances for residues. . D. a. 10/18/2016).*

EPA. (2016). Glyphosate Issue Paper: Evaluation of Carcinogenic Potential. Office of Pesticide Programs.

*EPA. (2016). Glyphosate: Evaluation of Carcinogenic Potential, Charge to the FIFRA SAP for October 18-21, 2016 Meeting.*

EPA. (2017). Revised Glyphosate Issue Paper: Evaluation of Carcinogenic Potential. Office of Pesticide Programs.

EPA Press Office, April 30, 2019. "EPA Takes Next Step in Review Process for Herbicide Glyphosate, Reaffirms No Risk to Public Health"

EPA/OPP. Glyphosate Proposed Interim Registration Review Decision Case Number 0178, April 23, 2019 (54 pages)

Erickson, Britt, & Bomgardner, Melody. (2015). Rocky Road For Roundup. *Chemical & Engineering News,*. 93(37), 10-15.

Eriksson, M., Hardell, L., Carlberg, M., & Akerman, M. (2008). Pesticide exposure as risk factor for non-Hodgkin lymphoma including histopathological subgroup analysis. *International Journal of Cancer,* 123(7), 1657-1663. DOI: 10.1002/ijc.23589.

*European Parliament. (2016). Glyphosate – YES or NO? Re---Approval of the World's Most Popular Chemical: Draft Meeting Agenda. Committee on Environment.*

Evans, J. A., Tranel, P. J., Hager, A. G., Schutte, B., Wu, C., Chatham, L. A., & Davis, A. S. (2016). Managing the evolution of herbicide resistance. *Pest Management Science,* 72(1), 74-80. DOI: 10.1002/ps.4009. https://www.ncbi.nlm.nih.gov/pubmed/25809409.

Evans, J. A., Williams, A., Hager, A. G., Mirsky, S. B., Tranel, P. J., & Davis, A. S. (2018). Confronting herbicide resistance with cooperative management. *Pest Management Science,* 74(11), 2424-2431. DOI: 10.1002/ps.5105. https://www.ncbi.nlm.nih.gov/pubmed/29862629.

Fagan, John, Schoel, Bernd, Haegert, Anne, Moore, John, & Beeby, John. (2001). Performance assessment under field conditions of a rapid immunological test for transgenic soybeans. *International Journal of Food Science and Technology,* 36, 357-367. DOI: 10.1046/j.1365-2621.2001.00482.x. https://onlinelibrary.wiley.com/doi/abs/10.1046/j.1365-2621.2001.00482.x.

Fagan, John, Traavik, Terje, & Bøhn, Thomas. (2015). The Seralini affair: Degeneration of Science to Re-Science? *Environmental Sciences Europe,* 27(1). DOI: 10.1186/s12302-015-0049-2. https://enveurope.springeropen.com/track/pdf/10.1186/s12302-015-0049-2.

Farkas, E., Szekacs, A., Kovacs, B., Olah, M., Horvath, R., & Szekacs, I. (2018). Label-free optical biosensor for real-time monitoring the cytotoxicity of xenobiotics: A proof of principle study on glyphosate. *Journal of Hazardous Materials,* 351, 80-89. DOI: 10.1016/j.jhazmat.2018.02.045.

Farmer, D. R., Lash, T. L., & Acquavella, J. F. (2005). Letter: Glyphosate results revisited. *Environmental Health Perspectives,* 113(6), A365-366; author reply A366-367. https://www.ncbi.nlm.nih.gov/pubmed/15929876.

# Dr. Charles Benbrook, Ph.D.
## Master Materials Considered List – 6-20-2019

Federal Register. 40 CFR Parts 180 and 186: Pesticide Tolerances for Glyphosate, [PP 6F3408, 4F4312, 4F4338, 4F4369, FAP 4H5701, 4H5705/R2204; FRL-5351-1] C.F.R. (1996).

Federal Register. 40 CFR Parts 180, 185, and 186: Glyphosate; Pesticide Tolerances,  (1997).

Federal Register. 40 CFR Part 180 § 180.364: Glyphosate, Tolerance for residue,  (2008).

Felix, Joel, Boydston, Rick, & Burke, Ian C. (2011). Potato Response to Simulated Glyphosate Drift. *Weed Technology,* 25, 637-644. DOI: 10.1614/WT-D-11-00001.1.

Felix, Joel, Boydston, Rick, & Burke, Ian C. (2017). Response of Direct-Seeded Dry Bulb Onion to Simulated Glyphosate Drift with Variable Rates and Application Timings. *Weed Technology,* 26(04), 747-756. DOI: 10.1614/wt-d-12-00013.1.

Feng, Joseph C., & Thompson, Dean G. (1990). Fate of Glyphosate in a Canadian Forest Watershed. 2. Persistence in Forage and Soils. *Journal of Agricultural and Food Chemistry,* 38, 1118-1125.

Fernandes, G., Aparicio, V. C., Bastos, M. C., De Geronimo, E., Labanowski, J., Prestes, O. D., Zanella, R., & Dos Santos, D. R. (2019). Indiscriminate use of glyphosate impregnates river epilithic biofilms in southern Brazil. *Science of the Total Environment,* 651(Pt 1), 1377-1387. DOI: 10.1016/j.scitotenv.2018.09.292.

Fernandez, M. R., Zentner, R. P., Basnyat, P., Gehl, D., Selles, F., & Huber, D. (2009). Glyphosate associations with cereal diseases caused by *Fusarium* spp. in the Canadian Prairies. *European Journal of Agronomy,* 31, 133-143. DOI: 10.1016/j.eja.2009.07.003.

Fernandez-Cornejo, Jorge, & Caswell, Margriet. (2006). *The First Decade of Genetically Engineered Crops in the United States*. United States Department of Agriculture.

Fernandez-Cornejo, J, Nehring, Richard, Osteen, Craig, Wechsler, Seth, Martin, Andrew, & Vialou, Alex. (2014). *Pesticide Use in US Agriculture: 21 Selected Crops, 1960-2008*. United States Department of Agriculture.

Fernandez-Cornejo, Jorge, Wechsler, Seth, Livingston, Mike, & Mitchell, Lorraine. (2014). *Genetically Engineered Crops in the United States*. United States Department of Agriculture.

Ferraro, D. O., & Ghersa, C. M. (2013). Fuzzy assessment of herbicide resistance risk: Glyphosate-resistant johnsongrass, *Sorghum halepense* (L.) Pers., in Argentina's croplands. *Crop Protection,* 51, 32-39. DOI: 10.1016/j.cropro.2013.04.004.

Ferre, D. M., Quero, A. A. M., Hernandez, A. F., Hynes, V., Tornello, M. J., Luders, C., & Gorla, N. B. M. (2018). Potential risks of dietary exposure to chlorpyrifos and cypermethrin from their use in fruit/vegetable crops and beef cattle productions. *Environmental Monitoring and Assessment,* 190(5), 292. DOI: 10.1007/s10661-018-6647-x. https://www.ncbi.nlm.nih.gov/pubmed/29671119.

Ferreira, Daiane, Motta, Adriana Costa da, Kreutz, Luiz Carlos, Toni, Cândida, Loro, Vânia Lucia, & Barcellos, Leonardo José Gil. (2010). Assessment of oxidative stress in *Rhamdia quelen* exposed to agrichemicals. *Chemosphere,* 79(9), 914-921. DOI: 10.1016/j.chemosphere.2010.03.024. http://www.sciencedirect.com/science/article/pii/S0045653510003218.

Fisher, Madeline. (2012). Many Little Hammers: Fighting Weed Resistance with Diversified Management *CSA News,* September 2012.

Folmar, L. C., Sanders, H. O., & Julin, A. M. . (1979). Toxicity of the herbicide glyphosate and several of its formulations to fish and aquatic invertebrates. *Archives of Environmental Contamination and Toxicology,* 8(3), 269-278. DOI: 10.1007/bf01056243. https://doi.org/10.1007/BF01056243.

Food and Drug Administration. (2012). *Fiscal Year 2012 Pesticide Report*. Pesticide Monitoring Program.

Food Safety Commission of Japan. (2012). Minutes of the 23rd Meeting, Assessment Subcommittee IV, Pesticides Expert Committe.

# Dr. Charles Benbrook, Ph.D.
## Master Materials Considered List – 6-20-2019

Forgacs, A. L., Ding, Q., Jaremba, R. G., Huhtaniemi, I. T., Rahman, N. A., & Zacharewski, T. R. (2012). BLTK1 murine Leydig cells: a novel steroidogenic model for evaluating the effects of reproductive and developmental toxicants. *Toxicology Science,* 127(2), 391-402. DOI: 10.1093/toxsci/kfs121. https://www.ncbi.nlm.nih.gov/pubmed/22461451.

Forlani, G., Pavan, M., Gramek, M., Kafarski, P., & Lipok, J. (2008). Biochemical bases for a widespread tolerance of cyanobacteria to the phosphonate herbicide glyphosate. *Plant and Cell Physiology,* 49(3), 443-456. DOI: 10.1093/pcp/pcn021. https://www.ncbi.nlm.nih.gov/pubmed/18263622.

Forsythe, S. D., Devarasetty, M., Shupe, T., Bishop, C., Atala, A., Soker, S., & Skardal, A. (2018). Environmental Toxin Screening Using Human-Derived 3D Bioengineered Liver and Cardiac Organoids. *Frontiers in Public Health,* 6, 103. DOI: 10.3389/fpubh.2018.00103. https://www.ncbi.nlm.nih.gov/pubmed/29755963.

Franz, John E. (1974). *N-Phosphonomethyl-glycine Phytotoxicant Compositions*. U.S. Patent No.: 3,799,758. For: Monsanto Company. Date granted: 03/26/1974.

Franz, John E. (1983). *Salts of N-Phosphonomethylglycine*. U.S. Patent No.: 4,405,531. For: Monsanto Company. Date granted: 09/20/1983.

*Freese, Bill. (2014). Appendix A: Center for Food Safety Comments re: 2,4---D: New Use on Herbicide---Tolerant Corn and Soybean, Docket No. EPA---HQ---OPP---2014---0195. Environmental Protection Agency.*

*Freese, Bill. (2016). Comments from Center for Food Safety to EPA RE: Docket EPA-HQ-OPP-2016-0385. Environmental Protection Agency.*

Freese, William. (2010). Center for Food Safey Response to Questions From the Domestic Policy Subcommittee of the House Oversight and Government Reform Committee With Regard to Herbicide-Resistant Weeds Following Testimony Delivered Before the Subcommittee on September 30 , 2010. United States House of Representatives.

Frescura, Viviane Dal-Souto, Kuhn, Andrielle Wouters, Laughinghouse, Haywood Dail 4th, Paranhos, Jucara Terezinha, & Tedesco, Solange Bosio. (2013). Post-treatment with plant extracts used in Brazilian folk medicine caused a partial reversal of the antiproliferative effect of glyphosate in the *Allium cepa* test. *Biocell,* 37(2), 23-28.

Freydier, Laurène, & Lundgren, G. (2016). Unintended effects of the herbicides 2,4-D and dicamba on lady beetles. *Ecotoxicology,* 25, 1270-1277. DOI: 10.1007/s10646-016-1680-4. https://link.springer.com/article/10.1007%2Fs10646-016-1680-4.

Friends of the Earth Europe. (2013). *Human contamination by glyphosate*.

Fugh-Berman, Adriane, & Sherman, Thomas G. (2014). Rounding Up Scientific Journals. *Bioethics Forum Blog.* 13-14. https://www.thehastingscenter.org/rounding-up-scientific-journals/

Gaines, Todd A, Zhang, Wenli, Wang, Dafu, Bukun, Bekir, Chisholm, Stephen T, Shaner, Dale L, Nissen, Scott J, Patzoldt, William L, Tranel, Patrick J, Culpepper, a Stanley, Grey, Timothy L, Webster, Theodore M, Vencill, William K, Sammons, R Douglas, Jiang, Jiming, Preston, Christopher, Leach, Jan E, & Westra, Philip. (2010). Gene amplification confers glyphosate resistance in *Amaranthus palmeri*. *Proceedings of the National Academy of Sciences of the United States of America,* 107(3), 1029-1034. DOI: 10.1073/pnas.0906649107. https://www.ncbi.nlm.nih.gov/pubmed/20018685.

Gallegos, C. E., Baier, C. J., Bartos, M., Bras, C., Dominguez, S., Monaco, N., Gumilar, F., Gimenez, M. S., & Minetti, A. (2018). Perinatal Glyphosate-Based Herbicide Exposure in Rats Alters Brain Antioxidant Status, Glutamate and Acetylcholine Metabolism and Affects Recognition Memory. *Neurotoxicity Research,* 34(3), 363-374. DOI: 10.1007/s12640-018-9894-2.

# Dr. Charles Benbrook, Ph.D.
## Master Materials Considered List – 6-20-2019

Garry, Vincent F., Harkins, Mary E., Erickson, Leanna L., Long-Simpson, Leslie K., Holland, Seth E., & Burroughs, Barbara L. (2002). Birth defects, season of conception, and sex of children born to pesticide applicators living in the Red River Valley of Minnesota, USA. *Environmental Health Perspectives,* 110, 441-449. DOI: 10.1289/ehp.02110s3441.

Gasnier, C., Benachour, N., Clair, E., Travert, C., Langlois, F., Laurant, C., Decroix-Laporte, C., & Seralini, G. E. (2010). Dig1 protects against cell death provoked by glyphosate-based herbicides in human liver cell lines. *Journal of Occupational Medicine and Toxicology,* 5(29), 29. DOI: 10.1186/1745-6673-5-29. https://www.ncbi.nlm.nih.gov/pubmed/20979644.

Gasnier, C., Dumont, C., Benachour, N., Clair, E., Chagnon, M. C., & Seralini, G. E. (2009). Glyphosate-based herbicides are toxic and endocrine disruptors in human cell lines. *Toxicology,* 262(3), 184-191. DOI: 10.1016/j.tox.2009.06.006. https://www.ncbi.nlm.nih.gov/pubmed/19539684.

Gaspar, J., Laires, A., Va, S., Pereira, S., Mariano, A., Quina, M., & Rueff, J. (1996). Mutagenic activity of glycine upon nitrosation in the presence of chloride and human gastric juice: a possible role in gastric carcinogenesis. *Teratogenesis, Carcinogenesis, and Mutagenesis,* 16(5), 275-286. DOI: 10.1002/(SICI)1520-6866(1996)16:5<275::AID-TCM4>3.0.CO;2-F. https://www.ncbi.nlm.nih.gov/pubmed/9122893.

Gattas, F., De Stefano, L. G., Vinocur, A., Bordet, F., Espinosa, M. S., Pizarro, H., & Cataldo, D. (2018). Impact of interaction between *Limnoperna fortunei* and Roundup Max(®) on freshwater phytoplankton: An in situ approach in Salto Grande reservoir (Argentina). *Chemosphere,* 209, 748-757. DOI: 10.1016/j.chemosphere.2018.06.129.

Gaupp-Berghausen, M., Hofer, M., Rewald, B., & Zaller, J. G. (2015). Glyphosate-based herbicides reduce the activity and reproduction of earthworms and lead to increased soil nutrient concentrations. *Scientific Reports,* 5. DOI: 10.1038/srep12886. https://www.ncbi.nlm.nih.gov/pmc/articles/PMC4542661/pdf/srep12886.pdf.

Gehin, A., Guillaume, Y. C., Millet, J., Guyon, C., & Nicod, L. (2005). Vitamins C and E reverse effect of herbicide-induced toxicity on human epidermal cells HaCaT: a biochemometric approach. *International Journal of Pharmaceutics,* 288(2), 219-226. DOI: 10.1016/j.ijpharm.2004.09.024. https://www.ncbi.nlm.nih.gov/pubmed/15620861.

George, Jasmine, Prasad, Sahdeo, Mahmood, Zafar, & Shukla, Yogeshwer. (2010). Studies on glyphosate-induced carcinogenicity in mouse skin: A proteomic approach. *Journal of Proteomics,* 73(5), 951-964. DOI: 10.1016/j.jprot.2009.12.008. http://www.sciencedirect.com/science/article/pii/S187439190900390X.

George, J., & Shukla, Y. (2013). Emptying of Intracellular Calcium Pool and Oxidative Stress Imbalance Are Associated with the Glyphosate-Induced Proliferation in Human Skin Keratinocytes HaCaT Cells. *ISRN Dermatology,* 2013, 825180. DOI: 10.1155/2013/825180. https://www.ncbi.nlm.nih.gov/pubmed/24073338.

Geret, F., Burgeot, T., Haure, J., Gagnaire, B., Renault, T., Communal, P. Y., & Samain, J. F. (2013). Effects of low-dose exposure to pesticide mixture on physiological responses of the pacific oyster, *Crassostrea gigas*. *Environmental Toxicology,* 28(12), 689-699. DOI: 10.1002/tox.20764. https://doi.org/10.1002/tox.20764.

Germany. (2013). Renewal Assessment Report: Glyphosate, Data on application and further information. European Food Safety Authority.

Germany. (2013). Renewal Assessment Report: Glyphosate, Ecotoxicology. European Food Safety Authority.

Germany. (2013). Renewal Assessment Report: Glyphosate, Environmental fate and behaviour. European Food Safety Authority.

# Dr. Charles Benbrook, Ph.D.
## Master Materials Considered List – 6-20-2019

Germany. (2013). Renewal Assessment Report: Glyphosate, Evaluation of peer-reviewed literature regarding ecotoxicity. European Food Safety Authority.

Germany. (2013). *Renewal Assessment Report: Glyphosate, Identity*. European Food Safety Authority.

Germany. (2013). Renewal Assessment Report: Glyphosate, List of information, tests, and studies relied upon. European Food Safety Authority.

Germany. (2013). Renewal Assessment Report: Glyphosate, List of Tests and Studies. European Food Safety Authority.

Germany. (2013). Renewal Assessment Report: Glyphosate, Methods of analysis. European Food Safety Authority.

Germany. (2013). Renewal Assessment Report: Glyphosate, Physical and Chemical Properties. European Food Safety Authority.

Germany. (2013). Renewal Assessment Report: Glyphosate, Proposals for classification and labelling. European Food Safety Authority.

Germany. (2013). Renewal Assessment Report: Glyphosate, Report and Proposed Decision. European Food Safety Authority.

Germany. (2013). Renewal Assessment Report: Glyphosate, Residue Data. European Food Safety Authority.

Germany. (2013). Renewal Assessment Report: Glyphosate, Toxicology and Metabolism. European Food Safety Authority.

Ghisi Nde, C., de Oliveira, E. C., & Prioli, A. J. (2016). Does exposure to glyphosate lead to an increase in the micronuclei frequency? A systematic and meta-analytic review. *Chemosphere,* 145, 42-54. DOI: 10.1016/j.chemosphere.2015.11.044. https://www.ncbi.nlm.nih.gov/pubmed/26688238.

Gholami-Seyedkolaei, S. J., Mirvaghefi, A., Farahmand, H., & Kosari, A. A. (2013). Optimization of recovery patterns in common carp exposed to Roundup using response surface methodology: evaluation of neurotoxicity and genotoxicity effects and biochemical parameters. *Ecotoxicology and Environmental Safety,* 98, 152-161. DOI: 10.1016/j.ecoenv.2013.09.009. https://www.ncbi.nlm.nih.gov/pubmed/24094415.

Giesy, J. P., Dobson, S., & Solomon, K. R. (2000). Ecotoxicological risk assessment for Roundup® Herbicide. In G. W. Ware (Ed.), *Reviews of Environmental Contamination and Toxicology, Vol 167* (Vol. 167, pp. 35-120).

Gigante, P., Berni, M., Bussolati, S., Grasselli, F., Grolli, S., Ramoni, R., & Basini, G. (2018). Glyphosate affects swine ovarian and adipose stromal cell functions. *Animal Reproduction Science*. DOI: 10.1016/j.anireprosci.2018.05.023.

Gillam, Carey. (2014). USDA Grants Approval To Dow's Enlist GMO Corn And Soybeans. *Reuters.* https://www.reuters.com/article/us-agriculture-dow-enlist/usda-grants-approval-to-dows-enlist-gmo-corn-and-soybeans-idUSKBN0HC2JS20140917

Gillam, Carey (2015). Scientist defends WHO group report linking herbicide to cancer. *Reuters.* https://in.reuters.com/article/us-monsanto-herbicide/scientist-defends-who-group-report-linking-herbicide-to-cancer-idINKBN0MM2JR20150326

Gillezeau, Christina, van Gerwen, Maaike, Shaffer, Rachel M, Rana, Iemaan, Zhang, Luoping, Sheppard, Lianne, & Taioli, Emanuela. (2019). The evidence of human exposure to glyphosate: a review. *Environmental Health,* 18(1), 2. DOI: 10.1186/s12940-018-0435-5. https://www.ncbi.nlm.nih.gov/pubmed/30612564.

Glosl, S., Wagner, K. H., Draxler, A., Kaniak, M., Lichtenecker, S., Sonnleitner, A., Somoza, V., Erbersdobler, H., & Elmadfa, I. (2004). Genotoxicity and mutagenicity of melanoidins isolated from a roasted glucose-glycine model in human lymphocyte cultures, intestinal Caco-2 cells and

# Dr. Charles Benbrook, Ph.D.
## Master Materials Considered List – 6-20-2019

in the *Salmonella typhimurium* strains TA98 and TA102 applying the AMES test. *Food and Chemical Toxicology,* 42(9), 1487-1495. DOI: 10.1016/j.fct.2004.04.011. https://www.ncbi.nlm.nih.gov/pubmed/15234079.

Glusczak, Lissandra, Loro, Vania Lucia, Pretto, Alexandra, Moraes, Bibiana Silveira, Raabe, Alice, Duarte, Marta Frescura, da Fonseca, Milene Braga, de Menezes, Charlene Cavalheiro, & de Sousa Valladão, Dênia Mendes. (2011). Acute Exposure to Glyphosate Herbicide Affects Oxidative Parameters in Piava (*Leporinus obtusidens*). *Archives of Environmental Contamination and Toxicology,* 61(4), 624-630. DOI: 10.1007/s00244-011-9652-4. https://doi.org/10.1007/s00244-011-9652-4.

Glyphosate Task Force. (2013). Clarification of Pre-harvest uses of glyphosate The advantages, best practices and residue monitoring. glyphosate.eu.

*Goldman Sachs. (2008). Company Update: Monsanto Co. (MON).*

Gomez, A. L., Altamirano, G. A., Leturia, J., Bosquiazzo, V. L., Munoz-de-Toro, M., & Kass, L. (2019). Male mammary gland development and methylation status of estrogen receptor alpha in Wistar rats are modified by the developmental exposure to a glyphosate-based herbicide. *Molecular and Cellular Endocrinology,* 481, 14-25. DOI: 10.1016/j.mce.2018.11.005.

Goncalves, B. B., Nascimento, N. F., Santos, M. P., Bertolini, R. M., Yasui, G. S., & Giaquinto, P. C. (2018). Low concentrations of glyphosate-based herbicide cause complete loss of sperm motility of yellowtail tetra fish *Astyanax lacustris*. *Journal of Fish Biology,* 92(4), 1218-1224. DOI: 10.1111/jfb.13571.

Good, P. (2018). Evidence the U.S. autism epidemic initiated by acetaminophen (Tylenol) is aggravated by oral antibiotic amoxicillin/clavulanate (Augmentin) and now exponentially by herbicide glyphosate (Roundup). *Clinical Nutrition ESPEN,* 23, 171-183. DOI: 10.1016/j.clnesp.2017.10.005.

Gould, Fred, Brown, Zachary S., & Kuzma, Jennifer. (2018). Wicked evolution: Can we address the sociobiological dilemma of pesticide resistance? *Science,* 360, 728-732.

Gray, Michael E. (2011). Relevance of Traditional Integrated Pest Management (IPM) Strategies for Commercial Corn Producers in a Transgenic Agroecosystem: A Bygone Era? *Journal of Agricultural and Food Chemistry,* 59(11). https://www.ncbi.nlm.nih.gov/pubmed/20873716.

Green, J. M. (2014). Current state of herbicides in herbicide-resistant crops. *Pest Management Science,* 70(9), 1351-1357. DOI: 10.1002/ps.3727. https://www.ncbi.nlm.nih.gov/pubmed/24446395.

Green, J. M. (2018). The rise and future of glyphosate and glyphosate-resistant crops. *Pest Management Science,* 74(5), 1035-1039. DOI: 10.1002/ps.4462. https://www.ncbi.nlm.nih.gov/pubmed/27758090.

Green, Jerry M, & Owen, Micheal D K. (2011). Herbicide-resistant crops: utilities and limitations for herbicide-resistant weed management. *Journal of Agricultural and Food Chemistry,* 59(11), 5819-5829. DOI: 10.1021/jf101286h. https://www.ncbi.nlm.nih.gov/pubmed/20586458.

Greim, H., Saltmiras, D., Mostert, V., & Strupp, C. (2015). Evaluation of carcinogenic potential of the herbicide glyphosate, drawing on tumor incidence data from fourteen chronic/carcinogenicity rodent studies. *Critical Reviews in Toxicology,* 45(3), 185-208. DOI: 10.3109/10408444.2014.1003423. https://www.ncbi.nlm.nih.gov/pubmed/25716480.

Gressel, Jonathan. (2010). Herbicides as Synergists for Mycoherbicides, and Vice Versa. *Weed Science,* 58(3), 324-328. DOI: 10.1614/WS-09-071.1.

Grisolia, C. K. (2002). A comparison between mouse and fish micronucleus test using cyclophosphamide, mitomycin C and various pesticides. *Mutation Research,* 518, 145-150.

## Dr. Charles Benbrook, Ph.D.
## Master Materials Considered List – 6-20-2019

Grube, Arthur, Donaldson, David, Kiely, Timothy, & Wu, La. (2011). *Pesticides Industry Sales and Usage: 2006 and 2007 Market Estimates*. Environmental Protection Agency.

Guerrero Schimpf, M., Milesi, M. M., Luque, E. H., & Varayoud, J. (2018). Glyphosate-based herbicide enhances the uterine sensitivity to estradiol in rats. *Journal of Endocrinology*, 239(2), 197-213. DOI: 10.1530/JOE-18-0207. https://www.ncbi.nlm.nih.gov/pubmed/30121576.

Gui, Ya-xing, Fan, Xiao-ning, Wang, Hong-mei, Wang, Gang, & Chen, Sheng-di. (2012). Glyphosate induced cell death through apoptotic and autophagic mechanisms. *Neurotoxicology and Teratology*, 34(3), 344-349. DOI: 10.1016/j.ntt.2012.03.005. http://www.sciencedirect.com/science/article/pii/S0892036212000438.

Guijarro, K. H., Aparicio, V., De Geronimo, E., Castellote, M., Figuerola, E. L., Costa, J. L., & Erijman, L. (2018). Soil microbial communities and glyphosate decay in soils with different herbicide application history. *Science of the Total Environment*, 634, 974-982. DOI: 10.1016/j.scitotenv.2018.03.393.

Guilherme, S., Gaivao, I., Santos, M. A., & Pacheco, M. (2010). European eel (*Anguilla anguilla*) genotoxic and pro-oxidant responses following short-term exposure to Roundup—a glyphosate-based herbicide. *Mutagenesis*, 25(5), 523-530. DOI: 10.1093/mutage/geq038. https://www.ncbi.nlm.nih.gov/pubmed/20643706.

Guilherme, S., Gaivão, I., Santos, M. A., & Pacheco, M. (2012). DNA damage in fish (*Anguilla anguilla*) exposed to a glyphosate-based herbicide – Elucidation of organ-specificity and the role of oxidative stress. *Mutation Research/Genetic Toxicology and Environmental Mutagenesis*, 743(1), 1-9. DOI: 10.1016/j.mrgentox.2011.10.017. http://www.sciencedirect.com/science/article/pii/S1383571811003834.

Guilherme, S., Santos, M. A., Barroso, C., Gaivao, I., & Pacheco, M. (2012). Differential genotoxicity of Roundup(®) formulation and its constituents in blood cells of fish (*Anguilla anguilla*): considerations on chemical interactions and DNA damaging mechanisms. *Ecotoxicology*, 21(5), 1381-1390. DOI: 10.1007/s10646-012-0892-5. https://www.ncbi.nlm.nih.gov/pubmed/22526921.

Guilherme, S., Santos, M. A., Gaivao, I., & Pacheco, M. (2014). Are DNA-damaging effects induced by herbicide formulations (Roundup® and Garlon®) in fish transient and reversible upon cessation of exposure? *Aquatic Toxicology*, 155, 213-221. DOI: 10.1016/j.aquatox.2014.06.007. https://www.ncbi.nlm.nih.gov/pubmed/25058560.

Guilherme, S., Santos, M. A., Gaivão, I., & Pacheco, M. (2014). DNA and chromosomal damage induced in fish (*Anguilla anguilla* L.) by aminomethylphosphonic acid (AMPA)—the major environmental breakdown product of glyphosate. *Environmental Science and Pollution Research*, 21(14), 8730-8739. DOI: 10.1007/s11356-014-2803-1. https://doi.org/10.1007/s11356-014-2803-1.

Guyton, K. Z., Loomis, D., Grosse, Y., El Ghissassi, F., Benbrahim-Tallaa, L., Guha, N., Scoccianti, C., Mattock, H., & Straif, K. (2015). Carcinogenicity of tetrachlorvinphos, parathion, malathion, diazinon, and glyphosate. *The Lancet Oncology*, 16(5), 490-491. DOI: 10.1016/S1470-2045(15)70134-8. https://www.ncbi.nlm.nih.gov/pubmed/25801782.

Hammond, B., Dudek, R., Lemen, J., & Nemeth, M. (2004). Results of a 13 week safety assurance study with rats fed grain from glyphosate tolerant corn. *Food and Chemical Toxicology*, 42, 1003-1014. DOI: 10.1016/j.fct.2004.02.013.

Hansen, L. R., & Roslev, P. (2016). Behavioral responses of juvenile *Daphnia magna* after exposure to glyphosate and glyphosate-copper complexes. *Aquatic Toxicology*, 179, 36-43. DOI: 10.1016/j.aquatox.2016.08.010. https://www.ncbi.nlm.nih.gov/pubmed/27564378.

# Dr. Charles Benbrook, Ph.D.
## Master Materials Considered List – 6-20-2019

Hardell, Lennart, Eriksson, Mikael, & Nordstrom, Marie. (2002). Exposure to pesticides as risk factor for non-Hodgkin's lymphoma and hairy cell leukemia: pooled analysis of two Swedish case-control studies. *Leukemia & Lymphoma,* 43(5), 1043-1049.

Harker, K. Neil, O'Donovan, John T., Blackshaw, Robert E., Beckie, Hugh J., Mallory-Smith, C., & Maxwell, Bruce D. (2012). Our View. *Weed Science,* 60, 143-144. DOI: 10.1614/WS-D-11-00177.1. https://www.cambridge.org/core/journals/weed-science/article/our-view/CC0FDFD42A48A502D6784BEA2B34F66B.

Harper, M. S., Shen, Z. A., Barnett, J. F., Jr., Krsmanovic, L., Dakoulas, E. W., & Delaney, B. (2010). Toxicology studies with N-acetylglycine. *Food and Chemical Toxicology,* 48(5), 1321-1327. DOI: 10.1016/j.fct.2010.02.031. https://www.ncbi.nlm.nih.gov/pubmed/20188778.

Harre, Nick T., Nie, Haozhen, Robertson, Renae R., Johnson, William G., Weller, Stephen C., & Young, Bryan G. (2017). Distribution of Herbicide-Resistant Giant Ragweed (*Ambrosia trifida*) in Indiana and Characterization of Distinct Glyphosate-Resistant Biotypes. *Weed Science,* 65(06), 699-709. DOI: 10.1017/wsc.2017.56. https://www.cambridge.org/core/journals/weed-science/article/distribution-of-herbicideresistant-giant-ragweed-ambrosia-trifida-in-indiana-and-characterization-of-distinct-glyphosateresistant-biotypes/B2839599203EEEDCC2E632744B3BAF6C.

Hartzler, B., Boerboon, C., Nice, G., & Sikkema, P. (2006). *Understanding Glyphosate To Increase Performance.* Purdue Extension.

Hartzler, Bob, Owen, Owen, Boerboom, Chris, Bradley, Kevin, Gunsolus, Jeff, Johnson, Bill, Kells, Jim, Hager, Aaron, Nordby, Dawn, Sprague, Christy, & Young, Bryan. (2004). Preserving the Value of Glyphosate.

Harvest Public Media. (2012). Roundup resistance leading to more chemicals, study finds. *Harvest Public Media.* 10-12. https://info.umkc.edu/harvestpublicmediaarchive/2012/10/11/roundup-resistance-leading-to-more-chemicals-study-finds/

Hawkins, M, & Cordova, J. (2009). Updated Review of Glyphosate (103601) Incident Reports, Office of Pesticide Programs, Environmental Protection Agency. Office of Pesticide Programs, Environmental Protection Agency,.

Heap, I. . (2014). Global perspective of herbicide-resistant weeds. *Pest Management Science,* 70(9), 1306-1315. DOI: 10.1002/ps.3696. https://www.ncbi.nlm.nih.gov/pubmed/24302673.

Heap, Ian M. (2011). Criteria for Reporting of Resistant Weeds: International Survey of Herbicide-Resistant Weeds. Presentation in Brazil,,

Hébert, Marie-Pier, Fugère, Vincent, & Gonzalez, Andrew. (2019). The overlooked impact of rising glyphosate use on phosphorus loading in agricultural watersheds. *Frontiers in Ecology and the Environment,* 17(1), 48-56. DOI: 10.1002/fee.1985.

Heimlich, Ralph  E., Fernandez-Cornejo, orge, McBride, William , Klotz-Ingram, Cassandra, Jans, Sharon, & Brooks, Nora. (2000). *Genetically Engineered Crops: Has Adoption Reduced Pesticide Use?* Economic Research Sevice, United States Department of Agriculture.

Helal, A, & Moussa, H (2005). Chromosomal aberrations induced by glyphosate isopropylamine herbicide and trials for diminuting its toxicity using some chemical inactivators and antioxidant. *Veterinary Medical Journal-Giza* 53, 169-187.

Helander, M., Saloniemi, I., Omacini, M., Druille, M., Salminen, J. P., & Saikkonen, K. (2018). Glyphosate decreases mycorrhizal colonization and affects plant-soil feedback. *Science of the Total Environment,* 642, 285-291. DOI: 10.1016/j.scitotenv.2018.05.377. https://www.ncbi.nlm.nih.gov/pubmed/29902626.

# Dr. Charles Benbrook, Ph.D.
## Master Materials Considered List – 6-20-2019

Henriksen, B., & Elen, O. (2005). Natural *Fusarium* grain infection level in wheat, barley and oat after early application of fungicides and herbicides. *Journal of Phytopathology,* 153, 214-220. DOI: 10.1111/j.1439-0434.2005.00955.x.

Herbert, Lucila H, Vazquez, Diego E, Arenas, Andres, & Farina, Walter M. (2014). Effects of field-realistic doses of glyphosate on honeybee appetitive behaviour. *The Journal of Experimental Biology*. DOI: 10.1242/jeb.109520.

Herrera Lopez, S., Scholten, J., Kiedrowska, B., & de Kok, A. (2019). Method validation and application of a selective multiresidue analysis of highly polar pesticides in food matrices using hydrophilic interaction liquid chromatography and mass spectrometry. *Journal of Chromatography A*. DOI: 10.1016/j.chroma.2019.02.024.

Herrmann, Klaus M., & Weaver, Lisa M. (1999). The Shikimate Pathway. *Annual Review of Plant Physiology and Plant Molecular Biology,* 50, 473-503. DOI: 10.1146/annurev.arplant.50.1.473.

Herrmann, Klaus M, & Weaver, Lisa M. (1999). The Shikimate Pathway. *Annual Review of Plant Physiology and Plant Molecular Biology,* 50, 473-503.

Heu, C., Berquand, A., Elie-Caille, C., & Nicod, L. (2012). Glyphosate-induced stiffening of HaCaT keratinocytes, a Peak Force Tapping study on living cells. *Journal of Structural Biology,* 178(1), 1-7. DOI: 10.1016/j.jsb.2012.02.007. https://www.ncbi.nlm.nih.gov/pubmed/22369932.

Heu, C., Elie-Caille, C., Mougey, V., Launay, S., & Nicod, L. (2012). A step further toward glyphosate-induced epidermal cell death: involvement of mitochondrial and oxidative mechanisms. *Environmental Toxicology and Pharmacology,* 34(2), 144-153. DOI: 10.1016/j.etap.2012.02.010. https://www.ncbi.nlm.nih.gov/pubmed/22522424.

Heydens, W. F., Healy, C. E., Hotz, K. J., Kier, L. D., Martens, M. A., Wilson, A. G., & Farmer, D. R. (2008). Genotoxic potential of glyphosate formulations: mode-of-action investigations. *Journal of Agricultural and Food Chemistry,* 56(4), 1517-1523. DOI: 10.1021/jf072581i. https://www.ncbi.nlm.nih.gov/pubmed/18197620.

Hirshberg, Gary, Benbrook, Chuck, & Lundgren, Britt. (2011, 09/25/2011).Manuscript: *Our Right to Know – the Case for Labeling Genetically Engineered Food*.

Hmielowski, Tracy. (2019). Glyphosate and Phosphate Interactions in soils. *CSA News,* 64(1). DOI: 10.2134/csa2019.64.0103.

Hokanson, R., Fudge, R., Chowdhary, R., & Busbee, D. (2007). Alteration of estrogen-regulated gene expression in human cells induced by the agricultural and horticultural herbicide glyphosate. *Human and Experimental Toxicology,* 26(9), 747-752. DOI: 10.1177/0960327107083453. https://www.ncbi.nlm.nih.gov/pubmed/17984146.

Holečková, Beáta. (2006). Evaluation of the in vitro effect of glyphosate-based herbicide on bovine lymphocytes using chromosome painting. *Bulletin of the Veterinary Institute in Pulawy,* 50(4), 533-536.

Hollert, Henner, & Backhaus, Thomas. (2019). Some food for thought: a short comment on Charles Benbrook´s paper "How did the US EPA and IARC reach diametrically opposed conclusions on the genotoxicity of glyphosate-based herbicides?" and its implications. *Environmental Sciences Europe,* 31(1). DOI: 10.1186/s12302-019-0187-z.

Honeycutt, Zen , & Rowlands, Henry. (2014). *Glyphosate Testing Report: Findings in American Mothers' Breast Milk, Urine and Water*. Moms Across America and Sustainable Pulse.

Hong, Y., Yang, X., Huang, Y., Yan, G., & Cheng, Y. (2018). Assessment of the oxidative and genotoxic effects of the glyphosate-based herbicide Roundup on the freshwater shrimp, *Macrobrachium nipponensis*. *Chemosphere,* 210, 896-906. DOI: 10.1016/j.chemosphere.2018.07.069. https://www.ncbi.nlm.nih.gov/pubmed/30208549.

# Dr. Charles Benbrook, Ph.D.
## Master Materials Considered List – 6-20-2019

Hong, Y., Yang, X., Yan, G., Huang, Y., Zuo, F., Shen, Y., Ding, Y., & Cheng, Y. (2017). Effects of glyphosate on immune responses and haemocyte DNA damage of Chinese mitten crab, *Eriocheir sinensis*. *Fish and Shellfish Immunology,* 71, 19-27. DOI: 10.1016/j.fsi.2017.09.062. https://www.ncbi.nlm.nih.gov/pubmed/28962885.

*Hoodes, Liana. (2011). Letter from National Organic Coalition to USDA re: Glyphosate-Tolerant Alfalfa Events J101 and J163: Request for Nonregulated Status, Final Environmental Impact Statement— December 2010. United States Department of Agriculture.*

Huber, Don M. (2010). *Ag Chemical and Crop Nutrient Interactions – Current Update.* Paper presented at the Proc Fluid Fertilizer Forum, Scottsdale, AZ.

Huber, Don M. (2011). Letter to USDA Secretary re: Plant Pathogen in Roundup Ready Soybean and Corn. United States Department of Agriculture.

Huber, Don M. (2011). *Soil Life and Glyphosate.* Presented at the Grassworks Conference, Wisconsin Dells, WI,

IARC. (2015). Press Release- IARC Meeting Summary Re: IARC Monographs Volume 112. World Health Organization.

IARC. (2016). Letter from IARC to European Food Safety Authority Re: IARC Monographs on the Evaluation of Carcinogenic Risks to Humans. World Health Organization.

IARC. (2016). *Q & A on Glyphosate*. World Health Organization.

IARC. (2017). IARC Monographs on the evaluation of carcinogenic risks to humans - Volume 112: Some organophosphate insecticides and herbicides. World Health Organization.

IARC. (2017). Letter from IARC in Response to U.S. Congressmen on IARC Monographs on Glyphosate. World Health Organization.

IARC. (2018, 11/09/2018). Agents Classified by the IARC Monographs, Volumes 1-123. Retrieved from https://monographs.iarc.fr/agents-classified-by-the-iarc/

IARC. (2018). Briefing Note for IARC Scientific and Governing Council members. World Health Organization.

IARC. (2018). IARC response to criticisms of the Monographs and the glyphosate evaluation.

Infante, Peter F. (2016). Glyphosate and Cancer: A Review of the Epidemiological Literature Related to the Development of Non-Hodgkin Lymphoma. Presented before FIFRA/EPA Scientific Advisory Comm.

Infante, Peter F. (2016). Letter to EPA Re: FIFRA Glyphosate Scientific Advisory Panel Submission by CropLife America Dated October 12, 2016. Environmental Protection Agency.

Infante, Peter F, Melnick, Ronald, Vainio, Harri, & Huff, James. (2018). Commentary: IARC Monographs Program and public health under siege by corporate interests. *American Journal of Industrial Medicine,* 61(4), 277-281. DOI: 10.1002/ajim.22811. https://www.ncbi.nlm.nih.gov/pubmed/29397007.

Iowa State University. (2009). *Glyphosate Stewardship*. ISU University Extension.

Iummato, María Mercedes, Di Fiori, Eugenia, Sabatini, Sebastián Eduardo, Cacciatore, Luis Claudio, Cochón, Adriana Cristina, Ríos de Molina, María del Carmen, & Juárez, Ángela Beatriz. (2013). Evaluation of biochemical markers in the golden mussel *Limnoperna fortunei* exposed to glyphosate acid in outdoor microcosms. *Ecotoxicology and Environmental Safety,* 95, 123-129. DOI: https://doi.org/10.1016/j.ecoenv.2013.05.024. http://www.sciencedirect.com/science/article/pii/S0147651313002157.

Jacobs, Jeremy P. (2012). Battle lines form as USDA weighs approval for corn resistant to notorious herbicide. *E&E News.*

# Dr. Charles Benbrook, Ph.D.
## Master Materials Considered List – 6-20-2019

Jaeschke, Benedict C, Millward, Geoffrey E, Moody, A John, & Jha, Awadhesh N. (2011). Tissue-specific incorporation and genotoxicity of different forms of tritium in the marine mussel, *Mytilus edulis*. *Environmental Pollution*, 159(1), 274-280. DOI: 10.1016/j.envpol.2010.08.033. https://www.ncbi.nlm.nih.gov/pubmed/20880622.

Jansons, M., Pugajeva, I., & Bartkevics, V. (2018). Occurrence of glyphosate in beer from the Latvian market. *Food Additives & Contaminants. Part A: Chemistry, analysis, control, exposure & risk assessment*, 35(9), 1767-1775. DOI: 10.1080/19440049.2018.1469051.

Jayasumana, Channa, Gunatilake, Sarath, & Senanayake, Priyantha. (2014). Glyphosate, hard water and nephrotoxic metals: are they the culprits behind the epidemic of chronic kidney disease of unknown etiology in Sri Lanka? *International Journal of Environmental Research and Public Health*, 11(2), 2125-2147. DOI: 10.3390/ijerph110202125. https://www.ncbi.nlm.nih.gov/pubmed/24562182.

Jayasumana, Channa, Gunatilake, Sarath, & Siribaddana, Sisira. (2015). Simultaneous exposure to multiple heavy metals and glyphosate may contribute to Sri Lankan agricultural nephropathy. *BMC Nephrology*, 16, 103. DOI: 10.1186/s12882-015-0109-2. https://www.ncbi.nlm.nih.gov/pubmed/26162605.

Jayasumana, Channa, Paranagama, Priyani, Agampodi, Suneth, Wijewardane, Chinthaka, Gunatilake, Sarath, & Siribaddana, Sisira. (2015). Drinking well water and occupational exposure to Herbicides is associated with chronic kidney disease, in Padavi-Sripura, Sri Lanka. *Environmental Health*, 14, 6. DOI: 10.1186/1476-069X-14-6. https://www.ncbi.nlm.nih.gov/pubmed/25596925.

Jensen, P. K., Wujcik, C. E., McGuire, M. K., & McGuire, M. A. (2016). Validation of reliable and selective methods for direct determination of glyphosate and aminomethylphosphonic acid in milk and urine using LC-MS/MS. *Journal of Environmental Science and Health, Part B*, 51(4), 254-259. DOI: 10.1080/03601234.2015.1120619. https://www.ncbi.nlm.nih.gov/pubmed/26786170.

Ji, Chenglong, Wu, Huifeng, Wei, Lei, Zhao, Jianmin, Lu, Hongjian, & Yu, Junbao. (2013). Proteomic and metabolomic analysis of earthworm *Eisenia fetida* exposed to different concentrations of 2,2',4,4'-tetrabromodiphenyl ether. *Journal of Proteomics*, 91, 405-416. DOI: 10.1016/j.jprot.2013.08.004. https://www.ncbi.nlm.nih.gov/pubmed/23954424.

Ji, H., Xu, L., Wang, Z., Fan, X., & Wu, L. (2018). Differential microRNA expression in the prefrontal cortex of mouse offspring induced by glyphosate exposure during pregnancy and lactation. *Experimental and Therapeutic Medicine*, 15(3), 2457-2467. DOI: 10.3892/etm.2017.5669. https://www.ncbi.nlm.nih.gov/pubmed/29467848.

Jiang, X., Zhang, N., Yin, L., Zhang, W. L., Han, F., Liu, W. B., Chen, H. Q., Cao, J., & Liu, J. Y. (2018). A commercial Roundup® formulation induced male germ cell apoptosis by promoting the expression of XAF1 in adult mice. *Toxicology Letters*, 296, 163-172. DOI: 10.1016/j.toxlet.2018.06.1067.

Johal, G. S., & Huber, D. M. (2009). Glyphosate effects on diseases of plants. *European Journal of Agronomy*, 31(3), 144-152. DOI: 10.1016/j.eja.2009.04.004. https://www.sciencedirect.com/science/article/pii/S1161030109000628.

Johnson, Stanley R., Strom, Sue, & Grillo, Karen. (2007). *Quantification of the Impacts on US Agriculture of Biotechnology-Derived Crops Planted in 2006*. National Center for Food and Agricultural Policy.

# Dr. Charles Benbrook, Ph.D.
## Master Materials Considered List – 6-20-2019

Johnson, William G., Davis, Vince M., Kruger, Greg R., & Weller, Stephen C. (2009). Influence of glyphosate-resistant cropping systems on weed species shifts and glyphosate-resistant weed populations. *European Journal of Agronomy,* 31, 162-172. DOI: 10.1016/j.eja.2009.03.008.

Jost, P., Shurley, D., Culpepper, S., Roberts, P., Nichols, R., Reeves, J., & Anthony, S. (2008). Economic comparison of transgenic and nontransgenic cotton production systems in Georgia. *Agronomy Journal,* 100, 42-51. DOI: 10.2134/agronj2006.0259.

Kahr, B. et al. (2019). Academic Publishing and Scientific Integrity: Case Studies of Editorial Interference by Taylor & Francis. J. Scientific Practice and Integrity. Inaugural Issue.

Kale, Purushottam G., Petty, Bobby T., Walker, Sophia, Ford, Jeffery B., Dehkordi, Nahid, Tarasia, Srikumar, Tasie, Bertram O., Kale, Ranjini, & Sohni, Youvraj R. (1995). Mutagenicity testing of nine herbicides and pesticides currently used in agriculture. *Environmental and Molecular Mutagenesis,* 25(2), 148-153. DOI: 10.1002/em.2850250208. https://doi.org/10.1002/em.2850250208.

Karberg, K., Goldstein, D., & Dunn, S. E. (2018). Glyphosate Levels in Older Adults. *JAMA,* 319(13), 1384-1385. DOI: 10.1001/jama.2018.0208. https://jamanetwork.com/journals/jama/article-abstract/2677438.

Kaskey, Jack. (2015). Monsanto Rises After Predicting Growth in Soybean Sales. *Bloomberg.* https://www.bloomberg.com/news/articles/2015-04-01/monsanto-rises-after-predicting-growth-in-soybean-sales

Kasuba, Vilena, Milic, Mirta, Rozgaj, Ruzica, Kopjar, Nevenka, Mladinic, Marin, Zunec, Suzana, Vrdoljak, Ana Lucic, Pavicic, Ivan, Cermak, Ana Marija Marjanovic, Pizent, Alica, Lovakovic, Blanka Tariba, & Zeljezic, Davor. (2017). Effects of low doses of glyphosate on DNA damage, cell proliferation and oxidative stress in the HepG2 cell line. *Environmental Science and Pollution Research,* 24(23), 19267-19281. DOI: 10.1007/s11356-017-9438-y. https://www.ncbi.nlm.nih.gov/pubmed/28667585.

Kawada, T. (2018). Glyphosate toxicity and carcinogenicity. *EXCLI Journal,* 17, 800-801. DOI: 10.17179/excli2018-1581. https://www.ncbi.nlm.nih.gov/pubmed/30233278.

Kaya, B., Creus, A., Yanikoglu, A., Cabre, O., & Marcos, R. (2000). Use of the *Drosophila* wing spot test in the genotoxicity testing of different herbicides. *Environmental and Molecular Mutagenesis,* 36(1), 40-46. https://www.ncbi.nlm.nih.gov/pubmed/10918358.

Kier, L. D. (2015). Review of genotoxicity biomonitoring studies of glyphosate-based formulations. *Critical Reviews in Toxicology,* 45(3), 209-218. DOI: 10.3109/10408444.2015.1010194. https://www.ncbi.nlm.nih.gov/pubmed/25687244.

Kier, Larry D, & Kirkland, David J. (2013). Review of genotoxicity studies of glyphosate and glyphosate-based formulations. *Critical Reviews in Toxicology,* 43(4), 283-315. DOI: 10.3109/10408444.2013.770820. https://www.tandfonline.com/doi/full/10.3109/10408444.2013.770820.

Kilman, Scott. (2010). Superweed Outbreak Triggers Arms Race. *Wall Street Journal.*

Kim, Young-hee, Hong, Jung-rak, Gil, Hyo-wook, Song, Ho-yeon, & Hong, Sae-yong. (2013). Mixtures of glyphosate and surfactant TN20 accelerate cell death via mitochondrial damage-induced apoptosis and necrosis. *Toxicology in Vitro,* 27(1), 191-197. DOI: 10.1016/j.tiv.2012.09.021. http://www.sciencedirect.com/science/article/pii/S0887233312002883.

Kimmel, Gary L, Kimmel, Carole A, Williams, Amy L, & DeSesso, John M. (2013). Evaluation of developmental toxicity studies of glyphosate with attention to cardiovascular development. *Critical Reviews in Toxicology,* 43(2), 79-95. DOI: 10.3109/10408444.2012.749834. https://www.ncbi.nlm.nih.gov/pubmed/23286529.

# Dr. Charles Benbrook, Ph.D.
## Master Materials Considered List – 6-20-2019

Kittle, R. P., McDermid, K. J., Muehlstein, L., & Balazs, G. H. (2018). Effects of glyphosate herbicide on the gastrointestinal microflora of Hawaiian green turtles (*Chelonia mydas*) Linnaeus. *Marine Pollution Bulletin,* 127, 170-174. DOI: 10.1016/j.marpolbul.2017.11.030.

Kleter, Gijs A, Unsworth, B, & Harris, Caroline A. (2011). The impact of altered herbicide residues in transgenic herbicide-resistant crops on standard setting for herbicide residues. *Pest Management Science,* 67, 1193-1210. DOI: 10.1002/ps.2128.

Kniss, A. R. (2017). Long-term trends in the intensity and relative toxicity of herbicide use. *Nature Communications,* 8, 14865. DOI: 10.1038/ncomms14865. https://www.ncbi.nlm.nih.gov/pubmed/28393866.

Kobyłecka, Joanna, Ptaszyński, Bogdan, & Zwolinńska, Anna. (2000). Synthesis and Properties of Complexes of Lead(II), Cadmium(II), and Zinc(II) with N-Phosphonomethylglycine. *Monatshefte für Chemie/Chemical Monthly,* 131(1), 1-11. DOI: 10.1007/s007060050001. https://link.springer.com/article/10.1007%2Fs007060050001.

Kojima, Hiroyuki, Takechui, Shinji, & Nagai, Tadanori. (2010). Endocrine-disrupting Potential of Pesticides via Nuclear Receptors and Aryl Hydrocarbon Receptor. *Journal of Health Science,* 56(4), 374-386.

Koller, Verena J., Fürhacker, Maria, Nersesyan, Armen, Mišík, Miroslav, Eisenbauer, Maria, & Knasmueller, Siegfried. (2012). Cytotoxic and DNA-damaging properties of glyphosate and Roundup in human-derived buccal epithelial cells. *Archives of Toxicology,* 86(5), 805-813. DOI: 10.1007/s00204-012-0804-8. https://doi.org/10.1007/s00204-012-0804-8.

Kongtip, Pornpimol, Nankongnab, Noppanun, Phupancharoensuk, Ratanavadee, Palarach, Chonlada, Sujirarat, Dusit, Sangprasert, Supha, Sermsuk, Malasod, Sawattrakool, Namthip, & Woskie, Susan Renee. (2017). Glyphosate and Paraquat in Maternal and Fetal Serums in Thai Women. *Journal of Agromedicine,* 22(3), 282-289. DOI: 10.1080/1059924x.2017.1319315. https://www.tandfonline.com/doi/full/10.1080/1059924X.2017.1319315.

Koo, Dal-Hoe, Molin, William T, Saski, Christopher A, Jiang, Jiming, Putta, Karthik, Jugulam, Mithila, Friebe, Bernd, & Gill, Bikram S. (2018). Extrachromosomal circular DNA-based amplification and transmission of herbicide resistance in crop weed *Amaranthus palmeri*. *Proceedings of the National Academy of Sciences of the United States of America,* 115(13), 3332-3337. DOI: 10.1073/pnas.1719354115. https://www.ncbi.nlm.nih.gov/pubmed/29531028.

Kopisch-Obuch, F-W. *Pesticide Management Under the International Code of Conduct on the Distribution and Use of Pesticides.* J. Envtl. Sci. & Health. B31(3): 293-205 (1996).

Kremer, Bob. (2015). *Glyphosate and Environmental Biology.* Presentation.

Kremer, Robert, Means, Nathan, & Kim, Sujung. (2005). Glyphosate affects soybean root exudation and rhizosphere micro-organisms. *International Journal of Environmental Analytical Chemistry,* 85(15), 1165-1174. DOI: 10.1080/03067310500273146.

Kremer, Robert J. (2011). Glyphosate Interactions Beyond Weed Control: Current State of Knowledge. Presentation.

Krenchinski, Fábio Henrique, Cesco, Victor José Salomão, Rodrigues, Danilo Morilha, Pereira, Vinicius Gabriel Caneppele, Albrecht, Alfredo Junior Paiola, & Albrecht, Leandro Paiola. (2017). Yield and physiological quality of wheat seeds after desiccation with different herbicides. *Journal of Seed Science,* 39(3), 254-261. DOI: 10.1590/2317-1545v39n3172506.

Kreutz, Luiz Carlos, Gil Barcellos, Leonardo José, de Faria Valle, Stella, de Oliveira Silva, Tális, Anziliero, Deniz, Davi dos Santos, Ezequiel, Pivato, Mateus, & Zanatta, Rafael. (2011). Altered hematological and immunological parameters in silver catfish (*Rhamdia quelen*) following short term exposure to sublethal concentration of glyphosate. *Fish & Shellfish Immunology,* 30(1), 51-

## Dr. Charles Benbrook, Ph.D.
## Master Materials Considered List – 6-20-2019

57. DOI: 10.1016/j.fsi.2010.09.012.
http://www.sciencedirect.com/science/article/pii/S1050464810002998.

Krimsky, Sheldon, & Gillam, Carey. (2018). Roundup litigation discovery documents: implications for public health and journal ethics. *Journal of Public Health Policy,* 39(3), 318-326. DOI: 10.1057/s41271-018-0134-z. https://link.springer.com/article/10.1057%2Fs41271-018-0134-z.

Krüger, Monica, Schledorn, Philip, Schröd, Wieland , Hoppe, Hans-Wolfgang, Lutz, Walburga, & Shehata, Awad A. (2014). Detection of Glyphosate Residues in Animals and Humans. *Journal of Environmental & Analytical Toxicology,* 04(02). DOI: 10.4172/2161-0525.1000210. https://www.omicsonline.org/open-access/detection-of-glyphosate-residues-in-animals-and-humans-2161-0525.1000210.php?aid=23853.

Krüger, Monika, Schrödl, Wieland, Neuhaus, Jürgen, & Shehata, Awad Ali. (2013). Field Investigations of Glyphosate in Urine of Danish Dairy Cows. *Journal of Environmental & Analytical Toxicology,* 3, 1000186. DOI: 10.4172/2161-0525.1000186.

Kruger, Monika, Schrödl, Wieland, & Pedersen, Ib. (2014). Detection of Glyphosate in Malformed Piglets. *Journal of Environmental & Analytical Toxicology,* 4(5). DOI: 10.4172/2161-0525.1000230.

Kruger, Monika, Shehata, Awad Ali, Schrodl, Wieland, & Rodloff, Arne. (2013). Glyphosate suppresses the antagonistic effect of *Enterococcus* spp. on *Clostridium botulinum. Anaerobe,* 20, 74-78. DOI: 10.1016/j.anaerobe.2013.01.005.

Kumar, Sudhir, Khodoun, Marat, Kettleson, Eric M., McKnight, Christopher, Reponen, Tiina, Grinshpun, Sergey A., & Adhikari, Atin. (2014). Glyphosate-rich air samples induce IL-33, TSLP and generate IL-13 dependent airway inflammation. *Toxicology,* 325, 42-51. DOI: 10.1016/j.tox.2014.08.008.
http://www.sciencedirect.com/science/article/pii/S0300483X1400167X.

Kumar, V., Liu, R., Boyer, G., & Stahlman, P. W. (2019). Confirmation of 2,4-D resistance and identification of multiple resistance in a Kansas Palmer amaranth (*Amaranthus palmeri*) population. *Pest Management Science*. DOI: 10.1002/ps.5400.

Kurenbach, Brigitta, Marjoshi, Delphine, Amábile-Cuevas, Carlos F., Ferguson, Gayle C., Godsoe, William, Gibson, Paddy, & Heinemann, Jack A. (2015). Sublethal Exposure to Commercial Formulations of the Herbicides Dicamba, 2,4-Dichlorophenoxyacetic Acid, and Glyphosate Cause Changes in Antibiotic Susceptibility in *Escherichia coli* and *Salmonella enterica* serovar Typhimurium. *Herbicides and Antibiotic Resistance,* 6(2). DOI: 10.1128/mBio.00009-15 %J mBio. https://mbio.asm.org/content/mbio/6/2/e00009-15.full.pdf.

Kwiatkowska, Marta, Huras, Bogumiła, & Bukowska, Bożena. (2014). The effect of metabolites and impurities of glyphosate on human erythrocytes (*in vitro*). *Pesticide Biochemistry and Physiology,* 109, 34-43. DOI: 10.1016/j.pestbp.2014.01.003.
http://www.sciencedirect.com/science/article/pii/S0048357514000200.

Kwiatkowska, Marta, Reszka, Edyta, Wozniak, Katarzyna, Jablonska, Ewa, Michalowicz, Jaromir, & Bukowska, Bozena. (2017). DNA damage and methylation induced by glyphosate in human peripheral blood mononuclear cells (*in vitro* study). *Food and Chemical Toxicology,* 105, 93-98. DOI: 10.1016/j.fct.2017.03.051. https://www.ncbi.nlm.nih.gov/pubmed/28351773.

Lajin, B., & Goessler, W. (2019). Direct speciation analysis of organophosphorus environmental pollutants in water by HPLC-ICPMS/MS. *Talanta,* 196, 357-361. DOI: 10.1016/j.talanta.2018.12.075.

# Dr. Charles Benbrook, Ph.D.
## Master Materials Considered List – 6-20-2019

Lamure, S et al. (2019). Association of Occupational Pesticide Exposure With Immunochemotherpy Response and Survival Among Patients with Diffuse Large B-Cell Lymphoma, JAMA Network Open. Doi:10.1001/jamanetworkopen.2019.2093

Lancaster, Sarah H, Hollister, Emily B, Senseman, Scott A, & Gentry, Terry J. (2010). Effects of repeated glyphosate applications on soil microbial community composition and the mineralization of glyphosate. *Pest Management Science,* 66(1), 59-64. DOI: 10.1002/ps.1831. https://www.ncbi.nlm.nih.gov/pubmed/19697445.

Landrigan, Philip J, & Belpoggi, Fiorella. (2018). The need for independent research on the health effects of glyphosate-based herbicides. *Environmental Health,* 17(1), 51. DOI: 10.1186/s12940-018-0392-z. https://www.ncbi.nlm.nih.gov/pmc/articles/PMC5972398/pdf/12940_2018_Article_392.pdf.

Landrigan, Philip J, Chovian, Eric, Jackson, Richard J, & Grandjean, Philippe. (2017). *Letter to CDC from Health Professionals on the Health Hazards of Glyphosate.* Centers for Disease Control.

Lanzarin, G. A. B., Felix, L. M., Santos, D., Venancio, C. A. S., & Monteiro, S. M. (2019). Dose-dependent effects of a glyphosate commercial formulation - Roundup(®) UltraMax - on the early zebrafish embryogenesis. *Chemosphere,* 223, 514-522. DOI: 10.1016/j.chemosphere.2019.02.071.

Larsen, K., Najle, R., Lifschitz, A., Mate, M. L., Lanusse, C., & Virkel, G. L. (2014). Effects of Sublethal Exposure to a Glyphosate-Based Herbicide Formulation on Metabolic Activities of Different Xenobiotic-Metabolizing Enzymes in Rats. *International Journal of Toxicology,* 33(4), 307-318. DOI: 10.1177/1091581814540481.

Larson, Rebecca L, Hill, Amy L, Fenwick, Ann, Kniss, Andrew R, Hanson, Linda E, & Miller, Stephen D. (2006). Influence of glyphosate on *Rhizoctonia* and *Fusarium* root rot in sugar beet. *Pest Management Science,* 62(12), 1182-1192. DOI: 10.1002/ps.1297. https://www.ncbi.nlm.nih.gov/pubmed/16988927.

Leaper, Craig, & Holloway, Peter J. (2000). Adjuvants and glyphosate activity. *Pest Management Science,* 56, 313-319.

Legleiter, Travis R, & Johnson, Bill. (2013). *Corn and Soybean Herbicide Chart.*

Leon, M. E., Schinasi, L. H., Lebailly, P., Beane Freeman, L. E., Nordby, K. C., Ferro, G., Monnereau, A., Brouwer, M., Tual, S., Baldi, I., Kjaerheim, K., Hofmann, J. N., Kristensen, P., Koutros, S., Straif, K., Kromhout, H., & Schuz, J. (2019). Pesticide use and risk of non-Hodgkin lymphoid malignancies in agricultural cohorts from France, Norway and the USA: a pooled analysis from the AGRICOH consortium. *International Journal of Epidemiology.* DOI: 10.1093/ije/dyz017.

Li, A. P., & Long, T. J. (1988). An evaluation of the genotoxic potential of glyphosate. *Fundamental and Applied Toxicology,* 10(3), 537-546. https://www.ncbi.nlm.nih.gov/pubmed/3286348.

Li, Q., Lambrechts, M. J., Zhang, Q., Liu, S., Ge, D., Yin, R., Xi, M., & You, Z. (2013). Glyphosate and AMPA inhibit cancer cell growth through inhibiting intracellular glycine synthesis. *Drug Design, Development and Therapy,* 7, 635-643. DOI: 10.2147/DDDT.S49197. https://www.ncbi.nlm.nih.gov/pubmed/23983455.

Liao, Y., Berthion, J. M., Colet, I., Merlo, M., Nougadere, A., & Hu, R. (2018). Validation and application of analytical method for glyphosate and glufosinate in foods by liquid chromatography-tandem mass spectrometry. *Journal of Chromatography A,* 1549, 31-38. DOI: 10.1016/j.chroma.2018.03.036.

# Dr. Charles Benbrook, Ph.D.
## Master Materials Considered List – 6-20-2019

Lioi, M. B., Scarfi, M. R., Santoro, A., Barbieri, R., Zeni, O., Di Berardino, D., & Ursini, M. V. (1998). Genotoxicity and oxidative stress induced by pesticide exposure in bovine lymphocyte cultures in vitro. *Mutation Research,* 403(1-2), 13-20. https://www.ncbi.nlm.nih.gov/pubmed/9726001.

Livingston, Michael, Fernandez-cornejo, Jorge, Unger, Jesse, Osteen, Craig, Schimmelpfennig, David, Park, Tim, & Lambert, Dayton. (2015). *The Economics of Glyphosate Resistance Management in Corn and Soybean Production*. United States Department of Agriculture.

Londo, Jason Paul, McKinney, John, Schwartz, Matthew, Bollman, Mike, Sagers, Cynthia, & Watrud, Lidia. (2014). Sub-lethal glyphosate exposure alters flowering phenology and causes transient male-sterility in *Brassica* spp. *BMC Plant Biology,* 14, 70.

Lopes, F. M., Sandrini, J. Z., & Souza, M. M. (2018). Toxicity induced by glyphosate and glyphosate-based herbicides in the zebrafish hepatocyte cell line (ZF-L). *Ecotoxicology and Environmental Safety,* 162, 201-207. DOI: 10.1016/j.ecoenv.2018.07.005.

Lopes, Fernanda Moreira, Varela Junior, Antonio Sergio, Corcini, Carine Dahl, da Silva, Alessandra Cardoso, Guazzelli, Vitória Gasperin, Tavares, Georgia, & da Rosa, Carlos Eduardo. (2014). Effect of glyphosate on the sperm quality of zebrafish *Danio rerio. Aquatic Toxicology,* 155, 322-326. DOI: 10.1016/j.aquatox.2014.07.006. http://www.sciencedirect.com/science/article/pii/S0166445X14002422.

Lopez Gonzalez, E. C., Larriera, A., Siroski, P. A., & Poletta, G. L. (2017). Micronuclei and other nuclear abnormalities on *Caiman latirostris* (Broad-snouted caiman) hatchlings after embryonic exposure to different pesticide formulations. *Ecotoxicology and Environmental Safety,* 136, 84-91. DOI: 10.1016/j.ecoenv.2016.10.035. https://www.ncbi.nlm.nih.gov/pubmed/27821305.

López, Silvia L., Aiassa, Delia, Benítez-Leite, Stella, Lajmanovich, Rafael, Mañas, Fernando, Poletta, Gisela, Śnchez, Norma, Simoniello, María Fernanda, & Carrasco, Andrés E. (2012). Pesticides used in South American GMO-based agriculture. A review of their effects on humans and animal models. *Advances in Molecular Toxicology,* 6, 41-75. DOI: 10.1016/B978-0-444-59389-4.00002-1.

Lorenz, V., Milesi, M. M., Schimpf, M. G., Luque, E. H., & Varayoud, J. (2019). Epigenetic disruption of estrogen receptor alpha is induced by a glyphosate-based herbicide in the preimplantation uterus of rats. *Molecular and Cellular Endocrinology,* 480, 133-141. DOI: 10.1016/j.mce.2018.10.022.

Low, F. L., Shaw, I. C., & Gerrard, Juliet A. (2005). The effect of *Saccharomyces cerevisiae* on the stability of the herbicide glyphosate during bread leavening. *Letters in Applied Microbiology,* 40, 133-137. DOI: 10.1111/j.1472-765X.2004.01633.x.

Lowit, Anna B. (2018). Testimony Before House Committee on Science, Space, and Technology re: pesticide risk assessment. Environmental Protection Agency.

Lozano, V. L., Defarge, N., Rocque, L. M., Mesnage, R., Hennequin, D., Cassier, R., de Vendomois, J. S., Panoff, J. M., Seralini, G. E., & Amiel, C. (2018). Sex-dependent impact of Roundup on the rat gut microbiome. *Toxicology Reports,* 5, 96-107. DOI: 10.1016/j.toxrep.2017.12.005. https://www.ncbi.nlm.nih.gov/pubmed/29854581.

Luaces, Juan Pablo, Rossi, Luis Francisco, Chirino, Monica Gabriela, Browne, Melanie, Merani, Maria Susana, & Mudry, Marta Dolores. (2017). Genotoxic effects of Roundup Full II® on lymphocytes of *Chaetophractus villosus* (Xenarthra, Mammalia): In vitro studies. *PLoS One,* 12(8), e0182911. DOI: 10.1371/journal.pone.0182911. https://www.ncbi.nlm.nih.gov/pubmed/28817615.

Lueken, A., Juhl-Strauss, U., Krieger, G., & Witte, I. (2004). Synergistic DNA damage by oxidative stress (induced by H2O2) and nongenotoxic environmental chemicals in human fibroblasts. *Toxicology Letters,* 147(1), 35-43. https://www.ncbi.nlm.nih.gov/pubmed/14700526.

# Dr. Charles Benbrook, Ph.D.
## Master Materials Considered List – 6-20-2019

Luo, L., Wang, F., Zhang, Y., Zeng, M., Zhong, C., & Xiao, F. (2017). In vitro cytotoxicity assessment of roundup (glyphosate) in L-02 hepatocytes. *Journal of Environmental Science and Health, Part B,* 52(6), 410-417. DOI: 10.1080/03601234.2017.1293449.
https://www.ncbi.nlm.nih.gov/pubmed/28281894.

Lushchak, Oleh V., Kubrak, Olha I., Storey, Janet M., Storey, Kenneth B., & Lushchak, Volodymyr I. (2009). Low toxic herbicide Roundup induces mild oxidative stress in goldfish tissues. *Chemosphere,* 76(7), 932-937. DOI: 10.1016/j.chemosphere.2009.04.045.
http://www.sciencedirect.com/science/article/pii/S0045653509005256.

Ma, Junguo, Bu, Yanzhen, & Li, Xiaoyu. (2015). Immunological and histopathological responses of the kidney of common carp (*Cyprinus carpio* L.) sublethally exposed to glyphosate. *Environmental Toxicology and Pharmacology,* 39(1), 1-8. DOI: 10.1016/j.etap.2014.11.004.
https://www.ncbi.nlm.nih.gov/pubmed/25434756.

Mahieu, C.M., & Ossendorp, B.C. (2005). *Glyphosate(158) and Metabolites.* National Institute of Public Health and the Environment, The Netherlands (for FAO).

Mahler, B. J., Van Metre, P. C., Burley, T. E., Loftin, K. A., Meyer, M. T., & Nowell, L. H. (2017). Similarities and differences in occurrence and temporal fluctuations in glyphosate and atrazine in small Midwestern streams (USA) during the 2013 growing season. *Science of the Total Environment,* 579, 149-158. DOI: 10.1016/j.scitotenv.2016.10.236.
https://www.ncbi.nlm.nih.gov/pubmed/27863869.

Main, Douglas. (2016). Glyphosate is the most-used agricultural chemical ever. *Newsweek.*
https://www.newsweek.com/glyphosate-now-most-used-agricultural-chemical-ever-422419

Majewski, Michael S, Coupe, Richard H, Foreman, William T, & Capel, Paul D. (2014). Pesticides in Mississippi air and rain: a comparison between 1995 and 2007. *Environmental Toxicology and Chemistry,* 33(6), 1283-1293. DOI: 10.1002/etc.2550.

Malatesta, M., Perdoni, F., Santin, G., Battistelli, S., Muller, S., & Biggiogera, M. (2008). Hepatoma tissue culture (HTC) cells as a model for investigating the effects of low concentrations of herbicide on cell structure and function. *Toxicology In Vitro,* 22(8), 1853-1860. DOI: 10.1016/j.tiv.2008.09.006. https://www.ncbi.nlm.nih.gov/pubmed/18835430.

Mamy, Laure, Gabrielle, Benoît, & Barriuso, Enrique. (2010). Comparative environmental impacts of glyphosate and conventional herbicides when used with glyphosate-tolerant and non-tolerant crops. *Environmental Pollution,* 158, 3172-3178. DOI: 10.1016/j.envpol.2010.06.036.

Mañas, F, Peralta, L, Raviolo, J, García Ovando, H, Weyers, a, Ugnia, L, Gonzalez Cid, M, Larripa, I, & Gorla, N. (2009). Genotoxicity of AMPA, the environmental metabolite of glyphosate, assessed by the Comet assay and cytogenetic tests. *Ecotoxicology and Environmental Safety,* 72, 834-837. DOI: 10.1016/j.ecoenv.2008.09.019.

Mañas, Fernando, Peralta, Laura, Raviolo, José, Ovando, H. G., Weyers, Alicia, Ugnia, Laura, Cid, Marcela Gonzalez, Larripa, Irene, & Gorla, Nora. (2009). Genotoxicity of glyphosate assessed by the comet assay and cytogenetic tests. *Environmental Toxicology and Pharmacology,* 28, 37-41. DOI: 10.1016/j.etap.2009.02.001.

Mañas, F, Peralta, L., Ugnia, L, Weyers, A, García, Ovando H, & Gorla, N. (2013). Oxidative stress and comet assay in tissues of mice administered glyphosate and ampa in drinking water for 14 days. *BAG. Journal of Basic and Applied Genetics,* 24(2), 67-75.

Manservisi, Fabiana, Lesseur, Corina, Panzacchi, Simona, Mandrioli, Daniele, Falcioni, Laura, Bua, Luciano, Manservigi, Marco, Spinaci, Marcella, Galeati, Giovanna, Mantovani, Alberto, Lorenzetti, Stefano, Miglio, Rossella, Andrade, Anderson Martino, Kristensen, David Møbjerg, Perry, Melissa J., Swan, Shanna H., Chen, Jia, & Belpoggi, Fiorella. (2019). The Ramazzini

# Dr. Charles Benbrook, Ph.D.
# Master Materials Considered List – 6-20-2019

Institute 13-week pilot study glyphosate-based herbicides administered at human-equivalent dose to Sprague Dawley rats: effects on development and endocrine system. *Environmental Health,* 18(1). DOI: 10.1186/s12940-019-0453-y.

Mao, Q., Manservisi, F., Panzacchi, S., Mandrioli, D., Menghetti, I., Vornoli, A., Bua, L., Falcioni, L., Lesseur, C., Chen, J., Belpoggi, F., & Hu, J. (2018). The Ramazzini Institute 13-week pilot study on glyphosate and Roundup administered at human-equivalent dose to Sprague Dawley rats: effects on the microbiome. *Environmental Health,* 17(1), 50. DOI: 10.1186/s12940-018-0394-x. https://www.ncbi.nlm.nih.gov/pubmed/29843725.

Marc, Julie, Belle, Robert, Morales, Julia, Cormier, Patrick, & Mulner-Lorillon, Odile. (2004). Formulated glyphosate activates the DNA-response checkpoint of the cell cycle leading to the prevention of G2/M transition. *Toxicological Sciences,* 82(2), 436-442. DOI: 10.1093/toxsci/kfh281. https://www.ncbi.nlm.nih.gov/pubmed/15375296.

Marques, Ana, Guilherme, Sofia, Gaivao, Isabel, Santos, Maria Ana, & Pacheco, Mario. (2014). Progression of DNA damage induced by a glyphosate-based herbicide in fish (*Anguilla anguilla*) upon exposure and post-exposure periods—insights into the mechanisms of genotoxicity and DNA repair. *Comparative Biochemistry and Physiology - Part C: Toxicology & Pharmacology,* 166, 126-133. DOI: 10.1016/j.cbpc.2014.07.009. https://www.ncbi.nlm.nih.gov/pubmed/25110831.

Marques, Ana, Guilherme, Sofia, Gaivão, Isabel, Santos, Maria Ana, & Pacheco, Mário. (2015). Erratum to: "Progression of DNA damage induced by a glyphosate-based herbicide in fish (*Anguilla anguilla*) upon exposure and post-exposure periods — Insights into the mechanisms of genotoxicity and DNA repair" [Comp. Biochem. Physiol. C 166 (2014) 126–133]. *Comparative Biochemistry and Physiology Part C: Toxicology & Pharmacology,* 168, 1. DOI: 10.1016/j.cbpc.2014.10.008. http://www.sciencedirect.com/science/article/pii/S1532045614001392.

Marshall, E. The Murky World of Toxicity Testing, Science Vol 220: 1130-1132

Martinez, A., & Al-Ahmad, A. J. (2019). Effects of glyphosate and aminomethylphosphonic acid on an isogeneic model of the human blood-brain barrier. *Toxicology Letters,* 304, 39-49. DOI: 10.1016/j.toxlet.2018.12.013.

Martinez, A., Reyes, I., & Reyes, N. (2007). [Cytotoxicity of the herbicide glyphosate in human peripheral blood mononuclear cells]. *Biomedica,* 27(4), 594-604.

Martinez, Daisy A, Loening, Ulrich E, & Graham, Margaret C. (2018). Impacts of glyphosate-based herbicides on disease resistance and health of crops: a review. *Environmental Sciences Europe,* 30(1), 2. DOI: 10.1186/s12302-018-0131-7. https://www.ncbi.nlm.nih.gov/pubmed/29387519.

Martini, Claudia N., Gabrielli, Matías, & Vila, María del C. (2012). A commercial formulation of glyphosate inhibits proliferation and differentiation to adipocytes and induces apoptosis in 3T3-L1 fibroblasts. *Toxicology in Vitro,* 26(6), 1007-1013. DOI: 10.1016/j.tiv.2012.04.017. http://www.sciencedirect.com/science/article/pii/S0887233312001063.

Masiol, M., Gianni, B., & Prete, M. (2018). Herbicides in river water across the northeastern Italy: occurrence and spatial patterns of glyphosate, aminomethylphosphonic acid, and glufosinate ammonium. *Environmental Science and Pollution Research International,* 25(24), 24368-24378. DOI: 10.1007/s11356-018-2511-3.

Mason, Rosemary. (2016). Grave Inaccuracies and Omissions in US EPA Glyphosate Issue Paper: Evaluation of Carcinogenic Potential.

Matozzo, V., Marin, M. G., Masiero, L., Tremonti, M., Biamonte, S., Viale, S., Finos, L., Lovato, G., Pastore, P., & Bogialli, S. (2018). Effects of aminomethylphosphonic acid, the main breakdown

72

# Dr. Charles Benbrook, Ph.D.
## Master Materials Considered List – 6-20-2019

product of glyphosate, on cellular and biochemical parameters of the mussel *Mytilus galloprovincialis*. *Fish & Shellfish Immunology,* 83, 321-329. DOI: 10.1016/j.fsi.2018.09.036.

McClellan, Roger O. (2016). Evaluating the potential carcinogenic hazard of glyphosate. *Critical Reviews in Toxicology,* 46(sup1), 1-2. DOI: 10.1080/10408444.2016.1234117. https://www.ncbi.nlm.nih.gov/pubmed/27677665.

McDuffie, Helen H. , Pahwa, Punam, McLaughlin, John R., Spinelli, John J., Fincham, Shirley, Dosman, James A., Robson, Diane, Skinnider, Leo F. , & Choi, Norman W. . (2001). Non-Hodgkin's Lymphoma and Specific Pesticide Exposures in Men: Cross-Canada Study of Pesticides and Health. *Cancer Epidemiology, Biomarkers and Prevention,* 10, 1155-1163.

McDuffie, Helen H., Pahwa, Punam, Spinelli, John J., McLaughlin, John R., Dosman, James A., Finchman, S, & Robson, Diane. (2000). Non-Hodgkin's Lymphoma And The Pesticide Hypothesis: Dose Response. *Epidemiology,* 11(4), S115. https://journals.lww.com/epidem/Fulltext/2000/07000/NON_HODGKIN_S_LYMPHOMA_AND_THE_PESTICIDE.265.aspx.

McHenry, Leemon B. (2018). The Monsanto Papers: Poisoning the scientific well. *International Journal of Risk and Safety in Medicine,* 29(3-4), 193-205. DOI: 10.3233/JRS-180028. https://www.ncbi.nlm.nih.gov/pubmed/29843257.

McQueen, H., Callan, Ac Fau , & Hinwood, Andrea L. (2012). Estimating maternal and prenatal exposure to glyphosate in the community setting. *International Journal of Hygiene and Environmental Health,* 215, 570-576.

Medical Laboratory Bremen. (2013). Determination of Glyphosate residues in human urine samples from 18 European countries.

Mengoni Gonalons, C., & Farina, W. M. (2018). Impaired associative learning after chronic exposure to pesticides in young adult honey bees. *Journal of Experimental Biology,* 221(Pt 7). DOI: 10.1242/jeb.176644. https://www.ncbi.nlm.nih.gov/pubmed/29643175.

Mesnage, Robin, Agapito-Tenfen, Sarah Z, Vilperte, Vinicius, Renney, George, Ward, Malcolm, Seralini, Gilles-Eric, Nodari, Rubens O, & Antoniou, Michael N. (2016). An integrated multi-omics analysis of the NK603 Roundup-tolerant GM maize reveals metabolism disturbances caused by the transformation process. *Nature: Scientific Reports,* 6, 37855. DOI: 10.1038/srep37855. https://www.ncbi.nlm.nih.gov/pubmed/27991589.

Mesnage, R., & Antoniou, M. N. (2017). Facts and Fallacies in the Debate on Glyphosate Toxicity. *Frontiers in Public Health,* 5, 316. DOI: 10.3389/fpubh.2017.00316. https://www.ncbi.nlm.nih.gov/pubmed/29226121.

Mesnage, Robin, & Antoniou, Michael N. (2017). Ignoring Adjuvant Toxicity Falsifies the Safety Profile of Commercial Pesticides. *Frontiers in Public Health,* 5, 361. DOI: 10.3389/fpubh.2017.00361. https://www.ncbi.nlm.nih.gov/pubmed/29404314.

Mesnage, Robin, Arno, Matthew, Costanzo, Manuela, Malatesta, Manuela, Seralini, Gilles-Eric, & Antoniou, Michael N. (2015). Transcriptome profile analysis reflects rat liver and kidney damage following chronic ultra-low dose Roundup exposure. *Environmental Health,* 14, 70. DOI: 10.1186/s12940-015-0056-1. https://www.ncbi.nlm.nih.gov/pubmed/26302742.

Mesnage, R., Bernay, B., & Seralini, G. E. (2013). Ethoxylated adjuvants of glyphosate-based herbicides are active principles of human cell toxicity. *Toxicology,* 313(2-3), 122-128. DOI: 10.1016/j.tox.2012.09.006. https://www.ncbi.nlm.nih.gov/pubmed/23000283.

Mesnage, R., Biserni, M., Wozniak, E., Xenakis, T., Mein, C. A., & Antoniou, M. N. (2018). Comparison of transcriptome responses to glyphosate, isoxaflutole, quizalofop-p-ethyl and mesotrione in the

## Dr. Charles Benbrook, Ph.D.
## Master Materials Considered List – 6-20-2019

HepaRG cell line. *Toxicology Reports,* 5, 819-826. DOI: 10.1016/j.toxrep.2018.08.005. https://www.ncbi.nlm.nih.gov/pubmed/30128299.

Mesnage, R., Clair, E., Gress, S., Then, C., Szekacs, A., & Seralini, G. E. (2013). Cytotoxicity on human cells of Cry1Ab and Cry1Ac Bt insecticidal toxins alone or with a glyphosate-based herbicide. *Journal of Applied Toxicology,* 33(7), 695-699. DOI: 10.1002/jat.2712. https://onlinelibrary.wiley.com/doi/abs/10.1002/jat.2712.

Mesnage, Robin, Defarge, Nicolas, Rocque, Louis-Marie, Spiroux de Vendômois, Joël, & Séralini, Gilles-Eric. (2015). Laboratory Rodent Diets Contain Toxic Levels of Environmental Contaminants: Implications for Regulatory Tests. *PLoS One,* 10(7), e0128429. DOI: 10.1371/journal.pone.0128429. https://doi.org/10.1371/journal.pone.0128429.

Mesnage, Robin, Defarge, Nicolas, Spiroux de Vendomois, Joel, & Seralini, Gilles-Eric. (2014). Major pesticides are more toxic to human cells than their declared active principles. *BioMed Research International,* 2014, 179691. DOI: 10.1155/2014/179691. https://www.ncbi.nlm.nih.gov/pubmed/24719846.

Mesnage, R., Defarge, N., Spiroux de Vendomois, J., & Seralini, G. E. (2015). Potential toxic effects of glyphosate and its commercial formulations below regulatory limits. *Food and Chemical Toxicology,* 84, 133-153. DOI: 10.1016/j.fct.2015.08.012. https://www.ncbi.nlm.nih.gov/pubmed/26282372.

Mesnage, Robin, Moesch, Christian, Le Grand, Rosen, Lauthier, Guillaum, de Vendomois, Joel Spiroux, Gress, Steve, & Seralini, Gilles-Eric. (2012). Glyphosate Exposure in a Farmer's Family. *Journal of Environmental Protection,* 3, 1001-1003. DOI: 10.4236/jep.2012.39115.

Mesnage, Robin, Renney, George, Seralini, Gilles-Eric, Ward, Malcolm, & Antoniou, Michael N. (2017). Multiomics reveal non-alcoholic fatty liver disease in rats following chronic exposure to an ultra-low dose of Roundup herbicide. *Scientific Reports,* 7, 39328. DOI: 10.1038/srep39328. https://www.ncbi.nlm.nih.gov/pubmed/28067231.

Mesnage, R., & Seralini, G. E. (2018). Editorial: Toxicity of Pesticides on Health and Environment. *Frontiers in Public Health,* 6, 268. DOI: 10.3389/fpubh.2018.00268. https://www.ncbi.nlm.nih.gov/pubmed/30283769.

Mesnage, R et al (2019). Insight into the confusion over surfactant co-formulants in glyphosate-based herbicides. Food and Chem Tox Vol. 128: 137-145. https://doi.org/10.1016/j.fct.2019.03.053

Meyer, Daniel E, & Cederberg, Christel. (2010). *Pesticide use and glyphosate-resistant weeds – a case study of Brazilian soybean production.* The Swedish Institute for Food and Biotechnology. Report Number: SIK-Rapport Nr 809.

Meza-Joya, Fabio Leonardo, Ramírez-Pinilla, Martha Patricia, & Fuentes-Lorenzo, Jorge Luis. (2013). Toxic, cytotoxic, and genotoxic effects of a glyphosate formulation (Roundup®SL–Cosmoflux®411F) in the direct-developing frog *Eleutherodactylus johnstonei. Environmental and Molecular Mutagenesis,* 54(5), 362-373. DOI: 10.1002/em.21775. https://doi.org/10.1002/em.21775.

Milesi, Maria M, Lorenz, Virginia, Pacini, Guillermina, Repetti, Maria R, Demonte, Luisina D, Varayoud, Jorgelina, & Luque, Enrique H. (2018). Perinatal exposure to a glyphosate-based herbicide impairs females reproductive outcomes and induces second-generation adverse effects in Wistar rats. *Archives of Toxicology,* 92(8), 2629-2643. DOI: 10.1007/s00204-018-2236-6. https://www.ncbi.nlm.nih.gov/pubmed/29947892.

Milic, Mirta, Zunec, Suzana, Micek, Vedran, Kasuba, Vilena, Mikolic, Anja, Lovakovic, Blanka Tariba, Semren, Tanja Zivkovic, Pavicic, Ivan, Cermak, Ana Marija Marjanovic, Pizent, Alica, Vrdoljak, Ana Lucic, Valencia-Quintana, Rafael, Sanchez-Alarcon, Juana, & Zeljezic, Davor. (2018).

# Dr. Charles Benbrook, Ph.D.
# Master Materials Considered List – 6-20-2019

Oxidative stress, cholinesterase activity, and DNA damage in the liver, whole blood, and plasma of Wistar rats following a 28-day exposure to glyphosate. *Archives of Industrial Hygiene and Toxicology,* 69(2), 154-168. DOI: 10.2478/aiht-2018-69-3114. https://www.ncbi.nlm.nih.gov/pubmed/29990293.

Mills, Paul K., Kania-Korwle, I., Fagan, J, McEvoy, L. K., Laughlin, G. A., & Barett-Connor, E. (2017). Excretion of the Herbicide Glyphosate in Older Adults Between 1993 and 2016. *JAMA,* 318, 1610-1611.

Minigalieva, Ilzira A, Katsnelson, Boris A, Privalova, Larisa I, Sutunkova, Marina P, Gurvich, Vladimir B, Shur, Vladimir Y, Shishkina, Ekaterina V, Valamina, Irene E, Makeyev, Oleg H, Panov, Vladimir G, Varaksin, Anatoly N, Grigoryeva, Ekaterina V, & Meshtcheryakova, Ekaterina Y. (2015). Attenuation of Combined Nickel(II) Oxide and Manganese(II, III) Oxide Nanoparticles' Adverse Effects with a Complex of Bioprotectors. *International Journal of Molecular Sciences,* 16(9), 22555-22583. DOI: 10.3390/ijms160922555. https://www.ncbi.nlm.nih.gov/pubmed/26393577.

Mink, Pamela J, Mandel, Jack S, Lundin, Jessica I, & Sceurman, Bonnielin K. (2011). Epidemiologic studies of glyphosate and non-cancer health outcomes: a review. *Regulatory Toxicology and Pharmacology,* 61(2), 172-184. DOI: 10.1016/j.yrtph.2011.07.006. https://www.ncbi.nlm.nih.gov/pubmed/21798302.

Mink, Pamela J, Mandel, Jack S, Sceurman, Bonnielin K, & Lundin, Jessica I. (2012). Epidemiologic studies of glyphosate and cancer: a review. *Regulatory Toxicology and Pharmacology,* 63(3), 440-452. DOI: 10.1016/j.yrtph.2012.05.012. https://www.ncbi.nlm.nih.gov/pubmed/22683395.

Mladinic, Marin, Berend, Suzana, Vrdoljak, Ana Lucic, Kopjar, Nevenka, Radic, Bozica, & Zeljezic, Davor. (2009). Evaluation of genome damage and its relation to oxidative stress induced by glyphosate in human lymphocytes in vitro. *Environmental and Molecular Mutagenesis,* 50(9), 800-807. DOI: 10.1002/em.20495. https://www.ncbi.nlm.nih.gov/pubmed/19402152.

Mladinic, Marin, Perkovic, Petra, & Zeljezic, Davor. (2009). Characterization of chromatin instabilities induced by glyphosate, terbuthylazine and carbofuran using cytome FISH assay. *Toxicology Letters,* 189(2), 130-137. DOI: 10.1016/j.toxlet.2009.05.012. http://www.sciencedirect.com/science/article/pii/S0378427409002616.

Modesto, Kathya A., & Martinez, Cláudia B. R. (2010). Effects of Roundup Transorb on fish: Hematology, antioxidant defenses and acetylcholinesterase activity. *Chemosphere,* 81(6), 781-787. DOI: 10.1016/j.chemosphere.2010.07.005. http://www.sciencedirect.com/science/article/pii/S0045653510007721.

Modesto, Kathya A., & Martinez, Cláudia B. R. (2010). Roundup® causes oxidative stress in liver and inhibits acetylcholinesterase in muscle and brain of the fish *Prochilodus lineatus. Chemosphere,* 78(3), 294-299. DOI: 10.1016/j.chemosphere.2009.10.047. http://www.sciencedirect.com/science/article/pii/S0045653509012739.

Mohamed, Azza H. (2011). Sublethal toxicity of Roundup to immunological and molecular aspects of *Biomphalaria alexandrina* to *Schistosoma mansoni* infection. *Ecotoxicology and Environmental Safety,* 74(4), 754-760. DOI: 10.1016/j.ecoenv.2010.10.037. http://www.sciencedirect.com/science/article/pii/S0147651310003428.

Monroy, C. M., Cortes, A. C., Sicard, D. M., & de Restrepo, H. G. (2005). Cytotoxicity and genotoxicity of human cells exposed *in vitro* to glyphosate. *Biomedica,* 25(3), 335-345. https://www.ncbi.nlm.nih.gov/pubmed/16276681.

Monsanto. (1994). *MON 65005 Label*.  EPA Reg. No.:  524-475. Active Ingredient: Glyphosate, N-phosphonomethyl glycine, in the form of isopropylamine salt (41%).

# Dr. Charles Benbrook, Ph.D.
## Master Materials Considered List – 6-20-2019

Monsanto. (1996). *Roundup Label*. EPA Reg. No.: 524-445. Active Ingredient:

Monsanto. (2002). *MON 78270 Label*. EPA Reg. No.: 524-537. Active Ingredient: GIyphosate, N·(phosphonomethyI)glycine, in the form of its potassium salt (48.8%).

Monsanto. (2005). *RD 1617 Herbicide Label*. EPA Reg. No.: 524-549. Active Ingredient: Glyphosate, N-(phosphonomethyl)glycine, in the form of its potassium salt (48.7%).

Monsanto. (2007). *Roundup Ultimate Label*. EPA Reg. No.: M. N. 13081. Active Ingredient: 540 g/l glyphosate, present as 662g/l (48.7% w/w) of the potassium salt of glyphosate.

*Monsanto. (2008). Monsanto Biotechnology Trait Acreage: Fiscal Years 1996-2008.*

*Monsanto. (2009). Monsanto Biotechnology Trait Acreage: Fiscal Years 1996-2009F.*

*Monsanto. (2009). Monsanto Biotechnology Trait Acreage: Fiscal Years 1996-2009F Updated: June 24, 2009.*

Monsanto. (2009). *Roundup Harvest Management Guide*. EPA Reg. No.: Active Ingredient: glyphosate for pre-harvest application.

Monsanto. (2010). *Ranger Pro Label*. EPA Reg. No.: 524-517. Active Ingredient: Glyphosate, N-(phosphonomethyl)glycine, in the form of its isopropylamine salt (41%).

Monsanto. (2010). *Roundup Pro Concentrate Label*. EPA Reg. No.: 524-529. Active Ingredient: Glyphosate, N-(phosphonomethyl)glycine, in the form of its isopropylamine salt (50.2%).

Monsanto. (2010). *Roundup ProMax Label*. EPA Reg. No.: 524-579. Active Ingredient: Glyphosate, N-(phosphonomethyl)glycine, in the form of its potassium salt (48.7%).

Monsanto. (2010). *Roundup Ultra Label*. EPA Reg. No.: 524-475. Active Ingredient: Glyphosate, N-(phosphonomethyl)glycine, in the form of its isopropylamine salt (41%).

Monsanto. (2010). *RT3 Label*. EPA Reg. No.: 524-544. Active Ingredient: Glyphosate, N-(phosphonomethyl)glycine, in the form of its potassium salt (48.8%).

Monsanto. (2012). Farmers Continue To Take Proactive Approach for Controlling Tough Weeds With Roundup Ready Plus Weed Management Solutions [Press release]

Monsanto. (2012). *Roundup Preharvest Staging Guide*. EPA Reg. No.: Active Ingredient: Glyphosate for pre-harvest use.

Monsanto. (2012). *Roundup Weed & Grass Killer Super Concentrate Label*. EPA Reg. No.: 71995-25. Active Ingredient: Glyphosate.

Monsanto. (2014). *Roundup Provantage Label (UK)*. EPA Reg. No.: M. N. 15534. Active Ingredient: 480 g/l glyphosate, present as 588 g/l (43.8% w/w) of the potassium salt of glyphosate.

Monsanto. (2014). *Roundup Ready Flex Cotton Weed Management Guide*. EPA Reg. No.: Active Ingredient: Glyphosate.

Monsanto. (2014). Roundup Ready Plus 2015 Soybean and Corn Weed Management Recommendations and Incentives: Plains, Midwest, Northeast. EPA Reg. No.: Active Ingredient: Glyphosate.

Monsanto. (2014). Roundup Ready Plus 2015 Weed Management Recommendations and Incentives: Southwest. EPA Reg. No.: Active Ingredient: Glyphosate.

Monsanto. (2014). Roundup Ready Plus: 2015 Weed Management Recommendations and Incentives Midsouth and Southeast. EPA Reg. No.: Active Ingredient: Glyphosate.

Monsanto. (2015). *Roundup Harvest Management Timing Guide*. EPA Reg. No.: Active Ingredient: Glyphosate for pre-harvest use.

Monsanto. (2015). *Roundup Proactive Label (UK)*. EPA Reg. No.: M. N. 17380. Active Ingredient: 360 g/l glyphosate, present as 441 g/l (35% w/w) of the potassium salt of glyphosate.

*Monsanto. (2016). Letter from Monsanto to EPA re: 7/26/16 FIFRA Scientific Advisory Panel Meeting on carcinogenic potential of glyphosate. Environmental Protection Agency.*

# Dr. Charles Benbrook, Ph.D.
## Master Materials Considered List – 6-20-2019

Monsanto. (2016). *Xtendimax With Vaporgrip Supplemental Label*. EPA Reg. No.: 524-617. Active Ingredient: Diglycolamine salt of dicamba (3,6-dichloro-o-anisic acid) (42.8%).

Monsanto. (2017). Genuity Roundup Ready Sugarbeets. Retrieved from https://monsanto.com/company/media/statements/genuity-roundup-ready-sugarbeets/

Monsanto. (2017). Lawsuit Involving Roundup Ready Alfalfa. Retrieved from https://monsanto.com/company/media/statements/roundup-ready-alfalfa-lawsuit/

Monsanto. (2017). *Roundup Powermax II Label*. EPA Reg. No.: 524-537. Active Ingredient: Glyphosate, N-(phosphonomethyl)glycine, in the form of its potassium salt (48.8%).

Monsanto. (2017). *Roundup Powermax Label*. EPA Reg. No.: M. N. 16373. Active Ingredient: This product is a water soluble granule containing 72% w/w glyphosate present as 79.2% w/w as the ammonium salt.

Monsanto. (2017). *Roundup Weathermax Label*. EPA Reg. No.: 524-537. Active Ingredient: Glyphosate, N-(phosphonomethyl)glycine, in the form of its potassium salt (48.8%).

Monsanto. (2018). *Xtendimax with VaporGrip Technology Label*. EPA Reg. No.: 524-617. Active Ingredient: Diglycolamine salt of dicamba (3,6-dichloro-o-anisic acid) (42.8%).

Monsanto International. (2010). The agronomic benefits of glyphosate in Europe.

Moreno, Natalia Cestari, Sofia, Silvia Helena, & Martinez, Claudia B R. (2014). Genotoxic effects of the herbicide Roundup Transorb and its active ingredient glyphosate on the fish *Prochilodus lineatus*. *Environmental Toxicology and Pharmacology*, 37(1), 448-454. DOI: 10.1016/j.etap.2013.12.012. https://www.ncbi.nlm.nih.gov/pubmed/24448465.

Mortensen, David a., Egan, J. Franklin, Maxwell, Bruce D., Ryan, Matthew R., & Smith, Richard G. (2012). Navigating a Critical Juncture for Sustainable Weed Management. *BioScience*, 62(1), 75-84. DOI: 10.1525/bio.2012.62.1.12.

Motta, Erick V S, Raymann, Kasie, & Moran, Nancy A. (2018). Glyphosate perturbs the gut microbiota of honey bees. *Proceedings of the National Academy of Sciences of the United States of America*, 115(41), 10305-10310. DOI: 10.1073/pnas.1803880115. https://www.ncbi.nlm.nih.gov/pubmed/30249635.

Muangphra, Ptumporn, Kwankua, Wimon, & Gooneratne, Ravi. (2014). Genotoxic effects of glyphosate or paraquat on earthworm coelomocytes. *Environmental Toxicology*, 29(6), 612-620. DOI: 10.1002/tox.21787. https://www.ncbi.nlm.nih.gov/pubmed/22644885.

Muenchen, D. K., Martinazzo, J., Brezolin, A. N., de Cezaro, A. M., Rigo, A. A., Mezarroba, M. N., Manzoli, A., de Lima Leite, F., Steffens, J., & Steffens, C. (2018). Cantilever Functionalization Using Peroxidase Extract of Low Cost for Glyphosate Detection. *Applied Biochemistry and Biotechnology*, 186(4), 1061-1073. DOI: 10.1007/s12010-018-2799-y.

Munier, Douglas J, Brittan, Kent L, & Lanini, W Thomas. (2012). Seed bank persistence of genetically modified canola in California. *Environmental Science and Pollution Research*, 19(6), 2281-2284. DOI: 10.1007/s11356-011-0733-8. https://www.ncbi.nlm.nih.gov/pubmed/22258428.

Myers, John Peterson, Antoniou, Michael N, Blumberg, Bruce, Carroll, Lynn, Colborn, Theo, Everett, Lorne G, Hansen, Michael, Landrigan, Philip J, Lanphear, Bruce P, Mesnage, Robin, Vandenberg, Laura N, Vom Saal, Frederick S, Welshons, Wade V, & Benbrook, Charles M. (2016). Concerns over use of glyphosate-based herbicides and risks associated with exposures: a consensus statement. *Environmental Health*, 15, 19. DOI: 10.1186/s12940-016-0117-0. https://www.ncbi.nlm.nih.gov/pubmed/26883814.

Nakashima, K., Yoshimura, T., Mori, H., Kawaguchi, M., Adachi, S., Nakao, T., & Yamazaki, F. (2002). [Effects of pesticides on cytokines production by human peripheral blood mononuclear cells—fenitrothion and glyphosate]. *Chudoku Kenkyu*, 15(2), 159-165.

# Dr. Charles Benbrook, Ph.D.
## Master Materials Considered List – 6-20-2019

Nakayama, T., Mimura, Y., & Hirano, K. (2019). Renal cortical hypoperfusion caused by glyphosate-surfactant herbicide. *Clinical and Experimental Nephrology*. DOI: 10.1007/s10157-019-01691-z.

Nandula, Vijay K. (Ed.) (2010). Glyphosate Resistance in Crops and Weeds: History, Development, and Management: Wiley.

Nardi, Jessica, Moras, Patricia Bonamigo, Koeppe, Carina, Dallegrave, Eliane, Leal, Mirna Bainy, & Rossato-Grando, Luciana Grazziotin. (2017). Prepubertal subchronic exposure to soy milk and glyphosate leads to endocrine disruption. *Food and Chemical Toxicology,* 100, 247-252. DOI: 10.1016/j.fct.2016.12.030. https://www.ncbi.nlm.nih.gov/pubmed/28017703.

Navarro, Claudia D C, & Martinez, Claudia B R. (2014). Effects of the surfactant polyoxyethylene amine (POEA) on genotoxic, biochemical and physiological parameters of the freshwater teleost *Prochilodus lineatus*. *Comparative Biochemistry and Physiology - Part C: Toxicology & Pharmacology,* 165, 83-90. DOI: 10.1016/j.cbpc.2014.06.003. https://www.ncbi.nlm.nih.gov/pubmed/24955954.

Nevison, Cynthia D. (2014). A comparison of temporal trends in United States autism prevalence to trends in suspected environmental factors. *Environmental Health,* 13, 73. DOI: 10.1186/1476-069X-13-73.

Nguyen, N. K., Dorfler, U., Welzl, G., Munch, J. C., Schroll, R., & Suhadolc, M. (2018). Large variation in glyphosate mineralization in 21 different agricultural soils explained by soil properties. *Science of the Total Environment,* 627, 544-552. DOI: 10.1016/j.scitotenv.2018.01.204.

Niedobova, J., Skalsky, M., Ourednickova, J., Michalko, R., & Bartoskova, A. (2019). Synergistic effects of glyphosate formulation herbicide and tank-mixing adjuvants on Pardosa spiders. *Environmental Pollution,* 249, 338-344. DOI: 10.1016/j.envpol.2019.03.031.

Nielsen, J. B., Nielsen, F., & Sorensen, J. A. (2007). Defense against dermal exposures is only skin deep: significantly increased penetration through slightly damaged skin. *Archives of Dermatological Research,* 299(9), 423-431. DOI: 10.1007/s00403-007-0788-z. https://www.ncbi.nlm.nih.gov/pubmed/17882442.

Niemann, Lars, Sieke, Christian, Pfeil, Rudolf, & Solecki, Roland. (2015). A critical review of glyphosate findings in human urine samples and comparison with the exposure of operators and consumers. *Journal of Consumer Protection and Food Safety,* 10(1), 3-12. DOI: 10.1007/s00003-014-0927-3.

Niemeyer, J. C., de Santo, F. B., Guerra, N., Ricardo Filho, A. M., & Pech, T. M. (2018). Do recommended doses of glyphosate-based herbicides affect soil invertebrates? Field and laboratory screening tests to risk assessment. *Chemosphere,* 198, 154-160. DOI: 10.1016/j.chemosphere.2018.01.127.

Novotny, E. (2018). Retraction by corruption: the 2012 Séralini paper. *Journal of Biological Physics and Chemistry,* 18(1), 32-56. DOI: 10.4024/19NO17F.jbpc.18.01.

Nwani, C. D., Nagpure, N. S., Kumar, R., Kushwaha, B., Kumar, P., & Lakra, W. S. (2014). Induction of micronuclei and nuclear lesions in *Channa punctatus* following exposure to carbosulfan, glyphosate and atrazine. *Drug and Chemical Toxicology,* 37(4), 370-377. DOI: 10.3109/01480545.2013.866138. https://www.ncbi.nlm.nih.gov/pubmed/24328755.

Nwani, C. D., Nagpure, N. S., Kumar, Ravindra, Kushwaha, Basdeo, & Lakra, W. S. (2013). DNA damage and oxidative stress modulatory effects of glyphosate-based herbicide in freshwater fish, *Channa punctatus*. *Environmental Toxicology and Pharmacology,* 36(2), 539-547. DOI: 10.1016/j.etap.2013.06.001. http://www.sciencedirect.com/science/article/pii/S1382668913001336.

# Dr. Charles Benbrook, Ph.D.
## Master Materials Considered List – 6-20-2019

Okada, E., Coggan, T., Anumol, T., Clarke, B., & Allinson, G. (2019). A simple and rapid direct injection method for the determination of glyphosate and AMPA in environmental water samples. *Analytical and Bioanalytical Chemistry,* 411(3), 715-724. DOI: 10.1007/s00216-018-1490-z.

Oliveira, P. C., Maximiano, E. M., Oliveira, P. A., Camargo, J. S., Fiorucci, A. R., & Arruda, G. J. (2018). Direct electrochemical detection of glyphosate at carbon paste electrode and its determination in samples of milk, orange juice, and agricultural formulation. *Journal of Environmental Science and Health, Part B,* 53(12), 817-823. DOI: 10.1080/03601234.2018.1505081.

Oliveira Pereira, E. A., Freitas Melo, V., Abate, G., & Masini, J. C. (2019). Determination of glyphosate and aminomethylphosphonic acid by sequential-injection reversed-phase chromatography: method improvements and application in adsorption studies. *Analytical and Bioanalytical Chemistry*. DOI: 10.1007/s00216-019-01672-x.

Oliveira, Régis de Campos, Boas, Lucas Kortz Vilas, & Branco, Ciro Cesar Zanini. (2016). Assessment of the potential toxicity of glyphosate-based herbicides on the photosynthesis ofNitella microcarpavar.wrightii(Charophyceae). *Phycologia,* 55(5), 577-584. DOI: 10.2216/16-12.1.

Olorunsogo, O. O. (1990). Modification of the transport of protons and $Ca^{2+}$ ions across mitochondrial coupling membrane by N-(phosphonomethyl)glycine. *Toxicology,* 61(2), 205-209.

Olorunsogo, O. O., Bababunmi, E. A., & Bassir, O. (1979). Effect of glyphosate on rat liver mitochondria *in vivo*. *Bulletin of Environmental Contamination and Toxicology,* 22(3), 357-364. https://www.ncbi.nlm.nih.gov/pubmed/223703.

Olszyk, D., Pfleeger, T., Shiroyama, T., Blakeley-Smith, M., Lee, E. H., & Plocher, M. (2017). Plant reproduction is altered by simulated herbicide drift to constructed plant communities. *Environmental Toxicology and Chemistry,* 36(10), 2799-2813. DOI: 10.1002/etc.3839. https://www.ncbi.nlm.nih.gov/pubmed/28444907.

Omran, Nahla Elsayed, & Salama, Wesam Mohamed. (2016). The endocrine disruptor effect of the herbicides atrazine and glyphosate on *Biomphalaria alexandrina* snails. *Toxicology and Industrial Health,* 32(4), 656-665. DOI: 10.1177/0748233713506959. https://www.ncbi.nlm.nih.gov/pubmed/24215068.

Ortiz-Ordoñez, Esperanza, Uría-Galicia, Esther, Ruiz-Picos, Ricardo Arturo, Sánchez Duran, Angela Georgina, Hernández Trejo, Yoseline, Sedeño-Díaz, Jacinto Elías, & López-López, Eugenia. (2011). Effect of Yerbimat Herbicide on Lipid Peroxidation, Catalase Activity, and Histological Damage in Gills and Liver of the Freshwater Fish *Goodea Atripinnis*. *Archives of Environmental Contamination and Toxicology,* 61(3), 443-452. DOI: 10.1007/s00244-011-9648-0. https://doi.org/10.1007/s00244-011-9648-0.

Owagboriaye, F., Dedeke, G., Ademolu, K., Olujimi, O., Aladesida, A., & Adeleke, M. (2019). Comparative studies on endogenic stress hormones, antioxidant, biochemical and hematological status of metabolic disturbance in albino rat exposed to roundup herbicide and its active ingredient glyphosate. *Environmental Science and Pollution Research International*. DOI: 10.1007/s11356-019-04759-1.

Owen, Michael D. (2008). Weed species shifts in glyphosate-resistant crops. *Pest Management Science,* 64(4), 377-387. DOI: 10.1002/ps.1539.

Owen, Micheal DK, Beckie, Hugh J, Leeson, Julia Y, Norsworthy, Jason K, & Steckel, Larry E. (2014). Integrated pest management and weed management in the United States and Canada. *Pest Management Science,* 71(3), 357-376. DOI: 10.1002/ps.3928. https://onlinelibrary.wiley.com/doi/abs/10.1002/ps.3928.

# Dr. Charles Benbrook, Ph.D.
# Master Materials Considered List – 6-20-2019

Owen, Michael D K. (2010). *2011 Herbicide Guide for Iowa Corn and Soybean Production*. Iowa State University.  http://fliphtml5.com/ckms/swkm/basic

Owen, Micheal D. K. . (2011). Weed resistance development and management in herbicide-tolerant crops: experiences from the USA. *Journal für Verbraucherschutz und Lebensmittelsicherheit,* 6(1), 85-89. DOI: 10.1007/s00003-011-0679-2. https://doi.org/10.1007/s00003-011-0679-2.

Owen, M. D K. (2015). *2016 Herbicide Guide for Iowa Corn and Soybean Production*. Iowa State University Extension and Outreach.

Padilla, Joshua T., & Selim, H. Magdi. (2019). Interactions among Glyphosate and Phosphate in Soils: Laboratory Retention and Transport Studies. *Journal of Environmental Quality,* 48(1). DOI: 10.2134/jeq2018.06.0252.

Paganelli, Alejandra, Gnazzo, Victoria, Acosta, Helena, López, Silvia L, & Carrasco, Andrés E. (2010). Glyphosate-based herbicides produce teratogenic effects on vertebrates by impairing retinoic acid signaling. *Chemical Research in Toxicology,* 23, 1586-1595. DOI: 10.1021/tx1001749.

Pahwa, M., Harris, S. A., Hohenadel, K., McLaughlin, J. R., Spinelli, J. J., Pahwa, P., Dosman, J. A., & Blair, A. (2012). Pesticide use, immunologic conditions, and risk of non-Hodgkin lymphoma in Canadian men in six provinces. *International Journal of Cancer,* 131(11), 2650-2659. DOI: 10.1002/ijc.27522. https://www.ncbi.nlm.nih.gov/pubmed/22396152.

Pallett, Ken. (2018). Engineered Crop Tolerance to Glyphosate and its Impact on the Use of the Herbicide. *Outlooks on Pest Management,* December 2018. DOI: 10.1564/v29_dec_11.

Panzacchi, Simona, Mandrioli, Daniele, Manservisi, Fabiana, Bua, Luciano, Falcioni, Laura, Spinaci, Marcella, Galeati, Giovanna, Dinelli, Giovanni, Miglio, Rossella, Mantovani, Alberto, Lorenzetti, Stefano, Hu, Jianzhong, Chen, Jia, Perry, Melissa J, Landrigan, Philip J, & Belpoggi, Fiorella. (2018). The Ramazzini Institute 13-week study on glyphosate-based herbicides at human-equivalent dose in Sprague Dawley rats: study design and first in-life endpoints evaluation. *Environmental Health,* 17(1), 52. DOI: 10.1186/s12940-018-0393-y. https://www.ncbi.nlm.nih.gov/pubmed/29843719.

Parvez, S., Gerona, R. R., Proctor, C., Friesen, M., Ashby, J. L., Reiter, J. L., Lui, Z., & Winchester, P. D. (2018). Glyphosate exposure in pregnancy and shortened gestational length: a prospective Indiana birth cohort study. *Environmental Health,* 17(1), 23. DOI: 10.1186/s12940-018-0367-0. https://www.ncbi.nlm.nih.gov/pmc/articles/PMC5844093/pdf/12940_2018_Article_367.pdf.

Paz-y-Miño, César, Muñoz, María José Maldonado, Adolfo, Valladares, Carolina, Cumbal, Nadia, Herrera, Catalina, Robles, Paulo, Eugenia Sánchez, María, & López-Cortés, Andrés. (2011). Baseline determination in social, health, and genetic areas in communities affected by glyphosate aerial spraying on the northeastern Ecuadorian border. *Reviews on Environmental Health,* 26(1). DOI: 10.1515/reveh.2011.007.

Paz-y-Miño, César , Sánchez, María Eugenia, Arévalo, Melissa, Muñoz, María José , Witte, Tania, De-la-Carrera, Gabriela Oleas, & Leone, Paola E. (2007). Evaluation of DNA damage in an Ecuadorian population exposed to glyphosate. *Genetics and Molecular Biology,* 30(2), 456-460. DOI: 10.1590/S1415-47572007000300026

Peixoto, F. (2005). Comparative effects of the Roundup and glyphosate on mitochondrial oxidative phosphorylation. *Chemosphere,* 61(8), 1115-1122. DOI: 10.1016/j.chemosphere.2005.03.044. https://www.ncbi.nlm.nih.gov/pubmed/16263381.

Peluso, M., Munnia, A., Bolognesi, C., & Parodi, S. (1998). 32P-postlabeling detection of DNA adducts in mice treated with the herbicide Roundup. *Environmental and Molecular Mutagenesis,* 31(1), 55-59.

# Dr. Charles Benbrook, Ph.D.
## Master Materials Considered List – 6-20-2019

Pereira, A. G., Jaramillo, M. L., Remor, A. P., Latini, A., Davico, C. E., da Silva, M. L., Muller, Y. M. R., Ammar, D., & Nazari, E. M. (2018). Low-concentration exposure to glyphosate-based herbicide modulates the complexes of the mitochondrial respiratory chain and induces mitochondrial hyperpolarization in the Danio rerio brain. *Chemosphere,* 209, 353-362. DOI: 10.1016/j.chemosphere.2018.06.075.

Perez, A. L., Tibaldo, G., Sanchez, G. H., Siano, G. G., Marsili, N. R., & Schenone, A. V. (2019). A novel fluorimetric method for glyphosate and AMPA determination with NBD-Cl and MCR-ALS. *Spectrochimica Acta. Part A,* 214, 119-128. DOI: 10.1016/j.saa.2019.01.078.

Perez-Iglesias, Juan Manuel, Franco-Belussi, Lilian, Moreno, Liliana, Tripole, Susana, de Oliveira, Classius, & Natale, Guillermo Sebastian. (2016). Effects of glyphosate on hepatic tissue evaluating melanomacrophages and erythrocytes responses in neotropical anuran *Leptodactylus latinasus. Environmental Science and Pollution Research International,* 23(10), 9852-9861. DOI: 10.1007/s11356-016-6153-z. https://www.ncbi.nlm.nih.gov/pubmed/26856864.

Perkins, P. J., Boermans, H. J., & Stephenson, G. R. (2000). Toxicity of glyphosate and triclopyr using the Frog Embryo Teratogenesis Assay-Xenopus. *Environmental Toxicology and Chemistry,* 19(4), 940-945. DOI: 10.1897/1551-5028(2000)019<0940:Togatu>2.3.Co;2.

Perry, ED et al. (2019). Product concentration and usage: Behavioral effects in the glyphosate market. J. Econ Behavior and Organization Vol. 158: 543-559 https://doi.org/10.1016/j.jebo.2018.12.027

Perry, Melissa. (2017). *Insights from Past Research.* Presented at the 2017 Children's Environmental Health Translational Research Conference: New Challenges, Arlington, VA, April 2017.

Pham, T. H., Derian, L., Kervarrec, C., Kernanec, P. Y., Jegou, B., Smagulova, F., & Gely-Pernot, A. (2019). Perinatal exposure to glyphosate and a glyphosate-based herbicide affect spermatogenesis in mice. *Toxicological Sciences*. DOI: 10.1093/toxsci/kfz039.

Pieniążek, Danuta, Bukowska, Bożena, & Duda, Wirgiliusz. (2004). Comparison of the effect of Roundup Ultra 360 SL pesticide and its active compound glyphosate on human erythrocytes. *Pesticide Biochemistry and Physiology,* 79(2), 58-63. DOI: 10.1016/j.pestbp.2004.03.003. http://www.sciencedirect.com/science/article/pii/S0048357504000409.

Piešová, Elena. (2004). The influence of different treatment length on the induction of micronuclei in bovine lymphocytes after exposure to glyphosate. *Folia Veterinaria,* 48, 130-134.

Piešová, Elena (2005). The effect of glyphosate on the frequency of micronuclei in bovine lymphocytes in vitro. *Acta Veterinaria,* 55(2-3), 101-109.

Piola, Lucas, Fuchs, Julio, Oneto, María Luisa, Basack, Silvana, Kesten, Eva, & Casabé, Norma. (2013). Comparative toxicity of two glyphosate-based formulations to *Eisenia andrei* under laboratory conditions. *Chemosphere,* 91(4), 545-551. DOI: 10.1016/j.chemosphere.2012.12.036. http://www.sciencedirect.com/science/article/pii/S0045653512015378.

Pleasants, John M., & Oberhauser, Karen S. (2012). Milkweed loss in agricultural fields because of herbicide use: effect on the monarch butterfly population. *Insect Conservation and Diversity,* 6(2), 135-144. DOI: 10.1111/j.1752-4598.2012.00196.x.

Pline-Srnic, Wendy. (2005). Technical performance of some commercial glyphosate-resistant crops. *Pest Management Science,* 61(3), 225-234. DOI: 10.1002/ps.1009. https://www.ncbi.nlm.nih.gov/pubmed/15662723.

Poletta, G. L., Kleinsorge, E., Paonessa, A., Mudry, M. D., Larriera, A., & Siroski, P. A. (2011). Genetic, enzymatic and developmental alterations observed in *Caiman latirostris* exposed in ovo to pesticide formulations and mixtures in an experiment simulating environmental exposure. *Ecotoxicology and Environmental Safety,* 74(4), 852-859. DOI: 10.1016/j.ecoenv.2010.12.005. https://www.ncbi.nlm.nih.gov/pubmed/21185601.

# Dr. Charles Benbrook, Ph.D.
## Master Materials Considered List – 6-20-2019

Poletta, G. L., Larriera, A., Kleinsorge, E., & Mudry, M. D. (2009). Genotoxicity of the herbicide formulation Roundup (glyphosate) in broad-snouted caiman (*Caiman latirostris*) evidenced by the Comet assay and the Micronucleus test. *Mutation Research*, 672(2), 95-102. DOI: 10.1016/j.mrgentox.2008.10.007. https://www.ncbi.nlm.nih.gov/pubmed/19022394.

Portier, Christopher. (2015). Open letter to Commissioner Health & Food Safety, European Commision Re: Review of the Carcinogenicity of Glyphosate by EFSA and BfR. European Food Safety Authority.

*Portier, Christopher (2016). Comments of C. Portier on USEPA (EPA-HQ-OPP-2016-0385-0094) Glyphosate Issue Paper: Evaluation of Carcinogenic Potential. Environmental Protection Agency.*

*Portier, Christopher. (2017). Letter to European Commission re: Review of Carcinogenity of Glyphosate by EChA, EFSA and BfR.*

Portier, C. J., Armstrong, B. K., Baguley, B. C., Baur, X., Belyaev, I., Belle, R., Belpoggi, F., Biggeri, A., Bosland, M. C., Bruzzi, P., Budnik, L. T., Bugge, M. D., Burns, K., Calaf, G. M., Carpenter, D. O., Carpenter, H. M., Lopez-Carrillo, L., Clapp, R., Cocco, P., Consonni, D., Comba, P., Craft, E., Dalvie, M. A., Davis, D., Demers, P. A., De Roos, A. J., DeWitt, J., Forastiere, F., Freedman, J. H., Fritschi, L., Gaus, C., Gohlke, J. M., Goldberg, M., Greiser, E., Hansen, J., Hardell, L., Hauptmann, M., Huang, W., Huff, J., James, M. O., Jameson, C. W., Kortenkamp, A., Kopp-Schneider, A., Kromhout, H., Larramendy, M. L., Landrigan, P. J., Lash, L. H., Leszczynski, D., Lynch, C. F., Magnani, C., Mandrioli, D., Martin, F. L., Merler, E., Michelozzi, P., Miligi, L., Miller, A. B., Mirabelli, D., Mirer, F. E., Naidoo, S., Perry, M. J., Petronio, M. G., Pirastu, R., Portier, R. J., Ramos, K. S., Robertson, L. W., Rodriguez, T., Roosli, M., Ross, M. K., Roy, D., Rusyn, I., Saldiva, P., Sass, J., Savolainen, K., Scheepers, P. T., Sergi, C., Silbergeld, E. K., Smith, M. T., Stewart, B. W., Sutton, P., Tateo, F., Terracini, B., Thielmann, H. W., Thomas, D. B., Vainio, H., Vena, J. E., Vineis, P., Weiderpass, E., Weisenburger, D. D., Woodruff, T. J., Yorifuji, T., Yu, I. J., Zambon, P., Zeeb, H., & Zhou, S. F. (2016). Differences in the carcinogenic evaluation of glyphosate between the International Agency for Research on Cancer (IARC) and the European Food Safety Authority (EFSA). *Journal of Epidemiology and Community Health,* 70(8), 741-745. DOI: 10.1136/jech-2015-207005. http://spiral.imperial.ac.uk/bitstream/10044/1/38610/2/741.full.pdf.

Portinho, J. L., Nielsen, D. L., Dare, L., Henry, R., Oliveira, R. C., & Branco, C. C. Z. (2018). Mixture of commercial herbicides based on 2,4-D and glyphosate mixture can suppress the emergence of zooplankton from sediments. *Chemosphere,* 203, 151-159. DOI: 10.1016/j.chemosphere.2018.03.156.

Powles, Stephen B. (2008). Evolved glyphosate-resistant weeds around the world: lessons to be learnt. *Pest Management Science,* 64(4), 360-365. DOI: doi:10.1002/ps.1525. https://onlinelibrary.wiley.com/doi/abs/10.1002/ps.1525.

Powles, S. B. (2010). Gene amplification delivers glyphosate-resistant weed evolution. *Proceedings of the National Academy of Sciences of the United States of America,* 107(3), 955-956. DOI: 10.1073/pnas.0913433107. https://www.ncbi.nlm.nih.gov/pubmed/20080659.

Prasad, Sahdeo, Srivastava, Smita, Singh, Madhulika, & Shukla, Yogeshwer. (2009). Clastogenic effects of glyphosate in bone marrow cells of swiss albino mice. *Journal of Toxicology,* 2009, 308985. DOI: 10.1155/2009/308985. https://www.ncbi.nlm.nih.gov/pubmed/20107585.

Qaim, Martin, & Traxler, Greg. (2005). Roundup Ready soybeans in Argentina: farm level and aggregate welfare effects. *Agricultural Economics,* 32, 75-86.

# Dr. Charles Benbrook, Ph.D.
## Master Materials Considered List – 6-20-2019

Quarles, William. (2016). Glyphosate Toxicity—Smoke or Fire? *The IPM Practitioner,* August 2016, 1-7.

Raines, N., Gonzalez, M., Wyatt, C., Kurzrok, M., Pool, C., Lemma, T., Weiss, I., Marin, C., Prado, V., Marcas, E., Mayorga, K., Morales, J. F., Aragon, A., & Sheffield, P. (2014). Risk factors for reduced glomerular filtration rate in a Nicaraguan community affected by Mesoamerican nephropathy. *MEDICC Review,* 16(2), 16-22. https://www.ncbi.nlm.nih.gov/pubmed/24878645.

Rainio, M. J., Margus, A., Lehmann, P., Helander, M., & Lindstrom, L. (2019). Effects of a glyphosate-based herbicide on survival and oxidative status of a non-target herbivore, the Colorado potato beetle (*Leptinotarsa decemlineata*). *Comparative Biochemistry and Physiology: Toxicology & Pharmacology,* 215, 47-55. DOI: 10.1016/j.cbpc.2018.09.005.

Raipulis, Jēkabs, Toma, Malda, & Balode, Maija. (2009). Toxicity and Genotoxicity Testing of Roundup. *Proceedings of the Latvian Academy of Sciences. Section B. Natural, Exact, and Applied Sciences.,* 63(1-2), 29-32. DOI: 10.2478/v10046-009-0009-6.

Rank, J, Jensen, AG, Skov, B, Pedersen, LH, & Jensen, K. (1993). Genotoxicity testing of the herbicide Roundup and its active ingredient glyphosate isopropylamine using the mouse bone marrow micronucleus test, Salmonella mutagenicity test, and Allium anaphase-telophase test. *Mutation Research,* 300(1), 29-36.

Rappazzo, K. M., Warren, J. L., Davalos, A. D., Meyer, R. E., Sanders, A. P., Brownstein, N. C., & Luben, T. J. (2018). Maternal residential exposure to specific agricultural pesticide active ingredients and birth defects in a 2003-2005 North Carolina birth cohort. *Birth Defects Research* DOI: 10.1002/bdr2.1448.

Relyea, Rick A. (2011). Amphibians Are Not Ready for Roundup®. In J. E. Elliott (Ed.), *Wildlife Ecotoxicology: Forensic Approaches* (Vol. 3, pp. 267-300): Springer Science + Business Media.

Ren, X., Li, R., Liu, J., Huang, K., Wu, S., Li, Y., & Li, C. (2018). Effects of glyphosate on the ovarian function of pregnant mice, the secretion of hormones and the sex ratio of their fetuses. *Environmental Pollution,* 243(Pt B), 833-841. DOI: 10.1016/j.envpol.2018.09.049.

Resnik, D. B. (2015). Retracting Inconclusive Research: Lessons from the Seralini GM Maize Feeding Study. *Journal of Agricultural and Environmental Ethics,* 28(4), 621-633. DOI: 10.1007/s10806-015-9546-y. https://www.ncbi.nlm.nih.gov/pubmed/26251636.

Reynoso, E. C., Torres, E., Bettazzi, F., & Palchetti, I. (2019). Trends and Perspectives in Immunosensors for Determination of Currently-Used Pesticides: The Case of Glyphosate, Organophosphates, and Neonicotinoids. *Biosensors (Basel),* 9(1). DOI: 10.3390/bios9010020. https://www.ncbi.nlm.nih.gov/pubmed/30720729.

Riar, Dilpreet S, Norsworthy, Jason K, Johnson, Dennis B, Scott, Robert C, & Bagavathiannan, Muthukumar. (2011). Glyphosate Resistance in a Johnsongrass (*Sorghum halepense*) Biotype from Arkansas. *Weed Science,* 59, 299-304. DOI: 10.1614/WS-D-10-00150.1.

Rice, J.R., Dunlap, P., Ramaiahgari, S., Ferguson, S., Smith-Roe, S.L., & DeVito, M. (2018). Poster: Effects of Glyphosate and its Formulations on Markers of Oxidative Stress and Cell Viability in HepaRG and HaCaT Cell Lines.  Presented at the Society of Toxicology Conference,

Richard, S., Moslemi, S., Sipahutar, H., Benachour, N., & Seralini, G. E. (2005). Differential effects of glyphosate and Roundup on human placental cells and aromatase. *Environmental Health Perspectives,* 113(6), 716-720. DOI: 10.1289/ehp.7728. https://www.ncbi.nlm.nih.gov/pubmed/15929894.

Richmond, Martha E. (2018). Glyphosate: A review of its global use, environmental impact, and potential health effects on humans and other species. *Journal of Environmental Studies and Sciences,* 8(4), 416-434. DOI: 10.1007/s13412-018-0517-2.

# Dr. Charles Benbrook, Ph.D.
## Master Materials Considered List – 6-20-2019

Roberts, James. (2017). *Introduction to Herbicides and Birth Outcomes in the Midwest*.  Presented at the 2017 Children's Environmental Health Translational Research Conference: New Challenges, Arlington, VA, April 2017.

Roberts, James R. , & Reigart, Routt (2013). *Recognition and Management of Pesticide Poisonings, Section V: Chronic Effects*. Environmental Protection Agency.

Robinson, Claire. (2012). Teratogenic Effects of Glyphosate-Based Herbicides: Divergence of Regulatory Decisions from Scientific Evidence. *Journal of Environmental & Analytical Toxicology,* 01(S4). DOI: 10.4172/2161-0525.S4-006. https://www.omicsonline.org/open-access/the-formation-of-doxorubicin-loaded-targeted-nanoparticles-usingnanoprecipitation-double-emulsion-and-single-emulsion-for-cancertr-2157-7439-1000379.pdf.

Robinson C., et al. Conflicts of interest at the European Food Safety Authority erode public confidence. J Epidemiol Community Health, September 2013, Vol. 67, No. 9

Romano, M. A., Romano, R. M., Santos, L. D., Wisniewski, P., Campos, D. A., de Souza, P. B., Viau, P., Bernardi, M. M., Nunes, M. T., & de Oliveira, C. A. (2012). Glyphosate impairs male offspring reproductive development by disrupting gonadotropin expression. *Archives of Toxicology,* 86(4), 663-673. DOI: 10.1007/s00204-011-0788-9. https://www.ncbi.nlm.nih.gov/pubmed/22120950.

Rossi, L. F., Luaces, J. P., Palermo, A. M., Merani, M. S., & Mudry, M. D. (2018). Cytogenetic damage in peripheral blood cultures of *Chaetophractus villosus* exposed *in vivo* to a glyphosate formulation (Roundup). *Ecotoxicology and Environmental Safety,* 157, 121-127. DOI: 10.1016/j.ecoenv.2018.03.046. https://www.ncbi.nlm.nih.gov/pubmed/29614449.

Roustan, A., Aye, M., De Meo, M., & Di Giorgio, C. (2014). Genotoxicity of mixtures of glyphosate and atrazine and their environmental transformation products before and after photoactivation. *Chemosphere,* 108, 93-100. DOI: 10.1016/j.chemosphere.2014.02.079. https://www.ncbi.nlm.nih.gov/pubmed/24875917.

Runion, Meredith L. (2010). *The History of Glyphosate*.  Presented at the Regulatory Sciences Review Meeting, 05/13/2015.

Saltmiras, David, Bus, James S., Spanogle, Terri, Hauswirth, Judith, Tobia, Abraham, & Hill, Simon. (2011). Letter to the Editor Regarding the Article by Paganelli et al. *Chemical Research in Toxicology,* 24(5), 607-608. DOI: 10.1021/tx100452k.

Sammons, Robert Douglas, & Gaines, Todd A. (2014). Glyphosate resistance: state of knowledge. *Pest Management Science,* 70(9), 1367-1377. DOI: 10.1002/ps.3743.

Samsel, A., & Seneff, S. (2013). Glyphosate, pathways to modern diseases II: Celiac sprue and gluten intolerance. *Interdiscipinary Toxicology,* 6(4), 159-184. DOI: 10.2478/intox-2013-0026. https://www.ncbi.nlm.nih.gov/pubmed/24678255.

Samsel, Anthony, & Seneff, Stephanie. (2013). Glyphosate's Suppression of Cytochrome P450 Enzymes and Amino Acid Biosynthesis by the Gut Microbiome: Pathways to Modern Diseases. *Entropy,* 15(12), 1416-1463. DOI: 10.3390/e15041416.

Sanin, L. H., Carrasquilla, G., Solomon, K. R., Cole, D. C., & Marshall, E. J. (2009). Regional differences in time to pregnancy among fertile women from five Colombian regions with different use of glyphosate. *Journal of Toxicolgy and Environmental Health, Part A,* 72(15-16), 949-960. DOI: 10.1080/15287390902929691. https://www.ncbi.nlm.nih.gov/pubmed/19672763.

Santadino, Marina, Coviella, Carlos, & Momo, Fernando. (2014). Glyphosate Sublethal Effects on the Population Dynamics of the Earthworm *Eisenia fetida* (Savigny, 1826). *Water, Air, & Soil Pollution,* 225(12). DOI: 10.1007/s11270-014-2207-3.

Santilio, A., Pompili, C., & Giambenedetti, A. (2019). Determination of glyphosate residue in maize and rice using a fast and easy method involving liquid chromatography-mass spectrometry

# Dr. Charles Benbrook, Ph.D.
# Master Materials Considered List – 6-20-2019

(LC/MS/MS). *Journal of Environmental Science and Health, Part B*, 1-6. DOI: 10.1080/03601234.2018.1550306.

Santo, G. D., Grotto, A., Boligon, A. A., Da Costa, B., Rambo, C. L., Fantini, E. A., Sauer, E., Lazzarotto, L. M. V., Bertoncello, K. T., Junior, O. T., Garcia, S. C., Siebel, A. M., Rosemberg, D. B., Magro, J. D., Conterato, G. M. M., & Zanatta, L. (2018). Protective effect of *Uncaria tomentosa* extract against oxidative stress and genotoxicity induced by glyphosate-Roundup® using zebrafish (*Danio rerio*) as a model. *Environmental Science and Pollution Research International*, 25(12), 11703-11715. DOI: 10.1007/s11356-018-1350-6. https://www.ncbi.nlm.nih.gov/pubmed/29442306.

Santovito, A., Ruberto, S., Gendusa, C., & Cervella, P. (2018). *In vitro* evaluation of genomic damage induced by glyphosate on human lymphocytes. *Environmental Science and Pollution Research International*, 25(34), 34693-34700. DOI: 10.1007/s11356-018-3417-9. https://www.ncbi.nlm.nih.gov/pubmed/30324367.

Saska, Pavel, Skuhrovec, Jiri, Lukas, Jan, Chi, Hsin, Tuan, Shu-Jen, & Honek, Alois. (2016). Treatment by glyphosate-based herbicide alters life history parameters of the rose-grain aphid *Metopolophium dirhodum*. *Nature: Scientific Reports,* 6, 27801. DOI: 10.1038/srep27801. https://www.ncbi.nlm.nih.gov/pubmed/27302015.

*Save our Crops Coalition. (2012). Comment on EPA New Use Registration of 2,4-D Choline Salt for 2,4-D Tolerant Corn and Soybeans. Environmental Protection Agency.*

Savini, S., Bandini, M., & Sannino, A. (2019). An Improved, Rapid, and Sensitive Ultra-High-Performance Liquid Chromatography-High-Resolution Orbitrap Mass Spectrometry Analysis for the Determination of Highly Polar Pesticides and Contaminants in Processed Fruits and Vegetables. *Journal of Agricultural and Food Chemistry,* 67(9), 2716-2722. DOI: 10.1021/acs.jafc.8b06483.

Sawada, Y., Nagai, Y., Ueyama, M., & Yamamoto, I. (1988). Probable toxicity of surface-active agent in commercial herbicide containing glyphosate. *Lancet, 1*(8580), 299. https://www.ncbi.nlm.nih.gov/pubmed/2893109.

Sawyer, William. (2017). Toxicological Risk Assessment For Glyphosate and Roundup® Formulations. For the Miller Firm, LLC.

Schaumburg, Laura G, Siroski, Pablo A, Poletta, Gisela L, & Mudry, Marta D. (2016). Genotoxicity induced by Roundup® (Glyphosate) in tegu lizard (*Salvator merianae*) embryos. *Pesticide Biochemistry and Physiology,* 130, 71-78. DOI: 10.1016/j.pestbp.2015.11.009. https://www.ncbi.nlm.nih.gov/pubmed/27155487.

Schinasi, Leah, & Leon, Maria E. (2014). Non-Hodgkin lymphoma and occupational exposure to agricultural pesticide chemical groups and active ingredients: a systematic review and meta-analysis. *International Journal of Environmental Research and Public Health,* 11, 4449-4527. DOI: 10.3390/ijerph110404449.

Schnabel, K., Schmitz, R., von Soosten, D., Frahm, J., Kersten, S., Meyer, U., Breves, G., Hackenberg, R., Spitzke, M., & Danicke, S. (2017). Effects of glyphosate residues and different concentrate feed proportions on performance, energy metabolism and health characteristics in lactating dairy cows. *Archives of Animal Nutrition,* 71(6), 413-427. DOI: 10.1080/1745039X.2017.1391487. https://www.ncbi.nlm.nih.gov/pubmed/29110579.

Schneider, K. IBT - Guilty: How many studies are no good? Parts I and II. PlanetWaves.net

Schutte, G., Eckerstorfer, M., Rastelli, V., Reichenbecher, W., Restrepo-Vassalli, S., Ruohonen-Lehto, M., Saucy, A. W., & Mertens, M. (2017). Herbicide resistance and biodiversity: agronomic and environmental aspects of genetically modified herbicide-resistant plants. *Environmental Sciences*

# Dr. Charles Benbrook, Ph.D.
# Master Materials Considered List – 6-20-2019

*Europe,* 29(1), 5. DOI: 10.1186/s12302-016-0100-y.
https://www.ncbi.nlm.nih.gov/pubmed/28163993.

Scribner, Elisabeth A. , Battaglin, William A., Gilliom, Robert J., & Meyer, Michael T. (2007). Concentrations of Glyphosate, Its Degradation Product, Aminomethylphosphonic Acid, and Glufosinate in Ground- and Surface-Water, Rainfall, and Soil Samples Collected in the United States, 2001–06. USGS and Department of Interior.

Seide, Vanessa Eler, Bernardes, Rodrigo Cupertino, Pereira, Eliseu José Guedes, & Lima, Maria Augusta Pereira. (2018). Glyphosate is lethal and Cry toxins alter the development of the stingless bee *Melipona quadrifasciata. Environmental Pollution,* 243, 1854-1860. DOI: 10.1016/j.envpol.2018.10.020.

Séralini, G. E., Clair, E., Mesnage, R., Gress, S., Defarge, N., Malatesta, M., Hennequin, D., & de Vendomois, J. S. (2012). Long term toxicity of a Roundup herbicide and a Roundup-tolerant genetically modified maize. *Food and Chemical Toxicology,* 50(11), 4221-4231. DOI: 10.1016/j.fct.2012.08.005. https://www.ncbi.nlm.nih.gov/pubmed/22999595.

Séralini, G. E., Clair, E., Mesnage, R., Gress, S., Defarge, N., Malatesta, M., Hennequin, D., & de Vendomois, J. S. (2014). Republished study: long-term toxicity of a Roundup herbicide and a Roundup-tolerant genetically modified maize. *Environmental Sciences Europe,* 26(1), 14. DOI: 10.1186/s12302-014-0014-5. https://www.ncbi.nlm.nih.gov/pubmed/27752412.

Séralini, Gilles Éric, & Douzelet, Jérôme (2017). The Taste of Pesticides in Wines. *Food & Nutrition Journal,* 2017(08). DOI: 10.29011/2575-7091.100061.

Séralini, G. E., Mesnage, R., Defarge, N., Gress, S., Hennequin, D., Clair, E., Malatesta, M., & de Vendomois, J. S. (2013). Answers to critics: Why there is a long term toxicity due to a Roundup-tolerant genetically modified maize and to a Roundup herbicide. *Food and Chemical Toxicology,* 53, 476-483. DOI: 10.1016/j.fct.2012.11.007. https://www.ncbi.nlm.nih.gov/pubmed/23146697 https://ac.els-cdn.com/S0278691512008149/1-s2.0-S0278691512008149-main.pdf?_tid=b0eabb23-e8f2-4c55-b1c9-cb9a66f9e186&acdnat=1548802600_52e4e9b8731396042ffce6b02092ed5b.

Séralini, G. E., Mesnage, R., Defarge, N., & Spiroux de Vendomois, J. (2014). Conclusiveness of toxicity data and double standards. *Food and Chemical Toxicology,* 69, 357-359. DOI: 10.1016/j.fct.2014.04.018. https://www.ncbi.nlm.nih.gov/pubmed/24747919.

Séralini, Gilles-Eric, Mesnage, Robin, Defarge, Nicolas, & Vendômois, Joël Spiroux De. (2014). Conflicts of interests, confidentiality and censorship in health risk assessment: the example of an herbicide and a GMO. *Environmental Sciences Europe,* 26, 13. DOI: 10.1186/s12302-014-0013-6.

Service, R. F. (2013). Agriculture. What happens when weed killers stop killing? *Science,* 341(6152), 1329. DOI: 10.1126/science.341.6152.1329. https://www.ncbi.nlm.nih.gov/pubmed/24052282.

Shaner, D. L., & Beckie, H. J. (2014). The future for weed control and technology. *Pest Management Science,* 70(9), 1329-1339. DOI: 10.1002/ps.3706. https://www.ncbi.nlm.nih.gov/pubmed/24339388.

Shaw, William. (2017). Elevated Urinary Glyphosate and Clostridia Metabolites With Altered Dopamine Metabolism in Triplets With Autistic Spectrum Disorder or Suspected Seizure Disorder: A Case Study. *Integrative Medicine,* 16(1), 50-57.

Shehata, Awad, Schrödl, Wieland, Schledorn, Philipp, & Krüger, Monika. (2014). Distribution of Glyphosate in Chicken Organs and its Reduction by Humic Acid Supplementation. *The Journal of Poultry Science,* 51, 333-337.

# Dr. Charles Benbrook, Ph.D.
## Master Materials Considered List – 6-20-2019

Shehata, A. A., Schrodl, W., Aldin, A. A., Hafez, H. M., & Kruger, M. (2013). The effect of glyphosate on potential pathogens and beneficial members of poultry microbiota *in vitro*. *Curr Microbiol,* 66(4), 350-358. DOI: 10.1007/s00284-012-0277-2.

Shergill, Lovreet S., Barlow, Blake R., Bish, Mandy D., & Bradley, Kevin W. (2018). Investigations of 2,4-D and Multiple Herbicide Resistance in a Missouri Waterhemp (*Amaranthus tuberculatus*) Population. *Weed Science,* 66(3), 386-394. DOI: 10.1017/wsc.2017.82. https://www.cambridge.org/core/article/investigations-of-24d-and-multiple-herbicide-resistance-in-a-missouri-waterhemp-amaranthus-tuberculatus-population/04C7A3FCB6D30C19F8D1727263DBEF13.

Siddiqui, Sazada, Meghvansi, Mukesh K., & Khan, Shoukat Saeed. (2012). Glyphosate, Alachor and Maleic Hydrazide have Genotoxic Effect on *Trigonella foenum*-graecum L. *Bulletin of Environmental Contamination and Toxicology,* 88(5), 659-665. DOI: 10.1007/s00128-012-0570-6. https://doi.org/10.1007/s00128-012-0570-6.

Sierra-Diaz, E., Celis-de la Rosa, A. J., Lozano-Kasten, F., Trasande, L., Peregrina-Lucano, A. A., Sandoval-Pinto, E., & Gonzalez-Chavez, H. (2019). Urinary Pesticide Levels in Children and Adolescents Residing in Two Agricultural Communities in Mexico. *International Journal of Environmental Research and Public Health,* 16(4). DOI: 10.3390/ijerph16040562. https://www.ncbi.nlm.nih.gov/pubmed/30781414.

Silva, V., Montanarella, L., Jones, A., Fernandez-Ugalde, O., Mol, H. G. J., Ritsema, C. J., & Geissen, V. (2018). Distribution of glyphosate and aminomethylphosphonic acid (AMPA) in agricultural topsoils of the European Union. *Science of the Total Environment,* 621, 1352-1359. DOI: 10.1016/j.scitotenv.2017.10.093. https://www.ncbi.nlm.nih.gov/pubmed/29042088.

Silveira, T., Varela Junior, A. S., Corcini, C. D., Domingues, W. B., Remiao, M., Santos, L., Barreto, B., Lessa, I., Martins, D., Boyle, R. T., Costa, P. G., Bianchini, A., Robaldo, R. B., & Campos, V. F. (2019). Roundup® Herbicide Decreases Quality Parameters of Spermatozoa of Silversides *Odontesthes humensis*. *Bulletin of Environmental Contamination and Toxicology,* 102(1), 1-6. DOI: 10.1007/s00128-018-2508-0.

Sinhorin, Valéria Dornelles Gindri, Sinhorin, Adilson Paulo, Teixeira, Jhonnes Marcos dos Santos, Miléski, Kelly Márcia Lazarotto, Hansen, Paula Carine, Moreira, Paula Sueli Andrade, Kawashita, Nair Honda, Baviera, Amanda Martins, & Loro, Vania Lúcia. (2014). Effects of the acute exposition to glyphosate-based herbicide on oxidative stress parameters and antioxidant responses in a hybrid Amazon fish surubim (*Pseudoplatystoma* sp). *Ecotoxicology and Environmental Safety,* 106, 181-187. DOI: 10.1016/j.ecoenv.2014.04.040. http://www.sciencedirect.com/science/article/pii/S0147651314001912.

Šiviková, Katarína, & Dianovský, Jan. (2006). Cytogenetic effect of technical glyphosate on cultivated bovine peripheral lymphocytes. *International Journal of Hygiene and Environmental Health,* 209(1), 15-20. DOI: 10.1016/j.ijheh.2005.07.005. https://www.ncbi.nlm.nih.gov/pubmed/16373198.

Slaninova, A., Smutna, M., Modra, H., & Svobodova, Z. (2009). A review: oxidative stress in fish induced by pesticides. *Neuro Endocrinology Letters,* 30 Suppl 1, 2-12.

Smith, C. M., Vera, M. K. M., & Bhandari, R. K. (2019). Developmental and epigenetic effects of Roundup and glyphosate exposure on Japanese medaka (*Oryzias latipes*). *Aquatic Toxicology,* 210, 215-226. DOI: 10.1016/j.aquatox.2019.03.005.

Smith, E. A., Prues, S. L., & Oehme, F. W. (1996). Environmental degradation of polyacrylamides. 1. Effects of artificial environmental conditions: temperature, light, and pH. *Ecotoxicology and*

**Dr. Charles Benbrook, Ph.D.**
**Master Materials Considered List – 6-20-2019**

*Environmental Safety,* 35(2), 121-135. DOI: 10.1006/eesa.1996.0091.
https://www.ncbi.nlm.nih.gov/pubmed/8950534.

Smith, E. A., Prues, S. L., & Oehme, F. W. (1997). Environmental degradation of polyacrylamides. II. Effects of environmental (outdoor) exposure. *Ecotoxicology and Environmental Safety,* 37(1), 76-91. DOI: 10.1006/eesa.1997.1527. https://www.ncbi.nlm.nih.gov/pubmed/9212339.

Soares, C., Pereira, R., Spormann, S., & Fidalgo, F. (2019). Is soil contamination by a glyphosate commercial formulation truly harmless to non-target plants? - Evaluation of oxidative damage and antioxidant responses in tomato. *Environmental Pollution,* 247, 256-265. DOI: 10.1016/j.envpol.2019.01.063.

Sol Balbuena, M., Tison, L., Hahn, M. L., Greggers, U., Menzel, R., & Farina, W. M. (2015). Effects of sub-lethal doses of glyphosate on honeybee navigation. *Journal of Experimental Biology.* DOI: 10.1242/dev.117291. https://www.ncbi.nlm.nih.gov/pubmed/26163579.

Solomon, K. R. (2016). Glyphosate in the general population and in applicators: a critical review of studies on exposures. *Critical Reviews in Toxicology,* 46(sup1), 21-27. DOI: 10.1080/10408444.2016.1214678. https://www.ncbi.nlm.nih.gov/pubmed/27677667.

Solomon, K. R., Anadon, A., Carrasquilla, G., Cerdeira, A. L., Marshall, J., & Sanin, L. H. (2007). Coca and poppy eradication in Colombia: environmental and human health assessment of aerially applied glyphosate. *Reviews of Environmental Contamination and Toxicology,* 190, 43-125. https://www.ncbi.nlm.nih.gov/pubmed/17432331.

Solomon, K. R., Marshall, E. J., & Carrasquilla, G. (2009). Human health and environmental risks from the use of glyphosate formulations to control the production of coca in Colombia: overview and conclusions. *Journal of Toxicology and Environmental Health, Part A,* 72(15-16), 914-920. DOI: 10.1080/15287390902929659. https://www.ncbi.nlm.nih.gov/pubmed/19672759.

Soloneski, S., Ruiz de Arcaute, C., & Larramendy, M. L. (2016). Genotoxic effect of a binary mixture of dicamba- and glyphosate-based commercial herbicide formulations on *Rhinella arenarum* (Hensel, 1867) (Anura, Bufonidae) late-stage larvae. *Environmental Science and Pollution Research,* 23(17), 17811-17821. DOI: 10.1007/s11356-016-6992-7. https://www.ncbi.nlm.nih.gov/pubmed/27250090.

Sorahan, T. (2015). Multiple myeloma and glyphosate use: a re-analysis of US Agricultural Health Study (AHS) data. *International Journal of Environmental Research and Public Health,* 12(2), 1548-1559. DOI: 10.3390/ijerph120201548. https://www.ncbi.nlm.nih.gov/pubmed/25635915.

Sorahan, T. (2016). Visualising and Thinking and Interpreting. Response to the Burstyn and De Roos Comments on Sorahan, T. Multiple Myeloma and Glyphosate Use: A Re-Analysis of US Agricultural Health Study (AHS) Data. *International Journal of Environmental Research and Public Health,* 14(1). DOI: 10.3390/ijerph14010006. https://www.ncbi.nlm.nih.gov/pubmed/28025515.

Sosnoskie, Lynn M., Kichler, Jeremy M., Wallace, Rebekah D., & Culpepper, A. Stanley. (2017). Multiple Resistance in Palmer Amaranth to Glyphosate and Pyrithiobac Confirmed in Georgia. *Weed Science,* 59(03), 321-325. DOI: 10.1614/ws-d-10-00132.1.

Soso, Auren Benck, Barcellos, Leonardo José Gil, Ranzani-Paiva, Maria José, Kreutz, Luiz Carlos, Quevedo, Rosmari Mezzalira, Anziliero, Deniz, Lima, Marina, Silva, Leonardo Bolognesi da, Ritter, Filipe, Bedin, Alexandra Calliari, & Finco, Jovani Antônio. (2007). Chronic exposure to sub-lethal concentration of a glyphosate-based herbicide alters hormone profiles and affects reproduction of female Jundiá (*Rhamdia quelen*). *Environmental Toxicology and Pharmacology,* 23(3), 308-313. DOI: https://doi.org/10.1016/j.etap.2006.11.008. http://www.sciencedirect.com/science/article/pii/S1382668906001578.

# Dr. Charles Benbrook, Ph.D.
## Master Materials Considered List – 6-20-2019

Soudani, N., Chaabane, M., Ghorbel, I., Elwej, A., Boudawara, T., & Zeghal, N. (2019). Glyphosate disrupts redox status and up-regulates metallothionein I and II genes expression in the liver of adult rats. Alleviation by quercetin. *General Physiology and Biophysics*. DOI: 10.4149/gpb_2018043.

Soukup, Josef, Holec, Josef, Jursík, Miroslav, & Hamouzová, Kateřina. (2011). Environmental and agronomic monitoring of adverse effects due to cultivation of genetically modified herbicide tolerant crops. *Journal fur Verbraucherschutz und Lebensmittelsicherheit*, 6, 125-130. DOI: 10.1007/s00003-011-0682-7.

Sritana, N., Suriyo, T., Kanitwithayanun, J., Songvasin, B. H., Thiantanawat, A., & Satayavivad, J. (2018). Glyphosate induces growth of estrogen receptor alpha positive cholangiocarcinoma cells via non-genomic estrogen receptor/ERK1/2 signaling pathway. *Food and Chemical Toxicology*, 118, 595-607. DOI: 10.1016/j.fct.2018.06.014.

Stachler, Jeff. (2012). Preserving the Effectiveness of Herbicides and Herbicide Technology Traits – Especially Glyphosate and RR Crops. Presentation, 3/20/12.

Steckel, Larry. (2012). *Glyphosate-Resistant Weeds: Lessons Learned in Tennessee.* Presented at the Iowa Soybean Association, On-Farm Network® Conference, Ames, IA, 2/16/12.

Stenoien, Carl, Nail, Kelly R, Zalucki, Jacinta M, Parry, Hazel, Oberhauser, Karen S, & Zalucki, Myron P. (2016). Monarchs in decline: a collateral landscape-level effect of modern agriculture. *Insect Science*, 25, 528-541. DOI: 10.1111/1744-7917.12404. https://www.ncbi.nlm.nih.gov/pubmed/27650673.

Swanson, Nancy L, Leu, Andre, Abrahamson, Jon, & Wallet, Bradley. (2014). Genetically engineered crops, glyphosate and the deterioration of health in the United States of America. *Journal of Organic Systems*, 9(2), 6-37. https://www.researchgate.net/publication/283462716_Genetically_engineered_crops_glyphosate_and_the_deterioration_of_health_in_the_United_States_of_America

Szekacs, Andras, & Darvas, Bela. (2012). Forty Years with Glyphosate. In *Herbicides - Properties, Synthesis and Control of Weeds* (pp. 247-284).

Székács, A, & Darvas, B. (2012). Environmental and Ecological Aspects of First Generation Genetically Modified Crops Regarding Their Impacts in a European Maize Producer Country. *International Journal of Environmental Protection*, 2, 9.

Székács, András, & Darvas, Béla. (2018). Re-registration Challenges of Glyphosate in the European Union. *Frontiers in Environmental Science*, 6. DOI: 10.3389/fenvs.2018.00078. https://fjfsdata01prod.blob.core.windows.net/articles/files/313802/pubmed-zip/.versions/2/.package-entries/fenvs-06-00078-r1/fenvs-06-00078.pdf?sv=2015-12-11&sr=b&sig=9Fj7h4Uhou0JPrdrEWST4xMrQoT7G2KIGWVEueUAxRY%3D&se=2018-11-13T21%3A15%3A55Z&sp=r&rscd=attachment%3B%20filename%2A%3DUTF-8%27%27fenvs-06-00078.pdf.

Szepanowski, F., Szepanowski, L. P., Mausberg, A. K., Albrecht, P., Kleinschnitz, C., Kieseier, B. C., & Stettner, M. (2018). Differential impact of pure glyphosate and glyphosate-based herbicide in a model of peripheral nervous system myelination. *Acta Neuropatholologica*, 136(6), 979-982. DOI: 10.1007/s00401-018-1938-4. https://www.ncbi.nlm.nih.gov/pubmed/30446820.

Tarantino, Laura M. (2004, 07/22/04). [Biotechnology Consultation Agency Response Letter BNF No. 000080].

Tarazona, J. V., Court-Marques, D., Tiramani, M., Reich, H., Pfeil, R., Istace, F., & Crivellente, F. (2017). Glyphosate toxicity and carcinogenicity: a review of the scientific basis of the European

Dr. Charles Benbrook, Ph.D.
Master Materials Considered List – 6-20-2019

Union assessment and its differences with IARC. *Archives of Toxicology,* 91(8), 2723-2743. DOI: 10.1007/s00204-017-1962-5. https://www.ncbi.nlm.nih.gov/pubmed/28374158.

Taylor, J. L., Demyttenaere, J. C., Abbaspour Tehrani, K., Olave, C. A., Regniers, L., Verschaeve, L., Maes, A., Elgorashi, E. E., van Staden, J., & de Kimpe, N. (2004). Genotoxicity of melanoidin fractions derived from a standard glucose/glycine model. *Journal of Agricultural and Food Chemistry,* 52(2), 318-323. DOI: 10.1021/jf030125y. https://www.ncbi.nlm.nih.gov/pubmed/14733515.

Tesfamariam, Tsehaye, Bott, S., Cakmak, I., Römheld, V., & Neumann, G. (2009). Glyphosate in the rhizosphere-Role of waiting times and different glyphosate binding forms in soils for phytotoxicity to non-target plants. *European Journal of Agronomy,* 31, 126-132. DOI: 10.1016/j.eja.2009.03.007.

Testbiotech. (2012). *SmartStax: Illegal imports of genetically engineered maize into the EU?* Testbiotech Institute for Independent Impact Assessment in Biotechnology.

Testbiotech. (2013). *High levels of residues from spraying with glyphosate found in soybeans in Argentina*. Testbiotech Institute for Independent Impact Assessment in Biotechnology.

Testbiotech. (2014). Testbiotech comment on the German Renewal Assessment Report (RAR) on the active ingredient glyphosate. Testbiotech Institute for Independent Impact Assessment in Biotechnology.

The Organic Center. (2009). The First Thirteen Years: 2. Introduction, Data Sources, and Methodology. The Organic Center.

*The Organic Center. (2009). The First Thirteen Years: 3. Acreage Planted to GE Crop Varieties, 1996-2008. The Organic Center.*

Then, Christoph, & Bauer-Panskus, Andreas. (2017). Possible health impacts of Bt toxins and residues from spraying with complementary herbicides in genetically engineered soybeans and risk assessment as performed by the European Food Safety Authority EFSA. *Environmental Sciences Europe,* 29(1), 1. DOI: 10.1186/s12302-016-0099-0. https://www.ncbi.nlm.nih.gov/pubmed/28133586.

Thogmartin, Wayne E, Wiederholt, Ruscena, Oberhauser, Karen, Drum, Ryan G, Diffendorfer, Jay E, Altizer, Sonia, Taylor, Orley R, Pleasants, John, Semmens, Darius, Semmens, Brice, Erickson, Richard, Libby, Kaitlin, & Lopez-Hoffman, Laura. (2017). Monarch butterfly population decline in North America: identifying the threatening processes. *Royal Society Open Science,* 4(9), 170760. DOI: 10.1098/rsos.170760. https://www.ncbi.nlm.nih.gov/pubmed/28989778.

Thompson, H. (2012). War on weeds loses ground. *Nature,* 485(7399), 430. DOI: 10.1038/485430a. https://www.ncbi.nlm.nih.gov/pubmed/22622548.

Thompson, H. M., Levine, S. L., Doering, J., Norman, S., Manson, P., Sutton, P., & von Merey, G. (2014). Evaluating exposure and potential effects on honeybee brood (*Apis mellifera*) development using glyphosate as an example. *Integrated Environmental Assessment and Management,* 10(3), 463-470. DOI: 10.1002/ieam.1529. https://www.ncbi.nlm.nih.gov/pubmed/24616275.

Thompson, T. S., van den Heever, J. P., & Limanowka, R. E. (2019). Determination of glyphosate, AMPA, and glufosinate in honey by online solid-phase extraction-liquid chromatography-tandem mass spectrometry. *Food Additives and Contaminants, Part A,* 36(3), 434-446. DOI: 10.1080/19440049.2019.1577993.

Thongprakaisang, S., Thiantanawat, A., Rangkadilok, N., Suriyo, T., & Satayavivad, J. (2013). Glyphosate induces human breast cancer cells growth via estrogen receptors. *Food and Chemical*

## Dr. Charles Benbrook, Ph.D.
## Master Materials Considered List – 6-20-2019

*Toxicology,* 59, 129-136. DOI: 10.1016/j.fct.2013.05.057.
https://www.ncbi.nlm.nih.gov/pubmed/23756170.

Tom, Kip. (2012). Op-Ed: The real scoop on "the most dangerous chemicals". *Agri-Pulse.* 3-5.
https://www.agri-pulse.com/articles/1720-op-ed-the-real-scoop-on-the-most-dangerous-chemicals

Tong, M., Gao, W., Jiao, W., Zhou, J., Li, Y., He, L., & Hou, R. (2017). Uptake, Translocation,
Metabolism, and Distribution of Glyphosate in Nontarget Tea Plant (*Camellia sinensis* L.).
*Journal of Agricultural and Food Chemistry,* 65(35), 7638-7646. DOI: 10.1021/acs.jafc.7b02474.
https://www.ncbi.nlm.nih.gov/pubmed/28795804.

Townsend, M., Peck, C., Meng, W., Heaton, M., Robison, R., & O'Neill, K. (2017). Evaluation of
various glyphosate concentrations on DNA damage in human Raji cells and its impact on
cytotoxicity. *Regulatory Toxicology and Pharmacology,* 85, 79-85. DOI:
10.1016/j.yrtph.2017.02.002. https://www.ncbi.nlm.nih.gov/pubmed/28185844.

Tranel, Patrick J., Riggins, Chance W., Bell, Michael S., & Hager, Aaron G. (2011). Herbicide resistances
in *Amaranthus tuberculatus*: A call for new options. *Journal of Agricultural and Food Chemistry,*
59, 5808-5812. DOI: 10.1021/jf103797n.

Truta, E., Vochita, G., Rosu, C. M., Zamfirache, M. M., & Olteanu, Z. (2011). Evaluation of Roundup-
induced toxicity on genetic material and on length growth of barley seedlings. *Acta Biologica
Hungarica,* 62(3), 290-301. DOI: 10.1556/ABiol.62.2011.3.8.
https://www.ncbi.nlm.nih.gov/pubmed/21840831.

Tsao, Y. C., Lai, Y. C., Liu, H. C., Liu, R. H., & Lin, D. L. (2016). Simultaneous Determination and
Quantitation of Paraquat, Diquat, Glufosinate and Glyphosate in Postmortem Blood and Urine by
LC-MS-MS. *Journal of Analytical Toxicology,* 40(6), 427-436. DOI: 10.1093/jat/bkw042.
https://www.ncbi.nlm.nih.gov/pubmed/27339477.

Tsui, Martin T. K., & Chu, L. M. (2003). Aquatic toxicity of glyphosate-based formulations: comparison
between different organisms and the effects of environmental factors. *Chemosphere,* 52(7), 1189-
1197. DOI: 10.1016/S0045-6535(03)00306-0.
http://www.sciencedirect.com/science/article/pii/S0045653503003060.

Tudisco, R., Mastellone, V., Cutrignelli, M. I., Lombardi, P., Bovera, F., Mirabella, N., Piccolo, G.,
Calabrò, S., Avallone, L., & Infascelli, F. (2010). Fate of transgenic DNA and evaluation of
metabolic effects in goats fed genetically modified soybean and in their offsprings. *Animal,* 4,
1662-1671. DOI: 10.1017/S1751731110000728.

Unglesbee, Emily. (2019). The State of the Pigweed - 2, Palmer Amaranth's American Roadtrip: The
New Frontier States. *The Progressive Farmer.*
https://www.dtnpf.com/agriculture/web/ag/news/article/2019/01/29/palmer-amaranths-american-
roadtrip

Unglesbee, Emily. (2019). The State of the Pigweed - 3, Palmer Amaranth's American Roadtrip: The
Veteran States. *The Progressive Farmer.*
https://www.dtnpf.com/agriculture/web/ag/news/crops/article/2019/01/30/palmer-amaranths-
american-roadtrip

Uren Webster, T. M., Laing, L. V., Florance, H., & Santos, E. M. (2014). Effects of glyphosate and its
formulation, Roundup, on reproduction in zebrafish (I). *Environmental Science and Technology,*
48(2), 1271-1279. DOI: 10.1021/es404258h.

USDA. (2013). Questions and Answers: USDA Investigating Detection of Positive Genetically
Engineered (GE) Glyphosate - Resistant Wheat in Oregon. APHIS.

USDA. (2014). Agricultural Resource Management Survey: U.S. Soybean Industry. National Agricultural
Statistics Service.

# Dr. Charles Benbrook, Ph.D.
## Master Materials Considered List – 6-20-2019

USDA. (2015). Monsanto Company Petition (13-290-01p) for Determination of Nonregulated Status of Corn Rootworm-Protected and Glyphosate-Tolerant MON 87411 Maize: Draft Environmental Assessment. APHIS.

U.S. Department of Labor. Appendix A to Section 1910-1200-Health Hazard Criteria. https://www.osha.gov/dsg/hazcom/hazcom-appendix-a.html

Vainio, H., Linnainmaa, K., Kahonen, M., Nickels, J., Hietanen, E., Marniemi, J., & Peltonen, P. (1983). Hypolipidemia and peroxisome proliferation induced by phenoxyacetic acid herbicides in rats. *Biochem Pharmacol,* 32(18), 2775-2779. https://www.ncbi.nlm.nih.gov/pubmed/6626247.

Valle, A. L., Mello, F. C. C., Alves-Balvedi, R. P., Rodrigues, L. P., & Goulart, L. R. (2018). Glyphosate detection: methods, needs and challenges. *Environmental Chemistry Letters.* DOI: 10.1007/s10311-018-0789-5. https://link.springer.com/article/10.1007%2Fs10311-018-0789-5.

Valverde, Bernal, & Gressel, Jonathan. (2006). Dealing with the Evolution and Spread of Sorghum halepense glyphosate resistance in Argentina. SENASA.

Van Bruggen, A. H. C., He, M. M., Shin, K., Mai, V., Jeong, K. C., Finckh, M. R., & Morris, J. G., Jr. (2018). Environmental and health effects of the herbicide glyphosate. *Science of the Total Environment,* 616-617, 255-268. DOI: 10.1016/j.scitotenv.2017.10.309. https://www.ncbi.nlm.nih.gov/pubmed/29117584.

Van Hoesen, Shannon. (2016). Study: Monsanto's Glyphosate Most Heavily Used Weed Killer In History [Press release]

van Zwanenberg, Patrick. (2015). Chemical reactions: glyphosate and the politics of chemical safety. *The Guardian.* https://www.theguardian.com/science/political-science/2015/may/13/chemical-reactions-glyphosate-and-the-politics-of-chemical-safety

Vandelac, Louise , & Bacon, Marie-Hélène (2017). Notice of Objection to Re-assessment Decision RDV2017-01 on Glyphosate. Health Canada.

Vandenberg, L. N., Blumberg, B., Antoniou, M. N., Benbrook, C. M., Carroll, L., Colborn, T., Everett, L. G., Hansen, M., Landrigan, P. J., Lanphear, B. P., Mesnage, R., Vom Saal, F. S., Welshons, W. V., & Myers, J. P. (2017). Is it time to reassess current safety standards for glyphosate-based herbicides? *Journal of Epidemiology and Community Health,* 71(6), 613-618. DOI: 10.1136/jech-2016-208463. https://jech.bmj.com/content/jech/71/6/613.full.pdf.

Vanlaeys, A., Dubuisson, F., Seralini, G. E., & Travert, C. (2018). Formulants of glyphosate-based herbicides have more deleterious impact than glyphosate on TM4 Sertoli cells. *Toxicology In Vitro,* 52, 14-22. DOI: 10.1016/j.tiv.2018.01.002.

Varayoud, J., Durando, M., Ramos, J. G., Milesi, M. M., Ingaramo, P. I., Munoz-de-Toro, M., & Luque, E. H. (2017). Effects of a glyphosate-based herbicide on the uterus of adult ovariectomized rats. *Environmental Toxicology,* 32(4), 1191-1201. DOI: 10.1002/tox.22316. https://www.ncbi.nlm.nih.gov/pubmed/27463640.

Varona, M., Henao, G. L., Diaz, S., Lancheros, A., Murcia, A., Rodriguez, N., & Alvarez, V. H. (2009). Effects of aerial applications of the herbicide glyphosate and insecticides on human health. *Biomedica,* 29(3), 456-475. http://www.scielo.org.co/pdf/bio/v29n3/v29n3a14.pdf.

Vazquez, D. E., Ilina, N., Pagano, E. A., Zavala, J. A., & Farina, W. M. (2018). Glyphosate affects the larval development of honey bees depending on the susceptibility of colonies. *PLoS One,* 13(10), e0205074. DOI: 10.1371/journal.pone.0205074. https://www.ncbi.nlm.nih.gov/pubmed/30300390.

Venkateshwara, L. Glyphosate. Amended Residential Exposure Assessment for a Registration Review. Dec. 12, 2017. OPP/EPA Memo to Caitlin Newcamp.

# Dr. Charles Benbrook, Ph.D.
## Master Materials Considered List – 6-20-2019

Ver Vers, L. M. (1999). Determination of acrylamide monomer in polyacrylamide degradation studies by high-performance liquid chromatography. *Journal of Chromatographic Science,* 37(12), 486-494.

Vera-Candioti, J., Soloneski, S., & Larramendy, M. L. (2013). Evaluation of the genotoxic and cytotoxic effects of glyphosate-based herbicides in the ten spotted live-bearer fish *Cnesterodon decemmaculatus* (Jenyns, 1842). *Ecotoxicology and Environmental Safety,* 89, 166-173. DOI: 10.1016/j.ecoenv.2012.11.028. https://www.ncbi.nlm.nih.gov/pubmed/23273868.

Vera-Candioti, J., Soloneski, S., & Larramendy, M. L. (2013). Single-cell gel electrophoresis assay in the ten spotted live-bearer fish, *Cnesterodon decemmaculatus* (Jenyns, 1842), as bioassay for agrochemical-induced genotoxicity. *Ecotoxicology and Environmental Safety,* 98, 368-373. DOI: 10.1016/j.ecoenv.2013.08.011. https://www.ncbi.nlm.nih.gov/pubmed/24011534.

Vereecken, H. (2005). Mobility and leaching of glyphosate: a review. *Pest Management Science,* 61(12), 1139-1151. DOI: 10.1002/ps.1122. https://www.ncbi.nlm.nih.gov/pubmed/16211661.

Vieira, C. E., Costa, P. G., Lunardelli, B., de Oliveira, L. F., Cabrera Lda, C., Risso, W. E., Primel, E. G., Meletti, P. C., Fillmann, G., & Martinez, C. B. (2016). Multiple biomarker responses in *Prochilodus lineatus* subjected to short-term in situ exposure to streams from agricultural areas in Southern Brazil. *Science of the Total Environment,* 542(Pt A), 44-56. DOI: 10.1016/j.scitotenv.2015.10.071. https://www.ncbi.nlm.nih.gov/pubmed/26519566.

Vigfusson, N. V., & Vyse, E. R. (1980). The effect of the pesticides, Dexon, Captan and Roundup, on sister-chromatid exchanges in human lymphocytes in vitro. *Mutation Research,* 79(1), 53-57. https://www.ncbi.nlm.nih.gov/pubmed/7432366.

von Ehrenstein, O. S., Ling, C., Cui, X., Cockburn, M., Park, A. S., Yu, F., Wu, J., & Ritz, B. (2019). Prenatal and infant exposure to ambient pesticides and autism spectrum disorder in children: population based case-control study. *BMJ,* 364, l962. DOI: 10.1136/bmj.l962. https://www.ncbi.nlm.nih.gov/pubmed/30894343.

Wagner, Norman, Reichenbecher, Wolfram, Teichmann, Hanka, Tappeser, Beatrix, & Lötters, Stefan. (2013). Questions concerning the potential impact of glyphosate-based herbicides on amphibians. *Environmental Toxicology and Chemistry,* 32, 1688-1700. DOI: 10.1002/etc.2268.

Waites, C. R., Dominick, M. A., Sanderson, T. P., & Schilling, B. E. (2007). Nonclinical safety evaluation of muraglitazar, a novel PPARalpha/gamma agonist. *Toxicological Sciences,* 100(1), 248-258. DOI: 10.1093/toxsci/kfm193. https://www.ncbi.nlm.nih.gov/pubmed/17675651.

Walsh, L. P., McCormick, C., Martin, C., & Stocco, D. M. (2000). Roundup inhibits steroidogenesis by disrupting steroidogenic acute regulatory (StAR) protein expression. *Environmental Health Perspectives,* 108(8), 769-776. https://www.ncbi.nlm.nih.gov/pubmed/10964798.

Waltz, E. (2010). Glyphosate resistance threatens Roundup hegemony. *Nature Biotechnology,* 28(6), 537-538. DOI: 10.1038/nbt0610-537. https://www.ncbi.nlm.nih.gov/pubmed/20531318.

Wang, Gaohong, Deng, Songqiang, Li, Cheng, Liu, Yongding, Chen, Lanzhou, & Hu, Chaozhen. (2012). Damage to DNA caused by UV-B radiation in the desert cyanobacterium *Scytonema javanicum* and the effects of exogenous chemicals on the process. *Chemosphere,* 88(4), 413-417. DOI: 10.1016/j.chemosphere.2012.02.056. http://www.sciencedirect.com/science/article/pii/S0045653512002573.

Wang, W., Xia H Fau - Yang, Xiao, Yang X Fau - Xu, Ting, Xu T Fau - Si, Hong Jiang, Si Hj Fau - Cai, Xing Xing, Cai Xx Fau - Wang, Feng, Wang F Fau - Su, Jun, Su J Fau - Snow, Allison A., Snow Aa Fau - Lu, Bao-Rong, & Lu, B. R. A novel 5-enolpyruvoylshikimate-3-phosphate (EPSP) synthase transgene for glyphosate resistance stimulates growth and fecundity in weedy rice (*Oryza sativa*) without herbicide. (1469-8137 (Electronic)).

# Dr. Charles Benbrook, Ph.D.
## Master Materials Considered List – 6-20-2019

Wang L, Deng Q, Hu H, Ming  L, Gong Z, Zhang S, Xu-Monette Z, Lu Z, Young K, Ma X and Li Y (2019) Glyphosate induces benign monoclonal gammopathy and promotes multiple myeloma progression in mice. Journal of Hematology & Oncology, 12:70.

Ward, E. M. (2018). Glyphosate Use and Cancer Incidence in the Agricultural Health Study: An Epidemiologic Perspective. *Journal of the National Cancer Institute,* 110(5), 446-447. DOI: 10.1093/jnci/djx247. https://www.ncbi.nlm.nih.gov/pubmed/29155945.

Warwick, S. I., Legere, A., Simard, M. J., & James, T. (2008). Do escaped transgenes persist in nature? The case of an herbicide resistance transgene in a weedy *Brassica rapa* population. *Molecular Ecology,* 17(5), 1387-1395. DOI: 10.1111/j.1365-294X.2007.03567.x. https://www.ncbi.nlm.nih.gov/pubmed/17971090.

Waryszak, P., Lenz, T. I., Leishman, M. R., & Downey, P. O. (2018). Herbicide effectiveness in controlling invasive plants under elevated $CO_2$: Sufficient evidence to rethink weeds management. *Journal of Environmental Management,* 226, 400-407. DOI: 10.1016/j.jenvman.2018.08.050.

Weber, Stefan. (2015). Expert opinion on adherence to the rules of good scientific practice in the subsections "B.6.4.8 Published data (released since 2000)", "B.6.5.3 Published data on carcinogenicity (released since 2000)" and "B.6.6.12 Published data (released since 2000)" in the report "Final addendum to the Renewal Assessment Report. Risk assessment […] for the active substance GLYPHOSATE […]". For European Food Safety Agency.

Weisenburger, Dennis (2016). Letter to EPA Re: Comments to the EPA Issue Paper on Glyphosate Dated September 12, 2016. Environmental Protection Agency.

Wester, R. C., Melendres, J., Sarason, R., McMaster, J., & Maibach, H. I. (1991). Glyphosate skin binding, absorption, residual tissue distribution, and skin decontamination. *Fundamental and Applied Toxicology,* 16(4), 725-732. https://www.ncbi.nlm.nih.gov/pubmed/1884912.

Williams, A. L., Watson, R. E., & DeSesso, J. M. (2012). Developmental and reproductive outcomes in humans and animals after glyphosate exposure: a critical analysis. *Journal of Toxicology and Environmental Health, Part B,* 15(1), 39-96. DOI: 10.1080/10937404.2012.632361. https://www.ncbi.nlm.nih.gov/pubmed/22202229.

Williams, G. M., Aardema, M., Acquavella, J., Berry, S. C., Brusick, D., Burns, M. M., de Camargo, J. L., Garabrant, D., Greim, H. A., Kier, L. D., Kirkland, D. J., Marsh, G., Solomon, K. R., Sorahan, T., Roberts, A., & Weed, D. L. (2016). A review of the carcinogenic potential of glyphosate by four independent expert panels and comparison to the IARC assessment. *Critical Reviews in Toxicology,* 46(sup1), 3-20. DOI: 10.1080/10408444.2016.1214677. https://www.ncbi.nlm.nih.gov/pubmed/27677666.

Williams, G. M., Berry, C., Burns, M., de Camargo, J. L., & Greim, H. (2016). Glyphosate rodent carcinogenicity bioassay expert panel review. *Critical Reviews in Toxicology,* 46(sup1), 44-55. DOI: 10.1080/10408444.2016.1214679. https://www.ncbi.nlm.nih.gov/pubmed/27677669.

Williams, G. M., Kroes, R., & Munro, I. C. (2000). Safety evaluation and risk assessment of the herbicide Roundup and its active ingredient, glyphosate, for humans. *Regulatory Toxicology and Pharmacology,* 31(2 Pt 1), 117-165. DOI: 10.1006/rtph.1999.1371. https://www.ncbi.nlm.nih.gov/pubmed/10854122.

Winchester, Paul  , Parvez, Shahid, Proctor, Cathy, Ying, Jun, & Gerona, Roy. (2017). *Fetal Exposure to Glyphosate.*  Presented at the Pediatric Academic Societies Meeting, San Francisco, CA, 05/06-07/2017.

# Dr. Charles Benbrook, Ph.D.
## Master Materials Considered List – 6-20-2019

Winchester, P. D. (2017). *Emerging Science and Birth Center Challenges*.  Presented at the 2017 Children's Environmental Health, Translational Research Conference: New Challenges, Arlington, VA, April 2017.

Wongta, A., Sawarng, N., Tongchai, P., Sutan, K., Kerdnoi, T., Prapamontol, T., & Hongsibsong, S. (2018). The Pesticide Exposure of People Living in Agricultural Community, Northern Thailand. *Journal of Toxicology,* 2018, 4168034. DOI: 10.1155/2018/4168034. https://www.ncbi.nlm.nih.gov/pubmed/30631352.

Woodburn, Allan T. (2000). Glyphosate: production, pricing and use worldwide. *Pest Management Science,* 56, 309-312.

Wozniak, E., Sicinska, P., Michalowicz, J., Wozniak, K., Reszka, E., Huras, B., Zakrzewski, J., & Bukowska, B. (2018). The mechanism of DNA damage induced by Roundup 360 PLUS, glyphosate and AMPA in human peripheral blood mononuclear cells - genotoxic risk assessement. *Food and Chemical Toxicology,* 120, 510-522. DOI: 10.1016/j.fct.2018.07.035. https://www.ncbi.nlm.nih.gov/pubmed/30055318.

Wright, T. R., Shan, G., Walsh, T. A., Lira, J. M., Cui, C., Song, P., Zhuang, M., Arnold, N. L., Lin, G., Yau, K., Russell, S. M., Cicchillo, R. M., Peterson, M. A., Simpson, D. M., Zhou, N., Ponsamuel, J., & Zhang, Z. (2010). Robust crop resistance to broadleaf and grass herbicides provided by aryloxyalkanoate dioxygenase transgenes. *Proceedings of the National Academy of Sciences of the United States of America,* 107(47), 20240-20245. DOI: 10.1073/pnas.1013154107. https://www.ncbi.nlm.nih.gov/pubmed/21059954.

Wrobel, M. H. (2018). Glyphosate affects the secretion of regulators of uterine contractions in cows while it does not directly impair the motoric function of myometrium in vitro. *Toxicology and Applied Pharmacology,* 349, 55-61. DOI: 10.1016/j.taap.2018.04.031.

Xie, L., Thrippleton, K., Irwin, M. A., Siemering, G. S., Mekebri, A., Crane, D., Berry, K., & Schlenk, D. (2005). Evaluation of estrogenic activities of aquatic herbicides and surfactants using an rainbow trout vitellogenin assay. *Toxicol Sci,* 87(2), 391-398. DOI: 10.1093/toxsci/kfi249. https://www.ncbi.nlm.nih.gov/pubmed/16049272.

Yadav, S. S., Giri, S., Singha, U., Boro, F., & Giri, A. (2013). Toxic and genotoxic effects of Roundup on tadpoles of the Indian skittering frog (*Euflictis cyanophlyctis*) in the presence and absence of predator stress. *Aquatic Toxicology,* 132-133, 1-8. DOI: 10.1016/j.aquatox.2013.01.016. https://www.ncbi.nlm.nih.gov/pubmed/23454306.

Yamada, Tsuioshi, Kremer, Robert J., de Camargo e Castro, Paulo Roberto, & Wood, Bruce W. (2009). Glyphosate interactions with physiology, nutrition, and diseases of plants: Threat to agricultural sustainability? *European Journal of Agronomy,* 31(3), 111-113. DOI: 10.1016/j.eja.2009.07.004.

Yamazaki, Kevin, Dialynas, Anastasia, & Cullen, Jed. (2010). *Strategic Report for Monsanto Company*. Vector Strategy Group.

Yang, Y., Zhang, X. G., Yu, F., Shi, Y., Qin, X. X., Miao, X. G., Dong, M., Wen, D., & Ma, C. L. (2018). Analysis of Common Herbicides in Blood by UPLC-HRMS. *Fa Yi Xue Za Zhi,* 34(6), 590-594. DOI: 10.12116/j.issn.1004-5619.2018.06.003. https://www.ncbi.nlm.nih.gov/pubmed/30896094.

Young, Fiona, Ho, Dao, Glynn, Danielle, & Edwards, Vicki. (2015). Some implication of environmental pesticides pollution on malaria control in Ghana. *Integrative Pharmacology, Toxicology and Genotoxicology,* 1(1), 12-19. DOI: 10.15761/iptg.1000104.

Yu, N., Tong, Y., Zhang, D., Zhao, S., Fan, X., Wu, L., & Ji, H. (2018). Circular RNA expression profiles in hippocampus from mice with perinatal glyphosate exposure. *Biochemical and Biophysical Research Communications,* 501(4), 838-845. DOI: 10.1016/j.bbrc.2018.04.200.

# Dr. Charles Benbrook, Ph.D.
## Master Materials Considered List – 6-20-2019

Yue, Yuanyuan, Zhang, Yaheng, Zhou, Lei, Qin, Jin, & Chen, Xingguo. (2008). In vitro study on the binding of herbicide glyphosate to human serum albumin by optical spectroscopy and molecular modeling. *Journal of Photochemistry and Photobiology B: Biology,* 90(1), 26-32. DOI: 10.1016/j.photobiol.2007.10.003. http://www.sciencedirect.com/science/article/pii/S1011134407001443.

Zaller, J. G., Heigl, F., Ruess, L., & Grabmaier, A. (2014). Glyphosate herbicide affects belowground interactions between earthworms and symbiotic mycorrhizal fungi in a model ecosystem. *Scientific Reports,* 4, 5634. DOI: 10.1038/srep05634. https://www.ncbi.nlm.nih.gov/pubmed/25005713.

Zebral, Yuri Dornelles, Lansini, Luize Real, Costa, Patrícia Gomes, Roza, Mauricio, Bianchini, Adalto, & Robaldo, Ricardo Berteaux. (2018). A glyphosate-based herbicide reduces fertility, embryonic upper thermal tolerance and alters embryonic diapause of the threatened annual fish *Austrolebias nigrofasciatus*. *Chemosphere,* 196, 260-269. DOI: 10.1016/j.chemosphere.2017.12.196. http://www.sciencedirect.com/science/article/pii/S0045653517321744.

Zeneca Ag Products. (2000). *Glyphosate Technical Herbicide Label*. EPA Reg. No.: 10182-437. Active Ingredient: Glyphosate, N (phosphonomethyl) glycine (88.0%). By: Syngenta.

Zhang, Luoping, Rana, Iemaan, Shaffer, Rachel M., Taioli, Emanuela, & Sheppard, Lianne. (2019). Exposure to Glyphosate-Based Herbicides and Risk for Non-Hodgkin Lymphoma: A Meta-Analysis and Supporting Evidence. *Mutation Research/Reviews in Mutation Research*. DOI: 10.1016/j.mrrev.2019.02.001.

Zhang, Ti , Johnson, Eric N., Mueller, Thomas C., & Willenborg, Christian J. (2017). Early Application of Harvest Aid Herbicides Adversely Impacts Lentil. *Agronomy Journal,* 109(1), 239-248. DOI: 10.2134/agronj2016.07.0419. https://dl.sciencesocieties.org/publications/aj/abstracts/109/1/239.

Zhang, W., Feng, Y., Ma, L., An, J., Zhang, H., Cao, M., Zhu, H., Kang, W., & Lian, K. (2019). A method for determining glyphosate and its metabolite aminomethyl phosphonic acid by gas chromatography-flame photometric detection. *Journal of Chromatography A,* 1589, 116-121. DOI: 10.1016/j.chroma.2018.12.039.

Zhao, J., Pacenka, S., Wu, J., Richards, B. K., Steenhuis, T., Simpson, K., & Hay, A. G. (2018). Detection of glyphosate residues in companion animal feeds. *Environmental Pollution,* 243(Pt B), 1113-1118. DOI: 10.1016/j.envpol.2018.08.100.

Zhao, W., Yu, H., Zhang, J., & Shu, L. (2013). [Effects of glyphosate on apoptosis and expressions of androgen-binding protein and vimentin mRNA in mouse Sertoli cells]. *Nan Fang Yi Ke Da Xue Xue Bao,* 33(11), 1709-1713.

Zobiole, Luiz Henrique Saes, Bonini, Edicléia Aparecida, de Oliveira, Rubem Silvério, Kremer, Robert John, & Ferrarese-Filho, Osvaldo. (2010). Glyphosate affects lignin content and amino acid production in glyphosate-resistant soybean. *Acta Physiologiae Plantarum,* 32, 831-837. DOI: 10.1007/s11738-010-0467-0.

Zobiole, L. H S, De Oliveira, Rubem, Silvério, Rubem, Kremer, Robert John, Constantin, Jamil, Bonato, Carlos Moacir, & Muniz, Antonio Saraiva. (2010). Water use efficiency and photosynthesis of glyphosate-resistant soybean as affected by glyphosate. *Pesticide Biochemistry and Physiology,* 97, 182-193. DOI: 10.1016/j.pestbp.2010.01.004.

Zobiole, Luiz Henrique Saes, de Oliveira, Rubem Silvério, Kremer, Robert John, Constantin, Jamil, Bonato, Carlos Moacir, & Muniz, Antonio Saraiva. (2010). Water use efficiency and photosynthesis of glyphosate-resistant soybean as affected by glyphosate. *Pesticide Biochemistry and Physiology,* 97(3), 182-193. DOI: 10.1016/j.pestbp.2010.01.004.

# Dr. Charles Benbrook, Ph.D.
## Master Materials Considered List – 6-20-2019

Zobiole, L. H S, Oliveira, R. S., Kremer, R. J., Constantin, J., Yamada, T., Castro, C., Oliveira, F. a., & Oliveira, a. (2010). Effect of glyphosate on symbiotic N2 fixation and nickel concentration in glyphosate-resistant soybeans. *Applied Soil Ecology,* 44, 176-180. DOI: 10.1016/j.apsoil.2009.12.003.

Zobiole, Luiz H S, Oliveira, Rubem S, Visentainer, Jesui V, Kremer, Robert J, Bellaloui, Nacer, & Yamada, Tsuioshi. (2010). Glyphosate affects seed composition in glyphosate-resistant soybean. *Journal of Agricultural and Food Chemistry,* 58, 4517-4522. DOI: 10.1021/jf904342t.


### C. Depositions, Deposition Exhibits, Johnson and Hardeman Trial Documents

All documents in the binders: "Benbrook Trial Cross Exhibits, Vol. 1 and 2," Dewayne Johnson v. Monsanto, Superior Court of California, County of San Francisco.

All documents listed in "Dr. Benbrook - Supplemental Reliance List," addendum to Benbrook Expert Report.

All documents listed in the February 2, 2018 and May 15, 2018 Supplemental Reliance Lists contained in the binder "Benbrook Depositions and Expert Report," provided to Dr. Benbrook at trial by Monsanto legal counsel, Dewayne Johnson v. Monsanto trial.

All Hardeman trial transcripts and exhibits.

All Pilliod trial exhibits and transcripts, and contents of the Benbrook testimony binders.

Benbrook Deposition and all exhibits, Dewayne Johnson v. Monsanto, February 8-9, 2018, Orange, VA.

Benbrook Deposition and all exhibits, May 23, 2018, Ronald Peterson and Jeff Hall v. Monsanto, and continuation May 22, 2018, Clarkston, WA and exhibits.

Benbrook Expert Report and all references, Dewayne Johnson v. Monsanto, Plaintiffs exhibit 0725.

Daniel Goldstein deposition and all exhibits, Dewayne Johnson v. Monsanto, February 27, 2018.

David Heering deposition and all exhibits, MDL No. 2741, February 22, 2017.

David Saltmiras deposition and all exhibits, MDL No. 2741, January 31, 2017.

Dewayne Johnson v. Monsanto trial testimony and all exhibits, Superior Court of California, County of San Francisco, July, 2018.

Donna Farmer depositions and all exhibits, MDL No. 2741, Vol. 1 and 2, January 11 and 12, 2017; Donna Farmer depositions September 26 and 27, 2018, Cas. No. 084-004605, and January 24, 2019 continuation, and all exhibits.

EFSA, "Request for the Evaluation of the toxicological assessment of the co-formulant POE-tallowamine," Nov. 12, 2015.

Goldstein, Daniel. Glyphosate and IARC, Powerpoint presentation

Grant, Hugh. Deposition Testimony in MDL No. 2741 in Re: Roundup Products Liability Litigation, Deposition Tr. 1-267, Feb. 4, 2019.

John Acquavella deposition and all exhibits, MDL No. 2741, April 7, 2017.

# Dr. Charles Benbrook, Ph.D.
## Master Materials Considered List – 6-20-2019

Kathy Feldman Deposition 9/25/2019 and all exhibits, *Walter Winston, et al. v. Monsanto Co.* (Case No. 1822-CC00515).

Kirk Azevedo, transcript of portion of videotapped deposition played at trial, Dewayne Johnson v. Monsanto, pages 1-7.

Matthew Muckerman deposition 8/30/2019 and 9/4/2019 and all exhibits, *Walter Winston, et al. v. Monsanto Co.* (Case No. 1822-CC00515).

Matthew Ross deposition 5/3/2017 and all exhibits, MDL No. 2741

Monsanto Company. "Monsanto's Commitment to Safety", Monsanto website.

Pesticide Use Data System (PUDS), Benbrook Consulting Services, 2018. [PUDS contains all published USDA data on pesticide use in the U.S., by crop, and at the national and state levels. Data tables presented during the Johnson trial and references in the Benbrook expert report are derived from the PUDS.]

Smith, Lamar. June 7, 2016 letter from the Committee on Science, Space, and Technology, U.S. House of Representatives, to Gina McCarthy, Administrator, EPA, regarding IARC.

Wallace Hayes deposition and all exhibits, MDL No. 2741, February 7, 2019.

William Heydens deposition and all exhibits, MDL No. 2741, January 23, 2017.

### D.  Genotoxicity

Section B of this reliance list includes references to many of the genotoxicity documents I relied upon. In addition to those listed in Section B,  I relied on additional genotoxicity studies cited in the September 2016 EPA report, and the revised/updated December 2017 version of this same report evaluating glyphosate oncogenicity, some of which are not  cited in Section C (mostly registrant-submitted studies, most of which are not listed in Section B).

I relied on the genotoxicity studies cited IARC's 2015 evaluation of glyphosate and glyphosate-based herbicide genotoxicity in the glyphosate chapter in Volume 112 of the IARC Monograph series. The majority of the published genotoxicity studies cited by EPA and/or IARC are listed in Section B.

I relied on all references in my 2019 paper in *Environmental Sciences Europe* entitled "How did the US EPA and IARC reach diametrically opposed conclusions on the genotoxicity of glyphosate-based herbicides?" (Vol 31:2).

I also relied on the following papers and documents:

Hollert and Backhaus (2019) "Some food  for thought: a short comment on Charles Benbrook's paper 'How did the US EPA and IARC reach diametrically opposed conclusions on the genotoxicity of glyphosate-based herbicides?'" *Environmental Sciences Europe* Vol 31(2).

9/13/16 EPA/OPP memo Ackerman to Nguyen, "GLY: Study summaries for genotoxicity assays"

Bolognesi, C. (2018). Working Group 5: Genotoxicity and Susceptibility, Ramazzini Inst. PPT delivered at the COST conference

### E.  Other Documents

# Dr. Charles Benbrook, Ph.D.
## Master Materials Considered List – 6-20-2019

1/29/19 EU Parliament open letter re BfR plagiarism

1993 Roundup No Till Promotional Video

2/11/16   Jennifer Thomasen/Bayer. PPT "Worker Protection Standard Training: An Industry Perspective"

3/2015 maslansky [PR firm] to Matt Helms re consumer research on MON/RUP product safety

6/5/09   EPA Reg Review re GLY eco-risk and drinking water exposure. Pamela Hurley et al.

7/13/15 GLY Task Force: Transparency on safety aspects and use of glyphosate-containing herbicides in Europe. Info from the GLY Task Force.

All documents related to EPA-SAP meetings on GLY: charge, participants, EPA summary report, transcripts

All versions FAO Code of Conduct for the use and distribution of pesticides (first one is 1985 code [28 pages]; 2003 Revised C of C [39 pages; MONGLY01922200])

Graneto and Heydens. (July 2015). Regulatory 103 Training: "How Chemistry Products Move from Discovery to Market." MONJ Global Reg. Operations

March 2019, IARC. Q&A: Pesticide use and risk of non-Hodgkin lymphoid malignancies in agricultural cohorts from France, Norway and the USA: a pooled analysis from the AGRICOH consortium

RUP 2002 FAO "Pesticides Management Code of Conduct on the distribution/use of pesticides…"

Uram, C. (1990). "International Regulation of the Sale and Use of Pesticides," N J. Int. Law and Bus Vol 10(3)

Weber, S and H. Burtscher-Schaden (2019). "Detailed Expert Report on Plagiarism and superordinated Copy Paste in the RAR on GLY."

All relevant MSDSs and labels for Sharlean Gordon