Robin Greenwald
**Weitz & Luxenberg**
700 Broadway
New York, NY 10003
Telephone: (212) 558-5500
Facsimile: (212) 344-5461
rgreenwald@weitzlux.com

Michael Miller
**The Miller Firm LLC**
108 Railroad Avenue
Orange, VA 22960
Telephone: (540) 672-4224
Facsimile: (540) 672-3055
mmiller@millerfirmllc.com

Aimee H. Wagstaff (SBN 278480)
**ANDRUS WAGSTAFF, PC**
7171 W. Alaska Drive
Lakewood, CO 80226
Telephone: 303-376-6360
Fax: 303-376-6361
aimee.wagstaff@andruswagstaff.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: | **PLAINTIFFS' RESPONSE IN OPPOSITION TO MONSANTO'S MOTION TO EXCLUDE TESTIMONY OF PLAINTIFFS' EXPERTS ON *DAUBERT* GROUNDS AND FOR SUMMARY JUDGMENT ON CAUSATION GROUNDS** |
| *Carriere v. Monsanto Co.*, 3:18-cv-05778 | |
| *Chavez v. Monsanto Co.*, 3:18-cv-04855 | |
| *I. Hernandez v. Monsanto Co.*, 3:16-cv-05750 | |
| *Johansing v. Monsanto Co.*, 3:16-cv-05751 | |
| *Russo v. Monsanto Co.*, 3:16-cv-06024 | |

- 1 -

*Sanders v. Monsanto Co.*, 3:16-cv-05752

*Tanner v. Monsanto Co.*, 3:19-cv-04099

*Wooten v. Monsanto Co.*, 3:16-cv-01735

*Mendoza v. Monsanto Co.*, 3:16-cv-06046

*Calderon v. Monsanto Co.*, 3:19-cv-01630

*Giglio v. Monsanto Co.,* 3:16-cv-05658

*Harris v. Monsanto Co.*, 3:17-cv-03199

*R. Hernandez v. Monsanto Co.*, 3:17-cv-07364

*Perkins v. Monsanto Co.*, 3:16-cv-06025

*Dickey et al. v. Monsanto Co.*, 3:19-cv-04102

*Domina v. Monsanto Co.*, 3:16-cv-05887

*Janzen v. Monsanto Co.*, 3:19-cv-04103

*Pollard v. Monsanto Co.*, 3:19-cv-04100

In response to Monsanto's Motion to Exclude Testimony of Plaintiffs' Experts on *Daubert* Grounds and for Summary Judgment on Causation Grounds,[1] and consistent with the Court's repeated instructions not to relitigate issues previously ruled upon, but in order to fully preserve the appellate record, Plaintiffs hereby incorporate the following pleadings that were filed on the MDL docket:

- Plaintiffs' Response in Opposition to Monsanto's Daubert and Summary Judgment Motion Based on Failure of General Causation Proof (ECF #647)
- Plaintiffs' Supplemental Brief Pursuant to PTO 34 (ECF #1135)

---

[1] This opposition responds to Document 8001.

- Plaintiffs' Notice of Supplemental Authority in Support of Plaintiffs' Opposition to Monsanto's Motion to Exclude Plaintiffs' General Causation Experts (ECF #1461)
- Plaintiffs' Response in Opposition to Monsanto's Specific Causation *Daubert* and Summary Judgment Motion and *Daubert* Motion to Strike Certain Opinions of Monsanto Company' Expert Witnesses (ECF #2478)
- Plaintiffs' Reply in Support of Their Daubert Motion to Strike Certain Opinions of Monsanto Company's Expert Witnesses (ECF #2529)

Plaintiffs also incorporate the developing science on glyphosate. Among other more recent science, Plaintiffs incorporate and reference two articles that have been published since the above-referenced pleadings were submitted to the Court. *See* Exs. 1 and 2 to Monsanto's Motion to Exclude Testimony of Plaintiffs' Experts on *Daubert* Grounds and for Summary Judgment on Causation Grounds (ECF #8001). Plaintiffs incorporate and attach here the following articles that have been published since the above-referenced pleadings were submitted to the Court. *See.* Ex. 1, Zhang, et al., *Exposure to Glyphosate-Based Herbicides and Risk for Non-Hodgkin Lymphoma: A Meta-Analysis and Supporting Evidence*, Mutation Research (2019); Ex. 2, Wang, et al., *Glyphosate induces benign monoclonal gammopathy and promotes multiple myeloma progression in mice*, Journal of Hematology and Oncology (2019).

By incorporating by reference prior filings and attaching them to this pleading, Plaintiffs are in no way waiving any arguments raised therein.

Dated: December 10, 2019

Respectfully submitted,

By: */s/ Robin Greenwald*
Robin Greenwald
**Weitz & Luxenberg**
700 Broadway
New York, NY 10003
Telephone: (212) 558-5500

- 3 -
PLAINTIFFS' RESPONSE IN OPPOSITION TO MONSANTO'S MOTION TO EXCLUDE TESTIMONY OF PLS' EXPERTS ON *DAUBERT* GROUNDS AND FOR SUMMARY JUDGMENT ON CAUSATION GROUNDS
3:16-md-02741-VC

Facsimile: (212) 344-5461
rgreenwald@weitzlux.com

*/s/ Michael Miller*
Michael Miller
**The Miller Firm LLC**
108 Railroad Avenue
Orange, VA 22960
Telephone: (540) 672-4224
Facsimile: (540) 672-3055
mmiller@millerfirmllc.com

/s/ *Aimee H. Wagstaff*
Aimee H. Wagstaff (SBN 278480)
**Andrus Wagstaff, PC**
7171 W. Alaska Drive
Lakewood, CO  80226
Telephone: 303-376-6360
Fax: 303-376-6361
aimee.wagstaff@andruswagstaff.com

*Attorneys for Plaintiffs*

- 4 -
PLAINTIFFS' RESPONSE IN OPPOSITION TO MONSANTO'S MOTION TO EXCLUDE TESTIMONY OF PLS' EXPERTS ON *DAUBERT* GROUNDS AND FOR SUMMARY JUDGMENT ON CAUSATION GROUNDS
3:16-md-02741-VC

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 10th day of December 2019, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

/s/ Robin Greenwald