**WEITZ & LUXENBERG, P.C.**
Robin L. Greenwald, Esq.
700 Broadway
New York, NY 10003
Telephone: 212-558-5500
Email: rgreenwald@weitzlux.com

Attorneys for the Plaintiffs

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to: | |
| *Carriere v. Monsanto Co.*, 3:18-cv-05778 | **DECLARATION OF ROBIN L. GREENWALD IN SUPPORT OF PLAINTIFFS' RESPONSE IN OPPOSITION TO MONSANTO'S MOTION TO EXCLUDE TESTIMONY OF PLAINTIFFS' EXPERTS ON DAUBERT GROUNDS AND FOR SUMMARY JUDGMENT ON CAUSATION GROUNDS** |
| *Chavez v. Monsanto Co.*, 3:18-cv-04855 | |
| *I. Hernandez v. Monsanto Co.*, 3:16-cv-05750 | |
| *Johansing v. Monsanto Co.*, 3:16-cv-05751 | |
| *Russo v. Monsanto Co.*, 3:16-cv-06024 | |
| *Sanders v. Monsanto Co.*, 3:16-cv-05752 | |
| *Tanner v. Monsanto Co.*, 3:19-cv-04099 | |
| *Wooten v. Monsanto Co.*, 3:16-cv-01735 | |
| *Mendoza v. Monsanto Co.*, 3:16-cv-06046 | |
| *Calderon v. Monsanto Co.*, 3:19-cv-01630 | |
| *Giglio v. Monsanto Co.,* 3:16-cv-05658 | |
| *Harris v. Monsanto Co.*, 3:17-cv-03199 | |
| *R. Hernandez v. Monsanto Co.*, 3:17-cv-07364 | |
| *Perkins v. Monsanto Co.*, 3:16-cv-06025 | |
| *Dickey et al. v. Monsanto Co.*, 3:19-cv-04102 | |
| *Domina v. Monsanto Co.*, 3:16-cv-05887 | |
| *Janzen v. Monsanto Co.*, 3:19-cv-04103 | |
| *Pollard v. Monsanto Co.*, 3:19-cv-04100 | |

I, Robin L. Greenwald, hereby declare as follows:

1. I am an attorney at Weitz & Luxenberg, P.C., attorneys of record for Plaintiffs. I submit this declaration in support of Plaintiffs' Response in Opposition to defendant Monsanto Company's Motion to Exclude Testimony of Plaintiffs' Experts on Daubert Grounds and for Summary Judgment on Causation Grounds. I submit this declaration based upon my personal knowledge of the facts stated in this declaration, and if called to testify, I could and would competently testify to the matters stated herein.

2. Annexed hereto as Exhibit 1 is a true and accurate copy of Zhang, et al., *Exposure to Glyphosate-Based Herbicides and Risk for Non-Hodgkin Lymphoma: A Meta-Analysis and Supporting Evidence*, Mutation Research (2019).

3. Annexed hereto as Exhibit 2 is a true and accurate copy of Wang, et al., *Glyphosate induces benign monoclonal gammopathy and promotes multiple myeloma progression in mice*, Journal of Hematology and Oncology (2019).

I hereby declare under the penalty of perjury that the facts set forth herein are true and accurate.

Executed this 10th day of December, 2019.

Respectfully submitted,
/s/ Robin Greenwald
Robin Greenwald
rgreenwald@weitzlux.com
Weitz & Luxenberg
700 Broadway
New York, NY 10003

*Co-Lead Counsel for Plaintiffs*

2
**DECLARATION OF ROBIN GREENWALD IN SUPPORT OF PLAINTIFFS'RESPONSE TO MOTION TO EXCLUDE TESTIMONY OF PLAINTIFFS' EXPERTS ON DAUBERT GROUNDS AND FOR SUMMARY JUDGMENT ON CAUSATION GROUNDS**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 10th day of December, 2019, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

/s/ Robin L. Greenwald

**DECLARATION OF ROBIN GREENWALD IN SUPPORT OF PLAINTIFFS'RESPONSE TO MOTION TO EXCLUDE TESTIMONY OF PLAINTIFFS' EXPERTS ON DAUBERT GROUNDS AND FOR SUMMARY JUDGMENT ON CAUSATION GROUNDS**