**WEITZ & LUXENBERG, P.C.**
Robin L. Greenwald, Esq.
700 Broadway
New York, NY 10003
Telephone: 212-558-5500
Email: rgreenwald@weitzlux.com

**ANDRUS WAGSTAFF, PC**
Aimee H. Wagstaff (SBN 278480)
7171 W. Alaska Drive
Lakewood, CO  80226
Telephone: 303-376-6360
Fax: 303-376-6361
aimee.wagstaff@andruswagstaff.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Emanuel Giglio v. Monsanto Co.*, 3:16-cv-05658<br>*Matteo Anthony Russo v. Monsanto Co.*, 3:16-cv-06024<br>*Yolanda Mendoza v. Monsanto Co.*, 3:16-cv-06046 | Case No. 3:16-md-02741-VC<br><br>MDL No. 2741<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF PLAINTIFFS' OPPOSITION TO MOTION TO EXCLUDE THE TESTIMONY OF WAVE ONE PLAINTIFFS' SPECIFIC CAUSATION EXPERTS DR. CHADI NABHAN, DR. ANDREI SHUSTOV, AND DR. DENNIS WEISENBURGER ON *DAUBERT* GROUNDS** |

Pursuant to Civil Local Rules 79-5, 7-11, this Court's Standing Order for Civil Cases, ¶¶ 27-29, and the Amended Protective Order, filed September 6, 2017, Dkt. 519 ("Amended Protective Order"), ¶ 18, Plaintiffs hereby submit this Administrative Motion to File Under Seal ("Motion"). Subject to this motion are portions of Plaintiffs' Brief in Opposition to Motion to Exclude Plaintiffs' Specific Causation Experts Dr. Chadi Nabhan, Dr. Andrei Shustov, and Dr. Dennis Weisenburger in Wave I on *Daubert*

grounds and corresponding exhibits, which Plaintiffs seek to file under seal information about Wave 1 Plaintiffs' medical conditions and/or other personally identifiable information, pursuant to FRCP § 5.2(a)

### I. Compelling Reasons Exist to Maintain the Confidentiality of Plaintiffs' Private Medical Information and Other Personally Identifiable Information

Plaintiffs are entitled to preserve the privacy of their medical information and other personally identifiable information under the California Constitution, the Health Insurance Portability and Accountability Act of 1996 ("HIPAA"), the Federal Rules of Civil Procedure ("FRCP"), and existing case law.

Foremost, the right to privacy provided by the California Constitution provides a compelling reason to seal the documents at issue in this motion. The California Constitution guarantees that among the inalienable rights afforded to individuals is the right to privacy. Cal. Const. art. I, § 1. Patients have a right to privacy in their medical information under the California Constitution. *See Ruiz v. Podolsky*, 50 Cal. 4th 838, 851 (2010). There is "a constitutional right to privacy, more specifically, a constitutional right to nondisclosure of one's personal information." *Stallworth v. Brollini*, 288 F.R.D. 439 444 (N.D. Cal. 2012) (*citing Whalen v. Roe*, 429 U.S. 589, 599 (1977); *Nixon v. Administrator of Gen. Serv.*, 433 U.S. 425, 457 (1977)). Accordingly, numerous other district courts have found that the need to protect medical information qualifies as a "compelling reason" for sealing records. *See San Ramon Reg'l Med. Ctr., Inc. v. Principal Life Ins. Co.*, Case No. C 10–02258 SBA, 2011 WL 89931, at *1 n. 1 (N.D. Cal. Jan.10, 2011); *Abbey v. Hawaii Emp'r Mut. Ins. Co.*, Case No. 09–000545 SOM/BMK, 2010 WL 4715793, at *1–2 (D. Haw. Nov. 15, 2010) ("The need to protect medical privacy qualifies as a 'compelling reason.'"); *Wilkins v. Ahern*, Case No. C 08–1084 MMC (PR), 2010 WL 3755654, at *4 (N.D. Cal. Sept. 24, 2010); *Lombardi v. Tri West Healthcare Alliance Corp.*, Case No. CV–08–02381–PHX–FJM, 2009 WL 1212170, at *1 (D. Ariz. May 4, 2009).

Medical records are further deemed confidential under the HIPAA. *See* 45 C.F.R. § 164.502(a) ("[a] covered entity may not use or disclose protected health information."); *see also Webb v. Smart Document Solutions, LLC*, 499 F.3d 1078, 1082 (9th Cir.2007).

Finally, FRCP 5.2 *requires* redaction of specific personally identifiable information absent a contrary court order. This includes the individual's social-security number, taxpayer-identification number, birth date, and other financial-account numbers.

## II.     Conclusion

For the foregoing reasons, Plaintiffs request that the Court grant this motion to seal portions of Plaintiffs' brief and exhibits, to the extent these documents contain Plaintiffs' private medical information and other personally identifiable information.

Dated: December 10, 2019

                                                Respectfully submitted,

By:     */s/ Robin Greenwald*
        Robin Greenwald
        **Weitz & Luxenberg**
        700 Broadway
        New York, NY 10003
        Telephone: (212) 558-5500
        Facsimile: (212) 344-5461
        rgreenwald@weitzlux.com

        **ANDRUS WAGSTAFF, PC**
        Aimee H. Wagstaff (SBN 278480)
        7171 W. Alaska Drive
        Lakewood, CO  80226
        Telephone: 303-376-6360
        Fax: 303-376-6361
        aimee.wagstaff@andruswagstaff.com

        *Co-Lead Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 10th day of December, 2019, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

*/s/ Robin L. Greenwald*