**WEITZ & LUXENBERG, P.C.**
Robin L. Greenwald, Esq.
700 Broadway
New York, NY 10003
Telephone: 212-558-5500
Email: rgreenwald@weitzlux.com

**ANDRUS WAGSTAFF, PC**
Aimee H. Wagstaff (SBN 278480)
7171 W. Alaska Drive
Lakewood, CO  80226
Telephone: 303-376-6360
Fax: 303-376-6361
aimee.wagstaff@andruswagstaff.com

*Co-Lead Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to: *Emanuel Giglio v. Monsanto Co.*, 3:16-cv-05658  *Matteo Anthony Russo v. Monsanto Co.*, 3:16-cv-06024  *Yolanda Mendoza v. Monsanto Co.*, 3:16-cv-06046 | **DECLARATION OF ROBIN L. GREENWALD IN SUPPORT OF PLAINTIFFS' RESPONSE IN OPPOSITION TO MONSANTO'S MOTION TO EXCLUDE TESTIMONY OF WAVE ONE PLAINTIFFS' SPECIFIC CAUSATION EXPERTS DR. CHADI NABHAN, DR. ANDREI SHUSTOV. AND DR. DENNIS WEISENBURGER ON** *DAUBERT* **GROUNDS** |

1

I, Robin L. Greenwald, hereby declare as follows:

1.      I am an attorney at Weitz & Luxenberg, P.C., attorneys of record for Plaintiffs. I submit this declaration in support of Plaintiffs' Response in Opposition to defendant Monsanto Company's Motion to Exclude Testimony of Wave One Plaintiffs' Specific Causation Experts Dr. Chadi Nabhan, Dr. Andrei Shustov, and Dr. Dennis Weisenburger on *Daubert* grounds.  I submit this declaration based upon my personal knowledge of the facts stated in this declaration, and if called to testify, I could and would competently testify to the matters stated herein.

2.      Annexed hereto as Exhibit 1 is a true and accurate copy of the Expert Report of Dr. Shustov submitted in the case of *Yolanda Mendoza v. Monsanto Co., (*N.D. Cal. 3:16-cv-06046-VC), dated October 9, 2019.

3.      Annexed hereto as Exhibit 2 is a true and accurate copy of the deposition excerpt of Mateo Anthony Russo in the case of *Matteo Anthony Russo v. Monsanto Co., (*N.D. Cal. 3:16-cv-06024-VC).

4.      Annexed hereto as Exhibit 3 is a true and accurate copy of the deposition excerpt of Dr. Rudnick in the case of *Matteo Anthony Russo v. Monsanto Co., (*N.D. Cal. 3:16-cv-06024-VC).

I hereby declare under the penalty of perjury that the facts set forth herein are true and accurate. Executed this 10th day of December, 2019.

                                        Respectfully submitted,

                                        /s/ Robin Greenwald
                                        Robin Greenwald
                                        rgreenwald@weitzlux.com
                                        Weitz & Luxenberg
                                        700 Broadway
                                        New York, NY 10003

                                        *Co-Lead Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 10th day of December, 2019, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

/s/ Robin L. Greenwald

3

DECLARATION OF ROBIN GREENWALD IN SUPPORT OF PLAINTIFFS' RESPONSE TO MOTION TO EXCLUDE TESTIMONY OF SPECIFIC CAUSATION EXPERTS