# Exhibit 1

# OFFICIAL EXPERT REPORT

## Yolanda Mendoza VS. MONSANTO
### Prepared by: Andrei Shustov, M.D.

The following report is prepared at the request of **WEITZ&LUXENBERG P.C.** and is based on my review of the Plaintiff's extensive medical records, review of the literature, and a phone interview with Yolanda Mendoza. In addition, the conclusions in this report are based on my education, knowledge and experience in diagnosing, managing and studying patients with lymphoid malignancies. Hypothetico-deductive methodology and expertise-based clinical judgment are used extensively to derive the conclusions in the report. Whenever expertise and clinical judgment are invoked, they draw from my education and training, as well as 15 years of my diagnosing, managing, and studying patients with lymphoid cancers, and more than 5 years of molecular and cellular immunology research as a postdoctoral scientist. The following report explores *specific causation* in the case of Yolanda Mendoza's Burkitt lymphoma and does not represent the analysis of *general causation* of specific lymphomas or of the lymphoma-group of cancers as a whole. It assumes that the conclusions of the special experts on *general causation* and *genotoxicity* of Glyphosate are true, and that Glyphosate is genotoxic and is carcinogenic to humans.

**HISTORY OF PLAINTIFF'S LYMPHOMA AND THERAPY**

Ms. Mendoza, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮



Given the geographic region of the diagnosis (North America) ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ the patient's malignancy would be consistent with a sporadic variant of Burkitt lymphoma (see definitions on subsequent section of the report).





## BURKITT LYMPHOMA – DISEASE UNDER CONSIDEATION

Burkitt lymphoma is a distinct subtype of B-cell non-Hodgkin lymphoma with unique clinical, pathological, genetic and molecular features. Three subtypes, or variants, of Burkitt lymphoma (BL) are recognized. Endemic BL is characteristically diagnosed and found in restricted geographic areas of the world (i.e. equatorial Africa and New Guinea) and has recently been shown to have an association with Epstein-Barr virus (EBV) and *Plasmodium falciparum* infections, both of which play a role in the pathogenesis. Sporadic BL is diagnosed and found elsewhere in the world, including the United States, and is not associated with a known infectious agent in the majority of cases. While the endemic BL is most commonly diagnosed in children, with a peak incidence between 4-7 years of age, sporadic BL can be diagnosed in both children and young adults, with a median age of diagnosis for adults around 30 years. The incidence of sporadic BL is low - it accounts for only 1-2% of non-Hodgkin lymphomas; however, in children it

4

constitutes 30-40% of all childhood lymphomas. Another subtype of BL was described in patients with immunodeficiency, primarily those with HIV-infection and AIDS. Both HIV and superinfections might contribute to pathogenesis of this variant via immune dysregulation and direct mutagenic mechanisms. For all described subtypes of BL, MYC-protein plays one of the key roles in cell cycle dysregulation, however, by itself, is not sufficient to induce a malignant transformation from normal B-cell counterpart, suggesting an important role for numerous infection and environment-induced genetic events.

Clinically, BL is characterized by an aggressive behavior with rapid progression of tumor sites, nearly universal involvement of extra-lymphatic internal organs, frequent leukemic presentation, high propensity to cross the blood-brain barrier and involve the Central Nervous System (CNS), and frequent infectious complications due to immune dysregulation. Internal organs frequently involved in the sporadic BL include gastro-intestinal tract, skeleton, kidneys, ovaries, breasts, with an intra-abdominal presentation being most common. Rapid expansion of the tumors resulting from a high proliferation rate often result in the compression of the major blood vessels, nerve bundles and spinal cord, bowel obstruction, and inner organ "shutdown" (i.e. kidney failure, pancreatitis, liver failure, etc.). Rapid increase in tumor burden frequently results in life-threatening metabolic derangement known as *spontaneous tumor lysis syndrome*. If left untreated, BL is universally and rapidly fatal within weeks of diagnosis in all subjects.

Microscopically and histologically, BL tumors are composed of characteristically appearing, medium sized, malignant lymphocytes with a diffuse monomorphic cohesive

5

growth pattern, high nucleo-cytoplasmic ratio, open-chromatin nuclei and abundant prominent nucleoli. Numerous occasions of cellular necrosis give BL a well-known "starry sky" appearance on tumor biopsies that is not ascribed to other types of lymphomas. By immunophenotyping, malignant BL lymphocytes express typical B-cell markers including CD10, CD19, CD20, CD22, CD79A, PAX5, and bcl-6. The hallmark and (one of the) defining diagnostic feature of the disease is a unique genetic translocation between chromosomes 8 and 14. A transcriptional product of named translocation—c-myc protein—constitutes another characteristic feature of BL (however, not unique to BL), and is readily identifiable via immunohistochemical staining. C-myc, working with other cell cycle regulatory factors, acts as an accelerator of cellular division. It is at least partially responsible for the high proliferative rate ($\geq 99\%$), which serves as a diagnostic criterion for BL. Tumor specimens should test negative for translocations involving bcl-2 and bcl-6 genes to consolidate BL diagnosis and exclude the alternative diagnosis of "double-hit" and "triple-hit" aggressive B-cell lymphomas.

In the United States, patients with BL are treated with intensive aggressive combination chemotherapy protocols with a curative intent. The most commonly used regimens are CODOX-M + IVAC (also known as "Magrath regimen"), hyper-CVAD + HD-MTX/ARA-C, and DA-EPOCH; rituximab, an anti-CD20 targeting monoclonal antibody, is added to all the aforementioned protocols. Most patients ($\geq 90\%$) treated with these regimens will obtain complete remission. The 5-year progression-free survival rates, that in this malignancy can be reasonably equated to cure, are between 50% and 90%. The outcomes in HIV-associated BL might be slightly lower.

6

**ADDITIONAL PLAINTIFF'S HISTORY**

*Additional Medical History*

1. ██████████████████████
2. ████████████████
3. ██████████████████████████████

*Social History*

Yolanda is an elementary school teacher and enjoyed this career for almost 20 years. She denies having any harmful exposures (i.e. toxic chemicals or ionizing radiation) at her workplace. ████████████████████████████████████████████████████████████████████ She denies prior significant exposure to known military, industrial, or household carcinogens. She reports frequent usage of Roundup products over an extended period of time (see special exposure history below). Yolanda denies having prior exposure to harmful levels of ionizing radiation.

*Family History*

1. There is no family history of malignancies.
2. ██████████████████████████████
3. ██████████████████████████████████████████
4. There are 3 children and 5 siblings all of whom are healthy.

## PLAINTIFF'S HISTORY OF ROUNDUP EXPOSURE

Ms. Mendoza purchased her home in California in the second half of 2004. Her new property sits on about an acre of land with prominent vegetation (grass and bushes). She took upon herself to take care of the property, including control of vegetation. She describes starting to use "regular Roundup" liquid in spring of 2005. Within 3 months, she realized that this was not effective, and after consulting with a salesperson in a local Walmart, she began using a "super concentrate of Roundup" that she bought in large quantities and applied using a sprayer. She describes applying Roundup every week, alternating between front yard and back yard, spending 1.5 hours and 1 hour (spraying) respectively on those areas. She did not use gloves, protective ware, goggles or masks because she was told by the salesperson that she did not have to, and that Roundup was safe. She continued the weekly use of Roundup through spring or summer of 2013. She noticed in 2012 that she was getting more and more tired from work and even taking care of her kids, which was unusual for her. While she hired a gardener to take care of her property in 2012, she continued spraying Roundup herself because "it was too expensive" if done by the gardener. She discontinued the use of Roundup in late summer of 2013 because of severe fatigue. Hence, Yolanda's average weekly use of Roundup span over at least 7.5 years prior to her lymphoma diagnosis.

## ANALYSIS OF PLAINTIFF'S RISKS FOR LYMPHOMA

In analyzing the Plaintiff's lymphoma causation, I used a hypothetico-deductive method that consists of generating a list of reasonable (common) probable etiologic factors that are supported by a current state of knowledge and vetted by global authorities in

8

medical and oncology fields (i.e. WHO, IARC, ASCO, AMA, etc.), and matching these factors with the medical and personal history of the individual. The list of risk factors discussed below is only a small fraction of all known carcinogens. Inclusion of "all known carcinogens" would be impractical, time consuming, and non-sensical. Only reasonable probabilities were included in the discussion below. Reasonable refers to "common" and/or applicable to an individual's history and circumstances. For example, there is no need to analyze the contribution of "agent orange" to the individual's cancer origin, if this individual has never served in the army or has had a history of exposure. Similarly, it would be non-sensical to analyze the contribution of a leather tanner to the individual's cancer, if such individual has never worked in the leather-tanning industry or resided in proximity to such factory. For the purpose of maximum inclusivity, multiple carcinogenic factors were grouped into large clusters (i.e. military, industrial, household, agricultural) and these clusters were excluded as a whole, based on the Plaintiff's history.



9



4. Ms. Mendoza does not have an identifiable history of significant exposure to known carcinogens (i.e. medical [prior chemotherapy, immunosuppressive therapy, etc.], military [i.e. defoliants], industrial [paints, fuels, etc.], household [asbestos, solvents, etc.], or agricultural [except Roundup]) or other relevant risk factors (i.e. ionizing radiation, high-frequency radio-waves, etc.) while growing up or in adult life, making these factors unlikely to be contributors to her lymphoma origin.

5. Ms. Mendoza has been exposed to Roundup—an agricultural herbicide—and as a result, to one of its main ingredients, Glyphosate, as described above. Ms. Mendoza's exposure to Glyphosate was both, prolonged ($\geq 7.5$ years) and extensive (on average – weekly use of super-concentrate product). Therefore, the total number of days or number of usages per her lifetime was approximately 390. Her cumulative exposure is not only sufficient to be considered applicable in the analysis of her lymphoma risk factors, but far exceeds the thresholds set in the numerous analyses and publications* that served as a basis for general causation experts and health authorities (i.e. IARC**, ASCO, AMA, etc.) to classify Glyphosate as a *probable human carcinogen (Group 2A)*, applicable to non-Hodgkin lymphoma.

[*Exemplified here: 1) In the recently published North American Pooled Project by M. Pahwa et al. some of the metrics used are as follows: >2 days/year vs. ≤2 days/year; 0 vs. ≤3.5 years/lifetime vs. > 3.5 years/lifetime; 2) In the Agricultural Health Study analysis De Roos et al. used these metrics of lifetime exposure as <u>N of years</u> X <u>N use per year</u>: 1-20 vs. 21-36 vs. 57-2678; 3) The analysis by Erikson et al. used these metrics for Glyphosate exposure: ≤10 days/lifetime vs. >10 days/lifetime]

[** "There is *limited evidence* in humans for the carcinogenicity of glyphosate. A positive association has been observed for non-Hodgkin lymphoma.", "There is *sufficient evidence* in experimental animals for the carcinogenicity of glyphosate.", "Glyphosate is *probably carcinogenic to humans*". All in IARC's 2017 "Some Organophosphate Insecticides and Herbicides" Volume 112, page 398]

## CONCLUSIONS

Based on my review of the Plaintiff's medical records and personal history, her history of exposure to Glyphosate, my phone interview with Ms. Mendoza, my focused review of the relevant medical and epidemiologic literature (for the *specific causation* purpose only, as sited above), the conclusions in the reports by the genotoxicity experts and general causation experts on Glyphosate, as well as global healthcare authorities named herein (i.e. IARC), I conclude the following:

11

1. Ms. Mendoza, the Plaintiff, was exposed to Glyphosate, an agricultural herbicide in the manner and magnitude that are at the very least sufficient, but very likely, exceed the exposure described in the epidemiologic literature based on which the positive association between Glyphosate and non-Hodgkin lymphomas was established;

2. Glyphosate has been classified by the International Agency for Research on Cancer (IARC) as a *Class 2A human carcinogen*. Non-Hodgkin Lymphoma is identified as one of the cancers by IARC with a positive association with Glyphosate exposure;

3. Ms. Mendoza does not have any other risk factors that could be reasonably connected to the origins (i.e. causing or majorly contributing) of her lymphoma;

4. After performing a thorough analysis into the origin(s) of Ms. Mendoza's lymphoma, I conclude to a reasonable degree of *medical* certainty, that it is more likely than not that Roundup/Glyphosate has caused or has been a substantial contributing factor in its development.

Andrei Shustov, M.D.

# REFERENCES

1. <u>Epidemiological evidence for causal relationship between Epstein-Barr virus and Burkitt's lymphoma from Ugandan prospective study.</u>
   de-Thé G, Geser A, Day NE, Tukei PM, Williams EH, Beri DP, Smith PG, Dean AG, Bronkamm GW, Feorino P, Henle W. *Nature.* 1978 Aug 24;274(5673):756-61.

2. <u>Assessment of the Combined Effect of Epstein-Barr Virus and *Plasmodium falciparum* Infections on Endemic Burkitt Lymphoma Using a Multiplex Serological Approach.</u>
   Aguilar R, Casabonne D, O'Callaghan-Gordo C, Vidal M, Campo JJ, Mutalima N, Angov E, Dutta S, Gaur D, Chitnis CE, Chauhan V, Michel A, de Sanjosé S, Waterboer T, Kogevinas M, Newton R, Dobaño C. *Front Immunol.* 2017 Oct 26;8:1284. doi: 10.3389/fimmu.2017.01284.

3. <u>Pediatric, elderly, and emerging adult-onset peaks in Burkitt's lymphoma incidence diagnosed in four continents, excluding Africa.</u>
   Mbulaiteye SM[1], Anderson WF, Ferlay J, Bhatia K, Chang C, Rosenberg PS, Devesa SS, Parkin DM. *Am J Hematol.* 2012 Jun;87(6):573-8. doi: 10.1002/ajh.23187. Epub 2012 Apr 10.

4. <u>AIDS-related Burkitt's lymphoma versus diffuse large-cell lymphoma in the pre-highly active antiretroviral therapy (HAART) and HAART eras: significant differences in survival with standard chemotherapy. Lim ST[1], Karim R</u>, Nathwani BN, Tulpule A, Espina B, Levine AM. *J Clin Oncol.* 2005 Jul 1;23(19):4430-8. Epub 2005 May 9.

5. <u>Burkitt's lymphoma: a review of the pathology, immunology, and possible etiologic factors.</u>
   Wright DH. *Pathol Annu.* 1971;6:337-63.

6. <u>Immunohistochemical detection of MYC protein correlates with MYC gene status in aggressive B cell lymphomas.</u>
   Tapia G[1], Lopez R, Muñoz-Mármol AM, Mate JL, Sanz C, Marginet R, Navarro JT, Ribera JM, Ariza A. *Histopathology.* 2011 Oct;59(4):672-8. doi: 10.1111/j.1365-2559.2011.

7. <u>Adults and children with small non-cleaved-cell lymphoma have a similar excellent outcome when treated with the same chemotherapy regimen.</u>
   Magrath I[1], Adde M, Shad A, Venzon D, Seibel N, Gootenberg J, Neely J, Arndt C, Nieder M, Jaffe E, Wittes RA, Horak ID. *J Clin Oncol.* 1996 Mar;14(3):925-34.

8. <u>Chemoimmunotherapy with hyper-CVAD plus rituximab for the treatment of adult Burkitt and Burkitt-type lymphoma or acute lymphoblastic leukemia.</u>
   Thomas DA, Faderl S, O'Brien S, Bueso-Ramos C, Cortes J, Garcia-Manero G, Giles FJ, Verstovsek S, Wierda WG, Pierce SA, Shan J, Brandt M, Hagemeister FB, Keating MJ, Cabanillas F, Kantarjian H. *Cancer.* 2006 Apr 1;106(7):1569-80.

9. <u>Low-intensity therapy in adults with Burkitt's lymphoma.</u>
   Dunleavy K[1], Pittaluga S, Shovlin M, Steinberg SM, Cole D, Grant C, Widemann B, Staudt LM, Jaffe ES, Little RF, Wilson WH. *N Engl J Med.* 2013 Nov 14;369(20):1915-25. doi: 10.1056/NEJMoa1308392.

10. <u>Glyphosate use and associations with non-Hodgkin lymphoma major histological sub-types: findings from the North American Pooled Project.</u>
    Pahwa M[1], Beane Freeman LE, Spinelli JJ, Blair A, McLaughlin JR, Zahm SH, Cantor KP, Weisenburger DD, Punam Pahwa PP, Dosman JA, Demers PA, Harris SA. *Scand J Work Environ Health.* 2019 Jun 27. pii: 3830. doi: 10.5271/sjweh.3830.

11. <u>Pesticide use and risk of non-Hodgkin lymphoid malignancies in agricultural cohorts from France, Norway and the USA: a pooled analysis from the AGRICOH consortium.</u>
    Leon ME, Schinasi LH, Lebailly P, Beane Freeman LE, Nordby KC, Ferro G, Monnereau A, Brouwer M, Tual S, Baldi I, Kjaerheim K, Hofmann JN, Kristensen P, Koutros S, Straif K, Kromhout H, Schüz J. *Int J Epidemiol.* 2019 Mar 18. pii: dyz017. doi: 10.1093/ije/dyz017

12. <u>Cancer incidence among glyphosate-exposed pesticide applicators in the Agricultural Health Study.</u>
    De Roos AJ, Blair A, Rusiecki JA, Hoppin JA, Svec M, Dosemeci M, Sandler DP, Alavanja MC. *Environ Health Perspect.* 2005 Jan;113(1):49-54.

13. <u>Pesticide exposure as risk factor for non-Hodgkin lymphoma including histopathological subgroup analysis.</u>
    Eriksson M, Hardell L, Carlberg M, Akerman M. *Int J Cancer.* 2008 Oct 1;123(7):1657-63. doi: 10.1002/ijc.23589.

14. SOME ORGANOPHOSPHATE INSECTICIDES AND HERBICIDES, VOLUME 112
    IARC MONOGRAPHS ON THE EVALUATION OF CARCINOGENIC RISKS TO HUMANS

15. Carcinogenicity of tetrachlorvinphos, parathion, malathion, diazinon, and glyphosate.
    Guyton KZ, Loomis D, Grosse Y, El Ghissassi F, Benbrahim-Tallaa L, Guha N, Scoccianti C, Mattock H, Straif K; International Agency for Research on Cancer Monograph Working Group, IARC, Lyon, France. *Lancet Oncol.* 2015 May;16(5):490-1. doi: 10.1016/S1470-2045(15)70134-8.

16. Integrative assessment of multiple pesticides as risk factors for non-Hodgkin's lymphoma among men.
    De Roos AJ[1], Zahm SH, Cantor KP, Weisenburger DD, Holmes FF, Burmeister LF, Blair A. *Occup Environ Med.* 2003 Sep;60(9):E11.

17. Non-Hodgkin's lymphoma and specific pesticide exposures in men: cross-Canada study of pesticides and health.
    McDuffie HH, Pahwa P, McLaughlin JR, Spinelli JJ, Fincham S, Dosman JA, Robson D, Skinnider LF, Choi NW. *Cancer* Epidemiol Biomarkers Prev. 2001 Nov;10(11):1155-63.