# Exhibit 2

```
 1                UNITED STATES DISTRICT COURT

 2                NORTHERN DISTRICT OF CALIFORNIA

 3

 4   In re:  Roundup Products     ) MDL No. 2741
     Liability Litigation         )
 5                                ) Case No. MDL No. 3:16-md-2741-VC
     This document relates to:    )
 6                                )
     MATTEO ANTHONY RUSSO         )
 7                                )
                       VS.        ) CASE NO. 3:16-cv-06024
 8                                )
     MONSANTO COMPANY.            )
 9                                )

10

11

12

13

14         DEPOSITION OF MATTEO ANTHONY RUSSO, JR.

15              LOS ANGELES, CALIFORNIA

16               Thursday, July 18, 2019

17

18

19

20

21

22

23

24   REPORTED BY:
     HEATHERLYNN GONZALEZ
25   CSR #13646
```

```
 1    questions over a long day, you have some memory

 2    issues that we've talked about?

 3        A    Severe.

 4        Q    Okay.  And is it possible that some of those

 5    issues affected your answers to the questions that

 6    you were asked by Monsanto's counsel?

 7        A    Yes.

 8        Q    And I'm not asking you if -- if, you know,

 9    you intentionally misremembered or anything like

10    that.  But you still did the best that you could to

11    answer the questions that you were given?

12        A    I did.

13        Q    Now, you were asked some questions about the

14    symptoms that you associate with your cancer.

15             Do you remember that line of questioning?

16        A    This morning or this afternoon?

17        Q    This morning in particular.

18        A    Not particularly.

19        Q    Okay.  Do you remember that line of

20    questioning this afternoon?

21        A    I remember -- about my symptoms?  What part

22    of it?  About --

23        Q    I'm asking --

24        A    -- if I should list them?

25        Q    I'm asking if you remember the line of
```