# Exhibit 3

Jeremy Rudnick, M.D.

```
 1                UNITED STATES DISTRICT COURT
 2             FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3
 4   IN RE: ROUNDUP PRODUCTS          )
     LIABILITY LITIGATION             )
 5   _____    )
                                      )
 6   This document relates to:        )  MDL No. 2741
                                      )
 7   Russo v. Monsanto Co.            )  No. 16-md-02741-VC
     Case No. 3:16-cv-06024-VC        )
 8                                    )
     _____    )
 9
10
11
                    FRIDAY, AUGUST 16, 2019
12
13              VIDEOTAPED DEPOSITION OF JEREMY
14         RUDNICK, M.D., held at 127 South San
15         Vicente Boulevard, Sixth Floor, Los
16         Angeles, California 90048, commencing at
17         1:03 p.m. on the above date before
18         Lindsay Pinkham, Certified Shorthand
19         Reporter No. 3716, CCRR 17.
20
21                       ---
22              GOLKOW LITIGATION SERVICES
23         877.370.3377 ph | 917.591.5672 fax
24                  Deps@golkow.com
25
```

Jeremy Rudnick, M.D.

```
 1      Q    Was the numbness in his face and hands
 2   attributable to his cancer?
 3      A    Most likely, if it's the left side.  And it
 4   also talks about short-term memory worsening.
 5      Q    Was Mr. Russo's short-term memory worsening
 6   something that is attributable to his cancer?
 7           MR. ZAGER:  Object to the form.  Foundation.
 8           THE WITNESS:  I think it may have related to
 9   the underlying treatment instead.
10      Q    BY MR. WOOL:  And when you say it may have
11   related to the underlying treatment, are you referring
12   to the resection of the mass?
13      A    Probably not.  Probably the methotrexate
14   medication.
15      Q    So the methotrexate medication was causing
16   those symptoms.
17      A    That's what I suspect.
18      Q    Now, if you turn to the page that ends in 820.
19   I wanted to ask you about the section that's titled
20   "Impression/Plan."  Do you see it?
21      A    Yes.
22      Q    Under No. 1 it says "primary CNS lymphoma."  Do
23   you see that?
24      A    Yes.
25      Q    And in the second sentence there you say:
```