Robin Greenwald
rgreenwald@weitzlux.com
Weitz & Luxenberg
700 Broadway
New York, NY 10003
Telephone:   (212) 558-5500
Facsimile: (212) 344-5461

*Attorney for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | Case No. 3:16-md-02741-VC |
| | MDL No. 2741 |
| This document relates to: | **DECLARATION OF ROBIN L. GREENWALD IN SUPPORT OF PLAINTIFF ROBERT L. DICKEY'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT ON STATUTE OF LIMITATIONS** |
| *Dickey v. Monsanto Co., et al., 3:19-cv-04102-VC* | |

I, Robin L. Greenwald, hereby declare as follows:

1.      I am an attorney at Weitz & Luxenberg, P.C., attorneys of record for Plaintiffs. I submit this declaration in support of Plaintiff Robert L. Dickey's Opposition to Motion for Summary Judgment on Statute of Limitations. I submit this declaration based upon my personal knowledge of the facts stated in this declaration, and if called to testify, I could and would competently testify to the matters stated herein.

2.      Annexed hereto as Exhibit 1 is a true and accurate copy of the transcript of the deposition of Robert L. Dickey in *Domina et al. v. Monsanto Co.* (No. 3:16-cv-05887), dated July 16, 2019.

3.      Annexed hereto as Exhibit 2 is a true and accurate copy of Monsanto Company's Answer submitted in *Domina et al. v. Monsanto Co*. (No. 3:16-cv-05887).

4.      Annexed hereto as Exhibit 3 is a true and accurate copy of an email from Donna Farmer, dated August 2, 1999.

5.      Annexed hereto as Exhibit 4 is a true and accurate copy of an email from William F. Heydens, dated May 26, 1999.

6.      Annexed hereto as Exhibit 5 is a true and accurate copy of Helen H. McDuffie et al., Non-Hodgkin's Lymphoma and Specific Pesticide Exposures in Men: Cross-Canada Study of Pesticides and Health, 10 Cancer Epidemiology, Biomarkers & Prevention 1155 (2001).

7.      Annexed hereto as Exhibit 6 is a true and accurate copy of an email from Donna Farmer, dated April 2, 2001.

8.      Annexed hereto as Exhibit 7 is a true and accurate copy of Mladinic et al., Evaluation of Genome Damage and Its Relation to Oxidative Stress Induced by Glyphosate in Human Lymphocytes in Vitro, Environmental and Molecular Mutagenesis (2009).

9.      Annexed hereto as Exhibit 8 is a true and accurate copy of "2004 Product Safety Center – Toxicology Goals."

10.     Annexed hereto as Exhibit 9 is a true and accurate copy of an email from David Saltmiras, dated January 28, 2013.

11.     Annexed hereto as Exhibit 10 is a true and accurate copy of an email from Maurice R. De Billot, dated August 23, 2011.

I hereby declare under the penalty of perjury that the facts set forth herein are true and accurate.

Executed this 10th day of December, 2019.

Respectfully submitted,

DECLARATOIN OF ROBIN L. GREENWALD IN SUPPORT OF PLAINTIFF ROBERT DICKEY'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT ON STATUTE OF LIMITATIONS

/s/ Robin Greenwald
Robin Greenwald
rgreenwald@weitzlux.com
Weitz & Luxenberg
700 Broadway
New York, NY 10003

*Co-Lead Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 10th day of December, 2019, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

/s/ Robin L. Greenwald

DECLARATOIN OF ROBIN L. GREENWALD IN SUPPORT OF PLAINTIFF ROBERT DICKEY'S
OPPOSITION TO MOTION FOR SUMMARY JUDGMENT ON STATUTE OF LIMITATIONS