# Exhibit 1

Robert L. Dickey

1   discussed with your attorney and we've received a
2   number of them.
3           A number of the other requests ask for
4   information pertaining to purchases of Roundup? and
5   any other chemicals that were used at the farm.  And
6   my understanding is those documents, any
7   documents--invoices, receipts, et cetera--that
8   relate to chemicals used at the farm or that you've
9   personally used don't exist any longer because of
10  the farm sale in 2003, right?
11       A.   I don't -- I don't buy them today.
12       Q.   Okay.  And do you have -- even if it
13  wasn't used for tax purposes, years ago when you
14  were the one purchasing the chemicals used at the
15  farm, with respect to the operations, did you keep
16  any kind of a spreadsheet or any kind of a
17  handwritten record or anything that would document
18  what you purchased and how much?
19       A.   No.
20       Q.   When you were going through -- well,
21  let's -- to not get ahead of ourselves, you were
22  diagnosed with non-Hodgkin's Lymphoma ███████
23  right?
24       ███ ████
█        ██  ████████████████████████

1         ■     ■

  ■       ■     ████████████████████████████████████

  ■       ████████████████████████████████████████████

  ■       ■     ■

5         Q.    During the time that you were going

6    through your cancer -- or actually I should say your

7    non-Hodgkin's Lymphoma diagnosis and treatment, did

8    you keep any type of a diary or a journal or notes,

9    that type of thing?

10        A.    No.

11        Q.    If you know, did your wife maintain or

12   keep any type of diary or journal or notes with

13   respect to your non-Hodgkin's Lymphoma diagnosis and

14   treatment?

15        A.    No.

16        Q.    Do you have any social media accounts like

17   Facebook, Twitter, Instagram?

18        A.    No.

19        Q.    Does your wife, if you know?

20        A.    Yes.

21        Q.    Okay.  Which face -- or which social media

22   does she have, again if you know?

23        A.    Facebook.

24        Q.    Do you know if she has Instagram or

25   Twitter as well?  If you don't know, you don't need

Robert L. Dickey

```
 1        A.   Okay.
 2        Q.   I know we talked a little bit about them
 3   but we're going to do that more in depth.
 4             When was the first time that you purchased
 5   Roundup??
 6        A.   Let's say '75, '76.
 7        Q.   What was the name of the Roundup? product
 8   that you purchased, if you remember?
 9        A.   Roundup?.
10        Q.   Can you describe what the package looked
11   like, and I'm talking about in 1975 or 1976?
12        A.   I don't recall what the jug looks like at
13   that point in time.
14        Q.   How big was it?
15        A.   I think it was two and a half.
16        Q.   2-and-a-half-gallon container?
17        A.   Yes, yes.
18        Q.   Of concentrate?
19        A.   Yes.
20        Q.   Do you remember what color it was?
21        A.   As I recall, it was white.  I think it's
22   always been white, as I recall.
23        Q.   Why did you decide to purchase Roundup? in
24   1975?
25        A.   Because of the Monsanto representative,
```

1    the salesperson, gave the spiel about what good

2    Monsanto was, it was safe, it was reasonably used

3    compared to others.  It said that the product was

4    good as far as its weeds, could take care of the

5    grass or broadleaves.

6        Q.   And was that something you heard a

7    Monsanto salesperson say in 1975 or later on?

8        A.   Early on, yeah, because they were out and

9    about to the locals.  And, like, the co-op, we'd

10   have a lunch put together and get as many people to

11   come in, and -- and I remember visiting with

12   Monsanto there, the salesperson.

13       Q.   Any chance you remember that individual's

14   name?

15       A.   No, I can't tell you.

16       Q.   Do you know the names of any of your

17   neighbors or other farmers in town who were there?

18       A.   I don't know.

19       Q.   All right.  What other type of Roundup?

20   branded products have you purchased over the years

21   other than the Roundup? in the 2-and-a-half-gallon

22   container?

23       A.   I never purchased anything bigger than the

24   two and a half because I had just a 400-gallon, and

25   I never ever had a propel big sprayer.  I never had

1   the big land area that I had to take care of it, so
2   I -- I just always bought the two and a half gallon.
3       Q.   And was it always in a white container?
4       A.   As I recall, yes.
5       Q.   Do you recall if it was ever a specific
6   type or a different type of Roundup? branded
7   product, Roundup?; was there ever something
8   afterwards, you know, what I mean?  In the name, was
9   it ever a different name other than just straight
10  Roundup??
11      A.   Well, there were generics.
12      Q.   Okay.
13      A.   Yes.
14      Q.   All right.  So how -- do you remember when
15  you first purchased a generic?
16      A.   I know I have used it, but I don't know
17  the name of it.
18      Q.   Do you know the name --
19      A.   But I'll -- as I looked at the product,
20  the ingredients, it'd be physophate (sic)
21  certain percent, and it would say non-active certain
22  percent until it reached a hundred percent.
23      Q.   Do you remember the names of any of the
24  generics that you purchased?
25      A.   I don't recall.

```
 1    is the last week of February.
 2         Q.    [REDACTED]
           [REDACTED]
           [REDACTED]
             [REDACTED]
             [REDACTED]
           [REDACTED]
           [REDACTED]
             [REDACTED]
           [REDACTED]
11         Q.    And I guess, though, at that time you were
12    not farming full time, were you?
13         A.    No.
14         Q.    Do you believe that exposure to Roundup?
15    caused or contributed to your non-Hodgkin's
16    Lymphoma?
17         A.    Yes.
18         Q.    When did you begin to believe that?  I'm
19    looking as close as you can date-wise.
20         A.    2016.
21         Q.    And why do you say that in 2016?  What led
22    you to believe that Roundup? was the cause?
23         A.    The World Health Organization.
24         Q.    That pamphlet that you got?
25         A.    Yes.
```

1      Q.   And do you recall how you came to get that

2   pamphlet?

3      A.   I'm not sure.  Just a pamphlet, nothing

4   big.  It's --

5      Q.   Was there anything else before that

6   pamphlet that caused you to believe that your

7   non-Hodgkin's Lymphoma may have been caused by

8   exposure to Roundup??

9      A.   I suspected after 2008.

10     Q.   And what made -- after 2008, why did you

11  suspect that Roundup? may have caused or contributed

12  to your non-Hodgkin's Lymphoma?

13     A.   █████████████████████████████████

█████████████████████████████

██████████████

█    █   ███

█    █   █████████████████████

██████

█    █   ████████████████████

█    █   ███

█    █   ████████████████████

████████████

█    █   ██████████████████

█    █   ████████████████████

█████████████████████████

     1      ████████████████████████████████

     2      █  ████

     3      █     █    ██

     4      Q.   -- was it about in that time frame when

     5   you began to suspect that Roundup? exposure may have

     6   caused or contributed to your non-Hodgkin's

     7   Lymphoma?

     8      █    ██████████████████████████████

     █   ████████████████████████████████████

     █   ██████████████████████████████████

     █      █     ██████████████

     █      █     ███████████████████████

     █   ████████████████

     █      █     ██████████████

     █      █     ███████████████████████

     █      █     █████████████████████████

     █   ██████████████████████████████████

     █   █████████████████████████████████

     █      █     ██

    20      Q.   Would those suspicions and your

    21   investigation have started sometime in 2009?

    22      A.   Yes.

    23      Q.   Do you recall anything specifically that

    24   you haven't talked about already that you read, or

    25   anything that you heard that caused you to believe

```
 1   in that 2009 time frame, that Roundup? may have
 2   caused on contributed to your non-Hodgkin's
 3   Lymphoma?
 4       A.   I don't know any more than what I've
 5   shared.
 6       Q.   What are you claiming that Monsanto did
 7   wrong with respect to Roundup??
 8       A.   I don't know what the future holds myself.
 9       Q.   What do you think they should have done
10   differently?
11       A.   Well, based on what I've heard, what's
12   gone -- I don't know a lot about it, but what's been
13   going on in California.
14       Q.   And what do you believe that Monsanto
15   should have done differently, if anything?
16       A.   I don't know.
17       Q.   Do you have any opinions or personal
18   beliefs as to what Monsanto did wrong, if anything,
19   with respect to Roundup??
20       A.   In my mind, I believe they were wrong
21   based on what I've read.
22       Q.   Wrong in what way?
23       A.   Well, going back to that same pamphlet,
24   the World Health Organization.
25       Q.   Now, do you understand that all pesticides
```

1  change their ways?

2      A.  No.

3      Q.  Did they ever tell you that they had some

4  studies that suggested there were some connections

5  between Roundup? and problems in human blood like

6  cancer?

7              MR. LARSEN:  Object to form.

8              THE WITNESS:  I didn't --

9  BY MR. DOMINA:

10     Q.  Did anybody from Monsanto ever tell you

11 anything about --

12     A.  No.

13     Q.  -- that kind of subject?

14         And as a matter of fact, throughout your

15 entire farming career, even up to today, has

16 Monsanto continued to insist that Roundup? is safe?

17             MR. LARSEN:  Object to form.

18             THE WITNESS:  They haven't said that

19 to me.

20 BY MR. DOMINA:

21     Q.  They keep saying it's safe, don't they?

22     A.  Exactly.

23             MR. LARSEN:  Object to form.

24 BY MR. DOMINA:

25     Q.  So the lawyer a little while ago asked you

```
 1   if you suspected there could be something earlier
 2   and you said yeah.  Is a better way of saying that,
 3   that you wondered if there was a connection maybe?
 4              MR. LARSEN:  Object to form.
 5              THE WITNESS:  Connection with who?
 6   BY MR. DOMINA:
 7       Q.   Between farm chemicals and your health.
 8       A.   I'm not sure.
 9   █   ████████████████████████████████████████████
     █████████████████████████████████████████████████
     █████████████████████████
     █   ██   ██████████████████████
     █   ██   █████████████████████████████████████████
     ████████████████████████████████████████████████████
     █   █   █
16       Q.   Did you have any reason to?
17       A.   I was competent -- competence in you.
18       Q.   Before you heard about the World Health
19   Organization deal, did you have any reason to
20   conduct any investigation about a link between your
21   illness and a herbicide?
22       A.   I didn't prior to that.
23              MR. DOMINA:  No further questions.
24              MR. LARSEN:  Just a few follow-up.
25
```