# Exhibit 6

Message

| | |
|---|---|
| **From:** | FARMER, DONNA R [FND/1000] [/O=MONSANTO/OU=NA-1000-01/CN=RECIPIENTS/CN=180070] |
| **Sent:** | 4/2/2001 9:22:07 PM |
| **To:** | ARMSTRONG, JANICE M [FND/1000] [/O=MONSANTO/OU=NA-1000-01/CN=RECIPIENTS/CN=597137] |
| **Subject:** | RE: Question/Info |
| **Attachments:** | Budget 2001.xls; GS02000Results.doc; Glyphosate2001.ppt; sci out trip report jan 2000.doc; GS02001Goals.doc |

Janice,

The first answer is yes - we have serveral groups - just like the biotech folks (show her the power point presentation) whose job it is - to watch out for glyphosate and glyphosate- based products.

They work on the big picture and the pieces of that picture and have done so for years.  Big picture - yes we recognize that it would be a great strategy to bring down Roundup like Alar, Bendectin etc - you bring down the chemical business and the biotech business. (again show her the presentation)

 How could they do that? What would they use?  The little pieces - what are they and what do we do about it.?
We constantly monitor the scientific literature, the internet, the media (print and TV). Provide established backgrounders if needed or develop new responses (technical backgrounders, PR backgrounders, Q&As, talking points etc), conduct studies if needed, develop third party contacts if needed, attend meetings (such as technical scientific meetings [present relevant data to support our products], meet with government officials, community groups, concerned citizens etc), meet with KIPs (Don't forget the farm family exposure study...and see attached scientific outreach trip report for our epi/tox networks meetings for the past two years (20 or more contacts!) - this year we will have one in canada, one maybe two in the US and one in Barcelona) etc. - cross functional team work

We also have several resources for Monsanto people to go to in addition to contacting the folks on the glyphosate teams they can go to the PSAS website, the Info Conservatory, and a CD ROM for those that have limited access to the internet. What is in those sites....well for PSAS you can find GTAD (thousands of glyphosate articles are stored here - once they have been picked up in the lit search they get sent here.....for electronic searching of the abstracts - and a hard copy is on file in the tox group).  Hot issues - and backgrounders to support those issues, ....see the link below

http://w3.ag/psas

The website she mentions - doesn't discuss glyphosate - at least not yet - but we see these things all the time....if she really wants to get worried about glyphoste - send her to the NCAP site or how about the CAL EPA site that claims glyphosate causes tumors - yes a government site - we are working behind the scenes to get that changed!

As you know for the most part these type of internet sites by activists groups just regurgitate the NCAP stuff- give here the Felsot site - we worked with him  - we gave him the background information so he could respond to activists claims and all roads lead from "NCAP" http://www.tricity.wsu.edu/aenews/Nov00AENews/Nov00AENews.htm  - have her look for "Giddy bout Glyphosate".

Also how about the monitoring of the US EPA NTP CERHR (Center for Evaluation of Risks to Human Reproduction) website - one person from the general public nominated glyphosate..... we were able to support that glyphosate is not a reproductive toxicant nor causes birth defects and it was not selected for evaluation.

Regarding the activites we do see the attached results for 2000 - I will attach the goals for GSO for 2001 - but they are not complete - can't get input!!!

Also attached is our glyphosate budget - you will see that anything that is for "Stewardship purposes" got slashed....yes we do worry about glyphosate being the next Alar but when we try to somethings - we don't get the financial support - so it is relationships and the sweat equity of the Monsanto people that keep it going

o for example the mammalian consultant budget was cut from $30K to $10 K (I spent at least $20K last year to get those outside reviews of the StAR paper!), the ecological Product defense was cut from $10K to $0, the Environmental product defense was cut from $15 to $0, a number of studies that are not regulatory requirements but can be used to provide product support were cut --- look for the $0s......and you can see they cut my $50K for proactive network building because they said it as an overlap with the $30 for consultants (I view these guys as emergency help - reactive) and the $95 K for dealing with the endocrine StAR thing is needed for that....not the networks.  So I provided some reasons why the $50K

Confidential - Produced Subject to Protective Order                                                                                                         MONGLY02628575

should not be dropped (not sure we have it back - haven't seen a "final budget" yet) and why the $ for consultants and defense should be put back in - but the answer to that was no.

    

GS02000Results...   Glyphosate2001....   GS02001Goals.d...   sci out trip report jan 2000.doc   Budget 2001.xls

Okay so let me know if this gives you enough or if you need more!!!

-----Original Message-----
**From:** ARMSTRONG, JANICE M [FND/1000]
**Sent:** Monday, April 02, 2001 12:48 PM
**To:** FARMER, DONNA R [FND/1000]
**Subject:** FW: Question/Info

FYI
Janice

-----Original Message-----
**From:** HULL, SARAH S [AG/1000]
**Sent:** Sunday, April 01, 2001 11:28 AM
**To:** METZ, SALLY G [AG/1005]
**Cc:** ARMSTRONG, JANICE M [FND/1000]; KISSAM, KATHRYN SCHANEN [FND/1000]
**Subject:** RE: Question/Info

Sally:  Both issues are definitely on the radar screen.  The public affairs issues around glyphosate is being managed by Janice Armstrong along with our DC office. There are some specific things taking place on this front.  Kathryn is handling the website issue with the legal team.  Through this e-mail I'm asking both to contact you with more information so you can reassure your team these isses are being addressed.  Thank you for introducing yourself and raising these issues with me.

Sarah


-----Original Message-----
**From:** METZ, SALLY G [AG/1005]
**Sent:** Saturday, March 31, 2001 4:17 AM
**To:** HULL, SARAH S [AG/1000]
**Cc:** CLAUSS, KELLY J [Non-Pharmacia/1000]; BUCKINGHAM, MARK [AG/1000]; GLICK, HARVEY L [AG/1000]
**Subject:** Question/Info

sorry, this has apparently been sitting in my draft box for a week.    S.


Sarah....  we haven't officially met, although I'm sure you've heard my name.  I'm the Wheat Team technical lead, based out in Chesterfield.  A couple of weeks ago, Kelly organized a training session for us which was led by Tom Morgan from Florida.   He brought up two issues, to which I had no idea how to respond or whether or not Monsanto had a response.

First:  Is Monsanto prepared if some 'left wing' group decides to make glyphosate the next Alar?

Second:  Have you seen this web site -  monsantos.com ?   It is incredible -- I thought it was our site by the home page, but it leads you into very negative stuff.

So, my question to you is -- do you already know about these issues and are we prepared or doing something?  It would help us to be able to go back to the university cooperators we had at our meeting knowing that some one in the company had it all on the radar screen.   Thanks.

Sally

Confidential - Produced Subject to Protective Order                                                                                        MONGLY02628576