# Exhibit 8

# EXHIBIT 23

| Donna Farmer [ DATE \@ "MM/dd/yyyy" ] | | 2004 Product Safety Center – Toxicology Goals |
|---|---|---|

| Goal # 1 - Secure the Base. | | |
|---|---|---|
| **Primary Activity** | **Key Deliverables** | **Metrics/KPI's** |
| Defend and maintain the global **glyphosate** businesses | Provide Global Product Registration Support | A. Provide necessary information to global registration managers in support of registration/re-registration & scientific reviews of glyphosate and glyphosate-based products.<br>1) CODEX – timely, effective responses coordinated with other submitters regarding questions from JMPR review –*Prepared responses for Monsanto and Cheminova on WHO glyhosate draft – also prepared position document on salivary gland lesion for the joint submitters.*<br>(*WHO Panel meeting set to begin Sept 15*)<br><br>2) Brazil – satisfactorily resolve ADI issue<br><br>*ADI issue is on hold until legal activities are resolved with IDEC.*<br><br>*(IDEC is an activist consumer group that wanted to have access to the whole dossier of Roundup. Due to Monsanto intervention, the Justice decided to limit their access to the data related to the establishment of MRL of 10 ppm for RR soybean only. They are allowed to consult the data under the surveillance of the authorities at ANVISA office. They would not have access to the compositional data. The Justice also determined that IDEC is forbidden to hire consultants for this review. IDEC hasn't had access to the residue data yet. They have appealed the decision.)* |

Confidential - Produced Subject to Protective Order

MONGLY01594842

| | | |
|---|---|---|
| | | Japan – satisfactorily resolve Japanese neurotoxicity requirements – *MAFF review begins in Feb 04*<br><br>*MAFF agreed with the waiver and has forwarded information to the Food Safety Commission. Final determination of acceptability of the waiver will not be made until the total package of the Risk Assessment is reviewed by the Food Safety Commission and tThis can only happen when a new food crop use registration is submitted - K salt formulation with food crop use in the 2005-2006 timeframe.* |
| | Scientific Literature, websites, lay papers etc. routinely monitored for issues that could impact glyphosate and/or glyphosate-based products. | A. Develop and distribute comprehensive information to key stakeholders – *Ongoing* |
| | Build strong regional and global networks. | A. Maintain and expand external expert networks and relationships.<br>   1) Develop and distribute "Glyphosate Newsletter"<br>      a. *Team meeting 1/16 – target 2/year on going One newsletter created – will be sent out before end of August.*<br>   2) *With loss of ▓▓▓ death of Prof. Perry and too close of industry ties of ▓▓▓ need to develop EU network – resurrect Maastrcht group plus internal ttraining (▓▓▓)*<br>*One day workshop planned for early Nov/Dec. Sir Richard has agreed to host meeting at Green College and ▓▓▓ has agreed to facilitate meeting.*<br><br>*Will be approaching Syngenta and Cheminova about participation in this glyphosate workshop* |

| | | |
|---|---|---|
| | | B. Look for opportunities to expand and utilize relationships with key industry and scientific organizations. *Presenter at Target/Monsanto's Symposium "Protecting Families, Resources and Ecosystems with the Monsanto Family of Herbicides". August 23-26, 2004. Purpose of symposium is to provide public agencies and private business management with information and experiences in supporting Monsanto's glyphosate-based herbicides. Two presentations (Human Health and Toxicology Profile of Roundup Pro and Aquamaster Herbicides & Ecotoxicological Characteristics, Key Allegations & the Scientific Community Response) in 4 cities (Mesa AZ, La Mirada CA, Fresno CA and Walnut Creek Ca.)* |
| | Glyphosate/Roundup Stewardship Participation | A. Support Monsanto personnel by developing and/or updating training and materials. Provide technical support on an as needed basis.<br>  1) Further develop and distribute "Glyphosate Team Space" – *ongoing*<br>*RUR Bentgrass "training tools' with Steve Adams – due July*<br>  - *new backgrounders*<br>  - *Q&As*<br>  - *Talking points*<br>  - *& presentation*<br>*Due to Steve's departure from Monsanto this program has been dropped.*<br><br>*Brazil Communication Tools – asap*<br><br>*Early August received example of type of binder they would like.* |

MONGLY01594844

| | | |
|---|---|---|
| | Key toxicology issues adequately addressed: | |
| | Endocrine Disruption issues with glyphosate and/or formulation & surfactant countered. | A. StAR assay follow-up experiments completed and paper submitted for publication – 8/04 - *Steve Lead Experiments completed – draft written* |
| | Defend against results from the AHS and other epidemiology studies | A. Communicate glyphosate toxicology in conjunction with the FFES and other worker exposure studies<br>1). Multiple worker exposure paper submitted for publication – 5/04 - *John Lead – outline of risk assessment section* |
| | Inert Toxicity | A. Surfactant manuscript submitted for publication – *5/04- Donna Lead – have a draft for internal review* |
| | Endocrine/Repro/Dev Tox issues | A. One-gen repro study completed and reports finalized<br>*Delay due to breeding F2 generation to address fetal/litter issue in F1 generation. Effects were not observed in F2 generation. Writing of draft report is in progress*<br><br>A. Repro/ED/Dev tox risk assessment paper - *delayed any activity pending outcome of study*<br>1). Seek funding for 3rd party authorship<br>2). Contact 3rd parties |

MONGLY01594845

|  |  |  |
|---|---|---|
|  | Genotox | 3) Engage Syngenta in the project – possible $$ support and use of their 2 gen repro with glyphosate<br><br>A. Genotox manuscript submitted for publication - *5/04 – Chuck Lead – manuscript submitted for internal review* |
|  |  |  |

| Goal # 2 - Create Future Growth: Pipeline, Regulatory Approval, Commercial Launch, Market Expansion. |||
|---|---|---|
| **Primary Activity** | **Key Deliverables** | **Metrics/KPI's** |
| Successful development of new products | No delays in product development, registration or launch | A. Participate in Business/Project Reviews.<br>B. Participate in New Product Development Meetings.<br>C. Participate as necessary in toxicology review of new AI's and co-formulants.<br>D. Participate as necessary on the Inerts Team.<br>E. Review Marketing Materials for new products. |

| Goal # 3 - Earn Our Freedom to Operate |||
|---|---|---|
| **Primary Activity** | **Key Deliverables** | **Metrics/KPI's** |
| Maintain freedom to operate for products impacted by FQPA. | Monitor, assess and minimize impact of FQPA and related EPA policies on glyphosate, glyphosate-based products and glyphosate co-formulants. | A. Provide support, comments, etc. on key industry issues/initiatives.<br>B. Participate in industry organizations – EDWG & ITWG |
| Stewardship of chemistry products & intermediates | Provide technical support to CSWG for glyphosate and glyphosate-based product issues. | A. Potential human health concerns identified and evaluated in a timely fashion. |

MONGLY01594846

|  |  |  |
|---|---|---|
|  |  |  |

| Goal # 4 - Create a Winning Environment: Operating Principles, External Focus, Talent Development |||
|---|---|---|
| **Primary Activity** | **Key Deliverables** | **Metrics/KPI's** |
| Personal Development | DPR activities. | A. One or more review sessions to ensure progress on goals & development. *Done*<br>B. Participate in Career Path Training D*one*<br>C. Participate in Biotech Technical Training – *missed due to sick child* |
|  | Expand external recognition | A. Member of CLA's EDWG and ITWG |
|  | Increased knowledge & role in area of endocrine disruption | A. Lead Monsanto Endocrine Disruption Team.<br>B. Know and understand the types of studies being proposed by the 3 major world areas.<br>C. Provide comments, documents etc. when necessary<br>D. One or more presentations at staff meetings |
| Optimize organization effectiveness | Encourage Fiscal Responsibility | A. Track toxicology outside expenses on a monthly basis to provide accurate budget and forecast information.<br>B. Track toxicology travel on a monthly basis to provide accurate budget and forecast information |
|  | Harmonization of study process and procedures | A. Evaluate and determine appropriate steps to take to harmonize/simplify chemical and biotech study processes and procedures- *with Joan and Terry* |
|  | TBASS |  |

| | | |
|---|---|---|
| Safety | | A. Re-assessment and clean up and adaptation as needed for chemical and biotech needs – *with interested parties* |
| | Participate in key initiatives that focus on people development. | A. Participate on CWE subteam Technical Seminar Series<br>B. Develop a series of monthly panel discussions with topics of broad interest to the technology community.<br>• Generate a list of seminar topics<br>• Work with CWE Members (Sherri Brown, Beth Calbotta, and Lisa Kelly) to identify appropriate seminar speakers to address the topics<br>• Promote the Seminar Series through my company function and through public affairs<br>• Distribute and collect statistics on seminar feedback for tracking purposes<br>C. Host two seminars |
| | Safety First | A. Attend safety seminars.<br>B. Complete vehicle and other safety training |

MONGLY01594848