# Exhibit 9


Message

| | |
|---|---|
| **From:** | Redacted |
| **Sent:** | 1/28/2013 3:33:21 PM |
| **To:** | SALTMIRAS, DAVID A   Redacted |
| **Subject:** | RE: Adding Author |

David,

Thanks for the note.

I am very sorry but I agree that there would not be much point in communicating David and my opinions to Roger or pursuing this further.

I wish we had considered this earlier but we can't change that now.

Regards,

Redacted

**From:** SALTMIRAS, DAVID A (AG/1000)   Redacted
**Sent:** Monday, January 28, 2013 7:19 AM
**To:** Redacted
**Subject:** Re: Adding Author

Then no need to bother the editor. The paper is Kier and Kirkland.

Thanks for your patience,

David

**From:** Redacted
**Sent:** Monday, January 28, 2013 02:55 AM

**To:** Redacted  SALTMIRAS, DAVID A  Redacted
**Subject:** RE: Adding Author

Dear both,

I have given you my opinion. It is up to you and the editor now. If Roger will accept it, then fine. Given what he said about dissociating Larry and myself from industry during the responses to the referees comments, I would be surprised if he agreed to add an industry name to the authors.

Regards,

**Redacted**

**From:** Redacted
**Sent:** 26 January 2013 19:40
**To:** 'SALTMIRAS, DAVID A ( Redacted
**Subject:** RE: Adding Author

David and Redacted

Roger McLellan admittedly wasn't too happy but I definitely think he would consider this and even coached me on how to approach him with a communication.

I acknowledge that this should have been done earlier and I believe that Redacted concerns definitely have merit.  However, even at this late date I do support David S. being added as a co-author.  David S. was a co-author on the unpublished literature review manuscript which was the first phase of this project which I think qualifies him as a valid contributor to the manuscript.

I believe that a request to Roger McLellan should only be made if supported by both authors.  After that it would be up to Roger McLellan to decide if that would be permissible.

I enjoy working with both of you and hope that we can arrive at an amiable and sound consensus.

Thanks.

Redacted

**From:** SALTMIRAS, DAVID A  Redacted
**Sent:** Saturday, January 26, 2013 11:10 AM
**To:** Redacted
**Subject:** Re: Adding Author

David and Redacted

I do appreciate the candid discussion. I in no way want to rock the boat and be the source of contention. The basis for removing me as an author last year was the inclusion of other GTF member company study reports, which required third party expert review and the need to engage a second independent expert. In looking back over the paper with the critical inclusion of literature review and human exposure assessment, I think my contributions on this now 2-year project may be considered deserving of recognition in co-authorship. I was prepared to let this slide, but in another candid discussion with Senior Monsanto management (several tiers higher than me), I was "strongly encouraged" to author some peer reviewed publications, since this is the fifth such Glyphosate related manuscript I have been involved with over the past few years without co-authorship. However, if either you disagree or Roger McClellan is not open to the idea, I will gladly stand by your decision.

Regards,

David

**From:** Redacted
**Sent:** Saturday, January 26, 2013 06:44 AM
**To:** Redacted
**Cc:** SALTMIRAS, DAVID A Redacted

Confidential - Produced Subject to Protective Order                                                                                                           MONGLY04086537_0002

**Subject:** RE: Adding Author

Redacted

As much as I agree with recognising the effort David S has put in, I do not think you can start adding an author at this stage. Apart from anything else, it means the authors would no longer be "independent". As a journal editor myself, I would not accept this.

Sorry, but I don't think it is appropriate from the journal acceptability point of view.

Kind regards,

Redacted

**From:** Redacted
**Sent:** 25 January 2013 20:27
**To:** Redacted
**Cc:** DAVID SALTMIRAS
**Subject:** Adding Author

Redacted

I would like to suggest adding David Saltmiras as an author to the review publication.   I think he is very deserving of this recognition and he was a co-author on the original literature review manuscript which was a predecessor to this publication.

I am checking on whether this is logistically possible but also want to get your concurrence before proceeding.

Thanks.

Redacted

This e-mail message may contain privileged and/or confidential information, and is intended to be received only by persons entitled
to receive such information. If you have received this e-mail in error, please notify the sender immediately. Please delete it and
all attachments from any servers, hard drives or any other media. Other use of this e-mail by you is strictly prohibited.

All e-mails and attachments sent and received are subject to monitoring, reading and archival by Monsanto, including its
subsidiaries. The recipient of this e-mail is solely responsible for checking for the presence of "Viruses" or other "Malware".
Monsanto, along with its subsidiaries, accepts no liability for any damage caused by any such code transmitted by or accompanying
this e-mail or any attachment.


The information contained in this email may be subject to the export control laws and regulations of the United States, potentially
including but not limited to the Export Administration Regulations (EAR) and sanctions regulations issued by the U.S. Department of
Treasury, Office of Foreign Asset Controls (OFAC).  As a recipient of this information you are obligated to comply with all
applicable U.S. export laws and regulations.

Confidential - Produced Subject to Protective Order                                                                                     MONGLY04086537_0004