David A. Domina
ddomina@dominalaw.com
Domina Law Group, P.C.2425 South 144th Street
Omaha, NE 68144-3267
Telephone:  402 493 41200
Facsimile: 4023 493 9782

Robin Greenwald
rgreenwald@weitzlux.com
Weitz & Luxenberg
700 Broadway
New York, NY  10003
Telephone:   (212) 558-5500
Facsimile: (212) 344-5461

*Attorney for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | Case No. 3:16-md-02741-VC<br><br>MDL No. 2741 |
| This document relates to:<br><br>*Dickey v. Monsanto Co.,* 3:19-cv-04102-VC | **PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF PLAINTIFF  ROBERT L. DICKEY'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT ON STATUTE OF LIMITATIONS** |

Pursuant to Civil Local Rules 79-5, 7-11, this Court's Standing Order for Civil Cases, ¶¶ 27-29, and the Amended Protective Order, filed September 6, 2017, Dkt. 519 ("Amended Protective Order"), ¶ 18, Plaintiffs hereby submit this Administrative Motion to File Under Seal ("Motion"). Subject to this motion are portions of Plaintiff Robert L. Dickey's Opposition To Motion For Summary Judgment On Statute Of Limitations and exhibits, which Plaintiffs seek to file under seal because they contain information about Wave 1 Plaintiffs' medical conditions and/or other personally identifiable information, pursuant to FRCP § 5.2(a)

I.      **Compelling Reasons Exist to Maintain the Confidentiality of Plaintiffs' Private Medical Information and Other Personally Identifiable Information**

Plaintiffs are entitled to preserve the privacy of their medical information and other personally identifiable information under the California Constitution, the Health Insurance Portability and Accountability Act of 1996 ("HIPAA"), the Federal Rules of Civil Procedure ("FRCP"), and existing case law.

Foremost, the right to privacy provided by the California Constitution provides a compelling reason to seal the documents at issue in this motion.  The California Constitution guarantees that among the inalienable rights afforded to individuals is the right to privacy.  Cal. Const. art. I, § 1.  Patients have a right to privacy in their medical information under the California Constitution. *See Ruiz v. Podolsky*, 50 Cal. 4th 838, 851 (2010).  There is "a constitutional right to privacy, more specifically, a constitutional right to nondisclosure of one's personal information."  *Stallworth v. Brollini*, 288 F.R.D. 439 444 (N.D. Cal. 2012) (*citing Whalen v. Roe*, 429 U.S. 589, 599 (1977); *Nixon v. Administrator of Gen. Serv.*, 433 U.S. 425, 457 (1977)). Accordingly, numerous other district courts have found that the need to protect medical information qualifies as a "compelling reason" for sealing records.  *See San Ramon Reg'l Med. Ctr., Inc. v. Principal Life Ins. Co.*, Case No. C 10–02258 SBA, 2011 WL 89931, at *1 n. 1 (N.D. Cal. Jan.10, 2011); *Abbey v. Hawaii Emp'r Mut. Ins. Co.*, Case No. 09–000545 SOM/BMK, 2010 WL 4715793, at *1–2 (D. Haw. Nov. 15, 2010) ("The need to protect medical privacy qualifies as a 'compelling reason.'"); *Wilkins v. Ahern*, Case No. C 08–1084 MMC (PR), 2010 WL 3755654, at *4 (N.D. Cal. Sept. 24, 2010); *Lombardi v. Tri West Healthcare Alliance Corp.*, Case No. CV–08–02381–PHX–FJM, 2009 WL 1212170, at *1 (D. Ariz. May 4, 2009).

Medical records are further deemed confidential under the HIPAA. *See* 45 C.F.R. § 164.502(a) ("[a] covered entity may not use or disclose protected health information."); *see also Webb v. Smart Document Solutions, LLC*, 499 F.3d 1078, 1082 (9th Cir.2007).

Finally, FRCP 5.2 *requires* redaction of specific personally identifiable information absent a contrary court order.  This includes the individual's social-security number, taxpayer-identification number, birth date, and other financial-account numbers.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**II.     Conclusion**

For the foregoing reasons, Plaintiff requests that the Court grant this motion to seal portions of Plaintiff's brief and exhibits, to the extent these documents contain Plaintiff's private medical information and other personally identifiable information.

                                                    Respectfully Submitted,

Dated: December 10, 2019

                                                    /s/ Robin Greenwald
                                                    Robin Greenwald
                                                    rgreenwald@weitzlux.com
                                                    Weitz & Luxenberg
                                                    700 Broadway
                                                    New York, NY  10003
                                                    Telephone: (212) 558-5500
                                                    Facsimile:  (212) 344-5461

                                                    David A. Domina
                                                    ddomina@dominalaw.com
                                                    Domina Law Group, P.C.2425 South 144th
                                                    Street
                                                    Omaha, NE 68144-3267
                                                    Telephone:  402 493 41200
                                                    Facsimile: 4023 493 9782

                                                    *Attorneys for Plaintiffs*

**<u>Certificate of Service</u>**

I certify that on December 10, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all appearing parties of record.

/s Robin Greenwald
Robin Greenwald
rgreenwald@weitzlux.com
Weitz & Luxenberg
700 Broadway
New York, NY  10003
Telephone:     (212) 558-5500
Facsimile:      (212) 344-5461
