Robin Greenwald
rgreenwald@weitzlux.com
Weitz & Luxenberg
700 Broadway
New York, NY 10003
Telephone: (212) 558-5500
Facsimile: (212) 344-5461

*Attorney for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>ALL ACTIONS | Case No. 3:16-md-02741-VC<br><br>MDL No. 2741<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTIONS TO FILE UNDER SEAL PORTIONS OF PLAINTIFFS' OPPOSITION BRIEFS AND EXHIBITS** |
|---|---|

Before this Court are Plaintiffs' Administrative Motions to File Under Seal portions of Plaintiffs' opposition briefs and accompanying exhibits. Having considered the papers, and for compelling reasons shown, the Court hereby **GRANTS** Plaintiffs' requests and **ORDERS** the following documents and/or portions of documents will remain redacted and confidentially filed under seal until further order of the Court, with publicly filed versions redacted.

Documents sought to be filed under seal by Plaintiffs, containing confidential information regarding Group 1 plaintiffs' medical conditions and/or other personally identifiable information.

| **Plaintiffs' Exhibits in Support of Plaintiffs' Opposition to Motion for Summary Judgment Re: Nebraska Wave 1 Plaintiffs on Nebraska Law Grounds** | |
|---|---|
| Exhibit 1 | Transcript of the deposition of Larry E. Domina in *Domina et al. v. Monsanto Co.* (No. 3:16-cv-05887), dated July 15, 2019 |

| | |
|---|---|
| Exhibit 2 | Transcript of the deposition of Robert L. Dickey in *Domina et al. v. Monsanto Co.* (No. 3:16-cv-05887), dated July 16, 2019 |
| Exhibit 3 | Transcript of the deposition of Royce D. Janzen in *Domina et al. v. Monsanto Co.* (No. 3:16-cv-05887), dated July 17, 2019 |
| Exhibit 4 | Transcript of the deposition of Frank Pollard in *Domina et al. v. Monsanto Co.* (No. 3:16-cv-05887), dated July 1, 2019 |
| **Plaintiff's Exhibits in Support of Plaintiff Robert L. Dickey's Opposition To Motion For Summary Judgment On Statute Of Limitations** ||
| Exhibit 1 | Transcript of the deposition of Robert L. Dickey in *Domina et al. v. Monsanto Co.* (No. 3:16-cv-05887), dated July 16, 2019. |
| **Plaintiff's Exhibits in Support of Opposition to Monsanto's Motion to Exclude Plaintiffs' Specific Causation Experts in Wave I on *Daubert* Grounds** ||
| Exhibit 1 | Plaintiffs' Expert Dr. Staggs' Expert Report in *Domina v. Monsanto Co.*, 3:16-cv-05887, dated October 9, 2019 |
| Exhibit 2 | Plaintiffs' Expert Dr. Sawyer's Expert Report in *Sanders v. Monsanto Co.*, 3:16-cv-05752, dated October 9, 2019 |
| Exhibit 3 | Plaintiffs' Expert Dr. Sawyer's Expert Report in *Tanner v. Monsanto Co.,* 3:19-cv-04099, dated October 9, 2019 |
| Exhibit 5 | Transcript of the deposition of Dr. Brent Staggs in *Pollard v. Monsanto Co.* (No. 3:19-cv-04100), dated November 20, 2019 |
| Exhibit 6 | Transcript of the deposition of Dr. Douglas Grossbard in *Sanders v. Monsanto Co.* (No. 3:16-cv-05752), dated November 26, 2019 |
| **Plaintiff's Exhibits in Support of Opposition to Monsanto's Motion to Exclude Mr. Stephen Petty** ||
| Exhibit 3 | Expert Report of Mr. Stephen Petty in *Dickey v. Monsanto Co.,* (No. 3:19-cv-04102), dated October 3, 2019 |
| Exhibit 4 | Transcript of the Deposition of Mr. Stephen Petty in *Dickey v. Monsanto Co.*, (No. 3:19-cv-04102), dated November 5, 2019 |
| **Plaintiffs' Exhibits in Support of Opposition to Monsanto's Motion to Exclude Testimony of Wave One Plaintiffs' Specific Causation Experts Dr. Chadi Nabhan, Dr. Andrei Shustov, and Dr. Dennis Weisenburger on *Daubert* Grounds** ||
| Exhibit 1 | Expert Report of Dr. Shustov submitted in the case of *Yolanda Mendoza v. Monsanto Co., (*N.D. Cal. 3:16-cv-06046-VC), dated October 9, 2019. |

[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL

| **Plaintiffs' Exhibits in Support of Opposition to Monsanto's Motion to Exclude the Testimony of Dr. Kevin Palka on *Daubert* Grounds** | |
|---|---|
| Exhibit 2 | Expert Report of Dr. Alejandro A. Gru submitted in the *Domina* case (No. 3:16-cv-05887-VC), dated October 30, 2019. |
| Exhibit 3 | Expert Report of Dr. Alejandro A. Gru for plaintiff Dickey (No. 3:19-cv-04102-VC), dated October 30, 2019. |
| Exhibit 4 | Expert Report of Dr. Alejandro A. Gru for plaintiff Janzen (No. 3:19-cv-04103-VC), dated October 30, 2019. |
| Exhibit 5 | Expert Report of Dr. Peter T. Silberstein for plaintiff Domina (No. 3:16-cv-05887-VC), dated October 27, 2019. |
| Exhibit 6 | Expert Report of Dr. Peter T. Silberstein for plaintiff Dickey (No. 3:19-cv-04102-VC), dated October 27, 2019. |
| Exhibit 7 | Expert Report of Dr. Peter T. Silberstein for plaintiff Janzen (No. 3:19-cv-04103-VC), dated October 27, 2019. |
| Exhibit 8 | Expert Report of Dr. Peter T. Silberstein for plaintiff Pollard (No. 3:19-cv-04100-VC), dated October 27, 2019. |

**IT IS SO ORDERED**

DATE: _____

HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT COURT