# Exhibit 3

Message

| | |
|---|---|
| From: | MARTENS, MARK A [FND/5045] [█████████████████████] |
| Sent: | 8/3/1999 9:48:34 AM |
| To: | FONTANA, GABRIELE B ████████████████████████ FARMER, DONNA R ███████████████]; HEYDENS, WILLIAM F ██████████████████████ KIER, LARRY D ████████; ███████████████████; GRAHAM, WILLIAM [█████████ ████████████████████ |
| CC: | WRATTEN, STEPHEN J [████████████████████]; SALAMINI, ALESSANDRA ████████████████ |
| Subject: | RE: Roundup mutagenicity |

Dear all,

This seems to be more serious than I thought.

Donna and Bill,

I'll be in St Louis on 08/25, 26 and 27 I suggest we have a discussion on this.

Regards, Mark

> -----Original Message-----
> From:    FONTANA, GABRIELE B [FND/5250]
> Sent:    Tuesday, August 03, 1999 11:14 AM
> To:      MARTENS, MARK A ████████5]; FARMER, DONNA R ████████, HEYDENS, WILLIAM F ████████]; KIER, LARRY D ████████0]; GRAHAM, WILLIAM ████████0]
> Cc:      WRATTEN, STEPHEN J [FND/1000]; SALAMINI, ALESSANDRA ████████
> Subject: RE: Roundup mutagenicity

Just another short comment. The decision of the Italian commission is carved in the stone now and - some way - we have to cope with that. For several reasons - and our current visibility is not the last one - the decision was taken keping us out of any possible discussion and negotiation. This commission in not only famous because they are proof to any discussion (the only way is to access personally the experts, no hearings, no industry representatives), but also because their leading approach is to minimize their responsabilities: asking more is a good way!.

Regards,

Gabriele

> -----Original Message-----
> From:    MARTENS, MARK A ████████
> Sent:    martedì 3 agosto 1999 10.02
> To:      FARMER, DONNA R ████████ HEYDENS, WILLIAM F ████████]; FONTANA, GABRIELE B ████████]; KIER, LARRY D ████████; GRAHAM, WILLIAM ████████]
> Cc:      WRATTEN, STEPHEN J ████████ SALAMINI, ALESSANDRA ████████]
> Subject: RE: Roundup mutagenicity

Dear all,

You all seem to think that this is about action. Actually it isn't it was just and evaluation of an opinion of Italain mutagenicists. We of course will defend the current database but if such testing would become unavoidable it is of very low risk if conducted properly. We will see with what suggestions Parry will come up with.

Regards, Mark.

> -----Original Message-----
> From:    FARMER, DONNA R [FND/1000]
> Sent:    Monday, August 02, 1999 4:24 PM
> To:      HEYDENS, WILLIAM F ████████; MARTENS, MARK A ████████; FONTANA, GABRIELE B ████████; KIER, LARRY D ████████ R GRAHAM, WILLIAM ████████]
> Cc:      WRATTEN, STEPHEN J ████████ SALAMINI, ALESSANDRA ████████]

EXHIBIT 1-13
WIT: Farmer
DATE: 1-11-17
C. Campbell, RPR CRR CSR #13921

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
TRIAL EXHIBIT 195
Case No. 3:16-cv-0525-VC
Date Entered _____
By _____
      Deputy Clerk

MONGLY00877683

**Subject:**     RE: Roundup mutagenicity

Sorry I am weighing in on this late. I was on vacation last week and enjoying the florida beaches!

Before we do anything we need to sort out what is going on, who is involved, and find out what are the issues/requests/concerns.

It is too premature to discuss conducting any studies. I will not support doing any studies on glyphosate, formulations or other surfactant ingredients at this time with the limited information we have on the situation. As Bill indicated below we have a ton of data .....that was submitted and reviewed.

We obviously need to keep on top of this and Andreas is already doing this by contacting his liase at the BGVV.

Donna

-----Original Message-----
**From:**      HEYDENS, WILLIAM F [ ]
**Sent:**      Friday, July 30, 1999 8:51 AM
**To:**        MARTENS, MARK A [ ]; FONTANA, GABRIELE B [ ]; FARMER, DONNA R [ ];
             KIER, LARRY D [ ]; GRAHAM, WILLIAM [ ]
**Cc:**        WRATTEN, STEPHEN J [ ]; SALAMINI, ALESSANDRA [ ]
**Subject:**   RE: Roundup mutagenicity

Mark,

I don't think an in vivo UDS is reasonable for glyphosate.  We already have a negative in vitro UDS and a ton of other data that has led all reasonable scientists and regulatory agencies to conclude that glyphosate is not genotoxic.

Now, formulations are obviously another issue.  While I won't argue that the request is unreasonable, I would not be anxious to run right out and generate the data, either.  As you point out, liver toxicity with formulations could be a confounding factor, and we would have to design and conduct the study very carefully (using our alachlor & acetochlor experience) if we are ultimately forced to do it.

Bill

-----Original Message-----
**From:**      MARTENS, MARK A [ ]
**Sent:**      Friday, July 30, 1999 3:56 AM
**To:**        FONTANA, GABRIELE B [ ]; HEYDENS, WILLIAM F [ ]; FARMER, DONNA R
             [FND/1000]; KIER, LARRY D [ ]; GRAHAM, WILLIAM [ ]
**Cc:**        WRATTEN, STEPHEN J [ ]; SALAMINI, ALESSANDRA [ ]
**Subject:**   RE: Roundup mutagenicity

Dear all,

OECD 486(UDS in vivo) is not an unreasonable request but suggest to do some liver toxicity along with it to explain bumpy responses at the high dose.  This test has also been requested by the French for MON 4660 and there the risk is greater because of extreme liver toxicity.

Regards, Mark

-----Original Message-----
**From:**      FONTANA, GABRIELE B [FND/5250]
**Sent:**      Thursday, July 29, 1999 5:12 PM
**To:**        MARTENS, MARK A [ ]; HEYDENS, WILLIAM F [ ]; FARMER, DONNA R
             [ ] KIER, LARRY D [ ]; GRAHAM, WILLIAM [ ]
**Cc:**        WRATTEN, STEPHEN J [ ]; SALAMINI, ALESSANDRA [ ]
**Subject:**   Roundup mutagenicity

I have just got the official record of the Pesticide Committee meeting where the RUP case was discussed.

Conclusions are:

MONGLY00877684

1) Italian experts, Mrs. Bolognesi and Mr. Crebelli will attend ECCO meeting when glyphosate mutagenicity data will be discussed;

2) A study of DNA reparation (OECD Guideline 486, 1998) for both active and G3 formulation will be required, without prejudice of current registrations.

Gabriele

MONGLY00877685