Robin Greenwald
rgreenwald@weitzlux.com
Weitz & Luxenberg
700 Broadway
New York, NY  10003
Telephone:   (212) 558-5500
Facsimile: (212) 344-5461

*Attorney for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | Case No. 3:16-md-02741-VC |
|---|---|
| | MDL No. 2741 |
| This document relates to:<br><br>*Dickey v. Monsanto Co.,* 3:19-cv-04102-VC<br>*Domina v. Monsanto Co.,* 3:16-cv-05887-VC<br>*Janzen v. Monsanto Co.,* 3:19-cv-04103-VC<br>*Pollard v. Monsanto Co.,* 3:19-cv-04100-VC | **DECLARATION OF ROBIN L. GREENWALD IN SUPPORT OF PLAINTIFFS' OPPOSITION TO MOTION FOR SUMMARY JUDGMENT RE: NEBRASKA WAVE 1 PLAINTIFFS ON NEBRASKA LAW GROUNDS** |

I, Robin L. Greenwald, hereby declare as follows:

1. I am an attorney at Weitz & Luxenberg, P.C., attorneys of record for Plaintiffs. I submit this declaration in support of Plaintiffs' Opposition to Defendant Monsanto Company's Motion For Summary Judgment Re: Nebraska Wave 1 Plaintiffs On Nebraska Law Grounds.  I submit this declaration based upon my personal knowledge of the facts stated in this declaration, and if called to testify, I could and would competently testify to the matters stated herein.

2. Annexed hereto as Exhibit 1 is a true and accurate copy of the transcript of the deposition of Larry E. Domina in *Domina et al. v. Monsanto Co.* (No. 3:16-cv-05887), dated July 15, 2019.

3. Annexed hereto as Exhibit 2 is a true and accurate copy of the transcript of the deposition of Robert L. Dickey in *Domina et al. v. Monsanto Co.* (No. 3:16-cv-05887), dated July 16, 2019.

4. Annexed hereto as Exhibit 3 is a true and accurate copy of the transcript of the deposition of Royce D. Janzen in *Domina et al. v. Monsanto Co.* (No. 3:16-cv-05887), dated July 17, 2019.

5. Annexed hereto as Exhibit 4 is a true and accurate copy of the transcript of the deposition of Frank Pollard in *Domina et al. v. Monsanto Co.* (No. 3:16-cv-05887), dated July 1, 2019.

I hereby declare under the penalty of perjury that the facts set forth herein are true and accurate.

Executed this 10th day of December, 2019.

Respectfully submitted,

/s/ Robin Greenwald
Robin Greenwald
rgreenwald@weitzlux.com
Weitz & Luxenberg
700 Broadway
New York, NY 10003

*Co-Lead Counsel for Plaintiffs*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of December, 2019, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

/s/ Robin L. Greenwald