# Exhibit 2

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN RE: ROUNDUP PRODUCTS ) MDL NO. 2741
LIABILITY LITIGATION )
) CASE NO. 16-md-02741-VC
-------------------------)
THIS DOCUMENT RELATES TO )
ALL ACTIONS )
Domina, et al., v. )
Monsanto Company ) VIDEOTAPED DEPOSITION
NE/Case No. 3:16-cv-05887) OF ROBERT L. DICKEY
-------------------------

VIDEOTAPED DEPOSITION OF ROBERT L. DICKEY, taken before Cynthia Craig, Registered Professional Reporter and General Notary Public within and for the State of Nebraska, beginning at 8:55 a.m., on July 16, 2019, at the Cedar County Courthouse, 101 South Broadway, Hartington, Nebraska, pursuant to the within stipulations.

discussed with your attorney and we've received a number of them.

A number of the other requests ask for information pertaining to purchases of Roundup? and any other chemicals that were used at the farm. And my understanding is those documents, any documents--invoices, receipts, et cetera--that relate to chemicals used at the farm or that you've personally used don't exist any longer because of the farm sale in 2003, right?

A. I don't -- I don't buy them today.

Q. Okay. And do you have -- even if it wasn't used for tax purposes, years ago when you were the one purchasing the chemicals used at the farm, with respect to the operations, did you keep any kind of a spreadsheet or any kind of a handwritten record or anything that would document what you purchased and how much?

A. No.

Q.

A. [redacted]

Q. Do you have any social media accounts like Facebook, Twitter, Instagram?

A. No.

Q. Does your wife, if you know?

A. Yes.

Q. Okay. Which face -- or which social media does she have, again if you know?

A. Facebook.

Q. Do you know if she has Instagram or Twitter as well? If you don't know, you don't need

were farming, about how many of those 2-and-a-half-gallon containers of Roundup? did you purchase a year?

A. After '85?

Q. Yes.

A. Went down substantially.

Q. So probably less than five containers a year?

A. Possible.

Q. Going back to 1975 and '76, when you first started using Roundup?, did you read the label?

A. Yes.

Q. What do you recall reading on the label?

A. Do not reach your children.

Q. Do you recall any other statements or language that was on the label?

A. I don't know anymore.

Q. Now, from 1975 to 2003, did you read the label each time you used that container of Roundup??

A. No.

Q. How often would you read the label?

A. From 1975, '76 to 2003?

Q. Correct.

A. Not very many times because I never worried about the health because of what the

Monsanto representatives/salesmen told me that it's totally safe; if you want, you can even drink it.

Q. [redacted]

[redacted]

Q. And in that conversation with him even after he said that, it was your understanding that the purpose of Roundup? was to kill weeds, right?

A. Yes, yes.

Q. And at that time, in 1975 or '76, did you have an understanding that all chemicals -- all chemicals carry some type of inherent risk?

A. Yes. I did visit with another person at the Commodity Classic that I went to, the Monsanto, and talked to them, and I wanted to speak to somebody that was a representative, and I did.

And I went down the same visit that I had with myself in Laurel, I talked to him about that, it -- how safe is it? He said exactly the same thing. And I know for a fact that he was from the East Coast because the Commodity Classic, you know, people would come from all of the United States, you know.

Q. And that was in a one-on-one conversation?

A. Uh-huh, yep.

covered the vast majority it sounds like --

A. Yes. I'm sorry, I interrupted.

Q. That's okay.

-- of your cancer treatment, right?

A. Yes.

Q. Now, if you'll look at Exhibit -- I'm sorry, on Exhibit 4, look at Page 8.

A. Okay.

Q. If you'll look down at the table at the bottom.

A. Okay.

Q. There you go?

A. Okay.

Q. It states, dates of usage of Roundup?, from 1980 to 2017.

Now, based on our discussion today, your Roundup? usage has stopped in 2017 or it's continued?

A. I still buy.

Q. Okay.

A. I still buy, yes.

Q. And if you'll go to the next page, Page 9, please.

A. Okay. I just bought a Roundup?, okay, it's on the back of the date, okay.