# Exhibit 3

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN RE:  ROUNDUP PRODUCTS ) MDL NO. 2741
LIABILITY LITIGATION     )
                         ) CASE NO. 16-md-02741-VC
-------------------------)
THIS DOCUMENT RELATES TO )
ALL ACTIONS              )
Domina, et al., v.       )
Monsanto Company         ) VIDEOTAPED DEPOSITION
NE/Case No. 3:16-cv-05887) OF ROYCE D. JANZEN

      VIDEOTAPED DEPOSITION OF ROYCE D. JANZEN, taken before Cynthia Craig, Registered Professional Reporter and General Notary Public within and for the State of Nebraska, beginning at 8:23 a.m., on July 17, 2019, at Lot 21, 1012 Main Street, Henderson, Nebraska, pursuant to the within stipulations.

Page 135

```
 1        Q.   Okay.  And you lived there until 2010,
 2   right?
 3        A.   Yes.
 4        Q.   And on your chart, the use of Roundup? at
 5   Exhibit 7 would fall under the -- is it the third
 6   row?
 7        A.   Yes.
 8        Q.   How do you know you began using Roundup?
 9   in 1984?
10        A.   They came out in the late '80s.  It took
11   several years for it to become widely used, and so
12   that's -- in my guess, it's a pretty good guess as
13   to when we started using it.
14        Q.   I thought you said it came out -- you
15   thought it came out in the late '80s?
16        A.   Late '70s.
17        Q.   Okay.  That's -- okay.  So on Exhibit 7,
18   you talked about you applied Roundup? maybe on one
19   day around at least three edges of the building,
20   right?
21        A.   Yeah, the barn would be more like two
22   edges.  We mowed around the other side, but --
23        Q.   Okay.  Then where else would you have
24   applied Roundup? at?
25        A.   Well, the bins and then you can see in the
```

```
 1  post 2014 exposure on Exhibit 6?
 2       A.   ███████████████████████████████
    ██████████████████████████
 4       Q.   But you would agree you've been exposed to
 5  Roundup? after 2014, right?
 6       A.   Yes.
 7       Q.   Okay.  So let's talk about agricultural
 8  use of Roundup? after '14.
 9            Have you used it agriculturally?
10       A.   Yes.
11       Q.   Okay.  How so?
12       A.   Spraying the fields.  I haven't sprayed,
13  I've helped load the sprayer.
14       Q.   And when we talk about the sprayer, we're
15  talking about the same --
16       A.   The big -- the self-propelled large -- you
17  know, you'd sit with a large boom.
18       Q.   Okay.  And remind me where on Exhibit 6
19  that is.
20       A.   That's not on there.
21       Q.   Okay.  So since 2014, how many times have
22  you helped get the Roundup? to the field sprayer?
23       A.   Dozens, maybe more than that.
24       Q.   And walk me through that process.  I'm not
25  sure -- I'm not sure we talked about that.
```

Royce D. Janzen

Page 162

1       A.   Sure.
2       Q.   We started this by talking about the time
3  period that's not on the chart --
4       A.   Yes.
5       Q.   -- is after 2014?
6       A.   Right, uh-huh.
7       Q.   Okay.  And what I heard you say, and I
8  want to make sure we're accurate on this, is that
9  since 2014, you've been involved in the process of
10 getting the Roundup? from the shuttle to the tank on
11 the semi?
12      A.   Yes.
13      Q.   Okay.  And what you said was that you've
14 done that dozens of times?
15      A.   I've -- dozens sounds like a lot.  Let's
16 call it 18.
17      Q.   Okay.  That's fair, I want to make
18 sure we're --
19      A.   Yeah, because I -- yeah.
20      Q.   That would be 18 exposures to Roundup?,
21 right?
22      A.   Yes.
23      Q.   Okay.  Both on the skin and breathing it
24 in, right?
25      A.   Yes.

```
 1        A.    Since it came out.
 2        Q.    Okay.
 3        A.    But we didn't use Roundup? all the time.
 4        Q.    Right.
 5        A.    Because it -- in the early days, there was
 6   a yield drag on Roundup? genetically modified seed.
 7        Q.    And that's not true any longer, right?
 8        A.    I don't think so.
 9        Q.    Okay.  Can we agree that you've made a
10   business decision to continue using Roundup??
11        A.    Yes.
12        Q.    Okay.  And you wouldn't use Roundup? for
13   your business unless it was beneficial to your
14   business, right?
15        A.    Yes.
16        Q.    Okay.  And in terms of your health
17   situation, have you done any cost-benefit analysis
18   of -- in terms of, well, should I actually continue
19   using this, given your belief that it may have a
20   negative affect on your health?
21        A.    My decision has been to be much more
22   careful, thinking that will help me.
23        Q.    ▮▮▮▮▮
     ▮    ▮     ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
     ▮    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
```

Royce D. Janzen

Page 178

1     Q.    ███████████████████████████████████████
      ██    ███████████
      ██    █████████████████████████████
      ██    ████████████████████
      ██    █████
      ██    ███████████████████████████████████████
      ██    ███████████████████████████████████████████
      ██    █████████████████████████████████
      ██    █████████████████████████████
      ██    ██████████
      ██    ████████████████████
      ██    ████████████████████████
      ██    █████████████████████████████████
      ██    ███████████████████████

15    Q.    Okay.  Let me just -- let's try to stick
16    to what I'm talking about.
17          You have a belief that Roundup? had an
18    adverse effect on your health, fair?
19    A.    Yes.
20    Q.    Okay.  And your belief is that Roundup?
21    caused your lymphoma, right?
22    A.    Right.
23    Q.    Okay.  Since that diagnosis, though, you
24    have continued using Roundup? despite your belief
25    that it had an adverse effect on your health,