1  Robin Greenwald
   rgreenwald@weitzlux.com
2  Weitz & Luxenberg
   700 Broadway
3  New York, NY  10003
   Telephone: (212) 558-5500
4  Facsimile:  (212) 344-5461

5  *Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE ROUNDUP PRODUCTS LIABILITY LITIGATION**<br><br>This Document Relates To All Actions | MDL No. 2741<br><br>Case No.  16-md-02741<br><br>**GREENWALD DECLARATION IN SUPPORT OF ADMINISTRATIVE MOTIONS TO FILE UNDER SEAL** |

I, Robin L. Greenwald, declare:

1. I am a member of the executive committee of MDL 2741.  I make this declaration in support of Plaintiffs' Administrative Motions to File Under Seal filed on December 10, 2019.  I have personal knowledge of the facts stated herein and, if called as a witness, I could and would competently testify thereto.

2. Plaintiffs have filed conditionally under seal Plaintiffs' opposition briefs and accompanying exhibits to the extent these documents contain or reference Plaintiffs' medical information and other personally identifiable information.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 10th day of December, 2019.

*/s/*

- 1 -
GREENWALD DECL. IN SUPPORT OF ADMIN. MOTION TO FILE UNDER SEAL
3:16-md-02741-VC

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed with the Court and electronically served through the CM-ECF system which will send a notification of such filing to all counsel of record. .

Dated: December 10, 2019

Respectfully submitted,

By: */s/ Robin Greenwald*
Robin Greenwald
**Weitz & Luxenberg**
700 Broadway
New York, NY 10003
Telephone: (212) 558-5500
Facsimile: (212) 344-5461
rgreenwald@weitzlux.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of December 2019, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

*/s/ Robin Greenwald*