# Exhibit 1

Larry E. Domina

```
 1                UNITED STATES DISTRICT COURT
                 NORTHERN DISTRICT OF CALIFORNIA
 2
 3   IN RE:  ROUNDUP PRODUCTS ) MDL NO. 2741
     LIABILITY LITIGATION     )
 4                            ) CASE NO. 16-md-02741-VC
     -------------------------)
 5                            )
     THIS DOCUMENT RELATES TO )
 6   ALL ACTIONS              )
     Domina, et al., v.       ) VIDEOTAPED DEPOSITION
 7   Monsanto Company         ) OF LARRY E. DOMINA
     NE/Case No. 3:16-cv-05887)
 8   -------------------------
 9            VIDEOTAPED DEPOSITION OF LARRY E. DOMINA,
10   taken before Cynthia Craig, Registered Professional
11   Reporter and General Notary Public within and for
12   the State of Nebraska, beginning at 9:00 a.m., on
13   July 15, 2019, at the Cedar County Courthouse,
14   101 South Broadway, Hartington, Nebraska, pursuant
15   to the within stipulations.
16
17
18
19
20
21
22
23
24
25
```

Larry E. Domina

1  actual brand name, when the cost for it came down
2  and came closer to what the generic was?
3      A.   Yes.
4      Q.   And today are you using a Roundup? brand
5  name or a generic?  When I say today, I'm talking
6  this year.
7      A.   Roundup? brand name.
8      Q.   Do you believe, as you sit here and
9  thinking about it, that the prices came closer in
10 about 2012?  I mean, obviously after 2012, I'll be
11 able to figure out what you brought, but to the best
12 of your memory, did that happen before or after
13 2012?
14     A.   I would say right around that time.
15     Q.   Okay.  Now, describe the Roundup? product
16 that you first remember using.  And I'm going back
17 to the -- back to the '70s.  I think you testified
18 that you had used it in 1970 -- about 1975 or so.
19 Describe the package or container.
20     A.   Would have been 2-and-a-half-gallon jugs.
21     Q.   Were you the one who purchased it, or
22 somebody else?
23     A.   I did.
24     Q.   Okay.  Do you recall the color of the jug?
25     A.   I think they were white.

```
 1   talking 1975 or are you talking the Roundup? Ready
 2   crop?
 3        A.   The Roundup? Ready years.
 4        Q.   So 1997-ish I mean give or take a year?
 5        A.   Yes.
 6        Q.   So those meetings that you attended once a
 7   year for five years, as you sit here, would your
 8   best estimate be from '97 to '02?
 9        A.   Yes.
10        Q.   ███████████████████████████████████████
     ███████████████████████████████████████████████
     ██████████████████████████████████
         ██   ████████████████████████████████
     ████████████
         ██   █████████████████████████████████
     ███████████████████████████████████████████████████
     █████████████████████████████
         ██   █████
19        Q.   Do you happen to know the names of any of
20   those individuals?
21        A.   No.
22        Q.   Would you have a copy of a business card
23   or something like that?
24        A.   No.
25        Q.   Do you know if they were scientists from
```

| | | |
|---|---|---|
| 1 | A. | Yes. |
| 2 | Q. | Do you still have them by chance? |
| 3 | A. | No. |
| 4 | Q. | Did any of these individuals provide any |

5   type of training regarding how to mix and apply

6   Roundup??

| | | |
|---|---|---|
| 7 | A. | No. |
| 8 | Q. | Did they talk about any hazards associated |

9   with it or the wearing of personal protective

10  equipment?

| | | |
|---|---|---|
| 11 | A. | No. |
| 12 | Q. | ███████████████████████████████ |

███████████████████████████████████████

███████████████

█     █    ████████████████████████

█     █    ██████████████████████████████

█     █    ████

█     █    ██████████████████████████████████

█  ████

█     █    ████████████████

| | | |
|---|---|---|
| 21 | Q. | I mean, you understood at the time that |

22  the purpose of Roundup? was to -- was to -- was to

23  kill unwanted weeds, right?

| | | |
|---|---|---|
| 24 | A. | Yes. |
| 25 | Q. | Do you happen to know -- and obviously I |

Larry E. Domina

         1         Q.      ▇

                           ▇

                   ▇        ▇

                   ▇        ▇

                   ▇

                           ▇

                   ▇        ▇

                   ▇        ▇

                   ▇        ▇

                   ▇        ▇

                   ▇

                           ▇

                           ▇

                           ▇

                   ▇        ▇

                   ▇        ▇

                           ▇

                   ▇        ▇.

        18         Q.      Okay.

        19         A.      Well -- no.

        20         Q.      Okay.  And I don't -- I'm going to read
        21   you what is written in your Plaintiff Fact Sheet.
        22   If it jogs your memory, fine; if not, that's fine
        23   too.
        24                          ▇

                                    ▇

Larry E. Domina

1  about Roundup? and other glyphosate-based herbicides
2  and then there's the date of usage underneath.
3           And if you'll just review these four
4  different rows, and just tell me if there's any
5  information in these rows that would change the
6  in-depth testimony we've gotten today with respect
7  to your use of Roundup?, other glyphosate-based
8  herbicides, along with the pest- -- insecticides and
9  herbicides that you've testified about using today.
10       A.   (Witness reviewing document.)
11            Well, the only difference would be that
12  since 2012, I haven't.
13       Q.   Right.  You haven't used -- it's been
14  Nick Schmidt who's applied it?
15       A.   Correct.
16       Q.   Got it.  Now, let me ask you this:  Did
17  you -- when we get those invoices from your lawyer,
18  are there going to be invoices for Roundup?, or did
19  he purchase it?
20       A.   No, I purchased my own.
21       Q.   Okay, all right.  He just is the one who,
22  excuse me, mixed it and spread it?
23       A.   Yes.
24       Q.   I should say applied, not spread.
25            All right.  Then I think another change in