# Exhibit 4

```
 1                UNITED STATES DISTRICT COURT
               NORTHERN DISTRICT OF CALIFORNIA
 2

     IN RE: ROUNDUP PRODUCTS     ) MDL NO. 2741
 3   LIABILITY LITIGATION        )
                                 )
 4   - - - - - - - - - - - - - -)
                                 )
 5   This document relates to:   ) CASE NO. MDL NO. 3:16-
                                 ) md-2741-VC
 6   Domina, et al., v.          )
     Monsanto Company            ) VIDEOTAPED
 7   NE/Case No. 3:16-cv-05887   ) DEPOSITION OF
                                 ) FRANK POLLARD
 8   - - - - - - - - - - - - - -
 9           VIDEOTAPED DEPOSITION OF FRANK POLLARD,
10   taken before Brianne L. Starkey, RPR, CRR, General
11   Notary Public within and for the State of Nebraska,
12   beginning at 9:00 a.m., on July 1, 2019, at the
13   Domina Law Group, PC, LLO, 2425 South 144th Street,
14   Omaha, Nebraska.
15
16
17
18
19
20
21
22
23
24
25
```

Frank Pollard

```
 1    Mr. Domina?
 2        A.   No.
 3        Q.   ███████████████████████████
```



Frank Pollard

1  ███████████████████████████████████
   █  ██  ███

3       Q.   Okay.  And so where was that farm located?

4       A.   Dodge County.

5       Q.   Okay.  Do you recall -- did it have an

6  address?  Do you kind of recall kind of specifically

7  where it was?

8       A.   It had an Ames address.  Northeast of

9  North Bend.  I forget the address.

10      Q.   And how long did you work that farm?

11      A.   Ten years.

12      Q.   So from 1982 to 1992?

13      A.   Yes.

14      Q.   Okay.  Did you use Roundup at that farm

15 for that entire time period?

16      A.   No.

17      Q.   When did you start using Roundup?

18      A.   1990.

19      Q.   And what made you switch to Roundup at

20 that point?

21      A.   I purchased a bean bar and -- which

22 included a tank, which the purpose of that was to

23 distribute Roundup.

24      Q.   I'm sorry.  You said a bean bar?

25      A.   Yes.

Frank Pollard

```
 1        A.   No.
 2        Q.   Okay.  Would there be anything that would
 3   be helpful for you to see or to review in order to
 4   provide such an estimate, or is such an estimate in
 5   your mind even possible to give?
 6        A.   Yes.  I couldn't even give a close
 7   estimate.
 8        Q.   Okay.  Just because it would be impossible
 9   with what we know, right?
10        A.   Yes.
11        Q.   Now, did you ever receive any training on
12   how to use Roundup with a tank sprayer?
13        A.   No.
14        Q.   I think you mentioned earlier that there
15   was some Monsanto training that you participated in
16   with respect to Roundup; is that right?
17        A.   Through the -- yes.
18        Q.   Okay.  And what was that training?
19        A.   They went over chemical rates, uses, weed
20   spectrum that it controlled, that type of thing, but
21   never how to use it.
22   ████████████████████████████████████████████████
   █ ████████
   █    █    ████████████████████████████████████
   █ ██████████████████████████████████████████████
```

Frank Pollard

 1      ▮▮▮▮▮▮▮

        ▮      ▮     ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

        ▮      ▮     ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

        ▮      ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

        ▮      ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

        ▮      ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

        ▮      ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

        ▮      ▮     ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

        ▮      ▮▮▮▮▮▮▮▮▮▮▮▮▮

        ▮      ▮     ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

        ▮      ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

        ▮      ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

        ▮      ▮     ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

        ▮      ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

        ▮      ▮▮▮▮▮▮▮▮▮▮

16      Q.   Do you recall who -- who said that, who

17   actually made that presentation?

18      A.   No.  He wasn't my representative, and I

19   didn't know who he was.

20      Q.   You -- you referenced kind of a particular

21   winter meeting.  Do you recall kind of when this

22   meeting was?

23      A.   No.  It would have been sometime during

24   the winter months.

25      Q.   Okay.  Do you remember what year?

Golkow Litigation Services                                    Page 98