**WEITZ & LUXENBERG, P.C.**
Robin L. Greenwald, Esq.
700 Broadway
New York, NY 10003
Telephone: 212-558-5500
Email: rgreenwald@weitzlux.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Dickey v. Monsanto Co., et al.,*<br>3:19-cv-04102-VC<br>*Domina v. Monsanto Co., et al.,*<br>3:16-cv-05887-VC<br>*Janzen v. Monsanto Co., et al.,*<br>3:19-cv-04103-VC<br>*Pollard v. Monsanto Co., et al.,*<br>3:19-cv-04100-VC<br>*Sanders v. Monsanto Co., et al.,*<br>3:16-cv-05752-VC<br>*Tanner v. Monsanto Co., et al.,*<br>3:19-cv-04099-VC | MDL No. 2741<br><br>Case No. 16-md-02741-VC<br><br>**DECLARATION OF ROBIN L. GREENWALD IN SUPPORT OF PLAINTIFFS' RESPONSE IN OPPOSITION TO MONSANTO'S MOTION TO EXCLUDE TESTIMONY OF SPECIFIC CAUSATION EXPERTS CHARALAMBOS ANDREADIS, CLAYTON SMITH, EDWIN ALYEA, BARRY BOYD, LAUREN PINTER-BROWN, RON SCHIFF, AND BRENT STAGGS IN WAVE ONE CASES ON DAUBERT GROUNDS** |

I, Robin L. Greenwald, hereby declare as follows:

1. I am an attorney at Weitz & Luxenberg, P.C., attorneys of record for Plaintiffs. I submit this declaration in support of Plaintiffs' Response in Opposition to defendant Monsanto Company's Motion to Exclude Testimony of Wave One Plaintiffs' Specific Causation Experts

Dr. Charalambos Andreadis, Dr. Clayton Smith, Dr. Edwin Alyea, Dr. Barry Boyd, Dr. Lauren Pinter-Brown, Dr. Ron Schiff, and Dr. Brent Staggs on *Daubert* Grounds. I submit this declaration based upon my personal knowledge of the facts stated in this declaration, and if called to testify, I could and would competently testify to the matters stated herein.

2. Annexed hereto as Exhibit 1 is a true and accurate copy of the Expert Report of Dr. Staggs submitted in the *Domina* case (N.D. Cal. No. 3:16-cv-05887-VC), dated October 9, 2019.

3. Annexed hereto as Exhibit 2 is a true and accurate copy of the Expert Report of Dr. Sawyer submitted in the *Sanders* case (N.D. Cal. No. 3:16-cv-05752-VC), dated October 9, 2019.

4. Annexed hereto as Exhibit 3 is a true and accurate copy of the Expert Report of Dr. Sawyer submitted in the *Tanner* case (N.D. Cal. No. 3:19-cv-04099-VC), dated October 9, 2019.

5. Annexed hereto as Exhibit 4 is a true and accurate copy of an excerpt of the Honorable Vince Chhabria's Pretrial Order No. 159.

6. Annexed hereto as Exhibit 5 is a true and accurate copy of the transcript of the deposition of Dr. Staggs taken in the *Pollard* case (N.D. Cal. No. 3:19-cv-04099-VC), dated November 20, 2019.

7. Annexed hereto as Exhibit 6 is a true and accurate copy of e the transcript of the deposition of Dr. Grossbard taken in the *Sanders* case (N.D. Cal. No. 3:16-cv-05752-VC), dated November 20, 2019.

I hereby declare under the penalty of perjury that the facts set forth herein are true and accurate.

Executed this 10th day of December, 2019.

Respectfully submitted,

/s/ Robin Greenwald
Robin Greenwald
rgreenwald@weitzlux.com
Weitz & Luxenberg
700 Broadway
New York, NY 10003

*Co-Lead Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 10th day of December, 2019, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

/s/ Robin L. Greenwald