Robin Greenwald
rgreenwald@weitzlux.com
Weitz & Luxenberg
700 Broadway
New York, NY 10003
Telephone: (212) 558-5500
Facsimile:  (212) 344-5461

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE ROUNDUP PRODUCTS LIABILITY LITIGATION** | MDL No. 2741 |
| | Case No. 16-md-02741 |
| This Document Relates To:<br><br>*Dickey v. Monsanto Co., et al.,*<br>3:19-cv-04102-VC<br>*Domina v. Monsanto Co., et al.,*<br>3:16-cv-05887-VC<br>*Janzen v. Monsanto Co., et al.,*<br>3:19-cv-04103-VC<br>*Pollard v. Monsanto Co., et al.,*<br>3:19-cv-04100-VC<br>*Sanders v. Monsanto Co., et al.,*<br>3:16-cv-05752-VC<br>*Tanner v. Monsanto Co., et al.,*<br>3:19-cv-04099-VC | **GREENWALD DECLARATION IN SUPPORT OF ADMINISTRATIVE MOTIONS TO FILE UNDER SEAL** |

I, Robin L. Greenwald, declare:

1. I am a member of the executive committee of MDL 2741.  I make this declaration in support of Plaintiffs' Administrative Motions to File Under Seal filed on December 10, 2019.  I have personal knowledge of the facts stated herein and, if called as a witness, I could and would competently testify thereto.

2. Plaintiffs have filed conditionally under seal Plaintiffs' opposition briefs and accompanying exhibits to the extent these documents contain or reference Plaintiffs' medical

- 1 -

1 | information and other personally identifiable information.

2 |     I declare under penalty of perjury that the foregoing is true and correct.

3 | Executed this 10th day of December, 2019.

*/s/ Robin L. Greenwald*

- 2 -
GREENWALD DECL. IN SUPPORT OF ADMIN. MOTION TO FILE UNDER SEAL
3:16-md-02741-VC

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was filed with the Court and electronically served through the CM-ECF system which will send a notification of such filing to all counsel of record. .

DATED: December 10, 2019					By: */s/ Robin Greenwald*
								Robin Greenwald
								**Weitz & Luxenberg**
								700 Broadway
								New York, NY 10003
								Telephone: (212) 558-5500
								Facsimile: (212) 344-5461
								rgreenwald@weitzlux.com

- 3 -
GREENWALD DECL. IN SUPPORT OF ADMIN. MOTION TO FILE UNDER SEAL
3:16-md-02741-VC