# Exhibit 1

# Brent C. Staggs, M.D.

Diplomat, American Board of Pathology

1 Lile Court, Suite 101

Little Rock, Arkansas 72205

Phone (501) 831-0161

Fax (501) 202-1420

brentstaggs@comcast.net

October 9, 2019

RE: Domina, Larry

Dear Sirs,

    I am a physician and partner with Pathology Laboratories of Arkansas, P.A.  I received my medical degree from the University of Arkansas for Medical Sciences in 2001 and completed my residency training at the University of Arkansas for Medical Sciences Department of Pathology from 2001 thru 2007.  During that time, I completed fellowships in hematopathology (Jul 2003 – June 2004) and gastrointestinal pathology (July 2004 – June 2005), with extensive training in pulmonary pathology, molecular pathology and dermatopathology.

    I am currently licensed to practice medicine in Arkansas, Alabama, Mississippi, Oklahoma, and Texas.  I have been a licensed Medical Review Officer since 2009, with re-certification in 2014.  Since 2007, I have been a partner of and practiced with Pathology Laboratories of Arkansas, P.A. As part of my practice. I routinely examine numerous tissues for diagnosis purposes, including tumor types.  I review molecular analysis of numerous types of pathology specimens, both tissue and blood, which includes molecular analysis of lymphomas.  I am the medical director for multiple laboratories, including the largest clinical laboratory in the state of Arkansas, and the Baptist Health Medical Center in Little Rock.  During my career, I have reviewed hundreds, if not thousands of cases of non-Hodgkin's lymphomas, both in clinical practice and in the setting of medical legal consultation.

1

I was a pathology course lecturer at the University of Arkansas College of Medicine beginning in 2002 thru 2007 in the following areas:

- Gastrointestinal pathology section: lectures in large intestinal neoplasia, hepatic tumors, hepatitis morphology, pancreas and biliary tract disease.

- Hematopathology section: lectures in lymphomas and lymphoproliferative diseases of the gastrointestinal tract, Acute Myeloid Leukemias, Chronic Myeloproliferative Disorders, Myelodysplasias, Langerhans Cell disease, and disorders of the spleen.

- Infectious disease pathology: lectures in hepatitis and gastrointestinal tract infections

- Orthopedic pathology: lecture in degenerative joint diseases

- Vascular Pathology and vasculitis.

- Pulmonary Pathology: lectures in medical lung disease and neoplasia.

I hold the following opinions to a reasonable degree of medical and scientific certainty based on my personal training, experience, knowledge, and expertise, as well as relevant literature, articles, studies, documents, and medical and scientific principles. The methodology and basis for these opinions are generally accepted in the medical and scientific community. While I do not agree with every position or statement of each document or reference cited, the materials and information discussed below are appropriate and sufficient to form a reliable basis for my opinions. These are the types of foundational materials that I, as well as other medical doctors, rely upon in our daily and standard practice of medicine to formulate opinions.

**Scientific Evidence Underlying Opinions**

It is my opinion that glyphosate-based herbicides (GBHs) can and do cause non-Hodgkin's lymphoma (NHL). To form my opinions regarding GBHs I have reviewed numerous peer-reviewed and published articles (both positive and negative) in the areas of human epidemiology, animal studies and experimental studies, as well as the opinions of the IARC and other scientific and regulatory agencies. They are on my materials considered list, which accompanies this report.

IARC

I reviewed the IARC Monograph (2015) regarding glyphosate which provided a summary of the scientific literature related to GBHs including the epidemiological publications, animal studies and experimental studies.[1] The IARC, prior to its publication of the Monograph, performed its own thorough evaluation of the literature to determine whether the scientific evidence demonstrates glyphosate can cause cancer in humans. As a scientist and medical doctor, I place considerable weight on the findings of IARC.

The IARC concluded glyphosate is "probably carcinogenic to humans" (Group 2A), finding that "a positive association has been observed for non-Hodgkin lymphoma" and glyphosate. During its evaluation, the IARC found limited evidence of cancer in humans based on epidemiologic studies, sufficient evidence of cancer in experimental animals and strong evidence of genotoxicity and induction of oxidative stress. Additionally, the IARC performed its own meta-analysis which found a significant risk of non-Hodgkin's lymphoma related to GBHs. In addition to the IARC Monograph, I reviewed the underlying epidemiological studies the IARC evaluated, as well as other studies published since the IARC's review. The IARC included the Agricultural Health Study (other than the yet-unpublished Andreotti 2018 study)_ in its review and indicated that although the study was large, the follow-up time was too short to detect cases of NHL and that the results of this study did not outweigh those of other studies.

---

[1] IARC Working Group, *Glyphosate In Some Organophosphate Insecticides and Herbicides: Diazinon, Glyphosate, Malathion, Parathion, and Tetrachlorvinphos*. IARC Monogr Prog., 2015. Vol. 112 (referred to throughout as IARC 112").

3

Regarding the animal data, the IARC reviewed most, but not all, of the animal studies and found a "positive trend" in the incidence of certain rare tumors. In another study, it found a "significant positive trend in the incidence of haemangiosarcoma in male CD-1 mice." In two studies of the Sprague-Dawley strain of rats, the IARC found a "significant increase in the incidence of pancreatic islet cell adenoma in males – one of these two studies also showed a significant positive trend in the incidences of hepatocellular adenoma in males and of thyroid C-cell adenoma in females."[2]

The IARC also concluded that glyphosate and GBHs are genotoxic in various systems. They determined the mechanistic data provides strong evidence for genotoxicity and for oxidative stress induced by glyphosate, with evidence that these effects are capable of operating in humans as well.[3]

Epidemiology

Epidemiologic studies have shown a positive association between NHL and GBHs. Many studies have demonstrated a statistically significant increase in NHL in those who previously used or were exposed to GBHs, and most of these studies showed more than a doubling of the risk of NHL (McDuffie et al. (2001),[4] Hardell et al. (2002),[5] De Roos et al. (2003),[6] Eriksson et al. (2008)[7]) and as high as three times the risk (Hardell et al (2002)). Meta-analysis of the literature has also shown a significant increase in NHL in those exposed to GBHs. Some studies also demonstrated a dose-response relationship with regard to the use of glyphosate and the development of NHL.

---

[2] IARC 112 at 396.
[3] IARC 112 at 398-99.
[4] McDuffie, H.H., et al., *Non-Hodgkin's lymphoma and specific pesticide exposures in men: cross-Canada study of pesticides and health.* Cancer Epidemiol Biomarkers Prev, 2001. 10(11): p. 1155-1163.
[5] Hardell, L., M. Eriksson, and M. Nordstrom, *Exposure to pesticides as risk factor for non-Hodgkin's lymphoma and hairy cell leukemia: pooled analysis of two Swedish case-control studies.* Leuk.Lymphoma, 2002. 43(5): p. 1043-1049.
[6] De Roos, A.J., et al., *Integrative assessment of multiple pesticides as risk factors for non-Hodgkin's lymphoma among men.* Occup Environ Med, 2003. 60(9): p. E11.
[7] Eriksson, M., et al., *Pesticide exposure as risk factor for non-Hodgkin lymphoma including histopathological subgroup analysis.* Int J Cancer, 2008. 123(7): p. 1657-63.

Schinasi and Leon (2014)[8] conducted a systematic review and meta-analysis of 21 pesticide active ingredients and chemical groups including glyphosate. The authors reported a positive association between glyphosate use and B-cell lymphoma based on two studies (RR 2.0; CI 1.1–3.6) and a positive association between glyphosate use and NHL based on six studies (RR 1.5; 95% CI 1.1–2.0).

Chang and Delzell (2016)[9] performed meta-analyses for NHL subtypes (diffuse large B-cell lymphoma, B-cell lymphoma, chronic lymphocytic leukemia/small lymphocytic leukemia [CLL/SLL], and hairy-cell leukemia), as well as other types of lymphohematopoietic cancers (leukemia, multiple myeloma, and Hodgkin's lymphoma). The authors reported a positive association between glyphosate use and the risk of NHL (RR 1.3; 95% CI 1.0–1.6; six studies), multiple myeloma (RR 1.4; 95% CI 1.0–1.9; four studies), and the NHL subtype B-cell lymphoma (RR 2.0; 95% CI 1.1–3.6; two studies).

The IARC Working Group conducted a meta-analysis for NHL using the same six studies as Schinasi and Leon (2014) and Chang and Delzell (2016). The Working Group reanalyzed the data but used the most fully adjusted risk estimates for the studies by Hardell et al. (2002) and Eriksson et al. (2008) and estimated a slightly lower meta-analysis relative risk (RR 1.3; 95% CI 1.03–1.65) (IARC 2017).

An example of a more recent publication includes the meta-analysis conducted by Zhang, et al. (2019)[10], which sought to understand both whether evidence supports an association between exposures to GBHs such as Roundup and increased NHL risk and also, more specifically, the magnitude of exposure (and included the updated Agricultural Health Study [AHS[ study in the analysis.) The authors report the overall meta-relative risk of NHL in exposed individuals increased by 41% (RR 1.41, CI 1.13-1.75) using the highest exposure groups when available and note that "all the meta-

---

[8] Schinasi, L. and M.E. Leon, *Non-Hodgkin lymphoma and occupational exposure to agricultural pesticide chemical groups and active ingredients: a systematic review and meta-analysis.* Int J Environ Res Public Health, 2014. 11(4): p. 4449-527.58. Ioannidis, J.P., *Interpretation of tests of heterogeneity and bias in meta-analysis* J Eval Clin Pract, 2008. 14(5): p. 951-7.

[9] Chang, E.T. and E. Delzell, *Systematic review and meta-analysis of glyphosate exposure and risk of lymphohematopoietic cancers.* J Environ Sci Health B, 2016: p. 1-27.

[10] Zhang, L., et al., *Exposure to glyphosate-based herbicides and risk for non-Hodgkin lymphoma: A meta-analysis and supporting evidence.* Mutation Research/Reviews in Mutation Research, 2019. 781: p. 186-206.

5

analyses conducted to date, including our own, consistently report the same key finding: exposure to GBHs are associated with an increased risk of NHL".

Animal data

In addition to the IARC, I also reviewed Dr. Portier's thorough review of the animal data and his statistical evaluation of same. I also read the Greim summary of the animal data, a study performed on behalf of Monsanto. I also reviewed the EPA's evaluation of the animal data, which reached a different conclusion than that reached by the IARC and Dr. Portier. Taken together, the animal data show a strong association between glyphosate and cancer in rodents.

Genotoxicity

Two studies, among others, have evaluated the potential genotoxicity of GBHs in humans *in-vivo*: Paz-y-Mino, et al (2007)[11] and Bolognesi, et al. (2009)[12]. In the first study, Paz-y-Mino, et al. (2007), the authors used a comet assay to evaluate genetic damage in 24 exposed individuals, who did not use other pesticides aside from GBHs. The comet assay was used to detect DNA damage induced in blood leukocytes *in vivo*. The authors concluded the exposed group has a significant increase in DNA damage compared to the unexposed controls ($p < 0.001$).

In Bolognesi, et al. (2009), the authors considered women of reproductive age and their spouses in five regions of Colombia. The authors used the blood lymphocyte micronucleus test, which monitors the effects of cumulative exposures to genotoxic agents, as an index of chromosomal (i.e. genetic) damage. In three regions with exposures to GBHs from aerial spraying, blood samples were taken from the same individuals at different points in time. The baseline frequency of binucleated cells with micronuclei (BNMN) was significantly greater in subjects from the three regions exposed to aerially-sprayed GBHs and a fourth region with exposures due only to manual spraying of multiple pesticides, compared to the reference region, which was not

---

[11] Paz-y-Mino, C., et al. *Evaluation of DNA Damage in Ecuadorian Population Exposed to Glyphosate*. Genetics and Molecular Biology, 2007. 30(2): p. 456-460.
[12] Bolognesi, et al. *Biomonitoring of Genotoxic Risk in Agricultural Workers from Five Colombian Regions: Association to Occupational Exposure to Glyphosate.* J. Toxicol. Env. Health, 2009. 72(15-16): p. 986-997.

exposed to pesticides ($p \leq 0.05$). A multiple linear regression demonstrated statistically significant increases in BMNM in all four exposed regions post exposure when compared to pre-exposure, while all other variables are accounted for ($p < 0.001$). These two aforementioned studies provide compelling evidence of genotoxic damage to blood cells in individuals exposed to GBHs in their immediate environment.

Experimental data

Aside from *in-vivo* studies, authors have explored the *in-vitro* genotoxicity of glyphosate and other GBHs using a variety of cell types with various assays for markers of genotoxicity, with or without metabolic activity. Recent studies strengthen the evidence of the demonstrated toxic and genotoxic effect of glyphosate and GBHs on human and animal cells at doses below regulatory limits.[13] Mesnage, et al. (2015) and Myers, et al. (2016)[14] suggest that glyphosate induces oxidative stress and cellular damage in the kidney and liver cells of rats by disrupting mitochondrial metabolism at levels of exposure deemed safe and/or acceptable by regulatory bodies. Furthermore, the authors found glyphosate and GBHs are capable of disrupting endocrine signaling in cells at these low doses.

The genotoxicity studies strongly support the conclusion that both glyphosate and GBHs have a substantial and deleterious effect on the health of both human and animal cells, thus leading to an increased risk of cellular mutations, which may result in the development of cancer. The IARC concluded the same: "there is strong evidence that glyphosate can operate through two key characteristics of known human carcinogens, and that these can be operative in humans."[15]

Taken as a whole, the epidemiological studies demonstrate an increased risk of NHL with exposure to glyphosate or GBHs and is an important part of the science underlying my causation opinions, particularly when taken together with the entire

---

[13] Mesnage, et al. *Potential Toxic Effects of Glyphosate and Its Commercial Formulations Below Regulatory Limits.* Food Chem Toxicol, 2015. 84: p. 133-153.
[14] Myers, et al. *Concerns over Use of Glyphosate-Based Herbicides and Risks Associated with Exposures: A Consensus Statement.* Env. Health 2016. 15: p. 1-13.
[15] IARC 112 at p. 398.

body of scientific evidence, which includes epidemiology, toxicology, and *in vitro* and *in vivo* studies.

In connection with the experimental data, I also reviewed the expert reports of Dr. Christopher Portier and Dr. Dennis Weisenburger from the MDL (as well as other expert reports in these cases). These experts are highly qualified in their field and performed thorough, comprehensive reviews of the epidemiology, toxicology and genotoxicity literature relating to glyphosate and GBHs, similar to that performed by the IARC. Taken together and based also on my personal review of the literature, I conclude that it is more likely than not that GBHs cause NHL in humans.

I have reviewed the conclusions of regulatory agencies like the United States Environmental Protection Agency (EPA) who identified no increased risk of NHL with GBHs use. I have also reviewed literature detailing the differences between the decision and the processes used to make their conclusions[16].

Methodology

Like many of the other experts involved in this litigation, I use the well-established methodology of Sir Bradford Hill, the Bradford Hill causation considerations. These nine guidelines, temporal relationship, strength of association, dose-response, replication of results, biological plausibility, alternative explanations, disease specificity and coherence, are intuitive and used throughout medicine as well as other disciplines to establish both general and specific causation. With respect to GBHs I have assessed the Bradford Hill considerations in the following ways:

Epidemiology shows that exposure to GBHs has a temporal relationship with the formation of NHL in humans, thus the exposure occurs prior to the development of disease. The strength of association is fulfilled by the examination of the relative risk identified in epidemiologic studies where multiple studies showed more than a doubling of the risk of NHL with prior exposure to GBHs. A dose-response relationship (the higher the dose, the greater the risk) was identified in two epidemiologic studies when it was examined and also demonstrated in some animal studies. The results of GBHs leading

---

[16](Benbrook C. *How did the US EPA and IARC reach diametrically opposed conclusions on the genotoxicity of glyphosate-based herbicides?* Enron Sci Eur, 2019 31:2.

8

to an increased risk of NHL was replicated in multiple studies from different authors and different populations. NHL being caused by GBHs is biologically plausible and is consistent with the current knowledge of the cause of NHL. Like most cancers, NHL is caused by an accumulation of genetic defects. The identification of genetic defects in both experimental and animal studies aide in the assessment of biological plausibility. Alternative explanations should always be explored in the realm of both general and specific causation. Alternative explanations for general causation would primarily be methodological flaws in the epidemiologic, experimental or animal studies that identify risks with GBHs or the possibility that another associated substance was to blame rather than glyphosate or GBHs. As already mentioned, the epidemiologic literature was peer reviewed and published from various authors analyzing various populations. Also, the use of other pesticides was controlled for by several studies and an increase risk still remained. No toxins/carcinogens cause innumerable types of disease/ cancer. There is always some disease specificity. This is true for GBHs. While numerous cancers have been analyzed in association with GBHs use, GBHs appear to be specifically linked to causing NHL. Lastly, other similar pesticides have also been shown to cause NHL. So, the fact that GBHs can cause NHL is coherent with current medical and scientific knowledge.

In a given individual patient it is not enough to simply look at medical literature. The individual patient's medical history and disease must be examined to determine the cause or causes of the disease in question. Much like "differential diagnosis", the methodology of "differential etiology" is the process by which a doctor seeks to find not just potential causes of a disease (general causation) but the actual underlying cause of the disease in a given individual patient. This process involves first identifying the disease, then identifying all potential causes of the disease for that patient (the differential), establishing whether the exposures/causes were at the level or degree that is known to cause the disease in other patients (consideration of the dose), and then weighing these factors and making a final determination on the cause of the disease in question. This is a methodology I and other doctors employ in my practice daily when identifying the cause of diseases in my patients.

You have asked for my opinion regarding whether Mr. Domina's disease was caused by exposure to glyphosate / glyphosate-based herbicides (GBHs). I have

reviewed medical records related to Mr. Domina, as well as exposure information provided in deposition testimony along with conducting a phone interview with Mr. Domina where we discussed his prior medical history and exposure information.

CLINICAL HISTORY:

███████████████████████████████████████████████████
███████████████████████████████████████████████████
████████████████████████

███████████████████████████████████████████████████
███████████████████████████████████████████████████
███████████████████████████████████████████████████
███████████████████████████████████████████████████
███████████████████████████████████████████████████
███████████████████████████████████████████████████
███████████████████████████████████████████████████
███████████████████████████████████████████████████
██████████████

███████████████████████████████████████████████████
███████████████████████████████████████████████████
███████████████████████████████████████████████████
████████████████

██████████████████████████

███████████████████████████████████████████████████
█████████████████████████████████████████

█████████████████████████████████████████████████████

███████████████████████████████

███████████████████████████████████████████████████
███████████████████████████████████████████████████

10

██████████████████████████████████████████████████████
███████████████████████████

██████████████████████████████████████████████████████
██████████████████████████████████████████████████████
█████████████████████████████████████████

EXPOSURE HISTORY:

I conducted a phone interview and reviewed one volume of deposition testimony of Mr. Larry Domina taken beginning on July 15, 2019. Mr. Domina testified ███████████ ████████████████ Mr. Domina owns seven separate parcels of farmland; Arnie's farm purchased in 1990 consisting of 160 acres, Robbins farm purchased in 1986 consisting of 160 acres, Sohler farm purchased in 2010 consisting of 160 acres, Maggie's Farm purchased in 2002 consisting of 160 acres, Holcomb farm purchased in 2007 consisting of 240 acres, Home Place farm purchased in 1980 consisting of 160 acres, and Larry's House farm which surrounds his personal residence purchased in 2009 consisting of 160 acres. All farm parcels primarily grow corn and soybeans with some alfalfa. He testified that he also farms leased farmland of about 2000 acres split up into about 10 more properties. He testified he first began to farm and lease farmland for himself in 1973 and originally farmed 160 acres. He also currently manages a herd of cattle consisting of 200 head along with approximately 2000 hogs. He testified while he was in high school and working with his father, he did not work with or apply any chemicals. He testified he did perform some routine maintenance of automobiles and farm equipment including refueling with diesel fuel. He testified that he began using Roundup in about 1975 when it became available commercially. He also used other chemicals/herbicides including 2,4-D which he began using in 1973 and still uses currently. He testified that he did not use personal protective equipment when applying chemicals on the farm. He also remembered using Lasso in the 1970s for several years up until about 1980. He testified he used a variety of other herbicides during the 1970s and that occasionally better chemicals became available on the market and he would use those chemicals as available. He testified more recently began using Acuron within the last year. He testified that he also used an insecticide throughout the years but could not recall the specific name. He testified for a number of the herbicides and insecticides he did not apply or mix the chemicals. He describes specifically how he

11

would mix and apply herbicides including 2,4-D. He most often used a 3-gallon hand sprayer but also used a 25-gallon spray rig mounted on a four-wheeler with a hand spray nozzle. He testified at times he got 2,4-D on his skin he testified he never used a backpack sprayer. He testified if 2,4-D or other herbicides came in contact with the skin he would wash immediately if water and soap were available. He testified 2,4-D came in contact with his skin only rarely but that he did not use gloves while mixing or applying. He would spray along buildings and fence lines. He testified he sprayed 2,4-D approximately five times per year. He then described his practice of spraying Lasso from 1973 for about 1980. He testified he had other tradesmen apply Lasso and that he did not mix or apply this chemical. He testified late in the 70s he began applying chemicals with a tractor pulled 1000-gallon tank and a 60-foot boom sprayer. He testified he applied chemicals himself in this fashion from the late 1970s until about 2011 on all of the seven farms and leased land. He testified he rarely had chemicals get on his skin and that he only occasionally wore gloves but if he wore gloves, they would be cotton cloth gloves. He testified the insecticides he used were granular and he did not come in direct contact with that material. He testified he has performed very little painting during his working lifetime only occasionally painting fences with a paintbrush. He testified that his wife occasionally uses Roundup for out-of-place weeds in the yard of their home primarily using a hand squirt bottle. He was uncertain of the frequency she has used roundup.

He testified that he first began purchasing Roundup when it became available in about 1975 and purchased it in 2 ½ gallon jugs. At some point he began buying 250-gallon containers probably in the early 1980s. He testified he was told in the beginning that roundup was safe for use. He was able to remember some of the specific suppliers where he purchased roundup products. He testified he purchased 250-gallon tanks or shuttles of roundup beginning in about 1980 until current. He testified the Roundup usage depended on the amount of acreage he was farming. He used Roundup around buildings and fence lines about three times per year. He testified he occasionally wore cotton gloves and that he occasionally spilled Roundup on his skin and clothing when mixing it. He testified he would stop and wash with water and soap if available when Roundup came in contact with the skin. He testified he typically would not get Roundup on any skin or clothing when transferring roundup from the 250-gallon shuttle into his tractor pulled tank. Roundup rarely came in contact with his skin during this specific

12

process. He testified he applied Roundup to his row crops with a larger apparatus he called a bean bar that contained four seats. He testified he would use a thick stream of spray for more accurate application. He occasionally got Roundup on his skin when applying with the large bean bar. He testified in these instances he was not able to quickly wash and would keep spraying and wash when convenient. When Roundup ready seeds became available, he began broadcast spraying the entirety of his farms (thousands of acres) with Roundup.  He often got Roundup on his skin when using the large 60-foot spray boom on Roundup ready crops while he drove the tractor. He said he typically only got Roundup on his skin during the mixing process or when offend nozzle needed unplugging. He testified when nozzles were plugged, he typically would blow them out with his mouth. He testified he almost always wore cotton gloves when unclogging a nozzle. The nozzles would become plugged on a daily basis requiring maintenance. He testified he sprayed crops in this fashion twice per year typically during the summer months of May, June and July. In about the year 2000, he testified he purchased a self-propelled sprayer for crops. He estimated that for weed control around buildings and fence lines he would have sprayed Roundup three times a year for 36 years. He estimated he would have sprayed two hours per event, several times during each of the summer months. He testified Monsanto representatives indicate Roundup was safe enough to drink. He testified about using some other brand names of the glyphosate containing herbicides. ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

SUMMARY:

Based on my review of the medical records including pathology materials, I conclude that Mr. Domina has grade 2 follicular lymphoma (non-Hodgkin's lymphoma / NHL). Mr. Domina had a history of significant exposure to GBHs. Mr. Domina developed NHL after an appropriate latency period following his first known exposures to GBHs.

13

There are several risk factors for NHL including exposure to certain other chemicals including some certain insecticides and herbicides, some autoimmune diseases, and certain viral infections, especially those that weaken the immune system. Exposures specifically to GBHs are now known to cause NHL. Numerous sources in the medical literature as well as the IARC identify a significant risk of NHL with the use of GBHs. As noted above, epidemiologic, animal and experimental data have identified the ability of GBHs to cause genotoxicity and NHL.

Based on the information available to me, that I have reviewed in this case and is described above, Mr. Domina had significant exposures to GBHs from his frequent and proximate work with and around GBHs over his working lifetime. In accordance with my methodology as outlined above, I have established generally through the assessment of the Bradford Hill considerations and extensive review of the medical literature that in my opinion GBHs can cause NHL. Specifically, with regards to Mr. Domina and my methodology as outlined above I have determined that 1) Mr. Domina does have NHL, 2) I evaluated his risk factors for NHL and find primarily extensive exposure to GBHs along with some exposure to other pesticides but with a much less frequency and regularity than GBHs (namely 2, 4 D is not definitively linked to NHL), 3) it is therefore my opinion to a reasonable degree of medical certainty that Mr. Domina's exposure to GBHs was a significant contributing factor to his development of NHL.

I will supplement or amend this report as appropriate, if additional information becomes available.

        Sincerely,

        Brent C. Staggs, M.D.