Robin Greenwald
rgreenwald@weitzlux.com
Weitz & Luxenberg
700 Broadway
New York, NY 10003
Telephone: (212) 558-5500
Facsimile: (212) 344-5461

*Attorney for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | Case No. 3:16-md-02741-VC<br><br>MDL No. 2741 |
| This document relates to:<br><br>*Dickey v. Monsanto Co., et al.,*<br>3:19-cv-04102-VC<br>*Domina v. Monsanto Co., et al.,*<br>3:16-cv-05887-VC<br>*Janzen v. Monsanto Co., et al.,*<br>3:19-cv-04103-VC<br>*Pollard v. Monsanto Co., et al.,*<br>3:19-cv-04100-VC | **DECLARATION OF ROBIN L. GREENWALD IN SUPPORT OF PLAINTIFFS' OPPOSITION TO MONSANTO'S MOTION TO EXCLUDE THE TESTIMONY OF DR. KEVIN PALKA** |

I, Robin L. Greenwald, hereby declare as follows:

1. I am an attorney at Weitz & Luxenberg, P.C., attorneys of record for Plaintiffs. I submit this declaration, in support of Plaintiffs' Response in Opposition to Defendant Monsanto Company's Motion to Exclude Testimony of Dr. Kevin Palka on *Daubert* Grounds. I submit this declaration based upon my personal knowledge of the facts stated in this declaration, and if called to testify, I could and would competently testify to the matters stated herein.

2. Annexed hereto as Exhibit 1 is a true and accurate copy of the curriculum vitae of Dr. Kevin Palka.

3. Annexed hereto as Exhibit 2 is a true and accurate copy of the Expert Report of Dr. Alejandro A. Gru submitted in the *Domina* case (No. 3:16-cv-05887-VC), dated October 30, 2019.

4. Annexed hereto as Exhibit 3 is a true and accurate copy of the expert report of Dr. Alejandro A. Gru for plaintiff Dickey (No. 3:19-cv-04102-VC), dated October 30, 2019.

5. Annexed hereto as Exhibit 4 is a true and accurate copy of the expert report of Dr. Alejandro A. Gru for plaintiff Janzen, (No. 3:19-cv-04103-VC), dated October 30, 2019.

6. Annexed hereto as Exhibit 5 is a true and accurate copy of the Expert Report of Dr. Peter T. Silberstein submitted in the *Domina* case (No. 3:16-cv-05887-VC), dated October 27, 2019.

7. Annexed hereto as Exhibit 6 is a true and accurate copy of the expert report of Dr. Peter T. Silberstein for plaintiff Dickey. (No. 3:19-cv-04102-VC), dated October 27, 2019.

8. Annexed hereto as Exhibit 7 is a true and accurate copy of the expert report of Dr. Peter T. Silberstein for plaintiff Janzen, (No. 3:19-cv-04103-VC), dated October 27, 2019.

9. Annexed hereto as Exhibit 8 is a true and accurate copy of the expert report of Dr. Peter T. Silberstein for plaintiff Pollard, 3:19-cv-04100-VC), dated October 27, 2019.

I hereby declare under the penalty of perjury that the facts set forth herein are true and accurate.

Executed this 10th day of December, 2019.

                        Respectfully submitted,

                        /s/ Robin Greenwald
                        Robin Greenwald
                        rgreenwald@weitzlux.com
                        Weitz & Luxenberg
                        700 Broadway
                        New York, NY 10003

                        *Co-Lead Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 10th day of December 2019, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

/s/ Robin Greenwald