# Exhibit 1

# Curriculum Vitae
# Kevin T. Palka, M.D.



**DATE:** 11/28/2018

**CITIZENSHIP:** USA

**ADDRESS AND TELEPHONE NUMBERS:**
Washington University School of Medicine
Division of Oncology
660 S. Euclid Ave CB 8056
St. Louis, MO 63110
Phone:
Fax:
E-mail:

**PRESENT POSITION:**

Assistant Professor     Washington University School of Medicine
Department of Internal Medicine
Division of Oncology
Section of Medical Oncology

**EDUCATION**:

| | |
|---|---|
| 08/1991-05/1995 Durham, NC | Duke University |
| | Bachelor of Science in Biology Concentration in Genetics |
| 08/1995-07/1996 | Medical Nobel Institute at the Karolinska Institute Stockholm, Sweden Fulbright Scholarship |
| 08/1997-06/2001 Dallas, TX | University of Texas at Southwestern |
| | Doctor of Medicine |

**POST GRADUATE TRAINING:**

| | |
|---|---|
| 06/2001-06/2004 Chicago, IL | University of Illinois at Chicago Medical Center / West Side V.A. Hospital |
| | Internal Medicine Residency |
| 07/2005-06/2009 Nashville, TN | Vanderbilt University Medical Center |
| | Hematology/Oncology Fellowship |

**ACADEMIC POSITIONS / EMPLOYMENT:**

06/2004- 06/2005     Hospitalist

Central Dupage Inpatient Physicians
Winfield, IL

07/2009- 12/2012	Academic Hematologist/Oncologist
Vanderbilt University and Meharry Medical College
Nashville, TN

07/2009- 12/2012	Assistant Professor
Department of Medicine
Vanderbilt University Medical Center

07/2009-12/2012	Assistant Professor
Department of Medicine
Meharry Medical College
Nashville, TN

7/2009- 12/2012	Associate Program Director
Vanderbilt University,
Hematology-Oncology Fellowship Program

10/2011-12/2012	Assistant Professor
Department of Neurology
Vanderbilt University Medical Center

01/2013- 12/2014	Hematologist/Oncologist
St. Anthony's Medical Center
Alton, IL

07/2015- 10/2018	Assistant Professor
Department of Medicine
Saint Louis University

07/2015- 10/2018	Academic Hematologist/Oncologist
Saint Louis University
St. Louis, MO

06/2017- 12/2017	Associate Program Director, Saint Louis University, Hematology-Oncology Fellowship Program

01/2018- 10/2018	Program Director
Saint Louis University
Hematology-Oncology Fellowship Program

11/2018- Present	Assistant Professor of Medicine
Washington University School of Medicine
Division of Oncology
St. Louis, Missouri

**UNIVERSITY AND HOSPITAL APPOINTMENTS AND COMMITTEES:**

06/2004- 06/2005	Central Dupage Hospital, Winfield, IL
07/2009- 12/2012	Nashville General Hospital, Nashville, TN
07/2009- 12/2012	Vanderbilt University Medical Center, Nashville, TN
12/2009- 12/2012	VA Medical Center: Tennessee Valley Healthcare System-

Nashville Campus
01/2013- 12/2014      St. Anthony's Hospital, Alton, IL
03/2013- 12/2014      Jersey Community Hospital, Jerseyville, IL
07/2015- 10/2018      Saint Louis University Hospital/ SLUCare Physician Group St. Louis, MO
08/2015- 5/2017       Des Peres Hospital, St. Louis, MO
08/2015-11/2015       Mercy Hospital, St. Louis, MO

**MEDICAL LICENSURE AND BOARD CERTIFICATION:**

08/2004              Diplomate, American Board of Internal Medicine
11/2009              ABIM: Medical Oncology
11/2009              ABIM: Hematology
06/2003- Current     Illinois Board # 036-109545
03/2009- 06/2013     Tennessee License # 44559
03/2015- Current     Missouri License #2015008493


**HONORS AND AWARDS:**

1991                 National Merit Scholar
1995                 Fulbright Scholarship
1999                 Abstract selected for the 37th Annual UT Southwestern Medical Student Research Forum (Mentor: Dr. Richard Gaynor)
1999                 Abstract selected for the American Medical Association National Medical School Research Forum in Galveston TX
2007                 Scholarship, Molecular Biology in Clinical Oncology: A Workshop, American Association for Cancer Research/American Society of Clinical Oncology, Aspen, CO

**PROFESSIONAL SOCIETIES AND ORGANIZATIONS:**

2006-present         American Society of Clinical Oncology, Member
2006-2009            National Lung Cancer Partnership
2007-2009            American Association of Cancer Research, Associate
2006-2009            Tennessee Medical Association
2010- present        Society for Neuro-Oncology
2010- present        American Society of Hematology
2017-present         SWOG Member


**Professional Activities:**
2011- 2013:          Site PI for VICCNEU1102: Phase 2 Study of Medi-575 (Anti PDGFR antibody) in Adult Subjects with recurrent Glioblastoma Multiforme

2016- present:       Merck Speakers Bureau for Lung and Head and Neck cancers.
2017- present:       Site PI for IRB 27267 Washington University- 201404139: Phase I/II Trial of the Addition of PD 0332991 to Cetuximab in Patients with Incurable SCCHN


**Institutional Services** (Committees, Councils, Task Forces)

07/2009-12/2012      Hematology-Oncology Fellowship Selection Committee,
Vanderbilt University, Member. Involved in interviewing and selecting fellow candidates
07/2009-12/2012      Internal Medicine Residency Selection Committee,
Meharry Medical College, Member. Involved in interviewing and selecting resident candidates

| | |
|---|---|
| 07/2009-12/2012 | Nashville General Hospital Cancer Committee, Member |
| 01/2012-12/2012 | Vanderbilt Ingram Cancer Center Scientific Review Committee (SRC) |
| 03/2013-12/2014 | Director of Hospice Services, St. Anthony's Hospital |
| 03/2013-12/2014 | Chairman of Cancer Committee, St. Anthony's Hospital |
| 11/2015-10/2018 | Core Faculty member of the Internal Medicine Residency Program Saint Louis University |
| 11/2017-10/2018 | Alternate member, Institutional Review Board (IRB) Saint Louis University |
| 11/2017-10/2018 | Cancer Committee member, Saint Louis University |

**MAJOR INVITED PROFESSORSHIPS AND LECTURESHIPS**

| | |
|---|---|
| 2009-Present | "Topics in Oncology" 3rd Year Medical Student Internal Medicine Clerkship Series, Lecture given 4 times per academic year, Meharry Medical College |
| 2009-Present | "Case Studies in Hematology" 3rd Year Medical Student Internal Medicine Clerkship Series, Lecture given 4 times per academic year, Meharry Medical College |
| 10/01/2009 | "Oncologic Emergencies" Internal Medicine Lecture Series, Meharry Medical College |
| 10/21/2009 | "Hypercoagulable States Workup " Internal Medicine Lecture Series, Meharry Medical College |
| 01/13/2010 | "Early Stage Breast Cancer" Family Practice Lecture Series, Meharry Medical College |
| 03/23/2010 | "Primary Brain Tumors" Hematology/Oncology Fellows' Division Seminar, Vanderbilt University Medical Center. |
| 04/15/2010 | "Myelodysplastic Syndromes" Internal Medicine Lecture Series, Meharry Medical College |
| 04/21/2010 | "Bleeding Disorders" Internal Medicine Lecture Series, Meharry Medical College |
| 04/27/2010 | "Lung Cancer: From Bench to Bedside" Graduate Student Lecture Series |
| 08/31/2010 | "Oncologic Emergencies" Hematology/Oncology Fellows' Division Seminar, Vanderbilt University Medical Center. |
| 09/29/2010 | "Oncologic Emergencies" Internal Medicine Lecture Series, Meharry Medical College |
| 04/29/2011 | "Lung Cancer: From Bench to Bedside" Graduate Student Lecture Series |
| 08/31/2011 | "Oncologic Emergencies" Family Practice Lecture Series, Meharry Medical College |
| 01/05/2012 | "Glioblastoma Multiforme: To Minister To A Mind Diseased" Vanderbilt University Medical Center Grand Rounds |
| 07/22/2016 | "Update on Head and Neck Cancer" Saint Louis University Medical Grand Rounds |
| 08/02/2016 | "Update on Head and Neck Cancer" VA Medical Center- John Cochran Division (St.Louis) |
| 10/25/2016 | "Hemoglobinopathies for the Housestaff" Saint Louis University Internal Medicine Lecture Series |
| 11/02/2016 | "Chemotherapy in Head and Neck Cancer" Saint Louis University Dept. of Otolaryngology Grand Rounds (St. Louis) |

**BIBLIOGRAPHY:**

**Publications:**

A.  Original Investigations
  1. Li XH, Murphy KM, **Palka KT**, Surabhi RM, Gaynor RB. The human T-cell leukemia virus type-1 Tax protein regulates the activity of the IkappaB kinase complex. J Biol Chem. 1999 Nov 26;274(48):34417-24. PubMed PMID: 10567421.

  2. Sun X, Zhao J, Jin S, **Palka K**, et al. A novel protein localized to the fibrillar compartment of the nucleolus and to the brush border of a secretory cell. Eur J Cell Biol. 2002 Mar;81(3):125-37. PMID: 11998864

  3. Sun X, Zhao J, Kylberg K, Soop T, **Palka K**, et al. Conspicuous accumulation of transcription elongation repressor hrp130/CA150 on the intron-rich Balbiani ring 3 gene. *Chromosoma*, 2004 Nov;113(5):244-57. Epub 2004 Oct 6. PMID:15480727

  4. Chung CH, Pohlmann PR, Rothenberg ML, Burkey BB, Parker J, **Palka K**, et al. Insulin-like Growth Facotr-1 Receptor Inhibitor, AMG-479, in Cetiximab-Refractory Head and Neck Squamous Cell. *Head & Neck*. 2011 Dec;33(12):1804-8. doi: 10.1002/hed.21478. Epub 2010 Jul 22. PMID: 20652976

B.  Reviews, Case Reports, Letters, Editorials
  1. **Palka KT**, Lebow RL, Weaver KD, Kressin MK. Intracranial collision metastases of small-cell lung cancer and malignant melanoma. J Clin Oncol. 2008 Apr 20;26(12):2042-6. doi: 10.1200/JCO.2007.14.5540. PubMed PMID: 18421058

  2. **Palka KT**, Slebos RJ, Chung CH. Update on molecular diagnostic tests in head and neck cancer. Semin Oncol. 2008 Jun;35(3):198-210. doi: 10.1053/j.seminoncol.2008.03.002. Review. PubMed PMID: 18544435

  3. Boamah H, Knight G, Taylor J, **Palka K**, Ballard, B. Squamous cell carcinoma of the external auditory canal: a case report. Case Rep Otolaryngol. 2011;2011:615210. doi: 10.1155/2011/615210. Epub 2011 Oct 19. PMID: 22937370

C.  Books and Book Chapters
  1. **Palka KT** and Johnson DH. "Small Cell Lung Cancer: Diagnosis, Treatment, and Natural History". Fishman's Pulmonary Diseases and Disorders, 4th ed. 2008, pp. 1899-1916.

  2. **Palka KT** and Moots PL. "Ependymoma." 5 Minute Neurology Consult, 2nd ed. 2012. (In press)

  3. **Palka KT**, Mobley B, Perkins S, Cooper M, Sills AK, Moots PL. "Glioma and Other Neuroepithelial Neoplasms." Textbook of Uncommon Cancers, 4th ed. 2012.

D.  Abstracts
  1. **Palka KT**, Parker J, Tracy S, Yi Y, Freeman M, Chung CH. "Progress Report: Growth Inhibition and Activation of the Oxidative Stress Signaling Pathway by 17-AAG in Head and Neck Squamous Cell Carcinomas" Abstract 1480, American Association for Cancer Research Annual Meeting, April 13, 2008.

2. **Wolff SN, Brifkani Z, Millner P, Palka K, Wujcik D.** "Comorbidities of the underserved and minority patient with cancer presenting to a public safety-net hospital: A deterrent for clinical trial participation?" *Journal of Clinical Oncology*, 2010 ASCO Annual Meeting Proceedings (Post-Meeting Edition).Vol 28, No 15_suppl (May 20 Supplement), 2010: Abstract 1607.

3. Okosun F, Adebiyi O, Adejorin O, Oluwole O, **Palka KT.** "Monitoring response to sorafenib in hepatocellular carcinoma." Poster session, Scientific meeting for the Tennessee chapter of the American College of Physicians, October 13-15, 2011.

4. Oluwaseyi O, Okosun F, Olorunkemi O, **Palka K**. "A Case of Stage IV ER positive, PR negative, HER2 neu positive Invasive Male Breast Cancer." Poster session, Scientific meeting for the Tennessee chapter of the American College of Physicians, October 13-15, 2011.

5. Adebiyi O, Okusun F, **Palka K**. "GBM with PNET components: a diagnostic and treatment dilemma." Poster session, 12th Annual Southern Hospital Medicine Conference, October 20-22, 2011.

6. Wang, T, Blue B, Smith, S, Palka K." Adamantinoma: Slow Growing but Fast Spreading?" Poster session. Missouri Chapter of the American College of Physicians annual meeting, September 15-18, 2016