# Exhibit 3



***Alejandro Ariel Gru, M.D.***
**Dermatopathology and Hematopathology Sections**
**Dermatopathology Division and Fellowship Program Director**
**University of Virginia, School of Medicine**

## EXPERT REPORT OF ALEJANDRO A. GRU, MD

### Background Professional Information

I am an Associate Professor of Pathology and Dermatology at the University of Virginia, where I also serve as the Director of the Dermatopathology Section and ACGME-accredited fellowship training program. I am also part of the Hematopathology Section at the same institution, and also hold an adjunct appointment in Dermatology at the Ohio State University in Columbus. I am a co-director and founder of the cutaneous lymphoma program at Emily Couric Clinical Cancer Center at UVA.

I completed my Medical Doctor (M.D.) degree at Universidad de Buenos Aires, in Buenos Aires, Argentina. Following my graduation, I came to the United States as a Post-Doctoral Researcher in the field of Neurosciences at Washington University in St. Louis School of Medicine. This research training and experience was later followed by an Internship at Barnes-Jewish Hospital, a year of Neurology residency training, and later a formal Anatomic Pathology residency training all at the same institution (St. Louis, MO). After residency graduation, I performed fellowship training in Surgical Pathology, Dermatopathology and Hematopathology. My main clinical interest is in the field of lymphomas, lymphomagenesis, and cutaneous hematologic malignancies. I also have a devotion to understanding the role of viruses in the pathogenesis of lymphomas, more specifically the Epstein-Barr Virus (EBV) and the Human T-lymphotropic virus (HTLV-1).

My specific training in both hematopathology and dermatopathology has allowed me to become a pathology leader in the field of cutaneous lymphomas. My clinical practice is mainly directed in the world of lymphoma diagnosis (both cutaneous and systemic) and treatment. I currently have one of the largest consultation referral practices in the cutaneous lymphoma field in the world. Indeed, on a personal basis I review approximately 20 cases of skin lymphomas every week. Cutaneous lymphomas are rare and represent less than 10% of Non-Hodgkin lymphomas in general. My passion for understanding the pathogenesis of lymphomas also extends to my research: I currently function as the pathology leader for the international PROCLIPI (PROspective Cutaneous Lymphoma International Prognostic Index), act as co-chair of the United States Cutaneous Lymphoma Consortium (USCLC) registry, and work in the pathology research board for the T-cell Lymphoma Registry (TCP v2.0), which is the largest known T-cell lymphoma registry. I am also part of the research advisory council for the Cutaneous Lymphoma Foundation, where I also act as a patient advocate.

On the research side I have authored or co-authored more than 150 peer-reviewed articles

and had given lectures on a national and international level (more than 100 lectures overall) and have served as a co-investigator in major clinical trials in lymphoma treatment. I am currently an Associate Editor for three main pathology and cancer journals, and part of the editorial boards for many others. I consistently review submitted articles for publication in lymphoma diagnosis and pathogenesis for the major journals in the field. I am currently on the Board of Directors for the USCLC and have had many other leadership positions for professional pathology organizations. For further information about my background, full list of publications, and academic achievements, please see my Curriculum Vitae.

## The field of Pathology

Pathology is a medical discipline that has a major role in the understanding of human disease and diagnosis. Pathologists are physicians that deal with the diagnosis of medical and surgical conditions and have a key role in the evaluation of malignancies. Biopsies using surgical procedures or imaging-based techniques, are the main way that practicing physicians retrieve pathologic material from both benign and malignant tumors. With respect to lymphoma specifically, such procedures are used to acquire tissue from enlarged lymph nodes, bone marrow samples, or visceral organs to reach a diagnosis.

Hematopatology is an ACGME-accredited subspecialty that is involved in the diagnosis of hematopoietic disorders. Hematopathology training requires an intensive year-long learning of evaluation of pathologic specimens from lymph nodes, bone marrow samples, and other organs. Hematopathologists use both conventional pathologic techniques (with routine light microscopic evaluation of the samples) and perform immunophenotypic analysis (using antibodies that target extracellular or intracellular molecules) in the cancerous cells.

Lymphomas are malignancies (cancer) derived from the lymphoid cells, which are the main cell constituents that take part in the immunologic defenses against pathogens from the environment. Lymphoma diagnosis relies on the evaluation of the presence or absence of specific markers in the malignant cells, to understand and diagnose specific subtypes of both Hodgkin and Non-Hodgkin lymphomas. The revolution of genetics and molecular techniques has led to the discovery of different pathways, and distinctive signatures that are responsible in the pathogenesis of lymphomas and have provided the tools we use to recognize several entities today. Indeed, compared to the earlier classifications by Henry Rappaport in the field, more than 80 pathologic lymphoma diagnosis are recognized in the current World Health Organization (WHO) of lymphoid neoplasms. (Swerdlow 2017) Moreover, both pathogenesis and treatment for lymphoma varies by lymphoma subtype. Therefore, in 2019, just as we do not diagnose a patient with 'cancer' but rather with a more specific cancerous type, most specialists do not use the term 'lymphoma' to describe a specific disease and instead prefer to give a more specific lymphoma subtype to help guide the adequate staging procedures (evaluation of lymphomatous involvement in other organs or special lymph node regions), and ultimately therapy for such conditions. Hematopathologists are key players in the establishment of precise diagnosis of lymphoma subtypes and use a variety of molecular techniques to reach a diagnosis, such as PCR-based assays, Fluorescent in-situ hybridization (FISH), sequencing, and gene expression profiling. It is important to emphasize that the cause of what a specific mutation or signature develops in a specific lymphoma subtype remains, in most lymphoma cases, of unclear etiology.

2

In order to understand lymphoma development, it is key for hematopathologists to understand the normal patterns of lymphocyte development, and the type of markers that are seen in the B or T-cell lymphocytes (the main subtype of lymphocytes), as lymphomas develop particularly during arrest of the development at particular stages of lymphoid maturation. The following figures (1 and 2) show the different lymphocyte subtypes and type of markers expressed during the process of maturation that can occur in lymph nodes, spleen, bone marrow, and thymus.  Figure 3 highlights a brief summary of the most common B-cell lymphoma subtypes, which account for the majority of the lymphoma diagnoses in routine practice.



**Figure 1:** Different lymphocyte subtypes during normal development. Figures 1-3 are taken from Solar Presentation Science of Lymphoma & Associated Receptors (Seattle Genetics), presented by Dr. Alejandro Gru.



**Figure 2:** Common markers expressed by B-cells during normal lymphocyte development.

3



**Figure 3:** B-cell lymphoma subtypes derive from different stages of lymphoid maturation.

To arrive to a specific lymphoma diagnosis, it is also important to understand that certain clinical scenarios or conditions have a peculiar association with some of these lymphoproliferative disorders. As an example, patients who have HIV-AIDS, have an acquired form of immunodeficiency related to the HIV infection, that leads the organism to be more susceptible to the development of specific lymphoma subtypes such as primary central nervous system EBV-positive diffuse large B-cell lymphoma. Similarly, patients who come from certain endemic regions (HTLV-1 infection, EBV infection) are prone to the development of certain types of lymphoid malignancies (HTLV-1 associated adult T-cell leukemia lymphoma in Asia, Africa, Central and South America; EBV-positive endemic form of Burkitt lymphoma in Africa; EBV-positive Extranodal NK/T-cell lymphoma in Asia and South America).

Dermatopathology is a field of medicine that applies the use and understanding of microscopic evaluation of biopsies from the skin to establish a diagnosis of a specific dermatologic condition. As opposed to hematopathology, the training in field requires a rigorous exposure in the clinical evaluation of patients with skin condition(s). Indeed, dermatopathologists, including myself, go through formal training in clinical dermatology. The evaluation of lymphoma diagnosis in the skin requires intensive a deep understanding of the clinical appearance of the lesions, in order to achieve an accurate histologic interpretation. Therefore, cutaneous lymphomas require a very deep knowledge of the clinical appearance of such lesions. A diagnosis of skin lymphoma cannot be established without an adequate clinical correlate.

4

**Overview of Non-Hodgkin Lymphomas**

Lymphomas are for the most part divided into two main groups: Hodgkin and Non-Hodgkin lymphomas, with multiple subtypes being included in the latter category. One of the main reasons to divide them in such way is related to their clinical presentation, pattern of systemic dissemination and treatment decisions. Hodgkin lymphoma is a disease that has a bimodal presentation: young adults and older individuals (people above the age of 65). Patients with Hodgkin lymphoma follow a very peculiar way of presentation, where the lymph nodes of the neck or above the diaphragm are affected initially. The affected lymph nodes can later spread below the diaphragm, and sometimes to visceral organs (liver) and the bone marrow on the very advanced stages. Hodgkin lymphoma do not typically affect extraganglionar (extranodal) sites. Because of such peculiar way of dissemination, most patients can be treated using external radiation (radiation treatment) to the field, in addition to specific forms of chemotherapy. The main staging system (Ann Arbor Stage) allows to enter patients into specific categories that carry differences in the mortality rate and the way that the tumors are treated. In opposition, Non-Hodgkin lymphomas present more frequently in a disseminated fashion: they commonly affect lymph nodes above and below the diaphragm, can extend into the bone marrow space, and the Ann Arbor staging does not necessarily correlate significantly with the mortality or decisions in how these patients are treated. Such patients can often have extranodal extension, and an extranodal site might be the only site of disease.

As previously described in this report, more than 80 categories of Non-Hodgkin Lymphomas (NHL) are currently recognized by the WHO. (Swerdlow 2017) In some of those categories, a significant weight is given to the locations where tumors present (e.g. Diffuse large B-cell lymphoma, leg type; splenic marginal zone lymphoma; primary DLBCL of the central nervous system). In others, specific causation is capital in the diagnosis (HTLV-1 – adult T-cell leukemia / lymphoma; H. Pylori gastritis and MALT lymphoma of the stomach; EBV and extranodal NK/T-cell lymphoma). Understanding such causation is key, as many of such tumors are treated by targeting the cause: use of the antiviral AZT in the treatment of ATLL and antibiotics to eradicate H. Pylori and gastric MALT lymphoma. However, for the vast majority of the mutations that lead to NHL, no external cause, such as a specific viral or bacterial antigen, can be identified; in such cases the most likely etiology is believed to be replicative errors acquired through a lifetime of cell division. (Tomasetti 2017)

Non-Hodgkin lymphomas account for 4.2% of all new cancer cases in the US, representing the 7th most common form of cancer in this country (74,200 new cases in 2019 and approximately 19,970 deaths from this type of cancer). (SEER 2019) It is estimated that approximately 2.2% of Americans, or 1 in 47, will be diagnosed with NHL during their lifetime. (SEER 2019) The median age at diagnosis of this disease is 67. Looking back at the incidence of NHL across the time, it has been shown that the rate of NHL increased over the last half of the twentieth century before stabilizing in the last twenty years. (SEER 2019) Some of that increase may be attributed to increases in life expectancy in the US population; some is also thought to have been due to the rise of HIV/AIDS-associated lymphomas in the 1980s and 1990s and iatrogenic immunosuppression for transplant. The mortality rate of NHL has steadily decreased since 1995, a feature that most likely represents the introduction of biologic agents, less aggressive and more controlled treatment modalities, and effective multi-agent anti-retroviral

therapy for HIV. While the incidence of NHL has plateaued or even decreased since 1995, the use of Roundup has increased considerably over the same period, which does not support a relationship between Roundup use and NHL. (SEER 2019, EPA 2017)

As described above, the diagnosis of NHL relies on pathologic review of the affected site (lymph node, other), the routine interpretation of immunophenotypic markers that can define the specific entity (immunohistochemistry and flow cytometry), and any staging procedures. In most circumstances, a bone marrow biopsy is performed upon the diagnosis of NHL in the affected patients to document whether there is involvement of such compartment or not. Stage IV lymphoma characteristically implies bone marrow dissemination by the disease. However, it is also important to consider molecular alterations that are associated with specific lymphoma subtypes, and additional clinical and laboratory findings that may be available in a given patient.

Specific NHL subtypes carry particular molecular alterations. (Swerdlow 2017) As an example, most cases of low-grade follicular lymphoma have a translocation that abnormally juxtaposes two different genes together (IGH-BCL2) or t(14;18) translocation. Most cases of Burkitt lymphoma have another type of translocation that involve the IGH and MYC genes or t(8;14) translocation. Mantle cell lymphomas have a specific translocation linking the IGH and CCND1 genes or t(11;14) translocation). In some but not all cases, the translocation is required to establish such specific diagnosis: as an example, ALK-positive anaplastic large cell lymphoma invariably has a translocation in the ALK gene, that leads to overexpression and activation of the ALK molecule. Therefore, immunohistochemistry for ALK can be utilized in the tissue biopsy to confirm this particular diagnosis. Indeed, biologic therapeutic agents can be developed to target these pathways, and as an example ALK inhibitors (e.g. Crizotinib) became available to treat such patients. In some other circumstances, a point mutation can be responsible for the lymphoma development and can also be helpful in the lymphoma diagnosis: BRAF V600E mutations are present in most (>95%) cases of hairy cell leukemia (Tiacci 2011), and MYD88 mutations are reported in the vast majority of cases of lymphoplasmacytic lymphoma or Waldenström macroglobulinemia (Treon 2012). The latter mutation is also frequently encountered in cases of diffuse large B-cell lymphoma (DLBCL), leg type, primary DLBCL of the CNS, and DLBCL of the testis. (Pham-Ledard 2012, Yamada 2015, Kraan 2013) Inhibitors of such mutations have shown excellent treatment responses in patients who suffer from such conditions (e.g. the BRAF blocker vemurafenib).

The reasons why such translocations or mutations occur for the lymphoma development are unclear. In many cases they are likely simply the result of replication errors in dividing cells. (Tomasetti 2017) However, in cases where a specific cause is attributed to the lymphoma diagnosis, the revised WHO classification has incorporated the causative agent into the lymphoma term: some examples of such include HTLV-1 associated adult T-cell leukemia, EBV-positive diffuse large B-cell lymphoma, EBV-positive mucocutaneous ulcer, HHV-8 associated diffuse large B-cell lymphoma. By contrast, no environmental agents have been clearly demonstrated to be a direct causative factor for specific lymphoma subtypes, and such proposed causation is not used whatsoever into the lymphoma terminology, by the WHO. To be more specific, herbicides (including glyphosate) have not been established as a cause of NHL (or specific subtypes of NHL). Moreover, in lymphoma patients who report a history of herbicide use, their cases do not differ significantly at a molecular, histologic, or immunophenotypic

6

profile level from those cases without such proposed association. Similarly, the clinical presentation of cases with or without herbicide exposure do not differ significantly.

The therapy in the major types of NHL is usually based on chemotherapy regimens, usually prescribed and administered by Hemato-Oncologists. Most of current regimens differ on the basis of specific lymphoma subtypes, and targeted agents have become the mainstay of therapy of certain subtypes. Targeted therapy differs from conventional chemotherapy in the selection of specific markers or alterations that are present in the malignant cells, but not in the normal cells of the organism. Such targeted agents usually have the advantage of a less toxic profile in terms of side effects, compared to conventional chemotherapy. To this extent, most conventional regimens to treat B-cell lymphomas include the agent rituximab, a monoclonal antibody that targets the B-cell receptor CD20, which is expressed in most cases of B-cell lymphomas. The introduction of rituximab in most chemotherapeutic regimens in the treatment of B-cell NHL have largely produced the decline in the mortality in NHL seen in the last 2-3 decades. (Molina 2008)

## Pathophysiology of Lymphomagenesis

Non-Hodgkin lymphomas are a constellation of disorders that affect the white blood cells, and more specifically the lymphocytes. The lymphocytes are the main type of cells involving the defense of the organism against pathogenic microorganisms. There are three main type of lymphocytes: T-cells, B-cells, and NK-cells (Natural Killer cells). (Orkin 2008) The lymphomas that occur more frequently in the lymph nodes arise from B-cells. T-cell lymphomas account for less than 10% of all NHL. NK-cell lymphomas are very rare. However, in certain populations where the EBV infection occurs at a very early age (Asia, South America), the EBV infection accounts for a significant proportion of lymphomas, and T and NK-cell lymphomas are more common.

Understanding lymphomagenesis might help lead to better classification schemes and a more careful and personalized approach to the therapy for such conditions. Genetic mutations are critical initiating events in many human cancers and chromosomal translocations are frequently found in many malignancies. (Vogelstein 2004) However chromosomal alterations are also physiological events that occur during the development of normal lymphoid cells. Despite the oncogenic (pro-induction of cancer signatures) dangers associated with chromosomal instability and mutations, lymphoid cells purposely alter their DNA during normal development to maximize the diversity and effector functions of their antigen receptors: in other words T-cells and B-cells, responsible for an organism's defense against external agents from the environment, must maximize the recognition of such agents by altering their own DNA using DNA recombination in the normal cells. (Rooney 2004, LeBien 2008, Nussenzweig 2010) Normal cells carry specific ways to correct the errors in the DNA structure that occur during such recombination strategies. However, aging alters the ability of such defense structures to correct those recombination DNA errors. This molecular paradigm correlates with the effect that we see in all types of cancer, where most clinical presentations occur in older individuals. Hence, cancer, including most subtypes of NHL, is more common as we age in life.

Progenitor B-cells make antigen receptors from common DNA segments. The adaptive

7

arm of the immune system is predicated upon the recognition of foreign antigen by immunoglobulin (Ig) and/or T-cell receptors (TCRs) expressed on the surface of B and T lymphocytes, respectively. While the number of antigens is seemingly limitless, the mammalian genome contains only a finite number of antigen recognition genes. This problem is dealt with in a novel fashion: the reorganization of germline DNA segments into unique antigen receptor genes, a process referred to as V(D)J recombination. To solve this problem, developing lymphocytes break the DNA encoding antigen receptors and paste it back together. V(D)J recombination is a site-specific DNA remodeling reaction mediated by the RAG1/2 recombinase complex, which breaks the DNA at specific sites flanking the V, D, and J segments. This generates a diverse array of antigen receptors, each capable of recognizing unique antigens. Lymphocytes undergo a number of DNA alterations or translocations at different stages of development. Functional rearrangement of Ig loci in B-cell development occurs in the bone marrow via an error-prone combinational rearrangement of the V, D and J DNA segments in the H chain and the V and J DNA segments in the L chain loci. As a result, a diverse selection of functional V(D)J rearrangements are developed in DNA segments encoding the antigen-binding site of B-cell receptor (BCR). Mature B-cells rearrange their DNA when they alter the antibody isotype they produce. (Nussenzweig 2010) Antibody isotypes differ in their immune function, which is determined by their constant regions. This process, referred to as class switch recombination, allows the immune system to tailor the nature of its response to different types of antigens. Antigen recognition by naïve B cells triggers a third type of recombination event in the germinal center, as B cells diversify their immunoglobulin (Ig) genes through somatic hypermutation (SHM). Activated B cells mutate individual base pairs within the variable (V) region of immunoglobulin genes. This is done to increase the binding affinity of antibodies to specific antigens and thus the efficacy of the immune response. Unfortunately, during this process of DNA rearrangements and mutations, aberrant genomic rearrangement associated with B-cell development can occur and be oncogenic (in other words, be responsible for the lymphoma development). (Perez-Duran 2007, Stavnezer 2008) It is important, therefore, to recognize that mutations occur normally during lymphoid development, often in the absence of any identified environmental exposure.

The normal rate of mutations can be also altered under pathologic conditions: as an example, certain viruses (e.g. EBV, HCV, HBV, HTLV-1, HHV-8), bacterial infections (e.g. H. Pylori infection, B. Burgdorferii infection), and chronic autoimmune conditions (e.g. Sjogren disease, celiac disease) can potentially increase the risk of cancer by stimulating the immune system, hence requiring a more active replication system, and hence increasing the rate of abnormal mutations, and errors in DNA repair to occur. (Dal Maso 2006, Engels 2007, Dalia 2013, Fallah 2014, Li 2018) In some cases, there is a specific relationship between such infections and autoimmune conditions with one or more specific lymphoma subtypes (e.g. MALT lymphoma, extranodal NK/T-cell lymphomas, etc). Another source of lymphomagenesis can be seen in patients who are treated with medications that work as immunosuppressants. To this regard, the immunologic system not only carries the function to destroy external pathogens, but act as a major protector from cancerous cells. Therefore, if the immunologic system is suppressed, such clonal cancerous cells which will be normally killed by the immune system are able to survive, proliferate and develop an overt malignancy. To this extent, patients who are organ transplant recipients, are required to receive medications to inhibit the immune system and allow for the transplanted organ to survive. But, by doing so, they are at significantly increased

8

risk for the development of lymphomas, which are typically encompassed under the term post-transplant lymphoproliferative disorders. In many cases, just by reducing the doses of the immunosuppressants the lymphoma can potentially regressed entirely. Another source of 'normal immune suppression' is the process of aging. Older individuals are more typically predisposed to the development of re-activation of certain infections (e.g. EBV), and the development of EBV-associated lymphomas. Patients who receive certain blockers of the tumor necrosis alpha receptor (TNF-blockers) have been shown to be prone to very unusual lymphoma subtypes that occur in the spleen and liver (hepatosplenic T-cell lymphoma). The association of the autoimmune condition celiac disease, and the subsequent development of clonal proliferations of T-cells, and sometimes the occurrence of enteropathy associated T-cell lymphoma, is also well-established.

While such infections, auto-immune conditions, aging, and immune-deficiencies are key to producing certain mutations in individual lymphoid populations, the vast majority of mutations that we encounter in the human genome are silent and are not linked to the development of cancer. In addition, as previously mentioned pathogenic mutations, and abnormal cells ultimately can be recognized by the immune system and destroyed. Clonal cells must evade the immune system and be able to replicate on their own, a process deemed to be crucial for the establishment of a tumor.

The pathogenesis of lymphomas follows many of the same principles that other types of cancers do. In a seminal review paper published in 2000, Douglas Hanahan and Robert Wienberg proposed 6 essential alterations in cell physiology as the hallmarks of cancer. (Hanahan 2000) These included: 1) **Sustaining proliferative signals**. Normal cells require growth signals before they can proliferate. In contrast, tumor cells show a reduced dependence on exogenously supplied growth factors for growth. Growth signal autonomy may result from the acquired ability to produce a growth signal to which the tumor cell is responsive, cell-surface receptors that transduce growth-stimulatory signals may be altered, or signaling pathways may be de-regulated to promote cell growth in the absence of stimulation; 2) **Evading growth suppressors.** Normal tissue provides antiproliferative signals including soluble growth inhibitors and immobilized inhibitors within the extracellular matrix and on the surface of nearby cells. Tumor cells have developed the ability to advance into the G1 phase of the cell cycle even in the presence of such inhibitors; 3) **Resisting cell death**. Virtually all normal cell types possess the ability to trigger programmed cell death (apoptosis) under the appropriate conditions such as DNA damage, survival factor insufficiency, or hypoxia. Many tumor cells have developed resistance to apoptosis through alterations in proteins that participate in the apoptotic pathway; 4) **Enabling replicative immortality.** Cell-autonomous programs that limit cellular growth in normal cells become disabled thereby permitting the immortalization of cells and tumor growth; 5) **Inducing the growth of new blood vessels (angiogenesis).** The growth of new blood vessels within a tissue is a highly regulated process. In order to progress in size, tumors must activate the 'angiogenic switch' by affecting the balance of angiogenic inducers or inhibitors; and 6) **Activating invasion and metastasis.** Tumor cells invade neighboring tissues outside of the primary tumor site through various complex processes including disrupting the physical interaction between tumor cells and the microenvironment and the activation of extracellular proteases that facilitate the invasion of tumor cells into neighboring tissue.

9

In the 2011 update, Hanahan and Weinberg described two enabling characteristics that underlie the acquisition of the hallmarks of cancer (Hanahan 2011): 1) **Genome instability,** through the addition of random mutations including chromosomal rearrangements, is the most prominent characteristic that generates genetic diversity in cancer cells and drives tumorigenesis; and 2) **Tumor-promoting inflammation** fosters multiple hallmark functions and promotes tumor progression. Inflammation contributes to tumorigenesis by supplying molecules to the local microenvironment, including growth factors, survival factors, proangiogenic factors, or additional proteins that facilitate angiogenesis. In addition, immune cells can release mutagenic factors that contribute to progression of the tumor. Mutations and/or epigenetic changes in the expression of genes that control genomic integrity, cell growth, and/or cell death may contribute to the development of cancer (particularly targeting oncogenes and tumor suppressor genes). Additionally, two emerging hallmarks of cancer involved in the pathogenesis of cancer were recognized: 1) **Deregulating cellular energetics**. Tumor cells modify cellular metabolism to support continued growth and proliferation; and 2) **Avoiding immune destruction**. Tumor cells are able to evade destruction by immune cells (particularly T-cells, B-cells, and natural killer cells) by disabling components of the immune system through the secretion of immuno-suppressive factors and by recruiting additional immunosuppressive cells that counteract the activity of cytotoxic lymphocytes.

Oxidative stress is caused by an imbalance between the production of reactive oxygen species (ROS) and the ability of cells to neutralize their reactive intermediates. Many investigators confirmed the presence of ROS in different types of cancer cells, including lymphomas. While it's important to highlight that oxidative stress appears to play a capital role in the development of solid tumors, its implication in the lymphomagenesis is less clear, and only a limited amount of scientific data is available in this regard.

Another term that is commonly applied in cancer pathogenesis is the word 'genotoxicity'. This term is very generic and implies any type of damage to the genomic DNA. While a substance can be genotoxic (meaning that alters the genome in certain way), such term should not be used as a sine-qua-non for oncogenic (meaning that the damage that it produces in the DNA leads to the cancerous development). Some examples of genotoxicity include DNA fragmentation (which can be demonstrated using a variety of laboratory assays, including the Comet assay), single stranded and double-stranded breaks, and evaluation of binucleated micronuclei. While such assays can be used to demonstrate genotoxicity, a positive result is not equivalent to a development of a mutation or, more significantly, an oncogenic one. As an example, a typical human being is exposed to a significant number of 'genotoxic' insults on a daily base, from the minute that we wake up, and go outside and are exposed to the ultraviolet light (sunlight), or with some of the foods we choose to eat.

## Risk Factors Associated with Non-Hodgkin Lymphoma Development

Non-Hodgkin lymphoma incidence rose in the latter half of the 20th century, but the etiologic causes that are responsible for such change remain unclear. NHL is a heterogeneous disease entity comprising of many subtypes, each recognized to be clinically and histologically well-defined, with distinct incidence rates and patterns. Although there are risk factors that appear to be relevant for NHL etiology in general, there is an established recognition that NHL

10

subtypes may have different etiologies. Moreover, while many epidemiologic studies on NHL to date have been designed with sufficient power and sample size to evaluate all NHLs as a single disease entity (e.g., target of ∼1000 cases and 1000 controls), as it has become apparent that individual subtypes may have distinct etiologies, individual studies have found that they are not sufficiently powered to evaluate risk factors by subtypes, particularly for risk factors conferring a modest (≤twofold) risk.

The most pronounced risk for NHL is derived from primary or acquired immunodeficiencies. Primary immunodeficiencies carry the highest relative and absolute risk for NHL and up to a quarter of all patients with congenital immunodeficiencies will develop cancer, with half of these cancers being lymphomas. NHL also occurs in higher frequencies among those with autoimmune disorders, notably Sjogren's syndrome, systemic lupus erythematosus and celiac disease. Lymphomas also arise in organ-transplant recipients on immunosuppressive therapy (heart, kidney and renal), with the resulting NHL risk corresponding to the type of medication and degree of immunosuppression conferred.

Well-established infectious agents associated with NHL include HIV with clinically aggressive NHL, human herpesvirus 8/Kaposi's sarcoma and primary effusion lymphoma; EBV with Burkitt lymphoma; Campylobacter jejuni with immunoproliferative small intestine disease; Borrelia burgdorferi with primary cutaneous marginal zone lymphoma; Chlamydia psitacci and ocular adnexal lymphoma; and HTLV-1 with adult T-cell leukemia/lymphoma. There is also evidence supporting the association between H. pylori infection and MALT lymphomas in the gastrointestinal tract and between hepatitis C virus and B-cell NHL (particularly marginal zone lymphomas). However, as stated above, known NHL risk factors explain only a small proportion of NHLs.

## Current Understanding of the Implications of Commercial Formulations of Glyphosate in NHL Development

Understanding the relationship of risk factors in association with possible lymphoma development should always start by mentioning and providing a hierarchical approach to the type of study being analyzed. Epidemiologic data should be scrutinized in a similar fashion to what we use to evaluate whether a therapeutic intervention of any kind has any specific consequence in the particular disease. This careful scrutiny of the research studies involves evaluating the quality of the best available clinical research, by critically assessing techniques reported by researchers in their publications and integrating this with clinical expertise. Several possible methods for ranking study designs have been proposed, but one of the most widely accepted is listed below (in rank order):

1) Systematic reviews and meta-analyses of (and limited to) well-conducted randomized controlled trials[1]
2) Randomized controlled trials
3) Cohort studies

---

[1] This does not include meta-analyses of observational research, which are subject to the same limitations as the underlying studies.

11

4) Case-control studies
5) Cross-sectional surveys
6) Case series and case reports

In epidemiological evaluations of a risk factor, randomized controlled studies might be completely unethical to be performed. It will be completely 'irrational' to design a study where some people are exposed to a potentially harmful agent versus another group which is not. Indeed, randomized clinical trials are the BEST level of research study design when evaluating the efficacy of a specific medication in a particular type of disease. The substitute for such, in epidemiologic studies, are cohort studies. Cohort studies typically observe large groups of individuals, recording the exposure to certain risk factors to find clues as possible causes of the disease. Such studies can be performed in a prospective (gather data going forward) or retrospective (look at data already collected) fashion. The Nurses' Health Study is one example of a large cohort study, and it has produced many important links between lifestyle choices and health by following hundreds of thousands of women across North America. Case control studies compare patients who have a disease or outcome of interest (cases) with patients who do not have the disease or outcome (controls), and looks back retrospectively to compare how frequently the exposure to a risk factor is present in each group to determine the relationship between the risk factor and the disease. Case control studies have the disadvantage of relying on the memory of an individual, and people with a condition may be more motivated to recall risk factors or may simply remember past exposures differently than people without the condition (also called recall bias).

Meta-analysis is a tool for combining data from multiple studies and can be used in both observational research and randomized controlled trials. The quality of the underlying studies is a major determinant of the outcome and reliability of a meta-analysis, as are decisions on which studies or data are included or excluded from the meta-analysis.  Meta-analyses are a subset of systematic reviews; a method for systematically combining pertinent qualitative and quantitative study data from several selected studies to develop a single conclusion that has greater statistical power. This conclusion is statistically stronger than the analysis of any single study, due to increased numbers of subjects, greater diversity among subjects, or accumulated effects and results; however, it may simply be a more precise incorrect answer.

The farming population appears to have a low-risk morbidity and mortality, a feature that has been attributed to a healthier lifestyle, and a more active one. However, some studies have shown an increased prevalence of hematopoietic tumors (leukemias and lymphomas) in this population. (Cantor 1982, Burmeister 1983, Blair 1985, Blair 1995) Of note, many of these studies report cases of lymphoma that predate Roundup's introduction to the market in 1975. Possible explanations for the association between farming and NHL include the exposure of aromatic solvents (diesel, etc), specific infections that occur in association with animal handling, and use of certain pesticides. (Hohenadel 2011, Koutros 2019) It is capital that, when evaluating any epidemiologic data concerning the use of specific agents (e.g. glyphosate), a careful approach must be used controlling for substances (other pesticides, solvents, etc.) that can account for the lymphoma risk. As an example of the latter, in the Agricultural Health Study (cohort study) the evaluation of the risk of lymphoma development for glyphosate was weighed against other confounding pesticides (atrazine, alachlor, metolachlor, trifluralin, 2,4-D).

12

Glyphosate (the most common commercial preparation is called 'Round-Up') was introduced as an herbicide during the mid 1970s and its use, both commercial and residential, has increased dramatically in the decades since its introduction. (EPA 2017) As of 2010, more than 750 products containing glyphosate as an herbicide have been made commercially available. Glyphosate acts by inhibiting the synthesis of aromatic amino acids, using a mechanism that is specific for plants. The current overall level of scientific evidence does not support, suggest, or prove an established causation between an increased risk for NHL and the use of glyphosate. Indeed, most entities in the US, Europe, Australia, and New Zealand, who have evaluated the potential risk of carcinogenicity and genotoxicity of glyphosate have deemed such compound as safe and non-carcinogenic in humans and animal studies. (BfR 2015, EFSA 2015, New Zealand 2016, APVMA 2017, ECHA 2017, EPA 2017, Health Canada 2017, BfR 2019, EPA Aug. 2019)

The available data on whether Roundup increases the risk of cancer in humans includes a large prospective cohort study in the United States (the Agricultural Health Study or AHS) and a pooled evaluation of three agricultural cohorts known as AGRICOH. (De Roos 2005, Andreotti 2018, Leon 2019) AHS is extremely informative with regard to whether Roundup increases NHL risk. This cohort study evaluated the risk of glyphosate in a prospective manner, using detailed questionnaires about exposure to the substance at baseline (meaning before the cancer developed), in a cohort of licensed pesticide applicators from North Carolina and Iowa. A total of 54,251 applicators were evaluated. The 2005 publication included 2,088 cancers that developed, and in 2018 a total of 7,290 cancers were reported. The advantage of both studies relies on the minimization of the recall bias that can be seen when comparing to case-control studies in a retrospective fashion. In 2005, no association between NHL and glyphosate was established (RR: 1.1 (0.7-1.9), after adjusting for age, lifestyle factors, and other pesticides), including comparisons of those individuals with the highest or lowest risk of exposure. A dose-relationship could not be established. In the subsequent and longer follow-up study by Andreotti in 2018 (with follow up through 2012/2013) confirmed the same findings identified in 2005, including the lack of an established risk for the development of multiple myeloma, with a median follow up of 17.5 years and no significant association between formulated glyphosate use and NHL or any subtype in any quartile of exposure and accounting for any lag time. A study by Leon et al (2019) included 2 cohort studies in Norway and France, and a population of cases from the Agricultural Health Study in the US with follow up through 2010/2011. In their analysis combining data from >300 000 farmers or agricultural workers from France, Norway and the USA, accruing more than 3.5 million person-years under risk, the majority of the hazard ratios observed suggested no association of 14 selected pesticide chemical groups and 33 individual active ingredients with the risk of NHL. The authors reported a lack of an association between risk of NHL overall and ever-use of glyphosate, and no association between glyphosate use and most subtypes studied. There was a borderline significant finding for DLBCL (HR: 1.36 (1.00-1.85), which has not been reproduced in the more updated AHS data (Andreotti 2018) and which Leon and colleagues recognize may have been a false positive association due to the number comparisons made.

In addition to the aforementioned cohort studies, several case control studies have shown no established association between glyphosate and increased risk of NHL after adjusting for other pesticides. The largest among them is a pooled analysis by Pahwa et al known as the North

13

American Pooled Project, which examined a total of 1690 NHL cases (including 113 glyphosate-exposed cases) and 5131 controls. There was no significant association between glyphosate and NHL after adjusting for ever use of the pesticides 2,4-D, dicamba, and malathion (OR: 1.13 (1.11-1.83) when proxy respondents were included; OR 0.95 (0.69-1.32) when proxies were excluded). There were not consistent associations between increasing duration or frequency of glyphosate use and NHL or any of the NHL subtypes evaluated. Notably, the 2019 publication by Pahwa and colleagues includes all of the cases and more from several earlier publications on pesticides and NHL, namely Cantor 1992, McDuffie 2001, and De Roos 2003. Some earlier, smaller case control studies did in some cases report associations between formulated glyphosate and NHL in at least some analyses, whereas others did not. (Hardell 1999, McDuffie 2001, Hardell 2002, De Roos 2003, Eriksson 2008, Orsi 2009, Cocco 2013), However, many of those studies share a number of limitations, including recall bias, small sample size, and failing in some cases (or some analyses) to adjust for other pesticides.

Meta-analysis studies have also been done to evaluate the risk of glyphosate exposure and NHL development. All, including most recent meta-analysis by Zhang et al. 2019, are confounded because they combine adjusted cases with unadjusted data, and currently none include all the data from more recent studies, Pahwa 2019 and Leon 2019. The lack of statistically significant heterogeneity among studies of NHL, based on an underpowered statistical test, does not indicate consistency of results.

Overall, the weight of the clinical, preclinical, and basic information in relationship between glyphosate use and the development of NHL suggest no causal relationship between the two.

**Robert L Dickey**   REDACTED



REDACTED



REDACTED

REDACTED                    He worked as a farmer and        REDACTED
                            REDACTED

The patient was a former president of the American Farm Growers Association. He testified at deposition that he has used Roundup and other glyphosate-based herbicides since approximately 1975. He noted, however, that his direct skin exposure to Roundup was generally limited. He also noted exposure to many other herbicides, pesticides and various chemicals during over that span in connection with his farming practice.

Follicular lymphoma is defined in revised the fourth edition of the WHO classification of Tumours of Haematopoietic and Lymphoid Tissues as a malignant neoplasm composed of follicle center (germinal center) B-cells, typically centrocytes and centroblasts. (Swerdlow 2017, 4th Ed. Revised) Follicular lymphoma is the second most common lymphoma worldwide after diffuse large B-cell lymphoma, accounting for 20% of Non-Hodgkin lymphomas (NHL). In the US, it is among the most common forms of NHL. The outcome is dependent on the clinical staging of the tumor and additional clinical prognostic factors as included in the FLIPI score. The outcome is also determined by the grading of the tumor, where higher grade FL (grade 3) has a more aggressive clinical course compared to lower grade FL (grade 1 or 2). At the time of diagnosis, Mr. Dickey had a low clinical stage REDACTED and favorable clinical risk factors in accordance to a FLIPI score, but a higher grade REDACTED histologically (grade 3A), and of course, as noted above, his clinical course since diagnosis has been excellent from a lymphoma perspective.

The pathogenesis of follicular lymphoma is largely unknown, but molecular alterations in

15

the tumor include the presence of the *IGH-BCL2* translocation, present in 80% of cases of FL. A subset of cases of FL (~15%) can also have translocations of the *BCL-6* gene REDACTED REDACTED In addition to such translocations, point mutations are also frequently encountered, particularly of the *BCL-6* gene, present in approximately 40% of cases of FL.

My synthesis of the clinical-pathologic findings in this case leads to the diagnosis of a follicular lymphoma, grade 3A, without any causal association with an environmental exposure. To a reasonable degree of medical and scientific certainty, Roundup did not play a causative role in the development of Mr. Dickey's follicular lymphoma. Nothing in Mr. Dickey's pathology, presentation, or clinical course indicates that Roundup played any role in the development of his lymphoma. The literature viewed in total does not establish or suggest an association between Roundup and follicular lymphoma, nor is Roundup an established cause of NHL in general, as discussed above.

I hold all of my opinions to a reasonable degree of medical and scientific certainty, based on my training, education, experience, and review of the relevant literature. I reserve the right to amend and/or supplement my opinions should new medical records, depositions or other evidence become available. I also reserve the right to comment on the opinions or testimony of others. I am compensated at an hourly rate of $500. My testimony in the last four years, by deposition or trial, is attached.

*Alejandro A. Gru, MD*

October 30, 2019

# Exhibit A

**ALEJANDRO ARIEL GRU, M.D.**



**(314-435-8971)**
**aag4b@virginia.edu**

## EDUCATION AND TRAINING

**Washington University in St. Louis School of Medicine – Department of Pathology**
**Fellow, Dermatopathology**
Start date July 1, 2012 (Board Certified, October 2013)

**Washington University in St. Louis School of Medicine – Department of Pathology**
**Fellow, Hematopathology**
Start date July 1, 2011 – June 2012 (Board Certified, October 2012)

**Washington University in St. Louis School of Medicine – Department of Pathology**
**Anatomic Pathology Resident and Surgical Pathology Fellow,**
Start date July 1, 2008 – June 2011 (Board Certified, July 2011)

**Washington University in St. Louis School of Medicine – Departments of Internal Medicine and Neurology**
**Intern / PGY2**
Start date July 1, 2006 – June 2008

**Universidad de Buenos Aires, School of Medicine**
Summa Cum Laude, Point Grade Average 9,82 (1-10)/GPA equivalent: 4.0/4.0
Graduated with Highest Honors
Buenos Aires, Argentina
March 1998 – December 2003
MD

**Colegio Nacional de Buenos Aires, Bachelor in Biological and Health Sciences**
Buenos Aires, Argentina
March 1992 - December 1997
BA with High Honors

## ACADEMIC POSITIONS

**University of Virginia Medical Center. Departments of Pathology & Dermatology. Associate Professor of Hematopathology and Dermatopathology, Charlottesville VA.**
July 1st, 2018 – Present

**University of Virginia Medical Center. Department of Pathology. Assistant Professor of Hematopathology and Dermatopathology, Charlottesville VA.**
August 1st, 2015 – 2018

**University of Virginia Medical Center. Department of Pathology. Dermatopathology Fellowship Program Director and Section Head, Charlottesville VA.**
July 1st, 2016 – Present

**University of Virginia Medical Center. Department of Dermatology. Assistant Professor, Charlottesville VA.**
July 1st, 2016 - 2018

05/24/19

**The Ohio State University Wexner Medical Center. Divisions of Dermatopathology & Hematopathology. Assistant Professor of Pathology. Columbus, OH.**
July 1, 2013 – July 30th, 2015

**The Ohio State University Wexner Medical Center. Division of Dermatology. Department of Internal Medicine. Assistant Professor of Dermatology. Columbus, OH.**
January 1st, 2014 - Present

**The Ohio State University Wexner Medical Center. Nationwide Children's Hospital. Division of Pediatric Dermatology. Pediatric Dermatopathology Consultant. Columbus, OH.**

## CERTIFICATIONS AND LICENSURES

**American Board of Pathology. Maintenance of Certification. November 2018.**

**American Board of Pathology, Dermatopathology. Board Certified. October 2013.**

**American Board of Pathology, Hematopathology Board Certified (Hematology). October 2012.**

**American Board of Pathology. Anatomic Pathology Board Certified (AP). July 2011.**

**Physician and Surgeon. Commonwealth of Virginia. Board of Medicine. 2015 – Present.**

**Physician and Surgeon. Division of Professional Registration. Ohio Medical Board. 2013 – Present.**

**Physician and Surgeon. Division of Professional Registration. The State Board of Registration for the Healing Arts. Missouri. 2010.**

**United States Medical License Examination (USMLE). Step 3. Score: 98 (98/99) / 238/260. Educational Commission for Foreign Medical Graduates. 2006**

**United States Medical License Examination (USMLE). Step 2CS. Passed. Educational Commission for Foreign Medical Graduates. 2005**

**United States Medical License Examination (USMLE). Step 2CK: Score: 99 (99/99) / 257/260. Educational Commission for Foreign Medical Graduates. 2005**

**United States Medical License Examination (USMLE). Step 1: Score: 99 (99/99) / 256/278. Educational Commission for Foreign Medical Graduates. 2003**

## AWARDS AND HONORS

**2016, Young Scientist Award. Danielle Kurant (mentor: Alejandro Gru). University of Virginia.**

**2011, Certificate of Merit / Stowell-Orbinson Surgical Pathology Award.** *The 8p11.2 Amplicon Is Associated with Hormonal Treatment Resistance and a Worse Clinical Outcome: Validation by FISH, aCGH and Gene Expression Profiling.* 100th Annual Meeting. United States and Canadian Academy of Pathology (USCAP).

05/24/19

**2009, Best Resident/Fellow oral presentation:** *Mucosal and Soft Parts Melanoma: A Clinicopathologic and Immunophenotypic Study of 122 cases.* 46th Annual Meeting. American Society of Dermatopathology (ASDP). Chicago, IL.

**2009,** Highest Score in 'Resident In Service Examination (RISE)' for Anatomic Pathology. ASCP.

## PROFESSIONAL SOCIETIES

### Leadership Roles

**United States Cutaneous Lymphoma Consortium (USCLC). Board of Directors. 2018 – Present.**

**Cutaneous Lymphoma International Consortium. PROCLIPI – Advanced Stage. Pathology Lead. 2016 – Present.**

**United States Cutaneous Lymphoma Consortium (USCLC) – Pathology Lead**

**Young Physicians Committee, Co-Chair. American Society of Dermatopathology (ASDP), 2014 – 2017.**

**Dermatopathology Abstract Review Committee, Lead. United States and Canadian Academy of Pathology. 2018 – Present.**

### Committees

**Cutaneous Lymphoma Foundation (CLF). Research Advisory Council. 2018 – Present.**

**SOLAR Faculty Program – Hematopathology. Seattle Genetics. Lecturer.**

**Cutaneous T-cell Lymphoma (CTCL) and T-cell Lymphoma. Advisory Boards. Seattle Genetics.**

**Bristol-Meyers Squibb (BMS). Tumor Advisory Board in Immunotherapy.**

**Membership Committee. United States and Canadian Academy of Pathology (USCAP). 2015 – 2019.**

**Diagnostic Quality Assurance Committee. Member. American Society of Dermatopathology (ASDP), 2017 – Present.**

**Maintenance of Certification Committee. Ad Hoc Member. American Society of Dermatopathology (ASDP), 2015 – 2017.**

**Cutaneous Lymphoma International Consortium (CLIC) – Hematopathology (Gru, Weisenburger and Wood) and Dermatopathology Committees (Guitart, Gru and Kim), 2014 – Present**

## SERVICES TO THE UNIVERSITY / TEACHING ACTIVITIES

**University of Virginia Medical School Admissions Committee. 2016 – 2017.**

**University of Virginia Institutional Biosafety Committee (IBC). 2015 – 2016.**

**Emily Couric Comprehensive Clinical Cancer Center. Member. 2015 – Present.**

**Hematology Clerkship.** Medical Student education in different areas of hematology.

**Dermatopathology Medical Student Elective. Director. University of Virginia. 2016 – Present.**

05/24/19

**Hematopathology Medical Student Elective. Director. University of Virginia, 2017 – Present.**

**Dermatopathology Fellowship Program Director. University of Virginia, 2016 – Present.**

PROFESSIONAL DEVELOPMENT

**WCP Laboratories, Cutaneous Pathology, St. Louis, MO, 2010 - Present**
I have been working continuously with Dr. Daniel Santa Cruz, ASDP awarded and world-renowned dermatopathologist, in several different research projects, and looking at a broad collection of fascinating cases.

**Department of Psychiatry, Washington University, St. Louis, MO, June 2005 – June 2006**
I worked as a post-doctoral research associate in the department of Psychiatry. I had a broad training in genetics of Parkinson's disease and schizophrenia and acquired vast exposure to different molecular techniques.

**Department of Neuropsychiatry, Hospital Argerich, Buenos Aires, Argentina, June 2004 – June 2005**
I worked as a resident in neuropsychiatry. I studied neurobehavioral disorders in the most prestigious public hospital of Buenos Aires.

**Department of Clinical Oncology, Memorial Sloan-Kettering Cancer Center, New York, NY, October 2003**
I did an elective rotation (subinternship) in clinical oncology as a part of my medical preliminary internship.

**Department of Pathology, Universidad de Buenos Aires, Buenos Aires, Argentina, March 2002 – December 2005**
I worked as a teaching assistant for the department of pathology. I participated in teaching activities, curriculum organization and testing for medical students.

EDITORIAL RESPONSIBILITIES

**Associate Editor Role**

**BMC Cancer. Associate Editor, 2013 – Present; Dermatopathology and Hematopathology.**

**Journal of Cutaneous Pathology, Associate Editor, 2019 – Present.**

**Seminars in Diagnostic Pathology, Associate Editor, 2019 – Present.**

**Editorial Boards**

**Journal of Cutaneous Pathology, Editorial Board, 2017 – 2019.**

**American Journal of Surgical Pathology. Editorial Board, 2016 – Present.**

**American Journal of Dermatopathology. Editorial Board, 2018 – Present.**

**Seminars in Diagnostic Pathology. Editorial Board, 2016 – 2019.**

**Ad Hoc Reviewer**

**Blood. Ad Hoc Reviewer, 2017 – Present.**

**JAMA Oncology. Ad Hoc Reviewer, 2017 – Present.**

05/24/19

**Journal of American Academy of Dermatology. Ad Hoc Reviewer, 2018 − Present. Oncotarget. Ad Hoc Reviewer, 2016 − Present.**

**JAMA Otolaryngology. Ad Hoc Reviewer, 2015 − Present.**

**IEEE Journal of Biomedical and Health Informatics. Ad Hoc Reviewer, 2016 − Present.**

**Journal of Clinical Pathology. Ad Hoc Reviewer, 2012 − Present; Melanocytic tumors.**

**International Journal of Dermatology. Ad Hoc Reviewer, 2014 − Present.**

GRANTS AND RESEARCH FUNDING SUPPORT

## Active

**D. Spatz Foundation.** An international prospective study of the clinical and pathologic parameters of advanced stage cutaneous T-cell lymphomas. Role: co-investigator. Funding: 5,000$.

**D. Spatz Foundation.** An international prospective study of the clinical and pathologic parameters of advanced stage cutaneous T-cell lymphomas. Role: co-investigator. Funding: 75,000$ (2017-2020).

**Stemline Therapeutics Pilot Grant.** Molecular analysis of Blastic plasmacytoid dendritic cell neoplasms. Role: Principal Investigator. Funding: 50,000 (2019-Present).

**Departmental Grant.** Molecular integrated analysis of Adult T-cell Leukemia / Lymphoma (ATLL). Role: principal investigator. Funding: 50,000 (2018 − Present).

**R03 Grant.** Understanding role of antibodies to melanoma peptides. Role: co-investigator. PI: Dr. Craig Slingluff (Division of Surgical Oncology).

## Completed

**Seattle Genetics**. Role Principal Investigator. Title: Role of EBV in tumor microenviroment in peripheral T-cell and NK cell lymphomas. Funding: 35,000$.

PUBLICATIONS

BOOKS AND CHAPTERS

## Senior Textbook Editorship

**Gru AA,** Zlotoff B, Wick MR, Dehner LP (main editors). ***Pediatric Dermatopathology and Dermatology. 1st Edition. Lippincott Wolters Kluwer Health. 2019 (multiple chapters written).***

**Gru AA** and Schaffer A (main editors) ***Hematopathology of the Skin: Clinical & Pathological Approach. 1st Edition. Lippincott Wolters Kluwer Health. 2016 (multiple chapters written).***

## Book Chapters
**Gru AA** and Santa Cruz D: *Tumors of the Skin.* In: Diagnostic Histopathology of Tumors, 5th Edition. Fletcher C. 2020. Elsevier Ed.

Cocks M, Porcu P, Wick MR, **Gru AA**. *Recent Advances in Cutaneous T-cell Lymphoma: Diagnostic and Prognostic Considerations. In:* Surgical Pathology Clinics of North America. *Xu, M, 2019. Elsevier Ed.*

Wenzinger C, Williams, E, **Gru AA**. *Updates in the Pathology of Precursor Lymphoid Neoplasms in the*

05/24/19

*Revised Fourth Edition of the WHO Classification of Tumors of Hematopoietic and Lymphoid Tissues*. In: Current Hematologic Malignancy Report. *Ballen C, 2018. Springer Ed.*

**Gru AA:** *Pathology of T-cell lymphomas: Diagnosis and Biomarker Discovery.* In: Non-Hodgkin Lymphoma - Pathology, Imaging, and Current Therapy. *Evens AM, Blum KA. 2014. Springer Ed.*

**Gru AA,** Allred DC: *Immunohistochemistry & beyond in breast cancer. In: Expert Clinical Perspective on Diagnosis & Management of Cancer. Analysis of Controversies & Uncertainties in Cancer 2014.* In Press.

**Gru AA,** Allred DC: *Molecular Pathology of Breast Cancer. In Molecular Surgical Pathology. 1st edition.* Springer Ed (2012)

## PEER REVIEWED ARTICLES

1. Gülseren D, Noland MM, **Gru AA.** *Coexistence of a Basal Cell Carcinoma and Leiomyosarcoma: An Unusual Collision Tumor. Am J Dermatopathol. 2019 Feb 22.*
   **Cited:** 0      **IF:** 1.426      **RANK:** 49 out of 63 Dermatology

2. Johnson W, Mishra A, Binder A, **Gru A**, Porcu P. *Mogamulizumab versus investigator choice in relapsed/refractory adult T-cell leukemia/lymphoma: all four one or none for all? Haematologica. 2019 May;104(5):864-867.*
   **Cited:** 0      **IF:** 9.09      **RANK:** 5 out of 70 Hematology

3. Duggan MC, Regan-Fendt K, Olaverria Salavaggione GN, Howard JH, Stiff AR, Sabella J, Latchana N, Markowitz J, **Gru A**, Tridandapani S, Eisfeld AK, de la Chapelle A, Carson WE. *Neuroblastoma RAS viral oncogene homolog mRNA is differentially spliced to give five distinct isoforms: implications for melanoma therapy. Melanoma Res. 2019 May 20.*
   **Cited:** 0      **IF:** 3.135      **RANK:** 11 out of 64 Oncology

4. Teran VA, McHargue C, **Gru AA**. *Photodistributed Rash Progressing to Erythroderma: Challenge. Am J Dermatopathol. 2019 Mar 20.*
   **Cited:** 0      **IF:** 1.426      **RANK:** 49 out of 63 Dermatology

5. Shakeri A, Kindley KJ, Noland MM, **Gru AA**. *IgG4-Related Skin Disease Presenting as a Pseudolymphoma in a White Adolescent Girl. Am J Dermatopathol. 2019 Feb 26.*
   **Cited:** 0      **IF:** 1.426      **RANK:** 49 out of 63 Dermatology

6. Martin SM, Flowers R, Saavedra AP, **Gru AA**. *A Reactive Peripheral Gamma-Delta T-cell Lymphoid Proliferation After a Tick Bite. Am J Dermatopathol. 2019 Jan 22.*
   **Cited:** 0      **IF:** 1.426      **RANK:** 49 out of 63 Dermatology

7. Kartan S, Johnson WT, Sokol K, Alpdogan O, **Gru AA**, Nikbakht N, Porcu P. *The spectrum of CD30+ T cell lymphoproliferative disorders in the skin. Chin Clin Oncol. 2019 Feb;8(1):3.*
   **Cited:** 0      **IF:** 9.09      **RANK:** 5 out of 70 Hematology

8. Chapman CM, Kwock J, Cresce N, Privette E, Cropley T, **Gru AA**. *IgG/IgA pemphigus in a patient with a history of pemphigus vulgaris: An example of epitope spreading? J Cutan Pathol. 2019 May;46(5):380-382.*
   **Cited:** 0      **IF:** 1.532      **RANK:** 40 out of 64 Dermatology

9. Oluwasanjo A, Kartan S, Johnson W, Alpdogan O, **Gru A**, Mishra A, Haverkos BM, Gong J, Porcu P. *Peripheral T-Cell Lymphoma, not Otherwise Specified (PTCL-NOS). Cancer Treat Res. 2019;176:83-98.*
   **Cited:** 0      **IF:** 1.532      **RANK:** 40 out of 64 Dermatology

10. Bush JW, **Gru AA**, Wick MR. *Immunoreactivity for Sox10 in Basaloid Neoplasms of The Skin. Appl Immunohistochem Mol Morphol. 2019 Feb;27(2):114-118.*
    **Cited:** 0      **IF:** 2.042      **RANK:** 36 out of 79 Pathology

11. Abbas A, Flowers RH, Noland MB, **Gru AA**. *Pruritic Blistering Eruption: Challenge.Am J Dermatopathol. 2018 Nov 5.*
    **Cited:** 0      **IF:** 1.426      **RANK:** 49 out of 63 Dermatology

*12.* **Gru AA**, Williams E, Junkins-Hopkins JM. *An Immune Suppression-associated EBV-positive Anaplastic Large Cell Lymphoma With a BRAF V600E Mutation. Am J Surg Pathol. 2019 Jan;43(1):140-146.*
**Cited:** 0          **IF:**     5.878          **RANK:** 8 out of 79 Pathology
*13.* Pollack K, Guffey D, **Gru AA**. *Necrotic Plaque on the Distal Nose With Diffuse Crateriform Nodules. JAMA Dermatol. 2018 Sep 5.*
**Cited:** 0          **IF:**     **8.107**          **RANK: 1 out of 64 Dermatology**
*14.* Dubyk F, **Gru AA**, Flowers R. *Refractory Hand Dermatitis With Massive Thumb Enlargement. Am J Dermatopathol. 2018 Sep 4.*
**Cited:** 0          **IF:**     1.426          **RANK:** 49 out of 63 Dermatology
*15.* Latchana N, DiVincenzo MJ, Regan K, Abrams Z, Zhang X, Jacob NK, **Gru AA**, Fadda P, Markowitz J, Howard JH, Carson WE 3rd. *Alterations in patient plasma microRNA expression profiles following resection of metastatic melanoma. J Surg Oncol. 2018 Sep;118(3):501-509.*
**Cited:** 0          **IF:**     2.886          **RANK:** 40 out of 200 Surgery
*16.* Coppock JD, Volaric AK, Mills AM, **Gru AA**. *Concordance levels of PD-L1 expression by immunohistochemistry, mRNA in situ hybridization, and outcome in lung carcinomas. Hum Pathol. 2018 Dec;82:282-288.*
**Cited:** 1          **IF:**     3.125          **RANK:** 19 out of 79 Pathology
*17.* Shakeri A, Kaffenberger BH, **Gru AA**. *Cutaneous macroglobulinosis as the initial presentation of Waldenström macroglobulinemia in a patient with a history of diffuse large B-cell lymphoma. J Cutan Pathol. 2018 Dec;45(12):962-964.*
**Cited:** 0          **IF:**     1.532          **RANK:** 40 out of 64 Dermatology
*18.* Davick JJ, Frierson HF, Smolkin M, **Gru AA**. *PD-L1 expression in tumor cells and the immunologic milieu of bladder carcinomas: a pathologic review of 165 cases. Hum Pathol. 2018 Nov;81:184-191.*
**Cited:** 0          **IF:**     3.125          **RANK:** 19 out of 79 Pathology
*19.* Wenzinger C, Williams E, **Gru AA**. *Updates in the Pathology of Precursor Lymphoid Neoplasms in the Revised Fourth Edition of the WHO Classification of Tumors of Hematopoietic and Lymphoid Tissues. Curr Hematol Malig Rep. 2018 Aug;13(4):275-288.*
**Cited:** 0          **IF:**     2.388          **RANK:** 39 out of 71 Hematology
*20.* **Gru AA**, Voorhess PJ. *A Case of ALK+ Anaplastic Large-Cell Lymphoma With Aberrant Myeloperoxidase Expression and Initial Cutaneous Presentation. Am J Dermatopathol. 2018 Jul;40(7):519-522.*
**Cited:** 0          **IF:**     1.426          **RANK:** 49 out of 64 Dermatology
*21.* Davick JJ, Kim J, Wick MR, **Gru AA**. *Indeterminate Dendritic Cell Tumor: A Report of Two New Cases Lacking the ETV3-NCOA2 Translocation and a Literature Review. Am J Dermatopathol. 2018 Oct;40(10):736-748.*
**Cited:** 1          **IF:**     1.426          **RANK:** 49 out of 64 Dermatology
*22.* Ronen S, **Gru AA**, Noland MM, Rowe DM, Wick MR. *Cutaneous Squamous Cell Carcinoma With Sclerosing Features: An Uncommon and Potentially Aggressive Variant. Am J Dermatopathol. 2018 Aug;40(8):575-579.*
**Cited:** 0          **IF:**     1.426          **RANK:** 49 out of 64 Dermatology
*23.* **Gru AA**, Wick MR, Eid M. *Primary cutaneous CD4+ small/medium T-cell lymphoproliferative disorder-clinical and histopathologic features, differential diagnosis, and treatment. Semin Cutan Med Surg. 2018 Mar;37(1):39-48.*
**Cited:** 0          **IF:**     0.973          **RANK:** 59 out of 64 Dermatology
*24.* Lee DE, Kaffenberger BH, **Gru AA**, Hamann D. *Temozolomide-induced inflammation of disseminated superficial actinic porokeratosis. Dermatol Online J. 2018 Mar 15;24(3).*
**Cited:** 0          **IF:**     0.973          **RANK:** 59 out of 64 Dermatology
*25.* Aguilera N, **Gru AA**. *Reexamining post-transplant lymphoproliferative disorders: Newly recognized and enigmatic types. Semin Diagn Pathol. 2018 Jul;35(4):236-246.*
**Cited:** 0          **IF:**     2.655          **RANK:** 25 out of 79 Pathology
*26.* Dehner LP, **Gru AA**. *Non-epithelial Tumors and Tumor-like Lesions of the Skin and Subcutis in Children. Pediatr Dev Pathol. 2018 Mar-Apr;21(2):150-207.*

05/24/19

**Cited:** 1          **IF:**     1.25          **RANK:** 61 out of 79 Pathology
27. **Gru AA**, Dehner LP. *Cutaneous Hematolymphoid and Histiocytic Proliferations in Children. Pediatr Dev Pathol. 2018 Mar-Apr;21(2):208-251.*
**Cited:** 1          **IF:**     1.25          **RANK:** 61 out of 79 Pathology
28. Yang C, **Gru AA**, Dehner LP. Common and not so Common Melanocytic Lesions in Children and Adolescents. Pediatr Dev Pathol. 2018 Mar-Apr;21(2):252-270.
**Cited:** 0          **IF:**     1.25          **RANK:** 61 out of 79 Pathology
29. **Gru AA**, Kim J, Pulitzer M, Guitart J, Battistella M, Wood GS, Cerroni L, Kempf W, Willemze R, Pawade J, Querfeld C, Schaffer A, Pincus L, Tetzlaff M, Duvic M, Scarisbrick J, Porcu P, Mangold AR, DiCaudo DJ, Shinohara M, Hong EK, Horton B, Kim YH. *The Use of Central Pathology Review With Digital Slide Scanning in Advanced-stage Mycosis Fungoides and Sézary Syndrome: A Multi-institutional and International Pathology Study. Am J Surg Pathol. 2018 Jun;42(6):726-734.*
**Cited:** 0          **IF:**     5.878          **RANK:** 8 out of 79 Pathology
30. Stowman AM, Hickman AW, Mauldin IS, Mahmutovic A, **Gru AA**, Slingluff CL Jr. *Lymphoid aggregates in desmoplastic melanoma have features of tertiary lymphoid structures. Melanoma Res. 2018 Jun;28(3):237-245.*
**Cited:** 1          **IF:**     3.135          **RANK:** 11 out of 64 Dermatology
31. **Gru AA**, Wick MR, Dai H. *A unique cases of dermatofibrosarcoma protuberans with melanocytic differentiation. Am J Dermatopathol. 2019 Apr;41(4):317-319.*
**Cited:** 0          **IF:**     1.426          **RANK:** 49 out of 64 Dermatology
32. **Gru AA**, Piris MA. *Re-Defining 'Reactive' lymphadenopathies: How molecular lessons have changed our minds. Semin Diagn Pathol. 2018 Jan;35(1):1-3.*
**Cited:** 0          **IF:**     2.655          **RANK:** 25 out of 79 Pathology
33. **Gru AA**, O'Malley DP. *Autoimmune and medication-induced lymphadenopathies. Semin Diagn Pathol. 2018 Jan;35(1):34-43.*
**Cited:** 1          **IF:**     2.655          **RANK:** 25 out of 79 Pathology
34. Phillips KA, Gaughan E, **Gru A**, Schiff D. Regression of an intramedullary spinal cord metastasis with a checkpoint inhibitor: a case report. CNS Oncol. 2017 Oct;6(4):275-280.
**Cited:** 1          **IF:**     2.655          **RANK:** 25 out of 79 Pathology
35. Yao K, Zhao W, Bajestani S, **Gru A**, Otterson G, Shilo K. *Comprehensive Next-Generation Sequencing Analysis is Recommended for the Management of Patients With Melanoma. Appl Immunohistochem Mol Morphol. 2018 Feb;26(2):e24-e25.*
**Cited:** 0          **IF:**     2.042          **RANK:** 36 out of 79 Pathology
36. Kalik JA, Friedman H, Bechtel MA, **Gru AA**, Kaffenberger BH. *Purpura Annularis Telangiectodes of Majocchi Associated With the Initiation and Rechallenge of Apremilast for Psoriasis Vulgaris. JAMA Dermatol. 2017 Aug 9.*
**Cited:** 0          **IF:**     5.817          **RANK:** 3 out of 63 Dermatology
37. Yao K, Zhao W, Bajestani S, **Gru A**, Otterson G, Shilo K. *Malignant Melanoma Presenting as Thoracic Midline Malignancy: Clinicopathologic and Molecular Features. Appl Immunohistochem Mol Morphol. 2017 Aug 2.*
**Cited:** 0          **IF:**     1.634          **RANK:** 50 out of 79 Pathology
38. Davick JJ, Gaughan E, Barry M, **Gru AA**. *Primary Cutaneous Small/Medium CD4+ T-cell Lymphoproliferative Disorder Occurring in a Patient With Metastatic Melanoma. Am J Dermatopathol. 2017 Jul 14.*
**Cited:** 2          **IF:**     1.426          **RANK:** 49 out of 64 Dermatology
39. Milam PB, Vasu SV, **Gru AA**, Kaffenberger BH. *Psoriasiform graft-versus-host disease distributed along Blaschko's lines. J Cutan Pathol. 2017 Jul 4.*
**Cited:** 2          **IF:**     1.317          **RANK:** 42 out of 63 Dermatology
40. **Gru AA**, Williams ES, Cao D. *Mixed Gonadal Germ Cell Tumor Composed of a Spermatocytic Tumor-Like Component and Germinoma Arising in Gonadoblastoma in a Phenotypic Woman With a 46, XX Peripheral Karyotype: Report of the First Case. Am J Surg Pathol. 2017 Sep;41(9):1290-1297.*
**Cited:** 9          **IF:**     5.363          **RANK:** 5 out of 79 Pathology

41. Elagib K, Lu CH, Mosoyan G, Khalil S, Zasadzinska E, Foltz D, Balogh P, **Gru AA**, Fuchs D, Rimsza L, Verhoeyen E, Sanso M, Fischer RP, Iancu-Rubin C, Goldfarb A. *An IGF2BP3-Cdk9 Pathway Governs the Human Fetal-Adult Megakaryocyte Transition. J Clin Invest. 2017 Jun 1;127(6):2365-2377.*
   **Cited:** 0        **IF:** **12.784**        **RANK:** 4 out of 128 Medicine, Research
42. Stowman AM, Hickman AW, **Gru AA**, Sligluff CL: *Histopathologic review of negative sentinel lymph node biopsies: an argument for the routine use of immunohistochemistry. Melanoma Res. 2017 Aug;27(4):369-376.*
   **Cited:** 0        **IF:** 2.615        **RANK:** 17 out of 63  Dermatology
43. Luo J, Liu S, Leung S, **Gru AA**, Tao Y, Hoog J, Ho J, Davies SR, Allred DC, Salavaggione AL, Snider J, Mardis ER, Nielsen TO, Ellis MJ. *An mRNA Gene Expression-Based Signature to Identify FGFR1-Amplified Estrogen Receptor-Positive Breast Tumors. J Mol Diagn. 2017 Jan;19(1):147-161.*
   **Cited:** 2        **IF:** 4.526        **RANK:** 11 out of 79 Pathology
44. Virmani P, Hwang SH, Hastings JG, Haverkos BM, Kohnken B, **Gru AA**, Mishra A, Fabbro SK, Horwitz SM, Porcu P. *Systemic therapy for cutaneous T-cell lymphoma: who, when, what, and why? Expert Rev Hematol. 2017 Feb;10(2):111-121.*
   **Cited:** 7        **IF:** 2.246        **RANK:**
45. Davick J, Wick MR, **Gru AA**. *Development of a Clonal Cutaneous T-cell Lymphoproliferative Process During Treatment with Immune Checkpoint Inhibitors for Metastatic Melanoma. Melanoma Res. 2017 Aug;27(4):383-386.*
   **Cited:** 1        **IF:** 1.095        **RANK:** 49 out of 63 Dermatology
46. Pruitt LG, Kidd LL, **Gru AA**. *A 56 year-old woman with multiple subcutaneous painful nodules in the absence of renal disease – Question. Am J Dermatopathol. 2017 Mar 31.*
   **Cited:** 0        **IF:** 1.095        **RANK:** 49 out of 63 Dermatology
47. Pruitt LG, Kidd LL, **Gru AA**. *A 56 year-old woman with multiple subcutaneous painful nodules in the absence of renal disease – Answer. Am J Dermatopathol. 2017 Mar 31.*
   **Cited:** 0        **IF:** 1.095        **RANK:** 49 out of 63 Dermatology
48. **Gru AA**, Jaffe ES. *The Landscape of Cutaneous Lymphomas in 2016, An Introduction. Semin Diagn Pathol. 2017 Jan;34(1):1-2.*
   **Cited:** 0        **IF:** 2.366        **RANK:** 29 out of 79 Pathology
49. **Gru AA**, Jaffe ES. *Cutaneous EBV-related lymphoproliferative disorders. Semin Diagn Pathol. 2017 Jan;34(1):60-75.*
   **Cited:** 0        **IF:** 2.366        **RANK:** 29 out of 79 Pathology
50. Wick MR, Santa Cruz DJ, **Gru AA**. *Non-lymphoid lesions that may mimic cutaneous hematopoietic neoplasms histologically. Semin Diagn Pathol. 2017 Jan;34(1):99-107.*
   **Cited:** 0        **IF:** 2.366        **RANK:** 29 out of 79 Pathology
51. Edwards LR, Kidd LL, **Gru AA**, Wilson BB. *Image Gallery: Necrobiotic xanthogranuloma in association with chronic myelomonocytic leukaemia. Br J Dermatol. 2017 Feb;176(2):e16.*
   **Cited:** 0        **IF:** 4.706        **RANK:** 5 out of 63 Dermatology
52. Edwards LR, Wilson BB, **Gru AA**. *A 75 year-old man with progressive generalized erythroderma and history of anaplastic large cell lymphoma. Am J Dermatopathol. 2017 Apr 7.*
   **Cited:** 0        **IF:** 1.095        **RANK:** 49 out of 63 Dermatology
53. **Gru AA,** Salavaggione AL. *Common spongiotic dermatoses. Semin Diagn Pathol. 2017 May;34(3):226-236.*
   **Cited:** 0        **IF:** 2.366        **RANK:** 29 out of 79 Pathology
54. **Gru AA,** Salavaggione AL. *Lichenoid and Interface dermatoses. Semin Diagn Pathol. 2017 May;34(3):237-249.*
   **Cited:** 0        **IF:** 2.366        **RANK:** 29 out of 79 Pathology
55. **Gru AA,** Salavaggione AL. *Vasculopathic and vasculitic dermatoses. Semin Diagn Pathol. 2017 May;34(3):285-300.*
   **Cited:** 0        **IF:** 2.366        **RANK:** 29 out of 79 Pathology
56. Wick MR, **Gru AA**. *Preface. Semin Diagn Pathol. 2017 May;34(3):209.*
   **Cited:** 0        **IF:** 2.366        **RANK:** 29 out of 79 Pathology
57. Haverkos BM, Coleman C, **Gru AA**, Pan Z, Brammer J, Rochford R, Mishra A, Oakes CC, Baiocchi RA, Freud AG, Porcu P. *Emerging insights on the pathogenesis and treatment of extranodal NK/T cell lymphomas (ENKTL).Discov Med. 2017 Mar;23(126):189-199.*

Cited:   0          IF:   3.426        RANK:
58. Dill EA, Atkins KA, Friedman LA, Moore ME, Bullock TN, Cross JV, Dillon PM, Mills AM. *PD-L1 Expression and Intratumoral Heterogeneity Across Breast Cancer Subtypes and Stages: An Assessment of 245 Primary and 40 Metastatic Tumors. Am J Surg Pathol. 2017 Mar;41(3):334-342.*

Cited:   0          IF:   5.363        RANK: 5 out of 79 Pathology
59. **Gru AA**. *Introduction to inflammatory dermatoses: Histological clues for the practicing pathologist. Semin Diagn Pathol. 2017 May;34(3):210-219.*

Cited:   0          IF:   2.366        RANK: 29 out of 79 Pathology
60. Morse MO, **Gru AA**, Kaffenberger J. *A 64-Year-Old Woman With an Atrophic Plaque on the Thigh-Answer. Am J Dermatopathol. 2017 Jan;39(1):62-63.*

Cited:   0          IF:   1.095        RANK: 49 out of 63 Dermatology
61. Morse MO, **Gru AA**, Kaffenberger J. *A 64-Year-Old Woman With an Atrophic Plaque on the Thigh-Question Am J Dermatopathol. 2017 Jan;39(1):45-46.*

Cited:   0          IF:   1.095        RANK: 49 out of 63 Dermatology
62. Cho BB, Kelting SM, **Gru AA**, LeGallo RD, Pramoonjago P, Goldin TA, Heitz CT, Aguilera NS. *Cyclin D1 expression and polysomy in lymphocyte-predominant cells of nodular lymphocyte-predominant Hodgkin lymphoma. Ann Diagn Pathol. 2017 Feb;26:10-15.*

Cited:   0          IF:   1.734        RANK: 47 out of 79 Pathology
63. Haverkos BM, Huang Y, **Gru A**A, Pancholi P, Freud AG, Mishra A, Ruppert AS, Baiocchi RA, Porcu P. *Frequency and clinical correlates of elevated plasma Epstein-Barr virus DNA at diagnosis in peripheral T-cell lymphomas. Int J Cancer. 2017 Apr 15;140(8):1899-1906.*

Cited:   0          IF:   6.513        RANK: 24 out of 217 Oncology
64. Reuss JE, Kunk PR, Stowman AM, **Gru AA**, Slingluff CL Jr, Gaughan EM. *Sarcoidosis in the setting of combination ipilimumab and nivolumab immunotherapy: a case report & review of the literature. J Immunother Cancer. 2016 Dec 20;4:94.*

Cited:   2          IF:   Pending      RANK: Pending
65. **Gru AA**, Maluf H. *Contributions of Dr. Louis "Pepper" Dehner to the art of cutaneous pathology, the first pediatric dermatopathologist. Semin Diagn Pathol. 2016 Nov;33(6):441-449.*

Cited:   0          IF:   2.366        RANK: 29 out of 79 Pathology
66. Smith SM, Milam PB, Fabbro SK, **Gru AA**, Kaffenberger BH. *Malignant intertrigo: A subset of toxic erythema of chemotherapy requiring recognition. JAAD Case Rep. 2016 Dec 7;2(6):476-481.*

Cited:   0          IF:   Pending      RANK: Pending
67. Haverkos BM, Pan Z, **Gru AA**, Freud AG, Rabinovitch R, Xu-Welliver M, Otto B, Barrionuevo C, Baiocchi RA, Rochford R, Porcu P. *Extranodal NK/T Cell Lymphoma, Nasal Type (ENKTL-NT): An Update on Epidemiology, Clinical Presentation, and Natural History in North American and European Cases. Curr Hematol Malig Rep. 2016 Dec;11(6):514-527.*

Cited:   1          IF:   2.029        RANK: 45 out of 70 Hematology
68. Ferris GJ, Fabbro S, **Gru A**, Kaffenberger J. *Xanthomatized Neutrophilic Dermatosis in a Patient With Myelodysplastic Syndrome. Am J Dermatopathol. 2017 May;39(5):384-387.*

Cited:   0          IF:   1.095        RANK: 49 out of 63 Dermatology
69. Latchana N, Regan K, Howard JH, Aldrink JH, Ranalli MA, Peters SB, Zhang X, **Gru A**, Payne PR, Suarez-Kelly LP, Carson WE 3rd. *Global microRNA profiling for diagnostic appraisal of melanocytic Spitz tumors. J Surg Res. 2016 Oct;205(2):350-8.*

Cited:   0          IF:   2.187        RANK: 77 out of 196 Surgery
70. Tian F, Patterson AT, Davick JJ, Ing SW, Kaffenberger BH, **Gru AA**. *The cutaneous expression of vitamin K-dependent and other osteogenic proteins in calciphylaxis stratified by clinical features and warfarin use: A case control study. J Am Acad Dermatol. 2016 Oct;75(4):840-842.e1.*

Cited:   2          IF:   7.002        RANK: 1 out of 63 Dermatology
71. Wick MR, **Gru AA**. *Metastatic melanoma: Pathologic characterization, current treatment, and complications of therapy. Semin Diagn Pathol. 2016 Jul;33(4):204-18.*

Cited:   1          IF:   2.366        RANK: 29 out of 79 Pathology
72. **Gru AA**, Hurley MY, Salavaggione AL, Brodell L, Sheinbein D, Anadkat M, Porcu P, Frater JL. *Cutaneous mantle cell lymphoma: a clinicopathologic review of 10 cases J Cutan Pathol. 2016 Dec;43(12):1112-1120.*

**Cited:** 0     **IF:** 1.317     **RANK:** 42 out of 63 Dermatology

73. Haverkos BM, **Gru AA**, Geyer SM, Bingman GM, Hemminger JA, Mishra A, Wong HK, Pancholi P, Freud AG, Caligiuri MA, Baiocchi RA, Porcu P. *Increased Levels of Plasma Epstein Barr Virus DNA Identify a Poor-Risk Subset of Patients With Advanced Stage Cutaneous T-Cell Lymphoma. Clin Lymphoma Myeloma Leuk. 2016 Aug;16 Suppl:S181-S190.*

**Cited:** 0     **IF:** 2.494     **RANK:** 38 out of 70 Hematology

74. Latchana N, Del Campo SE, Grignol VP, Clark JR, Albert SP, Zhang J, Wei L, Aldrink JH, Nicol KK, Ranalli MA, Peters SB, **Gru A**, Trihka P, Payne PR, Howard JH, Carson WE 3rd. *Classification of Indeterminate Melanocytic Lesions by MicroRNA Profiling. Ann Surg Oncol. 2017 Feb;24(2):347-354.*

**Cited:** 0     **IF:** 4.041     **RANK:** 17 out of 196 Surgery

75. Alinari L, **Gru AA**, Quinion C, Huang Y, Lozanski A, Lozanski G, Venkataraman JP, Oak E, Kreisel F, Bartlett NL, Park SI, Matthews S, Abramson JS, Lim HI, Martin P, Leonard JP, Cohen JB, Evens A, Al-Mansour Z, SIngavi A, Fenske TS, Blum KA. *De novo CD5+ Diffuse Large B-cell Lymphoma: Adverse outcomes in a large, multi-center, rituximab treated cohort. Am J Hematol. 2016 Jun;91(4):395-9.*

**Cited:** 3     **IF:** 5.275     **RANK:** 14 out of 70 Hematology

76. Kaffenberger BH, Zhang E, Duncan JR, Jaglowski S, Klisovic RB, Devine SM, Wong HK, **Gru AA.** *Endothelial chimerism in chronic sclerotic-type chronic Graft-versus-Host disease and GVHD-associated angiomatosis. Br J Dermatol. 2016 Oct;175(4):782-4.*

**Cited:** 0     **IF:** 4.706     **RANK:** 5 out of 63 Dermatology

77. Hsi AC, Hurley MY, Lee SJ, Rosman IS, Pang X, **Gru A**, Schaffer A. *Diagnostic utility of SOX11 immunohistochemistry in differentiating cutaneous spread of mantle cell lymphoma from primary cutaneous B-cell lymphomas. J Cutan Pathol. 2016 Apr;43(4):354-61.*

**Cited:** 1     **IF:** 1.317     **RANK:** 42 out of 63 Dermatology

78. Patterson AT, Kumar MG, Bayliss SJ, Witman PM, Dehner LP, **Gru AA**. *Eccrine Angiomatous Hamartoma: A Clinicopathologic Review of 18 Cases. Am J Dermatopathol. 2016 Jun;38(6):413-7.*

**Cited:** 1     **IF:** 1.095     **RANK:** 49 out of 63 Dermatology

79. Duncan JR, Kaffenberger BH, **Gru A**. *The necessity of clinicopathologic correlation: syphilis that could have been missed. J Cutan Pathol. 2016 Mar;43(3):295-7*

**Cited:** 0     **IF:** 1.317     **RANK:** 42 out of 63 Dermatology

80. Duncan JR, Kaffenberger BH, **Gru AA**. *Perianal Tumor With Overlap Features of Fibroadenoma and Phyllodes Tumor Arising From Anogenital Mammary-like Glands. Am J Dermatopathol. 2016 Aug;38(8):639-42.*

**Cited:** 0     **IF:** 1.095     **RANK:** 49 out of 63 Dermatology

81. **Gru AA**, Salavaggione AL, Anadkat M, Maluf H: *A 36 year-old man with an enlarging nodule on the buttock: Challenge. Am J Dermatopathol. 2016 Apr;38(4):300-1.*

**Cited:** 0     **IF:** 1.095     **RANK:** 49 out of 63 Dermatology

82. Fabbro S, Smith S, **Gru AA**, Byrd J, Jones J: *Panniculitis in Several Patients Undergoing Novel Therapy with Bruton's Tyrosine Kinase Inhibitor Ibrutinib for Lymphoid Leukemias. JAMA Oncol. 2015 Aug;1(5):684-6. doi: 10.1001/jamaoncol.2015.0457.*

**Cited:** 3     **IF:** 16.559     **RANK:** 8 out of 217 Oncology

83. **Gru AA**, Salavaggione AL, Anadkat M, Maluf H: *A 36 year-old man with an enlarging nodule on the buttock: Answer. Am J Dermatopathol. 2016 Apr;38(4):319-20.*

**Cited:** 0     **IF:** 1.095     **RANK:** 49 out of 63 Dermatology

84. Smith SM, Salavaggione AL, Kaffenberger B, **Gru AA**: *Follicular induction changes overlying a melanocytic nevus. Am J Dermatopathol. 2016 Mar;38(3):246-7.*

**Cited:** 0     **IF:** 1.095     **RANK:** 49 out of 63 Dermatology

85. Sponh GP, Ferris GJ, **Gru AA**, Kaffenberger J. *Mucin in the Dermis: A Case of Tender Tumors. Dermatol Online 2016. Dermatol Online J. 2016 Aug 15;22(8).*

**Cited:** 0     **IF:** 0.81     **RANK:** Pending

86. Haverkos B, Tyler K, **Gru AA**, Winardi FK, Frederickson J, Hastings J, Elkins C, Zhang X, Xu-Welliver M, Wong HK, Porcu P. *Primary Cutaneous B-Cell Lymphoma: Management and Patterns of Recurrence at the Multimodality Cutaneous Lymphoma Clinic of The Ohio State University. Oncologist. 2015 Oct;20(10):1161-6.*

**Cited:** 3     **RANK:** 51 out of 217 Oncology

05/24/19

87. Fauzi MF, Pennell M, Sahiner B, Chen W, Shana'ah A, Hemminger J, **Gru A**, Kurt H, Losos M, Joehlin-Price A, Kavran C, Smith SM, Nowacki N, Mansor S, Lozanski G, Gurcan MN. *Classification of follicular lymphoma: the effect of computer aid on pathologists grading. BMC Med Inform Decis Mak. 2015 Dec 30;15(1):115.*
**Cited:** 3      **IF:** 1.643      **RANK:** 15 out of 23 Med Informatics

88. McLaughlin CT, Kaffenberger BH, **Gru AA:** *A hybrid tumor with schwannoma-perineurioma-neurofibroma morphology. J Cutan Pathol. 2015 Nov;42(11):911-3.*
**Cited:** 0      **IF:** 1.317      **RANK:** 42 out of 63 Dermatology

89. Tyler KH, Haverkos BM, Hastings J, Hu E, Philips R, **Gru AA**, Welliver MX, Mishra A, Wong HK, Porcu P. *The Role of an Integrated Multidisciplinary Clinic in the Management of Patients with Cutaneous Lymphoma. Front Oncol. 2015 Jun 17;5:136. doi: 10.3389/fonc.2015.00136. eCollection 2015.*
**Cited:** 1      **IF:** 4.504      **RANK:** Pending

90. **Gru AA**, Haverkos BH, Freud AG, Hastings J, Nowacki NB, Barrionuevo C, Vigil CE, Rochford R, Natkunam Y, Baiocchi RA, Porcu P: *The Epstein-Barr Virus (EBV) in T Cell and NK Cell Lymphomas: Time for a Reassessment. Curr Hematol Malig Rep. 2015 Dec;10(4):456-67.*
**Cited:** 7      **IF:** 2.029      **RANK:** 45 out of 70 Hematology

91. Hibler J, Martin A, **Gru AA:** *A unique case of coexistent chronic lymphocytic leukemia and lymphomatoid papulosis. J Cutan Pathol. 2015 Apr;42(4):276-84.*
**Cited:** 0      **IF:** 1.317      **RANK:** 42 out of 63 Dermatology

92. **Gru AA**, Coughlin CC, Schapiro ML, Lombardi M, Martin A, Bayliss SJ, Dehner LP: *Pediatric aleukemic leukemia cutis: Report of 3 cases and review of the literature. Am J Dermatopathol. 2015 Jun;37(6):477-84.*
**Cited:** 2      **IF:** 1.095      **RANK:** 49 out of 63 Dermatology

93. Patel T, Kaffenberger B, **Gru AA:** *An Unusual Growth on the nipple - Question. Am J Dermatopathol. 2017 Mar;39(3):195-196.*
**Cited:** 0      **IF:** 1.095      **RANK:** 49 out of 63 Dermatology

94. Patel T, Kaffenberger B, **Gru AA**: *An Unusual Growth on the nipple - Answer. Am J Dermatopathol. 2017 Mar;39(3):228-229.*
95. **Cited:** 0      **IF:** 1.095      **RANK:** 49 out of 63 Dermatology

96. Hemminger J, Salavaggione AL, Allen C, **Gru AA**: *Painful oral ulcers with lymphadenopathy and respiratory symptoms: Challenge. Am J Dermatopathol. 2016 Jul;38(7):533-5.*
**Cited:** 0      **IF:** 1.095      **RANK:** 49 out of 63 Dermatology

97. Hemminger J, Salavaggione AL, Allen C, **Gru AA**: *Painful oral ulcers with lymphadenopathy and respiratory symptoms: Answer. Am J Dermatopathol. 2016 Jul;38(7):559-60.*
**Cited:** 0      **IF:** 1.095      **RANK:** 49 out of 63 Dermatology

98. **Gru AA**, Lehman NL, Otero J: *A 59 year-old man with history of renal transplantation, mental status changes, and multiple subcortical lesions. Brain Pathol. 2015 Nov;25(6):788-9.*
**Cited:** 0      **IF:** 5.272      **RANK:** 8 out of 79 Pathology

99. **Gru AA:** *Pathology of T-cell lymphomas: Diagnosis and Biomarker Discovery. Cancer Treat Res. 2015;165:51-95.*
**Cited:** 3      **IF:** 3.39      **RANK:** Pending

100. Samarghandi A, **Gru AA**, Natwa M, Barker DW. *18FDG PET/CT Appearance in Primary Cutaneous Diffuse Large B-Cell Lymphoma, Leg Type. Clin Nucl Med. 2015 Jun;40(6):506-8.*
**Cited:** 5      **IF:** 3.64      **RANK:** 19 out of 126 Radiology

101. Smith SM, Kiracofe EA, Clark LN, **Gru AA**: *Idiopathic Hypereosinophilic Syndrome With Cutaneous Manifestations and Flame Figures: A Spectrum of Eosinophilic Dermatoses Whose Features Overlap With Wells' Syndrome. Am J Dermatopathol. 2015 Dec;37(12):910-4.*
**Cited:** 1      **IF:** 1.095      **RANK:** 49 out of 63 Dermatology

102. Kaffenberger BH, Haverkos B, Tyler K, Wong HK, Porcu P, **Gru AA**: *Extranodal marginal zone lymphoma (MALT) – like presentations of angioimmunoblastic T-cell lymphoma: A T-cell lymphoma masquerading as a B-cell lymphoproliferative disorder. Am J Dermatopathol. 2015 Aug;37(8):604-13.*
**Cited:** 3      **IF:** 1.095      **RANK:** 49 out of 63 Dermatology

103.     Patterson AT, Andritsos L, Allen CM, **Gru A**, Kaffenberger BH.: *Multifocal epithelial hyperplasia (Heck disease) in a patient with chronic lymphocytic leukemia. J Cutan Pathol. 2014 Aug;41(8):694-6.*

104.     **Gru AA,** Becker N, Dehner LP, Pfeifer JD: *Mucosal Melanoma: Correlation of clinicopathologic, prognostic and molecular features. Melanoma Res. 2014 Aug;24(4):360-70.*

**Cited:**    9               **IF:**    2.615               **RANK:** 17 out of 63  Dermatology

105.     Mount CE, Ferraro D, **Gru AA**, Bradbury CM, Gay H, Cornelius LA: *Treatment of Pagetoid Reticulosis with Intensity Modulated Radiation Therapy. Dermatol Online J. 2014 Oct 15;20(10).*

**Cited:**    0               **IF:**    0.81               **RANK:** Pending

106.     Kaffenberger B, Zuo RC, **Gru AA**, Plotner AN, Sweeney SA, Devine S, Hymes SR, Cowen E: *Graft-versus-host disease-associated angiomatosis: A clinicopathologically distinct entity.J Am Acad Dermatol. 2014 Jun 30. pii: S0190-9622(14)01520-5.*

**Cited:**    3               **IF:**    7.002               **RANK:** 1 out of 63 Dermatology

107.     **Gru AA,** Lu D: *Concurrent malignant melanoma and classical Hodgkin lymphoma (CHL) in a 63 year old man. Diagn Pathol. 2013 Aug 9;8(1):135.*

**Cited:**    2               **IF:**    2.087               **RANK:** 34 out of 79 Pathology

108.     Coughlin CC, **Gru AA**, Fields RC, Bayliss S, Cornelius LA: *Malignant melanoma arising at the site of a prior giant congenital melanocytic nevus excision. JAMA Dermatol. 2014 Jan;150(1):100-1.*

**Cited:**    3               **IF:**    5.817               **RANK:** 3 out of 63 Dermatology

109.     **Gru AA**, Santa Cruz DJ. *Atypical Fibroxanthoma: A selective review. Semin Diagn Pathol. 2013 Feb;30(1):4-12.*

**Cited:**    17               **IF:**    2.366               **RANK:** 29 out of 79 Pathology

110.     Brodell L, **Gru AA**, Haughey B, Hurst EA: *Autologous fat transfer-induced facial nodule.. J Am Acad Dermatol. 2013 Aug;69(2):e107-8.*

**Cited:**    1               **IF:**    7.002               **RANK:** 1 out of 63 Dermatology

111.     Brodell LA, Hepper D, Lind AC, **Gru AA**, Anadkat MJ: *Histopathology of cutaneous eruptions in patients treated with epidermal growth factor receptor inhibitors. J Cutan Pathol. 2013 Oct;40(10):865-70.*

**Cited:**    10               **IF:**    1.317               **RANK:** 42 out of 63 Dermatology

112.     **Gru AA**, Kreisel FH, Duncavage E, Nguyen TT, Hassan A, Bartlett N, Frater JL. *Acute EBV infection masquerading as "In-situ Follicular Lymphoma": A diagnostic pitfall. Diagn Pathol. 2013 Jun 19;8:100.*

**Cited:**    2               **IF:**    2.087               **RANK:** 34 out of 79 Pathology

113.     **Gru AA**, Kolar G, Wagner-Johnston N, Schmidt R, Yaseen NR: *A 54 year-old man with progressive vision and hearing loss and diffuse pachymeningeal thickening. Brain Pathol. 2014 Mar;24(2):197-200.*

**Cited:**    0               **IF:**    5.272               **RANK:** 8 out of 79 Pathology

114.     **Gru AA,** Becker N, Pfeifer JD: *Angiosarcoma of the parotid gland with a EWS/ATF1 translocation: a diagnostic dilemma. J Clin Pathol. 2013 May;66(5):452-4.*

**Cited:**    7               **IF:**    2.687               **RANK:** 22 out of 79 Pathology

115.     **Gru AA,** Allred DC: *FGFR1 and the progression of non-invasive to invasive breast cancer. Breast Cancer Res. 2012 Nov 14;14(6):116.*

**Cited:**    10               **IF:**    6.345               **RANK:** 27 out of 217 Oncology

116.     Khoury NC, Chang J, **Gru AA,** Whyte M: *Resorptive Hypercalcemia in Post-Essential Thrombocythemia Myelofibrosis: Treatment with Denosumab. J Clin Endocrinol Metab. 2012 Jun 22*

**Cited:**    4               **IF:**    5.455               **RANK:** 20 out of 138 Endocrinology

117.     **Gru AA**, Pai R, Roma AA: *Pulmonary tumor thrombotic microangiopathy in patients with low-grade ovarían serous neoplasms: A clinicopathologic review of 2 cases of a previously unrecognized association. Int J Gynecol Pathol. 2012 Sep;31(5):438-42.*

**Cited:**    4               **IF:**    1.512               **RANK:** 56 out of 79 Pathology

118.     **Gru AA,** Hussaini M, Nguyen T, Frater JL, Kreisel F, Hassan A. *High prevalence  of 1p36 microdeletions in B-cell non-Hodgkin lymphomas is associated with PAX7 loss.  Int J Lab Hematol. 2013 Aug;35(4):e1-5.*

**Cited:**    0               **IF:**    2.03               **RANK:** 44 out of 70 Hematology

*119.* **Gru AA,** Santa Cruz DJ. *Osteochondrolipoma A subcutaneous lipoma with chondroid and bone differentiation of the chest wall. J Cut Pathol. 2012 Apr;39(4):461-3.*
**Cited:** 2 **IF:** 1.317 **RANK:** 42 out of 63 Dermatology
*120.* **Gru AA,** Fulling K, Perry A. *A 39 year-old man with a cerebellar mass and pancytopenia. Brain Pathol 2012 Mar;22(2):251-4.*
**Cited:** 4 **IF:** 5.272 **RANK:** 8 out of 79 Pathology
*121.* Cairns NJ, Perrin RJ, Schmidt RE, **Gru A**, Green KG, Carter D, Taylor-Reinwald L, Morris JC, Gitcho MA, Baloh RH. *TDP-43 proteinopathy in familial motor neurone disease with TARDBP A315T mutation: a case report. Neuropathol Appl Neurobiol. 2010 Dec;36(7):673-9*
**Cited:** 10 **IF:** 5.347 **RANK:** 6 out of 79 Pathology
*122.* **Gru A**, Craig Allred D**.** *High-resolution analyses of gene copy number reveal new insights into the prognosis of breast cancers. Breast Cancer Res Treat. 2011 Jul;128(1):41-3.*
**Cited:** 0 **IF:** 6.345 **RANK:** 27 out of 217 Oncology
*123.* Kularatna G, Azar RR, Mullady DK, Anderson CD, **Gru AA**. *Nearly missed GI stromal tumor: EUS diagnosis of a jejunal GI stromal tumor mistaken for a pancreatic mass on CT. Gastrointest Endosc. 2010* May;71(6):1065-6.
**Cited:** 1 **IF:** 6.501 **RANK:** 10 out of 79 Gastroenterology
*124.* **Gru AA,** Hassan A, Pfeifer J, Huettner PC: *Uterine Extramedullary Hematopoiesis: What is the Clinical Significance? Int J Gynecol Pathol. 2010 Jul;29(4):366-73.*
**Cited:** 5 **IF:** 1.512 **RANK:** 56 out of 79 Pathology
*125.* **Gru AA,** Dehner LP: *Catastrophic antiphospholipid syndrome in a child with trisomy 21. An acquired thrombopathy with a discussion of thrombopathies in childhood. Pediatr Dev Pathol. 2010 May-Jun;13(3):178-83.*
**Cited:** 1 **IF:** 1.089 **RANK:** 64 out of 79 Pathology
*126.* Dorsey DA, Masco DH, Dikranian K, Hyrc K, Masciotra L, Faddis B, Soriano M, **Gru AA,** Goldberg MP, De Erasquin GA*: Ultrastructural characterization of alpha-amino-3-hydroxy-5-methyl-4-isoxazolepropionic acid-induced cell death in embryonic dopaminergic neurons. Apoptosis 2006* 11(4) 535-44.
**Cited:** 6 **IF:** 3.833 **RANK:** 75 out of 189 Cell Biology


## ORAL PRESENTATIONS

**Gru AA:** *Non-MF CTCL A Journey to the Current Classification.* United States Cutaneous Lymphoma Consortium (USCLC). Washington DC. 2019.

**Gru AA:** *Lymph Node pathology in Mycosis Fungoides.* United States Cutaneous Lymphoma Consortium (USCLC). Washington DC. 2019.

**Gru AA** et al: *Genomic Alterations using OncoScan and aCGH in Adult T-cell Leukemia/Lymphoma (ATLL): A Characterization of 120 Cases from US, Peru, Brazil, and Spain.* 19th International Conference in Retrovirology − HTLV. Lima, Peru 2019.

**Gru AA**: *Updates in Cutaneous T-cell Lymphomas, rare subtypes*. T-cell Forum. La Jolla, CA 2019.

**Gru AA**: *Cutaneous Lymphomas*. USCAP Interactive Microscopy Course. Palm Springs, CA 2019.

**Gru AA** and Pawade J: *Informing Diagnosis and treatment in CTCL and PTCL. Satellite Symposium. 19th Meeting of European Association for Haematopathology*. Edinburgh, Scotland 2018.

**Gru AA**: *Clinicopathologic characteristics, prognostic and predictive biomarkers in Adult T-cell leukemia / Lymphoma (ATLL): A Characterization of 88 Cases from the Western Hemisphere*. EORTC meeting, St. Gallen Switzerland 2018.

Davick J and **Gru AA**: *Cytogenetic and Molecular Findings in Adult T-cell Leukemia / Lymphoma. A Characterization of Cases from South America and Europe using the OncoScan Plus Assay*. EORTC meeting, St. Gallen Switzerland 2018.

**Gru AA**[*], Battistella M, Beltraminelli H, Torres-Cabala C, Feldman A, Harris NL, Piris MA, Pawade J, Pulitzer M, Guitart J, Hong EK, Scarisbrick J, Kim YH. *Updates from the Central Pathology Review in Patients with Advanced Stage Mycosis Fungoides (MF) and Sezary Syndrome (SS) for the Global PROCLIPI Study.* EORTC meeting, St. Gallen Switzerland 2018.

**Gru AA:** *Pediatric vascular tumors*. IX Congress of Pathology. Mexican Division of International Academy of Pathology. Puebla, Mexico 2019.

**Gru AA:** *Pediatric superficial soft tissue tumors*. IX Congress of Pathology. Mexican Division of International Academy of Pathology. Puebla, Mexico 2019.

**Gru AA:** *Viral-associated Lymphomas in the Skin*. International Society of Dermatopathology XXXIX Annual Symposium. Sao Paulo, Brazil 2018.

**Gru AA:** *'Reactive' B-cell lymphoid proliferations, are they always benign?* American Society of Dermatopathology. Chicago, IL 2018.

**Gru AA**: *Histiocytic and mast cell neoplasms − What's new in the WHO world?* Pathology CME, Maui 2018.

**Gru AA**: *Updates in Cutaneous T-cell Lymphomas.* Pathology CME, Maui 2018.

**Gru AA**: *Updates in Cutaneous B-cell Lymphomas.* Pathology CME, Maui 2018.

**Gru AA**: *Pseudolymphomas.* Pathology CME, Maui 2018.

**Gru AA**: *Histologic Clues in the genodermatosis diagnoses.* Pathology CME, Napa Valley 2018.

**Gru AA**: *Cutaneous lymphomas in Children.* Pathology CME, Napa Valley 2018.

**Gru AA:** *Self-Assesment*. International Society of Dermatopathology Annual Meeting, San Diego CA 2018.

**Gru AA:** *Systemic Lymphomas with Skin Dissemination*. International Society of Dermatopathology Annual Meeting, San Diego CA 2018.

**Gru AA:** *Histopathologic Findings in HTLV-1 infection*. International Society of Dermatopathology Annual Meeting, San Diego CA 2018.

**Gru AA**: *Pediatric superficial soft tissue tumors*. Seminar of Pathology. S. L. Potosi, Mexico 2017.

**Gru AA**: *Cutaneous B-cell lymphomas*. Seminar of Pathology. S. L. Potosi, Mexico 2017.

**Gru AA**: *Cutaneous T-cell lymphomas*. Seminar of Pathology. S. L. Potosi, Mexico 2017.

**Gru AA**: *Blood Stage − Making Sense of BS*... United States Cutaneous Lymphoma Consortium (USCLC). Orlando FL. 2017.

**Gru AA**: *Cutaneous EBV-related lymphoproliferative disorders.* International Society of Dermatopathology Annual Symposium. Glasgow, Scotland 2017.

**Gru AA**: Pathology Central Review Process in PROCLIPI Study. EORTC Meeting, London 2017.

05/24/19

**Gru AA:** *Cutaneous Manifestations of HTLV-1 infection.* International Society of Dermatopathology Annual Symposium. Lima, Peru 2016.

**Gru AA:** Evening Slide Symposium Presentation. American Society of Dermatopathology. Chicago, IL 2016.

**Gru AA:** *Approach to the diagnosis of cutaneous T-cell lymphomas.* Virginia Society of Pathology. Annual Meeting. Richmond, VA 2016.

**Gru AA:** *Cutaneous T-cell lymphomas.* 2016 Southeastern Pathology Conference. Pathology education partners. Greenville, SC 2016.

**Gru AA:** *Cutaneous B-cell lymphomas.* 2016 Southeastern Pathology Conference. Pathology education partners. Greenville, SC 2016.

**Gru AA:** *Cutaneous Pseudolymphomas.* 2016 Southeastern Pathology Conference. Pathology education partners. Greenville, SC 2016.

**Gru AA,** Kim J, Pulitzer M, et al: *The role of digital slide scanning as a tool for central pathology review in an international multidisciplinary study of advanced stage cutaneous T-cell lymphoma.* World Congress of Cutaneous Lymphomas. New York, NY 2016.

Kwock J, **Gru AA:** *Cutaneous presentation of T-lymphoblastic leukemia in a child as the first manifestation of the disease.* American Society of Dermatopathology. Annual Meeting. Chicago, IL 2016.

**Gru AA:** *Pathologic parameters evaluation in an international consortium study of advanced stage cutaneous T-cell lymphoma (PROCLIPI study).* EORTC Annual Meeting. Milan, Italy 2015.

**Gru AA:** *Understanding mechanisms of ambiguity in oncogenesis.* Invited guest speaker. University of Santander. Santander, Spain 2015.

Hibler J, Martin A, **Gru AA:** *Coexistent lymphomatous papulosis and cutaneous involvement by chronic lymphocytic leukemia / small lymphocytic lymphoma.* ASDP Meeting. Washington DC, 2013.

**Gru AA**, Salavaggione AL, Anatelli F, Dehner LP, Lu D. *Fluorescent In-Situ Hybridization (FISH) as a Tool To Assess for Chromosome Changes in Malignant Melanoma with Co-Existing Melanocytic Nevus.* United States and Canadian Academy of Pathology. Annual meeting. San Antonio, TX, USA. 2011

**Gru AA**, Becker N, Lind A: *Mucosal and Soft Parts Melanoma: A Clinicopathologic, and Immunophenotypic Study of 122 Cases.* American Society of Dermatopathology. Anual Meeting. Chicago, IL, USA. 2009

### ABSTRACTS

**Gru AA** et al: *Genomic Alterations using OncoScan and aCGH in Adult T-cell Leukemia/Lymphoma (ATLL): A Characterization of 120 Cases from US, Peru, Brazil, and Spain.* 19th International Conference in Retrovirology − HTLV. Lima, Peru 2019.

Westover C, Bacchi C, **Gru AA**. *Clear Cell Sarcoma presenting on the skin of a 4 Year-Old Boy.* American Society of Dermatopathology Annual Meeting 2019, San Diego, CA.

Gradecki S, **Gru AA**. *Galectin-3 expression in 185 cases of metastatic melanoma.* American Society of Dermatopathology Annual Meeting 2019, San Diego, CA.

Forrester CJ, Melson G, **Gru AA.** *Persistent plaque on the scalp with Cutis verticis gyrata-like features.* American Society of Dermatopathology Annual Meeting 2019, San Diego, CA.
05/24/19

Gradecki S, **Gru AA**. *An Unusual Case of Renal Cell Carcinoma Presenting in the Skin by Direct Extension at a Laparoscopic Port Site.* International Society of Dermatopathology Annual Meeting 2019. Arlington, VA.

Volaric A, **Gru AA**. *Utilization of PD-1/PD-L1 Immunohistochemistry in Differentiating Classic Hodgkin Lymphoma from Reactive Conditions in Lymph Node Core-Needle Biopsies*. United States and Canadian Academy of Pathology (USCAP) Annual Meeting 2019, National Harbor, MD.

Gradecki S, Slingluff C, **Gru AA**. I*ndoleamine 2,3-deoxygenase (IDO) expression in metastatic melanoma.* American Society of Dermatopathology Annual Meeting 2018, Chicago IL.

**Gru AA**[*], Battistella M, Beltraminelli H, Torres-Cabala C, Feldman A, Harris NL, Piris MA, Pawade J, Pulitzer M, Guitart J, Hong EK, Scarisbrick J, Kim YH. *Updates from the Central Pathology Review in Patients with Advanced Stage Mycosis Fungoides (MF) and Sezary Syndrome (SS) for the Global PROCLIPI Study.* EORTC meeting, St. Gallen Switzerland 2018.

Davick J[*], Williams E, Barrionuevo C, Pulitzer M, Sanches Jr JA, Miyashiro D, Casavilca S, Duenas D, Ratner L, Ramos JC, Servitje O, Clement Esteller F, and **Gru AA**: *Cytogenetic and Molecular Findings in Adult T-cell Leukemia / Lymphoma. A Characterization of Cases from South America and Europe using the OncoScan Plus Assay*. EORTC meeting, St. Gallen Switzerland 2018.

**Gru AA**[*], Barrionuevo C, Pulitzer M, Sanches Jr JA, Miyashiro D, Schaffer A, Hsi A, Casavilca S, Duenas D, Servitje O, Clement Esteller F, Ratner L, Davick JJ, Williams E: *Clinicopathologic characteristics, prognostic and predictive biomarkers in Adult T-cell leukemia / Lymphoma (ATLL): A Characterization of 88 Cases from the Western Hemisphere*. EORTC meeting, St. Gallen Switzerland 2018.

Konopinski J, **Gru AA**. *A Case of Folliculotropic Mycosis Fungoides Mimicking Granuloma Annulare Clinically and Histologically.* American Society of Dermatopathology Annual Meeting 2018, Chicago IL.

Coppock JD, Volaric AK, Mills AM, **Gru AA.** *Concordance levels of PD-L1 expression by immunohistochemistry, mRNA in situ hybridization, and outcome in lung carcinomas.* United States and Canadian Academy of Pathology (USCAP) Annual Meeting 2018, Vancouver, Canada.

Eid M, **Gru AA**. *A case of ectopic hamartomatous thymoma.* American Society of Dermatopathology Annual Meeting 2017, Baltimore MD.

Bush J, Kaffenberger BK, **Gru AA**. *Cutaneous macroglobulinosis as the initial manifestation of Waldenstrom macroglobulinemia.* American Society of Dermatopathology Annual Meeting 2017, Baltimore MD.

Melson G, Guffey D, **Gru AA**, Noland MM. *Peripheral T cell lymphoma mimicking erythema annulare centrifugum.* American Society of Dermatopathology Annual Meeting 2017, Baltimore MD.

Horowitz S, Scarisbrick J, Dummer R, Duvic M, Kim YH, Walewski J, Whittaker S, Quaglino P, Zinzani PL, Wolter P, Eradat H, Ortiz-Romero P, Akilov OE, Trotman J, Taylor K, Dalle S, Weichenthal M, Fisher D, Dreno B, Stadler R, Feldman T, Kuzel TM, **Gru AA**, Wang Y, Palanca-Wessels MC, Lin HM, Little M, Miles Prince H. *Updated analyses of the international, open-label, randomised, phase 3 study, ALCANZA: Longer-term evidence for superiority of brentuximab vedotin over methotrexate or bexarotene for CD30-positive cutaneous T-cell lymphoma*. American Society of Hematology. 59th Annual Meeting 2017. Atlanta, GA.

05/24/19

LeBlanc FR, Yang J, Heller JH, Dighe S, Dunlap-Brown M, **Gru AA**, Wang HG, Feith DJ, Loughran TP. *Therapeutic efficacy of Mcl-1 antagonism in large granular lymphocyte leukemia.* American Society of Hematology. 59th Annual Meeting 2017. Atlanta, GA.

Davick J, Frierson HF, Smolkin M, **Gru AA**: *PD-L1 in Tumor Cells and the Immunologic Milieu of Bladder Carcinomas: A Pathologic Review of 177 Cases.* United States and Canadian Academy of Pathology. Annual Meeting. San Antonio, TX 2017.

Willis BC, Mills AM, Slingluff C, **Gru AA**: *Tumoral and Peritumoral Immune PD-L1 Expression in Vulvar and Vaginal In Situ and Malignant Melanoma.* United States and Canadian Academy of Pathology. Annual Meeting. San Antonio, TX 2017.

Dill EA, **Gru AA**, Atkins KA, Friedman LA, Moore ME, Bullock TN, Cross JV, Dillon PM, Mills AM. *PD-L1 Expression and Intratumoral Heterogeneity Across Breast Cancer Subtypes and Stages: An Assessment of 245 Primary and 40 Metastatic Tumors.* United States and Canadian Academy of Pathology. Annual Meeting. San Antonio, TX 2017.

Dai H, **Gru AA**: *Coexistence of type E lymphomatoid papulosis and folliculotropic mycosis fungoides.* American Society of Dermatopathology. Annual Meeting. Chicago, IL 2016.

Voorhess P, **Gru AA**: *A case of isolated primary cutaneous anaplastic large cell lymphoma, ALK-positive.* American Society of Dermatopathology. Annual Meeting. Chicago, IL 2016.

Smith SM, Milam PB, Fabbro SK, **Gru AA**, Kaffenberger BH. *Malignant intertrigo: A subset of toxic erythema of chemotherapy requiring recognition.* American Society of Dermatopathology. Annual Meeting. San Francisco CA 2015.

Davick JJ, Tian F, Patterson AT, Ing SW, Kaffenberger BH, **Gru AA**. *The cutaneous expression of vitamin K-dependent and other osteogenic proteins in calciphylaxis stratified by clinical features and warfarin use: A case control study.* United States and Canadian Academy of Pathology. Annual meeting. Seattle WA 2015.

Bhatti R, Porcu P, Haverkos B, Freud A, Baiocchi R, **Gru AA**. *The role of EBV in advanced cases of cutaneous T-cell lymphoma in prognosis and the immunologic (PD-1/PD-L1) milieu.* United States and Canadian Academy of Pathology. Annual meeting.
Seattle WA 2015.

Alinari L, **Gru AA**, Quinion C, Huang Y, Jones JA, Devine SM, Maddocks K, Christian B, Baiocchi RA, Blum KA: *Poor Prognostic Effect of CD5 Positivity for Patients with Diffuse Large B-Cell Lymphoma: Results from a Retrospective Single Institution Analysis.* American Society of Hematology. Annual Meeting, San Francisco 2014.

Kavran C, Peters SB, **Gru AA**: *Coexistence of EBV Positive Diffuse Large B-Cell Lymphoma and Angioimmunoblastic T-Cell Lymphoma.* American Society of Dermatopathology. Annual Meeting. Chicago 2014.

Clark L, Peters S, Dehner LP, **Gru AA**: *Eccrine angiomatous hamartomas, a clinicopathologic review of 14 cases.* United States and Canadian Academy of Pathology. Annual meeting. San Diego, CA. 2014.

Clark L, Peters S, **Gru AA**: *Extranodal marginal zone lymphoma-like presentations of angioimmunoblastic T-cell lymphoma.* ASDP Meeting. Washington DC, 2013.

**Gru AA,** Brodell LA, Anadkat MJ, Hurley MY, Dehner LP, Frater J: *Cutaneous mantle cell lymphoma: A clinicopathologic review.* United States and Canadian Academy of Pathology. Annual meeting. Baltimore, MD. 2013.

05/24/19

**Gru AA,** Santa Cruz D: *Inflammatory lobular hemangioma (ILH): a description of 18 cases with description of potential morphologic mimickers.* ASDP Meeting. Chicago, IL 2012.

**Gru AA,** Musiek A, Bartlett N, Dehner LP: *A Grey Zone B-cell Lymphoma (GZBCL) on the Skin (Large B-cell Lymphoma with Intermediate Features Between Diffuse Large B-cell and Burkitt's Lymphoma).* ASDP Meeting. Chicago, IL 2012.

**Gru AA,** Salavaggione AL, Robirds D, Branson J, Pfeifer JD, Huettner PC, Cao D: *Utility of FISH in the molecular diagnosis of Germ Cell Tumors.* United States and Canadian Academy of Pathology. Annual meeting. Vancouver, Canada. 2012

Hussaini M, **Gru AA,** Cashen A, Frater JL, Hassan A, Nguyen T, Kreisel F: Prognostic Value of 1p36 and p16 Deletions in Diffuse Large B-cell Lymphoma in Predicting Survival and Response to R-CHOP. College of American Pathologists. Dallas, TX, USA. 2011

**Gru AA,** Lu D: *An atypical Mycobacterial infection (M. Chelonae) of the skin in a patient receiving anti-VEGF therapy.* American Society of Dermatopathology. Annual Meeting. Seattle WA, USA. 2011

**Gru AA,** Dehner LP: *Cutaneous involvement by multiple myeloma: a pitfall in the differential diagnosis of cutaneous lymphoproliferative disorders.* American Society of Dermatopathology. Annual Meeting. Seattle WA, USA. 2011

**Gru AA,** Salavaggione AL, Hoog J, Snyder J, Tao Y, Ellis M, Allred DC. *The 8p11.2 Amplicon Is Associated with Hormonal Treatment Resistance and a Worse Clinical Outcome: Validation by FISH, aCGH and Gene Expression Profiling.* United States and Canadian Academy of Pathology. Annual meeting. San Antonio, TX, USA. 2011

**Gru AA,** Kreisel F, Hussaini M, Nguyen T, Frater JL, Hassan A. *1p36 Microdeletions are Prevalent hmong B-cell Non-Hodgkin Lymphomas and Associated with PAX7 loss.* United States and Canadian Academy of Pathology. Annual meeting. San Antonio, TX, USA. 2011

**Gru AA,** Salavaggione AL, Hoog J, Snyder J, Tao Y, Ellis M, Allred DC: *Amplification of the FGFR1 Gene andi ts Relationship with Gene Expression and Clinical Significance in Breast Cancer.* United States and Canadian Academy of Pathology. Annual meeting. Washington, DC, USA. 2010

**Gru AA,** Pai RK, Brunt EM. *Clinicopathologic and Molecular Characterization of Hepatocellular Adenomas (HCA) and Focal Nodular Hyperplasias (FNH).* United States and Canadian Academy of Pathology. Annual meeting. Washington, DC, USA. 2010

**Gru AA,** Kreisel F, Nguyen T, Frater JL, Hassan A: *Prevalence and Prognostic Significance of 1p36 Microdeletions in Non-Hodgkin B Cell Lymphomas (B-NHL).* United States and Canadian Academy of Pathology. Annual meeting. Washington, DC, USA. 2010

**Gru AA.** Lu D: *Concurrent Malignant Melanoma and Cutaneous Involvement by Hodgkin Lymphoma in a 63 year-old Man.* American Society of Dermatopathology. Annual Meeting. Atlanta, GA, USA. 2010

**Gru AA,** Dehner LP, Roma A: *Pulmonary Tumor Thrombotic Microangiopathy in Ovarian Serous Borderline Tumors: A clinicopathologic review of two cases.* American Society of Clinical Pathology. Anual meeting, Chicago, IL, USA. 2009

**Gru AA,** Dehner LP: *A Metastatic Ossifying Fibromyxoid Tumor of the Soft Parts with EWS Gene Aberrancy: A Novel Ewing's Sarcoma Family Neoplasm?* American Society of Clinical Pathology. Anual meeting, Chicago, IL, USA. 2009

**Gru AA,** Hassan A, Pfeifer J, Huettner PC: *Uterine Extramedullary Hematopoiesis: What is the Clinical Significance?* United States and Canadian Academy of Pathology, 98th Anual Meeting. Boston, MA, USA. 2009

05/24/19

**Gru AA**, White FV, Dehner LP: *A Catastrophic Antiphospholipid Syndrome in a Child with Trisomy 21.* United States and Canadian Academy of Pathology, 98th Anual Meeting. Boston, MA, USA. 2009

Morrissey M, Yamada K, **Gru AA**, De Erausquin G, Duntley S: *Consequences of neonatal REM sleep deprivation.* 21st Anual meeting of the associated Sleep medicine societies. 2007. Minneapolis, MN. USA.

Morrissey M, Yamada K, **Gru AA**, De Erausquin G, Duntley S: *Continuous EEG/EMG monitoring in suckling rat pups*. 21st Anual meeting of the associated sleep medicine societies. 2007. Minneapolis, MN, USA.

**Gru AA,** Ais E, Salavaggione AL, De la Huerta P, Butman J, De Erausquin GA, Allegri RF: *Peduncular Hallucinosis and Disinhibition in a patient with a Giant Pituitary Tumor.* American College of Physicians - Missouri Chapter. September 2006. The Lodge of Four Seasons. Lake of the Ozarks, Missouri. USA.

Gonzalez Aleman G, Calvo de Padilla M, Florenzano N, Mukherjee O, Martinez M, Bourdieu M, Guerrero G, Golberg Ermo X, Strejilevich SA, **Gru AA**, Svrakic N, Micheli F, Conesa HA, Cloninger CR, Goate A, De Erausquin GA: *Characterization of a motor endophenotype in never-treated persons with Schizophrenia and population controls in an Amerindian Population.* Society for Neuroscience 2006. October. Atlanta, Georgia. USA

## PROFESSIONAL SOCIETIES – FELLOW MEMBERSHIPS

American Society of Dermatopathology (ASDP). Fellow Member. 2012-Present
American Academy of Dermatology (AAD). Fellow associate member. 2015 - Present
International Society of Dermatopathology (ISDP). Member. 2015 – Present.
American Society of Clinical Pathology (ASCP). Member, 2009 - Present
United States and Canadian Academy of Pathology (USCAP). Member, 2009 – Present
American Academy of Neurology. Junior Membership. Member, 2007-08
United States Cutaneous Lymphoma Consortium. 2014 – Present
Cutaneous Lymphoma Foundation. 2014 - Present

# Exhibit B

Alejandro Ariel Gru, M.D.

Materials Reviewed (in conjunction with the materials cited in the report)

| Literature |
| --- |
| Acquavella, J. et al., Glyphosate biomonitoring for farmers and their families: results from the Farm Family Exposure Study, Environ Health Perspect 2004;112:321-326 |
| Acquavella, J. et al., Exposure misclassification in studies of agricultural pesticides, Epidemiology 2006;17(1):69–74 |
| Alavanja, M. et al., The Agricultural Health Study, Environ Health Perspect 1996;104:362-369 |
| Alavanja, M. et al., Non-Hodgkin Lymphoma risk and insecticide, fungicide and fumigant use in the Agricultural Health Study, PLOS One 2014;9(10):1-17 |
| Altieri, A, et al., Familial risk for non-Hodgkin lymphoma and other lymphoproliferative malignancies by histopathologic subtype: the Swedish Family–Cancer Database, Blood 2005;106:668-672 |
| Alvarez-Moya, C. et al., Comparison of the in vivo and in vitro genotoxicity of glyphosate isopropylamine salt in three different organisms, Genet Mol Biol 2014;37(1):105–110 |
| Andreotti, G. et al., Glyphosate use and cancer incidence in the Agricultural Health Study, J Natl Cancer Inst 2018;110:1-8 & Supp |
| Andreotti, G. et al., Author response: LTTE: Glyphosate use and cancer incidence in the Agricultural Health Study, JNCI 2019 (epublication) |
| Anisimov, V. et al., Cancer in rodents: does it tell us about cancer in humans? Nature Reviews Cancer 2005;5:807-819 |
| Australian Pesticides and Veterinary Medicines Authority (APVMA), Final Regulatory Position: Consideration of the Evidence for a Formal Reconsideration of Glyphosate (March 2017) |
| Benbrook, C. How did the US EPA and IARC reach diametrically opposed conclusions on the genotoxicity of glyphosate-based herbicides? Environ Sci Eur 2019;31:2 |
| BfR, 2015 Preface – Glyphosate Renewal Assessment Report Addendum (Aug. 31, 2015) |
| BfR, European Assessment of Glyphosate is Quality-Assured and Independent (Jan. 15, 2019) |
| Blair, A. et al., Leukemia cell types and agricultural practices in Nebraska, 10 Archives Envtl Health 1985;211-214 |
| Blair, A. et al., Agricultural exposures and cancer, Environ Health Perspect 1995;103:205-208. |
| Blair, A. et al., Reliability of reporting on life-style and agricultural factors by a sample of participants in the Agricultural Health Study from Iowa, Epidemiology 2002;13:94-99 |
| Blanpain, C. et al., DNA-damage response in tissue-specific and cancer stem cells, Cell Stem Cell 2011;8:16-29 |
| Bolognesi, C. et al. Genotoxic activity of glyphosate and its technical formulation Roundup, J Agric Food Chem 1997;45(5):1957-1962 |
| Bolognesi, C. et al., Biomonitoring of genotoxic risk in agricultural workers from five Colombian regions: association to occupational exposure to glyphosate, J Toxicol Environ Health 2009;72:986-997 |
| Bonovas, S. et al., Statins and cancer risk: a literature-based meta-analysis and meta-regression analysis of 35 randomized controlled trials, J Clin Oncol 2006;24:4808-4817 |

Bracken, M., Why are so many epidemiology associations inflated or wrong? Does poorly conducted animal research suggest implausible hypotheses? Ann Epidemiol 2009;19:220-224

Bradford, P. et al., Increased risk of second primary cancers after a diagnosis of melanoma, Arch Dermatol 2010;146:265-272

Browning, D. et al., Statins and cancer risk: a systematic review and meta-analysis, Int J Cancer 2006;120:833-843

Burmeister, L. et al., Selected cancer mortality and farm practices in Iowa, Am J Epidemiology 1983;118:72-77

Caini, S. et al., The risk of developing a second primary cancer in melanoma patients: a comprehensive review of the literature and meta-analysis, J Dermatol Science 2014;75:3-9

Cantor, K., Farming and mortality from non-Hodgkin's lymphoma: a case-control study, 29 Int'l J Cancer 1982;29:239-247

Cantor, K. et al., Pesticides and other agricultural risk factors for non-Hodgkin's lymphoma among men in Iowa and Minnesota, Cancer Research 1992;52:2447-2455

Cartwright, R. et al., Non-Hodgkin's lymphoma: case control epidemiological study in Yorkshire, Leukemia Research 1988;12(1):81-88

Castillo, J. et al., Obesity is associated with increased relative risk of diffuse large B-cell lymphoma: a meta-analysis of observational studies, Clin Lymphoma Myeloma Leuk 2014;14(2):122-130

Cerhan J., et al., Medical history, lifestyle, family history, and occupational risk factors for diffuse large b-cell lymphoma: the interlymph non-Hodgkin lymphoma subtypes project, J Natl Cancer Inst Monogr 2014;48:15–25

Chang, E. et al., Systematic review and meta-analysis of glyphosate exposure and risk of lymphohematopoietic cancers, J Environ Science Health 2016;51:402-428

Chao, C. et al., Type 2 diabetes mellitus and risk of non-Hodgkin lymphoma: a systematic review and meta-analysis, Am J Epidemiol 2008;168:471-480

Chaufan, G. et al., Glyphosate commercial formulation causes cytotoxicity, oxidative effects, and apoptosis on human cells, Int J Toxicol 2014;33:29–38

Chiu, B. et al., Agricultural pesticide use and risk of t(14;18)-defined subtypes of non-Hodgkin lymphoma, Blood 2006;108:1363-1369

Chiu, B. et al., Cigarette smoking, familial hematopoietic cancer, hair dye use, and risk of t(14;18)-defined subtypes of non-Hodgkin's lymphoma, Am J Epidemiol 2007;165:652-659

Cho, H. et al., Frequent basal cell cancer development is a clinical marker for inherited cancer susceptibility, JCI Insight 2018;3:e122744

Coalova, I. et al., Influence of the spray adjuvant on the toxicity effects of a glyphosate formulation, Toxicol In Vitro 2014;28(7):1306–1311

Coble, J. et al., An Updated Algorithm for Estimation of Pesticide Exposure Intensity in the Agricultural Health Study, Int. J. Environ. Res. Public Health 2011;8:4608-4622

Cocco, P. et al., Lymphoma risk and occupational exposure to pesticides: results of the Epilymph Study, Occup Environ Med 2013;70:91-98

Colt, JS et al., Residential insecticide use and risk of non-Hodgkin's lymphoma, Cancer Epidemiol Biomarkers Prev 2006;15(2):251-257

Dal Maso, L. et al., Hepatitis C virus and risk of lymphoma and other lymphoid neoplasms: a meta-analysis of epidemiologic studies, Cancer Epidemiology, Biomarkers & Prevention 2006;15(11):2078-2085

Dale, K. et al., Statins and cancer risk, JAMA 2006;295:74-80

Dalia, S. et al., Hepatitis B infection increases the risk of non-Hodgkin lymphoma: a meta-analysis of observational studies, Leukemia Research 2013;37:1107-1115

De Almeida, L. et al., Moderate levels of glyphosate and its formulations vary in their cytotoxicity and genotoxicity in a whole blood model and in human cell lines with different estrogen receptor status, 3 Biotech 2018;8:438

De Roos, A. et al., Integrative assessment of multiple pesticides as risk factors for non-Hodgkin's lymphoma among men, Occup Environ Med 2003;60:E11

De Roos, A. et al., Cancer incidence among glyphosate-exposed pesticide applicators in the Agricultrual Health Study, Environ Health Perspect 2005;113:49-54

DellaValle, CT et al., Risk-accepting personality and personal protective equipment use within the Agricultural Health Study, J Agromedicine 2012;17:264-276

Elie-Caille, C. et al., Morphological damages of a glyphosate-treated human keratinocyte cell line revealed by a micro- to nanoscale microscopic investigation, Cell Biol Toxicol 2009;26(4):331–339

Eriksson, M. et al., Pesticide exposure as risk factor for non-Hodgkin lymphoma including histopathological subgroup analysis, Int J Cancer 2008;123:1657-1663

European Chemicals Agency (ECHA), Committee for Risk Assessment Opinion on Glyphosate Through RAC Evaluation of Carcinogenicity (March 15, 2017)

European Food Safety Authority (EFSA), EFSA Explains the Carcinogenicity Assessment of Glyphosate (Nov. 12, 2015)

Fallah, M. et al., Autoimmune diseases associated with non-Hodgkin lymphoma: a nationwide cohort study, Annals of Oncology 2014;25:2025-2030

Ferri, G. et al., Risk of lymphoma subtypes by occupational exposure in southern Italy, J Occup Med Toxicol 2017;12:31

Food and Agriculture Organization of the United Nations (FAO)and World Health Organization (WHO), Summary Report on Pesticide Residues (May 2016)

Frisch, M. et al., Risk for subsequent cancer after diagnosis of basal cell carcinoma: a population-based, epidemiologic study, Ann Intern Med 1996;125:815-821

Gasnier, C. et al., Glyphosate-based herbicides are toxic and endocrine disruptors in human cell lines, Toxicology 2009;262(3):184–191

Gehin, A. et al., Vitamins C and E reverse effect of herbicide-induced toxicity on human epidermal cells HaCaT: a biochemometric approach, Int J Pharm 2005;288(2):219–226

George, J. et al., Studies on glyphosate-induced carcinogenicity in mouse skin: a proteomic approach, J Proteom 2010;73(5):951–964

George, J. et al., Emptying of intracellular calcium pool and oxidative stress imbalance are associated with the glyphosate-induced proliferation in human skin keratinocytes HaCaT Cells, ISRN Dermatology 2013:1–12

Gillezeau, C. et al., The evidence of human exposure to glyphosate: a review, Environ Health 2019;18:1-14

Goggins, W. et al., Evidence for an association between cutaneous melanoma and non-Hodgkin lymphoma, Cancer 2001;91:874-880

Gray, G. et al., The federal government's agricultural health study: a critical review with suggested improvements, Hum Ecol Risk Assess: An International Journal 2000;6(1):47–71

Greim, H. et al., Evaluation of carcinogenic potential of the herbicide glyphosate, drawing on tumor incidence data from fourteen chronic/carcinogenicity rodent studies, Crit Rev Toxicol 2015;45:185-208

Guyton, K. et al., Carcinogenicity of tetrachlorvinphos, parathion, malathion, diazinon, and glyphosate, Lancet Oncol 2015;16:490-491

Hall, P. et al., Non-Hodgkin's lymphoma and skin malignancies: shared etiology? Int J Cancer 1995;62:519-522

Hanahan, D. and Weinberg, R., The hallmarks of cancer, Cell 2000;100:57–70

Hanahan, D. and Weinberg, R., Hallmarks of cancer: the next generation, Cell 2011;144:646-674

Hardell, L. et al., Malignant lymphoma and exposure to chemicals, especially organic solvents, chlorophenols and phenoxy acids: a case-control study, Br J Cancer 1981;43:169-176

Hardell, L. et al., A case-control study of non-Hodgkin lymphoma and exposure to pesticides, Cancer 1999;85:1353-1360

Hardell, L. et al., Exposure to pesticides as risk factor for non-Hodgkin's lymphoma and hairy cell leukemia: pooled analysis of two Swedish case-control studies, Leuk Lymphoma 2002;43:1043-1049

Harrington, D. et al., New guidelines for statistical reporting in the Journal, New England J Med 2019;381(3):285-286

Hartge, P. et al., Residential herbicide use and risk of non-Hodgkin lymphoma, Cancer Epidemiol Biomarkers Prev 2005;14(4):934-937

Health Canada, Re-evaluation decision: Glyphosate (RVD2017-01), Executive Summary, pp. 1-9 (2017)

Health Canada, Statement from Health Canada on Glyphosate (Jan. 11, 2019)

Hedstrom, G. et al., The impact of age on survival of diffuse large B-cell lymphoma: a population-based study, Acta Oncologica 2015;54:916-923

Heltshe, S. et al., Using multiple imputation to assign pesticide use for non-responders in the follow-up questionnaire in the agricultural health study, J Expo Sci Environ Epidemiol 2012;22(4):409–416

Hemminki, K. et al., Subsequent cancers after in situ and invasive squamous cell carcinoma of the skin, Arch Dermatol 2000;136:647-651

Hidayat, K. et al., Anthropometric factors and non-Hodgkin's lymphoma risk: systematic review and meta-analysis of prospective studies, Critical Reviews in Oncology/ Hematology 2018;129:113-123

Hohenadel, K. et al., Exposure to multiple pesticides and risk of non-Hodgkin lymphoma in men from six Canadian provinces, Int J Environ Research & Public Health 2011;8:2320-2330

Hoppin, J. et al., Accuracy of self-reported pesticide use duration information from licensed pesticide applicators in the Agricultural Health Study, J Exposure Analysis & Environ Epidemiol 2002;12:313-318

Hu, L. et al., The Association between non-Hodgkin lymphoma and organophosphate pesticides exposure: a meta-analysis, Environmental Pollution 2017;231:319–328

International Agency for Research on Cancer (IARC), Monograph 112: Glyphosate (2015)

Kašuba, V. et al., Effects of low doses of glyphosate on DNA damage, cell proliferation and oxidative stress in the HepG2 cell line, Environ Sci Pollut Res 2017;24(23):19267–19281

Koller, V. et al., Cytotoxic and DNA-damaging properties of glyphosate and Roundup in human-derived buccal epithelial cells, Arch Toxicol 2012;86(5):805–813

Koutros, S. et al., An update of cancer incidence in the Agricultural Health Study, J Occupational & Envtl Med 2010;52:1098

Koutros, S. et al., Non-Hodgkin lymphoma risk and organophosphate and carbamate insecticide use in the north American pooled project, Environ Int 2019;127:199-205

Kraan, W. et al., High prevalence of oncogenic MYD88 and CD79B mutations in diffuse large B-cell lymphomas presenting at immune-privileged sites, Blood Cancer J 2013;3, e139; doi:10.1038/bcj.2013.28

Kwiatkowska, M. et al., The effect of metabolites and impurities of glyphosate on human erythrocytes (in vitro), Pestic Biochem Physiol 2014;109:34–43

Larsson, S. et al., Obesity and risk of non-Hodgkin's lymphoma: a meta-analysis, Int J Cancer 2007;121:1564-1570

Larsson, S. et al., Body Mass Index and risk of non-Hodgkin's and Hodgkin's lymphoma: a meta-analysis of prospective studies, Eur J Cancer 2011;47:2422-2430

LeBien T. and Tedder T., B lymphocytes: how they develop and function, Blood 2008;112:1570-1580

Lens, M. et al., An association between cutaneous melanoma and non-Hodgkin's lymphoma: pooled analysis of published data with a review, Annals Oncology 2005;16:460-465

Leon, M. et al., Pesticide use and risk of non-Hodgkin lymphoid malignancies in agricultural cohorts from France, Norway and the USA: a pooled analysis from the AGRICOH consortium, International J Epidemiol 2019;1-17

Li, M. et al., Hepatitis B virus and risk of non-Hodgkin lymphoma: an updated meta-analysis of 58 studies, J of Viral Hepatitis 2018;25(8):894-903

Lindhal, T., Instability and decay of the primary structure of DNA, Nature 1993;362:709-715

Linet, M. et al., Medical history, lifestyle, family history, and occupational risk factors for follicular lymphoma: the interlymph non-Hodgkin lymphoma subtypes project, J Natl Cancer Inst Monogr 2014;48:26–40

Lossos C. et al., Association between non-Hodgkin lymphoma and renal cell carcinoma, Leuk Lymphoma 2011;52(12):2254-61

Lueken, A. et al., Synergistic DNA damage by oxidative stress (induced by H2O2) and nongenotoxic environmental chemicals in human fibroblasts, Toxicol Lett 2004;147(1):35–43

Luo, D. et al., Exposure to organochlorine pesticides and non-hodgkin lymphoma: a meta-analysis of observational studies, Sci Rep 2016;6(1)

Luo, L. et al., In vitrocytotoxicity assessment of Roundup (glyphosate) in L-02 hepatocytes." J Environ Sci Health B 2017;52(6):410–417

Lynch, M., Rate, molecular spectrum, and consequences human mutation, Proceed Natl Acad Sci 2010;107:961-968

MacDonald, J., The toxicology of HMG-CoA reductase inhibitors: prediction of human risk, Toxicol Pathol 2004;32(Suppl. 2):26-41

| |
|---|
| Mañas, F. et al., Genotoxicity of glyphosate assessed by the comet assay and cytogenetic tests, Environ Toxicol Pharmacol 2009;28(1):37–41 |
| McDuffie, H. et al., Non-Hodgkin's lymphoma and specific pesticide exposures in men: cross-Canada study of pesticides and health, Cancer Epidemiol Biomarkers Prev 2001;10(11):1155-1163 |
| Mellemkjaer, L. et al., Autoimmune disease in individuals and close family members and susceptibility to non-Hodgkin's lymphoma, Arthritis & Rheumatism 2008;58(3):657-666 |
| Mesnage, R. et al., Potential toxic effects of glyphosate and its commercial formulations below regulatory limits, Food and Chemical Toxicology 2015;84:133-153 |
| Mitri, J. et al., Diabetes and risk of non-Hodgkin's lymphoma: a meta-analysis of observational studies, Diabetes Care 2008;31:2391-2397 |
| Mladinic, M. et al., Evaluation of genome damage and its relation to oxidative stress induced by glyphosate in human lymphocytes in vitro, Environ Mol Mutagen 2009;50(9):800–807 |
| Molina, A., A decade of rituximab: improving survival outcomes in non-Hodgkin's lymphoma, Annu Rev Med 2008;59:237–50 |
| Morton, L. et al., Etiologic heterogeneity among non-Hodgkin lymphoma subtypes: the InterLymph Non-Hodgkin Lymphoma Subtypes Project, J National Cancer Institute Monographs 2014;48:130-144 |
| Myers, J. et al., Concerns over use of glyphosate-based herbicides and risks associated with exposures: a consensus statement, Environmental Health 2016;15:19 |
| National Institutes of Health, SEER Cancer Statistics: Cancer Stat Facts, Non-Hodgkin Lymphoma (2019), available at https://seer.cancer.gov/statfacts/html/nhl.html |
| New Zealand Environmental Protection Agency, Review of the Evidence Relating to Glyphosate and Carcinogenicity (Aug. 2016) |
| Newman, C. et al., Statin safety and associated adverse events: a scientific statement from the American Heart Association, AHA Scientific Statement 2019;e38-e81 |
| Nugent, Z. et al., Risk of second primary cancer and death following a diagnosis of nonmelanoma skin cancer, Cancer Epidemiol Biomarkers Prev 2005;14:2584-2590 |
| Nussenzweig, A. and Nussenzweig, M., Origin of chromosomal translocations in lymphoid cancer, Cell 2010;141:27-38 |
| Ong, E. et al., Subsequent primary malignancies in patients with nonmelanoma skin cancer in England: a national record-linkage study, Cancer Epidemiol Biomarkers Prev 2014;23:490-498 |
| Orkin, S. and Zon, L., Hematopoiesis: an evolving paradigm for stem cell biology, Cell 2008;132:631-644 |
| Orsi, L. et al., Occupational exposure to pesticides and lymphoid neoplasms among men: results of a French case-control study, Occup Environ Med 2009;l66:291-298 |
| Pahwa, P. et al., Glyphosate use and associations with non-Hodgkin lymphoma major histological sub-types: findings from the North American Pooled Project, Scand J Work Environ Health 2019 (epublication) |
| Park, S. et al., Cancer incidence among paraquat exposed applicators in the agricultural health study: a prospective cohort study, Int J Occup Environ Health 2009;15(3):274–281 |
| Pawelec G. et al., Immunosenescence and cancer, J Geriatric Oncol 2010;1:20-26 |

Paz-y-Mino, C. et al., Evaluation of DNA damage in an Ecuadorian population exposed to glyphosate, Genetics & Molec Biol 2007;30:456-460

Paz-y-Mino, C. et al., Baseline determination in social, health, and genetic areas in communities affected by glyphosate aerial spraying on the northeastern Ecuadorian border, Rev Environ Health 2011;26:45-51

Perez-Duran P. et al., Oncogenic events triggered by AID, the adverse effect of antibody diversification, Carcinogenesis 2007;28(12):2427–2433

Pham-Ledard, A. et al., MYD88 somatic mutation is a genetic feature of primary cutaneous diffuse large B-cell lymphoma, leg type, J Invest Dermatol 2012;132:2118–2120

Rangarajan, A. et al., Comparative biology of mouse versus human cells: modelling human cancer in mice, Nature Reviews Cancer 2003;3:952-959

Rooney, S. et al., The role of the non-homologous end-joining pathway in lymphocyte development, Immunological Reviews 2004;200:115–131

Rosenberg, C., Association of nonmelanoma skin cancer with second malignancy: the Women's Health Initiative observational study, Cancer 2004;100:130-138

Santovito, A. et al., In vitro evaluation of genomic damage induced by glyphosate on human lymphocytes, Environ Sci Pollut Res 2018;25(34):34693–34700

Schinasi, L. et al., Non-Hodgkin lymphoma and occupational exposure to agricultural pesticide chemical groups and active ingredients: a systematic review and meta-analysis, Int J Environ Res Pub Health 2014;11:4449-4527

Sheppard, L. et al., LTTE: Glyphosate use and cancer incidence in the Agricultural Health Study, JNCI 2019 (epublication)

Stavnezer, J. et al., Mechanism and regulation of class switch recombination, Annu Rev Immunol 2008;26:261–92

Swerdlow, SH et al., Updated WHO classification of hematological malignancies: the 2016 revision of the World Health Organization classification of lymphoid neoplasms, Blood 2016;127:2375-2390

Swerdlow, SH et al., WHO Classification of Tumors of Haematopoietic and Lymphoid Tissues 2017 (Revised 4th ed.)

Tarazona, J. et al., Glyphosate toxicity and carcinogenicity: a review of the scientific basis of the European Union assessment and its differences with IARC, Arch Toxicol 2017;91:2723-2743

Tiacci, E. et al., BRAF mutations in hairy-cell leukemia, N Engl J Med 2011;364:2305–2315

Tomasetti, C. et al., Half or more of the somatic mutations in cancers of self-renewing tissues originate prior to tumor initiation, Proceed Natl Acad Sci 2013;110(6):1999-2004

Tomasetti, C. & Vogelstein B, Variation in cancer risk among tissues can be explained by the number of stem cell divisions, Science 2015;347(6217):78-81

Tomasetti, C. et al., Stem cell divisions, somatic mutations, cancer etiology, and cancer prevention, Science 2017;355:1330-1334

Townsend, M. et al., Evaluation of various glyphosate concentrations on DNA damage in human Raji cells and its impact on cytotoxicity, Regul Toxicol Pharmacol 2017;85:79–85

Treon, S. et al., MYD88 L265P somatic mutation in Waldenström's macroglobulinemia, N Engl J Med 2012;367:826–833

| |
|---|
| U.S. Department of Health and Human Services, Agency for Toxic Substances and Disease Registry - Toxicological Profile for Glyphosate, Draft for Public Comment (Mar 2019) |
| U.S. Environmental Protection Agency, Revised Glyphosate Issue Paper: Evaluation of Carcinogenic Potential (Dec. 2017) |
| U.S. Environmental Protection Agency, Glyphosate Proposed Interim Registration Review Decision (April 2019) |
| U.S. Environmental Protection Agency, Labeling Requirements for Products that Contain Glyphosate (Aug. 7, 2019) |
| Verwer, N. et al., Lymphoma occurring in patients with cutaneous melanoma, J Clin Pathol 2010;63:777-781 |
| Vigfusson, N. et al., The effect of the pesticides, Dexon, Captan and Roundup, on sister-chromatid exchanges in human lymphocytes in vitro Mutat Res 1980;79(1):53-57 |
| Vogelstein, B. and Kinzler K., Cancer genes and the pathways they control, Nat Medicine 2004;10(8):787-799 |
| Vogelstein B et al., Cancer Genome Landscapes, Science 2013;339(6127):1546-58 |
| Wang, Y. et al., Association between type 1 and type 2 diabetes and risk of non-Hodgkin's lymphoma: a meta-analysis of cohort studies, Diabetes & Metabolism 2019 (in press) |
| Wheless, L. et al., Nonmelanoma skin cancer and the risk of second primary cancers: a systematic review, Cancer Epidemiol Biomarkers Prev 2010;19:1686-1695 |
| Woźniak, E. et al., The mechanism of DNA damage induced by Roundup 360 PLUS, glyphosate and AMPA in human peripheral blood mononuclear cells -genotoxic risk assessment, Food Chem Toxicol 2018;120:510–522 |
| Yamada, S. et al., Primary diffuse large B cell lymphomas of central nervous system exhibit remarkably high prevalence of oncogenic MYD88 and CD79B mutations, Leukemia Lymphoma 2015;56(7):2141–2145 |
| Zhang, L. et al., Exposure to glyphosate-based herbicides and risk for non-Hodgkin lymphoma: A meta-analysis and supporting evidence, Mutation Research – Rev in Mutation Research 2019;781:186-206 |
| Zhou, XA et al., Genomic Analyses Identify Recurrent Alterations in Immune Evasion Genes in Diffuse Large B-Cell Lymphoma, Leg Type, J Invest Dermatol 2018;138(11):2365-2376 |
| Expert Reports |
| Expert Report of Kevin T. Palka, M.D., In Support of Specific Causation On Behalf of Plaintiff Robert Dickey and Attachments (In Re: Roundup Products Liability Litigation, Robert L. Dickey v. Monsanto Company) |
| Expert Report of William R. Sawyer, Ph.D., In Support of Specific Causation On Behalf of Plaintiff Robert Dickey and Attachments (In Re: Roundup Products Liability Litigation, Robert L. Dickey v. Monsanto Company) |
| Expert Report of Brent C. Staggs, M.D., In Support of Specific Causation On Behalf of Plaintiff Robert Dickey and Attachments (In Re: Roundup Products Liability Litigation, Robert L. Dickey v. Monsanto Company) |
| Expert Report of Christopher J. Portier, Ph.D., In Support of General Causation On Behalf of Plaintiffs (In Re: Roundup Products Liability Litigation, Case No. 16-md-02741-VC) |
| Updated Expert Report of Christopher J. Portier, Ph.D., In Support of General Causation On Behalf of Plaintiffs (In Re: Roundup Products Liability Litigation, Case No. 16-md-02741-VC) |

| |
|---|
| Rebuttal Expert Report of Christopher J. Portier, Ph.D., In Support of General Causation On Behalf of Plaintiffs (In Re: Roundup Products Liability Litigation, Case No. 16-md-02741-VC) |
| Supplemental Expert Report of Christopher J. Portier, Ph.D., In Support of General Causation On Behalf of Plaintiffs (In Re: Roundup Products Liability Litigation, Case No. 16-md-02741-VC) |
| Expert Report of Beate Ritz, M.D., Ph.D., In Support of General Causation On Behalf of Plaintiffs (In Re: Roundup Products Liability Litigation, Case No. 16-md-02741-VC) |
| Rebuttal Report of Beate Ritz, M.D., Ph.D., In Support of General Causation On Behalf of Plaintiffs (In Re: Roundup Products Liability Litigation, Case No. 16-md-02741-VC) |
| Supplemental Report of Beate Ritz, M.D., Ph.D., In Support of General Causation On Behalf of Plaintiffs (In Re: Roundup Products Liability Litigation, Case No. 16-md-02741-VC) |
| Expert Report of Dennis Weisenburger, M.D., In Support of General Causation On Behalf of Plaintiffs (In Re: Roundup Products Liability Litigation, Case No. 16-md-02741-VC) |
| Supplemental Report of Dennis Weisenburger, M.D., In Support of General Causation On Behalf of Plaintiffs (In Re: Roundup Products Liability Litigation, Case No. 16-md-02741-VC) |
| Medical Records |
| DickeyRobertL_AdvancedBioenergyIncHRs_00000001_00000001 |
| DickeyRobertL_Auths_00000001_00000033 |
| DickeyRobertL_Auths_00000034_00000034 |
| DickeyRobertL_CardiovascularAssocsPCMedRecsDept_00000001_00000091 |
| DickeyRobertL_CleanFlexPowerSystemsLLCHRs_00000001_00000008 |
| DickeyRobertL_CleanFlexPowerSystemsLLCHRs_00000009_00000009 |
| DickeyRobertL_CNOS_00000001_00000005 |
| DickeyRobertL_CNOS_00000006_00000080 |
| DickeyRobertL_CNOS_00000081_00000081 |
| DickeyRobertL_DeptofVeteransAffairsMedCtrPathDept_00000001_00000004 |
| DickeyRobertL_DeptofVeteransAffairsMedCtrRadDept_00000001_00000001 |
| DickeyRobertL_ElkhornValleyBank_00000001_00000001 |
| DickeyRobertL_FaithRegionalCardiovascularInstitute_00000001_00000004 |
| DickeyRobertL_FaithRegionalCardiovascularInstitute_00000005_00000005 |
| DickeyRobertL_FaithRegionalCardiovascularInstitute_00000006_00000044 |
| DickeyRobertL_FaithRegionalCardiovascularInstitute_00000045_00000045 |
| DickeyRobertL_HuskerAGLLCHRs_00000001_00000001 |
| DickeyRobertL_LaurelMedClinic_00000001_00000092 |
| DickeyRobertL_LaurelMedClinic_00000093_00000115 |
| DickeyRobertL_LaurelMedClinic_00000116_00000214 |
| DickeyRobertL_MediHomePharmacy_00000001_00000001 |
| DickeyRobertL_MercyMedCtrMedRecsDept_00000001_00000209 |
| DickeyRobertL_MercyMedCtrPathDept_00000001_00000001 |
| DickeyRobertL_MercyMedCtrPathDept_00000002_00000002 |
| DickeyRobertL_MercyMedCtrPathDept_00000003_00000003 |
| DickeyRobertL_MercyMedCtrPathDept_00000004_00000006 |
| DickeyRobertL_MercyMedCtrPathDept_00000007_00000007 |
| DickeyRobertL_MercyMedCtrPatientAccts_00000001_00000021 |
| DickeyRobertL_MercyMedCtrPatientAccts_00000022_00000022 |

| |
|---|
| DickeyRobertL  MercyMedCtrRadDept_00000001_00000001 |
| DickeyRobertL  MethodistEstabrookCancerCtr_00000001_00000399 |
| DickeyRobertL  MewbourneOilCompanyHRs_00000001_00000001 |
| DickeyRobertL  MidwestDermatologyClinicPC_00000001_00000034 |
| DickeyRobertL  MidwestDermatologyClinicPC_00000035_00000035 |
| DickeyRobertL  MidwestDermatologyClinicPC_00000036_00000045 |
| DickeyRobertL  NebraskaCornBoardHRs_00000001_00000027 |
| DickeyRobertL  PlaintiffFactSheet_00000001_00000012 |
| DickeyRobertL  PlaintiffProducedRecs_00000001_00000388 |
| DickeyRobertL  PlaintiffProducedRecs_00000389_00000478 |
| DickeyRobertL  PlaintiffProducedRecs_00000479_00001136 |
| DickeyRobertL  PlaintiffProducedRecs_00001137_00001180 |
| DickeyRobertL  PlaintiffProducedRecs_00001181_00001269 |
| DickeyRobertL  ProvidenceMedCtrMedRecsDept_00000001_00000237 |
| DickeyRobertL  ProvidenceMedCtrMedRecsDept_00000238_00000751 |
| DickeyRobertL  ProvidenceMedCtrMedRecsDept_00000752_00000752 |
| DickeyRobertL  ProvidenceMedCtrPathDept_00000001_00000001 |
| DickeyRobertL  ProvidenceMedCtrPatientAccts_00000001_00000008 |
| DickeyRobertL  ProvidenceMedCtrRadDept_00000001_00000001 |
| DickeyRobertL  ProvidenceMedCtrRadDept_00000002_00000002 |
| DickeyRobertL  SSARetirementandDisability_00000001_00000011 |
| DickeyRobertL  UnityPointHealthStLukesPathDept_00000001_00000001 |
| DickeyRobertL  UnivofNebraskaMedCtrMedRecsDept_00000001_00000348 |
| DickeyRobertL  UnivofNebraskaMedCtrPathDept_00000001_00000004 |
| DickeyRobertL  UnivofNebraskaMedCtrPathDept_00000005_00000015 |
| DickeyRobertL  UnivofNebraskaMedCtrPathDept_00000016_00000030 |
| DickeyRobertL  UnivofNebraskaMedCtrPathDept_00000031_00000033 |
| DickeyRobertL  UnivofNebraskaMedCtrPatientAccts_00000001_00000012 |
| DickeyRobertL  UnivofNebraskaMedCtrPatientAccts_00000013_00000024 |
| DickeyRobertL  UnivofNebraskaMedCtrPatientAccts_00000025_00000025 |
| DickeyRobertL  UnivofNebraskaMedCtrRadDept_00000001_00000001 |
| DickeyRobertL  VallartaMedCtrMedRecsDept_00000001_00000027 |
| DickeyRobertL  VallartaMedCtrPatientAccts_00000001_00000004 |
| DickeyRobertL  VallartaMedCtrPatientAccts_00000005_00000005 |
| DickeyRobertL  VANebraskaWesternIowaHealthCareSystemMedRecsDept_00000001_00000008 |
| DickeyRobertL  VANebraskaWesternIowaHealthCareSystemMedRecsDept_00000009_00000758 |
| DickeyRobertL  VANebraskaWesternIowaHealthCareSystemMedRecsDept_00000759_00000932 |
| DickeyRobertL  VANebraskaWesternIowaHealthCareSystemMedRecsDept_00000933_00000933 |
| DickeyRobertL  VANebraskaWesternIowaHealthCareSystemPathDept_00000001_00000001 |
| DickeyRobertL  WayneSportandSpineCtrLLC_00000001_00000001 |
| Pathology slides from 10/8/08 FNA Right Neck |
| Pathology slides from 11/3/08 Right Neck Mass, Fine Needle Aspiration |
| Pathology slides from 11/3/08 Left Thyroid, Fine Needle Aspiration |

| |
|---|
| Pathology slides from 11/10/08 Right Jugular Chain Lymph Node |
| Pathology slides from 12/8/08 Bone Marrow Aspirate |
| Pathology slides from 12/8/08 Bone Marrow Biopsy |
| Depositions |
| Deposition of Robert Dickey, taken 7/16/2019 and Exhibits |
| Deposition of James Armitage, M.D., taken 8/5/2019 and Exhibits |
| Deposition of David Felber, M.D., taken 8/12/2019 and Exhibits |
| Deposition of Sam Recob, M.D., taken 9/17/2019 and Exhibits |
| Deposition of Julie Vose, M.D., taken 8/5/2019 and Exhibits |

# Exhibit C

**Alejandro Ariel Gru, M.D.**

In the past four years I have given sworn expert testimony in the following matters:

*Susan Marie Ricotti v. Dr. Carlos Ricotti* (deposition and trial)
11th Judicial Circuit, Miami-Dade County, Florida, Case No. 2015-002550-FC-04
Miami, Florida, September 2018

*Eva Greber and Alex Greber v. Meridian Pain & Diagnostics, Inc. d/b/a Meridian Medspa and Ronald Demeo, M.D* (deposition)
State of Florida, Division of Administrative Hearings, Case No. 17-2536MA
Miami, Florida, April 2018