# Exhibit 5

**Expert Report of Peter T. Silberstein, MD, F.A.C.P**
***Larry Domina v. Monsanto***

## I.     Professional and Academic Background

I am currently a Professor in Internal Medicine and Chief of Hematology/Oncology at Creighton University in Omaha, Nebraska.  I also serve as Chief of Oncology at the Veterans Administration Hospital in Omaha.  I received my undergraduate degree at Amherst College and my medical degree at the State University New York at Buffalo.  I was a resident in Internal Medicine at the University of Iowa and had a Fellowship in Hematology/Oncology at the University of Minnesota.  I am Board Certified in Internal Medicine with subspecialty certification in Hematology and Oncology.  I have received the honor of Best Doctors in America 12 times since 2005, most recently in 2018.  In 2008, I received the Dedicated Teaching Award at Creighton University, School of Medicine and the James Sullivan Excellent Education Medical Residents Award: Creighton University in 2005, 2007, and 2008.  In 2016, I received the award of Top Oncologist in Omaha from the International Association of Oncologists.

I have been treating patients with Non-Hodgkin's Lymphoma (NHL) since 1982.  I give annual lectures to the Medical Students on Treatment of both Hodgkin's and Non-Hodgkin's Lymphoma. I give lectures to the Internal Medicine Residents on Non-Hodgkin's Lymphoma. I treat patients with NHL both at the Creighton University Medical Center, Bergan Campus, Omaha, Nebraska and Veterans Administration Hospital, Omaha, Nebraska.

I practiced in Mason City, Iowa for 17 years.  This is middle of farm country, and many of my NHL patients were farmers. I have practiced at the Veterans Administration Hospital for over 17 years.  I have practiced in Omaha, Nebraska for over 17 years.  Nebraska and nearby Iowa are "farm states" where the population are farmers or others who live in rural areas.

My curriculum vitae is attached as Exhibit A.  A list of medical literature, medical records, and other materials reviewed for this case is attached as Exhibit B.  My hourly rate in this matter is $450 for review of records and preparation of a report, and my fee schedule is attached Exhibit C.  A list of my prior testimony as an expert witness over the past four years is attached as Exhibit D.  All the opinions expressed in this report are stated to a reasonable degree of medical certainty.  I reserve the right to amend or supplement my opinions if additional information becomes available.  I further reserve the right to present illustrations or demonstratives at trial to explain any of the concepts discussed in this report.  Finally, I may discuss basic concepts in the fields of Internal Medicine, Hematology, and Oncology in order to provide context for the information and opinions discussed in this report.

## II.     Summary of Opinions

Based on my medical training, clinical expertise, and review of the relevant medical literature regarding glyphosate, I intend to offer the following opinions:

- Non-Hodgkin's Lymphoma (NHL) is a heterogeneous disease that is comprised of numerous subtypes which may have different causes, treatments, and prognoses.  The vast majority of NHL are caused by mutations during divisions of

1

lymphocytes that occur during an individual's lifetime.  Only a small fraction of NHL is caused by environmental factors.

- There is no reliable scientific basis to conclude that glyphosate (i.e., Roundup) causes NHL in humans.  There is robust epidemiological data which demonstrates that there is no significantly increased risk of NHL with glyphosate.  The largest studies which properly adjust for confounding factors such as the use of other pesticides do not demonstrate an increased risk of NHL, and further demonstrate that any hypothetical risks raised by smaller, unadjusted data are the result of confounding.

- The conclusion of IARC is not supported by the current evidence and is inconsistent with the reviews of numerous international scientific and regulatory authorities.  These other organizations discussed below have conducted recent evaluations which post-date IARC's review and include recent studies that IARC did not address, and their conclusions refute those of IARC.

- There is no basis to conclude that Mr. Domina's use of Roundup caused his NHL. There is nothing about Mr. Domina's NHL that distinguishes it from any patient who was not exposed to Roundup.  There is no cancer marker associated with the use of Roundup, and the data does not support the belief that Roundup causes NHL.

## III.    Non-Hodgkin Lymphoma Overview

### _Non-Hodgkin Lymphoma Overview:_

Non-Hodgkin's Lymphoma is a cancer (malignancy) derived from malignant lymphocytes.  This is distinguished from Hodgkin's Lymphoma which is a cancer also from abnormal lymphocytes, whose malignant cells are Reed-Sternberg Cells.  Hodgkin's Lymphoma is treated and characterized differently from Non-Hodgkin's Lymphoma.  There are many sub-types of Non-Hodgkin's Lymphoma which have different, causes, treatments and prognoses.

One of the major distinctions in lymphoma is whether it is a B cell or a T cell lymphoma. Over 80% of lymphoma are B cell.  B cell lymphomas can be treated with anti-CD 20 antibodies such as Rituximab.

Non-Hodgkin's Lymphoma can be characterized by several classification schemes which look at pathological subtype; location and more importantly by its specific mutations. There have been many recent improvements in treatment of lymphoma particularly with newer oral agents which are more targeted and have fewer side effects than standard cytotoxic chemotherapy. Salvage therapy for Diffuse Large Cell Lymphoma has been improved by Chimeric Antigen Receptor (CAR-T) cells, in which the patient's own immune system is genetically altered to fight the cancer.  With improvements in precise pathological diagnosis, radiographic testing and anti-lymphoma therapies the prognosis of lymphoma has improved. There are some sub-types of lymphoma that are treated by observation and don't need treatment until they are symptomatic.

### *Prevalence/Incidence of NHL*

NHL accounts for 4% of all cancers. It is one of the most common cancers in the United States.  About 74,000 Americans will be diagnosed with NHL in 2019, with a projected 19,000 deaths.  Even though, it is one of the more common cancers in children and young adults, over half of the new lymphoma diagnoses are made in those 65 or older. About 2% of Americans will develop NHL in their lifetime.

### *Diagnosis:*

The diagnosis of lymphoma is made by a pathologist.  Often the lymphoma is discovered in a lymph node which is biopsied and examined by a pathologist.   The determination of lymphoma type used to be made based on the abnormal architecture of the lymph node and the size and shape of the abnormal lymphocytes.  More commonly today, more specialized tests identifying markers on the cell surface, DNA mutations, and changes in the chromosomes help the pathologists make a more accurate diagnosis.  This is important, as the treatment regimen and prognosis vary with specific lymphoma type.

### *Staging and Prognostic Scoring Systems.*

The staging of NHL generally involves CT scans and/or PET scans and bone marrow biopsies.  The Ann Arbor staging system classifies NHL as follows:

I        one single lymph node region

II       two lymph node regions on the same side diaphragm

III      lymph nodes on both side diaphragm

IV      lymphoma outside lymph nodes such as liver, bone marrow, lung

Prognostic scoring systems utilize stage information as well as multiple other factors to get a more accurate prognosis than by using stage alone. There are multiple prognostic scoring systems, and some are designed for specific lymphoma types.  For example, for Diffuse Large Cell Lymphoma, the International Prognostic Index (IPI) is used. There currently are several versions of IPI.  For Follicular Lymphoma, the Follicular Lymphoma International Prognostic Index (FLIPI) is used.  For Mantle Cell Lymphoma, the Mantle Cell Lymphoma International Prognostic Index (MIPI) is used.  Utilizing these prognostic scoring systems gives a more accurate determination of prognosis than stage alone.

A simplified classification of lymphoma divides NHL into three major categories:

1) Low grade or follicular lymphoma

2) Intermediate or high-grade lymphoma (e.g., Diffuse large cell lymphoma)

3) Very high grade lymphoma (e.g., Burkitt's or Lymphoblastic Lymphoma)

NHL is not a single entity, and thus, the treatments vary according to the classifications and subtypes.  For example:

### *Low Grade/Indolent/Follicular/Nodular Lymphoma*:

This type is similar to Chronic Lymphocytic Leukemia and includes Marginal Zone Lymphoma and lymphoplasmacytic lymphoma.  If patients are asymptomatic, they don't need treatment and can just be observed.  If they do need treatment, options include:

1.  Bendamustine/Rituximab

2.  Obinutuzumab + Bendamustine

3.  R-CHOP

4.  Lenalidomide plus Rituximab

5.  Single agent Rituximab

### *Intermediate or High-Grade Lymphoma/Diffuse Large Cell Lymphoma*:

This is the most common lymphoma, as well as the having the highest chance of cure. The typical chemotherapy regimen is R-CHOP (Rituximab, Cytoxan, Adriamycin, Vincristine and Prednisone) for B cell Diffuse Large Cell Lymphoma.  If the lymphoma is localized, then a reduced number of cycles of R-CHOP followed by focused radiation can be utilized. If the patient relapses, then high dose chemotherapy followed by stem cell rescue can salvage some patients.  A new therapy for relapsed patients is CAR-T cell (Chimeric Antigen Receptor) in which the patient's own immune cells are genetically programmed to attack the lymphoma.

### *High Grade Lymphoma:  Burkitt's Lymphoma*:

This is one of the fastest growing cancer in men.  It is treated with very aggressive, and prolonged chemotherapy such as is used in Acute Lymphoblastic Lymphoma.

## IV.    Pathobiology and Genetics of Non-Hodgkin Lymphoma

### *B cells*

B cells, or B lymphocytes, function by secreting antibodies.  The B cells mature in the bone marrow. They express B cell receptors on their cell membrane.  They also present antigen (so that the immune system can make antibodies against that antigen) and secrete cytokines

(which are small proteins which are important in cell signaling).  Recent advances in the treatment of lymphoma have identified effective drugs against the B cell receptor.  For B cells to make an antibody against an antigen, they need to Mutate IGHV.

### *T cells*

T cells originate from the Thymus Gland.  They have a T cell receptor on their surface. CD8+ T cells are called "killer cells" or Cytotoxic T cells and they can directly kill cancer cells. CD 4+ T cells are helper cells, identify cells as foreign and allow the cytotoxic T cells or other cells to kill these abnormal cells.  In AIDS, the CD4, T helper cells are very low.  A major recent advance in the treatment of many cancers, including Hodgkin's Lymphoma is Immune Therapy. In Immune Therapy, PD-1 and PD-L1 inhibitors allow for the proliferation of T cells which can then attack the patient's cancer.

### *Pathogenesis of Lymphoma*

NHL is a constellation of diseases of lymphocytes which are a form of White Blood Cells. Lymphocytes are part of the Immune System.   There are many different types of Lymphocytes such as B cell, T cells, or NK cells or the precursors of the same, and if they become cancerous, they cause different types of Lymphomas.   Some lymphomas are undifferentiated, and it is not possible to tell the cell of origin.

Many histological/pathological subtypes of lymphoma are related to where in the lymph node the malignant lymphocytes originated; for example, B cells in the mantle zone give rise to mantle cell lymphoma. There are rare cases of genetic predisposition to the development of NHL.  It is uncommon to see a patient with more than one first-degree relative with NHL.

Many NHL are characterized by single chromosomal abnormalities, often balanced translocations. In most cases, the proto-oncogene (protein than can turn into an oncogene, a gene which stimulates a cancer cell) is in proximity to the chromosomal recombination site.

In follicular lymphoma, the balanced translocation is t (14, 18).  As the disease progresses on the average there are an additional four to eight additional chromosomal abnormalities. Most B cell lymphomas are derived from the Germinal Center.  In the normal germinal center reaction of B cells, the B cells undergo major genetic modifications. These changes are required for normal immune development, but this puts the lymphocyte cell as risk for acquiring additional mutations that could lead to the development of cancer.

T cell lymphomas are derived from post thymic T cells.  As T cells develop, they undergo gene rearrangement of their T cell receptor (TCR).  This gene rearrangement puts the T cells at risk of acquiring oncogenic chromosomal translocations.

There are several viruses that infect lymphocytes and can cause lymphoma. Examples include Epstein-Barr virus (EBV) which causes African Burkitt's Lymphoma, EBV+ DLBCL NOS, and Post-Transplant Lymphoproliferative Disorder; Human T Cell Lymphotropic virus (HTLV-1) causes adult T cell leukemia-lymphoma (ATL); Human Herpesvirus 8 (HHV-8) can cause primary effusion lymphoma; and Hepatitis C (HCV) causes marginal zone lymphoma and

diffuse large B-cell lymphoma.  Of course, many of these subtypes can also occur in the absence of these viruses.

The deletion or mutation in p53 tumor suppressor gene occurs in several non-Hodgkin's Lymphoma.  P53 can activate DNA repair and can initiate cell death if the DNA damage cannot be repaired. BCL-6 allows germinal center B cells to tolerate DNA strand breaks which is necessary for somatic hyper mutation, which allows the variable region of the immunoglobulin heavy chain to identify a specific antigen. Mutations in BCL-6 are a cause of lymphomas. C-MYC is a proto-oncogene which can cause Burkitt's lymphoma.

Tomasetti and Vogelstein (2015) says that the most important cause of cancer is the number of times that a cell has divided.  Autoimmune diseases such as Rheumatoid Arthritis, SLE (Systemic Lupus Erythematous), and cells infected with EBV virus, have excessive number of divisions in their lymphocytes as the lymphocytes divide and make antibodies. As such, individuals with these autoimmune diseases and EBV infected cells have increased risk of developing NHL.

Bert Vogelstein is the world's expert on the kinetics and growth of Cancer Cells. His team is the world's leader in determining the number of divisions any cell has during the patient's lifetime. He has hypothesized and given evidence that the number of cell divisions is the most important cause of most cancers. He has determined the percent cause of R (Replication Errors caused by mutations during cell divisions), E (Environment) and H (Hereditary) in many cancers. In Non-Hodgkin's Lymphoma 95.6% of these mutations are caused by the number of times the lymphocytes replicates; 3.9% by environment and .05% by Hereditary (Tomasetti 2017).

Mutations of genes, or translocations of chromosomes often promotes cell growth and prevents cell growth.  Multiple mutations occur frequently in normal cells, and this increases with aging.  Most mutations do not cause cancer, and those mutated cells die and do not proliferate. Infrequently, one of these mutated cells escapes immune detection, replicates and becomes NHL.

As discussed above, causes of NHL can vary by subtype. The scientific community does not view NHL as a single disease but rather the various subtypes are distinct diseases and they can have different causes.

Just because something has been identified as a risk factor, does not mean it is a cause of NHL.  Risk factors include, but are not limited to age, HIV/AIDS, hepatitis B and C, autoimmune disease, a weak immune system, immunosuppressive medications, increased BMI, diabetes, personal or family history, and many others.  Nevertheless, most patients with NHL have no known risk factors.

## V.     Roundup/Glyphosate-Based Herbicides and Non-Hodgkin Lymphoma

Before Roundup was ever available, some research suggested farmers might be at an increased risk of NHL.  In the community where I practice as an oncologist, it has been long known before Roundup that Nebraska was part of the "lymphoma belt."  Possible explanations

for that association have been suggested, including diesel/solvent exposure; exposure to germs due to animal husbandry; and pesticides.  However, since the initial registration of glyphosate in 1974, glyphosate use has increased significantly beginning in the mid- to late 1990's with continuing increase into this decade.  Nevertheless, during the time that one would expect to see a corresponding increase of NHL in the population if there was such an association between glyphosate and NHL, the national rates of NHL have remained stable.



While such trend data would not be confirmatory or dismissive of whether glyphosate causes NHL, it can often indicate an issue that warrants further investigation.


In practice, many patients express concerns about what caused their NHL.  Only in a minority of cases is it possible to determine the cause of an individual's lymphoma.  For the most part, it is not medically possible to conclude that any chemical exposure has caused an individual patient's NH.  In the absence of reliable data for a particular exposure, that exposure could not even be considered to be a potential cause.  Below, I evaluate the scientific data regarding glyphosate and NHL.  Based on the best evidence, there is no reliable data indicating any significant association between glyphosate and NHL.

A.      IARC

I reviewed the IARC monograph which concluded that Glyphosate is a Group 2A (probable) carcinogen.  IARC's evaluation of the epidemiological literature defined the evidence as limited, meaning that chance, bias, and confounding could not be ruled out as causing the observed relationship between glyphosate and NHL  While there is clearly evidence that chance, bias, and confounding have affected the results of the human data, the proper conclusion on the epidemiology is that all of the human studies that were discussed in the IARC report showed no overall association between the use of Glyphosate and NHL.  The majority did not identify any

subset that had any association between the use of Glyphosate and NHL. Out of the nine studies that IARC evaluated for the association of Glyphosate and NHL, only two found any subsets that had an association. The evaluation of subsets (particularly if not prespecified prior to the initiation of the study) should be used as hypothesis generating not as proof. Meta-analyses are meant to be unbiased analyses of the world's literature on a subject. The meta-analysis that is reviewed in the IARC report, was invalid since it left out four major studies that were reviewed in the IARC report. IARC also questions the methodology used in that meta-analysis. Thus, the data presented in the IARC report did not show any statistically valid association in humans between Glyphosate and NHL.

Below, I review the epidemiological literature related to glyphosate that was included in IARC as well as additional studies that have been published after IARC's monograph.

B.     Epidemiological Studies

### *Cohort Studies*

When reviewing scientific studies, it is important to evaluate the data according to the quality of evidence. The highest quality data available comes from prospective cohort studies that adjust for other pesticide exposures.

The largest and most statistically valid research on Glyphosate is the Agricultural Health Study (AHS) by Andreotti, et al. (2019). This is a cohort study commissioned by the National Institutes of Health, National Cancer Institute (NIH/NCI) which is a follow-up to the earlier publication by DeRoos (2005). In this cohort study, the people in the study were asked about their pesticide use at the start of the study and then they were followed prospectively. This contrasts with all case-control studies on the topic, where subjects had to recollect what their pesticide use was in the past. Whereas retrospective studies create bias in that subjects' recollections could be influenced by a variety of factors, this prospective study is much more accurate since the type and amount of pesticides were quantified at the start of the study. Subjects were followed from enrollment in 1993 to 1997 until 2012/2013. In this trial, 44,932 people were exposed to Glyphosate. There were 5779 new cancer cases. The authors concluded that glyphosate was not associated with lymphoid malignancies overall, including NHL and its subtypes. As compared to the other research studies, this trial had the largest number of people exposed to glyphosate, largest number who developed cancer and utilized the most statistically sound type of analysis, since it was prospective. Thus, this is the most definitive trial on the Glyphosate and NHL, and it did not show any risk of NHL from Glyphosate. Of note, this study was published in 2018, and thus was not available for the IARC review and not included in their analysis.

Leon (2019) is a meta-analysis of three agricultural cohorts including the Agricultural Health Study. Leon excluded commercial applicators from the AHS study and only included data of private pesticide applicators (farmers), and did not include the most current years of observation of 2012 and 2013 that were included in the AHS. These factors limit the impact of the study. They found no overall association between Glyphosate and the risk of NHL. They found a borderline risk of Diffuse Large B-Cell Lymphoma and Glyphosate with a hazard ratio of 1.36 and the confidence interval that included 1.00, thus making this comparison not

statistically significant.  It is interesting to note that the overall hazard ratio for Glyphosate was less than 1 for NHL (.95), follicular lymphoma (.79), and multiple myeloma (.87).  That is, the overall hazard ratio was less than 1 for the relationship between NHL and glyphosate, and three out of the four subsets were also less than 1.  It is not statistically valid to draw conclusions of an increased risk based on the one subset whose hazard ratio was greater than one and whose confidence interval included 1.0. Thus, the appropriate scientific conclusion is that the Leon meta-analysis overall showed no significant increased risk of Glyphosate and NHL or any NHL subtypes.

### *Case-control studies*

Case control studies are less reliable than cohort studies because they are not prospective and because of their greater potential for bias (in particular, recall bias).  At most, these studies are hypothesis generating.  The case control studies related to Roundup exposure do not warrant such hypotheses regarding glyphosate and NHL, as overall, they do not demonstrate that glyphosate increases the risk of NHL.

Cantor (1992) after adjustment for vitals status, age, state, cigarette smoking, family hx lymphoma; high risk occupation, and high-risk exposures found there was no statistical relationship between NHL and Glyphosate.  .

De Roos (2003) used pooled data from three case control studies in Nebraska, Iowa and Minnesota. In the hierarchical regression analysis, they found no statistical association between Glyphosate and NHL. In the De Roos paper they state, "Hierarchical regression models, allow the researcher to specify prior distributions for multiple effect parameters…with the objective of obtaining increased precision and accuracy for the ensemble of estimates". In the Hierarchical regression models, the odds ratio was 1.6, with the 95% CI (confidence interval) .9 to 2.8.  Since the CI crosses 1, it is not statistically significant and thus does not show the Glyphosate increases the incidence of NHL.  This study was included among the North American Pooled Project (NAPP) in Pahwa 2019 and is subsumed by that study (discussed later).

The Lee 2004 case control study did not show a statistical association between Glyphosate and NHL in 872 case of NHL from 1980 to 1986 in Iowa, Minnesota, and Nebraska.

McDuffie (2001) evaluated 517 cases in a Canadian case-control study. In the overall study, they found no statistical association between Glyphosate and NHL.  When they adjusted for age, province and high-risk exposures they again found no statistical association between Glyphosate and NHL.  Only when they evaluated 23 cases that had more than 2 days exposures to Glyphosate did they find a relationship between Glyphosate and NHL.  I do not consider that a valid statistical measure, when the overall study is negative and then they evaluated less than 5% of the total population in a subset analysis. 23 patients is a very low number to make a statistically valid conclusion.  By contrast, the Andreotti study (discussed above) evaluated 5779 patients, allowing the investigators to reach a statistically robust conclusion.  The McDuffie study was also subsumed by Pahwa 2019.  It is also important to note that Hohenadel (2011) analyzed the same data as McDuffie but was able to separate out glyphosate use from malathion use, and they found no increased risk of NHL when glyphosate was used alone (OR=0.92, 95%

CI 0.54-1.55).  Similar statistically significant increased risks were seen for malathion only and malathion with glyphosate, indicating that the increased risk is not attributable to glyphosate use.

Nordstrom (1998) evaluated 121 cases of hairy cell leukemia and found no relationship between Glyphosate and NHL.

Hardell and Eriksson (1999) did a case control study of 404 cases and found no statistical relationship between Glyphosate and NHL.

Hardell (2002) evaluated 515 cases of hairy cell leukemia and NHL in a case-control and on multivariate analysis found no statistical relationship between Glyphosate and NHL.

Eriksson (2008), in a case control trial of 910 cases found no statistical relationship between Glyphosate and NHL in a multivariate analysis that adjusted for the use of other pesticides. They note in a univariate analysis (which has less statistical validity than a multivariate analysis and did not adjust for the use of other pesticides) that of the 17 patients that had > 10 days of exposure to Glyphosate, there was borderline statistical relationship between Glyphosate and NHL. It is interesting to note that in Eriksson's Table II, the analysis of exposures days was different for each of the different herbicides, calling into question their methodology.  17 patients in a subset analysis, when the entire group showed no statistical significance is of questionable statistical importance.  In Eriksson's Table III, they have multiple univariate analysis of different types of lymphoma and relationship to Glyphosate. The Total Group had no statistical relationship between Glyphosate and NHL.  5 categories (Follicular, Diffuse large cell, other B cell lymphoma, unspecified lymphoma B cell; T cell) had no statistical relationship between Glyphosate and NHL.  Lymphocytic lymphoma (B cell) and unspecified non-Hodgkin's lymphoma showed an odds ratio over 1 for Glyphosate.  Doing multiple comparisons in sub-sets (not prespecified prior to the study) in a univariate analysis, when the overall group showed no difference is of questionable statistical validity. They do not indicate how many patients were in each subgroup.

Orsi, did a case control trial (2009) 491 cases and found no statistical relationship between Glyphosate and NHL.

Cocco (2013) did a case control of 2348 and found no association between Glyphosate and NHL.

Pahwa (2019) is a pooled analysis of case/control studies from four US states and six Canadian provinces.  This included data from De Roos (2003) and McDuffie (2001), but the Pahwa authors presented adjusted ORs that controlled for other pesticide use.  They had 1690 patients with NHL, and 5131 controls. After they were diagnosed with NHL, the patients had to try to recollect what pesticides they had used. After adjusting for use of other pesticides there was no significant difference between the use of Glyphosate in the cases who developed NHL and the controls.  After adjusting for other pesticides, there was no association with Glyphosate and most outcomes that looked at Diffuse Large Cell Lymphoma, which is the largest subgroup of patients in this study with NHL. One finding showed a statistically significant result for > 2 days/year of exposure to Glyphosate and DLBCL, however that finding was not consistent with other outcomes for DLBCL in Pahwa and the P-trend was not significant, indicating no dose-

10

response relationship. The finding for > 2 days exposure and the overall risk of NHL was similarly statistically significant, but also was not consistent with other analyses of NHL overall in the study, and the P-trend was not significant. Follicular Lymphoma, the second most common NHL, also did not show statistical significance between Glyphosate and follicular lymphoma. A smaller subgroup which had only 66 patients of small lymphocytic lymphoma (SLL) did show a borderline statistical relationship between Glyphosate and SLL in the Ordinal (10 lifetime days of exposure to glyphosate) analysis but was not supported by other analyses of SLL in the study. With multiple statistical comparisons, and the overall negative results of the studies showing no relationship between Glyphosate use and NHL, I think that small subset analysis with questionable statistical validity does not imply causation, particularly as the Pahwa authors note that "The association between glyphosate and NHL overall appears to be confounded by other pesticides." The overall findings of Pahwa did not show an association from Glyphosate and NHL.

## *Meta-Analysis*

Meta-analyses are a way to combine studies to achieve greater statistical power. The quality of a meta-analysis is limited by the quality of the data in the underlying studies. For example, if a study or studies included in the meta-analysis do not adjust for confounding by other pesticides, the quality of any meta-analysis incorporating such data is low. Additionally, if meta-analyses do not include the best available data, then they can only be viewed in that context. These limitations are seen in the recent meta-analyses for glyphosate, as all of them combine adjusted with unadjusted data, and none include the most recent data from Pahwa and Leon.

Zhang 2019 was a meta-analysis of many studies. The methodology of the meta-analysis was not standard. He only used the highest exposure level, though this level was very differently measured in different studies. Zhang only looked at 111 of the 575 subjects evaluated in the Andreotti trial, who were in the highest quartile of exposure with more than 4340 days of exposure. In the Andreotti study, the highest quartile did not have a statistically significant increase risk of NHL. When Zhang used the Eriksson study, they only analyzed those patients that had over 10 days of exposure per year. As noted above, in Andreotti, they used the highest quartile of exposure and in Erickson they used > 10 days of exposure, thus this combination of data was not a uniform cohort and it is of questionable statistical validity to combine two cohorts that are defined by different criteria. Even though the authors *a-priori* method indicated that they use adjusted data, when available, the authors selected unadjusted data from the Eriksson study in lieu of the adjusted multivariate data. Given that Zhang used the hierarchical data from De Roos 2003, the appropriate data to use from Eriksson based on their stated methodology would have been the adjusted data as well. Thus, this is not a true meta-analysis since the vast majority of the original subjects were excluded from this analysis. The definition of high risk differed in every study; thus, this is not an analysis of a uniform group. I do not consider this a valid meta-analysis and does not change the conclusion of the largest and most valid study, Andreotti, which showed no causation between the use of Glyphosate and NHL.

Schinasi and Leon (2014) did a meta-analysis of 6 studies and noted an odd ratio of 1.3 (CI—1.03 to 1.65) per working group re-analysis of this data. The authors of this IARC report

did not agree with the methodology of the meta-analysis.  A meta-analysis should include all studies. The meta-analysis did not include the large, and most statistically valid study of the Agricultural Health Study that was published by De Roos in 2005. It is not clear, why De Roos data was not included in the meta-analysis.  I would not consider a meta-analysis that does not include one of the largest and the only prospective study to be a valid meta-analysis.

Chang and Delzell (2016) published a meta-analysis which included 6 studies examining the risk of NHL and other lymphohematopoietic cancers (LHCs) with glyphosate exposure.  For NHL and glyphosate, the meta-RR = 1.3 (CI, 1.0-1.6).  The study included the available AHS data from De Roos (2005), however the updated 2018 data from Andreotti was not available at the time.  The authors provided a qualitative assessment of the evidence using the Bradford Hill framework.  The results of this study and the authors' assessment supported the conclusion that "a causal relationship has not been established between glyphosate exposure and risk of any type of LHC."

C.      Animal and Mechanistic Evidence Regarding Glyphosate

In science, animal and mechanistic (e.g., genotoxicity and oxidative stress) studies are conducted to evaluate hypothetical evidence of potential risks.  However, when human epidemiological data is available regarding a substance and an outcome (such as cancer), the scientific community does not consider animal studies or mechanistic evidence as reliable evidence for causation in humans.  Rather, at best, it may either add support for or against the hypothesis that the outcome may or may not affect humans.  A few concepts are essential for putting this evidence into context.  First, animals and test tubes are not humans.  What may happen in those environments may not be what happens in the human body where there are more processes involved.  Human physiology is distinct from animals.  There are numerous examples of substances that have been found to produce tumors in animals but have not been found to do so in humans.  These include statins, saccharin, and acetaminophen.  Second, it is important to consider dose and environment.  Any substance can be toxic at a certain excessive dose, but that does not mean it is toxic at doses that pertain to human exposure.  Likewise, exposure in a petri dish does not mimic exposure in a living human being as it introduces different concentrations of exposure and a different environment.  Finally, genotoxicity does not necessarily mean mutagenicity.  Genotoxicity refers to the process of DNA damage.  This can occur via cytotoxicity or mutagenicity -- which are opposites of each other as they relate to cancer. Cytotoxicity is cell death and is not the process in which cancer occurs.  For cancer to occur, the process must demonstrate mutagenicity, which indicates uncontrolled cell growth, a process that is not typically transient.

Since the overall evidence regarding glyphosate-based herbicides and NHL does not support an association in humans, animal and genotoxicity data cannot be used as conclusive evidence to support such a conclusion.  In any event, I have reviewed genotoxicity studies regarding glyphosate that have been discussed by plaintiff's experts as well as the reports of various regulatory authorities that have reviewed the animal and genotoxicity data in detail, and it is clear that the data does not support carcinogenicity.

Paz-y-Mino (2007) analyzed 24 "exposed" and 21 "unexposed" individuals using the comet assay. As a preliminary matter, the study only looked at people who lived near aerial spraying vs those who did not -- they did not actually look at exposed versus unexposed. They found more DNA damage, using the Comet assay, in the "exposed" group. The application of glyphosate in that area of Ecuador was 20 x the maximum recommended application rate for the product. Many of the exposed individuals had symptoms of intestinal pain, vomiting, diarrhea and headaches. This is the only report that suggests that glyphosate produces symptoms, and the study did not control for any confounders. It is possible, that some other agent caused symptoms or that the dose of glyphosate was much higher than other subjects are exposed to. The markedly higher amount of exposure, than is recommended, and the unusual symptoms suggest that these are not typical glyphosate symptoms or amount of exposure. This was a small study, which makes it potentially less valid. Moreover, the same authors conducted a follow-up study in 2011 which did not demonstrate any differences in populations studied (Paz-y-Mino 2011). This indicates that what was measure by the Comet assay was transient, and it illustrates an important distinction between genotoxicity and mutagenicity. What the investigators measured in these studies was transient and was not reflective of uncontrolled cell growth.

Bolognesi (2009) analyzed 264 people in Colombia, before and after spraying for Glyphosate. They evaluated BNMN (binucleated cells with micronuclei). They found that the baseline BNMN was higher in areas that were not exposed to glyphosate. There is no association between self-reported direct contact with eradication sprays and the frequency of BNMN. They concluded that "genotoxic damage associated with glyphosate spraying as evidenced by the MN tests, is small and appears to be transient." "Based on applicable Bradford-Hill guidelines, it is not possible to assign causality to the increases in frequency of BMNM observed in our study."

Greim stated that "the Clear and consistent conclusions are that glyphosate is of low toxicological concern, and no concern with respect to glyphosate use and cancer in humans". These authors gained access to carcinogenicity data submitted to regulatory agencies. 9 rat and 5 mouse trials of carcinogenicity were analyzed. Regarding genotoxicity, Greim noted that Kier reviewed 66 separate *in vitro* and *in vivo* genotoxicity assays and found that over 98% bacterial reversion and *in vivo* mammalian micronucleus and chromosomal aberration assays were negative. Kier concluded that glyphosate does not present significant genotoxic risk under normal conditions of human exposures. Williams 2000 and Kier 2013 reviewed glyphosate and stated that glyphosate "clearly does not exhibit the properties of DNA reactive genotoxic carcinogen." Greim further noted that, in regard to carcinogenicity the following agencies: EPA 1993, EC 2002; Germany Rapporteur 2015b; WHO/FAO 2004, WHO/FAO 2004a, made the unanimous statements that "glyphosate should not be considered a carcinogen."

Wozniak (2018) proposed that oxidative stress is the mechanism responsible for DNA damage with glyphosate. As stated above it is important to evaluate the environment (*in vitro*) and the dose or concentrations in which effect were seen. This study does not show any direct carcinogen effect of glyphosate in humans.

D.    Scientific Health and Regulatory Authorities

It is noteworthy that the scientific, regulatory, and governmental safety agency communities do not share the conclusions of IARC with respect to the proposed mechanisms for carcinogenicity with glyphosate.  I have reviewed the evaluations by the following health authorities who have conducted scientific evaluations of whether glyphosate is carcinogenic in humans:

- United States Environmental Protection Agency (EPA 2017 and 2019a and 2019b)

- European Food Safety Authority (EFSA)

- European Chemicals Agency (ECHA)

- Australian Pesticides and Veterinary Medicine Authority (AVPMA)

- New Zealand Environmental Protection Authority

- Health Canada

The consensus among these and other agencies reflect the conclusions that glyphosate is not likely to be carcinogenic in humans.  These authorities have reviewed both animal data and *in vitro* toxicity data, along with the available epidemiology, in reaching these conclusions.  Among my takeaways from these reviews are the fact that:

1.  EPA examined a more extensive dataset than IARC.  The EPA has repeatedly concluded that glyphosate is "not likely to be carcinogenic in humans."  In a letter from Michael Goodis, Director of the Registration Division of the Office of Pesticide Programs, regarding the state of California's listing of glyphosate as an exposure believed to cause cancer, EPA noted that EPA "disagrees with IARC's assessment of glyphosate" and that a warning requirement involving carcinogenicity would be "false and misleading." While the California EPA objected to the letter, it is worth noting that they did not report on any independent analysis that they did, and they just relied on IARC.

2.  EFSA re-evaluated glyphosate after the IARC report. EFSA peer review concluded that glyphosate is unlikely to be genotoxic *in vivo* and does not require hazard classification regarding mutagenicity according to the CLP (Classification, Labeling and Packaging) regulation. "It is noted that unpublished studies that were the core basis of the peer review evaluation were not available to the IARC experts as reported in the IARC monograph".  EFSA stated that no genotoxic potential is attributed to the active substance glyphosate. EFSA concluded that glyphosate is unlikely to pose a carcinogenic hazard to humans. EFSA concluded that there is very limited evidence between glyphosate exposure and occurrence of NHL, and glyphosate is unlikely to pose a carcinogenic hazard to humans.

3.  ECHA's 2017 review included the following:

    a.  They found that all Mammalian cell mutation tests were all negative.  The majority *in vitro* chromosomal tests and micronucleus tests were negative (all

14

tests run under GLP (Good Laboratory Practice) were negative).  DS (Dossier Submitter), as part of the ECHA report, proposed no classification for glyphosate for germ cell mutagenicity. They concluded that glyphosate does not induce gene mutations. They felt that for glyphosate, most human studies showed no genotoxicity.

b. They analyzed the IARC study.  ECHC concluded that, consistent with CLH (Harmonized Classification for Labeling), that glyphosate does not cause gene mutations in bacterial assays. RAC (Committee for Risk Assessment) concluded that glyphosate is not mutagenic *in vivo* bone marrow mutagenic tests and criticized the methods and conclusion by IARC.

c. RAC concludes that human genotoxic studies are equivocal, as compared to IARC which concluded positive evidence of DNA breakage in blood cells collected after Glyphosate spraying.

d. RAC concludes that glyphosate may induce oxidative stress, but the effect is weak and of uncertain biological significance.  This compares to IARC which states that there is strong evidence that glyphosate induces oxidative stress.

e. RAC concludes that no classification of glyphosate for germ cell mutagenicity is warranted. DS concluded that it is not likely that glyphosate induced malignant lymphoma in mice. DS concluded that epidemiological data did not provide convincing evidence that glyphosate exposure in humans was related to any tumor type, including NHL.

f. The overall conclusion of DS: based on epidemiological data, as well as long term data from rats and mice stated that no hazard classification is warranted for glyphosate according to CLP criteria.

4. AVPMA reviewed data after IARC classified glyphosate as a carcinogen. They concluded: glyphosate does not pose a carcinogenic or genotoxic risk to humans.

5. New Zealand Environmental Protection Authority concluded as follows:

a. Epidemiological support for the conclusion "limited evidence" in humans that glyphosate causes cancer, as stated by IARC, is not convincing.

b. Overall weight of evidence does not indicate that glyphosate is carcinogenic

c. Evidence for glyphosate causing oxidative stress is weak

d. Glyphosate is unlikely to be genotoxic

e. New Zealand does not require glyphosate to be classified as a carcinogen or mutagen.

6. Health Canada (PMRA) conducted a very thorough re-evaluation of its 2015 recommendations in 2017 and then again re-evaluated their findings in 2019.  Their conclusions include the following:

 a. PMRA stated that glyphosate is not genotoxic, and that glyphosate is unlikely to pose a human cancer risk.  PMRA conducted a thorough review of all available scientific information.  They evaluated the IARC assessment and examined a larger group of scientific information than IARC.  PMRA stated that the genotoxicity seen in some studies may have been caused by other constituents in some of the formulated products but not the active ingredient of glyphosate. PMRA did not identify any active genotoxic potential for the active ingredient glyphosate acid. They emphasized that negative studies for gene mutation and chromosomal effect showed that glyphosate was not genotoxic. PMRA stated that IARC did not evaluate most of the genotoxic tests. PMRA noted that IARC noted toxic effects at only high levels which shows that genotoxic effects are due to cytotoxicity, i.e. killing of the cell, not DNA damage.  Killing of the cell would not lead to cancer, since the cells are dead as compared to DNA mutational damage which potentially could lead to carcinogenicity. PMRA thinks that the cytotoxicity at high levels may have been caused by the surfactant in many glyphosate products. PMRA "did not consider any of the observed tumors to be treatment-related" in the animal models. Most cancers go through a pre-neoplastic phase. Since this was never seen with Glyphosate it makes it again very unlikely that it is a carcinogen.

 b. IARC stated carcinogenicity may have been caused by inflammation, immunosuppression, endocrine disrupting activity and oxidative stress but no primary studies showed any of these effects were caused by Glyphosate.  IARC is making a hypothesis without any data.

 c. Greim in 2015, reviewed 14 long term glyphosate toxicity/carcinogenicity studies in rodents and mice. Since the publication of IARC four additional studies in rats and three in mice were negative for carcinogenicity. The Canadian review had access to detailed information for these studies and used them to make their conclusions.

 d. PMRA noted that IARC said that here is only limited evidence in humans of carcinogenicity. PMRA felt that the human data did not demonstrate any clear relationship between glyphosate and NHL.  They noted many problems with the human studies including 1) inconsistent results though most studies showed no association; 2) variation in study design; 3) lack of information on confounding variables; 4) multiple subtypes of lymphoma and difficulty with classification.

 e. In 2019, Health Canada had 20 scientists who were not involved in the Canadian 2017 study to re-evaluate all the findings and came to the same conclusion that the 2017 study had that there is lack of evidence of glyphosate causing cancer. They stated that "No pesticide regulatory authority in the world currently

considers glyphosate to be a cancer risk to humans at the levels at which humans
are currently exposed."

## VI.    LARRY DOMINA

Mr. Larry Domina is a ███████████ farmer from Coleridge, Nebraska. He has been a
farmer for the majority of his life and currently owns and operates several corn and soybean
farms in Northeast Nebraska. In May 2012, ███████████ he was diagnosed with Follicular
Lymphoma, Grade 2.



His Follicular Lymphoma is now in remission and he is
being followed annually.

As a farmer, Mr. Domina also had many different exposures to chemicals,
including but not limited to glyphosate and atrazine. However, there is no credible medical or
scientific evidence to attribute his lymphoma to either.

Mr. Domina has used Roundup (and/or other glyphosate-based herbicides) as part of his farming operations since 1975. He testified that he personally used a handheld sprayer to spray 3-4 times per year for the period 1975 – 1985. He sprayed 1-2 times per year using a bean bar with a 15-20 gallon tank in his soybean fields from 1985 – 1996. From 1996 until the early 2000s he used a pull sprayer with 60ft boom to spray his fields twice per year. From the early 2000s to 2011 he used a self-propelled sprayer with 80ft boom to spray his fields twice per year. Mr. Domina has not sprayed or mixed Roundup or other herbicides since 2011, but they continue to be used on his farms. In describing his product use, Mr. Domina noted that he was always careful to spray only his intended target and rarely felt any spray on his skin. He described some limited circumstances when his skin was exposed to the product while mixing and while unclogging a nozzle on his spray equipment.

Mr. Domina is a generally healthy man. Prior to his NHL diagnosis, █████████████████ ████████████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████████████ ███████████████

Mr. Domina's cancer has been in remission since treatment and he has not experienced any complications. Given his good response to therapy, he has a good prognosis. A 2017 meta-analysis by Vidal and colleagues showed that maintenance therapy with rituximab improves survival in lymphoma patients. This study analyzed seven trials including over 2300 patients with follicular lymphoma who were undergoing maintenance rituximab therapy (MR) versus observation or treatment only at relapse (no MR). The study found a statistically significant improvement in overall survival with MR compared with no MR (hazard ratio 0.79, 95% CI 0.66-0.96). MR also improved progression-free survival compared with observation (hazard ratio 0.57, 95% CI 0.51-0.64).

Vidal's Figure 1B (below) demonstrates survival rates based on prior and current treatment. ██████████████████████████████████████████████████████████████████ █████████████████████████████████████████████████████



Fig. 1. Kaplan—Meier curve of overall survival, A) by intervention group; B) by treatment line and intervention group.

Furthermore, as he remains in complete remission more than six years from diagnosis, his prognosis remains very favorable. With the continued improvement in treatment therapies since the Vidal study was conducted, it is likely that Mr. Domina's survival odds are even higher than indicated in the study.

## VII.    RESPONSE TO PLAINTIFFS' EXPERTS

I have reviewed the reports of Drs. Staggs and Palka.  First, neither Dr. Staggs nor Dr. Palka explain any scientifically accepted method for determining what caused an individual patient's lymphoma.  As discussed above, the vast majority of lymphomas are caused by increased cell divisions, not by environmental factors.  Neither Dr. Staggs nor Dr. Palka account for this and, in fact, their conclusions and methods seem to outright disregard it.

Drs. Staggs and Palka draw conclusions about glyphosate based upon small numbers in subset analyses of large trials which are contrary to the larger set of data regarding glyphosate and NHL.  They repeatedly rely on cherry-picked findings without properly weighing the epidemiological data.  For example, they base their conclusions on a post-hoc subset of 17 patients in the Eriksson study who were exposed to glyphosate for more than 10 days -- a finding that was not adjusted for other pesticide exposure -- rather than considering the more reliable adjusted data that found no significantly increased risk.  Any *post hoc* subset is of questionable significance, particularly for an analysis performed on such a small group.  Neither Dr. Staggs nor Dr. Palka mentions that the total population of 517 people studied in the McDuffie study, which they both rely on for their causation opinions, did not find that in the overall study that

19

glyphosate increased the risk of NHL. They instead relied on a small subset of 23 people out of total population of 517. They did not mention Hohenadel which analyzed the same population and adjusted for use of other pesticides and found no relationship between glyphosate and NHL. Dr. Staggs discounted and basically ignored the results from AHS, which is the largest and most statistically valid study while emphasizing small subset analysis which were not adjusted for use of other pesticides.  Both of their experts ignore and don't mention the overwhelming literature that shows that there is no relationship between glyphosate and NHL.  Dr. Staggs incorrectly claims that most studies show more than a doubling of the risk of NHL.  That is not a proper interpretation of the data.  The fact is that most studies show no statistically significant increased risk when the data properly adjusts for confounders.

Dr. Staggs noted that IARC only found limited epidemiological evidence to suggest an association between glyphosate and NHL but gave this limited data for more importance than it was warranted.  His method ignores this insurmountable limitation.  Regarding animal data, he notes that EPA reached a different conclusion than IARC (and plaintiffs' expert, Dr. Portier). Both of their experts fail to mention the numerous other scientific organizations discussed above that similarly found that both epidemiological and the animal studies did not demonstrate that glyphosate causes NHL.

Date:  10/27/19

Peter T. Silberstein, MD, F.A.C.P