# Exhibit 8

**Expert Report of Peter T. Silberstein, MD, F.A.C.P**
***Frank Pollard v. Monsanto***

## I.      Professional and Academic Background

I am currently a Professor in Internal Medicine and Chief of Hematology/Oncology at Creighton University in Omaha, Nebraska.  I also serve as Chief of Oncology at the Veterans Administration Hospital in Omaha.  I received my undergraduate degree at Amherst College and my medical degree at the State University New York at Buffalo.  I was a resident in Internal Medicine at the University of Iowa and had a Fellowship in Hematology/Oncology at the University of Minnesota.  I am Board Certified in Internal Medicine with subspecialty certification in Hematology and Oncology.  I have received the honor of Best Doctors in America 12 times since 2005, most recently in 2018.  In 2008, I received the Dedicated Teaching Award at Creighton University, School of Medicine and the James Sullivan Excellent Education Medical Residents Award: Creighton University in 2005, 2007, and 2008.  In 2016, I received the award of Top Oncologist in Omaha from the International Association of Oncologists.

I have been treating patients with Non-Hodgkin's Lymphoma (NHL) since 1982.  I give annual lectures to the Medical Students on Treatment of both Hodgkin's and Non-Hodgkin's Lymphoma. I give lectures to the Internal Medicine Residents on Non-Hodgkin's Lymphoma. I treat patients with NHL both at the Creighton University Medical Center, Bergan Campus, Omaha, Nebraska and Veterans Administration Hospital, Omaha, Nebraska.

I practiced in Mason City, Iowa for 17 years.  This is middle of farm country, and many of my NHL patients were farmers. I have practiced at the Veterans Administration Hospital for over 17 years.  I have practiced in Omaha, Nebraska for over 17 years.  Nebraska and nearby Iowa are "farm states" where the population are farmers or others who live in rural areas.

My curriculum vitae is attached as Exhibit A.  A list of medical literature, medical records, and other materials reviewed for this case is attached as Exhibit B.  My hourly rate in this matter is $450 for review of records and preparation of a report, and my fee schedule is attached Exhibit C.  A list of my prior testimony as an expert witness over the past four years is attached as Exhibit D.  All the opinions expressed in this report are stated to a reasonable degree of medical certainty.  I reserve the right to amend or supplement my opinions if additional information becomes available.  I further reserve the right to present illustrations or demonstratives at trial to explain any of the concepts discussed in this report.  Finally, I may discuss basic concepts in the fields of Internal Medicine, Hematology, and Oncology in order to provide context for the information and opinions discussed in this report.

## II.     Summary of Opinions

Based on my medical training, clinical expertise, and review of the relevant medical literature regarding glyphosate, I intend to offer the following opinions:

- Non-Hodgkin's Lymphoma (NHL) is a heterogeneous disease that is comprised of numerous subtypes which may have different causes, treatments, and prognoses. The vast majority of NHL are caused by mutations during divisions of lymphocytes that occur during an individual's lifetime. Only a small fraction of NHL is caused by environmental factors.

- There is no reliable scientific basis to conclude that glyphosate (i.e., Roundup) causes NHL in humans. There is robust epidemiological data which demonstrates that there is no significantly increased risk of NHL with glyphosate. The largest studies which properly adjust for confounding factors such as the use of other pesticides do not demonstrate an increased risk of NHL, and further demonstrate that any hypothetical risks raised by smaller, unadjusted data are the result of confounding.

- The conclusion of IARC is not supported by the current evidence and is inconsistent with the reviews of numerous international scientific and regulatory authorities. These other organizations discussed below have conducted recent evaluations which post-date IARC's review and include recent studies that IARC did not address, and their conclusions refute those of IARC.

- There is no basis to conclude that Mr. Pollard's use of Roundup caused his NHL. There is nothing about Mr. Pollard's NHL that distinguishes it from any patient who was not exposed to Roundup. There is no cancer marker associated with the use of Roundup, and the data does not support the belief that Roundup causes NHL.

## III. Non-Hodgkin Lymphoma Overview

***Non-Hodgkin Lymphoma Overview:***

Non-Hodgkin's Lymphoma is a cancer (malignancy) derived from malignant lymphocytes. This is distinguished from Hodgkin's Lymphoma which is a cancer also from abnormal lymphocytes, whose malignant cells are Reed-Sternberg Cells. Hodgkin's Lymphoma is treated and characterized differently from Non-Hodgkin's Lymphoma. There are many sub-types of Non-Hodgkin's Lymphoma which have different, causes, treatments and prognoses.

One of the major distinctions in lymphoma is whether it is a B cell or a T cell lymphoma. Over 80% of lymphoma are B cell. B cell lymphomas can be treated with anti-CD 20 antibodies such as Rituximab.

Non-Hodgkin's Lymphoma can be characterized by several classification schemes which look at pathological subtype; location and more importantly by its specific mutations. There have been many recent improvements in treatment of lymphoma particularly with newer oral agents which are more targeted and have fewer side effects than standard cytotoxic chemotherapy. Salvage therapy for Diffuse Large Cell Lymphoma has been improved by Chimeric Antigen Receptor (CAR-T) cells, in which the patient's own immune system is genetically altered to fight

the cancer. With improvements in precise pathological diagnosis, radiographic testing and anti-lymphoma therapies the prognosis of lymphoma has improved. There are some sub-types of lymphoma that are treated by observation and don't need treatment until they are symptomatic.

***Prevalence/Incidence of NHL***

NHL accounts for 4% of all cancers. It is one of the most common cancers in the United States. About 74,000 Americans will be diagnosed with NHL in 2019, with a projected 19,000 deaths. Even though, it is one of the more common cancers in children and young adults, over half of the new lymphoma diagnoses are made in those 65 or older. About 2% of Americans will develop NHL in their lifetime.

***Diagnosis:***

The diagnosis of lymphoma is made by a pathologist. Often the lymphoma is discovered in a lymph node which is biopsied and examined by a pathologist. The determination of lymphoma type used to be made based on the abnormal architecture of the lymph node and the size and shape of the abnormal lymphocytes. More commonly today, more specialized tests identifying markers on the cell surface, DNA mutations, and changes in the chromosomes help the pathologists make a more accurate diagnosis. This is important, as the treatment regimen and prognosis vary with specific lymphoma type.

***Staging and Prognostic Scoring Systems.***

The staging of NHL generally involves CT scans and/or PET scans and bone marrow biopsies. The Ann Arbor staging system classifies NHL as follows:

I one single lymph node region

II two lymph node regions on the same side diaphragm

III lymph nodes on both side diaphragm

IV lymphoma outside lymph nodes such as liver, bone marrow, lung

Prognostic scoring systems utilize stage information as well as multiple other factors to get a more accurate prognosis than by using stage alone. There are multiple prognostic scoring systems, and some are designed for specific lymphoma types. For example, for Diffuse Large Cell Lymphoma, the International Prognostic Index (IPI) is used. There currently are several versions of IPI. For Follicular Lymphoma, the Follicular Lymphoma International Prognostic Index (FLIPI) is used. For Mantle Cell Lymphoma, the Mantle Cell Lymphoma International Prognostic Index (MIPI) is used. Utilizing these prognostic scoring systems gives a more accurate determination of prognosis than stage alone.

A simplified classification of lymphoma divides NHL into three major categories:

1) Low grade or follicular lymphoma

2) Intermediate or high-grade lymphoma (e.g., Diffuse large cell lymphoma)

3) Very high grade lymphoma (e.g., Burkitt's or Lymphoblastic Lymphoma)

NHL is not a single entity, and thus, the treatments vary according to the classifications and subtypes. For example:

*Low Grade/Indolent/Follicular/Nodular Lymphoma*:

This type is similar to Chronic Lymphocytic Leukemia and includes Marginal Zone Lymphoma and lymphoplasmacytic lymphoma. If patients are asymptomatic, they don't need treatment and can just be observed. If they do need treatment, options include:

1. Bendamustine/Rituximab
2. Obinutuzumab + Bendamustine
3. R-CHOP
4. Lenalidomide plus Rituximab
5. Single agent Rituximab

*Intermediate or High-Grade Lymphoma/Diffuse Large Cell Lymphoma*:

This is the most common lymphoma, as well as the having the highest chance of cure. The typical chemotherapy regimen is R-CHOP (Rituximab, Cytoxan, Adriamycin, Vincristine and Prednisone) for B cell Diffuse Large Cell Lymphoma. If the lymphoma is localized, then a reduced number of cycles of R-CHOP followed by focused radiation can be utilized. If the patient relapses, then high dose chemotherapy followed by stem cell rescue can salvage some patients. A new therapy for relapsed patients is CAR-T cell (Chimeric Antigen Receptor) in which the patient's own immune cells are genetically programmed to attack the lymphoma.

*High Grade Lymphoma: Burkitt's Lymphoma*:

This is one of the fastest growing cancer in men. It is treated with very aggressive, and prolonged chemotherapy such as is used in Acute Lymphoblastic Lymphoma.

## IV. Pathobiology and Genetics of Non-Hodgkin Lymphoma

***B cells***

B cells, or B lymphocytes, function by secreting antibodies. The B cells mature in the bone marrow. They express B cell receptors on their cell membrane. They also present antigen (so that the immune system can make antibodies against that antigen) and secrete cytokines (which are small proteins which are important in cell signaling). Recent advances in the treatment of lymphoma have identified effective drugs against the B cell receptor. For B cells to make an antibody against an antigen, they need to Mutate IGHV.

***T cells***

T cells originate from the Thymus Gland. They have a T cell receptor on their surface. CD8+ T cells are called "killer cells" or Cytotoxic T cells and they can directly kill cancer cells. CD 4+ T cells are helper cells, identify cells as foreign and allow the cytotoxic T cells or other cells to kill these abnormal cells. In AIDS, the CD4, T helper cells are very low. A major recent advance in the treatment of many cancers, including Hodgkin's Lymphoma is Immune Therapy. In Immune Therapy, PD-1 and PD-L1 inhibitors allow for the proliferation of T cells which can then attack the patient's cancer.

***Pathogenesis of Lymphoma***

NHL is a constellation of diseases of lymphocytes which are a form of White Blood Cells. Lymphocytes are part of the Immune System. There are many different types of Lymphocytes such as B cell, T cells, or NK cells or the precursors of the same, and if they become cancerous, they cause different types of Lymphomas. Some lymphomas are undifferentiated, and it is not possible to tell the cell of origin.

Many histological/pathological subtypes of lymphoma are related to where in the lymph node the malignant lymphocytes originated; for example, B cells in the mantle zone give rise to mantle cell lymphoma. There are rare cases of genetic predisposition to the development of NHL. It is uncommon to see a patient with more than one first-degree relative with NHL.

Many NHL are characterized by single chromosomal abnormalities, often balanced translocations. In most cases, the proto-oncogene (protein than can turn into an oncogene, a gene which stimulates a cancer cell) is in proximity to the chromosomal recombination site.

In follicular lymphoma, the balanced translocation is t (14, 18). As the disease progresses on the average there are an additional four to eight additional chromosomal abnormalities. Most B cell lymphomas are derived from the Germinal Center. In the normal germinal center reaction of B cells, the B cells undergo major genetic modifications. These changes are required for normal immune development, but this puts the lymphocyte cell as risk for acquiring additional mutations that could lead to the development of cancer.

T cell lymphomas are derived from post thymic T cells. As T cells develop, they undergo gene rearrangement of their T cell receptor (TCR). This gene rearrangement puts the T cells at risk of acquiring oncogenic chromosomal translocations.

There are several viruses that infect lymphocytes and can cause lymphoma. Examples include Epstein-Barr virus (EBV) which causes African Burkitt's Lymphoma, EBV+ DLBCL NOS, and Post-Transplant Lymphoproliferative Disorder; Human T Cell Lymphotropic virus (HTLV-1) causes adult T cell leukemia-lymphoma (ATL); Human Herpesvirus 8 (HHV-8) can cause primary effusion lymphoma; and Hepatitis C (HCV) causes marginal zone lymphoma and diffuse large B-cell lymphoma. Of course, many of these subtypes can also occur in the absence of these viruses.

The deletion or mutation in p53 tumor suppressor gene occurs in several non-Hodgkin's Lymphoma. P53 can activate DNA repair and can initiate cell death if the DNA damage cannot be repaired. BCL-6 allows germinal center B cells to tolerate DNA strand breaks which is necessary for somatic hyper mutation, which allows the variable region of the immunoglobulin heavy chain to identify a specific antigen. Mutations in BCL-6 are a cause of lymphomas. C-MYC is a proto-oncogene which can cause Burkitt's lymphoma.

Tomasetti and Vogelstein (2015) says that the most important cause of cancer is the number of times that a cell has divided. Autoimmune diseases such as Rheumatoid Arthritis, SLE (Systemic Lupus Erythematous), and cells infected with EBV virus, have excessive number of divisions in their lymphocytes as the lymphocytes divide and make antibodies. As such, individuals with these autoimmune diseases and EBV infected cells have increased risk of developing NHL.

Bert Vogelstein is the world's expert on the kinetics and growth of Cancer Cells. His team is the world's leader in determining the number of divisions any cell has during the patient's lifetime. He has hypothesized and given evidence that the number of cell divisions is the most important cause of most cancers. He has determined the percent cause of R (Replication Errors caused by mutations during cell divisions), E (Environment) and H (Hereditary) in many cancers. In Non-Hodgkin's Lymphoma 95.6% of these mutations are caused by the number of times the lymphocytes replicates; 3.9% by environment and .05% by Hereditary (Tomasetti 2017).

Mutations of genes, or translocations of chromosomes often promotes cell growth and prevents cell growth. Multiple mutations occur frequently in normal cells, and this increases with aging. Most mutations do not cause cancer, and those mutated cells die and do not proliferate. Infrequently, one of these mutated cells escapes immune detection, replicates and becomes NHL.

As discussed above, causes of NHL can vary by subtype. The scientific community does not view NHL as a single disease but rather the various subtypes are distinct diseases and they can have different causes.

Just because something has been identified as a risk factor, does not mean it is a cause of NHL.  Risk factors include, but are not limited to age, HIV/AIDS, hepatitis B and C, autoimmune disease, a weak immune system, immunosuppressive medications, increased BMI, diabetes, personal or family history, and many others.  Nevertheless, most patients with NHL have no known risk factors.

## V.      Roundup/Glyphosate-Based Herbicides and Non-Hodgkin Lymphoma

Before Roundup was ever available, some research suggested farmers might be at an increased risk of NHL.  In the community where I practice as an oncologist, it has been long known before Roundup that Nebraska was part of the "lymphoma belt."  Possible explanations for that association have been suggested, including diesel/solvent exposure; exposure to germs due to animal husbandry; and pesticides.  However, since the initial registration of glyphosate in 1974, glyphosate use has increased significantly beginning in the mid- to late 1990's with continuing increase into this decade.  Nevertheless, during the time that one would expect to see a corresponding increase of NHL in the population if there was such an association between glyphosate and NHL, the national rates of NHL have remained stable.



While such trend data would not be confirmatory or dismissive of whether glyphosate causes NHL, it can often indicate an issue that warrants further investigation.

In practice, many patients express concerns about what caused their NHL.  Only in a minority of cases is it possible to determine the cause of an individual's lymphoma.  For the most part, it is not medically possible to conclude that any chemical exposure has caused an individual patient's NH.  In the absence of reliable data for a particular exposure, that exposure could not

even be considered to be a potential cause. Below, I evaluate the scientific data regarding glyphosate and NHL. Based on the best evidence, there is no reliable data indicating any significant association between glyphosate and NHL.

A. IARC

I reviewed the IARC monograph which concluded that Glyphosate is a Group 2A (probable) carcinogen. IARC's evaluation of the epidemiological literature defined the evidence as limited, meaning that chance, bias, and confounding could not be ruled out as causing the observed relationship between glyphosate and NHL While there is clearly evidence that chance, bias, and confounding have affected the results of the human data, the proper conclusion on the epidemiology is that all of the human studies that were discussed in the IARC report showed no overall association between the use of Glyphosate and NHL. The majority did not identify any subset that had any association between the use of Glyphosate and NHL. Out of the nine studies that IARC evaluated for the association of Glyphosate and NHL, only two found any subsets that had an association. The evaluation of subsets (particularly if not prespecified prior to the initiation of the study) should be used as hypothesis generating not as proof. Meta-analyses are meant to be unbiased analyses of the world's literature on a subject. The meta-analysis that is reviewed in the IARC report, was invalid since it left out four major studies that were reviewed in the IARC report. IARC also questions the methodology used in that meta-analysis. Thus, the data presented in the IARC report did not show any statistically valid association in humans between Glyphosate and NHL.

Below, I review the epidemiological literature related to glyphosate that was included in IARC as well as additional studies that have been published after IARC's monograph.

B. Epidemiological Studies

***Cohort Studies***

When reviewing scientific studies, it is important to evaluate the data according to the quality of evidence. The highest quality data available comes from prospective cohort studies that adjust for other pesticide exposures.

The largest and most statistically valid research on Glyphosate is the Agricultural Health Study (AHS) by Andreotti, et al. (2019). This is a cohort study commissioned by the National Institutes of Health, National Cancer Institute (NIH/NCI) which is a follow-up to the earlier publication by DeRoos (2005). In this cohort study, the people in the study were asked about their pesticide use at the start of the study and then they were followed prospectively. This contrasts with all case-control studies on the topic, where subjects had to recollect what their pesticide use was in the past. Whereas retrospective studies create bias in that subjects' recollections could be influenced by a variety of factors, this prospective study is much more accurate since the type and amount of pesticides were quantified at the start of the study. Subjects were followed from enrollment in 1993 to 1997 until 2012/2013. In this trial, 44,932 people were exposed to Glyphosate. There were 5779 new cancer cases. The authors concluded that glyphosate was not associated with lymphoid malignancies overall, including NHL and its

subtypes. As compared to the other research studies, this trial had the largest number of people exposed to glyphosate, largest number who developed cancer and utilized the most statistically sound type of analysis, since it was prospective. Thus, this is the most definitive trial on the Glyphosate and NHL, and it did not show any risk of NHL from Glyphosate. Of note, this study was published in 2018, and thus was not available for the IARC review and not included in their analysis.

Leon (2019) is a meta-analysis of three agricultural cohorts including the Agricultural Health Study. Leon excluded commercial applicators from the AHS study and only included data of private pesticide applicators (farmers), and did not include the most current years of observation of 2012 and 2013 that were included in the AHS. These factors limit the impact of the study. They found no overall association between Glyphosate and the risk of NHL. They found a borderline risk of Diffuse Large B-Cell Lymphoma and Glyphosate with a hazard ratio of 1.36 and the confidence interval that included 1.00, thus making this comparison not statistically significant. It is interesting to note that the overall hazard ratio for Glyphosate was less than 1 for NHL (.95), follicular lymphoma (.79), and multiple myeloma (.87). That is, the overall hazard ratio was less than 1 for the relationship between NHL and glyphosate, and three out of the four subsets were also less than 1. It is not statistically valid to draw conclusions of an increased risk based on the one subset whose hazard ratio was greater than one and whose confidence interval included 1.0. Thus, the appropriate scientific conclusion is that the Leon meta-analysis overall showed no significant increased risk of Glyphosate and NHL or any NHL subtypes.

***Case-control studies***

Case control studies are less reliable than cohort studies because they are not prospective and because of their greater potential for bias (in particular, recall bias). At most, these studies are hypothesis generating. The case control studies related to Roundup exposure do not warrant such hypotheses regarding glyphosate and NHL, as overall, they do not demonstrate that glyphosate increases the risk of NHL.

Cantor (1992) after adjustment for vitals status, age, state, cigarette smoking, family hx lymphoma; high risk occupation, and high-risk exposures found there was no statistical relationship between NHL and Glyphosate. .

De Roos (2003) used pooled data from three case control studies in Nebraska, Iowa and Minnesota. In the hierarchical regression analysis, they found no statistical association between Glyphosate and NHL. In the De Roos paper they state, “Hierarchical regression models, allow the researcher to specify prior distributions for multiple effect parameters…with the objective of obtaining increased precision and accuracy for the ensemble of estimates”. In the Hierarchical regression models, the odds ratio was 1.6, with the 95% CI (confidence interval) .9 to 2.8. Since the CI crosses 1, it is not statistically significant and thus does not show the Glyphosate increases the incidence of NHL. This study was included among the North American Pooled Project (NAPP) in Pahwa 2019 and is subsumed by that study (discussed later).

The Lee 2004 case control study did not show a statistical association between Glyphosate and NHL in 872 case of NHL from 1980 to 1986 in Iowa, Minnesota, and Nebraska.

McDuffie (2001) evaluated 517 cases in a Canadian case-control study. In the overall study, they found no statistical association between Glyphosate and NHL. When they adjusted for age, province and high-risk exposures they again found no statistical association between Glyphosate and NHL. Only when they evaluated 23 cases that had more than 2 days exposures to Glyphosate did they find a relationship between Glyphosate and NHL. I do not consider that a valid statistical measure, when the overall study is negative and then they evaluated less than 5% of the total population in a subset analysis. 23 patients is a very low number to make a statistically valid conclusion. By contrast, the Andreotti study (discussed above) evaluated 5779 patients, allowing the investigators to reach a statistically robust conclusion. The McDuffie study was also subsumed by Pahwa 2019. It is also important to note that Hohenadel (2011) analyzed the same data as McDuffie but was able to separate out glyphosate use from malathion use, and they found no increased risk of NHL when glyphosate was used alone (OR=0.92, 95% CI 0.54-1.55). Similar statistically significant increased risks were seen for malathion only and malathion with glyphosate, indicating that the increased risk is not attributable to glyphosate use.

Nordstrom (1998) evaluated 121 cases of hairy cell leukemia and found no relationship between Glyphosate and NHL.

Hardell and Eriksson (1999) did a case control study of 404 cases and found no statistical relationship between Glyphosate and NHL.

Hardell (2002) evaluated 515 cases of hairy cell leukemia and NHL in a case-control and on multivariate analysis found no statistical relationship between Glyphosate and NHL.

Eriksson (2008), in a case control trial of 910 cases found no statistical relationship between Glyphosate and NHL in a multivariate analysis that adjusted for the use of other pesticides. They note in a univariate analysis (which has less statistical validity than a multivariate analysis and did not adjust for the use of other pesticides) that of the 17 patients that had > 10 days of exposure to Glyphosate, there was borderline statistical relationship between Glyphosate and NHL. It is interesting to note that in Eriksson's Table II, the analysis of exposures days was different for each of the different herbicides, calling into question their methodology. 17 patients in a subset analysis, when the entire group showed no statistical significance is of questionable statistical importance. In Eriksson's Table III, they have multiple univariate analysis of different types of lymphoma and relationship to Glyphosate. The Total Group had no statistical relationship between Glyphosate and NHL. 5 categories (Follicular, Diffuse large cell, other B cell lymphoma, unspecified lymphoma B cell; T cell) had no statistical relationship between Glyphosate and NHL. Lymphocytic lymphoma (B cell) and unspecified non-Hodgkin's lymphoma showed an odds ratio over 1 for Glyphosate. Doing multiple comparisons in sub-sets (not prespecified prior to the study) in a univariate analysis, when the overall group showed no difference is of questionable statistical validity. They do not indicate how many patients were in each subgroup.

Orsi, did a case control trial (2009) 491 cases and found no statistical relationship between Glyphosate and NHL.

Cocco (2013) did a case control of 2348 and found no association between Glyphosate and NHL.

Pahwa (2019) is a pooled analysis of case/control studies from four US states and six Canadian provinces. This included data from De Roos (2003) and McDuffie (2001), but the Pahwa authors presented adjusted ORs that controlled for other pesticide use. They had 1690 patients with NHL, and 5131 controls. After they were diagnosed with NHL, the patients had to try to recollect what pesticides they had used. After adjusting for use of other pesticides there was no significant difference between the use of Glyphosate in the cases who developed NHL and the controls. After adjusting for other pesticides, there was no association with Glyphosate and most outcomes that looked at Diffuse Large Cell Lymphoma, which is the largest subgroup of patients in this study with NHL. One finding showed a statistically significant result for > 2 days/year of exposure to Glyphosate and DLBCL, however that finding was not consistent with other outcomes for DLBCL in Pahwa and the P-trend was not significant, indicating no dose-response relationship. The finding for > 2 days exposure and the overall risk of NHL was similarly statistically significant, but also was not consistent with other analyses of NHL overall in the study, and the P-trend was not significant. Follicular Lymphoma, the second most common NHL, also did not show statistical significance between Glyphosate and follicular lymphoma. A smaller subgroup which had only 66 patients of small lymphocytic lymphoma (SLL) did show a borderline statistical relationship between Glyphosate and SLL in the Ordinal (10 lifetime days of exposure to glyphosate) analysis but was not supported by other analyses of SLL in the study. With multiple statistical comparisons, and the overall negative results of the studies showing no relationship between Glyphosate use and NHL, I think that small subset analysis with questionable statistical validity does not imply causation, particularly as the Pahwa authors note that "The association between glyphosate and NHL overall appears to be confounded by other pesticides." The overall findings of Pahwa did not show an association from Glyphosate and NHL.

***Meta-Analysis***

Meta-analyses are a way to combine studies to achieve greater statistical power. The quality of a meta-analysis is limited by the quality of the data in the underlying studies. For example, if a study or studies included in the meta-analysis do not adjust for confounding by other pesticides, the quality of any meta-analysis incorporating such data is low. Additionally, if meta-analyses do not include the best available data, then they can only be viewed in that context. These limitations are seen in the recent meta-analyses for glyphosate, as all of them combine adjusted with unadjusted data, and none include the most recent data from Pahwa and Leon.

Zhang 2019 was a meta-analysis of many studies. The methodology of the meta-analysis was not standard. He only used the highest exposure level, though this level was very differently measured in different studies. Zhang only looked at 111 of the 575 subjects evaluated in the

Andreotti trial, who were in the highest quartile of exposure with more than 4340 days of exposure. In the Andreotti study, the highest quartile did not have a statistically significant increase risk of NHL. When Zhang used the Eriksson study, they only analyzed those patients that had over 10 days of exposure per year. As noted above, in Andreotti, they used the highest quartile of exposure and in Erickson they used > 10 days of exposure, thus this combination of data was not a uniform cohort and it is of questionable statistical validity to combine two cohorts that are defined by different criteria. Even though the authors *a-priori* method indicated that they use adjusted data, when available, the authors selected unadjusted data from the Eriksson study in lieu of the adjusted multivariate data. Given that Zhang used the hierarchical data from De Roos 2003, the appropriate data to use from Eriksson based on their stated methodology would have been the adjusted data as well. Thus, this is not a true meta-analysis since the vast majority of the original subjects were excluded from this analysis. The definition of high risk differed in every study; thus, this is not an analysis of a uniform group. I do not consider this a valid meta-analysis and does not change the conclusion of the largest and most valid study, Andreotti, which showed no causation between the use of Glyphosate and NHL.

Schinasi and Leon (2014) did a meta-analysis of 6 studies and noted an odd ratio of 1.3 (CI—1.03 to 1.65) per working group re-analysis of this data. The authors of this IARC report did not agree with the methodology of the meta-analysis. A meta-analysis should include all studies. The meta-analysis did not include the large, and most statistically valid study of the Agricultural Health Study that was published by De Roos in 2005. It is not clear, why De Roos data was not included in the meta-analysis. I would not consider a meta-analysis that does not include one of the largest and the only prospective study to be a valid meta-analysis.

Chang and Delzell (2016) published a meta-analysis which included 6 studies examining the risk of NHL and other lymphohematopoietic cancers (LHCs) with glyphosate exposure. For NHL and glyphosate, the meta-RR = 1.3 (CI, 1.0-1.6). The study included the available AHS data from De Roos (2005), however the updated 2018 data from Andreotti was not available at the time. The authors provided a qualitative assessment of the evidence using the Bradford Hill framework. The results of this study and the authors' assessment supported the conclusion that "a causal relationship has not been established between glyphosate exposure and risk of any type of LHC."

C. Animal and Mechanistic Evidence Regarding Glyphosate

In science, animal and mechanistic (e.g., genotoxicity and oxidative stress) studies are conducted to evaluate hypothetical evidence of potential risks. However, when human epidemiological data is available regarding a substance and an outcome (such as cancer), the scientific community does not consider animal studies or mechanistic evidence as reliable evidence for causation in humans. Rather, at best, it may either add support for or against the hypothesis that the outcome may or may not affect humans. A few concepts are essential for putting this evidence into context. First, animals and test tubes are not humans. What may happen in those environments may not be what happens in the human body where there are more processes involved. Human physiology is distinct from animals. There are numerous examples of substances that have been found to produce tumors in animals but have not been found to do

so in humans. These include statins, saccharin, and acetaminophen. Second, it is important to consider dose and environment. Any substance can be toxic at a certain excessive dose, but that does not mean it is toxic at doses that pertain to human exposure. Likewise, exposure in a petri dish does not mimic exposure in a living human being as it introduces different concentrations of exposure and a different environment. Finally, genotoxicity does not necessarily mean mutagenicity. Genotoxicity refers to the process of DNA damage. This can occur via cytotoxicity or mutagenicity -- which are opposites of each other as they relate to cancer. Cytotoxicity is cell death and is not the process in which cancer occurs. For cancer to occur, the process must demonstrate mutagenicity, which indicates uncontrolled cell growth, a process that is not typically transient.

Since the overall evidence regarding glyphosate-based herbicides and NHL does not support an association in humans, animal and genotoxicity data cannot be used as conclusive evidence to support such a conclusion. In any event, I have reviewed genotoxicity studies regarding glyphosate that have been discussed by plaintiff's experts as well as the reports of various regulatory authorities that have reviewed the animal and genotoxicity data in detail, and it is clear that the data does not support carcinogenicity.

Paz-y-Mino (2007) analyzed 24 "exposed" and 21 "unexposed" individuals using the comet assay. As a preliminary matter, the study only looked at people who lived near aerial spraying vs those who did not -- they did not actually look at exposed versus unexposed. They found more DNA damage, using the Comet assay, in the "exposed" group. The application of glyphosate in that area of Ecuador was 20 x the maximum recommended application rate for the product. Many of the exposed individuals had symptoms of intestinal pain, vomiting, diarrhea and headaches. This is the only report that suggests that glyphosate produces symptoms, and the study did not control for any confounders. It is possible, that some other agent caused symptoms or that the dose of glyphosate was much higher than other subjects are exposed to. The markedly higher amount of exposure, than is recommended, and the unusual symptoms suggest that these are not typical glyphosate symptoms or amount of exposure. This was a small study, which makes it potentially less valid. Moreover, the same authors conducted a follow-up study in 2011 which did not demonstrate any differences in populations studied (Paz-y-Mino 2011). This indicates that what was measure by the Comet assay was transient, and it illustrates an important distinction between genotoxicity and mutagenicity. What the investigators measured in these studies was transient and was not reflective of uncontrolled cell growth.

Bolognesi (2009) analyzed 264 people in Colombia, before and after spraying for Glyphosate. They evaluated BNMN (binucleated cells with micronuclei). They found that the baseline BNMN was higher in areas that were not exposed to glyphosate. There is no association between self-reported direct contact with eradication sprays and the frequency of BNMN. They concluded that "genotoxic damage associated with glyphosate spraying as evidenced by the MN tests, is small and appears to be transient." "Based on applicable Bradford-Hill guidelines, it is not possible to assign causality to the increases in frequency of BMNM observed in our study."

Greim stated that "the Clear and consistent conclusions are that glyphosate is of low toxicological concern, and no concern with respect to glyphosate use and cancer in humans".

These authors gained access to carcinogenicity data submitted to regulatory agencies. 9 rat and 5 mouse trials of carcinogenicity were analyzed. Regarding genotoxicity, Greim noted that Kier reviewed 66 separate *in vitro* and *in vivo* genotoxicity assays and found that over 98% bacterial reversion and *in vivo* mammalian micronucleus and chromosomal aberration assays were negative. Kier concluded that glyphosate does not present significant genotoxic risk under normal conditions of human exposures. Williams 2000 and Kier 2013 reviewed glyphosate and stated that glyphosate "clearly does not exhibit the properties of DNA reactive genotoxic carcinogen." Greim further noted that, in regard to carcinogenicity the following agencies: EPA 1993, EC 2002; Germany Rapporteur 2015b; WHO/FAO 2004, WHO/FAO 2004a, made the unanimous statements that "glyphosate should not be considered a carcinogen."

Wozniak (2018) proposed that oxidative stress is the mechanism responsible for DNA damage with glyphosate. As stated above it is important to evaluate the environment (*in vitro*) and the dose or concentrations in which effect were seen. This study does not show any direct carcinogen effect of glyphosate in humans.

D. Scientific Health and Regulatory Authorities

It is noteworthy that the scientific, regulatory, and governmental safety agency communities do not share the conclusions of IARC with respect to the proposed mechanisms for carcinogenicity with glyphosate. I have reviewed the evaluations by the following health authorities who have conducted scientific evaluations of whether glyphosate is carcinogenic in humans:

- United States Environmental Protection Agency (EPA 2017 and 2019a and 2019b)
- European Food Safety Authority (EFSA)
- European Chemicals Agency (ECHA)
- Australian Pesticides and Veterinary Medicine Authority (AVPMA)
- New Zealand Environmental Protection Authority
- Health Canada

The consensus among these and other agencies reflect the conclusions that glyphosate is not likely to be carcinogenic in humans. These authorities have reviewed both animal data and *in vitro* toxicity data, along with the available epidemiology, in reaching these conclusions. Among my takeaways from these reviews are the fact that:

1. EPA examined a more extensive dataset than IARC. The EPA has repeatedly concluded that glyphosate is "not likely to be carcinogenic in humans." In a letter from Michael Goodis, Director of the Registration Division of the Office of Pesticide Programs, regarding the state of California's listing of glyphosate as an exposure believed to cause

cancer, EPA noted that EPA "disagrees with IARC's assessment of glyphosate" and that a warning requirement involving carcinogenicity would be "false and misleading". While the California EPA objected to the letter, it is worth noting that they did not report on any independent analysis that they did, and they just relied on IARC.

2. EFSA re-evaluated glyphosate after the IARC report. EFSA peer review concluded that glyphosate is unlikely to be genotoxic *in vivo* and does not require hazard classification regarding mutagenicity according to the CLP (Classification, Labeling and Packaging) regulation. "It is noted that unpublished studies that were the core basis of the peer review evaluation were not available to the IARC experts as reported in the IARC monograph". EFSA stated that no genotoxic potential is attributed to the active substance glyphosate. EFSA concluded that glyphosate is unlikely to pose a carcinogenic hazard to humans. EFSA concluded that there is very limited evidence between glyphosate exposure and occurrence of NHL, and glyphosate is unlikely to pose a carcinogenic hazard to humans.

3. ECHA's 2017 review included the following:

   a. They found that all Mammalian cell mutation tests were all negative. The majority *in vitro* chromosomal tests and micronucleus tests were negative (all tests run under GLP (Good Laboratory Practice) were negative). DS (Dossier Submitter), as part of the ECHA report, proposed no classification for glyphosate for germ cell mutagenicity. They concluded that glyphosate does not induce gene mutations. They felt that for glyphosate, most human studies showed no genotoxicity.

   b. They analyzed the IARC study. ECHC concluded that, consistent with CLH (Harmonized Classification for Labeling), that glyphosate does not cause gene mutations in bacterial assays. RAC (Committee for Risk Assessment) concluded that glyphosate is not mutagenic *in vivo* bone marrow mutagenic tests and criticized the methods and conclusion by IARC.

   c. RAC concludes that human genotoxic studies are equivocal, as compared to IARC which concluded positive evidence of DNA breakage in blood cells collected after Glyphosate spraying.

   d. RAC concludes that glyphosate may induce oxidative stress, but the effect is weak and of uncertain biological significance. This compares to IARC which states that there is strong evidence that glyphosate induces oxidative stress.

   e. RAC concludes that no classification of glyphosate for germ cell mutagenicity is warranted. DS concluded that it is not likely that glyphosate induced malignant lymphoma in mice. DS concluded that epidemiological data did not provide convincing evidence that glyphosate exposure in humans was related to any tumor type, including NHL.

f. The overall conclusion of DS: based on epidemiological data, as well as long term data from rats and mice stated that no hazard classification is warranted for glyphosate according to CLP criteria.

4. AVPMA reviewed data after IARC classified glyphosate as a carcinogen. They concluded: glyphosate does not pose a carcinogenic or genotoxic risk to humans.

5. New Zealand Environmental Protection Authority concluded as follows:

   a. Epidemiological support for the conclusion "limited evidence" in humans that glyphosate causes cancer, as stated by IARC, is not convincing.

   b. Overall weight of evidence does not indicate that glyphosate is carcinogenic

   c. Evidence for glyphosate causing oxidative stress is weak

   d. Glyphosate is unlikely to be genotoxic

   e. New Zealand does not require glyphosate to be classified as a carcinogen or mutagen.

6. Health Canada (PMRA) conducted a very thorough re-evaluation of its 2015 recommendations in 2017 and then again re-evaluated their findings in 2019. Their conclusions include the following:

   a. PMRA stated that glyphosate is not genotoxic, and that glyphosate is unlikely to pose a human cancer risk. PMRA conducted a thorough review of all available scientific information. They evaluated the IARC assessment and examined a larger group of scientific information than IARC. PMRA stated that the genotoxicity seen in some studies may have been caused by other constituents in some of the formulated products but not the active ingredient of glyphosate. PMRA did not identify any active genotoxic potential for the active ingredient glyphosate acid. They emphasized that negative studies for gene mutation and chromosomal effect showed that glyphosate was not genotoxic. PMRA stated that IARC did not evaluate most of the genotoxic tests. PMRA noted that IARC noted toxic effects at only high levels which shows that genotoxic effects are due to cytotoxicity, i.e. killing of the cell, not DNA damage. Killing of the cell would not lead to cancer, since the cells are dead as compared to DNA mutational damage which potentially could lead to carcinogenicity. PMRA thinks that the cytotoxicity at high levels may have been caused by the surfactant in many glyphosate products. PMRA "did not consider any of the observed tumors to be treatment-related" in the animal models. Most cancers go through a pre-neoplastic phase. Since this was never seen with Glyphosate it makes it again very unlikely that it is a carcinogen.

b. IARC stated carcinogenicity may have been caused by inflammation, immunosuppression, endocrine disrupting activity and oxidative stress but no primary studies showed any of these effects were caused by Glyphosate. IARC is making a hypothesis without any data.

c. Greim in 2015, reviewed 14 long term glyphosate toxicity/carcinogenicity studies in rodents and mice. Since the publication of IARC four additional studies in rats and three in mice were negative for carcinogenicity. The Canadian review had access to detailed information for these studies and used them to make their conclusions.

d. PMRA noted that IARC said that here is only limited evidence in humans of carcinogenicity. PMRA felt that the human data did not demonstrate any clear relationship between glyphosate and NHL. They noted many problems with the human studies including 1) inconsistent results though most studies showed no association; 2) variation in study design; 3) lack of information on confounding variables; 4) multiple subtypes of lymphoma and difficulty with classification.

e. In 2019, Health Canada had 20 scientists who were not involved in the Canadian 2017 study to re-evaluate all the findings and came to the same conclusion that the 2017 study had that there is lack of evidence of glyphosate causing cancer. They stated that "No pesticide regulatory authority in the world currently considers glyphosate to be a cancer risk to humans at the levels at which humans are currently exposed."

## VI. FRANK POLLARD

Mr. Frank Pollard is currently a [REDACTED] man ([REDACTED] from Fremont, Nebraska. He is married, has two adult daughters and is retired. He retired in 2018 from his work as an agronomist. He has also worked as a farmer.

[REDACTED]

[REDACTED]

[REDACTED]



diagnosed Mr. Pollard with B-cell non-Hodgkin's lymphoma (NHL), marginal zone lymphoma.

1 See Deposition of Michael Lunning, DO 53:15-54:15.

Other possible risk factors include [redacted] his possible exposure to multiple herbicides and pesticides. Mr. Pollard has worked as a farmer and agronomist, and reports exposure to many herbicides and pesticides over the course of his lifetime, including RoundUp. He began using RoundUp in 1990, and used it more frequently starting in 1996. Mr. Pollard retired in 2018 but continues to use RoundUp on his personal property.

Since his treatment, Mr. Pollard is active and has a good quality of life. He has retired, enjoys time with his wife, and has travelled to various locations for leisure (e.g., hiking) and to visit family.

Mr. Pollard has a good prognosis, given his response to therapy (including maintenance therapy) and his remission. A 2017 meta-analysis by Vidal and colleagues showed that maintenance therapy with rituximab improves survival in lymphoma patients. This study analyzed seven trials including over 2300 patients with follicular lymphoma who were undergoing maintenance rituximab therapy (MR) versus observation or treatment only at relapse (no MR). The study found a statistically significant improvement in overall survival with MR compared with no MR (hazard ratio 0.79, 95% CI 0.66-0.96). MR also improved progression-free survival compared with observation (hazard ratio 0.57, 95% CI 0.51-0.64).

Mr. Pollard has a 75% of 12-year survival from the day of diagnosis. Vidal's Figure 1B (below) demonstrates survival rates based on prior and current treatment. Because Mr. Pollard has been on Rituxan maintenance and has had 1 induction, he is on the dark blue curve. This curve shows a better than 75% survival 12 years after diagnosis.



Fig. 1. Kaplan–Meier curve of overall survival, A) by intervention group; B) by treatment line and intervention group.

Now, three years after his diagnosis, he likely has a better than 75% chance of surviving another 9 years because he remains in complete remission -- some patients died and relapsed within the first three years. Cancer is an area of rapidly improving treatment, and superior therapies are available now than when the Vidal study was conducted (and when the original studies on which the Vidal meta-analysis is based were conducted). Therefore, Mr. Pollard's survival rate is likely higher still.

## VII. RESPONSE TO PLAINTIFFS' EXPERTS

I have reviewed the reports of Drs. Staggs and Palka. First, neither Dr. Staggs nor Dr. Palka explain any scientifically accepted method for determining what caused an individual patient's lymphoma. As discussed above, the vast majority of lymphomas are caused by increased cell divisions, not by environmental factors. Neither Dr. Staggs nor Dr. Palka account for this and, in fact, their conclusions and methods seem to outright disregard it.

Drs. Staggs and Palka draw conclusions about glyphosate based upon small numbers in subset analyses of large trials which are contrary to the larger set of data regarding glyphosate and NHL. They repeatedly rely on cherry-picked findings without properly weighing the epidemiological data. For example, they base their conclusions on a post-hoc subset of 17 patients in the Eriksson study who were exposed to glyphosate for more than 10 days -- a finding that was not adjusted for other pesticide exposure -- rather than considering the more reliable adjusted data that found no significantly increased risk. Any *post hoc* subset is of questionable significance, particularly for an analysis performed on such a small group. Neither Dr. Staggs

nor Dr. Palka mentions that the total population of 517 people studied in the McDuffie study, which they both rely on for their causation opinions, did not find that in the overall study that glyphosate increased the risk of NHL. They instead relied on a small subset of 23 people out of total population of 517. They did not mention Hohenadel which analyzed the same population and adjusted for use of other pesticides and found no relationship between glyphosate and NHL. Dr. Staggs discounted and basically ignored the results from AHS, which is the largest and most statistically valid study while emphasizing small subset analysis which were not adjusted for use of other pesticides. Both of their experts ignore and don't mention the overwhelming literature that shows that there is no relationship between glyphosate and NHL. Dr. Staggs incorrectly claims that most studies show more than a doubling of the risk of NHL. That is not a proper interpretation of the data. The fact is that most studies show no statistically significant increased risk when the data properly adjusts for confounders.

Dr. Staggs noted that IARC only found limited epidemiological evidence to suggest an association between glyphosate and NHL but gave this limited data for more importance than it was warranted. His method ignores this insurmountable limitation. Regarding animal data, he notes that EPA reached a different conclusion than IARC (and plaintiffs' expert, Dr. Portier). Both of their experts fail to mention the numerous other scientific organizations discussed above that similarly found that both epidemiological and the animal studies did not demonstrate that glyphosate causes NHL.

Date: 10/21/19

Peter T. Silberstein, MD, F.A.C.P

# Exhibit A

# CURRICULUM VITAE

Peter T. Silberstein, M.D., FACP
Henry Lynch Cancer Center
7500 Mercy Road
Omaha, NE  68131

**College:**            State University of New York
                        Buffalo, New York
                        Alpha Omega Alpha
                        MD, 1979

**Department:**         Department of Medicine/Division of Hematology/Oncology

**Current Appointments:**
Professor of Medicine (tenured as of July 1, 2007)
Chief, Division of Hematology/Oncology – Creighton University Department of Medicine
Chief, Oncology – Veterans Administration Hospital

**Years of Academic Service**: 16

**Terminal Degree**:        Yes (MD)

**Academic Positions:**

7/06 – Present     Adjunct Assistant Professor (Volunteer), Internal Medicine,
                   University of Nebraska Medical Center, Omaha, Nebraska

2/02 – 6/07        Assistant Professor, Creighton University, Omaha, Nebraska

1/90 - 5/02        Clinical Instructor of Medicine, University of Iowa Hospitals and
                   Clinic

**Education:**

| | |
|---|---|
| Fellowship: | University of Minnesota Medical School<br>Minneapolis, Minnesota<br>July 1982 to June 1985 (Hematology/Oncology) |
| Residency: | University of Iowa Hospitals and Clinics<br>Iowa City, Iowa<br>June 1979 to June 1982 (Internal Medicine) |
| Medical School: | State University of New York<br>Buffalo, New York<br>Alpha Omega Alpha<br>MD., 1979 |
| Honors: | Biochemistry, microbiology, physiology, medicine, pediatrics, psychiatry, sub-internship in medicine |
| College: | Amherst College<br>Amherst, MA<br>BA, Biophysics, 1975<br>Phi Beta Kappa<br>Summa cum Laude, Dean's List |

**Degrees Earned:**

1975, Bachelor of Biophysics

**Current Professional Employment:**

**Present Position:**

| | |
|---|---|
| 5/02 – Present | **Chief, Division of Hematology/Oncology**<br>Creighton University<br>601 N. 30°' Street, Suite 2565<br>Omaha, Nebraska 68131 |
| 3/04 –2012 | **Assistant Medical Director**<br>Odyssey HealthCare<br>444 Regency Parkway Drive, Suite 200<br>Omaha, Nebraska 68114 |
| 1995-2015 | **Iowa Medicaid/Encompass** |

Review of appropriateness of CT, PET, MRI scans for Iowa Medicaid for cancer patients
Nationwide reviews for insurance companies in regards to cancer therapies, bone marrow transplant, appropriateness of admission

3/94 –2008 **Medical Director**
Oncology Research Group, L.P. (Contract Research Organization)

**Present Position: Veterans Hospital Position Locally and Nationally**

1/11 –2012 **President**
Association of VA Hematology/Oncology **( AVAHO)**
Largest national group of health professionals focusing on cancer care of veterans. This group includes oncologists, oncology nurses, oncology surgeons, oncology pharmacists.
P.O. Box 2459
Lynnwood, Washington 98036

1/11 –2013 **Board of Directors – AVAHO**
Association of VA Hematology/Oncology
P.O. Box 2459
Lynnwood, Washington 98036

10/10 –2011 **Champion/Lead**
Working group designing
Omaha VAH cancer center
Nebraska-Western Iowa Health Care System
4101 Woolworth Ave
Omaha, Nebraska 68114

1/10 –2012 **Chairperson-Nationwide group writing guidelines for glioblastoma and malignant melanoma and other “orphan diseases”**
Department of Veterans Affairs
Nebraska-Western Iowa Health Care System
4101 Woolworth Ave
Omaha, Nebraska 68114

7/09 – Present **Chief, Oncology Section - Omaha VA Medical Center**

Department of Veterans Affairs
Nebraska-Western Iowa Health Care System
4101 Woolworth Ave
Omaha, Nebraska 68105

8/2008 - Present **Liaison to American College Surgeons (ACOS)**
ACOS certified cancer program
Department of Veterans Affairs
Nebraska-Western Iowa Health Care System
4101 Woolworth Ave
Omaha, Nebraska 68114

5/02 – Present **Hematologist/Oncologist**
Omaha VA Medical Center
Department of Veterans Affairs
Nebraska-Western Iowa Health Care System
4101 Woolworth Ave
Omaha, Nebraska 68105

**Previous Professional Employment:**

11/91 - 5/02 **Medical Director of Research**
Mercy Cancer Center
1000 - 4th Street, SW
Mason City, Iowa 50401-2859

8/85 - 5/02 **Clinical Hematology & Oncology Practice**
Mercy Cancer Center/Mason City Clinic
1000 - 4th Street, SW
Mason City, Iowa 50401-2859

**Hospital Appointments:**

5/02 – Present Active Staff - Creighton University Medical Center, Bergan Campus, Omaha, Nebraska

5/02 – Present Active Staff - Omaha VA Medical Center
Nebraska-Western Iowa Health Care System Omaha, Nebraska

8/02 – 07/08 Consulting Medical Staff – Burgess Health Center, Onawa, IA

8/85 - 5/02 Active Staff - Mercy Medical Center - North Iowa

Mason City, Iowa

**Consultantships and Professional Services:**

**Reviewer:**

| | |
|---|---|
| 2011-Present | Journal of Chemotherapy |
| 2010-Present | Journal of Palliative Care |
| 2010-Present | Cancer Investigation |
| 2009-Present | The American Journal of Medicine |
| 2009-Present | The European Journal of Clinical & Medical Oncology |

**Advisor:**

| | |
|---|---|
| 2015-present | Oncology Interest Group (Medical Student) American Society Clinical Oncology Approved Group |
| 2010-Present | Faculty Advisor/Originator for *Partners in Cancer* Program with first and second year medical students to have these students be cancer navigators for patients in Creighton Hematology/Oncology. |
| 2010-Present | Faculty for Healing Arts (Medical Student course) |
| 2008-Present | Vital Signs Mentoring (Medical Student advisory group) |

**Professional Societies:**

American Society of Clinical Oncology

American Society of Hematology

American College of Physicians - Fellow 2005

Metro Omaha Medical Society

Nebraska Medical Association

Nebraska Oncology Society---2005 to present

Missouri Valley Cancer Consortium
    Board of Directors    - 2002-2009
    Secretary/Treasurer - 2005-2007

Antiemetic Study Group MASCC (Multinational Association of Supportive Care in Cancer) 2006-2009

Omaha Oncology Journal Club 2003 – 2009

Nebraska Cancer Awareness, Research Education and Service (C.A.R.E.S.) 2002-2008

Treasurer, Iowa Society Clinical Oncology 1999-2002

American Cancer Society
    Chairperson, Tobacco Control Cerro Gordo County, 1991-2001
    President, Cerro Gordo County American Cancer Society Chapter, 1988-1991
    Lynn Smith Award - Excellence in Tobacco Control, Iowa American Cancer Society – 11/15/2001

**Board Certifications:**    Diplomat, American Board of Internal Medicine, 1982
    Diplomat, American Board of Internal Medicine
        Subspecialty in Hematology, 1984
        Subspecialty in Oncology, 1985

**Licensure:**

**Medical Licenses**    Nebraska 2002
    Iowa 1980

**Organizations:**

Head of VAH Task Force for new Cancer Center
Veterans Hospital, Omaha, NE 2010 – 2012

Cancer Center Committee
Veterans Hospital, Omaha, NE  2006 - Present

Cancer Center Committee,
Creighton University Medical Center - 2001 -  2009

Division Chiefs Committee,
Creighton University Medical Center - 2001 - Present

Physician Satisfaction Committee,
Creighton University Medical Center - 2002 - 2008

Ethics Committee,
Creighton University Medical Center - 2004 - 2014

Blood Conservation Committee,
Creighton University Medical Center - 2004 - 2012

Transfusion Committee
Creighton University Medical Center - 2006 – 2014

Anticoagulation Subcommittee,
Creighton University Medical Center – 2008 – 2013

Breast Cancer Committee
Creighton University Medical Center - 2003 – 2008

Oncology Service Line Committee
Creighton University Medical Center – 2006 – 2008

Cancer Center Executive Committee,
Creighton University Medical Center - 2004 - 2007

Chairman Department of Internal Medicine
Mercy Hospital, Mason City, IA - 2001

Credentials Committee
Mercy Hospital, Mason City, IA - 1998 - 2000

Medical Executive Committee
Mercy Hospital, Mason City, IA - 1998

Chairman Internal Medicine Park Clinic
Mason City, IA - 1988 - 1990

Board of Directors of Park Clinic
Mason City, IA - 1987 - 1990

Cancer Committee
Mercy Hospital, Mason City, IA - 1985 - 2002

**Fellowships and Honors:**

Fellowship:      University of Minnesota Medical School
Minneapolis, Minnesota
July 1982 to June 1985 (Hematology/Oncology)

Honors:         2017, 2015, 2014, 2013, 2012, 2011, 2010, 2009, 2008, 2007, 2005  *Best Doctor in America*

2010 VISN 23 Director's Network Star Award "for the submission of Chemotherapy Safety Initiative".

*Alpha Omega Alpha*, National Honor Medical Society, 1979
School of Medicine, State University of New York at Buffalo

Dr. Louis A. Sklarow Award, 1979 Award given to the "outstanding Jewish graduate in medicine from the State University of New York at Buffalo Medical School"

Sigma Xl, Scientific Honorary Society, 1975
Amherst College

Phi Beta Kappa, Academic Honorary Society, 1975
Amherst College

Dean's List, 1972 to 1975
Amherst College

Honors in Biochemistry, microbiology, physiology, medicine, pediatrics, psychiatry, sub-internship in medicine Suny Buffalo, 1979

**Awards:**

**Teaching Awards:**

2009 Hematology/Oncology highest board scores Department Internal Medicine, Creighton University

2008 School of Medicine Dedicated Teacher Award

2006 Department of Medicine Teaching Service Award - Hematology/Oncology

James F. Sullivan Award, Excellence Education Medical Residents, Creighton University Medical School, 2005. 2007, 2008

Nominee Golden Apple Award, Creighton University Medical School May 2003, May 2004, May 2005, May 2007, May 2010

Distinguished Service Award, Creighton University Medical School May 2013

Top Oncologist in Omaha, International Association of Oncologists Jan 2015

**Scholarship:**

i. **Publications and Presentations:**

**a. Publications**

1. Ermann DA, Noble VV, Fazeel HM, Thomas B, **Silberstein PT**. Presentation of a Rare Malignancy: Leiomyosarcoma of the Prostate. Fed Pract. 2019 Feb;36(Suppl 1):S30-S33. PubMed PMID: 30867634; PubMed Central PMCID: PMC6411357.

2. Wintheiser GA, **Silberstein P**. Physiology, Tyrosine Kinase Receptors. 2019 Feb 27. StatPearls [Internet]. Treasure Island (FL): StatPearls Publishing; 2019 Jan-. Available from http://www.ncbi.nlm.nih.gov/books/NBK538532/ PubMed PMID: 30860767.

3. Vardell Noble V, Ermann D A, Griffin E K, **Silberstein P**. (February 18, 2019) Primary Thyroid Lymphoma: An Analysis of the National Cancer Database. Cureus 11(2): e4088. doi:10.7759/cureus.4088

4. Gootee J, Aurit S, Curtin C, **Silberstein P**. Primary anatomical site, adjuvant therapy, and other prognostic variables for dedifferentiated liposarcoma. J Cancer Res Clin Oncol. 2018 Oct 25. doi: 10.1007/s00432-018-2777-3. [Epub ahead of print] PubMed PMID: 30361927.

5. Block ME, Sitenga JL, Lehrer M, **Silberstein PT**. Gardner-Diamond syndrome: a systematic review of treatment options for a rare psychodermatological disorder. Int Dermatol. 2018 Sep 20. doi: 10.1111/ijd.14235. [Epub ahead of print] Review. PubMed PMID: 30238440.

6. Ahmed A, Tahseen A, England E, Wolfe K, Simhachalam M, Homan T, Sitenga J, Walters RW, **Silberstein PT**. Association Between Primary Payer Status and Survival in Patients With Stage III Colon Cancer: An National Cancer Database Analysis. Clin Colorectal Cancer. 2018 Sep 13. pii: S1533-0028(18)30371-2. doi: 10.1016/j.clcc.2018.09.004. [Epub ahead of print] PubMed PMID: 30297265.

7. Sitenga JL, Aird G, Ahmed A, Walters R, **Silberstein PT**. Socioeconomic status and survival for patients with melanoma in the United States: an NCDB analysis. Int J Dermatol. 2018 May 7. doi: 10.1111/ijd.14026. [Epub ahead of print] Review. PubMed PMID: 29736922.

8. Sitenga J, Aird G, Ahmed A, **Silberstein PT**. Impact of siltuximab on patient-related outcomes in multicentric Castleman's disease. Patient Relat Outcome Meas. 2018 Jan 12;9:35-41. doi: 10.2147/PROM.S140011. eCollection 2018. Review. PubMed PMID: 29391839; PubMed Central PMCID: PMC5769562.

9. Goyal G, Maldonado EB, Fan TJ, Kanmanthareddy A, **Silberstein PT**, Go RS, Armitage JO. Treatment Patterns and Outcomes in Early-stage Hodgkin Lymphoma in the Elderly: A National Cancer Database Analysis. Clin Lymphoma Myeloma Leuk. 2017 Dec;17(12):812-818. doi: 10.1016/j.clml.2017.09.009. Epub 2017 Sep 20. PubMed PMID: 28988670.

10. Marsh S, Walters RW, **Silberstein PT**. Survival Outcomes of Radical Prostatectomy Versus Radiotherapy in Intermediate-Risk Prostate Cancer: A NCDB Study. Clin Genitourin Cancer. 2017 Aug 9. pii: S1558-7673(17)30239-2. doi: 10.1016/j.clgc.2017.07.029. [Epub ahead of print] PubMed PMID: 28869138.

11. Gonzaga MI, Grant L, Curtin C, Gootee J, **Silberstein P**, Voth E. The epidemiology and survivorship of clear cell sarcoma: a National Cancer Database (NCDB) review. J Cancer Res Clin Oncol. 2018 Sep;144(9):1711-1716. doi: 10.1007/s00432-018-2693-6. Epub 2018 Jun 30. PubMed PMID: 29961184.

12. Krishnan M, Ahmed A, Walters R W, **Silberstein P T**, "Factors Affecting Adjuvant Therapy in Stage III Pancreatic Cancer – Analysis of the National Cancer Database." Clin Med Insights Oncol. 2017 Aug 31; 11:1179554917728040. doi: 10.1177/1179554917728040.PMID 28894395

13. Malouff T, Mathy NW, Marsh S, Walters RW, **Silberstein PT. "**Trends in the use of radiation therapy for stage IIA prostate cancer from 2004 to 2013: a retrospective analysis using the National Cancer Database." Prostate Cancer Prostatic Dis. 2017 Apr 11. doi: 10.1038/pcan.2017.15. [Epub ahead of print] PMID: 28398296

14. Lynch HT, Rendell M, Shaw TG, **Silberstein P**, Ngo BT. – Commentary on Almassalha et al., "The Greater Genomic Landscape: The Heterogeneous Evolution of Cancer". Cancer Res. 2016 Sep 16. [Epub ahead of print] PMID: 27638875

15. Goyal G, Fan T, **Silberstein PT.**- Hereditary Cancer Syndromes: utilizing DNA repair deficiency as therapeutic target. Fam Cancer. 2016 Jul;15(3):359-66. doi: 10.1007/s 10689-016-9883-7. PMID: 26873719

16. Goyal G, Gundabolu K, Vallabhajosyula S**, Silberstein PT,** and Bhatt VR, - Reduced-intensity conditioning allogeneic hematopoietic-cell transplantation for older patients with acute myeloid leukemia. Ther Adv Hematol. 2016 Jun;7(3):131-41. doi: 10.1177/2040620716643493. Epub 2016 Apr 22. Review. PMID:27247754

17. Lynch HT, Slostad B, **Silberstein P.**-Familial Carcinoma of Unknown Primary. JAMA Oncol. 2016 Mar:2(3):346-7. doi: 10.1001/jamaoncol.2015.4653. No abstract available. PMID: 26720158

18. Goyal G, **Silberstein PT**, Armitage JO. -Trends in Use of Radiation Therapy for Hodgkin Lymphoma From 2000 to 2012 on the Basis of the National Cancer Data Base. Clin Lymphoma Myeloma Leuk.2016 Jan;16(1):12-7. doi: 10.1016/j.clml.2015.11.006. Epub 2015 Dec 1. PMID 267024073

19. Goyal G, Kendric K, **Silberstein PT**, Caponetti GC, Vivekanandan R, Multicentric Castleman Disease with Monoclonal Incomplete IgH Restriction: A Rare Coexistence. J Clin Exp Hematop. 2015:55(2):103-8. doi: 10.3960/jslrt.55.103. PMID:26490523

20. Bhatt, VR, Dhakal, P., Dahal, S., Pathak, R., Bociek, R.G., **Silberstein, Peter**, Armitage, J.O. Demographic and other Characteristics of Nodal Non-Hodgkin's Lymphoma Managed in Academic Versus Non-Academic Centers. Ther Adv Hematol. October 2015

21. Upadhyay, S., Dahal, S., Bhatt, V.R., Khanal, N., **Silberstein, P.T. –** Chemotherapy Use in Stage III Colon Cancer; a National Cancer Database Analysis. Ther Adv Med Oncol. 2015 Sep; 7(5):244-51. Doi: 10.1177/1758834015587867. PMID: 26327922

22. Khanal, N., Upadhyay, S., **Silberstein, Peter**-Targeted Therapies for Specific Mutations in Colorectal Cancer Have Led to an Increase in Patient Overall Survival. Federal Practitioner, Aug 2015.

23. Kunadharaju, R., Goyal, G., Rudraraju, A., **Silberstein, Peter**- Newer Multitargeted Kinase Inhibitors Show Prolonged Overall and Progression-Free

Survival in Patients with Metastatic Differentiated and Medullary Thyroid Cancers. Federal Practitioner, Aug 2015.

24. Mehta, P., **Silberstein, Peter**- Introduction to Advances in Hematology. Federal Practitioner, Aug 2015.

    Khanal, N., Upadhyay, S., Dahal, S., Bhatt, V.R., **Silberstein, Peter**- Systematic Therapy in Stage IV Pancreatic Cancer: A Population Based Analysis Using the National Cancer Database. Ther Adv Med Oncol. July 2015.

25. Goyal, G., Caponetti, G.C., **Silberstein, Peter** Double-Hit Lymphoma. J Clin Exp. Hematop, 2015.

26. Kunadharaju, R., Silberstein, P Erythropoiesis. Reference Module in Biomedical Services. Elsevier, April 2015.

27. Bhatt, VR, Shrestha, R., Krishnamurthy, J., Mosalpuria, K., Loberiza, FR Jr., Ganti, AK, **Silberstein, Peter** Clinicopathologic Characteristics and Management Trends of Cutaneous Invasive and In Situ Melanoma in Older Patients: A Retrospective Analysis of the National Cancer Data Base. Ther Adv Med Oncol. Jan 2015;7(1)4-11.

28. Bhatt,VR, Batra, R, **Silberstein, Peter**, Loberiza, FR Jr., Ganti, AK Effect of Smoking on Survival from Non-Small Cell Lung Cancer: A Retrospective Veterans' Affairs Central Cancer Registry (VACCR) Cohort Analysis. Med Oncol, Jan 2015;32(1):339.

29. Do, Van T.H., Tran, Hoang, **Silberstein, Peter** The Thalassemias. Reference Module in Biomedical Services. Elsevier, Dec 2014.

30. Rosin, Jennifer, **Silberstein, Peter**-Pernicious Anemia. Reference Module in Biomedical Services. Elsevier, Dec 2014.

31. Subbiah, Shanmuga, **Silberstein, Peter** Methemoglobinemia. Reference Module in Biomedical Services. Elsevier, Dec 2014.

32. Dumitrascu, Catalina, **Silberstein, Peter** Iron Deficiency Anemia. Reference Module in Biomedical Services. Elsevier, Dec 2014.

33. Acharya, Pranab, Bhatt, Vijaya, Upadhyay, **Silberstein, Peter** Immune Thrombocytopenia. Reference Module in Biomedical Services. Elsevier, Dec 2014.

34. Dahal, S, Bhatt, Vijaya, Upadhyay, Smirty, **Silberstein, Peter**  Heparin Induced Thrombocytopenia. Reference Module in Biomedical Services. Elsevier, Dec 2014.

35. Khanal, Nabin, Upadhyay, Smirty, **Silberstein, Peter**  AutoImmune Hemolytic Anemia. Reference Module in Biomedical Services. Elsevier, Dec 2014.

    Goyal,Gaurav, **Silberstein, Peter**-Drug Induced Neutropenia. Reference Module in Biomedical Services. Elsevier, Dec 2014.

36. Longo, Mary, **Silberstein, Peter**, Huyck, imothy, Aplastic Anemia. Reference Module in Biomedical Services. Elsevier, Dec 2014.

37. Bhatt, Vijaya Raj, Batra, Rishi, **Silberstein, Peter**, Loberiza, Fausto R., Ganti, Apar Kishor, Effect of Smoking on Survival from Non-Small Cell Lung Cancer: A Retrospective Veterans' Affairs Central Cancer Registry (VACCR) Cohort Analysis. Med Oncol, 11/7/14.

38. Kallam, A., Singla, A., **Silberstein, P.T.**,-Proton Pump Induced Thrombocytopenia: A Case Report and Review of Literature. Epub September 2014.

39. Dhir M., Crockett, D.G., Stevens, T.M., **Silberstein, P.T.**, Humter, W.J., Foster, J.M. Neoadjuvant Treatment of Dermatofibrosarcoma Protuberans of Pancreas with Imatinib: Case Report and Systematic Review of Literature. Clin Sarcoma Res (PMID). August 2014.

40. Goyal, G, **Silberstein, Peter**. Post-Transfusion Purpura: A Difficult Diagnosis. Journal of General Int. Medicine. Volume 29, Issue 1 Supp, p411. April 2014

41. Ganti AK, Subbiah SP, Kessinger A, Gonsalves WI, **Silberstein PT**, Lobriza FR Jr. Association between Race and Survival of Patients with Non-Small Cell Lung Cancer in The United States Veterans Affairs Population: Clinical Lung Cancer-2014 Mar;15(2):152-8.

42. Ganti AK, Gonsalves WI, Loberiza FR  Jr, Aldoss I, Batra R, **Silberstein PT**. Effect of Surgical Intervention on Survival of Patients with Clinical N2 Non-Small Cell Lung Cancer: A Veteran's Affair Central Registry (VACCR) Database Analysis. American Journal Clinical Oncology - 30 January 2014

43. Choice of Therapy and Time to First Treatment For Patients With Colon Cancer: A National Cancer Database Analysis-Olson, David C., Mohamed, Khaled, El-Ezz, Abou, **Silberstein, Peter**-J Clin Oncol 31, 2013 (suppl; abstr e 14642). ASCO Annual Meeting, 5/31/13, Chicago, IL.

44. A National Cancer Data Base Report on Mesothelioma-Brin, Lauren, Warlaumont, Mary, Fuller, Timothy, **Silberstein, Peter**-J Clin Oncol 31, 2013 (suppl; abstr e 18501). ASCO Annual Meeting, 5/31/13, Chicago, IL.

45. Prostate Cancer Management: Racial Disparities in the United States-Al Dhaybi, Omar, **Silberstein, Peter**-J Clin Oncol 31, 2013 (suppl; abstr e16012). ASCO Annual Meeting, 5/31/13, Chicago, IL.

46. Use of Surgery and Chemoradiation in Stage II and III Rectal Cancer: A Retrospective Comparison of Treatment Modalities in Major Insurance Types Using the NCDB Database"- Warlaumont, Mary, Brin, Lauren, Fuller, Timothy, Whittaker, Naomi, **Silberstein, Peter**-J. Clin Oncol 31, 2013 (suppl; abstr e 14641). ) ASCO Annual Meeting, 5/31/13, Chicago, IL.

47. Vulvar Cancer: Presentation and Treatment Variation Among Races"-Rosin, Jennifer, **Silberstein, Peter**- J. Clin Oncol 31, 2013 (suppl; abstr 5611). ASCO Annual Meeting, 5/31/13, Chicago, IL.

48. Gonsalves WI, Wolpert J, Tashi T, Ganti AK, Subbiah S, Ternent C, **Silberstein PT**. Assessment of Prognostic Factors after Primary Tumor Resection in Metastatic Colon Cancer Patients: A Veteran's Affairs Central Cancer Registry (VACCR) analysis, 1995-2008.J Surg Oncol. 2012 Sep 15;106(4):486-90. doi: 10.1002/jso.23102.

49. Gonsalves WI, Tashi T, Krishnamurthy J, Thota R, Davies T, Ortman SA, Aldoss I, Ganta A, Didwaniya N, Kalaiah M, Stenoien S, Eberle C, Ganti AK, Subbiah S, **P**. **Silberstein** (corresponding author) . Effect of palliative care Services on the Aggressiveness of End-of-Life Care in the Veteran's Affairs Cancer Population. Journal of Palliative Medicine. J Palliat Med. 2011 Aug 30. [Epub ahead of print].

50. Guidelines for the Management of Melanoma Patients in the VA Hospital System, Alissa Marr, MD, Edibaldo Silva, MD, Ph.D., FACS, **P. Silberstein** (corresponding author) MD, FACP. Federal Practitioner September 2011

51. A. Grothey, D.A. Nikcevich, J.A. Sloan, J.W. Kugler, **P. Silberstein T**. Dentchev, D.B. Wender, P.J. Novotny, U. Chitaley, S.R**.** Alberts, C.L. Loprinzi: Intravenous Calcium and Magnesium for Oxaliplatin-Induced Sensory neurotoxicity in Adjuvant Colon Cancer: NCCTG N04C7.J Clin Oncol.2011 Feb 1; 29(4):421-7.

52. I. Aldoss, T. Tashi, W. Gonsalves, R. Kalaiah, **P. Silberstein**, A. Ganti, X. Fang, S. Subbiah; Role of Chemotherapy in The Very Elderly Patients With Metastatic Pancreatic Cancer: A Veteran's Affairs Cancer Registry Analysis: J Geriatric Oncol. July 2011. 209-214

53. W. Gonsalves, S. Kanuri, T. Tashi, I. Aldoss, A. Sama, I. Al-Howaidi, A. Ganta, M. Kalaiah, R. Thota, J. Krishnamurthy, X. Fang, P. Townley, AK. Ganti, S. Subbiah, **P. Silberstein** (corresponding author); Clinicopathologic Factors Associated with Lymph Node Retrieval in Resectable Colon Cancer: A Veteran's Affairs Central Cancer Registry (VACCR) database analysis. J Surg Oncol.2011 Feb 17. (Epub ahead of print)

54. Schwartzberg L, Burkes R, Mirtsching B, Rearden T, **Silberstein P**, Yee L, Inamoto A, Lillie T.-Comparison of darbepoetin alfa dosed weekly (QW) vs. extended dosing schedule (EDS) in the treatment of anemia in patients receiving multicycle chemotherapy in a randomized, phase 2, open-label trial BMC Cancer. 2010 Oct 25;10:581

55. A.R. Maraaska, A. Sood, S.R. Dakhil, J.A. Sloan, D. Barton, P.J. Atherton, J.J. Suh, P.C.Grittin, D.B. Johnson, A. Ali, **P. Silberstein**, S.F. Duane, C.L. Loprinzi: Phase III, Randomized, Double-Blind, Placebo- Controlled Study of Long-Acting Methylphenidate for Cancer- Related Fatigue: North Central Cancer Treatment Group NCCTG-N05C7 Trial: J Clin Oncol. 2010 Aug 10;28(23):3673-9.

56. Gonsalves, Wilson I., Abuzetun, Jamil, **P. Silberstein,** (corresponding author), Palliative Chemotherapy: An Outdated Term of Life-Prolonging Systemic Therapies for Incurable Malignancies. J Palliat Med. 2010 Jun;13(6):641.

57. Auerbach, M., **P. Silberstein,** Webb, R., Averyanova S., Ciuleanu, T., Cam, L., Shao, J., Bridges, K., Lillie, T.: Darbepoetin alfa 300mcg or 500mcg Once Every Three Weeks With or Without Intravenous Iron in Patients With Chemotherapy-Induced Anemia. Am J Hematology. 2010 Sept; 85(9): 655-63.

58. Auerbach, M., **P. Silberstein,** Webb, R., Averyanova S., Ciuleanu, T., Cam, L., Shao, J., Bridges, K., Lillie, T.: Darbepoetin alfa 300mcg or 500mcg Once Every Three Weeks With or Without Intravenous Iron in Patients With Chemotherapy-Induced Anemia. Am J Hematology. 2010 Jun 4. [Epub ahead of print]

59. Aldoss, I, Wilson, S, **P. Silberstein** (corresponding author): Chemotherapy-induced Anemia. Asia-Pacific Oncology & Hematology, 2009 Apr. (1):24-26.

60. Abuzetun JY, Hazin R, Suker M, **P. Silberstein**: Primary Squamous Cell Carcinoma of the Lung with Bony Metastasis in a 13-year old boy: Case

Report and Review of literature: A Journal of The Pediatric Hematology Oncology, 2008 Aug;30(8):635-7.

61. Bleicher J, Bhaskara A, Huyck T, Constantino S, Bardia A, Loprinzi C, **P. Silberstein** (corresponding author)**:**  Lorazepam, Diphenhydramine, and Haloperidol Transdermal Gel for Rescue From Chemotherapy- Induced Nausea/Vomiting: Results of Two Pilot Trials. The Journal of Supportive Oncology, 2008 Jan 8;6(1):27-32.

62. Boccia R, Malik I, Raja V, Kahanic S, Liu R, Lillie T, Tomita D, Clowney  B, **P. Silberstein** (corresponding author):  Darbepoetin Alfa Administered Every Three Weeks is Effective for the Treatment of Chemotherapy-Induced Anemia.  The Oncologist,2006. Apr;11(4):409-17. Citation Index: 4.623

63. **P. Silberstein:**  "Are Blood Transfusions the Right Approach for Anemia". Contemporary Cancer Care from Physician's Weekly. Vol. 1, No. 9, Sept. 19, 2005.

64. Douglas H. Jones, MD,  **P. Silberstein** (corresponding author), Henry Lynch, MD, Charles Ternet, MD:  Regression of Colorectal Adenomas with Intravenous Cytotoxic Chemotherapy in a Patient with Familial Adenomatous Polyposis: Case Report, Journal of Clinical Oncology, 2005 Sep 1;23(25):6278-80.  Citation Index: 11.810

65. Witzig TE, **P. Silberstein**, Loprinzi CL, Sloan JA, Novotny PJ, Mailliard JA, Rowland KM, Alberts SR, Krook JE, Levitt R, Morton RF: Phase III, Randomized, Double-Blinded Study of Epoetin Alfa Versus Placebo in Anemic Patients with Cancer Undergoing Chemotherapy.  Journal of Clinical Oncology, 2005 Apr 20;23(12):2606-17.  CitationIndex: 11.810

66. Lunning MA, Stetler-Stevenson M, **P. Silberstein**, Zenger V, Marti GE; Spontaneous (Pathological) Splenic Rupture in Mantle Cell Lymphoma Blastic Variant: Case Report with Literature Review, Clinical Lymphoma, Vol 3 (2): 2002. 117-20

67. Mucci-LoRusso P, Berman BS, **P. Silberstein**, Citron ML, Bressler L, Weinstein SM, Kaiko RF, Buckley BJ, Reder RF: Controlled-released oxycodone compared with controlled-release morphine in the treatment of cancer pain: a randomized, double-blind, parallel-group study. European Journal of Pain. 1998, 2:239-249

68. Hammerschmidt DE, Knabe AC, **P. Silberstein**, Lamche HR and Coppo PA: Inhibition of granulocyte function by steroids is not limited to corticoids, studies with sex steroids. Inflammation. Vol. 12, No.3, 1988.

69. **P. Silberstein,** and Vercellotti GM: Facial burning from cyclophosphamide. Cancer Treatment Reports. 68:1057, 1984.

70. Goldsmith JC, **P. Silberstein,** Fromm RE and Walker DY: Hemophilic arthropathy complicated by polyarticular septic arthritis. ACTA Haematologica. 71:121-123, 1984.

71. **P. Silberstein**, Mastronarde DN and George SA: Nerve impulse equations: Computer solutions and displays. Computers and Graphics. 2:129-1 33, 1977.

72. **P. Silberstein**: Supernormality in single fibers of the frog's sciatic nerve. An experimental study. Amherst College Thesis, 1975

**b. Abstracts Accepted for Publication:**

1. Goyal, Gaurav, **Silberstein, Peter**-Adjuvant Chemotherapy in Stage II Non-Small Cell Lung Cancer: A Population-Based Analysis Utilizing NCDB. J Clin Oncol 32, 2014 (suppl; abstr e 18511). ASCO Annual Meeting, 5/30/14, Chicago, IL.

2. Do, Van T.H., Tran, Hoang V., Gries, Jessica, **Silberstein, Peter**. Relationship Between Socioeconomic Status (SES) and Treatment in Stage II Prostate Cancer. J Clin Oncol 32, 2014 (suppl; abstr e 17561). ASCO Annual Meeting, 5/30/14, Chicago, IL.

3. Khanal, Nabin, Upadhyay, Smrity, Bhatt, Vijaya Raj, **Silberstein, Peter**. Systematic Therapy Use in Stage IV Pancreatic Cancer: A Population-Based Analysis Using National Cancer Data Base (NCDB).J Clin Oncol 32, 2014 (suppl; abstr e 15190). ASCO Annual Meeting, 5/30/14, Chicago, IL.

4. Krishna Chilluru, Vamsi, Chintalacheruvu, Lakshmi Manogna, Harsha Tella, Sri, **Silberstein, Peter**. Impact of Various Demographic Variables and Different Insurances on Chemotherapy in Stage IV Non-Small Cell Lung Cancer Patients (NSCLC) Using NCDB (2000-2011)- J Clin Oncol 32, 2014 (suppl; abstr e 12524). ASCO Annual Meeting, 5/30/14, Chicago, IL.

5. Gries, Jessica, Do, Van T.H., **Silberstein, Peter**. Epidemiology of Stage IV Breast Cancer Patients: A Review of The National Cancer Database- -J Clin Oncol 32, 2014 (suppl; abstr e 12523). ASCO Annual Meeting, 5/30/14, Chicago, IL.

**c. Chapters**

1. Immune Thrombocytopenia: M. Pant, PS Acharya, VR Bhatt, **Peter T. Silberstein, M.D.**, xPharm (2014); In Caplan M (Ed). Reference Module in Biomedical Sciences; Publisher, Elsevier, Inc.

2. Heparin Induced Thrombocytopenia: S. Dahal, VR Bhatt, S. Upadhyay, **Peter T. Silberstein, M.D.**, xPharm (2014); In Caplan M (Ed). Reference Module in Biomedical Sciences; Publisher, Elsevier, Inc.

3. Erythropoiesis: **Peter T. Silberstein, M.D.**, xPharm (2009); Executive Editors: S.J. Enna and David B. Bylund; Publisher, Elsevier, Inc., New York

4. Oprelvekin: Pai Chandrashekhar, M.D., Ibrahim Aldoss, M.D., **Peter T. Silberstein, M.D.**,xPharm (2009); Executive Editors: S.J. Enna and David B. Bylund; Publisher, Elsevier, Inc., New York

5. Fondaparinux,:Sindhu Singh, M.D., **Peter T. Silberstein, M.D.**, xPharm (2007); Executive Editors: S.J. Enna and David B. Bylund; Publisher, Elsevier, Inc., New York

6. Sargramostim (GM-CSF): **Peter T. Silberstein, M.D.**, Jake Bleicher, xPharm (2007); Executive Editors: S.J. Enna and David B. Bylund; Publisher, Elsevier, Inc., New York

7. Oprelvekin: **Peter T. Silberstein, M.D.**, xPharm (2007); Executive Editors; S.J. Enna and David B. Bylund; Publisher, Elsevier, Inc., New York

8. Thalassemia: **Peter T. Silberstein, M.D.**, Nada Al-Skaf, M.D., xPharm (2007); Executive Editors: S.J. Enna and David B. Bylund; Publisher, Elsevier, Inc., New York

9. Aplastic Anemia: **Peter T. Silberstein, M.D.**, Timothy Huyck, M.D., xPharm (2007); Executive Editors: S.J. Enna and David B. Bylund; Publisher, Elsevier, Inc., New York

10. Hemophilia, Michael White, M.D., **Peter T. Silberstein, M.D.,** John Schrader, M.D., xPharm (2004); Executive Editors: S.J. Enna and David B. Bylund; Publisher, Elsevier, Inc., New York

11. Autoimmune Hemolytic Anemia, **Peter T. Silberstein, M.D.**, Sowjanya Duthuluru, M.D., Shazia Zafar, M.D., xPharm (2004); Executive Editors: S.J. Enna and David B. Bylund; Publisher, Elsevier, Inc., New York

12. Pernicious Anemia, **Peter T. Silberstein, M.D**., Sowjanya Duthuluru, M.D. xPharm (2004); Executive Editors: S.J. Enna and David B. Bylund; Publisher, Elsevier, Inc., New York

13. Methemoglobinemia, **Peter T. Silberstein, M.D**., W. Michael Kutayli, M.D. xPharm (2004); Executive Editors: S.J. Enna and David B. Bylund; Publisher, Elsevier, Inc., New York

14. Iron Deficiency Anemia, **Peter T. Silberstein, M.D.**, Adrian Caracioni, M.D., Suzanne W. Walsh, RPh, Andrew 0. Wahl, M.D., xPharm (2004); Executive Editors: S.J. Enna and David B. Bylund; Publisher, Elsevier, Inc., New York

15. Idiopathic Thrombocytopenic Purpura, **Peter T. Silberstein, M.D.**, Daniel Young, M.D. xPharm (2004); Executive Editors: S.J. Enna and David B. Bylund; Publisher, Elsevier, Inc., New York

16. Heparin Induced Thrombocytopenia, **Peter T. Silberstein, M.D**., Douglas H. Jones, M.D., xPharm (2004); Executive Editors: S.J. Enna and David B. Bylund; Publisher, Elsevier, Inc., New York

15.Drug-Induced Neutropenia, **Peter T. Silberstein, M.D.,** Dharmendrakumar V. Patel, M.D., xPharm (2004); Executive Editors: S.J. Enna and David B. Bylund; Publisher, Elsevier, Inc., New York

**d. Presentations**

**Local Presentations:**

1. “Surgical Margins: An Important Prognostic Factor in Leiomyosarcoma Survival” - Poster Presentation – March 2019, Omaha, NE

2. “Hemophagocytic Lymphohistiocytosis masquerading as Sepsis” – Poster Presentation – October 28, 2018 – Omaha, NE

3. Prevention and reduction of cancer risk: Creighton Wellness Council. October 2010.

4. “Enhancing Outcomes: Impact of Treatment Advances in Non-Hodgkin's Lymphoma”-Oral Presentation-November 3, 2009-Omaha, NE

5. “Anemia in Non-Myeloid Malignancies Receiving Concomitant Chemotherapy”-Oral Presentation-September 22, 2009-Omaha, NE

6. “Vectibix Clinical Overview in Colon Cancer”-Oral Presentation-October 28, 2008-Omaha, NE

7. “Hematology/Oncology” – American College of Physicians 2008 Nebraska Chapter Scientific Meeting – Oral Presentation – October 10, 2007 – Scott Conference Center, Omaha, NE (CME)

8. “Hematology/Oncology” – American College of Physicians 2007 Nebraska Chapter Scientific Meeting – Oral Presentation – October 12, 2007 – Scott Conference Center, Omaha, NE (CME)

9. “Current Concepts in the of Care in Esophageal Cancer” - The 5th Annual Esophageal Conference – Oral Presentation – September 7, 2007 – Qwest Center Omaha, Omaha, NE (CME)

10. “Anemia – Use of Erythropoietin and Iron” - 1st Regional Blood Conservation Conference – Oral Presentation – October 7, 2006 – Qwest Center Omaha, Omaha, NE (CME)

11. “The 2005 Tour of Hope” – The 5th Annual Celebration Luncheon, CU Wellness Program, Walk 100 – Oral Presentation – May 16, 2006 – Creighton University, Omaha, NE

12. “The 2005 Tour of Hope” – The 14th Annual Management of Colon and Rectal Diseases – Oral Presentation – March 4, 2006 – Omaha Marriott, Omaha, NE. (CME)

13. “Accrual to Cancer Clinical Trials and the Tour of Hope” Department of Medicine Grand Rounds, November 9, 2005 - Creighton University Medical Center. (CME)

14. “The Changing Face of Chemotherapy for Colorectal Cancer” - The 13th Annual Management of Colon and Rectal Diseases – Oral Presentation – February 26, 2005 – Qwest Center Omaha, Omaha, NE (CME)

15. “Transdermal Gels to Treat Chemotherapy Induced Nausea and Vomiting” – Oral Presentation – January 26, 2005 – Oncology Section Research Conference, Lied Transplant Center – UNMC, Omaha, NE (CME)

16. “Advancing the CINV Treatment Paradigm” – Oral Presentation – January 14, 2005-Omaha, NE

17. "Myeloproliferative Disorders" - Oral Presentation - April 28, 2004, Grand Rounds, Morrison Seminar Room, Creighton University Medical Center (CME)

18. "Erubitex Treatment of Metastatic Colorectal Cancer" - Oral Presentation – April 2004, Prima 140, Omaha, Nebraska

19. "Advances in Chemotherapy for Colorectal Cancer" - Oral Presentation – February 28, 2004 – The 12th Annual Management of Colon and Rectal Diseases by PCP and Support Staff - Regency Marriott, Omaha, Nebraska (CME)

20. Moderator "American Society of Hematology Review 2003" - January 31, 2004 Marriott Hotel, Omaha, Nebraska

21. "Controversies of Prevention and Early Detection of Breast Cancer" – Oral Presentation - October 1, 2003- Grand Rounds, Morrison Seminar Room, Creighton University Medical Center. Peter T. Silberstein, Michelle Mango, Mary Davey, Robert Fitzgibbons, Edibaldo Silva. (CME)

22. "Update in Treatment of Cancer Pain" - Oral Presentation - May 21, 2003, Internal Medicine Grand Rounds, Morrison Seminar Room, Creighton University Medical Center (CME)

23. Bloodless Medicine Symposium - May 17, 2003 -Holiday Inn Convention Center, Omaha, Nebraska-Seminar - Bloodless Medicine and Surgery Program (CME)

24. “Management of Cancer Pain" & "Treatment of Pain in Cancer" – Oral Presentation - April 4, 2003 - 4th Annual Pain Management Conference: Mechanisms and Methods for Managing Pain – Omaha Country Club, Omaha, Nebraska (CME)

25. "Chemotherapy Induced Nausea and Vomiting" - Oral Presentation – January 17, 2003- Upstream Brewery - Omaha, Nebraska

26. "New Advances in the Treatment of 2~ Line NSCLC" - Oral Presentation – November 1, 2002, Council Bluffs, IA, Grand Rounds Mercy Hospital (CME)

27. "Hormone Therapy for Breast Cancer" - Oral Presentation - October 6, 2002, Grand Rounds, Morrison Seminar Room, Creighton University Medical Center (CME)

**Regional Presentations:**

1.  "Epidemiology and Survivorship of Chondrosarcoma in the United States: An analysis of the National Cancer Database (NCDB)" – Poster Presentation – February 2019 - Omaha, NE

2.  "Primary Site and Other Prognostic Variables Effects on Survival in Pediatric Synovial Sarcoma" – Poster Presentation – February 2019 - Omaha, NE

3.  "The Importance of Surgical Margins in Dedifferentiated Liposarcoma Treatment" – Poster Presentation – February 2019 - Omaha, NE

4.  "Refusal of Radiotherapy in High Grade Soft Tissue Sarcoma of the Extremities" – Poster Presentation – February 2019 - Omaha, NE

5.  "Therapy for Skeletal Related Events in Patients with Solid Tumors-Oral Presentation-July 25, 2011-Salina, KS

6.  "Therapy for Skeletal Related Events in Patients with Solid Tumors-Oral Presentation-June 3, 2011-Newton, KS

7.  "Treatment of Metastatic Colon Cancer"-Oral Presentation-May 5, 2011- North Platte, NE

8.  "Non-Hodgkins Lymphoma"-Oral Presentation-April 26, 2011-Cedar Rapids, IA

9.  "Treatment of Metastatic Colon Cancer"-Oral Presentation-March 30, 2011-Effingham, IL

10. "Treatment of Metastatic Colon Cancer"-Oral Presentation-November 19, 2010-Iowa City, IA

11. "Treatment of Metastatic Colon Cancer"-Oral Presentation-October 7, 2010-Atlantic, IA

12. "Treatment of Metastatic Colon Cancer"-Oral Presentation-October 4, 2010-Quincy, IL

13. "Treatment of Metastatic Colon Cancer"-Oral Presentation-September 29,  2010-Clarinda, IA

14. "Treatment of Metastatic Colon Cancer"-Oral Presentation-September 16, 2010-Waterloo, IA

15. "Managing Anemia"-Oral Presentation-August 17, 2010-San Antonio, TX

16. "Targeted Therapy for Metastatic Colorectal Cancer"-Oral Presentation-June 9, 2010-Madison, WI

17. “Targeted Therapy for Metastatic Colorectal Cancer”-Oral Presentation-May 26, 2010-Freeland, MI

18. “Vectibix Clinical Overview in Colon Cancer”-Oral Presentation-April 29, 2010-Fort Collins, CO

19. “Treatment of Metastatic Colon Cancer”-Oral Presentation-April 6, 2010-Corpus Christi, TX

20. “Vectibix Clinical Overview in Colon Cancer”-Oral Presentation-March 24, 2010-East Lansing, MI

21. “Chemotherapy in Early-Stage Breast Cancer”-Oral Presentation-March 16, 2010-Granger, IN

22. “Personalized Medicine for Treatment of Lung Cancer” – Cook County Hospital – Grand Rounds, Oral Presentation – March 4, 2010,-Chicago, IL (CME)

23. “Vectibix Clinical Overview in Colon Cancer”-Oral Presentation-September 30, 2009-Grand Blanc, MI

24. “Non-Hodgkins Lymphoma-Oral Presentation-September 1, 2009-Chicago, IL

25. “Vectibix Clinical Overview in Colon Cancer”-Oral Presentation-May 20, 2009-Sycamore, IL

26. “Vectibix Clinical Overview in Colon Cancer”-Oral Presentation-March 24, 2009-Kansas City, MO

27. “Vectibix Clinical Overview in Colon Cancer”-Oral Presentation-February 17, 2009-Houston, TX

28. “Vectibix Clinical Overview in Colon Cancer”-Oral Presentation-November 25, 2008-La Crosse, WI.

29. “Non-small Cell Lung Cancer: Critical Choices for the Curable Patient” – Rush University Medical Center, Oral Presentation - November 20, 2008, Chicago, IL (CME)

30. “New Approaches to Lung Cancer: Translating Clinical Research into Clinical Practice” – Oral Presentation - Hematology/Oncology Grand Rounds, University of Cincinnati, March 16, 2007, Cincinnati, OH (CME)

31. "Insights and Treatment Strategies for Chemotherapy-Induced Nausea and Vomiting" – ONS Siouxland Regional Chapter – Oral Presentation – Jan. 9, – Sioux City, IA (CME)

32. "Response in Patients with Leiomyosarcoma to PCB (Phenyl Sodium (Butyrate) Tablets Midwest SGIM Regional Meeting, Chicago, IL, September 29, 2006. Poster Presentation by Dr. Mills

33. "New Approaches to Lung Cancer: Translating Clinical Research into Clinical Practice" – Oral Presentation – Stormont-Vail Healthcare, Inc. –September 23, 2006 – Topeka, KS (CME)

34. "Clinical Discussions in Non-Small Cell Lung Cancer" – Oral Presentation – September 19, 2006 – Winner, SD; Pierre, SD; Mitchell, SD

35. "Management of Advanced Non-Small Cell Lung Cancer" – Oral Presentation – Southwest Iowa Chapter Oncology Nursing Society – September 15, 2006 –Des Moines, IA (CME)

36. "New Approaches to Lung Cancer: Translating Clinical Research into Clinical Practice" – Oral Presentation – August 10, 2006, Sioux Falls, SD

37. "Rituxan (Rituximab) Therapy for the First-line Treatment of Diffuse Large B-Cell, CD20-Postive Non-Hodgkin's Lymphoma in Combination With CHOP or Other Anthracycline-Based Chemotherapy Regimens" - Oral Presentation – May 24, 2006, St. Louis, MO

38. "Advancing the CINV Treatment Paradigm" – Oral Presentation – May 18, 2006, Grand Island, NE

39. "Anemia and Cancer Treatment" – Oral Presentation – 15th Annual Cancer Care 2006: Comprehensive Cancer Control – April 8, 2006 – Sletten Cancer Institute, Great Falls, MT (CME)

40. "MDS Clinical Presentation" – Oral Presentation – Southeast Nebraska Chapter, Oncology Nursing Society - March 14, 2006 – Lincoln, NE

41. "Treatment of Metastatic Colorectal Cancer" – Oral Presentation – January 23, 2006 – Joplin, MO.

42. "Recent Advances for the First-Line Treatment of Patients with MetastaticColorectal Cancer" – Oral Presentation – January 17, 2006 – North Platte, NE

43. “Aranesp Dosing Flexibility in Chemotherapy Induced Anemia (CIA): 20030206 Study Update” – Oral Presentation – September 24, 2005 – Amgen Oncology Regional Investigator Meeting – New York, NY

44. “Advances in the Treatment of Colorectal Cancer” - Oral Presentation – May 2, 2005 – Mercy Hospital - Des Moines, IA

45. “The Role of Tarceva (erlotinib) in the Treatment of Locally Advanced or Metastatic NSCLC After Chemotherapy Failure” – Oral Presentation – February 16, 2005 – University of New Mexico Tumor Conference – Albuquerque, NM (CME)

46. “New Therapies for Lung Cancer”- Tumor Board, Oral Presentation – January 2, 2005 - St. Lukes Hospital – Kansas City, MO (CME)

47. “Advances in the Treatment of Early Stage Breast Cancer” – Oral Presentation – January 21, 2005 – Winner, SD

48. “Advancing the CINV Treatment Paradigm” – Oral Presentation – January 13, 2005– Des Moines, IA

49. “Advancing the CINV Treatment Paradigm” – Oral Presentation – January 10, 2005– Kearney, NE

50. “Advancing the CINV Treatment Paradigm” – Oral Presentation – December 1, 2004, Indianapolis, IN

51. "Eributex" - Oral Presentation - July 13, 2004, Sioux Falls, SD

52. "Update on Cancer Pain" - Nebraska Coalition for Compassionate Care, Living the Good Life. At the End of Life Conference - Oral Presentation - April 15, 2004, Embassy Suites, Lincoln, Nebraska (CME)

53. "New Advances in the Treatment of 1st Line Non-Small Cell Lung Cancer", Oral Presentation - April 2, 2004, Deaconess Medical Center Tumor Conference, Spokane, WA

54. "New Advances in the Treatment of 1st Line Non Small-Cell Lung Cancer”, Oral Presentation - April 2, 2004, North Idaho Cancer Care, Coeur d'Alene, ID

55. “New Advances in the Treatment of 1st Line Non Small-Cell Lung Cancer", Oral Presentation - April 1, 2004, Spokane, WA

56. "Update in Breast Cancer" - Oral Presentation - February 23, 2004, Pierre, SD

57. "Update in Breast Cancer" - Oral Presentation - February 23, 2004, Aberdeen, SD

58. "Advances in the Treatment of Metastatic Breast Cancer" - Oral Presentation – July 30, 2003, North Platte, NE

59. "Advances in the Treatment of Metastatic Breast Cancer" – Oral Presentation - July 24, 2003, Robbinsdale, MN

60. "Advances in the Treatment of Metastatic Breast Cancer" - Oral Presentation- May 23, 2003, Mankato, MN

61. "Advances in the Treatment of Metastatic Breast Cancer" - Oral Presentation- May 23, 2003, Waconia, MN
    i.  .

62. "Advances in the Treatment of Metastatic Breast Cancer" - Oral Presentation - April18, 2003, Rapid City, SD

63. "New Advances in the Treatment of NSCLC" - Oral Presentation –February 6, 2003, Minneapolis, MN

64. "New Advances in the Treatment of 2~ Line NSCLC" - Oral Presentation October 16, 2002, Burnsville, MN

65. "New Advances in the Treatment of 2~ Line NSCLC" - Oral Presentation October 16, 2002, Shakopee, MN

**National Presentations:**

1. "Insurance status and hepatocellular carcinoma: A NCDB analysis" Ahmed, Hibah, **Peter T. Silberstein MD**. Gastrointestinal Cancers Symposium, San Francisco, CA, January 17-19, 2019. (Poster Presentation)

2. (Accepted) "Epidemiology and Survivorship of Anaplastic Large Cell Lymphoma" Janani Baskaran MD, Jonathan Gootee, Victoria Vardell Noble, **Peter Silberstein, MD**. American Society of Hematology Annual meeting, San Diego, CA, December 1-4, 2018. (Poster Presentation)

3. (Accepted) “Primary Thyroid Lymphoma: An Analysis of the National Cancer Database**”** Victoria Vardell Noble, Daniel Arthur Ermann MD, **Peter Silberstein MD**. American Society of Hematology Annual meeting, San Diego, CA, December 1-4, 2018. (Poster Presentation)

4. (Accepted) “Academic Centers Are Associated with Improved Survival Outcomes in High Risk Diffuse Large B-cell Lymphoma Patients” Daniel A. Ermann MD, Victoria Vardell Noble, Ayatka Kallam MBBS, **Peter Silberstein MD**, James O. Armitage MD. American Society of Hematology Annual meeting, San Diego, CA, December 1-4, 2018. (Poster Presentation)

5. (Accepted) **“**Treatment Facility: An Important Prognostic Factor for Dedifferentiated Liposarcoma Survival.” Jonathan Gootee, Christina Curtin, Sarah Aurit, Saboor Randhawa, Bianca Kang, **Peter Silberstein, MD**. ACP NE Annual Meeting, Omaha, NE, October 28, 2018.

6. (Accepted) “Primary Thyroid Lymphoma: An Analysis of the National Cancer Database” Victoria Vardell Noble, Daniel Arthur Ermann MD, **Peter Silberstein MD**. ACP NE Annual Meeting, Omaha, NE October 28, 2018.

7. “Primary Anatomical Site and Other Prognostic Variables for Dedifferentiated Liposarcoma.” Jonathan Gootee, Saboor Randhawa, MD, Bianca Kang, BS, Isabel Gonzaga, BS, Christina Curtin, **Peter Silberstein, MD**. AVAHO Annual Meeting, Chicago, IL, September 28-30, 2018 (poster presentation).

8. “Epidemiology and Survivorship of Chondrosarcoma in the United States: An analysis of the National Cancer Database (NCDB).” Bianca Kang, BS, Isabel Gonzaga, BS, Jonathan Gootee, Saboor Randhawa, MD, Braden Olsen, BS, Luke Aeilts, BS, Christina Curtin, MS, **Peter Silberstein, MD**. AVAHO Annual Meeting, Chicago, IL, September 28-30, 2018 (poster presentation).

9. “Prognostic Factors, Treatment and Survival in Primary Cardiac Sarcoma.” Isabel Gonzaga, BS, Jonathan Gootee BS, Bianca Kang, BS, Christina Curtin, MS, **Peter Silberstein, MD**. AVAHO Annual Meeting, Chicago, IL, September 28-30, 2018 (poster presentation).

10. “Hospital Volume as an Independent Predictor of Lymph Node Yield in Patients Undergoing Neck Dissection for Oral Squamous Cell Carcinoma: An Analysis of the National Cancer Database” Victoria Vardell Noble, Daniel Arthur Ermann MD, Sarah Aurit, **Peter Silberstein MD**, Aru Panwar MD AVAHO Annual Meeting, Chicago, IL, September 28-30, 2018 (poster presentation).

11. “Chemotherapy use in the elderly for stage IV pancreatic cancer: An NCDB analysis.” Aabra Ahmed, B.S., Jenna Sitenga, B.S., Gregory Aird, B.A., Ryan W.

Walters, PhD, **Peter T. Silberstein, MD**. Gastrointestinal Cancers Symposium, San Francisco, CA, January 18-20, 2018 (poster presentation).

12. "Demoraphics and Survival of Patients Diagnosed with Myxoid Leiomosarcoma: A National Cancer Database (NCDB) Review." Jonathan Gootee, Isabel Gonzaga, Elida Voth, MD, Christina Curtin, **Peter Silberstein, MD,** Leah Grant, MD. AASCO Annual Meeting – Cancer Interest Group, Chicago, IL, June 4, 2018 (poster presentation).

13. "The Epidemiology and Survivorship of Clear Cell Sarcoma: A National Cancer Database (NCDB) Review." Jonathan Gootee, Isabel Gonzaga, Elida Voth, MD, Christina Curtin, **Peter Silberstein, MD,** Leah Grant, MD. AASCO Annual Meeting – Cancer Interest Group, Chicago, IL, June 4, 2018 (poster presentation).

14. "The Association between Cancer Program and Stage IV Breast Cancer Survival: An NCDB Analysis. Author: Margaret Siu, Ryan W. Walters, PhD, Aabra Ahmed, Yu-Soon Park, and **Peter Silberstein, MD.** Fontainebleau Miami Beach, Florida, March 9 – 12, 2017

15. "Survival Differences Following Mastectomy or Lumpectomy with or without adjuvant radiotherapy in Stage III Breast Cancer: An NCDB analysis." Yu-Soon A. Park BS, Ryan W. Walters PhD, Aabra Ahmed BS, Karen Dionesotes BS, Margaret Siu BS, **Peter Silberstein, MD** 34th Annual Breast Cancer Conference Fontainebleau Miami Beach Hotel, Miami Beach, Florida March 9-12, 2017

16. "Multi-Agent and Single-Agent Chemotherapy in Stage IV Pancreatic Cancer: An ACDB Analysis" Aabra Ahmed, Ryan W. Walters, Timothy Dean Malouff, Lakshmi Manogna Chintalacheruvu, **Peter T. Silberstein**. ASCO 2017 Gastrointestinal Cancers Symposium San Francisco, CA January 20, 2017

17. "Adjuvant Therapy in Stage II Pancreatic Cancer: An NCDB Analysis" Aabra Ahmed, Ryan W. Walters, Timothy Dean Malouff, Mridula Krishnan, Javaneh Jabbari, **Peter T. Silberstein.** ASCO 2017 Gastrointestinal Cancers Symposium San Francisco, CA January 20, 2017

18. "Presentation of Primary Ocular Melanoma in an Adult Male"
Vayalil PS, Diab OM, Gbadamosi-Akindele M, **Silberstein PT** Creighton University School of Medicine; Omaha VA; Omaha, NE
POSTER PRESENTATION
AVAHO (AMERICAN Veterans Association Hematology/Oncology)
Dallas, Texas 9/24/16

19. "Less Than 50% VAH Patients Receive Treatment for Stage IV Pancreatic Cancer: Care Comparison at VAH Versus ACOS Certified Hospitals" Ahmed A,

Tahseen A, **Silberstein PT** Creighton University School of Medicine, Omaha NE
POSTER PRESENTATION
AVAHO (AMERICAN Veterans Association Hematology/Oncology)
Dallas, Texas 9/24/16


20. "Effect of Improved Screening in VAH on Melanoma" Tahseen A, Ahmed A, **Silberstein P** Creighton University School of Medicine, Omaha, NE
POSTER PRESENTATION
AVAHO (AMERICAN Veterans Association Hematology/Oncology)
Dallas, Texas 9/24/16


21. "Treatment Modality use at VA Versus Other Hospitals in Stage I Non-Small Cell Lung Cancer: National Cancer Data Base Analysis" Zabinski M, Malouff T, **Silberstein P** Creighton University School of Medicine, Omaha, NE
POSTER PRESENTATION
AVAHO (AMERICAN Veterans Association Hematology/Oncology)
Dallas, Texas 9/24/16

22. "Docetaxel-Induced Stevens-Johnson Syndrome" 1 Diab O, 2 McEntire D, Kerfeld M, Campbell J, 3 Alsuwaidan A, 1 Gbadamosi-Akindele M 1 Internal Medicine Department, Creighton University; 2 Creighton University Medical School; 3 Department of Pathology, Creighton University, Omaha, NE
POSTER PRESENTATION
AVAHO (AMERICAN Veterans Association Hematology/Oncology)
Dallas, Texas 9/24/16

23. "Treatment Trends in Stage 3 Prostate Cancer in VA Vs Academic Centers" Chintalacheruvu LM, Dionesotes K, Diab O, Walters R, **Silberstein PT** Creighton University Medical Center, Omaha, NE
POSTER PRESENTATION
AVAHO (AMERICAN Veterans Association Hematology/Oncology)
Dallas, Texas 9/24/16

24. "One in Four Veterans with Stage IV Colon Cancer Receives No Treatment: VAH Versus Other Certified Hospitals in Providing Treatment" Siu M, Ahmed A, **Silberstein P** Creighton University School of Medicine, Omaha NE POSTER PRESENTATION
AVAHO (AMERICAN Veterans Association Hematology/Oncology)
Dallas, Texas 9/24/16

25. Treatment trends and outcomes in early-stage Hodgkin lymphoma in elderly: A National Cancer Database Analysis-Goyal, Gaurav; **Silberstein, Peter**- ASCO Annual Meeting, 6/2016, Chicago, IL.

26. Effect of radiotherapy treatment modalities on survival in stage IIa prostate cancer- **Silberstein, Peter**; Malouff, Timothy- ASCO Annual Meeting, 6/2016, Chicago, IL.

27. Overall survival in stage II prostate cancer after radiation or surgical therapy Sydney Marsh, BA; Ryan Walters, PhD; **Peter T Silberstein, MD**- ASCO Annual Meeting, 6/2016, Chicago, IL.

28. Long-term Survival by Method of Brachytherapy in Stage IIA Prostate Cancer: A National Cancer Data Base (NCDB) Analysis-Timothy Malouff, Sydney Marsh, Ryan Walters, **Peter Silberstein -** ASTRO (American Society Therapeutic Radiology) --9/26/16 Boston, Mass.

29. Trends in the Use of Radiation therapy for Stage IIA Prostate Cancer from 2004-2013: A Retrospective Analysis Using the National Cancer Data Base (NCDB) Timothy Malouff, Sydney Marsh, Ryan Walters, **Peter Silberstein -** ASTRO (American Society Therapeutic Radiology) --9/26/16 Boston, Mass.

30. Comparison of External Beam Radiation Therapy (EBRT) Techniques on Survival in Stage IIA Prostate Cancer - Timothy Malouff, Sydney Marsh, Ryan Walters, **Peter Silberstein -** ASTRO (American Society Therapeutic Radiology) -9/26/16 Boston, Mass.

31. Olson, E., Wolfe, K., Droessler, J., Gries, J., Silberstein, Peter-Epidemiology of Stage IV Thyroid Cancer Patients: A Review of the National Cancer Database 2000-2012. AVAHO Annual Meeting, October 2015, Washington, D.C.

32. Wolfe, K., Droessler, J., Olson, E., Gries, J., Goyal, G., Silberstein, Peter-Patterns in the Use of Neoadjuvant and Adjuvant Therapy in Stage II and III Rectal Cancer and Associated Survival. AVAHO Annual Meeting, October 2015, Washington, D.C.

33. Droessler, J.D., Wolfe, K.M., Olson, E., Silberstein, Peter-Stage IV Rectal Cancer Trends By Year-A Review of the National Cancer Database 1998-2009. AVAHO Annual Meeting, October 2015, Washington, D.C.

34. Impact of Demographic and Health System Variables on Survival in Early Stage (Stage 1 and II) Non –Small Cell Lung Carcinoma: A National Cancer Database Analysis-Goyal, G., Monirul-Islam, K.M., Silberstein, P.T.-AVAHO Annual Meeting, October 2015, Washington, D.C. Oral Presentation

35. Immunotherapy in Stage III Melanoma: A Population-Based Analysis of Demographic and Health System Factors Using National Cancer Database (NCDB)-Miyashiro, D., Goyal, G., **Silberstein, Peter**. Canadian Melanoma Conference, May 2015, Whistler, BC. *Oral Presentation*

36. Immunotherapy in Stage III Melanoma: A Population-Based Analysis of Demographic and Health System Factors Using National Cancer Database (NCDB)-Miyashiro, D., Goyal, G., **Silberstein, Peter**. ACP National Meeting, Feb 2015, Boston, MA. *Oral Presentation*-Award for Top 10 Medical Students in the Country

37. Trend Analysis of the Treatment of Stage III Rectal Carcinoma Patients Using National Cancer Database (NCDB)-Upadhyay, Smirty, Dahal, Sumit, Khanal, Nabin, Bhatt, Vijaya Raj, **Silberstein, Peter**, Mukherjee, Sandeep. Digestive Disease Week, May 2015. *Poster Presentation*

38. Epidemiology of Stage IV Breast Cancer Patients: A Review of the National Cancer Database 2000-2011- Gries, Jessica, Do, Van T.H., **Silberstein, Peter**. San Antonio Breast Cancer Symposium, Dec 2014. *Poster Presentation*-Selected for Oral Discussion

39. Cutaneous Invasive In-Situ Melanoma in Older Patients: A Retrospective Trend Analysis of National Cancer Data Base(NCDB)-Dahal, S., Bhatt, VR., Shrestha, R., Ganti, AK., **Silberstein, Peter**- ACP Nebraska Chapter, Oct 2014, Omaha, NE. *Poster Presentation*

40. Chemotherapy Use in the Treatment of Glioblastoma Multiforme: Comparing Patient Characteristics Using the National Cancer Data Base (NCDB)- Inserra, Chris, **Silberstein, P**- ASCO Quality Care Symposium, Oct 2014, Boston, MA. *Poster Presentation*

41. Demographic Disparities Related to First Course Treatment for Patients with Stage II Prostate Cancer at A Veterans Affairs (VA) Hospital and ACOS Accredited Hospitals in the US-Kim, DM, Schaefer, J, Hoffmann, JM, **Silberstein, P**-AVAHO, September 2014, Portland, OR. *Poster Presentation*

42. Systemic Therapy Use in Stage IV Pancreatic Cancer: Comparison Between VA-Nebraska Western Iowa and National Database Using National Cancer Database (NCDB)-Khanal, N, Upadhyay, S, **Silberstein, P**.-AVAHO, September 2014, Portland, OR. *Poster Presentation*

43. Use of Adjuvant Chemotherapy in Stage III Colon Cancer: Analysis of National and VA Nebraska-Western Iowa Health Care System Data Using National Caner Database(NCDB)-Upadhyay, S, Dahal, S, **Silberstein, P.**-AVAHO, September 2014, Portland, OR. *Poster Presentation*

44. Demographic and Other Characteristics of Nodal Non-Hodgkin's Lymphoma Managed in Academic Versus Non-Academic Centers-Bhatt, VR., Dahal, S., Bociek, GR., **Silberstein, Peter.**, Armitage, JO-Pan Pacific Lymphoma Conference, July 2014, Kohala Coast, HI. *Poster Presentation*

45. Chemotherapy Use in Stage III Colon Cancer: A National Cancer Data Base (NCDB) Analysis-Dahal, Sumit, Bhatt, Vijaya Raj, **Silberstein, Peter**-J Clin Oncol 32;5s, 2014 (suppl: abstr 3576). ASCO Annual Meeting, May 2014, Chicago, IL. *Poster Presentation*

46. Clincopathologic Characteristics and Management of Trends of Cutaneous Melanoma Among Older Patients: A National Cancer Data Base(NCDB) Analysis-Raj Bhait, Vijaya, Shrestha, Rajesh, Krishnamurthy, Jairam, Mosalpuria, Kailash, Loberiza, Fausto R., Kishor Ganti, Apar, **Silberstein, Peter**-J Clin Oncol 32:5s, 2014 (suppl; abstr 9059). ASCO Annual Meeting, May 2014, Chicago, IL. *Poster Presentation*

47. Discrepancies in Treatment of Osteosarcoma According to Insurance Coverage: A Review of the National Cancer Data Base-Longo, Mimi, **Silberstein, Peter**-J Clin Oncol 32:5s, 2014 (suppl; abstr 10072). ASCO Annual Meeting, May 2014, Chicago, IL. *Poster Presentation*

48. An Atypical Cause of Extreme Leukocytosis and Cytopenia in a 49 year old Woman-Hausmann, H., Bhatt, VR., **Silberstein, P.T.**, Ganti, AK-ACP Nebraska Chapter Abstract Competition; Oct 2014, Omaha, NE. *Poster Presentation*

49. Treatment Modalities Used for Stage III/IV Melanoma Therapy in Veterans Affairs Hospitals, AVAHO (Association of VA Hematology/Oncology)- Al Dhaybi, O, Bha, VR, **Silberstein, P.T**, October 2013. *Poster Presentation*

50. Demographic Differences Between Cancer Patients with Veterans Health Administration (VHA) Insurance and Those with Medicaid, Medicare, Private or No Insurance, AVAHO (Association of VA Hematology/Oncology) Sanders, S, Bha, VR, **Silberstein, P.T**, October 2013. *Poster Presentation*

51. Distribution of Stage IV Cervical Cancer Among Patients with Different Insurance., AVAHO (Association of VA Hematology/Oncology) Olsen D, **Silberstein P.T**, October 2013. *Poster Presentation*

52. Disparities in First-Course Treatment of Non-Small Cell Lung Cancer Among Different Hospital Types in the United States-Singla, Abhishek, Kallam, Avyakla, Adusumalli, Jayanth, Abu Hazeem, Mahmoud, **Silberstein, Peter**-J Clin Oncol 2013 (suppl; abstr 6568). ASCO Annual Meeting, May 2013, Chicago, IL. *Poster Presentation*

53. Surgery and Chemoradiotherapy in Stage II and III Esophageal Cancer: A Retrospective Analysis of First-Course Treatment Across Different Insurances Using the NCDB-Brin, Lauren, Ganti, Apar Kishor, Fang, Xiang, Warlaumont, Mary, Fuller, Timothy, Whittaker, Naomi, **Silberstein, Peter**-J Clin Oncol 30, 2012 (suppl 34;abstr 29). ASCO Quality Symposium. San Diego, Calif. November 2012

54. A Comparison of Chemotherapy Use in Stage IV Pancreatic Cancer-Whittaker, Naomi, Hueftle, Kristin, Warlaumont, Mary, Brin, Lauren, Olson, David C., Ganti, Apar Kishor, Fang, Xiang, **Silberstein, Peter**:-J Clin Oncol 30, 2012 (supp 34;abstr 257). ASCO Quality Symposium. San Diego, Calif. November 2012. *Poster Presentation*

55. Treatment Trends for Stage III Non-Small Cell Lung Cancer for Noninsured Patients Compared with Other Types of Insurances: A National Cancer Database Analysis"-Abou El Ezz, Khaled, Olson, David Charles, **Silberstein, Peter**"- J. Clin Oncol 30, 2012 (suppl 34;abstr 64).   ASCO Quality Symposium. San Diego, Calif.  November 2012.

56. Analysis of Stage of Melanoma Diagnosis in Relation to Insurance Type and Income as an Indicator of Early/Late Diagnosis"-Lamie, Peter Makram, Sikora, Asia, **Silberstein, Peter**- J. Clin Oncol 30, 2012 (suppl 34;abstr 243).   ASCO Quality Symposium. San Diego, Calif.  November 2012.

57. The Potential of A Medical Student Patient Navigato Program: An Analysis of Partners Against Cancer"-Whittaker, Naomi, Uong, Helen S., Kirschner, Evan, **Silberstein, Peter**- J. Clin Oncol 30, 2012 (suppl 34;abstr 34). )  ASCO Quality Symposium. San Diego, Calif.  November 2012.

58. 30-day Mortality of Surgeries in Disseminated Cancer Patients: An Analysis Using NSQIP, Dividing Surgeries into Low, Medium, and High Risk"-Pesavento, John Anton, **Silberstein, Peter**- J. Clin Oncol 30, 2012 (suppl 34;abstr 38). ) ASCO Quality Symposium. San Diego, Calif.  November 2012.

59. Surgery and Chemoradiotherapy in Stage II and III Esophageal Cancer: A Retrospective Analysis of First-Course Treatment Across Different Insurances Using the NCDB Database"-Brin, Lauren, Ganti, Apar Kishor, Fang, Xiang, Warlaumont, Fuller, Timothy, Whittaker, Naomi, **Silberstein, Peter**- J. Clin Oncol 30, 2012 (suppl 34;abstr 29).  ASCO Quality Symposium. San Diego, Calif. November 2012. *Poster Presentation*

60. Use of Surgery and Chemoradiation in Stage II and III Rectal Cancer: A Retrospective Comparison of Treatment Modalities in Major Insurance types using the NCDB Database"-Warlaumont Mary, Bri1n, Lauren, Fuller, Timothy, Whittaker, Naomi, **Silberstein, Peter**-J. Clin Oncol 30, 2012 (suppl 34;abstr 64). ASCO Quality Symposium. San Diego, Calif.  November 2012.

61. Primary Small Cell Carcinoma of the Esophagus: Retrospective Analysis of the Veterans Affairs Cancer Registry, Abu Hazeem, Mahmoud, Thota, Ramya, Subbiah, Shanmuga, **Silberstein, Peter**-J Clin Oncol 30, 2012 (suppl; abstr e 14641). ASCO Annual Meeting. June 2012

62. Factors Influencing the CEA positivity in patients with Colon Cancer Including Race, Thota, Ramya, Abu Hazeem, Mahmoud, Kallam, Avyakta, **Silberstein, Peter**, Subbiah, Shanmuga-J. Clin Oncol 30, 2012 (suppl 4:abst 409). ASCO Cancers Symposium. January 2012. *Poster Presentation*

63. Guidelines Presentation on Malignant Melanoma, Dr. Ed. Silva, **Dr. P. Silberstein**, 2011 Veterans Hospital Association Employee Education System National meeting on Hematology/Oncology, Kansas City, Kansas October 2011

64. Guidelines Presentation on Glioblastoma **Dr. P. Silberstein**, Dr. C. Adamson. 2011 Veterans Hospital Association Employee Education System National meeting on Hematology/Oncology, Kansas City, Kansas, October 2011

65. Moderator, Session II. **Silberstein, P.T.**, Association of VA Hematology/Oncology, October 15, 2011, Kansas City, MO

66. "Treatment Trends of Chemotherapy Use in Metastatic Non Small Cell Lung Cancer in Veterans Affairs System" – Singh S., **Silberstein P.T.**, Subbiah S, Ganti A - Poster Presentation, Association of VA Hematology/Oncology, October 15, 2011, Kansas City, MO

67. "Adjuvant Chemotherapy in Stage III Colon Cancer – Retrospective Analysis of Veteran Affairs Versus Other Insurances Using NCDB Database" – Kallam A., **Silberstein P.T.**, Subbiah S, Ganti A - Poster Presentation, Association of VA Hematology/Oncology, October 15, 2011, Kansas City, MO

68. "Patterns of Care for Early Stage Prostate Cancer – Analysis of Veteran Affairs System Compared to other Systems" – Koll T., **Silberstein P.T.**, Subbiah S, Ganti A - Poster Presentation, Association of VA Hematology/Oncology, October 15, 2011, Kansas City, MO

69. "A Review of the Practice of Tele-Oncology in VA-NWIHCS" – Collins R*.,* **Silberstein P**, Ganti A - Poster Presentation, Association of VA Hematology/Oncology, October 15, 2011, Kansas City, MO

70. "VA Treatment Trends for State II Non-Small Cell Lung Carcinoma, An NCDB Analysis" – Bracha P., **Silberstein P** - Oral Presentation, October 15, 2011, Kansas City, MO

71. "Small Cell Carcinoma of the Bladder: Analysis of Clinicopathologic Features and Survival Outcomes Among Patients in the Veterans Affairs Health System" – Wellnitz A., Tashi T, **Silberstein P**, Gonsalves W, Subbiah S - Oral Presentation, October 15, 2011, Kansas City, MO

72. W. Gonsalves, T. Tashi, T. Davies, S. Ortman, R. Thota, J. Krishnamurthy, I. T. Aldoss, M. Kalaiah, A. Ganta, N. Didwaniya, C. Eberle, A. Ganti, S. Subbiah, **Silberstein P** Aggressiveness of End of Life Care Before and After the Utilization of a Palliative Care Service: J. Clinical Oncology 29, Abstract 9135, ASCO Annual Meeting 2011. *Poster Presentation*

73. J. Krishnamurthy, T. Tashi, W. Gonsalves, R. Thota, **Silberstein P**, S.  Subbiah; Hodgkin Lymphoma of the Elderly Veterans: Veterans Affairs Cancer Registry Analysis: J. Clinical Oncology 29, Abstract 9138, ASCO Annual Meeting 2011. *Poster Presentation*

74. T. Tashi, I. T. Aldoss, W. Gonsalves, A. Ganti, **Silberstein P,** P. Townley, S. Subbiah; Surgical Resection in Early Limited-Stage Small Cell Lung Cancer: Time to Rethink? A Retrospective Analysis Of the VA Central Cancer Registry: J. Clinical Oncology 29, Abstract 7021, ASCO Annual Meeting 2011. *Poster Presentation*

75. R. Thota, T. Tashi, W. Gonsalves, A. R. Sama, **Silberstein P**, P. Townley, S. Subbiah; Prognostic Significance of Positive Lymph Node Ratio in Resected Esophageal Cancer: J. Clinical Oncology 29, Abstract 100, ASCO Gastrointestinal Cancers Symposium Jan 2011. San Francisco, California. *Poster Presentation*

76. T. Tashi, R. Thota, J. Krishnamurthy, A. R. Sama, I. T. Aldoss, W. Gonsalves, A. Ganti, P. Townley, **Silberstein P**, S. Subbiah; Primary Non-Hodgkin's Lymphoma of The Colon Among Patients in The Veterans Affairs Health System: J. Clinical Oncology 29, Abstract 554, Gastrointestinal Cancers Symposium Jan 2011. San Francisco, Calif.  *Poster Presentation*

77. N. Didwaniya, W. Gonsalves, **Silberstein P**, S. Subbiah; Racial Disparities in Colon Cancer: Retrospective  Analysis of VACCR database: J. Clinical Oncology 29, Abstract 528, Gastrointestinal Cancers Symposium Jan 2011. San Francisco, California. *Poster Presentation*

78. R. Thota, T. Tashi, W. Gonsalves, V. Murukesan, P. Townley, A. Ganti, **Silberstein P**, S. Subbiah; Primary Signet Ring Cell Carcinoma of Colon: Retrospective Analysis of VACCR database: J. Clinical Oncology 29, Abstract 58, Gastrointestinal Cancers Symposium Jan 2011. San Francisco. California. *Poster Presentation*

79. N. Didwaniya, R. J. Edmonds, **Silberstein P**, S. Subbiah; Survival Outcomes Based on Race in Gastric Carcinoma: A SEER database Analysis: Oral Abstract, J. Clinical Oncology 29, Abstract 5, Gastrointestinal Cancers Symposium Jan 2011. San Francisco, California. *Oral Presentation*

80. Aldoss, T. Tashi, W. Gonsalves, **Silberstein P** , A. Ganti, R. Thota,  S. Subbiah; TNM Staging Compared to Veterans Administration Lung Study Group Staging of Small Cell Lung Cancer-A Veterans Cancer Registry Analysis: Multidisciplinary Symposium in Thoracic Oncology, Dec 2010. Chicago, Illinois. *Oral Session*

81. T. Tashi, I. Aldoss, A. Ganti, **Silberstein P**, S. Subbiah; Revisiting The Role of Surgery in Limited-Stage Small Cell Lung Cancer-A Retrospective Analysis of VA Cancer Registry Database: Multidisciplinary Symposium In Thoracic Oncology, Dec 2010. Chicago, Illinois  *Poster Viewing11.*

82. R. Ranck, S. Subbiah, A. Ganti, **Silberstein P** : Treatment and   Survival Analysis of Patients 85 and Older with Non-Small Cell Lung   Cancer: Multidisciplinary Symposium in Thoracic Oncology, Dec 2010.  Chicago, Illinois. *Poster Discussion*

83. Ganti, W. Gonsalves, I. Aldoss, **P. T. Silberstein**, S. Subbiah, F. Loberiza; Effect of Race on Outcomes From Non-Small Cell Lung Cancer: Multidisciplinary Symposium in Thoracic Oncology, Dec 2010. Chicago, Illinois. *Oral Session*

84. R. Thota, T. Tashi, W. Gonsalves, **P. T. Silberstein**, S. Subbiah; Number And Site of Metastases as The Predictor of Prognosis In Metastatic Colon Cancer Based on: Retrospective Study From Veteran's Affairs Central Cancer (VACCR) Database: American Veterans Association Hematology Oncology, October 2010. Little Rock, Arkansas  *Poster Presentation*

85. R. Thota, W. Gonsalves, T. Tashi, **P. T. Silberstein**, S. Subbiah; Incidence and Survival of Mucinous Adenocarcinoma of The Colon: Retrospective Analysis of Veteran's Affairs Central Cancer (VACCR) Database: American Veterans Association Hematology Oncology, October 2010. Little Rock, Arkansas  *Poster Presentation*

86. R. Thota, T. Tashi, W. Gonsalves, **P. T. Silberstein**, S. Subbiah; Surgical Outcomes of Colon Cancer in Veteran Octogenarian Population: American Veterans Association in Hematology Oncology, October 2010. Little Rock, Arkansas. *Oral Presentation*

87. J. Mathias, **P. T. Silberstein**, N. Shonka; Comparative Analysis of Quality of Care at VA Hospitals(VAH) in The Treatment of Glioblastoma: American Veterans Association in Hematology Oncology, October 2010. Little Rock, Arkansas *Oral Presentation*

88. S. Subbiah, W. Gonsalves, I. Aldoss, T. Tashi, I. Al-Howaidi, P. Townley, **P. T. Silberstein**, A. Sama; Adjuvant Chemotherapy For Colon Cancer in The Octogenarian Population; Veterans Affairs Central Cancer (VACCR) Database Analysis: American Veterans Association Hematology Oncology, October 2010. Little Rock, Arkansas. *Oral Presentation*

89. T. Tashi, **P. T. Silberstein**, S. Subbiah; Survival Outcome in Adjuvant Chemotherapy Versus Adjuvant Chemo Radiotherapy For Resectable Gastric Cancer-A Retrospective Outlook in VA Population: American Veterans Association Hematology Oncology, October 2010.Little Rock, Arkansas.  *Poster Presentation*

90. M. Kalaiah, I. Aldoss, W. Gonsalves, T. Tashi, A. Ganta, I. Al-Howaidi, P. Townley, **P. T. Silberstein**, S. Subbiah; Small Cell Carcinoma of the Bladder Among Patients in The Veterans Affairs Health System: ASCO Genitourinary Cancers Symposium 2010. San Francisco, California. *Poster Presentation*

91. W. Gonsalves, T. Tashi, I. Al-Howaidi, I. Aldoss, A. Sama, **P.T. Silberstein**, P. Townley, S. Subbiah; Survival Analysis and Benefit Of Adjuvant Chemotherapy in Stage II Colon Cancer Patients: A Veteran's Affairs Central Cancer Registry Database Analysis: ASCO Gastrointestinal Cancers Symposium 2010. Orlando, Florida. *Poster Presentation*

92. T. Tashi, Z. H. Torgersen, B. Willer, W. Gonsalves, I. Al-Howaidi, **P. T. Silberstein**, P. Townley, , S. Subbiah, T. H. Lee, S. K. Mittal; Survival Outcome in Resectable Esophageal Cancer: Single-Center Experience: ASCO Annual Meeting, Abstract, June 2010. Chicago, Illinois. *Poster Presentation*

93. D. Crockett, W. Gonsalves, T. Tashi, I. Aldoss, A. R. Sama, I. Al- Howaidi,  X. Fang, P. Townley, S. Subbiah, **P. T. Silberstein**  :Racial  Disparities in Stage II Prostate Cancer Outcomes in VA Affairs Hospital System: ASCO Annual Meeting, June 2010. Chicago, Illinois. *Poster Presentation*

94. S. Kanuri, W. Gonsalves, T. Tashi, I. Aldoss, A. R. Sama, I. Al-Howaidi, Ganti, P. Townley, s. Subbiah, **P. T. Silberstein**, A. Ganta, M. Kalaiah, R. Thota, J. Krishnamurthy, X. Fang; Clinicopathologic Factors and Outcomes Associated with Node Retrieval in Resectable Colon Cancer: ASCO Annual Meeting,  June 2010. Chicago, Illinois *Poster Presentation*

95. W. Gonsalves, T. Tashi, I. Aldoss, M. Kalaiah, N. Didwaniya, S. Stenoien, C. Eberle, A. Ganti, S. Subbiah, **P.T. Silberstein**: The  Effect of Palliative Care Consultations on The End-Of-Life Care in The Veteran's Cancer Population: ASCO Annual Meeting, June 2010. Chicago, Illinois. *Poster Presentation*

96. S. Subbiah, T. Tashi, W. Gonsalves, M. Kalaiah, N. Didwaniya, R. Thota, S. Kanuri, P. Townley, I. Aldoss, **P. T. Silberstein**: Male Breast Cancer in Veteran Population: Retrospective analysis of VACCR Database: ASCO Annual Meeting, , June 2010. Chicago, Illinois.  *Poster Discussion*

97. D. L. Barton, A. R. Moraska, A. Sood, J. A. Sloan, J. J. Suh, P. C. Griffin, D. B. Johnson, A. A. Ali, **P. T. Silberstein**, C. L. Loprinzi;  "Long Acting Methylphenidate for cancer related fatigue: NCCTG trial N05C7", ASCO Annual Meeting, Abstract, June 2010. Chicago, Illinois. *Oral Presentation*

98. Aldoss, S. Subbiah, W. Gonsalves, X. Fang, **P.T. Silberstein**, T. Tashi, R. Kalaiah, A. Ganti; Benefit of Chemotherapy in Very Elderly Patients (≥80) with Metastatic Pancreatic Cancer: VA Central Cancer Registry (VACCR) database analysis", 2010 Gastrointestinal Cancers 22. Symposium, Abstract, January 2010. *Poster Presentation*

99. W. Gonsalves, I. Aldoss, S. Subbiah, **P. T. Silberstein**; "Adjuvant  Chemo Versus Chemoradiation Therapy in Resectable Pancreatic Cancer: Retrospective Analysis from the Veterans Affair Central Cancer Registry (VACCR) Database", 2010 Gastrointestinal Cancers Symposium, Abstract, January 2010. Orlando, Florida. *Poster Presentation*

100. T. Tashi, I. Al-Howaidi, W. Gonsalves, **P. T. Silberstein**, S. Subbiah; "Does Adjuvant Therapy Improve Survival in Gastric Cancer in the VA Population? A Retrospective Analysis from the VACCR Database",2010 Gastrointestinal Cancers Symposium, Abstract, January 2010. Orlando, Florida. *Poster Presentation*

101. Sama, A., W. Gonsalves, I. Aldoss, T. Tashi, I. Al-Howaidi, P. Townley, **P. T. Silberstein**, S. Subbiah; "Adjuvant Chemotherapy for Colon Cancer Patients age 80 and older: Veteran's Affairs Central Cancer (VACCR) Database Analysis", 2010 Gastrointestinal Cancers Symposium,  Abstract, January 2010. Orlando, Florida. *Poster Presentation*

102. Grothey,D. A. Nikcevich, J. A. Sloan, J. W. Kugler, **P. T. Silberstein**, T. Dentchev, D. B. Wender, H. E. Windschilt, X. Zhao, C. L. Lprinzi; Evaluation of the Effect of Intravenous Calcium and Magnesium (CaMG) On Chronic and Acute Neurotoxicity Associated with Oxaliplatin: Results from Placebo-Controlled Phase III Trial, ASCO Annual Meeting, Abstract, J. Clinical Oncology 2009. Chicago, Illinois. *Poster Discussion*

103. Lindquist, J., **Silberstein, P.T**, "Survival and Treatment of Osteosarcoma in the Veterans Health Administration", Association of VA  Hematology/Oncology Annual Meeting, Abstract, September 2009. Minneapolis, Minnesota. *Poster Presentation.*

104. Johansen, D., Fang, X., **Silberstein, P.T**, "Survival in Exocrine Pancreatic Cancer: A Veterans Affair Central Cancer Registry Database Analysis", Association of VA Hematology/Oncology Annual Meeting, Abstract,  September 2009. Minneapolis, Minnesota. *Poster Presentation*

105.    Sama, A., **Silberstein, P.T**, "What is the Optimal Frequency to Flush a Port? A Case Report of a Port Patent for 10 Years Without Flushing", Association of VA Hematology/Oncology Annual Meeting, Abstract, September 2009. Minneapolis, Minnesota. *Poster Presentation*

106.    Tashi, T., Gonsalves, W., Pudunagar Subbiah, S., Xiang, F., **Silberstein, P.T**, "Metastatic Non-Small Cell Lung Cancer in Veteran Population, an Overview", Association of VA Hematology/Oncology Annual Meeting, Abstract, September 2009. Minneapolis, Minnesota. *Poster Presentation*

107.    Green, C., Xiang, F, **Silberstein, P.T**, "AML: Improves Survival in Elderly VA Patients with Chemotherapy", Association of VA Hematology/Oncology Annual Meeting, Abstract, September 2009. Minneapolis, Minnesota. *Poster Presentation*

108.    Rasband-Lindquist, A., **Silberstein, P.T**, "Analyzing the Outcomes of Laryngeal Cancer Care in the Veterans' Health Administration",  Association of VA Hematology/Oncology Annual Meeting, Abstract, September 2009. Minneapolis, Minnesota. *Poster Presentation*

109.    Lindquist, J., **Silberstein, P.T**, "Survival and Treatment of Osteosarcoma in the Veterans Health Administration", Association of VA Hematology/Oncology Annual Meeting, Abstract, September 2009. Minneapolis, Minnesota. *Poster Presentation*

110.    Aldoss, I., Tashi, T., **Silberstein, P.T**; "Hypereosinophilic Syndrome Complicated with Multi-Organ Failure." Society of General Internal Medicine, Annual Meeting, Abstract, May 2009. *Poster Presentation*

111.    Gonsalves, W., Hoang, P., Aldoss, I., **Silberstein, P.T**: "A Very Rare Transition of Polycythemia Vera to Chronic Neutrophilic Leukemia."  Society of General Internal Medicine, Annual Meeting, Abstract, May 2009. *Poster Presentation*

112.    Sama, A.R., **Silberstein, P.T.**: "Mesenteric thrombosis with an elevated Factor VIII level and positive JAK2 mutation." Society of General Internal Medicine, Midwest Regional Meeting, Abstract September 2008. *Poster Presentation*

113.    Nikcevich, D.A., Grothey A., Sloan J.A., Kugler, J.W., **Silberstein, P.T.,** Dentchev, T., Wender, D.B., Novotny, P.J., Windschitl, H.E., Loprinzi, C.L.: Intravenous Calcium and Magnesium (IV CaMg) Prevents Oxaliplatin-Induced Sensory Neurotoxicity (sNT) in Adjuvant Colon Cancer: Results of the Phase III Placedbo-Controlled, Double-Blind NCCTG Trial N04C7. American Society of Clinical Oncology, Abstract May 2008. *Oral Session*

114.     Soori, G.S., Wilwerding, M.B., Carlson, M., Verdirame, J., Townley, P., Hutchins, M., **Silberstein, P.T,** McKenna, L., Mahacek, K., Madcharo, K.: A Prospective Study of Patient Accrual to Clinical Trials at a NCI-Funded Community Clinical Oncology Program. American Society of Clinical Oncology, Abstract March 2008. *Poster Session*

115.     Schwartzberg, L., Rearden, T., Yee, L., Mirtsching, B., Charu, V., Lam, H Lillie, T., Burkes, R., **Silberstein, P.T:**  A Phase 2, Randomized, Open- Label Study to assess the Efficacy of Extended Dose Schedule  Administration of Darbepoetin Alfa (DA) in Cancer Patients with Chemotherapy-Induced Anemia (CIA).  American Society Of Hematology, Orlando, FL, Abstract 550792, December, 2006. *Poster Presentation*

116.     **Silberstein P.T**, Bhaskara A: Transdermal Gels: A Novel Delivery System for Rescue of Delayed Nausea and Vomiting.  Abstract 1577, Supportive Care in Cancer Journal, Multinational Association of Supportive Care in Cancer International Symposium, Supportive Care in Cancer, Toronto, Canada, June 22, 2006.*Poster Presentation*

117.     **Silberstein P**:  Every 2 Week Darbepoetin Alfa Versus Weekly Epoetin Alfa for Chemotherapy-Induced Anemia.  Interview – Peer View in Session, 2006. National Interview and distributed Nationwide On CD ROM.

118.     **Silberstein P.T**, Boccia R, Liu D, Tchekmedvian S, Holladay C, Tomita D, Rossi G, Otterson GA:  Synchronicity: Evaluating Darbepoetin Alfa Administered at 300 mcg Every Three Weeks to Treat Chemotherapy-Induced Anemia in Breast Cancer Patients.  San Antonio Breast Cancer Symposium, Dec. 2005.

119.     Samineni D, Pathak K, **Silberstein P.T**, Dash A:  In Vitro Evaluation of Antiemetic Topical Gel Formulations in Cancer Chemotherapy American Association of Pharmaceutical Scientists, Abstract AM-05-02966, Nov. 2005.

120.     Reddy, R, **Silberstein, P.T**:  Successful Use of Rituximab and Plasma Exchange in the Treatment of Refractory Thrombotic Thrombocytopenic Purpura. AABB, Case Report, Oct. 2005.

121.     Sloan, J.A., Schaefer, P.L., Witzig, T.E., Novotny, **P.J., Silberstein**, P.T, Beardon, J.D., Allred, J.B., Mailliard, J.A., Loprinzi, C.L.: Relationships among quality of life and survival in anemic patients with Advanced Cancer Undergoing Chemotherapy.  American Society of Clinical Oncology Annual, Abstract 6027, May, 2005.

122.     Boccia, R, **Silberstein P.T**, Tchekmedyian S, Tomita D, Rossi G, Otterson G:  Effectiveness of Darbepoetin alfa Administered Every Three Weeks on Clinical Outcomes in Patients with Hematologic Malignancies and

Chemotherapy-Induced Anemia. American Society Of Hematology, Abstract 3767, Dec. 2005. *Poster Session*

123. Boccia R, Liu D, **Silberstein P.T**, Tchekmedyian S, Holladay C, Tomita D, Rossi G, Otterson G: Evaluating the Effectiveness of Darbepoetin Alfa 300mcg Q3W for the Treatment of Chemotherapy-Induced Anemia. American Society of Clinical Oncology, Abstract 8129, May 2005. *Poster Session*

124. **Silberstein, P.T**., Jones, DH., Ternent, C., Lynch, H., Regression of Colorectal Cancer Adenomas with Intravenous Chemotherapy in a Patient with Familial Adenomatous Polyposis, American Society of Clinical Oncology, Supplement Abstract 1021, July 15, 2004.

125. Sloan JA, Witzig TE, **Silberstein P.T**, Novotny PJ, Allred JB, Baker BA, Loprinzi CL: Quality of Life, Blood Transfusions, and Toxicity in Anemic Patients with Advanced Cancer Receiving Weekly Erythropoietin While on Chemotherapy: Results from a Phase III Randomized Double-Blind Placebo-Controlled Study. American Society of Hematology, Abstract 1103, December 2002.

126. **Silberstein P.T.,** Witzig TE, Sloan JA, Mailliard JA, Rowland Jr. KM, Krock JE, Ghosh C, Steen PD, Lopinzi CL: Weekly Erythropoietin for Patients with chemotherapy induced anemia: a randomized, Placebo- Controlled trial in the North Central Cancer Treatment Group, American Society of Clinical Oncology, Abstract 1422, May 2002. *Oral Presentation by Dr. Silberstein*

127. **Silberstein P.T**, Lamche HR, Knabe AC, Thomas D, Jacob HS and Hammerschmidt DE: High Dose Steroids Decrease Granulocyte Membrane Fluidity, Disrupting Agonist Receptor Function: Studies With Spin Resonance. Blood (abstract), American Society of Hematology, December, 1984. *Poster Presentation by Dr. Silberstein*

**Fields of Interest:**

a. **Teaching:**

**M2** Lectures on hematological malignancies, oncology topics, breast cancer, colon cancer, lung cancer – 10 lectures per year. Requested by M2 class to participate in board review last three years. Continuity care clinic for M2 2011.

**Partners in Cancer**
2010-Present

Faculty Advisor for *Partners in Cancer*;

This is a unique program which I originated with several first year Creighton Medical Students so that first and second year medical students can be cancer navigators  in Creighton Hematology/Oncology.  The students have found that they have learned valuable skills to interact with patients and well as getting a better understanding of the medical system. The patients often found that the medical students were a valuable and compassionate resource for them.  There has been tremendous interest in this program with up to half of the first year class signing up for the program.  We plan to continue and improve this program, and to obtain grants for this and in the future to publish the attributes of this program.

**Internal Med Residents**    40 lectures per year, reviewing hematology/oncology topics and questions. Four hours per year Internal Medicine Board Review.  Several Internal Medicine Grand Rounds per year. Maintain extensive teaching website on "Blue Line" which includes several hundred questions with answers and key points; over 40 handouts reviewing hematology/oncology topics.

**Quality of Care:**
The patient satisfaction scores for the division of hematology/oncology for fiscal year 2010-2011 were the highest of any division of Internal Medicine.  For two quarters, 98.4% of the surveyed patients rated us excellent.  This was significantly higher than the national norm. We were the only division in internal medicine that had patient satisfaction scores that were over the national norms. See Appendix:

## MENTORSHIP:

Since 2009, I have been leader of an extensive group of researchers evaluating quality of care and patterns of oncology care utilizing cancer databases such as VACCR (Veterans Association Central Cancer Registry); SEER (Surveillance, Epidemiology and End Results), NSQIP (American College Surgeons National Surgical Quality Improvement Program), NCDB (National Cancer Data Base) and SEER- Medicare. As part of this group nine  Creighton medical students, eight   Creighton internal medicine residents, five oncology faculty (from Creighton and University of Nebraska), two biostatisticians have all presented their  research at national meeting and/or published their research.  In addition I currently have three Creighton Medical students who have done/or are doing summer research and an additional eight students and residents who have

or are working  on similar projects.  I have published twenty-two
publications/chapters in conjunction with pre-medical students, medical students
and internal medicine residents.

In 2003, I started mentoring four first year medical students and am a
mentor for Creighton medical students in the Vital Signs program. I have met with
these students individually and in group functions.

**Description of four Creighton Internal Medicine residents that I mentored.**

1. Dr. Ibrahaim  Aldoss, completed Internal Medicine Residency at Creighton in
June 2009.  I was senior author on two of his publications.  Partially, due to my
mentorship he elected to become a hematology/oncologist and is currently a
fellow at the University of Southern California.  He was co-author on 14 national
presentations, 1st author of two national presentations, co-author on one
publication, and 1st author on one local presentation and co-author on 1 local
presentation. I was senior author on 90 % of these publications, and co-author on
the rest.  During his fellowship, he came to a national meeting mainly to meet
with me and the Creighton team.  He currently is an assistant professor at NCI
Comprehensive Cancer Center of the City of Hope.

2. Dr. Matthew Lunning has been mentored by me during high school, college,
medical school and Internal Medicine Residency.  He was first author on a
publication of which I was a co-author.  He is an assistant professor, at the
University of Nebraska Medical center after completing his fellowship at one of
the most prestigious cancer institutions, Memorial Sloan-Kettering, in
hematology/oncology.

3. Dr. Wilson Gonsalves I have mentored for four years during internal medicine
residency and Creighton medical school.  While taking an elective as a medical
student with me, he developed a desire to become a hematologist/oncologist.
Partially because of my tutelage, he has excelled and will be doing a
hematology/oncology fellowship at the Mayo Clinic.  He has authored three
publications for which he is the first author, co-author on one more, presented
three national presentations, and was co-author on 21 national presentations.  I
was senior author on all his publications, and about 90% of his presentations and
co-author on the rest. He  is currently on the faculty at the Mayo Clinic.

4. Dr. Ramya Thota has presented 10 posters at national meetings, and three oral
presentations at national meetings.   I was in charge of the hematology/oncology
division and the research team which has presented numerous cancer database
research at large national oncology meetings.  She is doing a fellowship at
Vanderbilt University.

The following Creighton Internal Medicine residents have been mentored and guided by
me and have gone into Oncology Fellowships:    Prior to my arrival at Creighton, it was

very rare for Creighton Internal Medicine Residents to do hematology/oncology fellowships.

1. Dr. Sri Vasireddi: Univ. Missouri
2. Dr. Sindhu Singh: Univ. of West Virginia
3. Dr. Ashwin Sama: Thomas Jefferson University, Philadelphia
4. Dr. Kirin Lassi: Georgetown, now faculty Univ. Minnesota
5. Dr. Susan Constantino: MD Anderson Orlando, now faculty VAH Orlando
6. Dr. Tim Hyuck: Northwestern University
7. Dr. Aldoss: University of Southern California
8. Dr. Natarajan: University of Louisville, KY
9. Dr. Wilson Gonsalves: Mayo Clinic, Rochester, MN
10. Dr. Tsewang Tashi: University of Utah
11. Dr. Jairam Krishmurthy: University of Nebraska Medical Center
12. Dr. Avi Kallam: University of Nebraska Medical Center
13. Dr. Goyal Gaurov: Mayo Clinic
14. Dr. Khanal Nabin: University of Indiana

**Summer Medical Students**

Creighton University M1 Summer Scholarship for Research April 1, 2017

I mentored these students, along with Dr. R. Walters;

i. Mary Dick – comparing survival for stage IV melanoma
ii. Kevin Yang – Surgical outcomes of colon cancer stage III
iii. Mohan Satish – time to tx melanoma stage III

Pesavento, Tony A. 2010: Funded Medical Student Summer Research Project
Amanda Wellnitz 2011: Funded Medical Student Summer Research Project
Peter Bracha 2011: Summer research

Thirteen Creighton Internal Medicine Residents have contributed to chapters that were published: Drs. I. Aldoss, S. Singh, N. Al-Skaf, T. Huyck, M. White, J. Schrader, S. Duthuluru, S. Zafar, W. Kutayli, A. Wahl, D. Young, D. Jones, D. Patel.

I have mentored Dr. Shan Subbiah, previously Assistant Professor at Creighton University Department of Medicine, in terms of terms of using cancer databases for research, working with medical residents and students in planning, completing and presenting research projects as well as ways to improve clinical practice and teaching. He has been an author or co-author on 28 national presentations, and three publications. I have been leader of the research group on all these projects. I have mentored Dr. Fang Xiang, Creighton biostatistics, in terms of oncology research and publication.

I have mentored Dr. Nicole Shonka, and Dr. Alissa Marr both assistant professor in oncology at University of Nebraska in terms of cancer database

research, and implementing nation-wide cancer guidelines for the Veterans Administration Hospital.   I have mentored and worked collaboratively with Dr. Apar Ganti, recently promoted to professor, University of Nebraska, in terms of cancer database research, cancer quality initiatives at the VAH in Omaha as well as improvements with national quality in the Veterans Hospital system.

**Community Activities:**

| | |
|---|---|
| 2010 | People to People Ambassador<br>Hematology/Oncology Professional Delegate to Vietnam, Cambodia |
| 2009-Present | Medical Student Mentoring Career Objectives<br>Speed Dialing for Specialists |
| 2008-Present | Judge, Midwest Student Biomedical Research Forum |
| 2008 | People to People Ambassador<br>Hematology/Oncology Professional Delegate to Russia |
| 2008-2010 | MOMS Community Internship Program |
| 2005 | Tour of Hope: Cross Country Bicycle Ride with Lance Armstrong and Lance Armstrong Foundation, Bristol Myers Squibb to promote accrual to Cancer Clinical Trials.  Multiple rallies, newspaper, radio and TV interviews. |
| 2003-Present | Mentor medical students, Vitals Signs Mentoring |
| 2003 | Nebraska Coalition for Compassionate Care |
| 2002-2012 | Volunteer Physician, Sienna House (Magis Clinic) |
| 1999-2002 | President/Founder of North Iowa Soccer Club |

**Grants:**

**Research Grants:**

       **American College of Surgeons Grants for Participant User Files for National Cancer Database**

| | |
|---|---|
| 2017, April 1 | Peter Silberstein and Christina Curtin - Sarcoma<br>Peter Silberstein and Eric Villanueva - vulvar cancer |

Peter Silberstein and Aabra Ahmed - Brain
Peter Silberstein and Katrina Wolfe - liver cancer
Peter Silberstein and Margaret Siu - kidney cancer
Peter Silberstein, Evan Daugherty and Ariana Munger -
Corpus Uteri and ovarian cancer
Peter Silberstein and Zhang "Kevin" Yang - eye cancer

**Missouri Valley Cancer Consortium - $957,926.00**

2011                     National Cancer Institute Funded Research.  Cancer
                         Cooperative group trials with major group at North Central
                         Cancer Treatment Group (NCCTG) who headquarters at the
                         Mayo clinic.  Other research groups include Eastern
                         Cooperative Oncology Group (ECOG) and National Surgical
                         Adjuvant Breast Project (NSABP)

**Health Future Foundations - $150,000**

8/1/03 - 6/2006          **Research Proposal for Hematology/Oncology Division
                         including three proposals.** 1) Evaluation of a topical gel to
                         reduce nausea and vomiting from chemotherapy. 2)
                         Establishment of a phase I (experimental therapy) cancer
                         program. 3) Clinical trials to evaluate new chemotherapy and
                         supportive care drugs in cancer patients.

**Research:**

**<u>Funded as Principal Investigator</u>**

1.          **Genentech - $168,560**

     06/08 – Present     AVF4349N (VIRGO): An Observational Study of Treatment
                         Patterns and Safety Outcomes for Metastatic or Locally
                         Recurrent Breast Cancer

2.          **Lilly Research Laboratories - $49,995**

09/07 – Present H3E-US-B001 – Non-small Cell Lung Cancer: The Impact of Ethnic Origin on Patients being Treated Second Line with Premetrexed – an Observational Study

3. . **Lilly Research Laboratories - $99,725**

09/07 – 10/09 H6Q-MC-SO30 – A Phase ½ Trial of Enzstaurin and Erlotinib in Patients with Advanced Solid Tumors and Non-Small Cell Lung Cancer (NSCLC) after Prior Chemotherapy

4. **Genentech - $142,548**

01/07 – Present AVF3995g (SALUTE): A Placebo-Controlled, Double-Blind, Mulitcenter, Randomized, Phase II Study of Bevaizumab in Previously Untreated Extensive-Stage Small Cell Lung Cancer

5. **Ortho-Biotech - $28,600**

05/07 – 5/08 EPO-ANE-2007: A Randomized, Open-Label, Comparative Study of epoetin alpha (Procrit) 80,000 units or 12,000 units Q3W versus darbopetin alpha (Aranesp) 500mcg in anemic cancer subjects receiving chemotherapy

6. **Genentech - $9,600**

04/07 – Present Avastin: An Observational Study of Avastin (bevacisumab) in Combination with Chemotherapy for Treatment of Metastatic or Locally Advanced and Unresectable Colorectal Cancer, Locally Advanced of Metastatic Non-Small Cell Lung (excluding predominant squamous cell histology), or Locally Recurrent or Metastatic Breast Cancer

7. **Amgen, Inc. - $13,420**

01/07 – 09/07 Amgen 20060103; IND 8223; Once Per Cycle Treatment of Anemia with Darbepoetin alfa with Iron in Subjects with Non-myeloid Malignancies

8. **Triad Burden of Illness - $14,175**

09/06 – Present Risk and Outcomes of Mucositis in Subjects Being Treated for Breast, Colorectal, Head and Neck, Non-Small Cell Lung, or Ovarian Cancers

9. **Nuvelo, Inc. - $5,500**

10/05 – 10/07 HA006: Phase 3, Multi-Center, Multi-National, Randomized, Double-Blind, Placebo-Controlled Study to Evaluate the Efficacy and Safety of Alfimeprase in Subjects with Occluded Central Venous Access Devices

10. **Amgen, Inc. - $13,500**

9/05 – 9/07 20040262: Flexibility: A study to assess the impact of once per cycle correction and maintenance dosing of darbepoetin alfa in subjects with non-myeloid malignancies with anemia due to chemotherapy

11. **Ortho Biotech, Inc.**

7/04 – 6/05 PRO3-27-063: A double blind randomized study to evaluate the response rate of Procrit (Epoetin alfa) versus placebo in anemic patients with cancer and persistent chemotherapy induced myelosuppression

12. **Ortho Biotech, Inc. - $22,343**

6/04 – 12/05 PRO3-27-064; Phase 116: A Randomized, Open-Label Study of Procrit® (Epoetin Alfa) Initiated at 40,000 Units Every Week Versus 80,000 Units Every Two Weeks in Anemic Patients with Cancer Receiving Chemotherapy

13. **Luitpold Pharmaceuticals - $19,240**

4/04 – Present P01-02-17 Phase III Study of Taxoprexin® Injection vs. Dacarbazine in Patients with Metastatic Malignant Melanoma

14. **AstraZeneca - $11,450**

3/04 – 4/06 1839U5/0713: Phase II Multicenter, Double-blind, Randomized Trial Comparing Anastrozole (ZD1033, ArimidexTM)-Placebo to the Combination Anastrozole-ZD1839 (gefitinib, Iressa™) in Postmenopausal Patients with Estrogen Receptor (ER) and/or Progesterone Receptor (PgR) Metastatic Breast Cancer

15. **Amgen, Inc. - $94,000**

3/04 – 8/05 20030206: SYNCHRONICITY: A study to evaluate the effectiveness of Aranesp® at 300 mcg q3w on clinical outcomes in cancer patients with anemia due to chemotherapy.

16. **Bristol-Myers Squibb - $17,500**

7/03 – 01/06 CA163-046: A Phase III Trial of Novel Epothilone BMS-247550 Plus Capecitabine Versus Capecitabine Alone in Patients with Advanced Breast Cancer Previously Treated with or Resistant to an Antrhracycline arid Who are Taxane Resistant.

17. **Amgen, Inc. - $246,497**

5/03 - 7/04 20030125, "A randomized open label multicenter study of darbepoetin alfa administered once every 2 weeks compared with rHuEPO administered once every week for the treatment of anemia in subjects with non-myeloid malignancies receiving multicycle chemotherapy."

18. **Millennium Pharmaceuticals - $ 4,000**

4/03 – 6/04 CAM3O7-A2 - "A phase III study to evaluate the efficacy and safety of front-line therapy with alemtuzumab vs. Chlorambucil in patients with Progressive B-Cell Chronic Lymphocytic Leukemia."

19. **Amgen, Inc. - $4,800**

3/03 - 3/04 20020132, "A study to assess symptom burden in subjects with non-myeloid malignancies receiving chemotherapy and Aranesp."

20. **AstraZeneca - $83,947**

2/03 – Present 70541L/0023, “A randomized double-blind comparative trial of bicalutamide versus placebo in patients with early prostate cancer."

21. **Pharmacia, Inc. - $12,500**

2/03 – 2/05 CPTAIV - 0020-411, "A randomized rnulticenter phase Ill trial of Irinotecan in combination with three different methods of administration of Fluoropyrimidine: lnfusional 5-FU (FOLFIRI) Bolus 5-FU (Day 1-14); with Celecoxib versus placebo as first line treatment for patients with metastatic colorectal cancer."

22. **Pharmacia, Inc.**

2/03 – 2/05 CPTAIV - 0020-366, "Pharmacogenomics blood sampling protocol for Irinotecan/Fluorouracil/Leucovorin (CPT-11/FU/LV.)"

23. **Cell Therapeutics, Inc. - $17,200**

1/03 – 03/05 PGT3O2 "CT-2103 vs Docetaxel for the second line treatment of Non-Small Cell Lung Cancer."

24. **Amgen, Inc - $153,382**

11/02 - 12/03 20010101 - "A randomized open-label study of darbepoetin alfa and rHuEPO for the treatment of anemia in subjects with non-myeloid malignancies receiving multi-cycle chemotherapy."

25. **ALFACELL**

8/02 – 11/04 Protocol #P30-302: Multicenter randomized comparative phase III trial of Onconase vs Doxorubicin in patients with malignant mesothelioma

26. **AstraZeneca - $8,000**

8/02 – Present Trial #1033lL/0029: A Randomized, Double-Blind Trial Comparing ARIMIDEX® Alone with Nolvadex Alone With Arimidex and

Nolvadex in Combination, as Adjuvant Treatment in Post-Menopausal Women with Breast Cancer

27. **Bristol-Myers Squibb - $17,500**

8/02 – 8/04 TAX/MEN.12: A multicenter, phase Ill randomized trial for stage IIIB or IV NSCLC comparing weekly taxol (paclitaxel) and carboplatin (paraplatin) regimen versus standard taxol

and carboplatin administered every three weeks followed by weekly taxol

28.     **NCIC - $12,500**

8/02 – Present          CTG Trial MA.21:  A Clinical Trial Comparing 3 Combinations of Chemotherapy: EC + Filgrastim + Epoetin Alfa Followed by Paclitaxel Versus AC Followed by Paclitaxel Versus CEF in Premenopausal and Early Postmenopausal Women Who Have Had Surgery for Axillary Node Positive or High Risk Node Negative Breast Cancer.

29.     **Sanofi-Synthelabo**

5/01 - 5/02          Protocol SR 96669 EFC 4760, "A Randomized, Multicenter, Phase II Study of Bolus/Infusion 5-FU/LV (de Gramont Regimen) and Oxalipiatin versus Bolus/Infusion 5-FU/LV (de Gramont Regimen) as Third-Line Treatment of Patients with Metastatic Colorectal Carcinoma

30.     **Genentech, Inc.**

4/01 - 5/02          AVF2119g, "A Multicenter, Open-Label, Phase III, Randomized Active-Controlled trial Evaluating the Efficacy, Safety, and Pharmacokinetics of rhuMAb VEGF (Bevacizumab), in Combination with Capecitabine Chemotherapy, in Subjects with Previously Treated Metastatic Breast Cancer"

31.     **SWOG 9217 Extension**

3/01 - 5/02          Chemoprevention of Prostate Cancer with Finasteride (Proscar®), Phase III, Intergroup

32.     **SWOG #S0000**

1/01 - 5/02          "Selenium and Vitamin F Cancer Prevention Trial" (SELECT)

33.     **RAND Study**

11/00 - 5/02          "Cost of Cancer Treatment"

34.     **Roxanne Laboratories**

3/00 - 9/00 CLO-0199, "A Prospective, Randomized Study of Clotrimazole Troches vs. Mycelex Troches in Immunocompromised Patients with Oropharyngeal Candidiasis"

35. **Ortho Biotech Products**

8/00 - 5/02 #PROO-27-012: "An Open-Label Study of PROCRIT (Epoetin alfa) in Women Undergoing Adjuvant Chemotherapy for Stage I, II or Ill Breast Cancer"

36. **AstraZeneca Pharmaceuticals**

6/00 - 5/02 #1 033lL/0039: "A randomized, double-blind, trial comparing ARIMIDEX with NOLVADEX as neo-adjuvant treatment in post-menopausal women with large operable (T2 (>3cm), T3, N0-2, M0) or locally advanced (T4b, N0-2, M0), ER+ and /or PR+ breast cancer"

37. **Novartis Pharmaceuticals**

11/99 - 5/02 #10 - Double-Blind Extension, "A Randomized, Double-Blind, Multi-Center, Comparative Trial of IV Zoledronate (4mg or 8mg) Versus IV Aredia (90 mg) as an Adjunct to Standard Therapies, in the Treatment of Multiple Myeloma and Breast Cancer Patients with Cancer-Related Bone Lesions"

38. **Novartis Pharmaceuticals**

10/98 - 5/02 #10 - Open-Label Extension, "A Randomized, Double-Blind, Multi-Center, Comparative Trial of IV Zoledronate (4mg or 8mg) Versus IV Aredia (90 mg) as an Adjunct to Standard Therapies, in the Treatment of Multiple Myeloma and Breast Cancer Patients with Cancer-Related Bone Lesions"

39. **Bristol-Myers-Squibb**

8/99 - 5/02 B98-1290, A Multicenter, Open-Label, Randomized Study of Three Schedules of Weekly Taxol Induction Therapy Followed by Weekly Taxol Maintenance Therapy in Metastatic Breast Cancer Patients"

40. **Purdue Pharma, LP**

5/99 - 10/99 HD99-0201, "Double-Blind, Randomized, Paraflel-Arm Study of the Analgesic Effects of Pailadone XL (Hydromorphone Hydrochloride Controlled Release) Capsules and MS Contin Tablets in Cancer or Non-Cancer Patients with a History of Moderate to Severe Pain"

41. **Bristol-Myers-Squibb**

1/99 - 8/00 B98-1 300, "A Study of Orzel Given as a Three-Times-Per-Day Regimen in the Treatment of Patients with Recurrent Metastatic Breast Cancer"

42. **Novartis Pharmaceuticals**

10/98 - 11/99 #10, "A Randomized, Double-Blind, Multi-Center, Comparative Trial of IV Zoledronate (4 mg or 8 mg) Versus IV Aredia (90 mg), as an Adjunct to Standard Therapies, in the Treatment of Multiple Myeloma and Breast Cancer Patients with Cancer-Related Bone Lesions"

43. **Zeneca Pharmaceuticals**

8/98 - 5/00 #92381L/0025, "A Double-Blind, Randomized, Multicenter Trial Comparing the Efficacy and Tolerability of 250mg Faslodex with 20mg Nolvadex in Postmenopausal Women with Advanced Breast Cancer"

44. **Zeneca Pharmaceuticals**

6/98 - 10/98 #100331L/0037, "An Open-Label Extension Safety Trial for the Use of Arimidex 1 & 10 mg and Megace in Postmenopausal Women With Advanced Breast Cancer"

45. **Cell Pathways**

6/98 - 1/00 #013, "A Randomized, Double-Blind, Multicenter, Placebo Controlled Study to Determine the Efficacy and Safety of FGN-1 in the Prevention or Delay of Disease Progression in Patients With Advanced Breast Cancer"

46. **Zeneca Pharmaceuticals**

5/98 - 3/99 #10331E/0029, (ATAC subprotocol) "A Randomized, Double-Blind Parallel-Group Trial to Assess Quality of Life With ARIMIDEX Alone, with NOLVADEX Alone, or ARIMIDEX and NOLVADEX in Combination, When Used as Adjuvant Treatment For Post-Menopausal Women with Breast Cancer"

47. **Zeneca Pharmaceuticals**

5/98 - 3/00 #10331 D/0029, (ATAC sub-protocol) A Randomized, Double-Blind Trial To Assess The Effects on Bone Mineral Density and Metabolism of ARIMIDEX Alone, with NOLVADEX Alone, or ARIMIDEX and NOLVADEX in Combination, When Used as Adjuvant Treatment For Post-Menopausal Women with Breast Cancer

48. **American College of Radiology**

11/97 - 5/02 LAMP #427, "Phase II Randomized Study of Taxol, Paraplatin, and Radiation Therapy for Locally Advanced Inoperable Non-Small Cell Lung Cancer"

49. **Zeneca Pharmaceuticals - $8,000**

12/96 – Present #10331L/0029, (ATAC) "A Randomized, Double-Blind Trial Comparing ARIMIDEX Alone with Nolvadex Alone with Arimidex and Nolvadex in Combination, as Adjuvant Treatment in Postmenopausal Women with Breast Cancer"

50. **Glaxo Wellcome**

8/97 - 4/99 #FUMA 3008, "A Randomized Open-Label Phase Ill Study of a 28-Day Oral Regimen of 5-Fluorouracil Plus Leucovorin as First-Line Therapy in Patients with Metastatic/Advanced Colorectal Cancer'"

51. **Roxane Laboratories**

10/97 - 6/98 #OSR-0394, “Multicenter Study to Compare the Efficacy of Two Sustained Release Morphine Sulfate Products in the Treatment of Pain in Patients with Cancer"

52. **Bristol-Myers Squibb**

| | |
|---|---|
| 7/97 - 2/99 | #B97-1250 “A Phase II Trial of Taxol Administered as a Weekly One Hour Infusion in Patients with Refractory Metastatic Breast Cancer" |

53. **Alza Corporation**

| | |
|---|---|
| 4/97 - 9/97 | #C-96-067, "A Phase IV Study of Anit-Emetics with Amifostine in Patients Undergoing Chemotherapy" |

54. **Zeneca Pharmaceuticals**

| | |
|---|---|
| 4/97 - 8/99 | #92381L/0021, "A Double-Blind, Randomized, Multicenter Trial Comparing the Efficacy and Tolerability of 125 mg or 250 mg of<br>Faslodex (Long-acting IC! 182,780) with 1 mg of Arimidex (Anastrozole) in Postmenopausal Women with Advanced Breast Cancer" |

55. **Smith Kline Beecham Pharmaceuticals**

| | |
|---|---|
| 2/97 - 10/97 | #151, An Open- Label, Non-Comparative, Multicenter Phase II Study of Oral Topotecan as a Single-Agent, Second-Line Therapy Administered for Five Days in Patients with Advanced Ovarian Cancer |

56. **SoloPak Pharmaceuticals Inc.**

| | |
|---|---|
| 10/96 - 4/97 | #SP-BC-02, "Extension Protocol for the Treatment of Bone Metastases Due to Breast Cancer with Low-Dose Gallium Nitrate" |

57. **Zeneca Pharmaceuticals**

| | |
|---|---|
| 10/96 - 12/97 | #339415/0002, "A Randomized, Open-Label, Cross-Over Trial to Compare the Efficacy, Subject Preference, and Safety of Kadian (morphine sulfate sustained release) Capsules vs MS Contin7 (Purdue-Frederick) in the Management of Subjects with Chronic Moderate to Severe Cancer Pain" |

58. **US Bioscience**

10/96 - 6/98  #WR-56, "A Randomized Phase III Trial of Carboplatin and Paclitaxel ± Ethyol (Amifostine) in Patients with Non-Small Cell Lung Cancer"

59.  **Purdue Pharma LP**

8/96 - 12/98  #HD95-0803, "Open-Label Study Of The Effectiveness, Safety and Pharmacokinetic and Pharmacodynamic Profiles of Oral Administration of Hydromorphone Hydrochloride Controlled-Release Capsules (OD) In Patients with Moderate to Severe Cancer-Related Pain"

60.  **Purdue Pharma LP**

8/96 - 12/98  #HD95-0801 -Amendment I, "Double-blind, Randomized, Two-Period Crossover Study Comparing the Efficacy, Safety and Pharmacokinetic and Pharmacodynamic Profiles of Oral Administration of Hydromorphone Hydrochloride Controlled-Release Capsules (QAM) and Hydromorphone Hydrochloride Immediate-Release Tablets (QID) for Cancer Related Pain"

61.  **Purdue Pharma LP**

8/96 - 12/98  #HD95-0801, "Double-Blind, Randomized, Two-Period Crossover Study Comparing the Efficacy, Safety and Pharmacokinetic and Pharmacodynamic Profiles of Oral Administration of Hydromorphone Hydrochloride Controlled-Release Capsules (QAM) and Hydromorphone Hydrochloride Immediate-Release Tablets (QID) for Cancer Related Pain"

62.  **Boehringer Ingelheim**

8/96 - 11/98  Protocol 208.608, "Efficacy and Tolerability of 2.5 mg Itasetron with 20 mg Dexamethasone IV and of 32 mg Ondansetron with 20mg Dexamethasone IV in the Prevention of Vomiting and Nausea in Patients Undergoing Cisplatin (> 75 mg/m2)-Containing Chemotherapy. A Randomized, Double-Blind, Multicenter, Parallel-Group Comparison"

63.  **SoloPak Pharmaceuticals Inc.**

8/96 - 4/97 #SP-MM-02, "Extension Protocol for the Treatment of Bone Involvement Due to Multiple Myeloma with Low-Dose Gallium Nitrate"

64. **Zeneca Pharmaceuticals**

4/96 - 6/98 #1033lL/0030, "A Randomized, Double-Blind Trial to Compare the Efficacy and Safety of Anastrazole (Arimidex 1 Mg Daily) with Tamoxifen Citrate (20 Mg Daily) as First-Line Therapy for Advanced Breast Cancer in Postmenopausal Women"

65. **Roxane Laboratories**

1/96-1999 Protocol CBI-899, "A Multicenter, Open-Label Pilot Study of Oral Naloxone in the Treatment of Opioid Induced Constipation"

66. **SoloPak Pharmaceuticals Inc.**

11/95 - 4/97 #SP-BC-01, "A Randomized, Double-Blind, Multicenter Study of Low-Dose Gallium Nitrate for Treatment of Bone Involvement Due to Breast Cancer"

67. **Pharmacia & Upjohn**

11/95 - 10/97 #94 OEXE 017, "Antitumor Efficacy of Exemestane in Postmenopausal Patients with Metastatic Breast Cancer Failing Non-Steroidal Aromatase Inhibitors"

68. **Pharmacia & Upjohn**

9/95 - 4/98 #94 OEXE 018, "Exemestane vs Megace in Postmenopausal Women with Metastatic Breast Cancer Failing Tamoxifen"

69. **Pharmacia & Upjohn**

8/95 - 2/98 #95 OEXE 022, "Antitumor Efficacy of Exemestane in Postmenopausal Women with Metastatic Breast Cancer Failing Tamoxifen and Megace"

70. **SoloPak Pharmaceutical Inc.**

8/95 - 4/97 #SP-MM-01 "A Randomized, Double-Blind, Multicenter Study of Low-Dose Gallium Nitrate for Treatment of Bone Involvement Due to Multiple Myeloma"

71. **Pharmacia & Upjohn**

95 - 1/00 #088050, "The Influence on Time to Progression of Adriamycin and Dexrazoxane vs No Treatment in Female Patients with Advanced or Metastatic Breast Cancer After Treatment with Six Courses of CAF"

72. **Bristol-Myers Squibb Pharmaceuticals**

8/95 - 9/96 #TAX-9435, "Randomized Phase Ill Trial Comparing Etoposide/Cisplatin Versus Carboplatin/Paclitaxel in Advanced and Metastatic Non-Small Cell Lung Cancer"

73. **Rhone-Poulenc Rorer**

5/95 - 7/95 #601 80X-204A, "A Randomized Double-Blind Parallel Group Single Dose Comparative Study of RP60180 (0.5mg and 7.5 mg) and Morphine Sulfate in Patients with Cancer Pain"

74. **Pharmacia & Upjohn**

10/94-1996 #120003, "Antitumor Efficacy Trial of FCE 24304 (Exemestane) as Third Line Hormonal Therapy in the Treatment of Postmenopausal Women with Metastatic Breast Cancer Refractory to Tamoxifen and Megace"

75. **Pharmacia & Upjohn**

10/94 - 12/96 #120002, "Efficacy Trial of FCE 24304 (Exemestane) in the Treatment of Postmenopausal Patients with Metastatic Breast Cancer Failing Tamoxifen'

76. **Purdue Frederick**

7/94-3/96 #OC92-1I01, "Open-Label Clinical Use Study of Controlled-Release Oxycodone Tablets Administered Orally Every 12 Hours for the Management of Pain"

77. **Purdue Frederick**

7/94- 9/95 — #0C92-1001, "Double-Blind, Randomized, 012H Multiple-Dose Parallel Group Comparison of the Pharmacokinetic and Pharmacodynamic Profiles of Controlled-Release Oxycodone (Oxycontin TM) and MS Contin7 Tablets in Patients with Chronic Cancer-Related Pain"

78. **Zeneca Pharmaceuticals Group**

2/94 - 6/94 — #10331L/0004, "A Randomized, Multicenter, Efficacy and Safety Study to Evaluate Arimidex 1 and 10mg Double-Blind, Compared to Open Label Megace in Postmenopausal Women with Advanced Cancer"

79. **Faulding Pharmaceuticals**

6/93 - 5/94 — #CDD-14785, "A Long Term Safety Evaluation of Kapanol and MS Contin in Patients with Moderate to Severe Cancer Pain"

80. **Faulding Pharmaceuticals**

6/93 - 2/94 — #CDD-14556, "A Randomized Double-Blind, Parallel Group Study Comparing the Efficacy and Safety of Kapanol to MS Contin in the Management of Patients with Moderate to Severe Cancer Pain"

# Exhibit B

**Dr. Silberstein Materials Considered List (*Frank Pollard*)**

**Literature**

1. Alitieri A, et al., Familial risk for non-Hodgkin lymphoma and other lymphoproliferative malignancies by histopathologic subtype: the Swedish Family–Cancer Database. Blood. 2005 Jul 15;106(2):668-72.

2. Acquavella, J. et al., Glyphosate epidemiology expert panel review: a weight of evidence systematic review of the relationship between glyphosate exposure and non-Hodgkin's lymphoma or multiple myeloma, 46(Supp. 1) Critical Reviews in Toxicology 28 (2016).

3. Alavanja, M. et al., Non-Hodgkin Lymphoma Risk and Insecticide, Fungicide and Fumigant Use in the Agricultural Health Study, 9(10) PLoS One e109332 (2014).

4. Andreotti, G. et al., *Glyphosate Use and Cancer Incidence in the Agricultural Health Study*, 110(5) J. Nat'l Cancer Inst. 509 (2018).

5. Andreotti, G. et al., Response to Sheppard and Shaffer, 111(2) J Natl Cancer Inst. djy201 (2019).

6. Ansimov VN et al., Cancer in rodents: does it tell us about cancer in humans? Nat Rev Cancer. 2005 Oct;5(10):807-19.

7. Australian Pesticides and Veterinary Medicines Authority (APVMA), Final Regulatory Position: Consideration of the evidence for a formal reconsideration of glyphosate (March 2017)

8. BfR, European Assessment of Glyphosate is quality-assured and independent (Jan. 15, 2019)

9. Bolognesi, C. et al., Biomonitoring of Genotoxic Risk in Agricultural Workers from Five Colombian Regions: Association to Occupational Exposure to Glyphosate, 72 J. Toxicol. Environ. Health A 986 (2009).

10. Cantor K, et al., Pesticides and Other Agricultural Risk Factors for Non-Hodgkin's Lymphoma among Men in Iowa and Minnesota. Cancer Research 52, 2447-2455, May I, 1992.

11. Chang ET, et al., Systematic review and meta-analysis of glyphosate exposure and risk of lymphohematopoietic cancers. Journal Of Environmental Science And Health, Part B 2016, Vol. 51, No. 6, 402–428

12. Chiu, B. et al., Agricultural Pesticide Use, Familial Cancer, and Risk of Non-Hodgkin Lymphoma, 13(4) Cancer Epidemiology, Biomarkers & Prevention 525 (2004).

13. Cocco, P. et al., *Lymphoma Risk and Occupational Exposure to Pesticides: Results of the Epilymph Study*, 70 Occupational and Envtl. Med. 91 (2013).

14. De Roos, A. et al., *Cancer Incidence among Glyphosate-Exposed Pesticide Applicators in the Agricultural Health Study*, 113(1) Envtl. Health Persp. 49 (2005).

15. De Roos, A. et al., *Integrative Assessment of Multiple Pesticides as Risk Factors for Non-Hodgkin's Lymphoma Among Men*, 60 Occupational and Envtl. Med. e11 (2003).

16. EPA, Office of Pesticide Programs, Revised Glyphosate Issue Paper: Evaluation of Carcinogenic Potential (Dec. 12, 2017).

17. Environmental Protection Agency (EPA), *Glyphosate – Proposed Interim Registration Review Decision Case Number 0178* (Apr. 2019).

18. Eriksson, M. et al., *Pesticide Exposure as a Risk Factor for Non-Hodgkin Lymphoma Including Histopathological Subgroup Analysis*, 123 Int'l J. Cancer 1657 (2008).

19. European Chemicals Agency (ECHA), Committee for Risk Assessment Opinion on Glyphosate Through RAC Evaluation of Carcinogenicity (March 15, 2017).

20. European Food Safety Authority (EFSA), EFSA explains the carcinogenicity assessment of glyphosate (Nov. 12, 2015).

21. Greim, H. et al., *Evaluation of Carcinogenic Potential of the Herbicide Glyphosate, Drawing on Tumor Incidence Data from Fourteen Chronic/Carcinogenicity Rodent Studies*, Crit Rev Toxicol, 2015; 45(3): 185–208.

22. Guyton, K. et al., *Carcinogenicity of Tetrachlorvinphos, Parathion, Malathion, Diazinon, and Glyphosate*, 16 The Lancet 490 (2015).

23. Hardell, L. & M. Eriksson, *A Case-Control Study of Non-Hodgkin Lymphoma and Exposure to Pesticides*, 85(6) Cancer 1353 (1999).

24. Hardell, L. et al., *Exposure to Pesticides as Risk Factor for Non-Hodgkin's Lymphoma and Hairy Cell Leukemia: Pooled Analysis of Two Swedish Case-control Studies*, 43(5) Leukemia and Lymphoma 1043 (2002).

25. Health Canada, Re-evaluation decision: Glyphosate (RVD2017-01), Executive Summary, pp. 1-9 (2017).

26. Health Canada, Statement from Health Canada on Glyphosate (Jan. 11, 2019).

27. Hohenadel, K., Harris, S.A., McLaughlin, J.R., et al. Exposure to Multiple Pesticides and Risk of Non-Hodgkin Lymphoma in Men from Six Canadian Provinces. Int. J. Environ. Res. Public Health 2011, 8, 2320-2330.

28. International Agency for Research on Cancer (IARC), *Malathion in Some Organophosphate Insecticides and Herbicides: Diazinon, Glyphosate, Malathion, Parathion, and Tetrachlorvinphos, Monograph Vol. 112 on the Evaluation of Carcinogenic Risks to Humans* (2015).

29. Jakobsen LH, et al., Minimal Loss of Lifetime for Patients With Diffuse Large B-Cell Lymphoma in Remission and Event Free 24 Months After Treatment: A Danish Population-Based Study. J Clin Oncol. 2017 Mar;35(7):778-784.

30. Lee WJ et al., Non-Hodgkin's Lymphoma Among Asthmatics Exposed To Pesticides. Int. J. Cancer: 111, 298–302 (2004).

31. Leon, M. et al., *Pesticide Use and Risk of Non-Hodgkin Lymphoid Malignancies in Agricultural Cohorts from France, Norway and the USA: A Pooled Analysis from the AGRICOH Consortium*, Int J Epidemiol. 2019 Mar 18.

32. MacDonald JS et al., The Toxicology of HMG–CoA Reductase Inhibitors: Prediction of Human Risk. Toxicologic Pathology, 32(Suppl. 2):26–41, 2004.

33. McDuffie, H. et al., *Non-Hodgkin's Lymphoma and Specific Pesticide Exposures in Men: Cross-Canada Study of Pesticides and Health*, 10 Cancer Epidemiology, Biomarkers & Prevention 1155 (2001).

34. National Cancer Institute, Cancer Stat Facts: Non-Hodgkin Lymphoma. https://seer.cancer.gov/statfacts/html/nhl.html

35. Newman CB, et al., Statin Safety and Associated Adverse Events: A Scientific Statement From the American Heart Association. Arterioscler Thromb Vasc Biol. 2019 Feb;39(2):e38-e81.

36. New Zealand Environmental Protection Agency, Review of the Evidence Relating to Glyphosate and Carcinogenicity (Aug. 2016).

37. Nordstrom M et al., Occupational exposures, animal exposure and smoking as risk factors for hairy cell leukaemia evaluated in a case-control study. British Journal of Cancer (1998) 77(11), 2048-2052.

38. OEHHA Statement Regarding US EPA's Press Release and Registrant Letter on Glyphosate (Aug. 12, 2019) https://oehha.ca.gov/proposition-65/general-info/oehha-statement-regarding-us-epas-press-release-and-registrant-letter

39. Orsi, L. et al., *Occupational Exposure to Pesticides and Lymphoid Neoplasms among Men: Results of a French Case-Control Study*, 66 Occupational and Envtl. Med. 291 (2009).

40. Pahwa, M. et al., *Glyphosate Use and Associations with Non-Hodgkin Lymphoma Major Histological Sub-Types: Findings from the North American Pooled Project*, Scandanavian J. Work Envtl. Health (2019).

41. Paz-y-Mino, C. et al., Evaluation of DNA Damage in an Ecuadorian population exposed to glyphosate, 30 Genetics & Molecular Biology 456 (2007).

42. Paz-y-Mino, C. et al., Baseline determination in social, health, and genetic areas in communities affected by glyphosate aerial spraying on the northeastern Ecuadorian border. Rev Environ Health 2011;26(1):45-51

43. Schinasi L et al., Non-Hodgkin Lymphoma and Occupational Exposure to Agricultural Pesticide Chemical Groups and Active Ingredients: A Systematic Review and Meta-Analysis. Int. J. Environ. Res. Public Health 2014, 11, 4449-4527

44. Sheppard, L. & R. Shaffer, Re; Glyphosate Use and Cancer Incidence in the Agricultural Health Study, 111(2) J. Nat'l Cancer Inst. djy200 (2019).

45. Tarazona, J. et al., *Glyphosate Toxicity and Carcinogenicity: A Review of the Scientific Basis of the European Union Assessment and its Differences with IARC*, 91 Archives of Toxicology 2723 (2017).

46. Tomasetti C et al., Stem cell divisions, somatic mutations, cancer etiology, and cancer prevention. Science 355, 1330–1334 (2017).

47. Tomasetti C et al., Variation in cancer risk among tissues can be explained by the number of stem cell divisions. Science. 2015 January 2; 347(6217): 78–81.

48. U.S. Environmental Protection Agency, Office of Chemical Safety and Pollution Prevention, Glyphosate Labeling Letter (Aug. 7, 2019).

49. U.S. Environmental Protection Agency, Revised Glyphosate Issue Paper: Evaluation of Carcinogenic Potential, Section 6: Data integration & weight-of-evidence analysis across multiple lines of evidence (Dec. 2017).

50. Vidal L et al., Rituximab maintenance improves overall survival of patients with follicular lymphoma-Individual patient data meta-analysis. Eur J Cancer. 2017 May;76:216-225.

51. Wang Y, et al., Association between type 1 and type 2 diabetes and risk of non-Hodgkin's lymphoma: A meta-analysis of cohort studies. Diabetes Metab. 2019 Apr 27. pii: S1262-3636(19)30066-7.

52. Wozniak E, et al., The mechanism of DNA damage induced by Roundup 360 PLUS, glyphosate and AMPA in human peripheral blood mononuclear cells - genotoxic risk assessment. Food and Chemical Toxicology 120 (2018) 510-522.

53. Zhang, L. et al., *Exposure to Glyphosate-Based Herbicides and Risk for Non-Hodgkin Lymphoma: A Meta-Analysis and Supporting Evidence*, 781 Mutation Res. – Rev. in Mutation Res. 186 (2019).

**<u>Medical Records</u>**

54. Medical records for Frank Pollard

**<u>Depositions</u>**

55. Deposition of Frank Pollard., *In re: Roundup Products Liability Litigation*, No. 3:16-md-02741 (N.D. Cal. July 1, 2019)

56. Deposition of Cynthia Pollard, *In re: Roundup Products Liability Litigation*, No. 3:16-md-02741 (N.D. Cal. Aug. 6, 2019)

57. Deposition of Matthew Lunning MD, *In re: Roundup Products Liability Litigation*, No. 3:16-md-02741 (N.D. Cal. Aug. 5, 2019)

**Expert Reports**

58.     Expert Report of Brent Staggs, M.D., *Domina v. Monsanto Co.*, No. 3:16-cv-05887 (N.D. Cal. Oct. 9, 2019)

59.     Expert Report of Kevin Palka, M.D., *Domina v. Monsanto Co.*, No. 3:16-cv-05887 (N.D. Cal. Sept. 24, 2019)

**Miscellaneous**

60.     Plaintiff Fact Sheet for Frank Pollard

# Exhibit C

**Fee schedule**

Review of records: $450.00 per hr.

Attorney meeting /Telephone conference: $500.00 per hr.

Deposition: $600 per hour this fee is non-refundable if the deposition is canceled with less than a week notice.  Advance payment is required.

Court Testimony: $5000.00 per day for testimony plus expenses and travel.
Any additional time will be calculated at a rate of $2500.00 per half day.  This fee is non-refundable should the trial be canceled with less than a week notice.  Advanced payment is required.  $120 per hour is charged for travel time (door to door).

# Exhibit D

**Testimonial History**

Lamb v. MAWD Pathology Group, PA, (District Court of Wyandotte County, KS
deposition testimony 6/28/16)

Stamper v. Mosaic (Buchanan County, MO  17BU-CV03138, deposition testimony 11/2018)

Hamilton v. Alliance Radiology (District Court of Johnson County, KS trial testimony 5/23/19)