# EXHIBIT 2

```
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3
 4
 5   MDL No. 2741
 6   Case No. 3:16-md-02741-VC
 7
 8   IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION
 9   - - - - - - - - - - - - - - - - - -X
     Perkins v. Monsanto Company        :
10   Case No. 3:16-cv-06025-VC          :
                                        :
11                                      :
     - - - - - - - - - - - - - - - - - -X
12
13
14
15           Videotaped deposition of DONALD BARRY
     BOYD, MD taken at the offices of Hyatt Regency, 1800
16   East Putnam Avenue, Old Greenwich, Connecticut,
     before Clifford Edwards, LSR, Connecticut License
17   No. SHR.407, a Professional Shorthand Reporter and
     Notary Public, in and for the State of Connecticut
18   on October 26, 2019, at 9:20 a.m.
19
20
21
22
23
24
25
```

1       A      Sure.

2              The focus has been on the common pathways

3   for the rise in the Western malignancies that we see

4   in the last forty to fifty to a hundred years in

5   Western populations, modern populations, and the

6   shared common pathways that are -- that link

7   diabetes, heart disease, and many cancers.

8              The most typical cancers that I lecture

9   on, because of their strong associations with

10  insulin, are postmenopausal breast cancer, even some

11  premenopausal breast cancer, colorectal cancer,

12  pancreatic cancer, endometrial cancer, as well as

13  aggressive prostate cancer.

14             And the shared rising levels of these

15  diseases have occurred simultaneously with the

16  increasing incidence of diabetes in the population

17  and even before diabetes, the rising incidence of

18  the prediabetic state called metabolic syndrome,

19  which is a condition of insulin resistance in which

20  patients are prone to develop diabetes.  They have a

21  systemic loss of sensitivity to the effect of

22  insulin.

23             The body's response to this is it

24  generates a higher level of insulin from the

25  pancreas to compensate for the loss of sensitivity

```
 1   medical history; is that right?
 2       A    Right.  All her medical records,
 3   including treating physicians and specialists.  So
 4   an extensive amount of information.
 5       Q    Did you ever speak with any of
 6   Ms. Perkin's treating doctors about her medical
 7   condition?
 8       A    No.
 9       Q    Let me ask you to take a look at the -- I
10   guess, page 2 of your report.  And I'll direct your
11   attention to the -- I guess, the first full
12   paragraph where it says, "Medical background,
13   pre-lymphoma diagnosis."
14            You -- you wrote that; correct?
15       A    Correct.
16       Q    And in some sense, this would be her
17   past -- pertinent past medical history?
18       A    Correct.
19       Q    Is that the idea?
20       A    (The witness nods head.)
21       Q    And I'd like to go through these kind of
22   sentence by sentence and break them down and have
23   you elaborate.
24            You say that, "She had a long history of
25   multiple medical conditions, which I considered and
```

```
 1   evaluated."
 2              So in other words, what you did here was
 3   go through the medical records and identify those
 4   conditions prior to her non-Hodgkin's lymphoma
 5   diagnosis that you thought were important to comment
 6   on or were -- were relevant to your analysis?
 7        A     Correct.
 8        Q     And you say in the next sentence that,
 9   "These conditions include morbid obesity with sleep
10   apnea, type 2 diabetes mellitus with associated
11   diabetic peripheral neuropathy, hyperlipidemia,
12   chronic osteoarthritis, fibromyalgia, diverticulosis
13   with a history of diverticulitis, and prior colonic
14   resection, transient ischemic attack, patent foramen
15   ovale, and chronic ventral hernia.
16              Did I get all of those correct?
17        A     Yes.
18        Q     I'd like to go through them one at a time
19   and have you elaborate, please.
20              You -- the first thing that you note is
21   that her long history of multiple medical conditions
22   includes morbid obesity with sleep apnea.
23              Medically, what -- what is morbid
24   obesity?
25        A     Generally, that's patients who have a BMI
```

Donald Barry Boyd, M.D.

1  reflects the loss of insulin sensitivity.  And
2  because of it, it is correlated with findings that
3  are classically -- there's several criteria:
4  Hypertension, low HDL, high blood sugar, increased
5  waist or waist circumference as part of that blood
6  sugar greater than one hundred, and high
7  triglycerides greater than 150.
8       Q    And -- I don't know if you said.  And
9  diabetes?
10      A    No, it's not.
11           MS. FORGIE:  No.
12      A    That's that -- that is a later stage.
13           Met- -- metabolic syndrome, ironically,
14 may disappear in diabetics because, despite their
15 insulin -- the complete loss of insulin sensitivity,
16 the insulin goes down, and they may not have all of
17 the full-blown features of that.
18 BY MR. SLONIM:
19      Q    You do agree with me that Ms. Perkins had
20 metabolic syndrome for many years prior --
21      A    Yes.
22      Q    -- to her diagnosis of non-Hodgkin's
23 lymphoma; correct?
24      A    Correct.
25      Q    And you agree that her metabolic syndrome

1    contributed to her cancer; correct?

2              MS. FORGIE:  Objection.

3       A    No.

4              (Whereupon, Defendant's Exhibit No.

5              6, "Body Size and Obesity During

6              Adulthood and Risk of

7              Lympho-Haematopoietic Cancers:  An

8              Update of the WCRF-ARCI Systematic

9              Review of Published Prospective

10             Studies," was marked for

11             identification.)

12             MS. FORGIE:  Thank you.

13             COURT REPORTER:  Six.

14             MS. FORGIE:  Thank you.

15   BY MR. SLONIM:

16      Q    We've marked as Deposition Exhibit No. 6

17   an article by, first named author, Abar, entitled

18   "Body Size and Obesity During Adulthood and Risk of

19   Lympho-Haematopoietic Cancers:  An Update of the

20   WCRF-ARCI Systematic Review of Published Prospective

21   Studies."

22             Do you have that in front of you?

23      A    Yes.

24      Q    And you've read this article before, of

25   course?

```
 1   increases the risk of lymphoma; correct?
 2              MS. FORGIE:  Objection.
 3       A      Incorrect, based on the biology of
 4   lymphoma, B lymphocytes.
 5   BY MR. SLONIM:
 6       Q      So you disagree?
 7       A      I disagree with that.
 8       Q      Okay.  The author -- the authors
 9   published this in a medical journal in February of
10   2- --
11       A      Rismo.
12       Q      -- February of 2019; correct?
13       A      Correct.
14       Q      But you disagree with that sentence?
15       A      I do.
16       Q      Okay.  And let's read the next sentence
17   aloud, please.
18       A      "IGF-1 is known to act as a growth factor
19   that promotes cell proliferation and inhibits
20   apoptosis through IGF receptor-mediated signaling in
21   various tissues, including haematopoietic cells."
22       Q      Do you agree with that?
23       A      Not completely.
24       Q      What do you disagree with?
25       A      The data on both insulin receptors and
```

 1  IGF receptors is far more linked to myeloma than it
 2  is to B lymphocytes because -- and, again, you must
 3  understand that -- that these receptors are
 4  tissue-specific.
 5          So the major source of tissue growth
 6  factors for lymphocytes are interleukins, IL-1,
 7  IL-2, particularly interleukin 2, and these are the
 8  growth factors induce changes in nutrient uptake --
 9  this has been well described by Craig Thompson at
10  Memorial -- that depending on the tissue, the nature
11  of the receptors on specific tissues are what drives
12  their nutrient requirements and mitogenesis.
13          Insulin is a much weaker mitogen, as is
14  IGF-1, in B lymphoid cell lines than it is in
15  myeloma.  So this is one of the reasons I discuss
16  the more close association of obesity, and outcome
17  particularly, as well as risk in myeloma, than it is
18  in traditional non-Hodgkin's lymphoma, because
19  insulin is a much weaker mitogen or has limited
20  activity in B lymphocytes.
21          I could probably find that, that risk.
22          But that's just from my talks about the
23  role of insulin, and it's also why I did not include
24  it in my discussion of the major fat -- major
25  malignancies that are associated with insulin

1  resistance, which is breast, pancreas, colorectal,
2  where you see this has played a big role in the
3  rising incidence.
4      Q    This article -- this article reports an
5  increased -- statistically significant increased
6  risk of non-Hodgkin's lymphoma, including DLBCL and
7  follicular lymphoma, linked right to obesity; isn't
8  that right?
9      A    There's a --
10          MS. FORGIE:  Objection.
11     A    -- an association.
12 BY MR. SLONIM:
13     Q    Well, it reports a statistically
14 significant increased risk; right?
15     A    Along with --
16          MS. FORGIE:  Wait.
17          Objection.  Asked and answered.
18          You can answer it again.
19     A    Along with height, as I mentioned, that
20 these generally do not represent always the causal
21 factors, but may be linked to it.  So they may not
22 alone explain risk 'cause they're -- the relative
23 risk is present but still small.
24 BY MR. SLONIM:
25     Q    There are other articles besides this

1   projected lifespan than someone without those

2   conditions; is that right?

3       A     Yes.

4       Q     I wanted to talk about family history.

5             Ms. Perkins has a history of cancer that

6   included -- a family history of cancer --

7       A     Right.

8       Q     -- that includes a brother with bladder

9   cancer and a half-sister with multiple myeloma;

10  correct?

11      A     Right.

12      Q     Multiple myeloma is a blood cancer;

13  correct?

14      A     Correct.

15      Q     Having a family history of cancer,

16  particularly involving a -- a blood cancer, that --

17  that is a risk factor for non-Hodgkin's lymphoma;

18  correct?

19            MS. FORGIE:  Objection.

20      A     It can be, yes.

21  BY MR. SLONIM:

22      Q     And there are -- you agree with me that

23  there are studies that report that just having a

24  first-degree family member with a history of cancer,

25  any type of cancer, results in a 50 percent

Donald Barry Boyd, M.D.

1  increased risk of non-Hodgkin's lymphoma?

2            MS. FORGIE:  Objection.

3      A    And that may not even reflect genetics.

4  That may reflect shared environment.

5            That's one of the dilemmas with those

6  sorts of studies, that it isn't always a genetic

7  risk.  It may be a shared environmental risk for

8  people who are raised together or living together.

9  BY MR. SLONIM:

10     Q    You also agree with me that if someone

11 has a family history or a close relative with a -- a

12 blood cancer, leukemia or a non-Hodgkin's lymphoma,

13 that their risk is about -- increased by about

14 300 percent?

15           MS. FORGIE:  Objection.  Asked and

16      answered.

17           You can answer it again.

18     A    It -- it's going to vary depending on the

19 history and what that lymphoma was, what that --

20 BY MR. SLONIM:

21     Q    I'll --

22     A    -- malignancy was.

23     Q    Be more specific.

24     A    If -- you know, if you have multiple

25 relatives with lymphoma, that -- certainly that

```
 1   raised the question about a shared -- either shared
 2   risk or genetic risk factors.
 3        Q    Do you agree with me that there are
 4   studies that report that having even a single
 5   first-degree relative with a hematopoietic cancer --
 6   that's a blood cancer -- results in a 270 percent
 7   increased risk --
 8        A    Right.
 9        Q    -- that the person will develop a
10   non-Hodgkin's lymphoma?
11        A    And --
12             MS. FORGIE:  Objection.
13             Wait.
14             Objection.  Asked and answered.
15             You can answer it again.
16        A    Not all studies would confirm that.
17   BY MR. SLONIM:
18        Q    But there are studies that do confirm
19   that?
20        A    There are some that do.  There are some
21   that lower that.
22             MS. FORGIE:  You've got to wait
23        until he finishes --
24             THE WITNESS:  Sorry.
25             MS. FORGIE:  -- his question, and
```

Donald Barry Boyd, M.D.

```
 1   you -- nonsmokers get lung cancer.
 2   BY MR. SLONIM:
 3       Q    So either I'm not asking my question
 4   clearly or you're not answering it.
 5            The question is:  If you have a patient
 6   present with precisely the same set of medical
 7   records that Ms. Perkins presents with, but she was
 8   never exposed to Roundup, what would you say caused
 9   her non-Hodgkin's lymphoma?
10              MS. FORGIE:  Objection.  Asked and
11         answered three or four times now?
12              You can answer it again.
13              But it's bordering on argumentative.
14              You can answer it again.
15       A    I would tell her that I can't precisely
16   tell her what caused it.
17   BY MR. SLONIM:
18       Q    Why not?
19       A    Because I can't -- within the context of
20   her history, obesity may risk a small amount, but
21   that may not be causal.
22            The origins of mutations may be
23   environmental, and I can't predict which ones
24   were -- might have played a role, as well as
25   endogenous.
```