Robin Greenwald
rgreenwald@weitzlux.com
Weitz & Luxenberg
700 Broadway
New York, NY  10003
Telephone: (212) 558-5500
Facsimile:  (212) 344-5461

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 16-md-02741 |
| This Document Relates To: *Dickey v. Monsanto Co., 3:19-cv-*04102-VC  *Domina v. Monsanto Co.,* 3:16-cv-05887-VC  *Janzen v. Monsanto Co.,* 3:19-cv-04103-VC  *Pollard v. Monsanto Co.,* 3:19-cv-04100-VC | **GREENWALD DECLARATION IN SUPPORT OF ADMINISTRATIVE MOTIONS TO FILE UNDER SEAL** |

I, Robin L. Greenwald, declare:

1. I am a member of the executive committee of MDL 2741.  I make this declaration in support of Plaintiffs' Administrative Motions to File Under Seal filed on December 10, 2019.  I have personal knowledge of the facts stated herein and, if called as a witness, I could and would competently testify thereto.

2. Plaintiffs have filed conditionally under seal Plaintiffs' opposition briefs and accompanying exhibits to the extent these documents contain or reference Plaintiffs' medical

information and other personally identifiable information.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 10th day of December, 2019.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed with the Court and electronically served through the CM-ECF system which will send a notification of such filing to all counsel of record. .

Dated: December 10, 2019　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　By:　　*/s/ Robin Greenwald*
　　　　　　　　　　　　　　　　　　　　　Robin Greenwald
　　　　　　　　　　　　　　　　　　　　　**Weitz & Luxenberg**
　　　　　　　　　　　　　　　　　　　　　700 Broadway
　　　　　　　　　　　　　　　　　　　　　New York, NY 10003
　　　　　　　　　　　　　　　　　　　　　Telephone: (212) 558-5500
　　　　　　　　　　　　　　　　　　　　　Facsimile: (212) 344-5461
　　　　　　　　　　　　　　　　　　　　　rgreenwald@weitzlux.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of December 2019, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

/s/ Robin Greenwald