Robin Greenwald
**Weitz & Luxenberg**
700 Broadway
New York, NY 10003
Telephone: (212) 558-5500
Facsimile: (212) 344-5461
rgreenwald@weitzlux.com

*Attorney for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| *Dickey v. Monsanto Co.*, 3:19-cv-04102-VC | **DECLARATION OF ROBIN L. GREENWALD IN SUPPORT OF PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANT MONSANTO COMPANY'S MOTION TO EXCLUDE TESTIMONY OF MR. STEPHEN PETTY** |
| *Domina v Monsanto Co.*, 3:16-cv-05887-VC | |
| *Janzen v. Monsanto Co.*, 3:19-cv-04103-VC | |
| *Mendoza v. Monsanto Co.*, 3:19-cv-06046-VC | |
| *Pollard v. Monsanto Co.*, 3:19-cv-04100-VC | |
| *Sanders v. Monsanto Co.*, 3:19-cv-05752-VC | |
| *Tanner v. Monsanto Co.*, 3:19-cv-04099-VC | |

I, Robin L. Greenwald, hereby declare as follows:

1. I am an attorney at Weitz & Luxenberg, P.C., attorneys of record for Plaintiffs. I submit this declaration in support of Plaintiffs' Response in Opposition to defendant Monsanto Company's Motion to Exclude Testimony of Mr. Stephen Petty. I submit this declaration based upon my personal knowledge of the facts stated in this declaration, and if called to testify,

I could and would competently testify to the matters stated herein.

2. Annexed hereto as Exhibit 1 is a true and accurate copy of the Summary of Expert Witness Cases of Mr. Stephen Petty, dated November 6, 2019.

3. Annexed hereto as Exhibit 2 is a true and accurate copy of Mr. Stephen Petty's curriculum vitae.

4. Annexed hereto as Exhibit 3 is a true and accurate copy of the Expert Report of Mr. Stephen Petty submitted in the *Dickey* case (N.D. Cal. No. 3:19-cv-04102-VC), dated October 3, 2019.

5. Annexed hereto as Exhibit 4 is a true and accurate copy of the transcript of the deposition of Mr. Stephen Petty taken in the *Dickey* and *Domina* cases (N.D. Cal. Nos. 3:19-cv-04102-VC and 3:16-cv-05887), dated November 5, 2019.

6. Annexed hereto as Exhibit 5 is a true and accurate copy of the Daubert Findings of Fact and Order filed in *Douglas v. Ashland Inc.*, No. 01-CI-00392 (Ky.Cir.Ct. Feb. 28, 2006).

7. Annexed hereto as Exhibit 6 is a true and accurate copy of the Report and Recommendation/Opinion filed in *Kitzmiller v. Jefferson Supply Co.*, Case No 2:05-CV-22 (N.D.W. Va. Feb. 17, 2007).

8. Annexed hereto as Exhibit 7 is a true and accurate copy of an Order filed in *Mallory v. Goodyear Tire & Rubber Co.*, NO. CV-2007-11-8033 (Ohio Com.Pl. Feb. 22, 2010).

9. Annexed hereto as Exhibit 8 is a true and accurate copy of the Order Denying Defendants' Motion to Exclude filed in *Knapper v. Safety Kleen Systems, Inc.*, No. 08-CV-00084-TH (E.D. Tex. Nov. 16, 2009).

10. Annexed hereto as Exhibit 9 is a true and accurate copy of an Order filed in *Oakley v. Air Prod. & Chemicals, Inc.*, No. 07-CV-351 (E.D. Tex. Nov. 25, 2008)

11. Annexed hereto as Exhibit 10 is a true and accurate copy of the Expert Report of Dr. Alex LeBeau submitted in the *Mendoza* case (N.D. Cal. No. 3:19-cv-06046).

I hereby declare under the penalty of perjury that the facts set forth herein are true and accurate.

DECLARATION OF ROBIN GREENWALD IN SUPPORT OF PLAINTIFFS'RESPONSE TO MOTION TO EXCLUDE TESTIMONY OF MR. STEPHEN PETTY

1 | Executed this 10th day of December, 2019.

Respectfully submitted,

/s/ Robin Greenwald
Robin Greenwald
rgreenwald@weitzlux.com
Weitz & Luxenberg
700 Broadway
New York, NY 10003

*Co-Lead Counsel for Plaintiffs*

DECLARATION OF ROBIN GREENWALD IN SUPPORT OF PLAINTIFFS'RESPONSE TO MOTION TO EXCLUDE TESTIMONY OF MR. STEPHEN PETTY

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 10th day of December, 2019, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

/s/ Robin L. Greenwald