# Exhibit 8



## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## LUFKIN DIVISION

| | | |
|---|---|---|
| LINDA KNAPPER and LEWIS KNAPPER, | § | |
| | § | |
| *Plaintiffs,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 9:08-CV-84-TH |
| | § | JURY |
| SAFETY KLEEN SYSTEMS, INC., et al., | § | |
| | § | |
| *Defendants.* | § | |

## <u>ORDER DENYING DEFENDANTS' MOTION TO EXCLUDE</u>

Before the Court is *Defendants United States Steel Corporation, USX Corporation, Aristech Chemical Corporation, Sunoco, Inc. (R&M) and Radiator Specialty Company's Joint Motion to Exclude Scientifically Unreliable and Irrelevant Testimony of Mr. Stephen Petty* [Clerk's Docket No. 244] filed October 9, 2009. Having considered the motion, response and reply, the Court is of the opinion that the motion should be denied for the reasons stated in the memorandum opinion to be subsequently entered.

**IT IS THEREFORE ORDERED** that the *Defendants United States Steel Corporation, USX Corporation, Aristech Chemical Corporation, Sunoco, Inc. (R&M) and Radiator Specialty Company's Joint Motion to Exclude Scientifically Unreliable and Irrelevant Testimony of Mr. Stephen Petty* [Clerk's Docket No. 244] is in all things **DENIED**.

**SO ORDERED**.

**SIGNED** this the **16** day of **November, 2009.**

_____

Thad Heartfield
United States District Judge