Michael L. Baum, Esq. (SBN: 119511)
mbaum@baumhedlundlaw.com
R. Brent Wisner, Esq. (SBN: 276023)
rbwisner@baumhedlundlaw.com
Pedram Esfandiary (SBN: 312569)
pesfandiary@baumhedlundlaw.com
**BAUM, HEDLUND, ARISTEI & GOLDMAN, P.C.**
10940 Wilshire Blvd., 17th Floor
Los Angeles, CA 90024
Telephone:  (310) 207-3233
Facsimile:  (310) 820-7444

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL NO. 2741 |
| | Case No. 3:16-md-02741-VC |
| THIS DOCUMENT RELATES TO: | Hon. Vince Chhabria |
| *Johansing v. Monsanto Co.*<br>Case No. 3:16-cv-05751-VC | **DECLARATION OF PEDRAM ESFANDIARY IN SUPPORT OF PLAINTIFFS JOHANSING, CARRIERE AND WOOTEN'S OPPOSITION TO MONSANTO'S MOTION TO EXCLUDE THE EXPERT OPINIONS OF DR. LAUREN PINTER-BROWN** |
| *Carriere v. Monsanto Co.*<br>Case No. 3:18-cv-05778 | |
| *Wooten v. Monsanto Co.* Case No. 3:17-cv-01735 | |

**DECLARATION OF PEDRAM ESFANDIARY IN SUPPORT OF PLAINTIFFS JOHANSING, CARRIERE AND WOOTEN'S OPPOSITION TO MONSANTO'S MOTION TO EXCLUDE THE EXPERT OPINIONS OF DR. LAUREN PINTER-BROWN**

I, Pedram Esfandiary, declare and state:

1. I am an attorney duly admitted to practice before this Court. I am an attorney with Baum, Hedlund, Aristei & Goldman, P.C., attorneys of record for Plaintiffs. I submit this Declaration in support of Plaintiffs' Opposition to Monsanto's Motion to Exclude the Expert Opinions of Dr. Lauren Pinter-Brown.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the expert report of Dr. Lauren Pinter-Brown in *Johansing v. Monsanto*;

3. Attached hereto as **Exhibit 2** is a true and correct copy of extracts from the deposition of Dr. Lauren Pinter-Brown in *Johansing v. Monsanto*;

4. Attached hereto as **Exhibit 3** is a true and correct copy of the expert report of Dr. Lauren Pinter-Brown in *Carriere v. Monsanto*;

5. Attached hereto as **Exhibit 4** is a true and correct copy of the expert report of Dr. Lauren Pinter-Brown in *Wooten v. Monsanto*;

6. Attached hereto as **Exhibit 5** is a true and correct copy of extracts from the deposition of Dr. Lauren Pinter-Brown in *Carriere v. Monsanto*;

7. Attached hereto as **Exhibit 6** is a true and correct copy of extracts from the deposition of Dr. Lauren Pinter-Brown in *Wooten v. Monsanto;*

8. Attached hereto as **Exhibit 7** is a true and correct copy of extracts from the deposition of Peter Johansing;

9. Attached hereto as **Exhibit 8** is a true and correct copy of Mrs. Johansing's Death Certificate;

10. Attached hereto as **Exhibit 9** are true and correct copy of extracts from the deposition of Dr. Charalambos Andreadis in *Johansing v. Monsanto*;

11. Attached hereto as **Exhibit 10** are true and correct copy of extracts from the deposition of Jerald Carriere, dated July 17, 2019;

12. Attached hereto as **Exhibit 11** are true and correct copy of extracts from the deposition of Jerald Carriere, dated September 25, 2019; and

13. Attached hereto as **Exhibit 12** is a true and correct copy of extracts from the deposition of Harley Wooten.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on December 10, 2019 at Los Angeles, California.

                              /s/ Pedram Esfandiary
                                Pedram Esfandiary

**CERTIFICATE OF SERVICE**

I, Pedram Esfandiary, hereby certify that, on December 10, 2019, I electronically filed the foregoing with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

/s/ Pedram Esfandiary
Pedram Esfandiary