| | |
|---|---|
| 1 | Robin Greenwald |
| 2 | rgreenwald@weitzlux.com<br>WEITZ & LUXENBERG, P.C. |
| 3 | 700 Broadway<br>New York, NY  10003 |
| 4 | Telephone:   (212) 558-5500<br>Facsimile: (212) 344-5461 |
| 5 | *Attorney for Plaintiffs* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | Case No. 3:16-md-02741-VC<br><br>MDL No. 2741 |
| This document relates to:<br><br>*Dickey v. Monsanto Co.,*<br>3:19-cv-04102<br>*Domina v. Monsanto Co.,*<br>3:16-cv-05887<br>*Janzen v. Monsanto Co.,*<br>3:19-cv-04103<br>*Mendoza v. Monsanto Co.*,<br>3:19-cv-06046<br>*Pollard v. Monsanto Co.,*<br>3:19-cv-04100<br>*Sanders v. Monsanto Co.,*<br>3:16-cv-05752<br>*Tanner v. Monsanto Co.,*<br>3:19-cv-04099 | **PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANT MONSANTO COMPANY'S MOTION TO EXCLUDE TESTIMONY OF MR. STEPHEN PETTY** |

Pursuant to Civil Local Rules 79-5, 7-11, this Court's Standing Order for Civil Cases, ¶¶ 27-29, and the Amended Protective Order, filed September 6, 2017, Dkt. 519 ("Amended Protective Order"), ¶ 18, Plaintiffs hereby submit this Administrative Motion to File Under Seal ("Motion"). Subject to this motion are portions of Plaintiffs' Brief in Opposition to Motion to Exclude Plaintiffs' Expert, Stephen Petty, in Wave I and corresponding exhibits, which Plaintiffs seek to file under seal information about Wave 1 Plaintiffs' medical conditions and/or other personally identifiable information, pursuant to FRCP § 5.2(a)

## I. Compelling Reasons Exist to Maintain the Confidentiality of Plaintiffs' Private Medical Information and Other Personally Identifiable Information

Plaintiffs are entitled to preserve the privacy of their medical information and other personally identifiable information under the California Constitution, the Health Insurance Portability and Accountability Act of 1996 ("HIPAA"), the Federal Rules of Civil Procedure ("FRCP"), and existing case law.

Foremost, the right to privacy provided by the California Constitution provides a compelling reason to seal the documents at issue in this motion. The California Constitution guarantees that among the inalienable rights afforded to individuals is the right to privacy. Cal. Const. art. I, § 1. Patients have a right to privacy in their medical information under the California Constitution. *See Ruiz v. Podolsky*, 50 Cal. 4th 838, 851 (2010). There is "a constitutional right to privacy, more specifically, a constitutional right to nondisclosure of one's personal information." *Stallworth v. Brollini*, 288 F.R.D. 439 444 (N.D. Cal. 2012) (*citing Whalen v. Roe*, 429 U.S. 589, 599 (1977); *Nixon v. Administrator of Gen. Serv.*, 433 U.S. 425, 457 (1977)). Accordingly, numerous other district courts have found that the need to protect medical information qualifies as a "compelling reason" for sealing records. *See San Ramon Reg'l Med. Ctr., Inc. v. Principal Life Ins. Co.*, Case No. C 10–02258 SBA, 2011 WL 89931, at *1 n. 1 (N.D. Cal. Jan.10, 2011); *Abbey v. Hawaii Emp'r Mut. Ins. Co.*, Case No. 09–000545 SOM/BMK, 2010 WL 4715793, at *1–2 (D. Haw. Nov. 15, 2010) ("The need to protect medical privacy qualifies as a 'compelling reason.'"); *Wilkins v. Ahern*, Case No. C 08–1084 MMC (PR), 2010 WL 3755654, at *4 (N.D. Cal. Sept. 24, 2010); *Lombardi v. Tri West Healthcare Alliance Corp.*, Case No. CV–08–02381–PHX–FJM, 2009 WL 1212170, at *1 (D. Ariz. May 4, 2009).

Medical records are further deemed confidential under the HIPAA. *See* 45 C.F.R. § 164.502(a) ("[a] covered entity may not use or disclose protected health information."); *see also Webb v. Smart Document Solutions, LLC*, 499 F.3d 1078, 1082 (9th Cir.2007).

Finally, FRCP 5.2 *requires* redaction of specific personally identifiable information absent a contrary court order. This includes the individual's social-security number, taxpayer-identification number, birth date, and other financial-account numbers.

## II. Conclusion

For the foregoing reasons, Plaintiffs request that the Court grant this motion to seal portions of Plaintiffs' brief and exhibits, to the extent these documents contain Plaintiffs' private medical information and other personally identifiable information.

Respectfully Submitted,

Dated: December 10, 2019

By: */s/ Robin Greenwald*
Robin Greenwald
**Weitz & Luxenberg**
700 Broadway
New York, NY 10003
Telephone: (212) 558-5500
Facsimile: (212) 344-5461
rgreenwald@weitzlux.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 10th day of December, 2019, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

/s/ Robin L. Greenwald