Robin Greenwald
**Weitz & Luxenberg**
700 Broadway
New York, NY 10003
Telephone: (212) 558-5500
Facsimile: (212) 344-5461
rgreenwald@weitzlux.com

*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| *Dickey v. Monsanto Co.*, 3:19-cv-04102-VC | **DECLARATION OF ROBIN L. GREENWALD IN SUPPORT OF PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANT MONSANTO COMPANY'S MOTION TO EXCLUDE TESTIMONY OF MR. STEPHEN PETTY** |
| *Domina v Monsanto Co.*, 3:16-cv-05887-VC | |
| *Janzen v. Monsanto Co.*, 3:19-cv-04103-VC | |
| *Mendoza v. Monsanto Co.*, 3:19-cv-06046-VC | |
| *Pollard v. Monsanto Co.*, 3:19-cv-04100-VC | |
| *Sanders v. Monsanto Co.*, 3:19-cv-05752-VC | |
| *Tanner v. Monsanto Co.*, 3:19-cv-04099-VC | |

I, Robin L. Greenwald, hereby declare as follows:

1. I am an attorney at Weitz & Luxenberg, P.C., attorneys of record for Plaintiffs. I submit this declaration in support of Plaintiffs' Response in Opposition to defendant Monsanto Company's Motion to Exclude Testimony of Mr. Stephen Petty. I submit this declaration based upon my personal knowledge of the facts stated in this declaration, and if called to testify,

I could and would competently testify to the matters stated herein.

2. Annexed hereto as Exhibit 1 is a true and accurate copy of the Summary of Expert Witness Cases of Mr. Stephen Petty, dated November 6, 2019.

3. Annexed hereto as Exhibit 2 is a true and accurate copy of Mr. Stephen Petty's curriculum vitae.

4. Annexed hereto as Exhibit 3 is a true and accurate copy of the Expert Report of Mr. Stephen Petty submitted in the *Dickey* case (N.D. Cal. No. 3:19-cv-04102-VC), dated October 3, 2019.

5. Annexed hereto as Exhibit 4 is a true and accurate copy of the transcript of the deposition of Mr. Stephen Petty taken in the *Dickey* and *Domina* cases (N.D. Cal. Nos. 3:19-cv-04102-VC and 3:16-cv-05887), dated November 5, 2019.

6. Annexed hereto as Exhibit 5 is a true and accurate copy of the Daubert Findings of Fact and Order filed in *Douglas v. Ashland Inc.*, No. 01-CI-00392 (Ky.Cir.Ct. Feb. 28, 2006).

7. Annexed hereto as Exhibit 6 is a true and accurate copy of the Report and Recommendation/Opinion filed in *Kitzmiller v. Jefferson Supply Co.*, Case No 2:05-CV-22 (N.D.W. Va. Feb. 17, 2007).

8. Annexed hereto as Exhibit 7 is a true and accurate copy of an Order filed in *Mallory v. Goodyear Tire & Rubber Co.*, NO. CV-2007-11-8033 (Ohio Com.Pl. Feb. 22, 2010).

9. Annexed hereto as Exhibit 8 is a true and accurate copy of the Order Denying Defendants' Motion to Exclude filed in *Knapper v. Safety Kleen Systems, Inc.*, No. 08-CV-00084-TH (E.D. Tex. Nov. 16, 2009).

10. Annexed hereto as Exhibit 9 is a true and accurate copy of an Order filed in *Oakley v. Air Prod. & Chemicals, Inc.*, No. 07-CV-351 (E.D. Tex. Nov. 25, 2008)

11. Annexed hereto as Exhibit 10 is a true and accurate copy of the Expert Report of Dr. Alex LeBeau submitted in the *Mendoza* case (N.D. Cal. No. 3:19-cv-06046).

I hereby declare under the penalty of perjury that the facts set forth herein are true and accurate.

1  Executed this 10th day of December, 2019.

        Respectfully submitted,
        /s/ Robin Greenwald
        Robin Greenwald
        rgreenwald@weitzlux.com
        Weitz & Luxenberg
        700 Broadway
        New York, NY 10003

        *Co-Lead Counsel for Plaintiffs*

DECLARATION OF ROBIN GREENWALD IN SUPPORT OF PLAINTIFFS' RESPONSE TO MOTION TO EXCLUDE TESTIMONY OF MR. STEPHEN PETTY

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of December, 2019, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

/s/ Robin L. Greenwald

DECLARATION OF ROBIN GREENWALD IN SUPPORT OF PLAINTIFFS'RESPONSE TO MOTION TO EXCLUDE TESTIMONY OF MR. STEPHEN PETTY