# Exhibit 9

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| ROBERT B. OAKLEY AND IRENE OAKLEY | § § § | |
| vs. | § § | CASE NO. 2:07-CV-351 |
| AIR PRODUCTS AND CHEMICALS, INC., ET AL. | § § § | |

## ORDER

Before the court are four Daubert-related motions: United States Steel Corporation's Motion to Exclude Testimony of Barry Levy (Dkt. No. 199); Radiator Specialty Company's Motion to Exclude Petty and Levy (Dkt. No. 201); United States Steel Corporation's Motion to Exclude Petty's Amended Report (Dkt. No. 206); and United States Steel Corporation's Motion to Exclude Petty (Dkt. No. 243). The Court has carefully considered the reports of the experts and their methodologies. The Court is not persuaded that, based upon the evidence presented in the motions and during the November 21, 2008 hearing, there is "too great an analytical gap between the data and the opinion[s]" of the experts in this case. *Moore v. Ashland Chemical, Inc.*, 151 F.3d 269, at 276 (5th Cir. 1998). Furthermore, the appropriate vehicle for attacking the credibility or reliability of expert testimony in this case is through "[v]igorous cross-examination [and] presentation of contrary evidence" at trial. *Daubert v. Merrell Pharmaceuticals, Inc.*, 509 U.S. 579 (1993). As such, the undersigned denies the motions. The Defendants may re-urge their objections at the time of trial.

SIGNED this 25th day of November, 2008.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE