1  **HOLLINGSWORTH LLP**
Joe G. Hollingsworth (*pro hac vice*)
2  Eric G. Lasker (*pro hac vice*)
1350 I Street, N.W.
3  Washington, DC  20005
Telephone:  (202) 898-5800
4  Facsimile:  (202) 682-1639
Email:      jhollingsworth@hollingsworthllp.com
5              elasker@hollingsworthllp.com

6  *Attorneys for Defendant*
*MONSANTO COMPANY*
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10  IN RE: ROUNDUP PRODUCTS                    MDL No. 2741
LIABILITY LITIGATION
11                                             Case No. 3:16-md-02741-VC

12  This document relates to:

13  *John P. McDonagh v. Monsanto Co.*,
Case No. 3:19-cv-06431-VC
14

15              **MONSANTO COMPANY'S**
**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**
16

17          Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons,

18  associations of persons, firms, partnerships, corporations (including parent corporations) or other

19  entities (i) have a financial interest in the subject matter in controversy or in a party to the

20  proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be

21  substantially affected by the outcome of this proceeding:

22          Defendant Monsanto Company is an indirect, wholly-owned subsidiary of Bayer AG, so

23          Bayer AG has a financial interest in a party to the proceeding.

24

25

26

27
- 1 -
28
MONSANTO COMPANY'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
3:16-md-02741-VC & 3:19-cv-06431-VC

1   DATED:  December 11, 2019                    Respectfully submitted,

2

3                                               /s/ Joe G. Hollingsworth
                                                Joe G. Hollingsworth (*pro hac vice*)
                                                (jhollingsworth@hollingsworthllp.com)
4                                               Eric G. Lasker (*pro hac vice*)
                                                (elasker@hollingsworthllp.com)
5                                               HOLLINGSWORTH LLP
                                                1350 I Street, N.W.
6                                               Washington, DC  20005
                                                Telephone:  (202) 898-5800
7                                               Facsimile:   (202) 682-1639

8                                               *Attorneys for Defendant*
                                                *MONSANTO COMPANY*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -

MONSANTO COMPANY'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
3:16-md-02741-VC & 3:19-cv-06431-VC