UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Case No. 16-md-02741-VC |
| This document relates to:<br>ALL ACTIONS | **PRETRIAL ORDER NO. 195: VACATING HEARINGS; DIRECTING APPEARANCE AT CASE MANAGEMENT CONFERENCE** |

The hearings on the motions to remand in *Bryant v. Monsanto Co.*, 19-cv-6395, and *Berliant v. Monsanto Co.*, 19-cv-7189, are vacated. The Court will rule on the papers.

The case management conference in *Stevick v. Monsanto Co.*, 16-cv-2341, will proceed as planned on Monday, December 16, 2019, at 10:00 a.m. in San Francisco, Courtroom 4, 17th Floor. In addition to trial counsel in *Stevick*, attorneys from the Andrus Wagstaff, Weitz & Luxenberg, Wilkinson Walsh, Hollingsworth LLP, and Miller firms are directed to appear in person for a discussion of the recent filing errors in this MDL.

**IT IS SO ORDERED.**

Dated: December 11, 2019

_____
VINCE CHHABRIA
United States District Judge