1  **GOLDBERG & OSBORNE LLP**
**David J. Diamond (*pro hac vice*)**
2  **698 E. Wetmore Rd., Suite 200**
**Tucson, AZ 85705**
3  **(520) 620-3975**
**ddiamond@goldbergandosborne.com**
4

5  

**UNITED STATES DISTRICT COURT**
6
**NORTHERN DISTRICT OF CALIFORNIA**
7

8  | IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
9  | | Master Docket Case No. 16-md-02741-VC |
10 | **THIS DOCUMENT RELATES TO:** | Honorable Vince Chhabria |
11 | Jaime Alvarez Calderon | Case No. 3:19-cv-01630 |
12 | v. | |
13 | Monsanto Company | |

14 

**PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF**
15 **PLAINTIFF JAIME ALVAREZ CALDERON'S (ALVAREZ') MOTION TO EXCLUDE**
**TESTIMONY OF MONSANTO'S SPECIFIC CAUSATION EXPERT,**
16 **MICHAEL GROSSBARD, M.D.**

17        Pursuant to Civil Local Rules 79-5, 7-11, this Court's Standing Order for Civil Cases, ¶¶
18
27-29, and the Amended Protective Order, filed September 6, 2017, Dkt. 519 ("Amended
19
Protective Order"), ¶ 18, Plaintiff hereby submits this Administrative Motion to File Under Seal
20
("Motion"). Subject to this motion are portions of Plaintiff's Motion to Exclude Testimony of
21
Monsanto's Specific Causation Expert, Michael Grossbard, M.D. and corresponding exhibits,
22
23 which Plaintiff seeks to file under seal information about Wave 1 Plaintiff's medical conditions
24
and/or other personally identifiable information, pursuant to FRCP § 5.2(a).
25

26  **I.    Compelling Reasons Exist to Maintain the Confidentiality of Plaintiff's Private Medical Information and Other Personally Identifiable Information**
27

28

Plaintiff is entitled to preserve the privacy of their medical information and other personally identifiable information under the California Constitution, the Health Insurance Portability and Accountability Act of 1996 ("HIPAA"), the Federal Rules of Civil Procedure ("FRCP"), and existing case law.

Foremost, the right to privacy provided by the California Constitution provides a compelling reason to seal the documents at issue in this motion. The California Constitution guarantees that among the inalienable rights afforded to individuals is the right to privacy. Cal. Const. art. I, § 1. Patients have a right to privacy in their medical information under the California Constitution. *See Ruiz v. Podolsky*, 50 Cal. 4th 838, 851 (2010). There is "a constitutional right to privacy, more specifically, a constitutional right to nondisclosure of one's personal information." *Stallworth v. Brollini*, 288 F.R.D. 439 444 (N.D. Cal. 2012) (*citing Whalen v. Roe*, 429 U.S. 589, 599 (1977); *Nixon v. Administrator of Gen. Serv.*, 433 U.S. 425, 457 (1977)). Accordingly, numerous other district courts have found that the need to protect medical information qualifies as a "compelling reason" for sealing records. *See San Ramon Reg'l Med. Ctr., Inc. v. Principal Life Ins. Co.*, Case no. C 10-02258 SBA, 2011 WL 89931, at *1 n. 1 (N.D. Cal. Jan. 10, 2011); *Abbey v. Hawaii Emp'r Mut. Ins. Co.*, Case No. 09-000545 SOM/BMK, 2010 WL 4715793, at *1-2 (D. Haw. Nov. 15, 2010) ("The need to protect medical privacy qualifies as a 'compelling reason.'"); *Wilkins v. Ahern*, Case No. C 08-1084 MMC (PR), 2010 WL 3755654, at *4 (N.D. Cal. Sept. 24, 2010); *Lombardi v. Tri West Healthcare Alliance Corp.*, Case No. CV-08-02381-PHX-FJM, 2009 WL 1212170, at *1 (D. Ariz. May 4, 2009).

2

**PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**

Medical records are further deemed confidential under the HIPAA. *See* 45 C.F.R. § 164.502(a) ("[a] covered entity may not use or disclose protected health information."); *see also Webb v. Smart Document Solutions*, *LLC*, 499 F.3d 1078, 1082 (9th Cir. 2007).

Finally, FRCP 5.2 *requires* redaction of specific personally identifiable information absent a contrary court order. This includes the individual's social security number, taxpayer identification number, date of birth, and other financial account numbers.

## II.  Conclusion

For the foregoing reason, Plaintiff requests that the Court grant this motion to seal portions of Plaintiff's Motion and exhibits, to the extent these documents contain Plaintiff's private medical information and other personally identifiable information.

Dated this 11th day of December, 2019.

Respectfully Submitted,

*/s/ David J. Diamond*
David J. Diamond
Goldberg & Osborne LLP
698 E. Wetmore Road, Suite 200
Tucson, AZ 85705
Tel: (520) 620-3975
Fax: (520) 620-3991
ddiamond@goldbergandosborne.com

*Attorney for Plaintiff*

3

**PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CERTIFICATE OF SERVICE

I, David J. Diamond, hereby certify that on December 11, 2019, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

*/s/ David J. Diamond*
David J. Diamond

4

**PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**