**GOLDBERG & OSBORNE LLP**
David J. Diamond (*pro hac vice*)
698 E. Wetmore Rd., Suite 200
Tucson, AZ 85705
(520) 620-3975
ddiamond@goldbergandosborne.com

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Master Docket Case No. 16-md-02741-VC |
| THIS DOCUMENT RELATES TO: | Honorable Vince Chhabria |
| Jaime Alvarez Calderon | Case No. 3:19-cv-01630 |
| v. | |
| Monsanto Company | |

## DIAMOND DECLARATION IN SUPPORT OF ADMINISTRATIVE MOTION TO FILE UNDER SEAL

I, David J. Diamond, declare:

1. I make this declaration in support of Plaintiffs' Administrative Motion to File Under Seal filed on December 11, 2019. I have personal knowledge of the facts stated herein and, if called as a witness, I could and would competently testify thereto.

2. Plaintiff has filed conditionally under seal Plaintiff's Motion and accompanying exhibits to the extent these documents contain or reference Plaintiff's medical information and other personally identifiable information.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 11th day of December, 2019.

## CERTIFICATE OF SERVICE

I, David J. Diamond, hereby certify that on December 11, 2019, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

Dated this 11th day of December, 2019.

                                        Respectfully Submitted,

                                        */s/ David J. Diamond*
                                        David J. Diamond
                                        Goldberg & Osborne LLP
                                        698 E. Wetmore Road, Suite 200
                                        Tucson, AZ 85705
                                        Tel: (520) 620-3975
                                        Fax: (520) 620-3991
                                        ddiamond@goldbergandosborne.com

**DIAMOND DECL. IN SUPPORT OF ADMIN. MOTION TO FILE UNDER SEAL**