**GOLDBERG & OSBORNE LLP**
David J. Diamond (*pro hac vice*)
698 E. Wetmore Rd., Suite 200
Tucson, AZ 85705
(520) 620-3975
ddiamond@goldbergandosborne.com

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Master Docket Case No. 16-md-02741-VC |
| **THIS DOCUMENT RELATES TO:** | Honorable Vince Chhabria |
| Jaime Alvarez Calderon | Case No. 3:19-cv-01630 |
| v. | |
| Monsanto Company | |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF PLAINTIFF'S MOTION TO EXCLUDE TESTIMONY OF DR. MICHAEL GROSSBARD AND EXHIBIT**

Before this Court is Plaintiff's Administrative Motion to File Under Seal portions of Plaintiff's Motion to Exclude Testimony of Dr. Michael Grossbard and accompanying exhibits. Having considered the papers, and for the compelling reasons shown, the Court hereby GRANTS Plaintiff's request and ORDERS the following documents and/or portions of documents will remain redacted and confidentially filed under seal until further order of the Court, with publicly filed versions redacted.

Documents sought to be filed under seal by Plaintiffs, containing confidential information regarding Group 1 Plaintiff's medical conditions and/or other personally identifiable information.

| **PLAINTIFF JAIME ALVAREZ CALDERON'S (ALVAREZ') MOTION TO EXCLUDE TESTIMONY OF MONSANTO'S SPECIFIC CAUSATION EXPERT, MICHAEL GROSSBARD, M.D.** | Exhibit 1 | Report of Michael L. Grossbard, M.D. Dated October 25, 2019 |
|---|---|---|
| | Exhibit 2 | Transcript of the deposition of Michael L. Grossbard, M.D. in *Jaime Alvarez Calderon v. Monsanto Co.* (No. 3:19-cv-01630), dated November 26, 2019 |

**IT IS SO ORDERED**

DATE: _____

_____
HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT COURT

2

---

**[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**