# EXHIBIT 2

Michael L. Grossbard, M.D.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

- - -

IN RE:  ROUNDUP          :   MDL NO. 2741
PRODUCTS LIABILITY       :
LITIGATION               :   Case No.
                         :   16-md-02741-
                         :   VC
_____ :  _____
                         :
This Document Relates    :
to:                      :
                         :   Case No.
Sanders v Monsanto       :   3:19-cv-05752
Co.,                     :
                         :
      - and -            :
                         :
Jaime Alvarez Calderon   :   Case No.
V. Monsanto, Co.,        :   3:19-cv-01630
                         :

C O N F I D E N T I A L

- - -

November 26, 2019

- - -

         Videotaped deposition of
MICHAEL L. GROSSBARD, M.D., taken
pursuant to notice, was held at the law
offices of Arnold & Porter Kaye Scholer,
250 West 55th Street, New York, New York,
beginning at 12:03 p.m., on the above
date, before Michelle L. Gray, a
Registered Professional Reporter,
Certified Shorthand Reporter, Certified
Realtime Reporter, and Notary Public.

- - -

GOLKOW LITIGATION SERVICES
877.370.3377 ph| 917.591.5672
deps@golkow.com

Michael L. Grossbard, M.D.

1  APPEARANCES:
2
3  WEITZ & LUXENBERG
   BY: JERRY KRISTAL, ESQ.
   BY: JOSH KRISTAL, ESQ.
4  220 Lake Drive East, Suite 210
   Cherry Hill, New Jersey 08002
5  (856) 755-1115
   jkristal@weitzlux.com
6  joshkristal@weitzlux.com
   Representing the Sanders Plaintiffs
7
8  GOLDBERG & OSBORNE
   By: DAVID J. DIAMOND, ESQ.
9  698 East Wetmore Road, Suite 200
   Tucson, Arizona 85705
10 (520) 879-7168
   Ddiamond@goldbergosborne.com
11 Representing the Alvarez Calderon
   Plaintiffs
12
13
   ARNOLD & PORTER KAYE SCHOLER, LLP
14 BY: BERT L. SLONIM, ESQ.
   BY: AARON H. LEVINE, ESQ.
15 250 West 55th Street
   New York, New York 10019
16 (212) 836-8897
   bert.slonim@kayescholer.com
17 aaron.levine@arnoldporter.com
   Representing the Defendants
18
19 VIDEOTAPE TECHNICIAN:
   Ingrid Rodriguez
20
   ALSO PRESENT:
21 Matthew Hans - Paralegal
   (Weitz Lux)
22
            - - -
23
24

1            - - -
2         I N D E X
3            - - -
4
   Testimony of:
5
      MICHAEL L. GROSSBARD, M.D.
6
7  By Mr. Kristal        15, 342
8  By Mr. Slonim         271
9  By Mr. Diamond           367
10
11
12           - - -
13      E X H I B I T S
14           - - -
15 NO.       DESCRIPTION        PAGE
16 Grossbard-1  Expert Report of    29
17             Michael Grossbard, MD
               10/25/19
18 Grossbard-2  Screenshots from    73
               Lymphoma Presentation
19             NYU Langone
20
   Grossbard-3  Icahn School of    100
21             Medicine
               Profile of Michael
22             Grossbard, MD
23
24

1            - - -
2      E X H I B I T S  (Cont'd.)
3            - - -
4
5  NO.       DESCRIPTION        PAGE
6  Grossbard-4  Determining if    107
7             Something is a
               Carcinogen
8             American Cancer Society
               Web Printout
9  Grossbard-5  Known and Probable   114
               Human Carcinogens
10            American Cancer
               Society
11            Web Printout
12 Grossbard-6  DeVita, Hellman &   120
               Rosenberg's
13            Cancer Principles
               & Practice of Oncology
14            11th Edition
15 Grossbard-7  Motion          130
               Pilliod v Monsanto
16
   Grossbard-8  Pretrial Order    147
17            Hardeman v Monsanto
18 Grossbard-9  Spinning Science   155
               & Silencing Scientists
19            Minority Staff Report
               MONGLY07894891-910
20            & E-mail, 5/11/15
               Subject, Post-IARC
21            Activities to Support
               Glyphosate
22            MONGLY01228576
23
24

1            - - -
2      E X H I B I T S  (Cont'd.)
3            - - -
4
5  NO.       DESCRIPTION        PAGE
6  Grossbard-10  Proposal for    173
7             Post-IARC Meeting
               Scientific Projects
8             Draft, 5/11/15
               MONGLY01723742
9  Grossbard-11  Systematic Review   182
               And Meta-Analysis of
10            Glyphosate Exposure and
               Risk of Lymphohematopoietic
11            Cancers
               (Chang)
12
   Grossbard-12  Monsanto Manuscript  193
13            Clearance Form
               Global Regulatory
14            MONGLY02117800-04
15 Grossbard-13  Review of       199
               Genotoxicity of
16            Glyphosate and Glyphosate
               Based Formulations
17            MONGLY01691608-63
18 Grossbard-14  Review of       200
               Genotoxicity Studies
19            Of Glyphosate and Glyphosate
               Based Formulations
20            (Kier & Kirkland)
21 Grossbard-15  Differences in the   205
               Carcinogenic Evaluation
22            Of Glyphosate Between
               IARC & EFSA
23            (Portier)
24

Page 6

- - -
E X H I B I T S (Cont'd.)
- - -

NO.        DESCRIPTION          PAGE
Grossbard-16 How Did the US EPA   218
          & IARC Reach Diametrically
          Opposed Conclusions on the
          Genotoxicity of
          Glyphosate Based Herbicides?
          (Benbrook)

Grossbard-17 IARC Monographs      226
          On the Identification of
          Carcinogen Hazards to
          Humans

Grossbard-18 Exposure to          231
          Glyphosate Based
          Herbicides & Risk
          For Non-Hodgkin Lymphoma
          (Zhang)

Grossbard-19 Profile of           232
          Emanuela Taioli
          Mount Sinai

Grossbard-20 Glyphosate is a      250
          Weed Killer, or Herbicide
          Icahn School of
          Medicine at Mount Sinai

Grossbard-21 Notice to Take       259
          Deposition in
          Sanders v Monsanto

Grossbard-22 Monsanto's Responses 260
          And Objections to
          Plaintiff's Requests

Page 7

- - -
E X H I B I T S (Cont'd.)
- - -

NO.        DESCRIPTION          PAGE
Grossbard-23 Invoices of          260
          Dr. Grossbard
          10/2/19
          11/8/19

Grossbard-24 Trial Testimony      264
          Of Dr. Grossbard

Grossbard-25 Curriculum Vitae     265
          Michael L. Grossbard, MD

Grossbard-26 Statement from       276
          Health Canada on
          Glyphosate
          1/11/19

Grossbard-27 Evaluation of        286
          Carcinogenic Potential
          Of the Herbicide
          Glyphosate
          (Greim)

Grossbard-28 Glyphosate           313
          Reevaluation Decision
          4/28/17
          Health Canada

Grossbard-29 Document             346
          8/4/15
          Subject, Glyphosate
          Activities
          MONGLY01723742

Page 8

- - -
E X H I B I T S (Cont'd.)
- - -

NO.        DESCRIPTION          PAGE
Grossbard-30 Glyphosate           350
          Exposure Data
          IARC Monograph
          Pages 321-412

Grossbard-31 Expert Report of     360
          Dr. Grossbard
          RE: Hardeman
          11/26/18

Grossbard-32 Expert Report of     363
          Dr. Grossbard
          RE: Gebeyehou
          11/26/18

Grossbard-33 Expert Report of     368
          Dr. Grossbard
          RE: Alvarez Calderon
          10/25/19

          - - -

Page 9

- - -
DEPOSITION SUPPORT INDEX
- - -

Direction to Witness Not to Answer
PAGE   LINE  PAGE LINE    PAGE LINE
None.

Request for Production of Documents
PAGE   LINE  PAGE LINE    PAGE LINE
None.

Stipulations
PAGE   LINE  PAGE LINE    PAGE LINE
None.

Questions Marked
PAGE   LINE  PAGE LINE    PAGE LINE
None.

Michael L. Grossbard, M.D.

Page 10

```
1           - - -
2       THE VIDEOGRAPHER:  We are
3   now on the record.  My name is
4   Ingrid Rodriguez.  I'm a
5   videographer for Golkow Litigation
6   Services.
7       Today's date is
8   November 26th, 2019, and the time
9   is 12:03 p.m.
10      This video deposition is
11  being held at Arnold Porter LLP,
12  New York, New York, in the matter
13  of John D. Sanders versus Monsanto
14  Company and Jaime Alvarez Calderon
15  versus Monsanto Company, for the
16  United States District Court
17  Northern District of California.
18      The deponent is Dr. Michael
19  Grossbard.
20      All counsel present will be
21  noted on the stenographic record.
22      The court reporter is
23  Michelle Gray and will now swear
24  in the witness.
```

Page 12

```
1   represent the defendants.
2       And Jerry, thank you.  I
3   wanted to hand you some documents
4   before we begin.
5       So first we have an updated
6   curriculum vitae for
7   Dr. Grossbard.  I'll hand that to
8   you.
9       MR. KRISTAL:  Thank you.
10      MR. SLONIM:  We also have an
11  updated trial testimony list for
12  the matters in which Dr. Grossbard
13  has given testimony in the past
14  four years.  I'm going to hand
15  that to you.
16      MR. KRISTAL:  Thank you.
17      MR. SLONIM:  We also have
18  invoices from Dr. Grossbard
19  covering the two matters that are
20  the subject of today's
21  questioning, the Sanders matter
22  and the Alvarez matter.
23      I'll hand you those
24  invoices.
```

Page 11

Page 13

Michael L. Grossbard, M.D.





Michael L. Grossbard, M.D.



Michael L. Grossbard, M.D.



Michael L. Grossbard, M.D.



Michael L. Grossbard, M.D.



Michael L. Grossbard, M.D.



Michael L. Grossbard, M.D.



Michael L. Grossbard, M.D.



Michael L. Grossbard, M.D.



Michael L. Grossbard, M.D.

Page 54

1    A.   That's the one that I think
2  of off the top of my head.
3    Q.   Is there anything else that
4  you can think of, that there's some kind
5  of test?
6    A.   Not that I'm thinking off
7  the top of my head.
8    Q.   Okay.  What do you mean by
9  validated medical protocol --
10    A.   Protocol --
11    Q.   -- as you used it in your
12  report?
13    A.   Yeah, protocol would imply a
14  series of tests in some sort of sequence
15  that would allow you to elucidate the
16  mechanism.
17    Q.   There's no such protocol
18  that exists to determine whether a
19  substance caused or contributed to
20  someone's cancer, right?
21    A.   Again, that would be
22  correct.
23    Q.   Okay.  So are you saying no
24  one can apply their best scientific

Page 55

1  judgment, having reviewed the literature,
2  having assessed the quality of the
3  literature, having looked at whether or
4  not there's an association, looking at
5  biological plausibility, looking at all
6  of those things, and no one can simply
7  disagree with you and say Roundup did
8  contribute to the development of this
9  particular person's NHL?
10    A.   I don't believe I'm saying
11  that.
12    Q.   Oh, okay.  So there are
13  reasonable doctors and scientists who
14  could make such a determination?
15        MR. SLONIM:  Objection.
16  BY MR. KRISTAL:
17    Q.   Right?
18    A.   Yeah.  I mean, I happen to
19  disagree with their opinions, but they
20  have their opinion, and I have mine.
21    Q.   I'm not -- I understand
22  that.
23    A.   Yeah.
24    Q.   And you're not saying there

Page 56

1  is no evidence whatsoever that exposure
2  to glyphosate is capable of causing
3  cancer.  You just don't believe it's
4  tipped to the point where you would say
5  it does.  Is that fair to say?
6    A.   I think for almost any agent
7  I would have to say there's not no
8  evidence.  There are thousands of pieces
9  in the literature on one side or another
10  for almost every scientific issue, and
11  many of them are in conflict.
12        I think the preponderance --
13  vast preponderance of the evidence would
14  suggest that glyphosate does not cause
15  lymphoma.
16    Q.   Are chemicals that, in your
17  opinion, are capable of -- strike that.
18        Are chemicals that are risk
19  factors for cancer also causative,
20  meaning with respect to chemicals
21  themselves, if it's determined to be a
22  carcinogen, then it's a risk factor and a
23  carcinogen -- am I making any sense here?
24  If not, please stop me.

Page 57

1    A.   Zero.
2        MR. SLONIM:  Object.  I'll
3    object.
4  BY MR. KRISTAL:
5    Q.   No, no, and that's why I
6  don't want you to guess.
7        Is there any chemical that
8  you believe is a risk factor for NHL that
9  is also not causative?
10        MR. SLONIM:  Objection.
11  BY MR. KRISTAL:
12    Q.   In other words, capable of
13  causing NHL?
14    A.   Sure.
15        Off the top of my head, I
16  can't think of an agent that I -- a
17  chemical that I would consider to be a
18  risk factor that wouldn't be a cause.
19

Michael L. Grossbard, M.D.







Michael L. Grossbard, M.D.



Michael L. Grossbard, M.D.



Michael L. Grossbard, M.D.













Michael L. Grossbard, M.D.





Michael L. Grossbard, M.D.



Michael L. Grossbard, M.D.



Michael L. Grossbard, M.D.



Michael L. Grossbard, M.D.



Michael L. Grossbard, M.D.







Michael L. Grossbard, M.D.







Michael L. Grossbard, M.D.



Michael L. Grossbard, M.D.



Michael L. Grossbard, M.D.



Michael L. Grossbard, M.D.





Michael L. Grossbard, M.D.







Michael L. Grossbard, M.D.



Michael L. Grossbard, M.D.



Michael L. Grossbard, M.D.



Michael L. Grossbard, M.D.



Michael L. Grossbard, M.D.



Michael L. Grossbard, M.D.



Michael L. Grossbard, M.D.



Michael L. Grossbard, M.D.





Michael L. Grossbard, M.D.





Michael L. Grossbard, M.D.



Michael L. Grossbard, M.D.





Michael L. Grossbard, M.D.





Michael L. Grossbard, M.D.



Michael L. Grossbard, M.D.



Michael L. Grossbard, M.D.



Michael L. Grossbard, M.D.



Michael L. Grossbard, M.D.



Michael L. Grossbard, M.D.



Michael L. Grossbard, M.D.





Michael L. Grossbard, M.D.



Michael L. Grossbard, M.D.



Michael L. Grossbard, M.D.



Michael L. Grossbard, M.D.



Michael L. Grossbard, M.D.



Michael L. Grossbard, M.D.



Michael L. Grossbard, M.D.



Michael L. Grossbard, M.D.



Michael L. Grossbard, M.D.



Page 310

Page 312

Page 311

Q.   And that article purports to explain how the U.S. EPA and IARC reached diametrically opposite conclusions.  Do you recall being asked some questions about that?

A.   I do.

Q.   And do you recall that the plaintiff's counsel asked you about the -- for instance, the number of regulatory studies, the genotoxicity studies that were prepared by the registrants as opposed to the number that was reviewed by -- by IARC?  Do you recall that, those questions?

A.   I do recall that, yes.

Q.   Okay.  Did plaintiff's -- I don't -- strike that.

Did plaintiff's counsel ask you about the conflict of interest disclosure on the Benbrook article?

A.   Not to my recollection.

Q.   Okay.  Let's take a look at that.

Would you turn, please, to

Page 313

Q.   Now, Doctor, I'm going to mark as the next Deposition Exhibit 28, the Health Canada glyphosate reevaluation decision dated April 28, 2017.

(Document marked for identification as Exhibit Grossbard-28.)

BY MR. SLONIM:

Q.   Take a look, please, also at Deposition Exhibit Number 1.  That's your report.

A.   Yeah, I know.  I just have to find it.  I guarantee these are in no particular order.

Oh, here it is.  Got it.

Got it.

Q.   And if you take a look at Page 8 of your expert report.

A.   Okay.  Got it.

Q.   Sort of the underneath the geno -- animal genotoxicity studies, you actually reference this document, don't you?

A.   I do, yes.

Michael L. Grossbard, M.D.



Michael L. Grossbard, M.D.



Michael L. Grossbard, M.D.



Michael L. Grossbard, M.D.



Michael L. Grossbard, M.D.



Michael L. Grossbard, M.D.



Michael L. Grossbard, M.D.



Michael L. Grossbard, M.D.



Michael L. Grossbard, M.D.



Michael L. Grossbard, M.D.







Michael L. Grossbard, M.D.



Michael L. Grossbard, M.D.



Michael L. Grossbard, M.D.



Michael L. Grossbard, M.D.



Michael L. Grossbard, M.D.





Michael L. Grossbard, M.D.

Page 386

1    (Deposition concluded at
2    approximately 6:20 p.m.)
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

Page 388

INSTRUCTIONS TO WITNESS

1    INSTRUCTIONS TO WITNESS
2
3        Please read your deposition
4    over carefully and make any necessary
5    corrections.  You should state the reason
6    in the appropriate space on the errata
7    sheet for any corrections that are made.
8        After doing so, please sign
9    the errata sheet and date it.
10        You are signing same subject
11    to the changes you have noted on the
12    errata sheet, which will be attached to
13    your deposition.
14        It is imperative that you
15    return the original errata sheet to the
16    deposing attorney within thirty (30) days
17    of receipt of the deposition transcript
18    by you.  If you fail to do so, the
19    deposition transcript may be deemed to be
20    accurate and may be used in court.
21
22
23
24

Page 387

1
2        CERTIFICATE
3
4
5        I HEREBY CERTIFY that the
     witness was duly sworn by me and that the
6    deposition is a true record of the
     testimony given by the witness.
7
8        It was requested before
     completion of the deposition that the
     witness, MICHAEL L. GROSSBARD, M.D., have
9    the opportunity to read and sign the
     deposition transcript.
10
11
12    _____
     MICHELLE L. GRAY,
13    A Registered Professional
     Reporter, Certified Shorthand
14    Reporter, Certified Realtime
     Reporter and Notary Public
15    Dated:  December 2, 2019
16
17
18        (The foregoing certification
19    of this transcript does not apply to any
20    reproduction of the same by any means,
21    unless under the direct control and/or
22    supervision of the certifying reporter.)
23
24

Page 389

1        - - - - - -
         E R R A T A
2        - - - - - -
3
4    PAGE  LINE  CHANGE
5    ____  ____  _____
6    ____  REASON: _____
7    ____  ____  _____
8    ____  REASON: _____
9    ____  ____  _____
10   ____  REASON: _____
11   ____  ____  _____
12   ____  REASON: _____
13   ____  ____  _____
14   ____  REASON: _____
15   ____  ____  _____
16   ____  REASON: _____
17   ____  ____  _____
18   ____  REASON: _____
19   ____  ____  _____
20   ____  REASON: _____
21   ____  ____  _____
22   ____  REASON: _____
23   ____  ____  _____
24   ____  REASON: _____

Michael L. Grossbard, M.D.

Page 390

2    ACKNOWLEDGMENT OF DEPONENT

4        I,_____, do
5  hereby certify that I have read the
6  foregoing pages, 1 - 391, and that the
7  same is a correct transcription of the
8  answers given by me to the questions
9  therein propounded, except for the
10 corrections or changes in form or
11 substance, if any, noted in the attached
12 Errata Sheet.

15 _____
16  MICHAEL L. GROSSBARD, M.D.      DATE

19 Subscribed and sworn
   to before me this
20 _____ day of _____, 20____.
21 My commission expires:_____

23 _____
   Notary Public

---

Page 391

1      LAWYER'S NOTES
2  PAGE  LINE
3  ____  ____  _____
4  ____  ____  _____
5  ____  ____  _____
6  ____  ____  _____
7  ____  ____  _____
8  ____  ____  _____
9  ____  ____  _____
10 ____  ____  _____
11 ____  ____  _____
12 ____  ____  _____
13 ____  ____  _____
14 ____  ____  _____
15 ____  ____  _____
16 ____  ____  _____
17 ____  ____  _____
18 ____  ____  _____
19 ____  ____  _____
20 ____  ____  _____
21 ____  ____  _____
22 ____  ____  _____
23 ____  ____  _____
24 ____  ____  _____