**GOLDBERG & OSBORNE LLP**
Deborah S. Kerr (175845)
dkerr@goldbergandosborne.com
John E. Osborne (*pro hac vice*)
josborne@goldbergandosborne.com
David J. Diamond (*pro hac vice*)
ddiamond@goldbergandosborne.com
698 E. Wetmore Rd., Suite 200
Tucson, AZ 85705
(520) 620-3975

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Master Docket Case No. 16-md-02741-VC |
| **THIS DOCUMENT RELATES TO:** | Honorable Vince Chhabria |
| Ruben Hernandez and Martha Hernandez | Case No. 3:17-cv-07364 |
| v. | |
| Monsanto Company | |

**PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF PLAINTIFFS RUBEN AND MARTHA HERNANDEZ'S OPPOSITION TO MONSANTO COMPANY'S MOTION [ECF 8012] TO EXCLUDE TESTIMONY OF SPECIFIC CAUSATION EXPERT DR. EDWIN ALYEA ON *DAUBERT* GROUNDS**

Pursuant to Civil Local Rules 79-5, 7-11, this Court's Standing Order for Civil Cases, ¶¶ 27-29, and the Amended Protective Order, filed September 6, 2017, Dkt. 519 ("Amended Protective Order"), ¶ 18, Plaintiffs hereby submit this Administrative Motion to File Under Seal ("Motion"). Subject to this motion are portions of Plaintiffs' Brief in Opposition to Motion to Exclude Plaintiffs' Specific Causation Expert Dr. Edwin Alyea in Wave 1 on *Daubert* grounds and corresponding exhibit, which Plaintiffs seek to file under seal information about Wave 1

Plaintiffs' medical conditions and/or other personally identifiable information, pursuant to FRCP § 5.2(a).

I. **Compelling Reasons Exist to Maintain the Confidentiality of Plaintiffs' Private Medical Information and Other Personally Identifiable Information**

Plaintiffs are entitled to preserve the privacy of their medical information and other personally identifiable information under the California Constitution, the Health Insurance Portability and Accountability Act of 1996 ("HIPAA"), the Federal Rules of Civil Procedure ("FRCP"), and existing case law.

Foremost, the right to privacy provided by the California Constitution provides a compelling reason to seal the documents at issue in this motion. The California Constitution guarantees that among the inalienable rights afforded to individuals is the right to privacy. Cal. Const. art. I, § 1. Patients have a right to privacy in their medical information under the California Constitution. *See Ruiz v. Podolsky*, 50 Cal. 4th 838, 851 (2010). There is "a constitutional right to privacy, more specifically, a constitutional right to nondisclosure of one's personal information." *Stallworth v. Brollini*, 288 F.R.D. 439 444 (N.D. Cal. 2012) (*citing Whalen v. Roe*, 429 U.S. 589, 599 (1977); *Nixon v. Administrator of Gen. Serv.*, 433 U.S. 425, 457 (1977)). Accordingly, numerous other district courts have found that the need to protect medical information qualifies as a "compelling reason" for sealing records. *See San Ramon Reg'l Med. Ctr., Inc. v. Principal Life Ins. Co.*, Case no. C 10-02258 SBA, 2011 WL 89931, at *1 n. 1 (N.D. Cal. Jan. 10, 2011); *Abbey v. Hawaii Emp'r Mut. Ins. Co.*, Case No. 09-000545 SOM/BMK, 2010 WL 4715793, at *1-2 (D. Haw. Nov. 15, 2010) ("The need to protect medical privacy qualifies as a 'compelling reason.'"); *Wilkins v. Ahern*, Case No. C 08-1084 MMC (PR), 2010 WL 3755654, at *4 (N.D.

Cal. Sept. 24, 2010); *Lombardi v. Tri West Healthcare Alliance Corp.*, Case No. CV-08-02381-PHX-FJM, 2009 WL 1212170, at *1 (D. Ariz. May 4, 2009).

Medical records are further deemed confidential under the HIPAA. *See* 45 C.F.R. § 164.502(a) ("[a] covered entity may not use or disclose protected health information."); *see also Webb v. Smart Document Solutions*, *LLC*, 499 F.3d 1078, 1082 (9th Cir. 2007).

Finally, FRCP 5.2 *requires* redaction of specific personally identifiable information absent a contrary court order. This includes the individual's social security number, taxpayer identification number, date of birth, and other financial account numbers.

## II. Conclusion

For the foregoing reason, Plaintiffs request that the Court grant this motion to seal portions of Plaintiffs' brief and exhibits, to the extent these documents contain Plaintiffs' private medical information and other personally identifiable information.

Dated this 11th day of December, 2019.

Respectfully Submitted,

*/s/ Deborah S. Kerr*
Deborah S. Kerr
John E Osborne
David J. Diamond
Goldberg & Osborne LLP
698 E. Wetmore Road, Suite 200
Tucson, AZ 85705
Tel: (520) 620-3975
Fax: (520) 620-3991
josborne@goldbergandosborne.com

*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I, Deborah S. Kerr, hereby certify that on December 11, 2019, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

*/s/ Deborah S. Kerr*
Deborah S. Kerr