**GOLDBERG & OSBORNE LLP**
Deborah S. Kerr (175845)
dkerr@goldbergandosborne.com
John E. Osborne (*pro hac vice*)
josborne@goldbergandosborne.com
David J. Diamond (*pro hac vice*)
ddiamond@goldbergandosborne.com
698 E. Wetmore Rd., Suite 200
Tucson, AZ 85705
(520) 620-3975

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Master Docket Case No. 16-md-02741-VC |
| **THIS DOCUMENT RELATES TO:** | Honorable Vince Chhabria |
| Ruben Hernandez and Martha Hernandez | Case No. 3:17-cv-07364 |
| v. | |
| Monsanto Company | |

**KERR DECLARATION IN SUPPORT OF ADMINISTRATIVE MOTION TO FILE UNDER SEAL**

I, Deborah S. Kerr, declare:

1. I make this declaration in support of Plaintiffs' Administrative Motion to File Under Seal filed on December 11, 2019. I have personal knowledge of the facts stated herein and, if called as a witness, I could and would competently testify thereto.

2. Plaintiffs have filed conditionally under seal Plaintiffs' opposition briefs and accompanying exhibit to the extent these documents contain or reference Plaintiffs' medical information and other personally identifiable information.

1  I declare under penalty of perjury that the foregoing is true and correct.

2  Executed this 11th day of December, 2019.

**CERTIFICATE OF SERVICE**

I, Deborah S. Kerr, hereby certify that on December 11, 2019, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

Dated this 11th day of December, 2019.

>Respectfully Submitted,
>
>*/s/ Deborah S. Kerr*
>Deborah S. Kerr
>John E Osborne
>David J. Diamond
>Goldberg & Osborne LLP
>698 E. Wetmore Road, Suite 200
>Tucson, AZ 85705
>Tel: (520) 620-3975
>Fax: (520) 620-3991
>josborne@goldbergandosborne.com
>
>*Attorney for Plaintiffs*

2