**GOLDBERG & OSBORNE LLP**
Deborah S. Kerr (175845)
dkerr@goldbergandosborne.com
John E. Osborne (*pro hac vice*)
josborne@goldbergandosborne.com
David J. Diamond (*pro hac vice*)
ddiamond@goldbergandosborne.com
698 E. Wetmore Rd., Suite 200
Tucson, AZ 85705
(520) 620-3975

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Master Docket Case No. 16-md-02741-VC |
| **THIS DOCUMENT RELATES TO:** | Honorable Vince Chhabria |
| Ruben Hernandez and Martha Hernandez | Case No. 3:17-cv-07364 |
| v. | |
| Monsanto Company | |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF PLAINTIFFS' OPPOSITION BRIEF AND EXHIBIT**

Before this Court is Plaintiffs' Administrative Motion to File Under Seal portions of Plaintiffs' opposition brief and accompanying exhibit. Having considered the papers, and for the compelling reasons shown, the Court hereby GRANTS Plaintiffs' request and ORDERS the following documents and/or portions of documents will remain redacted and confidentially filed under seal until further order of the Court, with publicly filed versions redacted.

Documents sought to be filed under seal by Plaintiffs, containing confidential information regarding Group 1 Plaintiffs' medical conditions and/or other personally identifiable information.

| | | |
|---|---|---|
| **PLAINTIFFS RUBEN AND MARTHA HERNANDEZ'S OPPOSITION TO MONSANTO COMPANY'S MOTION [ECF 8012] TO EXCLUDE TESTIMONY OF SPECIFIC CAUSATION EXPERT DR. EDWIN ALYEA ON *DAUBERT* GROUNDS** | Exhibit 1 | Transcript of the deposition of Mervat G. Kelada, M.D. in *Ruben Hernandez, et al. v. Monsanto Co.* (No. 3:17-cv-02009), dated August 19, 2019 |

**IT IS SO ORDERED**

DATE: _____        _____
                                    HONORABLE VINCE CHHABRIA
                                    UNITED STATES DISTRICT COURT

2