# EXHIBIT 1

```
 1            UNITED STATES DISTRICT COURT

 2           NORTHERN DISTRICT OF CALIFORNIA

 3

   _____

 4                                  )

   IN RE: ROUNDUP PRODUCTS          )

 5 LIABILITY LITIGATION             )

                                    )

 6 _____ )

                                    )MDL NO. 2741

 7 THIS DOCUMENT RELATES TO:        )

                                    )Master Docket Case No.

 8                                  )3:16-md-2741

                                    )

 9 Ruben Hernandez and Martha       )Case No. 3:17-cv-02009

   Hernandez,                       )

10                                  )

              Plaintiffs,           )

11                                  )

        vs.                         )

12                                  )

   Monsanto Company,                )

13                                  )

              Defendants.           )

14 _____ )

15

16

17

18      VIDEOTAPED DEPOSITION OF MERVAT G. KELADA, M.D.

19               AUGUST 19, 2019

20             CALEXICO, CALIFORNIA

21

22

23 Reported by:  Nikki Cotton, CSR 7311

24

25
```

```
 1              UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF CALIFORNIA
 3
     _____
 4                                    )
     IN RE: ROUNDUP PRODUCTS          )
 5   LIABILITY LITIGATION             )
                                      )
 6   _____)
                                      )MDL NO. 2741
 7   THIS DOCUMENT RELATES TO:        )
                                      )Master Docket Case No.
 8                                    )3:16-md-2741
                                      )
 9   Ruben Hernandez and Martha       )Case No. 3:17-cv-02009
     Hernandez,                       )
10                                    )
                 Plaintiffs,          )
11                                    )
          vs.                         )
12                                    )
     Monsanto Company,                )
13                                    )
                 Defendants.          )
14   _____)
15
16
17
18           VIDEOTAPED DEPOSITION OF MERVAT G. KELADA,
19   M.D., taken on behalf of Plaintiffs at 1001 Blair
20   Avenue Calexico, California, on Monday, August 19, 2019,
21   at 1:53 p.m., before Nikki Cotton, Certified Shorthand
22   Reporter, in and for the State of California.
23
24
25
```

Mervat G. Kelada, M.D.

```
 1    Appearances:
 2    For Plaintiffs:
 3    Goldberg & Osborne LLP
      By:  John E. Osborne, Esq.
 4    698 East Wetmore Road, Suite 200
      Tucson, Arizona 85705
 5    520.620.3980
      josborne@goldbergandosborne.com
 6
              and
 7
      Goldberg & Osborne LLP
 8    By:  Deborah S. Kerr, Esq.
      915 West Camelback Road
 9    Phoenix, Arizona 85013
      602.808.6750
10    dkerr@1800theeagle.com
11
      For Defendant:
12
      Shook, Hardy & Bacon, L.L.P.
13    By:  H. Grant Law, Esq.
      One Montgomery Street, Suite 2600
14    San Francisco, California 94104
      213.427.2300
15    hlaw@shb.com
16
       Also Present:
17
       Jim Lopez, Videographer
18
19
20
21
22
23
24
25
```

Mervat G. Kelada, M.D.

```
1                    I N D E X

2

     WITNESS:  MERVAT G. KELADA, M.D.

3

4  EXAMINATION                              PAGE

5  By Mr. Osborne                        7, 113

6  By Mr. Law                           83, 114

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Mervat G. Kelada, M.D.

```
 1                        EXHIBITS

 2

 3    PLAINTIFFS'            DESCRIPTION              PAGE

 4    1            Medical Records for Ruben          14

                  Hernandez, Bates Numbers 1 -

 5                205

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Mervat G. Kelada, M.D.

```
 1         CALEXICO, CA; MONDAY, AUGUST 19, 2019; 1:53 P.M.

 2

 3              THE VIDEOGRAPHER:  We are on the record.

 4              My name is Jim Lopez.  I'm a videographer for

 5    Golkow Litigation Services.  Today's date is

 6    August 19th, 2019, and the time is approximately

 7    1:53 p.m.

 8              This video deposition is being held in

 9    Calexico, California, in the matter of In Re: Roundup

10    Products Liability Litigation, MDL Number 2741, for the

11    United States District Court, Northern District of

12    California, case specific Ruben Hernandez and Martha

13    Hernandez versus Monsanto Company.  The deponent is

14    Mervat Klid -- Kelada, M.D.

15              Counsel will be noted on the stenographic

16    record.  Will counsel please identify themselves.

17              MR. OSBORNE:  Yeah.  This is John Osborne with

18    Deborah Kerr on behalf of the Hernandez family.

19              MR. LAW:  This is Grant Law on behalf of Bayer

20    and Monsanto.

21              THE VIDEOGRAPHER:  The court reporter is

22    Nikki Cotton and she will now swear in the witness.

23

24

25
```



1                    MERVAT G. KELADA,

2     having been first duly sworn, was examined and

3     testified as follows:

4

5                    EXAMINATION

6

Mervat G. Kelada, M.D.



1

Mervat G. Kelada, M.D.



Mervat G. Kelada, M.D.



Mervat G. Kelada, M.D.



Mervat G. Kelada, M.D.



Mervat G. Kelada, M.D.



Mervat G. Kelada, M.D.



25    us to English, please?

Mervat G. Kelada, M.D.

 1        A.   Hematology is a Greek word.   Haimato logia

 2   means the study of blood.

 3        Q.   And in that particular portion of the report,

 4   is there a measure of what Ruben's ████████████ was?

 5        A.   Yes, there is.   ██████████████████.

 6        Q.   All right.   And can you tell me whether at that

 7   time his ███████████ was -- what its -- how it would

 8   be characterized medically?

 9        A.   Within acceptable normal range.

10        Q.   All right.   Turning then to Page 28 of this

11   ██████████████████, I'd like you to take a look at

12   one factor towards the bottom of the page of Bates 28.

13        A.   That's a ███████████████.

14        Q.   Right.

15        A.   Uh-huh.

16        Q.   Can you tell us what that, generally speaking,

17   is about?

18        A.   It's ████████.   And it states that that's the

19   factor that checks the activity of your connective

20   tissues to detect if you have r██████████████.

21        Q.   And to your recollection is -- or strike that.

22             Is -- is a ████████████████████ always

23   indicative that there is ██████████████████?

24        A.   Most of the time.

25        Q.   But there are times when it is not?

Mervat G. Kelada, M.D.

1      A.   Sometimes, yes.

2      Q.   ███████████



Mervat G. Kelada, M.D.



Mervat G. Kelada, M.D.



Mervat G. Kelada, M.D.



Mervat G. Kelada, M.D.





Mervat G. Kelada, M.D.



Mervat G. Kelada, M.D.



Mervat G. Kelada, M.D.



Mervat G. Kelada, M.D.



Mervat G. Kelada, M.D.





Mervat G. Kelada, M.D.



Mervat G. Kelada, M.D.



Mervat G. Kelada, M.D.



Mervat G. Kelada, M.D.



Mervat G. Kelada, M.D.



Mervat G. Kelada, M.D.



Mervat G. Kelada, M.D.



Mervat G. Kelada, M.D.



Mervat G. Kelada, M.D.



Mervat G. Kelada, M.D.



Mervat G. Kelada, M.D.



Mervat G. Kelada, M.D.



Mervat G. Kelada, M.D.



Mervat G. Kelada, M.D.



Mervat G. Kelada, M.D.



Mervat G. Kelada, M.D.



Mervat G. Kelada, M.D.



Mervat G. Kelada, M.D.



Mervat G. Kelada, M.D.



Mervat G. Kelada, M.D.



Mervat G. Kelada, M.D.



Mervat G. Kelada, M.D.



Mervat G. Kelada, M.D.



Mervat G. Kelada, M.D.



Mervat G. Kelada, M.D.



Mervat G. Kelada, M.D.



Mervat G. Kelada, M.D.



Mervat G. Kelada, M.D.



Mervat G. Kelada, M.D.





Mervat G. Kelada, M.D.



Mervat G. Kelada, M.D.



Mervat G. Kelada, M.D.



Mervat G. Kelada, M.D.



Mervat G. Kelada, M.D.



Mervat G. Kelada, M.D.





Mervat G. Kelada, M.D.



Mervat G. Kelada, M.D.



Mervat G. Kelada, M.D.



Mervat G. Kelada, M.D.



Mervat G. Kelada, M.D.



Mervat G. Kelada, M.D.



Mervat G. Kelada, M.D.



1

Mervat G. Kelada, M.D.



Mervat G. Kelada, M.D.



Mervat G. Kelada, M.D.



Mervat G. Kelada, M.D.



Mervat G. Kelada, M.D.



Mervat G. Kelada, M.D.



Mervat G. Kelada, M.D.



Mervat G. Kelada, M.D.



Mervat G. Kelada, M.D.



1

Mervat G. Kelada, M.D.



Mervat G. Kelada, M.D.



Mervat G. Kelada, M.D.



Mervat G. Kelada, M.D.



Mervat G. Kelada, M.D.



Mervat G. Kelada, M.D.



Mervat G. Kelada, M.D.



Mervat G. Kelada, M.D.



Mervat G. Kelada, M.D.



Mervat G. Kelada, M.D.



1

Mervat G. Kelada, M.D.



Mervat G. Kelada, M.D.



Mervat G. Kelada, M.D.



Mervat G. Kelada, M.D.



Mervat G. Kelada, M.D.



Mervat G. Kelada, M.D.



Mervat G. Kelada, M.D.



Mervat G. Kelada, M.D.



Mervat G. Kelada, M.D.



Mervat G. Kelada, M.D.



Mervat G. Kelada, M.D.



Mervat G. Kelada, M.D.



Mervat G. Kelada, M.D.



Mervat G. Kelada, M.D.



Mervat G. Kelada, M.D.



Mervat G. Kelada, M.D.





Mervat G. Kelada, M.D.



Mervat G. Kelada, M.D.



Mervat G. Kelada, M.D.



Mervat G. Kelada, M.D.



Mervat G. Kelada, M.D.



Mervat G. Kelada, M.D.



Mervat G. Kelada, M.D.



Mervat G. Kelada, M.D.

```
1    rates elevated, and he did have a ████████ at one

2    point.  The diagnosis of ████████ is

3    confirmed, but there are, like, ten criteria, and of

4    those criteria, the patient have to meet five or seven

5    of them to confirm the diagnosis.

6         Q.   And -- did you confirm five or more?

7         A.   Well, I confirm ████████████

8    and ████████, the ████████, but he did have not

9    exactly ████████.  It was ████████

10   because his ████████ was reported to be ███ in

11   separate occasions.

12        Q.   Is ████████ a risk factor for

13   cancer?

14        A.   No.  Usually, I mean, like, when you see ███

15   ████████, usually also you have to see lymphoma or

16   ████████.  And that -- that is something we were taught

17   in medical school.

18             One of the things that you see with leukemia

19   patients or lymphoma is their ████████ gets to be ███

20   and they do have ████████.

21        Q.   And I think you've told us earlier that based

22   on -- that it's your impression that those symptoms of

23   the ███ or --

24        A.   It was early --

25        Q.   -- potentially -- potentially related to the
```

Mervat G. Kelada, M.D.



Mervat G. Kelada, M.D.



Mervat G. Kelada, M.D.



Mervat G. Kelada, M.D.



Mervat G. Kelada, M.D.



Mervat G. Kelada, M.D.

1      ■        ████████████████████████████

■   ████████████████████████

3              MR. LAW:  Well, on that honest note, we

4      appreciate your -- your time again.  I -- we may or may

5      not be done, but I -- I hope I'm done.

6              THE WITNESS:  Let's be done.

7              MR. OSBORNE:  Let's be done.  Thank you,

8      Doctor.

9              THE WITNESS:  Because there's no way --

10             THE VIDEOGRAPHER:  All counsel going off the

11     record.

12             THE WITNESS:  Thank you.

13             THE VIDEOGRAPHER:  The time is approximately

14     4:40 p.m.  We're now off the record.

15             (Whereupon, the deposition concluded at

       4:40 p.m.)

16

17

18

19

20

21

22

23

24

25

1          DECLARATION UNDER PENALTY OF PERJURY

2

3          I, MERVAT G. KELADA, M.D., do hereby certify

4     under penalty of perjury that I have reviewed the

5     forgoing transcript of my deposition taken on Monday,

6     August 19, 2019, that I have made such corrections as

7     appear noted herein in ink; that my testimony as

8     contained herein, corrected, is true and correct.

9          DATED this _____ day of _____,

10    20 ___, at _____, California

11

12

13

14                        _____

15                             MERVAT G. KELADA, M.D.

16

17

18

19

20

21

22

23

24

25

Mervat G. Kelada, M.D.

```
 1           ERRATA/CORRECTION SHEET FOR THE TRANSCRIPT OF:
 2                     MERVAT G. KELADA, M.D.
 3

     Case Name:  Hernandez v. Monsanto
 4   Case Number: 3:17-cv-02009
     Date:  August 19, 2019
 5

     Please check one of the following:
 6

      _____ No corrections were made to the transcript.
 7

      _____ The following changes were made to the transcript:
 8
 9

     PAGE/LINE          CURRENTLY READS              CHANGE TO
10   _____

11   _____
12   _____
13
     _____
14
15   _____
16
     _____
17
18   _____
19
     _____
20
21   _____
22
     _____
23
24

     _____        _____
25    Signature of Witness               Date
```

Mervat G. Kelada, M.D.

1    STATE OF CALIFORNIA   )

                           ) ss.

2    COUNTY OF IMPERIAL   )

3             I, the undersigned, a Certified Shorthand

4    Reporter of the State of California, do hereby certify:

5             That the foregoing proceedings were taken

6    before me at the time and place herein set forth; that

7    any witnesses in the foregoing proceedings, prior to

8    testifying, were duly sworn; that a record of the

9    proceedings were made by me using machine shorthand,

10   which was thereafter transcribed under my direction;

11   that the foregoing transcript is a true record of the

12   testimony given.

13            Further, that if the foregoing pertains to the

14   original transcript of a deposition in a federal case,

15   before completion of the proceedings, review of the

16   transcript [ ] was [ ] was not requested.

17            I further certify I am neither financially

18   interested in the action nor a relative or employee of

19   any attorney or party to this action.

20            IN WITNESS WHEREOF, I have this date

21   subscribed my name.

22   Dated  September 5, 2019.

23

     _____

24                              Nikki Cotton

                                CSR No. 7311

25