1  Michael L. Baum, Esq. (SBN: 119511)
   mbaum@baumhedlundlaw.com
2  R. Brent Wisner, Esq. (SBN: 276023)
   rbwisner@baumhedlundlaw.com
3  Pedram Esfandiary (SBN: 312569)
   pesfandiary@baumhedlundlaw.com
4  **BAUM, HEDLUND, ARISTEI &**
   **GOLDMAN, P.C.**
5  10940 Wilshire Blvd., 17th Floor
   Los Angeles, CA 90024
6  Telephone:  (310) 207-3233
   Facsimile:  (310) 820-7444
7
8  *Attorneys for Plaintiffs*

9                    **UNITED STATES DISTRICT COURT**
                **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
10                        **SAN FRANCISCO DIVISION**

11
   IN RE ROUNDUP PRODUCTS LIABILITY
12 LITIGATION                                    MDL NO. 2741

13                                               Case No. 3:16-md-02741-VC

14 THIS DOCUMENT RELATES TO:                     Hon. Vince Chhabria

15 *Johansing v. Monsanto Co.*
16 Case No. 3:16-cv-05751-VC                     **PLAINTIFFS' ADMINISTRATIVE**
                                                 **MOTION TO FILE UNDER SEAL**
17 *Carriere v. Monsanto Co.*                    **PORTIONS OF PLAINTIFFS' RESPONSE**
                                                 **IN OPPOSITION TO MONSANTO**
   Case No. 3:18-cv-05778                        **COMPANY'S MOTION TO EXCLUDE**
18                                               **THE EXPERT OPINIONS OF DR.**
   *Wooten v. Monsanto Co.*                      **LAUREN PINTER-BROWN**
19 Case No. 3:16-cv-01735

20

21

22

23         Pursuant to Civil Local Rules 79-5, 7-11, this Court's Standing Order for Civil Cases, ¶¶ 27-

24 29, and the Amended Protective Order, filed September 6, 2017, Dkt. 519 ("Amended Protective

25 Order"), ¶ 18, Plaintiffs hereby submit this Administrative Motion to File Under Seal ("Motion").

26 Subject to this motion are portions of Plaintiffs' Brief in Opposition to Motion to Exclude Plaintiffs'

27 Specific Causation Experts in Wave I on *Daubert* grounds and corresponding exhibits, which

28 Plaintiffs seek to file under seal  information  about  Wave  1  Plaintiffs'  medical  conditions  and/or

                                               1

1    other  personally identifiable information, pursuant to FRCP § 5.2(a)

2    **I.      Compelling Reasons Exist to Maintain  the  Confidentiality of Plaintiffs' Private Medical**

3              **Information and Other Personally Identifiable Information**

4              Plaintiffs are entitled to preserve the privacy of their medical information and other personally

5    identifiable information under the California Constitution, the Health Insurance Portability and

6    Accountability Act of 1996 ("HIPAA"), the Federal Rules of Civil Procedure ("FRCP"), and existing

7    case law.

8              Foremost, the right to privacy provided by the California Constitution provides a compelling

9    reason to seal the documents at issue in this motion.  The California Constitution guarantees that

10   among the inalienable rights afforded to individuals is the right to privacy.  Cal. Const. art. I, § 1.

11   Patients have a right to privacy in their medical information under the California Constitution. *See*

12   *Ruiz v. Podolsky*, 50 Cal. 4th 838, 851 (2010).  There is "a constitutional right to privacy, more

13   specifically, a constitutional right to nondisclosure of one's personal information."  *Stallworth v.*

14   *Brollini*, 288 F.R.D. 439 444 (N.D. Cal. 2012) (*citing Whalen v. Roe*, 429 U.S. 589, 599 (1977);

15   *Nixon v. Administrator of Gen. Serv.*, 433 U.S. 425, 457 (1977)). Accordingly, numerous other

16   district courts have found that the need to protect medical information qualifies as a "compelling

17   reason" for sealing records.  *See San Ramon Reg'l Med. Ctr., Inc. v. Principal Life Ins. Co.*, Case No.

18   C 10–02258 SBA, 2011 WL 89931, at *1 n. 1 (N.D. Cal. Jan.10, 2011); *Abbey v. Hawaii Emp'r*

19   *Mut. Ins. Co.*, Case No. 09–000545 SOM/BMK, 2010 WL 4715793, at *1–2 (D. Haw. Nov.

20   15, 2010) ("The need to protect medical privacy qualifies as a 'compelling reason.'"); *Wilkins v.*

21   *Ahern*, Case No. C 08–1084 MMC (PR), 2010 WL 3755654, at *4 (N.D. Cal. Sept. 24, 2010);

22   *Lombardi v. Tri West Healthcare Alliance Corp.*, Case No. CV–08–02381– PHX–FJM, 2009 WL

23   1212170, at *1 (D. Ariz. May 4, 2009).

24            Medical records are further deemed confidential under the HIPAA. *See* 45 C.F.R. § 164.502(a)

25   ("[a] covered entity may not use or disclose protected health information."); *see also Webb v. Smart*

26   *Document Solutions, LLC*, 499 F.3d 1078, 1082 (9th Cir.2007).

27            Finally, FRCP 5.2 ***requires*** redaction of specific personally identifiable information

28   absent  acontrary court order.  This includes the individual's social-security number, taxpayer-

PLAINTIFFS JOHANSING, CARRIERE AND WOOTEN'S OPPOSITION TO MONSANTO'S
MOTION TO EXCLUDE THE EXPERT OPINIONS OF DR. LAUREN PINTER-BROWN

1 identification number, birth date, and other financial-account numbers.

2 **II.      Conclusion**

3      For the foregoing reasons, Plaintiffs request that the Court grant this motion to seal portions

4 of Plaintiffs' brief and exhibits, to the extent these documents contain Plaintiffs' private medical

5 information and other personally identifiable information.

6

7 Dated: December 10, 2019                    By:  /s/ Pedram Esfandiary
                                             Pedram Esfandiary (SBN: 312569)
8                                            pesfandiary@baumhedlundlaw.com
                                             BAUM, HEDLUND, ARISTEI, &
9                                            GOLDMAN, P.C.
                                             12100 Wilshire Blvd., Suite 950
10                                           Los Angeles, CA 90025
                                             Telephone:  (310) 207-3233
11                                           Facsimile:  (310) 820-7444

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

PLAINTIFFS JOHANSING, CARRIERE AND WOOTEN'S OPPOSITION TO MONSANTO'S
MOTION TO EXCLUDE THE EXPERT OPINIONS OF DR. LAUREN PINTER-BROWN

## **CERTIFICATE OF SERVICE**

I, Pedram Esfandiary, hereby certify that, on December 11, 2019, I electronically filed the foregoing with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

/s/ Pedram Esfandiary
Pedram Esfandiary

4

PLAINTIFFS JOHANSING, CARRIERE AND WOOTEN'S OPPOSITION TO MONSANTO'S
MOTION TO EXCLUDE THE EXPERT OPINIONS OF DR. LAUREN PINTER-BROWN