Michael L. Baum, Esq. (SBN: 119511)
mbaum@baumhedlundlaw.com
R. Brent Wisner, Esq. (SBN: 276023)
rbwisner@baumhedlundlaw.com
Pedram Esfandiary (SBN: 312569)
pesfandiary@baumhedlundlaw.com
**BAUM, HEDLUND, ARISTEI & GOLDMAN, P.C.**
10940 Wilshire Blvd., 17th Floor
Los Angeles, CA 90024
Telephone: (310) 207-3233
Facsimile: (310) 820-7444

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL NO. 2741 |
| | Case No. 3:16-md-02741-VC |
| THIS DOCUMENT RELATES TO: | Hon. Vince Chhabria |
| *Johansing v. Monsanto Co.*<br>Case No. 3:16-cv-05751-VC | **DECLARATION OF PEDRAM ESFANDIARY IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF PLAINTIFFS' RESPONSE IN OPPOSITION TO MONSANTO COMPANY'S MOTION TO EXCLUDE** |
| *Carriere v. Monsanto Co.*<br>Case No. 3:18-cv-05778 | |
| *Wooten v. Monsanto Co.*<br>Case No. 3:16-cv-01735 | |

I, Pedram Esfandiary, declare:

1. I am a member of the executive committee of MDL 2741. I make this declaration in support of Plaintiffs' Administrative Motions to File Under Seal filed on December 10, 2019. I have personal knowledge of the facts stated herein and, if called as a witness, I could and would competently testify thereto.

2. Plaintiffs have filed conditionally under seal Plaintiffs' opposition briefs and accompanying exhibits to the extent these documents contain or reference Plaintiffs' medical

1
DECLARATION OF PEDRAM ESFANDIARY IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF PLAINTIFFS' BRIEF AND EXHIBITS

1 | information and other personally identifiable information.

2 |     I declare under penalty of perjury that the foregoing is true and correct.

3 | Executed this 11th day of December, 2019.

Dated:  December 11, 2019

**BAUM HEDLUND ARISTEI & GOLDMAN, P.C.**

 /s/ Pedram Esfandiary
Pedram Esfandiary, Esq. (SBN: 312569)
pesfandiary@baumhedlundlaw.com
Michael L. Baum, Esq. (SBN: 119511)
mbaum@baumhedlundlaw.com
R. Brent Wisner, Esq. (SBN: 276023)
rbwisner@baumhedlundlaw.com
**BAUM HEDLUND ARISTEI & GOLDMAN, P.C.**
10940 Wilshire Blvd., 17th Floor
Los Angeles, CA 90024
Telephone: (310) 207-3233
Facsimile:  (310) 820-7444
*Attorneys for Plaintiffs*

---

2

DECLARATION OF PEDRAM ESFANDIARY IN SUPPORT OF PLAINTIFFS'
ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF PLAINTIFFS' BRIEF
AND EXHIBITS

## **CERTIFICATE OF SERVICE**

I, Pedram Esfandiary, hereby certify that, on December 11, 2019, I electronically filed the foregoing with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

            /s/ Pedram Esfandiary
            Pedram Esfandiary