1  Michael L. Baum, Esq. (SBN: 119511)
   mbaum@baumhedlundlaw.com
2  R. Brent Wisner, Esq. (SBN: 276023)
   rbwisner@baumhedlundlaw.com
3  Pedram Esfandiary (SBN: 312569)
   pesfandiary@baumhedlundlaw.com
4  **BAUM, HEDLUND, ARISTEI &**
   **GOLDMAN, P.C.**
5  10940 Wilshire Blvd., 17th Floor
   Los Angeles, CA 90024
6  Telephone: (310) 207-3233
   Facsimile: (310) 820-7444
7
8  *Attorneys for Plaintiffs*

9              **UNITED STATES DISTRICT COURT**
           **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
10                   **SAN FRANCISCO DIVISION**

11 IN RE ROUNDUP PRODUCTS LIABILITY          MDL NO. 2741
   LITIGATION
12                                            Case No. 3:16-md-02741-VC
13
                                              Hon. Vince Chhabria
14 THIS DOCUMENT RELATES TO:

15 *Johansing v. Monsanto Co.*                **[PROPOSED] ORDER GRANTING**
   Case No. 3:16-cv-05751-VC                  **PLAINTIFFS' ADMINISTRATIVE**
16                                            **MOTION TO FILE UNDER SEAL**
   *Carriere v. Monsanto Co.*                 **PORTIONS OF PLAINTIFFS'**
17 Case No. 3:18-cv-05778                     **OPPOSITION BRIEFS AND EXHIBITS**
18
   *Wooten v. Monsanto Co.*
19 Case No. 3:16-cv-01735
20

21

22         Before this Court are Plaintiffs' Administrative Motions to File Under Seal portions of

23 Plaintiffs' opposition briefs and accompanying exhibits. Having considered the papers, and for

24 compelling reasons shown, the Court hereby **GRANTS** Plaintiffs' requests and **ORDERS** the

25 following documents and/or portions of documents will remain redacted and confidentially filed under

26 seal until further order of the Court, with publicly filed versions redacted.

27         Documents sought to be filed under seal by Plaintiffs, containing confidential information

28  regarding Group 1 plaintiffs' medical conditions and/or other personally identifiable information.

**PLAINTIFF'S EXHIBITS IN SUPPORT OF PLAINTIFFS' OPPOSITION TO MONSANTO'S MOTION TO EXCLUIDE THE EXPERT OPINIONS OF DR. LAUREN PINTER-BROWN**

| | |
|---|---|
| Exhibit 1 | Expert Report of Dr. Lauren Pinter-Brown in Support of Specific-Causation on Behald of Peter Johansing (No. 3:16-cv-05751-VC), dated October 4, 2019. |
| Exhibit 2 | Transcript of the Deposition of Dr. Lauren Pinter-Brown in *Johansing v. Monsanto Co.,* (No. 3:16-cv-05751-VC), dated November 15, 2019. |
| Exhibit 3 | Expert Report of Dr. Lauren Pinter-Brown in Support of Specific-Causation on Behald of Jerald Carriere (No. 3:18-cv-05778-VC), dated October 4, 2019. |
| Exhibit 4 | Expert Report of Dr. Lauren Pinter-Brown in Support of Specific-Causation on Behald of the Estate of Harley Wooten (No. 3:17-cv-01735-VC), dated October 4, 2019. |
| Exhibit 5 | Transcript of the Deposition of Dr. Lauren Pinter-Brown in *Carriere v. Monsanto Co.,* (No. 3:18-cv-05778-VC), dated November 18, 2019. |
| Exhibit 6 | Transcript of the Deposition of Dr. Lauren Pinter-Brown in *Wooten v. Monsanto Co.,* (No. 3:17-cv-01735-VC), dated November 18, 2019. |
| Exhibit 7 | Transcript of the Deposition of Peter Johansing in *Johansing v. Monsanto Co.,* (No. 3:16-cv-05751-VC), dated July 25, 2019. |
| Exhibit 8 | Mrs. Johansing's Death Certificate |
| Exhibit 9 | Transcript of the Deposition of Dr. Charalambos Andreadis in *Johansing v. Monsanto Co.,* (No. 3:16-cv-05751-VC), dated July 15, 2019. |
| Exhibit 10 | Transcript of the Deposition of Jerald Carriere in *Carriere v. Monsanto Co.,* (No. 3:18-cv-05778-VC), dated July 16, 2019. |
| Exhibit 11 | Transcript of the Deposition of Jerald Carriere in *Carriere v. Monsanto Co.,* (No. 3:18-cv-05778-VC), dated September 25, 2019. |
| Exhibit 12 | Transcript of the Deposition of Harley Wooten in Wooten *v. Monsanto Co.,* (No. 3:17-cv-01735-VC), dated July 24, 2019. |

**IT IS SO ORDERED**

DATE: _____                    _____.
                                                HONORABLE VINCE CHHABRIA UNITED
                                                STATES DISTRICT COURT

PROPOSED ORRDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE
UNDER SEAL PORTIONS OF PLAINTIFFS' BRIEF AND EXHIBITS

## **CERTIFICATE OF SERVICE**

I, Pedram Esfandiary, hereby certify that, on December 11, 2019, I electronically filed the foregoing with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

/s/ Pedram Esfandiary
Pedram Esfandiary

PROPOSED ORRDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF PLAINTIFFS' BRIEF AND EXHIBITS