# <u>REDACTED</u> VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED

# EXHIBIT 3

**EXPERT REPORT OF DR. LAUREN PINTER-BROWN**
**IN SUPPORT OF SPECIFIC-CAUSATION**
**ON BEHALF OF JERALD CARRIERE**

## I.   QUALIFICATIONS

I received my undergraduate degree in Chemistry and Psychology from Brandeis University in 1976.  I received my MD from UCLA School of Medicine in 1980 and performed an internship and residency in Internal Medicine at Harbor-UCLA Medical Center from 1980-1983.  I completed a fellowship in Hematology and Oncology at LA County-USC Medical Center in 1986 and am Board Certified in Internal Medicine, Hematology and Oncology.

Following completion of my fellowship I practiced in academic medicine until 1990 at the University of Southern California (USC) where I was the Director of the Lymphoma Program, and at the University of California, Los Angeles (UCLA) faculty from 1990-2015 where I was the Director of the Lymphoma Program from 2005-2012.

I am currently a Professor of Medicine and Dermatology at the University of California, Irvine where I have practiced since 2016.  In my academic role I have had the opportunity to conduct clinical research evaluating novel and optimal therapies for those with lymphoma, to teach and lecture extensively to medical students, medical residents and fellows and the medical community, and to develop teaching curricula related to lymphoma.  In my clinical practice I consult and treat approximately 70 lymphoma patients per week.  I have authored over 40 peer reviewed publications on various topics related to lymphoma and have written several book chapters on the same topic.  I also served on the National Cancer Institute's Lymphoma Steering Committee.  I served or am serving on the board of directors of several scholarly societies such as the International Society of Cutaneous Lymphoma.

## II.   PRIOR EXPERT WORK AND COMPENSATION

I have not provided any expert testimony in a court proceeding for the past five (5) years.  I am being compensated for my expertise and opinion in the current matter at a rate of $750/hour, a rate set by my employer, the University of California, Irvine.

## III.   BACKGROUND

I was retained in this case to assess and provide an opinion on whether Mr. Gerald Carriere's long-term exposure to glyphosate-based formulations ("GBFs") was a substantial factor contributing to Mr. Carriere's developing Non-Hodgkin's Lymphoma ("NHL"), specifically Diffuse large B-cell lymphoma ("DLBCL"), leg type, and his recent recurrence.

In conducting an evaluation of Mr. Carriere's case for purposes of opining on specific-causation, I have reviewed Mr. Carriere's extensive medical records, including but not limited to medical history, family history, social history, laboratory studies, imaging studies, pathology reports, and other medical providers' assessments. I have also reviewed the Plaintiff's deposition, the depositions of Mr. Carriere's primary care physician (Dr. Siouty) and his oncologist, Dr. Jenny Ru, and Plaintiff's Fact Sheet.

Prior to reviewing Mr. Carriere's materials, I studied the substantial medical literature assessing the association between exposure to GBFs and NHL and formed an opinion on whether exposure to GBFs is generally capable of causing NHL, *i.e.*, "general causation." I also reviewed the opinions of Plaintiff's general causation experts and rely on their evaluations of the available scientific data for the association between exposure to GBFs and NHL. In reaching my opinions in the current matter, I employed the same scientific methodology and discipline of interpreting medical literature, evaluating a patient's past medical history – including a consideration of other potential risk factors for NHL – that I have applied over the course of 40 years of clinical practice. This report employs basic scientific principles from the fields of oncology and hematology – with a focus on NHL and its subtype of DLBCL– and I reserve the right to contextualize my opinions by testifying to the basic science in these fields. I further reserve the right to revise, supplement, or amend this report in the event additional information is made available to me and to respond to the opinions and testimonies of Monsanto's experts.

## IV. HISTORY OF MR. CARRIERE'S NON-HODGKIN'S LYMPHOMA





**(a) PAST MEDICAL HISTORY**

**(b) PAST SURGICAL HISTORY**

**(c) ALLERGIES TO MEDICATIONS**

**(d) FAMILY HISTORY**

**(e) SOCIAL HISTORY**

**V.    EXPOSURE HISTORY**

Mr. Carriere had significant prior exposure to Roundup using the product to control weeds on his multiple properties including his business, rental holdings, and personal home from approximately 1977 to 2012. He used Roundup in a trigger sprayer into which he poured the product for 15-30 minutes approximately every 2-4 weeks without any protective gear and sometimes he would directly pour the product on a targeted area. He would often get the product on his hands and legs.

The following properties were treated for weed abatement by the plaintiff: Carriere Car Company from approximately 1977-1980 on leased property and 1980-2008 on property that was owned by the plaintiff; rental property located at 4437 and 4427 171st St./172nd St., Lawndale, California (4427 from 1987-1989; 4437 for 10 years );

DocuSign Envelope ID: C534E5A1-3182-4335-8795-013260FB909

rental property on 153rd Street in Lawndale, California; two rental properties on Firmona Avenue, Lawndale, California; rental property on 223rd street in Torrance, California; rental property on 170th Street in Torrance, California; personal residence at 22516 Greenwood Ave, Torrance California (for 10 years 1978-1988); personal residence at 6406 Seal Point Ct., Palos Verdes, California (1988-2012); and rental property located at 14802 Denker Avenue, Gardena, California (30 years).

## VI.   GENERAL CHARACTERIZATION OF DIFFUSE LARGE B CELL LYMPHOMA

1.  DLBCL is an aggressive lymphoma of B-lymphocytes.  It represents the most common lymphoma in adults with annual incidence of approximately 5.5 new diagnoses per 100,000 men/women.  The number of patients dying from DLBCL per year is approximately 1.8/100,000 men/women.  The disease is more common in people over the age of 60 years.

2.  Numerous environmental factors such as exposure to industrial and agricultural products, pesticides, and some medicinal chemical agents, immunodeficiency states, autoimmune conditions, ionizing radiation and some infections are known to increase the individual's risk of developing and potentially causing non Hodgkin lymphomas.

3.  DLBCL, leg type is a specific, uncommon subtype of DLBCL that appears as a solitary or multiple tumor nodules on the legs, arms and/or torso that grow rapidly over weeks or months.  It is more common in elderly individuals with the median age in the 7th decade of life, and is an aggressive disease with a high chance for relapse and spread beyond the skin.

4.  Combination chemotherapy containing Rituximab and an anthracycline is the mainstay of therapy and RCHOP represents such a regimen.  The acute toxic effects of such a treatment include but are not limited to nausea, vomiting, fatigue, anorexia, constipation, low blood counts with risk of bleeding and/or infection, nerve damage, sleeplessness and mood changes, hair loss, immune suppression and/or heart failure. Toxic effects of the chemotherapy, such as nerve damage, immune suppression and/or heart failure, may be persistent.

5.  Patients with DLBCL who relapse after their first remission are treated with "salvage" chemotherapeutic regimens of which RICE is an example.  Treatment is again given with curative intent but would be followed by high dose chemotherapy with autologous stem cell infusion.  Such treatment necessitates a lengthy period of recuperation usually lasting 4-12 months.  The repeated use of chemotherapeutic agents can lead to organ toxicity such as lung and bone marrow damage which can be irreversible and progressive.

## VII.    ANALYSIS OF MR. CARRIERE'S RISK FOR DEVELOPING DLBCL

1.  Mr. Carriere was not exposed to any identifiable drug that is known to be a cause for lymphoma.

2.  Mr. Carriere was not exposed to ionizing radiation.

3.  Mr. Carriere is not known to have any infection known to be associated with increased risk for lymphoma.

4.  Mr. Carriere does not have a family history of lymphoma or lymphoproliferative disorder.

5.  Mr. Carriere does not have a history of known immunodeficiency.

6.  Mr. Carriere does not have a history of any autoimmune disease that is associated with the development of lymphoma.  He had a documented negative rheumatoid factor test 4/11/17.

7. 

8.  Mr. Carriere has had significant exposure to Roundup.  His use of Roundup was both intensive (large quantities with less use of an effective barrier to prevent absorption/inhalation) and prolonged ($\geq$ 35 years).  Based on the available evidence (discussed below), exposure to GBFs is associated with an increased risk of developing NHL.  It is my conclusion that Mr. Carriere's exposure to GBFs is not only significant, but exceeds the exposure that is reported to either cause or significantly increase one's risk of developing NHL and that his exposure to Roundup is a substantial factor contributing to his development of NHL.

## VIII.    DISCUSSION OF MR. CARRIERE'S CAUSATION

In arriving at my conclusions regarding the causation of Mr. Carriere's NHL, I have utilized both my extensive personal knowledge and experience in teaching and writing about lymphoma, researching novel treatments for lymphoma and caring for patients diagnosed with lymphoma, but have also had the opportunity to review the substantial literature regarding the relationship between exposure to GBFs and NHL. In particular, I have evaluated (but not limited) my research to the following papers that address human epidemiologic associations:  DeRoos (2003), Hardell (2002), Eriksson (2008), McDuffie (2001), Orsi (2009), the North American Pooled Project

("NAPP") (2019), De Roos (2005), Andreotti (2018), and Leon (2019) . All of these studies, with the exception of the Agricultural Health Study ("AHS") (comprised of De Roos (2005) and Andreotti (2018)) consistently report an elevated increase in odds and risk ratios for exposure to GBFs and NHL and its subtypes, and when the data is combined in the most recent, comprehensive meta-analysis (Zhang, 2019), demonstrate a strong association between exposure to GBFs and the development of NHL. Indeed, the meta-analyses conducted to date consistently report an increased risk between exposure to GBFs and NHL (*see* Schinasi *et al.* (2014); IARC (2015); Chang & Delzell (2016); and Zhang *et al.* (2019).

The systematic evaluation of the data performed by the International Agency for Research on Cancer ("IARC") also supports the conclusion that GBFs probably cause NHL. However, it is important to note that following IARC's 2015 classification of glyphosate as a 2A probable human carcinogen, additional data – some negative but most positive – has emerged which confirms the link between exposure to GBFs and NHL (Zhang (2019); NAPP (2019)). And, although the results of the AHS cohort are negative, the AHS data was included in the most recent Zhang (2019) meta-analysis which, nevertheless, characterized the association between GBFs and NHL as "compelling." I have additionally reviewed the literature on genotoxicity and oxidative stress associated with exposure to GBFs and found that this literature provides a biologically plausible basis for the findings in human epidemiologic studies, as also confirmed by the Zhang (2019) meta-analysis. Although I formed my own independent conclusion of the medical literature, I also reviewed the evaluations of Plaintiff's general causation experts, including Dr. Beate Ritz and Dr. Chris Portier, and rely on their assessments of general causation in this case.

## I. CONCLUSION

Mr. Carriere has been exposed to Roundup in a manner and magnitude that fits within the published epidemiologic literature where causation and an association between NHL and GBFs has been demonstrated. In performing the differential etiology of causation of Mr. Carriere's NHL, I conclude to a reasonable degree of medical certainty that his exposure to Roundup is a substantial factor contributing to the development of his NHL.

October 4, 2019

DocuSigned by:

F624FF8AB6DA4D1...

Lauren Pinter-Brown, M.D.

## Reference List

1. Acquavella, John F., et al. "Exposure Misclassification in Studies of Agricultural Pesticides." *Epidemiology*, vol. 17, no. 1, 2006, pp. 69–74., doi:10.1097/01.ede.0000190603.52867.22.

2. Alvarez-Moya, Carlos, et al. "Comparison of the in Vivo and in Vitro Genotoxicity of Glyphosate Isopropylamine Salt in Three Different Organisms." *Genetics and Molecular Biology*, vol. 37, no. 1, Mar. 2014, pp. 105–110., doi:10.1590/s1415-47572014000100016.

3. Andreotti, G., et al. "Glyphosate Use and Cancer Incidence in the Agricultural Health Study", J Natl Cancer Inst. 5 509-516 (2018).  doi: 10.1093/jnci/djx233.

4. Blair, Aaron, et al. "Reliability of Reporting on Life-Style and Agricultural Factors by a Sample of Participants in the Agricultural Health Study from Iowa." *Epidemiology*, vol. 13, no. 1, 2002, pp. 94–99., doi:10.1097/00001648-200201000-00015.

5. Bolognesi C, Bonatti S, Degan P, et al. "Genotoxic activity of glyphosate and its technical formulation Roundup". *Journal of Agricultural and food chemistry*. 1997;45(5):1957- 1962.

6. Bolognesi C, Carrasquilla G, Volpi S, Solomon KR, Marshall EJ. "Biomonitoring of genotoxic risk in agricultural workers from five colombian regions: association to occupational exposure to glyphosate". *J Toxicol Environ Health A*. 2009;72(15-16):986-997.

7. Chang & Delzell, Systematic review and meta-analysis of glyphosateexposure and risk of lymphohematopoietic cancers, 51 Journal of Environmental Science and Health, 402-434 (2016).

8. Chaufan, Gabriela, et al. "Glyphosate Commercial Formulation Causes Cytotoxicity, Oxidative Effects, and Apoptosis on Human Cells." *International Journal of Toxicology*, vol. 33, no. 1, 2014, pp. 29–38., doi:10.1177/1091581813517906.

9. Coalova, Isis, et al. "Influence of the Spray Adjuvant on the Toxicity Effects of a Glyphosate Formulation." *Toxicology in Vitro*, vol. 28, no. 7, 2014, pp. 1306–1311., doi:10.1016/j.tiv.2014.06.014.

10. Cocco P, Satta G, Dubois S, et al. "Lymphoma risk and occupational exposure to pesticides: results of the Epilymph study". *Occup Environ Med*. 2013;70(2):91-98.

11. De Almeida, L. K. S., et al. "Moderate Levels of Glyphosate and Its Formulations Vary in Their Cytotoxicity and Genotoxicity in a Whole Blood Model and in Human Cell Lines with Different Estrogen Receptor Status." *3 Biotech*, vol. 8, no. 10, 4 Oct. 2018, doi:10.1007/s13205-018-1464-z.

12. De Roos AJ, Blair A, Rusiecki JA, et al. "Cancer incidence among glyphosate-exposed pesticide applicators in the Agricultural Health Study". *Environ Health Perspect*. 2005;113(1):49-54.

13. De Roos AJ, Zahm SH, Cantor KP, et al. "Integrative Assessment of Multiple Pesticides as Risk Factors for Non-Hodgkin's Lymphoma among Men." Occupational and Environmental Medicine, vol. 60, no. 9, 2003, doi:10.1136/oem.60.9.e11.

14. Elie-Caille, Celine, et al. "Morphological Damages of a Glyphosate-Treated Human Keratinocyte Cell Line Revealed by a Micro- to Nanoscale Microscopic Investigation." *Cell Biology and Toxicology*, vol. 26, no. 4, 31 Dec. 2009, pp. 331–339., doi:10.1007/s10565-009-9146-6.

15. Eriksson, Mikael, et al. "Pesticide Exposure as Risk Factor for Non-Hodgkin Lymphoma Including Histopathological Subgroup Analysis." International Journal of Cancer, vol. 123, no. 7, 2008, pp. 1657–1663., doi:10.1002/ijc.23589.

16. Ferri, Giovanni Maria, et al. "Risk of Lymphoma Subtypes by Occupational Exposure in Southern Italy." *Journal of Occupational Medicine and Toxicology*, vol. 12, no. 1, 2017, doi:10.1186/s12995-017-0177-2.

17. Gasnier C, Dumont C, Benachour N, Clair E, Chagnon MC, Seralini GE. "Glyphosate-based herbicides are toxic and endocrine disruptors in human cell lines". *Toxicology*. 2009;262(3):184-191.

18. Gasnier, Céline, et al. "Glyphosate-Based Herbicides Are Toxic and Endocrine Disruptors in Human Cell Lines." *Toxicology*, vol. 262, no. 3, 17 June 2009, pp. 184–191., doi:10.1016/j.tox.2009.06.006.

19. Gehin, Audrey, et al. "Vitamins C and E Reverse Effect of Herbicide-Induced Toxicity on Human Epidermal Cells HaCaT: a Biochemometric Approach." *International Journal of Pharmaceutics*, vol. 288, no. 2, 2005, pp. 219–226., doi:10.1016/j.ijpharm.2004.09.024.

20. George, Jasmine, and Yogeshwer Shukla. "Emptying of Intracellular Calcium Pool and Oxidative Stress Imbalance Are Associated with the Glyphosate-Induced Proliferation in Human Skin Keratinocytes HaCaT Cells." *ISRN Dermatology*, vol. 2013, 2013, pp. 1–12., doi:10.1155/2013/825180.

21. George, Jasmine, et al. "Studies on Glyphosate-Induced Carcinogenicity in Mouse Skin: A Proteomic Approach." Journal of Proteomics, vol. 73, no. 5, 2010, pp. 951–964., doi:10.1016/j.jprot.2009.12.008.

22. Gray, George M., et al. "The Federal Government's Agricultural Health Study: A Critical Review with Suggested Improvements." *Human and Ecological Risk Assessment: An International Journal*, vol. 6, no. 1, 2000, pp. 47–71., doi:10.1080/10807030091124446.

23. Hardell L, Eriksson M, Nordstrom M. "Exposure to pesticides as risk factor for non-Hodgkin's lymphoma and hairy cell leukemia: pooled analysis of two Swedish case-control studies". *Leuk Lymphoma*. 2002;43(5):1043-1049.

24. Hardell, Lennart, and Mikael Eriksson. "A Case-Control Study of Non-Hodgkin Lymphoma and Exposure to Pesticides." *Cancer*, vol. 85, no. 6, 1999, pp. 1353–1360., doi:10.1002/(sici)1097-0142(19990315)85:6.3.0.co;2-1.

25. Heltshe, Sonya L, et al. "Using Multiple Imputation to Assign Pesticide Use for Non-Responders in the Follow-up Questionnaire in the Agricultural Health Study." *Journal of*

*Exposure Science & Environmental Epidemiology*, vol. 22, no. 4, 2012, pp. 409–416., doi:10.1038/jes.2012.31.

26. Hohenadel K, Harris SA, McLaughlin JR, et al. "Exposure to multiple pesticides and risk of non-Hodgkin lymphoma in men from six Canadian provinces". *Int J Environ Res Public Health*. 2011;8(6):2320-2330.

27. Hu, Liqin, et al. "The Association between Non-Hodgkin Lymphoma and Organophosphate Pesticides Exposure: A Meta-Analysis." *Environmental Pollution*, vol. 231, Dec. 2017, pp. 319–328., doi:10.1016/j.envpol.2017.08.028.

28. Kašuba, Vilena, et al. "Effects of Low Doses of Glyphosate on DNA Damage, Cell Proliferation and Oxidative Stress in the HepG2 Cell Line." *Environmental Science and Pollution Research*, vol. 24, no. 23, 2017, pp. 19267–19281., doi:10.1007/s11356-017-9438-y.

29. Koller, Verena J., et al. "Cytotoxic and DNA-Damaging Properties of Glyphosate and Roundup in Human-Derived Buccal Epithelial Cells." *Archives of Toxicology*, vol. 86, no. 5, 2012, pp. 805–813., doi:10.1007/s00204-012-0804-8.

30. Kwiatkowska, Marta, et al. "The Effect of Metabolites and Impurities of Glyphosate on Human Erythrocytes (in Vitro)." *Pesticide Biochemistry and Physiology*, vol. 109, 25 Jan. 2014, pp. 34–43., doi:10.1016/j.pestbp.2014.01.003.

31. Leon, Maria E, et al. "Pesticide Use and Risk of Non-Hodgkin Lymphoid Malignancies in Agricultural Cohorts from France, Norway and the USA: a Pooled Analysis from the AGRICOH Consortium." *International Journal of Epidemiology*, 2019, doi:10.1093/ije/dyz017.

32. Lossos C., et al. (2011) "Association between non-Hodgkin lymphoma and renal cell carcinoma," Leukemia & Lymphoma, 52:12, 2254-61.

33. Lueken, A, et al. "Synergistic DNA Damage by Oxidative Stress (Induced by H2O2) and Nongenotoxic Environmental Chemicals in Human Fibroblasts." *Toxicology Letters*, vol. 147, no. 1, 2004, pp. 35–43., doi:10.1016/j.toxlet.2003.10.020.

34. Luo, Dan, et al. "Exposure to Organochlorine Pesticides and Non-Hodgkin Lymphoma: a Meta-Analysis of Observational Studies." Scientific Reports, vol. 6, no. 1, 2016, doi:10.1038/srep25768.

35. Luo, Lei, et al. "In Vitrocytotoxicity Assessment of Roundup (Glyphosate) in L-02 Hepatocytes." *Journal of Environmental Science and Health, Part B*, vol. 52, no. 6, 2017, pp. 410–417., doi:10.1080/03601234.2017.1293449.

36. Mañas, Fernando, et al. "Genotoxicity of Glyphosate Assessed by the Comet Assay and Cytogenetic Tests." *Environmental Toxicology and Pharmacology*, vol. 28, no. 1, 11 Feb. 2009, pp. 37–41., doi:10.1016/j.etap.2009.02.001.

37. McDuffie HH, Pahwa P, McLaughlin JR, et al. "Non-Hodgkin's lymphoma and specific pesticide exposures in men: cross-Canada study of pesticides and health". *Cancer Epidemiol Biomarkers Prev*. 2001;10(11):1155-1163.

38. Mladinic, Marin, et al. "Evaluation of Genome Damage and Its Relation to Oxidative Stress Induced by Glyphosate in Human Lymphocytes in Vitro." *Environmental and Molecular Mutagenesis*, vol. 50, no. 9, 2009, pp. 800–807., doi:10.1002/em.20495.

39. Orsi L, Delabre L, Monnereau A, et al. "Occupational exposure to pesticides and lymphoid neoplasms among men: results of a French case-control study". *Occup Environ Med.* 2009;66(5):291-298.

40. Pahwa, Manisha, et al. "Glyphosate Use and Associations with Non-Hodgkin Lymphoma Major Histological Sub-Types: Findings from the North American Pooled Project." *Scandinavian Journal of Work, Environment & Health*, 2019, doi:10.5271/sjweh.3830.

41. Park, Sue K., et al. "Cancer Incidence Among Paraquat Exposed Applicators in the Agricultural Health Study: A Prospective Cohort Study." *International Journal of Occupational and Environmental Health*, vol. 15, no. 3, July 2009, pp. 274–281., doi:10.1179/oeh.2009.15.3.274.

42. Paz-Y-Miño, César, et al. "Evaluation of DNA Damage in an Ecuadorian Population Exposed to Glyphosate." *Genetics and Molecular Biology*, vol. 30, no. 2, 2007, pp. 456–460., doi:10.1590/s1415-47572007000300026.

43. Santovito, Alfredo, et al. "In Vitro Evaluation of Genomic Damage Induced by Glyphosate on Human Lymphocytes." *Environmental Science and Pollution Research*, vol. 25, no. 34, 2018, pp. 34693–34700., doi:10.1007/s11356-018-3417-9.

44. Schinasi L, Leon ME. "Non-Hodgkin lymphoma and occupational exposure to agricultural pesticide chemical groups and active ingredients: a systematic review and meta-analysis". *Int J Environ Res Public Health.* 2014;11(4):4449-4527.

45. Townsend, Michelle, et al. "Evaluation of Various Glyphosate Concentrations on DNA Damage in Human Raji Cells and Its Impact on Cytotoxicity." *Regulatory Toxicology and Pharmacology*, vol. 85, 6 Feb. 2017, pp. 79–85., doi:10.1016/j.yrtph.2017.02.002.

46. Vigfusson NV, Vyse ER. "The effect of the pesticides, Dexon, Captan and Roundup, on sister-chromatid exchanges in human lymphocytes in vitro". *Mutat Res.* 1980;79(1):53-57.

47. Woźniak, Ewelina, et al. "The Mechanism of DNA Damage Induced by Roundup 360 PLUS, Glyphosate and AMPA in Human Peripheral Blood Mononuclear Cells - Genotoxic Risk Assessement." *Food and Chemical Toxicology*, vol. 120, 2018, pp. 510–522., doi:10.1016/j.fct.2018.07.035.

48. Zhang, Luoping, et al. "Exposure to Glyphosate-Based Herbicides and Risk for Non-Hodgkin Lymphoma: A Meta-Analysis and Supporting Evidence." *Mutation Research/Reviews in Mutation Research*, vol. 781, 2019, pp. 186–206., doi:10.1016/j.mrrev.2019.02.001.

49. IARC.  "Glyphosate", *Some Organophosphate Insecticides and Herbicides*, International Agency for Research on Cancer, 2015 1-92.

50. *Roundup Original Herbicide;* MSDS, Monsanto Company.

51. Expert Report of Dr. Beate Ritz

52. Supplemental Expert Report of Dr. Beate Ritz

53. Rebuttal Expert Report of Dr. Beate Ritz

54. Expert Report of Dr. Christopher Portier.

55. Monsanto Company's Amended Responses and Objections to Plaintiff's Sixth Set of Discovery To Monsanto. Case No. 3:16-cv-00525-VC; 16-md-02741-VC.

56. Deposition of Dr. Jenny Ru, Sept. 17, 2019

57. Deposition of Dr. Hicham Siouty, Sept. 16, 2019

58. Deposition of Jerald Carriere, Vol. I and II, July 16, 2017 and Sept. 25, 2019

59. Plaintiff's Fact Sheet


## Bates Stamped Records

1. California Hematology Oncology Medical Group, 00000001 – 00000083, 00000158 – 00000188, 00000254 - 00000339
2. Coast Dermatology Medical Associates, 00000084 – 00000114, 00000189 – 00000253
3. Coast Dermatology Medical Associates, Carriere-JCarriere-CDMA -000001 – 000110 [Defense Records]
4. Dermatopathology Institute, 00000564 - 00000573
5. Dinsmore Eye Center, 00000574 - 00000636
6. Prestige Care Physician, Inc. (Dr. Siouty), 00000800 – 00001009, 00001051 - 00001052
7. Providence Health, 00000637 – 00000655
8. Providence Little Company of Mary Medical Center, Torrance, Carriere-JCarriere-PLCMMCT -MD-000001 – 000019; Carriere-JCarriere-PLCMMCT -BD-000001 – 000002 [Defense Records]
9. South Bay Urology, 00000115 – 00000157, 00000549- 00000563
10. Torrance Memorial Medical Center, 00000656 – 00000739, 00001010 - 00001050
11. Torrance Pharmacy, Carriere-JCarriere-TorranceP-000001 – 000006 [Defense Records]
12. Torrance Memorial Medical Center, Carriere-JCarriere-TorrMMC-PD-000001 – 000014 [Defense Records]
13. Torrance Memorial Medical Center, Carriere-JCarriere-TorrMMC-RD-000001 – 000024 [Defense Records]

**Lauren C. Pinter-Brown, M.D.**, **F.A.C.P.**
**Medicine/Hematology-Oncology**
**Curriculum Vitae**
(Current as of 2019)

## PERSONAL HISTORY:



## EDUCATION:

M.D.
6/80
UCLA School of Medicine

B.A.
6/76
Brandeis University

Internship
7/80-6/81
L.A.C./Harbor UCLA Medical Center

Residency
7/81-6/83
L.A.C./Harbor UCLA Medical Center

Fellowship
7/83-6/86
L.A.C./USC Medical Center

## LICENSURE:

State of California
Issued originally 9/21/81
G46124

DEA
AP1250252

**BOARD CERTIFICATION:**

Diplomate, National Board of Medical Examiners
1981

American Board of Internal Medicine
1983

Subspecialty Board, Medical Oncology
1985

Subspecialty Board, Hematology
1986

**PROFESSIONAL EXPERIENCE:**

<u>**Academic Positions**</u>

Health Sciences Clinical Professor
Division of Hematology-Oncology
UC-Irvine
1/16-

Health Sciences Clinical Professor
David Geffen School of Medicine at UCLA
Division of Hematology-Oncology
07/01-12/15

Associate Clinical Professor
David Geffen School of Medicine at UCLA
Olive View Medical Center
07/95-06/01

Assistant Clinical Professor
David Geffen School of Medicine at UCLA
Olive View Medical Center
07/90-06/95

Assistant Professor
University of Southern California School of Medicine
07/87-06/90

Clinical Instructor
University of Southern California School of Medicine

07/83-06/87

**Staff Positions**

Laboratory Assistant
University of California, Los Angeles
Department of Anatomy
1974

**Administrative Positions**

Independent Investigator
National Cancer Institute
1986-Present

Acting Clinical Director
Sickle Cell Program
LAC/USC Medical Center
1986-1987

Clinical Director
LAC/USC Hematologic Neoplasia Service
1986-1990

Attending Physician
Norris Cancer Hospital and Research Institute
University of Southern California
1986-1991

Co-Director, Photopheresis Program
Norris Cancer Hospital and Research Institute
University of Southern California
1988-1991

Faculty, Foundations of Clinical Medicine – Hematopathology Section
(HB&C-416)
Olive View-UCLA Medical Center
1990-2007

Co-Coordinator of Hematology-Oncology Clinics
Olive View-UCLA Medical Center
1990-2005

Associate Chief, Division of Hematology-Oncology
Olive View-UCLA Medical Center
1990-2005

Member
Olive View-UCLA Education-Research Institute
1990-2005

Member, Tumor Board
Olive View-UCLA Medical Center
1990-2005

Member
Department of Medicine Practice Group
David Geffen School of Medicine at UCLA
1990-2015

Attending Physician
Bowyer Oncology Center
University of California, Los Angeles
1991-2005

House Staff Mentor Program
UCLA-San Fernando Valley Program
1991-2005

Co-Director, Hematology-Oncology Special Treatment Unit
Olive View-UCLA Medical Center
1991-2005

Coordinator, Fundamentals of Clinical Medicine
Olive View-UCLA Medical Center
1991-1995

Medical Consultant, Coumadin Clinic
Outreach Program Task Force
Olive View-UCLA Medical Center
1993-1996

Lymphoma/Leukemia Tumor Board Leader
Olive View-UCLA Medical Center
1994-2007

Member
Early Breast Cancer Screening Task Force

Olive View-UCLA Medical Center
1995-1998

Medical Advisory Board
Mycosis Fungoides Foundation
2000-2015

Member
Health Care Quality Board
Olive View-UCLA Medical Center
2002-2005

Leader
Blood Refusal Workgroup
Olive View-UCLA Medical Center
2003-2005

Investigator
National Surgical Adjuvant Breast and Bowel Program
2003-Present

Mentor
American Medical Women's Association
2003-Present

Board Member
Ted Mann Family Resource Center
David Geffen School of Medicine at UCLA
2005-2015

Director, Lymphoma Program
David Geffen School of Medicine at UCLA
Division of Hematology-Oncology
2005-2012

Organizer/Speaker
Symposium on Cutaneous Lymphoma
David Geffen School of Medicine at UCLA
Division of Hematology-Oncology
2008

Board of Directors
United States Cutaneous Lymphoma Consortium
2009-2017

Organizer/Speaker
Symposium on Cutaneous Lymphoma
David Geffen School of Medicine at UCLA
Division of Hematology-Oncology
2010

Chairperson, North American Educational Forum on Lymphoma
Lymphoma Research Foundation
2010-2011

Chairperson/Creator
On Track for a Cure:  A Celebration of Survivorship
2011-2012

American Society of Hematology Advocacy Leadership College
9/12/12-9/13/12

Board of Directors
Cutaneous Lymphoma Foundation
2013-present

Patient Publication Medical Literature Committee
Lymphoma Research Foundation
2015-present

Organizer/Speaker
Symposium on Cutaneous Lymphomas
UC-Irvine
5/16

Board of Directors
International Society of Cutaneous Lymphoma
2017-

Co Chairperson USCLC/Duke Cutaneous Research and Treatment Center Think Tank on
Clinical Trial Guidelines for Primary Cutaneous Lymphomas, 1/26-27/19


**PROFESSIONAL ACTIVITES:**

      **Committee Service**:

      **<u>UCLA Committees</u>**

      Member, Strategic Planning Committee

Olive View-UCLA Medical Center
1991-1992

Member, Tissue Committee
Olive View-UCLA Medical Center
1991-1992

Chairperson, Biotechnology Committee
Olive View-UCLA Medical Center
1992-1994

Co-Chair, Transfusion Committee
Olive View-UCLA Medical Center
1992-2005

Member, Search Committee
Chief, Obstetrics and Gynecology
Olive View-UCLA Medical Center
1993-1994

Member, Interdisciplinary Practice Committee
Olive View-UCLA Medical Center
1995

Member, Reengineering Committee on Patient Discharges
Olive View-UCLA Medical Center
1998

Member, Ethics Committee
Olive View-UCLA Medical Center
2000-2005

Member, Pain Management Committee
Olive View-UCLA Medical Center
2000-2005

Co-Chair, Pain Management Committee
Olive View-UCLA Medical Center
2002-2005

Member, Intern Selection Committee
Olive View-UCLA Medical Center
2003-2005

Member, Department of Medicine Practice Group

Executive Committee
David Geffen School of Medicine at UCLA
2005

Member, Bone Marrow Transplantation Committee
David Geffen School of Medicine at UCLA
2005-Present

## Other Committee Service

Member, Postgraduate Education Committee Hospital Network
University of Southern California School of Medicine
1986-1990

Member, Medical Records Committee
Norris Cancer Hospital
1988-1990

Member, Breast Health Care and Cancer Control Advisory Committee
Department of Health Services
1995-1998

Scientific Advisory Committee
Lymphoma Research Foundation
1995-2001

Editorial Sub-Committee
Cutaneous Lymphoma Foundation
2000-Present

Steering Committee
Peripheral T-Cell Lymphoma International Registry
2009-Present

NCI Subcommittee
T-Cell Lymphoma of the Lymphoma Working Group
2010 - present

Chairperson, PTCL Advisory Committee
Cutaneous Lymphoma Foundation
2010

Head, Steering Committee for Lymphoma Rounds, Los Angeles
2012- Present

Member, Medical Review Committee, Lymphoma Research Foundation
2012-Present

Co-head, Registry Committee, United States Cutaneous Lymphoma Consortium
2015-


**Community Service:**

Brandeis University Alumni Admissions Council
2001-Present

Cornell University Parents Committee
2008-2013

New York University Parents Committee
2010-2015

**Professional Associations:**

Professional Staff Association
LAC-USC Medical Center
1986-1990

Southwest Oncology Group
1986-2005

Professional Staff Association
Olive View-UCLA Medical Center
1990-2007

Member, American Cancer Society
Olive View-UCLA Medical Center
1991-2005


**Scholarly Societies:**

Alpha Omega Alpha
1978-Present

American Society of Clinical Oncology
1985-Present

American Society of Hematology

1986-Present

American College of Physicians
1986-Present

Southern California Academy of Clinical Oncology
1990-Present

International Society for Cutaneous Lymphoma
1993-Present

Los Angeles Academy of Medicine
2000-Present

United States Cutaneous Lymphoma Consortium
2009-Present

**Editorial Services:**

Reviewer:  Blood
2000-Present

Editorial Advisory Board
CTCL Advance
2006-Present

Reviewer:  Drug Design, Development and Therapy
2007-Present

Reviewer:  Clinical Lymphoma and Myeloma
2007-Present

Reviewer:  American Journal of Hematology
2007-Present

Reviewer:  Leukemia and Lymphoma
2008-Present

Reviewer:  Clinical Cancer Research
2008-Present

Reviewer:  Expert Opinion in Biological Therapies
2009-Present

Reviewer:  Oncology Reviews

2009-Present

Reviewer:  Annals of Oncology
2010-Present

Reviewer:  Journal of Clinical Dermatology
2010-Present

Reviewer:  Journal of Clinical Oncology
2011-Present

Reviewer:  New England Journal of Medicine
2013-Present

Reviewer:  Cancer
2013-Present

Reviewer:  Journal of Hematology and Oncology
2015-Present

Reviewer:  Cancer Treatment Reports
2017-Present

**Consulting Activities:**

Hayes Plus (Imedecs)
2000-2009

Consultant, ER (NBC)
2005

MD Outlook
2008-Present

RAND Corporation
Anaplastic Large Cell Lymphoma Associated with Breast Implants
2010-2011

**HONORS AND SPECIAL AWARDS:**

Award of Excellence in Small Group Instruction
Year II Blood Course
University of Southern California
1988

Fellow, American College of Physicians
1995

Certificate of Appreciation
Olive View-UCLA Medical Center Health Services Improvement Program
1992

Award of Recognition
American Cancer Society
1992

Productivity and Quality Awareness Award
County of Los Angeles Department of Health Services
1992

**RESEARCH GRANTS (Principal Investigator) AND FELLOWSHIPS RECEIVED:**

University of California, Los Angeles
Summer Medical Student Fellowship in Pulmonary Medicine
1977-1977

Schering
Phase III Study of alpha2b interferon vs. hydroxyurea in chronic granulocytic leukemia
PI
1%
1987-

Upjohn
Phase II trial of bropiramine in low grade non-Hodgkin lymphoma
PI
1%
1988-

AIDS Clinical Trials Group
Kaposi's sarcoma and lymphoma
PI
1%
1992-1995

Schering-Plough
Pilot study of low-dose recombinant alfa interferon and concurrent treatment with
    photopheresis in patients with cutaneous T-cell lymphoma
PI

1%
1994

Besselar
Phase III trials of diphtheria-IL$_2$ fusion toxin in cutaneous T-cell lymphoma, early
    and advanced
PI
1%
1995

Sanofi-Winthrop
Phase III trial of tirazone in unresectable and metastatic non-small cell lung cancer
PI
1%
1996

Lilly
A Phase III study of delayed vs. immediate second line therapy with doxetaxel after
    Gemcytabine and carboplatin in advanced non-small cell lung cancer
PI
1%
2002

Coley Pharmaceuticals
A phase I/II open label, multi-center study for the evaluation of CpG 7909 in
    Patients with stage 1B to IVA cutaneous T-cell lymphoma and continuation study
PI
1%
2003

Amgen
First study using neulasta in patients at high risk for chemotherapy-induced neutropenia
PI
1%
2005

Ligand
Phase II study of ONTAK in the treatment of relapsed metastatic or unresectable non-
    small cell lung cancer
PI
1%
2005

Seattle Genetics
Phase II study of SGN-30 in the treatment of relapsed Hodgkin disease and anaplastic

large cell lymphoma
PI
1%
2005

Seattle Genetics
Phase II study of SGN-30 in the treatment of cutaneous anaplastic large cell lymphoma
PI
1%
2005

Merck
Phase II study of SAHA in the treatment of CTCL and continuation study
PI
1%
2005

Ligand
Phase II study of ONTAK in the treatment of relapsed and refractory B-cell
   malignancies
PI
1%
2005

Millenium
Phase II study of Velcade in the relapsed mycosis fungoides
PI
1%
2005

Wyeth
Phase III study of Temsirolimus in relapsed mantal zone lymphoma
PI
1%
2005

Berlex
Trial comparing Rituximab plus Sargramostim to Rituximab monotherapy in
   relapsed follicular lymphoma
PI
1%
2006

Biocryst
Phase I/II multi-center study of oral Forodesine in patients with refractory CTCL

PI
1%
2006

Novartis
Oral LBH 589 in refractory CTCL without prior HDAC exposure
PI
1%
2007

Novartis
Oral LBH 589 in refractory CTCL with prior HDAC exposure
PI
1%
2007

Lilly
Prevention of relapse of lymphoma with daily Enzataurin
PI
1%
2007

Genmab
Trial of Ofatumumab in patients with relapsed/refractory follicular lymphoma
PI
1%
2007

Genmab
Trial of Ofatumumab in combination with Fludarabine and Cytoxan in previously
   untreated patients with chronic lymphocytic leukemia
PI
1%
2007

Charles River Laboratory
Phase II study of Depsipeptide in the treatment of relapsed or refractory peripheral
   T-cell lymphoma
PI
1%
2007

Allos
Phase II study of Pralatrexate in patients with relapsed or refractory peripheral T-cell lymphoma
PI

1%
2007

Propsect
Phase I/II study of GCS-100 in combination with Etoposide and Dexamethasone in Relapsed
    or refractory diffuse large B-cell lymphoma
PI
1%
2008

Eli Lilly
Phase II study of Enzastaurin in patients with relapsed cutaneous T-cell lymphoma
PI
1%
2008

Allos
PDX-009 Phase I/II trial combining Pralatrexate and Gemcitabine for lymphoid malignancies
PI
1%
2009

Kiowa
Study of KW-0761 for PTCL and CTCL
PI
1%
2010

Novartis
RAD001 for relapsed/refractory Hodgkin lymphoma
PI
1%
2010

Allos
PTCL International Registry
PI
1%
2010

Spectrum/Topotargets
Belinostat for relapsed/refractory PTCL
PI
1%
2011

Pfizer
Phase III trial of Inotuzumab Ozogamicin with Rituximab vs. investigators' choice in
    relapse/refractory CD22+ aggressive B-cell lymphoma
PI
1%
2011

## LECTURES AND PRESENTATIONS:

LAC/USC Medical Center
Emergency Medicine Grand Rounds
Evaluation of the Patient with Sickle Cell Disease in the Emergency Room
Los Angeles, California
March 16, 1987

LAC/USC Medical Center
Hematology Grand Rounds
Prolymphocytic Leukemia
Los Angeles, California
June 19, 1987

LAC/USC Medical Center
Hematology Grand Rounds
The Morphologic, Cytochemical and Imunologic Evaluation of Acute Leukemia
Los Angeles, California
July 31, 1987

Kaiser Permanente
Interferon Therapy of Chronic Granulocytic Leukemia
Los Angeles, California
September 10, 1987

Rancho Los Amigos Hospital
Treatment Associated Malignancies
Los Angeles, California
June 22, 1988

LAC/USC Medical Center
Hematology Grand Rounds
Treatment Associated Malignancies
Los Angeles, California
June 23, 1988

Monterey Park Hospital

Advances in Multiple Myeloma
Monterey Park, California
September 20, 1988

LAC/USC Medical Center
Basic Oncology Nursing Program
Non-Solid Tumors
Los Angeles, California
October 19, 1988

Charter Suburban Hospital
Classification of Anemias
Los Angeles, California
January 26, 1989

LAC/USC Medical Center
Basic Oncology Nursing Program
Non-Solid Tumors
Los Angeles, California
March 22, 1989

LAC/USC Medical Center
Basic Oncology Nursing Program
Non-Solid Tumors
Los Angeles, California
October 11, 1989

City of Hope Medical Center
Treatment with Extracorporeal Photopheresis
Duarte, California
March 7, 1990

LAC/USC Medical Center
Hematology Grand Rounds
Treatment with Extracorporeal Photopheresis
Los Angeles, California
March 8, 1990

Santa Martha Hospital
Advances in Chronic Leukemia
Los Angeles, California
March 15, 1990

Providence-St. Joseph's Hospital
Classification of Anemias

Burbank, California
June 12, 1990

Panorama Community Hospital
Advances in Chronic Leukemia
Panorama City, California
December 12, 1990

Greater Los Angeles VA Healthcare System (San Fernando Valley Program)
Advances in Multiple Myeloma
Sepulveda, California
March 4, 1991

David Geffen School of Medicine at UCLA
Rheumatology Grand Rounds
Treatment with Extracorporeal Photopheresis
Los Angeles, California
March 27, 1991

David Geffen School of Medicine at UCLA
Bone Marrow Transplant Unit
Treatment with Extracorporeal Photopheresis
Los Angeles, California
September 1991

David Geffen School of Medicine at UCLA
Lymphoma Conference
Staging and Treatment of Cutaneous T-Cell Lymphoma
Los Angeles, California
November 9, 1994

David Geffen School of Medicine at UCLA
Dermatology Grand Rounds
Cutaneous T-cell Lymphoma
November 26, 1996

Valley Care Olive View-UCLA Medical Center
Oncology:  Care, Treatment and Dignity Series
Breast Cancer – An Overview
Sylmar, California
October 24, 1997

David Geffen School of Medicine at UCLA
Hematology-Oncology Grand Rounds
Cutaneous T-cell Lymphoma

February 4, 1998

Tri-County Dermatologic Society
Keynote Address
Evaluation and Treatment Options for Patients with Mycosis Fungoides
Ojai, California
November 15, 1998

David Geffen School of Medicine at UCLA
Dermatology Grand Rounds
Evaluation and Treatment Options for Patients with Mycosis Fungoides
January 5, 1999

Wellness Community
Ask the Doctor about Lymphoma
Ventura, California
May 27, 1999

Greater Los Angeles Healthcare System (Wadsworth Hospital)
Grand Rounds
Evaluation and Treatment Options for Patients with Mycosis Fungoides
September 9, 1999

Lymphoma Research Foundation Educational Forum
Live Webcast
A panel of three experts discussing Cutaneous T-Cell Lymphoma in separate sessions for
   patients and physicians
Manhattan Beach, California
October 15, 1999
David Geffen School of Medicine at UCLA
Dermatology Grand Rounds
New Treatments for CTCL
February 29, 2000

LAC/USC Medical Center
Dermatology Grand Rounds
Clinical Updates in the Treatment and Management of Cutaneous T-Cell Lymphoma
Los Angeles, California
March 22, 2000

LAC/USC Medical Center
Dermatology Attending Staff Association
Clinical Updates in the Treatment and Management of Cutaneous T-Cell Lymphoma
Los Angeles, California
May 9, 2000

St. Joseph's Hospital
Tumor Board
Clinical Updates in the Treatment and Management of Cutaneous T-Cell Lymphoma
Burbank, California
June 7, 2000

Loma Linda Medical Center
Dermatology Grand Rounds
Clinical Updates in the Treatment and Management of Cutaneous T-Cell Lymphoma
Loma Linda, California
September 27, 2000

Wellness Community
Ask the Doctor about Lymphoma
Ventura, California
October 19, 2000

David Geffen School of Medicine at UCLA
Dermatology Grand Rounds
The Spectrum of B-Cell Lymphomas of the Skin
Los Angeles, California
February 27, 2001

Hoag Memorial Hospital-Presbyterian Cancer Center
Clinical Updates in the Treatment and Management of Cutaneous T-Cell Lymphoma
Newport Beach, California
June 7, 2001

Wellness Community
Ask the Doctor about Lymphoma
Burbank, California
August 21, 2001

Frankly Speaking About Lymphoma Symposium
Aggressive Lymphoma
Ventura, California
May 4, 2002

David Geffen School of Medicine at UCLA
Lymphoma Conference
A Treatment Algorithm to the Approach of Mycosis Fungoides
Los Angeles, California
November 13, 2002

Cedars-Sinai Medical Center
Lymphoma/Leukemia Cancer Conference
Transformation of Mycosis Fungoides
Los Angeles, California
February 3, 2003

Mayo Clinic
Dermatology Grand Rounds
Clinical Updates in the Treatment and Management of Cutaneous T-Cell Lymphoma
Scottsdale, Arizona
August 23, 2003

Mayo Clinic
Oncology Grand Rounds
Clinical Updates in the Treatment and Management of Cutaneous T-Cell Lymphoma
Scottsdale, Arizona
November 18, 2003

David Geffen School of Medicine at UCLA
Mycosis Fungoides Foundation and Lymphoma/Leukemia Society
The Spectrum of Cutaneous Lymphomas
Los Angeles, California
September 16, 2003

David Geffen School of Medicine at UCLA
Dermatology Grand Rounds
Overview – The Cutaneous T-Cell Lymphomas
Los Angeles, California
January 27, 2004
Cancer 2006:  Preferred Treatment and Options
Hodgkin Lymphoma and T-Cell Lymphomas
Newport Beach, California
January 28, 2005

Cutaneous Lymphoma Masters Conference
Extracorporeal Photopheresis
Dallas, Texas
April 2, 2005

North American Educational Forum on Lymphoma
Cutaneous T-Cell Lymphoma
Atlanta, Georgia
October 30, 2005

Ventura Wellness Community

Frankly Speaking about Lymphoma, Radioimmunotherapy
Ventura, California
December 5, 2005

International Society of Cutaneous Lymphoma Sezary Syndrome Workshop
Ontak
San Francisco, California
March 2, 2006

Ventura Wellness Community
Ask the Doctor about Lymphoma
Ventura, California
October 12, 2006

Santa Monica Wellness Community
Ask the Doctor about Lymphoma
Santa Monica, California

Webcast:  Updates on Cutaneous Lymphoma
Part II:  Cutaneous Lymphoma Treatment Options and Clinical Trials
November 10, 2006

Duke University Think Tank Clinical Trial Endpoints in Cutaneous Lymphomas,
Evaluation of Nodal Involvement
Washington, DC
November, 2006

International Society of Cutaneous Lymphoma Sezary Syndrome Workshop
Ontak
Washington, DC
February 1, 2007

Lymphoma Workshop
Cutaneous Lymphoma
Phoenix, Arizona
March 3, 2007

Kaiser Permanente Hospital
Grand Rounds
Update in Cutaneous Lymphoma
Los Angeles, California
April 25, 2007

Ask the Doctor the Latest on Lymphoma
Los Angeles, California

June 21, 2007, 11/13/16

Lymphoma Workshop
Cutaneous Lymphoma
San Francisco, California
September 15, 2007

Cedars-Sinai Medical Center
Oncology Grand Rounds
Peripheral T-cell Lymphoma:  What is on the Horizon?
Los Angeles, California
November 13, 2007

David Geffen School of Medicine at UCLA
Cancer Survivor Day
Lymphoma
Los Angeles, California
April 5, 2008

Ask the Doctor the Latest on Lymphoma
Los Angeles, California
April 23, 2008

North American Educational Forum on Lymphoma
Cutaneous T-Cell Lymphoma
San Francisco, California
September 26, 2008

Peripheral T-Cell Lymphoma Forum
Anti-CD 30 Antibodies
Washington, DC
September 19-20, 2008

CancerCare
Treatment Update on Cutaneous Lymphoma
December 16, 2008

Lymphoma Workshop
Cutaneous Lymphoma
Phoenix, Arizona
March 3, 2009

University of Miami
Hematology-Oncology Grand Rounds
Updates in Cutaneous Lymphoma

Miami, Florida
March 18, 2009

David Geffen School of Medicine at UCLA
Dermatology Grand Rounds
Updates in Cutaneous Lymphoma
Miami, Florida
October 4, 2009

CTCL Summit
Evidence Based Systemic Treatment of Cutaneous T-Cell Lymphoma
New York, New York
October 6, 2009

Harbor-UCLA Medical Center
Hematology-Oncology Grand Rounds
Updates in Cutaneous Lymphoma
Miami, Florida
November 19, 2009

David Geffen School of Medicine at UCLA
Department of Pathology
Clinical and Pathological Diagnosis of PTCL and Emerging Treatment Options:
   A Case-Based Discussion
Los Angeles, California
October, 2009

David Geffen School of Medicine at UCLA
Department of Medicine Grand Rounds
PTCL:  Changing the Paradigm of a Global Disease
April 14, 2010

First World Congress of Cutaneous Lymphoma
State of the Art:  CD 30+ Lymphoproliferative Disorders
Chicago, Illinois
September 25, 2010

National American Educational Forum on Lymphoma
HDAC Inhibitors
San Francisco, California
September 26, 2010

Cancer Care Teleconference
Update CTCL
October 20, 2010

USCLC Workshop:  CD30+ Lymphoproliferative Diseases: Controversies and Association
of breast implants with Anaplastic Large Cell Lymphoma
American Academy of Dermatology, San Diego, California
March 16, 2012

Ask the Doctor:  Update in Lymphoma
Cancer Support Community Center March 29, 2012

World Cutaneous Malignancies Congress, Update on CD 30+ lymphoproliferative diseases
Montreal, Canada
April 20, 2012

2009…2012 T-cell Lymphoma Work in Progress, SGN-30
Bologna, Italy
9/17-19/2012

Lymphoma Research Foundation Educational Forum
 Scottsdale, Arizona, 3/9/13, 2/28/15
"T cell lymphoma"

Dowling Club/ Grand Rounds Dermatology Seminar
University of California, Irvine
March 27, 2013

Lymphoma Research Foundation, North America Educational Forum
Brooklyn, NY
9/27/13 and 10/2/15
"T cell lymphoma"

University of Southern California Division of Hematology
2/14/14
"Update on T-cell lymphoma"

Leukemia/Lymphoma Society
Los Angeles, California
2/15/14
"Update on Hodgkin lymphoma and T cell lymphoma"

Lymphoma Research Foundation, North American Educational Forum
Manhattan Beach, California
10/25/14
"T cell lymphoma"

Olive View-UCLA Medical Center

Hematology-Oncology Grand Rounds
3/3/15
"Update on T-cell lymphoma

UCLA Dermatology Grand Rounds
1/12/16
"Update on cutaneous T-cell lymphoma"

UC Irvine Dermatology Grand Rounds
3/23/16
"Update on Cutaneous T-cell lymphoma"

14th International Conference on Malignant Lymphoma
Lugano, Switzerland
6/16/17
"Challenging cases in T-cell lymphoma"
Lymphoma National Ground Rounds Summit
New York City, New York
10/16/16
"T-follicular helper lymphoma"

UC-Irvine, Department of Medicine Grand Rounds
10/24/17
"Peripheral T-cell lymphoma:  A Global Condition"

AACR Breakthrough Therapies:  Regulatory Science and Policy Symposium, AACR Annual
Meeting (4/2/19) "Mogamulizumab"

**Lauren C. Pinter-Brown, M.D., F.A.C.P.**
**Medicine/Hematology-Oncology**
**Bibliography**

## RESEARCH PAPERS

### A. PEER-REVIEWED (PUBLISHED)

1.  Chandrasoma P, Shibata D, Radin R, **Pinter-Brown L**, Koss M:  Malignant peripheral nerve sheath tumor arising in an adrenal ganglioneuroma in an adult male homosexual. Cancer, 57(10):2022-2025, 1986.

2.  Hu E, Hufford S, Lukes R, Bernstein-Singer M, Sobels G, Gill P, **Pinter-Brown L**, Rarick M, Rosen P, Brynes R, Nathwani B, Feinstein D, Levine A:  Third world Hodgkin's Disease at Los Angeles County-University of Southern California Medical Center.   J Clin Oncology, 6(8):1285-1292, 1988.

3.  Nguyen D, Brynes RK, Macaulay L, Kaplan B, **Pinter-Brown LC**:  Acute myeloid leukemia, FAB M-1 microgranular variant: A multiparameter study. Hematology Pathology, 3(1):11-22, 1989.

4.  Pinto PC, Hu E, Bernstein-Singer M, **Pinter-Brown L**, Gouindarajan S:  Acute hepatic injury after the withdrawal of immunosuppressive chemotherapy in patients with hepatitis B.   Cancer, 65(4):878-884, 1990.

5.  Ellison DJ, Hu E, Zavian D, **Pinter-Brown L**, Pattengale PK:  Immunogenetic analysis of bone marrow aspiration in patients with non-Hodgkin's lymphoma.  Am J Hem, 33(3):160-166, 1990.

6.  Olsen E, Duvic M, Frankel A, Kim Y, Martin A, Vonderheid E, Jegasothy B, Wood G, Gordon M, Heald P, Oseroff A, **Pinter-Brown L**, Bowen G, Kuzel T, Fivenson D, Foss F, Glode M, Molina A, Knobler E, Stewart S, Cooper K, Stevens S, Craig F, Reuben J, Bacha P, Nichols J:  Pivotal Phase III Trial of Two Dose Levels of $DAB_{389}IL-2$ $(ONTAK^{7})$ for the Treatment of Cutaneous T-Cell Lymphoma.  J Clin Oncology, 19(2):376-88, 2001.

7.  Roberts AA, Amano M, Felten, C, Galvan M, Solor G, **Pinter-Brown L**, Dobbeling U, Burg G, Said J, Baum LG:  Galectin-1-mediated apoptosis in Mycosis Fungoides:  the roles of CD7 and cell surface glycosylation. Modern Pathology, 16(6):543-51, 2003.

8.  Han K, Haley J, Carlson K, **Pinter-Brown L**, Soriano T:  Regression of cutaneous Intravascular lymphoma with Rituximab. Cutis, 72(2): 137-40, 2003.

9.  Emmanoulides C, Colovos D, **Pinter-Brown L**, Hernandez L, Schiller G, Territo M, Rosen P:  Pilot Study of Fixed-Infusion Rate Gemcitabine with Cisplatin and Dexamethasone in Patients with Relapsed or Refractory Lymphoma.  Clinical Lymphoma, 5(1):45-49, 2004.

10. Ghori F, Polder KD, **Pinter-Brown LC**, Hoff AO, Gagel RG, Sherman S I, Duvic M: Thyrotoxicosis after denileukin diftitox therapy in patients with mycosis fungoides. J Clin Endocrinol Metab, 91(6):2205-8, 2006.

11. Ralli M, Goldman J, Lee E, **Pinter-Brown L**, Glasgow B, Sarraf D: Intraocular Involvement of Mycosis Fungoides, Archives of Ophthalmology, 127(3):343-5, 2009.

12. Forero-Torres A, Leonard J, Younes A, Rosenblatt J, Brice B, Bartlett N, Bosly A, **Pinter-Brown L**, Kennedy D, Sievers E, Gopal AJ: A Phase II Study of SGN-30 (anti-CD30 mAB) in Hodgkin Lymphoma and Systemic Anaplastic Large Cell Lymphoma, Br J Haematol, 146(2):171-9, 2009.

13. Duvic M, Reddy SA, **Pinter-Brown L**, Korman NJ, Zic J, Kennedy DA, Lorenz J, Sievers EL, Kim YH: A Phase II Study of SGN-30 (anti-CD30 mAb) in Cutaneous Anaplastic Large Cell Lymphoma and Related Lymphoproliferative Diseases. Clin Cancer Res, 15(19):6217-24, 2009.

14. Olsen EA, Rook AH, Zic J, Kim Y, Porcu P, Querfield C, Wood G, Demierre MF, Pittelkow M, Wilson LD, **Pinter-Brown L**, Advani R, Parker S, Kim EJ, Junkins-Hopkins JM, Foss F, Carcchio P, Duvic M: Sézary syndrome: Immunogpathogenesis, literature review of therapeutic options, and recommendations for therapy by the United States Cutaneous Lymphoma Consortium (USCLC), J Am Acad Dermatol, 64(2):352-404, 2011.

15. Kim YH, Girardi M, Duvic M, Kuzel T, Link BK, **Pinter-Brown L**, Rook AH: Phase I trial of a Toll-like receptor 9 (TLR 9) agonist, PF-3512676 (CpG 7909), in Patients with treatment-refractory cutaneous T-cell lymphoma. J Am Acad Dermatol, 63(6):975-83, 2010.

16. Alamdari HS, **Pinter-Brown L**, Cassarino DS, Chiu M: Severe cutaneous interface drug eruption associated with bendamustine. Dermatol Online J, 16(7):1, 2010.

17. **Pinter-Brown LC**: Discussion: A patient death attributable to implant-related primary anaplastic large cell lymphoma of the breast. Plast Reconstr Surg, 128(3):122e-123e, 2011.

18. Querfeld C, Kuzel TM, Kim YH, Porcu P, Duvic M, Musiek A, Rook AH, Mark LA, **Pinter- Brown L**, Hamid O, Lin B, Bian Y, Boye M, Day JM, Rosen ST: Multicenter phase II trial of enzastaurin in patients with relapsed or refractory advanced cutaneous T-cell lymphoma. Leuk Lymphoma, 52(8):1474-80, 2011.

19. Olsen EA, Whittaker S, Kim YH, Duvic M, Prince HM, Lessin SR, Wood GS, Willemze R, Demierre MF, Pimpinelli N, Bernengo MG, Ortiz-Romero PL, Bagot M, Estrach T, Guitart J, Knobler R, Sanches JA, Iwatsuki K, Sugaya M, Dummer R, Pittelkow M, Hoppe R, Parker S, Geskin L, **Pinter-Brown L**, Girardi M, Burg G, Ranki A, Vermeer

M, Horwitz S, Heald P, Rosen S, Cerroni L, Dreno B, Vonderheid EC; International Society for Cutaneous Lymphomas; United States Cutaneous Lymphoma Consortium; Cutaneous Lymphoma Task Force of the European Organisation for Research and Treatment of Cancer:  Clinical end points and response criteria in mycosis fungoides and Sézary syndrome:  A consensus statement of the International Society for Cutaneous Lymphomas, the United States Cutaneous Lymphoma Consortium, and the Cutaneous Lymphoma Task Force of the European Organization for Research and Treatment of Cancer.  J Clin Oncol, 29(81):2598-607, 2011.

20. O'Connor OA, Pro B, **Pinter-Brown L**, Bartlett N, Popplewell L, Coiffier B, Lechowicz MJ, Savage KJ, Shustov AR, Gisselbrecht C, Jacobsen E, Zinzani PL, Furman R, Goy A, Haioun C, Crump M, Zain JM, Hsi E, Boyd A, Horwitz S:  Pralatrexate in patients with relapsed or refractory peripheral T-cell lymphoma: results from the pivotal PROPEL study. J Clin Oncol, 29(9):1182-9, 2011.

21. Andorsky DJ, Cohen M, Naeim A, **Pinter-Brown L**:  Outcomes of auto-SCT for lymphoma in subjects aged 70 years and over. Bone Marrow Transplant, 46(9):1219-25, 2011.

22. Czuczman MS, Fayad L, Delwail V, Cartron G, Jacobsen E, Kazimierz K, Link BK, **Pinter-Brown L**, Radford J, Heilmann A, Gallop-Evans E, Direnzo CG, Goldstein N, Gupta I, Jewell RC, Lin TS, Lisby S, Schultz M, Russell CA, Hagenbeek A: Ofatumumab Monotherapy in Rituximab-Refractory Follicular Lymphoma:  Results from a Multicenter Study.  Blood, Mar 2, 2012 (Epub ahead of print).

23. Coiffier B, Pro B, Prince HM, Foss F, Sokol L, Greenwood M, Caballero D, Borchman P, Morschhauser F, Wilheim M, **Pinter-Brown L**, Padmanabhan S, Shustov A, Nicols J, Carroll S, Baiser J, Baiser B, Horowitz S:  Results from a pivotal, open-label phase II study of romidepsin in relapsed or refractory peripheral T-cell lymphoma after poor systemic therapy.  J Clin Oncol, 30(6):631-6, 2012.

24. Magorien J, Hillman JD, **PINTER-BROWN LC,** Said J, Chiu MW:  Acral lymphomatoid papulosis associated with poikilodermatous mycosis fungoides. Dermatology Online J.  2013 Feb 15; 19(2): 1.

25. Foss F, Horwitz SM, Coiffier B, Bartlett N, Popplewell L, Pro B, **PINTER-BROWN LC,** Shustov A, Furman RR, Haioun C, Koutsoukos T, O'Connor OA.  Pralatrexate is an effective treatment fro relapsed or refractory transformed mycosis fungoides:  A subgroup efficacy analysis from the PROPEL study. Clin Lymphoma Myeloma Leuk. 2012 Aug;12(4):238-43.

26. Loh, JC, Cassarino DS, Grody WW, Chiu MW, **PINTER-BROWN LC**.  A case of mycosis fungoides transmitted from donor to recipient, and review of the literature of T-cell malignancies after transplantation. Clin Lymphoma Myeloma Leuk.  2014; 14(4): e137-40.

27. Coiffier B, Pro B, Prince HM, Foss F, Sokol L, Greenword M, Caballero D, Morschhauser F, Wilhelm M, **PINTER-BROWN LC**, Padmanabhan Iyer S, Shustov A, Nielsen T, Nichols J, Wolfson J, Balser B, Horwitz S. Romidepsin for the treatment of relapsed/refractory peripheral T-cell lymphoma: pivotal study update demonstrates durable responses. J Hematol Oncol. 2014; 7(1): 11.

28. Brody GS, Deapen D, Taylor CR, **PINTER-BROWN L**, House-Lightner SR, Andersen JS, Carlson G, Lechner MG, Epstein AL. Anaplastic large cell lymphoma occurrig in women with breast implants: analysis of 173 cases. Plast Reconstr Surg. 2015; 135(3): 695-705.

29. Duvic M, **PINTER-BROWN LC**, Foss FM, Sokol L, Jorgensen JL, Challagundla P, Dwyer KM, Zhang X, Kurman M, Ballerini R, Liu L, Kim YH. Phase1/2 study of mogamulizumab, a defucosylated anti-CCR4 antibody, in previously treated patients with cutaneous T-cell lymphoma. Blood. 2015; 125(12): 1883-9.

30. Horwitz S, Coiffier B, Foss F, Prince HM, Sokol L, Greenwood M, Caballero D, Morschhauser F, **PINTER-BROWN L**, Iyer SP, Shustov A, Nichols J, Balser J, Balser B, Pro B. Ann Oncol. 2015; 26(4): 774-9.

31. **PINTER-BROWN LC**. Diagnosis and management of Cutaneous B-cell lymphoma. Dermatol Clin. 2015; 33(4): 835-40

32. Advani RH, Ansell SM, Lechowicz MJ, Beaven AW, Loberiza F, Carson KR, Evens AM, Foss F, Horwitz S, Pro B, **PINTER-BROWN LC,** et al. A phase II study of cyclophosphamide, etoposide, vincristine and prednisone (CEOP) Alternating with Pralatrexate (P) as front line therapy for patients with peripheral T-cell lymphoma (PTCL): final results from the T-cell consortium trial. Br J Haematol. 2016; 172 (4): 535-44.

33. Crump M, Leppa S, Fayad L, Lee JJ, De Rocco A, Ogura M, Hagberg H, Schnell F, Rifkin R, Mackensen A, Offner F, **PINTER-BROWN L,** et al. Randomized, Double-Blind, Phase III Trial of Enzastaurin Versus Placebo in Patients Achieving Remission After First-Line Therapy for High-Risk Diffuse Large B-Cell Lymphoma. J Clin Oncol. 2016; 34(21): 2484-92.

34. Carson KR, Horwitz SM, **PINTER-BROWN LC,** et al. A prospective cohort study of patients with peripheral T-cell lymphoma in the United States. Cancer. 2017; 123(7): 1174-1183.

35. Casulo C, O'Connor O, Shustov A, Fanale M, Friedberg JW, Leonard JP, Kahl BS, Little RF, **PINTER-BROWN L,** et al. T-cell Lymphoma: Recent Advances in Characterization and New Opportunities for Treatment. J Natl Cancer Inst. 2016; 109(2).

36. Hsi ED, Horwitz, SM, Carson KR, **PINTER-BROWN LC,** et al. Analysis of Peripheral T-cell Lymphoma Diagnostic Workup in the United States. Clin Lymphoma Myeloma Leuk.  2017; 17(4): 193-200.

37. Tran, PN **PINTER-BROWN LC.** Everolimus-induced nephrotic syndrome precipitated by interaction with voriconazole in a patient with Hodgkin's lymphoma. J Clin Pharm Ther, 2017; 42(6): 776-779.

38. Federico M, Bellei M, Marcheselli L, Schwartz M, Manni M, Tarantino V, Pileri S, Ko YH, Cabrera ME, Horwitz S, Kim WS, Shustov A, Foss FM, Nagler A, Carson K, **PINTER-BROWN LC**, et al.  Peripheral T cell lymphoma, not otherwise specified (PTCL-NOS).  A new prognostic model developed by the International T cell Project Network. Br J Haematol. 2018; 181(6): 760-769.

39. Johnston PB, **PINTER-BROWN LC**, et al.  Phase 2 study of everolimus for relapsed or refractory classical Hodgkin lymphoma.  Exp Hematol Oncol. 2018 11:  7-12.

40. Kim YH, Bagot M, **PINTER-BROWN L**, et al.  Magamulizumab versus vorinostatin previously treated cutaneous T-cell lymphoma (MAVORIC): an international, open-label, randomized, controlled phase 3 trial.  Lancet Oncol. 2018 Aug 9. pii: S1470-2045(18)30379-6.

41. Park SI, Horwitz SM, Foss FM, **PINTER-BROWN LC**, et al. The role of autologous stem cell transplantation in patients with nodal peripheral T-cell lymphomas in first complete remission: Report from COMPLETE, a prospective, multicenter cohort study.  Cancer. 2019 May 1;125(9):1507-1517.

42. Stuver RN, Khan N, Schwartz M, Acosta M, Federico M, Gisselbrecht C, Horwitz SM, Lansigan F, **PINTER-BROWN LC**, et al.  Single agents vs combination chemotherapy in relapsed and refractory peripheral T-cell lymphoma: Results from the comprehensive oncology measures for peripheral T-cell lymphoma treatment (COMPLETE) registry. Am J Hematol. 2019 Jun;94(6):641-649.

**B. PEER-REVIEWED (IN PRESS)**


**C. PEER-REVIEWED (SUBMITTED)**

1. **Pinter-Brown LC**, Wisniewski T, Katic B, Chandwani S, Chen YT:  Systemic Treatment Utilization Patterns Among Dermatologists and Oncologists Treating Cutaneous T-cell Lymphoma in the United States.

**D.  NON-PEER-REVIEWED (PUBLISHED)**

1.  **Pinter-Brown LC**:  Expanding treatment options for patients with cutaneous T-cell lymphoma.  Dermatology Review, 1(1):5-6, 2006.

2.  **Pinter-Brown LC**:  A 62-year-old woman with a 6-year history of a pruritic, vesicular rash, a case study.  Dermatology Review, 1(1):7, 2006.

3.  Said, J, **Pinter-Brown L**:  Clinical and pathological diagnosis of peripheral T-cell lymphoma and emerging treatment options: A case-based discussion.  Clin Adv Hematol Oncol, 7(11):S1, S4-13, 2009.

**E.  NON-PEER-REVIEWED (IN PRESS)**

None

**F.  NON-PEER-REVIEWED (SUBMITED)**

None

## CHAPTERS

1.  **Pinter-Brown LC**:  "Sezary's Syndrome:  The redefinition of a clinico-pathologic entity and its implications for staging, prognosis, and treatment" in Chronic Leukemia and Lymphoma, Gary J. Schiller, editor, Humana Press, 115-152, 2002.

2.  **Pinter-Brown LC**, Casciato DA:  "Hodgkin and Non-Hodgkin Lymphoma" in Manual of Clinical Oncology 6th Edition, Dennis Casciato and Mary Territo, editors, Lippincott, Williams, and Williams, 431-470, 2008.

3.  **Pinter-Brown LC**, Casciato DA:  "Hodgkin and Non-Hodgkin Lymphoma" in Manual of Clinical Oncology 7th Edition, Dennis Casciato and Mary Territo, editors, Lippincott, Williams, and Williams, 2011.

4.  **Pinter-Brown LC**, Casciato DA:  "Hodgkin and Non-Hodgkin Lymphoma" in Manual of Clinical Oncology 8th Edition, Dennis Casciato and Mary Territo, editors, Lippincott, Williams, and Williams, 2012.

5.  **Pinter-Brown LC**:  "Future strategies in the diagnosis and treatment of cutaneous lymphomas" in Cutaneous Lymphoma:  Diagnosis and treatment, John Hall and Brian J Hall, editors, People's Medical Publishing House, 2012.

6.  **Pinter-Brown LC**:   "Diagnosis and Management of Cutaneous B-cell Lymphoma. Dermatol Clin.  2015 33(4):  835-40.

7.  **Pinter-Brown LC**:  "Hodgkin and Non-Hodgkin Lymphoma" in Manual of Clinical Oncology 9th Edition, Bartosz Chmielowski and Mary Territo, editors, Lippincott, Williams,

And Williams, 2017

## LETTERS TO THE EDITOR

None

## REVIEWS

1. Hu JC, Sadeghi P, **Pinter-Brown LC**, Yashar S, Chiu MW:  Cutaneous side effects of EGFR inhibitors:  clinical presentation, pathogenesis, and management. J Am Academy Derm, 56(2):317-26, 2007.

2. **Pinter-Brown LC**:  SGN-30:  A basis for the effective treatment of CD30 positive hematopoietic malignancies.  Expert Opin Investig Drugs, 17(12):1883-7, 2008.

## EDITORIALS

1. Sehl M, **Pinter-Brown L**, Naeim, A:  Further considerations about NHL in the elderly. Oncology, 21(10):1202-8, 2007.

## ABSTRACTS

1. Levine AM, Gill PS, Burke RL, Dworsky RD, Krailo M, Ross R, Rasheed S, Rarick M, Bernstein-Singer M, **Pinter-Brown L**, Meyer PR:  Malignant lymphoma (NHL) in homosexual men: Clinical experience with 20 patients from one institution.  Am Soc Hem, 1984.

2. Gill PS, Levine AM, Holdrof D, **Pinter-Brown L**, Krailo M, Rasheed S:  High-grade AIDS-related lymphomas: Results of prospective multi-agent chemotherapy trials. Proc Am Soc Clin Onc, 1986.

3. Gill PS, Rarick M, Deyton L, **Pinter-Brown L**, Aguilar S, Feinstein D, Levine AM: Malignant Non-Hodgkin's Lymphoma in AIDS: Results of prospective treatment trials. Blood, 68(5):suppl, 1986.

4. Hufford S, Hu E, Rosen P, **Pinter-Brown L**, Levine AM, Brynes R, Lukes R:  Third world Hodgkin's Disease in the United States: The LAC-USC Medical Center experience.  Blood. 70(5):suppl, 1987.

5. Esplin J, Hu E, Lukes R, Brynes R, Gill P, Feinstein D, **Pinter-Brown L**, Rarick M, Bernstein-Singer M, Levine A:  Ethnic correlates of clinico-pathologic aspects of non-Hodgkin's lymphoma in Los Angeles County. Proc Am Soc Clin Onc, 8, 1989.

6. Hu E, Hufford S, Gill P, **Pinter-Brown L**, Rarick M, Bernstein- Singer M, Rosen P, Levine A:  A new intensive chemotherapy regimen CHOPE-BAM, for treatment of high grade lymphoma.  Proc Am Soc Clin Onc, 8: 1989.

7.  Mews C, Thomas DW, Sinatra FK, **Pinter-Brown LC**:  T-cell lymphoma in a patient with 6-mercaptopurine treated Crohn's disease. Gastroenterology, 1991.

8.  Kuzel T, Olsen E, Martin A, Kim Y, Duvic M, Frankel A, Vonderheid E, Bowen G, Jegasothy B, Wood G, Gordon M, **Pinter-Brown L**, Pivotal phase III trial of two dose trials of DAB 389IL-2 (ONTAK) for the treatment of mycosis fungoides.  Blood, 90(10): Suppl (Part 1 of 2), 1997.

9.  Liepa H, Bennett CL, Yarnoid PR, Enos N, Lozano J, Kuzel T, Olson E, Martin A, Kim Y, Duvic M, Frankel A, Vonderheid E, Bowen O, Jegasothy B, Wood O, Gordon M, **Pinter-Brown L**, Changes in quality of life (QOL) for patients (pt) enrolled in a phase III trial of treatment with a diphtheria toxin fusion protein (DHB 389IL-2) for mycosis fungoides (MF).  Blood 90(10): Suppl, (Part 2 of 2), 1997.

10. Levine AM, Mena R, **Pinter-Brown L**, Smith S, Santabárbara P, Williams T: Compassionate Mitoguazone (MGBG) Therapy for Heavily Pretreated Patients with Non-Hodgkins Lymphoma.   Proc Am Soc Clin Onc, 17: 1998.

11. Emmanoulides C, Colovas D, **Pinter-Brown L**, Territo MC, Rosen PJ:  A gemcytabine, cisplatin, and dexamethasone combination in patients with multiple relapsed Hodgkin and non-hodgkin lymphoma.  Annals of Oncology 13: suppl 2, 2002.

12. Kim Y, Girardi M, Duvic M, Kuzel T, Rook A, Link B, **Pinter-Brown L**, Comerci C, McAuley S, Schmalbach T:  TLR9 Agonist Immunomodulator Treatment of Cutaneous T-Cell Lymphoma (CTCL) with CPG7090.  Blood, 2004

13. Leonard JP, Younes A, Rosenblatt JD, Gople A, **Pinter-Brown L**, Bartlett NL, Burns LJ, Forero A, Barton J:  Targeting CD30 as Therapy for Hodgkin's Disease.  Phase II Results with the Monoclonal Antibody SGN-30.  Proc Am Soc Clin Onc, 2005

14. Duvic M, Kim Y, Reddy S, Forero-Torres, A, **Pinter-Brown LC**, Rarick MU, Zic J, Worobec S, Korman N, Kuzel T, Bohjanen K, Flessland K, Barton J and Sievers E:  Phase II Preliminary Results of SGN-30 (Anti-CD30 mAB) in Patients with CD30+ Lymphoproliferative Disorders.  Blood, 108: 2006.

15. O'Connor O, Pro B, **Pinter-Brown L**, PROPEL:  A Multicenter Phase 2 Open-Label Study of Pralatrexate (PDX) with Vitamin B12 and Folic Acid Supplementation in Patients with Relapsed or Refractory Peripheral T-cell Lymphoma.  Blood,  2008:  abstract 261.

16. O'Connor O, Pro B, **Pinter-Brown L**, PROPEL:  Results of the pivotal, multi-center phase II study of pralatrexate in patients with relapsed or refractory peripheral T-cell lymphoma, J Clin Onc 27:15S, abstract 9561, 2009.

17. Hagenbeck A, Fayad L, Delwail V, Ross JF, Jacobsen E, Kuliczkowshi K, Link BJ, **Pinter-Brown L**, Evaluation of Ofatumumab, a Novel Human CD20 Monoclonal Antibody as Single Agent Therapy in Rituximab-Refractory Follicular Lymphoma, ASH, 2009

18. Coiffier B, Pro B, Prince MH, Foss F, Sokol S, Greenwood M, Caballero M, Borchmann P, Morschhauser F, Wilhelm M, **Pinter-Brown L,** Final Results From a Pivotal, Multicenter, International, Open-Label, Phase 2 Study of Romidepsin In Progressive or Relapsed Peripheral T-Cell Lymphoma (PTCL) Following Prior Systemic Therapy, ASH, 2010 abstract 114.

19. Duvic M, **Pinter-Brown L**, Results of a Phase 1/2 Study for KW-0761, a Monoclonal Antibody Directed Against CC Chemokine Receptor Type 4 (CCR4), In CTCL Patients, ASH, 2010 abstract 962

20. Coiffier B, Pro B, Prince HM, Foss FM, Sokol L, Greenwood M, Caballero D, Borchmann P, Morschhauser F, Wilhelm M, **Pinter-Brown L**, Padmanabhan S, Shustov AR, Nichols J, Carroll S, Balser J, Horwitz SM: Analysis of Patients with Common Peripheral T-Cell Lymphoma Subtypes From a Phase 2 Study of Romidepsin in Relapsed or Refractory Peripheral T-Cell Lymphoma. Blood, 118:591, 2011.

21. O'Connor OA, Masszi T, Savage KJ, **Pinter-Brown LC**, Foss FM, Popplewell L, Cashen AF, Doorduijn J, Chawla S, Knoblauch P, Zinzani PL, Brown P, Hess G, VanHoof S, Horwitz SM, Shustov AR. Belinostat, a novel pain-histon deacetylase inhibitor (HDACi), in relapse or refractory peripheral T-cell lymphoma (R/C PTCL): Results from the BELIEF trial. J Clin Oncol 31, 2013 (suppl; abstr 8507).

22. Crump M, Leppä S, Fayad LE, Lee JJ, Di Rocco A, Ogura M, Hagberg H, Schnell F, Rifkin RM, Mackensen A, Offner F, **Pinter-Brown L**, Smith SM, Tobinai K, Yeh SP, Zhu J, Hahka-Kemppinen M, Thornton D, Shi P, Lin B, MD, Kahl BS, Schmitz N, Savage KJ, and Habermann TM. A Phase III Study Of Enzastaurin In Patients With High-Risk Diffuse Large B Cell Lymphoma Following Response To Primary Treatment: The Prelude Trial. ASH, 2013, abstract 371

23. Querfeld, C, Foss FM, **PINTER-BROWN LC,** et al. Phase 1 Study of the Safety and Efficacy of MRG-106, a Synthetic Inhibitor of microRNA-155, in CTCL Patients. Blood 2017 130: 820.

24. Park SI, Horwitz SM, Foss FM, **PINTER-BROWN LC,** et al.The Role of Upfront Hematopoietic Stem Cell Transplantation (HSCT) in Peripheral T-Cell Lymphoma (PTCL) Patients in Complete Remission (CR) with a Special Focus on Nodal PTCL: Report from the Comprehensive Oncology Measures for Peripheral T-Cell Lymphoma Treatment (COMPLETE), a Prospective Multicenter Cohort Study. Blood 2017 130:342

25. Kim YH, Bagot M, **PINTER-BROWN L,** et al. Anti-CCR4 Monoclonal Antibody, Mogamulizumab, Demonstrates Significant Improvement in PFS Compared to Vorinostat in Patients with Previously Treated Cutaneous T-Cell Lymphoma (CTCL): Results from the Phase III MAVORIC Study. Blood 2017 130:817.

Kim YH, Prince HM, Whittaker S, Horwitz SM, Duvic M, Bechter. Sanches JM, Stadler, R, Scarisbrick J, Quaglino P, Zinzani PL, Wolter P, Eradat H, **PINTER-BROWN LC**, et al. Superior Clinical Benefit of Brentuximab Vedotin in Mycosis Fungoides Versus Physician's Choic

Irrespective of CD30 Level or Large Cell Transformation Status in the Phase 3 ALCANZA Study, Blood 2018 132:1646

## POSTER PRESENTATIONS

1. **Pinter-Brown L**, Brynes R, Nichols P, Levine AM:  T-lymphocytic lymphoma with leukemic presentation in the adult: Long term survival with multi-modality therapy. Blood, 4(7):suppl, 1989.

2. **Pinter-Brown L**, Mehlmauer M and Viers K:  Extracorporeal photopheresis (EP) for patients with cutaneous T-cell lymphoma (CTCL) -- Experience from a single institution. Blood, 76(10):suppl, 1990.

3. Nicholas S, Corry DB, Nyby M, **Pinter-Brown L**, Tuck M:  Recombinant human erythropoietin does not affect the coagulation profile or platelet function in hemodialysis patients.  American Society of Nephrology, 1994.

4. Bacha P, Fowlie A, Orrmeldo D, Hillrer J, Olsen E, Martin A, Kim Y, Duvic M, Frankel A, Vonderheid E, Bowen G, Jegasothy B, Wood G, Gordon M, **Pinter-Brown L**,:  Antibody and pharmacokinetic analysis from a pivotal trial of ONTAK (DAB 389IL-2) for the treatment of cutaneous T Cell lymphoma.  Blood, 90(10):suppl (Part 1 of 2), 1997.

5. Kim Y, Forero-Torres A, Foss F, **Pinter-Brown L**, Duvic M:  Responses to Oral Forodesine in Refractory Cutaneous T-cell Lymphoma (CTCL); Final Results of a Phase I/II Study.  J Invest Derm, 128:(S1), 2008.

6. **Pinter-Brown L**, Wisniewski T, Katic B, Chandwani, Chen YT:  Systemic Therapy Utilization Patterns among US Dermatologists and Oncologists Treating Cutaneous T-cell Lymphoma.  Blood 2008, abstract 2370.

7. Bernengo MG, Vanacloche F, Duvic M, Kuzel T, Kerdel F, **Pinter-Brown L**,:  Phase II International Study of Oral Panobinostat (LBH 589), a Potent Pan-Deacetylase Inhibitor, in Patients with Refractory Cutaneous T-cell Lymphoma (CTCL).  13th Congress European Hematology Association, Copenhagen, Denmark,  2008

8. Duvic, M, Forero-Torres A, Foss F, Olsen E, **Pinter-Brown L:** Long-term treatment of CTCL with the oral PNP inhibitor, forodesine.    J Clin Onc 27:  15S, 2009:  abstract 8552

9. **Pinter-Brown L**:  Safety and Management of Pralatrexate Treatment in Relapsed or Refractory Peripheral T-cell Lymphoma. ASH, December, 2009

10. Foss FM, Horwitz SM, **Pinter-Brown L**:  Pralatrexate Is An Effective Treatment for Heavily Pretreated Patients with Relapsed/Refractory Transformed Mycosis Fungoides (tMF).  ASH, December, 2010, abstract 1762.

11. Horwitz SM, Coiffier B, Foss FM, Prince HM, Sokol L, Greenwood M, Caballero D, Borchmann P, Morschhauser F, Wilhelm M, **Pinter-Brown LC**, Padmanabhan S, Shustov AR, Nichols J, Balser J, Carroll S, Pro B:  Complete responses (CR/CRu) on a phase II study of romidepsin in relapsed or refractory peripheral T-cell lymphoma.  J Clin Oncol 29: 2011, abs 8033

12. **Pinter-Brown LC**, Kim B, Chung, KC, Young VL, Roth C, Schnyer C, van Busum K, Mattke S:  Anaplastic large cell lymphoma and breast implants:  Results from a structured consultation process.  Ann Onc 2011, 22 (suppl 4)

13. Foss F, Carson KR, Federico M, Gisselbrecht C, Horwitz SM, His ED, **Pinter-Brown LC**, Pro B, Rosen ST:  Comprehensive Oncology Measures for Peripheral T-Cell Lymphoma Treatment (COMPLETE), A new International Treatment Registry.  Ann Onc 2011, 22 (suppl 4) abs. 242

14. Johnston PB, **Pinter-Brown L**, Rogerio J, Warsi G, Graham A, Ramchandren R:  Open-Label, Single-Arm, Phase II Study of Everolimus in Patients with Relapsed/Refractory Classical Hodgkin Lymphoma.  Blood 2011; 118: 2717.

15. Foss FM, Carson, KR, **Pinter-Brown L**, Horwitz SM, Rosen ST, Pro B, Federico M, Gisselbrecht C, Hsi ED. Comprehensive Oncology Measures for Peripheral T-Cell Lymphoma Treatment (COMPLETE): First Detailed Report of Primary Treatment, ASH 2011, abstract 1614

16. Johnston PB, Pinter-Brown LC, Rogerio JW, Warsi G, Chau Q, Ramchandren R. Everolimus (EVE) for relapsed/refractory classical Hodgkin lymphoma (cHL): Open-label, single-arm, phase II study.  J Clin Oncol 30, 2012 (suppl; abstr 8028)

17. Maeda LS, Geiger JL, Savage KJ, Rose J, Pinter-Brown LC, Lunning MA, Abramson JS, Bartlett N, Vose J, Drape J, Muffly LS, McMillan A, Evens AM, Smith SM,  Horwitz SM, Ansell SM, Advani R. Characteristics and outcomes of extranodal NK/t-cell lymphoma (ENKL): A North American (NA) multi-institutional experience. J Clin Oncol 30, 2012 (suppl; abstr 8060)

18. Johnston PB, **Pinter-Brown L**, Rogerio J, Warsi G, Chau Q, and Radhakrishnan Ramchandren R. Everolimus for Relapsed/Refractory Classical Hodgkin Lymphoma: Multicenter, Open-Label, Single-Arm, Phase 2 Study, ASH 2012, abstract 2740

19. Coiffier B, Pro B, Prince M, Foss FM, Sokol L, Greenwood  M, Caballero D, Morschhauser F,Wilhelm M, **Pinter-Brown L**, Padmanabhan S, Shustov AR, Nielsen T, Nichols J, Wolfson J, Balser B, Horwitz SM. Romidepsin Induces Durable Responses in Patients with Peripheral T-Cell Lymphoma: GPI-06-0002 Study Update, ASH 2012, abstract 3641

20. Hsi ED, Gruver AM, Foss FM, Carson  KR, Pinter-Brown L, Horwitz SM, Rosen ST, Pro B, Federico M, Gisselbrecht C. Biomarker Quality Assurance (QA) Findings From the Comprehensive Oncology Measures for Peripheral T-Cell Lymphoma Treatment (COMPLETE) Registry, ASH 2012, abstract 4623

21. Advani RH, Ansell SM, Lechowicz MJ, Beaven AW, Loberiza FR Jr., Carson KR, Evens AM, Foss FM, Horwitz SM, Pro B, **Pinter-Brown L**, Smith SM, Shustov AR, Savage KJ, Vose JM. A Phase II Study Of Cyclophosphamide, Etoposide, Vincristine and Prednisone (CEOP) Alternating With Pralatrexate (P) As Front Line Therapy For Patients With Peripheral T-Cell Lymphoma (PTCL): Preliminary Results From The T- Cell Consortium Trial, ASH 2013, abstract 3044

22. Carson KR, Foss FM, **Pinter-Brown L**, Horwitz SM, Rosen ST, Pro B, Federico M, Gisselbrecht C,and Hsi ED.  Analysis Of Peripheral T-Cell Lymphoma (PTCL) Subtype By Race and Geography Using The Comprehensive Oncology Measures For Peripheral T-Cell Lymphoma Treatment (COMPLETE) Dataset, ASH 2-13, abstract 4284

23. **PINTER-BROWN LC**, Foss FM, Carson KR, Horwitz, S, Rosen ST, Pro B, Federico M, Gisselbrecht, C, His, ED, Shustov AR, Advani R, Feldman T, Lechowicz MJ, Smith S, Tulpule A, Greer JP, Kahl BS, Leach J, Morganstein N, Casulo C, Park SI.  Patient Characteristics and Initial Treatment Patterns in the United States for the Most Common Subtypes of Peripheral T-Cell Lymphoma (PTCL), ASH 2014, abstract 4434

24. Pro B, Horwitz, SM, Prince HM, Foss FM, Sokol L, Greenword M, Caballero D, Morschhauser F, Wilhelm M, **PINTER-BROWN LC**, Padmanabhan Iyer S, Shustov AR, Wolfson J, Balser B, Coiffier B.  Romidepsin Induces Durable responses in Patients with Relapsed or Refractory Angioimmunoblastic T-Cell Lymphoma (AILT).  ASH 2014, abstract 1742.

25. Lansigan F, Horwitz SM, **PINTER-BROWN LC**, et al. Differential Outcome of Patients with Primary Refractory vs Relapsed Peripheral T-cell Lymphoma: Analysis from Perspective MultiCenter US Cohort Study. Blood 2016, 123: 1450.

26. Oki Y, Zain J, Haverkos BM, Korman N, **PINTER-BROWN L** et al. Safety and Anti-Tumour Activity of RP6530, Dual PI3K δ/γ Inhibitor, in Relapsed/Refractory T-Cell Lymphoma: Updated Results from the Dose Expansion Cohort of an on-Going Phase I/Ib Study, Blood 2017 130: 2791

27. Ohi, Y, Bradley H, Zain JM, Lechowicz MJ, Devcita S, Korman NJ, Ramachandred R, **PINTER-BROWN LC**, et al. Tenalisib, a dual PI3K gamma/delta inhibitor: Safety and efficacy results from an ongoing Phase 1/1b Study in Relapsed/refractory T-cell lymphoma, ASCO 2018

28. Foss FM, Querfield C, Kim YH, **PINTER-BROWN LC**, et al. Phase 1 Study of MRG-106, an inhibitor of miR-155 in CTCL, ASCO 2018

29. Stuver R, Kahn N, Schwartz M, Acosta M, Federico M, Gisselbrecht C, Lansigan F, **PINTER-BROWN L**, et al. Role of Single Agent and Combination Chemotherapy Strategies in Relapsed/Refractory Peripheral T-Cell Lymphoma: Results from the Complete Registry, Blood 2018 132:2926.

30. Querfeld C, Foss FM, Kim YH, **PINTER-BROWN L**, et al. Phase 1 Trial of Cobomarsen, an Inhibitor of Mir-155, in Cutaneous T Cell Lymphoma, Blood 2018 132:2903.

31. Oki Y, Zain J, Haverkos BM, Korman N, PINTER-BROWN L, et al. Safety and Anti-Tumour Activity of RP6530, Dual PI3K δ/γ Inhibitor, in Relapsed/Refractory T-Cell Lymphoma: Updated Results from the Dose Expansion Cohort of an on-Going Phase I/Ib Study, Blood 2017 130:2791.

## WEB CITINGS

1. Mycosis Fungoides@ E-Medicine: Hematology and Oncology. 2000, revised 2011.

2. Cutaneous T-Cell Lymphomas@ E-Medicine: Hematology and Oncology. 2001, revised 2011

3. A Patient's Guide to Understanding Cutaneous T-cell Lymphomas, @ Cutaneous Lymphoma Foundation, 2012

4. Mantle Cell Lymphoma: Diagnosis and Differentiation, @ Medscape, 2014

5. Cutaneous B-Cell Lymphoma, @ Lymphoma Research Foundation, 2016

6. Follicular Lymphoma Management Overview, @ Medscape, 2016