# **REDACTED**

# VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED

# EXHIBIT 8

# STATE OF CALIFORNIA
## CERTIFICATION OF VITAL RECORDS

# COUNTY OF SAN LUIS OBISPO
### SAN LUIS OBISPO, CALIFORNIA

**CERTIFICATE OF DEATH**
STATE OF CALIFORNIA

STATE FILE NUMBER: 3200540001045

### DECEDENT'S PERSONAL DATA
- **1. Name of Decedent — First:** Elizabeth
- **2. Middle:** M.
- **3. Last (Family):** Johansing
- **5. Age:** 88
- **6. Sex:** Female
- **9. Birth State/Foreign Country:** California
- **11. Ever in U.S. Armed Forces:** No
- **12. Marital Status:** Married
- **7. Date of Death:** 07/29/2005
- **8. Hour:** 0400
- **13. Education:** Some College
- **14A. Hispanic/Latino:** No
- **15. Decedent's Race:** Caucasian
- **17. Usual Occupation:** Homemaker
- **18. Kind of Business or Industry:** Own Home
- **19. Years in Occupation:** 30

### INFORMANT
- **26. Informant's Name, Relationship:** Walter B. Johansing - Husband

### SPOUSE AND PARENT INFORMATION
- **28. Name of Surviving Spouse — First:** Walter
- **29. Middle:** B.
- **30. Last (Maiden Name):** Johansing
- **31. Name of Father — First:** Joseph
- **32. Middle:** D.
- **33. Last:** McGrath
- **34. Birth State:** CA
- **35. Name of Mother — First:** May
- **37. Last (Maiden):** Kennedy
- **38. Birth State:** CA

### FUNERAL DIRECTOR / LOCAL REGISTRAR
- **39. Disposition Date:** 07/30/2005
- **40. Place of Final Disposition:** Scatter:
- **41. Type of Disposition(s):** CR/SCAT
- **42. Signature of Embalmer:** Not Embalmed
- **44. Name of Funeral Establishment:** Kuehl-Nicolay Funeral Home
- **45. License Number:** FD-68
- **47. Date:** 07/29/2005

### PLACE OF DEATH
- **101. Place of Death:** Residence
- **103. If other than hospital, specify one:** X Decedent's Home

### CAUSE OF DEATH
- **107. Cause of Death:**
  - **Immediate Cause (A):** Stroke
  - Time Interval: Years
- **108. Death Reported to Coroner:** Yes — 05R-0533
- **109. Biopsy Performed:** No
- **110. Autopsy Performed:** No
- **111. Used in Determining Cause:** No
- **112. Other Significant Conditions:** Chronic Lymphocytic Leukemia
- **113. Was Operation Performed:** None

### CERTIFICATION
- **114. I certify that...:** Signature: Joseph McCowin MD
- **116. License Number:** G043127
- **117. Date:** 07/29/2005
- **Decedent Attended Since:** 11/24/2003
- **Decedent Last Seen Alive:** 07/06/2005
- **118. Type Attending Physician's Name, Mailing Address, Zip Code:** Dr. Joseph McCowin MD, P.O. Box 1638, Paso Robles, CA 93446

### CORONER'S USE ONLY
- **119. Manner of Death:** Natural
- **120. Injured at Work:** —

- **Fax Auth. #:** 1905

---



200489

**CERTIFIED COPY OF VITAL RECORDS**

STATE OF CALIFORNIA } SS
COUNTY SAN LUIS OBISPO

DATE ISSUED: AUG 0 4 2008

This is a true and exact reproduction of the document officially registered and placed on file in the office of the SAN LUIS OBISPO COUNTY CLERK-RECORDER or this is to certify this document is a true abstract of the official record filed with the County Clerk-Recorder.

*Julie L. Rodewald*
COUNTY CLERK-RECORDER

This copy not valid unless prepared on engraved border displaying seal and signature of County Registrar.



ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE