# REDACTED

# VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED

# EXHIBIT 11

Jerald Carriere

```
 1                UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF CALIFORNIA
 3
 4
 5   IN RE:  ROUNDUP PRODUCTS      ) MDL NO. 2741
     LIABILITY LITIGATION          )
 6   _____) Case No. 17-md-2741-VC
     This Document Relates To:     )
 7                                 )
     Jerald Carriere v.            )
 8   Monsanto Company              )
     Case No.  3:18-cv-05778-VC    )
 9   _____)
10
11
12                        - - -
13                 SEPTEMBER 25, 2019
14                        - - -
15        Videotaped deposition of JERALD CARRIERE,
16   Volume II, held at the Terranea Resort, 100 Terranea
17   Way, Santa Barbara Room, Rancho Palos Verdes,
18   California, commencing at 10:24 A.M., on the above date
19   before Pamela Cotten, CSR, RDR, Certified Realtime
20   Reporter, Certificate No. 4497.
21                        - - -
22             GOLKOW LITIGATION SERVICES
          877.370.3377 ph | 917.591.5672 fax
23                 deps@golkow.com
24
25
```

```
 1   A P P E A R A N C E S:
 2
 3   For the Plaintiffs:
 4        LOCKRIDGE GRINDAL NAUEN, P.L.L.P.
          BY:  YVONNE M. FLAHERTY, ESQ.
 5        100 Washington Avenue S., Suite 2200
          Minneapolis, Minnesota  55401-2179
 6        612.339.6900
          Fax - 612.339.0981
 7        ymflaherty@locklaw.com
 8
 9   For the Defendant Monsanto Company:
10        SHOOK HARDY & BACON, L.L.P.
          BY:  H. GRANT LAW, ESQ.
11        One Montgomery Tower, Suite 2600
          San Francisco, California  94104-4505
12        415.544.1900
          Fax - 415.391.0281
13        hlaw@shb.com
14
15   ALSO PRESENT:
16        RYAN WONG, Videographer
17
18
19
20
21
22
23
24
25
```

| | |
|---|---|
| 1 | Q    Okay.  And just from just general informal |
| 2 | conversations with your attorney, my understanding is |
| 3 | that right after the infusion is over, physically it is |
| 4 | a pretty rough time, but it improves a little bit, |
| 5 | which is one of the reasons you are here at the tail |
| 6 | end of the last one before your next one.  Is that |
| 7 | generally accurate? |
| 8 |      MS. FLAHERTY:  I'm going to object to the form. |
| 9 |           Go ahead.  You can answer. |
| 10 |      THE WITNESS:  You want me to answer? |
| 11 |      MS. FLAHERTY:  Yeah. |
| 12 |      THE WITNESS:  Yeah, generally that's how it works, |
| 13 | but it doesn't always -- it isn't consistent.  Some |
| 14 | days it's -- you know, morning you are fine and then |
| 15 | the afternoon you get really bad.  And then the |
| 16 | opposite, you know.  Then all of a sudden it will hit |
| 17 | you.  I was at my doctor's office, Dr. Ru, and for a |
| 18 | checkup and -- give me a minute. |
| 19 | BY MR. LAW: |
| 20 | Q    Sure.  Do you want to go off record? |
| 21 |      MS. FLAHERTY:  Yeah.  Well, do you want us to go |
| 22 | off the record or would you like to stay on the record? |
| 23 |      THE WITNESS:  I'll stay on the record. |
| 24 |      MS. FLAHERTY:  Okay. |
| 25 |      THE WITNESS:  Anyway, I went down -- she gave me |

1  some prescriptions.  I went down to the pharmacy.  I
2  drove myself there, I felt fine.  I walked up to the
3  office, went to the pharmacy and I collapsed.  I
4  fainted.  And they got the paramedics.  And then my
5  doctor's office, my nurse there came down and, you
6  know, they put the EEG [sic] on you and go through the
7  whole thing.  So you don't know.
8  BY MR. LAW:
9      Q    Okay.  So -- and one of the reasons we're here
10 close to your home and starting in the morning is
11 because we want you to be able to give your best
12 testimony.  And, again, like I said before, if you feel
13 like you're trending down in terms of energy or
14 thinking, let us know, we can go off the record and
15 discuss if that's going to be it for the day.  But it
16 is up to you and it is up to your attorney, so I just
17 want to remind you of that.
18     A    Okay.  I'm okay right now.
19     Q    Okay.  All right.  I'm not sure I have any
20 more real questions about your current regimen, so
21 hopefully we can move off of that.
22     A    Okay.
23     Q    I'm just going to go over my notes.
24          I want to just touch very briefly on some of
25 the skin cancer that you have talked about before that

```
1    you had, I believe, some basal cell carcinoma and also
2    some squamous cell carcinoma.
3            Do you recall that?
4       A    Okay.
5       Q    And do you recall that, at least the first one
6    that I was able to find, was about 2010 where you had
7    some squamous cell carcinoma on the top of your head?
8       A    Uh-huh.
9       Q    And that was treated with, looks like, just
10   some surgery; is that correct?
11      A    Yes.
12      Q    And then in 2017 you had some squamous cell
13   carcinoma on your left forehead area, and that one they
14   used a little bit of targeted radiation; correct?
15           MS. FLAHERTY:  Object to the form.
16           Go ahead.  You can answer.
17           THE WITNESS:  Yes.
18   BY MR. LAW:
19      Q    And then last year, in August of 2018, you had
20   basal cell carcinoma on your left cheek; is that
21   correct?
22      A    Yes.
23      Q    And just this last April, there was more or
24   the same basal cell carcinoma on the left cheek and
25   some on the right side of your nose; is that correct?
```

```
1      A     Yes.
2      Q     Since our last deposition, have you had any
3   meetings with any experts or doctors that were hired by
4   your attorneys?
5      A     No.
6      Q     Is your daughter still living with you?
7      A     Yes.
8      Q     And in the last deposition I asked you, I
9   think, about a neighbor who had not occupied the house
10  for about ten years.  Do you recall that generally?  I
11  think your second half of your home?
12     A     Yes.
13     Q     The divided side?
14     A     Uh-huh.
15     Q     Have you had any communications with any of --
16  any of your neighbors in the area about either your
17  lawsuit or your concerns about Roundup?
18     A     About my concerns about?
19     Q     About Roundup.
20     A     Roundup.  No.
21     Q     In any of the homes that you have rented or
22  owned over the years, have you ever used any
23  rodenticides, you know, things to kill animals like
24  mice or that sort of thing?
25     A     Have I personally used them?
```

```
 1      Q    Do you feel that she is doing her best to give
 2   you the best possible medical care?
 3      A    Yes.
 4           MR. LAW:  That's all the questions I have right
 5   now.  Thank you, sir.
 6           THE WITNESS:  Okay.  Thank you.
 7           MS. FLAHERTY:  Let's go off the record.
 8           VIDEO OPERATOR WONG:  We are going off the record.
 9   The time is 11:27 A.M.
10           (Recess taken.)
11           VIDEO OPERATOR WONG:  We are back on the record.
12   The time is 11:37 A.M.
13
14                        EXAMINATION
15   BY MS. FLAHERTY:
16      Q    Good morning, Mr. Carriere.  I know we have
17   been going for a little bit this morning and this is
18   the second day of your deposition, so I will try to
19   move -- move quickly, but I do have a couple of
20   questions for you.
21           I believe that you had testified that you
22   lived in California most of your life?
23      A    Yes.
24   ██████████████████████████████████████████████████████
25   ██████████████████████████████████████████████████████
```

```
 1  [REDACTED]
 2  
 3  
 4       Q    Is that where you raised your family?
 5       A    Yes.
 6       Q    Okay.
 7            VIDEO OPERATOR WONG:  Counsel, sir, your mic is
 8  rubbing on your shirt.  Thank you.
 9  BY MS. FLAHERTY:
10       Q    We have talked a lot during the course of your
11  deposition regarding your use of Roundup.  When was the
12  last time you used Roundup, Mr. Carriere?
13       A    Approximately 2012.
14       Q    And where did you last use Roundup?
15       A    At my home.
16       Q    And is there a particular reason why the year
17  2012 sticks in your mind?
18       A    That was the year my wife died.
19       Q    Did you use Roundup after your wife had
20  passed?
21       A    No.
22       Q    You have also talked about a number of rental
23  properties where you used Roundup.
24            Do you recall that?
25       A    Yes.
```

1    Q    And I want to make sure that the jury has a
2    full list of your rental properties. Do you recall
3    owning a property in Lawndale?
4    A    I own several properties in Lawndale.
5    Q    Okay. And was one of those properties a
6    duplex?
7    A    No.
8    Q    Okay. Did you use Roundup on any of the
9    properties in Lawndale?
10   A    Yes.
11   Q    Okay. Which ones?
12   A    I had two properties on I believe it was 171st
13   Street. I had properties on Firmona. I had -- one
14   property is eight units. The other one was a single
15   house on Firmona.
16        And I had property on 153rd Street in
17   Lawndale.
18        That's about what I remember right now.
19   Q    Okay. Did you use Roundup at any of those
20   properties?
21   A    Yes.
22   Q    And which ones?
23   A    All of them.
24   Q    And when was the last time you used Roundup on
25   one of the properties in Lawndale?