# **REDACTED**

# VERSION OF DOCUMENT(S) SOUGHT TO BE SEALED

# EXHIBIT 12

```
 1              UNITED STATES DISTRICT COURT

 2            NORTHERN DISTRICT OF CALIFORNIA

 3

 4   IN RE:  ROUNDUP PRODUCTS )
     LIABILITY LITIGATION,     ) MDL No. 2741
 5                            )
                              )
 6   _____ ) Case No. MDL No.
                              ) 3:16-md-02741-VC
     This document relates    )
 7   to:                      )
                              )
 8   KAREN WOOTEN, HARLEY     )
     WOOTEN III, and TIMOTHY  )
 9   WOOTEN, individually and )
     on behalf of the Estate  )
10   of HARLEY WOOTEN,        )
     Deceased, v. Monsanto    )
11   Company (3:17-cv-01735)  )
                              )
     _____ )
12

13         Video Deposition of KAREN WOOTEN,

14   held at 3400 Market Street, Riverside,

15   California, commencing at 9:11 a.m., on

16   Wednesday, July 24, 2019, reported

17   stenographically by Lisa Moskowitz,

18   California Certified Shorthand Reporter

19   No. 10816, RPR, CRR, Realtime Systems

20   Administrator.

21                 - - -

22        GOLKOW LITIGATION SERVICES
     877.370.3377 ph | 917.591.5672 fax
23         Deps@golkow.com

24

25
```

KAREN WOOTEN

Page 2

```
 1    APPEARANCES:

 2

 3         LOCKRIDGE, GRINDAL NAUEN, P.L.L.P.
           BY:   YVONNE M. FLAHERTY
 4               ymflaherty@locklaw.com
           100 Washington Avenue South
 5         Suite 2200
           Minneapolis, Minnesota 55401
 6         (612) 339-6900

 7         Counsel for Plaintiffs

 8

 9         SHOOK, HARDY & BACON, LLP
           BY:   EILEEN L. MOSS
10               elmoss@shb.com
           201 South Biscayne Boulevard
11         Suite 3200
           Miami, Florida 33131-4332
12         (305) 358-5171

13         Counsel for Defendant

14


15
      VIDEOGRAPHER:
16
        DASH ARNOTT,
17      GOLKOW LITIGATION SERVICES

18                   - - -

19

20

21

22

23

24

25
```

KAREN WOOTEN

1     Q.  Do you have any -- so you're not

2  certain when the City of Riverside started

3  using Roundup; is that correct?

4     A.  Not exactly.  I just know it was in

5  the mid '70s.  Or late '70s even.

6     Q.  And you mentioned the early 1980s.

7        Do you think it could have been in

8  the early 1980s, or you're just not certain?

9     A.  I'm not certain about that.

10  Somewhere in between, let's say, '75 and

11  '80.

12     Q.  What are you thinking about or

13  trying to anchor that you know it would have

14  been that time period?

15     A.  What am I what?

16     Q.  Like an anchor.  Is there something

17  that you're specifically recalling that

18  leads you to believe it was in that time

19  period?

20     MS. FLAHERTY:  Object to the form.

21     But you can answer.

22     THE WITNESS:  By the age of the

23    kids.  The youngest one would have

24    been about five.

25  ///

KAREN WOOTEN

```
 1   BY MS. MOSS:

 2        Q.  And the oldest one?

 3        A.  Would have been seven, almost

 4   eight.

 5        Q.  Do you know how much -- how many

 6   classes or how much training Mr. Mesner had

 7   at that point in time regarding Roundup from

 8   the City of Riverside?

 9        A.  Who?

10        MS. FLAHERTY:  Just object to

11        form.  I think you have the wrong name

12        there.

13        MS. MOSS:  Pardon me?

14        MS. FLAHERTY:  I think you may

15        have the wrong name.

16        MS. MOSS:  What'd I say, I'm

17        sorry?

18        MS. FLAHERTY:  Mesner.

19        MS. MOSS:  Oh, I'm so sorry.

20        Forgive me.

21        THE WITNESS:  That's okay.

22   BY MS. MOSS:

23        Q.  Let me ask the question again.

24            So just to make sure we're on the

25   same page, you think that the City of
```

KAREN WOOTEN

1    Riverside began using Roundup in the mid

2    '70s to early 1980s; is that correct?

3        A.  Yes.

4        Q.  Okay.  And before they began using

5    Roundup, is it correct that the City of

6    Riverside provided training about the use of

7    Roundup?

8        A.  Okay.  Before they started using

9    it.  I think it was probably at the same

10   time.  I guess they would get it, and they

11   would have the classes or the seminars and

12   stuff on it while they were starting to use

13   it.

14       Q.  Okay.  You're not -- you said

15   guess; so you're not positive?

16       A.  I'm not positive.

17       Q.  Do you recall how many classes or

18   have any sense of how many classes

19   Mr. Wooten took from the City of Riverside

20   regarding Roundup usage?

21           MS. FLAHERTY:  Object to the form.

22           But go ahead.

23           THE WITNESS:  Several.  I can't

24       say exactly.  Probably three, four.

25   ///

KAREN WOOTEN

```
 1        Q.  Based on the environment?

 2        A.  Yeah, of the furniture and the long

 3   sleeves.

 4        Q.  Is this your home?

 5        A.  That was our home, yes.

 6   ████████████████████████████████████████████

 7   ████████████████████████████████████████████████

 8   ████████████████████████████████████████████████

 9   ████████████████████████████████████████████████

10   ████████████████████████████████████████████████

11   ████████████████████████████████████████████████

12   ████████████████████████████████████████████████

13        Q.  And on the coffee table was that an

14   ashtray?

15        A.  Oh, yes.

16        Q.  Can you tell is that a cigarette in

17   the ashtray?

18        A.  Yes, it is.

19        Q.  He -- whose cigarette?  Was he a

20   smoker?

21        A.  Yes, he was.  But he quit.

22        Q.  And do you know when he quit?

23        A.  2009.

24        Q.  We'll talk about that a little bit

25   later.  Then the second page.
```

KAREN WOOTEN

1    anything like that?

2        A.  No, just Monday through Friday.

3        Q.  Or any related emails about his

4    weed maintenance work with the City?

5        A.  They didn't have emails then.

6        Q.  Do you have any documents with

7    respect to use of Roundup at Sycamore or

8    Harding Street?

9        A.  No, that was just -- we didn't keep

10   receipts on what materials he bought.  I was

11   lucky he still had the sprayer in the

12   garage.  It was tucked away.

13       Q.  When you say "tucked away," where

14   was it tucked away?

15       A.  In the corner in the garage.

16       Q.  Did it still have product in it?

17       A.  No.  He made sure he cleaned them

18   out each time he used them so . . .

19       Q.  Do you know why he made sure he

20   cleaned them out each time he used them?

21       A.  I think it was -- I think it was so

22   the sprayer didn't clog because I think he

23   said something about it would build up in

24   there and be sticky or something so . . .

25       Q.  Do you know where he disposed of

KAREN WOOTEN

1    Q.  A year or something?

2    A.  Couple of months probably because

3    '66 in June.  So we moved there around

4    Christmastime December of '66.  So it was

5    '67 January we moved to that one in May or

6    June.  About six months maybe.

7    Q.  Was Roundup used at the studio

8    apartment?

9    A.  No.

10   Q.  What was the first residence when

11   Mr. Wooten used Roundup?

12   A.  At the Sycamore residence.

13   Q.  Okay.

14   A.  And it was after they started using

15   it at the City that he started using it at

16   home.

17   Q.  So about the same time period you

18   testified earlier today?

19   A.  Correct.

20   Q.  Besides your aunt, does anyone else

21   currently live with you?

22   A.  No.

23   Q.  Currently what are your sources of

24   income?

25   A.  Social security and my retirement.

KAREN WOOTEN

1    Q.   Okay.  And what year did he retire?

2    A.   '96 or '97.  I'm not positive right

3    now.

4    Q.   Information that I have is June

5    of 1997.  Does that --

6    A.   That's probably correct.

7    Q.   Okay.

8    A.   I know it was in May or June.

9    Q.   And do you know why he retired?

10    A.   Yeah, he just wanted to quit.

11    Enjoy some life after watching his dad.

12    Q.   He was 52 when he retired?

13    A.   I think he was 53 or 54.

14    Q.   Okay.  So he's a '45 baby; right?

15    A.   Right.

16    Q.   So about 52 years old if my math is

17    right.

18    A.   That's probably right then.  He had

19    a birthday in April.  Then it would have

20    been May or June.

21    Q.   So you attribute his retirement --

22    again, please tell us what you attribute him

23    retiring to?

24    A.   I think he was just tired of

25    putting in all the days and then not

KAREN WOOTEN

1    before he was diagnosed with NHL?

2        A.  Yes.

3        Q.  What cancers were those?

4        A.  That was basal cell from his face.

5        Q.  So the basal cell carcinoma?

6        A.  Yeah.

7        Q.  Was he diagnosed with more than

8    basal cell carcinoma?

9        A.  Yeah.  The first one was, like, in

10   the early '90s I think, and that was on his

11   cheek.  And then he had one on his nose

12   later on.  I'm not sure.  I think it was in

13   the 2000s, but I'm not positive.

14       Q.  That one was on -- the second one

15   was on his nose?

16       A.  Yes.

17       Q.  Would a date in November of 2012

18   sound right to you?

19       A.  That sounds right to me.

20       Q.  Do you know how the first basal

21   cell carcinoma that he was diagnosed with,

22   how that was treated?

23       A.  Yeah, they cut it off -- out.  Dug

24   it out.

25       Q.  Was he treated for that carcinoma

KAREN WOOTEN

1    with radiation or chemotherapy?

2        A.   No.

3        Q.   With respect to second basal cell

4    carcinoma on his nose, do you know how they

5    treated that?

6        A.   Just take a piece out and kept

7    taking it out until it didn't show up on the

8    biopsy.

9        Q.   Was he ever treated post that with

10   radiation or chemotherapy?

11       A.   No.

12       Q.   For that -- for the basal cell.

13       A.   No.

14       Q.   Do you know whether your husband

15   was ever diagnosed with any type of HIV or

16   AIDS?

17       A.   No, he wasn't.

18       Q.   Do you know if he was ever

19   diagnosed with lupus?

20       A.   No, he wasn't.

21       Q.   Was he ever diagnosed with Crohn's

22   disease?

23       A.   Not Crohn's, no.

24       Q.   Was he ever diagnosed with

25   ulcerative colitis?

KAREN WOOTEN

1      A.   Ulcerative colitis, yes.

2      Q.   Do you know when that diagnosis

3   occurred?

4      A.   Let's see.  It was between 2009 and

5   2010 sometime.  The exact date I can't tell

6   you.

7      Q.   Do you know who diagnosed him with?

8      A.   Yeah, was it Dr. Chaya.  C-h-a-y-a

9   I think is how it's -- and that was at

10  Kaiser also.

11     Q.   Do you know if Mr. Wooten was ever

12  diagnosed with rheumatoid arthritis?

13     A.   No.

14     Q.   Had he ever been diagnosed with

15  celiac disease?

16     A.   No.

17     Q.   Was he ever diagnosed with ulcers?

18     A.   No.

19     Q.   Was he ever diagnosed with eczema?

20     A.   Eczema.  That's a skin thing;

21  right?  He had -- it's not psoriasis, what's

22  the other one?  Is it eczema?  It was like

23  itchy on his legs.  It was a skin thing.

24     Q.   Do you recall it being eczema?

25     A.   Is that what -- if that's what she

KAREN WOOTEN

1    BY MS. FLAHERTY:

2        Q.  Based on your -- you knew

3    Mr. Wooten for over 50 years; is that fair?

4        A.  That's fair.

5        Q.  Based on your understanding of his

6    disposition, would he have used Roundup on

7    your Sycamore property had he known it could

8    cause cancer?

9            MS. MOSS:  Objection.

10           THE WITNESS:  No.

11   BY MS. FLAHERTY:

12       Q.  And would he have used it on the

13   property at -- I want to say it's Harding,

14   but I know I'm going to forget.  Is that

15   correct?  Harding?

16       A.  Yes.

17       Q.  Would he have used it on your

18   Harding property if he had thought it could

19   cause cancer?

20           MS. MOSS:  Objection.

21           THE WITNESS:  No.

22   BY MS. FLAHERTY:

23       Q.  Mr. Wooten also used Roundup for 20

24   plus years while at work; is that correct?

25           MS. MOSS:  Objection.

KAREN WOOTEN

1       THE WITNESS:  It probably wasn't

2       exactly 20 because there was some

3       other jobs he did in between, but it

4       was close to 20, yes.

5   BY MS. FLAHERTY:

6       Q.  And based on your conversations

7   with Mr. Wooten, what is your understanding

8   of what percentage of his day-to-day work

9   life was spent spraying Roundup?

10      A.  The majority of it.  Really, I

11  just -- because you have to count in the

12  breaks and the transportation like we talked

13  about earlier, but a good part of his day.

14      Q.  Based on your knowledge of

15  Mr. Wooten and his disposition, do you

16  believe that he would have continued to use

17  Roundup at work had he known it could cause

18  cancer?

19          MS. MOSS:  Objection.

20          THE WITNESS:  No.

21  BY MS. FLAHERTY:

22      Q.  And why do you say that?

23      A.  Because he never wanted to be sick.

24  He just didn't want to be -- I mean, he

25  wouldn't -- I don't know how to say it, but

KAREN WOOTEN

1    from the front of the --

2       Q.  You're not a hang-out-in-the-yard

3    kind of woman; right?

4       A.  No, I don't like yard work.  I

5    don't like to hang out in the yard.

6       Q.  With respect to when your husband

7    went into the care of hospice, and he's now

8    at home, you mentioned that the nurse came

9    in every other day, but was there a hospice

10   care provider there every day?

11      A.  No.

12      Q.  How often -- and was that at your

13   request they not be there to care for him?

14          MS. FLAHERTY:  Object to the form.

15   BY MS. MOSS:

16      Q.  How often was someone from hospice

17   in those last couple weeks present in your

18   home to take care of your husband?

19      A.  I believe they were scheduled to

20   show up at least once a week and the nurse

21   was to show up every couple of days to make

22   sure the medications were correct or he was

23   comfortable.

24      Q.  Okay.  So do you recall how often

25   they were there caring for your husband

KAREN WOOTEN

1   those last couple weeks of your husband's

2   life?

3     A.  Let's say two to three times a

4   week.

5     Q.  Okay.  And what services did they

6   perform when they were there?

7     A.  Just checking his vitals, making

8   sure of that kind of stuff and, like I said,

9   they were supposed to do the bath and stuff,

10   but I just went ahead and did it instead of

11   waiting every three days because I know how

12   he liked to be clean.

13     Q.  So you told them they didn't need

14   to do that aspect when they came in to do

15   it?

16     A.  Right, right.

17

18

19

20

21

22

23

24

25

KAREN WOOTEN

1  ███████████████████████████████

2      Q.   Okay.   And what about his, like,

3  personal hygiene in terms of shaving?   Did

4  you shave him or was that not necessary.

5      A.   I only had to once because it

6  wasn't that long of a time that it would

7  have made any difference.

8      Q.   Any other care that you provided --

9  in terms of eating, was he alert and eating?

10     A.   No.

11     Q.   Okay.   So any other care that you

12  would have been involved with during those

13  last couple weeks?

14     A.   I did try to feed him, like,

15  applesauce and stuff like that that I knew

16  he wouldn't choke or something on but it got

17  so he didn't even want to open his mouth.

18     Q.   Did he go on morphine?

19     A.   They prescribed it but they didn't

20  actually have to use it until the very last

21  day or so.

22     Q.   Who administered the morphine?

23     A.   I would have if I would have

24  thought he was uncomfortable, but he never

25  looked uncomfortable in pain.

KAREN WOOTEN

Page 368

1       Q.  How was that to be administered,

2   the morphine?

3       A.  Under the tongue.  I think it was

4   the liquid.

5       Q.  Okay.

6       A.  Because he couldn't swallow pills.

7       Q.  With respect to your husband's use

8   at the City of Riverside, his use of

9   Roundup, eight-hour day.  It's fair to say

10  he wasn't constantly applying Roundup; is

11  that correct?

12      A.  That's correct.

13      Q.  And I think you told us earlier you

14  can't really tell us how many hours a day he

15  was actually applying Roundup; is that fair?

16      A.  That's correct.

17      Q.  Thank you.

18          MS. FLAHERTY:  Just a couple

19      follow-ups.  We're really close.

20          MS. MOSS:  The battle of the

21      questioners.

22

23                  FURTHER EXAMINATION

24  BY MS. FLAHERTY:

25      Q.  I just have a couple more questions

KAREN WOOTEN

1    to follow up on what counsel just raised

2    with respect to hospice.

3            Was anybody from hospice present

4    when Mr. Wooten passed?

5        A.  No.  I had to call them.  They had

6    been there earlier and she said, oh, he

7    probably will be a few more days.

8        Q.  What time of day was it when he

9    passed?

10       A.  Around 2 o'clock in the afternoon.

11       Q.  Were you there with him?

12       A.  Oh, yeah.

13       Q.  Was anybody else present?

14       A.  Gosh, you know what?  I can't

15   remember if there was somebody else in the

16   room or not.  But I know I was talking to my

17   other sister back East on the phone when he

18   took his last breath.

19       Q.  Do you remember your last

20   conversation with your husband?

21       A.  It was before he left the hospital,

22   I mean, where he was able to talk to me.

23       Q.  Do you remember the last things you

24   said to your husband?

25       A.  Not a whole lot.  I mean, he was