UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to: *Hernandez v. Monsanto Co.*, 17-cv-7364 *Calderon v. Monsanto Co.*, 19-cv-1630 | **PRETRIAL ORDER NO. 196: DENYING MOTIONS TO SEAL; DIRECTING APPEARANCE AT CASE MANAGEMENT CONFERENCE** Re: Dkt. Nos. 8392, 8396 |

The motions to seal are denied for failure to attach unredacted versions of the documents sought to be filed under seal. *See* Local R. 79-5(d)(1)(D). In addition, David Diamond is directed to appear in person at the case management conference for *In re Roundup Products Litigation*, 16-md-2741, on Monday, December 16, 2019, at 10:00 a.m. in San Francisco, Courtroom 4, 17th Floor. That case management conference will include a discussion of the recent filing errors in this MDL.

**IT IS SO ORDERED.**

Dated: December 12, 2019

_____

VINCE CHHABRIA
United States District Judge