1  **HOLLINGSWORTH LLP**
   Joe G. Hollingsworth (*pro hac vice*)
2  Eric G. Lasker (*pro hac vice*)
   1350 I Street, N.W.
3  Washington, DC  20005
   Telephone:  (202) 898-5800
4  Facsimile:   (202) 682-1639
   Email:       jhollingsworth@hollingsworthllp.com
5                elasker@hollingsworthllp.com

6  *Attorneys for Defendant*
   *MONSANTO COMPANY*
7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10 | IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
   | --- | --- |
11 | | Case No. 3:16-md-02741-VC |

12 | This document relates to: | |
   | --- | --- |
13 | *Wilbur Stockland v. Monsanto Co.*, Case No. 3:19-cv-06943-VC | |
14 | | |

15        **MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT**

16        Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Monsanto Company

17 ("Monsanto") makes the following disclosures:

18        1.      Monsanto is an indirect, wholly-owned subsidiary of Bayer AG.

19        2.      Bayer AG is a publicly held corporation.

20 DATED:  December 12, 2019          Respectfully submitted,

21                                    /s/ Joe G. Hollingsworth
                                      Joe G. Hollingsworth (*pro hac vice*)
22                                    (jhollingsworth@hollingsworthllp.com)
                                      Eric G. Lasker (*pro hac vice*)
23                                    (elasker@hollingsworthllp.com)
                                      HOLLINGSWORTH LLP
24                                    1350 I Street, N.W.
                                      Washington, DC  20005
25                                    Telephone:  (202) 898-5800
                                      Facsimile:   (202) 682-1639
26
                                      *Attorneys for Defendant*
27                                    *MONSANTO COMPANY*

28

              MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT
                    3:16-md-02741-VC & 3:19-cv-06943-VC