1  **NIELSEN, PETERSON & NIELSEN LLP**
   Jonathan Nielsen (SBN: 239416)
2  *jonathan@npnlaw.com*
   Kirt J. Peterson (SBN: 245071)
3  *kirt@npnlaw.com*
   Tanner Nielsen (SBN: 294525)
4  *tanner@npnlaw.com*
   4015 Mission Oaks Blvd., Suite B
5  Camarillo, CA 93012
   Telephone: (805) 639-8600
6  Facsimile: (805) 228-4669

7  Attorneys for Plaintiff,
   ARMANDO VARGAS CHAVEZ
8

9               UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11

| IN RE: ROUNDUP PRODUCTS LIBABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No.: 3:16-md-02741-VC |
| Armando Vargas Chavez v. Monsanto Co., et al., 3:18-cv-04855 | **STIPULATION FOR EXTENSION OF TIME TO OPPOSE MOTION FOR SUMMARY JUDGMENT AND PROPOSED ORDER** |
| | **DENIED** |

**STIPULATION FOR EXTENSION OF TIME TO OPPOSE MOTION FOR SUMMARY JUDGMENT –**
page 1

1     The parties, by and through their respective counsel, hereby agree and stipulate, and
2 jointly request that the Court agree to the following stipulation allowing for the extension of time
3 to file an opposition to Defendant's Motion For Summary Judgment.

4 **RECITALS**

5     **WHEREAS**, Defendant Monsanto Co. filed a Motion for Summary Judgment as to
6 Plaintiff Armando Vargas Chavez's complaint.

7     **WHEREAS**, opposition to the Motion for Summary Judgment is due on December 10,
8 2019.

9     **WHEREAS**, Counsel for the Plaintiff and Defendant have agreed that Plaintiff may have
10 an extension to file an opposition provided that Defendant is also provided an extension to reply
11 to the opposition.

12     **THEREFORE**, the parties stipulate and agree as follows:

13     1.    Plaintiff Armando Vargas Chavez's opposition to Defendant Monsanto Co.'s
14 Motion For Summary Judgment is extended to December 24, 2019.

15     2.    Defendant Monsanto Co.'s reply to Plaintiff Armando Vargas Chavez's
16 opposition is extended to January 7, 2020.

17     **IT IS SO STIPULATED**:

18 DATED: December 10, 2019

19                                       **NIELSEN, PETERSON & NIELSEN LLP**

20                                          /s/ Jonathan Nielsen
                                     By:_____
21                                           Jonathan Nielsen
22                                           Attorney for Plaintiff

23

24 DATED: December 10, 2019        **WILKINSON WALSH + ESKOVITZ LLP**

25                                        /s/ Brian L. Stekloff
                                     By:_____
26                                          Brian L.  Stekloff
27                                          Attorney for Defendant

28

**[PROPOSED] ORDER**

Based on the stipulation of the parties and for good cause appearing, the Court ORDERS as follows:

1. Plaintiff Armando Vargas Chavez's opposition to Defendant Monsanto Co.'s motion for summary judgment is due December 24, 2019.

2. Defendant Monsanto Co.'s reply to Armando Vargas Chavez's opposition is due January 7, 2020.

**IT IS SO ORDERD**:

DATE: December 12, 2019

_____

DENIED

Judge Vince Chhabria

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION FOR EXTENSION OF TIME TO OPPOSE MOTION FOR SUMMARY JUDGMENT – page 3