**GOLDBERG & OSBORNE LLP**
**David J. Diamond (*pro hac vice*)**
**698 E. Wetmore Rd., Suite 200**
**Tucson, AZ 85705**
**(520) 620-3975**
**ddiamond@goldbergandosborne.com**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Master Docket Case No. 16-md-02741-VC |
| **THIS DOCUMENT RELATES TO:** | Honorable Vince Chhabria |
| *Jaime Alvarez Calderon v. Monsanto Company* 3:19-cv-01630 | |
| *Ruben Hernandez, et al. v. Monsanto Company* 3:17-cv-07364 | |

### MOTION FOR LEAVE TO APPEAR TELEPHONICALLY AT THE CASE MANAGEMENT CONFERENCE SCHEDULED FOR DECEMBER 16, 2019

Plaintiff's counsel, David Diamond, hereby respectfully requests that this Court grant leave for him to appear telephonically, and states as follows:

1. On December 12, 2019, this Court Ordered David Diamond to appear in person at the Case Management Conference scheduled for Monday, December 16, 2019, at 10:00 a.m. in San Francisco, Courtroom 4, 17th Floor.

2. David Diamond has a previously scheduled evidentiary hearing in Hyne v. Burnett, Pima County Superior Court, Case No. C20174153, set for that same day from 1:00 p.m. to 5:00 p.m., in Arizona.

3.      David Diamond wishes to appear at the Hearing in this Court, as opposed to other counsel in his office, as he has taken a lead role in this litigation and his assistant, Kathy Hampton, whose hard work, attitude and dedication he values greatly, is the assistant helping him with the filing of documents in this matter.

WHEREFORE, Plaintiff's counsel respectfully requests that this Court allow leave for him to appear telephonically at the Case Management Conference on December 16, 2019.

Dated this 12th day of December, 2019.

Respectfully Submitted,

*/s/ David J. Diamond*
David J. Diamond
Goldberg & Osborne LLP
698 E. Wetmore Road, Suite 200
Tucson, AZ 85705
Tel: (520) 620-3975
Fax: (520) 620-3991
ddiamond@goldbergandosborne.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I, David J. Diamond, hereby certify that on December 12, 2019, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

*/s/ David J. Diamond*
David J. Diamond

**MOTION FOR LEAVE TO APPEAR TELEPHONICALLY**