**GOLDBERG & OSBORNE LLP**
David J. Diamond (*pro hac vice*)
698 E. Wetmore Rd., Suite 200
Tucson, AZ 85705
(520) 620-3975
ddiamond@goldbergandosborne.com

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Master Docket Case No. 16-md-02741-VC |
| **THIS DOCUMENT RELATES TO:** | Honorable Vince Chhabria |
| *Jaime Alvarez Calderon v. Monsanto Company* 3:19-cv-01630 | |
| *Ruben Hernandez, et al. v. Monsanto Company* 3:17-cv-07364 | |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S COUNSEL'S MOTION FOR LEAVE TO APPEAR TELEPHONICALLY AT THE CASE MANAGEMENT CONFERENCE SCHEDULED FOR DECEMBER 16, 2019**

Upon consideration of Plaintiff's Counsel's Motion for Leave to Appear Telephonically at the Case Management Conference Scheduled for December 16, 2019:

**IT IS SO ORDERED** that David Diamond be permitted to appear telephonically at the Case Management Conference on December 16, 2019.  The call in number is: _____.

DATE: _____     _____
                                                                                          HONORABLE VINCE CHHABRIA
                                                                                          UNITED STATES DISTRICT COURT