**GOLDBERG & OSBORNE LLP**
David J. Diamond (*pro hac vice*)
698 E. Wetmore Rd., Suite 200
Tucson, AZ 85705
(520) 620-3975
ddiamond@goldbergandosborne.com

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Master Docket Case No. 16-md-02741-VC |
| **THIS DOCUMENT RELATES TO:** | Honorable Vince Chhabria |
| *Jaime Alvarez Calderon v. Monsanto Company* 3:19-cv-01630 | |
| *Ruben Hernandez, et al. v. Monsanto Company* 3:17-cv-07364 | |

### ORDER DENYING PLAINTIFF'S COUNSEL'S MOTION FOR LEAVE TO APPEAR TELEPHONICALLY AT THE CASE MANAGEMENT CONFERENCE SCHEDULED FOR DECEMBER 16, 2019

Upon consideration of Plaintiff's Counsel's Motion for Leave to Appear Telephonically at the Case Management Conference Scheduled for December 16, 2019:

**IT IS SO ORDERED** that the request to appear telephonically at the Case Management Conference on December 16, 2019, is denied.

DATE: December 13, 2019

_____
HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT COURT

*DENIED — Judge Vince Chhabria*