**WILKINSON WALSH + ESKOVITZ LLP**
Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonwalsh.com)
2001 M St. NW
10th Floor
Washington, DC 20036
Tel:    202-847-4030
Fax:    202-847-4005

*Attorney for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| Case No. 3:16-md-02741-VC | **CERTIFICATION BY BRIAN L. STEKLOFF** |

I, Brian L. Stekloff, hereby certify, on behalf of Wilkinson Walsh + Eskovitz LLP ("Wilkinson Walsh"), that all Wilkinson Walsh attorneys and legal assistants involved in filings in this proceeding have reviewed and familiarized themselves with the relevant rules and case management orders governing filings, consistent with the Court's instructions at the December 16, 2019 case management conference, in order to ensure compliance with the filing requirements of the Court.

Following the December 16, 2019 case management conference, I personally met with all of the Wilkinson Walsh attorneys and legal assistants who work on the Roundup litigation and took the following steps: (i) communicated the message delivered by the Court during the conference, including, but not limited to, the consequences of future filing errors; (ii) distributed to each of the Wilkinson Walsh attorneys and legal assistants who work on the Roundup litigation the subset of case management orders and local rules provided by the Court to the attorneys during the  conference; and (iii) instructed the attorneys and legal assistants to review not only those case management orders and local rules but also any relevant local rules

1. and case management orders other than those provided by the Court during the conference in order to comply with the Court's instructions. I will also distribute the transcript of the December 16, 2019 case management conference to the attorneys and legal assistants as soon as we receive it.

Wilkinson Walsh understands the message and instructions delivered by the Court to the parties at the December 16, 2019 case management conference and certifies its knowledge of the rules and intent to comply.

Executed this 19th day of December, 2019.

/s/ *Brian L. Stekloff*

Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonwalsh.com)
WILKINSON WALSH + ESKOVITZ LLP
2001 M St. NW
10th Floor
Washington, DC 20036
Tel:    202-847-4030
Fax:   202-847-4005

*Attorney for Defendant*
*MONSANTO COMPANY*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 19th day of December, 2019, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

/s/ Brian L. Stekloff