**ARNOLD & PORTER KAYE SCHOLER LLP**
William Hoffman (*pro hac vice*)
(William.Hoffman@arnoldporter.com)
601 Massachusetts Avenue, N.W.
Washington, DC 20001
Tel: 202-942-6915
Fax: 202-942-5999

*Attorney for Defendant*
MONSANTO COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| Case No. 3:16-md-02741-VC | **CERTIFICATION BY WILLIAM HOFFMAN** |

I, William Hoffman, hereby certify, on behalf of Arnold & Porter Kaye Scholer LLP ("Arnold & Porter"), that all Arnold & Porter attorneys and legal assistants involved in filings in this proceeding have reviewed and familiarized themselves with the relevant rules and case management orders governing filings, consistent with the Court's instructions at the December 16, 2019 case management conference, in order to ensure compliance with the filing requirements of the Court.

Following the December 16, 2019 case management conference, all of the Arnold & Porter attorneys and legal assistants who work on the Roundup litigation and are involved in the briefing and filings have been apprised of the message delivered by the Court during the conference, including, but not limited to, the consequences of future filing errors. I have ensured that (i) the subset of case management orders and local rules provided by the Court to the attorneys during the conference have been distributed to each of the Arnold & Porter attorneys and legal assistants who are involved in briefing and filings, and (ii) the attorneys and legal assistants who are involved in briefing and filings have been instructed to review not

1  only those case management orders and local rules but also any relevant local rules and case
2  management orders other than those provided by the Court during the conference in order to
3  comply with the Court's instructions.  I will also distribute the transcript of the December 16,
4  2019 case management conference to the attorneys and legal assistants for their review as soon
5  as we receive it.
6      Arnold & Porter understands the message and instructions delivered by the Court to
7  the parties at the December 16, 2019 case management conference and certifies its knowledge
8  of the rules and intent to comply.

10 Executed this 19th day of December, 2019.

      /s/ *William Hoffman*_____

      William Hoffman (*pro hac vice*)
      (William.Hoffman@arnoldporter.com)
      **ARNOLD & PORTER KAYE SCHOLER**
      601 Massachusetts Avenue, N.W.
      Washington, DC 20001
      Tel: 202-942-6915
      Fax: 202-942-5999

      *Attorney for Defendant*
      *MONSANTO COMPANY*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 19th day of December, 2019, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

<u>/s/ William Hoffman</u>