**WILKINSON WALSH + ESKOVITZ LLP**
Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonwalsh.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonwalsh.com)
2001 M St. NW
10th Floor
Washington, DC 20036
Tel:    202-847-4030
Fax:   202-847-4005

**ARNOLD & PORTER KAYE SCHOLER**
Pamela Yates (CA Bar No. 137440)
(Pamela.Yates@arnoldporter.com)
777 South Figueroa St., 44th Floor
Los Angeles, CA 90017
Tel: 213-243-4178
Fax: 213-243-4199

**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
1350 I St. NW
Washington, DC 20005
Tel: 202-898-5843
Fax: 202-682-1639

**COVINGTON & BURLING LLP**
Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
One City Center
850 10th St. NW
Washington, DC 20001
Tel: 202-662-6000

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Chavez v. Monsanto Co.*, 3:18-cv-04855 | MDL No. 2741<br>Case No. 3:16-md-02741-VC<br><br>**MONSANTO COMPANY'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF MOTION FOR SUMMARY JUDGMENT AND SUPPORTING EXHIBITS** |

Pursuant to Civil Local Rules 79-5 and 7-11 and the Amended Protective and Confidentiality Order entered by the Court on September 6, 2017 ("Amended Protective Order") at ¶ 18, as well as Fed. R. Civ. P. 5.2, Defendant Monsanto Company ("Monsanto") seeks permission to file under seal

discrete portions of its motion for summary judgment and certain supporting exhibits in *Armando Vargas Chavez v. Monsanto Co., et al.*, MDL Docket No. 7877; No. 3:18-cv-04855-VC, Docket No. 19, as described in the accompanying Declaration of Brian L. Stekloff.

Monsanto has filed conditionally under seal portions of its motion and supporting exhibits that contain information about medical conditions and/or other personally identifiable information of plaintiffs and other individuals.  Monsanto has redacted social-security numbers and dates of birth pursuant to Federal Rule of Civil Procedure 5.2.  In addition, Co-Lead Counsel for Plaintiffs in this litigation requested that addresses and all medical information for all Plaintiffs, other than the fact of NHL diagnosis and the treatment for that condition, be redacted, pursuant to the Amended Protective Order.  Plaintiffs are therefore the "Designating Party" for such information under Local Rule 79-5(e).  All of these redactions are indicated by red boxes.  In support of this request, attached hereto is a Declaration from Brian L. Stekloff specifically describing the proposed redactions and a Proposed Order granting Monsanto's motion.

## CONCLUSION

Monsanto respectfully requests that the Court grant its Administrative Motion to File Under Seal Portions of its Motion for Summary Judgment and certain Supporting Exhibits.

| | |
|---|---|
| 1 | DATED:  December 20, 2019 |
| 2 | Respectfully submitted, |
| 3 | /s/ *Brian L. Stekloff*_____ |
| 4 | Brian L. Stekloff (*pro hac vice*) |
|   | (bstekloff@wilkinsonwalsh.com) |
| 5 | Rakesh Kilaru (*pro hac vice*) |
|   | (rkilaru@wilkinsonwalsh.com) |
| 6 | WILKINSON WALSH + ESKOVITZ LLP |
| 7 | 2001 M St. NW |
|   | 10th Floor |
| 8 | Washington, DC 20036 |
|   | Tel:    202-847-4030 |
| 9 | Fax:   202-847-4005 |

Pamela Yates (CA Bar No. 137440)
(Pamela.Yates@arnoldporter.com)
ARNOLD & PORTER KAYE SCHOLER
777 South Figueroa St., 44th Floor
Los Angeles, CA 90017
Tel: 213-243-4178
Fax: 213-243-4199

Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I St. NW
Washington, DC 20005
Tel: 202-898-5843
Fax: 202-682-1639

Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
COVINGTON & BURLING LLP
One City Center
850 10th St. NW
Washington, DC 20001
Tel: 202-662-6000

*Attorneys for Defendant*
*MONSANTO COMPANY*

MONSANTO COMPANY'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF MOTIONS
AND SUPPORTING EXHIBITS 3:16-MD-02741-VC; 3:18-CV-04855

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of December, 2019, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

/s/ Brian L. Stekloff

- 1 -

MONSANTO COMPANY'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF MOTIONS AND SUPPORTING EXHIBITS; 3:16-MD-02741-VC; 3:18-CV-04855