UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>*Chavez v. Monsanto Co.*, 3:18-cv-04855 | ) MDL No. 2741<br>)<br>) Case No. 3:16-md-02741-VC<br>)<br>) **DECLARATION OF BRIAN L.**<br>) **STEKLOFF IN SUPPORT OF**<br>) **MONSANTO COMPANY'S**<br>) **ADMINISTRATIVE MOTION TO FILE**<br>) **UNDER SEAL PORTIONS OF MOTION**<br>) **FOR SUMMARY JUDGMENT AND**<br>) **SUPPORTING EXHIBITS**<br>)<br>) |

I, Brian L. Stekloff, hereby declare as follows:

1. I am a partner in the law firm Wilkinson Walsh + Eskovitz. My firm is counsel to Monsanto in the above-captioned action.

2. Monsanto's Administrative Motion to File Under Seal Portions of its Motion for Summary Judgment and Supporting Exhibits seeks to maintain the confidentiality of Plaintiffs' personally identifiable information and medical conditions.

3. Fed. R. Civ. P. 5.2 provides that certain personally identifiable information, including an individual's social-security number and birth date, generally must be redacted.

4. Co-Lead Counsel for Plaintiffs in this litigation requested that addresses and all medical information for all Plaintiffs, other than the fact of NHL diagnosis and the treatment for that condition, be redacted, pursuant to the Amended Protective Order. This information has been designated as "Confidential" by Plaintiffs pursuant to the Amended Protective Order (MDL Doc. # 519; Pre-Trial Order No. 30).

5. Pursuant to Plaintiffs' request as the Designating Party and Fed. R. Civ. P. 5.2, Monsanto has prepared proposed redactions of the following documents:

- Pages 1:17; 4:26; 4:28; 5:3; 5:28—Monsanto's Notice of Motion and Motion for Summary Judgment ("the Motion"), MDL Docket No. 7877; No. 3:18-cv-04855-VC, Docket No. 19.
- Pages 6:5; 11:23-24—Deposition of Armando Vargas Chavez, taken July 25, 2019, in *Chavez v. Monsanto Co.*, Northern District of California Case No. 3:18-cv-04855-VC, attached as Exhibit 1 to the Motion.
- Page 178:8–25—Deposition of Armando Vargas Chavez, taken September 19, 2019, in *Chavez v. Monsanto Co.*, Northern District of California Case No. 3:18-cv-04855-VC, attached as Exhibit 2 to the Motion.
- Page 56:10; 57:12–13—Deposition of Dr. Hao Wang, taken October 28, 2019, in *Chavez v. Monsanto Co.*, Northern District of California Case No. 3:18-cv-04855-VC, attached as Exhibit 3 to the Motion.
- Page 38:17–25; 39; 40:1–12, 40:19–24—Deposition of Dr. Walter Burstein, taken September 12, 2019, in *Chavez v. Monsanto Co.*, Northern District of California Case No. 3:18-cv-04855-VC, attached as Exhibit 7 to the Motion.
- Portions of Pages 2, 3, 4, 5, and 6—Armando Chavez, First Amended Plaintiff Fact Sheet, dated February 13, 2019, attached as Exhibit 9 to the Motion.

6. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 20th day of December, 2019.

*/s/ Brian L. Stekloff*
Brian L. Stekloff