UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) MDL No. 2741 ) ) Case No. 3:16-md-02741-VC ) ) **[PROPOSED] ORDER GRANTING** |
| *Chavez v. Monsanto Co.*, 3:18-cv-04855 | ) **MONSANTO COMPANY'S** ) **ADMINISTRATIVE MOTION TO FILE** ) **UNDER SEAL PORTIONS OF** ) **MOTION AND SUPPORTING** ) **EXHIBITS** ) |

Before the Court is the motion of Defendant Monsanto Company to file under seal portions of motions and supporting exhibits re: Motion for Summary Judgment in *Chavez v. Monsanto Co.*, MDL Docket No. 7877, No. 3:18-cv-04855-VC, Docket No. 19. Having considered the papers, and for compelling reasons shown, the Court hereby ORDERS that the following documents shall be maintained under seal until further order of the Court, with the publicly filed versions redacted as follows:

| Document | Portion Sought to be Sealed | Sealing Granted (Y/N) (to be completed by the Court) |
|---|---|---|
| Monsanto's Notice of Motion and Motion for Summary Judgment | Pages 1:17; 4:26; 4:28; 5:3; 5:28. | |
| Deposition of Armando Vargas Chavez, taken July 25, 2019, in *Chavez v. Monsanto Co.*, Northern District of California Case No. 3:18-cv-04855-VC, attached as Exhibit 1 | Pages 6:5; 11:23-24. | |

- 1 -

[PROPOSED] ORDER GRANTING MONSANTO COMPANY'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL; 3:16-MD-02741-VC; 3:18-CV-04855.

| | |
|---|---|
| Deposition of Armando Vargas Chavez, taken September 19, 2019, in *Chavez v. Monsanto Co.*, Northern District of California Case No. 3:18-cv-04855-VC, attached as Exhibit 2 | Page 178:8–25. |
| Deposition of Dr. Hao Wang, taken October 28, 2019, in *Chavez v. Monsanto Co.*, Northern District of California Case No. 3:18-cv-04855-VC, attached as Exhibit 3 | Page 56:10; 57:12–13. |
| Deposition of Dr. Walter Burstein, taken September 12, 2019, in *Chavez v. Monsanto Co.*, Northern District of California Case No. 3:18-cv-04855-VC, attached as Exhibit 7 | Page 38:17–25; 39; 40:1–12, 40:19–24. |
| Armando Chavez, First Amended Plaintiff Fact Sheet, dated February 13, 2019, attached as Exhibit 9 | Portions of Pages 2, 3, 4, 5, and 6. |

Date: _____, 2019

_____
HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT COURT