# EXHIBIT 1

```
 1              UNITED STATES DISTRICT COURT

 2              NORTHERN DISTRICT OF CALIFORNIA

 3

 4

 5

 6  IN RE: ROUNDUP PRODUCTS      )

 7  LIABILITY LITIGATION         ) CASE NO. 3:16-md-02741-VC

 8  _____) MDL No. 2741

 9  Armando Vargas Chavez        )

10  v. Monsanto Company          )  CASE NO. 3:18-cv-04855

11  _____)

12

13

14

15

16        VIDEOTAPED DEPOSITION OF ARMANDO VARGAS CHAVEZ

17                 THURSDAY, JULY 25, 2019

18

19

20  REPORTED BY CATHY CLUTE, CSR NO. 11677, RPR

21

22

23

24

25
```

```
 1    I'll try that again.  It's Case No. 3:16-md-02741-VC.          09:17:39

 2           Please state your full name and home address

 3    for the record.

 4      A.   My name is Armando Vargas Chavez.  My address

 5    is ███████████████████████████                               09:18:07

 6      Q.   How long have you lived at that address?

 7      A.   Like 16 years.

 8      Q.   Do you own or rent that home?

 9      A.   I'm the owner.

10      Q.   Okay.  I'm going to go over the ground rules          09:18:40

11    for a deposition.  And if you have any questions or

12    don't understand me as I'm giving you those rules,

13    please let me know, and I'll do my best to clarify them.

14    Okay?

15      A.   Okay.                                                 09:19:02

16      Q.   All right.  First of all, we are using an

17    interpreter from Spanish to English and English to

18    Spanish.  You may have some understanding of English,

19    enough that you understand my question in English, but

20    even if you do, for today's deposition you need to          09:19:19

21    listen to the Spanish translation and only answer the

22    question I asked when it's been translated into Spanish.

23           Do you understand that?

24      A.   Okay.

25      Q.   Same thing when -- when you hear my question --        09:19:37
```

Armando Vargas Chavez

```
 1      A.   Okay.                                        09:26:28

 2      Q.   Have you taken any medications in the last 48

 3  hours?

 4      A.   No.

 5      Q.   Have you had any alcohol in the last 24 hours?   09:26:42

 6      A.   No.

 7      Q.   Have you taken any nonprescription drugs in the

 8  last 24 hours?

 9      A.   No.

10      Q.   Have you had any marijuana in the last 24       09:27:15

11  hours?

12      A.   No.

13      Q.   One thing I would ask is that you speak up a

14  little bit.  I know we're using a translator, but it's

15  always good in case the jury sees this videotape that    09:27:30

16  they can hear you a little bit better.  Okay?

17      A.   Okay.

18      Q.   Can you think of any reason today why you can't

19  give your best deposition today?

20      A.   I'll do my best to give you the answers.        09:28:07

21      Q.   Thank you.

22           What is your date of birth?

23      A.   ████████

24      Q.   Did I -- did you say ████

25      A.   Yes.                                            09:28:43
```

1   fire or spraying?                                        01:55:25

2       A.   With a spray machine, that's basically like a

3   tank or a pump to spray the -- the chemicals, and there

4   were two things.  There was a big tank where you had to

5   mix the product that you were going to spray, and then   01:56:19

6   they gave us another machine, one that you could wear

7   that was sort of like a backpack to spray.

8           Where the truck or the pickup truck could not

9   access, the pickup truck that had the tank, a weed

10  killer, wherever that truck could not access, we were    01:57:00

11  supposed to walk up there with this backpack and spray

12  those areas.  We would spray with that backpack we were

13  wearing, and we would pump it by hand.

14      Q.   Okay.  And you did both of those things during

15  the first four years where you were working with the     01:57:32

16  hoses?

17      A.   I just want to clear something up.

18      Q.   Sure.

19      A.   I just want to make it clear that the spraying

20  I did from when I barely started working with them all   01:58:05

21  the way up until I didn't work with them anymore.

22      Q.   So that would have been from -- you -- I think

23  what you're saying is you sprayed from 2004 to 2016?

24      A.   Yes.

25      Q.   Did you -- what kind of -- strike that.         01:58:29

```
 1          What kind of chemicals did you spray during      01:58:32

 2   that time frame?

 3       A.   Just the QuikPRO.

 4       Q.   At the same -- you said Roundup QuikPRO?  Is

 5   that the same brand that you brought today, the label?   01:58:58

 6       A.   Yes.

 7       Q.   Okay.  And you mixed that into the backpack

 8   tank?

 9       A.   Well, first, we would put it into that big

10   tank.  We would mix it, then we would fill the backpack   01:59:19

11   tank, and we would put it on our backs, and then we

12   would spray.

13       Q.   Did you use -- ever use any other brands of

14   herbicide at Hiji Farms when you worked there?

15       A.   In all the years that I worked there, only one   02:00:21

16   day did we use a different brand.

17       Q.   When was that?

18       A.   I don't remember.  In one year, it was only one

19   day.

20       Q.   Okay.  You worked there for 14 years, correct?   02:00:48

21       A.   Eleven and a half.

22       Q.   I'm sorry, you're right.  Okay.  In the 11 and

23   a half years that you worked there, you said -- your

24   testimony is that there was just one day where you

25   sprayed a different brand herbicide; is that correct?   02:01:15
```

Armando Vargas Chavez

1    A.   When more weed would grow.                          02:18:39

2    Q.   When you say you sprayed everything, what are

3    you referring to?

4    A.   The company had a lot of ranches, so we had to

5    cover all of them.                                       02:18:58

6    Q.   When you went to a ranch, and you -- what part

7    of the ranch did you spray?

8    A.   We called ditches everything that's on the

9    border or the outside border.

10   Q.   So does that mean that you never sprayed           02:19:21

11   directly on the dirt that was actually going to grow the

12   crops; is that correct?

13   A.   No, never.

14   Q.   Do you know if herbicides were ever sprayed

15   directly on the dirt where the crops were going to be   02:19:48

16   grown on any of the Hiji Farms's properties?

17   A.   No.

18   Q.   So if I understood what you told me a little

19   earlier, when you did spray the herbicide, you would

20   spray around the perimeter of the crops, correct?       02:20:47

21   A.   Yes.

22   Q.   And then you would spray it on the irrigation

23   ditches on the side?

24   A.   Yes, wherever we found weeds.

25   Q.   Okay.  Would that also be on the edges of the      02:21:07

Armando Vargas Chavez

```
 1     Q.   Tell me what you remember -- excuse me, strike    02:25:36

 2   that.

 3          Tell me what you remember about the process of

 4   mixing the -- the QuikPRO during your first year at Hiji

 5   Farms.                                                   02:25:52

 6     A.   To mix, it was always the same process.  We

 7   would put on all our equipment, our boots and the pants,

 8   the gloves, the goggles -- well, not goggles, they were

 9   some type of glasses that they would use, the mask, and

10   then we would start mixing.                              02:26:26

11     Q.   And you put on all that equipment from the

12   first time that you started working at Hiji Farms?

13     A.   Yes.  Different types of masks.  Whatever they

14   gave us, that's what we used.

15     Q.   Okay.  After you had your training and your      02:26:54

16   certification in 2014 -- let me back up.

17          You've handed me a certification, and we'll

18   just go ahead mark that as next in order.

19          (Exhibit 2 was marked for identification.)

20          MR. NIELSEN:  Do you want the back page?          02:27:09

21          THE REPORTER:  That's two pages?

22          MR. LAW:  Yeah, that's fine.

23          What number are we on?

24          THE REPORTER:  That's two -- two.

25     Q.   BY MR. LAW:  Okay.  So Exhibit 2 is a front       02:27:37
```

Armando Vargas Chavez

```
 1   side and back side of your Hiji Bros. certificate, and        02:27:41

 2   it says it was issued in June of 2014 and expires in

 3   June of 2015, correct?

 4       A.   Yes.

 5       Q.   Is that a certification that you had before --       02:27:59

 6   even before you got -- had this card?

 7       A.   Every year, we would get a new one.  We would

 8   get a one-day training session every year.

 9       Q.   Did you have that training session back in 2004

10   before you first applied QuikPRO to the crops or to that      02:28:22

11   area?

12       A.   I don't remember that, but I know that sometime

13   in that year, I did go to the training.

14       Q.   After you had that first training, did you

15   change anything about the way you either mixed the            02:28:45

16   Roundup or put on protective clothing?

17       A.   To do that job, you need two people.  The

18   new-hire will go out and spray with someone who already

19   knows how to do that job, and the person who knows,

20   trains us.                                                    02:29:42

21       Q.   After your first training, did you learn

22   anything new about mixing Roundup or wearing protective

23   clothing that you did not know before the training?

24       A.   Yes.

25       Q.   What was different?                                  02:30:12
```

1    A.   I didn't know anything about that, and in that    02:30:19

2    class I learned how -- how to put on all the gear that I

3    need in order to spray.

4    Q.   Were you trained at all before this class?

5    Were you trained by anyone how to put on protective gear    02:30:38

6    before you took your first class?

7    A.   I was trained the very first day I went to

8    spray.  The person who already knew taught me how to put

9    on all the gear that I needed to wear and how to do the

10   mixing.    02:31:22

11   Q.   Okay.  Tell me what you learned when you first

12   started at Hiji Farms about how to do the mixing.

13   A.   The first thing you have to do is to put on all

14   the gear, like I said before, the boots, the pants, the

15   gloves, the mask, those glasses.  Then we have to check    02:32:06

16   the tank that everything's fine.

17        It has a motor that does the mixing.  We check

18   the motor, that it has oil, that it has gas.  Then we

19   fill the tank with water.  We turn on the motor.  It

20   starts to mix.  Then we start emptying one gallon of    02:32:51

21   QuikPRO at a time.  If we fill the entire 200-gallon

22   tank, we'll end up using either three or four gallons of

23   the QuikPRO.  Usually it is four gallons.

24   Q.   With -- what would be the reason to only put

25   three gallons in?    02:33:38

```
 1      A.   When the weeds were very short, they died more      02:33:47

 2   quickly.  When they were a lot taller, we would put

 3   four gallons' worth because the weeds were more -- they

 4   were heartier.

 5      Q.   Were there ever times where the tank was          02:34:07

 6   partially full and you were just adding to it?

 7      A.   We need 50 gallons of water per gallon of

 8   QuikPRO.

 9      Q.   So if you had half a tank, you would only have

10   to use --                                                 02:34:37

11      A.   We would just put two.

12      Q.   Thank you.

13           Okay.  Let's talk a little bit about the

14   clothing that you wore.  Let's start with the shoes.

15   What type of shoes did you -- were you provided when you  02:34:59

16   first started at Hiji Farms?

17      A.   Overshoes, something that you put on top of --

18   overshoes -- something that you wear on top of your

19   shoes.  They weren't boots.

20      Q.   What were they made out of?                       02:35:25

21      A.   They were rubber, like any other boot, except

22   that they went over the shoe.

23      Q.   And how high up did they go?

24      A.   For me, it was about calf high, just below the

25   knee.                                                     02:35:53
```

Armando Vargas Chavez

```
 1      Q.   Do you know if the shoes were -- the overshoes    02:36:02

 2  were washed before they were given to you?

 3      A.   Well, they would give us brand-new ones, and

 4  when we would finish our day's worth, we would -- each

 5  person was in charge of washing their own.                 02:36:27

 6      Q.   Okay.  So you took the -- okay.  So when you

 7  first got your boots, do you know whether or not the

 8  person before you had washed them?

 9      A.   Nobody had used them.  They gave me brand-new

10  ones.                                                      02:36:50

11      Q.   And then how long would you hold on to those

12  boots?

13      A.   I could use those boots for the other duty I

14  had there, about pulling the hoses.  So let's say two to

15  three months; they would last me for two to three months  02:37:25

16  if I used them every single day.

17      Q.   And then they would wear out?

18      A.   Yes.

19      Q.   And --

20      A.   But as long as they weren't cracked anywhere,     02:37:38

21  they were still fine.

22      Q.   Were they -- those boots provided free?

23      A.   Yes.

24      Q.   When you finished a day of work where you

25  applied the Roundup, did you wash off the boots when you   02:37:57
```

Armando Vargas Chavez

```
 1   were done?                                              02:38:03

 2       A.   Yes.  The boots, the gloves, the glasses.

 3       Q.   Did you use any soap to clean those or just

 4   water?

 5       A.   Our foreman would put the soap that was        02:38:53

 6   required for that job.

 7       Q.   Do you know what kind of soap it was?

 8       A.   No.  He would put it -- he would put bags of

 9   that soap in little boxes or containers from which we

10   would dispense the -- the soap that we would use.       02:39:13

11       Q.   Was it solid or a liquid soap?

12       A.   Liquid.

13       Q.   Or was it like a powder?

14       A.   No.  You just squeeze or press down on that,

15   and then it will come out, so yeah, it was liquid.      02:39:38

16       Q.   What type of gloves did you wear?

17       A.   Rubber -- rubber ones.

18       Q.   What type of pants did you wear?

19       A.   White overalls that were -- they were

20   disposable.  You just wore them one day, and then you   02:40:20

21   would just throw them away.

22       Q.   So do you know the name Tyvek, Tyvek?

23       A.   I don't know that.

24       Q.   Do you know the brand of the coverall that you

25   wore?                                                   02:40:41
```

Armando Vargas Chavez

```
1       A.    No.  It had some brand in blue with a blue        02:40:45

2    label or blue letters, but I don't remember what it was.

3       Q.    And this coverall, the white coverall, you said

4    it was thrown away after each use?

5       A.    Yes, we would throw it away.  If ever we got it    02:41:26

6    wet with the spray or the cover will get ripped for some

7    reason, we would change immediately.

8       Q.    Okay.  You mean, if that happened even while

9    you were out in the field?

10      A.    Yes.  The tank uses hoses, and the -- the spray    02:42:02

11   is under pressure, so it could break and it would end up

12   getting us wet.  We always -- we would always carry an

13   extra pair.

14      Q.    How many times did you get sprayed by a broken

15   hose?                                                       02:42:21

16      A.    The worst one was the time that the hose broke

17   since it's under pressure.  The liquid came out and got

18   all the front of me wet, my -- my torso and my face, my

19   eyes, and I had to go to the doctor.

20      Q.    When was that?                                     02:43:02

21      A.    I'm not going to remember the year, but let's

22   say about six years after I started working there.

23      Q.    So around 2010?

24      A.    No.  Before that, like '07.

25      Q.    When it sprayed on you, did the suit that you      02:43:36
```

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Armando Vargas Chavez

```
 1   were wearing prevent the liquid from getting through to      02:43:40

 2   your body or your clothes that you were wearing

 3   underneath?

 4       A.   The material that the pants are made of is very

 5   thin.  The pants got all wet.  Since it came with such       02:44:17

 6   force, it got me right here, and the liquid got all the

 7   way up to -- all the way into my skin.

 8       Q.   Which part of your skin did the liquid make

 9   contact with?

10       A.   Right here, my face, my neck, that's it.  I         02:44:57

11   took everything off and I changed, but I had to go to

12   the doctor so he could check my eyes.

13       Q.   Did the spray get into your eyes?

14       A.   My eyes got very irritated.

15       Q.   Were you wearing eye protection?                    02:45:26

16       A.   Yes.

17       Q.   What type?

18       A.   Not any special type of glasses, but they

19   covered me pretty well.  But with the force that the

20   spray hit my face at, because the hose just ripped, it       02:45:53

21   managed to somehow hit my eyes.

22       Q.   Can you describe the type of glasses that you

23   were wearing?

24       A.   I have some in my pickup, if you want me to

25   bring them and show you.                                     02:46:14
```

```
 1              MR. LAW:  Is that the same that he -- you        02:46:17

 2    brought?

 3              MR. NIELSEN:  Yeah.

 4              MR. LAW:  Now would probably be -- we've been

 5    going an hour.  Why don't we take a quick break, and he    02:46:20

 6    can go and get those.

 7              THE VIDEOGRAPHER:  We are going off the record

 8    at 2:46 p.m.

 9                     (Brief recess.)

10              THE VIDEOGRAPHER:  We are back on the record at   03:14:11

11    3:14 p.m.

12       Q.   BY MR. LAW:  Okay.  Mr. Chavez, while we were

13    on a break, we talked about suspending the deposition in

14    about an hour, because it's starting to get a little

15    late, and we don't want you to be tired and want you to    03:14:27

16    be at your best when you give your testimony.

17              Is that okay with you?

18       A.   Okay.

19       Q.   Do you feel like you're getting tired now?

20       A.   Yes.                                               03:14:43

21       Q.   Okay.  Up to the time we took a break, did --

22    were -- do you believe you were still able to give your

23    best testimony?

24       A.   Yes.

25       Q.   Okay.  And if during the next hour you feel        03:14:58
```

Armando Vargas Chavez

```
 1   you're not able to give your best testimony because       03:15:01

 2   you're tired, please tell me right away, and we'll stop

 3   right then.  Okay?

 4       A.   Okay.

 5       Q.   While we were on a break, your -- you and your    03:15:19

 6   counsel were able to retrieve some protective gear, and

 7   what I think we'll do is if -- your permission is I've

 8   taken some photos and I can probably forward it to the

 9   front desk.  We can use those as exemplar exhibits.

10            MR. NIELSEN:  That's fine.                        03:15:41

11            MR. LAW:  Okay.  And then so I'll get those to

12   you, Madam Court Reporter, before we go here, assuming

13   they'll let me do that, which they should.  Okay.  Thank

14   you.

15            And so we'll put a temporary sticker on that.     03:15:51

16   So Exhibit --

17            THE REPORTER:  Three.

18            MR. LAW:  -- 3 -- 4.

19            THE REPORTER:  Well, this is two pages, right?

20            MR. LAW:  Yeah.  Oh, that's a two.  It looks       03:15:51

21   like a three.  You're right.  You're right.

22       (Exhibits 3 and 4 were marked for identification.)

23       Q.   BY MR. LAW:  So I'm going to hand you what

24   we've marked as Exhibit 3, and these are some plastic

25   protective glasses that you brought.                       03:16:35
```

Armando Vargas Chavez

```
1              They were in your truck, correct?          03:16:37

2      A.   Yes.

3      Q.   Are these the same type of glasses that you

4  were wearing at the time you were sprayed with the

5  herbicide?                                             03:16:49

6      A.   They were the same type except the other ones

7  were darker.

8      Q.   In terms of the shape and the part of your face

9  that they covered, were they the same?

10     A.   There were some other different ones, but I    03:17:07

11 don't have those.  They were similar to these except

12 those -- the frames were black.

13     Q.   Were they the same size?

14     A.   Same size.

15     Q.   So the ones that you were wearing when you were  03:17:29

16 sprayed, were they dark or clear?

17     A.   I liked wearing these when it was overcast, but

18 when it was very bright, I would use the ones that were

19 tinted.

20     Q.   So the day that the hose broke and you were     03:17:53

21 sprayed, were you wearing the clear glasses or the dark

22 glasses?

23     A.   I don't remember, but the pressure made them

24 come off my face.

25     Q.   Actually knocked them off your face?           03:18:14
```

Armando Vargas Chavez

```
 1      A.   Yes.  Because the hose that was under pressure    03:18:20

 2  broke.  I tried to fix it because it was leaking a

 3  little bit before that.  But all of a sudden, it

 4  exploded, and then by the time I turned off the motor,

 5  it had already sprayed me.                              03:18:41

 6      Q.   Okay.  And did you say that it knocked the

 7  glasses off your face?

 8      A.   Yes.

 9      Q.   When that happened, did you have fresh water

10  available on the trailer or on the truck to rinse your  03:18:56

11  eyes out immediately?

12      A.   Yes.

13      Q.   Was it the type with a nozzle that sprays up,

14  up -- straight up so you can just stick your eye over

15  it?                                                     03:19:14

16      A.   We had water in some container with a little

17  hose, so I would just pour the water in my hands and

18  throw it in my face.

19      Q.   Okay.  Did you feel that you were able to get

20  all of the spray out of your eyes?                      03:19:43

21      A.   That's why I went to the doctor.

22      Q.   Because why?

23      A.   I felt they were irritated.  One of them got

24  even more red.

25      Q.   Did you do your best out in the field to wash  03:20:05
```

Armando Vargas Chavez

```
 1   all of the herbicide out of your face?              03:20:07

 2       A.   Yes.  Just with water, water and soap.

 3       Q.   Did you have towels to wipe off your face when

 4   you were done washing?

 5       A.   Yes.                                        03:20:25

 6       Q.   Were they cloth or paper?

 7       A.   Paper towels.

 8       Q.   You also indicated you got some of the liquid

 9   on your neck.  Did you also wash that off with soap and

10   water and then dry it with paper towels?            03:20:40

11       A.   Yes, all of it.  I even took off my clothes.  I

12   took off the overalls, the coveralls, and went to the

13   doctor.

14       Q.   Did you take off your underclothes as well?

15       A.   No.  Just the coverall, the shirt, the mask,  03:21:03

16   and I washed myself.

17       Q.   When you say you took off your shirt, was that

18   your own personal shirt?

19       A.   Yes, my own.  It just got a little bit wet

20   right here.                                          03:21:26

21       Q.   And you're referring to just at the base of

22   your neck?

23       A.   Yes.

24       Q.   And you were careful to wash and wipe that off

25   right away, correct?                                 03:21:34
```

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Armando Vargas Chavez

```
 1    A.   Yes.                                          03:21:41

 2    Q.   Did the liquid get through the -- go through

 3  the white suit at all, to your recollection?

 4    A.   I felt that my pants were a little wet, but I

 5  just took off the overalls.  I threw it away, the     03:22:14

 6  coverall.

 7    Q.   So the pants you were wearing underneath, did

 8  you say those got liquid on them?

 9    A.   A little wet but not too much, so I did not

10  change them.                                          03:22:34

11    Q.   Did the liquid -- did it just stay on the

12  outside of your pants?

13    A.   Yes.

14    Q.   So your legs never got wet from the liquid,

15  correct?                                              03:22:48

16    A.   No.

17    Q.   I just want to make sure.  Is it correct that

18  the -- that you never got liquid on your legs?

19    A.   Yes.

20    Q.   Is that a "yes"?                               03:23:06

21    A.   Yes.

22    Q.   Thank you.

23         And is it correct that none of the liquid got

24  through your shirt, other than in the area right at the

25  base of your neck?                                    03:23:21
```

Armando Vargas Chavez

```
 1      A.   Yes, my neck and my face only.              03:23:33

 2      Q.   Were you -- and you were wearing -- the suit

 3   that you had had covering over the top of your head,

 4   correct?

 5      A.   Yes.  It has a hood, but your face is exposed.   03:23:48

 6      Q.   Does that suit have a string or a way to cinch

 7   it up so it's tighter once you put it on?

 8      A.   Yes.

 9      Q.   And why don't I ask you to do this.  If you

10   could put on the glasses right now and take off your   03:24:16

11   hat.

12           And if you could put the mask on -- and let me

13   ask you this first.  Is this mask that I'm handing you

14   back that you provided, in terms of like the size of it,

15   is it the same you were wearing at the time you were    03:24:44

16   splashed?

17      A.   It was exactly like this one.

18      Q.   Okay.  All right.  Could you put that on and

19   then put your glasses on?

20           And why don't we just for the -- if we could    03:24:58

21   take the sticker off of it while he does that.  It's a

22   little bit distracting.  Okay.

23           Is that about how you were wearing that

24   equipment when you were splashed?

25      A.   Yes.                                            03:25:25
```

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Armando Vargas Chavez

1    Q.   Okay.  And as best you can recall, can you take          03:25:26

2    your fingers and do an outline along your forehead as to

3    where the -- the hood ended and goes -- and goes around

4    your face?

5    A.   Well, I was wearing my -- my cap that day, and          03:25:52

6    I would put the hood on top of my hat.  It would reach

7    all the way to here, and would do this number.

8    Q.   Thank you for clarifying that.  That's helpful.

9    Okay.  So can you leave those on for a second?

10   And so the hood part of the -- of the white              03:26:13

11   suit, can you draw with your hands where it covered the

12   sides of your face down to your chin?

13   A.   It would do -- it would reach to here, all

14   through here, and it would go down like that.  I don't

15   remember if I had it cinched or not that day.            03:26:51

16   Q.   If it's cinched, how far up the neck does it

17   go?

18   A.   Up to here.

19   Q.   Okay.  Thank you.  You could take off the --

20   the equipment.                                           03:27:07

21   Aside from this one time where the hose broke

22   and you were sprayed in the face, were you ever other

23   sprayed -- ever sprayed another time in the face?

24   A.   Since the hoses are under pressure, we call --

25   call it the gun, the spray gun; we call it a gun.  The    03:27:47

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

Armando Vargas Chavez

1    trigger that we pull so that the liquid will come out,        03:27:56

2    it breaks down frequently.  And it starts to leak

3    liquid, so it starts to leak.  If you don't fix the

4    problem right away, it'll get your arm all wet.

5        Q.    The gloves that you described wearing, you said     03:28:24

6    they were rubber gloves?

7        A.    Yes.

8        Q.    And how far up your arm did the arms of the

9    gloves go?

10            So about -- about one-third of the way between     03:28:36

11   your wrist and your elbow?

12       A.    Yes.

13       Q.    What color are they?

14       A.    Kind of like this color.

15       Q.    A white -- white-ish?                              03:28:54

16            THE INTERPRETER:  I think he's referring to the

17   straps.

18       Q.    BY MR. LAW:  Oh, okay.  The yellowish?

19       A.    Kind of like a cream color.

20       Q.    Do you know what brand they are?                   03:29:07

21       A.    I don't know.

22       Q.    Have been -- have they been the same type of

23   rubber glove over the years that you were at Hiji Farms?

24       A.    Yes.  And I would also use them for the other

25   job that I had with them -- or the other duty that I had    03:29:30

Armando Vargas Chavez

```
 1                    REPORTER'S CERTIFICATE

 2    STATE OF CALIFORNIA        )

                                 )  Ss

 3    COUNTY OF SANTA BARBARA     )

 4             I, CATHY CLUTE, Certified Shorthand

 5    Reporter No. 11677, do hereby certify:

 6             That the foregoing proceedings were taken

 7    before me at the time and place herein set forth; that

 8    any witnesses in the foregoing proceedings, prior to

 9    testifying, were duly sworn; that a record of the

10    proceedings was made by me using machine shorthand,

11    which was thereafter transcribed under my direction;

12    that the foregoing transcript is a true record of the

13    testimony given.

14             Further, that if the foregoing pertains to the

15    Original transcript of a deposition in a Federal case,

16    before the completion of the proceedings, review of the

17    transcript [  ] was [x]was not requested.

18             The dismantling, unsealing or unbinding of the

19    Original transcript will render the Reporter's

20    Certificate null and void.

21             WITNESS my hand this _____day of _____,

22    2019, at Santa Barbara, California.

23

                      _____

24                    Cathy Clute, RPR, CSR 11677

                      Certified Shorthand Reporter

25                    State of California
```