# EXHIBIT 2

```
 1                UNITED STATES DISTRICT COURT

 2              NORTHERN DISTRICT OF CALIFORNIA

 3

 4   IN RE: ROUNDUP PRODUCTS    )
     LIABILITY LITIGATION       ) Case No. 3:16-md-02741-VC
 5   _____) MDL No. 2741
                                )
 6   Armando Vargas Chavez      ) Case No. 3:18-cv-04855
     v. Monsanto Company        )
 7   _____) Volume II

 8

 9

10

11

12      VIDEOTAPED DEPOSITION OF ARMANDO VARGAS CHAVEZ

13             THURSDAY, SEPTEMBER 19, 2019

14

15

16

17

18

19

20

21   REPORTED BY:  TAMARA L. CARLSON

22               CSR NO. 12555

23

24

25
```

1    Q.    And that truck that towed the tank trailer,

2  was that gasoline or diesel?

3    A.    Gasoline.

4    Q.    Did you ever smell exhaust fumes from the

5  pickup truck while you were walking behind it and

6  spraying?

7    A.    No, I would -- I would get far away.

8    Q.    Before your leukemia diagnosis, ███████

███████████████████████████████

██ ██ ██

11 ██ █████████████████████████

██ ███████████

██ ██ ██

██ ██ █████████████████████████

██ ███████████████████

██ ██ ██

17 ██ ██████████████████████████

█████████████████████████████

██ ██ █████████████████ █████████████

██ ██ ██████████████████████

██ ███████████████████████████

██ ████████████████████

██ ██ █████████████████████████

██ █████████████████████████████

25 ██ █████████████████████████

Armando Vargas Chavez

```
 1   STATE OF CALIFORNIA        )
                                ) ss.
 2   COUNTY OF LOS ANGELES      )

 3           I, Tamara L. Carlson, C.S.R. No. 12555, a
 4   Certified Shorthand Reporter of the State of
 5   California, do hereby certify:
 6           That the foregoing proceedings were taken
 7   before me at the time and place herein set forth;
 8   that any witnesses in the foregoing proceedings,
 9   prior to testifying, were duly sworn; that a record
10   of the proceedings was made by me using machine
11   shorthand, which was thereafter transcribed under my
12   direction; that the foregoing transcript is a true
13   record of the testimony given.
14           Further, that if the foregoing pertains to the
15   original transcript of a deposition in a Federal
16   Case, before completion of the proceedings, review
17   of the transcript [ ] was [ ] was not required.
18           I further certify I am neither financially
19   interested in the action nor a relative or employee
20   of any attorney or party to this action.
21   IN WITNESS WHEREOF, I have this date subscribed my
22   name.
23   Dated: October 3, 2019
                            *Tamara L. Carlson* (signature)
24   _____
                                Tamara L. Carlson
25                              CSR No. 12555
```