# EXHIBIT 3

```
 1                UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA
 2

 3                            - - -

 4
      IN RE:  ROUNDUP PRODUCTS       :    CASE NO.
 5    LIABILITY LITIGATION           :    3:16-md-02741-VC
      _____:
 6    This document relates to:      :
                                     :    MDL No. 2741
 7    Armando Vargas Chavez v.       :
      Monsanto Company,              :
 8    Case No. 3:18-cv-04855         :

 9
                              - - -
10
                    Monday, October 28, 2019
11
                              - - -
12

13           Videotaped stenographic deposition of HAO
14    WANG, M.D., Ph.D., held at KAISER PERMANENTE, 5601 De
15    Soto Avenue, Woodland Hills, California, commencing at
16    approximately 2:45 p.m., before Rosemary Locklear, a
17    Registered Professional Reporter, Certified Realtime
18    Reporter and California CSR (#13969).
19

20

21

22                            - - -
23
24              GOLKOW LITIGATION SERVICES
             877.370.3377 ph | 971.591.5672 Fax
25                    deps@golkow.com
```

 1         Would you introduce yourself to the ladies and
 2    gentlemen of the jury.
 3    A.   Okay.  I'm Dr. Hao Wang.  I'm a
 4    hematologist/oncologist working at Kaiser Permanente
 5    Woodland Hills, Ventura office.
 6    Q.   Great.
 7         And so we're here in Woodland Hills at --
 8    A.   Uh-huh.
 9    Q.   -- your place of employment, the Kaiser center;
10    correct?
11    A.   Uh-huh.  Yes, sir.
12    Q.   And we're taking your video deposition in a
13    lawsuit filed by one of your earlier patients, Armando
14    Chavez.
15         Do you understand that?
16    A.   Yes.
17    Q.   And are -- you are aware that Mr. Chavez was
18    diagnosed with hairy cell leukemia.
19    A.   Yes.
20    Q.   And do you understand that in this lawsuit
21    Mr. Chavez alleges that Roundup weed killer caused his
22    hairy cell leukemia?
23         Did you know that before today?
24    A.   No.
25    Q.   This is the first you're hearing about that?

```
 1    A.      Yes.
 2    Q.      Is that something that Kaiser Permanente has
 3    approved of its doctors consulting?
 4    A.      It's a website many doctors use as references,
 5    but I'm not aware Kaiser Permanente have officially
 6    approved that website.
 7    Q.      So the website discussed, among other things,
 8    the treatment of hairy cell leukemia; correct?
 9    A.      It discussed presentation, diagnosis and
10    prognosis and treatment.
11    Q.      As a result of consulting this website, did you
12    come to any conclusions about the causes of hairy cell
13    leukemia?
14    A.      No.
15    Q.      Is that outside the scope of your practice area
16    and expertise?
17    A.      Yes.
18    Q.      Did you consult any other resources in
19    preparation for your deposition today?
20    A.      I'm not recall.
21    Q.      So I did a very -- while you were testifying, I
22    did a very quick search on Update.com [sic] for --
23    A.      Uh-huh.
24    Q.      -- searching for hairy cell leukemia and there's
25    about 15 references, and I'd like to read them off and
```

 1   r?sum? accurately reflect your training and experience
 2   in the medical field?
 3   A.      Yes.
 4   Q.      Are you a member of any professional
 5   organizations?
 6   A.      No, not right now.
 7   Q.      Can you give us an overview of what your
 8   practice is like.
 9   A.      I see patients with blood disease and with
10   malignancies.
11   Q.      Are you able to give us a percentage of your
12   patients that are being treated or observed, followed
13   for non-Hodgkin's lymphoma?
14   A.      I cannot give a number.  I did not -- did not
15   really count or keep a record of those.
16   Q.      Okay.  Could you estimate whether it is more or
17   less than half of the patients you would see in a given
18   year?
19   A.      It should be less than half of my patients, if
20   you're just talking about the non-Hodgkin's lymphoma I
21   treated.
22   Q.      Do you consider hairy cell leukemia within the
23   family of non-Hodgkin's lymphomas?
24   A.      It is a kind of lymphoproliferative disease, but
25   I don't know if it's formally recorded as non-Hodgkin's

 1   lymphoma.

 2   Q.    When you gave me that estimate of less than 50

 3   percent, are you including people with hairy cell

 4   leukemia?

 5   A.    Yes.

 6   Q.    Do you have -- have you followed any patients

 7   other than Mr. Chavez with hairy cell leukemia?

 8   A.    I saw patients with hairy cell leukemia in the

 9   past as well.

10   Q.    Approximately how many?

11   A.    Not many.  Maybe -- it should be single digits,

12   but I don't remember.

13   Q.    Do you agree that hairy cell leukemia is a very

14   rare form of leukemia?

15   A.    It is an uncommon type of leukemia.

16   Q.    It is uncommon.

17   A.    Uncommon.

18   Q.    Do you agree that there are fewer than 800 cases

19   diagnosed every year?

20   A.    I believe United States is about 600 to 800

21   cases diagnosed every year.

22   Q.    Just to step back for a moment, the three

23   articles that you did publish with Dr. Soff, were they

24   peer reviewed?

25   A.    Yes.

 1   A.      Yes.

 2   Q.      And you want your patients to have the best care

 3   and treatment possible.

 4   A.      Yes.

 5   Q.      And that's true for Mr. Chavez.

 6   A.      Yes.

 7   Q.      And as part of your care and treatment of

 8   patients, if you could determine the cause of their

 9   cancer, would you want to do that?

10   A.      Yes.

11   Q.      But for most of your patients, the cause of

12   non-Hodgkin's lymphoma, including hairy cell leukemia,

13   is unknown; correct?

14   A.      That's correct.

15   Q.      And is it accurate that you've never told a

16   patient that glyphosate caused their cancer?  Is that

17   correct?

18   A.      That's correct.

19   Q.      And you've never told a patient that Roundup has

20   called -- caused their cancer; is that correct?

21   A.      That's correct.

22   Q.      And you've never told Mr. Chavez that either

23   glyphosate or Roundup caused his cancer; is that

24   correct?

25   A.      Correct.

1   cause of their non-Hodgkin's lymphoma?

2   A.      No.

3   Q.      And with respect to hairy cell leukemia, have

4   you ever told a patient with hairy cell leukemia the

5   cause their leukemia?

6   A.      No.

7   Q.      And is that because in most cases the cause is

8   unknown?

9   A.      Yes.

10  Q.      Do you recall telling Mr. Chavez that the cause

11  of his leukemia was unknown?

12  A.      I don't recall, but I did not see anything

13  documented in my chart.

14  Q.      If he had asked you, is that something you think

15  you would have noted?

16  A.      If he asked me, I'd probably give the answer we

17  just quoted from UpToDate, say the -- those pesticides

18  and the farming have been mentioned as possible causes.

19  Q.      If he had asked, that's what you would have told

20  him?

21          MR. LAW:  I'm not sure -- can you read that

22  answer back, please.

23          (The court reporter read the requested portion

24  of the record.)

25

| | |
|---|---|
| 1 | In his situation, his white cell count is low, |
| 2 | his platelets count is low, and his red cell count is |
| 3 | mildly decreased as well. |
| 4 | Q.     Okay.  What was your next interaction with |
| 5 | Mr. Chavez? |
| 6 | A.     So we had another visit on April 6th, 2017. |
| 7 | That's on Page 34. |
| 8 | Q.     And what transpired on that visit? |
| 9 | A.     We discussed the abdominal ultrasound results, |
| 10 | which showed he has an ▮▮▮▮▮▮▮▮▮.  And we |
| 11 | discussed about bone marrow biopsy and aspiration again, |
| 12 | and he agreed with that, so we performed bone marrow |
| 13 | aspiration and biopsy. |
| 14 | Q.     And when was that done? |
| 15 | A.     That was April 6th, 2017. |
| 16 | Q.     And when did the results of that biopsy come |
| 17 | back? |
| 18 | A.     The results was signed out on April 10th, 2017. |
| 19 | Q.     And there's a page -- is there a page reference |
| 20 | for that? |
| 21 | A.     That's at Page 40. |
| 22 | Q.     And do you -- did you -- what was the biopsy |
| 23 | diagnosis? |
| 24 | A.     The bone marrow biopsy, core biopsy, diagnosed |
| 25 | the patient with hairy cell leukemia. |

1  Q.    And at some point you discussed that diagnosis
2  with Mr. Chavez?
3  A.    Yes.
4  Q.    When was that?
5  A.    (Witness reviews document.)  That was on
6  Page 55, and that was April 19th, 2017.
7  Q.    Okay.  It looks like there were three diagnoses
8  on that day; correct?
9  A.    Yes.
10 Q.    And what were they?
11 A.    The first one is hairy cell leukemia; the second
12 one is ███████████████████████████████████████ █
   ███████████████████████████████████████████████
14 Q.    And would you agree that on that visit
15 Mr. Chavez was still asymptomatic?
16 A.    Yes.
17 Q.    And what does that mean, to be asymptomatic?
18 A.    So the patient denied fever, night sweats,
19 weight loss, denied right -- left side abdominal
20 discomfort, and denied significant pain.
21 Q.    Okay.  And those are all symptoms that are
22 consistent with hairy cell leukemia; correct?
23 A.    Correct.
24 Q.    And what was your next interaction with
25 Mr. Chavez?

```
 1    STATE OF CALIFORNIA           )

 2    COUNTY OF LOS ANGELES         )

 3              I, ROSEMARY LOCKLEAR, a Certified Shorthand

 4    Reporter of the State of California, duly authorized to

 5    administer oaths pursuant to Section 2025 of the

 6    California Code of Civil Procedure, do hereby certify

 7    that

 8              HAO WANG, M.D., Ph.D., the witness in the

 9    foregoing deposition, was by me duly sworn to testify

10    the truth, the whole truth and nothing but the truth in

11    the within-entitled cause; that said testimony of said

12    witness was reported by me, a disinterested person, and

13    was thereafter transcribed under my direction into

14    typewriting and is a true and correct transcription of

15    said proceedings.

16              I further certify that I am not of counsel or

17    attorney for either or any of the parties in the

18    foregoing deposition and caption named, nor in any

19    way interested in the outcome of the cause named in

20    said deposition dated the_____ day of

21    _____, 2019.

22

23

24

25    ROSEMARY LOCKLEAR, RPR, CRR, CSR 13969
```