# EXHIBIT 7

```
 1                  UNITED STATES DISTRICT COURT

 2                 NORTHERN DISTRICT OF CALIFORNIA

 3

 4    IN RE: ROUNDUP PRODUCTS   )
      LIABILITY LITIGATION      ) Case No. 3:16-md-02741-VC
 5    _____) MDL No. 2741
                                )
 6    Armando Vargas Chavez     ) Case No. 3:18-cv-04855
      v. Monsanto Company       )
 7    _____)

 8

 9

10

11

12      VIDEOTAPED DEPOSITION OF WALTER BURSTEIN, M.D.

13              THURSDAY, SEPTEMBER 12, 2019

14

15

16

17

18

19    JOB NO. 224854

20

21    REPORTED BY:  TAMARA L. CARLSON

22                  CSR NO. 12555

23

24

25
```

```
 1   VIDEOTAPED DEPOSITION OF WALTER BURSTEIN, M.D.,
 2   TAKEN ON BEHALF OF THE DEFENDANT AT 10:00 A.M.,
 3   THURSDAY, SEPTEMBER 12, 2019, AT 5601 DE SOTO
 4   AVENUE, FIFTH FLOOR, ROOM 5752, WOODLAND HILLS,
 5   CALIFORNIA, BEFORE TAMARA L. CARLSON, CSR NO. 12555,
 6   CERTIFIED SHORTHAND REPORTER IN AND FOR THE STATE OF
 7   CALIFORNIA.
 8
 9
10   APPEARANCES OF COUNSEL:
11   FOR THE PLAINTIFF:
12           NIELSEN PETERSON & NIELSEN LLP
             BY:  JONATHAN NIELSEN, ESQ.
13           4015 MISSION OAKS BOULEVARD
             SUITE B
14           CAMARILLO, CALIFORNIA 93012
             (805)639-8600
15           JONATHAN@NPNLAW.COM
16
     FOR THE DEFENDANT:
17
             SHOOK, HARDY & BACON, LLP
18           BY:  MATTHEW J. VANIS, ESQ.
                   --- AND ---
19               ANTHONY R. MARTINEZ, ESQ.
                 (NOT PRESENT)
20           2555 GRAND BOULEVARD
             KANSAS CITY, MISSOURI 64108
21           (816)474-6550
             MVANIS@SHB.COM
22           AMARTINEZ@SHB.COM
23
     ALSO PRESENT:
24
             NICOLE HUTCHISON,
25           VIDEOGRAPHER
```

```
 1                     I N D E X

 2

 3

 4   WITNESS              EXAMINATION              PAGE

 5   WALTER BURSTEIN, M.D.

 6                       BY MR. VANIS                 5

 7

 8

 9

10                     E X H I B I T S

11   NO.        PAGE      DESCRIPTION

12   EXHIBIT 1   10       KAISER MEDICAL RECORDS

13   EXHIBIT 2   27       DEFENDANT MONSANTO COMPANY'S

                          NOTICE TO TAKE ORAL AND

14                        VIDEOTAPED DEPOSITION OF

                          DR. WALTER BURSTEIN

15

     EXHIBIT 3   30       KAISER MEDICAL RECORDS

16

17

18

19

20

21

22

23

24

25
```

 1   page 68 of Exhibit 3, with a visit date of

 2   February 25, 2017, it indicates that the patient

 3   appears to be diabetic; is that right?

 4       A.   As part of the screening lab work I did at

 5   my physical, some labs came back abnormal in the

 6   diabetic range.

 7       Q.   Was Mr. Chavez obese at this point?

 8       A.   I'd have to look at the body mass index.

 9       Q.   That's fine if you want to take a moment to

10   do that.

11       A.   And see if it's in there.

12       Q.   Doctor, if you look at the first page of

13   Exhibit 3 that I gave you.

14       A.   Does that show it?

15       Q.   Towards the bottom of the page it has

16   certain findings.







13      Q.   So let's go back to your next visit with

14   Mr. Chavez.

15           What was the date of the next visit you saw

16   him?

17      A.   I believe it was February 27th.

18      Q.   And what did you see him for on that date?

19   ▮   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

25      Q.   And why did you have a discussion about the