**WILKINSON WALSH + ESKOVITZ LLP**
Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonwalsh.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonwalsh.com)
2001 M St. NW
10ᵗʰ Floor
Washington, DC 20036
Tel:    202-847-4030
Fax:    202-847-4005

**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
1350 I St. NW
Washington, DC 20005
Tel: 202-898-5843
Fax: 202-682-1639

**ARNOLD & PORTER KAYE SCHOLER**
Pamela Yates (CA Bar No. 137440)
(Pamela.Yates@arnoldporter.com)
777 South Figueroa St., 44th Floor
Los Angeles, CA 90017
Tel: 213-243-4178
Fax: 213-243-4199

**COVINGTON & BURLING LLP**
Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
One City Center
850 10th St. NW
Washington, DC 20001
Tel: 202-662-6000

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) MDL No. 2741 )<br>) Case No. 3:16-md-02741-VC )<br>) |
| This document relates to:<br><br>*Janzen v. Monsanto Co.*<br>3:19-cv-04103-VC<br>*Dickey v. Monsanto Co.*<br>3:19-cv-04102-VC<br>*Domina, et al. v. Monsanto Co.*<br>3:16-cv-05887-VC<br>*Pollard v. Monsanto Co.*<br>3:19-cv-04100-VC | ) **MONSANTO COMPANY'S**<br>) **ADMINISTRATIVE MOTION TO FILE**<br>) **UNDER SEAL PORTIONS OF**<br>) **MONSANTO'S MOTION TO EXCLUDE**<br>) **THE TESTIMONY OF DR. KEVIN**<br>) **PALKA ON *DAUBERT* GROUNDS AND**<br>) **SUPPORTING EXHIBITS** |

Pursuant to Civil Local Rules 79-5 and 7-11 and the Amended Protective and Confidentiality

Order entered by the Court on September 6, 2017 ("Amended Protective Order') at ¶ 18, Defendant

- 1 -

Monsanto Company ("Monsanto") seeks permission to file under seal discrete portions of its Motion to Exclude the Testimony of Dr. Kevin Palka on *Daubert* Grounds and certain Supporting Exhibits in the above-captioned actions.

Monsanto has filed conditionally under seal portions of its motion and supporting exhibits that contain information about medical conditions and/or other personally identifiable information of plaintiffs and other individuals.   Co-Lead Counsel for Plaintiffs in this litigation requested that addresses and all medical information for all Plaintiffs, other than the fact of NHL diagnosis and the treatment for that condition, be redacted, pursuant to the Amended Protective Order.   Plaintiffs are therefore the "Designating Party" under Local Rule 79-5(e). The proposed redactions are indicated by red boxes.   In support of this request, attached hereto is a declaration from Brian L. Stekloff specifically describing the proposed redactions and a Proposed Order granting Monsanto's motion.

## **CONCLUSION**

Monsanto respectfully requests that the Court grant its Administrative Motion to File Under Seal Portions of its Motion to Exclude the Testimony of Dr. Kevin Palka on *Daubert* Grounds and certain Supporting Exhibits.

1    DATED:  December 20, 2019

2                                     Respectfully submitted,

3                                     /s/ *Brian L. Stekloff*

4                                     Brian L. Stekloff (*pro hac vice*)
                                      (bstekloff@wilkinsonwalsh.com)
5                                     Rakesh Kilaru (*pro hac vice*)
                                      (rkilaru@wilkinsonwalsh.com)
6                                     WILKINSON WALSH + ESKOVITZ LLP
7                                     2001 M St. NW
                                      10th Floor
8                                     Washington, DC 20036
                                      Tel:    202-847-4030
9                                     Fax:    202-847-4005

10                                    Pamela Yates (CA Bar No. 137440)
11                                    (Pamela.Yates@arnoldporter.com)
                                      ARNOLD & PORTER KAYE SCHOLER
12                                    777 South Figueroa St., 44th Floor
                                      Los Angeles, CA 90017
13                                    Tel: 213-243-4178
                                      Fax: 213-243-4199
14

15                                    Eric G. Lasker (*pro hac vice*)
                                      (elasker@hollingsworthllp.com)
16                                    HOLLINGSWORTH LLP
                                      1350 I St. NW
17                                    Washington, DC 20005
                                      Tel: 202-898-5843
18                                    Fax: 202-682-1639

19
                                      Michael X. Imbroscio (*pro hac vice*)
20                                    (mimbroscio@cov.com)
                                      COVINGTON & BURLING LLP
21                                    One City Center
                                      850 10th St. NW
22                                    Washington, DC 20001
                                      Tel: 202-662-6000
23

24                                    *Attorneys for Defendant*
                                      *MONSANTO COMPANY*
25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 20th day of December, 2019, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

*/s/ Brian L. Stekloff*

- 1 -