UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) MDL No. 2741 ) ) Case No. 3:16-md-02741-VC ) |
| This document relates to:<br>*Janzen v. Monsanto Co.*<br>3:19-cv-04103-VC<br>*Dickey v. Monsanto Co.*<br>3:19-cv-04102-VC<br>*Domina, et al. v. Monsanto Co.*<br>3:16-cv-05887-VC<br>*Pollard v. Monsanto Co.*<br>3:19-cv-04100-VC | ) **DECLARATION OF BRIAN L.** ) **STEKLOFF IN SUPPORT OF** ) **MONSANTO COMPANY'S** ) **ADMINISTRATIVE MOTION TO FILE** ) **UNDER SEAL PORTIONS OF** ) **MONSANTO'S MOTION TO EXCLUDE** ) **THE TESTIMONY OF DR. KEVIN** ) **PALKA ON *DAUBERT* GROUNDS AND** **SUPPORTING EXHIBITS** |

I, Brian L. Stekloff, hereby declare as follows:

1. I am a Partner in the law firm Wilkinson Walsh + Eskovitz LLP. My firm is counsel to Monsanto in the above-captioned actions.

2. Monsanto's Administrative Motion to File Under Seal Portions of its Motion for to Exclude Dr. Kevin Palka's Testimony on *Daubert* Grounds and Supporting Exhibits seeks to maintain the confidentiality of Plaintiffs' personally identifiable information and medical conditions.

3. Co-Lead Counsel for Plaintiffs in this litigation requested that addresses and all medical information for all Plaintiffs, other than the fact of NHL diagnosis and the treatment for that condition, be redacted. This information has been designated as "Confidential" by Plaintiffs pursuant to the Amended Protective Order (MDL Doc. # 519; Pre-Trial Order No. 30).

4. Pursuant to Plaintiffs' request as the Designating Party, Monsanto has prepared proposed redactions of the following documents:

- Page 10:7-8—Monsanto's Notice of Motion and Motion to Exclude the Testimony of Dr. Kevin Palka on *Daubert* Grounds ("the Motion"), MDL Docket No. 8015; No. 3:19-cv-04103-VC, Docket No. 16; No. 3:19-cv-04102-VC, Docket No. 13; No. 3:19-cv-05887-VC, Docket No. 58; No. 3:19-cv-04100-VC, Docket No. 12;

- Pages 9:6-7; 9:11; 13:22-23; 14:1; 17:4-9; 17:17; 18:15-21; 19:2—Deposition Transcript of Dr. Palka given in the *Pollard* case (N.D. Cal. No. 3:19-cv-04100) dated November 16, 2019, attached as Exhibit 1 to the Motion;

- Pages 10:15-16; 23:14-15; 23:21-23; 24:7-9; 25:24-25; 26:9-10; 26:13-16; 26:22-23; 46:16-19—Deposition Transcript of Dr. Palka given in the *Dickey* case (N.D. Cal. No. 3:19-cv-04102) dated November 16, 2019, attached as Exhibit 2 to the Motion;

- Pages 18:19; 18:22; 18:25-19:1; 19:5-8—Deposition Transcript of Dr. Palka given in the *Domina* case (N.D. Cal. No. 3:19-cv-05887) dated November 16, 2019, attached as Exhibit 3 to the Motion;

- Pages 143:12-17; 143:23; 144:3; 144:14-15; 144:20-22; 144:24; 145:1; 145:5; 145:14-25; 146:7; 146:19-20; 146:24; 147:3; 147:14; 148:8; 148:11-12; 148:17; 148:22-23; 149:2; 149:14; 150:9-10; 150:14; 150:20; 151:9; 151:13-16; 151:20-21; 152:3-9; 152:14-15; 152:22-23; 153:1-2; 169:14; 169:17-19; 169:23-25; 170:1-25; 171:1-3; 172:6; 172:11; 182:7-9; 182:14-18; 182:21; 183:4-21; 184:1-2; 192:12-25; 193:1-24—Deposition Transcript of Dr. Palka given in the *Janzen* case (N.D. Cal. No. 3:19-cv-04103) dated November 15, 2019, attached as Exhibit 4 to the Motion;

- Portions of pages 8-9—Excerpts of the Expert Report of Dr. Nabhan for the *Hardeman* case (N.D. Cal. No. 3:16-cv-00525-VC) dated November 20, 2018, attached as Exhibit 6 to the Motion;

- Portions of page 1—Expert Report of Dr. Palka for the *Janzen* case (N.D. Cal. No. 3:19-cv-04103), attached as Exhibit 13 to the Motion;

- Portions of page 1—Expert Report of Dr. Palka for the *Pollard* case (N.D. Cal. No. 3:19-cv-04100), attached as Exhibit 14 to the Motion;

- Portions of page 1—Expert Report of Dr. Palka for the *Dickey* case (N.D. Cal. No. 3:19-cv-04102), attached as Exhibit 15 to the Motion;
- Portions of page 1—Expert Report of Dr. Palka for the *Domina* case (N.D. Cal. No. 3:19-cv-05887), attached as Exhibit 16 to the Motion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 20th day of December, 2019.

                                                  */s/ Brian L. Stekloff*
                                                Brian L. Stekloff

DECLARATION OF BRIAN L. STEKLOFF IN SUPPORT OF MONSANTO COMPANY'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL
3:16-MD-02741-VC; 3:19-cv-04103-VC; 3:19-cv-04102-VC; 3:16-cv-05887-VC; 3:19-cv-04100-VC