UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) ) MDL No. 2741 ) ) Case No. 3:16-md-02741-VC ) |
| This document relates to: *Janzen v. Monsanto Co.* 3:19-cv-04103-VC *Dickey v. Monsanto Co.* 3:19-cv-04102-VC *Domina, et al. v. Monsanto Co.* 3:16-cv-05887-VC *Pollard v. Monsanto Co.* 3:19-cv-04100-VC | ) **[PROPOSED] ORDER GRANTING** ) **MONSANTO COMPANY'S** ) **ADMINISTRATIVE MOTION TO FILE** ) **UNDER SEAL PORTIONS OF** ) **MOTIONS AND SUPPORTING** ) **EXHIBITS** ) |

Before the Court is the motion of Defendant Monsanto Company to file under seal portions of motions and supporting exhibits re: Monsanto's Motion to Exclude The Testimony of Dr. Kevin Palka on *Daubert* Grounds, MDL Docket No. 8015; No. 3:19-cv-04103-VC, Docket No. 16; No. 3:19-cv-04102-VC, Docket No. 13; No. 3:19-cv-05887-VC, Docket No. 58; No. 3:19-cv-04100-VC, Docket No. 12. Having considered the papers, and for compelling reasons shown, the Court hereby ORDERS that the following documents shall be maintained under seal until further order of the Court, with the publicly filed versions redacted as follows:

| **Document** | **Portion Sought to be Sealed** | **Sealing Granted (Y/N)** (to be completed by the Court) |
|---|---|---|
| Monsanto's Notice of Motion and Motion to Exclude the Testimony of Dr. Kevin Palka on *Daubert* Grounds | Page 10:7-8 | |
| Deposition Transcript of Dr. Palka given in the *Pollard* case (N.D. Cal. No. 3:19-cv-04100) dated November 16, 2019, attached as Exhibit 1 | Pages 9:6-7; 9:11; 13:22-23; 14:1; 17:4-9; 17:17; 18:15-21; 19:2 | |

| | | |
|---|---|---|
| Deposition Transcript of Dr. Palka given in the *Dickey* case (N.D. Cal. No. 3:19-cv-04102) dated November 16, 2019, attached as Exhibit 2 | Pages 10:15-16; 23:14-15; 23:21-23; 24:7-9; 25:24-25; 26:9-10; 26:13-16; 26:22-23; 46:16-19 | |
| Deposition Transcript of Dr. Palka given in the *Domina* case (N.D. Cal. No. 3:19-cv-05887) dated November 16, 2019, attached as Exhibit 3 | Pages 18:19; 18:22; 18:25-19:1; 19:5-8 | |
| Deposition Transcript of Dr. Palka given in the *Janzen* case (N.D. Cal. No. 3:19-cv-04103) dated November 15, 2019, attached as Exhibit 4 | Pages 143:12-17; 143:23; 144:3; 144:14-15; 144:20-22; 144:24; 145:1; 145:5; 145:14-25; 146:7; 146:19-20; 146:24; 147:3; 147:14; 148:8; 148:11-12; 148:17; 148:22-23; 149:2; 149:14; 150:9-10; 150:14; 150:20; 151:9; 151:13-16; 151:20-21; 152:3-9; 152:14-15; 152:22-23; 153:1-2; 169:14; 169:17-19; 169:23-25; 170:1-25; 171:1-3; 172:6; 172:11; 182:7-9; 182:14-18; 182:21; 183:4-21; 184:1-2; 192:12-25; 193:1-24 | |
| Excerpts of the Expert Report of Dr. Nabhan for the *Hardeman* case (N.D. Cal. No. 3:16-cv-00525-VC) dated November 20, 2018, attached as Exhibit 6 | Portions of pages 8-9 | |
| Expert Report of Dr. Palka for the *Janzen* case (N.D. Cal. No. 3:19-cv-04103), attached as Exhibit 13 | Portions of page 1 | |
| Expert Report of Dr. Palka for the *Pollard* case (N.D. Cal. No. 3:19-cv-04100), attached as Exhibit 14 | Portions of page 1 | |
| Expert Report of Dr. Palka for the *Dickey* case (N.D. Cal. No. 3:19-cv-04102), attached as Exhibit 15 | Portions of page 1 | |

[PROPOSED] ORDER GRANTING MONSANTO COMPANY'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL; 3:16-MD-02741-VC; 3:19-cv-04103-VC; 3:19-cv-04102-VC; 3:16-cv-05887-VC; 3:19-cv-04100-VC

| Expert Report of Dr. Palka for the *Domina* case (N.D. Cal. No. 3:19-cv-05887), attached as Exhibit 16 | Portions of page 1 | |

Date: _____, 2019

_____
HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT COURT