# Exhibit 1

Kevin T. Palka, M.D.

Page 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

IN RE: ROUNDUP PRODUCTS      Case No. 16-md-02741-VC
LIABILITY LITIGATION

     MDL No. 2741

This document relates to:

Pollard v. Monsanto Company
Case No. 3:19-cv-04100-VC

SATURDAY, NOVEMBER 16, 2019

     Videotaped Deposition of Kevin T. Palka, M.D.,
taken pursuant to notice, was held at the Hilton St. Louis
Frontenac, 1335 S. Lindbergh, St. Louis, MO, 63131,
commencing at 8:37 a.m., on the above date, before Jennifer
A. Dunn, Registered Professional Reporter, Certified Court
Reporter, Missouri.

GOLKOW LITIGATION SERVICES
deps@golkow.com

Kevin T. Palka, M.D.

## Page 2

APPEARANCES

DAVID A. DOMINA, ESQUIRE
Domina Law Group
2425 S. 144th Street
Omaha, NE  68144
DAD@dominalaw.com
          Counsel for Plaintiff

DIANA M. DAVIS, ESQUIRE
The Piorkowski Law Firm, PC
1800 K Street NW, Suite 1000
Washington, D.C.  20006
DDavis@lawdoc1.com
          Counsel for Defendant


VIDEOGRAPHER:
James Arndt
Golkow Litigation Services, Inc.

## Page 3

INDEX

                                    Page

KEVIN T. PALKA, M.D.

Examination by Ms. Davis              4
Examination by Mr. Domina            34
Examination by Ms. Davis             55
Certificate of Court Reporter        63

EXHIBITS

NUMBER          DESCRIPTION       PAGE
1          Medical Report          38
2          Plaintiff Fact Sheet    19
3          Roundup Exposure Summary   26
4          Notice of Deposition    31

## Page 4

1          VIDEOGRAPHER:  We are now on the record.  My
2     name is James Arndt, I'm a videographer for Golkow
3     Litigation Services.  Today's date is November 16, 2019, and
4     the time is 8:37 a.m.
5          This video deposition is being held in St. Louis,
6     Missouri, in the matter of Frank Pollard versus Monsanto
7     Company, for the United States District Court, Northern
8     District of California, San Francisco Division.
9          The deponent is Dr. Kevin Palka.  Counsel will be
10    noted on the stenograph record.  The court reporter is
11    Jennifer Dunn, and she will now swear in the witness.
12          KEVIN PALKA, M.D.,
13    of lawful age, having been first duly sworn to tell the
14    truth, the whole truth and nothing but the truth, deposes
15    and says on behalf of the Defendant, as follows:
16          EXAMINATION
17    BY MS. DAVIS:
18     Q   Good morning, Doctor.  We met yesterday.  My
19    name's Diana Davis.  You gave a deposition yesterday in the
20    Janzen case, correct?
21     A   Correct.
22     Q   All of your testimony from yesterday remains true,
23    correct?
24     A   Correct.
25     Q   And you understand you're under oath today?

## Page 5

1     A   Correct.
2     Q   Is there any reason why you can't give truthful
3     testimony?
4     A   There is not.
5     Q   And if at any time today you need to take a break,
6     just let me know, we'll take a break.  And if you don't
7     understand one of my questions, can you please just let me
8     know?
9     A   I will.
10     Q   During yesterday's deposition, you described your
11    methodology that you used in forming your opinion that
12    Roundup was a substantial contributing factor to
13    Mr. Janzen's non-Hodgkin's lymphoma?
14     A   Correct.
15     Q   And you testified yesterday you used the same
16    methodology in approaching the other cases you reviewed; is
17    that right?
18     A   Correct.
19     Q   And that would apply to Mr. Pollard's case?
20     A   Correct.
21     Q   Okay, I'm going to mark your report in
22    Mr. Pollard's case Exhibit l.
23          This is the report you submitted in Mr. Pollard's
24    case; is that right?
25     A   Correct.

Kevin T. Palka, M.D.

## Page 6

1    Q   Does this report contain all of the opinions that
2  you intend to offer with respect to Mr. Pollard?
3    A   It does.
4    Q   Okay.  Sitting here today, you have no additional
5  opinions that you intend to offer with respect to Mr.
6  Pollard, right?
7    A   Correct.
8    Q   Attached to this report, starting on the third
9  page, is a list of materials that you reviewed; is that
10  right?
11    A   Correct.
12    Q   And we discussed this yesterday, at which time you
13  added a few more studies to your list, including the Zheng
14  study and the Pahwa study?
15    A   Correct.
16    Q   And that's the entirety of what you reviewed in
17  informing your opinions with respect to Mr. Pollard?
18    A   Correct.
19    Q   You did not consider any other material, correct?
20    A   Correct.  Unless you consider the -- the documents
21  that Monsanto provided yesterday.
22    Q   Right.  So we went through a few documents
23  yesterday, correct?
24    A   Correct.
25    Q   Okay.  One of those was the Andreotti study from

## Page 7

1  the Agricultural Health Study?
2    A   Correct.
3    Q   Do you remember that discussion yesterday?
4    A   Yes.
5    Q   And you did not review that study before forming
6  your opinions in Mr. Pollard's case; is that right?
7    A   Correct.
8    Q   You reviewed Mr. Pollard's medical records,
9  correct?
10    A   Correct.
11    Q   What medical records did you review?
12    A   I don't have them in front of me, but, in general,
13  I try to review all of the oncology records regarding
14  treatment, any pathology records.  The -- any imaging.  A
15  lot of times I receive extraneous information, old medical
16  records and some hospitalizations years before this.
17        So I go through those and see if there's anything
18  related to this -- in the case I'm looking at, generally get
19  a fairly extensive medical -- packet of medical information
20  on these patients.
21        So the key things for me are the oncology history,
22  the treatment history, the pathology, the imaging, and
23  usually the -- initial consultation note includes past
24  medical history, past surgical history, family history,
25  social history.

## Page 8

1    Q   When you say that you reviewed pathology records,
2  are you referring to pathology reports or the slides
3  themselves?
4    A   The reports.
5    Q   And when you refer to the imaging, are you also
6  speaking of reports or did you review imaging themselves?
7    A   The reports.
8    Q   You never treated Mr. Pollard, correct?
9    A   Correct.
10    Q   Have you ever met Mr. Pollard?
11    A   No.
12    Q   Mr. Pollard was diagnosed with marginal zone
13  lymphoma; is that right?
14    A   Correct.
15    Q   And this is a subtype of non-Hodgkin's lymphoma?
16    A   Correct.
17    Q   Is it a common subtype?
18    A   It is not -- it is not one of the top two or
19  three.  It's fairly uncommon.
20    Q   Have you treated patients with marginal zone
21  lymphoma in your career?
22    A   I have.
23    Q   About how many?
24    A   A few.  Maybe -- it wouldn't be more than five
25  involved in their care.

## Page 9

1    Q   Are you offering any opinions on the accuracy of
2  the diagnosis of marginal zone lymphoma as opposed to a
3  different subtype?
4    A   No.
5    Q   You say in your report that Mr. Pollard was
6  diagnosed ███████████████████████████
7  ███; is that right?
8    A   Yeah, I would have to look at the record, it may
9  be a mistype on my part.  Yeah, I don't -- without the
10  record.
11    Q   He was ████████████████  do you recall?
12    A   I don't recall, but I believe he --
13    Q   All right.  You state in your report he presented
14  with fatigue and profound anemia; is that right?
15    A   Correct.
16    Q   And -- and when you say fatigue, you're referring
17  to a symptom he was experiencing?
18    A   Correct.
19    Q   And when you say profound anemia, are you
20  referring to test results there?
21    A   Correct.  Laboratory results.
22    Q   Is there anything about his presenting symptom of
23  fatigue that provides any insight into the cause of Mr.
24  Pollard's lymphoma?
25    A   No.

3 (Pages 6 to 9)

Kevin T. Palka, M.D.

## Page 10

1  Q  And there's nothing about the presenting symptom
2  of fatigue that indicates that glyphosate was the cause of
3  Mr. Pollard's lymphoma, correct?
4  A  Correct.
5  Q  Is there anything about the test results showing
6  profound anemia that indicates a cause of Mr. Pollard's
7  lymphoma?
8  A  No.
9  Q  Is there anything about the test results that
10  indicates that glyphosate is the cause of Mr. Pollard's
11  lymphoma?
12  A  There is not.
13  Q  You go on to state that a bone marrow biopsy
14  revealed the diagnosis, correct?
15  A  Correct.
16  Q  Is there anything about Mr. Pollard's bone marrow
17  diagnosis that indicates the cause of his lymphoma?
18  A  No.
19  Q  Is there anything about the results of Mr.
20  Pollard's bone marrow biopsy that indicates that glyphosate
21  was the cause of his lymphoma?
22  A  No.
23  Q  You go on to say that staging PET scan revealed
24  extensive disease above and below the diaphragm; is that
25  right?

## Page 11

1  A  Correct.
2  Q  Is there anything about Mr. Pollard's PET scan
3  that indicates the cause of his lymphoma?
4  A  There is not.
5  Q  Was there anything about his PET scan that
6  indicated that glyphosate is the cause of his lymphoma?
7  A  No.
8  Q  You go on to say that there was bone marrow
9  involvement, correct?
10  A  Correct.
11  Q  Is that something that was found on his PET scan?
12  A  So, so, the PET scan -- PET scan is imaging, so
13  you can't prove -- you can't prove somebody has cancer just
14  based on imaging.  So it was suspicious for involvement, but
15  he actually underwent a bone marrow biopsy where they
16  obtained tissue from his bone marrow, and that showed the
17  lymphoma, so it correlates with the pathology.
18  Q  And you reviewed the result of his bone marrow
19  biopsy?
20  A  I did.
21  Q  Was there anything about the result of his bone
22  marrow biopsy that indicated a cause of his lymphoma?
23  A  There was not.
24  Q  Was there anything about the results of the bone
25  marrow biopsy that indicated that glyphosate was the cause

## Page 12

1  of his lymphoma?
2  A  There was not.
3  Q  Mr. Pollard received chemotherapy at that time; is
4  that right?
5  A  Correct.
6  Q  You state he completed in September of 2012, but I
7  think --
8  A  Oh.
9  Q  -- you meant 2016; is that right?
10  A  I'd have to -- yeah, that -- I'd have to look at
11  that information, but -- he was diagnosed in 2016, he would
12  seek treatment after that, so.
13  Q  Right.  And -- and would it make sense that
14  if he was diagnosed in March, he -- he may have completed
15  treatment in September of that year?
16  A  It would probably be -- well, I mean, that would
17  be about roughly three months of treatment from there, so
18  just -- I mean, just to clarify, you know, I don't -- I
19  don't know if the date's really that critical, but, I mean,
20  unless -- everything here says 2000, and the face sheet says
21  2000 -- diagnosed July 2013.
22  MR. DOMINA:  That's a mistake.
23  THE WITNESS:  Okay.  Well --
24  MR. DOMINA:  It says date of birth was '13.
25  The July -- the diagnosis date is '16.  So your

## Page 13

1  typographical error may have been repeated when I tried to
2  summarize those dates.
3  MS. DAVIS:  Date of birth is not '13.
4  THE WITNESS:  It was not.
5  MS. DAVIS:  All right.
6  THE WITNESS:  So 2016.  Without confirming
7  the medical record, I mean.
8  MS. DAVIS:  Sure, yeah, okay.
9  Q  (By Ms. Davis)  Are you offering any opinions
10  regarding the choice of treatment for Mr. Pollard?
11  A  No.
12  Q  Is there anything about the choice of treatment
13  that indicates to you the cause of Mr. Pollard's lymphoma?
14  A  There is not.
15  Q  Are you offering any opinions regarding the choice
16  of maintenance therapy for Mr. Pollard?
17  A  I am not.
18  Q  Is there anything about the fact that Mr. Pollard
19  had maintenance therapy that indicates to you a cause of his
20  lymphoma?
21  A  There is not.
22  Q  Are you aware that ███████████████████
23  ███ ██████
24  A  I am not.
25  Q  Are you offering any opinions as to the cause of

Kevin T. Palka, M.D.

Page 14

1    ██████████████
2        A   I am not.
3        Q   You state in your report Mr. Pollard had a
4    complete response to treatment; is that right?
5        A   That is correct.
6        Q   And you say at the time of this report he
7    continues to be in remission, correct?
8        A   Correct.
9        Q   And that he is undergoing routine surveillance,
10   correct?
11       A   Correct.
12       Q   So he is not receiving any medication for his
13   non-Hodgkin's lymphoma at this time; is that right?
14       A   As far as I know at this point he is not.
15       Q   He has been in remission for three years; is that
16   right?
17       A   I would say roughly, sure.
18       Q   You state in your report:  Upon review of Mr.
19   Pollard's medical records, he has no known risk factors for
20   non-Hodgkin's lymphoma; is that right?
21       A   Correct.
22       Q   But as you testified yesterday, a person can get
23   non-Hodgkin's lymphoma without having any risk factors; is
24   that right?
25       A   Correct.

Page 15

1        Q   You testified yesterday that you don't consider
2    age to be a risk factor for the development of non-Hodgkin's
3    lymphoma; is that right?
4        A   Correct.
5        Q   You also testified that age is not something you
6    consider as part of your differential diagnosis with respect
7    to Mr. Janzen; is that right?
8        A   Correct.
9        Q   Did you consider age as part of your differential
10   diagnosis with respect to Mr. Pollard?
11       A   As a cause of his lymphoma?
12       Q   Yes.
13       A   No, I did not.
14       Q   And you testified yesterday that you did not do an
15   assessment of the medical literature to see if age is a risk
16   factor.
17           Is that also true with respect to Mr. Pollard?
18       A   Correct.
19       Q   You testified yesterday that you weren't sure
20   whether or not gender was a risk factor; is that true?
21       A   Correct.
22       Q   You also testified that you did not consider this
23   as part of your differential diagnosis for Mr. Janzen; is
24   that right?
25       A   Correct.

Page 16

1        Q   Did you consider this as part of your differential
2    diagnosis for Mr. Pollard?
3        A   No, I did not.
4        Q   You testified yesterday that you did not do an
5    assessment of the medical literature to see if gender is a
6    risk factor.
7            Is this also true with respect to Mr. Pollard?
8        A   Correct.
9        Q   You testified yesterday that you don't know --
10   strike that.
11           You testified yesterday that you didn't know
12   whether or not body weight was a risk factor for
13   non-Hodgkin's lymphoma.
14           Do you recall that?
15       A   Correct.
16       Q   You also testified that this is not something you
17   considered as part of your differential diagnosis for
18   Mr. Janzen?
19       A   Correct.
20       Q   Did you consider body weight as part of your
21   differential diagnosis regarding Mr. Pollard?
22       A   I did not.
23       Q   Did you do an assessment of Mr. Pollard's BMI to
24   see if it was a potential risk factor?
25       A   I did not.

Page 17

1        Q   Did you do an assessment of the medical literature
2    to see if BMI is a risk factor?
3        A   I did not.
4        Q   Are you aware of ████████████████████
5    ███████?
6        A   I believe there was some -- yes, I was aware of he
7    had ████████.
8        Q   You testified yesterday that you're not sure if
9    the development of ████████ is a risk factor for the
10   development of non-Hodgkin's lymphoma; is that right?
11       A   Correct.
12       Q   And you testified yesterday that you did not do
13   research into this issue.
14           Is this also true with respect to Mr. Pollard?
15       A   Correct.
16       Q   You testified yesterday that you did not consider
17   ████████ as part of your differential diagnosis for
18   Mr. Janzen.
19           Is this also true with respect to Mr. Pollard?
20       A   Correct.
21       Q   You testified yesterday that you ask your patients
22   about family history as part of the history and physical
23   process; is that right?
24       A   Correct.
25       Q   You also testified yesterday that you do not

5 (Pages 14 to 17)

Kevin T. Palka, M.D.

## Page 18

1  believe there to be a strong association between family
2  history and the development of non-Hodgkin's lymphoma?
3      A   Correct.
4      Q   You testified that you did not research any
5  potential association between family history and the
6  development of non-Hodgkin's lymphoma for this litigation;
7  is that right?
8      A   Correct.
9      Q   You also testified that family history was not
10 part of your differential diagnosis with respect to
11 Mr. Janzen?
12     A   Correct.
13     Q   Is this also true with respect to Mr. Pollard?
14     A   Correct.
15     Q   Are you aware that ███████████████
16 █████  ███████████████?
17     A   I am.
18     Q   This is a ███████████ is that right?
19     A   Correct.
20     Q   Did you research any potential association between
21 ███████████████  and non-Hodgkin's
22 lymphoma?
23     A   I did not.
24     Q   And you did not consider this in your differential
25 diagnosis of Mr. Pollard?

## Page 19

1      A   Consider what?
2      Q   ███████████████
3      A   I did not.
4      Q   You testified yesterday that you did not consider
5  the use of other pesticides in your differential diagnosis
6  for Mr. Janzen; is that right?
7      A   Correct.
8      Q   Is this also true with respect to Mr. Pollard?
9      A   It is.
10     Q   Did you review Mr. Pollard's Plaintiff Fact Sheet?
11     A   I have -- I have reviewed it.  You know, again,
12 initially I don't -- I don't recall receiving those, so I --
13 I don't know if I reviewed it, but I have --
14     Q   When did you review it?
15     A   Today.
16     Q   So to be clear, you did not review this before
17 forming your opinions with respect to Mr. Pollard, correct?
18     A   Correct.
19         MS. DAVIS:  Let's mark this as Exhibit 2, the
20 Plaintiff Fact Sheet.  Do you need a copy?
21         MR. DOMINA:  Sure.
22     Q   (By Ms. Davis) If you could turn to page 10 of the
23 Plaintiff Fact Sheet.
24     A   Okay.
25     Q   Letter F at the top states:  Please complete the

## Page 20

1  chart below to detail your exposure to other herbicides or
2  pesticides.  Use as many rows as necessary to detail
3  different periods of usage.
4          Do you see that?
5      A   I do.
6      Q   And you see the chart beneath --
7      A   I do.
8      Q   -- correct?  Here in this chart between the years
9  2000 and 2010, Mr. Pollard lists that he used the following
10 herbicides and pesticides:  Beacon, Accent, Armezon, Liberty
11 and Impact.
12         Do you see that?
13     A   I do.
14     Q   He states that he used them regularly from April
15 to July since 2000.
16         Do you see that?
17     A   I do.
18     Q   He states that he used them for product handling,
19 shuttle filling on some pods, spraying with hand-held
20 equipment at times.
21         Do you see that?
22     A   I do.
23     Q   He states that he used them for ag production and
24 work with farmers as an ag dealer, purveying materials and
25 goods.

## Page 21

1          Do you see that?
2      A   I do.
3      Q   Doctor, are you familiar with any of these
4  pesticides that I listed?
5      A   I am not.
6      Q   Are you familiar with the chemical composition of
7  any of these pesticides?
8      A   I am not.
9      Q   Do you know whether or not any of these pesticides
10 contain glyphosate?
11     A   I do not know that.
12     Q   Are you familiar with any literature studying the
13 associations between any of these products and non-Hodgkin's
14 lymphoma?
15     A   I am not.
16     Q   And you did not consider Mr. Pollard's use of
17 these chemicals in forming your opinions in this case; is
18 that right?
19     A   Correct.
20     Q   In the second row, Mr. Pollard lists additional
21 pesticides that he used between 1992 and 2017.
22         Do you see that?
23     A   I do.
24     Q   These include Dual II, Harness Bicep II, Outlook,
25 Verdict, Lumax, Callisto, Corvallis, Atrazine, Buctril,

## Kevin T. Palka, M.D.

### Page 22

1  Banvel, Aim, Permit Beacon --
2  A  Permit Bacon.
3  Q  Permit Bacon.
4  A  That sounds delicious.
5  Q  Zidua and Exleed.  Did I read those correctly?
6  A  Your guess is as good as mine with these.
7  Q  Are you familiar with any of those?
8  A  I am not.
9  Q  Mr. Pollard states in the Plaintiff Fact Sheet
10 that he used these frequently during the crop season many
11 times.  During off season nearly as many times as during the
12 crop season, but not with the intensity of use.
13      Did I read that correctly?
14 A  You did.
15 Q  He states he used them from a hand sprayer; from
16 commercial shuttle sprayer; from shuttle sprayer I applied;
17 is that right?
18 A  Correct.
19 Q  And he says he used herbicide as an ag retailer to
20 kill weeds; is that right?
21 A  Correct.
22 Q  Do you know whether any of these chemicals listed
23 as being used by Mr. Pollard between 1992 and 2017, do you
24 know if any of them contained glyphosate?
25 A  I do not.

### Page 23

1  Q  Are you familiar with the chemical composition of
2  any of them?
3  A  I am not.
4  Q  Are you familiar with any literature studying any
5  association between any of these products and non-Hodgkin's
6  lymphoma?
7  A  I am not.
8  Q  And you did not consider Mr. Pollard's use of any
9  of these in forming your opinions in this case; is that
10 right?
11 A  That is correct.
12 Q  In the last row, Mr. Pollard lists that between
13 1992 and 2017 he used Lorsban and Treflen.
14      Do you see that?
15 A  I do.
16 Q  He says he used them frequently during the crop
17 season many times.  During the off season nearly as many
18 times as during the crop season, but not with the intensity
19 of use; is that correct?
20 A  That is correct.
21 Q  He said he used them from hand sprayer; from
22 commercial shuttle sprayer; from shuttle sprayer I applied;
23 is that right?
24 A  That's correct.
25 Q  And he said he used them -- excuse me.  He used

### Page 24

1  herbicide as an ag retailer to kill weeds; is that right?
2  A  That's correct.
3  Q  Are you familiar with Lorsban or Treflen?
4  A  I am not.
5  Q  Are you familiar with the chemical composition of
6  either of these?
7  A  I am not.
8  Q  Do you know whether any of these contain
9  glyphosate?
10 A  I am not.
11 Q  Are you familiar with any literature studying any
12 association between either of these products and
13 non-Hodgkin's lymphoma?
14 A  I am not familiar.
15 Q  And you did not consider Mr. Pollard's use of
16 either of these in forming your opinions in this case; is
17 that right?
18 A  That is correct.
19 Q  Did you review Mr. Pollard's deposition
20 transcript?
21 A  I did not.
22 Q  Are you aware that Mr. Pollard testified to the
23 use of additional chemicals during his deposition?
24 A  I am not.
25 Q  And you didn't consider that in forming your

### Page 25

1  opinions in this case, correct?
2  A  That is correct.
3  Q  Did you consider Mr. Pollard's use of or exposure
4  to gasoline or other types of fuels in forming your opinion
5  in this case?
6  A  I did not.
7  Q  You state in your report that you reviewed
8  documentation of Mr. Pollard's history of Roundup exposure;
9  is that right?
10 A  That is correct.
11 Q  And what was the source of that documentation?
12 A  The source of that was the Roundup exposure
13 summary.
14 Q  All right.  I'd like to mark that, I only have one
15 copy here.
16 A  I have -- I have my copy if you want it.
17 Q  Yeah, can I mark that?
18 A  Sure.
19 Q  Thank you.  I see your copy has a few notes on it.
20 We'll mark this copy anyway.
21 A  I probably just initialed it.  Were there any
22 other --
23 Q  Okay.
24 A  I usually just initial things to show that -- to
25 remind myself that I reviewed this already.  It's just my

Kevin T. Palka, M.D.

## Page 26

1  confirmation, and I just highlighted the -- the total amount
2  there.
3  Q   Okay, great.
4      How did you obtain this exposure summary?
5  A   I was -- this was given to me by Mr. Domina.
6  Q   Do you have an understanding as to how this
7  exposure summary was created?
8  A   My understanding that it was taken -- the
9  information was gathered from the patient directly, and it's
10 his -- his estimation of his exposure.
11 Q   Is it your understanding Mr. Pollard created this
12 document?
13 A   I'm not sure who actually created the document.
14 Q   But you were provided this document by Mr. Domina?
15 A   Correct.
16 Q   And you relied upon this document in forming your
17 opinions as to Mr. Pollard's exposure?
18 A   Correct.
19 Q   If there's anything in this document that needs to
20 be corrected, your opinions would, therefore, also need to
21 be corrected; is that right?
22 A   Correct.
23 Q   You state in your report that it is estimated that
24 Mr. Pollard had the equivalent of 869 to 883 eight-hour work
25 days of exposure to Roundup; is that right?

## Page 27

1  A   Correct.
2  Q   And that number is at the bottom of column 5 of
3  this chart, correct?
4  A   Correct.
5  Q   And including this number in your report, you did
6  not consider what specific equipment Mr. Pollard was using
7  when he was exposed; is that right?
8  A   Correct.
9  Q   You did not consider whether or not Mr. Pollard
10 got any Roundup on his skin; is that right?
11 A   Well, so I would say it was not specifically
12 mentioned, but that was my assumption that he -- he was
13 exposed on his skin and his clothing to this chemical.
14 Q   So, is it your assumption that he was exposed on
15 his skin and clothing on 869 to 883 days?
16 A   For some part of that. I couldn't specify the
17 exact amount, but my assumption is that he was exposed.
18 Q   You're saying from some part of this 869 to 883
19 days you assume that he was exposed on his skin or clothing?
20 A   Correct.
21 Q   Can you say -- can you quantify that part in any
22 way?
23 A   I cannot.
24 Q   It could be anywhere from zero to 883 days; is
25 that right?

## Page 28

1  A   Correct.
2  Q   And including these numbers, did you consider
3  whether or not Mr. Pollard was wearing long sleeves?
4  A   I did not.
5  Q   Did you consider whether or not Mr. Pollard was
6  wearing gloves?
7  A   I did not.
8  Q   Did you consider what material those gloves may or
9  may not have been made of?
10 A   I did not.
11 Q   Did you consider whether or not he was wearing
12 boots?
13 A   I did not.
14 Q   Did you consider whether or not he was wearing any
15 other specific type of clothing?
16 A   I did not.
17 Q   Okay. You just took the number from the exposure
18 summary and considered it to be a lot of exposure?
19 A   Correct.
20 Q   And you testified yesterday that you couldn't give
21 a threshold exposure that you would require to opine that
22 Roundup caused a specific person's non-Hodgkin's lymphoma,
23 does that remain true?
24 A   It remains true. I cannot give you a number at
25 which level exposure would cause non-Hodgkin's lymphoma,

## Page 29

1  correct.
2      Try not to sneeze here. I'm going to blow out his
3  ears.
4  Q   Doctor, would you agree that the same type of
5  non-Hodgkin's lymphoma that occurred in Mr. Pollard occurs
6  in patients who are not exposed to Roundup?
7  A   I would agree with that.
8  Q   Do you have any measurements of Mr. Pollard's
9  glyphosate levels at any point in time?
10 A   I do not.
11 Q   Would you agree that the majority of lymphoma
12 cases occur in patients who were never exposed to Roundup?
13 A   I would.
14 Q   And would you agree that the majority of cases of
15 marginal zone lymphoma like Mr. Pollard had occur in
16 patients who were never exposed to Roundup?
17 A   I would -- I would qualify that as saying it's a
18 pretty uncommon subtype of lymphoma, so I don't really know
19 if there are any details involving Roundup exposure and
20 marginal zone lymphoma. I would expect that most patients
21 were not exposed to Roundup.
22 Q   And you haven't seen any literature that would
23 indicate otherwise at this point?
24 A   I have not.
25 Q   You've never written a note for a patient that

Kevin T. Palka, M.D.

## Page 30

1  suggested that Roundup caused that patient's non-Hodgkin's
2  lymphoma, correct?
3      A  I have not
4      Q  There's no pathology test that could have been
5  performed on Mr  Pollard to determine whether Roundup caused
6  his cancer; is that right?
7      A  Correct
8      Q  And there's no physical examination that could
9  have been done on Mr Pollard to determine whether or not
10  Roundup caused his cancer; is that right?
11      A  Correct
12      Q  There's no diagnostic test that could have been
13  done on Mr  Pollard to determine whether or not Roundup
14  caused his cancer; is that right?
15      A  Correct
16      Q  You can't tell by looking at Mr -- Mr Pollard's
17  lymphoma under the microscope -- strike that
18        You can't tell by looking at slides of Mr
19  Pollard's lymphoma under the microscope whether he used
20  Roundup or not; is that right?
21      A  Correct
22      Q  Mr Pollard got the same treatment for his
23  non-Hodgkin's lymphoma that he would have gotten if he had
24  not used Roundup?
25      A  Correct

## Page 31

1      Q  There's nothing in Mr. Pollard's medical records
2  that suggest that Roundup caused his cancer; is that right?
3      A  Excluding his exposure history, I mean, I think
4  his exposure history is the document that supports that,
5  that part of his history.
6      Q  The exposure history is the only document that
7  you've seen with respect to Mr. Pollard specifically that
8  you feel indicates that Roundup caused his cancer?
9      A  That Roundup causes -- caused his cancer.
10      Q  Is that right?
11      A  Correct.
12      Q  Did you see any testimony from any of Mr.
13  Pollard's treating physicians indicating that they believed
14  that Roundup caused his non-Hodgkin's lymphoma?
15      A  I don't believe so.
16      Q  I'm going to mark Exhibit 4.  This is a notice of
17  deposition.
18        Have you seen this document before?
19      A  I have not.
20      Q  Did you bring to your deposition today any
21  documents in response to this notice, invoices or otherwise?
22      A  I -- I'd have to look at what documents.
23      Q  You can take a look at page 4.
24      A  Yeah, I have not seen this -- this document
25  before.

## Page 32

1      Q  So you didn't bring anything -- you didn't bring
2  any invoices with you today, did you?
3      A  I did not.  Invoices referring to billing and
4  time?
5      Q  For this litigation, yeah.
6      A  I have not submitted any invoices --
7      Q  Okay.
8      A  -- at this point.  I will in the future.
9      Q  Right, okay.
10        On the second page of your report, you state:  Mr.
11  Pollard remains at risk for the long-term toxicity
12  associated with the use of chemotherapy, including second
13  cancers, as well as the risk of recurrence of his initial
14  lymphoma.
15        Do you see that?
16      A  I do.
17      Q  We discussed this yesterday with respect to
18  Mr. Janzen and you said that these risks are low.
19        Do you remember that testimony?
20      A  I do.
21      Q  Are these risks also low with respect to Mr.
22  Pollard?
23      A  So, let me qualify that.  So there's two -- two
24  risks.  One risk of a second cancer, so he received an agent
25  called Bendamustine, which is an old East German

## Page 33

1  chemotherapy that's been revived.
2        And so there's some potential for secondary
3  cancers, mainly leukemias with that.  It would be a low risk
4  of that.  So similar to -- to the case yesterday.
5        For the recurrence of his initial lymphoma, these
6  low grade lymphomas, the patient yesterday had a diffuse
7  large B-cell lymphoma, which is very aggressive, but when
8  they get treated the -- the potential for cure is much
9  higher.
10        The low grade lymphoma is -- a lot of times they
11  recur chronically, so his -- I think his chance of
12  recurrence of his lymphoma would be higher than with a
13  diffuse large B-cell.
14      Q  Could you say with three years of remission now
15  what percent chance he would have of recurrence?
16      A  I couldn't give you a number, but I would say
17  it's -- a specific number, but I would say he has a -- maybe
18  just to guess, maybe 25 percent chance of recurrence at this
19  point.
20      Q  Is that based on your professional experience?
21      A  That's just based on my training in oncology.  You
22  know, I would say that low grade lymphomas, we often don't
23  expect them to be cured and we expect them to be -- to
24  recur, or that's our expectation.
25        In this case, he had a low grade lymphoma, so he

9 (Pages 30 to 33)

Kevin T. Palka, M.D.

## Page 34

1  could certainly be cured, but time will tell.
2    Q  But as of now, he remains in remission, correct?
3    A  As far as I know, correct.
4      MS. DAVIS:  All right.  Let's go off the
5  record.
6      VIDEOGRAPHER:  We are going off the record at
7  9:18 a.m.
8      (Off the record.)
9      VIDEOGRAPHER:  We are back on the record at
10  10:28 -- I'm sorry, 9:28 a.m.
11      MS. DAVIS:  Thank you, Doctor.  I don't have
12  any further questions about Mr. Pollard.
13      EXAMINATION
14  BY MR. DOMINA:
15    Q  Dr. Palka, I'll have a few questions, and probably
16  it will work best if you try to just continue to look at in
17  the direction of Ms. Davis, the reporter will be able to
18  hear you better, the camera will capture you better, and I'm
19  nothing at all to look at.
20    A  No comment.
21    Q  All right.  It has been one of the pains of my
22  life, I was born with as much distinction as I could.
23      All right.  First of all, let's establish the
24  nature of your professional expertise.  You're a medical
25  doctor, correct?

## Page 35

1    A  Correct.
2    Q  And a medical oncologist?
3    A  Correct.
4    Q  And what is a medical oncologist?
5    A  A medical oncologist is a physician who
6  specializes in the treatment of cancers.
7    Q  And do you, in fact, engage in the practice of
8  medicine by meeting patients on a daily basis?
9    A  I do.
10    Q  Do you do that in clinical settings and in
11  hospital settings?
12    A  I do.
13    Q  Do you engage as a contributor to studies of
14  various kinds, involving medications, treatments or
15  treatment protocols?
16    A  I do.
17      MS. DAVIS:  Object to form.
18    Q  (By Mr. Domina)  And do you also engage in any
19  studies that are designed to evaluate techniques to diagnose
20  cancers?
21    A  Would you clarify?
22    Q  Yes, I will.  And your response may have supplied
23  the answer.
24      Are you aware of any studies that are designed to
25  evaluate the methods used to actually diagnose cancers as

## Page 36

1  contrasted with treating them?
2      MS. DAVIS:  Object to form.
3    A  I am aware of some.
4    Q  (By Mr. Domina)  Have you participated in any of
5  those?
6    A  I have not.
7    Q  And are those studies generally focused on medical
8  pathology?
9    A  No.
10    Q  What are they generally focused on?
11    A  So, there are -- there are clinical trials looking
12  at diagnosing, focusing more on the genetic targets and
13  cancer and identifying those, new ways to detect those
14  genetic mutations, not really the pathology because that's a
15  question for -- I'm not a pathologist, so I don't look at
16  pathology under the microscope.
17    Q  And speaking of things that you do not profess to
18  be, is it accurate to say you are not an epidemiologist?
19    A  That is correct.
20    Q  And you are not involved in Mr. Pollard's case, or
21  Mr. Janzen's case, or Mr. Domina's case, or Mr. Dickey's
22  case, for the purpose of offering opinions on general
23  causation?
24    A  That is correct.
25    Q  Your inquiry was, does the evidence provide a

## Page 37

1  basis for you to form an opinion concerning whether Roundup
2  was a substantial factor in causing the non-Hodgkin's
3  lymphoma in those patients, is that an accurate summary?
4    A  Correct.
5    Q  All right.  Now, if I may, a few more questions
6  about your work with trials and similar procedures.
7      As a contributor, do you supply data gathered
8  during the course of your clinical work?
9      MS. DAVIS:  Object to form.
10    A  If I have a patient on a clinical trial, we work
11  with a clinical trials team to -- they'll collect the data
12  and -- and give it to the central monitoring committee, so,
13  yes, we would -- I guess that's kind of an
14  oversimplification, but.
15    Q  (By Mr. Domina)  But I understand it in general.
16  Do you -- have you been involved in the mathematical
17  analysis, if any, of the data submitted from various
18  contributing sources like yourself?
19      MS. DAVIS:  Object to form.
20    A  No, we have statisticians to do the mathematics.
21    Q  (By Mr. Domina)  Dr. Palka, in this case, there
22  were questions that were put to you about the deposition
23  notice, and you were asked if you brought certain documents
24  with you.  I'm going to go over that just real quickly.
25      Is it accurate to say that you did not bring a

10 (Pages 34 to 37)

Kevin T. Palka, M.D.

Page 38

```
 1     document describing your billing, nor did you bring an
 2     invoice because you have not prepared a billing or an
 3     invoice?
 4         A   That is correct.
 5         Q   And you did bring a list of all the documents that
 6     you considered in support of your deposition; is that
 7     correct?
 8         A   Correct.
 9         Q   And you provided previously your curriculum vitae,
10     and you gave it to me, and I'll represent to you that it was
11     given to counsel for the defense.
12             And you've done that, haven't you?
13         A   Correct.
14         Q   And you also supplied a list of those cases in
15     which you have testified or served as an expert in the past
16     four years; is that right?
17         A   Correct.
18         Q   Your expert report, which was identified as
19     Exhibit 1, Doctor, with the exception of typographical
20     mistakes in here, which you notified, which you identified,
21     pardon me, does, in fact, describe briefly your medical
22     history, your educational medical history, and your work in
23     this case and your opinions, correct?
24             MS. DAVIS:  Object to form.
25         A   Correct.
```

Page 39

```
 1         Q   (By Mr. Domina) Mr. Pollard was an agronomist who
 2     provided consultation and crop production services to
 3     Nebraska farmers, is that your understanding?
 4         A   Correct.
 5         Q   And you were shown the fact sheet, Exhibit 2, and
 6     a list of chemicals, and I'll show it to you here if it's
 7     easier for you, that Mr. Pollard identified as having been
 8     substances that he used and was exposed to from time to time
 9     in his work as an agronomist; is that correct?
10         A   Correct.
11         Q   In that particular chart, the Plaintiff Fact
12     Sheet, Mr. Pollard gave no quantification of the amount of
13     time that he was exposed to any of those substances, did he?
14         A   Any specific --
15         Q   Number of days or hours.
16         A   No, correct.
17         Q   But in the summary of his Roundup exposures, Mr.
18     Pollard did do that work and was able to identify a number
19     of exposures and days, was he not?  You have his exposures
20     chart, Exhibit 3, before you?
21         A   I do.
22         Q   And that's what he did, isn't it, identified how
23     he used Roundup, when he used it, and the amount of time
24     exposure and the number of exposures per year?
25         A   Correct.
```

Page 40

```
 1         Q   And he also identified the clothing that he wore,
 2     did he not?
 3         A   Correct
 4         Q   I'm going to ask you just a few questions about
 5     the clothing, and I'd ask you to assume some things about
 6     Mr Pollard  And, frankly, you can assume these same things
 7     about the other three plaintiffs who are farmers
 8             In the farming years that Mr Pollard identified
 9     in his first row of exposure to Roundup, 1990 to 1992, he
10     refers to a bean bar  My guess is that a medical oncologist
11     trained in Duke and at Texas and you taught at Vanderbilt,
12     might not know what a bean bar is, do you?
13             MS DAVIS:  Object to form
14         A   I do not know what a bean bar is
15         Q   (By Mr Domina) All right  Assume with me for a
16     moment that a bean bar is generally either affixed to the
17     front or the rear of a farm tractor and is outfitted so that
18     a number of persons, generally four or six or eight in
19     number, can be seated on it and can have access to
20     approximately four rows of growing crop and a hand-held wand
21     so that they can spray individual weeds as the tractor
22     drives across the field
23             Okay  Do you have an image now of what a bean bar
24     is?
25             MS DAVIS:  Object to form
```

Page 41

```
 1         A   I do have an image.
 2         Q   (By Mr. Domina) Okay.  Assuming that's how the
 3     bean bar was used and assuming that the uses were at the
 4     frequency and for the duration that Mr. Pollard identifies,
 5     is it reasonable to assume that there would be exposure to
 6     the skin from the use of that spray during the spraying
 7     process?
 8             MS. DAVIS:  Object to form.
 9         A   I think it is reasonable.
10         Q   (By Mr. Domina) And if the clothes or the shoes,
11     slacks, a shirt, sometimes short, sometime long-sleeve,
12     cotton gloves or none, would that further suggest exposure
13     to the skin?
14         A   I believe so.
15         Q   If a chemical substance becomes embedded in cotton
16     clothing which remains adjacent to the skin, does the cotton
17     clothing tend to prolong or prevent the skin contact?
18             MS. DAVIS:  Object to form.
19         A   I believe it would prolong skin exposure.
20         Q   (By Mr. Domina) In his second row of exposure, Mr.
21     Pollard described work for a period from 1993 to 2014 at a
22     co-op.  Assume that means a farm cooperative where chemicals
23     were sold to farmers if you would, please.
24             And here he describes exposures and uses and
25     clothing with one difference from the first row, and that is
```

11 (Pages 38 to 41)

Kevin T. Palka, M.D.

## Page 42

1  he wore plastic gloves, do you see that?
2      A   I do.
3      Q   Would plastic gloves tend to provide some
4  protection from skin exposure?
5          MS. DAVIS:  Object to form.
6      A   I'm not sure.
7      Q   (By Mr. Domina) It would depend on the type?
8      A   It would depend on the type of glove.
9      Q   And the type and snugness of fit?
10     A   Correct.
11     Q   And so it could possibly be that if the material
12  got inside the plastic glove it would actually be worse,
13  correct?
14         MS. DAVIS:  Object to form.
15     A   Correct.
16     Q   (By Mr. Domina) Then you'll see that Mr. Pollard
17  continues in rows three and four with the descriptions.
18         And, again, plastic gloves throughout, do you see
19  that?
20     A   I do.
21     Q   When his exposures were totaled, Mr. Pollard
22  calculated 869 to 883 eight-hour days.  Assuming
23  approximately 250 to 270 work days per year, we'd be talking
24  about three and a half years of daily contact throughout his
25  life --

## Page 43

1          MS. DAVIS:  Object to form.
2      Q   (By Mr. Domina) -- year long; is that right?
3      A   Correct.
4      Q   Are you aware of any studies that correlate the
5  occurrence of non-Hodgkin's lymphoma in a population of
6  persons exposed to Roundup at that level of exposure?
7      A   I'm not.
8      Q   In fact, is it true that the studies you've seen
9  all deal with exposure rates that are dramatically lower
10  than that, as in 5 to 10 percent of that amount or less?
11         MS. DAVIS:  Object to form.
12     A   I -- that's correct.
13     Q   (By Mr. Domina) Given the levels of exposure,
14  would it be important to you in answering the question was
15  Roundup a substantial contributing cause of Mr. Pollard's
16  non-Hodgkin's lymphoma, to know or appreciate any more data
17  than you have about the other chemicals that are identified
18  in his Plaintiff Fact Sheet on page 10?
19         MS. DAVIS:  Object to form.
20     Q   (By Mr. Domina) Or do you have sufficient data
21  from the exposures to Roundup to form a professional opinion
22  about whether that was a substantial factor?
23         MS. DAVIS:  Object to form.
24     A   With the Roundup exposure I think I have
25  sufficient information.

## Page 44

1      Q   (By Mr. Domina) You were asked a series of
2  questions, Doctor, about whether there are certain kinds of
3  medical tests that are available to evaluate whether Roundup
4  caused non-Hodgkin's lymphoma in this or any other patient.
5  And I'm going to try to mention just a few of those and then
6  ask a general question.
7          First of all, is there any pathology test for a
8  cause-and-effect relationship between any causative agent
9  and non-Hodgkin's lymphoma?
10         MS. DAVIS:  Object to form.
11         THE WITNESS:  Is there --
12     Q   (By Mr. Domina)  Is there a pathological test, a
13  test that can be done by a pathologist, that can
14  differentiate any causative agent as the cause of
15  non-Hodgkin's lymphoma?
16     A   There is not.
17     Q   Are you aware of any such test for any cancer of
18  the blood?
19     A   I am not.
20     Q   Doctor, are the lymphocyte cells of the human
21  body -- well, why don't I ask you to describe it instead of
22  suggesting a term.
23         Are the lymphocyte cells of the human body cells
24  of a particular genre as you talk about cells, stem cells,
25  other kinds of cells?

## Page 45

1          MS. DAVIS:  Object to form.
2      A   So, the lymphocytes are mature B-cells and
3  T-cells.
4      Q   (By Mr. Domina) Okay.  Are there other parts of
5  the body where B and T-cells occur besides in the blood?
6      A   There are.
7      Q   And where else are they found?
8      A   They're found in the bone marrow, they're found in
9  the lymph nodes, they're found in the spleen, they're found
10  in the thymus.
11     Q   You were asked a question about whether age or
12  aging is a risk factor associated with non-Hodgkin's
13  lymphoma.
14         Do you recall that?
15     A   I do.
16     Q   First of all, in general terms for cancers of all
17  kinds -- and you treat cancers of virtually all types, don't
18  you?
19     A   I do.
20     Q   Is cancer, as a generic term, descriptive of all
21  of its many, many forms, a problem in aged or aging
22  population generally?
23     A   It is.
24     Q   Are there certain kinds of cancers that are found
25  in younger people at an elevated incidence rate as compared

Kevin T. Palka, M.D.

## Page 46

1 with cancers in general?
2 A There are.
3 Q Is non-Hodgkin's lymphoma one of those cancers
4 that is found in both younger and older people at an
5 incidence rate higher than cancers in general?
6 A I believe so.
7 Q Is it your opinion that age is or is not a risk
8 factor for NHL?
9 A I believe it is not a risk factor.
10 Q Are you aware of any studies that differentiate
11 the risk an individual is at for contracting non-Hodgkin's
12 lymphoma based strictly on gender?
13 A Could you repeat that?
14 MR. DOMINA: Yes. Why don't I have you read
15 it back because I asked a pretty good question.
16 THE WITNESS: Okay.
17 (The requested portion of the record was read
18 back by the court reporter.)
19 THE WITNESS: I'm not aware of any data.
20 Q (By Mr. Domina) Doctor, you were asked a question
21 about whether obesity is a risk factor associated with
22 non-Hodgkin's lymphoma. Is it?
23 A I do not believe so.
24 Q Is it obesity a risk factor that is associated
25 with some cancers?

## Page 47

1 A I would say it's very controversial. I don't
2 think there's any definitive evidence that it is.
3 Q In this case, do you have any -- and did you
4 notice anything in the medical records of Mr. Pollard that
5 suggested to you that his body mass index was ever at a
6 point that would have qualified him for a description by a
7 physician as obese?
8 A I am not.
9 Q Doctor, you were asked whether you had any
10 information about the measurement of glyphosate levels in
11 this patient, Mr. Pollard's body. And it's true, isn't it,
12 that you had no information that measured glyphosate levels
13 in the bodies of Mr. Pollard or Mr. Domina or Mr. Janzen or
14 Mr. Dickey?
15 A Correct.
16 Q Are you aware of any way of measuring glyphosate
17 levels in the human body?
18 A I am not.
19 Q Doctor, yesterday you were asked about some
20 studies that were discussed during Mr. Pollard's testimony,
21 and one of those mentioned during your direct examination
22 was the Andreotti study that you were shown yesterday.
23 It was marked Exhibit 7 during the Pollard
24 deposition, I'm going to hand it to you if I may.
25 And you'll recall that yesterday we discussed the

## Page 48

1 number of applicators, 54,251 and that 82.8 percent had used
2 glyphosate.
3 Do you recall that?
4 A Correct.
5 Q And I'm going to direct you, if I may, to the
6 second page of the study. You'll see a description of risk
7 estimate adjustments in the second column beneath the
8 heading "Statistical Analysis?"
9 A I do.
10 Q And you'll see that there were adjustments for
11 continuous cigarette smoking and smoking status, alcohol,
12 pesticides, correlated with glyphosate based on lifetime
13 days, do you see that?
14 A I do.
15 Q And then when the results are identified, it shows
16 that the herbicides correlated with lifetime days, which for
17 a median period of 40 -- 48, am I right, lifetime days of
18 use was 48?
19 A Mmm-hmm.
20 MS. DAVIS: I'm sorry, can you just tell me
21 where?
22 MR. DOMINA: Page 3, first paragraph under
23 the heading "Results."
24 MS. DAVIS: Okay.
25 MR. DOMINA: Do you see it?

## Page 49

1 MS. DAVIS: Mmm-hmm.
2 Q (By Mr. Domina) Okay. And then am I right that it
3 says median lifetime days of use was 48?
4 A Yes.
5 Q That would be approximately 5 percent of Mr.
6 Pollard's exposure, correct?
7 MS. DAVIS: Object to form.
8 A Correct.
9 MR. DOMINA: Give me just a second, I
10 apologize for the delay. I have a note on my computer and
11 it went to sleep.
12 Q (By Mr. Domina) I'm going to also have you take a
13 look for me at the McDuffie study for just a moment, which
14 was referenced a bit ago when you discussed the Pollard
15 testimony, the Dickey, the Janzen testimony yesterday,
16 pardon me.
17 This is the study marked Deposition Exhibit 4,
18 which you saw yesterday. And I'm showing it to you now.
19 At the end of the abstract, Doctor, is there a
20 description which concludes that the -- the research is
21 concluded that non-Hodgkin's lymphoma was associated with
22 specific pesticides after adjustment for other independent
23 predictors?
24 A I see that.
25 Q In Table 1 in that study, there were some factors

Kevin T. Palka, M.D.

Page 50

1  listed, including ages, residence at farm, pesticide
2  exposures, smoking, and then a description of medical
3  history, including measles, mumps, et cetera.
4      True?
5      A  True.
6      Q  And so this study was looking at a whole lot of
7  different things; is that correct?
8          MS. DAVIS: Object to form.
9      A  Correct.
10     Q  (By Mr. Domina) And if I understand this
11 correctly, the column headed in and percentage is
12 non-Hodgkin's lymphoma patients versus the control group; is
13 that right?
14     A  Correct.
15     Q  And what we see is that the pesticide exposures in
16 379 persons was only a couple of percentage points different
17 from the control group?
18         MS. DAVIS: Object to form.
19         THE WITNESS: Could you repeat that?
20     Q  (By Mr. Domina) Is that right?  The percentages
21 are only a couple of percent points, two and a half
22 percentage points different?
23     A  Correct.
24     Q  There are substantial variants in some of the
25 other categories, are there not?

Page 51

1      A  There are.
2          MS. DAVIS: Object to form.
3      Q  (By Mr. Domina) In Table 2 of this study, Pollard
4  Deposition Exhibit 4, there is a description of chemical
5  classes, and I put a checkmark in the left-hand column by
6  the one that says individual phosphonic herbicides,
7  glyphosate, Roundup.
8          Do you see that?
9      A  I do.
10         MS. DAVIS: Did you call this Pollard 4?
11         MR. DOMINA: I should have called it Janzen
12 4.
13         MS. DAVIS: Okay.
14         MR. DOMINA: Thank you for correcting me.
15         MS. DAVIS: Sure.
16         MR. DOMINA: I did have the 4 right, I think?
17         MS. DAVIS: 4, yeah, just want to make a
18 clear record.
19         MR. DOMINA: Thank you for correcting me, I
20 appreciate it.
21     Q  (By Mr. Domina) And here what I think I'm seeing
22 is that there were 51 individuals identified in this table
23 as exposed to the substance, right, glyphosate?
24     A  Correct.
25     Q  Which represented 9.9 percent of the total group

Page 52

1  studied?
2      A  Correct.
3      Q  Compared with a control group of 133 individuals
4  exposed.  Individuals apparently in the control group, 8.8
5  percent of which were exposed?
6      A  Correct.
7      Q  So that is a very small group of subjects as well,
8  isn't it?
9      A  Relatively small.
10     Q  Finally, I'm going to show you something I didn't
11 get a chance to catch yesterday when you saw and I saw
12 Exhibit 8 from the Janzen deposition, this is the Nugent
13 study: Risk of second primary cancer and death following
14 diagnosis of nonmelanoma skin cancer.
15         Do you see that?
16     A  I see that.
17     Q  The part of this study that I want to point out to
18 you if I may, Doctor, is that on page 2, there is a
19 description of the results section which shows that the
20 cases here were recorded between 1956 and 2000.
21         Do you see that?
22     A  I do.
23     Q  Yesterday you were asked a question about when
24 Roundup became available on the market.  Assume with me for
25 a moment, if you would, that it went to the market in 1976.

Page 53

1      A  Okay.
2      Q  About midway through this study, correct?
3      A  Correct.
4      Q  And that it became a herbicide in hermetic use in
5  the farming community after Roundup Ready Seed became
6  available for soybeans in 1996 and corn in 1998.
7          If those dates are accurate, that study would have
8  missed most of the exposed population, relative exposed
9  population, wouldn't it?
10         MS. DAVIS: Object to form.
11     A  Probably.
12     Q  (By Mr. Domina) Doctor, is there any more
13 information that you require, having now reflected on
14 examination by Monsanto's lawyers in two depositions, in
15 order to be reasonably professionally certain about the
16 opinions you've formulated?
17     A  There is not.
18     Q  And are you satisfied that the differential
19 diagnostic and evaluation method that you described for us
20 yesterday in Mr. Janzen's deposition has been effectively
21 and appropriately used by you to formulate your opinions?
22     A  I -- I have.  I am confident.
23     Q  Did you, at my request, review a paper published
24 in the publications of the National Institutes of Health
25 describing the diagnostic process, the differential

14  (Pages 50 to 53)

Kevin T. Palka, M.D.

## Page 54

1   diagnostic process?
2       A   I did.
3       Q   And was that the purpose of refreshing your memory
4   about the steps involved?
5       A   It was.
6       Q   So in this case, did you start with each of the
7   individual plaintiffs; Mr. Pollard, Mr. Janzen, Mr. Domina
8   and Mr. Dickey, as a patient with a health problem?
9       A   I did.
10          MS. DAVIS:  I'm sorry, what study are you
11  referring to, is that an NIH study?
12          MR. DOMINA:  It's called -- it's published
13  by, I'll give you -- the publication is Improving Diagnostic
14  Diagnosis in Healthcare, Committee on Diagnostic Error in
15  Healthcare, Board on Healthcare Services, Institute of
16  Medicine, the National Academies of Sciences, Engineering
17  and Medicine.  Balogh, B-A-L-O-G-H, Miller and Ball,
18  editors.  National Academic Presses, U.S , December 29,
19  2015.  Copyright 2015 by the National Academy of Sciences.
20          MS. DAVIS:  Is this something that was on his
21  list?
22          MR. DOMINA:  No.  I asked him to review it
23  while we were preparing.
24      Q   (By Mr. Domina) And, Doctor, I can show you and I
25  can send to counsel the simple chart that is in the study,

## Page 55

1   but essentially the process starts with a patient who
2   interacts with the healthcare system and that involves
3   information gathering from the patient, from objective
4   testing, the evaluation of that information, the formulation
5   of professional conclusion, and the establishment of a
6   plaintiff care, correct?
7       A   Correct.
8       Q   Is that the methodology of medicine?
9           MS. DAVIS:  Object to form.
10      A   Basically, essentially.
11      Q   (By Mr. Domina) Did you in any way vary from that
12  methodology at your work in any of these four cases, Mr.
13  Pollard's or Janzen's or Dickey's?
14          MS. DAVIS:  Object to form.
15      A   I did not.
16          MR. DOMINA:  No further questions.
17          MS. DAVIS:  I do have a few follow-up
18  questions.
19          EXAMINATION
20  BY MS. DAVIS:
21      Q   Doctor, counsel mentioned that in the Plaintiff
22  Fact Sheet with respect to other pesticides and herbicides,
23  Mr. Pollard did not identify a number of exposure days, do
24  you remember that question?
25      A   I do.

## Page 56

1       Q   He contrasted that with the Roundup exposure
2   summary in which Mr. Pollard did so, correct?
3       A   Correct.
4       Q   Have you seen a Beacon exposure summary for Mr.
5   Pollard?
6       A   I have not.
7       Q   Have you seen an Accent exposure summary for Mr.
8   Pollard?
9       A   I have not.
10      Q   Have you seen an exposure summary for Mr. Pollard
11  for any of the other pesticides that he lists in his
12  Plaintiff Fact Sheet?
13      A   I have not.
14      Q   Do you have any way of knowing how many days he
15  was exposed to any of these pesticides?
16      A   I do not.
17      Q   Do you have any way of knowing whether he was more
18  exposed to any of these pesticides or less exposed to any of
19  these pesticides than he was to glyphosate?
20      A   I mean, just based on the years of exposure, I
21  think that could be just the total number of years, could be
22  compared between the exposures for individual herbicides and
23  pesticides versus Roundup, but not a eight-hour work day
24  level.
25      Q   And you testified earlier that you don't know what

## Page 57

1   chemicals are contained in any of these products listed; is
2   that right?
3       A   That is right
4       Q   So you don't know if a product he used for a
5   certain period of years has the same chemical in it as a
6   product he used during a different period of years?
7       A   Correct
8       Q   You stated that you have sufficient data, despite
9   your lack of data regarding these other pesticides, simply
10  because you know the exposure to glyphosate, do you remember
11  stating that?
12      A   Correct
13      Q   Would that remain your opinion if Mr Pollard was
14  exposed to one of these pesticides listed for more exposure
15  days than he was to glyphosate?
16      A   Could you repeat that?
17      Q   Would that remain your opinion if Mr Pollard was
18  exposed to one of these other pesticides listed for more
19  exposure days than he was to glyphosate?
20      A   It would
21      Q   Why is that?
22      A   Because we have data on glyphosate linked to
23  non-Hodgkin's lymphoma, and I currently don't have any
24  information linking any of these products with non-Hodgkin's
25  lymphoma

Kevin T. Palka, M.D.

## Page 58

1    Q   You haven't reviewed any literature linking any of
2  these products to non-Hodgkin's lymphoma, correct?
3    A   Correct.
4    Q   You don't know whether that data exists or not,
5  correct?
6    A   Correct.
7    Q   You haven't done any literature searches to find
8  that data, correct?
9    A   Correct.
10    Q   Do you recall Mr. Domina's testimony regarding the
11  bean bar?
12    A   I do.  How could I forget that?
13    Q   Had you heard the term "bean bar" before today?
14    A   I had not.
15    Q   You're certainly not an expert in bean bars,
16  correct?
17    A   Correct.
18    Q   Do you know whether Mr. Pollard sprayed from a
19  bean bar or whether he drove a tractor while others sprayed
20  from a bean bar?
21    A   I do not.
22    Q   Would you be able to, in any scientific way,
23  determine exposure to Mr. Pollard's skin based on the fact
24  that he used, in some way, a bean bar?
25    A   I would -- no, I would not.

## Page 59

1    Q   Do you recall Mr. Domina asking you whether you
2  thought cotton clothing would protect or prolong skin
3  exposure to a chemical?
4    A   I remember that.
5    Q   Are you an expert in any way on cotton?
6    A   No.
7    Q   Are you an expert in any way on protective
8  equipment?
9    A   No.
10    Q   Are you an expert in any way on skin exposure to
11  chemicals?
12    A   No.
13    Q   You're not a dermatologist, correct?
14    A   Correct.
15    Q   You haven't had any training in dermatology,
16  correct?
17    A   Correct.
18    Q   Your statement that you thought that cotton
19  clothing might prolong skin exposure was an assumption,
20  correct?
21    A   Correct.
22    Q   Do you recall being asked whether you believe
23  plastic gloves to be protective or to prolong skin exposure?
24    A   I do.
25    Q   And you're in no way an expert on that subject,

## Page 60

1  are you?
2    A   I am not an expert.
3    Q   Would you agree that your opinion that it might
4  prolong skin exposure was also an assumption?
5    A   That's correct.
6    Q   Do you recall being asked whether there was any
7  causative agent for non-Hodgkin's lymphoma that could be
8  identified on pathology?
9    A   I do.
10    Q   Do you recall testifying yesterday that the
11  Epstein-Barr virus can oftentimes be visualized on pathology
12  in Burkitt's lymphoma?
13    A   So I would say Epstein-Barr virus can be
14  identified through genetic testing in Burkitt's lymphoma,
15  but I believe the question was is it 100 percent causative.
16    Q   But you would agree that the Epstein-Barr virus is
17  a strong -- strike that.
18       You would agree that the Epstein-Barr virus has a
19  strong association with Burkitt's lymphoma?
20    A   I would.
21    Q   And you would agree that you can identify the
22  presence of Epstein-Barr virus on diagnostic testing in
23  Burkitt's patients?
24    A   In some Burkitt's patients.
25    Q   Do you remember testifying that you weren't aware

## Page 61

1  of any studies looking at exposure similar to the number of
2  days exposure alleged by Mr. Pollard?
3    A   Correct.
4    Q   So since you haven't seen any studies like this,
5  you're not -- strike that.
6       Since you aren't aware of any studies like this,
7  you can't say one way or the other whether such studies
8  would show more or less of an association than any study you
9  have reviewed, correct?
10    A   Correct.
11    Q   Do you recall being presented with the McDuffie
12  studies by Mr. Domina?
13    A   I do.
14    Q   Can you turn to that?  This was Janzen 4, I
15  believe.
16       MR. DOMINA:  I'm handing it to him.
17       MS. DAVIS:  Thank you.
18       THE WITNESS:  Okay.
19    Q   (By Ms. Davis) If you turn to Table 2.
20       Mr. Domina pointed you to the n exposed
21  and percent exposed for -- to glyphosate for NHL cases and
22  controls.
23       Do you remember going through this chart?
24    A   I do.
25    Q   But what Mr. Domina did not ask you about was the

16 (Pages 58 to 61)

Kevin T. Palka, M.D.

Page 62

1    odds ratio in this chart, correct?
2        A   Correct.
3        Q   Would you agree with me that the confidence
4    interval for the odds ratio of glyphosate in this chart
5    crosses one?
6        A   I would.
7        Q   Would you agree with me that that means that it
8    would not be statistically significant?
9        A   To some extent I would agree with you.
10           MS. DAVIS:  I don't have any further
11   questions.
12           MR. DOMINA:  No additional questions.
13   Conclusion of deposition.
14           VIDEOGRAPHER:  All right.  We are going off
15   the record at 10:15 a.m.
16           (Deposition concluded at 10:15 a.m.)
17
18
19
20
21
22
23
24
25

Page 63

1            CERTIFICATE
2        I, Jennifer A  Dunn, Registered Professional
3    Reporter and Certified Court Reporter, do hereby certify
4    that prior to the commencement of the examination,
5    KEVIN T  PALKA, M D , was duly sworn by me to testify to the
6    truth, the whole truth and nothing but the truth
7        I DO FURTHER CERTIFY that the foregoing is a
8    verbatim transcript of the testimony as taken
9    stenographically by and before me at the time, place and on
10   the date hereinbefore set forth, to the best of my ability
11       I DO FURTHER CERTIFY that I am neither a
12   relative nor employee nor attorney nor counsel of any of the
13   parties to this action, and that I am neither a relative nor
14   employee of such attorney or counsel, and that I am not
15   financially interested in the action
16
17
18
19       "/s/JENNIFER A  DUNN"
20       NCRA Registered Professional Reporter
21       Missouri Certified Court Reporter #485
22
23       Dated:  November 18, 2019
24
25

17 (Pages 62 to 63)

Kevin T. Palka, M.D.

## A

**a.m**
1:18 4:4 34:7,10
62:15,16
**ability**
63:10
**able**
34:17 39:18 58:22
**abstract**
49:19
**Academic**
54:18
**Academies**
54:16
**Academy**
54:19
**Accent**
20:10 56:7
**access**
40:19
**accuracy**
9:1
**accurate**
36:18 37:3,25 53:7
**action**
63:13,15
**added**
6:13
**additional**
6:4 21:20 24:23
62:12
**adjacent**
41:16
**adjustment**
49:22
**adjustments**
48:7,10
**affixed**
40:16
**ag**
20:23,24 22:19
24:1
**age**
4:13 15:2,5,9,15
45:11 46:7
**aged**

45:21
**agent**
32:24 44:8,14 60:7
**ages**
50:1
**aggressive**
33:7
**aging**
45:12,21
**ago**
49:14
**agree**
29:4,7,11,14 60:3
60:16,18,21 62:3
62:7,9
**Agricultural**
7:1
**agronomist**
39:1,9
**Aim**
22:1
**alcohol**
48:11
**alleged**
61:2
**amount**
26:1 27:17 39:12
39:23 43:10
**analysis**
37:17 48:8
**Andreotti**
6:25 47:22
**anemia**
9:14,19 10:6
**answer**
35:23
**answering**
43:14
**anyway**
25:20
**apologize**
49:10
**apparently**
52:4
**applicators**
48:1

**applied**
22:16 23:22
**apply**
5:19
**appreciate**
43:16 51:20
**approaching**
5:16
**appropriately**
53:21
**approximately**
40:20 42:23 49:5
**April**
20:14
**Armezon**
20:10
**Arndt**
2:13 4:2
**asked**
37:23 44:1 45:11
46:15,20 47:9,19
52:23 54:22 59:22
60:6
**asking**
59:1
**assessment**
15:15 16:5,23 17:1
**associated**
32:12 45:12 46:21
46:24 49:21
**association**
18:1,5,20 23:5
24:12 60:19 61:8
**associations**
21:13
**assume**
27:19 40:5,6,15
41:5,22 52:24
**assuming**
41:2,3 42:22
**assumption**
27:12,14,17 59:19
60:4
**Atrazine**
21:25
**Attached**

6:8
**attorney**
63:12,14
**available**
44:3 52:24 53:6
**aware**
13:22 17:4,6 18:15
24:22 35:24 36:3
43:4 44:17 46:10
46:19 47:16 60:25
61:6

## B

**B**
3:9 45:5
**B-A-L-O-G-H**
54:17
**B-cell**
33:7,13
**B-cells**
45:2
**back**
34:9 46:15,18
**Bacon**
22:2,3
**Ball**
54:17
**Balogh**
54:17
**Banvel**
22:1
**bar**
40:10,12,14,16,23
41:3 58:11,13,19
58:20,24
**bars**
58:15
**based**
11:14 33:20,21
46:12 48:12 56:20
58:23
**Basically**
55:10
**basis**
35:8 37:1
**Beacon**

20:10 22:1 56:4
**bean**
40:10,12,14,16,23
41:3 58:11,13,15
58:19,20,24
**behalf**
4:15
**believe**
9:12 17:6 18:1
31:15 41:14,19
46:6,9,23 59:22
60:15 61:15
**believed**
31:13
**Bendamustine**
32:25
**beneath**
20:6 48:7
**best**
34:16 63:10
**better**
34:18,18
**Bicep**
21:24
**billing**
32:3 38:1,2
**biopsy**
10:13,20 11:15,19
11:22,25
**birth**
12:24 13:3
**bit**
49:14
**blood**
44:18 45:5
**blow**
29:2
**BMI**
16:23 17:2
**Board**
54:15
**bodies**
47:13
**body**
16:12,20 44:21,23
45:5 47:5,11,17

Kevin T. Palka, M.D.

**bone**
10:13,16,20 11:8
    11:15,16,18,21,24
    45:8
**boots**
28:12
**born**
34:22
**bottom**
27:2
**break**
5:5,6
**briefly**
38:21
**bring**
31:20 32:1,1 37:25
    38:1,5
**brother**
18:15
**brought**
37:23
**Buctril**
21:25
**Burkitt's**
60:12,14,19,23,24

---
**C**
---
**C**
2:1
**calculated**
42:22
**California**
1:1 4:8
**call**
51:10
**called**
32:25 51:11 54:12
**Callisto**
21:25
**camera**
34:18
**cancer**
11:13 17:5,9,17
    30:6,10,14 31:2,8
    31:9 32:24 36:13
    44:17 45:20 52:13

**52:14**
**cancers**
17:7 32:13 33:3
    35:6,20,25 45:16
    45:17,24 46:1,3,5
    46:25
**capture**
34:18
**care**
8:25 55:6
**career**
8:21
**case**
1:4,8 4:20 5:19,22
    5:24 7:6,18 21:17
    23:9 24:16 25:1,5
    33:4,25 36:20,21
    36:21,22 37:21
    38:23 47:3 54:6
**cases**
5:16 29:12,14
    38:14 52:20 55:12
    61:21
**catch**
52:11
**categories**
50:25
**causation**
36:23
**causative**
44:8,14 60:7,15
**cause**
9:23 10:2,6,10,17
    10:21 11:3,6,22
    11:25 13:13,19,25
    15:11 28:25 43:15
    44:14
**cause-and-effect**
44:8
**caused**
28:22 30:1,5,10,14
    31:2,8,9,14 44:4
**causes**
31:9
**causing**
37:2

**cells**
44:20,23,23,24,24
    44:25
**central**
37:12
**certain**
37:23 44:2 45:24
    53:15 57:5
**certainly**
34:1 58:15
**Certificate**
3:7 63:1
**Certified**
1:19 63:3,21
**certify**
63:3,7,11
**cetera**
50:3
**chance**
33:11,15,18 52:11
**chart**
20:1,6,8 27:3 39:11
    39:20 54:25 61:23
    62:1,4
**checkmark**
51:5
**chemical**
21:6 23:1 24:5
    27:13 41:15 51:4
    57:5 59:3
**chemicals**
21:17 22:22 24:23
    39:6 41:22 43:17
    57:1 59:11
**chemotherapy**
12:3 32:12 33:1
**choice**
13:10,12,15
**chronically**
33:11
**cigarette**
48:11
**clarify**
12:18 35:21
**classes**
51:5

**clear**
19:16 51:18
**clinical**
35:10 36:11 37:8
    37:10,11
**clothes**
41:10
**clothing**
27:13,15,19 28:15
    40:1,5 41:16,17
    41:25 59:2,19
**co-op**
41:22
**collect**
37:11
**column**
27:2 48:7 50:11
    51:5
**commencement**
63:4
**commencing**
1:18
**comment**
34:20
**commercial**
22:16 23:22
**committee**
37:12 54:14
**common**
8:17
**community**
53:5
**Company**
1:7 4:7
**compared**
45:25 52:3 56:22
**complete**
14:4 19:25
**completed**
12:6,14
**composition**
21:6 23:1 24:5
**computer**
49:10
**concerning**
37:1

**concluded**
49:21 62:16
**concludes**
49:20
**conclusion**
55:5 62:13
**confidence**
62:3
**confident**
53:22
**confirmation**
26:1
**confirming**
13:6
**consider**
6:19,20 15:1,6,9,22
    16:1,20 17:16
    18:24 19:1,4
    21:16 23:8 24:15
    24:25 25:3 27:6,9
    28:2,5,8,11,14
**considered**
16:17 28:18 38:6
**consultation**
7:23 39:2
**contact**
41:17 42:24
**contain**
6:1 21:10 24:8
**contained**
22:24 57:1
**continue**
34:16
**continues**
14:7 42:17
**continuous**
48:11
**contracting**
46:11
**contrasted**
36:1 56:1
**contributing**
5:12 37:18 43:15
**contributor**
35:13 37:7
**control**

Kevin T. Palka, M.D.

50:12,17 52:3,4
**controls**
61:22
**controversial**
47:1
**cooperative**
41:22
**copy**
19:20 25:15,16,19
25:20
**Copyright**
54:19
**corn**
53:6
**correct**
4:20,21,23,24 5:1
5:14,18,20,25 6:7
6:11,15,18,19,20
6:23,24 7:2,7,9,10
8:8,9,14,16 9:15
9:18,21 10:3,4,14
10:15 11:1,9,10
12:5 14:5,7,8,10
14:11,21,25 15:4
15:8,18,21,25
16:8,15,19 17:11
17:15,20,24 18:3
18:8,12,14,19
19:7,17,18 20:8
21:19 22:18,21
23:11,19,20,24
24:2,18 25:1,2,10
26:15,18,22 27:1
27:3,4,8,20 28:1
28:19 29:1 30:2,7
30:11,15,21,25
31:11 34:2,3,25
35:1,3 36:19,24
37:4 38:4,7,8,13
38:17,23,25 39:4
39:9,10,16,25
40:3 42:10,13,15
43:3,12 47:15
48:4 49:6,8 50:7,9
50:14,23 51:24
52:2,6 53:2,3 55:6

55:7 56:2,3 57:7
57:12 58:2,3,5,6,8
58:9,16,17 59:13
59:14,16,17,20,21
60:5 61:3,9,10
62:1,2
**corrected**
26:20,21
**correcting**
51:14,19
**correctly**
22:5,13 50:11
**correlate**
43:4
**correlated**
48:12,16
**correlates**
11:17
**Corvallis**
21:25
**cotton**
41:12,15,16 59:2,5
59:18
**counsel**
2:5,9 4:9 38:11
54:25 55:21 63:12
63:14
**couple**
50:16,21
**course**
37:8
**court**
1:1,19 3:7 4:7,10
46:18 63:3,21
**created**
26:7,11,13
**critical**
12:19
**crop**
22:10,12 23:16,18
39:2 40:20
**crosses**
62:5
**cure**
33:8
**cured**

33:23 34:1
**currently**
57:23
**curriculum**
38:9

---
### D

**D**
3:1
**D.C**
2:8
**DAD@dominala...**
2:5
**daily**
35:8 42:24
**data**
37:7,11,17 43:16
43:20 46:19 57:8
57:9,22 58:4,8
**date**
1:18 4:3 12:24,25
13:3 63:10
**date's**
12:19
**Dated**
63:23
**dates**
13:2 53:7
**DAVID**
2:3
**Davis**
2:7 3:4,6 4:17,19
13:3,5,8,9 19:19
19:22 34:4,11,17
35:17 36:2 37:9
37:19 38:24 40:13
40:25 41:8,18
42:5,14 43:1,11
43:19,23 44:10
45:1 48:20,24
49:1,7 50:8,18
51:2,10,13,15,17
53:10 54:10,20
55:9,14,17,20
61:17,19 62:10
**day**

56:23
**days**
26:25 27:15,19,24
39:15,19 42:22,23
48:13,16,17 49:3
55:23 56:14 57:15
57:19 61:2
**DDavis@lawdoc...**
2:9
**deal**
43:9
**dealer**
20:24
**death**
52:13
**December**
54:18
**Defendant**
2:9 4:15
**defense**
38:11
**definitive**
47:2
**delay**
49:10
**delicious**
22:4
**depend**
42:7,8
**deponent**
4:9
**deposes**
4:14
**deposition**
1:15 3:15 4:5,19
5:10 24:19,23
31:17,20 37:22
38:6 47:24 49:17
51:4 52:12 53:20
62:13,16
**depositions**
53:14
**deps@golkow.com**
1:24
**dermatologist**
59:13

**dermatology**
59:15
**describe**
38:21 44:21
**described**
5:10 41:21 53:19
**describes**
41:24
**describing**
38:1 53:25
**description**
3:11 47:6 48:6
49:20 50:2 51:4
52:19
**descriptions**
42:17
**descriptive**
45:20
**designed**
35:19,24
**despite**
57:8
**detail**
20:1,2
**details**
29:19
**detect**
36:13
**determine**
30:5,9,13 58:23
**development**
15:2 17:9,10 18:2,6
**diagnose**
35:19,25
**diagnosed**
8:12 9:6 12:11,14
12:21 18:16
**diagnosing**
36:12
**diagnosis**
9:2 10:14,17 12:25
15:6,10,23 16:2
16:17,21 17:17
18:10,25 19:5
52:14 54:14
**diagnostic**

30:12 53:19,25
54:1,13,14 60:22
**Diana**
2:7 4:19
**diaphragm**
10:24
**Dickey**
47:14 49:15 54:8
**Dickey's**
36:21 55:13
**difference**
41:25
**different**
9:3 20:3 50:7,16,22
57:6
**differential**
15:6,9,23 16:1,17
16:21 17:17 18:10
18:24 19:5 53:18
53:25
**differentiate**
44:14 46:10
**diffuse**
33:6,13
**direct**
47:21 48:5
**direction**
34:17
**directly**
26:9
**discussed**
6:12 32:17 47:20
47:25 49:14
**discussion**
7:3
**disease**
10:24
**distinction**
34:22
**District**
1:1,1 4:7,8
**Division**
1:2 4:8
**doctor**
4:18 21:3 29:4
34:11,25 38:19

44:2,20 46:20
47:9,19 49:19
52:18 53:12 54:24
55:21
**document**
1:6 26:12,13,14,16
26:19 31:4,6,18
31:24 38:1
**documentation**
25:8,11
**documents**
6:20,22 31:21,22
37:23 38:5
**Domina**
2:3,3 3:5 12:22,24
19:21 26:5,14
34:14 35:18 36:4
37:15,21 39:1
40:15 41:2,10,20
42:7,16 43:2,13
43:20 44:1,12
45:4 46:14,20
47:13 48:22,25
49:2,9,12 50:10
50:20 51:3,11,14
51:16,19,21 53:12
54:7,12,22,24
55:11,16 59:1
61:12,16,20,25
62:12
**Domina's**
36:21 58:10
**Dr**
4:9 34:15 37:21
**dramatically**
43:9
**drives**
40:22
**drove**
58:19
**Dual**
21:24
**Duke**
40:11
**duly**
4:13 63:5

**Dunn**
1:19 4:11 63:2,19
**duration**
41:4

_____ **E** _____

**E**
2:1,1 3:1,9
**earlier**
56:25
**ears**
29:3
**easier**
39:7
**East**
32:25
**editors**
54:18
**educational**
38:22
**effectively**
53:20
**eight**
40:18
**eight-hour**
26:24 42:22 56:23
**either**
24:6,12,16 40:16
**elevated**
45:25
**embedded**
41:15
**employee**
63:12,14
**engage**
35:7,13,18
**Engineering**
54:16
**entirety**
6:16
**epidemiologist**
36:18
**Epstein-Barr**
60:11,13,16,18,22
**equipment**
20:20 27:6 59:8

**equivalent**
26:24
**error**
13:1 54:14
**ESQUIRE**
2:3,7
**essentially**
55:1,10
**establish**
34:23
**establishment**
55:5
**estimate**
48:7
**estimated**
26:23
**estimation**
26:10
**et**
50:3
**evaluate**
35:19,25 44:3
**evaluation**
53:19 55:4
**evidence**
36:25 47:2
**exact**
27:17
**examination**
3:4,5,6 4:16 30:8
34:13 47:21 53:14
55:19 63:4
**exception**
38:19
**Excluding**
31:3
**excuse**
23:25
**Exhibit**
5:22 19:19 31:16
38:19 39:5,20
47:23 49:17 51:4
52:12
**exists**
58:4
**Exleed**

22:5
**expect**
29:20 33:23,23
**expectation**
33:24
**experience**
33:20
**experiencing**
9:17
**expert**
38:15,18 58:15
59:5,7,10,25 60:2
**expertise**
34:24
**exposed**
27:7,13,14,17,19
29:6,12,16,21
39:8,13 43:6
51:23 52:4,5 53:8
53:8 56:15,18,18
57:14,18 61:20,21
**exposure**
3:14 20:1 25:3,8,12
26:4,7,10,17,25
28:17,18,21,25
29:19 31:3,4,6
39:24 40:9 41:5
41:12,19,20 42:4
43:6,9,13,24 49:6
55:23 56:1,4,7,10
56:20 57:10,14,19
58:23 59:3,10,19
59:23 60:4 61:1,2
**exposures**
39:17,19,19,24
41:24 42:21 43:21
50:2,15 56:22
**extensive**
7:19 10:24
**extent**
62:9
**extraneous**
7:15

_____ **F** _____

**F**

Kevin T. Palka, M.D.

19:25
**face**
12:20
**fact**
3:13 13:18 19:10
19:20,23 22:9
35:7 38:21 39:5
39:11 43:8,18
55:22 56:12 58:23
**factor**
5:12 15:2,16,20
16:6,12,24 17:2,9
37:2 43:22 45:12
46:8,9,21,24
**factors**
14:19,23 49:25
**fairly**
7:19 8:19
**familiar**
21:3,6,12 22:7 23:1
23:4 24:3,5,11,14
**family**
7:24 17:22 18:1,5,9
18:21 19:2
**far**
14:14 34:3
**farm**
40:17 41:22 50:1
**farmers**
20:24 39:3 40:7
41:23
**farming**
40:8 53:5
**fatigue**
9:14,16,23 10:2
**feel**
31:8
**field**
40:22
**filling**
20:19
**Finally**
52:10
**financially**
63:15
**find**

58:7
**Firm**
2:7
**first**
4:13 34:23 40:9
41:25 44:7 45:16
48:22
**fit**
42:9
**five**
8:24
**focused**
36:7,10
**focusing**
36:12
**follow-up**
55:17
**following**
20:9 52:13
**follows**
4:15
**foot**
13:23
**foregoing**
63:7
**forget**
58:12
**form**
35:17 36:2 37:1,9
37:19 38:24 40:13
40:25 41:8,18
42:5,14 43:1,11
43:19,21,23 44:10
45:1 49:7 50:8,18
51:2 53:10 55:9
55:14
**forming**
5:11 7:5 19:17
21:17 23:9 24:16
24:25 25:4 26:16
**forms**
45:21
**formulate**
53:21
**formulation**
55:4

**forth**
63:10
**found**
11:11 45:7,8,8,9,9
45:24 46:4
**four**
38:16 40:18,20
42:17 55:12
**Francisco**
1:2 4:8
**Frank**
4:6
**frankly**
40:6
**frequency**
41:4
**frequently**
22:10 23:16
**front**
7:12 40:17
**Frontenac**
1:17
**fuels**
25:4
**further**
34:12 41:12 55:16
62:10 63:7,11
**future**
32:8

## G

**gasoline**
25:4
**gathered**
26:9 37:7
**gathering**
55:3
**gender**
15:20 16:5 46:12
**general**
7:12 36:22 37:15
44:6 45:16 46:1,5
**generally**
7:18 36:7,10 40:16
40:18 45:22
**generic**

45:20
**genetic**
36:12,14 60:14
**genre**
44:24
**German**
32:25
**give**
5:2 28:20,24 33:16
37:12 49:9 54:13
**given**
26:5 38:11 43:13
**glove**
42:8,12
**gloves**
28:6,8 41:12 42:1,3
42:18 59:23
**glyphosate**
10:2,10,20 11:6,25
21:10 22:24 24:9
29:9 47:10,12,16
48:2,12 51:7,23
56:19 57:10,15,19
57:22 61:21 62:4
**go**
7:17 10:13,23 11:8
34:4 37:24
**going**
5:21 29:2 31:16
34:6 37:24 40:4
44:5 47:24 48:5
49:12 52:10 61:23
62:14
**Golkow**
1:24 2:13 4:2
**good**
4:18 22:6 46:15
**goods**
20:25
**gotten**
30:23
**grade**
33:6,10,22,25
**great**
26:3
**group**

2:3 50:12,17 51:25
52:3,4,7
**growing**
40:20
**guess**
22:6 33:18 37:13
40:10

## H

**H**
3:9
**half**
42:24 50:21
**hand**
22:15 23:21 47:24
**hand-held**
20:19 40:20
**handing**
61:16
**handling**
20:18
**Harness**
21:24
**headed**
50:11
**heading**
48:8,23
**health**
7:1 53:24 54:8
**healthcare**
54:14,15,15 55:2
**hear**
34:18
**heard**
58:13
**held**
1:16 4:5
**hematologic**
18:18,21
**hematological**
19:2
**herbicide**
22:19 24:1 53:4
**herbicides**
20:1,10 48:16 51:6
55:22 56:22

hereinbefore
63:10
hermetic
53:4
higher
33:9,12 46:5
highlighted
26:1
Hilton
1:16
history
7:21,22,24,24,24
   7:25 17:4,22,22
   18:2,5,9,21 19:2
   25:8 31:3,4,5,6
   38:22,22 50:3
hospital
35:11
hospitalizations
7:16
hours
39:15
human
44:20,23 47:17

**I**

identified
38:18,20 39:7,22
   40:1,8 43:17
   48:15 51:22 60:8
   60:14
identifies
41:4
identify
39:18 55:23 60:21
identifying
36:13
II
21:24,24
image
40:23 41:1
imaging
7:14,22 8:5,6 11:12
   11:14
Impact
20:11

important
43:14
Improving
54:13
incidence
45:25 46:5
include
21:24
includes
7:23
including
6:13 27:5 28:2
   32:12 50:1,3
independent
49:22
index
47:5
indicate
29:23
indicated
11:6,22,25
indicates
10:2,6,10,17,20
   11:3 13:13,19
   31:8
indicating
31:13
individual
40:21 46:11 51:6
   54:7 56:22
individuals
51:22 52:3,4
information
7:15,19 12:11 26:9
   43:25 47:10,12
   53:13 55:3,4
   57:24
informing
6:17
initial
7:23 25:24 32:13
   33:5
initialed
25:21
initially
19:12

inquiry
36:25
inside
42:12
insight
9:23
Institute
54:15
Institutes
53:24
intend
6:2,5
intensity
22:12 23:18
interacts
55:2
interested
63:15
interval
62:4
invoice
38:2,3
invoices
31:21 32:2,3,6
involved
8:25 36:20 37:16
   54:4
involvement
11:9,14
involves
55:2
involving
29:19 35:14
issue
17:13

**J**

James
2:13 4:2
Janzen
4:20 15:7,23 16:18
   17:18 18:11 19:6
   32:18 47:13 49:15
   51:11 52:12 54:7
   61:14
Janzen's

5:13 36:21 53:20
   55:13
Jennifer
1:18 4:11 63:2
July
12:21,25 20:15

**K**

K
2:8
Kevin
1:15 3:3 4:9,12
   63:5
key
7:21
kill
22:20 24:1
kind
37:13
kinds
35:14 44:2,25
   45:17,24
know
5:6,8 12:18,19
   14:14 16:9,11
   19:11,13 21:9,11
   22:22,24 24:8
   29:18 33:22 34:3
   40:12,14 43:16
   56:25 57:4,10
   58:4,18
knowing
56:14,17
known
14:19

**L**

l
5:22
Laboratory
9:21
lack
57:9
large
33:7,13
Law

2:3,7
lawful
4:13
lawyers
53:14
left-hand
51:5
let's
19:19 34:4,23
Letter
19:25
leukemias
33:3
level
28:25 43:6 56:24
levels
29:9 43:13 47:10
   47:12,17
LIABILITY
1:5
Liberty
20:10
life
34:22 42:25
lifetime
48:12,16,17 49:3
Lindbergh
1:17
linked
57:22
linking
57:24 58:1
list
6:9,13 38:5,14 39:6
   54:21
listed
21:4 22:22 50:1
   57:1,14,18
lists
20:9 21:20 23:12
   56:11
literature
15:15 16:5 17:1
   21:12 23:4 24:11
   29:22 58:1,7
litigation

Kevin T. Palka, M.D.

1:5,24 2:13 4:3
18:6 32:5
**long**
28:3 43:2
**long-sleeve**
41:11
**long-term**
32:11
**look**
9:8 12:10 31:22,23
34:16,19 36:15
49:13
**looking**
7:18 30:16,18
36:11 50:6 61:1
**Lorsban**
23:13 24:3
**lot**
7:15 28:18 33:10
50:6
**Louis**
1:16,17 4:5
**low**
32:18,21 33:3,6,10
33:22,25
**lower**
43:9
**Lumax**
21:25
**lymph**
45:9
**lymphocyte**
44:20,23
**lymphocytes**
45:2
**lymphoma**
5:13 8:13,15,21 9:2
9:24 10:3,7,11,17
10:21 11:3,6,17
11:22 12:1 13:13
13:20 14:13,20,23
15:3,11 16:13
17:10 18:2,6,22
21:14 23:6 24:13
28:22,25 29:5,11
29:15,18,20 30:2

30:17,19,23 31:14
32:14 33:5,7,10
33:12,25 37:3
43:5,16 44:4,9,15
45:13 46:3,12,22
49:21 50:12 57:23
57:25 58:2 60:7
60:12,14,19
**lymphomas**
33:6,22

---

**M**

**M**
2:7
**M.D**
1:15 3:3 4:12 63:5
**maintenance**
13:16,19
**majority**
29:11,14
**malignancies**
18:21
**malignancy**
18:18 19:2
**March**
9:6,6 12:14
**marginal**
8:12,20 9:2 29:15
29:20
**mark**
5:21 19:19 25:14
25:17,20 31:16
**marked**
47:23 49:17
**market**
52:24,25
**marrow**
10:13,16,20 11:8
11:15,16,18,22,25
45:8
**mass**
47:5
**material**
6:19 28:8 42:11
**materials**
6:9 20:24

**mathematical**
37:16
**mathematics**
37:20
**matter**
4:6
**mature**
45:2
**McDuffie**
49:13 61:11
**MDL**
1:5
**mean**
12:16,18,19 13:7
31:3 56:20
**means**
41:22 62:7
**meant**
9:6 12:9
**measles**
50:3
**measured**
47:12
**measurement**
47:10
**measurements**
29:8
**measuring**
47:16
**median**
48:17 49:3
**medical**
3:12 7:8,11,15,19
7:19,24 13:7
14:19 15:15 16:5
17:1 31:1 34:24
35:2,4,5 36:7
38:21,22 40:10
44:3 47:4 50:2
**medication**
14:12
**medications**
35:14
**medicine**
35:8 54:16,17 55:8
**meeting**

35:8
**memory**
54:3
**mention**
44:5
**mentioned**
27:12 47:21 55:21
**met**
4:18 8:10
**method**
53:19
**methodology**
5:11,16 55:8,12
**methods**
35:25
**microscope**
30:17,19 36:16
**midway**
53:2
**Miller**
54:17
**mine**
22:6
**missed**
53:8
**Missouri**
1:20 4:6 63:21
**mistake**
12:22
**mistakes**
38:20
**mistype**
9:9
**Mmm-hmm**
48:19 49:1
**MO**
1:17
**moment**
40:16 49:13 52:25
**monitoring**
37:12
**Monsanto**
1:7 4:6 6:21
**Monsanto's**
53:14
**months**

12:17
**morning**
4:18
**multiple**
18:16
**mumps**
50:3
**mutations**
36:14
**myeloma**
18:16

---

**N**

**n**
2:1 3:1 61:20
**name**
4:2
**name's**
4:19
**National**
53:24 54:16,18,19
**nature**
34:24
**NCRA**
63:20
**NE**
2:4
**nearly**
22:11 23:17
**Nebraska**
39:3
**necessary**
20:2
**need**
5:5 19:20 26:20
**needs**
26:19
**neither**
63:11,13
**neuropathy**
13:22 14:1
**never**
8:8 29:12,16,25
**new**
36:13
**NHL**

Kevin T. Palka, M.D.

46:8 61:21
**NIH**
54:11
**nodes**
45:9
**non-Hodgkin's**
5:13 8:15 14:13,20
  14:23 15:2 16:13
  17:10 18:2,6,21
  21:13 23:5 24:13
  28:22,25 29:5
  30:1,23 31:14
  37:2 43:5,16 44:4
  44:9,15 45:12
  46:3,11,22 49:21
  50:12 57:23,24
  58:2 60:7
**nonmelanoma**
52:14
**Northern**
1:1 4:7
**note**
7:23 29:25 49:10
**noted**
4:10
**notes**
25:19
**notice**
1:16 3:15 31:16,21
  37:23 47:4
**notified**
38:20
**November**
1:13 4:3 63:23
**Nugent**
52:12
**number**
3:11 27:2,5 28:17
  28:24 33:16,17
  39:15,18,24 40:18
  40:19 48:1 55:23
  56:21 61:1
**numbers**
28:2
**NW**
2:8

**O**

**oath**
4:25
**obese**
47:7
**obesity**
46:21,24
**Object**
35:17 36:2 37:9,19
  38:24 40:13,25
  41:8,18 42:5,14
  43:1,11,19,23
  44:10 45:1 49:7
  50:8,18 51:2
  53:10 55:9,14
**objective**
55:3
**obtain**
26:4
**obtained**
11:16
**occur**
29:12,15 45:5
**occurred**
29:5
**occurrence**
43:5
**occurs**
29:5
**odds**
62:1,4
**offer**
6:2,5
**offering**
9:1 13:9,15,25
  36:22
**oftentimes**
60:11
**Oh**
12:8
**okay**
5:21 6:4,25 12:23
  13:8 19:24 25:23
  26:3 28:17 32:7,9
  40:23 41:2 45:4
  46:16 48:24 49:2

51:13 53:1 61:18
**old**
7:15 9:11 32:25
**older**
46:4
**Omaha**
2:4
**oncologist**
35:2,4,5 40:10
**oncology**
7:13,21 33:21
**opine**
28:21
**opinion**
5:11 25:4 37:1
  43:21 46:7 57:13
  57:17 60:3
**opinions**
6:1,5,17 7:6 9:1
  13:9,15,25 19:17
  21:17 23:9 24:16
  25:1 26:17,20
  36:22 38:23 53:16
  53:21
**opposed**
9:2
**order**
53:15
**outfitted**
40:17
**Outlook**
21:24
**oversimplification**
37:14

**P**

**P**
2:1,1
**packet**
7:19
**page**
3:2,11 6:9 19:22
  31:23 32:10 43:18
  48:6,22 52:18
**Pahwa**
6:14

**pains**
34:21
**Palka**
1:15 3:3 4:9,12
  34:15 37:21 63:5
**paper**
53:23
**paragraph**
48:22
**pardon**
38:21 49:16
**part**
9:9 15:6,9,23 16:1
  16:17,20 17:17,22
  18:10 27:16,18,21
  31:5 52:17
**participated**
36:4
**particular**
39:11 44:24
**parties**
63:13
**parts**
45:4
**pathological**
44:12
**pathologist**
36:15 44:13
**pathology**
7:14,22 8:1,2 11:17
  30:4 36:8,14,16
  44:7 60:8,11
**patient**
26:9 29:25 33:6
  37:10 44:4 47:11
  54:8 55:1,3
**patient's**
30:1
**patients**
7:20 8:20 17:21
  29:6,12,16,20
  35:8 37:3 50:12
  60:23,24
**PC**
2:7
**people**

45:25 46:4
**percent**
33:15,18 43:10
  48:1 49:5 50:21
  51:25 52:5 60:15
  61:21
**percentage**
50:11,16,22
**percentages**
50:20
**performed**
30:5
**period**
41:21 48:17 57:5,6
**periods**
20:3
**Permit**
22:1,2,3
**person**
14:22
**person's**
28:22
**persons**
40:18 43:6 50:16
**pesticide**
50:1,15
**pesticides**
19:5 20:2,10 21:4,7
  21:9,21 48:12
  49:22 55:22 56:11
  56:15,18,19,23
  57:9,14,18
**PET**
10:23 11:2,5,11,12
  11:12
**phosphonic**
51:6
**physical**
17:22 30:8
**physician**
35:5 47:7
**physicians**
31:13
**Piorkowski**
2:7
**place**

Kevin T. Palka, M.D.

63:9
**plaintiff**
2:5 3:13 19:10,20
19:23 22:9 39:11
43:18 55:6,21
56:12
**plaintiffs**
40:7 54:7
**plastic**
42:1,3,12,18 59:23
**please**
5:7 19:25 41:23
**pods**
20:19
**point**
14:14 29:9,23 32:8
33:19 47:6 52:17
**pointed**
61:20
**points**
50:16,21,22
**Pollard**
1:7 4:6 6:2,6,17 8:8
8:10,12 9:5 12:3
13:10,16,18,22
14:3 15:10,17
16:2,7,21 17:14
17:19 18:13,25
19:8,17 20:9
21:20 22:9,23
23:12 24:22 26:11
26:24 27:6,9 28:3
28:5 29:5,15 30:5
30:9,13,22 31:7
32:11,22 34:12
39:1,7,12,18 40:6
40:8 41:4,21
42:16,21 47:4,13
47:23 49:14 51:3
51:10 54:7 55:23
56:2,5,8,10 57:13
57:17 58:18 61:2
**Pollard's**
5:19,22,23 7:6,8
9:24 10:3,6,10,16
10:20 11:2 13:13

14:1,19 16:23
17:4 18:15 19:10
21:16 23:8 24:15
24:19 25:3,8
26:17 29:8 30:16
30:19 31:1,13
36:20 43:15 47:11
47:20 49:6 55:13
58:23
**population**
43:5 45:22 53:8,9
**portion**
46:17
**possibly**
42:11
**potential**
16:24 18:5,20 33:2
33:8
**practice**
35:7
**predictors**
49:23
**prepared**
38:2
**preparing**
54:23
**presence**
60:22
**presented**
9:13 61:11
**presenting**
9:22 10:1
**Presses**
54:18
**pretty**
29:18 46:15
**prevent**
41:17
**previously**
38:9
**primary**
52:13
**prior**
63:4
**probably**
12:16 25:21 34:15

53:11
**problem**
45:21 54:8
**procedures**
37:6
**process**
17:23 41:7 53:25
54:1 55:1
**product**
20:18 57:4,6
**production**
20:23 39:2
**products**
1:4 21:13 23:5
24:12 57:1,24
58:2
**profess**
36:17
**professional**
1:19 33:20 34:24
43:21 55:5 63:2
63:20
**professionally**
53:15
**profound**
9:14,19 10:6
**prolong**
41:17,19 59:2,19
59:23 60:4
**protect**
59:2
**protection**
42:4
**protective**
59:7,23
**protocols**
35:15
**prove**
11:13,13
**provide**
36:25 42:3
**provided**
6:21 26:14 38:9
39:2
**provides**
9:23

**publication**
54:13
**publications**
53:24
**published**
53:23 54:12
**purpose**
36:22 54:3
**pursuant**
1:16
**purveying**
20:24
**put**
37:22 51:5

_____
**Q**
**qualified**
47:6
**qualify**
29:17 32:23
**quantification**
39:12
**quantify**
27:21
**question**
36:15 43:14 44:6
45:11 46:15,20
52:23 55:24 60:15
**questions**
5:7 34:12,15 37:5
37:22 40:4 44:2
55:16,18 62:11,12
**quickly**
37:24

_____
**R**
**R**
2:1
**rate**
45:25 46:5
**rates**
43:9
**ratio**
62:1,4
**reached**
53:16

**read**
22:5,13 46:14,17
**Ready**
53:5
**real**
37:24
**really**
12:19 29:18 36:14
**rear**
40:17
**reason**
5:2
**reasonable**
41:5,9
**reasonably**
53:15
**recall**
9:11,12 16:14
19:12 45:14 47:25
48:3 58:10 59:1
59:22 60:6,10
61:11
**receive**
7:15
**received**
12:3 32:24
**receiving**
14:12 19:12
**record**
4:1,10 9:8,10 13:7
34:5,6,8,9 46:17
51:18 62:15
**recorded**
52:20
**records**
7:8,11,13,14,16 8:1
14:19 31:1 47:4
**recur**
33:11,24
**recurrence**
32:13 33:5,12,15
33:18
**refer**
8:5
**referenced**
49:14

Kevin T. Palka, M.D.

referring
8:2 9:16,20 32:3
   54:11
refers
40:10
reflected
53:13
refreshing
54:3
regarding
7:13 13:10,15
   16:21 57:9 58:10
Registered
1:19 63:2,20
regularly
20:14
related
7:18
relates
1:6
relationship
44:8
relative
53:8 63:12,13
Relatively
52:9
relied
26:16
remain
28:23 57:13,17
remains
4:22 28:24 32:11
   34:2 41:16
remember
7:3 32:19 55:24
   57:10 59:4 60:25
   61:23
remind
25:25
remission
14:7,15 33:14 34:2
repeat
46:13 50:19 57:16
repeated
13:1
report

3:12 5:21,23 6:1,8
   9:5,13 14:3,6,18
   25:7 26:23 27:5
   32:10 38:18
reporter
1:19,20 3:7 4:10
   34:17 46:18 63:3
   63:3,20,21
reports
8:2,4,6,7
represent
38:10
represented
51:25
request
53:23
requested
46:17
require
28:21 53:13
research
17:13 18:4,20
   49:20
residence
50:1
respect
6:2,5,17 15:6,10,17
   16:7 17:14,19
   18:10,13 19:8,17
   31:7 32:17,21
   55:22
response
14:4 31:21 35:22
result
11:18,21
results
9:20,21 10:5,9,19
   11:24 48:15,23
   52:19
retailer
22:19 24:1
revealed
10:14,23
review
7:5,11,13 8:6 14:18
   19:10,14,16 24:19

53:23 54:22
reviewed
5:16 6:9,16 7:8 8:1
   11:18 19:11,13
   25:7,25 58:1 61:9
revived
33:1
right
5:17,24 6:6,10,22
   7:6 8:13 9:7,13,14
   10:25 12:4,9,13
   13:5 14:4,13,16
   14:20,24 15:3,7
   15:24 17:10,23
   18:7,18 19:6
   21:18 22:17,20
   23:10,23 24:1,17
   25:9,14 26:21,25
   27:7,10,25 30:6
   30:10,14,20 31:2
   31:10 32:9 34:4
   34:21,23 37:5
   38:16 40:15 43:2
   48:17 49:2 50:13
   50:20 51:16,23
   57:2,3 62:14
risk
14:19,23 15:2,15
   15:20 16:6,12,24
   17:2,9 32:11,13
   32:24 33:3 45:12
   46:7,9,11,21,24
   48:6 52:13
risks
32:18,21,24
roughly
12:17 14:17
Roundup
1:4 3:14 5:12 25:8
   25:12 26:25 27:10
   28:22 29:6,12,16
   29:19,21 30:1,5
   30:10,13,20,24
   31:2,8,9,14 37:1
   39:17,23 40:9
   43:6,15,21,24

44:3 51:7 52:24
   53:5 56:1,23
routine
14:9
row
21:20 23:12 40:9
   41:20,25
rows
20:2 40:20 42:17

————————
       S
————————
S
1:17 2:1,4 3:9
s/JENNIFER
63:19
San
1:2 4:8
satisfied
53:18
SATURDAY
1:13
saw
49:18 52:11,11
saying
27:18 29:17
says
4:15 12:20,20,24
   22:19 23:16 49:3
   51:6
scan
10:23 11:2,5,11,12
   11:12
Sciences
54:16,19
scientific
58:22
searches
58:7
season
22:10,11,12 23:17
   23:17,18
seated
40:19
second
21:20 32:10,12,24
   41:20 48:6,7 49:9

52:13
secondary
33:2
section
52:19
see
7:17 15:15 16:5,24
   17:2 20:4,6,12,16
   20:21 21:1,22
   23:14 25:19 31:12
   32:15 42:1,16,18
   48:6,10,13,25
   49:24 50:15 51:8
   52:15,16,21
Seed
53:5
seeing
51:21
seek
12:12
seen
29:22 31:7,18,24
   43:8 56:4,7,10
   61:4
send
54:25
sense
12:13
September
12:6,15
series
44:1
served
38:15
services
1:24 2:13 4:3 39:2
   54:15
set
63:10
settings
35:10,11
sheet
3:13 12:20 19:10
   19:20,23 22:9
   39:5,12 43:18
   55:22 56:12

Kevin T. Palka, M.D.

| | | | | |
|---|---|---|---|---|
| **shirt** | 8:2 30:18 | 20:19 41:6 | 61:5 | **summary** |
| 41:11 | **small** | **St** | **strong** | 3:14 25:13 26:4,7 |
| **shoes** | 52:7,9 | 1:16,17 4:5 | 18:1 60:17,19 | 28:18 37:3 39:17 |
| 41:10 | **smoking** | **staging** | **studied** | 56:2,4,7,10 |
| **short** | 48:11,11 50:2 | 10:23 | 52:1 | **supplied** |
| 41:11 | **sneeze** | **start** | **studies** | 35:22 38:14 |
| **show** | 29:2 | 54:6 | 6:13 35:13,19,24 | **supply** |
| 25:24 39:6 52:10 | **snugness** | **starting** | 36:7 43:4,8 46:10 | 37:7 |
| 54:24 61:8 | 42:9 | 6:8 | 47:20 61:1,4,6,7 | **support** |
| **showed** | **social** | **starts** | 61:12 | 38:6 |
| 11:16 | 7:25 | 55:1 | **study** | **supports** |
| **showing** | **sold** | **state** | 6:14,14,25 7:1,5 | 31:4 |
| 10:5 49:18 | 41:23 | 9:13 10:13 12:6 | 47:22 48:6 49:13 | **sure** |
| **shown** | **somebody** | 14:3,18 25:7 | 49:17,25 50:6 | 13:8 14:17 15:19 |
| 39:5 47:22 | 11:13 | 26:23 32:10 | 51:3 52:13,17 | 17:8 19:21 25:18 |
| **shows** | **sorry** | **stated** | 53:2,7 54:10,11 | 26:13 42:6 51:15 |
| 48:15 52:19 | 34:10 48:20 54:10 | 57:8 | 54:25 61:8 | **surgical** |
| **shuttle** | **sounds** | **statement** | **studying** | 7:24 |
| 20:19 22:16,16 | 22:4 | 59:18 | 21:12 23:4 24:11 | **surveillance** |
| 23:22,22 | **source** | **states** | **subject** | 14:9 |
| **significant** | 25:11,12 | 1:1 4:7 19:25 20:14 | 59:25 | **suspicious** |
| 62:8 | **sources** | 20:18,23 22:9,15 | **subjects** | 11:14 |
| **similar** | 37:18 | **stating** | 52:7 | **swear** |
| 33:4 37:6 61:1 | **soybeans** | 57:11 | **submitted** | 4:11 |
| **simple** | 53:6 | **Statistical** | 5:23 32:6 37:17 | **sworn** |
| 54:25 | **speaking** | 48:8 | **substance** | 4:13 63:5 |
| **simply** | 8:6 36:17 | **statistically** | 41:15 51:23 | **symptom** |
| 57:9 | **specializes** | 62:8 | **substances** | 9:17,22 10:1 |
| **Sitting** | 35:6 | **statisticians** | 39:8,13 | **system** |
| 6:4 | **specific** | 37:20 | **substantial** | 55:2 |
| **six** | 27:6 28:15,22 | **status** | 5:12 37:2 43:15,22 | |
| 40:18 | 33:17 39:14 49:22 | 48:11 | 50:24 | **T** |
| **skin** | **specifically** | **stem** | **subtype** | |
| 17:4,7,9,17 27:10 | 27:11 31:7 | 44:24 | 8:15,17 9:3 29:18 | **T** |
| 27:13,15,19 41:6 | **specify** | **stenograph** | **sufficient** | 1:15 3:3,9 63:5 |
| 41:13,16,17,19 | 27:16 | 4:10 | 43:20,25 57:8 | **T-cells** |
| 42:4 52:14 58:23 | **spleen** | **stenographically** | **suggest** | 45:3,5 |
| 59:2,10,19,23 | 45:9 | 63:9 | 31:2 41:12 | **table** |
| 60:4 | **spray** | **steps** | **suggested** | 49:25 51:3,22 |
| **slacks** | 40:21 41:6 | 54:4 | 30:1 47:5 | 61:19 |
| 41:11 | **sprayed** | **Street** | **suggesting** | **take** |
| **sleep** | 58:18,19 | 2:4,8 | 44:22 | 5:5,6 31:23 49:12 |
| 49:11 | **sprayer** | **strictly** | **Suite** | **taken** |
| **sleeves** | 22:15,16,16 23:21 | 46:12 | 2:8 | 1:16 26:8 63:8 |
| 28:3 | 23:22,22 | **strike** | **summarize** | **talk** |
| **slides** | **spraying** | 16:10 30:17 60:17 | 13:2 | 44:24 |
| | | | | **talking** |

Kevin T. Palka, M.D.

42:23
**targets**
36:12
**taught**
40:11
**team**
37:11
**techniques**
35:19
**tell**
4:13 30:16,18 34:1
48:20
**tend**
41:17 42:3
**term**
44:22 45:20 58:13
**terms**
45:16
**test**
9:20 10:5,9 30:4,12
44:7,12,13,17
**testified**
5:15 14:22 15:1,5
15:14,19,22 16:4
16:9,11,16 17:8
17:12,16,21,25
18:4,9 19:4 24:22
28:20 38:15 56:25
**testify**
63:5
**testifying**
60:10,25
**testimony**
4:22 5:3 31:12
32:19 47:20 49:15
49:15 58:10 63:8
**testing**
55:4 60:14,22
**tests**
44:3
**Texas**
40:11
**Thank**
25:19 34:11 51:14
51:19 61:17
**therapy**

13:16,19
**things**
7:21 25:24 36:17
40:5,6 50:7
**think**
9:6 12:7 31:3 33:11
41:9 43:24 47:2
51:16,21 56:21
**third**
6:8
**thought**
59:2,18
**three**
8:19 12:17 14:15
33:14 40:7 42:17
42:24
**threshold**
28:21
**thymus**
45:10
**time**
4:4 5:5 6:12 9:11
12:3 14:6,13 29:9
32:4 34:1 39:8,8
39:13,23 63:9
**times**
7:15 20:20 22:11
22:11 23:17,18
33:10
**tissue**
11:16
**today**
4:25 5:5 6:4 19:15
31:20 32:2 58:13
**Today's**
4:3
**top**
8:18 19:25
**total**
26:1 51:25 56:21
**totaled**
42:21
**toxicity**
32:11
**tractor**
40:17,21 58:19

**trained**
40:11
**training**
33:21 59:15
**transcript**
24:20 63:8
**treat**
45:17
**treated**
8:8,20 33:8
**treating**
31:13 36:1
**treatment**
7:14,22 12:12,15
12:17 13:10,12
14:4 30:22 35:6
35:15
**treatments**
35:14
**Treflen**
23:13 24:3
**trial**
37:10
**trials**
36:11 37:6,11
**tried**
13:1
**true**
4:22 15:17,20 16:7
17:14,19 18:13
19:8 28:23,24
43:8 47:11 50:4,5
**truth**
4:14,14,14 63:6,6,6
**truthful**
5:2
**try**
7:13 29:2 34:16
44:5
**turn**
19:22 61:14,19
**two**
8:18 32:23,23
50:21 53:14
**type**
28:15 29:4 42:7,8,9

**types**
25:4 45:17
**typographical**
13:1 38:19

---
**U**

**U.S**
54:18
**uncommon**
8:19 29:18
**undergoing**
14:9
**understand**
4:25 5:7 37:15
50:10
**understanding**
26:6,8,11 39:3
**underwent**
11:15
**United**
1:1 4:7
**usage**
20:3
**use**
19:5 20:2 21:16
22:12 23:8,19
24:15,23 25:3
32:12 41:6 48:18
49:3 53:4
**uses**
41:3,24
**usually**
7:23 25:24

---
**V**

**v**
1:7
**Vanderbilt**
40:11
**variants**
50:24
**various**
35:14 37:17
**vary**
55:11
**verbatim**

63:8
**Verdict**
21:25
**versus**
4:6 50:12 56:23
**video**
4:5
**videographer**
2:12 4:1,2 34:6,9
62:14
**Videotaped**
1:15
**virtually**
45:17
**virus**
60:11,13,16,18,22
**visualized**
60:11
**vitae**
38:9

---
**W**

**wand**
40:20
**want**
25:16 51:17 52:17
**Washington**
2:8
**way**
27:22 47:16 55:11
56:14,17 58:22,24
59:5,7,10,25 61:7
**ways**
36:13
**we'll**
5:6 25:20
**wearing**
28:3,6,11,14
**weeds**
22:20 24:1 40:21
**weight**
16:12,20
**went**
6:22 49:11 52:25
**weren't**
15:19 60:25

Kevin T. Palka, M.D.

witness
4:11 12:23 13:4,6
  44:11 46:16,19
  50:19 61:18
wore
40:1 42:1
work
20:24 26:24 34:16
  37:6,8,10 38:22
  39:9,18 41:21
  42:23 55:12 56:23
worse
42:12
wouldn't
8:24 53:9
written
29:25

**X**
X
3:1,9

**Y**
yeah
9:8,9 12:10 13:8
  25:17 31:24 32:5
  51:17
year
12:15 39:24 42:23
  43:2
years
7:16 9:11 14:15
  20:8 33:14 38:16
  40:8 42:24 56:20
  56:21 57:5,6
yesterday
4:18,19,22 5:15
  6:12,21,23 7:3
  14:22 15:1,14,19
  16:4,9,11 17:8,12
  17:16,21,25 19:4
  28:20 32:17 33:4
  33:6 47:19,22,25
  49:15,18 52:11,23
  53:20 60:10
yesterday's

5:10
younger
45:25 46:4

**Z**
zero
27:24
Zheng
6:13
Zidua
22:5
zone
8:12,20 9:2 29:15
  29:20

**0**

**1**
1
3:12 38:19 49:25
10
19:22 43:10,18
10:15
62:15,16
10:28
34:10
100
60:15
1000
2:8
13
12:24 13:3
133
52:3
1335
1:17
144th
2:4
16
1:13 4:3 12:25
16-md-02741-VC
1:4
18
63:23
1800
2:8
19

3:13
1956
52:20
1976
52:25
1990
40:9
1992
21:21 22:23 23:13
  40:9
1993
41:21
1996
53:6
1998
53:6

**2**
2
3:13 19:19 39:5
  51:3 52:18 61:19
2000
12:20,21 20:9,15
  52:20
20006
2:8
2010
20:9
2012
12:6
2013
12:21
2014
41:21
2015
9:6 54:19,19
2016
9:7 12:9,11 13:6
2017
21:21 22:23 23:13
2019
1:13 4:3 63:23
2425
2:4
25
33:18

250
42:23
26
3:14
270
42:23
2741
1:5
29
54:18

**3**
3
3:14 39:20 48:22
3:19-cv-04100-VC
1:8
31
3:15
34
3:5
379
50:16
38
3:12

**4**
4
3:4,15 31:16,23
  49:17 51:4,10,12
  51:16,17 61:14
40
48:17
48
48:17,18 49:3
485
63:21

**5**
5
27:2 43:10 49:5
51
51:22
54,251
48:1
55
3:6

**6**
63
3:7 9:11
63131
1:17
68144
2:4

**7**
7
47:23

**8**
8
52:12
8.8
52:4
8:37
1:18 4:4
82.8
48:1
869
26:24 27:15,18
  42:22
883
26:24 27:15,18,24
  42:22

**9**
9.9
51:25
9:18
34:7
9:28
34:10