Exhibit 2

Kevin T. Palka, M.D.

Page 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION


IN RE: ROUNDUP PRODUCTS          Case No. 16-md-02741-VC
LIABILITY LITIGATION
                                 MDL No. 2741

This document relates to:

Dickey v. Monsanto Company
Case No. 3:19-cv-04102-VC




SATURDAY, NOVEMBER 16, 2019


        Videotaped Deposition of Kevin T. Palka, M.D.,

taken pursuant to notice, was held at the Hilton St. Louis

Frontenac, 1335 S. Lindbergh, St. Louis, MO, 63131,

commencing at 10:24 a.m., on the above date, before Jennifer

A. Dunn, Registered Professional Reporter, Certified Court

Reporter, Missouri.




GOLKOW LITIGATION SERVICES
deps@golkow.com

# Kevin T. Palka, M.D.

## Page 2

A P P E A R A N C E S

DAVID A. DOMINA, ESQUIRE
Domina Law Group
2425 S. 144th Street
Omaha, NE  68144
DAD@dominalaw.com
        Counsel for Plaintiff

DIANA M. DAVIS, ESQUIRE
The Piorkowski Law Firm, PC
1800 K Street NW, Suite 1000
Washington, D.C.  20006
DDavis@lawdoc1.com
        Counsel for Defendant


VIDEOGRAPHER:
James Arndt
Golkow Litigation Services, Inc.

## Page 3

I N D E X

                               Page

KEVIN T. PALKA, M.D.
Examination by Ms. Davis          4
Examination by Mr. Domina        44
Examination by Ms. Davis         56
Certificate of Court Reporter    67

E X H I B I T S

| NUMBER | DESCRIPTION | PAGE |
| --- | --- | --- |
| 1 | Notice of Deposition | 4 |
| 2 | Dr. Palka's Report | 6 |
| 3 | Pathology Report | 13 |
| 4 | Medical Record | 15 |
| 5 | FISH Results | 17 |
| 6 | Plaintiff Fact Sheet | 27 |
| 7 | Exposure Summary | 34 |
| 8 | Pahwa Study | 38 |

## Page 4

VIDEOGRAPHER:  We are now on the record.  My name is James Arndt, I'm a videographer for Golkow Litigation Services.  Today's date is November 16, 2019, and the time is 10:24 a.m.

This video deposition is being held in St. Louis, Missouri, in the matter of Robert Dickey versus Monsanto Company, for the United States District Court, Northern District of California, San Francisco Division.

The deponent is Dr. Kevin Palka.  Counsel will be noted on the stenographic record.  The court reporter is Jennifer Dunn, and she will now swear in the witness.

KEVIN PALKA, M.D.,
of lawful age, having been first duly sworn to tell the truth, the whole truth and nothing but the truth, deposes and says on behalf of the Defendant, as follows:

EXAMINATION

BY MS. DAVIS:

Q   Good morning, Doctor.

A   Good morning.

Q   I'm going to mark first the notice in this deposition.  Make it Dickey 1.

A   Thank you.

MR. DAVIS:  Do you want a copy, Mr. Domina?

MR. DOMINA:  Sure, thank you.

Q   (By Ms. Davis)  Have you seen this document

## Page 5

before, Doctor?

A   I have not.

Q   I understand that you did not bring any invoices with you today; is that right?

A   That is correct.

Q   And that's because you have not submitted any invoices?

A   I have not submitted any invoices at this time.

Q   You've given a deposition in the Janzen case yesterday, correct?

A   Correct.

Q   And earlier today in the Pollard case; is that right?

A   Correct.

Q   All of your testimony from yesterday remains true; is that correct?

A   Correct.

Q   All of your testimony from earlier today remains true; is that right?

A   Correct.

Q   And you understand you're under oath, correct?

A   Correct.

Q   Yesterday you described the methodology you used in forming your opinions in the Janzen case, correct?

A   Correct.

Kevin T. Palka, M.D.

Page 6

1    Q  Did you use that same methodology in forming your
2  opinion that Roundup was a substantially contributing factor
3  to Mr. Dickey's non-Hodgkin's lymphoma?
4    A  I did.
5    Q  Let's mark your report in the Dickey case
6  Exhibit 2.
7    A  Thank you.
8    Q  This is the report that you issued in the Dickey
9  case; is that right?
10    A  Correct.
11    Q  Does this report contain all of the opinions that
12  you intend to offer at trial with respect to Mr. Dickey?
13    A  It does.
14    Q  And sitting here today, you have no additional
15  opinions that you intend to offer; is that right?
16    A  Correct.
17    Q  You've attached to this report a list of materials
18  that you have reviewed?
19    A  Correct.
20    Q  And yesterday you added to this list a study by
21  Pahwa and a study by Zheng; is that right?
22    A  Correct.
23    Q  You also mentioned earlier that you reviewed
24  certain studies that were brought to light at yesterday's
25  deposition regarding Mr. Janzen; is that right?

Page 7

1    A  Correct.
2    Q  That includes the Andreotti study, correct?
3    A  Correct.
4    Q  And that's not a study you reviewed before forming
5  your opinions with respect to Mr. Dickey; is that right?
6    A  Correct.
7    Q  Mr. Domina mentioned during your deposition
8  regarding Mr. Pollard that there was an additional study
9  regarding differential diagnosis that you reviewed in the
10  last day or so; is that right?
11    A  I wouldn't call it a study, I mean, it has nothing
12  to do with glyphosate or patients.  It was sort of a -- it
13  was a diagram about the process to -- to go through for a
14  differential for -- for methodology.
15    Q  That's not something that you reviewed before
16  writing this report; is that right?
17    A  Correct.
18    Q  Other than what I just outlined, you did not
19  consider any other materials in forming your opinions in the
20  Dickey case?
21    A  Correct.
22    Q  What medical records did you review regarding Mr.
23  Dickey?
24    A  So, as with all of the patients involved, I looked
25  at their oncology clinic notes and their consultation, their

Page 8

1  treatment records, their pathology reports, their imaging
2  reports.  Usually there is, in those records, there's
3  included a full consult note, or an H&P with the medical
4  history.
5    So surgical history, family history, social
6  history is part of that.  And then there were probably
7  additional medical records that didn't have any relevance to
8  this case.  I get a big packet.
9    Q  And like any other case, did you review pathology
10  reports, but not slides themselves?
11    A  Correct.
12    Q  And did you review radiology reports, but not
13  images themselves?
14    A  Correct.
15    Q  Did you ever treat Mr. Dickey?
16    A  I did not.
17    Q  Have you met Mr. Dickey?
18    A  I have not.
19    Q  Mr. Dickey was diagnosed with follicular lymphoma,
20  correct?
21    A  Correct.
22    Q  Are you offering any opinions as to the accuracy
23  of this diagnosis?
24    A  I am not.
25    Q  Is follicular lymphoma a common subtype of

Page 9

1  non-Hodgkin's lymphoma?
2    A  It is.
3    Q  Is it the most common type?
4    A  I believe the most common type is diffuse large
5  B-cell, and follicular might be second or third.
6    Q  Have you treated follicular lymphoma in your
7  career?
8    A  I have.
9    Q  About how many cases?
10    A  I've been involved in the care, maybe 10 patients
11  lifetime, that's just a guess.
12    Q  Based on your review of the medical records, was
13  there anything unusual about Mr. Dickey's follicular
14  lymphoma compared to other cases you have seen in your
15  career?
16    A  Well, I'd say he had -- there are three grades of
17  follicular lymphoma; 1, 2, and 3.  As you get a higher
18  grade, you get a more aggressive lymphoma.
19    Mr. Dickey had a grade 3 follicular lymphoma, and
20  that's kind of on the border between a low grade lymphoma
21  and a high grade lymphoma.  So diffuse large B-cell is a
22  high grade lymphoma.  A grade 1 follicular is a very low
23  grade indolent disease.  So he had a grade 3, so it was a
24  little more aggressive than the usual follicular lymphoma,
25  and it's -- the grade 3s are not very common, so.

3 (Pages 6 to 9)

Kevin T. Palka, M.D.

## Page 10

1    Q   You testified earlier that the more aggressive
2  lymphomas are more likely to be cured.
3        Would you consider a grade 3 follicular lymphoma
4  more likely to be cured than a grade 1 or 2 follicular
5  lymphoma?
6    A   That -- that would be difficult to say.  I mean,
7  they are uncommon.  They're -- they're the -- we see more
8  grade 1.  So, I could tell you if you asked me between a
9  grade 1 follicular, I would say that we usually don't think
10 of those as curable.  They always relapse at some point.
11       Diffuse large B-cell are curable.  This is -- it's
12 a gray area.  I don't know any literature that -- I haven't
13 reviewed any literature that -- that speaks to the cure
14 rate.
15    Q   Mr. Dickey was diagnosed in 2008 when he was ███
16 ███    ████████  is that right?
17    A   In 2008?
18    Q   Yes.
19    A   Yes, correct.  Making sure the date's right.
20    Q   Right.  He presented with swelling of his right
21 neck you state in your report, correct?
22    A   Correct.
23    Q   Is this a common first presentation of follicular
24 lymphoma?
25    A   So, so, as far as a painless swelling, a painless

## Page 11

1  mass, yes.  It can occur in any area with lymph nodes or the
2  armpit, the groin, the neck.  You can have them internally
3  too, but seeing a neck mass is fairly common.
4    Q   Is there anything about this presenting symptom
5  that provides any insight into the cause of Mr. Dickey's
6  lymphoma?
7    A   There is not.
8    Q   And there's nothing about this presenting symptom
9  that indicate that glyphosate was the cause of Mr. Dickey's
10 lymphoma, correct?
11    A   Correct.
12    Q   You state that he received six -- six cycles of
13 CHOP plus Rituximab; is that correct?
14    A   That's correct.
15    Q   Completed in March of 2009?
16    A   Correct.
17    Q   Are you offering any opinions as to the choice of
18 treatment for Mr. Dickey?
19    A   I am not.
20    Q   During the course of his diagnosis and treatment,
21 Mr. Dickey underwent certain diagnostic tests; is that
22 correct?
23    A   Correct.
24    Q   That included a neck CT, correct?
25    A   I believe so.

## Page 12

1    Q   Did you review the radiology report?
2    A   I did.
3    Q   Was there anything about Mr. Dickey's neck CT that
4  provided any insight into the cause of his lymphoma?
5    A   There was not.
6    Q   There was also nothing about Mr. Dickey's neck CT
7  that pointed to glyphosate as the cause of his lymphoma,
8  correct?
9    A   Correct.
10    Q   Do you recall that Mr. Dickey had a fine needle
11 aspirate biopsy?
12    A   I do.
13    Q   Did you review the pathology report?
14    A   I did.
15    Q   There's nothing about the result of this biopsy
16 that points to a cause of his lymphoma, correct?
17    A   Correct.
18    Q   There's nothing about the result of this biopsy
19 that points to glyphosate as the cause of his lymphoma,
20 correct?
21    A   Correct.
22    Q   Mr. Dickey also had an excisional biopsy; is that
23 right?
24    A   I believe so.
25    Q   Did you review the pathology report?

## Page 13

1    A   I did.
2    Q   Was there anything about this biopsy that
3  indicated a cause of Mr. Dickey's lymphoma?
4    A   There was not.
5    Q   Do you recall that Mr. Dickey had a -- strike
6  that.
7        I want to mark this.  I'm marking a medical record
8  from November 29, 2008.
9    A   Okay.
10    Q   Doctor, do you see that this is a medical record
11 of Robert Dickey from November 29, 2008?
12    A   Yes.
13    Q   And it describes anatomic pathology; is that
14 correct?
15    A   Correct.
16    Q   Also it states it's a cytopathology report?
17    A   Correct.
18    Q   What does that mean?
19    A   So -- so a lot of times they -- they -- if you do
20 a -- if you're looking for cytology, which is just the
21 cells, they may not be -- let me clarify that.
22        So there's anatomic pathology where you do a
23 biopsy, and in the case of lymphoma it's important to have
24 the anatomical pathology so you can see the architecture of
25 the lymphoma, which gives you a lot more information about

4 (Pages 10 to 13)

Kevin T. Palka, M.D.

## Page 14

1  the grade and the specific subtype of lymphoma.
2      Cytopathology means you put in a needle and you
3  aspirate some cells and then you squirt those cells.  So
4  they're just free cells floating around in the -- in the --
5  on the -- on the microscope slide.
6      Q   I see.  So this test was done after the anatomic
7  biopsy?
8      A   So, so, I don't have -- I don't have the medical
9  record in front of me.  I will say just in general a lot of
10  times with lymphomas doing a fine needle aspirate doesn't
11  give you a diagnosis.  You need to actually do an excisional
12  biopsy so that the pathologist can look and -- and review
13  this.
14      So I would -- you know, this says no malignancy,
15  but I think ultimately the -- the surgical pathology
16  specimen, I don't know if you have that available, that's
17  what I would base the diagnosis on for him.
18      Q   Yeah, no, I -- I understand that.  We can -- we
19  can mark that too.
20      A   Sure.
21      Q   I'm just trying to understand --
22      A   Okay.
23      Q   -- what this document means.
24      Let's -- let's mark -- what did I just mark that
25  one, 3?

## Page 15

1      A   Three, correct.
2      Q   All right.  Let's mark this one as 4.  Okay.
3      A   Okay.
4      Q   Four is a medical record for patient Robert Dickey
5  from November 10, 2008, and I believe this is the anatomic
6  biopsy that you were referring to?
7      A   Correct.
8      Q   And my understanding is that it was based on this
9  anatomic biopsy that the diagnosis of follicular lymphoma
10  grade 3 was made?
11      A   That is correct.
12      Q   Then I have this record here, which we've marked
13  as Exhibit 3, which is from November 29th, a few weeks
14  later, showing hypocellular specimen.  Specimen consists of
15  ketatinaceous debris and rare squamous cells, negative for
16  malignancy?
17      A   So, let me -- let me correct you.  So the problem
18  with these medical records, they put the time that things
19  are reported sometimes.
20      Q   Mmm-hmm.
21      A   So it says here the collection date is 10/8/2008.
22  So I think what you're looking at is just when things got
23  reported in the chart, so it's very difficult to figure
24  these things out.
25      Q   That clarifies it?

## Page 16

1      A   Yes.
2      Q   So I understand the chronology of this.  This was
3  the fine needle aspirate after which the full anatomic
4  biopsy was ordered.
5      MR. DOMINA:  Would you mind using the exhibit
6  numbers in your question because it will be hard to tell on
7  the record?
8      MS. DAVIS:  Sure.
9      Q   (By Ms. Davis)  Exhibit 3 represents the fine
10  needle aspirate biopsy after which Exhibit 4, the anatomic
11  biopsy, was ordered?
12      A   Correct.
13      Q   Got it, okay.
14      A   So, just in general with -- when you -- so we have
15  a neck mass, you might think this is a squamous cell
16  carcinoma of the tonsil that spread there, and you can -- if
17  you do a biopsy, a fine needle aspirate, sometimes you'll
18  say, oh, there's -- this looks like squamous cell cancer.
19      I think in this case that was nondiagnostic and
20  there was still concern that this was a a -- a malignant
21  process, and especially with lymphomas, you really want the
22  excisional biopsy, so the -- even -- even though the FNA was
23  negative, I think appropriately so, they -- they thought
24  there was something going on here and they did the biopsy.
25      So -- so I would base any diagnosis on the

## Page 17

1  clinical pathology report, Exhibit 4.
2      Q   All right.  I'd like to mark another medical
3  record, 5.
4      Exhibit 5 represents a report of fluorescence in
5  situ hybridization, also called FISH; is that correct?
6      A   Correct.
7      Q   And this was from -- I guess collected on
8  November 10th.  Would you agree with that, 2008?
9      A   Correct.  They would usually order this from --
10  they would need the -- the excisional biopsy to order this
11  testing for the tissue.
12      Q   Okay.  And if you look under interpretation here
13  at the bottom of that, it says specifically these results
14  are positive for a variant t14, comma, 18.
15      Can you -- can you explain what that means?
16      A   So t14;18 means there's a translocation of
17  chromosome 14 and 18.  So that means a little piece of
18  chromosome 14 has switched places with a little piece of
19  chromosome 18.  And they can do -- the FISH study, when they
20  do the FISH, they use specific colored probes and you can
21  see a, you know, if you have a blue probe for one and a --
22  just as example, blue probe for one and a yellow for
23  another, when they cross over you might see a green probe,
24  so there will be a different -- so that's just -- in -- in
25  hematologic malignancies, they -- they look for some of

Kevin T. Palka, M.D.

Page 18

1  these specific genetic findings for classification purposes.
2      Q   Is this specific genetic finding common in
3  follicular lymphoma?
4      A   Yes.
5      Q   Is it the most common genetic finding in
6  follicular lymphoma?
7      A   I couldn't say that for certain, but I believe it
8  is very common.  I don't know, I couldn't tell you about
9  this variant of that.
10     Q   There's nothing about these findings that indicate
11 to you a cause of Mr. Dickey's lymphoma, correct?
12     A   Correct.
13     Q   There's nothing about this translocation, 14 to
14 18, that indicates that glyphosate is a cause of Mr.
15 Dickey's lymphoma?
16     A   Correct.
17     Q   Mr. Dickey also had a bone marrow biopsy; is that
18 right?
19     A   I don't have his records here, but that's
20 generally part of the staging.
21     Q   There was nothing about the results of his bone
22 marrow biopsy that indicated a cause of his lymphoma,
23 correct?
24     A   Correct.
25     Q   There's nothing about any of Mr. Dickey's

Page 19

1  diagnostic tests that indicate a cause of his lymphoma,
2  correct?
3      A   Correct.
4      Q   And there's nothing about any of his diagnostic
5  testing that points to glyphosate as a cause of his
6  lymphoma?
7      A   Correct.
8      Q   Mr. Dickey's oncologist was Dr. James Armitage; is
9  that correct?
10     A   Correct.
11     Q   Do you know him?
12     A   I don't know him personally.  I've been to a
13 lecture that he's given, but I can tell you that he's one of
14 the world's leading lymphoma experts.
15     Q   Are you aware that Dr. Armitage has testified that
16 none of the tests performed on Mr. Dickey allowed him to
17 determine the cause of Mr. Dickey's non-Hodgkin's lymphoma?
18     A   I don't think I knew that previously.
19     Q   Does it surprise you to learn that?
20     A   It does not surprise me.
21     Q   Were you aware that Dr. Armitage testified that
22 you almost never know why someone has non-Hodgkin's
23 lymphoma?
24     A   I don't have -- I don't have his -- was that from
25 a deposition?

Page 20

1      Q   Yes.
2      A   I don't have that.  But I believe you.
3      Q   Does it surprise you to learn that he said that?
4      A   No.
5      Q   Do you agree with that statement, that you almost
6  never know why someone has non-Hodgkin's lymphoma?
7      A   I would say most patients you don't know why they
8  have.
9      Q   Was there anything about the choice of treatment
10 for Mr. Dickey that indicated a cause of his lymphoma?
11     A   There was not.
12     Q   Mr. Dickey tolerated treatment well?
13     A   Per the medical records it appeared he did.
14     Q   Mr. Dickey was in remission after four cycles of
15 therapy; is that right?
16     A   I believe it was six cycles.  I have in my report
17 that he received six cycles of CHOP-R, I mean.
18     Q   Are you aware that he was considered in remission
19 after four cycles?
20     A   It may be.  I mean, he -- so I think to say
21 somebody's in remission requires a long-term follow-up.  I
22 think he had had a complete response to treatment after four
23 cycles.
24     Q   Are you aware that after four cycles he had a PET
25 showing no lymphoma?

Page 21

1      A   I am.  That's what we would call complete
2  response.  So there's no evidence on CAT scan or PET scan or
3  MRI or any imaging that there's any signs of cancer, so.
4      Q   Mr. Dickey had a repeat PET because of an elevated
5  LDH value.
6          Can you describe what that signifies?
7      A   So, an LDH is lactose dehydrogenase, lactate
8  dehydrogenase, so it's a -- it's a blood test.  It's
9  nonspecific, so you can see it in a lot of conditions.  It's
10 usually a sign of cell turnover.
11         So if you have lymphoma, a real aggressive
12 lymphoma, a lot of times they'll present with an elevated
13 LDH, and that's something you can monitor.
14         Testicular cancer can present -- that's one of the
15 criteria for biomarkers for testicular cancer.  In hemolytic
16 anemia, you see a high LDH.  So it's not -- it's not
17 specific for -- for anything.
18     Q   Because of this he was referred to another
19 physician to evaluate for possible radiation therapy, did
20 you review those records?
21     A   I did.
22     Q   And that was Dr. Charles Enke, E-N-K-E, correct?
23     A   I -- I don't have the records in front of me.
24     Q   Do you recall that Dr. Enke felt that there was no
25 need for radiation therapy?

6 (Pages 18 to 21)

Kevin T. Palka, M.D.

## Page 22

1    A  I do.

2    Q  Do you have an opinion as to that decision?

3    A  I do not.  I mean, I'm not a radiation oncologist,

4  but I will say that he was -- he was treated at a major NCCN

5  designated cancer center, so I would trust that they have

6  experts there in the field to make that decision.

7    Q  Okay.  Mr. Dickey continues to be in remission to

8  date, correct?

9    A  As far as I know, that is correct.

10    Q  And that's more than 10 years after his treatment?

11    A  That is correct.

12    Q  Currently he undergoes annual surveillance; is

13  that right?

14    A  I believe so.  That would be appropriate.

15    Q  And yesterday you testified that after five years

16  of remission it's highly unlikely that a cancer will come

17  back.

18       Do you recall that testimony?

19    A  I do.

20    Q  Would you consider even less likely after 10

21  years?

22    A  In general I would.  And, you know, a lot of this

23  five-year designation is to limit putting patients through

24  unnecessary CAT scans.  For a patient with a grade 1

25  lymphoma, or grade 1 follicular lymphoma, as I mentioned

## Page 23

1  before, I don't think we consider that curable, so we would

2  continue long-term surveillance

3       For a diffuse large B-cell, as with Mr Janzen, I

4  think five years is probably a reasonable amount of time to

5  say that more than likely that -- that's cured

6       So, Mr -- Mr Dickey's kind of in this in between

7  area  I would lean more towards the -- more towards this

8  acting like a very aggressive, more aggressive lymphoma, so

9  I would also lean more towards him having a likelihood of

10  cure with this as opposed to a grade 1, if that makes sense

11    Q  Currently Mr Dickey's not taking my medication

12  for his non-Hodgkin's lymphoma, correct?

13    A  Correct

14    Q  Are you aware that in 2017, ███████████

██  █████████████████████████████████████████████?

16    A  I don't believe I was

17    Q  Do you have an opinion as to whether or not such

18  diagnosis is related to his lymphoma?

19    A  So, without -- without looking at the records, you

20  know, so cancer and chemotherapy are both related to an

21  increased risk of ████████████████████████

██  ████████████████████ is caused by a spread from one of those

24    So if he was actively receiving treatment and he

25  had active cancer, I would say it's related  At this

## Page 24

1  point -- at that point, so you said 2017?

2    Q  Right.

3    A  So in a patient nine years out from treatment with

4  no evidence of cancer not on treatment, I would say that is

5  not related to his -- his cancer.

6    Q  Are you aware that in 2018, Mr. Dickey was

7  diagnosed with a ██████?

8    A  I was not.

9    Q  Do you have an opinion as to whether ████████

10  was related to his lymphoma?

11    A  Again, at -- at that far out from treatment with

12  an active cancer I would say more likely that it's not

13  related to his cancer, or treatment.

14    Q  You state in your report that upon review of Mr.

15  Dickey's medical records, he has no known risk factors for

16  NHL.

17       Do you see that?

18    A  Correct.

19    Q  But as you've testified before, a person can get

20  NHL without having any risk factors, correct?

21    A  Correct.

22    Q  Yesterday you testified, in fact, today you

23  testified that you don't consider age to be a risk factor

24  for the development of non-Hodgkin's lymphoma?

25    A  Correct.

## Page 25

1    Q  And you did not consider age as part of your

2  differential diagnosis with respect to Mr. Dickey, correct?

3    A  Correct.

4    Q  You did not do an assessment of the medical

5  literature to see if age is a risk factor, correct?

6    A  Correct.

7    Q  You did not consider gender as part of your

8  differential diagnosis in Mr. Dickey's case, correct?

9    A  Correct.

10    Q  And you did not do an assessment of the medical

11  literature to see if gender is a risk factor, correct?

12    A  Correct.

13    Q  You did not do an assessment of Mr. Dickey's body

14  mass index to see if it was a potential risk factor for him,

15  correct?

16    A  Correct.

17    Q  You did not consider body weight as part of your

18  differential diagnosis regarding Mr. Dickey?

19    A  Correct.

20    Q  You did not do an assessment of the medical

21  literature to see if BMI is a risk factor for non-Hodgkin's

22  lymphoma, correct?

23    A  Correct.

24    Q  You're aware Mr. Dickey's ██████████████████

██  █████████████████████████████ correct?

Kevin T. Palka, M.D.

Page 26

1    A   Correct.
2    Q   But you do not -- you did not consider this as
3 part of your differential diagnosis for Mr. Dickey, correct?
4    A   Correct.
5    Q   And you did not do research into this issue to see
6 whether or not it's a risk factor for non-Hodgkin's
7 lymphoma, correct?
8    A   Correct.
9    Q   Are you aware of ████████████████
████ ████████████████████?
11   A   I was not.  I was aware there were no hematologic
12 cancers.
13   Q   Are you aware of ████████████████
████ ████████?
15   A   I was not.
16   Q   Is ████████ associated with non-Hodgkin's
17 lymphoma?
18   A   To my knowledge, no.
19   Q   Did you research into that issue?
20   A   No.  That's based on my training as a medical
21 oncologist and fellowship.
22   Q   You did not consider ████████████
████████████ as part of your differential diagnosis,
24 correct?
25   A   Correct.

Page 27

1    Q   And you also -- strike that.
2        Is it true that you did not consider Mr. Dickey's
3 use of other pesticides in your differential diagnosis?
4    A   Correct.
5    Q   Did you review Mr. Dickey's Plaintiff Fact Sheet?
6    A   I did not previously.  I have it here.
7    Q   What are we up to, 5?
8    A   The last FISH testing was 5.
9    Q   Okay, 6 then.  Okay.  Here's Exhibit 6.
10   A   Thank you.
11   Q   Which is the Plaintiff Fact Sheet for Mr. Dickey.
12       You said that you have -- you had a copy of it.
13 Did you review your copy of it in advance of this
14 deposition?
15   A   No, I did not.
16   Q   Okay.  If you turn to page 8.  Mr. Dickey lists
17 certain pesticides that he has used.  Correct?
18   A   Correct.
19   Q   And here you see the first listing is Roundup,
20 correct?
21   A   Correct.
22   Q   He says that he used Roundup with a hand sprayer,
23 field sprayer, bean bar, hand sprayer, correct?
24   A   Correct.
25   Q   And the reasons were annual weed control in row

Page 28

1 crops, garden and at homestead, correct?
2    A   Correct.
3    Q   Next he lists three herbicides being used between
4 2000 and 2010, which are 2,4-D, Beacon, and Liberty.
5        Do you see that?
6    A   I do.
7    Q   Are you familiar with any of these herbicides?
8    A   I am not.
9    Q   Are you familiar with literature linking the use
10 of 2,4-D with non-Hodgkin's lymphoma?
11   A   I am not.
12   Q   Did you review any of that literature?
13   A   I did not.
14   Q   Are you aware of any literature regarding
15 chemicals contained in Beacon or Liberty and an association
16 with non-Hodgkin's lymphoma?
17   A   I am not.
18   Q   Do you know the chemical composition of those
19 products?
20   A   I do not.
21   Q   Do you see here that the usage described is
22 identical to the usage described with respect to Roundup?
23   A   I do.
24   Q   And in addition to the use with Roundup, Mr.
25 Dickey reports using 2,4-D Beacon and Liberty for commercial

Page 29

1 application.
2        Do you see that?
3    A   I do.
4    Q   Do you see that the reasons for use of these
5 products is identical to the reasons for use of Roundup?
6    A   I do.
7    Q   Do you know how much of any of these products Mr.
8 Dickey used?
9    A   I do not.
10   Q   Have you been provided with a 2,4-D exposure
11 summary for Mr. Dickey?
12   A   I have not.
13   Q   Have you been provided a Beacon exposure summary
14 for Mr. Dickey?
15   A   I have not.
16   Q   Have you been provided a Liberty exposure summary
17 for Mr. Dickey?
18   A   I have not.
19   Q   Do you have any way to know how much of any of
20 these products Mr. Dickey was exposed to?
21   A   I do not.
22   Q   Do you have any way of knowing how many days of
23 exposure to these products Mr. Dickey had?
24   A   I do not.
25   Q   Do you have any way to know how much of these

8 (Pages 26 to 29)

Kevin T. Palka, M.D.

## Page 30

1   products Mr. Dickey has ever had on his skin?
2       A   I do not.
3       Q   Did you consider Mr. Dickey's exposure to any of
4   these products in your differential diagnosis?
5       A   I did not.
6       Q   Do you know whether any of these products contain
7   glyphosate?
8       A   I do not.
9       Q   On the next row, which goes on to page 9, Mr.
10  Dickey states that between 1992 and 2017, he used the
11  following:  Dual II Mag, Harnass, Atrazine, Bicep and
12  Banvel, do you see that?
13      A   Yes.
14      Q   Are you familiar with any of these products?
15      A   I am not.
16      Q   Do you know the chemical composition of any of
17  these products?
18      A   I do not.
19      Q   Do you know -- strike that.
20          Are you familiar with the literature showing an
21  association between Atrazine and non-Hodgkin's lymphoma?
22      A   I am not familiar with any literature.
23      Q   Do you know of any literature studying any of
24  these other products and their potential association with
25  non-Hodgkin's lymphoma?

## Page 31

1       A   I do not.
2       Q   Do you see here that the usage described with
3   respect to these products is identical to the usage of
4   Roundup with the addition of commercial application?
5       A   I do.
6       Q   Do you see that the reasons for use of these
7   products is identical for the reasons for use of Roundup?
8       A   I do.
9       Q   Do you know the chemical composition of any of
10  these products?
11      A   I do not.
12      Q   Do you know if any of these products contain
13  glyphosate?
14      A   I do not.
15      Q   Did you consider Mr. Dickey's use of any of these
16  products in your differential diagnosis?
17      A   I did not.
18      Q   Were you provided with a Dual II Mag exposure
19  summary?
20      A   I was not.
21      Q   Were you provided with a Harnass exposure summary?
22      A   I was not.
23      Q   Were you provided with an Atrazine exposure
24  summary?
25      A   I was not.

## Page 32

1       Q   Were you provided with a Bicep exposure summary?
2       A   I was not.
3       Q   Were you provided with a Banvel exposure summary?
4       A   I was not.
5       Q   Do you have any way to know how many days of
6   exposure Mr. Dickey had to any of these chemicals?
7       A   I do not.
8       Q   Do you have any way to know whether or not Mr.
9   Dickey was exposed more days to any of these chemicals than
10  he was to Roundup?
11      A   I do not.
12      Q   Do you see the column below that, additional
13  products are listed?
14      A   I do.
15      Q   There's no years listed?
16      A   Correct.
17      Q   But the following products are listed:  Treflan,
18  Prowl, Pursuit, Cobra, Assure, Liberty, Lorsban and Pounce,
19  do you see that?
20      A   Correct, I do.
21      Q   Are you familiar with any of those products?
22      A   I am not.
23      Q   Do you know the chemical composition of any of
24  those products?
25      A   I do not.

## Page 33

1       Q   Do you know if any of those products contain
2   glyphosate?
3       A   I do not.
4       Q   Were you provided with an exposure summary with
5   respect to any of those products?
6       A   I was not.
7       Q   Do you have any way to know how many days of
8   exposure Mr. Dickey had to those products?
9       A   I do not.
10      Q   Do you have any way to know whether Mr. Dickey had
11  more exposure days to any of those products than he did to
12  glyphosate?
13      A   I do not.
14      Q   Do you see here that the usage of these products
15  is identical to the usage of Roundup with the addition of
16  commercial application?
17      A   I do.
18      Q   And do you see that the reason for usage is
19  identical to the reason for Roundup usage?
20      A   I do.
21      Q   Are you aware that Mr. Dickey testified that he
22  also used insecticides on his farm from 1963 to 2003?
23      A   I was not.
24      Q   Did you consider this in forming your opinions in
25  this case?

9 (Pages 30 to 33)

Kevin T. Palka, M.D.

## Page 34

1    A   I did not.
2    Q   Are you aware that Mr. Dickey testified that he
3  was exposed to gasoline and diesel fuel when he filled
4  equipment on his farm?
5    A   I was not aware of that.
6    Q   Did you consider this in forming your opinions in
7  this case?
8    A   I did not.
9    Q   All right.  Let's mark the exposure summary.
10  Seven, are we up to 7?
11   A   Seven, yes.
12   Q   It's two-sided?
13   A   Okay.
14   Q   In your report, you say -- where's your report?
15  In your report, you say:  I reviewed the documentation of
16  his Roundup exposure.
17       Is this the documentation that you were referring
18  to?
19   A   It is.
20   Q   And were you provided this by Mr. Domina?
21   A   I was.
22   Q   Do you have an understanding as to how this
23  document was created?
24   A   My understanding is that the patient provided this
25  information to Mr. Domina or his -- someone on his team.

## Page 35

1    Q   Do you see -- do you see in the second row here it
2  refers to a bean buggy?
3    A   I do.
4    Q   Do you know if a bean buggy is the same as a bean
5  bar?
6    A   I do not.
7    Q   Have you ever heard the term "bean buggy" before I
8  just said it?
9    A   No.
10       MR. DOMINA:  I think Bob Dickey's the only
11  person that uses that term.  I had never heard it either.
12       THE WITNESS:  Sounds very Nebraska.
13       MR. DOMINA:  It does.
14   Q   (By Ms. Davis) The number that you refer to in
15  your report as 339 to 501 eight-hour work days, that's a
16  number that you got from the last column of -- the last row,
17  rather, of this exposure summary?
18   A   Correct.
19   Q   That's a range of 102 days, correct?
20   A   Correct.
21   Q   Would you agree that's a pretty big range?
22   A   It's a fairly good range.
23   Q   In referencing this number, you did not consider
24  what type of exposure Mr. Dickey had, correct?
25   A   Correct.

## Page 36

1    Q   You did not consider what specific equipment he
2  was using, correct?
3    A   Well, I mean, as far as what was listed here on
4  the -- on the chart, there's no breakdown between percentage
5  for bean buggy versus -- it was just kind of a general
6  assessment of what equipment he used.
7    Q   Right.
8    A   Yeah.
9    Q   You don't -- you don't single out bean buggy days
10  versus any another type of days in your report, correct?
11   A   Correct.
12   Q   And you don't weigh exposure on certain days
13  differently than exposure on other types of days, correct?
14   A   Correct.
15   Q   You did not consider whether Mr. Dickey got any
16  Roundup on his skin, correct?
17   A   Correct.
18   Q   You did not consider whether he was wearing any
19  specific item of clothing, correct?
20   A   Correct.
21   Q   That includes long sleeves, correct?
22   A   Correct.
23   Q   Gloves, correct?
24   A   Correct.
25   Q   Boots?

## Page 37

1    A   Correct.
2    Q   You basically just took the number from this
3  document and thought it was a lot, correct?
4    A   Roughly, yes.
5    Q   And you testified that -- that you don't have a
6  threshold number in mind that you would require to opine
7  that Roundup causes specific person's lymphoma, correct?
8    A   Correct.
9    Q   Okay.  Do you remember yesterday discussing a
10  study by Pahwa?
11   A   Yes.
12   Q   Do you recall testifying that this Pahwa study,
13  which came out this year, 2019, did not alter your opinion
14  with respect to diffuse large B-cell lymphoma?
15   A   Correct.
16   Q   Did you -- do you also recall your testimony
17  yesterday that based on the Pahwa study, you had concerns as
18  to whether glyphosate was a substantial contributing factor
19  for follicular lymphoma?
20   A   I would say -- I would say Pahwa and the authors
21  had concerns about whether there was a relationship with
22  follicular and -- and glyphosate.
23   Q   Do you share their concerns?
24   A   I think it's something to keep in mind.
25   Q   Let's mark it.  What are we up to?

10  (Pages 34 to 37)

Kevin T. Palka, M.D.

Page 38

1  A  We're up to 8.
2  Q  How come I can never remember?
3     Okay.  Mr. Dickey had follicular lymphoma,
4  correct?
5  A  Correct.
6  Q  So does the Pahwa paper alter your opinion as to
7  whether glyphosate was a substantial contributing factor to
8  Mr. Dickey's follicular lymphoma?
9  A  No.
10  Q  Why is that?
11  A  Well, one, he had a -- kind of a rare subtype
12  of -- he had a grade 3 follicular lymphoma, which I
13  mentioned was kind of a gray area between diffuse large
14  B-cell, so it's a rare subtype of one of the more common
15  lymphomas.
16     So for him specifically, in general, you know, a
17  lot of -- this is one paper, a lot of -- a lot of the other
18  data looks at non-Hodgkin's lymphoma in general, and to try
19  to parse out specific subtypes, I think can be difficult when
20  you're dealing with small numbers of patients.
21  Q  Do you agree that the different subtypes of
22  non-Hodgkin's lymphoma can behave differently?
23  A  I do.
24  Q  Do you agree that the different subtypes of
25  non-Hodgkin's lymphoma are treated differently?

Page 39

1  A  I do.
2  Q  Do you agree that the different subtypes of
3  non-Hodgkin's lymphoma can present differently?
4  A  I do.
5  Q  Do you agree that the different subtypes of
6  non-Hodgkin's lymphoma look different on pathology?
7  A  I do.
8  Q  Do you agree that there are some causes of some
9  subtypes of non-Hodgkin's lymphoma that are not causes of
10  other subtypes of non-Hodgkin's lymphoma?
11  A  I do.
12  Q  If you could turn to page 5 of this study.
13  A  Okay.
14  Q  The first paragraph is incomplete, but I'll call
15  your attention to the last sentence of that, which says
16  there was no association apparent with FL.
17     Do you see that?
18  A  I do.
19  Q  And FL is follicular lymphoma, correct?
20  A  Correct.
21  Q  Above that there is Table II, which is entitled,
22  "Ever, slash, Never Glyphosate Use and Associations with
23  Non-Hodgkin Lymphoma, Overall and Histological Subtypes in
24  North American Pooled Project."
25     Do you see that?

Page 40

1  A  I do.
2  Q  Do you see follicular lymphoma is the third row?
3  A  I do.
4  Q  And here for glyphosate use, the odds ratio, which
5  is only adjusted for some factors, called OR little A is
6  1.00.
7     Do you see that?
8  A  I see that.
9  Q  And that means same risk as control, correct?
10  A  Correct.
11  Q  Do you see also the odds ratio little B, which
12  represents adjustment for other confounders.  Shows an odds
13  ratio of 0.69 compared to control?
14  A  I do.
15  Q  And that signifies lower risks in glyphosate users
16  than in control patients, correct?
17  A  No.  The confidence interval crosses one, so
18  that's non -- nonsignificant.
19  Q  So it's a nonstatistically significant lower risk,
20  correct?
21  A  Correct.
22  Q  The reason why Mr. -- strike that.
23     The reason why the Pahwa paper -- strike that.
24     Yesterday you testified that the primary basis for
25  your opinions in this litigation was the IARC review,

Page 41

1  correct?
2  A  Correct.
3  Q  And that -- excuse me, is true with respect to
4  your opinions regarding Mr. Dickey, correct?
5  A  Correct.
6  Q  The same type of non-Hodgkin's lymphoma that
7  occurred in Mr. Dickey occurs in patients who are not
8  exposed to Roundup; is that true?
9  A  Correct.
10  Q  And you do not have a measurement of Mr. Dickey's
11  glyphosate level at any point in time?
12  A  Correct.
13  Q  The majority of cases of lymphoma occur in
14  patients who never were exposed to Roundup; is that right?
15  A  I think that's a fair statement.
16  Q  And the majority of cases of follicular lymphoma,
17  like Mr. Dickey had, occur in patients who were never
18  exposed to Roundup, true?
19  A  I don't have any information about that, but I
20  would assume that is true.
21  Q  The 10 cases of follicular lymphoma that you've
22  treated in your career were in patients that were not
23  exposed to Roundup; is that true?
24  A  I don't know if I asked them about Roundup, so --
25  I -- I don't have any -- any patients who I know of were

11  (Pages 38 to 41)

Kevin T. Palka, M.D.

Page 42

1  exposed to Roundup
2      Q   That's because you didn't ask them about it?
3      A   I didn't ask
4      Q   You've never written a note for a patient that
5  suggested that Roundup caused a patient's non-Hodgkin's
6  lymphoma, correct?
7      A   Correct
8      Q   There's no pathology test that could have been
9  performed on Mr Dickey to determine whether Roundup caused
10  his cancer, correct?
11      A   Correct
12      Q   There's no physical examination that could have
13  been done on Mr Dickey to determine whether Roundup caused
14  his cancer, correct?
15      A   Correct
16      Q   There's no diagnostic test that could have been
17  done on Mr Dickey to determine whether Roundup caused his
18  cancer, correct?
19      A   Correct
20      Q   And you can't tell by looking at Mr Dickey's
21  biopsy slides under the microscope whether he used Roundup,
22  correct?
23      A   Correct
24      Q   Mr Dickey received the same treatment for his
25  cancer that he would have gotten had he not used Roundup,

Page 43

1  true?
2      A   Correct.
3      Q   There's nothing in Mr. Dickey's medical records
4  that suggest that Roundup caused his cancer, true?
5      A   Aside from his -- could you repeat the question,
6  please?
7      Q   Yeah, sure.  Understanding that you -- aside from
8  his exposure summary, which we discussed, referring
9  specifically to Mr. Dickey's medical records, is there
10  anything in his medical records that suggest that Roundup
11  caused his cancer?
12      A   If you ignore his exposure history, there's
13  nothing in his record, no.
14      Q   Did any of Mr. Dickey's treating doctors ever
15  suggest that glyphosate caused his non-Hodgkin's lymphoma?
16      A   I do not remember seeing that in his medical
17  records.
18          MS. DAVIS:  Let's go off the record.
19          VIDEOGRAPHER:  We are going off the record at
20  11:24 a.m.
21      (Recess taken.)
22          VIDEOGRAPHER:  We are back on the record at
23  11:40 a.m.
24          MS. DAVIS:  Thank you, Doctor, I don't have
25  any more questions.

Page 44

1          THE WITNESS:  Thank you
2              EXAMINATION
3  BY MR DOMINA:
4      Q   Dr Palka, I have a few, and we'll try to short
5  circuit that by asking you this
6          On direct examination, you were asked if your
7  testimony in the Janzen deposition and the Pollard
8  deposition given yesterday afternoon and before this one
9  today is true  You said, yes, of course
10          And if the cross-examination questions put to you
11  in those two depositions were put to you in connection with
12  Mr Dickey's case, would you give the same answers?
13      A   I believe I would
14      Q   Can't think of any that would be different?
15      A   No
16      Q   Okay  And to short circuit that then, again, and
17  further perhaps, you were asked if any of the following
18  materials concerning Mr Dickey revealed the cause of
19  follicular non-Hodgkin's lymphoma, presenting symptoms, neck
20  CT, fine needle biopsy, excisional biopsy, data in medical
21  records identified as Exhibits 4 and 5, bone marrow biopsy,
22  and you answered in the negative to all of those things,
23  correct?
24      A   Correct
25      Q   And that's because there is no test that

Page 45

1  identifies the cause of the follicular non-Hodgkin's
2  lymphoma, is there?
3      A   For the most part, no.
4      Q   Is there anything that you're aware of that
5  suggests what is the cause of an individual patient's
6  follicular NHL?
7          MS. DAVIS:  Object to form.
8      A   In follicular, no.
9      Q   (By Mr. Domina) There were questions put to you
10  about Dr. James Armitage, an oncologist at the University of
11  Nebraska Medical Center, who was involved in Mr. Dickey's
12  treatment early on.
13          Dr. Armitage care was interrupted with the death
14  of his wife caused by cancer, but not lymphoma.  And he is
15  no longer treating Mr. Dickey, but he was quoted as having
16  said that you almost never know why a patient -- a specific
17  patient, has non-Hodgkin's lymphoma.
18          And you agreed, correct?
19          MS. DAVIS:  Object to form.
20      A   Correct.
21      Q   (By Mr. Domina) In this case, you were asked if
22  you could determine not the precise cause, but to identify
23  whether Roundup was a substantial contributing cause; is
24  that true?
25      A   Correct.

12 (Pages 42 to 45)

Kevin T. Palka, M.D.

## Page 46

1    Q   And do you stand by your conclusion that in
2    Dickey's case it was?
3    A   I do
4    Q   As you would stand by that decision for Janzen,
5    Pollard and Domina also?
6    A   I do
7    Q   You were asked about a recommendation by Dr
8    Charles Ehnke, and I think his name is spelled E-H-N-K-E,
9    and he is an ENT physician, who apparently was identified as
10   having made a no radiation recommendation for Mr Dickey
11          Mr Dickey's had a good outcome with the treatment
12   he received, hasn't he, thus far?
13         MS DAVIS:  Objection  Form
14   A   Correct
15   Q   (By Mr Domina) We've covered in the previous two
16   depositions the ████████ issue -- pardon me
17         Mr Dickey had ████████ and the answers to
18   questions about the absence of a relationship between
19   ████████████ and non-Hodgkin's lymphoma, which
20   you've given previously, apply to Mr Dickey as well?
21         MS DAVIS:  Object to form
22   A   They do
23   Q   (By Mr Domina)  And is the same true of questions
24   you've answered previously in cross-examination in the
25   Janzen and Pollard cases about gender, age, body mass index,

## Page 47

1    and weight?
2          MS DAVIS:  Object to form.
3    Q   (By Mr. Domina)  That is no?
4    A   There is no relevant -- no.
5    Q   No relationship between NHL and those, as far as
6    you are concerned or know?
7    A   Correct.
8    Q   Doctor, your attention was directed in Exhibit 4
9    in Plaintiff Fact Sheet to a list of farm chemicals,
10   predominantly on page 9, and a few of them on page 8.
11         And I think that you said that you're not familiar
12   with those chemicals, correct?
13   A   Correct.
14   Q   There are two terms well-known to farmers that are
15   easy to illustrate I think, and so I'm going to use those,
16   and they are preemergent and post-emergent herbicides.
17         The emergents referring to the plant extending
18   above the surface of the ground after planting and beginning
19   to grow in the sunlight, all right.
20         Using that line of demarcation as preemergent and
21   post-emergent, if some or all of these chemicals are
22   preemergent herbicides that are applied at or below the
23   surface of the ground with a machine that does not spray
24   them into the air, would that likely make an exposure
25   difference?

## Page 48

1          MS. DAVIS:  Object to the form.
2    A   I suspect it would.
3    Q   (By Mr. Domina) I mean, it just makes logical
4    sense that it would, doesn't it?
5          MS. DAVIS:  Object to form.
6    A   It does.
7    Q   (By Mr. Domina) It wouldn't be a medical fact, of
8    course?
9    A   Correct.
10   Q   It would be an engineering issue?
11   A   Correct.
12   Q   All right.  You were asked about Mr. Dickey's
13   exposure to diesel fuel or to gasoline fumes while fueling
14   his automobiles or tractors or other farm equipment.
15         Have you, in fact, studied diesel fuel and any
16   association that it or its fumes may have with non-Hodgkin's
17   lymphoma?
18   A   I have.
19   Q   And do you mind telling us a little bit about that
20   study, what work have you done in that regard, Doctor?
21   A   So, I am an expert witness in another case.  I
22   won't give specifics, involving a patient who developed
23   lymphoma twice after significant diesel exposure in rail
24   yards.
25   Q   And so was this a railroad engineer?

## Page 49

1    A   It was
2    Q   Or worker?
3    A   He was an engineer and a yard worker at a
4    railroad
5    Q   So a person who worked in the fumes of diesel fuel
6    that was used to operate diesel locomotives for railroad
7    use?
8    A   Yes
9    Q   You -- have you made any study to compare or
10   contrast either the volume of the fume or the method of its
11   exhaustion from the machine by comparing locomotives on
12   railroad applications with farm tractors or combines use in
13   fields?
14         MS DAVIS:  Object to form
15   A   I have not
16   Q   (By Mr Domina) Or with spraying machines that
17   might be operated by diesel and be self-compelled, have you
18   studied those?
19   A   I have not
20   Q   Just a couple of questions about a couple of the
21   studies, Doctor
22         Exhibit 8 is the Pahwa study, Glyphosate Use and
23   Associations with Non-Hodgkin's Lymphoma, Major Histological
24   Sub-types
25         Do you have that before you?

13 (Pages 46 to 49)

Kevin T. Palka, M.D.

Page 50

1   A  Yes.
2   Q  So I'd like to direct your attention to some parts
3  of it, and, if I may, on page number 1, the second sheet of
4  the exhibit, do you see there essentially a summary of the
5  objective methods, results and the conclusions?
6   A  I do.
7   Q  And the results report the relationship between
8  the glyphosate and its use as identified in this study and
9  the occurrence of non-Hodgkin's lymphoma, correct?
10   A  Correct.
11   Q  And in this description and in the text, there is
12  reference to the phrase ever and use, which I think I
13  understand to mean that if a respondent ever used, even
14  once, glyphosate, then that person would go into the
15  glyphosate user category.
16       Have you had a chance to look at the study enough
17  to know whether that's accurate?
18   A  I have not.  I could look at the methods.
19   Q  If you stay with the results for just a minute,
20  then I'll let you spend your time to look at this.  It says
21  handling glyphosate greater than two days per year had an
22  excess of DLBCL, and it reports that increase, does it not?
23   A  Yes.
24   Q  Mr. Dickey was the person among the groups --
25  among the four plaintiffs who you considered; Janzen,

Page 51

1  Dickey, Pollard, Domina, who was the least exposed, correct?
2       MS. DAVIS:  Object to form.
3   A  Mr. Dickey was.
4   Q  (By Mr. Domina)  Mr. Dickey.
5   A  Correct.
6   Q  And he put his exposure days -- his exposure
7  events at 30 days a year from '75 through '95, correct?
8   A  Correct.
9   Q  And between '96 and 2003, his exposure events at
10  15, and then once per week -- well, actually more than that,
11  because 10 days, including four to five times per day of
12  unplugging nozzles during which he would have had -- had the
13  substance on his hands, working with it, and dripping out
14  onto his hands, and then one week to disassemble a pump.
15       So we'd be talking about exposures that could be
16  as high as -- at a minimum of 10 days with as many as 50 or
17  60 exposures per year for Mr. Dickey from '96 to '03,
18  correct?
19       MS. DAVIS:  Object to form.  And just for the
20  record, you're referring to the Roundup exposure summary,
21  correct?
22       MR. DOMINA:  I am.  Exhibit 7 of this
23  deposition.  Thank you.  I should have said that.
24   Q  (By Mr. Domina)  And, so, again, are you aware of a
25  study that considered a population of persons at exposure

Page 52

1  levels equal to or greater than Mr. Dickey's only?
2   A  No, it's a high level exposure.
3   Q  This same study, and I'll get over to methods, but
4  I'll go to page 2 of it.  It reports in the second -- in the
5  first full paragraph in column one on page 2, that there was
6  no analysis of specific NHL subtypes at the very end of the
7  paragraph.
8       Do you see that?
9   A  Yes.
10       MS. DAVIS:  Object to form.
11   Q  (By Mr. Domina)  And, by the way, this paper is a
12  commentary on the work of others.  It's not a study that was
13  conducted or controlled by the authors of Exhibit 8 of the
14  Pahwa paper, correct?
15       MS. DAVIS:  Object to form.
16   A  I'm not sure about that.
17   Q  (By Mr. Domina)  And do you know, by the way,
18  Doctor, if the coauthor in this study, Dr. Weisenburger, is
19  the same Dr. Weisenburger who -- whose expert witness report
20  was furnished to you as part of the materials that you
21  received?
22   A  I don't know if it's the same.
23   Q  Okay.  Very well.  In column two, page 2, at very
24  first paragraph at the top of the page, the authors of the
25  Pahwa paper reported on the limited availability of

Page 53

1  information, reporting only three studies have reported on
2  exposure metrics other than ever or never use.
3       Do you see that?
4   A  Yes.
5   Q  And then at the bottom of the page 2, second
6  column, you see in the discussion of methods, and if you
7  need to read that entire paragraph, please do.
8       The sentence I'm looking at is the sentence that
9  starts with the words "ordinal analyses."
10   A  Okay.
11   Q  And here we see that the ordinal analyses and
12  trend tests were conducted to determine possible changes and
13  association for increasing increments of every five days,
14  five days per year and 10 lifetime days of glyphosate use?
15   A  Okay.
16   Q  So a substantial part of this population studied
17  in the papers considered in Exhibit 8 would have been users
18  at much lower levels of exposure than all of the plaintiffs
19  in the four Nebraska cases you considered, correct?
20       MS. DAVIS:  Object to form.
21   A  I believe so.
22   Q  (By Mr. Domina)  Take a look for me at Figure 1, if
23  you would, at the bottom of page 3, Doctor.
24   A  Okay.
25   Q  On the right-hand side of the chart where the word

Kevin T. Palka, M.D.

## Page 54

1  "Figure 1" appears, is it disclosed that duration
2  information was not collected in Kansas and frequency
3  defined as days per year was not collected in Iowa,
4  Minnesota, or Kansas, for purposes of the study under
5  consideration?
6      A   Correct.
7      Q   Mr. Dickey's exposure chart and the exposure
8  charts of Janzen, Domina and Pollard, however, do disclose
9  both duration and years and frequency and days per year,
10 correct?
11     A   Correct.
12     Q   And, in fact, attempt to reduce that by best
13 recollections of the subjects to hours per year, so that an
14 assessment can be made essentially of the total numbers of
15 aggregate hours to workdays over the lifetime of the person?
16         MS. DAVIS:  Objection.
17     A   True.
18     Q   (By Mr. Domina)  Are you aware of anybody who has
19 attempted to collect data like that shown in the exposure
20 summaries of the plaintiffs in the cases you studied?
21         MS. DAVIS:  Objection.  Form.
22     A   I am not.
23     Q   (By Mr. Domina) Could I take -- and direct your
24 attention in Exhibit 8, the Pahwa study to page 4.
25         Okay.  And, again, I want you to feel free to read

## Page 55

1  any or all of this which you have a interest, but I'd like
2  to direct your attention to the final paragraph in column
3  one on page 4, extending over on to column two.
4      A   Okay.
5      Q   And, Doctor, there it's reported that there were
6  adjustments made for ever use of the pesticides 2,4-D,
7  dicamba and malathion, do you see that?
8      A   I do.
9      Q   Mr. Dickey's chart does identify 2,4-D in the 2000
10 to 2010 row on its eighth page, doesn't it?
11     A   Correct.
12     Q   It does not identify malathion there, and it does
13 not identify dicamba, does it?
14         MS. DAVIS:  Object to form.
15     A   Correct.
16     Q   (By Mr. Domina) And so what we know is that Mr.
17 Dickey would be in the ever use category because he did have
18 at least one exposure to 2,4-D?
19     A   Correct.
20     Q   And as I understood, I guess close that out, as I
21 understood the results of those attempts at adjustments, the
22 adjustments for 2,4-D, dicamba and malathion, were
23 identified as not statistically significant, page 4,
24 correct?
25     A   At the top?

## Page 56

1      Q   Yes, sir.
2      A   Correct.
3      Q   Now, do you -- do you -- do you know, I suspect
4  the answer is that you don't, but are you aware, Doctor, in
5  view of the information we get from Exhibit 8 about the
6  limited number of studies that exist, are you yourself aware
7  or have you been provided any information to suggest whether
8  any of the farm chemicals identified in Mr. Dickey's fact
9  sheet or Mr. Pollard's fact sheet as others to which they
10 had at least one exposure, so they'd be in ever use
11 category, have ever been identified or adjusted for in a
12 study of the relationship between Roundup and glyphosate
13 into non-Hodgkin's lymphoma?
14         MS. DAVIS:  Object to form.
15     A   I'm not aware of any.
16     Q   (By Mr. Domina) Do you know whether the data
17 exists with which to attempt such an endeavor?
18     A   I don't.
19     Q   You don't know?
20     A   I don't know.
21         MR. DOMINA:  I have no further questions,
22 Doctor, thank you.
23              EXAMINATION
24 BY MS. DAVIS:
25     Q   Just a few clarifying questions related to Pahwa.

## Page 57

1          You just -- you just testified that -- I believe
2  you just testified that the adjustment -- strike that.
3          Mr. Domina asked you a question about the
4  adjustment of 2,4-D, dicamba and malathion not being
5  statistically significant to which you responded at the top,
6  and I was trying to determine where exactly you were looking
7  when you said that.
8          Can you direct me there?
9      A   So, if -- on page 4 of Exhibit 8, it starts at the
10 bottom, the -- the subheader is glyphosate use and
11 associations with non-Hodgkin's lymphoma overall.
12         And then if you scroll up to the top there was a
13 section there about --
14     Q   Where that -- where that sentence ends at the top
15 there with Table 2?
16     A   Correct.
17     Q   Okay.  So -- so --
18         MR. DOMINA:  Table 1.
19         THE WITNESS:  Table 1.
20         MR. DOMINA:  Table 1.
21         MS. DAVIS:  I'm sorry.  The end of the
22 sentence says Table 2 in parentheses.
23         MR. DOMINA:  No, we're not looking at the
24 same spot.
25         MS. DAVIS:  Okay.

15 (Pages 54 to 57)

Kevin T. Palka, M.D.

Page 58

1    MR. DOMINA:  He's on page 4, column two, top
2  of the page.  The first word in the column is the word
3  "malathion."
4    MS. DAVIS:  Right.  And then the end of that
5  sentence says Table 2 in parentheses, where the period is?
6    THE WITNESS:  Yeah, the very top sentence.
7    MR. DAVIS:  Yes.  Is that the sentence you're
8  referring to?
9    MR. DOMINA:  Oh, there, I see the sentence.
10  Okay, I was referring to the end of the paragraph.  Thank
11  you, I got it.
12    MS. DAVIS:  We're all on the same spot,
13  right?
14    THE WITNESS:  I think so, I'm confused now.
15    MR. DOMINA:  I missed the period.
16    Q    (By Ms. Davis) So, was it your testimony that
17  the odds ratio given here, adjusted odds ratio 1.13,
18  95 percent confidence interval, 0.84 to 1.51, was it your
19  testimony that that was showing the use of these other
20  pesticides; 2,4-D, dicamba, and malathion, was not
21  statistically significant?
22    A    That was my understanding.  Can I -- can I look at
23  this one more time here?
24    Q    Sure.
25    A    So, okay.  I think I may have taken that slightly

Page 59

1  out of context.  So just reading what this graph said,
2  Ms. Davis, can I read that?
3    Q    Sure, go ahead.
4    A    So overall, 7 percent and 5 percent controls,
5  7 percent of cases and 5 percent controls reported having
6  used glyphosate at any point in their lifetime, period.
7  There was a significant association between ever use of
8  glyphosate and non-Hodgkin's lymphoma overall.  The -- the
9  odds ratio was 1.43 and the confidence interval did not
10  cross one.  That was attenuated and no longer statistically
11  significant when further adjusted for ever use of the
12  pesticides 2,4-D, dicamba and malathion, odds ratio 1.13,
13  confidence interval 0.4 to 1.51, period.
14    Significantly elevated odds ratio found for
15  diffuse large B-cell lymphoma and other subtypes were not
16  statistically significant after adjusting for other
17  pesticides.
18    Q    Thank you.  Let's turn back to page 3 of this
19  study.
20    A    Okay.
21    Q    Second column, five lines from the top.  It
22  states: Pesticides that were most strongly correlated with
23  glyphosate use defined in this study as Spearman
24  coefficients greater than or equal to 0.35 and Cohen's Kappa
25  value greater than or equal to 0.30, and that were

Page 60

1  statistically significantly or strongly associated with NHL
2  in previous studies were evaluated as confounders.
3    Did I read that correctly?
4    A    You did.
5    Q    It goes on to say that 2,4-dichlorophenoxyacetic
6  acid and dicamba, as well as malathion, met both criteria,
7  and were, therefore, included in the more fully adjusted,
8  secondary logistic regression models.
9    Do you see that?
10    A    I see that.
11    Q    As we discussed previously, 2,4-D is one of the
12  chemicals listed in Mr. Dickey's Plaintiff Fact Sheet as
13  having been used by him, correct?
14    A    Correct.
15    Q    And you are not aware whether or not any of these
16  other products listed contain dicamba; is that correct?
17    A    That is correct.
18    Q    You are also not aware whether or not any of these
19  other products contain malathion, correct?
20    A    Correct.
21    Q    And you did not consider that in forming your
22  opinions in this case?
23    A    Correct.
24    Q    Mr. Domina asked you some questions about
25  preemergent and post-emergent herbicides, do you remember

Page 61

1  that?
2    A    Yes.
3    Q    Is that the first time you've heard those terms?
4    A    Yes.
5    Q    He asked whether machines used to use preemergent
6  herbicides might make it more or less likely to have an
7  exposure, do you recall that question?
8    A    Yes.
9    Q    Are you familiar with any such machinery?
10    A    No.
11    Q    Are you an expert in the use of such machinery for
12  preemergent herbicide application?
13    A    I am not.
14    Q    Mr. Domina noted this is an engineering issue, do
15  you recall that?
16    A    Correct.
17    Q    Are you an engineer?
18    A    I am not.
19    Q    Do you have an engineering degree?
20    A    I do not.
21    Q    Mr. Domina asked you some questions about your
22  having studied diesel fuel and its effect on non-Hodgkin's
23  lymphoma.
24    Do you remember those questions?
25    A    I do.

16 (Pages 58 to 61)

Kevin T. Palka, M.D.

Page 62

1    Q    And you testified that you were an expert in
2 another case regarding such issues, correct?
3    A    Correct.
4    Q    Yesterday you described your work in prior
5 litigations to my colleague, Mr. Steckloff.
6        Do you remember that discussion?
7    A    I do.
8    Q    Was this case one of the ones you described for
9 him at that time?
10   A    It was not.  I believe I discussed the -- the
11 cases where I had given a deposition.  I've not been deposed
12 on this case yet, so I have not -- it's listed among my
13 active cases, but I haven't given a deposition for it yet.
14   Q    Have you submitted an expert report in this case?
15   A    I believe I have, yes.
16   Q    Were you retained on behalf of Plaintiff or
17 Defendant in this case?
18   A    Plaintiff.
19   Q    Okay.  And where is this case located?
20   A    I believe the -- the plaintiff lives in
21 Massachusetts.  I'd have to look at the specific details.  I
22 try not to do local cases so -- so it's not -- I believe
23 the -- the gentleman who worked on the trains lives in
24 Boston, so it's probably a Massachusetts case.
25   Q    Do you know if -- if it was in Massachusetts state

Page 63

1 court or if it was --
2    A    I don't know that.  I'd be happy to get you --
3 it's definitely listed on my list of cases that are active
4 right now.
5    Q    Is Mr. Domina involved in that case?
6    A    He is not.
7    Q    To your knowledge, are any of the other attorneys
8 working on the Roundup litigation for Plaintiffs involved in
9 that case?
10   A    They are not.
11   Q    Can you briefly describe your opinion in that
12 case?
13   A    Again, you know, I mean, from my understanding, I
14 don't want to bring any specific names or --
15   Q    No, without doing that.
16   A    Yeah, yeah.  So, it involved a gentleman who
17 worked as an engineer for many years on diesel engines and
18 had a -- basically he spent eight to 10 hours a day in
19 the -- the engine room of the locomotive with no ventilation
20 and had very high exposure to diesel exhaust.
21        Also in his working in the yards at times, he
22 would have, again, hisself reported high exposures to diesel
23 and developed lymphoma in two separate occasions requiring
24 treatment.
25        I did a -- similar to this case, using the same

Page 64

1 methodology, looking at his -- his history and medical
2 history, he had no other risk factors, generally healthy
3 guy, and then going into a literature search, similar to
4 what I did with -- with these -- these clients, they're --
5 there's a link with diesel exhaust and non-Hodgkin's
6 lymphoma.  Mainly through benzene, it's the -- what's
7 thought to be the main carcinogen in diesel exhaust.
8    Q    So are you opining in that case that Plaintiff --
9 Plaintiff's lymphoma was caused by his exposure to the
10 benzene in fuel exhaust?
11   A    More -- I think it was a significant contributing
12 factor to his development of two episodes of lymphoma.
13   Q    And you reviewed literature to arrive at this
14 opinion?
15   A    I did.
16   Q    Do you have a list of this literature that you
17 could provide for me?
18   A    I'd have to -- I should have a list somewhere.  I
19 mean, it's a big stack of papers, but --
20   Q    Sure.
21   A    I have to look and see, he might have -- the
22 lawyer involved might have a list.  I'd be happy to look for
23 that.
24   Q    Yeah, we'd like to take a look, thank you.
25        In your opinion in that case -- strike that.

Page 65

1        In reviewing that case, did you arrive at a
2 threshold level of fuel exposure necessary to cause a
3 patient's lymphoma?
4    A    I did not.
5    Q    Just to clarify.  You said something about a
6 literature search in that case.
7        Did you perform your own literature search in that
8 case?
9    A    Most of the articles were provided to me.  I
10 looked up a couple things on my own, but for the most part
11 it was literature provided.
12   Q    And in this case the literature was all provided
13 to you, correct?
14   A    Correct.
15   Q    You didn't do an independent literature search
16 here?
17   A    No.
18   Q    Do you recall what type of lymphoma this plaintiff
19 had?
20   A    I honestly don't.  I believe it was diffuse large
21 B-cell.  So he had two separate, the first -- I believe the
22 first one was a low grade lymphoma, and then several years
23 afterwards he had a high grade lymphoma, to my best
24 recollection.
25   Q    And the DLBCL would be the high grade lymphoma?

17 (Pages 62 to 65)

Kevin T. Palka, M.D.

Page 66

1    A   Correct.
2         MS. DAVIS:  Okay.  I don't have anything
3    further.  Thank you.
4         THE WITNESS:  Thanks.
5         MR. DOMINA:  Here endeth the deposition.
6         VIDEOGRAPHER:  We are going off the record at
7    12:16 p.m.
8         (Deposition concluded at 12:16 p.m.)
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 67

1         CERTIFICATE
2         I, Jennifer A  Dunn, Registered Professional
3    Reporter and Certified Court Reporter, do hereby certify
4    that prior to the commencement of the examination,
5    KEVIN T  PALKA, M D , was duly sworn by me to testify to the
6    truth, the whole truth and nothing but the truth
7         I DO FURTHER CERTIFY that the foregoing is a
8    verbatim transcript of the testimony as taken
9    stenographically by and before me at the time, place and on
10   the date hereinbefore set forth, to the best of my ability
11        I DO FURTHER CERTIFY that I am neither a
12   relative nor employee nor attorney nor counsel of any of the
13   parties to this action, and that I am neither a relative nor
14   employee of such attorney or counsel, and that I am not
15   financially interested in the action
16
17
18
19        "/s/JENNIFER A  DUNN"
20        NCRA Registered Professional Reporter
21        Missouri Certified Court Reporter #485
22
23        Dated:  November 18, 2019
24
25

18  (Pages 66 to 67)

Kevin T. Palka, M.D.

Page 68

## A

**a.m**
1:17 4:4 43:20,23
**ability**
67:10
**absence**
46:18
**accuracy**
8:22
**accurate**
50:17
**acid**
60:6
**acting**
23:8
**action**
67:13,15
**active**
23:25 24:12 62:13
  63:3
**actively**
23:24
**added**
6:20
**addition**
28:24 31:4 33:15
**additional**
6:14 7:8 8:7 32:12
**adjusted**
40:5 56:11 58:17
  59:11 60:7
**adjusting**
59:16
**adjustment**
40:12 57:2,4
**adjustments**
55:6,21,22
**advance**
27:13
**afternoon**
44:8
**age**
4:13 24:23 25:1,5
  46:25
**aggregate**
54:15
**aggressive**
9:18,24 10:1 21:11
  23:8,8
**agree**
17:8 20:5 35:21
  38:21,24 39:2,5,8
**agreed**
45:18
**ahead**
59:3
**air**
47:24
**allowed**
19:16
**alter**
37:13 38:6
**American**
39:24
**amount**
23:4
**analyses**
53:9,11
**analysis**
52:6
**anatomic**
13:13,22 14:6 15:5
  15:9 16:3,10
**anatomical**
13:24
**Andreotti**
7:2
**anemia**
21:16
**annual**
22:12 27:25
**answer**
56:4
**answered**
44:22 46:24
**answers**
44:12 46:17
**anybody**
54:18
**apparent**
39:16
**apparently**

46:9
**appeared**
20:13
**appears**
54:1
**application**
29:1 31:4 33:16
  61:12
**applications**
49:12
**applied**
47:22
**apply**
46:20
**appropriate**
22:14
**appropriately**
16:23
**architecture**
13:24
**area**
10:12 11:1 23:7
  38:13
**Armitage**
19:8,15,21 45:10
  45:13
**armpit**
11:2
**arms**
23:22
**Arndt**
2:13 4:2
**arrive**
64:13 65:1
**articles**
65:9
**aside**
43:5,7
**asked**
10:8 41:24 44:6,17
  45:21 46:7 48:12
  57:3 60:24 61:5
  61:21
**asking**
44:5
**aspirate**

12:11 14:3,10 16:3
  16:10,17
**assessment**
25:4,10,13,20 36:6
  54:14
**associated**
26:16 60:1
**association**
28:15 30:21,24
  39:16 48:16 53:13
  59:7
**associations**
39:22 49:23 57:11
**assume**
41:20
**Assure**
32:18
**Atrazine**
30:11,21 31:23
**attached**
6:17
**attempt**
54:12 56:17
**attempted**
54:19
**attempts**
55:21
**attention**
39:15 47:8 50:2
  54:24 55:2
**attenuated**
59:10
**attorney**
67:12,14
**attorneys**
63:7
**authors**
37:20 52:13,24
**automobiles**
48:14
**availability**
52:25
**available**
14:16
**aware**
19:15,21 20:18,24

23:14 24:6 25:24
  26:9,11,13 28:14
  33:21 34:2,5 45:4
  51:24 54:18 56:4
  56:6,15 60:15,18

## B

**B**
3:9 40:11
**B-cell**
9:5,21 10:11 23:3
  37:14 38:14 59:15
  65:21
**back**
22:17 43:22 59:18
**Banvel**
30:12 32:3
**bar**
27:23 35:5
**base**
14:17 16:25
**based**
9:12 15:8 26:20
  37:17
**basically**
37:2 63:18
**basis**
40:24
**Beacon**
28:4,15,25 29:13
**bean**
27:23 35:2,4,4,7
  36:5,9
**beginning**
47:18
**behalf**
4:15 62:16
**behave**
38:22
**believe**
9:4 11:25 12:24
  15:5 18:7 20:2,16
  22:14 23:16 44:13
  53:21 57:1 62:10
  62:15,20,22 65:20
  65:21

**benzene**
64:6,10
**best**
54:12 65:23 67:10
**Bicep**
30:11 32:1
**big**
8:8 35:21 64:19
**biomarkers**
21:15
**biopsy**
12:11,15,18,22
  13:2,23 14:7,12
  15:6,9 16:4,10,11
  16:17,22,24 17:10
  18:17,22 42:21
  44:20,20,21
**bit**
48:19
**bladder**
26:10
**blood**
21:8
**blue**
17:21,22
**BMI**
25:21
**Bob**
35:10
**body**
25:13,17 46:25
**bone**
18:17,21 44:21
**Boots**
36:25
**border**
9:20
**Boston**
62:24
**bottom**
17:13 53:5,23
  57:10
**breakdown**
36:4
**briefly**
63:11

**bring**
5:3 63:14
**brought**
6:24
**buggy**
35:2,4,7 36:5,9

**— C —**

**C**
2:1
**California**
1:1 4:8
**call**
7:11 21:1 39:14
**called**
17:5 40:5
**cancer**
16:18 21:3,14,15
  22:5,16 23:20,25
  24:4,5,12,13
  25:25 26:10,14,16
  42:10,14,18,25
  43:4,11 45:14
  46:16,17,19
**cancers**
26:12
**carcinogen**
64:7
**carcinoma**
16:16
**care**
9:10 45:13
**career**
9:7,15 41:22
**case**
1:4,8 5:9,12,24 6:5
  6:9 7:20 8:8,9
  13:23 16:19 25:8
  33:25 34:7 44:12
  45:21 46:2 48:21
  60:22 62:2,8,12
  62:14,17,19,24
  63:5,9,12,25 64:8
  64:25 65:1,6,8,12
**cases**
9:9,14 41:13,16,21

46:25 53:19 54:20
  59:5 62:11,13,22
  63:3
**CAT**
21:2 22:24
**category**
50:15 55:17 56:11
**cause**
11:5,9 12:4,7,16,19
  13:3 18:11,14,22
  19:1,5,17 20:10
  44:18 45:1,5,22
  45:23 65:2
**caused**
23:23 42:5,9,13,17
  43:4,11,15 45:14
  64:9
**causes**
37:7 39:8,9
**cell**
16:15,18 21:10
  25:25 46:19
**cells**
13:21 14:3,3,4
  15:15
**center**
22:5 45:11
**certain**
6:24 11:21 18:7
  27:17 36:12
**Certificate**
3:7 67:1
**Certified**
1:18 67:3,21
**certify**
67:3,7,11
**chance**
50:16
**changes**
53:12
**Charles**
21:22 46:8
**chart**
15:23 36:4 53:25
  54:7 55:9
**charts**

**54:8**
**chemical**
28:18 30:16 31:9
  32:23
**chemicals**
28:15 32:6,9 47:9
  47:12,21 56:8
  60:12
**chemotherapy**
23:20
**choice**
11:17 20:9
**CHOP**
11:13
**CHOP-R**
20:17
**chromosome**
17:17,18,19
**chronology**
16:2
**circuit**
44:5,16
**clarifies**
15:25
**clarify**
13:21 65:5
**clarifying**
56:25
**classification**
18:1
**clients**
64:4
**clinic**
7:25
**clinical**
17:1
**close**
55:20
**clothing**
36:19
**coauthor**
52:18
**Cobra**
32:18
**coefficients**
59:24

**Cohen's**
59:24
**colleague**
62:5
**collect**
54:19
**collected**
17:7 54:2,3
**collection**
15:21
**colon**
26:14,16
**colored**
17:20
**column**
32:12 35:16 52:5
  52:23 53:6 55:2,3
  58:1,2 59:21
**combines**
49:12
**come**
22:16 38:2
**comma**
17:14
**commencement**
67:4
**commencing**
1:17
**commentary**
52:12
**commercial**
28:25 31:4 33:16
**common**
8:25 9:3,4,25 10:23
  11:3 18:2,5,8
  38:14
**Company**
1:7 4:7
**compare**
49:9
**compared**
9:14 40:13
**comparing**
49:11
**complete**
20:22 21:1

Kevin T. Palka, M.D.

**Completed**
11:15
**composition**
28:18 30:16 31:9
  32:23
**concern**
16:20
**concerned**
47:6
**concerning**
44:18
**concerns**
37:17,21,23
**concluded**
66:8
**conclusion**
46:1
**conclusions**
50:5
**conditions**
21:9
**conducted**
52:13 53:12
**confidence**
40:17 58:18 59:9
  59:13
**confounders**
40:12 60:2
**confused**
58:14
**connection**
44:11
**consider**
7:19 10:3 22:20
  23:1 24:23 25:1,7
  25:17 26:2,22
  27:2 30:3 31:15
  33:24 34:6 35:23
  36:1,15,18 60:21
**consideration**
54:5
**considered**
20:18 50:25 51:25
  53:17,19
**consists**
15:14

**consult**
8:3
**consultation**
7:25
**contain**
6:11 30:6 31:12
  33:1 60:16,19
**contained**
28:15
**context**
59:1
**continue**
23:2
**continues**
22:7
**contrast**
49:10
**contributing**
6:2 37:18 38:7
  45:23 64:11
**control**
27:25 40:9,13,16
**controlled**
52:13
**controls**
59:4,5
**copy**
4:23 27:12,13
**correct**
5:5,10,11,14,16,17
  5:20,21,22,24,25
  6:10,16,19,22 7:1
  7:2,3,6,17,21 8:11
  8:14,20,21 10:19
  10:21,22 11:10,11
  11:13,14,16,22,23
  11:24 12:8,9,16
  12:17,20,21 13:14
  13:15,17 15:1,7
  15:11,17 16:12
  17:5,6,9 18:11,12
  18:16,23,24 19:2
  19:3,7,9,10 21:22
  22:8,9,11 23:12
  23:13 24:18,20,21
  24:25 25:2,3,5,6,8

25:9,11,12,15,16
25:19,22,23,25
26:1,3,4,7,8,24,25
27:4,17,18,20,21
27:23,24 28:1,2
32:16,20 35:18,19
35:20,24,25 36:2
36:10,11,13,14,16
36:17,19,20,21,22
36:23,24 37:1,3,7
37:8,15 38:4,5
39:19,20 40:9,10
40:16,20,21 41:1
41:2,4,5,9,12 42:6
42:7,10,11,14,15
42:18,19,22,23
43:2 44:23,24
45:18,20,25 46:14
47:7,12,13 48:9
48:11 50:9,10
51:1,5,7,8,18,21
52:14 53:19 54:6
54:10,11 55:11,15
55:19,24 56:2
57:16 60:13,14,16
60:17,19,20,23
61:16 62:2,3
65:13,14 66:1
**correctly**
60:3
**correlated**
59:22
**counsel**
2:5,9 4:9 67:12,14
**couple**
49:20,20 65:10
**course**
11:20 44:9 48:8
**court**
1:1,18 3:7 4:7,10
  63:1 67:3,21
**covered**
46:15
**created**
34:23
**criteria**

21:15 60:6
**crops**
28:1
**cross**
17:23 59:10
**cross-examination**
44:10 46:24
**crosses**
40:17
**CT**
11:24 12:3,6 44:20
**curable**
10:10,11 23:1
**cure**
10:13 23:10
**cured**
10:2,4 23:5
**Currently**
22:12 23:11
**cycles**
11:12 20:14,16,17
  20:19,23,24
**cytology**
13:20
**cytopathology**
13:16 14:2

---
**D**

**D**
3:1
**D.C**
2:8
**DAD@dominala...**
2:5
**data**
38:18 44:20 54:19
  56:16
**date**
1:17 4:3 15:21 22:8
  67:10
**date's**
10:19
**Dated**
67:23
**DAVID**
2:3

**Davis**
2:7 3:4,6 4:17,23
  4:25 16:8,9 35:14
  43:18,24 45:7,19
  46:13,21 47:2
  48:1,5 49:14 51:2
  51:19 52:10,15
  53:20 54:16,21
  55:14 56:14,24
  57:21,25 58:4,7
  58:12,16 59:2
  66:2
**day**
7:10 51:11 63:18
**days**
29:22 32:5,9 33:7
  33:11 35:15,19
  36:9,10,12,13
  50:21 51:6,7,11
  51:16 53:13,14,14
  54:3,9
**DDavis@lawdoc...**
2:9
**dealing**
38:20
**death**
45:13
**debris**
15:15
**decision**
22:2,6 46:4
**deep**
23:15,21
**Defendant**
2:9 4:15 62:17
**defined**
54:3 59:23
**definitely**
63:3
**degree**
61:19
**dehydrogenase**
21:7,8
**demarcation**
47:20
**deponent**

4:9
**deposed**
62:11
**deposes**
4:14
**deposition**
1:14 3:12 4:5,21
  5:9 6:25 7:7
  19:25 27:14 44:7
  44:8 51:23 62:11
  62:13 66:5,8
**depositions**
44:11 46:16
**deps@golkow.com**
1:23
**describe**
21:6 63:11
**described**
5:23 28:21,22 31:2
  62:4,8
**describes**
13:13
**description**
3:11 50:11
**designated**
22:5
**designation**
22:23
**details**
62:21
**determine**
19:17 42:9,13,17
  45:22 53:12 57:6
**developed**
48:22 63:23
**development**
24:24 64:12
**diagnosed**
8:19 10:15 23:15
  24:7
**diagnosis**
7:9 8:23 11:20
  14:11,17 15:9
  16:25 23:18 25:2
  25:8,18 26:3,23
  27:3 30:4 31:16

**diagnostic**
11:21 19:1,4 42:16
**diagram**
7:13
**DIANA**
2:7
**dicamba**
55:7,13,22 57:4
  58:20 59:12 60:6
  60:16
**Dickey**
1:7 4:6,21 6:5,8,12
  7:5,20,23 8:15,17
  8:19 9:19 10:15
  11:18,21 12:10,22
  13:5,11 15:4
  18:17 19:16 20:10
  20:12,14 21:4
  22:7 23:14 24:6
  25:2,18 26:3
  27:11,16 28:25
  29:8,11,14,17,20
  29:23 30:1,10
  32:6,9 33:8,10,21
  34:2 35:24 36:15
  38:3 41:4,7,17
  42:9,13,17,24
  44:18 45:15 46:10
  46:17,20 50:24
  51:1,3,4,17 55:17
**Dickey's**
6:3 9:13 11:5,9
  12:3,6 13:3 18:11
  18:15,25 19:8,17
  23:6,11 24:15
  25:8,13,24 26:9
  26:13,22 27:2,5
  30:3 31:15 35:10
  38:8 41:10 42:20
  43:3,9,14 44:12
  45:11 46:2,11
  48:12 52:1 54:7
  55:9 56:8 60:12
**diesel**
34:3 48:13,15,23
  49:5,6,17 61:22

63:17,20,22 64:5
  64:7
**difference**
47:25
**different**
17:24 38:21,24
  39:2,5,6 44:14
**differential**
7:9,14 25:2,8,18
  26:3,23 27:3 30:4
  31:16
**differently**
36:13 38:22,25
  39:3
**difficult**
10:6 15:23 38:19
**diffuse**
9:4,21 10:11 23:3
  37:14 38:13 59:15
  65:20
**direct**
44:6 50:2 54:23
  55:2 57:8
**directed**
47:8
**disassemble**
51:14
**disclose**
54:8
**disclosed**
54:1
**discussed**
43:8 60:11 62:10
**discussing**
37:9
**discussion**
53:6 62:6
**disease**
9:23
**District**
1:1,1 4:7,8
**Division**
1:2 4:8
**DLBCL**
50:22 65:25
**Doctor**

4:18 5:1 13:10
  43:24 47:8 48:20
  49:21 52:18 53:23
  55:5 56:4,22
**doctors**
43:14
**document**
1:6 4:25 14:23
  34:23 37:3
**documentation**
34:15,17
**doing**
14:10 63:15
**Domina**
2:3,3 3:5 4:23,24
  7:7 16:5 34:20,25
  35:10,13 44:3
  45:9,21 46:5,15
  46:23 47:3 48:3,7
  49:16 51:1,4,22
  51:24 52:11,17
  53:22 54:8,18,23
  55:16 56:16,21
  57:3,18,20,23
  58:1,9,15 60:24
  61:14,21 63:5
  66:5
**Dr**
3:13 4:9 19:8,15,21
  21:22,24 44:4
  45:10,13 46:7
  52:18,19
**dripping**
51:13
**Dual**
30:11 31:18
**duly**
4:13 67:5
**Dunn**
1:18 4:11 67:2,19
**duration**
54:1,9
**DVT**
23:21
**dying**
26:14

**E**
**E**
2:1,1 3:1,9
**E-H-N-K-E**
46:8
**E-N-K-E**
21:22
**earlier**
5:12,18 6:23 10:1
**early**
45:12
**easy**
47:15
**effect**
61:22
**Ehnke**
46:8
**eight**
63:18
**eight-hour**
35:15
**eighth**
55:10
**either**
35:11 49:10
**elevated**
21:4,12 59:14
**embolism**
23:15,23
**emergents**
47:17
**employee**
67:12,14
**endeavor**
56:17
**endeth**
66:5
**ends**
57:14
**engine**
63:19
**engineer**
48:25 49:3 61:17
  63:17
**engineering**
48:10 61:14,19

engines
63:17
Enke
21:22,24
ENT
46:9
entire
53:7
entitled
39:21
episodes
64:12
equal
52:1 59:24,25
equipment
34:4 36:1,6 48:14
especially
16:21
ESQUIRE
2:3,7
essentially
50:4 54:14
evaluate
21:19
evaluated
60:2
events
51:7,9
evidence
21:2 24:4
exactly
57:6
examination
3:4,5,6 4:16 42:12
44:2,6 56:23 67:4
example
17:22
excess
50:22
excisional
12:22 14:11 16:22
17:10 44:20
excuse
25:25 41:3
exhaust
63:20 64:5,7,10

exhaustion
49:11
exhibit
6:6 15:13 16:5,9,10
17:1,4 27:9 47:8
49:22 50:4 51:22
52:13 53:17 54:24
56:5 57:9
Exhibits
44:21
exist
56:6
exists
56:17
expert
48:21 52:19 61:11
62:1,14
experts
19:14 22:6
explain
17:15
exposed
29:20 32:9 34:3
41:8,14,18,23
42:1 51:1
exposure
3:18 29:10,13,16
29:23 30:3 31:18
31:21,23 32:1,3,6
33:4,8,11 34:9,16
35:17,24 36:12,13
43:8,12 47:24
48:13,23 51:6,6,9
51:20,25 52:2
53:2,18 54:7,7,19
55:18 56:10 61:7
63:20 64:9 65:2
exposures
51:15,17 63:22
extending
47:17 55:3
_____
F
fact
3:17 24:22 27:5,11
47:9 48:7,15

54:12 56:8,9
60:12
factor
6:2 24:23 25:5,11
25:14,21 26:6
37:18 38:7 64:12
factors
24:15,20 40:5 64:2
fair
41:15
fairly
11:3 35:22
familiar
28:7,9 30:14,20,22
32:21 47:11 61:9
family
8:5 26:9,13,22
far
10:25 22:9 24:11
36:3 46:12 47:5
farm
33:22 34:4 47:9
48:14 49:12 56:8
farmers
47:14
father
26:10
feel
54:25
fellowship
26:21
felt
21:24
field
22:6 27:23
fields
49:13
figure
15:23 53:22 54:1
filled
34:3
final
55:2
financially
67:15
finding

18:2,5
findings
18:1,10
fine
12:10 14:10 16:3,9
16:17 44:20
Firm
2:7
first
4:13,20 10:23
27:19 39:14 52:5
52:24 58:2 61:3
65:21,22
FISH
3:16 17:5,19,20
27:8
five
22:15 23:4 51:11
53:13,14 59:21
five-year
22:23
FL
39:16,19
floating
14:4
fluorescence
17:4
FNA
16:22
follicular
8:19,25 9:5,6,13,17
9:19,22,24 10:3,4
10:9,23 15:9 18:3
18:6 22:25 37:19
37:22 38:3,8,12
39:19 40:2 41:16
41:21 44:19 45:1
45:6,8
follow-up
20:21
following
30:11 32:17 44:17
follows
4:15
foregoing
67:7

form
45:7,19 46:13,21
47:2 48:1,5 49:14
51:2,19 52:10,15
53:20 54:21 55:14
56:14
forming
5:24 6:1 7:4,19
33:24 34:6 60:21
forth
67:10
found
59:14
four
15:4 20:14,19,22
20:24 50:25 51:11
53:19
Francisco
1:2 4:8
free
14:4 54:25
frequency
54:2,9
front
14:9 21:23
Frontenac
1:16
fuel
34:3 48:13,15 49:5
61:22 64:10 65:2
fueling
48:13
full
8:3 16:3 52:5
fully
60:7
fume
49:10
fumes
48:13,16 49:5
furnished
52:20
further
44:17 56:21 59:11
66:3 67:7,11

Kevin T. Palka, M.D.

**G**

**garden**
28:1
**gasoline**
34:3 48:13
**gender**
25:7,11 46:25
**general**
14:9 16:14 22:22
36:5 38:16,18
**generally**
18:20 64:2
**genetic**
18:1,2,5
**gentleman**
62:23 63:16
**give**
14:11 44:12 48:22
**given**
5:9 19:13 44:8
46:20 58:17 62:11
62:13
**gives**
13:25
**Gloves**
36:23
**glyphosate**
7:12 11:9 12:7,19
18:14 19:5 30:7
31:13 33:2,12
37:18,22 38:7
39:22 40:4,15
41:11 43:15 49:22
50:8,14,15,21
53:14 56:12 57:10
59:6,8,23
**go**
7:13 43:18 50:14
52:4 59:3
**goes**
30:9 60:5
**going**
4:20 16:24 43:19
47:15 64:3 66:6
**Golkow**
1:23 2:13 4:2

**good**
4:18,19 35:22
46:11
**gotten**
42:25
**grade**
9:18,19,20,21,22
9:22,23,23,25
10:3,4,8,9 14:1
15:10 22:24,25
23:10 38:12 65:22
65:23,25
**grades**
9:16
**graph**
59:1
**gray**
10:12 38:13
**greater**
50:21 52:1 59:24
59:25
**green**
17:23
**groin**
11:2
**ground**
47:18,23
**Group**
2:3
**groups**
50:24
**grow**
47:19
**guess**
9:11 17:7 55:20
**guy**
64:3

**H**

**H**
3:9
**H&P**
8:3
**hand**
27:22,23
**handling**

**good**
50:21
**hands**
51:13,14
**happy**
63:2 64:22
**hard**
16:6
**Harnass**
30:11 31:21
**healthy**
64:2
**heard**
35:7,11 61:3
**held**
1:15 4:5
**hematologic**
17:25 26:11
**hemolytic**
21:15
**herbicide**
61:12
**herbicides**
28:3,7 47:16,22
60:25 61:6
**hereinbefore**
67:10
**high**
9:21,22 21:16
51:16 52:2 63:20
63:22 65:23,25
**higher**
9:17
**highly**
22:16
**Hilton**
1:15
**hisself**
63:22
**Histological**
39:23 49:23
**history**
8:4,5,5,6 25:24
26:9,13,22 43:12
64:1,2
**homestead**
28:1

**honestly**
65:20
**hours**
54:13,15 63:18
**hybridization**
17:5
**hypocellular**
15:14

**I**

**IARC**
40:25
**identical**
28:22 29:5 31:3,7
33:15,19
**identified**
44:21 46:9 50:8
55:23 56:8,11
**identifies**
45:1
**identify**
45:22 55:9,12,13
**ignore**
43:12
**II**
30:11 31:18 39:21
**illustrate**
47:15
**images**
8:13
**imaging**
8:1 21:3
**important**
13:23
**included**
8:3 11:24 60:7
**includes**
7:2 36:21
**including**
51:11
**incomplete**
39:14
**increase**
50:22
**increased**
23:21

**increasing**
53:13
**increments**
53:13
**independent**
65:15
**index**
25:14 46:25
**indicate**
11:9 18:10 19:1
**indicated**
13:3 18:22 20:10
**indicates**
18:14
**individual**
45:5
**indolent**
9:23
**information**
13:25 34:25 41:19
53:1 54:2 56:5,7
**insecticides**
33:22
**insight**
11:5 12:4
**intend**
6:12,15
**interest**
55:1
**interested**
67:15
**internally**
11:2
**interpretation**
17:12
**interrupted**
45:13
**interval**
40:17 58:18 59:9
59:13
**invoices**
5:3,7,8
**involved**
7:24 9:10 45:11
63:5,8,16 64:22
**involving**

Kevin T. Palka, M.D.

48:22
**Iowa**
54:3
**issue**
26:5,19 46:16
48:10 61:14
**issued**
6:8
**issues**
62:2
**item**
36:19

**J**

**James**
2:13 4:2 19:8 45:10
**Janzen**
5:9,24 6:25 23:3
44:7 46:4,25
50:25 54:8
**Jennifer**
1:17 4:11 67:2

**K**

**K**
2:8
**Kansas**
54:2,4
**Kappa**
59:24
**keep**
37:24
**ketatinaceous**
15:15
**Kevin**
1:14 3:3 4:9,12
67:5
**kind**
9:20 23:6 36:5
38:11,13
**knew**
19:18
**know**
10:12 14:14,16
17:21 18:8 19:11
19:12,22 20:6,7

22:9,22 23:20
28:18 29:7,19,25
30:6,16,19,23
31:9,12 32:5,8,23
33:1,7,10 35:4
38:16 41:24,25
45:16 47:6 50:17
52:17,22 55:16
56:3,16,19,20
62:25 63:2,13
**knowing**
29:22
**knowledge**
26:18 63:7
**known**
24:15

**L**

**lactate**
21:7
**lactose**
21:7
**large**
9:4,21 10:11 23:3
37:14 38:13 59:15
65:20
**Law**
2:3,7
**lawful**
4:13
**lawyer**
64:22
**LDH**
21:5,7,13,16
**leading**
19:14
**lean**
23:7,9
**learn**
19:19 20:3
**lecture**
19:13
**legs**
23:22
**let's**
6:5 14:24,24 15:2

34:9 37:25 43:18
59:18
**level**
41:11 52:2 65:2
**levels**
52:1 53:18
**LIABILITY**
1:5
**Liberty**
28:4,15,25 29:16
32:18
**lifetime**
9:11 53:14 54:15
59:6
**light**
6:24
**likelihood**
23:9
**limit**
22:23
**limited**
52:25 56:6
**Lindbergh**
1:16
**line**
47:20
**lines**
59:21
**link**
64:5
**linking**
28:9
**list**
6:17,20 47:9 63:3
64:16,18,22
**listed**
32:13,15,17 36:3
60:12,16 62:12
63:3
**listing**
27:19
**lists**
27:16 28:3
**literature**
10:12,13 25:5,11
25:21 28:9,12,14

30:20,22,23 64:3
64:13,16 65:6,7
65:11,12,15
**litigation**
1:5,23 2:13 4:3
40:25 63:8
**litigations**
62:5
**little**
9:24 17:17,18 40:5
40:11 48:19
**lives**
62:20,23
**local**
62:22
**located**
62:19
**locomotive**
63:19
**locomotives**
49:6,11
**logical**
48:3
**logistic**
60:8
**long**
36:21
**long-term**
20:21 23:2
**longer**
45:15 59:10
**look**
14:12 17:12,25
39:6 50:16,18,20
53:22 58:22 62:21
64:21,22,24
**looked**
7:24 65:10
**looking**
13:20 15:22 23:19
42:20 53:8 57:6
57:23 64:1
**looks**
16:18 38:18
**Lorsban**
32:18

**lot**
13:19,25 14:9 21:9
21:12 22:22 37:3
38:17,17,17
**Louis**
1:15,16 4:5
**low**
9:20,22 65:22
**lower**
40:15,19 53:18
**lymph**
11:1
**lymphoma**
6:3 8:19,25 9:1,6
9:14,17,18,19,20
9:21,22,24 10:3,5
10:24 11:6,10
12:4,7,16,19 13:3
13:23,25 14:1
15:9 18:3,6,11,15
18:22 19:1,6,14
19:17,23 20:6,10
20:25 21:11,12
22:25,25 23:8,12
23:18 24:10,24
25:22 26:7,17
28:10,16 30:21,25
37:7,14,19 38:3,8
38:12,18,22,25
39:3,6,9,10,19,23
40:2 41:6,13,16
41:21 42:6 43:15
44:19 45:2,14,17
46:19 48:17,23
49:23 50:9 56:13
57:11 59:8,15
61:23 63:23 64:6
64:9,12 65:3,18
65:22,23,25
**lymphomas**
10:2 14:10 16:21
38:15

**M**

**M**
2:7

**M.D**
1:14 3:3 4:12 67:5
**machine**
47:23 49:11
**machinery**
61:9,11
**machines**
49:16 61:5
**Mag**
30:11 31:18
**main**
64:7
**major**
22:4 49:23
**majority**
41:13,16
**Making**
10:19
**malathion**
55:7,12,22 57:4
58:3,20 59:12
60:6,19
**malignancies**
17:25
**malignancy**
14:14 15:16 26:23
**malignant**
16:20
**March**
11:15
**mark**
4:20 6:5 13:7 14:19
14:24,24 15:2
17:2 34:9 37:25
**marked**
15:12
**marking**
13:7
**marrow**
18:17,22 44:21
**mass**
11:1,3 16:15 25:14
46:25
**Massachusetts**
62:21,24,25
**materials**

6:17 7:19 44:18
52:20
**matter**
4:6
**MDL**
1:5
**mean**
7:11 10:6 13:18
20:17,20 22:3
36:3 48:3 50:13
63:13 64:19
**means**
14:2,23 17:15,16
17:17 40:9
**measurement**
41:10
**medical**
3:15 7:22 8:3,7
9:12 13:7,10 14:8
15:4,18 17:2
20:13 24:15 25:4
25:10,20 26:20
43:3,9,10,16
44:20 45:11 48:7
64:1
**medication**
23:11
**mentioned**
6:23 7:7 22:25
38:13
**met**
8:17 60:6
**method**
49:10
**methodology**
5:23 6:1 7:14 64:1
**methods**
50:5,18 52:3 53:6
**metrics**
53:2
**microscope**
14:5 42:21
**mind**
16:5 37:6,24 48:19
**minimum**
51:16

**Minnesota**
54:4
**minute**
50:19
**missed**
58:15
**Missouri**
1:19 4:6 67:21
**Mmm-hmm**
15:20
**MO**
1:16
**models**
60:8
**monitor**
21:13
**Monsanto**
1:7 4:6
**morning**
4:18,19
**mother**
26:14
**MRI**
21:3

**N**

**N**
2:1 3:1
**name**
4:2 46:8
**names**
63:14
**NCCN**
22:4
**NCRA**
67:20
**NE**
2:4
**Nebraska**
35:12 45:11 53:19
**necessary**
65:2
**neck**
10:21 11:2,3,24
12:3,6 16:15
44:19

**need**
14:11 17:10 21:25
53:7
**needle**
12:10 14:2,10 16:3
16:10,17 44:20
**negative**
15:15 16:23 44:22
**neither**
67:11,13
**never**
19:22 20:6 35:11
38:2 39:22 41:14
41:17 42:4 45:16
53:2
**NHL**
24:16,20 45:6 47:5
52:6 60:1
**nine**
24:3
**nodes**
11:1
**non**
40:18
**Non-Hodgkin**
39:23
**non-Hodgkin's**
6:3 9:1 19:17,22
20:6 23:12 24:24
25:21 26:6,16
28:10,16 30:21,25
38:18,22,25 39:3
39:6,9,10 41:6
42:5 43:15 44:19
45:1,17 46:19
48:16 49:23 50:9
56:13 57:11 59:8
61:22 64:5
**nondiagnostic**
16:19
**nonsignificant**
40:18
**nonspecific**
21:9
**nonstatistically**
40:19

**North**
39:24
**Northern**
1:1 4:7
**note**
8:3 42:4
**noted**
4:10 61:14
**notes**
7:25
**notice**
1:15 3:12 4:20
**November**
1:12 4:3 13:8,11
15:5,13 17:8
67:23
**nozzles**
51:12
**number**
3:11 35:14,16,23
37:2,6 50:3 56:6
**numbers**
16:6 38:20 54:14
**NW**
2:8

**O**

**oath**
5:21
**Object**
45:7,19 46:21 47:2
48:1,5 49:14 51:2
51:19 52:10,15
53:20 55:14 56:14
**Objection**
46:13 54:16,21
**objective**
50:5
**occasions**
63:23
**occur**
11:1 41:13,17
**occurred**
41:7
**occurrence**
50:9

Kevin T. Palka, M.D.

occurs
41:7
odds
40:4,11,12 58:17
58:17 59:9,12,14
offer
6:12,15
offering
8:22 11:17
oh
16:18 58:9
okay
13:9 14:22 15:2,3
16:13 17:12 22:7
27:9,9,16 34:13
37:9 38:3 39:13
44:16 52:23 53:10
53:15,24 54:25
55:4 57:17,25
58:10,25 59:20
62:19 66:2
old
10:16
Omaha
2:4
once
50:14 51:10
oncologist
19:8 22:3 26:21
45:10
oncology
7:25
ones
62:8
operate
49:6
operated
49:17
opine
37:6
opining
64:8
opinion
6:2 22:2 23:17 24:9
37:13 38:6 63:11
64:14,25

opinions
5:24 6:11,15 7:5,19
8:22 11:17 33:24
34:6 40:25 41:4
60:22
opposed
23:10
order
17:9,10
ordered
16:4,11
ordinal
53:9,11
outcome
46:11
outlined
7:18
overall
39:23 57:11 59:4,8

─────────
P
─────────
P
2:1,1
p.m
66:7,8
packet
8:8
page
3:2,11 27:16 30:9
39:12 47:10,10
50:3 52:4,5,23,24
53:5,23 54:24
55:3,10,23 57:9
58:1,2 59:18
Pahwa
3:19 6:21 37:10,12
37:17,20 38:6
40:23 49:22 52:14
52:25 54:24 56:25
painless
10:25,25
Palka
1:14 3:3 4:9,12
44:4 67:5
Palka's
3:13

paper
38:6,17 40:23
52:11,14,25
papers
53:17 64:19
paragraph
39:14 52:5,7,24
53:7 55:2 58:10
pardon
46:16
parentheses
57:22 58:5
pars
38:19
part
8:6 18:20 25:1,7,17
26:3,23 45:3
52:20 53:16 65:10
parties
67:13
parts
50:2
pathologist
14:12
pathology
3:14 8:1,9 12:13,25
13:13,22,24 14:15
17:1 39:6 42:8
patient
15:4 22:24 24:3
34:24 42:4 45:16
45:17 48:22
patient's
42:5 45:5 65:3
patients
7:12,24 9:10 20:7
22:23 38:20 40:16
41:7,14,17,22,25
PC
2:7
percent
58:18 59:4,4,5,5
percentage
36:4
perform
65:7

performed
19:16 42:9
period
58:5,15 59:6,13
person
24:19 35:11 49:5
50:14,24 54:15
person's
37:7
personally
19:12
persons
51:25
pesticides
27:3,17 55:6 58:20
59:12,17,22
PET
20:24 21:2,4
phrase
50:12
physical
42:12
physician
21:19 46:9
piece
17:17,18
Piorkowski
2:7
place
67:9
places
17:18
plaintiff
2:5 3:17 27:5,11
47:9 60:12 62:16
62:18,20 64:8
65:18
Plaintiff's
64:9
plaintiffs
50:25 53:18 54:20
63:8
plant
47:17
planting
47:18

please
43:6 53:7
plus
11:13
point
10:10 24:1,1 41:11
59:6
pointed
12:7
points
12:16,19 19:5
Pollard
5:12 7:8 44:7 46:5
46:25 51:1 54:8
Pollard's
56:9
Pooled
39:24
population
51:25 53:16
positive
17:14
possible
21:19 53:12
post-emergent
47:16,21 60:25
potential
25:14 30:24
Pounce
32:18
precise
45:22
predominantly
47:10
preemergent
47:16,20,22 60:25
61:5,12
present
21:12,14 39:3
presentation
10:23
presented
10:20
presenting
11:4,8 44:19
pretty

35:21
**previous**
46:15 60:2
**previously**
19:18 27:6 46:20
46:24 60:11
**primary**
40:24
**prior**
62:4 67:4
**probably**
8:6 23:4 62:24
**probe**
17:21,22,23
**probes**
17:20
**problem**
15:17
**process**
7:13 16:21
**products**
1:4 28:19 29:5,7,20
29:23 30:1,4,6,14
30:17,24 31:3,7
31:10,12,16 32:13
32:17,21,24 33:1
33:5,8,11,14
60:16,19
**Professional**
1:18 67:2,20
**Project**
39:24
**provide**
64:17
**provided**
12:4 29:10,13,16
31:18,21,23 32:1
32:3 33:4 34:20
34:24 56:7 65:9
65:11,12
**provides**
11:5
**Prowl**
32:18
**pulmonary**
23:15,23

**pump**
51:14
**purposes**
18:1 54:4
**pursuant**
1:15
**Pursuit**
32:18
**put**
14:2 15:18 44:10
44:11 45:9 51:6
**putting**
22:23

**Q**

**question**
16:6 43:5 57:3 61:7
**questions**
43:25 44:10 45:9
46:18,23 49:20
56:21,25 60:24
61:21,24
**quoted**
45:15

**R**

**R**
2:1
**radiation**
21:19,25 22:3
46:10
**radiology**
8:12 12:1
**rail**
48:23
**railroad**
48:25 49:4,6,12
**range**
35:19,21,22
**rare**
15:15 38:11,14
**rate**
10:14
**ratio**
40:4,11,13 58:17
58:17 59:9,12,14

**read**
53:7 54:25 59:2
60:3
**reading**
59:1
**real**
21:11
**really**
16:21
**reason**
33:18,19 40:22,23
**reasonable**
23:4
**reasons**
27:25 29:4,5 31:6,7
**recall**
12:10 13:5 21:24
22:18 37:12,16
61:7,15 65:18
**received**
11:12 20:17 42:24
46:12 52:21
**receiving**
23:24
**Recess**
43:21
**recollection**
65:24
**recollections**
54:13
**recommendation**
46:7,10
**record**
3:15 4:1,10 13:7,10
14:9 15:4,12 16:7
17:3 43:13,18,19
43:22 51:20 66:6
**records**
7:22 8:1,2,7 9:12
15:18 18:19 20:13
21:20,23 23:19
24:15 43:3,9,10
43:17 44:21
**reduce**
54:12
**refer**

35:14
**reference**
50:12
**referencing**
35:23
**referred**
21:18
**referring**
15:6 34:17 43:8
47:17 51:20 58:8
58:10
**refers**
35:2
**regard**
48:20
**regarding**
6:25 7:8,9,22 25:18
28:14 41:4 62:2
**Registered**
1:18 67:2,20
**regression**
60:8
**relapse**
10:10
**related**
23:18,20,25 24:5
24:10,13 56:25
**relates**
1:6
**relationship**
37:21 46:18 47:5
50:7 56:12
**relative**
67:12,13
**relevance**
8:7
**relevant**
47:4
**remains**
5:15,18
**remember**
37:9 38:2 43:16
60:25 61:24 62:6
**remission**
20:14,18,21 22:7
22:16

**repeat**
21:4 43:5
**report**
3:13,14 6:5,8,11,17
7:16 10:21 12:1
12:13,25 13:16
17:1,4 20:16
24:14 34:14,14,15
35:15 36:10 50:7
52:19 62:14
**reported**
15:19,23 52:25
53:1 55:5 59:5
63:22
**reporter**
1:18,19 3:7 4:10
67:3,3,20,21
**reporting**
53:1
**reports**
8:1,2,10,12 28:25
50:22 52:4
**represents**
16:9 17:4 40:12
**require**
37:6
**requires**
20:21
**requiring**
63:23
**research**
26:5,19
**respect**
6:12 7:5 25:2 28:22
31:3 33:5 37:14
41:3
**responded**
57:5
**respondent**
50:13
**response**
20:22 21:2
**result**
12:15,18
**results**
3:16 17:13 18:21

Kevin T. Palka, M.D.

50:5,7,19 55:21
**retained**
62:16
**revealed**
44:18
**review**
7:22 8:9,12 9:12
  12:1,13,25 14:12
  21:20 24:14 27:5
  27:13 28:12 40:25
**reviewed**
6:18,23 7:4,9,15
  10:13 34:15 64:13
**reviewing**
65:1
**right**
5:4,13,19 6:9,15,21
  6:25 7:5,10,16
  10:16,19,20,20
  12:23 15:2 17:2
  18:18 20:15 22:13
  24:2 34:9 36:7
  41:14 47:19 48:12
  58:4,13 63:4
**right-hand**
53:25
**risk**
23:21 24:15,20,23
  25:5,11,14,21
  26:6 40:9,19 64:2
**risks**
40:15
**Rituximab**
11:13
**Robert**
4:6 13:11 15:4
**room**
63:19
**Roughly**
37:4
**Roundup**
1:4 6:2 27:19,22
  28:22,24 29:5
  31:4,7 32:10
  33:15,19 34:16
  36:16 37:7 41:8

41:14,18,23,24
42:1,5,9,13,17,21
42:25 43:4,10
45:23 51:20 56:12
63:8
**row**
27:25 30:9 35:1,16
  40:2 55:10

---

**S**

**S**
1:16 2:1,4 3:9
**s/JENNIFER**
67:19
**San**
1:2 4:8
**SATURDAY**
1:12
**says**
4:15 14:14 15:21
  17:13 27:22 39:15
  50:20 57:22 58:5
**scan**
21:2,2
**scans**
22:24
**scroll**
57:12
**search**
64:3 65:6,7,15
**second**
9:5 35:1 50:3 52:4
  53:5 59:21
**secondary**
60:8
**section**
57:13
**see**
10:7 13:10,24 14:6
  17:21,23 21:9,16
  24:17 25:5,11,14
  25:21 26:5 27:19
  28:5,21 29:2,4
  30:12 31:2,6
  32:12,19 33:14,18
  35:1,1 39:17,25

40:2,7,8,11 50:4
52:8 53:3,6,11
55:7 58:9 60:9,10
64:21
**seeing**
11:3 43:16
**seen**
4:25 9:14
**self-compelled**
49:17
**sense**
23:10 48:4
**sentence**
39:15 53:8,8 57:14
  57:22 58:5,6,7,9
**separate**
63:23 65:21
**Services**
1:23 2:13 4:3
**set**
67:10
**Seven**
34:10,11
**share**
37:23
**sheet**
3:17 27:5,11 47:9
  50:3 56:9,9 60:12
**short**
44:4,16
**showing**
15:14 20:25 30:20
  58:19
**shown**
54:19
**Shows**
40:12
**side**
53:25
**sign**
21:10
**significant**
40:19 48:23 55:23
  57:5 58:21 59:7
  59:11,16 64:11
**significantly**

59:14 60:1
**signifies**
21:6 40:15
**signs**
21:3
**similar**
63:25 64:3
**single**
36:9
**sir**
56:1
**sitting**
6:14
**situ**
17:5
**six**
11:12,12 20:16,17
**skin**
25:25,25 30:1
  36:16 46:16,17,19
**slash**
39:22
**sleeves**
36:21
**slide**
14:5
**slides**
8:10 42:21
**slightly**
58:25
**small**
38:20
**social**
8:5
**somebody's**
20:21
**sorry**
57:21
**sort**
7:12
**Sounds**
35:12
**speaks**
10:13
**Spearman**
59:23

**specific**
14:1 17:20 18:1,2
  21:17 36:1,19
  37:7 38:19 45:16
  52:6 62:21 63:14
**specifically**
17:13 38:16 43:9
**specifics**
48:22
**specimen**
14:16 15:14,14
**spelled**
46:8
**spend**
50:20
**spent**
63:18
**spot**
57:24 58:12
**spray**
47:23
**sprayer**
27:22,23,23
**spraying**
49:16
**spread**
16:16 23:23
**squamous**
15:15 16:15,18
  25:24,25 46:19
**squirt**
14:3
**St**
1:15,16 4:5
**stack**
64:19
**staging**
18:20
**stand**
46:1,4
**starts**
53:9 57:9
**state**
10:21 11:12 24:14
  62:25
**statement**

20:5 41:15
**states**
1:1 4:7 13:16 30:10
59:22
**statistically**
55:23 57:5 58:21
59:10,16 60:1
**stay**
50:19
**Steckloff**
62:5
**stenographic**
4:10
**stenographically**
67:9
**Street**
2:4,8
**strike**
13:5 27:1 30:19
40:22,23 57:2
64:25
**stroke**
24:7,9
**strongly**
59:22 60:1
**studied**
48:15 49:18 53:16
54:20 61:22
**studies**
6:24 49:21 53:1
56:6 60:2
**study**
3:19 6:20,21 7:2,4
7:8,11 17:19
37:10,12,17 39:12
48:20 49:9,22
50:8,16 51:25
52:3,12,18 54:4
54:24 56:12 59:19
59:23
**studying**
30:23
**Sub-types**
49:24
**subheader**
57:10

**subjects**
54:13
**submitted**
5:6,8 62:14
**substance**
51:13
**substantial**
37:18 38:7 45:23
53:16
**substantially**
6:2
**subtype**
8:25 14:1 38:11,14
**subtypes**
38:19,21,24 39:2,5
39:9,10,23 52:6
59:15
**suggest**
43:4,10,15 56:7
**suggested**
42:5
**suggests**
45:5
**Suite**
2:8
**summaries**
54:20
**summary**
3:18 29:11,13,16
31:19,21,24 32:1
32:3 33:4 34:9
35:17 43:8 50:4
51:20
**sunlight**
47:19
**sure**
4:24 10:19 14:20
16:8 43:7 52:16
58:24 59:3 64:20
**surface**
47:18,23
**surgical**
8:5 14:15
**surprise**
19:19,20 20:3
**surveillance**

22:12 23:2
**suspect**
48:2 56:3
**swear**
4:11
**swelling**
10:20,25
**switched**
17:18
**sworn**
4:13 67:5
**symptom**
11:4,8
**symptoms**
44:19

_____

**T**

**T**
1:14 3:3,9 67:5
**t14**
17:14
**t14;18**
17:16
**Table**
39:21 57:15,18,19
57:20,22 58:5
**take**
53:22 54:23 64:24
**taken**
1:15 43:21 58:25
67:8
**talking**
51:15
**team**
34:25
**tell**
4:13 10:8 16:6 18:8
19:13 42:20
**telling**
48:19
**term**
35:7,11
**terms**
47:14 61:3
**test**
14:6 21:8 42:8,16

44:25
**testicular**
21:14,15
**testified**
10:1 19:15,21
22:15 24:19,22,23
33:21 34:2 37:5
40:24 57:1,2 62:1
**testify**
67:5
**testifying**
37:12
**testimony**
5:15,18 22:18
37:16 44:7 58:16
58:19 67:8
**testing**
17:11 19:5 27:8
**tests**
11:21 19:1,16
53:12
**text**
50:11
**thank**
4:22,24 6:7 27:10
43:24 44:1 51:23
56:22 58:10 59:18
64:24 66:3
**Thanks**
66:4
**therapy**
20:15 21:19,25
**they'd**
56:10
**things**
15:18,22,24 44:22
65:10
**think**
10:9 14:15 15:22
16:15,19,23 19:18
20:20,22 23:1,4
35:10 37:24 38:19
41:15 44:14 46:8
47:11,15 50:12
58:14,25 64:11
**third**

9:5 40:2
**thought**
16:23 37:3 64:7
**three**
9:16 15:1 28:3 53:1
**threshold**
37:6 65:2
**thrombosis**
23:15,21,22
**time**
4:4 5:8 15:18 23:4
41:11 50:20 58:23
61:3 62:9 67:9
**times**
13:19 14:10 21:12
51:11 63:21
**tissue**
17:11
**today**
5:4,12,18 6:14
24:22 44:9
**Today's**
4:3
**tolerated**
20:12
**tonsil**
16:16
**top**
52:24 55:25 57:5
57:12,14 58:1,6
59:21
**total**
54:14
**tractors**
48:14 49:12
**training**
26:20
**trains**
62:23
**transcript**
67:8
**translocation**
17:16 18:13
**treat**
8:15
**treated**

Kevin T. Palka, M.D.

9:6 22:4 38:25
41:22
**treating**
43:14 45:15
**treatment**
8:1 11:18,20 20:9
20:12,22 22:10
23:24 24:3,4,11
24:13 42:24 45:12
46:11 63:24
**Treflan**
32:17
**trend**
53:12
**trial**
6:12
**true**
5:15,19 27:2 41:3,8
41:18,20,23 43:1
43:4 44:9 45:24
46:23 54:17
**trust**
22:5
**truth**
4:14,14,14 67:6,6,6
**try**
38:18 44:4 62:22
**trying**
14:21 57:6
**turn**
27:16 39:12 59:18
**turnover**
21:10
**twice**
48:23
**two**
44:11 46:15 47:14
50:21 52:23 55:3
58:1 63:23 64:12
65:21
**two-sided**
34:12
**type**
9:3,4 35:24 36:10
41:6 65:18
**types**

36:13
_____
**U**
**ultimately**
14:15
**uncommon**
10:7
**undergoes**
22:12
**understand**
5:3,21 14:18,21
16:2 50:13
**understanding**
15:8 34:22,24 43:7
58:22 63:13
**understood**
55:20,21
**underwent**
11:21
**United**
1:1 4:7
**University**
45:10
**unnecessary**
22:24
**unplugging**
51:12
**unusual**
9:13
**usage**
28:21,22 31:2,3
33:14,15,18,19
**use**
6:1 17:20 27:3 28:9
28:24 29:4,5 31:6
31:7,15 39:22
40:4 47:15 49:7
49:12,22 50:8,12
53:2,14 55:6,17
56:10 57:10 58:19
59:7,11,23 61:5
61:11
**user**
50:15
**users**
40:15 53:17

**uses**
35:11
**usual**
9:24
**usually**
8:2 10:9 17:9 21:10
23:22
_____
**V**
**v**
1:7
**value**
21:5 59:25
**variant**
17:14 18:9
**vein**
23:15,21
**venous**
23:21
**ventilation**
63:19
**verbatim**
67:8
**versus**
4:6 36:5,10
**video**
4:5
**videographer**
2:12 4:1,2 43:19,22
66:6
**Videotaped**
1:14
**view**
56:5
**volume**
49:10
_____
**W**
**want**
4:23 13:7 16:21
54:25 63:14
**Washington**
2:8
**way**
29:19,22,25 32:5,8
33:7,10 52:11,17

**we'll**
44:4
**we're**
38:1 57:23 58:12
**we've**
15:12 46:15
**wearing**
36:18
**weed**
27:25
**week**
51:10,14
**weeks**
15:13
**weigh**
36:12
**weight**
25:17 47:1
**Weisenburger**
52:18,19
**well-known**
47:14
**wife**
45:14
**witness**
4:11 35:12 44:1
48:21 52:19 57:19
58:6,14 66:4
**word**
53:25 58:2,2
**words**
53:9
**work**
35:15 48:20 52:12
62:4
**workdays**
54:15
**worked**
49:5 62:23 63:17
**worker**
49:2,3
**working**
51:13 63:8,21
**world's**
19:14
**wouldn't**

7:11 48:7
**writing**
7:16
**written**
42:4
_____
**X**
**X**
3:1,9
_____
**Y**
**yard**
49:3
**yards**
48:24 63:21
**yeah**
14:18 36:8 43:7
58:6 63:16,16
64:24
**year**
37:13 50:21 51:7
51:17 53:14 54:3
54:9,13
**years**
10:16 22:10,15,21
23:4 24:3 32:15
54:9 63:17 65:22
**yellow**
17:22
**yesterday**
5:10,15,23 6:20
22:15 24:22 37:9
37:17 40:24 44:8
62:4
**yesterday's**
6:24
_____
**Z**
**Zheng**
6:21
_____
**0**
**0.30**
59:25
**0.35**
59:24
**0.4**

Kevin T. Palka, M.D.

| | | | | |
|---|---|---|---|---|
| 59:13 | **14** | **2017** | 67:21 | **96** |
| **0.69** | 17:17,18 18:13 | 23:14 24:1 30:10 | **5** | 51:9,17 |
| 40:13 | **144th** | **2018** | **5** | |
| **0.84** | 2:4 | 24:6 | 3:16 17:3,4 27:7,8 | |
| 58:18 | **15** | **2019** | 39:12 44:21 59:4 | |
| **03** | 3:15 51:10 | 1:12 4:3 37:13 | 59:5 | |
| 51:17 | **16** | 67:23 | **50** | |
| **1** | 1:12 4:3 | **2425** | 51:16 | |
| **1** | **16-md-02741-VC** | 2:4 | **501** | |
| 3:12 4:21 9:17,22 | 1:4 | **27** | 35:15 | |
| 10:4,8,9 22:24,25 | **17** | 3:17 | **56** | |
| 23:10 50:3 53:22 | 3:16 | **2741** | 3:6 | |
| 54:1 57:18,19,20 | **18** | 1:5 | **6** | |
| **1.00** | 17:14,17,19 18:14 | **29** | **6** | |
| 40:6 | 67:23 | 13:8,11 | 3:13,17 27:9,9 | |
| **1.13** | **1800** | **29th** | **60** | |
| 58:17 59:12 | 2:8 | 15:13 | 51:17 | |
| **1.43** | **1963** | **3** | **63131** | |
| 59:9 | 33:22 | **3** | 1:16 | |
| **1.51** | **1992** | 3:14 9:17,19,23 | **67** | |
| 58:18 59:13 | 30:10 | 10:3 14:25 15:10 | 3:7 | |
| **10** | **2** | 15:13 16:9 38:12 | **68144** | |
| 9:10 15:5 22:10,20 | **2** | 53:23 59:18 | 2:4 | |
| 41:21 51:11,16 | 3:13 6:6 9:17 10:4 | **3:19-cv-04102-VC** | **69** | |
| 53:14 63:18 | 52:4,5,23 53:5 | 1:8 | 10:15 | |
| **10/8/2008** | 57:15,22 58:5 | **30** | **7** | |
| 15:21 | **2,4-D** | 51:7 | **7** | |
| **10:24** | 28:4,10,25 29:10 | **339** | 3:18 34:10 51:22 | |
| 1:17 4:4 | 55:6,9,18,22 57:4 | 35:15 | 59:4,5 | |
| **1000** | 58:20 59:12 60:11 | **34** | **75** | |
| 2:8 | **2,4-dichlorophen...** | 3:18 | 51:7 | |
| **102** | 60:5 | **38** | **8** | |
| 35:19 | **2000** | 3:19 | **8** | |
| **10th** | 28:4 55:9 | **3s** | 3:19 27:16 38:1 | |
| 17:8 | **20006** | 9:25 | 47:10 49:22 52:13 | |
| **11:24** | 2:8 | **4** | 53:17 54:24 56:5 | |
| 43:20 | **2003** | **4** | 57:9 | |
| **11:40** | 33:22 51:9 | 3:4,12,15 15:2 | **9** | |
| 43:23 | **2008** | 16:10 17:1 44:21 | **9** | |
| **12:16** | 10:15,17 13:8,11 | 47:8 54:24 55:3 | 30:9 47:10 | |
| 66:7,8 | 15:5 17:8 | 55:23 57:9 58:1 | **95** | |
| **13** | **2009** | **44** | 51:7 58:18 | |
| 3:14 | 11:15 | 3:5 | | |
| **1335** | **2010** | **485** | | |
| 1:16 | 28:4 55:10 | | | |