Exhibit 3

Kevin T. Palka, M.D.

Page 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION


IN RE: ROUNDUP PRODUCTS           Case No. 16-md-02741-VC
LIABILITY LITIGATION
                                  MDL No. 2741

This document relates to:

Domina v. Monsanto Company
Case No. 3:16-cv-05887-VC




SATURDAY, NOVEMBER 16, 2019


        Videotaped Deposition of Kevin T. Palka, M.D.,

taken pursuant to notice, was held at the Hilton St. Louis

Frontenac, 1335 S. Lindbergh, St. Louis, MO, 63131,

commencing at 12:44 p.m., on the above date, before Jennifer

A. Dunn, Registered Professional Reporter, Certified Court

Reporter, Missouri.




GOLKOW LITIGATION SERVICES
deps@golkow.com

Kevin T. Palka, M.D.

## Page 2

A P P E A R A N C E S

DAVID A. DOMINA, ESQUIRE
Domina Law Group
2425 S. 144th Street
Omaha, NE 68144
DAD@dominalaw.com
          Counsel for Plaintiff

DIANA M. DAVIS, ESQUIRE
The Piorkowski Law Firm, PC
1800 K Street NW, Suite 1000
Washington, D.C. 20006
DDavis@lawdoc1.com
          Counsel for Defendant


VIDEOGRAPHER:
James Arndt
Golkow Litigation Services, Inc.

## Page 3

I N D E X

                              Page
KEVIN T. PALKA, M.D.
Examination by Ms. Davis            4
Examination by Mr. Domina          39
Examination by Ms. Davis           42
Certificate of Court Reporter      44

E X H I B I T S

| NUMBER | DESCRIPTION | PAGE |
|---|---|---|
| 1 | Notice of Deposition | 5 |
| 2 | Dr. Palka's Report | 5 |
| 3 | Medical Record | 13 |
| 4 | Plaintiff Fact Sheet | 19 |
| 5 | Pahwa Study | 22 |
| 6 | Exposure History | 28 |

## Page 4

1     VIDEOGRAPHER:  We are now on the record.  My
2  name is James Arndt, I'm a videographer for Golkow
3  Litigation Services.  Today's date is November 16th, 2019,
4  and the time is 12:44 p.m.
5     This video deposition is being held in St. Louis,
6  Missouri, in the matter of Larry Domina, et al., versus
7  Monsanto Company, for the United States District Court,
8  Northern District of California, San Francisco Division.
9     The deponent is Dr. Kevin Palka.  Counsel will be
10  noted on the stenographic record.  The court reporter is
11  Jennifer Dunn, and she will now swear in the witness.
12          KEVIN PALKA, M.D.,
13  of lawful age, having been first duly sworn to tell the
14  truth, the whole truth and nothing but the truth, deposes
15  and says on behalf of the Defendant, as follows:
16          EXAMINATION
17  BY MS. DAVIS:
18     Q   Hi, Doctor, good afternoon.
19     A   Good afternoon.
20     Q   You've given two depositions already today in the
21  Pollard and Dickey cases, correct?
22     A   Correct.
23     Q   And yesterday you gave a deposition in the Janzen
24  case; is that correct?
25     A   Correct.

## Page 5

1     Q   All of your testimony from earlier today remains
2  true, correct?
3     A   Correct.
4     Q   And all of your testimony from yesterday remains
5  true, correct?
6     A   Correct.
7     Q   You understand you're under oath?
8     A   I do.
9     Q   All right.  Let's mark the notice of deposition.
10  We'll call this one.
11     I'm handing you the notice of deposition related
12  to this case.  Have you seen this document before?
13     A   I have not.
14     Q   And my understanding is that you've brought some
15  things responsive to the request on page 4, but you did not
16  bring any invoices because you haven't submitted any
17  invoices; is that correct?
18     A   Correct.
19     Q   All right.  Let's mark your report in this case
20  Exhibit 2.
21     A   Thank you.
22     Q   Is this your report in the Larry Domina case?
23     A   It is.
24     Q   And does this report contain all of the opinions
25  you intend to offer in the Larry Domina case?

Kevin T. Palka, M.D.

## Page 6

1    A  It does.
2    Q  Sitting here, are there any other opinions that
3  you intend to offer in this case?
4    A  There are none.
5    Q  Yesterday when we were discussing Mr. Janzen, you
6  described your methodology for forming your opinions related
7  to Roundup being a substantial contributing factor to
8  Mr. Janzen's non-Hodgkin's lymphoma.
9       Do you remember that?
10    A  I do.
11    Q  And you used that same methodology in approaching
12  the Larry Domina case; is that correct?
13    A  That's correct.
14    Q  We've discussed today the materials you've
15  reviewed in this litigation.
16       Are those the same materials that you reviewed
17  related to your opinions in the Larry Domina case?
18    A  They are.  With the -- with the two additions.
19    Q  Right.  So the materials as outlined in your
20  report, plus the study by Pahwa, plus the study by Zheng, is
21  the entirety of what you reviewed before issuing your
22  opinions in this case?
23    A  Correct.
24    Q  Can you describe for me the medical records that
25  you reviewed in this case?

## Page 7

1    A  So, as with the other -- the other patients, I
2  looked at their -- I received a large stack of their medical
3  records.  I went through an emphasis on their oncologic
4  history, including clinic records, treatment records, the
5  pathology reports, the imaging reports, and either -- either
6  a history and physical or an initial consult note that
7  included family past medical, past surgical and social
8  histories and work history.
9    Q  All of the records that you reviewed were provided
10  to you by Mr. Domina, correct?
11    A  Correct.
12    Q  And when I say Mr. Domina, I mean Mr. David
13  Domina?
14    A  Correct.
15    Q  And going back, the materials you reviewed on your
16  list that we discussed, as well as the two additional
17  studies, Pahwa and Zheng, were all provided to you also by
18  Mr. David Domina; is that correct?
19    A  Correct.
20    Q  You did not do an independent literature search,
21  correct?
22    A  I did not.
23    Q  Did you ever treat Mr. Larry Domina?
24    A  I did not.
25    Q  Have you ever met Mr. Larry Domina?

## Page 8

1    A  I have not.
2    Q  You state in your report Mr. Larry Domina was
3  diagnosed with follicular lymphoma; is that correct?
4    A  That is correct.
5    Q  Do you recall what grade follicular lymphoma this
6  was?
7    A  I do not recall off the top of my head.  I suspect
8  it was a grade 1.
9    Q  You state that follicular lymphoma is a subtype of
10  non-Hodgkin's lymphoma, do you see that?
11    A  I do.
12    Q  And as we discussed previously, it is a common
13  type of non-Hodgkin's lymphoma, correct?
14    A  Relatively common, correct.
15    Q  Based on your review of the medical records, was
16  there anything unusual about Mr. Larry Domina's follicular
17  lymphoma as compared to other cases you've seen in your
18  career?
19    A  There was not.
20    Q  In general, follicular lymphoma is a low grade
21  lymphoma, do you agree?
22    A  I agree.
23    Q  Mr. Larry Domina was diagnosed in May 2012 you
24  state in your report, correct?
25    A  Correct.

## Page 9

1    Q  He presented with swelling of his right parotid
2  gland; is that correct?
3    A  Correct.
4    Q  And that's a gland in his face and neck?
5    A  Correct.  Kind of the angle of the jaw.
6    Q  Is this a common first presentation of follicular
7  lymphoma?
8    A  As far as specific involvement of the parotid
9  gland, no, but if you just consider a general swelling or
10  mass on the neck it is.
11    Q  Is there anything about this initial symptom that
12  provides insight into the cause of Mr. Larry Domina's
13  lymphoma?
14    A  No.
15    Q  Is there anything about this presenting symptom
16  that indicates that glyphosate is the cause of Mr. Larry
17  Domina's lymphoma?
18    A  There is not.
19    Q  You go on to state that a biopsy of the mass
20  revealed the diagnosis, correct?
21    A  Correct.
22    Q  Is there anything about this biopsy that indicates
23  a cause of Mr. Larry Domina's lymphoma?
24    A  No.
25    Q  Mr. Domina had -- Mr. Larry Domina had some

3 (Pages 6 to 9)

Kevin T. Palka, M.D.

Page 10

1    additional tests, including CT scan, and a fine needle
2    aspirate biopsy.
3         Do you recall this?
4         A   I don't have his medical records in front of me,
5    but it sounds correct.
6         Q   Was there anything about these diagnostic tests
7    that indicated to you a cause of his lymphoma?
8         A   There was not.
9         Q   Was there anything about the results of these
10   diagnostic tests that indicated that glyphosate was the
11   cause of his lymphoma?
12       A   There was not.
13       Q   Mr. Larry Domina's oncologist was Dr. Donald
14   Wender, correct?
15       A   Correct.
16       Q   Do you know Dr. Wender?
17       A   I do not.
18       Q   Have you heard of Dr. Wender before becoming
19   involved in this litigation?
20       A   I have not.
21       Q   When you refer to -- strike that.
22            Mr. Larry Domina had a PET scan in May 2012 to
23   stage the disease; is that correct?
24       A   Correct.  Couldn't -- couldn't guarantee the date
25   on that, but he did have a PET scan.

Page 11

1         Q   And there was nothing about this PET scan that
2    provided insight into the cause of his lymphoma, correct?
3         A   Correct
4         Q   Mr Larry Domina received six cycles of
5    Bendamustine plus Rituximab, completed in September of 2012,
6    as you state in your report, correct?
7         A   Correct
8         Q   Are you offering any opinions as to the
9    appropriateness of this choice of medication?
10       A   I am not
11       Q   Are you offering any opinions as to the accuracy
12   of the diagnosis of follicular lymphoma as compared to other
13   subtypes of non-Hodgkin's lymphoma?
14       A   I am not
15       Q   You go on to say that he also had two years of
16   maintenance Rituximab completed in July of 2004, correct?
17       A   Correct
18       Q   Are you offering any opinions as to the
19   appropriateness of the maintenance therapy?
20       A   I am not
21       Q   Is there anything about the choice of treatment
22   for Mr Larry Domina that indicates a cause of his lymphoma
23   to you?
24       A   There is not
25       Q   You go on to say that Mr Larry Domina obtained a

Page 12

1    complete response at the end of his treatment; is that
2    correct?
3         A   That is correct.
4         Q   And at the time of this report he is in remission,
5    correct?
6         A   As far as I know, correct.
7         Q   And he is undergoing annual surveillance, correct?
8         A   Correct.
9         Q   He doesn't take any medication for his
10   non-Hodgkin's lymphoma, correct?
11       A   Correct.
12       Q   Mr. Larry Domina has been in remission for seven
13   years, correct?
14       A   I would -- I would call him in remission after he
15   completes treatment, so he had a good response to treatment,
16   but I would say after the two years of maintenance
17   Rituximab, so July of 2014, so over five years.
18       Q   So you would -- you would -- you would say that
19   his remission began after his maintenance therapy?
20       A   I would -- we would -- we would say he's in
21   remission after -- so while he's getting treatment we would,
22   we would monitor him for a response, so if you do interval
23   imaging CT scans or PET scans, you generally say he had a
24   complete response.  After he completes his therapy, we have
25   no evidence of disease we would say he's in remission.  So I

Page 13

1    would say remission would start July of 2014.
2         Q   So more than five years?
3         A   More than five years.
4         Q   Would you agree that the likelihood of a relapse
5    is low after five years?
6         A   No.
7         Q   And why is that?
8         A   Because he has a follicular lymphoma, and, in
9    general, we don't consider these to be curable.  You see
10   late relapses in these.  Sometimes patients can go five to
11   10 years before a relapse occurs.
12       Q   And is that because he had a grade 1 follicular
13   lymphoma?
14       A   If he had a -- I'd have to look at the pathology
15   report, but assuming he had a grade 1, I would -- that's
16   usually the way these lymphomas behave.
17       Q   I'm going to mark Exhibit 3.  Exhibit 3 is a
18   medical record of Mr. Larry Domina from May 8th, 2012, do
19   you see that?
20       A   I do.
21       Q   So here it -- this is a surgical pathology report,
22   correct?
23       A   Correct.
24       Q   And here it says diagnosis, right parotid
25   excision, follicular lymphoma grade 2 or 2 of 3?

4 (Pages 10 to 13)

Kevin T. Palka, M.D.

Page 14

1     A   Correct.
2     Q   So does that mean that this was a grade 2
3  follicular lymphoma?
4     A   Correct -- I -- I, yes.  So now that I have the
5  pathology here, I would -- I would agree that this is a
6  grade 2 follicular lymphoma.
7     Q   Okay.  So how does a grade 2 follicular lymphoma
8  behave as compared to a grade 1 follicular lymphoma?
9     A   In general, I'd say they're -- they're fairly
10 similar.  It's still an indolent disease.  They receive the
11 same treatment.  I would still consider this to be not a
12 curable lymphoma where I would expect a relapse at some
13 point.  More likely than not this patient will have a
14 relapse.
15    Q   More likely than not?
16    A   Yes.
17    Q   Have you -- excuse me.  Have you treated grade 2
18 follicular lymphoma in your career?
19    A   Off the top of my head I couldn't say that I've
20 treated follicular lymphomas.  I can't remember any
21 specifics.
22    Q   Do you -- can you point to any literature
23 detailing the relapse rate in grade 2 follicular lymphoma
24 patients?
25    A   Not off the top of my head.

Page 15

1     Q   What is the basis for your opinion that more
2  likely than not this patient with a grade 2 follicular
3  lymphoma will relapse at some point?
4     A   Just based on my training as a medical oncologist
5  and board certification in that.
6     Q   But you don't recall treating any patients with
7  grade 2 follicular lymphoma in your career?
8     A   Not specifically a grade 2.  I just don't -- I
9  just don't recall.
10    Q   Your opinion that more -- more likely than not he
11 will relapse, would that be true also if he had a grade 3
12 follicular lymphoma?
13    A   As per the last case, I think those behaved more
14 aggressively and are treated more like a -- a diffuse large
15 B-cell, so a high grade lymphoma, so you can extrapolate
16 that that's going to have -- generally we think the more
17 aggressive and fast growing the cancer is, a better response
18 to the chemotherapy.
19        I think that the grade 1 and grade 2 folliculars
20 behave similarly, so I would -- I would say this would
21 behave as a typical follicular lymphoma.
22    Q   What distinguishes a grade 1 follicular lymphoma
23 from a grade 2 follicular lymphoma?
24    A   So, I don't know if it says anything in the
25 pathology report specifically.  So one issue is that it's --

Page 16

1  it's subjective, so the pathologist is the person who calls
2  it who determines what the grade is.  We look at how the
3  mitotic index, so how many of these cells look like they're
4  growing.  There's tests they can do to measure how fast it's
5  proliferating, but -- but when it comes down to it, it's
6  basically a decision by the pathologist who reviewed this --
7  this case about the grade.
8        So, if you took this -- this -- this sample and
9  had 10 different pathologists review it, there might be
10 some -- some might call it grade 1, some might call it a
11 grade 2.
12    Q   Some might call it a grade 3?
13    A   Perhaps.  Grade 3s are -- look more -- so we say
14 differentiated.  So in solid tumors, we'd have a
15 well-differentiated versus a poorly differentiated cancer.
16 So a well-differentiated cancer looks like the tissue it
17 originated from.  So well-differentiated prostate cancer
18 looks like normal prostate tissue.
19        Poorly differentiated looks really ugly and
20 there's a lot of bizarre cells and larger cells than usual,
21 so it's kind of similar to that.  In a lymphoma you would
22 see a lot of larger B-cells, so follicular are usually small
23 B-cells.  Diffuse large B-cell is going to be, as I
24 mentioned, a large B-cell.
25        So you -- in a -- in a -- the higher the grade the

Page 17

1  more likely it is to see more of these large cells and
2  abnormal looking cells, so the short answer, it would depend
3  on what the pathologist calls it.
4     Q   So my understanding from your testimony is that a
5  pathologist would consider both the size of the cells as
6  well as an index of how quickly the cells are dividing; is
7  that correct?
8     A   Correct.  Most of it is the pathologist looks at
9  it and kind of makes an assessment on -- on, how aggressive
10 these things look.  So there's a lot of subjectivity
11 involved.
12    Q   You state in your report upon review of Mr.
13 Domina's medical records he has no known risk factors for
14 non-Hodgkin's lymphoma, correct?
15    A   Correct.
16    Q   But as we've discussed, you don't need risk
17 factors in order to get non-Hodgkin's lymphoma, correct?
18    A   Correct.
19    Q   As we discussed earlier, you haven't done any
20 assessment of the medical literature to see if age is a risk
21 factor for non-Hodgkin's lymphoma, correct?
22    A   Correct.
23    Q   And you did not consider age as part of your
24 differential diagnosis with respect to Mr. Larry Domina,
25 correct?

Kevin T. Palka, M.D.

Page 18

1    A   Correct.
2    Q   Similarly, you did not do an assessment of the
3  medical literature to see if gender is a risk factor for
4  non-Hodgkin's lymphoma, correct?
5    A   Correct.
6    Q   You did not consider this as part of your
7  differential diagnosis for Mr. Larry Domina, correct?
8    A   Correct.
9    Q   Did you do an assessment of Mr. Larry Domina's BMI
10  to see if it was a potential risk factor for him?
11    A   I did not.
12    Q   Did you do an assessment of medical literature to
13  see if BMI is a risk factor for non-Hodgkin's lymphoma?
14    A   I did not.
15    Q   Did you consider BMI or body weight as part of
16  your differential diagnosis regarding Mr. Larry Domina?
17    A   I did not.
18    Q   Did you do any research regarding a potential
19  association between ████████ and the development of
20  non-Hodgkin's lymphoma?
21    A   I did not.
22    Q   A ████████ was not part of your differential
23  diagnosis for Mr. Larry Domina, correct?
24    A   Correct.
25    Q   Are you aware that ████████████████

Page 19

1  ████████████████████████████
2    A   I was not.
3    Q   So you did not consider that information in
4  arriving at your conclusions in this case?
5    A   Generally ██████████████████████████
██████████████████████████████
██████████████████████████████
9    Q   So you did not consider it?
10    A   We did not consider that, correct.
11    Q   And you did not consider the use of other
12  pesticides in your differential diagnosis for Mr. Larry
13  Domina, correct?
14    A   Correct.
15    Q   Did you review Mr. Larry Domina's Plaintiff Fact
16  Sheet?
17    A   I did not.
18    Q   We're going to call this 4, the Plaintiff Fact
19  Sheet.
20    A   Thank you.
21    Q   I'd like to turn your attention to page 8.  This
22  is a chart detailing the use of pesticides by Mr. Larry
23  Domina, correct?
24    A   Correct.
25    Q   Okay.  And the first one listed is Roundup,

Page 20

1  correct?
2    A   Correct.
3    Q   Which he describes as using annually on crops,
4  correct?
5    A   Correct.
6    Q   With field sprayers only, correct?
7    A   Correct.
8    Q   For weed control in corn and soybeans?
9    A   Correct.
10    Q   And, in fact, all of the chemicals he describes in
11  this chart, including Roundup and others, were all used
12  annually on crops, correct?
13    A   Correct.
14    Q   They were all used by field sprayers only,
15  correct?
16    A   Correct.
17    Q   They were all used for weed control in corn and
18  soybeans, correct?
19    A   Correct.
20    Q   He lists use from 2003 to the present, Harnass
21  Xtra?
22    A   Correct.
23    Q   Calisto and Keystone; is that right?
24    A   Correct.
25    Q   Are you familiar with any of those products?

Page 21

1    A   I am not.
2    Q   Do you know the chemical composition of any of
3  those products?
4    A   I do not.
5    Q   Do you know if any of those products contain
6  glyphosate?
7    A   I do not.
8    Q   Did you receive an exposure summary estimate
9  regarding any of those products for Mr. Larry Domina?
10    A   You mean besides the Roundup?
11    Q   Yeah, for any of the products:  Harnass Xtra,
12  Calisto and Keystone?
13    A   I did not.
14    Q   Do you have any way to know how many days of
15  exposure Mr. Larry Domina had to Harnass Xtra, Calisto, or
16  Keystone?
17    A   I do not.
18    Q   Do you have any way to know whether Mr. Larry
19  Domina had more days of exposure to any of those products
20  than he did to glyphosate?
21    A   I do not.
22    Q   On the next line, there's no date, but it lists
23  the product 2,4-D, do you see that?
24    A   I do.
25    Q   Are you familiar with this product?

6 (Pages 18 to 21)

Kevin T. Palka, M.D.

## Page 22

1    A   Just based on the last case, I saw a little bit of
2   information about it.  In general, no.
3    Q   Is your understanding from the last deposition
4   that there have been studies showing an association between
5   2,4-D and non-Hodgkin's lymphoma?
6    A   No.  I do not know of any study associating the
7   two.
8    Q   Do you know whether or not there are studies
9   associating the two?
10    A   I do not know.
11    Q   Have you seen reference to such studies during the
12   last deposition?
13    A   So there was a reference to 2,4-D in, I believe it
14   was the Pahwa study, but to my recollection, that was not --
15   did not discuss the direct relationship between 2,4-D and
16   lymphoma.  It talked about it as a -- in the context of
17   glyphosate exposure and lymphoma.
18    Q   All right.  Let's take a look at the Pahwa study,
19   which I'll mark as 5.
20    A   Thank you.
21    Q   If you could turn to page 3, second column, five
22   lines down.  The sentence reads:  Pesticides that were most
23   strongly correlated with glyphosate use defined in this
24   study as Spearman coefficient greater than or equal to 0.35
25   and Cohen's Kappa value, greater than or equal to 0.30, and

## Page 23

1   that was statistically significantly or strongly associated
2   with NHL in previous studies were evaluated as confounders.
3    Did I read that correctly?
4    A   You did.
5    Q   It goes on to say:  The herbicides
6   2,4-Dichlorophenoxyacetic acid and dicamba, as well as
7   malathion, met both criteria and were, therefore, included
8   in the more fully adjusted secondary logistic regression
9   models.
10    Do you see that?
11    A   Yes.
12    Q   Does that refresh your recollection as to whether
13   there have been studies showing an association between 2,4-D
14   and non-Hodgkin's lymphoma?
15    A   It does.  I have not reviewed any of these
16   studies, but based on the Pahwa paper, they do reference a
17   connection between those three agents and non-Hodgkin's
18   lymphoma, other -- other papers.
19    Q   And you haven't reviewed any of those other
20   papers?
21    A   Correct.
22    Q   Despite the fact that there has been literature
23   finding association between 2,4-D and non-Hodgkin's
24   lymphoma, and the fact that Mr. Larry Domina used 2,4-D and
25   contracted non-Hodgkin's lymphoma, you did not consider this

## Page 24

1   as part of your differential diagnosis in this case?
2    A   I did not.
3    Q   Do you know whether -- strike that.
4    Going back to the chart in the Plaintiff Fact
5   Sheet, Mr. Larry Domina also lists that in the 1970s he used
6   a product called Banval, do you see that?
7    A   I do.
8    Q   Are you familiar with that product?
9    A   I am not.
10    Q   Do you know the chemical composition of it?
11    A   I do not.
12    Q   Do you know whether it contains glyphosate?
13    A   I do not.
14    Q   Do you -- strike that.
15    Have you received a Banval exposure summary
16   estimate for Mr. Larry Domina?
17    A   I have not.
18    Q   Do you know any way to know how many days of
19   exposure Mr. Larry Domina had to Banval?
20    A   I do not.
21    Q   Do you have any way to know whether the number of
22   days of exposure to Banval was greater than or less than the
23   number of days exposed to glyphosate?
24    A   I do not.
25    Q   Of all of these products listed, besides 2,4-D,

## Page 25

1   which would include Harnass Xtra, Calisto, Keystone and
2   Banval, do you know if any of them contained 2,4-D?
3    A   I do not.
4    Q   Do you know if any of them contain dicamba?
5    A   I do not.
6    Q   Do you know if any of them contain malathion?
7    A   I do not.
8    Q   And you did not consider Dr. Larry Domina's use of
9   any of these chemicals as part of your differential
10   diagnosis, correct?
11    A   Correct.
12    Q   Did you review Mr. Larry Domina's deposition
13   transcript in this case?
14    A   I did not.
15    Q   Are you aware that Mr. Larry Domina testified that
16   he also used another herbicide called Halex GT?
17    A   I was not aware of that.
18    Q   Are you familiar with that herbicide?
19    A   I am not.
20    Q   Do you know its chemical composition?
21    A   I do not.
22    Q   Do you know whether it contains glyphosate?
23    A   I do not.
24    Q   Do you know whether it contains 2,4-D?
25    A   I do not.

7 (Pages 22 to 25)

Kevin T. Palka, M.D.

## Page 26

1    Q   Do you know whether it contains dicamba?
2    A   I do not.
3    Q   Do you know whether it contains malathion?
4    A   I do not.
5    Q   Did you receive an exposure summary for Halex for
6    Mr. Larry Domina?
7    A   I did not.
8    Q   Do you have any way to know how many days of
9    exposure to Halex GT Mr. Larry Domina had?
10   A   I do not.
11   Q   Do you have any way to know how that would compare
12   to the number of days of Roundup exposure?
13   A   I do not.
14   Q   Are you familiar with any literature studying an
15   association between chemicals contained in Halex GT and
16   non-Hodgkin's lymphoma?
17   A   I am not.
18   Q   And you did not consider Mr. Larry Domina's use of
19   Halex GT in your differential diagnosis, correct?
20   A   I did not, correct.
21   Q   Are you aware that Mr. Domina, Mr. Larry Domina,
22   testified at his deposition that he also used a product
23   called Flexstar GT?
24   A   I did not know that.
25   Q   Do you know -- are you familiar with this product?

## Page 27

1    A   I am not.
2    Q   Do you know its chemical composition?
3    A   I do not.
4    Q   Do you know if it contains glyphosate?
5    A   I do not.
6    Q   Do you know Flexstar GT contains 2,4-D?
7    A   I do not.
8    Q   Do you know if Flexstar GT contains dicamba?
9    A   I do not.
10   Q   Do you know if it contains malathion?
11   A   I do not.
12   Q   Have you ever reviewed any literature studying an
13   association between Flexstar GT or its components, and
14   non-Hodgkin's lymphoma?
15   A   I am not aware or I -- sorry, would you repeat
16   that?
17   Q   Sure, yeah.  Have you -- have you reviewed any
18   literature studying any association between Flexstar GT or
19   its components and non-Hodgkin's lymphoma?
20   A   I have not.
21   Q   Did you receive a Flexstar GT exposure summary
22   estimate for Mr. Larry Domina?
23   A   I do not.
24   Q   Do you have any way to know how many days of
25   exposure to Flexstar GT Mr. Larry Domina had?

## Page 28

1    A   I do not.
2    Q   Do you have any way to know how -- the number of
3    days of exposure to Flexstar GT would compare to the number
4    of days of exposure to Roundup?
5    A   I do not.
6    Q   Your source of Mr. Domina -- Mr. Larry Domina's
7    exposure history is the Roundup exposure summary estimate;
8    is that right?
9    A   Correct.
10   Q   Okay.  Let's mark that as 6.  Thank you.
11   Was this something that was provided to you by
12   Mr. David Domina?
13   A   It was.
14   Q   Do you have an understanding as to how this
15   document was created?
16   A   My understanding, this was information that was
17   obtained directly from the patient, Mr. Larry Domina.
18   Q   And the number that you reference in your report,
19   670 -- strike that.  600 -- strike that again.
20   567 eight-hour days is taken from the bottom of
21   this chart; is that right?
22   A   Correct.
23   Q   You did not verify that independently, correct?
24   A   Correct.
25   Q   You just kind of plugged that into your report?

## Page 29

1    A   Correct.
2    Q   You didn't consider what he was doing on any given
3    exposure day, correct?
4    A   Correct.
5    Q   You didn't consider what type of equipment he was
6    using on any given exposure day, correct?
7    A   Correct.
8    Q   You didn't consider whether he got any on his
9    skin, correct?
10   A   Correct.
11   Q   You did not consider what he was wearing during
12   these days, correct?
13   A   Correct.
14   Q   You did not consider whether he was wearing
15   gloves, correct?
16   A   Correct.
17   Q   Or boots, correct?
18   A   Correct.
19   Q   Or long sleeves?
20   A   Well, I mean, there is a mention of the clothing
21   he was wearing, so -- it says there are times he was wearing
22   cotton, plastic gloves.
23   Q   Can you tell me --
24   A   Oh, so, on Exhibit 6, on the top line, from 1976
25   to 2012, there is a mention there of gloves, cotton or

8 (Pages 26 to 29)

Kevin T. Palka, M.D.

Page 30

1    plastic.  So based on that, I mean, there is a mention of
2    his -- what he was -- the clothing.  And, you know, through
3    all those.
4        Q   Is it your understanding that the type of clothing
5    he was wearing is accounted for in this estimate in some
6    way?
7        A   As far as the duration and amount, no.
8        Q   So, in this chart, an exposure day is an exposure
9    day, regardless of whether he was wearing any protective
10   equipment; is that right?
11       A   Correct.
12       Q   And in plugging this number into your report, you
13   did not distinguish between days where he was doing one
14   activity versus days in which he was doing a different
15   activity, correct?
16       A   Correct.
17       Q   You view this as a lot of exposure, correct?
18       A   I do.
19       Q   But you have testified you haven't been able to
20   come up with a threshold exposure required for you to opine
21   that Roundup causes a specific person's non-Hodgkin's
22   lymphoma, correct?
23       A   Correct.
24       Q   Mr. Larry Domina could have developed
25   non-Hodgkin's lymphoma absent his Roundup use, correct?

Page 31

1        A   Correct.
2        Q   He could have developed idiopathic non-Hodgkin's
3    lymphoma, correct?
4        A   Correct.
5        Q   And he could have developed non-Hodgkin's lymphoma
6    because another pesticide, correct?
7        A   It is possible.
8        Q   Like 2,4-D, correct?
9        A   Correct.
10       Q   Do you recall -- strike that.
11           Turn to Exhibit --
12       A   Five.
13       Q   Five, the Pahwa study.
14           Do you recall discussing this study with me when
15   we were discussing the Dickey case?
16       A   The last case?
17       Q   Yes.
18       A   Yes.
19       Q   And just to remind you, Mr. Dickey was a gentleman
20   who had grade 3 follicular lymphoma?
21       A   Correct.
22       Q   You testified during that discussion that the
23   authors of the Pahwa study had concerns as to whether
24   glyphosate was a substantial contributing factor to
25   follicular lymphoma, correct?

Page 32

1        A   Correct.
2        Q   And in fact, if you turn to page 5, the end of the
3    first paragraph, which is an incomplete paragraph on this
4    page, it says there was no association apparent with FL,
5    where FL stands for follicular lymphoma, correct?
6        A   I'm sorry, where -- where were you?
7        Q   Page 5.
8        A   Page 5.
9        Q   The first paragraph.
10       A   Okay, gotcha.
11       Q   The end of that first paragraph.
12       A   Yes.
13       Q   There was no apparent association with FL, which
14   is follicular lymphoma; is that right?
15       A   That is what it states.
16       Q   Right.  And -- and if you look up at Table 2 for
17   follicular lymphoma, the odds ratio for glyphosate use is
18   1.00, correct?
19       A   Correct.
20       Q   Showing no association, correct?
21       A   Well, the -- it's nonsignificant, the confidence
22   interval crosses one.
23       Q   Right.  But it's -- it's a -- an odds ratio of one
24   is unity, correct?
25       A   Correct.

Page 33

1        Q   So that means that the risk is the same between
2    the glyphosate group and the never used glyphosate group,
3    correct?
4        A   Well, I would -- I would say that that would
5    depend on whether it was statistically significant, so if
6    the confidence interval is .65 to 1.54, that's not
7    statistically significant, so, so, the odds ratio is
8    correct, but I would question if that is really significant.
9        Q   Do you have an understanding as to what a
10   95 percent -- 95 percent confidence interval is?
11       A   So, I'm not a statistician, but we do deal with
12   that somewhat.
13       Q   Do you understand that a 95 percent confidence
14   interval is a range of values in which is 95 percent
15   certain that the true point estimate lies?
16       A   I agree with that.
17       Q   Would you agree that the reason why a confidence
18   interval that includes -- that crosses one makes an odds
19   ratio not statistically significant is because of the
20   possibility that the true odds ratio is, in fact, one?
21       A   Could you repeat that, please?
22       Q   Sure.  Would you agree that the reason why a
23   confidence interval that crosses one makes an odds ratio not
24   statistically significant is because of the possibility that
25   the true odds ratio is, in fact, one?

9 (Pages 30 to 33)

Kevin T. Palka, M.D.

## Page 34

1    MR. DOMINA:  Objection to form and
2  foundation.  You can answer that if you can.
3    A  Yeah, so I think that's -- I mean, so my kind of
4  limited, you know, understanding for the stats is that if
5  odds ratio is when they cross one, you have to think about
6  the statistical significance of that.  You don't want it to
7  cross one.
8    I think it's probably more complicated than that,
9  but.
10    Q  (By Ms. Davis)  You're just not sure; is that
11  right?
12    A  I'm just not sure, yeah.
13    Q  All right.  Do you see here that the odds ratio B,
14  the one that was further adjusted, is 0.69 for follicular
15  lymphoma?
16    A  Correct.
17    Q  And the adjustment in that number includes an
18  adjustment for use of 2,4-D, use of dicamba, and use of
19  malathion; is that correct?
20    A  That is correct.
21    Q  You testified at the earlier deposition that
22  though the Pahwa authors were concerned that glyphosate may
23  not be a substantial contributing factor to non-Hodgkin's --
24  strike that.
25    You testified earlier that although the Pahwa

## Page 35

1  authors found that glyphosate was not associated with
2  follicular lymphoma, you did not share their view with
3  respect to Mr. Dickey, correct?
4    A  Correct.
5    Q  And the reason you didn't share their view, so you
6  testified, was because Mr. Dickey had grade 3 follicular
7  lymphoma, correct?
8    A  Correct.
9    Q  And grade 3 follicular lymphoma acts like a more
10  aggressive cancer, correct?
11    A  Like -- it -- it's -- it acts and is treated more
12  like a diffuse large B-cell lymphoma.
13    Q  Correct?
14    A  Correct.
15    Q  And here these same authors found an increased
16  odds ratio of diffuse large B-cell lymphoma with glyphosate
17  use, correct?
18    A  Correct.
19    Q  However, that finding was not statistically
20  significant when it was adjusted for use of 2,4-D, dicamba
21  or malathion, correct?
22    A  Correct.
23    Q  Nevertheless, because Mr. Dickey's grade 3
24  follicular lymphoma acts more like DLBCL, you were hesitant
25  to apply the Pahwa follicular lymphoma results to him,

## Page 36

1  correct?
2    A  Correct.
3    Q  Do you feel the same way about Mr. Larry Domina's
4  case?
5    A  So, I would say just -- this paper doesn't
6  specifically mention grade 3 follicular lymphoma, so
7  anything we're doing is conjecture, but assuming that it --
8  it acts more like diffuse large B-cell, so as I mentioned
9  before, I think Mr. Larry Domina has a typical follicular
10  lymphoma.
11    Q  So, so because Mr. Larry Domina has a typical
12  follicular lymphoma, the results, with respect to follicular
13  lymphoma in this study, would apply to him?
14    A  Correct.
15    Q  So this study here supports that Mr. Larry
16  Domina's follicular lymphoma is not associated with his
17  glyphosate use, correct?
18    A  I would -- I would maybe change the wording of
19  that.  I think it's -- it's suggestive.  I think my concern
20  would be it looked at 28 patients, which is a pretty small
21  number of patients to really, really claim that.  I think
22  it's suggestive.  It's something that needs to be looked at
23  further.  I wouldn't say it's conclusive.
24    Q  When you say -- oh, sorry, go ahead.
25    A  I mean, I think in the general spirit of things, I

## Page 37

1  think this paper suggests follicular lymphoma is not
2  associated with glyphosate use is the author's message here.
3    I would just be cautious about that because the
4  sample size is very small for that, so.
5    Q  And when you say the sample size is small, you
6  refer to 28 patients.  Those are patients who used
7  glyphosate and had follicular lymphoma, correct?
8    A  Correct.
9    Q  There were also 440 follicular lymphoma patients
10  who did not use glyphosate, correct?
11    A  Correct.
12    Q  So, the total sample of follicular lymphoma
13  patients in this study was 468; is that right?
14    A  Correct.
15    Q  Doctor, there's no marker for Roundup in
16  non-Hodgkin's lymphoma, correct?
17    A  Correct.
18    Q  There's no mutation that defines Roundup
19  associated lymphoma, correct?
20    A  Correct.
21    Q  And the same type of non-Hodgkin's lymphoma, that
22  is follicular lymphoma, that occurred in Mr. Larry Domina,
23  also occurs in patients who were never exposed to Roundup,
24  correct?
25    A  Correct.

10  (Pages 34 to 37)

Kevin T. Palka, M.D.

Page 38

```
 1    Q   And this Pahwa study supports that too, correct?
 2    A   Correct
 3    Q   You don't have any measurements of Mr Larry
 4  Domina's glyphosate level at any point in time, correct?
 5    A   Correct
 6    Q   The majority of cases of lymphoma occur in
 7  patients who were never exposed to Roundup, correct?
 8    A   Correct
 9    Q   The majority of cases of follicular lymphoma like
10  Mr Larry Domina had, occur in patients who were never
11  exposed to Roundup, correct?
12    A   Correct
13    Q   There's no medical test that could have been done
14  on Mr Larry Domina to determine whether Roundup caused his
15  cancer, correct?
16    A   Correct
17    Q   There's no examination or pathology that could
18  have been run on Mr Domina to determine whether Roundup
19  causes cancer, correct?
20    A   Correct
21    Q   You can't tell by looking at Mr Larry Domina's
22  cancer cells under a microscope whether or not he used
23  Roundup, correct?
24    A   Correct
25    Q   And he got the same treatment for his follicular
```

Page 39

```
 1  lymphoma that he would have gotten had he not used Roundup,
 2  correct?
 3    A   Correct.
 4    Q   You haven't seen any suggestion in his medical
 5  records that any of his physicians felt that his cancer was
 6  caused by Roundup, correct?
 7    A   Not to my recollection.
 8        MS. DAVIS:  All right.  Let's go off the
 9  record.
10        VIDEOGRAPHER:  We are going off the record at
11  1:37 p.m.
12        (Recess taken.)
13        VIDEOGRAPHER:  We are back on the record at
14  1:48 p.m.
15        MS. DAVIS:  Thank you, Doctor, I have nothing
16  further.
17            EXAMINATION
18  BY MR. DOMINA:
19    Q   Doctor, I am going to be brief because this is
20  your fourth of the four depositions involving Nebraskans,
21  three farmers and an agronomist, and I don't think there
22  were -- while the direct examination questions were of high
23  quality, I don't think there were any that were unique to
24  this deposition.  So, I don't think I can ask you a good
25  cross-examination question that's particularly unique to it
```

Page 40

```
 1  either.
 2        Let me just confirm, as best you can recall, would
 3  all of the cross-examination questions I put to you during
 4  the depositions of Janzen, Pollard, Dickey cases, yield the
 5  same answers that you relayed here?
 6        MS. DAVIS:  Object to form.
 7    A   They would.
 8    Q   (By Mr. Domina)  You and I had a conversation
 9  about what malathion is during the last break.  Excluding
10  what I told you about malathion, do you know anything about
11  that substance?
12    A   No.
13    Q   And we also had a conversation about Halex GT and
14  Flexstar GT, and I told you what one of the ingredients was.
15        Before that conversation, did you know about any
16  of the ingredients of those substances?
17    A   I did not.
18    Q   You didn't read Mr. Domina -- Larry Domina's
19  deposition.  Do you know if when asked how much 2,4-D he
20  used, or Banvel, plus 2,4-D he used by the Monsanto lawyer,
21  his answer was very little.
22        You're not aware of that, are you?
23    A   Correct.
24        MR. DOMINA:  No further questions.
25        MS. DAVIS:  Let's go off the record.
```

Page 41

```
 1        VIDEOGRAPHER:  We are going off the record at
 2  1:50 p.m.
 3        (Off the record.)
 4        VIDEOGRAPHER:  We are back on the record at
 5  2:06 p.m.
 6    Q   (By Mr. Domina)  Doctor, I asked you a question
 7  about 2,4-D and Mr. Domina's response, and while he gave a
 8  response that talked about I'm not sure how long he used it,
 9  it wasn't as stark as I remember and it went on beyond that.
10  He described it as using it perhaps five times a year for
11  limited uses, using it with a downward direction spray,
12  sounds like with a wand, up to five times per year, so I
13  don't want to mislead you with my question.
14        There is some reference, I'm looking at the
15  deposition, suggests that there were.  He also apparently
16  places that use in a time period that preceded 1980 looks
17  like.
18        There was a discussion about whether the invoices.
19  But nonetheless, you don't know anything in particular about
20  the 2,4-D, do you?
21        MS. DAVIS:  Object to form.
22    A   I do not.
23    Q   (By Mr. Domina)  Would any of that information
24  that I just gave you change your opinions in this case?
25    A   It would not.
```

11 (Pages 38 to 41)

Kevin T. Palka, M.D.

Page 42

1          MR. DOMINA:  That's all I have.
2          MS. DAVIS:  Can you point to the page?
3          MR. DOMINA:  Pages 6 -- basically 58 through
4    70.
5          MS. DAVIS:  Thank you.
6          MR. DOMINA:  63, 64, 65, I think were the
7    most.
8          MS. DAVIS:  Let's go off the record.
9          VIDEOGRAPHER:  We are going off the record at
10   2:08 p.m.
11         (Off the record.)
12         VIDEOGRAPHER:  We are back on the record at
13   2:10 p.m.
14              EXAMINATION
15   BY MS. DAVIS:
16      Q    Doctor, did you review Mr. Larry Domina's
17   deposition in advance --
18      A    I did --
19      Q    -- of today?
20      A    I did not.
21      Q    Do you have, other than what Mr. Domina, Mr. David
22   Domina described before we went off the record, do you have
23   any independent knowledge of any discussion of 2,4-D in
24   Mr. Larry Domina's deposition transcript?
25      A    I do not.

Page 43

1       Q    And before issuing your opinions in this case, did
2    you have any appreciation whatsoever of Mr. Larry Domina's
3    use of 2,4-D?
4       A    I did not.
5       Q    Before issuing your opinions in this case, did you
6    have any appreciation whatsoever of Mr. Larry Domina's
7    exposure to 2,4-D?
8       A    I did not.
9       Q    And you did not take into consideration Mr. Larry
10   Domina's exposure to 2,4-D in forming your opinions in this
11   case?
12      A    I did not.
13      Q    Nor did you take into consideration Mr. Larry
14   Domina's exposure to any other pesticide other than Roundup,
15   correct?
16      A    Correct.
17         MS. DAVIS:  No more questions.
18         MR. DOMINA:  Concluded.
19         VIDEOGRAPHER:  We are going off the record at
20   2:12 p.m.
21         (Deposition concluded at 2:12 p.m.)
22
23
24
25

Page 44

1              CERTIFICATE
2          I, Jennifer A Dunn, Registered Professional
3    Reporter and Certified Court Reporter, do hereby certify
4    that prior to the commencement of the examination,
5    KEVIN T PALKA, M D , was duly sworn by me to testify to the
6    truth, the whole truth and nothing but the truth
7          I DO FURTHER CERTIFY that the foregoing is a
8    verbatim transcript of the testimony as taken
9    stenographically by and before me at the time, place and on
10   the date hereinbefore set forth, to the best of my ability
11         I DO FURTHER CERTIFY that I am neither a
12   relative nor employee nor attorney nor counsel of any of the
13   parties to this action, and that I am neither a relative nor
14   employee of such attorney or counsel, and that I am not
15   financially interested in the action
16
17
18
19         "/s/JENNIFER A DUNN"
20         NCRA Registered Professional Reporter
21         Missouri Certified Court Reporter #485
22
23         Dated:  November 18, 2019
24
25

12  (Pages 42 to 44)

Kevin T. Palka, M.D.

## A

**ability**
44:10
**able**
30:19
**abnormal**
17:2
**absent**
30:25
**accounted**
30:5
**accuracy**
11:11
**acid**
23:6
**action**
44:13,15
**activity**
30:14,15
**acts**
35:9,11,24 36:8
**additional**
7:16 10:1
**additions**
6:18
**adjusted**
23:8 34:14 35:20
**adjustment**
34:17,18
**advance**
42:17
**afternoon**
4:18,19
**age**
4:13 17:20,23
**agents**
23:17
**aggressive**
15:17 17:9 35:10
**aggressively**
15:14
**agree**
8:21,22 13:4 14:5
33:16,17,22
**agronomist**
39:21

**ahead**
36:24
**al**
4:6
**amount**
30:7
**angle**
9:5
**annual**
12:7
**annually**
20:3,12
**answer**
17:2 34:2 40:21
**answers**
40:5
**apparent**
32:4,13
**apparently**
41:15
**apply**
35:25 36:13
**appreciation**
43:2,6
**approaching**
6:11
**appropriateness**
11:9,19
**Arndt**
2:13 4:2
**arriving**
19:4
**asked**
40:19 41:6
**aspirate**
10:2
**assessment**
17:9,20 18:2,9,12
**associated**
23:1 35:1 36:16
37:2,19
**associating**
22:6,9
**association**
18:19 22:4 23:13
23:23 26:15 27:13

27:18 32:4,13,20
**assuming**
13:15 36:7
**attention**
19:21
**attorney**
44:12,14
**author's**
37:2
**authors**
31:23 34:22 35:1
35:15
**aware**
18:25 25:15,17
26:21 27:15 40:22

## B

**B**
3:9 34:13
**B-cell**
15:15 16:23,24
35:12,16 36:8
**B-cells**
16:22,23
**back**
7:15 24:4 39:13
41:4 42:12
**Banval**
24:6,15,19,22 25:2
**Banvel**
40:20
**based**
8:15 15:4 22:1
23:16 30:1
**basically**
16:6 42:3
**basis**
15:1
**becoming**
10:18
**began**
12:19
**behalf**
4:15
**behave**
13:16 14:8 15:20

15:21
**behaved**
15:13
**believe**
22:13
**Bendamustine**
11:5
**best**
40:2 44:10
**better**
15:17
**beyond**
41:9
**biopsy**
9:19,22 10:2
**bit**
22:1
**bizarre**
16:20
**BMI**
18:9,13,15
**board**
15:5
**body**
18:15
**boots**
29:17
**bottom**
28:20
**break**
40:9
**brief**
39:19
**bring**
5:16
**brought**
5:14

## C

**C**
2:1
**California**
1:1 4:8
**Calisto**
20:23 21:12,15
25:1

**call**
5:10 12:14 16:10
16:10,12 19:18
**called**
24:6 25:16 26:23
**calls**
16:1 17:3
**cancer**
15:17 16:15,16,17
35:10 38:15,19,22
39:5
**career**
8:18 14:18 15:7
**case**
1:4,8 4:24 5:12,19
5:22,25 6:3,12,17
6:22,25 15:13
16:7 19:4 22:1
24:1 25:13 31:15
31:16 36:4 41:24
43:1,5,11
**cases**
4:21 8:17 38:6,9
40:4
**cause**
9:12,16,23 10:7,11
11:2,22
**caused**
38:14 39:6
**causes**
30:21 38:19
**cautious**
37:3
**cells**
16:3,20,20 17:1,2,5
17:6 38:22
**certain**
33:15
**Certificate**
3:7 44:1
**certification**
15:5
**Certified**
1:19 44:3,21
**certify**
44:3,7,11

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

Kevin T. Palka, M.D.

change
36:18 41:24
chart
19:22 20:11 24:4
28:21 30:8
chemical
21:2 24:10 25:20
27:2
chemicals
20:10 25:9 26:15
chemotherapy
15:18
choice
11:9,21
claim
36:21
clinic
7:4
clothing
29:20 30:2,4
coefficient
22:24
Cohen's
22:25
column
22:21
come
30:20
comes
16:5
commencement
44:4
commencing
1:18
common
8:12,14 9:6
Company
1:7 4:7
compare
26:11 28:3
compared
8:17 11:12 14:8
complete
12:1,24
completed
11:5,16

completes
12:15,24
complicated
34:8
components
27:13,19
composition
21:2 24:10 25:20
27:2
concern
36:19
concerned
34:22
concerns
31:23
concluded
43:18,21
conclusions
19:4
conclusive
36:23
confidence
32:21 33:6,10,13
33:17,23
confirm
40:2
confounders
23:2
conjecture
36:7
connection
23:17
consider
9:9 13:9 14:11 17:5
17:23 18:6,15
19:3,9,10,11
23:25 25:8 26:18
29:2,5,8,11,14
consideration
43:9,13
consult
7:6
contain
5:24 21:5 25:4,6
contained
25:2 26:15

contains
24:12 25:22,24
26:1,3 27:4,6,8,10
context
22:16
contracted
23:25
contributing
6:7 31:24 34:23
control
20:8,17
conversation
40:8,13,15
corn
20:8,17
correct
4:21,22,24,25 5:2,3
5:5,6,17,18 6:12
6:13,23 7:10,11
7:14,18,19,21 8:3
8:4,13,14,24,25
9:2,3,5,20,21 10:5
10:14,15,23,24
11:2,3,6,7,16,17
12:2,3,5,6,7,8,10
12:11,13 13:22,23
14:1,4 17:7,8,14
17:15,17,18,21,22
17:25 18:1,4,5,7,8
18:23,24 19:10,13
19:14,23,24 20:1
20:2,4,5,6,7,9,12
20:13,15,16,18,19
20:22,24 23:21
25:10,11 26:19,20
28:9,22,23,24
29:1,3,4,6,7,9,10
29:12,13,15,16,17
29:18 30:11,15,16
30:17,22,23,25
31:1,3,4,6,8,9,21
31:25 32:1,5,18
32:19,20,24,25
33:3,8 34:16,19
34:20 35:3,4,7,8
35:10,13,14,17,18

35:21,22 36:1,2
36:14,17 37:7,8
37:10,11,14,16,17
37:19,20,24,25
38:1,2,4,5,7,8,11
38:12,15,16,19,20
38:23,24 39:2,3,6
40:23 43:15,16
correctly
23:3
correlated
22:23
cotton
29:22,25
counsel
2:5,9 4:9 44:12,14
court
1:1,19 3:7 4:7,10
44:3,21
created
28:15
criteria
23:7
crops
20:3,12
cross
34:5,7
cross-examination
39:25 40:3
crosses
32:22 33:18,23
CT
10:1 12:23
curable
13:9 14:12
cycles
11:4

## D

D
3:1
D.C
2:8
DAD@dominala...
2:5
date

1:18 4:3 10:24
21:22 44:10
Dated
44:23
David
2:3 7:12,18 28:12
42:21
Davis
2:7 3:4,6 4:17
34:10 39:8,15
40:6,25 41:21
42:2,5,8,15 43:17
day
29:3,6 30:8,9
days
21:14,19 24:18,22
24:23 26:8,12
27:24 28:3,4,20
29:12 30:13,14
DDavis@lawdoc...
2:9
deal
33:11
decision
16:6
Defendant
2:9 4:15
defined
22:23
defines
37:18
depend
17:2 33:5
deponent
4:9
deposes
4:14
deposition
1:15 3:12 4:5,23
5:9,11 22:3,12
25:12 26:22 34:21
39:24 40:19 41:15
42:17,24 43:21
depositions
4:20 39:20 40:4
deps@golkow.com

Kevin T. Palka, M.D.

Page 47

1:24
**describe**
6:24
**described**
6:6 41:10 42:22
**describes**
20:3,10
**DESCRIPTION**
3:11
**Despite**
23:22
**detailing**
14:23 19:22
**determine**
38:14,18
**determines**
16:2
**developed**
30:24 31:2,5
**development**
18:19
**diagnosed**
8:3,23 19:1
**diagnosis**
9:20 11:12 13:24
    17:24 18:7,16,23
    19:12 24:1 25:10
    26:19
**diagnostic**
10:6,10
**DIANA**
2:7
**dicamba**
23:6 25:4 26:1 27:8
    34:18 35:20
**Dickey**
4:21 31:15,19 35:3
    35:6 40:4
**Dickey's**
35:23
**different**
16:9 30:14
**differential**
17:24 18:7,16,22
    19:12 24:1 25:9
    26:19

**differentiated**
16:14,15,19
**diffuse**
15:14 16:23 35:12
    35:16 36:8
**direct**
22:15 39:22
**direction**
41:11
**directly**
28:17
**discuss**
22:15
**discussed**
6:14 7:16 8:12
    17:16,19
**discussing**
6:5 31:14,15
**discussion**
31:22 41:18 42:23
**disease**
10:23 12:25 14:10
**distinguish**
30:13
**distinguishes**
15:22
**District**
1:1,1 4:7,8
**dividing**
17:6
**Division**
1:2 4:8
**DLBCL**
35:24
**Doctor**
4:18 37:15 39:15
    39:19 41:6 42:16
**document**
1:6 5:12 28:15
**doing**
29:2 30:13,14 36:7
**Domina**
1:7 2:3,3 3:5 4:6
    5:22,25 6:12,17
    7:10,12,13,18,23
    7:25 8:2,23 9:25

9:25 10:22 11:4
11:22,25 12:12
13:18 17:24 18:7
18:16,23 19:13,23
21:9,15,19 23:24
24:5,16,19 25:15
26:6,9,21,21
27:22,25 28:6,12
28:17 30:24 34:1
36:9,11 37:22
38:10,14,18 39:18
40:8,18,24 41:6
41:23 42:1,3,6,21
42:22 43:18
**Domina's**
8:16 9:12,17,23
    10:13 17:13 18:9
    18:25 19:15 25:8
    25:12 26:18 28:6
    36:3,16 38:4,21
    40:18 41:7 42:16
    42:24 43:2,6,10
    43:14
**Donald**
10:13
**downward**
41:11
**Dr**
3:13 4:9 10:13,16
    10:18 25:8
**duly**
4:13 44:5
**Dunn**
1:19 4:11 44:2,19
**duration**
30:7

**E**
**E**
2:1,1 3:1,9
**earlier**
5:1 17:19 34:21,25
**eight-hour**
28:20
**either**
7:5,5 40:1

**emphasis**
7:3
**employee**
44:12,14
**entirety**
6:21
**equal**
22:24,25
**equipment**
29:5 30:10
**ESQUIRE**
2:3,7
**estimate**
21:8 24:16 27:22
    28:7 30:5 33:15
**et**
4:6
**evaluated**
23:2
**evidence**
12:25
**examination**
3:4,5,6 4:16 38:17
    39:17,22 42:14
    44:4
**excision**
13:25
**Excluding**
40:9
**excuse**
14:17
**Exhibit**
5:20 13:17,17
    29:24 31:11
**expect**
14:12
**exposed**
24:23 37:23 38:7
    38:11
**exposure**
3:17 21:8,15,19
    22:17 24:15,19,22
    26:5,9,12 27:21
    27:25 28:3,4,7,7
    29:3,6 30:8,8,17
    30:20 43:7,10,14

**extrapolate**
15:15

**F**
**face**
9:4
**fact**
3:15 19:15,18
    20:10 23:22,24
    24:4 32:2 33:20
    33:25
**factor**
6:7 17:21 18:3,10
    18:13 31:24 34:23
**factors**
17:13,17
**fairly**
14:9
**familiar**
20:25 21:25 24:8
    25:18 26:14,25
**family**
7:7 18:19,22 19:5,8
**far**
9:8 12:6 30:7
**farmers**
39:21
**fast**
15:17 16:4
**feel**
36:3
**felt**
39:5
**field**
20:6,14
**financially**
44:15
**finding**
23:23 35:19
**fine**
10:1
**Firm**
2:7
**first**
4:13 9:6 19:25 32:3
    32:9,11

first-degree
19:5,6
five
12:17 13:2,3,5,10
22:21 31:12,13
41:10,12
FL
32:4,5,13
Flexstar
26:23 27:6,8,13,18
27:21,25 28:3
40:14
follicular
8:3,5,9,16,20 9:6
11:12 13:8,12,25
14:3,6,7,8,18,20
14:23 15:2,7,12
15:21,22,23 16:22
31:20,25 32:5,14
32:17 34:14 35:2
35:6,9,24,25 36:6
36:9,12,12,16
37:1,7,9,12,22
38:9,25
folliculars
15:19
follows
4:15
foregoing
44:7
form
34:1 40:6 41:21
forming
6:6 43:10
forth
44:10
found
35:1,15
foundation
34:2
four
39:20
fourth
39:20
Francisco
1:2 4:8

front
10:4
Frontenac
1:17
fully
23:8
further
34:14 36:23 39:16
40:24 44:7,11

G
gender
18:3
general
8:20 9:9 13:9 14:9
22:2 36:25
generally
12:23 15:16 19:5
gentleman
31:19
getting
12:21
given
4:20 29:2,6
gland
9:2,4,9
gloves
29:15,22,25
glyphosate
9:16 10:10 21:6,20
22:17,23 24:12,23
25:22 27:4 31:24
32:17 33:2,2
34:22 35:1,16
36:17 37:2,7,10
38:4
go
9:19 11:15,25
13:10 36:24 39:8
40:25 42:8
goes
23:5
going
7:15 13:17 15:16
16:23 19:18 24:4
39:10,19 41:1

42:9 43:19
Golkow
1:24 2:13 4:2
good
4:18,19 12:15
39:24
gotcha
32:10
gotten
39:1
grade
8:5,8,20 13:12,15
13:25 14:2,6,7,8
14:17,23 15:2,7,8
15:11,15,19,19,22
15:23 16:2,7,10
16:11,12,13,25
31:20 35:6,9,23
36:6
greater
22:24,25 24:22
group
2:3 33:2,2
growing
15:17 16:4
GT
25:16 26:9,15,19
26:23 27:6,8,13
27:18,21,25 28:3
40:13,14
guarantee
10:24

H
H
3:9
Halex
25:16 26:5,9,15,19
40:13
handing
5:11
Harnass
20:20 21:11,15
25:1
head
8:7 14:19,25

heard
10:18
held
1:16 4:5
herbicide
25:16,18
herbicides
23:5
hereinbefore
44:10
hesitant
35:24
Hi
4:18
high
15:15 39:22
higher
16:25
Hilton
1:16
histories
7:8
history
3:17 7:4,6,8 18:19
18:22 19:5,8 28:7

I
idiopathic
31:2
imaging
7:5 12:23
include
25:1
included
7:7 23:7
includes
33:18 34:17
including
7:4 10:1 20:11
incomplete
32:3
increased
35:15
independent
7:20 42:23
independently

28:23
index
16:3 17:6
indicated
10:7,10
indicates
9:16,22 11:22
indolent
14:10
information
19:3 22:2 28:16
41:23
ingredients
40:14,16
initial
7:6 9:11
insight
9:12 11:2
intend
5:25 6:3
interested
44:15
interval
12:22 32:22 33:6
33:10,14,18,23
invoices
5:16,17 41:18
involved
10:19 17:11
involvement
9:8
involves
19:5
involving
39:20
issue
15:25
issuing
6:21 43:1,5

J
James
2:13 4:2
Janzen
4:23 6:5 40:4
Janzen's

Kevin T. Palka, M.D.

6:8
**jaw**
9:5
**Jennifer**
1:18 4:11 44:2
**July**
11:16 12:17 13:1

**K**

**K**
2:8
**Kappa**
22:25
**Kevin**
1:15 3:3 4:9,12
44:5
**Keystone**
20:23 21:12,16
25:1
**kind**
9:5 16:21 17:9
28:25 34:3
**know**
10:16 12:6 15:24
19:7 21:2,5,14,18
22:6,8,10 24:3,10
24:12,14,18,18,21
25:2,4,6,20,22,24
26:1,3,8,11,24,25
27:2,4,6,8,10,24
28:2 30:2 34:4
40:10,15,19 41:19
**knowledge**
42:23
**known**
17:13

**L**

**large**
7:2 15:14 16:23,24
17:1 35:12,16
36:8
**larger**
16:20,22
**Larry**
4:6 5:22,25 6:12,17

7:23,25 8:2,16,23
9:12,16,23,25
10:13,22 11:4,22
11:25 12:12 13:18
17:24 18:7,9,16
18:23,25 19:12,15
19:22 21:9,15,18
23:24 24:5,16,19
25:8,12,15 26:6,9
26:18,21 27:22,25
28:6,17 30:24
36:3,9,11,15
37:22 38:3,10,14
38:21 40:18 42:16
42:24 43:2,6,9,13
**late**
13:10
**Law**
2:3,7
**lawful**
4:13
**lawyer**
40:20
**Let's**
5:9,19 22:18 28:10
39:8 40:25 42:8
**level**
38:4
**LIABILITY**
1:5
**lies**
33:15
**likelihood**
13:4
**limited**
34:4 41:11
**Lindbergh**
1:17
**line**
21:22 29:24
**lines**
22:22
**list**
7:16
**listed**
19:25 24:25

**lists**
20:20 21:22 24:5
**literature**
7:20 14:22 17:20
18:3,12 23:22
26:14 27:12,18
**litigation**
1:5,24 2:13 4:3
6:15 10:19
**little**
22:1 40:21
**logistic**
23:8
**long**
29:19 41:8
**look**
13:14 16:2,3,13
17:10 22:18 32:16
**looked**
7:2 36:20,22
**looking**
17:2 38:21 41:14
**looks**
16:16,18,19 17:8
41:16
**lot**
16:20,22 17:10
30:17
**Louis**
1:16,17 4:5
**low**
8:20 13:5
**lymphoma**
6:8 8:3,5,9,10,13
8:17,20,21 9:7,13
9:17,23 10:7,11
11:2,12,13,22
12:10 13:8,13,25
14:3,6,7,8,12,18
14:23 15:3,7,12
15:15,21,22,23
16:21 17:14,17,21
18:4,13,20 19:1
22:5,16,17 23:14
23:18,24,25 26:16
27:14,19 30:22,25

31:3,5,20,25 32:5
32:14,17 34:15
35:2,7,9,12,16,24
35:25 36:6,10,12
36:13,16 37:1,7,9
37:12,16,19,21,22
38:6,9 39:1
**lymphomas**
13:16 14:20

**M**

**M**
2:7
**M.D**
1:15 3:3 4:12 44:5
**maintenance**
11:16,19 12:16,19
**majority**
38:6,9
**malathion**
23:7 25:6 26:3
27:10 34:19 35:21
40:9,10
**mark**
5:9,19 13:17 22:19
28:10
**marker**
37:15
**mass**
9:10,19
**materials**
6:14,16,19 7:15
**matter**
4:6
**MDL**
1:5
**mean**
7:12 14:2 21:10
29:20 30:1 34:3
36:25
**means**
33:1
**measure**
16:4
**measurements**
38:3

**medical**
3:14 6:24 7:2,7
8:15 10:4 13:18
15:4 17:13,20
18:3,12 38:13
39:4
**medication**
11:9 12:9
**mention**
29:20,25 30:1 36:6
**mentioned**
16:24 36:8
**message**
37:2
**met**
7:25 23:7
**methodology**
6:6,11
**microscope**
38:22
**mislead**
41:13
**Missouri**
1:20 4:6 44:21
**mitotic**
16:3
**MO**
1:17
**models**
23:9
**monitor**
12:22
**Monsanto**
1:7 4:7 40:20
**mutation**
37:18

**N**

**N**
2:1 3:1
**name**
4:2
**NCRA**
44:20
**NE**
2:4

Kevin T. Palka, M.D.

**Nebraskans**
39:20
**neck**
9:4,10
**need**
17:16
**needle**
10:1
**needs**
36:22
**neither**
44:11,13
**nephew**
18:25 19:6
**never**
33:2 37:23 38:7,10
**Nevertheless**
35:23
**NHL**
23:2
**non-Hodgkin's**
6:8 8:10,13 11:13
  12:10 17:14,17,21
  18:4,13,20 19:1
  22:5 23:14,17,23
  23:25 26:16 27:14
  27:19 30:21,25
  31:2,5 34:23
  37:16,21
**nonsignificant**
32:21
**normal**
16:18
**Northern**
1:1 4:8
**note**
7:6
**noted**
4:10
**notice**
1:16 3:12 5:9,11
**November**
1:13 4:3 44:23
**number**
3:11 24:21,23
  26:12 28:2,3,18

30:12 34:17 36:21
**NW**
2:8

—— **O** ——

**oath**
5:7
**Object**
40:6 41:21
**Objection**
34:1
**obtained**
11:25 28:17
**occur**
38:6,10
**occurred**
37:22
**occurs**
13:11 37:23
**odds**
32:17,23 33:7,18
  33:20,23,25 34:5
  34:13 35:16
**offer**
5:25 6:3
**offering**
11:8,11,18
**oh**
29:24 36:24
**Okay**
14:7 19:25 28:10
  32:10
**Omaha**
2:4
**oncologic**
7:3
**oncologist**
10:13 15:4
**opine**
30:20
**opinion**
15:1,10
**opinions**
5:24 6:2,6,17,22
  11:8,11,18 41:24
  43:1,5,10

**order**
17:17
**originated**
16:17
**outlined**
6:19

—— **P** ——

**P**
2:1,1
**p.m**
1:18 4:4 39:11,14
  41:2,5 42:10,13
  43:20,21
**page**
3:2,11 5:15 19:21
  22:21 32:2,4,7,8
  42:2
**Pages**
42:3
**Pahwa**
3:16 6:20 7:17
  22:14,18 23:16
  31:13,23 34:22,25
  35:25 38:1
**Palka**
1:15 3:3 4:9,12
  44:5
**Palka's**
3:13
**paper**
23:16 36:5 37:1
**papers**
23:18,20
**paragraph**
32:3,3,9,11
**parotid**
9:1,8 13:24
**part**
17:23 18:6,15,22
  24:1 25:9
**particular**
41:19
**particularly**
39:25
**parties**

44:13
**pathologist**
16:1,6 17:3,5,8
**pathologists**
16:9
**pathology**
7:5 13:14,21 14:5
  15:25 38:17
**patient**
14:13 15:2 28:17
**patients**
7:1 13:10 14:24
  15:6 36:20,21
  37:6,6,9,13,23
  38:7,10
**PC**
2:7
**percent**
33:10,10,13,14
**period**
41:16
**person**
16:1
**person's**
30:21
**pesticide**
31:6 43:14
**pesticides**
19:12,22 22:22
**PET**
10:22,25 11:1
  12:23
**physical**
7:6
**physicians**
39:5
**Piorkowski**
2:7
**place**
44:9
**places**
41:16
**Plaintiff**
2:5 3:15 19:15,18
  24:4
**plastic**

29:22 30:1
**please**
33:21
**plugged**
28:25
**plugging**
30:12
**plus**
6:20,20 11:5 40:20
**point**
14:13,22 15:3
  33:15 38:4 42:2
**Pollard**
4:21 40:4
**poorly**
16:15,19
**possibility**
33:20,24
**possible**
31:7
**potential**
18:10,18
**preceded**
41:16
**present**
20:20
**presentation**
9:6
**presented**
9:1
**presenting**
9:15
**pretty**
36:20
**previous**
23:2
**previously**
8:12
**prior**
44:4
**probably**
34:8
**product**
21:23,25 24:6,8
  26:22,25
**products**

1:4 20:25 21:3,5,9
21:11,19 24:25
**Professional**
1:19 44:2,20
**proliferating**
16:5
**prostate**
16:17,18
**protective**
30:9
**provided**
7:9,17 11:2 28:11
**provides**
9:12
**pursuant**
1:16
**put**
40:3

**Q**

**quality**
39:23
**question**
33:8 39:25 41:6,13
**questions**
39:22 40:3,24
43:17
**quickly**
17:6

**R**

**R**
2:1
**range**
33:14
**rate**
14:23
**ratio**
32:17,23 33:7,19
33:20,23,25 34:5
34:13 35:16
**read**
23:3 40:18
**reads**
22:22
**really**

16:19 33:8 36:21
36:21
**reason**
33:17,22 35:5
**recall**
8:5,7 10:3 15:6,9
31:10,14 40:2
**receive**
14:10 21:8 26:5
27:21
**received**
7:2 11:4 24:15
**Recess**
39:12
**recollection**
22:14 23:12 39:7
**record**
3:14 4:1,10 13:18
39:9,10,13 40:25
41:1,3,4 42:8,9,11
42:12,22 43:19
**records**
6:24 7:3,4,4,9 8:15
10:4 17:13 39:5
**refer**
10:21 37:6
**reference**
22:11,13 23:16
28:18 41:14
**refresh**
23:12
**regarding**
18:16,18 21:9
**regardless**
30:9
**Registered**
1:19 44:2,20
**regression**
23:8
**relapse**
13:4,11 14:12,14
14:23 15:3,11
**relapses**
13:10
**related**
5:11 6:6,17

**relates**
1:6
**relationship**
22:15
**relative**
19:6 44:12,13
**Relatively**
8:14
**relatives**
19:6
**relayed**
40:5
**relevant**
19:8
**remains**
5:1,4
**remember**
6:9 14:20 41:9
**remind**
31:19
**remission**
12:4,12,14,19,21
12:25 13:1
**repeat**
27:15 33:21
**report**
3:13 5:19,22,24
6:20 8:2,24 11:6
12:4 13:15,21
15:25 17:12 28:18
28:25 30:12
**reporter**
1:19,20 3:7 4:10
44:3,3,20,21
**reports**
7:5,5
**request**
5:15
**required**
30:20
**research**
18:18
**respect**
17:24 35:3 36:12
**response**
12:1,15,22,24

15:17 41:7,8
**responsive**
5:15
**results**
10:9 35:25 36:12
**revealed**
9:20
**review**
8:15 16:9 17:12
19:15 25:12 42:16
**reviewed**
6:15,16,21,25 7:9
7:15 16:6 23:15
23:19 27:12,17
**right**
5:9,19 6:19 9:1
13:24 20:23 22:18
28:8,21 30:10
32:14,16,23 34:11
34:13 37:13 39:8
**risk**
17:13,16,20 18:3
18:10,13 33:1
**Rituximab**
11:5,16 12:17
**Roundup**
1:4 6:7 19:25 20:11
21:10 26:12 28:4
28:7 30:21,25
37:15,18,23 38:7
38:11,14,18,23
39:1,6 43:14
**run**
38:18

**S**

**S**
1:17 2:1,4 3:9
**s/JENNIFER**
44:19
**sample**
16:8 37:4,5,12
**San**
1:2 4:8
**SATURDAY**
1:13

**saw**
22:1
**says**
4:15 13:24 15:24
29:21 32:4
**scan**
10:1,22,25 11:1
**scans**
12:23,23
**search**
7:20
**second**
22:21
**secondary**
23:8
**see**
8:10 13:9,19 16:22
17:1,20 18:3,10
18:13 21:23 23:10
24:6 34:13
**seen**
5:12 8:17 22:11
39:4
**sentence**
22:22
**September**
11:5
**Services**
1:24 2:13 4:3
**set**
44:10
**seven**
12:12
**share**
35:2,5
**Sheet**
3:15 19:16,19 24:5
**short**
17:2
**showing**
22:4 23:13 32:20
**significance**
34:6
**significant**
33:5,7,8,19,24
35:20

Kevin T. Palka, M.D.

| | | | | |
|---|---|---|---|---|
| **significantly** 23:1 | **St** 1:16,17 4:5 | **studying** 26:14 27:12,18 | **symptom** 9:11,15 | 4:4 12:4 38:4 41:16 44:9 |
| **similar** 14:10 16:21 | **stack** 7:2 | **subjective** 16:1 | | **times** 29:21 41:10,12 |
| **similarly** 15:20 18:2 | **stage** 10:23 | **subjectivity** 17:10 | **T** | **tissue** 16:16,18 |
| **Sitting** 6:2 | **stands** 32:5 | **submitted** 5:16 | **T** 1:15 3:3,9 44:5 | **today** 4:20 5:1 6:14 42:19 |
| **six** 11:4 | **stark** 41:9 | **substance** 40:11 | **Table** 32:16 | **Today's** 4:3 |
| **size** 17:5 37:4,5 | **start** 13:1 | **substances** 40:16 | **take** 12:9 22:18 43:9,13 | **told** 40:10,14 |
| **skin** 29:9 | **state** 8:2,9,24 9:19 11:6 17:12 | **substantial** 6:7 31:24 34:23 | **taken** 1:16 28:20 39:12 44:8 | **top** 8:7 14:19,25 29:24 |
| **sleeves** 29:19 | **states** 1:1 4:7 32:15 | **subtype** 8:9 | **talked** 22:16 41:8 | **total** 37:12 |
| **small** 16:22 36:20 37:4,5 | **statistical** 34:6 | **subtypes** 11:13 | **tell** 4:13 29:23 38:21 | **training** 15:4 |
| **social** 7:7 | **statistically** 23:1 33:5,7,19,24 35:19 | **suggestion** 39:4 | **test** 38:13 | **transcript** 25:13 42:24 44:8 |
| **solid** 16:14 | **statistician** 33:11 | **suggestive** 36:19,22 | **testified** 25:15 26:22 30:19 31:22 34:21,25 35:6 | **treat** 7:23 |
| **somewhat** 33:12 | **stats** 34:4 | **suggests** 37:1 41:15 | **testify** 44:5 | **treated** 14:17,20 15:14 35:11 |
| **sorry** 27:15 32:6 36:24 | **stenographic** 4:10 | **Suite** 2:8 | **testimony** 5:1,4 17:4 44:8 | **treating** 15:6 |
| **sounds** 10:5 41:12 | **stenographically** 44:9 | **summary** 21:8 24:15 26:5 27:21 28:7 | **tests** 10:1,6,10 16:4 | **treatment** 7:4 11:21 12:1,15 12:15,21 14:11 38:25 |
| **source** 28:6 | **Street** 2:4,8 | **supports** 36:15 38:1 | **Thank** 5:21 19:20 22:20 28:10 39:15 42:5 | **true** 5:2,5 15:11 33:15 33:20,25 |
| **soybeans** 20:8,18 | **strike** 10:21 24:3,14 28:19,19 31:10 34:24 | **sure** 27:17 33:22 34:10 34:12 41:8 | **therapy** 11:19 12:19,24 | **truth** 4:14,14,14 44:6,6,6 |
| **Spearman** 22:24 | **strongly** 22:23 23:1 | **surgical** 7:7 13:21 | **things** 5:15 17:10 36:25 | **tumors** 16:14 |
| **specific** 9:8 30:21 | **studies** 7:17 22:4,8,11 23:2 23:13,16 | **surveillance** 12:7 | **think** 15:13,16,19 34:3,5 34:8 36:9,19,19 36:21,25 37:1 39:21,23,24 42:6 | **turn** 19:21 22:21 31:11 32:2 |
| **specifically** 15:8,25 36:6 | **study** 3:16 6:20,20 22:6 22:14,18,24 31:13 31:14,23 36:13,15 37:13 38:1 | **suspect** 8:7 | **three** 23:17 39:21 | **two** 4:20 6:18 7:16 11:15 12:16 22:7 22:9 |
| **specifics** 14:21 | | **swear** 4:11 | **threshold** 30:20 | **type** |
| **spirit** 36:25 | | **swelling** 9:1,9 | **time** | |
| **spray** 41:11 | | **sworn** 4:13 44:5 | | |
| **sprayers** 20:6,14 | | | | |

Kevin T. Palka, M.D.

8:13 29:5 30:4
37:21
**typical**
15:21 36:9,11

---
**U**
---

**ugly**
16:19
**undergoing**
12:7
**understand**
5:7 33:13
**understanding**
5:14 17:4 22:3
28:14,16 30:4
33:9 34:4
**unique**
39:23,25
**United**
1:1 4:7
**unity**
32:24
**unusual**
8:16
**use**
19:7,11,22 20:20
22:23 25:8 26:18
30:25 32:17 34:18
34:18,18 35:17,20
36:17 37:2,10
41:16 43:3
**uses**
41:11
**usual**
16:20
**usually**
13:16 16:22

---
**V**
---

**v**
1:7
**value**
22:25
**values**
33:14
**verbatim**

44:8
**verify**
28:23
**versus**
4:6 16:15 30:14
**video**
4:5
**videographer**
2:12 4:1,2 39:10,13
41:1,4 42:9,12
43:19
**Videotaped**
1:15
**view**
30:17 35:2,5

---
**W**
---

**wand**
41:12
**want**
34:6 41:13
**Washington**
2:8
**wasn't**
41:9
**way**
13:16 21:14,18
24:18,21 26:8,11
27:24 28:2 30:6
36:3
**We'll**
5:10
**we're**
19:18 36:7
**we've**
6:14 17:16
**wearing**
29:11,14,21,21
30:5,9
**weed**
20:8,17
**weight**
18:15
**well-differentiated**
16:15,16,17
**Wender**

10:14,16,18
**went**
7:3 41:9 42:22
**whatsoever**
43:2,6
**witness**
4:11
**wording**
36:18
**work**
7:8
**wouldn't**
36:23

---
**X**
---

**X**
3:1,9
**Xtra**
20:21 21:11,15
25:1

---
**Y**
---

**yeah**
21:11 27:17 34:3
34:12
**year**
41:10,12
**years**
11:15 12:13,16,17
13:2,3,5,11
**yesterday**
4:23 5:4 6:5
**yield**
40:4

---
**Z**
---

**Zheng**
6:20 7:17

---
**0**
---

**0.30**
22:25
**0.35**
22:24
**0.69**
34:14

---
**1**
---

**1**
3:12 8:8 13:12,15
14:8 15:19,22
16:10
**1.00**
32:18
**1.54**
33:6
**1:37**
39:11
**1:48**
39:14
**1:50**
41:2
**10**
13:11 16:9
**1000**
2:8
**12:44**
1:18 4:4
**13**
3:14
**1335**
1:17
**144th**
2:4
**16**
1:13
**16-md-02741-VC**
1:4
**16th**
4:3
**18**
44:23
**1800**
2:8
**19**
3:15
**1970s**
24:5
**1976**
29:24
**1980**
41:16

---
**2**
---

**2**
3:13 5:20 13:25,25
14:2,6,7,17,23
15:2,7,8,19,23
16:11 32:16
**2,4-D**
21:23 22:5,13,15
23:13,23,24 24:25
25:2,24 27:6 31:8
34:18 35:20 40:19
40:20 41:7,20
42:23 43:3,7,10
**2,4-Dichlorophe...**
23:6
**2:06**
41:5
**2:08**
42:10
**2:10**
42:13
**2:12**
43:20,21
**20006**
2:8
**2003**
20:20
**2004**
11:16
**2012**
8:23 10:22 11:5
13:18 29:25
**2014**
12:17 13:1
**2019**
1:13 4:3 44:23
**22**
3:16
**2425**
2:4
**2741**
1:5
**28**
3:17 36:20 37:6

---
**3**
---

Kevin T. Palka, M.D.

**3**
3:14 13:17,17,25
   15:11 16:12 22:21
   31:20 35:6,9,23
   36:6
**3:16-cv-05887-VC**
1:8
**39**
3:5
**3s**
16:13

**4**
**4**
3:4,15 5:15 19:18
**42**
3:6
**44**
3:7
**440**
37:9
**468**
37:13
**485**
44:21

**5**
**5**
3:12,13,16 22:19
   32:2,7,8
**567**
28:20
**58**
42:3

**6**
**6**
3:17 28:10 29:24
   42:3
**600**
28:19
**63**
42:6
**63131**
1:17
**64**
42:6

**65**
33:6 42:6
**670**
28:19
**68144**
2:4

**7**
**70**
42:4

**8**
**8**
19:21
**8th**
13:18

**9**
**95**
33:10,10,13,14