Exhibit 4

Kevin T. Palka, M.D.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

IN RE:  ROUNDUP          Case No.

PRODUCTS LIABILITY       16-md-02741-VC

LITIGATION               MDL No. 2741

_____

THIS DOCUMENT RELATES TO:

Janzen v. Monsanto Company

Case No. 3:19-cv-04103-VC

_____

VIDEOTAPED DEPOSITION OF KEVIN T. PALKA, M.D.
Friday, November 15, 2019
Frontenac, Missouri
1:00 p.m.

Reported by:  Pamela Harrison, RPR, CRR, CRC,
MO-CCR #557, IL-CSR #084-003684

GOLKOW LITIGATION SERVICES

877.370.3377 ph | 917.591.5672 fax

deps@golkow.com

Kevin T. Palka, M.D.

Page 2

1     VIDEOTAPED DEPOSITION OF KEVIN
2   T. PALKA, M.D., taken pursuant to notice and
3   pursuant to the Federal Rules of Civil
4   Procedure, on behalf of the Defendant
5   Monsanto Company, at Hilton St. Louis
6   Frontenac, 1335 S. Lindbergh Boulevard,
7   Pommard Room, St. Louis, Missouri, on the
8   15th day of November, 2019, at 1:00 p.m.,
9   before Pamela Watson Harrison, CRC, CRR, RPR,
10   MO CCR #557, IL CSR #084-003684.
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 3

1
2   A P P E A R A N C E S
3
    FOR THE PLAINTIFFS:
      DAVID A. DOMINA, ESQ.
4     Domina Law Group PC LLO
      2425 S. 144th Street
5     Omaha, NE  68144-3267
      402.493.4100
6     ddomina@dominalaw.com
7
8   FOR THE DEFENDANTS:
      BRIAN L. STEKLOFF, ESQ.
9     MAX J. WARREN, ESQ.
      Wilkinson Walsh & Eskovitz
10    2001 M. Street, NW, 10th Floor
      Washington, D.C.  20036
11    202.847.4000
      bstekloff@wilkinsonwalsh.com
12    mwarren@wilkinsonwalsh.com
13    And
14    DIANA MARIE DAVIS, ESQ.
      The Piorkowski Law Firm, PC
15    1800 K Street NW, Suite 1000
      Washington, D.C.  20006
16    716.560.7068
      ddavis@lawdoc1.com
17
18
    CERTIFIED STENOGRAPHER:
19    PAMELA HARRISON, RPR, CRR, CBC
      MO-CSR #557 and IL-CSR #084-003684
20    Realtime Systems Administrator
      GOLKOW LITIGATION SERVICES
21    215.599.7860
22
23  LEGAL VIDEOGRAPHER:
      NATHAN ARNDT
24    GOLKOW LITIGATION SERVICES
      215.599.7860
25       - - - - - - - -

Page 4

1           I N D E X
          KEVIN PALKA, M.D.
2         November 15, 2019
3
4   APPEARANCES                        3
5
6   EXAMINATION OF KEVIN PALKA, M.D.:
7     Questions by Mr. Stekloff        7
      Questions by Mr. Domina        165
8     Questions by Mr. Stekloff      190
9
    REPORTER CERTIFICATE             198
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 5

1        DEPOSITION EXHIBITS
          KEVIN PALKA, M.D.
2         November 15, 2019
3
    NUMBER      DESCRIPTION        MARKED
4
5   1   Expert Report on Royce Janzen    21
        by Dr. Kevin T. Palka, M.D.
6
7   2   Janzen Roundup Exposure          25
        Summary
8   3   Plaintiff Fact Sheet             62
9   4   "Non-Hodgkin's Lymphoma and      70
        Specific Pesticide Exposures
10      in Men:  Cross-Canada Study of
        Pesticides and Health," by
11      lead author Helen H. McDuffie
12  5   "Pesticide exposure as risk      70
        factor for non-Hodgkin
13      lymphoma including
        histopathological subgroup
14      analysis," by lead author
        Mikael Eriksson
15
16  6   "Glyphosate Use and Cancer      115
        Incidence in the Agricultural
17      Health Study," by lead author
        Gabriella Andreotti
18  7   "Glyphosate use and             132
        associations with non-Hodgkin
19      lymphoma major histological
        subtypes:  Findings from the
20      North American Pooled
        Project," by lead author
21      Pahwa M
22  8   "Risk of Second Primary Cancer  147
        and Death Following a
23      Diagnosis of Nonmelanoma Skin
        Cancer," by lead author Zoann
24      Nugent
25

2  (Pages 2 to 5)

Kevin T. Palka, M.D.

Page 6

1           (On the record at 1:10 p.m.)
2
3           THE VIDEOGRAPHER:  We are now
4    on the record.  My name is Nathan
5    Arndt.  I'm a videographer for Golkow
6    Litigation Services.
7           Today's date is November 15,
8    2019, and the time is 1:11 p.m.
9           This video deposition is being
10   held in St. Louis, Missouri, in the
11   matter of Royce Janzen versus Monsanto
12   Company, for the United States
13   District Court, Northern District of
14   California, San Francisco Division.
15          The deponent is Dr. Kevin T.
16   Palka.
17          Will counsel please identify
18   themselves.
19          MR. DOMINA:  My name is Dave
20   Domina, D-O-M-I-N-A.  I'm here on
21   behalf of the plaintiffs, Mr. and
22   Mrs. Royce Janzen.
23          MR. STEKLOFF:  Brian Stekloff
24   on behalf of Monsanto.
25          MR. WARREN:  Max Warren also on

Page 7

1    behalf of Monsanto.
2           MS. DAVIS:  Diana Davis for
3    Monsanto.
4           THE VIDEOGRAPHER:  The court
5    reporter is Pamela Harrison and will
6    now swear in the witness.
7           (Witness sworn.)
8
9           KEVIN T. PALKA, M.D.,
10
11   of lawful age, having been first duly sworn
12   to testify the truth, the whole truth, and
13   nothing but the truth in the case aforesaid,
14   deposes and says in reply to oral
15   interrogatories propounded as follows,
16   to-wit:
17          EXAMINATION
18   QUESTIONS BY MR. STEKLOFF:
19      Q.    Good afternoon, Doctor.
20          Have you ever been deposed
21   before?
22      A.    Yes, I have been deposed
23   before.
24          MR. DOMINA:  Objections
25   reserved except form and foundation,

Page 8

1    and according to the Rules; is that
2    our program?
3           MR. STEKLOFF:  Sorry.  What do
4    you mean?  I'm not even sure what you
5    mean by "objections reserved."
6           MR. DOMINA:  Well, the federal
7    rules provide that objections are
8    reserved unless we specify otherwise,
9    except those foundations that are --
10   those objections that go to form of
11   the question --
12          MR. STEKLOFF:  Oh.
13          MR. DOMINA:  -- or foundation.
14          MR. STEKLOFF:  Oh, you mean to
15   relevance and other things such as
16   that?  Yeah, you do not have to object
17   to that.
18          MR. DOMINA:  Thank you.
19          MR. STEKLOFF:  Yes.
20          MR. DOMINA:  So I will assert
21   only form or foundation objections, or
22   privilege.  But I don't think there's
23   going to be anything privileged here.
24          MR. STEKLOFF:  Correct.  That
25   is my understanding as well.

Page 9

1           MR. DOMINA:  Thank you very
2    much.
3           MR. STEKLOFF:  Yes.  Yes.
4    QUESTIONS BY MR. STEKLOFF:
5       Q.    And how many times have you
6    been deposed?
7       A.    I believe I've been deposed
8    three times.
9       Q.    Okay.  Can you tell me the
10   circumstances of those three times?
11      A.    Sure.  The dates might be a
12   little fuzzy.
13          The first one I did for a case
14   in Nashville, Tennessee, when I was an
15   attending physician at Vanderbilt University
16   involving a patient of mine who had delayed
17   diagnosis of breast cancer.  And when she
18   presented, she was metastatic and ultimately
19   died.  She sued her primary care doctor who
20   didn't -- didn't do anything, ignored the
21   breast mass and didn't do any further workup.
22          So I worked with her team, her
23   lawyers, to -- in her lawsuit.  So that was
24   one case.
25      Q.    Can I stop you there?

3  (Pages 6 to 9)

Kevin T. Palka, M.D.

Page 10

1    A.   Sure.
2    Q.   Were you an expert?  Were you a
3  retained expert in that case, or were you
4  just a fact witness as her --
5    A.   I was an expert witness in that
6  case.
7    Q.   Okay.  And were you also her
8  treating oncologist?
9    A.   At the time of the case, I was
10  no longer her treating oncologist.
11    Q.   But she had been your patient?
12    A.   I had been, yes.
13    Q.   And approximately what year was
14  that?
15    A.   I moved here in 2013, so
16  probably 2012, 2013, roughly.
17    Q.   Okay.  And you provided
18  opinions in that case on a high level that
19  the primary care physician had not met his or
20  her obligations, medical obligations, and,
21  you know, had not provided a reasonable --
22  provided reasonable care to the patient?
23    A.   Correct.
24    Q.   Did that case go to trial?
25    A.   No, it did not go to trial.

Page 11

1    Q.   It settled before trial?
2    A.   It settled before trial.
3    Q.   What was -- sorry.
4         What was the next time you were
5  deposed?
6    A.   The -- I don't know about the
7  sequence.  So there was another case
8  involving a delayed diagnosis of testicular
9  cancer where the patient presented with a
10  painful testicular mass and went to a
11  urologist who did not -- gave him some
12  antibiotics and didn't think anything else
13  needed to be done, more or less, and the
14  patient did not show up and ultimately
15  developed metastatic disease and died from
16  his cancer.
17         So I worked with the -- the
18  family was suing the urologist and the
19  hospital group.
20    Q.   Where -- where was that
21  litigation?
22    A.   Off the top of my head, I don't
23  know.  I provided a list of the cases
24  with -- to Mr. Domina with --
25    Q.   Okay.

Page 12

1    A.   It should have the state it was
2  involved in.
3         MR. STEKLOFF:  I don't know,
4  Mr. Domina, if we received that, so we
5  might --
6         MR. DOMINA:  I mailed that to
7  you --
8         MR. STEKLOFF:  Oh, you did?
9         MR. DOMINA:  -- while I was in
10  trial in the last couple of weeks.  I
11  can look for it --
12         MR. STEKLOFF:  Got it.
13         MR. DOMINA:  -- and remail it.
14         MR. STEKLOFF:  That's fine.
15         MR. DOMINA:  It was recent.
16         MR. STEKLOFF:  Okay.  I can
17  find it in my email, then.
18  QUESTIONS BY MR. STEKLOFF:
19    Q.   You were an expert in that case
20  as well?
21    A.   I was an expert in that case.
22    Q.   And had you treated the patient
23  in that case?
24    A.   I did not treat the patient in
25  that case.

Page 13

1    Q.   Okay.  And approximately what
2  year was that case?
3    A.   That was while I was in
4  St. Louis.  I would say approximately 2017.
5    Q.   Okay.  And do you recall who
6  the lawyers were in that case?
7    A.   I do not recall.  I have
8  that on that -- I have it all written.  If
9  you need a copy of anything, I'd be happy to
10  provide that later.
11    Q.   That's fine.
12         What was the third instance in
13  which you were deposed?
14    A.   The third case was a physician
15  who did not work up a lung mass, and the
16  patient further -- later on was diagnosed
17  with lung cancer, with Stage 4 lung cancer.
18  That was a Missouri case.  I was actually
19  with the defense on that team.  So I worked
20  with them, and I was deposed.  That was
21  probably 2018.
22    Q.   Okay.  And had that -- had the
23  plaintiff in that case been your patient?
24    A.   No.
25    Q.   Okay.  So it's fair to say you

4  (Pages 10 to 13)

Kevin T. Palka, M.D.

Page 14

```
 1    testified three times in medical --
 2    essentially medical malpractice cases?
 3        A.    Correct.
 4        Q.    Two for the patient,
 5    plaintiffs, and one for the defendant?
 6        A.    Correct.
 7        Q.    And in the case where you were
 8    testifying on behalf of the doctor, you were
 9    saying that he or she offered -- did not
10    commit medical malpractice and offered
11    reasonable care to the patient?
12        A.    Well, I think the gist of it
13    was that the patient was already advanced and
14    that the -- by the time she had presented,
15    she was not in very good shape.  She was very
16    frail.  She was not a candidate for any
17    treatment, so there was not really a lot of
18    options for her by not diagnosing her at the
19    appropriate time.
20        Q.    Got it.
21              And did -- did any of the cases
22    go to trial?
23        A.    No, they have not gone to
24    trial.  One of them, the testicular cancer
25    case, is going to trial next -- early next
```

Page 15

```
 1    year, and I will be doing a -- the court
 2    deposition in December for that one.
 3        Q.    Okay.
 4        A.    I've not done that yet.
 5        Q.    Okay.  And what -- what rates
 6    do you charge in these other litigations?
 7        A.    So I charge -- initially, I
 8    do -- I charge a $1,000 retainer for review
 9    of the records and to provide a statement.  I
10    charge an additional $500 an hour for further
11    record review.  For depositions and court
12    dates, I charge $750 an hour.
13        Q.    And that's the same -- those
14    are the same rates you're charging in this
15    litigation as well?
16        A.    Correct.
17        Q.    So we've now talked through
18    your deposition experience.  I'm not going to
19    go over all the rules, because you have gone
20    through this before, but just a couple of
21    things.
22              If you need a break, just let
23    me know.  We'll try to break every hour or
24    hour and a half anyway, but if you need a
25    break for any other reason, we're not in a
```

Page 16

```
 1    rush, so please let me know.  Okay?
 2        A.    Correct.  Sure.
 3        Q.    And then second, if I ask a
 4    question and you answer it, can I assume you
 5    understand it?
 6        A.    Yes, you can.
 7        Q.    Okay.  You'll let me know if
 8    you don't understand something that I ask?
 9        A.    I will do that.
10        Q.    And when were you first
11    retained in this litigation?
12        A.    Again, I don't know the exact
13    day.  It was probably within the last
14    3 months.
15        Q.    Do you recall who contacted
16    you?
17        A.    So I'm involved with a group
18    that contacts me through -- provides me cases
19    on email, The Expert Institute.
20        Q.    Okay.
21        A.    And so they'll contact me on
22    email and say, "We have" -- you know, "We
23    have a case you might be interested in.  Do
24    you have any conflict of interest with either
25    party?  Here's kind of the details of the
```

Page 17

```
 1    case.  What do you think about this?"  So --
 2    and that was how I got in touch with
 3    Mr. Domina about this case, through them.
 4        Q.    Okay.  So do you recall what
 5    information The Expert Institute provided to
 6    you about this litigation?
 7        A.    They -- I don't remember off
 8    the top of my head the exact details.  They
 9    usually just give a very brief summary of the
10    case, saying that it involved four patients
11    who developed lymphoma, and that case was
12    against a -- four patients with lymphoma, and
13    there was exposure to pesticides.
14              And then usually, we're
15    contacted to really discuss the meat of the
16    matter with the attorneys.  So --
17        Q.    And I'm not going to ask you
18    about discussions you've had with Mr. Domina.
19              So after The Expert Institute
20    contacted you -- well, what -- what
21    interested you in taking the case or, at
22    least, discussing it further with Mr. Domina?
23        A.    You know, it seemed like there
24    was -- just from what they told me, and from
25    our initial discussion, it seemed that there
```

Kevin T. Palka, M.D.

Page 18

1    was -- I thought that there was some merit in
2    the case.  I think -- you know, I can --
3    sometimes, they'll offer you a case, and
4    you'll say, you know, "This is just" -- "This
5    is ridiculous," or, "This is not my area of
6    expertise," or -- and -- you know, like, some
7    kind of surgery and something happens.  It's
8    not really medical oncology.
9            So I just -- I reviewed the
10   case, and it sounded -- seemed like an
11   appropriate case for me and seemed like there
12   was some merit to it.
13       Q.    Had you heard anything about
14   the Roundup litigation before The Expert
15   Institute contacted you?
16       A.    No, I had not.
17       Q.    And when you say that there
18   seemed like there was some merit, what -- and
19   again, I'm not asking about any discussions
20   you had with Mr. Domina, but based on what
21   The Expert Institute sent you, what made you
22   think that there was some merit to the case?
23       A.    So let me -- so going back, so
24   The Expert Institute, it's really just a
25   brief summary.  I can't really -- you know,

Page 19

1    you can see is this a case where it would be
2    appropriate for me, as a medical oncologist,
3    to be involved in it.  Sometimes -- sometimes
4    it's just ridiculous things where you say,
5    "Okay, this is not" -- "This is not something
6    where I can really" -- "It doesn't seem like
7    it's a valid lawsuit, in my opinion."
8            So they just kind of give you
9    the -- so just looking at that, they'd say it
10   was involving a lymphoma, it was involving
11   work exposure to something, to a chemical.
12   So it just seemed like it was in my field
13   that I could be an expert in.
14       Q.    Got it.
15            And then that led you to have
16   further discussions with Mr. Domina?
17       A.    Correct.
18       Q.    Which, without going into the
19   substance, it was those discussions that led
20   you to think there was some merit?
21       A.    Correct.
22       Q.    Okay.  And when you were first
23   contact by The Expert Institute, do you
24   recall whether they specified that Roundup
25   was involved?

Page 20

1        A.    I do not recall that.
2        Q.    Okay.  How did they contact
3    you?  Was it by email or phone?
4        A.    They contact by email.
5    Sometimes, they'll call; but usually, it's
6    email.
7        Q.    And did they take -- do you
8    have to pay them anything, or do you know how
9    they're compensated?
10       A.    I don't know how they're
11   compensated.  I don't pay them anything.
12   They don't pay me anything.  It's all --
13   they're sort of the dating app for --
14       Q.    Mr. Domina may have had to pay
15   them, but you don't have to?
16       A.    So, yeah, I don't receive
17   anything from them.  I just signed up.
18       Q.    Okay.  No problem.  Okay.
19            So I'm going to hand you the
20   report that you wrote in Janzen's case.
21            Do you need a copy?
22            MR. DOMINA:  I'm okay.  Thank
23   you.
24            MR. STEKLOFF:  Okay.
25

Page 21

1    QUESTIONS BY MR. STEKLOFF:
2        Q.    Is this the report that you
3    wrote in that case?
4            I'm marking it Exhibit 1.
5            (Defendant's Exhibit 1 marked
6        for identification.)
7        A.    This is the report I prepared.
8    QUESTIONS BY MR. STEKLOFF:
9        Q.    And does this contain all of
10   the opinions that you intend to offer in
11   Mr. Janzen's case?
12       A.    I don't know if I could say all
13   of the opinions, but I think it's a good
14   summary of what the opinions I would offer in
15   this case.
16       Q.    Okay.  Are there any other
17   opinions that aren't contained in this report
18   that you know, sitting here right now, that
19   you intend to offer?
20       A.    No, there is not -- there are
21   not.
22       Q.    Okay.  So can you tell
23   me -- you conclude that -- with a reasonable
24   degree of medical certainty that the chronic
25   and extensive exposure to Roundup herbicide

6 (Pages 18 to 21)

Kevin T. Palka, M.D.

Page 22

1  was a substantial factor contributing to
2  Mr. Janzen's lymphoma, correct?
3       A.   Correct.
4       Q.   What is the methodology that
5  you used to come to that opinion?
6       A.   So my methodology -- so I'm a
7  practicing clinician.  I'm a medical
8  oncologist.  So I approach this as I would a
9  patient who comes into clinic with a new
10  diagnosis.
11       So in this case, I reviewed his
12  medical records, which would include his past
13  medical history, his family history, his work
14  history.  Reviewed his diagnosis, the reports
15  from his oncology -- treating oncologist, the
16  pathology reports, any imaging.
17       And then, in this case, the
18  question arises was -- you know, in his --
19  during the evaluation of his work history,
20  that he was a farmer who had a very
21  significant exposure to Roundup.
22       And so that brings up the
23  question:  Was this patient's lymphoma
24  related to his work exposure with Roundup?
25       And at that point, I reviewed

Page 23

1  his exposure history to see how extensive it
2  was, to see if he'd been exposed -- if he
3  used Roundup one week in 1964, that probably
4  would not be a significant -- you know, I
5  would not consider that significant.  But he
6  had a fairly extensive history of using
7  Roundup on his farm.
8       And then, at that point -- so
9  now I've established he has a -- you know,
10  his diagnosis, he has this work history.
11  Then we have to figure out is there a link
12  between these two.  Is there any data that
13  supports that Roundup led to his -- was a
14  causative factor in his lymphoma?
15       So at that point, I did a
16  review of some medical literature, looking to
17  see if there was a link between Roundup.  I
18  reviewed the medical literature to see if
19  there -- felt that there was a link between
20  Roundup and lymphoma.
21       So it's kind of a -- you know,
22  as a practicing physician, you develop a
23  differential diagnosis, and you cross things
24  off.  You know, you say, "Are there any other
25  contributing factors here that could lead to

Page 24

1  his lymphoma?"  There's other risk factors,
2  and not to be -- I can't list them all for
3  you, but HIV, hepatitis C, autoimmune
4  diseases, patients who had transplants are at
5  high risk.
6       So you have to go through and
7  make sure that there's nothing else that
8  really could outweigh the risks of the
9  Roundup exposure.
10       So, you know, and as much as we
11  treat patients, you have to do a very
12  systemic evaluation of this and go through in
13  detail to see if there are any -- see how you
14  can link this.
15       Q.   Do you know if Mr. Janzen was
16  exposed to other pesticides during his work
17  history?
18       A.   I would have -- if I could look
19  at his -- have these been -- this was his --
20       MR. DOMINA:  That's a
21       deposition exhibit, but probably you'd
22       want to look at his fact sheet, which
23       I suppose they'll show you.
24  QUESTIONS BY MR. STEKLOFF:
25       Q.   Let me ask you.  Let's turn to

Page 25

1  your report.
2       And do you see page -- on the
3  third page, it says:  "Documents provided to
4  Dr. Kevin Palka by Domina Law Group"?
5       A.   Yes, I see that.
6       Q.   Okay.  Are these all the
7  materials that you reviewed?
8       A.   They are.
9       Q.   Okay.  And you mentioned
10  here --
11       A.   So it would be Item Number 50.
12       Q.   Right.
13       And Item Number 50 was a
14  Roundup Exposure Summary of, among other
15  plaintiffs, Mr. Janzen, correct?
16       A.   Correct.
17       Q.   And so I'll mark that.  We'll
18  mark this as Exhibit 2.
19       (Defendant's Exhibit 2 marked
20       for identification.)
21  QUESTIONS BY MR. STEKLOFF:
22       Q.   Is this the same -- is this
23  what you were referring to that you have
24  another version of it?
25       A.   Yes.  This is the same.

7 (Pages 22 to 25)

Kevin T. Palka, M.D.

Page 26

1    Q.    And so this is the Roundup
2  Exposure Summary for Mr. Janzen, correct?
3    A.    Correct.
4    Q.    Does this tell you whether
5  Mr. Janzen was exposed to pesticides other
6  than Roundup?
7    A.    No, it does not.
8    Q.    Okay.  And so do you -- in
9  fact, if you look at your report in the
10 bottom of the -- on the first page, bottom of
11 the third paragraph, it says:  "There were no
12 other exposures to other carcinogenic
13 chemicals or other herbicides reported,"
14 correct?
15   A.    Correct.
16   Q.    And so is it your understanding
17 that Mr. Janzen was -- is it your opinion
18 that Mr. Janzen was not exposed to other
19 pesticides during his farming career?
20       MR. DOMINA:  Objection.
21     Foundation.  There's no basis for
22     believing that the witness has an
23     opinion on that subject or any
24     knowledge on that subject.
25

Page 27

1  QUESTIONS BY MR. STEKLOFF:
2    Q.    Well, do you have any knowledge
3  of whether he was exposed to other
4  pesticides?
5    A.    I do not.
6    Q.    You don't have knowledge one
7  way or the other?
8    A.    I don't have knowledge one way
9  or the other.  I don't know what else he was
10 exposed to.
11   Q.    Okay.  So Mr. Janzen could have
12 been exposed to other pesticides?
13   A.    Correct, he could have.
14   Q.    He was a farmer for decades?
15   A.    Correct.
16   Q.    Do you know when Roundup first
17 came on the market?
18   A.    I do not.
19   Q.    Do you know when Roundup became
20 more popular, more commonly used by farmers
21 in the agricultural setting?
22   A.    I do not.
23   Q.    Do you know when Mr. Janzen
24 states he first started using Roundup?
25   A.    Looking at the Roundup Exposure

Page 28

1  Summary, it appears he started using that in
2  1984.
3    Q.    Okay.  Do you know if he was
4  farming before 1984?
5    A.    I do not.
6    Q.    Do you know if he was using
7  other pesticides in farming before 1984?
8    A.    I do not.
9    Q.    Do you know if he was using
10 other pesticides in addition to Roundup after
11 1984?
12   A.    I do not.
13   Q.    And do you know if other
14 pesticides have associations with
15 non-Hodgkin's lymphoma?
16   A.    I mean, my -- the focus of my
17 review was Roundup and non-Hodgkin's
18 lymphoma.  So that's what my opinion is based
19 on.
20   Q.    Right.
21   A.    I did not review other
22 pesticides.
23   Q.    So do you know one way or the
24 other whether other pesticides have reported
25 associations with non-Hodgkin's lymphoma?

Page 29

1        MR. DOMINA:  Objection.
2      Foundation.
3    A.    Would you repeat the question,
4  please?
5  QUESTIONS BY MR. STEKLOFF:
6    Q.    Sure.
7        Do you know one way or the
8  other whether other pesticides have reported
9  associations with non-Hodgkin's lymphoma?
10   A.    I do not.
11   Q.    Do you think, in -- you
12 mentioned the term "differential diagnosis"
13 before in describing your methodology; do you
14 recall that?
15   A.    I recall that.
16   Q.    Okay.  In your clinical
17 practice, a differential diagnosis is used to
18 determine the diagnosis -- what the -- not
19 the etiology of a condition, but what the
20 condition is; is that fair?
21   A.    No.
22   Q.    Okay.  Well, a differential
23 diagnosis, for example, is used to determine
24 what subtype of non-Hodgkin's lymphoma one of
25 your patients has; is that correct?

8  (Pages 26 to 29)

Kevin T. Palka, M.D.

Page 30

1    A.    That could be part of a
2  differential diagnosis.
3    Q.    Okay.  And here, you -- is it
4  fair to say that you did not rule -- strike
5  that.
6        You said that you had to
7  identify any other risk factors that
8  Mr. Janzen was exposed to, correct?
9    A.    Correct.
10    Q.    And you mentioned HIV,
11  hepatitis C, Epstein-Barr.  There are other
12  autoimmune diseases that are known risk
13  factors for non-Hodgkin's lymphoma, correct?
14    A.    Correct.
15    Q.    Pesticides are a risk factor
16  for non-Hodgkin's lymphoma, correct?
17    A.    Correct.
18    Q.    You did not determine, as part
19  of your methodology, whether Mr. Janzen had
20  exposure to other pesticides, correct?
21    A.    No.  My focus was on Roundup.
22    Q.    Okay.  And so you didn't
23  also -- you also did not take any steps to
24  rule out exposure to any other pesticide as a
25  potential cause of Mr. Janzen's non-Hodgkin's

Page 31

1  lymphoma, correct?
2    A.    Correct.
3    Q.    Okay.  I actually want to
4  walk -- take a step back and walk through
5  your CV a little bit.
6        So when you were -- just
7  starting with your medical education, I see
8  you went to undergrad at Duke; is that
9  correct?
10    A.    Correct.
11    Q.    I will warn you that I went to
12  UNC Chapel Hill, which might change the tone
13  of this deposition.
14        MR. DOMINA:  I'll warn you that
15  my son is a professor at your alma
16  mater.
17        MR. STEKLOFF:  Oh, that's
18  excellent.  All right.  So we have --
19  we have a --
20        MR. DOMINA:  Two to one on the
21  witness.
22        MR. STEKLOFF:  Yeah, exactly.
23    A.    Mr. Stekloff, I'll try not to
24  hold it against you, and I will try to use
25  small words and pictures as possible.

Page 32

1        MR. STEKLOFF:  I'll resist
2  making any other jokes.
3  QUESTIONS BY MR. STEKLOFF:
4    Q.    When you were at University of
5  Texas at Southwestern to obtain your MD, did
6  you start to focus on any particular area
7  there?
8    A.    I focused on -- so at that
9  point, I was already interested in oncology.
10  My background is in genetics and molecular
11  biology at Duke.  So that kind of gets you
12  into the cancer field a lot, just in many
13  ways.  So I was always interested in
14  oncology.
15    Q.    And is that what led you to go
16  into residency in internal medicine?
17    A.    Correct.  You have to do a
18  residency in internal medicine before you can
19  proceed to a fellowship in
20  hematology/oncology.
21    Q.    Okay.  And then you did your
22  fellowship at Vanderbilt, which you mentioned
23  earlier?
24    A.    Correct.
25    Q.    And following completion of

Page 33

1  your fellowship at Vanderbilt, what was your
2  first position?
3    A.    So after I completed my
4  fellowship at Vanderbilt, I had a joint
5  faculty appointment as assistant professor of
6  medicine at Vanderbilt University at Meharry
7  Medical College in Nashville.
8    Q.    And at that time, between 2009
9  and 2012, what was the breakdown of your
10  patient work versus teaching or research or
11  other work?
12    A.    So I've always been a clinical
13  person.  So I don't do basic science bench
14  research.  I don't have a laboratory.  I've
15  done some laboratory work, but I've never
16  had -- I've never been a laboratory
17  physician.
18        So the majority -- I saw
19  patients -- I was involved in teaching the
20  residents, fellows, and medical students at
21  both -- both locations.  But that's usually
22  clinical teaching, doing the -- going over
23  patients in clinic or in the hospital.  So
24  not -- usually, it was not classroom.
25    Q.    Right.

Kevin T. Palka, M.D.

Page 34

1    It wasn't lectures; it was
2 on-hands training?
3    A.   Correct.
4    Q.   Yeah.  Hands-on training.
5    And what percentage of your
6 patients that you were treating -- focusing
7 on those 2009 to 2012 years had non-Hodgkin's
8 lymphoma?
9    (Reporter clarification.)
10    A.   It's difficult to say.  At the
11 Vanderbilt site, I had a neuro-oncology
12 clinic.  So I managed brain tumor patients
13 there.
14    On the Meharry side, it was a
15 general oncology clinic.  So if we saw a
16 patient with non -- so the Meharry Medical
17 College was involved with Nashville General
18 Hospital, which is the safety-net hospital.
19 So the uninsured patients and the homeless
20 patients and the indigent patients.  So it
21 was just a, you know, grab bag of patients.
22 We saw everything in the clinic.  It was a
23 fellow-run clinic.
24    So, you know, number-wise,
25 non-Hodgkin's lymphoma is not as common as

Page 35

1 breast cancer and lung cancer and colon
2 cancer, but I did treat those patients in
3 that clinic.
4    QUESTIONS BY MR. STEKLOFF:
5    Q.   And then what brought you to
6 St. Louis -- or before, you went to Illinois?
7    A.   Correct.  I was at
8 St. Anthony's Medical Center in Alton,
9 Illinois.
10    Q.   For 2 years?
11    A.   For 2 years.
12    Q.   And what was the focus -- what
13 was the patient population that you were
14 treating there?
15    A.   So it's a very blue-collar
16 factory town.  It was, again, a general
17 oncology clinic covering the hospital,
18 inpatient consults, and seeing whatever
19 patients would -- would present to the
20 clinic.
21    Q.   In those -- starting in
22 Nashville, were you treating farmers at
23 times?
24    A.   Well, I would say Nashville is
25 pretty fairly metropolitan.  Some of the

Page 36

1 brain tumor patients might have been farmers
2 because they come in from all over Tennessee.
3    The Alton patients were usually
4 more factory workers.  I'm sure there may
5 have been some farmers there.  I don't know.
6    Q.   Okay.  Were the factory workers
7 exposed to chemicals and other things during
8 their work?
9    A.   They were.
10    Q.   Okay.  And can you estimate
11 what percentage of the patients that you were
12 treating in -- in Alton were -- had
13 non-Hodgkin's lymphoma?
14    A.   I really couldn't give you an
15 estimate.  It was not that common.
16    Q.   Okay.  So less than -- less
17 than 25 percent of the patients that you saw?
18    A.   I think less -- that would be
19 correct.
20    Q.   Okay.  And then what about --
21 what brought you to St. Louis?
22    A.   So I was actually -- Alton is
23 just across the river.  So I was in -- I
24 lived in St. Louis.  So I just decided I
25 wanted to get into a more academic position.

Page 37

1 You know, I like being with trainees,
2 fellows, and residents, and having a little
3 more focus, specializing.
4    Q.   Has your work changed in terms
5 of clinical work versus research or
6 lecture-type academic work, or is it still --
7    A.   No, it's still pretty much the
8 same.
9    Well, so, at the St. Anthony's
10 job, there were no trainees, there was no --
11    Q.   Right.
12    A.   -- residents, so I didn't do
13 any of that there.  But since -- so I was at
14 St. Louis University; now I'm at Washington
15 University.
16    Q.   Okay.  And close to 100 percent
17 of your work is clinical care for patients?
18    A.   Correct.
19    Q.   And what about at St. Louis --
20 starting with St. Louis University, what
21 percentage of work related to non-Hodgkin's
22 lymphoma there?
23    A.   So -- and let me just revise
24 that.
25    So at St. Louis University, I

10  (Pages 34 to 37)

Kevin T. Palka, M.D.

Page 38

1   was also the fellowship program director for
2   the hematology-oncology fellowship. So I had
3   a -- part of my time was dedicated protected
4   time to deal with that.
5       Q.   Okay.
6       A.   So it was just sort of academic
7   thing. But again, I had no laboratory work.
8           At St. Louis University, we
9   would cover the inpatient service. So we
10  would see consults on patients with lymphoma.
11          I also, to keep up with the
12  topics, leukemia and lymphomas, I would cover
13  the inpatient service, which focused only on
14  leukemia and lymphoma where they would be
15  referred from outside hospitals there. So I
16  was the attending on that service for a
17  couple rotations a year.
18      Q.   Okay. But still, patients with
19  non-Hodgkin's lymphoma were the minority of
20  your patients?
21      A.   Correct.
22      Q.   And is that true also at
23  Washington University?
24      A.   Correct.
25      Q.   And at -- I mean, has your

Page 39

1   practiced changed at all at Washington
2   University, as compared to what we've spoken
3   about?
4       A.   It's -- it's -- so I have sort
5   of -- I have two roles at Washington
6   University. So I am the covering oncologist,
7   the consult oncologist at one of the
8   hospitals in town. So in that setting, I
9   will see -- if a patient gets admitted,
10  they -- some of them have lymphoma. I will
11  see them and manage them in the hospital.
12  Sometimes we will start those patients on
13  treatment in the hospital. This is a
14  satellite hospital.
15          And then, in the clinic, I
16  focus on clinical trials, and head and neck
17  cancer, and lung cancer.
18      Q.   Okay. So you have more of a
19  research role at Washington University?
20      A.   Well, I mean, a little bit.
21  It's still not bench research. It's seeing
22  patients in clinic and working with -- to try
23  to -- the goal of Siteman and Wash U is to
24  put patients on clinical trials, to develop
25  clinical trials.

Page 40

1       So one of the things we look at
2   is for us, the physicians, to develop your
3   own clinical trials and to put patients on
4   those.
5       So it's not really laboratory
6   work. It's still seeing patients in the
7   clinic. You know, little focus-based.
8   Instead of doing the standard-of-care
9   treatment, you do clinical trials.
10      Q.   So what percentage of your work
11  relates to clinical trials now?
12      A.   Right now, it's low because we
13  don't -- we just opened up a new Siteman
14  center. So they're -- part of my role is to
15  bring the clinical trials up there. So it's
16  low right now, but the expectation is that it
17  will improve, it will go up a lot.
18      Q.   Prior to opening up this new
19  center, what percentage of your work was
20  relating to clinical trials?
21      A.   Oh, probably less than -- I
22  mean, less than 10 percent.
23          MR. DOMINA: May I ask for
24  clarification here?
25          Is your reference to percentage

Page 41

1   of work to patient load or total
2   professional time, not patient
3   numbers?
4           MR. STEKLOFF: Patient --
5   percentage of time. In other words --
6           MR. DOMINA: I don't know if
7   you communicated clearly.
8           MR. STEKLOFF: Okay.
9           MR. DOMINA: If there's a
10  difference there, I'm not sure.
11      A.   And so I'll say I still -- my
12  main role is to see patients in clinical
13  setting, whether in the hospital or in the
14  clinic, to treat them, to do consultative
15  work. We do have some -- you know, there's
16  more teaching in the academic setting.
17          And then the outpatient clinic,
18  that's where the clinical trials are -- we
19  present them.
20  QUESTIONS BY MR. STEKLOFF:
21      Q.   Okay.
22      A.   It's not -- we're not -- you
23  know, we're not spending 3 days a week
24  sitting there writing trials.
25      Q.   Understand. Understand.

11  (Pages 38 to 41)

Kevin T. Palka, M.D.

Page 42

1     And it sounds like the trials
2 are --
3     A.   Yeah.
4     Q.   -- hands-on with patients --
5     A.   Uh-huh.
6     Q.   -- but you're trying to have
7 patients participate in clinical trials.
8     A.   Correct.
9     Q.   Okay.  And is it still fair to
10 say that at Washington University,
11 non-Hodgkin's lymphoma patients are a
12 minority of your patients?
13     A.   Correct.
14     Q.   Still less than 25 percent?
15     A.   Correct.
16     Q.   But is it also fair to say
17 you've treated, over your career -- can you
18 approximate how many non-Hodgkin's lymphoma
19 patients you've been involved in their
20 treatment?
21     A.   Oh, that's difficult to say.
22     For example, at the SLU
23 inpatient service, you might have 10 patients
24 on that service getting active treatment that
25 you're managing.  So it's very concentrated.

Page 43

1     And then, in the -- at Meharry
2 and -- well, mainly the Meharry side, it
3 might be a couple a month.  I mean, it's --
4 again, it's not as a common cancer as some.
5     Q.   As breast cancer?
6     A.   Breast cancer or lung cancer,
7 so --
8     Q.   But it's fair to say dozens
9 over your career?
10     A.   Correct.
11     Q.   Okay.  And just to focus a
12 little bit on the clinical trials,
13 understanding your -- understanding your role
14 in these clinical trials, which is to
15 actually treat the patients who are going
16 through them, are they often to identify new
17 drugs to help treat cancer?
18     A.   Correct.  Sometimes, it's
19 looking at new combinations of drugs.  So
20 using two established therapies and combining
21 them to see toxicity and efficacy.
22     Sometimes, there are new drugs
23 that are developed, or some of them are
24 looking at supportive care protocols or
25 biomarkers or genetic information.

Page 44

1     There's a lot of things I do at
2 Wash U.
3     Q.   Have you been involved in
4 clinical trials that have been sponsored by
5 pharmaceutical companies?
6     A.   I have.
7     Q.   And have you been involved in
8 clinical trials that have been sponsored by
9 Bayer?
10     A.   I have not.
11     Q.   Certainly, there's nothing
12 inappropriate about pharmaceutical companies
13 sponsoring clinical trials at academic
14 institutions?
15     MR. DOMINA:  Objection.  Form.
16     Go ahead and answer.
17     A.   Could you rephrase?
18 QUESTIONS BY MR. STEKLOFF:
19     Q.   Sure.
20     There's nothing inappropriate
21 about pharmaceutical companies sponsoring
22 clinical trials at academic institutions?
23     MR. DOMINA:  Same objection.
24     A.   No.
25

Page 45

1 QUESTIONS BY MR. STEKLOFF:
2     Q.   It's an important part of the
3 medical practice?
4     MR. DOMINA:  Same objection.
5 Form.
6     A.   Correct.
7 QUESTIONS BY MR. STEKLOFF:
8     Q.   And identifying medicines that
9 can help treat patients with cancer?
10     MR. DOMINA:  Form.
11     A.   Correct.
12 QUESTIONS BY MR. STEKLOFF:
13     Q.   Now, you're not an expert in
14 pesticides, correct?
15     A.   Correct.
16     Q.   And you've never done any
17 research involving pesticides?
18     A.   Correct.
19     Q.   You've never published any
20 paper -- peer-reviewed literature on
21 pesticides?
22     A.   Correct.
23     Q.   Prior to becoming an expert in
24 this case, you were not familiar with any
25 peer-reviewed literature on glyphosate or

12  (Pages 42 to 45)

Kevin T. Palka, M.D.

Page 46

1    Roundup; is that fair?
2        A.    Correct.
3        Q.    And the literature that you
4    have now reviewed with respect to glyphosate
5    or Roundup, that's all listed on this
6    "Documents Provided to Dr. Palka," the three
7    pages, correct?
8        A.    Correct.
9        Q.    So if there's some -- if
10   there's an article out there that's not
11   listed on these three pages, it's fair --
12   relating to Roundup or glyphosate, it's fair
13   to say you haven't reviewed it; is that
14   correct?
15       A.    Actually, let me correct
16   myself.  There was a recent -- there was one
17   other article that I reviewed.  I have it
18   with me.
19             MR. DOMINA:  I just provided
20   it.  I can disclose the name if you
21   wish me to.
22             MR. STEKLOFF:  Yeah, that would
23   be helpful.
24             MR. DOMINA:  It's Zheng's
25   article.  Z-H-E-N-G.

Page 47

1             MR. STEKLOFF:  Z-H-A-N-G?
2             MR. DOMINA:  Z-H-E-N-G.
3             MR. STEKLOFF:  E-N-G.
4             MR. DOMINA:  E-N-G.
5             MR. STEKLOFF:  Yes.  Okay.
6        A.    And then there was also the
7    Pahwa, or whatever -- that other -- there was
8    one other article too.
9             MR. DOMINA:  I'll look to see.
10   I can't remember it right now.
11       A.    I believe I have it with me.  I
12   can provide it.
13   QUESTIONS BY MR. STEKLOFF:
14       Q.    Yeah.  If you -- do you mind --
15   is it in the pile right there?
16       A.    No.  It's in my --
17       Q.    Okay.  On the next break, we
18   can get it.
19       A.    Okay.  Next break.
20       Q.    You don't have to stop now.
21             So basically, the articles --
22   all of the articles relating to Roundup or
23   glyphosate that you've reviewed are on this
24   lists with two additions:  one is the
25   Zheng -- is it meta -- is that a

Page 48

1    meta-analysis?
2        A.    Yes.
3        Q.    And then one other article
4    you're going to find on the break?
5        A.    Correct.
6        Q.    If it's not on this list or
7    those two articles and it relates to Roundup
8    or glyphosate, you have not reviewed it; is
9    that fair?
10       A.    Correct.
11       Q.    Have you reviewed a paper by
12   Dr. Pahwa, the North American Pooled Project?
13             MR. DOMINA:  That's what he's
14   thinking of.
15       A.    That's -- that's the one I
16   have --
17   QUESTIONS BY MR. STEKLOFF:
18       Q.    Oh, that's the article?  Okay.
19       A.    That's the article I have.
20   QUESTIONS BY MR. STEKLOFF:
21       Q.    Perfect.  Okay.
22       A.    Yes.  You read my mind.
23       Q.    There you go.
24             And did that paper impact or
25   alter any of your opinions?

Page 49

1        A.    No, it did not.
2        Q.    Okay.  Did the Zheng paper
3    impact or alter any of your opinions?
4        A.    No, it did not.
5        Q.    Did you read any papers
6    relating to the Agricultural Health Study?
7        A.    I'd have to look at the paper
8    to see what it -- which paper you're
9    referring to.
10       Q.    Okay.  Have you heard of the
11   Agricultural Health Study?
12       A.    Yes.
13       Q.    What -- describe for me what
14   the Agricultural Health Study is.
15       A.    Yeah, I couldn't -- off the top
16   of my head, I couldn't tell you what that
17   involved.  I'd have to look at the paper.
18       Q.    Okay.  All right.  That's fine.
19             THE VIDEOGRAPHER:  Doctor,
20   would you mind moving up your mic?  It
21   almost fell off.
22   QUESTIONS BY MR. STEKLOFF:
23       Q.    Dr. Janzen, is it fair to say
24   you've never told one of your patients
25   that --

13  (Pages 46 to 49)

Kevin T. Palka, M.D.

Page 50

1    A.   Dr. Palka.
2    Q.   Dr. Palka.  What did I say,
3  Dr. Janzen?
4    A.   Yeah.
5    Q.   Dr. Palka -- at least it wasn't
6  the first name, right?
7    A.   Yes.
8    Q.   I apologize about that.
9         Dr. Palka, is it fair to say
10  that you've never told one of your patients
11  that his or her non-Hodgkin's lymphoma was
12  caused by Roundup?
13    A.   Correct.
14    Q.   And you've never told -- you
15  obviously work with other oncologists,
16  correct?
17    A.   Correct.
18    Q.   You've never told another
19  oncologist, at any of the institutions where
20  you've worked, that one of his or her
21  patients' cancers was caused by Roundup,
22  correct?
23    A.   Correct.
24    Q.   You've never told another
25  oncologist at one of the institutions where

Page 51

1  you work that you believe Roundup causes
2  cancer, correct?
3    A.   Correct.
4    Q.   You've never -- you work with
5  pathologists as well, right?
6    A.   Correct.
7    Q.   You've never told a pathologist
8  at one of the institutions where you work
9  that you think that Roundup causes cancer,
10  correct?
11    A.   Correct.
12    Q.   You've never told any doctor
13  that you were working with that you think
14  that Roundup causes cancer, correct?
15    A.   Correct.
16    Q.   You've certainly never
17  published anything that says that Roundup
18  causes cancer?
19    A.   Correct.
20    Q.   You've never presented at a
21  conference or symposium or other event that
22  you believe Roundup causes cancer?
23    A.   Correct.
24    Q.   You've never told a medical
25  student, whether a resident or a fellow, that

Page 52

1  you were training that you believe Roundup
2  causes cancer?
3    A.   Correct.
4    Q.   You've never taught a medical
5  student, whether a resident, a fellow or
6  otherwise, that they should be even analyzing
7  whether Roundup caused a patient's cancer,
8  correct?
9    A.   That's never come up.
10    Q.   You're still teaching medical
11  students today?  Maybe not literally today,
12  but --
13    A.   Not so much.  We'll have
14  residents and fellows in clinic.  I don't --
15  at this point, I'm not teaching medical
16  students.  I was at St. Louis University, but
17  not --
18    Q.   Okay.
19    A.   -- at Wash U.
20    Q.   What about residents and
21  fellows?  Are you teaching them?
22    A.   Yes.
23    Q.   Okay.  So you're responsible
24  for their training as -- as oncologists?
25    A.   Partly responsible.

Page 53

1    Q.   Yes.
2         And you're not training them to
3  assess whether Roundup causes their patients'
4  non-Hodgkin's lymphoma?
5    A.   Correct.
6    Q.   And you're not -- you don't ask
7  your patients whether they -- who have
8  non-Hodgkin's lymphoma whether they are
9  currently using Roundup, correct?
10    A.   Well, we do take a work
11  history, so that -- that may come up in a
12  work history with a patient.
13    Q.   Right.
14         If it's part of their job, it
15  might come up, correct?
16    A.   Correct.
17    Q.   But if they -- if it's just
18  someone who uses it in their yard, you're not
19  asking them, correct?
20    A.   Correct.
21    Q.   And so you could have a patient
22  who uses Roundup on a regular basis in their
23  yard and develops non-Hodgkin's lymphoma, and
24  you wouldn't know, right?
25    A.   Correct.

14  (Pages 50 to 53)

Kevin T. Palka, M.D.

Page 54

1      Q.    And you also, therefore,
2   wouldn't be able to tell them to stop using
3   Roundup, correct?
4      A.    Correct.
5      Q.    And typically, when you have
6   patients who develop cancer, any type of
7   cancer, and you believe you know the cause,
8   do you try to tell them to -- do you either
9   try to cure the cause or try to avoid the
10  exposure?
11     A.    Could you repeat that, please?
12     Q.    Sure.  So I'll use an example,
13  but there could be other examples.
14         If you have a patient who
15  develops lung cancer from -- and you believe
16  it was a result of smoking, do you try to
17  stop -- tell that patient to stop smoking?
18     A.    I do.
19     Q.    Why?
20     A.    So there's a couple reasons:
21  one -- well, there's many reasons:  one,
22  cigarette smoking can lead to cardiovascular
23  issues.  So strokes, heart attacks, other
24  life-threatening conditions.
25         Two, chemotherapy is more

Page 55

1   effective when you're not smoking.  The
2   carcinogen -- the products in the cigarettes
3   can impair the metabolism of chemotherapy
4   drugs.
5          And, three, probably most
6   importantly, you know, if we're trying to
7   cure a patient of lung cancer, smoking is the
8   big risk factor, so we want -- don't want
9   them to get a second lung cancer, head/neck
10  cancer, pancreas cancer.
11     Q.    And so I really want to focus
12  on the third reason you just mentioned.
13         As a general matter, if you
14  have a patient who develops cancer, is it
15  important to you to eliminate the risk factor
16  that may have been the cause of that person's
17  cancer?
18     A.    It is.
19     Q.    Okay.  And so with respect to
20  Roundup, if Roundup has ever, in your -- in
21  one of your patients, been -- strike that.
22         You've never told a patient who
23  was using Roundup and developed non-Hodgkin's
24  lymphoma to stop using Roundup, correct?
25     A.    I've never had a patient who

Page 56

1   I've known was using Roundup, so I couldn't
2   tell them to stop.
3      Q.    Do you know if Mr. Janzen
4   stopped using Roundup after his diagnosis?
5      A.    Again, I would have to refer to
6   his exposure history and his -- so just
7   looking at his medical records and my
8   notations, so he was treated for his lymphoma
9   in 2013, and the data -- the information that
10  I have was that he was no longer using after
11  2014.
12     Q.    Okay.  And that's the best
13  information that you have?
14     A.    Yes.
15     Q.    Did you review Mr. Janzen's
16  deposition?
17     A.    I did not.
18     Q.    Why -- why didn't you review
19  that?
20         MR. DOMINA:  I didn't supply
21  it.
22     A.    I never received it.
23  QUESTIONS BY MR. STEKLOFF:
24     Q.    Okay.  So maybe that queues up
25  the better question.

Page 57

1          How did you -- do you
2   know -- I'm not asking for conversations that
3   you had, to be clear, but do you know how
4   Mr. Domina or other lawyers that he works
5   with selected the items that -- that you were
6   provided?
7          And so I'm not asking you
8   to -- I'm only asking you if you can tell me
9   without telling me something that Mr. Domina
10  told you.
11     A.    No, I don't know why those
12  specific articles were selected.  I think
13  some of them are -- couple of them are very
14  important landmark articles.
15     Q.    Did you make any requests to
16  Mr. Domina or his colleagues about items that
17  you wanted to review, or did you just rely on
18  them to use their judgment?
19     A.    So I make sure -- I want to
20  make sure that I have all their medical
21  records, so I did -- I had -- I received all
22  the medical records, especially pathology
23  reports, radiology reports, treatment
24  history, especially oncology notes.
25  Oncologists are usually very anal about

15  (Pages 54 to 57)

Kevin T. Palka, M.D.

| | Page 58 |
|---|---|

1    putting in a detailed history of what their
2    treatment was. So that -- I requested all
3    that, definitely.
4        Q.   Beyond the medical records of
5    Mr. Janzen or the other plaintiffs, for the
6    other items, the nonmedical-record items, did
7    you make any requests, or did you just rely
8    on Mr. Domina and his colleagues to provide
9    you with the materials?
10       A.   I received what Mr. Domina
11   supplied.
12       Q.   So you just relied on them to
13   pick the studies that you should review?
14       A.   Correct.
15       Q.   You relied on them to give you
16   the Roundup Exposure Summary that we've
17   marked as Exhibit 2?
18       A.   Correct.
19       Q.   Where you received other
20   reports by experts in other cases, you relied
21   on Mr. Domina to choose those reports?
22       A.   Correct.
23       Q.   And where you received some
24   depositions -- for example, you can see Items
25   55 and 56, Dr. Wender and Dr. Lunning --

| | Page 59 |
|---|---|

1    you -- which are in different cases, to be
2    clear -- you relied on Mr. Domina and his
3    colleagues to provide you with those?
4        A.   Correct.
5        Q.   And then you didn't make any
6    further requests for other items you wanted
7    to review; is that fair?
8        A.   Correct.
9        Q.   So, for example, you received
10   the deposition of Mr. Domina's oncologist and
11   Mr. Pollard's oncologist. You didn't go back
12   and say, "Can you send me the deposition of
13   Mr. Janzen's oncologist?"
14       A.   I didn't know there -- if there
15   was a deposition to request, so I did not do
16   so.
17       Q.   Right. You didn't ask one way
18   or the other?
19            MR. DOMINA:  I don't know if it
20       was taken at the time.
21            (Reporter clarification.)
22            MR. DOMINA:  I don't think it
23       was taken at the time, was it?
24            MR. STEKLOFF:  Okay. I don't
25       know.

| | Page 60 |
|---|---|

1            MR. DOMINA:  I'm not sure.
2    QUESTIONS BY MR. STEKLOFF:
3        Q.   But sitting here today, you
4    still have not asked to review, if it has
5    been taken, Mr. Janzen's oncologist's
6    deposition?
7        A.   Mr. --
8        Q.   Mr. Janzen's oncologist's
9    deposition.
10       A.   No, I have not.
11       Q.   And I think, actually,
12   Mr. Domina earlier mentioned something called
13   a plaintiff fact sheet.
14            You've never seen a plaintiff
15   fact sheet for Mr. Janzen, correct?
16       A.   I'm not familiar with that
17   term. I don't know if you have an example of
18   what --
19       Q.   It's not listed on your
20   documents provided, correct?
21       A.   Correct.
22            Let me just -- I don't know
23   what that term means, so --
24       Q.   I understand. It's a legal
25   term. It's a legal document that Mr. Domina

| | Page 61 |
|---|---|

1    is familiar with.
2            MR. DOMINA:  And I think that
3        what happened here is there were two
4        mailings. There was an initial one
5        that included the fact sheet, and
6        maybe only that; and then a second one
7        that was the mass.
8            MR. STEKLOFF:  Okay.
9            MR. DOMINA:  I think he has
10       seen the fact sheets, but you'll
11       probably have to show them to him.
12            MR. STEKLOFF:  Okay. That's
13       fine.
14            MR. DOMINA:  I think that's
15       probably the only other --
16   QUESTIONS BY MR. STEKLOFF:
17       Q.   I will show you now --
18            MR. DOMINA:  Probably the only
19       other item.
20   QUESTIONS BY MR. STEKLOFF:
21       Q.   I'll mark as Exhibit 3 -- I'm
22   not, to be clear, trying to trick you.
23       A.   Sure.
24       Q.   It's a legal term.
25       A.   Yeah, I just don't know what

16  (Pages 58 to 61)

Kevin T. Palka, M.D.

Page 62

1    you're referring to, so I just want to make
2    sure --
3         Q.   Right.
4         A.   -- I --
5         Q.   I'm going to show you --
6         A.   -- have an example.
7              (Defendant's Exhibit 3 marked
8    for identification.)
9              MR. DOMINA:  If you want to go
10   off the record a minute.  Why don't we
11   just take a little short break right
12   now?  It's about time.
13             MR. STEKLOFF:  Sure.  We can go
14   off the record.
15             THE VIDEOGRAPHER:  We are going
16   off the record at 2:03 p.m.
17             (Off the record.)
18             THE VIDEOGRAPHER:  We are back
19   on the record at 2:16 p.m.
20   QUESTIONS BY MR. STEKLOFF:
21        Q.   I'm handing you what we marked
22   as Exhibit 3.
23             So this, Dr. Palka, is a
24   plaintiff fact sheet.  This is Mr. Janzen's
25   plaintiff fact sheet.

Page 63

1              Is this something that you've
2    seen before?
3         A.   I do not think I've seen this,
4    no.
5         Q.   Okay.  If you can turn to --
6    back to Exhibit 1, your report -- well,
7    actually, let me ask you a different
8    question.
9              How many hours -- do you know
10   how many hours you've billed thus far in the
11   litigation, before today?
12        A.   Before today --
13        Q.   Approximately.
14        A.   -- approximately, because there
15   were four cases, I received retainer for the
16   four separate cases, basically.
17        Q.   So $4,000?
18        A.   Yes.
19        Q.   And do you know how much of
20   that retainer you've exhausted?
21        A.   All of it.
22        Q.   Okay.  Have you billed for
23   more -- additional hours above and beyond the
24   retainer?
25        A.   I have not billed for anything

Page 64

1    yet.
2         Q.   Okay.  Can you estimate at all,
3    sitting here right now, how many hours you've
4    spent -- let's just do all four cases --
5    reviewing the medical -- in total reviewing
6    the medical records and then the other
7    materials and writing the four reports?
8         A.   So reviewing the -- it was a
9    fairly big stack of medical records.  I would
10   say -- I try to go through everything pretty
11   thoroughly, especially the treatment.  I
12   mean, that was probably 2 hours per --
13        Q.   For each of the four?
14        A.   For each of the four.
15        Q.   So about eight?
16        A.   Initially reviewing the medical
17   records, and then some -- and the medical
18   literature too.
19        Q.   Okay.  So reviewing the medical
20   records and then the materials listed in your
21   report were approximately total of 8 hours?
22        A.   It was -- it was probably more
23   than that.  I mean, the medical records was
24   about 2 hours each.
25        Q.   Okay.

Page 65

1         A.   And then some additional time
2    spent looking through all the -- I mean, it
3    was a fairly long list of -- you know, not
4    all of them I went through with a fine-tooth
5    comb, but I tried to go through.  And then we
6    also did do some review that I have not
7    billed for yet.
8         Q.   Okay.
9         A.   So probably another 4 hours --
10        Q.   Okay.
11        A.   -- I have not submitted a bill
12   for yet.
13        Q.   Okay.  So maybe -- I'm just
14   trying to estimate.  Maybe 10 to 15 hours,
15   total, across the 4 cases?
16        A.   I think that would be a good
17   estimate.
18        Q.   Okay.  Can you estimate how
19   long it took you to write each -- well, do
20   you know which report you wrote first out of
21   the four?
22        A.   I don't know that.
23        Q.   Okay.  Can you estimate how
24   long it took you to write the first report?
25        A.   It probably took 45 minutes.

17  (Pages 62 to 65)

Kevin T. Palka, M.D.

Page 66

1  Q.   And then is it fair to say, for
2  each subsequent report, you just used the
3  template provided and substituted in the
4  individual facts?
5  A.   I mean, to some extent.  I
6  think my background information was the same.
7  Q.   Right.
8  A.   But going -- I went through and
9  made sure that the information about their
10 treatment and the date of diagnosis and all
11 that was correct.  So made sure that I went
12 through.  And then also there is their
13 Roundup exposure.
14 Q.   Right.  Okay.
15 A.   So yes.
16 Q.   So I see that in your -- not in
17 the documents provided, but in your report
18 for Mr. Janzen, you specifically call out two
19 studies:  the -- and I'm looking at the
20 bottom of the first page -- the McDuffie
21 study and then the Eriksson study; do you see
22 that?
23 A.   I do.
24 Q.   And what was it that led you to
25 specifically describe parts of those studies?

Page 67

1         MR. DOMINA:  Do you want to
2  take them one at a time?
3         MR. STEKLOFF:  Sure.
4  QUESTIONS BY MR. STEKLOFF:
5  Q.   I'm actually asking more of a
6  process question.
7         How is it that you chose those
8  two studies as opposed to any other studies
9  available?
10 A.   To -- I mean, again, I think it
11 would be -- I need to refresh -- I don't have
12 them all memorized about what's in them.  I
13 don't know if you have those available to
14 review.
15 Q.   Sure.
16        I'm happy to show you McDuffie
17 and Eriksson, but just as a process matter,
18 can you describe for me why it is that you --
19 I'm not asking about the specifics of the
20 studies.  I'm just trying to understand --
21 you know, you were given -- I don't know --
22 20 to 30 studies.
23        So what is it that made you
24 specifically discuss these two in your
25 report?

Page 68

1  A.   So, I mean, some of those
2  studies were more preclinical and what -- you
3  know, animal carcinogenicity models.  These
4  were more clinical articles talking about the
5  exposure, pesticides, and lymphoma.  They
6  mentioned glyphosate specifically.  And they
7  seemed to have good scientific merit.
8         MR. STEKLOFF:  Okay.  Can we go
9  off the record?
10        THE VIDEOGRAPHER:  We are going
11 off the record at 2:22 p.m.
12        (Off the record.)
13        THE VIDEOGRAPHER:  We are back
14 on the record at 2:25 p.m.
15 QUESTIONS BY MR. STEKLOFF:
16 Q.   If I talk about the concept, in
17 these epidemiology studies, of adjusting for
18 other pesticides, do you know -- is that --
19 do you understand that concept?
20 A.   I understand that concept.
21 Q.   Okay.  And so because -- do you
22 agree that other -- exposure to other
23 pesticides can confound the glyphosate
24 results in these studies?
25 A.   In the studies?

Page 69

1  Q.   Yeah.
2  A.   Yes.
3  Q.   Okay.  And so do you agree that
4  it was important, in the articles -- let me
5  strike that.
6         Was it -- what importance did
7  it have, in forming your opinions, whether
8  results you were looking at were adjusted for
9  other pesticides or not?
10 A.   Again, I'd really have to look
11 at the specific articles.  I can't recall off
12 the top of my head what -- how those were
13 involved in these two articles.
14 Q.   Okay.  So I'll show you these
15 two articles.
16        MR. STEKLOFF:  Can I get
17 Eriksson and McDuffie?
18 QUESTIONS BY MR. STEKLOFF:
19 Q.   I mean, sitting here right now,
20 do you know whether Eriksson or McDuffie
21 adjusted for other pesticides in their -- in
22 forming their conclusions?
23 A.   I cannot tell you that off the
24 top without the article.
25 Q.   All right.  So I'm going to

Kevin T. Palka, M.D.

Page 70

1    mark -- which one? -- you said McDuffie
2    first, so I will mark McDuffie as Exhibit 4.
3            (Defendant's Exhibit 4 marked
4        for identification.)
5    QUESTIONS BY MR. STEKLOFF:
6        Q.    And Eriksson as Exhibit 5.
7            (Defendant's Exhibit 5 marked
8        for identification.)
9            MR. STEKLOFF:  Mr. Domina, do
10   you want copies?  I have extras.
11           MR. DOMINA:  That's okay.
12   Well, if you've got them there, maybe
13   I will.  I can read along.  Thank you.
14   QUESTIONS BY MR. STEKLOFF:
15       Q.    So McDuffie is Exhibit 4 and
16   Eriksson is Exhibit 5.
17           So starting with the McDuffie
18   article, do you know if the authors of that
19   article adjusted for other pesticides in
20   reporting any alleged associations between
21   glyphosate and non-Hodgkin's lymphoma?
22       A.    I'd have to -- give me a second
23   here.
24           So just -- so looking at --
25   especially in the abstract, it says that they

Page 71

1    did a multivariate model.  So they looked at
2    other factors.  So it did include exposure to
3    individual pesticides.  So they did factor
4    in --
5        Q.    Okay.  So you're looking at, in
6    the abstract --
7        A.    Yeah, just the abstract part, I
8    think.
9        Q.    It says:  "Adjusted odds ratios
10   were computed using conditional logistic
11   regression, stratified by the matching
12   variables of age and province of residence
13   and subsequently adjusted for statistically
14   significant medical variables," and it lists
15   a series of medical conditions.
16       A.    So I would skip over to the
17   next line -- next passage of that where it
18   says:  "In additional multivariate models,
19   which included exposure to other major
20   chemical classes or individual pesticides,
21   personal antecedent cancer, a history of
22   cancer among first-degree relatives," and
23   then it says some other things.
24       Q.    Okay.  Is this something you
25   assessed in -- before now in reviewing this

Page 72

1    paper?
2        A.    I think I looked at the big
3    picture for this and -- one second.
4            So I think, when I was looking
5    at this, my impression was that glyphosate is
6    associated with non-Hodgkin's lymphoma in a
7    significant manner.  There could be some
8    confounding issues there that could play a
9    role, but it still seemed like it was sound.
10           And then, you know, I
11   would -- my main reference was the IALC
12   paper, which kind of combined all of these
13   studies.
14       Q.    Okay.  Fair enough.
15           So is it fair to say, focusing
16   for a moment on McDuffie, that you were not
17   assessing whether or not the glyphosate odds
18   ratios were adjusted for other pesticides?
19   It wasn't part of your consideration one way
20   or the other?
21       A.    Correct.
22       Q.    And, in fact, the odds ratio
23   that you cite for McDuffie, if you look at
24   your report, is 2.12 with a 95 percent
25   confidence interval of 1.2 to 3.73.

Page 73

1            And you can find that on
2    Table 8, if you look at Table 8.
3        A.    Uh-huh.
4        Q.    It's the third herbicide
5    listed.
6            Are you with me?
7        A.    I'm with you.
8        Q.    And sitting here right now, can
9    you tell me whether that's adjusted for other
10   pesticides or not?
11       A.    So up at the -- up at the top,
12   it said they assess for other individual
13   herbicide compounds, and no significant
14   associations were found, underneath the title
15   section.
16       Q.    Right.
17           But do you -- my question is a
18   little different.  Not whether those other
19   compounds had an association, but whether --
20   do you know whether the glyphosate odds ratio
21   here is -- whether the authors adjusted for
22   exposure to other pesticides or not in -- in
23   forming that statistical odds ratio?
24       A.    I don't know off the top of my
25   head.

19 (Pages 70 to 73)

Kevin T. Palka, M.D.

1     Q.    Okay.  And does it -- would it
2  impact your opinion if it -- either way if it
3  was adjusted for other pesticides or not?
4     A.    No, it would not.
5     Q.    Why not?
6     A.    Well, this is one paper with
7  some information.  Again, I think the
8  main -- I think my main focus was on the IALC
9  paper, which combined all this data, and gave
10  an expert opinion.
11     Q.    Okay.  And so when you say "the
12  IALC," you're referring to the IARC paper?
13     A.    I'm sorry.  The IARC paper.
14     Q.    Okay.  So the main -- is it
15  fair to say, then, your main focus was the
16  IARC paper?
17     A.    Correct.
18     Q.    And those -- those scientists
19  who declared or found that classified
20  glyphosate is a Class 2A carcinogen?
21     A.    Correct.
22     Q.    Okay.  Now, you are not
23  offering -- is it fair to say you're not
24  offering general causation opinions, correct?
25     A.    Correct.

1     Q.    You're here only to offer a
2  specific causation opinion in this case about
3  Mr. Janzen?
4     A.    Correct.
5     Q.    Are you relying -- did you
6  review any experts in the litigation who have
7  provided general causation reports or
8  opinions?
9     A.    Could you tell me which --
10     Q.    Dr. Portier, Dr. Ritz,
11  Dr. Weisenberger, but not -- but he has
12  specific causation and general causation
13  reports.
14           Did you review any of their
15  reports?
16     A.    So I would --
17     Q.    I think, to try to -- just to
18  try to streamline this, you received three
19  reports from Dr. Weisenberger, but specific
20  causation from Mr. Gebeyehou, Mr. Hardeman,
21  and Ms. Stevick.
22           Is it fair to say you didn't
23  review his -- any of his general causation
24  reports?
25     A.    Correct.

1     Q.    And the same -- have you ever
2  heard of Dr. Portier?
3     A.    No, I have not.
4     Q.    Dr. Ritz?
5     A.    No.
6     Q.    Okay.  So you're really just
7  relying, in terms of thinking that there's an
8  association between Roundup and non-Hodgkin's
9  lymphoma, on IARC?
10     A.    I think that's the most
11  substantial data there.
12     Q.    Okay.  And then you said that
13  that is also the main study that you are
14  relying on in offering your specific
15  causation opinions; is that fair?
16     A.    Correct.
17     Q.    And beyond that, you then went
18  to describe these two studies, McDuffie and
19  Eriksson, correct?
20     A.    Correct.
21     Q.    And you don't know whether, in
22  the McDuffie study, in coming to this 2.12
23  odds ratio, they adjusted for other
24  pesticides?
25     A.    Correct.

1     Q.    Is it fair to say -- and feel
2  free to look at the article.
3           Do you know whether this 2.36
4  odds ratio with more than 10 days' exposure
5  in the Eriksson study is adjusted for other
6  pesticides?
7           MR. DOMINA:  That's Exhibit 5?
8           MR. STEKLOFF:  Yes.
9  QUESTIONS BY MR. STEKLOFF:
10     Q.    And it's on -- it's in Table 2,
11  just to point you to where that specific --
12     A.    Okay.
13     Q.    I mean, feel free to read any
14  part of the study, but the odds ratio that
15  you cited is towards the bottom of Table 2.
16     A.    So there's a section on
17  Page 1660 of the Eriksson paper that talks
18  about the multivariate analysis in which it
19  comments that there were -- mixed exposure to
20  several pesticides were more a rule than an
21  exception.  So they did a multivariate
22  analysis to elucidate the relative importance
23  of different pesticides.
24           So they did factor in other
25  exposures in this paper.

Kevin T. Palka, M.D.

Page 78

1    Q.    And do you know whether the
2  odds ratio that you referred to for the
3  glyphosate more than 10 days in Table
4  2 -- 2.36 with a confidence interval of 1.04
5  to 5.37 -- do you know whether that odds
6  ratio is subject -- was subject to the
7  multivariate analysis?
8    A.    I believe the multivariate
9  analysis is Table 7, which makes me assume
10 that Table 2 is a univariant analysis.
11   Q.    Okay.  And so did it matter to
12 you, in Table 2, whether that odds ratio was
13 adjusted for other pesticides or not?
14   A.    No, it did not.
15   Q.    And why not?
16   A.    Again, I think this is one --
17 one part of the puzzle.  This is one -- one
18 study that shows -- that shows a link.  I
19 think, when you look at the evidence as
20 presented in IARC, it's -- that gives you a
21 bigger picture of everything.
22        So I think this is one paper
23 that helps establish that.  It
24 doesn't -- it's not a deal breaker
25 if univariant, multivariate.

Page 79

1    Q.    So it's fair to say that the
2  main study that you're relying on to offer
3  your specific causation opinions is the IARC
4  Monograph?
5    A.    Correct.
6    Q.    And can you tell me what IARC
7  is?
8    A.    So IARC is the international
9  agency for cancer research.  So it's a -- my
10 explanation for it -- I'm not a member of the
11 WHO -- it's a group of scientists who look
12 at -- so, you know, in this case, they looked
13 at other pesticides.  They look at the link
14 between pesticides and cancer.  And it's an
15 international group, so you have scientists
16 from all over.  I can't remember for this
17 one.  I think there was someone from South
18 America and Europe and the US, and they do
19 a -- they collaborate, they come up with an
20 assessment of whether these -- whatever
21 chemical they're looking at is associated
22 with cancer.  And it's not biased by industry
23 or governmental policy.  It's just a -- you
24 know, it's part of the WHO.
25        So, to me, that seemed like

Page 80

1  it's a very objective way of looking at
2  things, when you look at all these different
3  scientists with no real -- you know, they're
4  there for the science and not for other
5  reasons.
6    Q.    And so it's that independence
7  that makes you feel that glyphosate or
8  Roundup was a substantial factor -- it's the
9  independence of the IARC group and their
10 conclusions that lead you to believe that
11 Roundup was a substantial factor in causing
12 Mr. Janzen's non-Hodgkin's lymphoma?
13   A.    Correct.
14   Q.    And you would admit that the
15 Eriksson study is not a perfect study,
16 correct?
17   A.    I don't think there is a
18 perfect study.
19   Q.    Right.  Okay.
20        What are -- do you have any
21 critiques of the Eriksson study?
22   A.    I think -- you know, you're --
23 you're dealing with a relatively small sample
24 size.  You're dealing with -- let's see where
25 the comment was.

Page 81

1        So you're dealing with recall
2  bias.  You're asking people to say, "What
3  were you exposed to?  How much?"  You know,
4  people are -- may overestimate their
5  exposure.
6    Q.    And the potential lack of
7  adjustment for other pesticides; would you
8  agree with that?
9    A.    Correct.
10   Q.    And then those same issues
11 would apply:  sample size, potential recall
12 bias, and potential lack -- potential
13 confounders, in the McDuffie study as well?
14   A.    Correct.
15   Q.    And really, you overcome those
16 weaknesses by relying on the IARC Monograph?
17   A.    Correct.
18   Q.    And are there any other --
19 understanding that there are various studies
20 that were given to you by Mr. Domina, are
21 there any other studies that you would call
22 out -- I mean, you didn't discuss any other
23 studies in your report, but are there any
24 other studies that you would call out for me,
25 sitting here right now?

Kevin T. Palka, M.D.

Page 82

1      A.   No, I would not.  I'll say the
2  two studies I used in this, you know, they
3  were part of the IARC report.  But in this
4  case, they had -- I quoted the specific study
5  that gave the specific number just for -- you
6  know, instead of using the monograph, I went
7  to the specific paper that mentioned the
8  number.
9      Q.   Meaning the odds ratio?
10     A.   Excuse me?
11     Q.   When you say "the number,"
12  you're referring to the odds ratio?
13     A.   Correct, correct.
14     Q.   Yes.  Okay.
15         Now, one thing that you write
16  here is that -- let's focus on your sentence
17  on Eriksson -- that it showed a 2.36-fold
18  increased risk with more than 10 days'
19  exposure to Roundup.
20         Do you see that?
21     A.   Correct.  Yes.
22     Q.   And so if you had a patient or
23  a plaintiff like Mr. Janzen, everything else
24  was the same -- his diagnosis, his treatment,
25  his risk factors -- but he only used Roundup

Page 83

1  for 11 days, would you similarly say that
2  Roundup was a substantial contributing factor
3  in the development of his non-Hodgkin's
4  lymphoma?
5         MR. DOMINA:  Objection.
6  Improper hypothetical.  Form.
7         Go ahead and answer if you can.
8      A.   Could you repeat that?
9  QUESTIONS BY MR. STEKLOFF:
10     Q.   Sure.
11         So you cite this -- I'm
12  referring to this line in Eriksson where
13  you're saying there's this 2.36-fold
14  increased risk for someone who used Roundup
15  for more than 10 days, correct?
16     A.   Correct.
17     Q.   And so my question is: Take
18  Mr. Janzen, everything is the same except his
19  Roundup use was for 11 days as opposed to the
20  Roundup use that he reported.  Would you come
21  to -- would you reach the same conclusion
22  that Roundup was a substantial contributing
23  factor to the development of his
24  non-Hodgkin's lymphoma?
25         MR. DOMINA:  Objection.  Form.

Page 84

1  Foundation.
2         You can answer.
3      A.   So I think -- just to comment
4  that, I mean, I think it's hard to say.  If
5  you can change these things about a patient
6  that you've done a background check and a
7  medical history, I think it's difficult to
8  offer an opinion on a hypothetical when, you
9  know, I have the patient's chart there, I
10  reviewed his medical records and his Roundup
11  exposure.
12  QUESTIONS BY MR. STEKLOFF:
13     Q.   Okay.  Well, what is the
14  Roundup exposure that a patient needs for you
15  to be able to say it was a substantial
16  contributing factor, as part of your
17  methodology?
18     A.   Part of my methodology.  So, I
19  mean, I would -- I think this gives you some
20  guidelines about that.  But I think, in the
21  cases of -- you know, in Mr. Janzen's case,
22  he had a pretty significant exposure.  I
23  mean, that's a lot of -- I'm not a farmer,
24  but that -- to me, that's a lot of Roundup
25  exposure that he had.

Page 85

1         Again, it's over an extended
2  period of time.  You don't -- the carcinogen
3  model, you don't -- one exposure to something
4  doesn't cause cancer.  It's usually extended
5  exposure and also the quantity of exposure.
6         I think this kind of gives you
7  some -- the Eriksson and the McDuffie give
8  you some numbers to consider.  I think this
9  patient was well over what any reasonable
10  person would say is exposure to Roundup.
11     Q.   What's the minimum amount of
12  exposure you would need to see in a patient
13  to say that it was a substantial contributing
14  factor?
15     A.   I don't know if I could answer
16  that.  I don't know if I could give you a
17  number.
18     Q.   Okay.  Let's say the person had
19  no other risk factors.  So no HIV, hepatitis
20  C, Epstein-Barr, significant autoimmune
21  disease that you're looking for, no other
22  exposure to pesticides or solvents, but you
23  were asked to review a lawn and garden user
24  who sprays in their yard, and Roundup use is
25  the only -- put aside age or gender.  So

Kevin T. Palka, M.D.

Page 86

1   we're talking about, you know, the main risk
2   factors that you look at in your practice.
3          What is the -- you can't tell
4   me what the minimum exposure is that you're
5   looking for?
6          MR. DOMINA:  I'll assert, for
7   the record, an objection to the form
8   of the question and foundation.
9          But that's not to distract you.
10  Answer if you can.
11         A.   So I think -- I mean, when they
12  give you -- when you say "a minimum number,"
13  that's sort of an average for all the
14  patients.  I think you have to look at
15  individual patients and review their specific
16  exposure history.
17         I'd also say that this is a
18  farmer who has exposure to tanks and tanks of
19  Roundup, as opposed to a person in a -- you
20  know, a private citizen might use some in the
21  garden.  So I think that's a very different
22  class.
23         I couldn't give you -- I don't
24  think we have an exact number where we say,
25  "This amount of Roundup will lead to

Page 87

1   non-Hodgkin's lymphoma, and if you're above
2   that, you're safe."  I think it's -- there's
3   a spectrum.  I mean, everybody has different
4   individual risk factors for developing cancer
5   that we don't know about.
6          You know, not everybody who
7   smokes gets lung cancer.  Not everybody who
8   is exposed to Roundup gets non-Hodgkin's
9   lymphoma.
10         So I couldn't give you a
11  definite number.
12  QUESTIONS BY MR. STEKLOFF:
13         Q.   Okay.
14         A.   I think this -- these kind of
15  give you some guidelines and suggestions
16  about what constitutes a significant
17  exposure.
18         Q.   Right.
19         So, in other words, you're not
20  really -- I mean, these guidelines are almost
21  irrelevant to Mr. Janzen, is what you're
22  saying?
23         A.   I wouldn't say they're
24  irrelevant.  I mean, I think it -- you know,
25  if you didn't have any information about

Page 88

1   Roundup and said Roundup is completely safe,
2   it's never going to cause cancer no matter
3   how much you're exposed to.  In this case, he
4   was exposed to a lot more than I think
5   somebody in my neighborhood using it in a
6   garden would be.
7          I think this -- I lost my train
8   of thought there.
9          Q.   That's fine.
10         It would be much harder for you
11  to say someone using it in a -- who uses
12  Roundup in their yard once a month, that his
13  or her --
14         A.   Correct.
15         Q.   -- non-Hodgkin's lymphoma
16  was --
17         A.   Yeah.
18         Q.   -- because of Roundup?
19         A.   Correct.  I've never reviewed a
20  patient who had just garden exposure.  I
21  don't have any information on that.
22         Q.   Okay.  And tell me why -- you
23  know, even understanding the values in
24  McDuffie and Eriksson, why would it be hard
25  for you to say that a patient like that, that

Page 89

1   his or her Roundup use caused his or her
2   non-Hodgkin's lymphoma?
3          A.   I mean, you know, it's a
4   hypothetical patient.  I think you'd have to
5   review -- do a thorough review of their --
6   you know, how much they actually got exposed
7   to.  If someone said, "I used it 2 days a
8   year," and they didn't develop non-Hodgkin's
9   lymphoma, I don't think you could say that's
10  causal.  I mean, they may not -- some
11  patients get non-Hodgkin's lymphoma without
12  Roundup exposure.  Some patients get
13  non-Hodgkin's lymphoma with Roundup exposure.
14  Some patients use a lot of Roundup and never
15  get non-Hodgkin's lymphoma.
16         So I don't think there's any
17  one set standard saying this amount of
18  exposure will give you non-Hodgkin's
19  lymphoma.
20         Q.   So -- and maybe that sums it
21  up.
22         There's no set of -- there's no
23  standard that tells you this amount of
24  Roundup will give you non-Hodgkin's lymphoma?
25         A.   Correct.

23  (Pages 86 to 89)

Kevin T. Palka, M.D.

Page 90

```
 1        Q.    And then to break it down a
 2   little, there are patients who use a lot of
 3   Roundup -- not patients.
 4             There are people in society who
 5   use a lot of Roundup and never get
 6   non-Hodgkin's lymphoma?
 7        A.    Correct.
 8        Q.    There are farmers who use
 9   Roundup for 30 years, all the time, and never
10   develop non-Hodgkin's lymphoma?
11        A.    Correct.  There's patients who
12   smoke for -- 3 packs a day who don't get lung
13   cancer too, so it's not --
14        Q.    Right.
15             But you agree the odds ratio
16   between smoking and lung cancer is
17   significantly -- is multitudes higher than
18   the odds ratios we're talking about here,
19   correct?
20             MR. DOMINA:  Objection.
21   Foundation.
22        A.    I would -- I don't have any
23   data, but I would suspect that the tobacco
24   use is higher odds.
25
```

Page 91

```
 1   QUESTIONS BY MR. STEKLOFF:
 2        Q.    10, 20 times --
 3        A.    Yes.
 4        Q.    10, 20, 40 odds ratio?
 5        A.    Correct.
 6        Q.    There are -- Mr. Janzen could
 7   have developed non-Hodgkin's lymphoma had he
 8   never used Roundup, correct?
 9        A.    Correct.
10        Q.    And in many of the cases in
11   which you treat patients with non-Hodgkin's
12   lymphoma, you can't determine the cause of
13   their cancer, correct?
14        A.    Correct.
15        Q.    You've heard the phrase
16   "idiopathic"?
17        A.    Correct, yes.
18        Q.    What percentage of
19   non-Hodgkin's lymphomas do you believe are
20   idiopathic, approximately?
21        A.    Approximately, I would say -- I
22   mean, just -- I'd say more than 50 percent.
23        Q.    Okay.
24        A.    I mean --
25        Q.    I've seen 70, 90.
```

Page 92

```
 1        A.    Sure.  I'd say -- I mean, I
 2   couldn't give you an exact number, but I
 3   would say it's more likely than not it's
 4   idiopathic; there's no antecedent cause to
 5   their non-Hodgkin's lymphoma.
 6        Q.    And that's true even in
 7   patients who have risk factors, correct?
 8        A.    Correct.
 9             Hold on.
10        Q.    So you seem confused.
11        A.    Yeah.  I think I --
12        Q.    Is it true that a patient can
13   have a risk factor for non-Hodgkin's
14   lymphoma, develop non-Hodgkin's lymphoma but
15   that you -- that you still cannot say that
16   that risk factor was the cause of the
17   patient's non-Hodgkin's lymphoma?
18             MR. DOMINA:  Objection.
19   Foundation.
20        A.    Could you repeat that?
21   QUESTIONS BY MR. STEKLOFF:
22        Q.    Sure.
23             Is it true that a patient can
24   have a risk factor for non-Hodgkin's
25   lymphoma, develop non-Hodgkin's lymphoma, but
```

Page 93

```
 1   that you still cannot say that that risk
 2   factor was the cause of the patient's
 3   non-Hodgkin's lymphoma?
 4             MR. DOMINA:  Objection.
 5   Foundation.
 6        A.    So I would say that the risk
 7   factor -- let's say a patient has HIV as a
 8   risk factor.  So, you know, a patient
 9   develops non-Hodgkin's lymphoma with HI --
10   and they have HIV.  Did the -- did HIV cause
11   the non-Hodgkin's lymphoma?  I think -- I
12   think saying "cause" may be difficult, but is
13   there an association with an increased -- you
14   know, is your likelihood of developing
15   non-Hodgkin's lymphoma higher with HIV?  It
16   is.  So --
17   QUESTIONS BY MR. STEKLOFF:
18        Q.    Right.
19             But you wouldn't -- would
20   you -- you wouldn't be able to say, in every
21   person who had HIV and developed
22   non-Hodgkin's lymphoma, that HIV was a
23   substantial contributing factor to their
24   non-Hodgkin's lymphoma, correct?
25        A.    I would say that.
```

24  (Pages 90 to 93)

Kevin T. Palka, M.D.

Page 94

1    Q.   Okay.
2    A.   Yeah.
3    Q.   What's your definition of
4  "substantial contributing factor"?
5    A.   So I think, if you -- if you --
6  if you look and see, are there any other -- I
7  mean, if you have multiple risk factors and
8  it's hard to distinguish which one would
9  be -- you know, if you had autoimmune disease
10  and HIV and used Roundup and had other
11  exposures, I think, in that case, in that
12  situation, it would be hard to parse out
13  which one was the main cause of their
14  non-Hodgkin's lymphoma.  But if you only had
15  one risk factor, I think you -- as
16  physicians, we usually think that that is the
17  risk factor.
18    Q.   Okay.  So name -- can you name
19  me all of the risk factors that you -- that
20  would fall in that category?  In other words,
21  if you saw it, you would say it was a
22  substantial contributing factor to
23  non-Hodgkin's lymphoma?
24    A.   I could not name all of them.
25    Q.   Okay.  Could you name -- can

Page 95

1  you name for me as many as you can?
2          MR. DOMINA:  He did that for
3      you previously.  It's asked and
4      answered.
5          MR. STEKLOFF:  Okay.  He can
6      answer --
7  QUESTIONS BY MR. STEKLOFF:
8    Q.   You can answer again, though.
9    A.   So autoimmune diseases, history
10  of radiation exposure, HIV, hepatitis C,
11  H. pylori can cause marginal zone lymphoma.
12  Chlamydia psittaci can cause occular marginal
13  zone --
14          (Reporter clarification.)
15    A.   Chlamydia psittaci.  P-S -- I
16  couldn't even spell it.  P-S-A-T-T-I-C-I
17  (sic).  Immunosuppression from patients who
18  have had a liver or kidney transplant.  Bone
19  marrow transplant patients.
20          What else?
21          We usually don't think of it as
22  a familial.  There's not a lot of syndromes
23  that are related to breast cancers that are
24  associated with non-Hodgkin's lymphoma.
25          The problem is, there's -- you

Page 96

1  know, there's 80 different subtypes of
2  non-Hodgkin's lymphoma, and some of these
3  rare ones have associations.
4          So infectious -- so you can see
5  primary mediastinal B-cell lymphomas are
6  associated with viral infections.  EBV
7  infection can cause Burkitt's lymphoma.  HIV
8  infection.  Hepatitis C and chronic hepatitis
9  B and hepatitis C are linked to certain rare
10  subtypes of lymphoma.
11          It's a pretty extensive list of
12  things that can --
13    Q.   Right.
14          There are -- there are certain
15  types of -- certain subtypes of non-Hodgkin's
16  lymphoma that are almost tied to one of
17  these --
18    A.   Correct.
19    Q.   -- risk factors, correct?
20    A.   Correct.
21    Q.   Epstein-Barr is a good example.
22  Epstein-Barr virus you can sometimes see in
23  the pathology itself of the tumor of a
24  specific subtype?
25    A.   In some Burkitt's lymphomas,

Page 97

1  you can see that.
2    Q.   Yes.
3          But with DLBCL, that's not --
4  that's the most common type of non-Hodgkin's
5  lymphoma, correct?
6    A.   Correct.
7    Q.   And that's not specifically
8  caused by one particular infection or
9  autoimmune disease or other medical
10  condition, correct?
11    A.   Correct.
12    Q.   And so in DLBCL cases, do you
13  agree that it's hard -- more difficult to
14  identify a risk factor that caused a
15  patient's DLBCL?
16    A.   Would you repeat that, please?
17    Q.   Yeah.
18          With respect to -- in DLBCL
19  cases, do you agree it's more difficult to
20  identify a risk factor that caused the
21  patient's DLBCL?
22          MR. DOMINA:  This is in the
23      abstract, without thinking of a
24      singular patient?
25          MR. STEKLOFF:  Yes.

25  (Pages 94 to 97)

Kevin T. Palka, M.D.

Page 98

1     MR. DOMINA: Objection.
2 Foundation and irrelevant.
3     A.   So, I mean, maybe I'll answer
4 this way: So if you have a patient with
5 DLBCL and you don't find any of the risk
6 factors that we know, then it's idiopathic.
7 QUESTIONS BY MR. STEKLOFF:
8     Q.   Okay.
9     A.   So, I mean, we look for -- you
10 look for the risk factors. And if you do see
11 one, then you assume that there's a link with
12 the development of the cancer and the risk
13 factor.
14     Q.   Okay. Now, are solvents a risk
15 factor for the development of non-Hodgkin's
16 lymphoma?
17     MR. DOMINA: Objection.
18 QUESTIONS BY MR. STEKLOFF:
19     Q.   Exposure to solvents.
20     MR. DOMINA: Objection.
21 Foundation.
22     A.   I don't know.
23 QUESTIONS BY MR. STEKLOFF:
24     Q.   Okay. So here, you didn't, as
25 part of your differential diagnosis, consider

Page 99

1 whether Mr. Janzen was exposed to solvents?
2     A.   No. The information I reviewed
3 was on -- was not on exposure to solvents.
4     Q.   Right.
5     You just looked to see whether
6 he was exposed to Roundup and how much?
7     A.   Correct.
8     Q.   And then you looked for these
9 other autoimmune -- medical conditions,
10 correct?
11     A.   Correct.
12     Q.   And didn't see any?
13     A.   Correct.
14     Q.   And then said Roundup was a
15 substantial contributing factor to his
16 non-Hodgkin's lymphoma?
17     A.   Correct.
18     Q.   You didn't assess any of the
19 other -- any other pesticides or solvents?
20     A.   No. Just based on his
21 exposure, he had a very substantial exposure
22 to Roundup.
23     Q.   Okay. And that would be true
24 for the other three plaintiffs that you're
25 going to talk about tomorrow as well,

Page 100

1 correct?
2     A.   Correct.
3     Q.   The -- what we just talked
4 about, that methodology was the same?
5     A.   Correct.
6     Q.   You didn't consider whether
7 they were exposed to other pesticides or
8 solvents?
9     A.   Correct.
10     Q.   And let's say that Mr. -- let's
11 take Mr. Janzen and he had the exact same
12 Roundup use that you're relying on in
13 Exhibit 2.
14     A.   Okay.
15     Q.   But he also had one of the
16 other risk factors that you've listed. So a
17 long history of hepatitis C.
18     Would Roundup still be a
19 substantial contributing factor in that
20 scenario? And he had the same cancer, same
21 DLBCL. So everything is the same.
22     MR. DOMINA: Objection.
23 Foundation.
24     A.   So none of the studies I looked
25 at used Roundup exposure plus another risk

Page 101

1 factor. So it would be difficult to predict
2 based on that. You know, it would be nice to
3 have evidence that, you know, Roundup plus
4 HIV. I didn't see any of that. You don't
5 see any comparisons of Roundup plus
6 another -- you know, so he may have had other
7 pesticide exposures, but I did not see any
8 data looking at an increased risk of Roundup
9 plus something else, a synergy with other
10 agents. So I couldn't really say that.
11 QUESTIONS BY MR. STEKLOFF:
12     Q.   You wouldn't be able to -- you
13 couldn't say what?
14     A.   I wouldn't -- I mean, I would
15 say that Roundup had contributed to the
16 development of the non-Hodgkin's lymphoma in
17 a patient still, if this exposure was the
18 same.
19     Q.   Okay.
20     A.   Yeah.
21     Q.   Yeah, and that's what I
22 thought.
23     A.   Yeah.
24     Q.   So even if the patient had
25 another risk factor like hepatitis C or

26 (Pages 98 to 101)

Kevin T. Palka, M.D.

Page 102

1    HIV -- and I'm talking about Mr. Janzen.
2        A.    Uh-huh.
3        Q.    -- or a long history of some --
4    of an autoimmune disease, given his Roundup
5    exposure, you would still say that Roundup
6    was a substantial contributing factor to his
7    NHL?
8        A.    I would.
9        Q.    Now, I want to talk about
10   idiopathic -- or I really want to talk about
11   the development of NHL more in the abstract.
12           It's a result of genetic
13   mutations in the immune system, correct?
14       A.    Correct.
15       Q.    We all have genetic mutations
16   in our immune system, correct?
17       A.    Correct.
18       Q.    I mean, as I sit here right
19   now, my body probably has some genetic
20   mutations occurring in my immune system?
21       A.    Until you quit smoking, yes.
22       Q.    I have never smoked, so --
23   okay.
24           And that's just the way the
25   body works?

Page 103

1        A.    Correct.
2        Q.    And what happens is that some
3    of these genetic mutations aren't caught by
4    our body and then become cancerous, correct?
5        A.    Could you repeat that?
6        Q.    In the development -- in the
7    just general development of non-Hodgkin's
8    lymphoma, there are genetic mutations that
9    occur that are then sort of not -- not dealt
10   with by our body and become -- and become
11   cancer cells, correct?
12       A.    Correct.
13       Q.    I mean, would -- you could
14   probably describe it better.  You are the
15   expert.
16           So how would you describe that?
17       A.    Well, you know, so I think the
18   model of carcinogenesis is -- so the classic
19   example is colon cancer where you develop a
20   mutation that causes a specific genetic
21   mutation that's acquired -- so it's not an
22   inherited mutation -- that turns into an
23   adenoma, which is a benign growth in your
24   colon.  I mean, if you don't do anything
25   about that, over time, it will develop other

Page 104

1    mutations and will lead to invasive cancer;
2    and then, eventually, you'll develop more
3    mutations if you don't do anything until
4    metastatic cancer.  So it's a gradual series.
5           You know, for most cancers,
6    it's an accumulation of a variety of
7    mutations over time.  With colon cancer, we
8    usually say 10 years is sort of the time
9    frame you need to develop a benign polyp to
10   an invasive colon cancer.  It's kind of
11   the -- I mean, there's certainly variations
12   on that, but that's sort of the classic model
13   for carcinogenesis.
14       Q.    And does that model generally
15   apply to non-Hodgkin's lymphoma as well?
16       A.    I think you can apply that to
17   most cancers.  So I think, you know, you
18   develop a mutation in a B-cell.  So we're
19   usually talking about B-cell lymphomas here.
20   And sometimes it's in the stem cell.  So
21   these are systemic diseases.  It's not
22   usually just a -- they're -- most lymphomas
23   are involving the bone marrow or have some
24   bone marrow involvement, involved in other
25   sites.

Page 105

1           So it takes a while before you
2    can develop -- you know, cancer doesn't
3    happen overnight.  It's usually a process of
4    acquiring a founder mutation, which leads to
5    more mutations; and, over time, you develop a
6    cancer phenotype.
7        Q.    And that model of
8    carcinogenesis, that -- that could have
9    occurred in Mr. Janzen had he never used
10   Roundup, correct?
11       A.    It could.
12       Q.    And you don't know what
13   caused -- sitting here right now, you don't
14   know what caused the first genetic mutation
15   that led to Mr. Janzen's ultimate
16   non-Hodgkin's lymphoma, correct?
17       A.    I can hypothesize what caused
18   it.  I mean, I don't think there's any way to
19   prove it, but Roundup causes DNA damage.
20       Q.    Okay.  But you just told me
21   that you and I are undergoing genetic
22   mutations --
23       A.    Sure.
24       Q.    -- sitting here right now,
25   correct?

27  (Pages 102 to 105)

Kevin T. Palka, M.D.

Page 106

1    A.   Correct.
2    Q.   So that could have happened in
3  Mr. Janzen as well?
4    A.   It could.
5    Q.   And one of those genetic
6  mutations could have become cancerous,
7  correct?
8    A.   Correct.
9    Q.   And then those cancer cells
10 could have -- could have duplicated and
11 multiplied, completely absent Roundup
12 exposure?
13   A.   Correct.
14   Q.   And so it is possible that
15 Mr. Janzen's non-Hodgkin's lymphoma was
16 result -- was a result of this idiopathic
17 carcinogenesis?
18   A.   I think it's unlikely, but it's
19 possible.
20   Q.   Well, you see patients --
21 you've seen dozens of patients in your career
22 where that happened, right?
23   A.   Correct.
24   Q.   Okay.  And so that certainly
25 could have happened in Mr. Janzen's case as

Page 107

1  well?
2    A.   It's possible.
3    Q.   Okay.  It also could have been
4  that another pesticide that he was exposed to
5  while he was farming caused the first
6  cancerous cell, correct?
7    A.   I don't think there would be
8  any way to know that.
9    Q.   Right.
10        You wouldn't -- if he was
11 exposed to other pesticides, you wouldn't
12 know whether it was another pesticide or the
13 glyphosate, right?
14   A.   For -- so specifically for
15 Mr. Janzen?
16   Q.   Yeah, for Mr. Janzen
17 specifically.
18   A.   Well, I think the chronic and
19 high level of exposure -- you know, you have
20 to have a significant exposure of another
21 pesticide that significant to cause -- to
22 have a -- to have a competition for the, you
23 know, founding mutation.
24   Q.   Well, you just wouldn't be able
25 to -- if you could go back in time and

Page 108

1  identify when the first cancer cell formed,
2  you wouldn't know what mutation led to that
3  cancer cell, right?
4    A.   Correct.  I don't -- there's no
5  mutation that defines Roundup-associated
6  lymphoma.
7    Q.   Okay.  Right.
8        There's no marker for
9  Roundup --
10   A.   Correct.
11   Q.   -- in non-Hodgkin's lymphoma,
12 correct?
13   A.   Correct.
14   Q.   Have you ever reviewed any
15 other IARC Monographs before the glyphosate
16 monograph?
17   A.   No.
18   Q.   Had you heard of IARC before
19 this litigation?
20   A.   No.
21   Q.   Do you know the methodology
22 that IARC used?
23   A.   Not off the top of my head, no.
24   Q.   Do you know whether IARC made a
25 hazard assessment or a risk assessment?

Page 109

1    A.   I'd have to look at the paper
2  to evaluate that.
3    Q.   Do you know the difference
4  between a hazard assessment and a risk
5  assessment?
6    A.   No.
7    Q.   Did that factor in any way in
8  your reliance on IARC as the main study
9  you're relying on?
10   A.   No.
11   Q.   You never spoke to -- have you
12 ever spoken to Mr. Janzen?
13   A.   No, I have not.
14   Q.   You didn't feel that that was
15 necessary to be able to offer the opinions
16 here, correct?
17   A.   Correct.
18   Q.   You didn't do -- and I'm not
19 suggesting you should have, to be clear.
20        You didn't do a medical review
21 of Mr. Janzen, correct?
22   A.   I reviewed --
23   Q.   You didn't do, like, an
24 in-person physical review that you would do
25 with your patients of Mr. Janzen?

28  (Pages 106 to 109)

Kevin T. Palka, M.D.

Page 110

1     A.    No, I did not.  He's not my
2  patient, so I could not do that.
3     Q.    You'd be surprised what others
4  have done, but that's neither here nor there.
5     A.    Yeah.  No.
6     Q.    But doing an in-person physical
7  evaluation of Mr. Janzen was not necessary
8  for you to offer your opinions?
9     A.    At this time, there's no
10  evidence of cancer, per his records, so there
11  would be nothing to find on a physical exam.
12     Q.    I agree.
13          And then you didn't review,
14  again, looking at your report, Mr. Janzen's
15  deposition testimony, correct?
16     A.    Correct.
17     Q.    So now, if we look at
18  Exhibit 2, the Roundup Exposure Summary, do
19  you know how this exposure summary was
20  obtained?
21     A.    I mean, all I could say is that
22  it was obtained from the patient, from his
23  recollection.
24     Q.    Okay.  And there's terms in
25  here like "pivot corner," "four-wheeler."  I

Page 111

1  mean, we all know what a four-wheeler is, but
2  "nozzle sprayer" and other things.
3          Did any of those terms matter
4  to you in reaching your conclusions?
5     A.    So I'm not a farmer, so I was
6  not familiar with any of those terms.  I
7  discussed kind of general principle that he
8  was a farmer, and so they would use a sprayer
9  behind the tractor, whatever the vehicle was
10  they would use, and they would mix the
11  Roundup themselves.  They would get a big
12  drum of it and mix it themselves before they
13  put it on.
14          So I guess there's a sprayer.
15  I mean, these are kind of more industrial
16  equipment.  They're big sprayers.  It wasn't,
17  you know, kind of going around with a
18  little -- in your garden with -- hitting the
19  weeds.
20     Q.    Yeah.
21          And how did that impact your
22  opinion?
23     A.    So I think it -- I mean, it --
24  it -- this is a guy who is a farmer, so he
25  was using large volumes of it.  He was

Page 112

1  preparing it himself.  He was out there on
2  the tractor.  It probably got into his
3  clothes during all of this.
4          Is there a specific --
5     Q.    No.  I'm just trying to
6  understand.
7          I mean, ultimately, you cite
8  that he had a significant exposure both with
9  a handheld sprayer and a four-wheeler with a
10  25-gallon tank.  "It is estimated that he had
11  the equivalent of 243 eight-hour days of
12  exposure to Roundup."
13          And I assume you just take that
14  from the bottom row here?
15     A.    Correct.
16     Q.    And you -- so you just rely --
17  strike that.
18          You relied on the accuracy of
19  the information provided in this -- in this
20  paper?
21     A.    Correct.  Patients usually
22  don't lie about their history.
23     Q.    And -- but you don't know the
24  circumstances under which this information
25  was obtained?

Page 113

1     A.    No.  My understanding is that
2  it was part of a -- it was part of a
3  deposition or it was -- it was -- it was
4  under oath.  I mean, it was legally --
5     Q.    Okay.
6     A.    It was part of the legal
7  discovery.
8     Q.    Where does that understanding
9  come from?
10     A.    From Mr. Domina.
11     Q.    Okay.  And you can't tell me
12  what number below 243 eight-hour workdays you
13  would say, "That's not really enough exposure
14  for me to say that it was a substantial
15  contributing factor"?
16     A.    Could you repeat that?
17     Q.    Sure.
18          You can't tell me what number
19  of days -- number of 8-hour workdays you
20  would -- you would start to have concerns
21  about whether you could say Roundup was a
22  substantial contributing factor?
23     A.    I don't think I could give you
24  an exact number, no.
25     Q.    What about an approximate

Kevin T. Palka, M.D.

Page 114

```
 1    number?
 2         MR. DOMINA:  Well, I think
 3    you're asking him to guess.  I object
 4    on foundation.
 5         A.   Yeah, I wouldn't be able to
 6    give you an approximate.  I just don't know.
 7    QUESTIONS BY MR. STEKLOFF:
 8         Q.   Okay.  Right.
 9              You don't know -- and that was
10    my original question.
11         A.   Yeah, yeah.
12         Q.   You can't tell me -- specific
13    or approximate, you can't tell me, you know,
14    what number below 243 eight-hour workdays
15    where you would start to have questions about
16    whether Roundup was a substantial
17    contributing factor?
18         A.   That's correct.
19         Q.   If you look at your
20    report -- yeah, under this clothing section,
21    just before we leave this document, where it
22    says that he used gloves, long shirts, short
23    shirts, slacks, shoes, I mean, did it matter
24    in any way what protective -- personal
25    protective equipment Mr. Janzen was using
```

Page 115

```
 1    when he was -- when he was being exposed to
 2    Roundup, in forming your opinions?
 3         MR. DOMINA:  Objection to form.
 4    Misuse of the phrase "personal
 5    protection equipment."
 6         MR. STEKLOFF:  Sure.  I'll ask
 7    it in a different way.
 8    QUESTIONS BY MR. STEKLOFF:
 9         Q.   Did it matter to you in any way
10    what Mr. Janzen was wearing or not wearing
11    when he was -- when he was spraying or mixing
12    Roundup?
13         A.   Repeat it for me one more time.
14         Q.   Yeah.
15              Did it matter to you in any way
16    what Mr. Janzen was wearing or not wearing
17    when he was spraying or mixing Roundup, in
18    forming your opinions?
19         A.   No, it did not.
20         Q.   All right.  I'm going to mark
21    another study for you.  I think this is
22    Exhibit 6.  We'll go with it.  All right.
23         (Defendant's Exhibit 6 marked
24    for identification.)
25
```

Page 116

```
 1    QUESTIONS BY MR. STEKLOFF:
 2         Q.   Okay.  First of all, I'll
 3    represent to you -- I don't know that I have
 4    a copy here, but if you look at your
 5    documents provided list, Item Number -- so
 6    that's your report, Exhibit 1.
 7              Item Number 20, which is titled
 8    "Cancer Incidence Among Glyphosate-Exposed
 9    Pesticide Applicators in the Agricultural
10    Health Study."  This is a 2005 publication
11    where the lead author is a Dr. De Roos that
12    is part of what's called the Agricultural
13    Health Study.
14              Does that sound familiar to
15    you?
16         A.   I've heard of the Agricultural
17    Health Study.
18         Q.   Okay.  Have you ever seen this
19    paper that I've marked as Exhibit 6, which is
20    titled "Glyphosate Use and Cancer Incidence
21    in the Agricultural Health Study," dated in
22    2018, and the lead author is Dr. Andreotti?
23         A.   Is this on my list of --
24         Q.   It's not on your list.
25         A.   Okay.  So, no, I have not seen
```

Page 117

```
 1    it.
 2         Q.   Okay.  And so -- well, sitting
 3    here, it's fair to say I assume you don't
 4    have any criticisms of the Agricultural
 5    Health Study; is that fair?
 6         A.   Specific criticisms about?
 7         Q.   About the methodology or the --
 8    anything about the Agricultural Health Study.
 9    Do you have any specific criticisms, sitting
10    here?
11         A.   Again, I'd have to look at it
12    to review it, but --
13         Q.   Not off the top of -- not off
14    by memory?
15         A.   No, not off the top of my head
16    but --
17         Q.   Okay.  And do you see here in
18    the abstract that -- in the methods, it says,
19    "This is a prospective cohort of licensed
20    pesticide applicators from North Carolina and
21    Iowa.  Here, we updated the previous
22    evaluation of glyphosate with cancer
23    incidents from registry linkages through 2012
24    North Carolina, 2013 Iowa, lifetime days and
25    intensity-weighted lifetime days of
```

Kevin T. Palka, M.D.

Page 118

1  glyphosate use were based on self-reported
2  information from enrollment and follow-up
3  questionnaires," and it provides the dates
4  and -- do you see that --
5       A.   I see that.
6       Q.   -- as the methods?
7            And then do you see, in the
8  conclusions, "In this large prospective
9  cohort study, no association was apparent
10  between glyphosate and any solid tumors or
11  lymphoid malignancies overall, including NHL
12  and its subtypes"?
13       A.   I see that.
14       Q.   And do you have an
15  understanding that the Agricultural Health
16  Study was conducted by the National Cancer
17  Institute of the National Institutes of
18  Health?
19       A.   I do now.
20       Q.   Okay.  And do you find the
21  National Cancer Institute of the National
22  Institutes of Health to be a reliable body?
23       A.   I mean, I think it's a
24  political entity in the U.S.  I think there
25  are other influences there.

Page 119

1       Q.   Okay.
2       A.   I mean, I don't know a lot
3  about it, but it's a -- you know, it's a
4  political entity here.
5       Q.   So are you questioning the
6  independence of the -- if any of the -- any
7  of the scientists who are part of this
8  Agricultural Health Study?
9       A.   So I'd have -- I mean, I think,
10  one thing, you always have to look at the
11  authors and if they have any affiliations and
12  conflict of interests.  I couldn't tell you
13  right now if they do or not.
14       Q.   Okay.  Did you look to see
15  whether any of the IARC scientists had any
16  conflicts of interests or affiliations?
17       A.   I did see that in the -- I
18  mean, they do review -- every paper has a
19  conflict-of-interest section.
20       Q.   Okay.
21       A.   You know, I think -- I'd say,
22  for me, conflict of interest, you know, I
23  might do a drug talk for a company.  And if I
24  sign up for a clinical trial that's
25  completely unassociated with that trial, it's

Page 120

1  still a conflict of interest.  But
2  there's -- you know, sometimes there's -- if
3  you see a -- for example, a paper in the New
4  England Journal where the lead author
5  had received money from the sponsoring --
6  that's a big conflict.  You know, there's
7  degrees of conflict of interest, so --
8       Q.   Okay.  Well, if you look at the
9  back page of this article, under "Notes," do
10  you see that it says, "There are no financial
11  disclosures from any of the authors"?
12       A.   Yes.
13       Q.   Okay.  So does that address
14  your concerns that these authors had -- in
15  this study were not tied to industry, for
16  example?
17       A.   I think it does.
18       Q.   Okay.  And do you have, sitting
19  here, therefore, any reason to question the
20  independence of the scientists who were part
21  of this Agricultural Health Study?
22       A.   Again, I mean, I haven't seen
23  this paper before, so it's hard to comment on
24  it.
25       Q.   Okay.  Would you have -- I

Page 121

1  mean, this is the largest study that's ever
2  been done on users of glyphosate.
3            Would you have -- would you
4  have liked to see this study before you
5  formed your opinions?
6            MR. DOMINA:  I'll object to the
7  characterization as unproven, unless
8  counsel is going to be sworn.  In
9  which case, I'll be happy to take your
10  deposition.
11            MR. STEKLOFF:  I will represent
12  the objective fact that that is true,
13  but you don't have to take my word for
14  it.
15  QUESTIONS BY MR. STEKLOFF:
16       Q.   How's this:  Do you see that --
17  in the "Results" section on the first page
18  that among 54,251 applicators, 82.8 percent,
19  or 44,932, used glyphosate?
20       A.   I'm sorry.  Where was that?
21  Under the --
22       Q.   Under the "Results" section.
23       A.   "Results"?  Okay.
24       Q.   Do you see that?
25       A.   I see that.

31 (Pages 118 to 121)

Kevin T. Palka, M.D.

1      Q.    Okay.  That's tens of thousands
2  more than were in the -- that's literally
3  more than 44,000 more people than were
4  studied in the Eriksson and McDuffie studies,
5  correct?
6      A.    Correct.
7      Q.    Okay.  And do you agree that
8  cohort studies are, in the pyramid of
9  epidemiology, viewed more favorably than case
10  control studies?
11          MR. DOMINA:  Object.
12      Foundation.
13      A.    So I'm not an epidemiologist,
14  so I couldn't really comment to that fact.
15  QUESTIONS BY MR. STEKLOFF:
16      Q.    Okay.  Well, would you have
17  liked to have seen this study in 2018 that
18  was a follow-up to the 2005 study that you
19  cited in your -- that you were given by your
20  lawyer to see what the results were?
21          MR. DOMINA:  The witness
22      doesn't have a lawyer here today.
23          MR. STEKLOFF:  Okay.  I will
24      rephrase.
25

1  QUESTIONS BY MR. STEKLOFF:
2      Q.    Would you have liked to have
3  seen this study in 2018 that was a follow-up
4  to the 2005 study that you were given by
5  Mr. Domina?
6      A.    You know, I'm always happy to
7  look at other studies.  I couldn't tell you
8  if it would change my opinion of the IARC
9  study.
10      Q.    Okay.  And do you know if the
11  IARC group reviewed this study?
12      A.    This came out in 2018, so I
13  think -- I believe the IARC study was before
14  that.  So this information would not have
15  been included in there.
16      Q.    Okay.  And do you know whether
17  this study looked at dose response
18  across -- strike that.
19          You said, I couldn't tell you
20  if this study, the Andreotti study, would
21  change your opinion of the IARC study.
22          That's, again, because it's
23  really the IARC study that's driving your
24  opinions in this case, correct?
25      A.    At this point, also the fact

1  that I've never seen this article before, so
2  I couldn't formulate an opinion --
3      Q.    Okay.
4      A.    -- without looking at it.
5      Q.    Sitting here right now, does it
6  concern you that you have never seen this
7  study before?
8      A.    I don't think I would use the
9  word "concern."  I mean, I think it's always
10  good to have more information to review.
11      Q.    Right.
12          It would be better to get all
13  the -- as more -- more information, if there
14  were large studies reporting, whether or not
15  they found associations between glyphosate
16  and non-Hodgkin's lymphoma, correct?
17      A.    Correct.  I think I would use
18  my critical thinking to see how -- you know,
19  or do literature reviews on cancer studies to
20  see what the merits are of the study.
21      Q.    Right.
22          And you weren't able to do any
23  critical thinking about this study because it
24  wasn't provided to you, right?
25      A.    Correct.

1      Q.    And you also didn't do your own
2  medical literature search in this case,
3  correct?
4      A.    Correct.
5      Q.    So you didn't go out and
6  independently search for articles about
7  glyphosate and non-Hodgkin's lymphoma to see
8  if there was anything else out there,
9  correct?
10      A.    Correct.
11      Q.    You fully relied on Mr. Domina
12  and his colleagues to send you the articles
13  that you should review?
14      A.    Correct.
15      Q.    And they didn't send you this
16  Andreotti study?
17      A.    Correct.
18      Q.    You don't know what else they
19  didn't send you?
20      A.    Can't prove a negative.
21          MR. STEKLOFF:  Why don't we --
22      are you okay taking a break?
23          Can we go off the record,
24      please.
25          THE VIDEOGRAPHER:  We are going

32 (Pages 122 to 125)

Kevin T. Palka, M.D.

Page 126

1      off the record at 3:28 p.m.
2          (Off the record.)
3          THE VIDEOGRAPHER:  We are back
4      on the record at 3:49 p.m.
5  QUESTIONS BY MR. STEKLOFF:
6      Q.    Dr. Palka, we were talking
7  about the Andreotti paper that you have not
8  seen before.
9          Is it fair to say you also have
10 not seen reviews done by -- reviews of
11 glyphosate conducted by the United States
12 EPA?
13     A.    Correct.
14     Q.    And so you don't know what
15 conclusions the EPA has reached with respect
16 to glyphosate?
17     A.    Correct.
18     Q.    You don't know what science the
19 EPA has reviewed?
20     A.    Correct.
21     Q.    Do you know if the EPA has
22 specifically reviewed IARC's review of
23 glyphosate and commented on it?
24     A.    I do not know.
25     Q.    Would you like to know?

Page 127

1      A.    I would be interested to hear.
2      Q.    Okay.  Do you think it would
3  impact -- could have potentially impacted
4  your opinion if they had comments about their
5  review of science, as compared to IARC's
6  review of science?
7      A.    Hypothetically, it could.
8      Q.    Okay.  What about other -- and
9  would the same be true of other international
10 regulatory bodies like Health Canada?
11     A.    Well, I think -- you know, I
12 mean, I would say that the one thing that
13 IARC has in its favor is it's international.
14 So, you know, you might have Canadians on
15 there.  You might have -- you have U.S. I
16 want to say there was someone from Chile on
17 this last one.
18         I mean, they just have a
19 representation from all over the world.  So,
20 you know, hopefully, that's giving you a good
21 representation of everybody, as opposed to
22 just one country's committee.
23     Q.    Right.  Okay.
24         But do you even, sitting here,
25 know how many scientists were part of the

Page 128

1  IARC working group?
2      A.    No.
3      Q.    And would you like to know what
4  other regulatory bodies, like Health Canada,
5  the European equivalence of the EPA,
6  Australia, what all, if anything, they have
7  said about glyphosate and its carcinogenic
8  potential?
9      A.    I think it would be worthwhile
10 reviewing.
11     Q.    And would it be worthwhile to
12 review also what they've said about the IARC
13 review, if they've looked at glyphosate
14 post-IARC and commented specifically on IARC?
15     A.    Yes.
16     Q.    But you weren't provided with
17 any of that information?
18     A.    Correct.
19     Q.    And you didn't ask for it?
20     A.    Correct.
21     Q.    And here, what's really allowed
22 you to offer your opinions that Roundup was a
23 substantial contributing factor to
24 Mr. Janzen's non-Hodgkin's lymphoma, the
25 primary scientific paper is the IARC

Page 129

1  Monograph?
2      A.    Correct.
3      Q.    Without that, it would have
4  been hard for you to say that Roundup caused
5  his cancer?
6      A.    I don't think I would be able
7  to say it as confidently.
8      Q.    And that would be true not just
9  for Mr. Janzen, but also for the three
10 plaintiffs you're going to discuss tomorrow?
11     A.    Correct.
12     Q.    And, again, in your report
13 where you discuss two studies, Eriksson and
14 McDuffie, those were really just examples of
15 odds ratios higher than 1, correct?
16     A.    Correct.
17     Q.    And you chose those two studies
18 because they were studies, first of all, that
19 involved glyphosate?
20     A.    Correct.
21     Q.    And second, they were studies
22 that IARC had as part of its review?
23     A.    Correct.
24     Q.    Any other reasons why you chose
25 those two studies?

33  (Pages 126 to 129)

Kevin T. Palka, M.D.

Page 130

1    A.   I mean, I think it gave you a
2  good number to use for the odds ratio.  Just
3  something a little more concrete.
4    Q.   Meaning that it gave you a
5  number above 2?  So the 2.12 --
6    A.   Correct.
7    Q.   -- and the 2.36?
8    A.   Correct.
9    Q.   And was it --
10   A.   So that -- sorry to interrupt.
11  But that would mean it's double the risk.  So
12  that seemed -- when you're doubling the risk,
13  just in general, that seems to be
14  significant.
15   Q.   And you -- first of all, let's
16  just be careful for her, not to --
17   A.   Oh.
18   Q.   -- talk over each other and
19  slow down.
20        But you actually anticipated my
21  question.
22        It was important to you that
23  there was a doubling of the risk; is that
24  fair?
25   A.   Correct.

Page 131

1    Q.   Without that doubling of the
2  risk, would you have had a harder time saying
3  that Roundup was a substantial contributing
4  factor to Mr. Janzen's non-Hodgkin's
5  lymphoma?
6    A.   I think the higher the odds
7  ratio, the more substantial the claim is.  So
8  if you get down to 1.02, that's not -- that's
9  not going to be significant.
10   Q.   Okay.  But it did impact you
11  that the odds ratio was higher than 2?
12   A.   It did.
13   Q.   In these two studies?
14   A.   Correct.
15   Q.   And that's one of the reasons
16  why you chose to cite those two studies and
17  those two odds ratios?
18   A.   Correct.
19   Q.   And you don't know if those
20  odds ratios, as we discussed earlier, were
21  adjusted for other pesticides.
22   A.   Correct.
23   Q.   So other pesticides could be
24  confounding those results?
25   A.   It's possible.

Page 132

1    Q.   You didn't consider that as
2  part of your methodology?
3    A.   No.  They seemed to focus in
4  particular on the glyphosate.  But there
5  are -- there could be other confounding
6  variables.
7    Q.   When you say "they seemed to
8  focus in particular on the glyphosate," can
9  you just explain to me what you mean?
10   A.   Well, the paper was focusing on
11  glyphosate and non-Hodgkin's lymphoma risk,
12  as opposed to other pesticides and other --
13  you know, they specifically mentioned the
14  glyphosate.
15   Q.   Got it.
16        Is it fair to say -- just
17  trying to actually make things more efficient
18  for tomorrow -- that your methodology was the
19  same in all four cases?
20   A.   Correct.
21   Q.   I'm going to mark as Exhibit 7
22  the Pahwa paper.
23        (Defendant's Exhibit 7 marked
24        for identification.)
25

Page 133

1  QUESTIONS BY MR. STEKLOFF:
2    Q.   Is this -- you were going to go
3  to your -- I'm not expecting you to have done
4  this, but earlier, you said you had another
5  paper in your bag.
6        Is this the paper that you were
7  referring to?
8    A.   When was this?  What was the
9  publication date on this?
10   Q.   It's a very recent publication.
11  It is --
12   A.   I believe this is the -- oh, on
13  NAPP?
14   Q.   Yeah, this is the NAPP.  And
15  I -- I mean, it's definitely 2019.  Let's see
16  if we can find the date, though.
17        I don't see -- I mean, I will
18  represent to you that this publication came
19  out in the last few months, and it is a 2019
20  paper.
21        Is that -- I mean, is that
22  consistent with your understanding?
23   A.   It is.
24   Q.   And so, first of all, when was
25  it that you were provided this paper?

34 (Pages 130 to 133)

Kevin T. Palka, M.D.

Page 134

1    A.   Yesterday.
2    Q.   Okay.  And I didn't ask you:
3  What did you do to prepare -- I'm not asking
4  about specific discussions, but what
5  generally did you do to prepare for your
6  deposition?
7    A.   So I met with Mr. Domina and
8  another lawyer.  What's Robin --
9    Q.   Robin Greenwald?
10    A.   Greenwald.  Correct.  Thank
11  you.
12         I haven't done a deposition in
13  a while, so just kind of general how to --
14  how to act during a deposition, and the rules
15  of engagement and all that.  You know, just
16  the general stuff to review.
17         And then we reviewed some of
18  the cases, some of the main points to focus
19  on in the case.
20    Q.   And when was that?
21    A.   Yesterday.
22    Q.   All right.  How long was that?
23    A.   I believe it was about 4 hours.
24         MR. DOMINA:  Including salads.
25    A.   Including salads, it was about

Page 135

1  4 hours.
2  QUESTIONS BY MR. STEKLOFF:
3    Q.   And one of the papers that
4  you -- oh, actually, you can see on the top.
5  Downloaded on June 28, 2019.  It's very faint
6  on the very top of the front page.
7    A.   Okay.
8    Q.   And so this is one of the
9  papers that you reviewed?
10    A.   It is.
11    Q.   Okay.
12    A.   I believe so.
13    Q.   And what is your understanding
14  of what data was being analyzed in this
15  paper?
16    A.   So they -- they looked into the
17  relationship between glyphosate and
18  non-Hodgkin's lymphomas, but they looked
19  at -- they broke it down into the different
20  subtypes of lymphomas.  So again, there's 80
21  different kinds of non-Hodgkin's lymphomas.
22  So they looked at some of the main types.
23    Q.   And do you know if this data
24  related to any other studies?
25    A.   Not for certain, but I think

Page 136

1  there was some -- this North American Pooled
2  Project, there was some other information
3  about that.
4    Q.   You're not familiar with that?
5    A.   I'm not familiar with that.
6    Q.   And so did this study in any
7  way change any of the opinions that you've
8  offered in your report?
9    A.   No.
10    Q.   Did it corroborate any of the
11  opinions you've authored in your report?
12    A.   Yes.
13    Q.   In what way?
14    A.   Well, so there -- you know, so
15  I think, in the big picture, we --
16  non-Hodgkin's lymphoma -- is linked with
17  the glyphosate and that this showed certainly
18  DL -- diffuse large B-cell lymphoma --
19         (Reporter clarification.)
20    A.   So give me one second.  Let me
21  find the review where this --
22         MR. DOMINA:  The NIH
23  publication date, as given, is June 27
24  of 2019, for whatever it's worth.
25         MR. STEKLOFF:  When you say

Page 137

1  "NIH," what are you referring to?
2         MR. DOMINA:  PubMed Central.
3         MR. STEKLOFF:  I understand.
4  But this is -- you mean for the NAPP?
5         MR. DOMINA:  Just to be sure
6  that we know what it is.
7         MR. STEKLOFF:  But you're
8  talking about Pahwa?
9         MR. DOMINA:  No, I'm talking
10  about Exhibit 7.
11         MR. STEKLOFF:  Yeah.  Pahwa.
12  Right.  Right.  NAPP.  Yes.  That
13  makes sense to me, June 2019.
14         You said "NIH."  I think you
15  said "NIH."  This is not an NIH -- I
16  mean, I don't know where it was
17  published, but it's not an NIH
18  article.
19         MR. DOMINA:  No, it's not an
20  NIH paper, but it's published in
21  PubMed Central.
22         MR. STEKLOFF:  Got it.
23    A.   So could you repeat the
24  question, please?
25

35 (Pages 134 to 137)

Kevin T. Palka, M.D.

Page 138

1    QUESTIONS BY MR. STEKLOFF:
2        Q.    I'm going to have to figure out
3    what it was.
4              Well, I think I was just
5    trying -- you said that this corroborated
6    your opinions, and I was just trying to
7    understand how it -- what is it, if anything,
8    that you're saying corroborates any of your
9    opinions?
10       A.    Well, so I think that the
11   concern was that in a specific subtype of
12   non-Hodgkin's lymphoma, follicular lymphoma,
13   there did not seem to be a correlation with
14   glyphosate usage and development of
15   follicular lymphoma.
16             If you look at non-Hodgkin's
17   lymphoma overall, everything, I think the
18   correlation still stands; but with that
19   specific subtype of lymphoma, this, you know,
20   raises some concerns.
21       Q.    So if a patient had follicular
22   lymphoma, you would have concerns about
23   whether you could say glyphosate was a
24   substantial contributing factor, based on
25   this paper?

Page 139

1        A.    Based on just this paper,
2    correct.
3        Q.    And did you form any
4    opinions -- I'm not asking -- you know,
5    coming in today, do you have any -- I'm not
6    asking you to come up with them now, but do
7    you have any opinions about whether this
8    paper says anything about dose response?
9        A.    Dose responses as far as the
10   amount of glyphosate?
11       Q.    Correct.
12             Is it fair to say you didn't
13   form any opinions, based on this paper, about
14   dose response?
15       A.    I did not focus on that part of
16   this paper.
17       Q.    Okay.  You can put that one
18   aside.
19             Is it fair to say you're not
20   offering any opinions about dose response?
21       A.    Could you clarify that, please?
22       Q.    Sure.
23             You're not offering any
24   opinions -- you're just saying that
25   Mr. Janzen had such high exposure that

Page 140

1    you -- it gives you comfort that it was a
2    substantial contributing factor, but you're
3    not offering opinions about epidemiology and
4    dose response?
5        A.    Correct.
6        Q.    And so sitting here, based on
7    your review of the epidemiology, you don't
8    have any specific opinions about dose
9    response?
10       A.    Correct.
11       Q.    Okay.  So I actually want to
12   focus now on Mr. Janzen, some of his medical
13   history and other histories specifically.
14             I think, earlier, you said that
15   Mr. Janzen was diagnosed with non-Hodgkin's
16   lymphoma in July 2013, correct?
17       A.    That is what I have in my copy
18   of my report.
19       Q.    Yep.  I have no reason to
20   disagree --
21       A.    Okay.
22       Q.    -- with that date.
23       A.    Okay.
24       Q.    And he was diagnosed with
25   DLBCL, right?

Page 141

1        A.    Correct.
2        Q.    Okay.  And that's the most
3    common form of non-Hodgkin's lymphoma?
4        A.    Correct.
5        Q.    Would you say about 60 percent
6    of non-Hodgkin's lymphoma is DLBCL?
7        A.    I think that would be a
8    reasonable estimate.
9        Q.    Okay.  And do you agree that
10   non-Hodgkin's lymphoma is more common in
11   individuals above the age of 60?
12       A.    I don't have any specific data
13   on that.  I mean, I would say, in general, we
14   see more cancer in older patients.  You
15   certainly do see a lot of -- you see a fair
16   number of lymphomas in younger patients,
17   probably more so than lung cancer or colon
18   cancer, pancreatic cancer.
19       Q.    Okay.  Is age a risk factor for
20   the development of non-Hodgkin's lymphoma?
21       A.    No, I don't think so.
22       Q.    Okay.
23       A.    I think there's a good spectrum
24   of ages involved.
25       Q.    Okay.  So that age isn't

Kevin T. Palka, M.D.



Page 142

1  something that you considered as part of your
2  differential diagnosis?
3      A.   No.
4      Q.   Is gender a risk factor for the
5  development of non-Hodgkin's lymphoma?
6      A.   I don't know.  I'm not aware of
7  any -- I don't know.
8      Q.   Okay.  And so that's not
9  something you considered as part of your
10 differential diagnosis?
11     A.   No.
12     Q.   Is body weight a risk factor
13 for the development of non-Hodgkin's
14 lymphoma?
15     A.   Off the top of my head, I don't
16 know.  I don't think so.
17     Q.   Okay.  So that's not something
18 you considered as part of your differential
19 diagnosis?
20     A.   No.
21     Q.   You didn't do an assessment of
22 Mr. Janzen's BMI to see whether it was a
23 potential risk factor for his development of
24 non-Hodgkin's lymphoma?
25     A.   No.

Page 143

1      Q.   And you didn't do an assessment
2  of medical literature to see if body weight,
3  or BMI, is a risk factor for the development
4  of non-Hodgkin's lymphoma?
5      A.   No.
6      Q.   And the same is true for age
7  and gender, in terms of looking at medical
8  literature?
9      A.   Correct.
10     Q.   Okay.  You reference, in the
11 third paragraph, the fourth line up, that
12 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
   ▮▮▮▮; do you see that?
15     A.   Yes.
16     Q.   And do you know if ▮▮▮▮▮▮▮
   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, is a
18 risk factor for the development of
19 non-Hodgkin's lymphoma?
20     A.   It is not.
21     Q.   Okay.  How do you know that?
22     A.   Because I specialize in
23 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.
24     Q.   Okay.
25     A.   So --

Page 144

1      Q.   Did you look at any medical
2  literature to see if there's been an
3  association between ▮▮▮▮▮▮▮▮▮ and
4  the development of non-Hodgkin's lymphoma?
5      A.   I did not.
6      Q.   Okay.  Would you be surprised
7  if there are articles, peer-reviewed
8  articles, showing an association between the
9  two?
10     A.   So I think the one context
11 where you would see that is in transplant
12 patients, where you have an increased risk
13 of -- especially with kidney transplants, you
14 have an increased risk of ▮▮▮▮▮▮▮▮
   ▮▮ and non-Hodgkin's lymphoma.  So I think
16 that's the one particular patient population
17 where you definitely see that.
18     Q.   Okay.
19     A.   But I'm not aware of any
20 connection with ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮  That's not a risk
23 factor for non-Hodgkin's lymphoma by itself.
24     Q.   Meaning ▮▮▮▮▮▮▮ is not a
25 risk factor for non-Hodgkin's lymphoma?

Page 145

1      A.   ▮▮▮▮▮▮▮▮, yeah.
2      Q.   Understood.
3      A.   Yeah.
4      Q.   But do you know if the
5  development of ▮▮▮▮▮▮▮▮▮▮ is a
6  risk factor for the development of
7  non-Hodgkin's lymphoma?
8      A.   I don't know if there's any
9  connection.
10     Q.   Okay.  Is that something --
11 that's not something you researched to see if
12 there was medical literature?
13     A.   No.  Again, the vast majority
14 of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮  There may be some link
17 there, but that's the risk factor -- you
18 know, the risk factor for ▮▮▮▮▮▮
   ▮▮▮▮▮▮▮.  That's pretty well-established.
20     Q.   Understood.  I understand what
21 the risk factor is for ▮▮▮▮▮▮▮
22     A.   Yeah.
23     Q.   I'm asking if you did any
24 research to see if, once someone has
25 developed ▮▮▮▮▮▮▮▮▮▮, they are

Kevin T. Palka, M.D.

**Page 146**

1 at a higher risk for developing non-Hodgkin's
2 lymphoma.
3        A.    I did not do any research to
4 that effect.
5        Q.    Okay.  So is it fair to say you
6 did not in Mr. Janzen's case, therefore
7 consider the ████████████████ as
8 part of your differential diagnosis?
9        A.    I did not think they were
10 related.
11       Q.    Right.
12             But you didn't do any research
13 to see if --
14       A.    No.
15       Q.    -- there was an association?
16       A.    No.
17       Q.    So you didn't --
18       A.    I can speak from my patient
19 population where I see these ████████
20 ███████████ very frequently.
21       Q.    Okay.
22       A.    So just from personal
23 experience, I've never seen a patient with
24 ████████████ who has had
25 non-Hodgkin's lymphoma.  So that would be the

**Page 147**

1 basis for my assessment of that.
2        Q.    So you've never had a patient
3 who had ████████████ and then
4 later developed non-Hodgkin's lymphoma?
5        A.    I have never had one.
6        Q.    Okay.  I'm going to mark as
7 Exhibit 8 --
8             (Defendant's Exhibit 8 marked
9        for identification.)
10 QUESTIONS BY MR. STEKLOFF:
11       Q.    This is a study where the lead
12 author is a Dr. Nugent and it's titled "Risk
13 of Second Primary Cancer and Death Following
14 a Diagnosis of ████████████████"
15             Do you see that?
16       A.    Yes.
17       Q.    And can you turn to Table 2,
18 please.
19             First of all, this isn't a
20 paper that you reviewed, correct?
21       A.    Correct.
22       Q.    And do you see here, in
23 Table 2, it's titled "Standardized incidence
24 ratios for developing a second primary cancer
25 by type of NMSC, cancer site, and time since

**Page 148**

1 diagnosis in males"?
2        A.    Yes.
3        Q.    And do you see that four rows
4 up, there is a section for non-Hodgkin's
5 lymphoma?
6        A.    Yes.
7        Q.    And then do you see the right
8 column, there's -- there's "████" and "████"
9             Do you see that?
10       A.    I do.
11       Q.    And ████████████████
12 ██████ ███████████████████?
13       A.    Yes.
14       Q.    Okay.  And do you see that in
15 this study, the risk of developing
16 non-Hodgkin's lymphoma subsequent to having
17 ████████████ was 1.92 with a
18 statistically significant odds ratio?
19       A.    Yes.
20       Q.    And at least in this study,
21 there were 46 patients who developed
22 non-Hodgkin's lymphoma after having ████
23 ██████████████████?
24       A.    Yes, I see that.
25       Q.    And so there is some research

**Page 149**

1 into the potential association between ████
2 ██████████ and then later
3 developing non-Hodgkin's lymphoma, correct?
4             MR. DOMINA:  Objection.  Form.
5        The table calls this incidence ratios
6        associations.
7 QUESTIONS BY MR. STEKLOFF:
8        Q.    Well, an incidence ratio is
9 used to determine whether there's an
10 association, correct?
11       A.    Correct.
12       Q.    And so there is some research
13 into whether there's a potential association
14 between ████████████ and then the
15 later development of non-Hodgkin's lymphoma,
16 correct?
17       A.    Correct.
18       Q.    And this study, at least,
19 suggests that there's close to a doubling of
20 the risk -- a statistically significant
21 doubling of the risk between those two
22 conditions, correct?
23       A.    That is just based on the
24 table.  I haven't reviewed the study.
25       Q.    Okay.  Well --

38 (Pages 146 to 149)

Kevin T. Palka, M.D.



**Page 150**

1  A.  But, I mean, the table supports
2  that.
3  Q.  In general, you didn't do
4  research on this study or other studies to
5  see if there was a relationship, right?
6  A.  Correct.
7  Q.  So part of your differential
8  diagnosis was not considering the potential
9  relationship between ▮▮▮▮▮▮▮
10 ▮▮▮▮ development of non-Hodgkin's
11 lymphoma, correct?
12 A.  So I think this supports a
13 relationship, but not casualty.  Patients
14 don't get ▮▮▮▮▮▮▮
15 because they had non-Hodgkin's lymphoma.  And
16 to correlate it, they don't get
17 non-Hodgkin's -- so the two are -- the two
18 are not -- one thing doesn't cause the other.
19        So I would say, is there any
20 literature supporting ▮▮▮▮▮▮ and
21 non-Hodgkin's lymphoma?  Because those
22 patients would be at risk for both.  I think
23 this is just showing that there is -- you
24 know, some patients get two cancers.
25        I don't think there -- I don't

**Page 151**

1  think this -- without reviewing the paper, I
2  don't think there's necessarily a casualty
3  here.  I think there's a relationship, but I
4  don't think one causes the other.
5  Q.  Okay.  My question is a little
6  bit different, though, which is that you
7  didn't -- you didn't research this issue in
8  determining the potential impact of
9  Mr. Janzen's ▮▮▮▮▮▮▮ on his
10 non-Hodgkin's lymphoma?
11 A.  Correct.
12 Q.  Now, you go on to state in your
13 report, "He" -- Mr. Janzen -- "▮▮▮
14 ▮▮▮▮▮▮▮▮▮▮
15 ▮▮▮▮▮▮▮▮
16 ▮▮▮▮▮▮▮," correct?
17 A.  Correct.
18 Q.  And is it fair to say you
19 similarly did not do any research into a
20 potential association between a ▮▮▮▮
21 ▮▮▮▮ and the development of
22 Mr. Janzen's lymphoma?
23 A.  Correct.
24 Q.  That wasn't part of your
25 differential diagnosis?

**Page 152**

1  A.  Correct.  I think, if you look
2  at, you know, what -- what's more likely
3  here, w▮▮▮▮▮▮▮▮▮▮
4  ▮▮▮▮▮▮▮▮▮▮▮
5  ▮▮▮▮▮▮▮▮▮▮▮
6  ▮▮▮▮▮▮▮▮▮▮▮
7  ▮▮▮▮▮▮▮ ▮▮▮▮▮
8  ▮▮▮▮▮▮▮▮▮▮▮
9  ▮▮▮▮▮▮▮▮ Lymphoma ones,
10 I'm sure they're out there, but they're not
11 very common.  But exposure to pesticides in
12 farming communities is.
13 Q.  Right.
14 ▮▮▮▮▮▮▮▮▮▮▮▮
15 ▮▮▮▮▮▮▮▮▮▮▮▮
16 A.  Correct.
17 Q.  And you don't know what other
18 pesticides he may have been exposed to?
19 A.  Correct.
20 Q.  And so it wasn't part of your
21 differential diagnosis to assess the
22 potential impact of ▮▮▮▮▮▮▮
23 ▮▮▮▮ on his development of cancer?
24 A.  Correct.  Just based on my
25 training as an oncologist, we don't look for

**Page 153**

1  ▮▮▮▮▮▮▮▮▮▮▮
2  ▮▮▮▮▮▮▮▮▮.  It's not
3  impossible, but it's just not something that
4  we look for.
5  Q.  Right.
6        And you didn't do any research
7  into that here?
8  A.  No.
9  Q.  And you didn't make it part of
10 your differential diagnosis?
11 A.  No.  That was just based on my
12 training as a medical oncologist.
13 Q.  How do you define -- you use
14 the phrase, in the last paragraph of your
15 report, "to a reasonable degree of medical
16 certainty."  I'm just curious what your
17 definition is of that phrase.
18 A.  So, I mean, more likely than
19 not.  So more than 51 percent.  I mean, it
20 seems like that's the most likely cause of
21 the --
22 Q.  Okay.  And you agree that
23 51 percent is -- do you agree that that's a
24 legal standard, as opposed to a clinical
25 standard?

Kevin T. Palka, M.D.

1        MR. DOMINA: Objection.
2   Foundation.
3        A.    Correct. Yes.
4   QUESTIONS BY MR. STEKLOFF:
5        Q.    I mean, you don't tell your
6   patients if you think 51 percent -- that
7   something 51 percent, you don't make
8   treatment recommendations based on that?
9        A.    Well, you know, I make
10  treatment recommendations based on clinical
11  trial evidence where it's shown -- you know,
12  a chemotherapy regimen doesn't work for
13  100 percent of the patients, but I can say
14  most patients respond to this. You know, the
15  response rate is 70 percent. So I do use
16  numbers to discuss things with patients if I
17  have that information available, specific
18  numbers based on the clinical trial.
19       Q.    Fair enough. I'm not saying
20  anything is 100 percent.
21            But if you're 51 percent sure
22  your patient has cancer, you do more tests
23  before you give them chemotherapy, right?
24       A.    Correct. I would not give
25  anybody any treatment until I had 100 percent

1   diagnosis of cancer.
2        Q.    Okay.
3        A.    100 percent. To do otherwise
4   would be malpractice.
5        Q.    I agree. I didn't expect a
6   different answer.
7        A.    The phrase is, "No meat, no
8   treat." If you don't get pathology, you
9   don't get chemotherapy.
10       Q.    Yeah.
11            So I'm taking you outside of
12  the world, for a moment, of Mr. Palka. You
13  agree that there -- I keep doing that.
14  Mr. Janzen. Sorry. I woke up early.
15       A.    That's okay.
16       Q.    So you agree that -- I just
17  want to talk generally before I come back to
18  Mr. Janzen.
19            You agree that there are -- you
20  believe that there are some Roundup users who
21  developed non-Hodgkin's lymphoma because of
22  their Roundup use, correct?
23       A.    Correct.
24       Q.    You believe that there are some
25  Roundup users who never develop non-Hodgkin's

1   lymphoma, correct?
2        A.    Correct.
3        Q.    You agree that there are some
4   Roundup users who develop non-Hodgkin's
5   lymphoma where Roundup may have played no
6   role, correct? Maybe they didn't use it
7   enough, or maybe there were other things that
8   led to the development of their non-Hodgkin's
9   lymphoma, correct?
10       A.    Correct. If they didn't -- I
11  mean, I think the quantity and duration of
12  Roundup use is a big factor.
13       Q.    Right.
14            And you can't tell me what
15  that -- what the magic number is, correct?
16       A.    Correct.
17       Q.    But certainly someone could use
18  Roundup, develop non-Hodgkin's lymphoma, and
19  then it could have been something else that
20  led to that cancer?
21       A.    It's possible.
22       Q.    It's possible that it was
23  idiopathic, correct?
24       A.    Correct.
25       Q.    And so now, coming to

1   Mr. Janzen, you agree he could have developed
2   non-Hodgkin's lymphoma had he never used
3   Roundup?
4        A.    Correct.
5        Q.    He could have developed an
6   idiopathic non-Hodgkin's lymphoma?
7        A.    Correct.
8        Q.    He could have developed
9   non-Hodgkin's lymphoma because of another
10  pesticide?
11       A.    Correct.
12       Q.    Okay. And so there's no way
13  for you to tell a jury that Mr. Janzen's
14  cancer was not idiopathic? You can't be
15  certain of that?
16       A.    Could you repeat that?
17       Q.    Yeah. That was a bad question.
18            Would you agree that there's a
19  49 percent chance that Mr. Janzen's
20  non-Hodgkin's lymphoma was idiopathic?
21       A.    No. I wouldn't put a specific
22  number on that. I mean, I think greater than
23  51 percent could be 99 percent. It could be
24  52 percent. I don't think it's possible to
25  give a specific number.

Kevin T. Palka, M.D.

Page 158

1    Q.    Okay.  So you're not giving a
2  number between 51 and --
3    A.    No.
4    Q.    -- 99?
5    A.    No.
6    Q.    Okay.  So there is some number
7  between 49 and 0 that his cancer was
8  idiopathic?
9    A.    Correct.
10   Q.    And it could be as high as
11 49 percent; you just can't give a specific
12 number?
13   A.    I cannot give a specific
14 number.
15   Q.    Are you offering any opinions
16 about the care and treatment of Mr. Janzen by
17 his physicians?
18   A.    No.  I thought -- I mean, my
19 opinion was that he received appropriate
20 treatment, based on the standard of care --
21   Q.    Okay.
22   A.    -- or the guidelines for
23 treatment of his lymphoma.
24   Q.    And he's currently in
25 remission, correct?

Page 159

1    A.    As far as I know, yes.
2    Q.    Okay.  And that's been true
3  since 2013?
4    A.    Let me just -- so what I -- so
5  I would say, at the end of 2013, he had
6  received -- he had achieved a complete
7  response.  So that means there's no evidence
8  of cancer in any scans or blood test.  So
9  November 2013, he's been in remission.
10   Q.    Okay.  And so that's been
11 approximately 6 years?
12   A.    Approximately.
13   Q.    And so do you -- so it's my
14 understanding -- and please correct me if I'm
15 wrong -- that after 5 -- you know,
16 oncologists view the 5-year mark as
17 significant for remission?
18   A.    Depending on the cancer.  I
19 think, for most -- most cancers, 5 years is
20 the point where you -- I mean, you still can
21 continue surveillance.  But for colon cancer,
22 after 5 years, you could stop doing CT scans.
23   Q.    What about DLBCL like
24 Mr. Janzen had?
25   A.    I think 5 years is probably a

Page 160

1  reasonable time frame to say, you know, he's
2  been -- he's in remission still.
3    Q.    Okay.  And likely -- and
4  certainly more likely than not to remain in
5  remission?
6    A.    Correct.  You don't throw the
7  term "cured" out a lot.  But, you know, after
8  5 years -- I mean, his treatment was with
9  curative intent, so he got a good response.
10 He handled the treatment.  So there's a
11 chance he was cured.
12   Q.    And the 5-year mark is the --
13 is a significant marker in being able to say
14 there's a chance he's cured?
15   A.    I think -- we generally use
16 5 years.
17   Q.    And at the end of your report,
18 you say that "Mr. Janzen remains at risk for
19 the long-term toxicities associated with the
20 use of chemotherapy, including secondary
21 cancers, as well as the risk of recurrence of
22 his initial lymphoma," correct?
23   A.    Correct.
24   Q.    And so just breaking that down,
25 can you quantify in any way the risk for --

Page 161

1  associated with second cancers?
2    A.    Probably not in a number.  But
3  so one of the chemotherapy drugs he received
4  is called cyclophosphamide, or Cytoxan is the
5  trade name.  So that is an alkylating agent,
6  and there's a risk for development of
7  leukemias after you've received that.
8    Q.    Is the risk low?
9    A.    I think the risk at this point
10 is low, but it would still be something where
11 you'd monitor a complete blood count.
12   Q.    And when you say "low," can you
13 quantify it in any way?
14   A.    I would say probably
15 under -- under 10 percent.  Is that
16 sufficient?
17   Q.    I'm sure there's a -- I'm sure
18 there's studies.  I don't know the answer.
19   A.    Yeah.
20   Q.    I mean, sure, that's a
21 sufficient answer.
22   A.    Yeah.
23   Q.    And is the -- and we've already
24 discussed, but where you say "as well as the
25 risk of recurrence of his initial lymphoma,"

41 (Pages 158 to 161)

Kevin T. Palka, M.D.

Page 162

1    now that we've hit the 5-year mark, that is
2    also a low risk, correct?
3        A.   I think that would be a low
4    risk.
5        Q.   Even lower than a second
6    cancer?
7        A.   No. I think that would
8    probably be a little bit higher. I think
9    they're both low risk, I think. He's already
10   had one -- he's already had this lymphoma, so
11   the chance of this coming back -- it happens.
12   You can get later recurrences. It's
13   uncommon, but I think that's a higher risk
14   than a second cancer.
15       Q.   And does the 5-year mark give
16   you comfort -- I'm not saying
17   comfort-comfort, but more comfort about a
18   second cancer as well? In other words, does
19   the 5-year mark tell you anything about the
20   risk of a second cancer related to
21   chemotherapy? Not a recurrence, but a
22   second, different cancer.
23       A.   Well, so I think one -- the
24   second cancer related to -- you know, to
25   chemotherapy, that can happen down the line.

Page 163

1    Again, this is DNA damage.
2        I think he also would be -- in
3    this case, exposure to Roundup could be a
4    concern for something else developing from
5    that too. I'm saying the first one was
6    related to Roundup, so I think you could get
7    a second one. Like in smokers, you know, if
8    you get a lung cancer, you can also get a
9    throat cancer from smoking. You can get
10   other things.
11       So to your question, I think
12   both of them are fairly low risk of having a
13   second cancer or a -- but it's there.
14       Q.   Okay. And on the second cancer
15   related to Roundup, you don't have any data
16   to support that?
17       A.   I do not.
18       Q.   Or any data to support a second
19   cancer different than non-Hodgkin's lymphoma?
20       A.   No, I don't.
21       MR. STEKLOFF: Can we go off
22   the record?
23       THE VIDEOGRAPHER: We are going
24   off the record at 4:31 p.m.
25       (Off the record.)

Page 164

1        THE VIDEOGRAPHER: We are back
2    on the record at 4:46 p.m.
3    QUESTIONS BY MR. STEKLOFF:
4        Q.   Just a few questions.
5        We talked earlier about
6    Mr. Janzen's pathology.
7        There's no marker in pathology
8    that can tell you whether a patient's cancer
9    was caused by Roundup?
10       A.   Correct.
11       Q.   There's no diagnostic tests
12   that you can perform, whether related to
13   pathology or otherwise, that tells you
14   Roundup caused a patient's cancer?
15       A.   Correct.
16       Q.   And there was nothing here in
17   Mr. Janzen's medical records that said that
18   his treating physicians thought Roundup
19   caused his cancer?
20       A.   I'd have to look at that. I
21   don't believe so.
22       Q.   Okay. And is it fair to say,
23   once you -- I mean, you knew that Mr. Janzen
24   was exposed to Roundup, correct?
25       A.   Correct.

Page 165

1        Q.   And you were given that
2    exposure summary sheet, Exhibit 2, that told
3    you the level of exposure in some fashion,
4    correct?
5        A.   Correct.
6        Q.   And once you knew that, you
7    didn't consider idiopathy as part of your
8    differential diagnosis, correct?
9        A.   So you mean just an
10   idiopathic -- no. It seemed like that was
11   the main risk factor for this.
12       Q.   Right.
13       So just to clarify the "no,"
14   once you had that exposure summary, you
15   didn't have -- you didn't consider idiopathy
16   as the possible --
17       A.   No.
18       Q.   -- situation, correct?
19       A.   Correct.
20       MR. STEKLOFF: Okay. With
21   that, I will pass the witness to
22   Mr. Domina.
23       EXAMINATION
24   QUESTIONS BY MR. DOMINA:
25       Q.   Dr. Palka, I want to ask you a

42 (Pages 162 to 165)

Kevin T. Palka, M.D.

Page 166

1  little bit about that word "idiopathy,"
2  please, and take it in the context of the
3  last question.
4         You were specifically asked if
5  you considered idiopathy as a possibility.
6         Isn't it true that you did, in
7  fact, consider that idiopathy is always a
8  possibility, when it comes to cancer?
9         MR. STEKLOFF:  Object to form.
10  A.   So something that's idiopathic
11  means we don't know what the cause is; it's
12  unknown cause.  So that's always a
13  possibility.
14  QUESTIONS BY MR. DOMINA:
15  Q.   So in this case, as you
16  evaluated the information that was supplied
17  to you and considered the circumstances here,
18  did you recognize that one possibility is
19  that no one could ever formulate an opinion,
20  including you, about the cause of Royce
21  Janzen's non-Hodgkin's lymphoma?
22         MR. STEKLOFF:  Object to form.
23  A.   Correct.
24  QUESTIONS BY MR. DOMINA:
25  Q.   And as you then looked at these

Page 167

1  materials, you became aware that this
2  gentleman had exposure levels which he had
3  documented in Exhibit 2 at approximately 243
4  and 2/3 workdays -- I'm sorry -- 8-hour
5  workday equivalents; correct?  Or essentially
6  working in a Roundup-enriched environment for
7  about 8 1/2 months of his life?
8         MR. STEKLOFF:  Object to form.
9  A.   Correct.
10  QUESTIONS BY MR. DOMINA:
11  Q.   You were asked to look at one
12  of Mr. Stekloff's studies, his agricultural
13  study, Exhibit 6, which you had not seen or
14  looked at before today, as I recall.  And in
15  that study, if I may show you Exhibit 6 --
16  and if you don't mind my looking at it with
17  you, Doctor -- you see that there's an
18  indication that there were 54,254 -- 51
19  applicators; and of that number, 82.8 percent
20  used glyphosate.
21         Do you see that?
22  A.   Yes, I do.
23  Q.   Now, you've made it clear that
24  you're not a farmer and a person familiar
25  with farming, but is it your understanding

Page 168

1  that Roundup, which contains glyphosate, was
2  the most widely used herbicide in the world?
3         MR. STEKLOFF:  Object to form.
4  A.   Correct.
5  QUESTIONS BY MR. DOMINA:
6  Q.   And that this study may, in
7  fact, capture the fact that in order to be
8  engaged in agriculture, there's an
9  82.8 percent chance that you have to use this
10  stuff to be able to farm because it's so
11  pervasive?
12         MR. STEKLOFF:  Object to form.
13  A.   Correct.
14  QUESTIONS BY MR. DOMINA:
15  Q.   Do you know if, as a matter of
16  fact, if you don't use Roundup on your crops,
17  and Roundup-ready seed, there's a likelihood
18  that your crops will be killed by what your
19  neighbors use when they spray Roundup?
20         MR. STEKLOFF:  Object to form.
21  A.   I did not know that.
22  QUESTIONS BY MR. DOMINA:
23  Q.   Now, Doctor, in this study,
24  there was no attempt made, was there, to
25  evaluate -- I thought I saw in here that the

Page 169

1  mean or median number of days of exposure of
2  people in this study was 49.0 days.  I'm
3  pretty sure I did see that, but I don't see
4  it again right now.  Let's assume for a
5  moment that's true.  We can cover it later if
6  we need to.
7         That would be approximately
8  20 percent as much exposure as Mr. Janzen
9  had; is that correct?
10  A.   If that number that you
11  mentioned if is correct, yes.
12  Q.   You were shown Exhibit 8 and
13  asked about studies of a correlation between
14  ▓▓▓▓▓▓▓▓▓▓ in the skin and
15  subsequent non-Hodgkin's lymphoma.
16         And you practice in the area of
17  medical oncology ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
18  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
19  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓; is
20  that correct?
21  A.   Correct.
22  Q.   So you are a practitioner
23  focused on ▓▓▓▓▓▓▓▓▓, true?
24  A.   Correct.
25  Q.   When ▓▓▓▓▓▓▓▓▓▓

43 (Pages 166 to 169)

Kevin T. Palka, M.D.



Page 170

```
1   ████████████████████
    ████████████████████
3                      ?
4      A.   Let me clarify that.
5            So you're talking about
6      ████████████████  --
7      Q.   I am ████████████
8      A.   ████████████████  I
9   also treat head and neck cancers. ████
    ████████████████████████
    ████████████████████████
    ████████████████████████
    ████████████████████████
                  ████, does it?
16     A.   Correct.
17     Q.  ████████████████████
    ████████████████████████
    ████████████████████████
    ████████████████████████
    ████████████████████████
21  ████████████████████████
    ████████████████████████
    ████████████████████████
    ████████████████████████
```

Page 171

```
1   ████████████████████████
    ████████████████████████
      It's a general term.
4      Q.   Now, while you may not have
5   been asked to focus on this fact, I'm going
6   to ask you if maybe one of the unspoken
7   assumptions of your work was that when
8   Mr. Janzen was using the Roundup product on
9   his crops, he was doing that predominantly
10  during the daytime?
11         MR. STEKLOFF:  Object to form.
12     A.   I would -- I would assume that
13  that was when they would be out on the
14  tractor.
15  QUESTIONS BY MR. DOMINA:
16     Q.   And would you also assume that
17  he would most predominantly do that when it's
18  not raining?
19         MR. STEKLOFF:  Object to form.
20     A.   I would assume so.
21  QUESTIONS BY MR. DOMINA:
22     Q.   And so it's reasonable to
23  deduce that much of what a farmer does when a
24  farmer sprays a pesticide is done during the
25  daylight, in the sunshine, correct?
```

Page 172

```
1          MR. STEKLOFF:  Object to form.
2      A.   Correct.
3   QUESTIONS BY MR. DOMINA:
4      Q.   So if there is a concurrence of
5   some modest measure in Exhibit 8 of the
6   ████████████████████████
7   and non-Hodgkin's lymphoma, that might simply
8   be because that while the farmer is farming
9   in the sunshine, he's applying the pesticide
10  Roundup, so there would be no relationship
11  between ████████, but a relationship
12  between two activities that are occurring
13  under a simultaneous condition?
14         MR. STEKLOFF:  Are you
15  suggesting that Exhibit 8 is a study
16  of farmers?
17         MR. DOMINA:  No.
18         MR. STEKLOFF:  I object to the
19  form of the question.
20  QUESTIONS BY MR. DOMINA:
21     Q.   Your answer?  Would that be an
22  accurate thing?
23     A.   I think it's a definite
24  possibility.
25     Q.   You were asked some questions
```

Page 173

```
1   about other pesticides that Mr. Janzen used.
2   Assume for a moment, as Monsanto knows from
3   taking his deposition for several hours, that
4   Mr. Janzen testified that his other -- his
5   exposures to other pesticides was nominal,
6   that he may have, early in his life, had some
7   nominal exposure to a predecessor pesticide;
8   but from essentially 1984 on, his exposure
9   was principally to Roundup.
10         MR. STEKLOFF:  Object to form.
11  Completely mischaracterizes his --
12  Mr. Janzen's testimony.
13         But you can go ahead and make
14  whatever assumption Mr. Domina would
15  like you to make.
16  QUESTIONS BY MR. DOMINA:
17     Q.   Assume that the overwhelming
18  predominant pesticide -- herbicide --
19  Mr. Janzen would have called it a herbicide
20  and not a pesticide -- was Roundup.
21         Just having that information,
22  would your opinions be altered by the fact
23  that there was some modicum of minor exposure
24  to other herbicides?
25         MR. STEKLOFF:  Object to form.
```

44 (Pages 170 to 173)

Kevin T. Palka, M.D.

Page 174

1     A.    No.  Because the most
2  significant exposure was to Roundup.
3  QUESTIONS BY MR. DOMINA:
4     Q.    And were you here attempting,
5  Doctor, to identify an absolute cause with a
6  100 percent degree of confidence level of the
7  cause of Mr. Janzen's cancer?
8     A.    No, I was not.
9     Q.    Is that, in your view,
10 medically possible to do?
11    A.    No, it is not.
12    Q.    Are you aware of any cancer
13 that it is medically possible to link with a
14 100 percent confidence level to a known
15 cause?
16    A.    No.
17    Q.    Even American soldiers who were
18 repeatedly exposed to Agent Orange and
19 subsequently developed blood cancers weren't
20 known to have had a 100 percent confidence
21 level of positive causation, were they?
22        MR. STEKLOFF:  Object to form.
23    A.    Could you repeat that?
24 QUESTIONS BY MR. DOMINA:
25    Q.    Even American soldiers in

Page 175

1  Vietnam who were repeatedly exposed to Agent
2  Orange and subsequently developed blood
3  cancers were not known, at a 100 percent
4  confidence level, to have had their
5  later-in-life blood cancers traced back to
6  Agent Orange in Vietnam?
7     A.    Correct.
8     Q.    But we give them veteran's
9  pensions, don't we, for the fact that they
10 have that blood cancer?
11        MR. STEKLOFF:  Object to form.
12    A.    Correct.
13 QUESTIONS BY MR. DOMINA:
14    Q.    Doctor, you were asked a series
15 of questions about whether you have ever told
16 a cancer patient, in your professional life,
17 whether that patient's cancer was caused by
18 Roundup, and you said no.
19    A.    Correct.
20    Q.    In the course of your
21 professional life, have you made it a
22 practice to investigate the causes of the
23 cancers your patients present?
24    A.    We -- you know, we -- I take a
25 work history, family history.  So we do look

Page 176

1  for the causes that -- potential causes that
2  could be corrected, or genetic risk factors.
3  So we do look for that.
4     Q.    And if you -- is that
5  information generally taken in the form of a
6  medical history?
7     A.    That's usually -- that
8  information is usually obtained during the
9  initial visit, when we're seeing them for --
10 it's part of that history and physical,
11 initial consult note in the clinic that
12 requires --
13    Q.    It's a combination of a medical
14 history, a family history, and a social
15 history?
16    A.    Correct.
17    Q.    And do the medical history and
18 physical history and social history permit
19 you to identify, with a 100 percent
20 confidence level, a cause?
21    A.    No.
22    Q.    Let's talk about when a
23 physician can be 100 percent certain of a
24 cause of a medical condition for just a
25 moment.

Page 177

1        You don't work in emergency
2  medicine, of course, but you would know that
3  an emergency room physician would frequently
4  see fractures; would that be true?
5     A.    Correct.
6     Q.    And if the police brings
7  someone in unconscious and said, "This guy
8  was just in a car wreck, and we think he
9  broke his leg, Doc," would you say that
10 probably that -- probably that ER physician
11 could have a very high confidence level of
12 saying that the auto collision caused the
13 fracture?
14    A.    Correct.
15    Q.    But even in that case, I
16 suppose there would be some possibility there
17 could be some previous or intervening cause?
18    A.    Correct.
19    Q.    There were some questions put
20 to you, Doctor, about correlations and
21 causes, and smoking and lung cancer became an
22 example.
23        I understood you to say, but
24 let me see if I'm right, that it's true that
25 not every smoker of tobacco contracts lung

45  (Pages 174 to 177)

Kevin T. Palka, M.D.

Page 178

1  cancer?
2      A.   Correct.
3      Q.   And not every person who
4  contracts lung cancer smokes tobacco?
5      A.   Correct.
6      Q.   But is there a known
7  cause-and-effect association in medicine
8  between smoking tobacco and contracting lung
9  cancer?
10     A.   There is.
11     Q.   35 years ago, was that known?
12         MR. STEKLOFF:  Object to form.
13     A.   Honestly, I'll say, no, it
14 wasn't, because I watch Mad Men.  So it just
15 doesn't --
16 QUESTIONS BY MR. DOMINA:
17     Q.   Otherwise, you could --
18     A.   Yeah, otherwise, it was before
19 my time.
20         MR. STEKLOFF:  Thank you for
21         demonstrating the lack of foundation
22         for all of these questions.  But
23         Mr. Domina's testimony is
24         entertaining.
25

Page 179

1  QUESTIONS BY MR. DOMINA:
2      Q.   So the questions about being
3  able to identify the cause, the sole cause,
4  would be answered by you in the context of
5  lung cancer and tobacco use in exactly the
6  same way you answered them for non-Hodgkin's
7  lymphoma and Roundup, correct?  You can't be
8  100 percent certain in an individual case?
9          MR. STEKLOFF:  Object to form.
10     A.   Correct.
11 QUESTIONS BY MR. DOMINA:
12     Q.   You recall that you were asked
13 some questions about solvents and whether
14 solvents are associated with cancer?
15     A.   Correct.
16     Q.   There were no individual
17 solvents identified, as I recall, but the
18 broad-genre solvents would include everything
19 from water to the addition of soap to run the
20 dishwasher, correct?
21         MR. STEKLOFF:  Object to form.
22     A.   Correct.
23 QUESTIONS BY MR. DOMINA:
24     Q.   Is there any known association
25 between those household solvents used in

Page 180

1  ordinary household-usage circumstances, as
2  known in the United States, that's believed
3  to cause cancer?
4          MR. STEKLOFF:  Are you
5      referring to water and soap to run the
6      dishwasher?
7          MR. DOMINA:  And the like, yes,
8      I am.  Thank you.  Good clarification.
9      A.   I don't know of any.
10 QUESTIONS BY MR. DOMINA:
11     Q.   There were some questions put
12 to you about things that could confound an
13 assessment of whether a particular substance
14 is a hazard and poses a risk of causing
15 non-Hodgkin's lymphoma.
16         Do you recall those questions?
17     A.   Yes.
18         MR. STEKLOFF:  Object to form.
19 QUESTIONS BY MR. DOMINA:
20     Q.   Doctor, assume in this case
21 that Mr. Janzen acquired Roundup in
22 containers that are sometimes referred to in
23 the farming community as shuttles.  They
24 generally contain 300 to 500 gallons and up
25 to 1000 gallons of concentrated Roundup that

Page 181

1  is pumped from that container of 300 to
2  1000 gallons into a sprayer with water added
3  thereafter, and that the ingredients are
4  Roundup and water.
5          Would the water be a
6  confounder?
7          MR. STEKLOFF:  Object to form.
8      A.   A confounder for?
9  QUESTIONS BY MR. DOMINA:
10     Q.   Causing non-Hodgkin's lymphoma.
11     A.   Water by itself doesn't cause
12 non-Hodgkin's lymphoma.
13     Q.   Now, the fact that you have to
14 add water to the Roundup and that it might
15 cause some splash when that happens, I
16 suppose that occurrence could increase the
17 risk because it could increase skin contact,
18 true?
19         MR. STEKLOFF:  Object to form.
20     A.   True.
21 QUESTIONS BY MR. DOMINA:
22     Q.   So activity could, in that
23 sense, be a confounder?
24         MR. STEKLOFF:  Object to form.
25     A.   True.

46  (Pages 178 to 181)

Kevin T. Palka, M.D.



Page 182

1    QUESTIONS BY MR. DOMINA:
2        Q.    You were asked some questions
3    about Mr. Janzen's body mass index and
4    weight.  And I don't know if the medical
5    records that were shown to you today allowed
6    you to refresh your memory, but the records I
7    looked at indicate that ███████████████████
     ███████████████████████████████████████
     ███████████████████████████████████████.
10            Off the top of your head, can
11   you approximate his body mass index from
12   that?
13       A.    His --
14       Q.    ████████████████████████████
     ███████████████████
16       A.    My guess would be about -- his
17   ████████████████████████████████████
19       Q.    Would a person of that height
20   and weight be classified as obese?
21       A.    ████████████
22            MR. STEKLOFF:  Object to form.
23   QUESTIONS BY MR. DOMINA:
24       Q.    You were shown Mr. Janzen's
25   fact sheet, which I think you did see but may

Page 184

1    lymphoma and multiple myeloma with ████████
     ██
3    QUESTIONS BY MR. DOMINA:
4        Q.    In the same document,
5    Deposition Exhibit 3, the fact sheet, on
6    Page 4, Mr. Janzen listed with negative
7    answers -- he answered, actually, questions
8    about a series of conditions, procedures, and
9    medications with negative answers.
10           Do you see that list?
11       A.    Yes.
12       Q.    And that looks a lot like the
13   list of things that you mentioned or that
14   counsel for Monsanto mentioned in questions
15   to you about things that are, to use
16   Monsanto's words, associated with NHL.
17           Does that history that all of
18   those are negative tend to reinforce your
19   opinions?
20       A.    Yes.
21           MR. STEKLOFF:  Object to form.
22   QUESTIONS BY MR. DOMINA:
23       Q.    Doctor, when you embark upon
24   evaluating circumstances for a patient and
25   use differential diagnosis, do you routinely

Page 183

1    not remember, and it may not have been
2    significant to you, because it contains
3    pretty generalized data.  But I want to show
4    you the ██████████████ in the fact sheet,
5    which is Deposition Exhibit 3.
6            You'll see that his ██████████
     ████████████████████████████████████████
     ████████████████████████████████████████
     ██████████████████████
12           Do you see that?
13       A.    Yes.
14       Q.    Assume that the ████████████
     ████████████████████████████████████████
     ████████████████████████████████████████
     ████████████████████████████████████████
     ████████████████████████████████████████
22           MR. STEKLOFF:  Object to form.
23       A.    Usually, we don't think of any
24   of those diseases -- I assume that's chronic
25   lymphocytic leukemia, CLL -- follicular

Page 185

1    perform a literature survey?
2        A.    No.
3        Q.    In fact, in the course of your
4    practice, have you ever performed a
5    literature survey for that purpose?
6        A.    On occasion.
7        Q.    And could you tell us when you
8    do that and how you do it, sir?
9        A.    So for -- you know, for the
10   most part, let's say if you have an unusual
11   cancer where we don't have -- there are no
12   recommended guidelines by any of the large
13   organizations like the American Society for
14   Clinical Oncology or the National
15   Comprehensive Cancer Center Network, where
16   they have guidelines that are established,
17   sometimes we'll have to look to see what's
18   out there in the literature for unusual
19   cancer, rare things.
20       Q.    And then when you do that, is
21   that in order to assist you in formulating a
22   plan of care?
23       A.    Yes.
24       Q.    So is that work routinely --
25   when it is done by you, is it generally done

Kevin T. Palka, M.D.

Page 186

1  for plan-of-care purposes, as contrasted with
2  diagnosis purposes?
3      A.   Yes.
4      Q.   In order to diagnose
5  non-Hodgkin's lymphoma -- well, let me ask it
6  this way.  This will be a better question, I
7  think.
8          Is there a definitive
9  diagnostic test for the presence of
10  non-Hodgkin's lymphoma?
11     A.   Yes.
12     Q.   What is it?
13     A.   Biopsy.
14     Q.   You were asked a few questions
15  about a Canadian study that you hadn't seen.
16  That's Deposition Exhibit 4.  And in this
17  study, which I don't think you've had a
18  chance to read yet, Dr. Palka, on Page 1161,
19  which is the seventh page of the exhibit,
20  there is a description of other studies,
21  previous studies, and I notice a reference to
22  the fact that cigarette smoking was not
23  considered a risk factor overall.
24          Do you see that?
25     A.   Yes.

Page 187

1      Q.   And then it says:  "The
2  limitations of this study relate to those
3  inherent in the case-control design,
4  specifically the potential for" -- and then
5  it lists some things -- "recall bias and for
6  misclassification of pesticide exposure," as
7  well as others.  And it says the authors
8  "have dealt extensively with these issues
9  among farmers."
10          Do you see that?
11     A.   Yes.
12     Q.   And in this study included,
13  according to this, was individuals in many
14  different occupations, including home and
15  garden users.
16          Do you see that?
17     A.   Where was -- oh, okay.  Yes.
18     Q.   Are you aware of any
19  literature, Doctor, that has quantified how
20  much or how little tobacco consumption by
21  cigarette smoke intake is required as a
22  threshold to produce lung cancer in an
23  individual patient?
24     A.   I'm not aware of any.
25     Q.   And are you aware of any study

Page 188

1  that has established a threshold level of
2  exposure to trichloroethylene, for example,
3  as a cause of leukemia?
4          MR. STEKLOFF:  Object to form
5      to this question and the last
6      question.
7      A.   I don't know of any.
8  QUESTIONS BY MR. DOMINA:
9      Q.   And so, therefore, is it likely
10  that it's not reasonable to expect that it's
11  possible to do that kind of quantification
12  for glyphosate and non-Hodgkin's lymphoma?
13          MR. STEKLOFF:  Object to form.
14     A.   Could you repeat that?
15  QUESTIONS BY MR. DOMINA:
16     Q.   Is it -- and in view of those
17  answers, is it also likely that it's not
18  reasonable to believe that it's possible to
19  establish a minimum threshold level of
20  required exposure to establish a
21  cause-and-effect relationship between the
22  occurrence of non-Hodgkin's lymphoma and the
23  use of Roundup?
24          MR. STEKLOFF:  Object to form.
25     A.   I don't think there's a way to

Page 189

1  establish a level.
2  QUESTIONS BY MR. DOMINA:
3      Q.   After looking at the new papers
4  that you saw today and considering the
5  questions put to you by counsel for Monsanto,
6  does it remain your opinion that it is more
7  probable than not that a substantial factor
8  in bringing about non-Hodgkin's lymphoma in
9  the body of Royce Janzen was his exposure to
10  glyphosate in Roundup?
11     A.   It is.
12     Q.   Are you reasonably
13  professionally certain about that?
14     A.   I am.
15     Q.   And are you satisfied with the
16  methodologies you used to reach that
17  conclusion, or methodologies that are of
18  general use and recognition among medical
19  oncologists like you?
20     A.   I am.
21          MR. DOMINA:  No further
22     questions.
23          MR. STEKLOFF:  Okay.  I just
24     have a few follow-ups, and I'm going
25     to go backwards.

48  (Pages 186 to 189)

Kevin T. Palka, M.D.



Page 190

1      EXAMINATION
2   QUESTIONS BY MR. STEKLOFF:
3       Q.    You were just asked some
4   questions about thresholds.
5           Do you recall that?
6       A.    Yes.
7       Q.    And, I mean, basically, you
8   don't have a threshold for what amount of
9   Roundup use would allow you to say that
10  Roundup was the cause of someone's
11  non-Hodgkin's lymphoma, correct?
12      A.    Correct.
13      Q.    And basically, in Mr. Janzen's
14  case, you just said he used it a lot, right?
15  I'm not saying you used those exact words,
16  but you used this chart and said he used it a
17  lot, correct?
18      A.    Correct.
19      Q.    It wasn't tied to any
20  scientific literature, that assessment,
21  correct?
22      A.    Correct.
23      Q.    You were asked some questions
24  about a different -- using a differential
25  diagnosis in your clinical practice.

Page 191

1           Do you recall that?
2       A.    I do.
3       Q.    And you used the example of
4   there being an unusual cancer where you might
5   have to go do a literature search.
6       A.    Correct.
7       Q.    And that was for the purposes
8   of treatment, correct?
9       A.    Yes.
10      Q.    In other words, if you have a
11  patient with an unusual cancer, you want to
12  go find the right treatment regimen for that
13  patient, correct?
14      A.    Yes.
15      Q.    You were not -- you are not
16  doing, in that differential diagnosis, to use
17  Mr. Domina's term, a causal determination,
18  correct?
19      A.    Correct.
20      Q.    So that's not an example of
21  trying to use a differential diagnosis in
22  your clinical practice to determine cause?
23      A.    Correct. That was an example
24  of using literature search to find a
25  treatment for something where we have no

Page 192

1   guidelines.
2       Q.    Okay. You were asked a series
3   of questions about a -- the plaintiff fact
4   sheet. Do you -- he showed you some pages on
5   that.
6       A.    Correct.
7       Q.    You never have seen that
8   before, right?
9       A.    I do not recall looking at
10  that.
11      Q.    Okay. You were asked some
12  questions about ███████████████████████████
13  ███████████████████, correct?
14      A.    Correct.
15      Q.    You don't know any other
16  details about ████████████████, correct?
17      A.    Correct.
18      Q.    You don't know whether ███████
19  ███████████, correct?
20      A.    Correct.
21      Q.    You don't know ████████████████
22  ██████████████, correct?
23      A.    Correct.
24      Q.    You don't know █████████████████
25  █████████████████████████ --

Page 193

1   ████████████████
2       A.    Correct.
3       Q.    You don't know what ██████████
4   ████████████████?
5       A.    Correct.
6       Q.    You don't know ███████████████
7   ██████████████?
8       A.    Correct.
9       Q.    And you would need to know all
10  of that before making any sort of assessment
11  about ████████████████, correct?
12      A.    Correct. If I used them in my
13  methodology, I would.
14      Q.    But sitting here right now, I
15  mean, you're not offering any opinions
16  certainly, about ████████████████?
17      A.    No.
18      Q.    Or saying that because ████████
19  ████████████████, that somehow that means
20  it's more likely that Roundup caused
21  Mr. Janzen's cancer?
22      A.    Could you repeat that?
23      Q.    You're not using ███████████████
24  ██████████ to corroborate your finding -- your
25  conclusions about Mr. Janzen?

49  (Pages 190 to 193)

Kevin T. Palka, M.D.

Page 194

1    A.   No, I'm not.
2    Q.   You were asked questions about
3  whether you can ever have 100 percent
4  certainty.
5       Do you recall those questions?
6    A.   I do.
7    Q.   You have 51 percent certainty
8  here, right?
9    A.   Yeah.  More -- greater than
10  51 percent.
11    Q.   Okay.  And, now, I want to --
12  now, I'm not -- maybe this is more out of
13  curiosity.
14       I mean, if you have a patient
15  who has Epstein-Barr in his non-Hodgkin's
16  lymphoma, in the pathology --
17    A.   Uh-huh.
18    Q.   -- are you close to 100 percent
19  certain that Epstein-Barr virus caused that
20  non-Hodgkin's lymphoma?
21    A.   I would say --
22    Q.   And it's the -- and let me --
23  and it's the specific subtype you referenced
24  before.
25    A.   Burkitt's lymphoma is

Page 195

1  associated with that frequently.
2       So I think it would be a major
3  contributing factor to the development of
4  that lymphoma.
5    Q.   And your confidence level would
6  be much closer to 100 percent, correct?
7    A.   It would be closer.
8    Q.   In the 90s?
9    A.   Probably.
10    Q.   Yeah.  Okay.
11       You were shown the Agricultural
12  Health Study, the Andreotti study that you
13  had not seen before today, correct?
14    A.   Uh-huh.
15    Q.   And he showed you that 82.8
16  percent of the participants in that study
17  used the glyphosate-based herbicide, correct?
18    A.   Correct.
19    Q.   And then testified about the
20  predominance of Roundup and how it's used in
21  farming communities, right?
22    A.   Correct.
23    Q.   I mean, you have no knowledge,
24  sitting here, about Roundup and how it's used
25  in the farming communities?  You're not an

Page 196

1  expert in that, correct?
2    A.   I am not a farming expert, no.
3    Q.   And, in fact, the fact that
4  82 percent of the licensed applicators in
5  that study who were studied prospectively for
6  over 20 years, doesn't that tell you that it
7  was something that you wish you had seen
8  before today?
9    A.   I think it would be good to
10  have information to review, correct.
11    Q.   Yeah, it would have been
12  helpful to have seen that before today and
13  assess it, correct?
14    A.   Correct.
15    Q.   And it may have -- it may have
16  impacted your opinions?
17    A.   Possibly.
18    Q.   And then you were asked some
19  questions about Mr. Janzen's exposure and
20  this 243.625 eight-hour workdays.
21       Do you recall that?
22    A.   I do.
23    Q.   It didn't impact your opinion
24  in any way how many of those days were spent
25  mixing, correct?

Page 197

1    A.   Correct.
2    Q.   Spraying, correct?
3    A.   I take exposure to be exposure,
4  so --
5    Q.   Right.
6       You didn't differentiate
7  between what he was wearing on a certain day,
8  what he wasn't wearing, whether he was in the
9  cab and protected, how often it got on his
10  skin, whether he showered afterwards, none of
11  that impacted you?  You just said 243 days is
12  a lot?
13    A.   Correct.
14       MR. STEKLOFF:  No further
15  questions.
16       MR. DOMINA:  We're done.  No
17  further questions.
18       MR. STEKLOFF:  Excellent.
19       MR. DOMINA:  I need to go print
20  your W-9.
21       MR. STEKLOFF:  Yes.
22       THE VIDEOGRAPHER:  We are going
23  off the record at 5:24 p.m.
24       (Off the record.)
25

Kevin T. Palka, M.D.

Page 198

```
 1        – – – – – – –
 2            CERTIFICATE
 3        – – – – – – –
 4   .
 5         I, PAMELA HARRISON, RPR, CRR, CRC,
     CSR, CCR, do hereby certify that prior to the
 6   commencement of the examination, KEVIN PALKA,
     M D  was duly sworn by me to testify to the
 7   truth, the whole truth and nothing but the
     truth
 8
         I DO FURTHER CERTIFY that the
 9   foregoing is a verbatim transcript of the
     testimony as taken stenographically by and
10   before me at the time, place and on the date
     hereinbefore set forth, to the best of my
11   ability
12       I DO FURTHER CERTIFY that I am
     neither a relative nor employee nor attorney
13   nor counsel of any of the parties to this
     action, and that I am neither a relative nor
14   employee of such attorney or counsel, and
     that I am not financially interested in the
15   action
16
17
18
19
20
                _____
21       PAMELA HARRISON,
         NCRA RPR, CRR, CRC
22       Missouri CCR #557
         Illinois CSR #084-003684
23
24
         Dated:  November 19, 2019
25
```

**A**

**ability**
198:11
**able**
54:2 84:15 93:20
101:12 107:24
109:15 114:5
124:22 129:6
160:13 168:10
179:3
**absent**
106:11
**absolute**
174:5
**abstract**
70:25 71:6,7 97:23
102:11 117:18
**academic**
36:25 37:6 38:6
41:16 44:13,22
**accumulation**
104:6
**accuracy**
112:18
**accurate**
172:22
**achieved**
159:6
**acquired**
103:21 180:21
**acquiring**
105:4
**act**
134:14
**action**
198:13,15
**active**
42:24
**activities**
172:12
**activity**
181:22
**add**
181:14
**added**
181:2

**addition**
28:10 179:19
**additional**
15:10 63:23 65:1
71:18 183:19
**additions**
47:24
**address**
120:13
**addresses**
169:17
**adenoma**
103:23
**adjusted**
69:8,21 70:19 71:9
71:13 72:18 73:9
73:21 74:3 76:23
77:5 78:13 131:21
**adjusting**
68:17
**adjustment**
81:7
**Administrator**
3:20
**admit**
80:14
**admitted**
39:9
**advanced**
14:13
**affiliations**
119:11,16
**aforesaid**
7:13
**afternoon**
7:19
**age**
7:11 71:12 85:25
141:11,19,25
143:6 183:8
**agency**
79:9
**agent**
161:5 174:18 175:1
175:6
**agents**

101:10
**ages**
141:24
**ago**
178:11
**agree**
68:22 69:3 81:8
90:15 97:13,19
110:12 122:7
141:9 153:22,23
155:5,13,16,19
156:3 157:1,18
**agricultural**
5:16 27:21 49:6,11
49:14 116:9,12,16
116:21 117:4,8
118:15 119:8
120:21 167:12
195:11
**agriculture**
168:8
**ahead**
44:16 83:7 173:13
**alkylating**
161:5
**alleged**
70:20
**allow**
190:9
**allowed**
128:21 182:5
**alma**
31:15
**alter**
48:25 49:3
**altered**
173:22
**Alton**
35:8 36:3,12,22
**America**
79:18
**American**
5:20 48:12 136:1
174:17,25 185:13
**amount**
85:11 86:25 89:17

89:23 139:10
190:8 193:6
**anal**
57:25 170:23
**analysis**
5:14 77:18,22 78:7
78:9,10
**analyzed**
135:14
**analyzing**
52:6
**Andreotti**
5:17 116:22 123:20
125:16 126:7
195:12
**animal**
68:3
**answer**
16:4 44:16 83:7
84:2 85:15 86:10
95:6,8 98:3 155:6
161:18,21 172:21
**answered**
95:4 179:4,6 184:7
**answers**
184:7,9 188:17
**antecedent**
71:21 92:4
**Anthony's**
35:8 37:9
**antibiotics**
11:12
**anticipated**
130:20
**anybody**
154:25
**anyway**
15:24
**apologize**
50:8
**app**
20:13
**apparent**
118:9
**APPEARANCES**
4:4

**appears**
28:1
**applicators**
116:9 117:20
121:18 167:19
196:4
**apply**
81:11 104:15,16
**applying**
172:9
**appointment**
33:5
**approach**
22:8
**appropriate**
14:19 18:11 19:2
158:19
**approximate**
42:18 113:25 114:6
114:13 182:11
**approximately**
10:13 13:1,4 63:13
63:14 64:21 91:20
91:21 159:11,12
167:3 169:7
**area**
18:5 32:6 169:16
**areas**
145:15
**arises**
22:18
**Arndt**
3:23 6:5
**article**
46:10,17,25 47:8
48:3,18,19 69:24
70:18,19 77:2
120:9 124:1
137:18
**articles**
47:21,22 48:7
57:12,14 68:4
69:4,11,13,15
125:6,12 144:7,8
**aside**
85:25 139:18

**asked**
60:4 85:23 95:3
166:4 167:11
169:13 171:5
172:25 175:14
179:12 182:2
186:14 190:3,23
192:2,11 194:2
196:18
**asking**
18:19 53:19 57:2,7
57:8 67:5,19 81:2
114:3 134:3 139:4
139:6 145:23
**assert**
8:20 86:6
**assess**
53:3 73:12 99:18
152:21 196:13
**assessed**
71:25
**assessing**
72:17
**assessment**
79:20 108:25,25
109:4,5 142:21
143:1 147:1
180:13 190:20
193:10
**assist**
185:21
**assistant**
33:5
**associated**
72:6 79:21 95:24
96:6 160:19 161:1
179:14 184:16
195:1
**association**
73:19 76:8 93:13
118:9 144:3,8
146:15 149:1,10
149:13 151:20
152:6 178:7
179:24
**associations**

5:18 28:14,25 29:9
70:20 73:14 96:3
124:15 149:6
**assume**
16:4 78:9 98:11
112:13 117:3
169:4 171:12,16
171:20 173:2,17
180:20 183:14,24
**assumption**
173:14
**assumptions**
171:7
**attacks**
54:23
**attempt**
168:24
**attempting**
174:4
**attending**
9:15 38:16
**attorney**
198:12,14
**attorneys**
17:16
**Australia**
128:6
**author**
5:11,14,16,20,23
116:11,22 120:4
147:12
**authored**
136:11
**authors**
70:18 73:21 119:11
120:11,14 187:7
**auto**
177:12
**autoimmune**
24:3 30:12 85:20
94:9 95:9 97:9
99:9 102:4
**available**
67:9,13 154:17
**average**
86:13

**avoid**
54:9
**aware**
142:6 144:19 167:1
174:12 187:18,24
187:25

**— B —**

**B**
96:9
**B-cell**
96:5 104:18,19
136:18
**back**
18:23 31:4 59:11
62:18 63:6 68:13
107:25 120:9
126:3 155:17
162:11 164:1
175:5
**background**
32:10 66:6 84:6
**backwards**
189:25
**bad**
157:17
**bag**
34:21 133:5
**based**
18:20 28:18 99:20
101:2 118:1
138:24 139:1,13
140:6 149:23
152:24 153:11
154:8,10,18
158:20
**basic**
33:13
**basically**
47:21 63:16 190:7
190:13
**basis**
26:21 53:22 147:1
**Bayer**
44:9
**BCC**

148:8,11
**becoming**
45:23
**behalf**
2:4 6:21,24 7:1
14:8
**believe**
9:7 47:11 51:1,22
52:1 54:7,15 78:8
80:10 91:19
123:13 133:12
134:23 135:12
155:20,24 164:21
188:18
**believed**
180:2
**believing**
26:22
**bench**
33:13 39:21
**benign**
103:23 104:9
**best**
56:12 198:10
**better**
56:25 103:14
124:12 186:6
**beyond**
58:4 63:23 76:17
**bias**
81:2,12 187:5
**biased**
79:22
**big**
55:8 64:9 72:2
111:11,16 120:6
136:15 156:12
**bigger**
78:21
**bill**
65:11
**billed**
63:10,22,25 65:7
**biology**
32:11
**biomarkers**

43:25
**Biopsy**
186:13
**bit**
31:5 39:20 43:12
151:6 162:8 166:1
**blood**
159:8 161:11
174:19 175:2,5,10
**blue-collar**
35:15
**BMI**
142:22 143:3
182:17
**bodies**
127:10 128:4
**body**
102:19,25 103:4,10
118:22 142:12
143:2 182:3,11
189:9
**bone**
95:18 104:23,24
**bottom**
26:10,10 66:20
77:15 112:14
**Boulevard**
2:6
**brain**
34:12 36:1 170:19
170:20
**break**
15:22,23,25 47:17
47:19 48:4 62:11
90:1 125:22
**breakdown**
33:9
**breaker**
78:24
**breaking**
160:24
**breast**
9:17,21 35:1 43:5,6
95:23 152:8
**Brian**
3:8 6:23

brief
17:9 18:25
bring
40:15
bringing
189:8
brings
22:22 177:6
broad-genre
179:18
broke
135:19 177:9
brother
183:10
brought
35:5 36:21
BSA
182:18
bstekloff@wilkin...
3:11
Burkitt's
96:7,25 194:25

**C**

C
3:1 24:3 30:11
  85:20 95:10 96:8
  96:9 100:17
  101:25
cab
197:9
California
1:2 6:14
call
20:5 66:18 81:21
  81:24 170:25
called
60:12 116:12 161:4
  173:19
calls
149:5
Canada
127:10 128:4
Canadian
186:15
Canadians

127:14
cancer
5:15,22,23 9:17
  11:9,16 13:17,17
  14:24 32:12 35:1
  35:1,2 39:17,17
  43:4,5,6,6,17 45:9
  51:2,9,14,18,22
  52:2,7 54:6,7,15
  55:7,9,10,10,14
  55:17 71:21,22
  79:9,14,22 85:4
  87:4,7 88:2 90:13
  90:16 91:13 98:12
  100:20 103:11,19
  104:1,4,7,10
  105:2,6 106:9
  108:1,3 110:10
  116:8,20 117:22
  118:16,21 124:19
  129:5 141:14,17
  141:18,18 143:17
  143:17,23 144:3
  144:20 145:5,18
  145:21,25 146:7
  146:24 147:3,13
  147:14,24,25
  150:10,14 152:8,9
  152:23,23 154:22
  155:1 156:20
  157:14 158:7
  159:8,18,21 162:6
  162:14,18,20,22
  162:24 163:8,9,13
  163:14,19 164:8
  164:14,19 166:8
  169:14,23,25
  170:14,23,24
  171:3 172:6 174:7
  174:12 175:10,16
  175:17 177:21
  178:1,4,9 179:5
  179:14 180:3
  185:11,15,19
  187:22 191:4,11
  192:13,22,25

193:19,21,23
cancerous
103:4 106:6 107:6
cancers
50:21 95:23 104:5
  104:17 143:13
  144:21 145:14
  146:20 150:24
  159:19 160:21
  161:1 169:18
  170:8,9,11 172:11
  174:19 175:3,5,23
  193:11,16
candidate
14:16
capture
168:7
car
177:8
carcinogen
55:2 74:20 85:2
carcinogenesis
103:18 104:13
  105:8 106:17
carcinogenic
26:12 128:7
carcinogenicity
68:3
carcinoma
148:12,17,23 149:2
  149:14 151:9
cardiovascular
54:22
care
9:19 10:19,22
  14:11 37:17 43:24
  158:16,20 185:22
career
26:19 42:17 43:9
  106:21
careful
130:16
Carolina
117:20,24
case
1:6,12 7:13 9:13,24

10:3,6,9,18,24
11:7 12:19,21,23
12:25 13:2,6,14
13:18,23 14:7,25
16:23 17:1,3,10
17:11,21 18:2,3
18:10,11,22 19:1
20:20 21:3,11,15
22:11,17 45:24
75:2 79:12 82:4
84:21 88:3 94:11
106:25 121:9
122:9 123:24
125:2 134:19
146:6 163:3
166:15 177:15
179:8 180:20
190:14
case-control
187:3
cases
11:23 14:2,21
  16:18 58:20 59:1
  63:15,16 64:4
  65:15 84:21 91:10
  97:12,19 132:19
  134:18
casualty
150:13 151:2
category
94:20
caught
103:3
causal
89:10 191:17
causation
74:24 75:2,7,12,12
  75:20,23 76:15
  79:3 174:21
causative
23:14
cause
30:25 54:7,9 55:16
  85:4 88:2 91:12
  92:4,16 93:2,10
  93:12 94:13 95:11

95:12 96:7 107:21
150:18 153:20
166:11,12,20
170:2 174:5,7,15
176:20,24 177:17
179:3,3 180:3
181:11,15 188:3
190:10 191:22
cause-and-effect
178:7 188:21
caused
50:12,21 52:7 89:1
  97:8,14,20 105:13
  105:14,17 107:5
  129:4 152:5 164:9
  164:14,19 175:17
  177:12 193:20
  194:19
causes
51:1,9,14,18,22
  52:2 53:3 103:20
  105:19 151:4
  175:22 176:1,1
  177:21 193:16
causing
80:11 180:14
  181:10
cavity
170:22
CBC
3:19
CCR
2:10 198:5,22
cell
104:20 107:6 108:1
  108:3 143:13,17
  143:23 144:3,15
  145:5,14,25 146:7
  146:19,24 147:3
  148:12,17,23
  149:2,14 150:14
  151:9 169:14,18
  169:23,25 170:8
  170:10,11,13,14
  170:21,24 171:2
  172:6

cells
103:11 106:9
center
35:8 40:14,19
185:15
Central
137:2,21
certain
96:9,14,15 135:25
157:15 176:23
179:8 189:13
194:19 197:7
certainly
44:11 51:16 104:11
106:24 136:17
141:15 156:17
160:4 193:16
certainty
21:24 153:16 194:4
194:7
CERTIFICATE
4:9 198:2
CERTIFIED
3:18
certify
198:5,8,12
Cervical
170:24
chance
157:19 160:11,14
162:11 168:9
186:18
change
31:12 84:5 123:8
123:21 136:7
changed
37:4 39:1
Chapel
31:12
characterization
121:7
charge
15:6,7,8,10,12
charging
15:14
chart

84:9 190:16
check
84:6
chemical
19:11 71:20 79:21
chemicals
26:13 36:7
chemotherapy
54:25 55:3 154:12
154:23 155:9
160:20 161:3
162:21,25
Chile
127:16
Chlamydia
95:12,15
choose
58:21
chose
67:7 129:17,24
131:16
chronic
21:24 96:8 107:18
144:20,22 145:16
183:7,24
cigarette
54:22 186:22
187:21
cigarettes
55:2
circumstances
9:10 112:24 166:17
180:1 184:24
cite
72:23 83:11 112:7
131:16
cited
77:15 122:19
citizen
86:20
Civil
2:3
claim
131:7
clarification
34:9 40:24 59:21

95:14 136:19
180:8
clarify
139:21 165:13
170:4
class
74:20 86:22
classes
71:20
classic
103:18 104:12
classified
74:19 182:20
classroom
33:24
clear
57:3 59:2 61:22
109:19 167:23
clearly
41:7
clinic
22:9 33:23 34:12
34:15,22,23 35:3
35:17,20 39:15,22
40:7 41:14,17
52:14 176:11
clinical
29:16 33:12,22
37:5,17 39:16,24
39:25 40:3,9,11
40:15,20 41:12,18
42:7 43:12,14
44:4,8,13,22 68:4
119:24 153:24
154:10,18 185:14
190:25 191:22
clinician
22:7
CLL
183:25
close
37:16 149:19
194:18
closer
195:6,7
clothes

112:3
clothing
114:20
cohort
117:19 118:9 122:8
collaborate
79:19
colleagues
57:16 58:8 59:3
125:12
College
33:7 34:17
collision
177:12
colon
35:1 103:19,24
104:7,10 141:17
152:8 159:21
column
148:8
comb
65:5
combination
176:13
combinations
43:19
combined
72:12 74:9
combining
43:20
come
22:5 36:2 52:9
53:11,15 79:19
83:20 113:9 139:6
155:17
comes
22:9 166:8
comfort
140:1 162:16,17
comfort-comfort
162:17
coming
76:22 139:5 156:25
162:11
commencement
198:6

comment
80:25 84:3 120:23
122:14
commented
126:23 128:14
comments
77:19 127:4
commit
14:10
committee
127:22
common
34:25 36:15 43:4
97:4 141:3,10
152:7,11
commonly
27:20 169:19 170:1
communicated
41:7
communities
152:12 195:21,25
community
180:23
companies
44:5,12,21
company
1:11 2:5 6:12
119:23
compared
39:2 127:5
comparisons
101:5
compensated
20:9,11
competition
107:22
complete
159:6 161:11
completed
33:3
completely
88:1 106:11 119:25
173:11
completion
32:25
compounds

Kevin T. Palka, M.D.

73:13,19
**Comprehensive**
185:15
**computed**
71:10
**concentrated**
42:25 180:25
**concept**
68:16,19,20
**concern**
124:6,9 138:11
  163:4
**concerns**
113:20 120:14
  138:20,22
**conclude**
21:23
**conclusion**
83:21 189:17
**conclusions**
69:22 80:10 111:4
  118:8 126:15
  193:25
**concrete**
130:3
**concurrence**
172:4
**condition**
29:19,20 97:10
  172:13 176:24
**conditional**
71:10
**conditions**
54:24 71:15 99:9
  149:22 184:8
**conducted**
118:16 126:11
**conference**
51:21
**confidence**
72:25 78:4 174:6
  174:14,20 175:4
  176:20 177:11
  195:5
**confidently**
129:7

**conflict**
16:24 119:12,22
  120:1,6,7
**conflict-of-interest**
119:19
**conflicts**
119:16
**confound**
68:23 180:12
**confounder**
181:6,8,23
**confounders**
81:13
**confounding**
72:8 131:24 132:5
**confused**
92:10
**connection**
144:20 145:9
**consider**
23:5 85:8 98:25
  100:6 132:1 146:7
  165:7,15 166:7
**consideration**
72:19
**considered**
142:1,9,18 166:5
  166:17 186:23
**considering**
150:8 189:4
**consistent**
133:22
**constitutes**
87:16
**consult**
39:7 176:11
**consultative**
41:14
**consults**
35:18 38:10
**consumption**
187:20
**contact**
16:21 19:23 20:2,4
  181:17
**contacted**

16:15 17:15,20
  18:15
**contacts**
16:18
**contain**
21:9 180:24
**contained**
21:17
**container**
181:1
**containers**
180:22
**contains**
168:1 183:2
**context**
144:10 166:2 179:4
  183:19
**continue**
159:21
**contracting**
178:8
**contracts**
177:25 178:4
**contrasted**
186:1
**contributed**
101:15
**contributing**
22:1 23:25 83:2,22
  84:16 85:13 93:23
  94:4,22 99:15
  100:19 102:6
  113:15,22 114:17
  128:23 131:3
  138:24 140:2
  195:3
**control**
122:10
**conversations**
57:2
**copies**
70:10
**copy**
13:9 20:21 116:4
  140:17
**corner**

110:25
**correct**
8:24 10:23 14:3,6
  15:16 16:2 19:17
  19:21 22:2,3
  25:15,16 26:2,3
  26:14,15 27:13,15
  29:25 30:8,9,13
  30:14,16,17,20
  31:1,2,9,10 32:17
  32:24 34:3 35:7
  36:19 37:18 38:21
  38:24 42:8,13,15
  43:10,18 45:6,11
  45:14,15,18,22
  46:2,7,8,14,15
  48:5,10 50:13,16
  50:17,22,23 51:2
  51:3,6,10,11,14
  51:15,19,23 52:3
  52:8 53:5,9,15,16
  53:19,20,25 54:3
  54:4 55:24 58:14
  58:18,22 59:4,8
  60:15,20,21 66:11
  72:21 74:17,21,24
  74:25 75:4,25
  76:16,19,20,25
  79:5 80:13,16
  81:9,14,17 82:13
  82:13,21 83:15,16
  88:14,19 89:25
  90:7,11,19 91:5,8
  91:9,13,14,17
  92:7,8 93:24
  96:18,19,20 97:5
  97:6,10,11 99:7
  99:10,11,13,17
  100:1,2,5,9
  102:13,14,16,17
  103:1,4,11,12
  105:10,16,25
  106:1,7,8,13,23
  107:6 108:4,10,12
  108:13 109:16,17
  109:21 110:15,16

112:15,21 114:18
  122:5,6 123:24
  124:16,17,25
  125:3,4,9,10,14
  125:17 126:13,17
  126:20 128:18,20
  129:2,11,15,16,20
  129:23 130:6,8,25
  131:14,18,22
  132:20 134:10
  139:2,11 140:5,10
  140:16 141:1,4
  143:9 147:20,21
  149:3,10,11,16,17
  149:22 150:6,11
  151:11,16,17,23
  152:1,15,16,19,24
  154:3,24 155:22
  155:23 156:1,2,6
  156:9,10,15,16,23
  156:24 157:4,7,11
  158:9,25 159:14
  160:6,22,23 162:2
  164:10,15,24,25
  165:4,5,8,18,19
  166:23 167:5,9
  168:4,13 169:9,11
  169:20,21,24
  170:16 171:25
  172:2 175:7,12,19
  176:16 177:5,14
  177:18 178:2,5
  179:7,10,15,20,22
  190:11,12,17,18
  190:21,22 191:6,8
  191:13,18,19,23
  192:6,13,14,16,17
  192:19,20,22,23
  193:2,5,8,11,12
  195:6,13,17,18,22
  196:1,10,13,14,25
  197:1,2,13
**corrected**
176:2
**correlate**
150:16

Kevin T. Palka, M.D.

correlation
138:13,18 169:13
correlations
177:20
corroborate
136:10 193:24
corroborated
138:5
corroborates
138:8
counsel
6:17 121:8 184:14
189:5 198:13,14
count
161:11
country's
127:22
couple
12:10 15:20 38:17
43:3 54:20 57:13
course
175:20 177:2 185:3
court
1:1 6:13 7:4 15:1
15:11
cover
38:9,12 169:5
covering
35:17 39:6
CRC
1:20 2:9 198:5,21
critical
124:18,23
criticisms
117:4,6,9
critiques
80:21
crops
168:16,18 171:9
cross
23:23
Cross-Canada
5:10
CRR
1:20 2:9 3:19 198:5
198:21

CSR
2:10 198:5,22
CT
159:22
curative
160:9
cure
54:9 55:7
cured
160:7,11,14
curiosity
194:13
curious
153:16
currently
53:9 158:24
cutaneous
144:14 170:6
CV
31:5
cyclophosphamide
161:4
Cytoxan
161:4

——————————
D
——————————
D
4:1
D-O-M-I-N-A
6:20
D.C
3:10,15
damage
105:19 163:1
data
23:12 56:9 74:9
76:11 90:23 101:8
135:14,23 141:12
163:15,18 183:3
date
6:7 66:10 133:9,16
136:23 140:22
198:10
dated
116:21 198:24
dates

9:11 15:12 118:3
dating
20:13
Dave
6:19
DAVID
3:3
Davis
3:14 7:2,2
day
2:8 16:13 90:12
197:7
daylight
171:25
days
41:23 78:3 83:1,15
83:19 89:7 112:11
113:19 117:24,25
169:1,2 196:24
197:11
days'
77:4 82:18
daytime
171:10
ddavis@lawdoc1...
3:16
ddomina@domi...
3:6
De
116:11
deal
38:4 78:24
dealing
80:23,24 81:1
dealt
103:9 187:8
Death
5:22 147:13
decades
27:14
December
15:2
decided
36:24
declared
74:19

dedicated
38:3
deduce
171:23
defendant
2:4 14:5
Defendant's
21:5 25:19 62:7
70:3,7 115:23
132:23 147:8
DEFENDANTS
3:8
defense
13:19
define
153:13
defines
108:5
definite
87:11 172:23
definitely
58:3 133:15 144:17
definition
94:3 153:17
definitive
186:8
degree
21:24 153:15 174:6
degrees
120:7
delayed
9:16 11:8
demonstrating
178:21
Depending
159:18
deponent
6:15
deposed
7:20,22 9:6,7 11:5
13:13,20
deposes
7:14
deposition
1:17 2:1 5:1 6:9
15:2,18 24:21

31:13 56:16 59:10
59:12,15 60:6,9
110:15 113:3
121:10 134:6,12
134:14 173:3
183:5 184:5
186:16
depositions
15:11 58:24
deps@golkow.com
1:25
describe
49:13 66:25 67:18
76:18 103:14,16
describing
29:13
description
5:4 186:20
design
187:3
detail
24:13
detailed
58:1
details
16:25 17:8 192:16
determination
191:17
determine
29:18,23 30:18
91:12 149:9
191:22
determining
151:8
develop
23:22 39:24 40:2
54:6 89:8 90:10
92:14,25 103:19
103:25 104:2,9,18
105:2,5 155:25
156:4,18 183:21
developed
11:15 17:11 43:23
55:23 91:7 93:21
145:25 147:4
148:21 155:21

157:1,5,8 174:19
  175:2 193:19
**developing**
  87:4 93:14 146:1
  147:24 148:15
  149:3 163:4
**development**
  83:3,23 98:12,15
  101:16 102:11
  103:6,7 138:14
  141:20 142:5,13
  142:23 143:3,18
  144:4 145:5,6
  149:15 150:10
  151:21 152:23
  156:8 161:6 195:3
**develops**
  53:23 54:15 55:14
  93:9
**diagnose**
  186:4
**diagnosed**
  13:16 140:15,24
  192:22,25
**diagnoses**
  193:24
**diagnosing**
  14:18
**diagnosis**
  5:23 9:17 11:8
  22:10,14 23:10,23
  29:12,17,18,23
  30:2 56:4 66:10
  82:24 98:25 142:2
  142:10,19 146:8
  147:14 148:1
  150:8 151:25
  152:21 153:10
  155:1 165:8
  184:25 186:2
  190:25 191:16,21
**diagnostic**
  164:11 186:9
**Diana**
  3:14 7:2
**died**

9:19 11:15 183:6,8
  183:10
**difference**
  41:10 109:3
**different**
  59:1 63:7 73:18
  77:23 80:2 86:21
  87:3 96:1 115:7
  135:19,21 151:6
  155:6 162:22
  163:19 187:14
  190:24
**differential**
  23:23 29:12,17,22
  30:2 98:25 142:2
  142:10,18 146:8
  150:7 151:25
  152:21 153:10
  165:8 184:25
  190:24 191:16,21
**differentiate**
  197:6
**difficult**
  34:10 42:21 84:7
  93:12 97:13,19
  101:1
**diffuse**
  136:18
**director**
  38:1
**disagree**
  140:20
**disclose**
  46:20
**disclosures**
  120:11
**discovery**
  113:7
**discuss**
  17:15 67:24 81:22
  129:10,13 154:16
**discussed**
  111:7 131:20
  161:24
**discussing**
  17:22

discussion
  17:25
**discussions**
  17:18 18:19 19:16
  19:19 134:4
**disease**
  11:15 85:21 94:9
  97:9 102:4
**diseases**
  24:4 30:12 95:9
  104:21 183:24
**dishwasher**
  179:20 180:6
**distinguish**
  94:8
**distract**
  86:9
**District**
  1:1,2 6:13,13
**Division**
  1:3 6:14
**DL**
  136:18
**DLBCL**
  97:3,12,15,18,21
  98:5 100:21
  140:25 141:6
  159:23
**DNA**
  105:19 163:1
**Doc**
  177:9
**doctor**
  7:19 9:19 14:8
  49:19 51:12
  167:17 168:23
  174:5 175:14
  177:20 180:20
  184:23 187:19
**document**
  1:10 60:25 114:21
  184:4
**documented**
  167:3
**documents**
  25:3 46:6 60:20

66:17 116:5
**doing**
  15:1 33:22 40:8
  110:6 155:13
  159:22 171:9
  191:16
**Domina**
  3:3,4 4:7 6:19,20
  7:24 8:6,13,18,20
  9:1 11:24 12:4,6,9
  12:13,15 17:3,18
  17:22 18:20 19:16
  20:14,22 24:20
  25:4 26:20 29:1
  31:14,20 40:23
  41:6,9 44:15,23
  45:4,10 46:19,24
  47:2,4,9 48:13
  56:20 57:4,9,16
  58:8,10,21 59:2
  59:19,22 60:1,12
  60:25 61:2,9,14
  61:18 62:9 67:1
  70:9,11 77:7
  81:20 83:5,25
  86:6 90:20 92:18
  93:4 95:2 97:22
  98:1,17,20 100:22
  113:10 114:2
  115:3 121:6
  122:11,21 123:5
  125:11 134:7,24
  136:22 137:2,5,9
  137:19 149:4
  154:1 165:22,24
  166:14,24 167:10
  168:5,14,22
  171:15,21 172:3
  172:17,20 173:14
  173:16 174:3,24
  175:13 178:16
  179:1,11,23 180:7
  180:10,19 181:9
  181:21 182:1,23
  184:3,22 188:8,15
  189:2,21 197:16

197:19
**Domina's**
  59:10 178:23
  191:17
**dose**
  123:17 139:8,9,14
  139:20 140:4,8
**double**
  130:11
**doubling**
  130:12,23 131:1
  149:19,21
**Downloaded**
  135:5
**dozens**
  43:8 106:21
**Dr**
  5:5 6:15 25:4 46:6
  48:12 49:23 50:1
  50:2,3,5,9 58:25
  58:25 62:23 75:10
  75:10,11,19 76:2
  76:4 116:11,22
  126:6 147:12
  165:25 186:18
**driving**
  123:23
**drug**
  119:23
**drugs**
  43:17,19,22 55:4
  161:3
**drum**
  111:12
**Duke**
  31:8 32:11
**duly**
  7:11 198:6
**duplicated**
  106:10
**duration**
  156:11

---
**E**

**E**
  3:1,1 4:1

**E-N-G**
47:3,4
**ear**
170:18
**earlier**
32:23 60:12 131:20
    133:4 140:14
    164:5
**early**
14:25 155:14 173:6
**EBV**
96:6
**education**
31:7
**effect**
146:4
**effective**
55:1
**efficacy**
43:21
**efficient**
132:17
**eight**
64:15
**eight-hour**
112:11 113:12
    114:14 196:20
**either**
16:24 54:8 74:2
**eliminate**
55:15
**elucidate**
77:22
**email**
12:17 16:19,22
    20:3,4,6
**embark**
184:23
**emergency**
177:1,3
**employee**
198:12,14
**engaged**
168:8
**engagement**
134:15

**England**
120:4
**enrollment**
118:2
**entertaining**
178:24
**entity**
118:24 119:4
**environment**
167:6
**EPA**
126:12,15,19,21
    128:5
**epidemiologist**
122:13
**epidemiology**
68:17 122:9 140:3
    140:7
**Epstein-Barr**
30:11 85:20 96:21
    96:22 194:15,19
**equipment**
111:16 114:25
    115:5
**equivalence**
128:5
**equivalent**
112:11
**equivalents**
167:5
**ER**
177:10
**Eriksson**
5:14 66:21 67:17
    69:17,20 70:6,16
    76:19 77:5,17
    80:15,21 82:17
    83:12 85:7 88:24
    122:4 129:13
**Eskovitz**
3:9
**esophagus**
170:23
**especially**
57:22,24 64:11
    70:25 144:13

**ESQ**
3:3,8,9,14
**essentially**
14:2 167:5 173:8
**establish**
78:23 188:19,20
    189:1
**established**
23:9 43:20 185:16
    188:1
**estimate**
36:10,15 64:2
    65:14,17,18,23
    141:8
**estimated**
112:10
**etiology**
29:19
**Europe**
79:18
**European**
128:5
**evaluate**
109:2 168:25
**evaluated**
166:16
**evaluating**
184:24
**evaluation**
22:19 24:12 110:7
    117:22
**event**
51:21
**eventually**
104:2
**everybody**
87:3,6,7 127:21
**evidence**
78:19 101:3 110:10
    154:11 159:7
**exact**
16:12 17:8 86:24
    92:2 100:11
    113:24 190:15
**exactly**
31:22 179:5

**exam**
110:11
**examination**
4:6 7:17 165:23
    190:1 198:6
**example**
29:23 42:22 54:12
    58:24 59:9 60:17
    62:6 96:21 103:19
    120:3,16 177:22
    188:2 191:3,20,23
**examples**
54:13 129:14
**excellent**
31:18 197:18
**exception**
77:21
**Excuse**
82:10
**exhausted**
63:20
**exhibit**
21:4,5 24:21 25:18
    25:19 58:17 61:21
    62:7,22 63:6 70:2
    70:3,6,7,15,16
    77:7 100:13
    110:18 115:22,23
    116:6,19 132:21
    132:23 137:10
    147:7,8 165:2
    167:3,13,15
    169:12 172:5,15
    183:5 184:5
    186:16,19
**EXHIBITS**
5:1
**expect**
155:5 188:10
**expectation**
40:16
**expecting**
133:3
**experience**
15:18 146:23
**expert**

5:5 10:2,3,5 12:19
    12:21 16:19 17:5
    17:19 18:14,21,24
    19:13,23 45:13,23
    74:10 103:15
    196:1,2
**expertise**
18:6
**experts**
58:20 75:6
**explain**
132:9
**explanation**
79:10
**exposed**
23:2 24:16 26:5,18
    27:3,10,12 30:8
    36:7 81:3 87:8
    88:3,4 89:6 99:1,6
    100:7 107:4,11
    115:1 152:3,15,18
    164:24 174:18
    175:1
**exposure**
5:6,12 17:13 19:11
    21:25 22:21,24
    23:1 24:9 25:14
    26:2 27:25 30:20
    30:24 54:10 56:6
    58:16 66:13 68:5
    68:22 71:2,19
    73:22 77:4,19
    81:5 82:19 84:11
    84:14,22,25 85:3
    85:5,5,10,12,22
    86:4,16,18 87:17
    88:20 89:12,13,18
    95:10 98:19 99:3
    99:21,21 100:25
    101:17 102:5
    106:12 107:19,20
    110:18,19 112:8
    112:12 113:13
    139:25 143:14
    144:22,24 145:16
    145:19 150:20

Kevin T. Palka, M.D.

152:11 163:3
165:2,3,14 167:2
169:1,8 170:2
173:7,8,23 174:2
187:6 188:2,20
189:9 196:19
197:3,3
**exposures**
5:9 26:12 77:25
94:11 101:7 173:5
**extended**
85:1,4
**extensive**
21:25 23:1,6 96:11
**extensively**
187:8
**extent**
66:5
**extras**
70:10
**eye**
170:18

**F**

**fact**
5:8 10:4 24:22 26:9
60:13,15 61:5,10
62:24,25 72:22
121:12 122:14
123:25 166:7
168:7,7,16 171:5
173:22 175:9
181:13 182:25
183:4 184:5 185:3
186:22 192:3
196:3,3
**factor**
5:12 22:1 23:14
30:15 55:8,15
71:3 77:24 80:8
80:11 83:2,23
84:16 85:14 92:13
92:16,24 93:2,7,8
93:23 94:4,15,17
94:22 97:14,20
98:13,15 99:15

100:19 101:1,25
102:6 109:7
113:15,22 114:17
128:23 131:4
138:24 140:2
141:19 142:4,12
142:23 143:3,18
144:21,23,25
145:6,17,18,21
156:12 165:11
186:23 189:7
195:3
**factors**
23:25 24:1 30:7,13
71:2 82:25 85:19
86:2 87:4 92:7
94:7,19 96:19
98:6,10 100:16
176:2 192:19
**factory**
35:16 36:4,6
**facts**
66:4
**faculty**
33:5
**faint**
135:5
**fair**
13:25 29:20 30:4
42:9,16 43:8 46:1
46:11,12 48:9
49:23 50:9 59:7
66:1 72:14,15
74:15,23 75:22
76:15 77:1 79:1
117:3,5 126:9
130:24 132:16
139:12,19 141:15
146:5 151:18
154:19 164:22
**fairly**
23:6 35:25 64:9
65:3 163:12
**fall**
94:20
**familial**

95:22 152:6,9
153:1
**familiar**
45:24 60:16 61:1
111:6 116:14
136:4,5 167:24
**family**
11:18 22:13 151:13
151:14,20 152:3
152:15,22 153:1
175:25 176:14
183:4,14,15,16,18
183:20 192:12,16
**far**
63:10 139:9 159:1
**farm**
23:7 168:10 183:15
**farmer**
22:20 27:14 84:23
86:18 111:5,8,24
167:24 171:23,24
172:8
**farmers**
27:20 35:22 36:1,5
90:8 172:16 187:9
**farming**
26:19 28:4,7 107:5
151:16 152:12
167:25 172:8
180:23 195:21,25
196:2
**fashion**
165:3
**father**
183:6
**favor**
127:13
**favorably**
122:9
**fax**
1:24
**federal**
2:3 8:6
**feel**
77:1,13 80:7
109:14

**fell**
49:21
**fellow**
51:25 52:5
**fellow-run**
34:23
**fellows**
33:20 37:2 52:14
52:21
**fellowship**
32:19,22 33:1,4
38:1,2
**felt**
23:19
**field**
19:12 32:12
**figure**
23:11 138:2
**financial**
120:10
**financially**
198:14
**find**
12:17 48:4 73:1
98:5 110:11
118:20 133:16
136:21 191:12,24
**finding**
193:24
**Findings**
5:19
**fine**
12:14 13:11 49:18
61:13 88:9
**fine-tooth**
65:4
**Firm**
3:14
**first**
7:11 9:13 16:10
19:22 26:10 27:16
27:24 33:2 50:6
65:20,24 66:20
70:2 105:14 107:5
108:1 116:2
121:17 129:18

130:15 133:24
147:19 163:5
**first-degree**
71:22
**Floor**
3:10
**focus**
28:16 30:21 32:6
35:12 37:3 39:16
43:11 55:11 74:8
74:15 82:16 132:3
132:8 134:18
139:15 140:12
171:5
**focus-based**
40:7
**focused**
32:8 38:13 169:23
**focusing**
34:6 72:15 132:10
**follicular**
138:12,15,21
183:10,25
**follow-up**
118:2 122:18 123:3
**follow-ups**
189:24
**following**
5:22 32:25 147:13
**follows**
7:15
**foregoing**
198:9
**form**
7:25 8:10,21 44:15
45:5,10 83:6,25
86:7 115:3 139:3
139:13 141:3
149:4 166:9,22
167:8 168:3,12,20
170:14 171:11,19
172:1,19 173:10
173:25 174:22
175:11 176:5
178:12 179:9,21
180:18 181:7,19

181:24 182:22
183:22 184:21
188:4,13,24
**formed**
108:1 121:5
**forming**
69:7,22 73:23
115:2,18
**formulate**
124:2 166:19
**formulating**
185:21
**forth**
198:10
**found**
73:14 74:19 124:15
**foundation**
7:25 8:13,21 26:21
29:2 84:1 86:8
90:21 92:19 93:5
98:2,21 100:23
114:4 122:12
154:2 178:21
**foundations**
8:9
**founder**
105:4
**founding**
107:23
**four**
17:10,12 63:15,16
64:4,7,13,14
65:21 132:19
148:3
**four-wheeler**
110:25 111:1 112:9
**fourth**
143:11
**fracture**
177:13
**fractures**
177:4
**frail**
14:16
**frame**
104:9 160:1

**Francisco**
1:3 6:14
**free**
77:2,13
**frequently**
146:20 177:3 195:1
**Friday**
1:17
**front**
135:6
**Frontenac**
1:18 2:6
**fully**
125:11
**further**
9:21 13:16 15:10
17:22 19:16 59:6
189:21 197:14,17
198:8,12
**fuzzy**
9:12

——————
**G**
——————
**Gabriella**
5:17
**gallons**
180:24,25 181:2
**garden**
85:23 86:21 88:6
88:20 111:18
187:15
**Gebeyehou**
75:20
**gender**
85:25 142:4 143:7
**general**
34:15,17 35:16
55:13 74:24 75:7
75:12,23 103:7
111:7 130:13
134:13,16 141:13
150:3 171:3
189:18
**generalized**
183:3
**generally**

104:14 134:5
155:17 160:15
176:5 180:24
185:25
**genetic**
43:25 102:12,15,19
103:3,8,20 105:14
105:21 106:5
152:4 176:2
183:19 184:1
**genetics**
32:10
**gentleman**
167:2
**getting**
42:24
**gist**
14:12
**give**
17:9 19:8 36:14
58:15 70:22 85:7
85:16 86:12,23
87:10,15 89:18,24
92:2 113:23 114:6
136:20 154:23,24
157:25 158:11,13
162:15 175:8
**given**
67:21 81:20 102:4
122:19 123:4
136:23 165:1
**gives**
78:20 84:19 85:6
140:1
**giving**
127:20 158:1
**gloves**
114:22
**glyphosate**
5:15,18 45:25 46:4
46:12 47:23 48:8
68:6,23 70:21
72:5,17 73:20
74:20 78:3 80:7
107:13 108:15
116:20 117:22

118:1,10 121:2,19
124:15 125:7
126:11,16,23
128:7,13 129:19
132:4,8,11,14
135:17 136:17
138:14,23 139:10
167:20 168:1
188:12 189:10
**glyphosate-based**
195:17
**Glyphosate-Exp...**
116:8
**go**
8:10 10:24,25
14:22 15:19 24:6
24:12 32:15 40:17
44:16 48:23 59:11
62:9,13 64:10
65:5 68:8 83:7
107:25 115:22
125:5,23 133:2
151:12 163:21
173:13 189:25
191:5,12 197:19
**goal**
39:23
**going**
8:23 14:25 15:18
17:17 18:23 19:18
20:19 33:22 43:15
48:4 62:5,15 66:8
68:10 69:25 88:2
99:25 111:17
115:20 121:8
125:25 129:10
131:9 132:21
133:2 138:2 147:6
163:23 171:5
189:24 197:22
**Golkow**
1:23 3:20,24 6:5
**good**
7:19 14:15 21:13
65:16 68:7 96:21
124:10 127:20

130:2 141:23
160:9 180:8 196:9
**governmental**
79:23
**grab**
34:21
**gradual**
104:4
**greater**
157:22 194:9
**Greenwald**
134:9,10
**group**
3:4 11:19 16:17
25:4 79:11,15
80:9 123:11 128:1
**growth**
103:23
**guess**
111:14 114:3
182:16
**guidelines**
84:20 87:15,20
158:22 185:12,16
192:1
**guy**
111:24 177:7

——————
**H**
——————
**H**
5:11 95:11
**half**
15:24
**hand**
20:19
**handheld**
112:9
**handing**
62:21
**handled**
160:10
**hands-on**
34:4 42:4
**happen**
105:3 162:25
**happened**

61:3 106:2,22,25
**happens**
18:7 103:2 162:11
181:15
**happy**
13:9 67:16 121:9
123:6
**hard**
84:4 88:24 94:8,12
97:13 120:23
129:4
**Hardeman**
75:20
**harder**
88:10 131:2
**Harrison**
1:20 2:9 3:19 7:5
198:5,21
**hazard**
108:25 109:4
180:14
**head**
11:22 17:8 39:16
49:16 69:12 73:25
108:23 117:15
142:15 143:23
169:19 170:9,11
182:10
**head/neck**
55:9
**Health**
5:10,16 49:6,11,14
116:10,13,17,21
117:5,8 118:15,18
118:22 119:8
120:21 127:10
128:4 195:12
**hear**
127:1
**heard**
18:13 49:10 76:2
91:15 108:18
116:16
**heart**
54:23
**height**

182:19
**held**
6:10
**Helen**
5:11
**help**
43:17 45:9
**helpful**
46:23 196:12
**helps**
78:23
**hematology-onco...**
38:2
**hematology/onco...**
32:20
**hepatitis**
24:3 30:11 85:19
95:10 96:8,8,9
100:17 101:25
**herbicide**
21:25 73:4,13
168:2 173:18,19
195:17
**herbicides**
26:13 173:24
**hereinbefore**
198:10
**HI**
93:9
**high**
10:18 24:5 107:19
139:25 158:10
177:11
**higher**
90:17,24 93:15
129:15 131:6,11
146:1 162:8,13
**Hill**
31:12
**Hilton**
2:5
**histological**
5:19
**histology**
170:24
**histopathological**

5:13
**histories**
140:13
**history**
22:13,13,14,19
23:1,6,10 24:17
53:11,12 56:6
57:24 58:1 71:21
84:7 86:16 95:9
100:17 102:3
112:22 140:13
143:12,16 151:14
151:21 152:22
153:1 175:25,25
176:6,10,14,14,15
176:17,18,18
183:18 184:17
192:13
**hit**
162:1
**hitting**
111:18
**HIV**
24:3 30:10 85:19
93:7,10,10,15,21
93:22 94:10 95:10
96:7 101:4 102:1
**hold**
31:24 92:9
**home**
187:14
**homeless**
34:19
**Honestly**
178:13
**hopefully**
127:20
**hospital**
11:19 33:23 34:18
34:18 35:17 39:11
39:13,14 41:13
**hospitals**
38:15 39:8
**hour**
15:10,12,23,24
**hours**

63:9,10,23 64:3,12
64:21,24 65:9,14
134:23 135:1
173:3
**household**
179:25
**household-usage**
180:1
**How's**
121:16
**hypothesize**
105:17
**hypothetical**
83:6 84:8 89:4
**Hypothetically**
127:7

---

**I**

**IALC**
72:11 74:8,12
**IARC**
74:12,13,16 76:9
78:20 79:3,6,8
80:9 81:16 82:3
108:15,18,22,24
109:8 119:15
123:8,11,13,21,23
127:13 128:1,12
128:14,25 129:22
**IARC's**
126:22 127:5
**identification**
21:6 25:20 62:8
70:4,8 115:24
132:24 147:9
**identified**
170:2 179:17
**identify**
6:17 30:7 43:16
97:14,20 108:1
174:5 176:19
179:3
**identifying**
45:8
**idiopathic**
91:16,20 92:4 98:6

102:10 106:16
156:23 157:6,14
157:20 158:8
165:10 166:10
**idiopathy**
165:7,15 166:1,5,7
**ignored**
9:20
**IL**
2:10
**IL-CSR**
1:21 3:19
**Illinois**
35:6,9 198:22
**imaging**
22:16
**immune**
102:13,16,20
**Immunosuppress...**
95:17
**impact**
48:24 49:3 74:2
111:21 127:3
131:10 151:8
152:22 196:23
**impacted**
127:3 196:16
197:11
**impair**
55:3
**importance**
69:6 77:22
**important**
45:2 55:15 57:14
69:4 130:22
**importantly**
55:6
**impossible**
152:7 153:3
**impression**
72:5
**Improper**
83:6
**improve**
40:17
**in-person**

109:24 110:6
**inappropriate**
44:12,20
**inches**
182:8,14
**incidence**
5:16 116:8,20
147:23 149:5,8
172:6
**incidents**
117:23
**include**
22:12 71:2 179:18
**included**
61:5 71:19 123:15
187:12
**including**
5:13 118:11 134:24
134:25 160:20
166:20 187:14
**increase**
181:16,17
**increased**
82:18 83:14 93:13
101:8 144:12,14
**independence**
80:6,9 119:6
120:20
**independently**
125:6
**index**
182:3,11
**indicate**
182:7
**indication**
167:18
**indigent**
34:20
**individual**
66:4 71:3,20 73:12
86:15 87:4 179:8
179:16 187:23
**individuals**
141:11 187:13
**industrial**
111:15

**industry**
79:22 120:15
**infection**
96:7,8 97:8
**infections**
96:6
**infectious**
96:4
**influences**
118:25
**information**
17:5 43:25 56:9,13
66:6,9 74:7 87:25
88:21 99:2 112:19
112:24 118:2
123:14 124:10,13
128:17 136:2
154:17 166:16
173:21 176:5,8
183:4 196:10
**ingredients**
181:3
**inherent**
187:3
**inherited**
103:22
**initial**
17:25 61:4 160:22
161:25 176:9,11
**initially**
15:7 64:16
**inpatient**
35:18 38:9,13
42:23
**instance**
13:12
**Institute**
16:19 17:5,19
18:15,21,24 19:23
118:17,21
**Institutes**
118:17,22
**institutions**
44:14,22 50:19,25
51:8
**intake**

187:21
**intend**
21:10,19
**intensity-weighted**
117:25
**intent**
160:9
**interest**
16:24 119:22 120:1
120:7
**interested**
16:23 17:21 32:9
32:13 127:1
198:14
**interests**
119:12,16
**internal**
32:16,18
**international**
79:8,15 127:9,13
**interrogatories**
7:15
**interrupt**
130:10
**interval**
72:25 78:4
**intervening**
177:17
**invasive**
104:1,10
**investigate**
175:22
**involved**
12:2 16:17 17:10
19:3,25 33:19
34:17 42:19 44:3
44:7 49:17 69:13
104:24 129:19
141:24 151:16
**involvement**
104:24
**involving**
9:16 11:8 19:10,10
45:17 104:23
**Iowa**
117:21,24

**irrelevant**
87:21,24 98:2
**issue**
151:7
**issues**
54:23 72:8 81:10
187:8
**item**
25:11,13 61:19
116:5,7
**items**
57:5,16 58:6,6,24
59:6

————— J —————

**J**
3:9
**Janzen**
1:11 5:5,6 6:11,22
24:15 25:15 26:2
26:5,17,18 27:11
27:23 30:8,19
49:23 50:3 56:3
58:5 60:15 66:18
75:3 82:23 83:18
87:21 91:6 99:1
100:11 102:1
105:9 106:3
107:15,16 109:12
109:21,25 110:7
114:25 115:10,16
129:9 139:25
140:12,15 143:12
151:13 155:14,18
157:1 158:16
159:24 160:18
164:23 169:8
171:8 173:1,4,19
180:21 182:7
183:14,20 184:6
189:9 193:25
**Janzen's**
20:20 21:11 22:2
30:25 56:15 59:13
60:5,8 62:24
80:12 84:21

105:15 106:15,25
110:14 128:24
131:4 142:22
146:6 150:9 151:9
151:22 157:13,19
164:6,17 166:21
173:12 174:7
182:3,24 190:13
192:12 193:21
196:19
**job**
37:10 53:14
**joint**
33:4
**jokes**
32:2
**Journal**
120:4
**judgment**
57:18
**July**
140:16
**June**
135:5 136:23
137:13
**jury**
157:13

————— K —————

**K**
3:15
**keep**
38:11 155:13
**Kevin**
1:17 2:1 4:1,6 5:1,5
6:15 7:9 25:4
198:6
**kidney**
95:18 144:13
**killed**
168:18
**kind**
16:25 18:7 19:8
23:21 32:11 72:12
85:6 87:14 104:10
111:7,15,17

Kevin T. Palka, M.D.

| | | | | |
|---|---|---|---|---|
| 134:13 188:11 | 127:20,25 128:3 | 170:22 | 133:15 169:4 | 184:2 |
| **kinds** | 131:19 132:13 | **later-in-life** | 176:22 185:10 | **linkages** |
| 135:21 | 134:15 135:23 | 175:5 | **leukemia** | 117:23 |
| **knew** | 136:14 137:6,16 | **Law** | 38:12,14 183:25 | **linked** |
| 164:23 165:6 | 138:19 139:4 | 3:4,14 25:4 | 188:3 | 96:9 136:16 |
| **know** | 142:6,7,16 143:16 | **lawful** | **leukemias** | **list** |
| 10:21 11:6,23 12:3 | 143:21 145:4,8,18 | 7:11 | 161:7 | 11:23 24:2 48:6 |
| 15:23 16:1,7,12 | 150:24 152:2,14 | **lawn** | **level** | 65:3 96:11 116:5 |
| 16:22 17:23 18:2 | 152:17 154:9,11 | 85:23 | 10:18 107:19 165:3 | 116:23,24 184:10 |
| 18:4,6,25 20:8,10 | 154:14 159:1,15 | **lawsuit** | 174:6,14,21 175:4 | 184:13 |
| 21:12,18 22:18 | 160:1,7 161:18 | 9:23 19:7 | 176:20 177:11 | **listed** |
| 23:4,9,21,24 | 162:24 163:7 | **lawyer** | 188:1,19 189:1 | 46:5,11 60:19 |
| 24:10,15 27:9,16 | 166:11 168:15,21 | 122:20,22 134:8 | 195:5 | 64:20 73:5 100:16 |
| 27:19,23 28:3,6,9 | 175:24 177:2 | **lawyers** | **levels** | 184:6 |
| 28:13,23 29:7 | 180:9 182:4 185:9 | 9:23 13:6 57:4 | 167:2 | **lists** |
| 34:21,24 36:5 | 188:7 192:15,18 | **lead** | **LIABILITY** | 47:24 71:14 187:5 |
| 37:1 40:7 41:6,15 | 192:21,24 193:3,6 | 5:11,14,16,20,23 | 1:7 | **literally** |
| 41:23 53:24 54:7 | 193:9 | 23:25 54:22 80:10 | **licensed** | 52:11 122:2 |
| 55:6 56:3 57:2,3 | **knowledge** | 86:25 104:1 | 117:19 196:4 | **literature** |
| 57:11 59:14,19,25 | 26:24 27:2,6,8 | 116:11,22 120:4 | **lie** | 23:16,18 45:20,25 |
| 60:17,22 61:25 | 195:23 | 147:11 | 112:22 | 46:3 64:18 124:19 |
| 63:9,19 65:3,20 | **known** | **leads** | **life** | 125:2 143:2,8 |
| 65:22 67:13,21,21 | 30:12 56:1 174:14 | 105:4 | 167:7 173:6 175:16 | 144:2 145:12 |
| 68:3,18 69:20 | 174:20 175:3 | **leave** | 175:21 | 150:20 185:1,5,18 |
| 70:18 72:10 73:20 | 178:6,11 179:24 | 114:21 | **life-threatening** | 187:19 190:20 |
| 73:24 76:21 77:3 | 180:2 | **lecture-type** | 54:24 | 191:5,24 |
| 78:1,5 79:12,24 | **knows** | 37:6 | **lifetime** | **litigation** |
| 80:3,22 81:3 82:2 | 173:2 | **lectures** | 117:24,25 | 1:8,23 3:20,24 6:6 |
| 82:6 84:9,21 | | 34:1 | **light** | 11:21 15:15 16:11 |
| 85:15,16 86:1,20 | **L** | **led** | 170:2 | 17:6 18:14 63:11 |
| 87:5,6,24 88:23 | | 19:15,19 23:13 | **liked** | 75:6 108:19 |
| 89:3,6 93:8,14 | **L** | 32:15 66:24 | 121:4 122:17 123:2 | **litigations** |
| 94:9 96:1 98:6,22 | 3:8 | 105:15 108:2 | **likelihood** | 15:6 |
| 101:2,3,6 103:17 | **laboratory** | 156:8,20 | 93:14 168:17 | **little** |
| 104:5,17 105:2,12 | 33:14,15,16 38:7 | **leg** | **limitations** | 9:12 31:5 37:2 |
| 105:14 107:8,12 | 40:5 | 177:9 | 187:2 | 39:20 40:7 43:12 |
| 107:19,23 108:2 | **lack** | **legal** | **Lindbergh** | 62:11 73:18 90:2 |
| 108:21,24 109:3 | 81:6,12 178:21 | 3:23 60:24,25 | 2:6 | 111:18 130:3 |
| 110:19 111:1,17 | **landmark** | 61:24 113:6 | **line** | 151:5 162:8 166:1 |
| 112:23 114:6,9,13 | 57:14 | 153:24 | 71:17 83:12 143:11 | 187:20 |
| 116:3 119:2,3,21 | **large** | **legally** | 162:25 | **lived** |
| 119:22 120:2,6 | 111:25 118:8 | 113:4 | **link** | 36:24 |
| 123:6,10,16 | 124:14 136:18 | **let's** | 23:11,17,19 24:14 | **liver** |
| 124:18 125:18 | 185:12 | 24:25 64:4 80:24 | 78:18 79:13 98:11 | 95:18 |
| 126:14,18,21,24 | **largest** | 82:16 85:18 93:7 | 145:16 174:13 | **living** |
| 126:25 127:11,14 | 121:1 | 100:10,10 130:15 | **linkage** | 183:9 |
| | **larynx** | | | |

Kevin T. Palka, M.D.

**LLO**
3:4
**load**
41:1
**locations**
33:21
**logistic**
71:10
**long**
65:3,19,24 100:17
102:3 114:22
134:22
**long-term**
160:19
**longer**
10:10 56:10
**look**
12:11 24:18,22
26:9 40:1 47:9
49:7,17 69:10
72:23 73:2 77:2
78:19 79:11,13
86:2,14 94:6 98:9
98:10 109:1
110:17 114:19
116:4 117:11
119:10,14 120:8
123:7 138:16
144:1 152:1,8,25
153:1,4 164:20
167:11 175:25
176:3 185:17
**looked**
71:1 72:2 79:12
99:5,8 100:24
123:17 128:13
135:16,18,22
166:25 167:14
182:7
**looking**
19:9 23:16 27:25
43:19,24 56:7
65:2 66:19 69:8
70:24 71:5 72:4
79:21 80:1 85:21
86:5 101:8 110:14

124:4 143:7
167:16 189:3
192:9
**looks**
184:12
**lost**
88:7
**lot**
14:17 32:12 40:17
44:1 84:23,24
88:4 89:14 90:2,5
95:22 119:2
141:15 160:7
184:12 190:14,17
197:12
**Louis**
2:5,7 6:10 13:4
35:6 36:21,24
37:14,19,20,25
38:8 52:16
**low**
40:12,16 161:8,10
161:12 162:2,3,9
163:12
**lower**
162:5
**lung**
13:15,17,17 35:1
39:17 43:6 54:15
55:7,9 87:7 90:12
90:16 141:17
163:8 177:21,25
178:4,8 179:5
187:22
**Lunning**
58:25
**lymphocytic**
183:25
**lymphoid**
118:11
**lymphoma**
5:9,13,19 17:11,12
19:10 22:2,23
23:14,20 24:1
28:15,18,25 29:9
29:24 30:13,16

31:1 34:8,25
36:13 37:22 38:10
38:14,19 39:10
42:11,18 50:11
53:4,8,23 55:24
56:8 68:5 70:21
72:6 76:9 80:12
83:4,24 87:1,9
88:15 89:2,9,11
89:13,15,19,24
90:6,10 91:7,12
92:5,14,14,17,25
92:25 93:3,9,11
93:15,22,24 94:14
94:23 95:11,24
96:2,7,10,16 97:5
98:16 99:16
101:16 103:8
104:15 105:16
106:15 108:6,11
124:16 125:7
128:24 131:5
132:11 136:16,18
138:12,12,15,17
138:19,22 140:16
141:3,6,10,20
142:5,14,24 143:4
143:19 144:4,15
144:23,25 145:7
146:2,25 147:4
148:5,16,22 149:3
149:15 150:11,15
150:21 151:10,15
151:21,22 152:9
153:2 155:21
156:1,5,9,18
157:2,6,9,20
158:23 160:22
161:25 162:10
163:19 166:21
169:15 172:7
179:7 180:15
181:10,12 183:7
183:10,21 184:1
186:5,10 188:12
188:22 189:8

190:11 194:16,20
194:25 195:4
**lymphomas**
38:12 91:19 96:5
96:25 104:19,22
135:18,20,21
141:16

**M**

**M**
3:10 5:21
**M.D**
1:17 2:2 4:1,6 5:1,5
7:9 198:6
**Mad**
178:14
**magic**
156:15
**mailed**
12:6
**mailings**
61:4
**main**
41:12 72:11 74:8,8
74:14,15 76:13
79:2 86:1 94:13
109:8 134:18
135:22 165:11
**major**
5:19 71:19 195:2
**majority**
33:18 145:13
**making**
32:2 193:10
**males**
148:1
**malignancies**
118:11
**malpractice**
14:2,10 155:4
**manage**
39:11
**managed**
34:12
**managing**
42:25

**manner**
72:7
**marginal**
95:11,12
**MARIE**
3:14
**mark**
25:17,18 61:21
70:1,2 115:20
132:21 147:6
159:16 160:12
162:1,15,19
**marked**
5:4 21:5 25:19
58:17 62:7,21
70:3,7 115:23
116:19 132:23
147:8
**marker**
108:8 160:13 164:7
**market**
27:17
**marking**
21:4
**marrow**
95:19 104:23,24
**mass**
9:21 11:10 13:15
61:7 182:3,11
**matching**
71:11
**mater**
31:16
**materials**
25:7 58:9 64:7,20
167:1
**matter**
6:11 17:16 55:13
67:17 78:11 88:2
111:3 114:23
115:9,15 168:15
**Max**
3:9 6:25
**McDuffie**
5:11 66:20 67:16
69:17,20 70:1,2

70:15,17 72:16,23
76:18,22 81:13
85:7 88:24 122:4
129:14
**MD**
32:5
**MDL**
1:8
**mean**
8:4,5,14 28:16
38:25 39:20 40:22
43:3 64:12,23
65:2 66:5 67:10
68:1 69:19 77:13
81:22 84:4,19,23
86:11 87:3,20,24
89:3,10 91:22,24
92:1 94:7 98:3,9
101:14 102:18
103:13,24 104:11
105:18 110:21
111:1,15,23 112:7
113:4 114:23
118:23 119:2,9,18
120:22 121:1
124:9 127:12,18
130:1,11 132:9
133:15,17,21
137:4,16 141:13
150:1 152:5,6
153:18,19 154:5
156:11 157:22
158:18 159:20
160:8 161:20
164:23 165:9
169:1 190:7
193:15 194:14
195:23
**Meaning**
82:9 130:4 144:24
**means**
60:23 159:7 166:11
193:19
**measure**
172:5
**meat**

17:15 155:7
**median**
169:1
**mediastinal**
96:5
**medical**
10:20 14:1,2,10
18:8 19:2 21:24
22:7,12,13 23:16
23:18 31:7 33:7
33:20 34:16 35:8
45:3 51:24 52:4
52:10,15 56:7
57:20,22 58:4
64:5,6,9,16,17,19
64:23 71:14,15
84:7,10 97:9 99:9
109:20 125:2
140:12 143:2,7
144:1 145:12
153:12,15 164:17
169:17 176:6,13
176:17,24 182:4
189:18
**medically**
174:10,13
**medications**
184:9
**medicine**
32:16,18 33:6
177:2 178:7
**medicines**
45:8
**Meharry**
33:6 34:14,16 43:1
43:2
**member**
79:10
**members**
151:15 152:3,15
192:12,16
**memorized**
67:12
**memory**
117:14 182:6
**Men**

5:10 178:14
**mentioned**
25:9 29:12 30:10
32:22 55:12 60:12
68:6 82:7 132:13
169:11 184:13,14
**merit**
18:1,12,18,22
19:20 68:7
**merits**
124:20
**met**
10:19 134:7
**meta**
47:25
**meta-analysis**
48:1
**metabolism**
55:3
**metastatic**
9:18 11:15 104:4
**methodologies**
189:16,17
**methodology**
22:4,6 29:13 30:19
84:17,18 100:4
108:21 117:7
132:2,18 193:13
**methods**
117:18 118:6
**metropolitan**
35:25
**mic**
49:20
**microscope**
171:1
**Mikael**
5:14
**mind**
47:14 48:22 49:20
167:16
**mine**
9:16
**minimum**
85:11 86:4,12
188:19

**minor**
173:23
**minority**
38:19 42:12
**minute**
62:10
**minutes**
65:25
**mischaracterizes**
173:11
**misclassification**
187:6
**Missouri**
1:18 2:7 6:10 13:18
198:22
**Misuse**
115:4
**mix**
111:10,12
**mixed**
77:19
**mixing**
115:11,17 196:25
**MO**
2:10
**MO-CCR**
1:21
**MO-CSR**
3:19
**model**
71:1 85:3 103:18
104:12,14 105:7
**models**
68:3 71:18
**modest**
172:5
**modicum**
173:23
**molecular**
32:10
**moment**
72:16 155:12 169:5
173:2 176:25
**money**
120:5
**monitor**

161:11
**monograph**
79:4 81:16 82:6
108:16 129:1
**Monographs**
108:15
**Monsanto**
1:11 2:5 6:11,24
7:1,3 173:2
184:14 189:5
**Monsanto's**
184:16
**month**
43:3 88:12
**months**
16:14 133:19 167:7
**mother**
183:9
**moved**
10:15
**moving**
49:20
**multiple**
94:7 151:14 183:11
184:1
**multiplied**
106:11
**multitudes**
90:17
**multivariate**
71:1,18 77:18,21
78:7,8,25
**mutation**
103:20,21,22
104:18 105:4,14
107:23 108:2,5
152:5
**mutations**
102:13,15,20 103:3
103:8 104:1,3,7
105:5,22 106:6
**mwarren@wilki...**
3:12
**myeloma**
183:11 184:1

**N**

**N**
3:1 4:1
**name**
6:4,19 46:20 50:6
94:18,18,24,25
95:1 161:5
**NAPP**
133:13,14 137:4,12
**Nashville**
9:14 33:7 34:17
35:22,24
**Nathan**
3:23 6:4
**National**
118:16,17,21,21
185:14
**NCRA**
198:21
**NE**
3:5
**Nebraska**
183:15
**necessarily**
151:2
**necessary**
109:15 110:7
**neck**
39:16 143:23
169:19 170:1,9,12
**need**
13:9 15:22,24
20:21 67:11 85:12
104:9 169:6 193:9
197:19
**needed**
11:13
**needs**
84:14
**negative**
125:20 184:6,9,18
**neighborhood**
88:5
**neighbors**
168:19
**neither**

110:4 198:12,13
**Network**
185:15
**neuro-oncology**
34:11
**never**
33:15,16 45:16,19
49:24 50:10,14,18
50:24 51:4,7,12
51:16,20,24 52:4
52:9 55:22,25
56:22 60:14 88:2
88:19 89:14 90:5
90:9 91:8 102:22
105:9 109:11
124:1,6 146:23
147:2,5 155:25
157:2 192:7
**new**
22:9 40:13,18
43:16,19,22 120:3
189:3
**NHL**
102:7,11 118:11
184:16
**nice**
101:2
**NIH**
136:22 137:1,14,15
137:15,17,20
**NMSC**
147:25
**nominal**
173:5,7
**non**
34:16
**non-Hodgkin**
5:12,18
**Non-Hodgkin's**
5:9 28:15,17,25
29:9,24 30:13,16
30:25 34:7,25
36:13 37:21 38:19
42:11,18 50:11
53:4,8,23 55:23
70:21 72:6 76:8

80:12 83:3,24
87:1,8 88:15 89:2
89:8,11,13,15,18
89:24 90:6,10
91:7,11,19 92:5
92:13,14,17,24,25
93:3,9,11,15,22
93:24 94:14,23
95:24 96:2,15
97:4 98:15 99:16
101:16 103:7
104:15 105:16
106:15 108:11
124:16 125:7
128:24 131:4
132:11 135:18,21
136:16 138:12,16
140:15 141:3,6,10
141:20 142:5,13
142:24 143:4,19
144:4,15,23,25
145:7 146:1,25
147:4 148:4,16,22
149:3,15 150:10
150:15,17,21
151:10 155:21,25
156:4,8,18 157:2
157:6,9,20 163:19
166:21 169:15
172:7 179:6
180:15 181:10,12
183:21 186:5,10
188:12,22 189:8
190:11 194:15,20
**nonmedical-record**
58:6
**Nonmelanoma**
5:23 147:14
**nonsmoker**
143:12
**North**
5:20 48:12 117:20
117:24 136:1
**Northern**
1:2 6:13
**notations**

56:8
**note**
176:11
**notes**
57:24 120:9
**notice**
2:2 186:21
**November**
1:17 2:8 4:2 5:2 6:7
159:9 198:24
**nozzle**
111:2
**Nugent**
5:24 147:12
**number**
5:4 25:11,13 82:5,8
82:11 85:17 86:12
86:24 87:11 92:2
113:12,18,19,24
114:1,14 116:5,7
130:2,5 141:16
156:15 157:22,25
158:2,6,12,14
161:2 167:19
169:1,10
**number-wise**
34:24
**numbers**
41:3 85:8 154:16
154:18
**NW**
3:10,15

**O**

**oath**
113:4
**obese**
182:20
**object**
8:16 114:3 121:6
122:11 166:9,22
167:8 168:3,12,20
171:11,19 172:1
172:18 173:10,25
174:22 175:11
178:12 179:9,21

180:18 181:7,19
181:24 182:22
183:22 184:21
188:4,13,24
**objection**
26:20 29:1 44:15
44:23 45:4 83:5
83:25 86:7 90:20
92:18 93:4 98:1
98:17,20 100:22
115:3 149:4 154:1
**objections**
7:24 8:5,7,10,21
**objective**
80:1 121:12
**obligations**
10:20,20
**obtain**
32:5
**obtained**
110:20,22 112:25
176:8
**obviously**
50:15
**occasion**
185:6
**occular**
95:12
**occupations**
187:14
**occur**
103:9
**occurred**
105:9
**occurrence**
181:16 188:22
**occurring**
102:20 169:19
172:12
**odds**
71:9 72:17,22
73:20,23 76:23
77:4,14 78:2,5,12
82:9,12 90:15,18
90:24 91:4 129:15
130:2 131:6,11,17

Kevin T. Palka, M.D.

| | | | | |
|---|---|---|---|---|
| 131:20 148:18 | 94:18,25 95:5 | oncologist's | Orange | 184:6 186:18,19 |
| **offer** | 98:8,14,24 99:23 | 60:5,8 | 174:18 175:2,6 | **pages** |
| 18:3 21:10,14,19 | 100:14 101:19 | **oncologists** | **order** | 46:7,11 192:4 |
| 75:1 79:2 84:8 | 102:23 105:20 | 50:15 52:24 57:25 | 168:7 185:21 186:4 | **Pahwa** |
| 109:15 110:8 | 106:24 107:3 | 159:16 189:19 | **ordinary** | 5:21 47:7 48:12 |
| 128:22 | 108:7 110:24 | **oncology** | 180:1 | 132:22 137:8,11 |
| **offered** | 113:5,11 114:8 | 18:8 22:15 32:9,14 | **organizations** | **painful** |
| 14:9,10 136:8 | 116:2,18,25 117:2 | 34:15 35:17 57:24 | 185:13 | 11:10 |
| **offering** | 117:17 118:20 | 169:17 185:14 | **original** | **Palka** |
| 74:23,24 76:14 | 119:1,14,20 120:8 | **ones** | 114:10 | 1:17 2:2 4:1,6 5:1,5 |
| 139:20,23 140:3 | 120:13,18,25 | 96:3 152:9 169:18 | **outpatient** | 6:16 7:9 25:4 |
| 158:15 193:15 | 121:23 122:1,7,16 | **opened** | 41:17 | 46:6 50:1,2,5,9 |
| **oh** | 122:23 123:10,16 | 40:13 | **outside** | 62:23 126:6 |
| 8:12,14 12:8 31:17 | 124:3 125:22 | **opening** | 38:15 155:11 | 155:12 165:25 |
| 40:21 42:21 48:18 | 127:2,8,23 131:10 | 40:18 | **outweigh** | 186:18 198:6 |
| 130:17 133:12 | 134:2 135:7,11 | **operations** | 24:8 | **Pamela** |
| 135:4 187:17 | 139:17 140:11,21 | 151:16 | **overall** | 1:20 2:9 3:19 7:5 |
| **okay** | 140:23 141:2,9,19 | **opinion** | 118:11 138:17 | 198:5,21 |
| 9:9 10:7,17 11:25 | 141:22,25 142:8 | 19:7 22:5 26:17,23 | 186:23 | **pancreas** |
| 12:16 13:1,5,22 | 142:17 143:10,21 | 28:18 74:2,10 | **overcome** | 55:10 |
| 13:25 15:3,5 16:1 | 143:24 144:6,18 | 75:2 84:8 111:22 | 81:15 | **pancreatic** |
| 16:7,20 17:4 19:5 | 145:10 146:5,21 | 123:8,21 124:2 | **overestimate** | 141:18 |
| 19:22 20:2,18,18 | 147:6 148:14 | 127:4 158:19 | 81:4 | **paper** |
| 20:22,24 21:16,22 | 149:25 151:5 | 166:19 189:6 | **overnight** | 45:20 48:11,24 |
| 25:6,9 26:8 27:11 | 153:22 155:2,15 | 196:23 | 105:3 | 49:2,7,8,17 72:1 |
| 28:3 29:16,22 | 157:12 158:1,6,21 | **opinions** | **overwhelming** | 72:12 74:6,9,12 |
| 30:3,22 31:3 | 159:2,10 160:3 | 10:18 21:10,13,14 | 173:17 | 74:13,16 77:17,25 |
| 32:21 36:6,10,16 | 163:14 164:22 | 21:17 48:25 49:3 | | 78:22 82:7 109:1 |
| 36:20 37:16 38:5 | 165:20 187:17 | 69:7 74:24 75:8 | **———————** | 112:20 116:19 |
| 38:18 39:18 41:8 | 189:23 192:2,11 | 76:15 79:3 109:15 | **P** | 119:18 120:3,23 |
| 41:21 42:9 43:11 | 194:11 195:10 | 110:8 115:2,18 | **P** | 126:7 128:25 |
| 47:5,17,19 48:18 | **older** | 121:5 123:24 | 3:1,1 | 132:10,22 133:5,6 |
| 48:21 49:2,10,18 | 141:14 | 128:22 136:7,11 | **P-S** | 133:20,25 135:15 |
| 52:18,23 55:19 | **Omaha** | 138:6,9 139:4,7 | 95:15 | 137:20 138:25 |
| 56:12,24 59:24 | 3:5 | 139:13,20,24 | **P-S-A-T-T-I-C-I** | 139:1,8,13,16 |
| 61:8,12 63:5,22 | **on-hands** | 140:3,8 158:15 | 95:16 | 147:20 151:1 |
| 64:2,19,25 65:8 | 34:2 | 173:22 184:19 | **p.m** | **papers** |
| 65:10,13,18,23 | **once** | 193:15 196:16 | 1:18 2:8 6:1,8 | 49:5 135:3,9 189:3 |
| 66:14 68:8,21 | 88:12 145:24 | **opposed** | 62:16,19 68:11,14 | **paragraph** |
| 69:3,14 70:11 | 164:23 165:6,14 | 67:8 83:19 86:19 | 126:1,4 163:24 | 26:11 143:11 |
| 71:5,24 72:14 | **oncologist** | 127:21 132:12 | 164:2 197:23 | 153:14 |
| 74:1,11,14,22 | 10:8,10 19:2 22:8 | 153:24 | **packs** | **parse** |
| 76:6,12 77:12 | 22:15 39:6,7 | **options** | 90:12 | 94:12 |
| 78:11 80:19 82:14 | 50:19,25 59:10,11 | 14:18 | **page** | **part** |
| 84:13 85:18 87:13 | 59:13 152:25 | **oral** | 25:2,3 26:10 66:20 | 30:1,18 38:3 40:14 |
| 88:22 91:23 94:1 | 153:12 | 7:14 170:22 | 77:17 120:9 | 45:2 53:14 71:7 |
| | | | 121:17 135:6 | |

72:19 77:14 78:17
79:24 82:3 84:16
84:18 98:25 113:2
113:2,6 116:12
119:7 120:20
127:25 129:22
132:2 139:15
142:1,9,18 146:8
150:7 151:24
152:20 153:9
165:7 176:10
185:10
**participants**
195:16
**participate**
42:7
**particular**
32:6 97:8 132:4,8
144:16 180:13
**parties**
198:13
**Partly**
52:25
**parts**
66:25
**party**
16:25
**pass**
165:21
**passage**
71:17
**pathologist**
51:7
**pathologists**
51:5 170:25
**pathology**
22:16 57:22 96:23
155:8 164:6,7,13
194:16
**patient**
9:16 10:11,22 11:9
11:14 12:22,24
13:16,23 14:4,11
14:13 22:9 33:10
34:16 35:13 39:9
41:1,2,4 53:12,21

54:14,17 55:7,14
55:22,25 82:22
84:5,14 85:9,12
88:20,25 89:4
92:12,23 93:7,8
97:24 98:4 101:17
101:24 110:2,22
138:21 144:16
146:18,23 147:2
154:22 175:16
184:24 187:23
191:11,13 194:14
**patient's**
22:23 52:7 84:9
92:17 93:2 97:15
97:21 164:8,14
175:17
**patients**
17:10,12 24:4,11
29:25 33:19,23
34:6,12,19,20,20
34:21 35:2,19
36:1,3,11,17
37:17 38:10,18,20
39:12,22,24 40:3
40:6 41:12 42:4,7
42:11,12,19,23
43:15 45:9 49:24
50:10 53:7 54:6
55:21 86:14,15
89:11,12,14 90:2
90:3,11 91:11
92:7 95:17,19
106:20,21 109:25
112:21 141:14,16
144:12 148:21
150:13,22,24
153:2 154:6,13,14
154:16 175:23
**patients'**
50:21 53:3
**pay**
20:8,11,12,14
**PC**
3:4,14
**peer-reviewed**

45:20,25 144:7
**pensions**
175:9
**people**
81:2,4 90:4 122:3
169:2
**percent**
36:17 37:16 40:22
42:14 72:24 91:22
121:18 141:5
153:19,23 154:6,7
154:13,15,20,21
154:25 155:3
157:19,23,23,24
158:11 161:15
167:19 168:9
169:8 174:6,14,20
175:3 176:19,23
179:8 194:3,7,10
194:18 195:6,16
196:4
**percentage**
34:5 36:11 37:21
40:10,19,25 41:5
91:18
**perfect**
48:21 80:15,18
**perform**
164:12 185:1
**performed**
185:4
**period**
85:2
**permit**
176:18
**person**
33:13 85:10,18
86:19 93:21
167:24 178:3
182:19
**person's**
55:16
**personal**
71:21 114:24 115:4
146:22
**pervasive**

168:11
**pesticide**
5:9,12 30:24 101:7
107:4,12,21 116:9
117:20 157:10
171:24 172:9
173:7,18,20 187:6
**pesticides**
5:10 17:13 24:16
26:5,19 27:4,12
28:7,10,14,22,24
29:8 30:15,20
45:14,17,21 68:5
68:18,23 69:9,21
70:19 71:3,20
72:18 73:10,22
74:3 76:24 77:6
77:20,23 78:13
79:13,14 81:7
85:22 99:19 100:7
107:11 131:21,23
132:12 152:4,11
152:14,18 173:1,5
193:4
**ph**
1:24
**pharmaceutical**
44:5,12,21
**phenotype**
105:6
**phone**
20:3
**phrase**
91:15 115:4 153:14
153:17 155:7
**physical**
109:24 110:6,11
176:10,18
**physician**
9:15 10:19 13:14
23:22 33:17
176:23 177:3,10
**physicians**
40:2 94:16 158:17
164:18
**pick**

58:13
**picture**
72:3 78:21 136:15
**pictures**
31:25
**pile**
47:15
**Piorkowski**
3:14
**pivot**
110:25
**place**
198:10
**plaintiff**
5:8 13:23 60:13,14
62:24,25 82:23
192:3
**plaintiffs**
3:3 6:21 14:5 25:15
58:5 99:24 129:10
**plan**
185:22
**plan-of-care**
186:1
**play**
72:8
**played**
156:5
**please**
6:17 16:1 29:4
54:11 97:16
125:24 137:24
139:21 147:18
159:14 166:2
**plus**
100:25 101:3,5,9
**point**
22:25 23:8,15 32:9
52:15 77:11
123:25 159:20
161:9
**points**
134:18
**police**
177:6
**policy**

Kevin T. Palka, M.D.

79:23
**political**
118:24 119:4
**Pollard's**
59:11
**polyp**
104:9
**Pommard**
2:7
**Pooled**
5:20 48:12 136:1
**popular**
27:20
**population**
35:13 144:16
146:19
**Portier**
75:10 76:2
**poses**
180:14
**position**
33:2 36:25
**positive**
174:21
**possibility**
166:5,8,13,18
172:24 177:16
**possible**
31:25 106:14,19
107:2 131:25
156:21,22 157:24
165:16 174:10,13
188:11,18
**Possibly**
196:17
**post-IARC**
128:14
**potential**
30:25 81:6,11,12
81:12 128:8
142:23 149:1,13
150:8 151:8,20
152:22 176:1
187:4
**potentially**
127:3

**pounds**
182:9,15
**practice**
29:17 45:3 86:2
169:16 175:22
185:4 190:25
191:22
**practiced**
39:1
**practicing**
22:7 23:22
**practitioner**
169:22
**preclinical**
68:2
**predecessor**
173:7
**predict**
101:1
**predisposition**
183:20
**predominance**
195:20
**predominant**
173:18
**predominantly**
171:9,17
**prepare**
134:3,5
**prepared**
21:7
**preparing**
112:1
**presence**
186:9
**present**
35:19 41:19 170:14
170:18 175:23
**presented**
9:18 11:9 14:14
51:20 78:20
**presents**
170:1,17
**pretty**
35:25 37:7 64:10
84:22 96:11

145:19 169:3
183:3
**previous**
117:21 177:17
186:21
**previously**
95:3
**primary**
5:22 9:19 10:19
96:5 128:25
147:13,24
**principally**
173:9
**principle**
111:7
**print**
197:19
**prior**
40:18 45:23 150:9
198:5
**private**
86:20
**privilege**
8:22
**privileged**
8:23
**probable**
189:7
**probably**
10:16 13:21 16:13
23:3 24:21 40:21
55:5 61:11,15,18
64:12,22 65:9,25
102:19 103:14
112:2 141:17
159:25 161:2,14
162:8 177:10,10
195:9
**problem**
20:18 95:25
**Procedure**
2:4
**procedures**
184:8
**proceed**
32:19

**process**
67:6,17 105:3
**produce**
187:22
**product**
171:8
**products**
1:7 55:2
**professional**
41:2 175:16,21
**professionally**
189:13
**professor**
31:15 33:5
**program**
8:2 38:1
**Project**
5:20 48:12 136:2
**propounded**
7:15
**prospective**
117:19 118:8
**prospectively**
196:5
**protected**
38:3 197:9
**protection**
115:5
**protective**
114:24,25
**protocols**
43:24
**prove**
105:19 125:20
**provide**
8:7 13:10 15:9
47:12 58:8 59:3
**provided**
10:17,21,22 11:23
17:5 25:3 46:6,19
57:6 60:20 66:3
66:17 75:7 112:19
116:5 124:24
128:16 133:25
**provides**
16:18 118:3

**province**
71:12
**psittaci**
95:12,15
**publication**
116:10 133:9,10,18
136:23
**published**
45:19 51:17 137:17
137:20
**PubMed**
137:2,21
**pumped**
181:1
**purpose**
185:5
**purposes**
186:1,2 191:7
**pursuant**
2:2,3
**put**
39:24 40:3 85:25
111:13 139:17
157:21 177:19
180:11 189:5
**putting**
58:1
**puzzle**
78:17
**pylori**
95:11
**pyramid**
122:8

_____ **Q** _____
**quantification**
188:11
**quantified**
187:19
**quantify**
160:25 161:13
**quantity**
85:5 156:11
**question**
8:11 16:4 22:18,23
29:3 56:25 63:8

Kevin T. Palka, M.D.

67:6 73:17 83:17
86:8 114:10
120:19 130:21
137:24 151:5
157:17 163:11
166:3 172:19
186:6 188:5,6
**questioning**
119:5
**questionnaires**
118:3
**questions**
4:7,7,8 7:18 9:4
12:18 21:1,8
24:24 25:21 27:1
29:5 32:3 35:4
41:20 44:18 45:1
45:7,12 47:13
48:17,20 49:22
56:23 60:2 61:16
61:20 62:20 67:4
68:15 69:18 70:5
70:14 77:9 83:9
84:12 87:12 91:1
92:21 93:17 95:7
98:7,18,23 101:11
114:7,15 115:8
116:1 121:15
122:15 123:1
126:5 133:1 135:2
138:1 147:10
149:7 154:4 164:3
164:4 165:24
166:14,24 167:10
168:5,14,22
171:15,21 172:3
172:20,25 173:16
174:3,24 175:13
175:15 177:19
178:16,22 179:1,2
179:11,13,23
180:10,11,16,19
181:9,21 182:1,2
182:23 184:3,7,14
184:22 186:14
188:8,15 189:2,5

189:22 190:2,4,23
192:3,12 194:2,5
196:19 197:15,17
**queues**
56:24
**quit**
102:21
**quoted**
82:4

--- **R** ---

**R**
3:1
**radiation**
95:10
**radiology**
57:23
**raining**
171:18
**raises**
138:20
**rare**
96:3,9 152:4,6
185:19
**rate**
154:15
**rates**
15:5,14
**ratio**
72:22 73:20,23
76:23 77:4,14
78:2,6,12 82:9,12
90:15 91:4 130:2
131:7,11 148:18
149:8
**ratios**
71:9 72:18 90:18
129:15 131:17,20
147:24 149:5
**reach**
83:21 189:16
**reached**
126:15
**reaching**
111:4
**read**

48:22 49:5 70:13
77:13 186:18
**real**
80:3
**really**
14:17 17:15 18:8
18:24,25 19:6
24:8 36:14 40:5
55:11 69:10 76:6
81:15 87:20
101:10 102:10
113:13 122:14
123:23 128:21
129:14
**Realtime**
3:20
**reason**
15:25 55:12 120:19
140:19
**reasonable**
10:21,22 14:11
21:23 85:9 141:8
153:15 160:1
171:22 188:10,18
**reasonably**
189:12
**reasons**
54:20,21 80:5
129:24 131:15
**recall**
13:5,7 16:15 17:4
19:24 20:1 29:14
29:15 69:11 81:1
81:11 167:14
179:12,17 180:16
187:5 190:5 191:1
192:9 194:5
196:21
**receive**
20:16 145:15
**received**
12:4 56:22 57:21
58:10,19,23 59:9
63:15 75:18 120:5
158:19 159:6
161:3,7

**recognition**
189:18
**recognize**
166:18
**recollection**
110:23
**recommendations**
154:8,10
**recommended**
185:12
**record**
6:1,4 15:11 62:10
62:14,16,17,19
68:9,11,12,14
86:7 125:23 126:1
126:2,4 163:22,24
163:25 164:2
197:23,24
**records**
15:9 22:12 56:7
57:21,22 58:4
64:6,9,17,20,23
84:10 110:10
164:17 182:5,6
**recurrence**
160:21 161:25
162:21
**recurrences**
162:12
**refer**
56:5
**reference**
40:25 72:11 143:10
186:21
**referenced**
194:23
**referred**
38:15 78:2 180:22
**referring**
25:23 49:9 62:1
74:12 82:12 83:12
133:7 137:1 180:5
**refresh**
67:11 182:6
**regimen**
154:12 191:12

**region**
170:12
**registry**
117:23
**regression**
71:11
**regular**
53:22
**regulatory**
127:10 128:4
**reinforce**
184:18
**relate**
187:2
**related**
22:24 37:21 95:23
135:24 146:10
162:20,24 163:6
163:15 164:12
**relates**
1:10 40:11 48:7
**relating**
40:20 46:12 47:22
49:6
**relationship**
135:17 150:5,9,13
151:3 172:10,11
188:21
**relative**
77:22 198:12,13
**relatively**
80:23
**relatives**
71:22
**relevance**
8:15
**reliable**
118:22
**reliance**
109:8
**relied**
58:12,15,20 59:2
112:18 125:11
**rely**
57:17 58:7 112:16
**relying**

Kevin T. Palka, M.D.

| | | | | |
|---|---|---|---|---|
| 75:5 76:7,14 79:2 | 70:20 124:14 | 154:14 | 71:25 128:10 | 108:25 109:4 |
| 81:16 100:12 | **reports** | **response** | 151:1 | 130:11,12,23 |
| 109:9 | 22:14,16 57:23,23 | 123:17 139:8,14,20 | **reviews** | 131:2 132:11 |
| **remail** | 58:20,21 64:7 | 140:4,9 154:15 | 124:19 126:10,10 | 141:19 142:4,12 |
| 12:13 | 75:7,13,15,19,24 | 159:7 160:9 | **revise** | 142:23 143:3,18 |
| **remain** | **represent** | **responses** | 37:23 | 144:12,14,21,22 |
| 160:4 189:6 | 116:3 121:11 | 139:9 | **ridiculous** | 144:25 145:6,17 |
| **remains** | 133:18 | **responsible** | 18:5 19:4 | 145:18,21 146:1 |
| 160:18 | **representation** | 52:23,25 | **right** | 147:12 148:15 |
| **remember** | 127:19,21 | **result** | 21:18 25:12 28:20 | 149:20,21 150:22 |
| 17:7 47:10 79:16 | **request** | 54:16 102:12 | 31:18 33:25 37:11 | 160:18,21,25 |
| 183:1 | 59:15 | 106:16,16 | 40:12,16 47:10,15 | 161:6,8,9,25 |
| **remission** | **requested** | **results** | 49:18 50:6 51:5 | 162:2,4,9,13,20 |
| 158:25 159:9,17 | 58:2 | 68:24 69:8 121:17 | 53:13,24 59:17 | 163:12 165:11 |
| 160:2,5 | **requests** | 121:22,23 122:20 | 62:3,11 64:3 66:7 | 176:2 180:14 |
| **repeat** | 57:15 58:7 59:6 | 131:24 | 66:14 69:19,25 | 181:17 186:23 |
| 29:3 54:11 83:8 | **required** | **retained** | 73:8,16 80:19 | 192:19 |
| 92:20 97:16 103:5 | 187:21 188:20 | 10:3 16:11 | 81:25 87:18 90:14 | **risks** |
| 113:16 115:13 | **requires** | **retainer** | 93:18 96:13 99:4 | 24:8 |
| 137:23 157:16 | 176:12 | 15:8 63:15,20,24 | 102:18 105:13,24 | **Ritz** |
| 174:23 188:14 | **research** | **review** | 106:22 107:9,13 | 75:10 76:4 |
| 193:22 | 33:10,14 37:5 | 15:8,11 23:16 | 108:3,7 114:8 | **river** |
| **repeatedly** | 39:19,21 45:17 | 28:17,21 56:15,18 | 115:20,22 119:13 | 36:23 |
| 174:18 175:1 | 79:9 145:24 146:3 | 57:17 58:13 59:7 | 124:5,11,21,24 | **Robin** |
| **rephrase** | 146:12 148:25 | 60:4 65:6 67:14 | 127:23 134:22 | 134:8,9 |
| 44:17 122:24 | 149:12 150:4 | 75:6,14,23 85:23 | 137:12,12 140:25 | **role** |
| **reply** | 151:7,19 153:6 | 86:15 89:5,5 | 146:11 148:7 | 39:19 40:14 41:12 |
| 7:14 | **researched** | 109:20,24 110:13 | 150:5 152:13 | 43:13 72:9 156:6 |
| **report** | 145:11 | 117:12 119:18 | 153:5 154:23 | **roles** |
| 5:5 20:20 21:2,7,17 | **reserved** | 124:10 125:13 | 156:13 165:12 | 39:5 |
| 25:1 26:9 63:6 | 7:25 8:5,8 | 126:22 127:5,6 | 169:4 177:24 | **room** |
| 64:21 65:20,24 | **residence** | 128:12,13 129:22 | 190:14 191:12 | 2:7 177:3 |
| 66:2,17 67:25 | 71:12 | 134:16 136:21 | 192:8 193:14 | **Roos** |
| 72:24 81:23 82:3 | **residency** | 140:7 196:10 | 194:8 195:21 | 116:11 |
| 110:14 114:20 | 32:16,18 | **reviewed** | 197:5 | **rotations** |
| 116:6 129:12 | **resident** | 18:9 22:11,14,25 | **risk** | 38:17 |
| 136:8,11 140:18 | 51:25 52:5 | 23:18 25:7 46:4 | 5:12,22 24:1,5 30:7 | **roughly** |
| 151:13 153:15 | **residents** | 46:13,17 47:23 | 30:12,15 55:8,15 | 10:16 |
| 160:17 | 33:20 37:2,12 | 48:8,11 84:10 | 82:18,25 83:14 | **Roundup** |
| **reported** | 52:14,20 | 88:19 99:2 108:14 | 85:19 86:1 87:4 | 1:6 5:6 18:14 19:24 |
| 1:20 26:13 28:24 | **resist** | 109:22 123:11 | 92:7,13,16,24 | 21:25 22:21,24 |
| 29:8 83:20 182:9 | 32:1 | 126:19,22 134:17 | 93:1,6,8 94:7,15 | 23:3,7,13,17,20 |
| **reporter** | **respect** | 135:9 147:20 | 94:17,19 96:19 | 24:9 25:14 26:1,6 |
| 4:9 7:5 34:9 59:21 | 46:4 55:19 97:18 | 149:24 | 97:14,20 98:5,10 | 27:16,19,24,25 |
| 95:14 136:19 | 126:15 | **reviewing** | 98:12,14 100:16 | 28:10,17 30:21 |
| **reporting** | **respond** | 64:5,5,8,16,19 | 100:25 101:8,25 | 46:1,5,12 47:22 |

Kevin T. Palka, M.D.

48:7 50:12,21
51:1,9,14,17,22
52:1,7 53:3,9,22
54:3 55:20,20,23
55:24 56:1,4
58:16 66:13 76:8
80:8,11 82:19,25
83:2,14,19,20,22
84:10,14,24 85:10
85:24 86:19,25
87:8 88:1,1,12,18
89:1,12,13,14,24
90:3,5,9 91:8
94:10 99:6,14,22
100:12,18,25
101:3,5,8,15
102:4,5 105:10,19
106:11 108:9
110:18 111:11
112:12 113:21
114:16 115:2,12
115:17 128:22
129:4 131:3
155:20,22,25
156:4,5,12,18
157:3 163:3,6,15
164:9,14,18,24
168:1,16,19 171:8
172:10 173:9,20
174:2 175:18
179:7 180:21,25
181:4,14 183:16
188:23 189:10
190:9,10 193:7,7
193:20 195:20,24
**Roundup-associa...**
108:5
**Roundup-enriched**
167:6
**Roundup-ready**
168:17
**routinely**
182:8 184:25
185:24
**row**
112:14

**rows**
148:3
**Royce**
5:5 6:11,22 166:20
189:9
**RPR**
1:20 2:9 3:19 198:5
198:21
**rule**
30:4,24 77:20
**rules**
2:3 8:1,7 15:19
134:14
**run**
179:19 180:5
**rush**
16:1

_____ **S** _____

**S**
2:6 3:1,4
**safe**
87:2 88:1
**safety-net**
34:18
**salads**
134:24,25
**sample**
80:23 81:11
**San**
1:3 6:14
**satellite**
39:14
**satisfied**
189:15
**saw**
33:18 34:15,22
36:17 94:21
168:25 189:4
**saying**
14:9 17:10 83:13
87:22 89:17 93:12
131:2 138:8
139:24 154:19
162:16 163:5
177:12 190:15

193:18
**says**
7:14 25:3 26:11
51:17 70:25 71:9
71:18,23 114:22
117:18 120:10
139:8 187:1,7
**scans**
159:8,22
**SCC**
148:8,11
**scenario**
100:20
**science**
33:13 80:4 126:18
127:5,6
**scientific**
68:7 128:25 190:20
**scientists**
74:18 79:11,15
80:3 119:7,15
120:20 127:25
**search**
125:2,6 191:5,24
**second**
5:22 16:3 55:9 61:6
70:22 72:3 129:21
136:20 147:13,24
161:1 162:5,14,18
162:20,22,24
163:7,13,14,18
**secondary**
160:20
**section**
73:15 77:16 114:20
119:19 121:17,22
148:4
**see**
19:1 23:1,2,17,18
24:13,13 25:2,5
31:7 38:10 39:9
39:11 41:12 43:21
47:9 49:8 58:24
66:16,21 80:24
82:20 85:12 94:6
96:4,22 97:1

98:10 99:5,12
101:4,5,7 106:20
117:17 118:4,5,7
118:13 119:14,17
120:3,10 121:4,16
121:24,25 122:20
124:18,20 125:7
133:15,17 135:4
141:14,15,15
142:22 143:2,14
144:2,11,17
145:11,24 146:13
146:19 147:15,22
148:3,7,9,14,24
150:5 167:17,21
169:3,3,18 170:10
170:21 171:1
177:4,24 182:25
183:6,12 184:10
185:17 186:24
187:10,16
**seed**
168:17
**seeing**
35:18 39:21 40:6
176:9
**seen**
60:14 61:10 63:2,3
91:25 106:21
116:18,25 120:22
122:17 123:3
124:1,6 126:8,10
146:23 167:13
186:15 192:7
195:13 196:7,12
**selected**
57:5,12
**self-reported**
118:1
**send**
59:12 125:12,15,19
**sense**
137:13 181:23
**sent**
18:21
**sentence**

82:16
**separate**
63:16
**sequence**
11:7
**series**
71:15 104:4 175:14
184:8 192:2
**service**
38:9,13,16 42:23
42:24
**Services**
1:23 3:20,24 6:6
**set**
89:17,22 198:10
**setting**
27:21 39:8 41:13
41:16
**settled**
11:1,2
**seventh**
186:19
**shape**
14:15
**sheet**
5:8 24:22 60:13,15
61:5 62:24,25
165:2 182:25
183:4 184:5 192:4
**sheets**
61:10
**shirts**
114:22,23
**shoes**
114:23
**short**
62:11 114:22
**show**
11:14 24:23 61:11
61:17 62:5 67:16
69:14 167:15
183:3
**showed**
82:17 136:17 192:4
195:15
**showered**

Kevin T. Palka, M.D.

197:10
**showing**
144:8 150:23
**shown**
154:11 169:12
182:5,24 195:11
**shows**
78:18,18
**shuttles**
180:23
**sic**
95:17
**side**
34:14 43:2
**sign**
119:24
**signed**
20:17
**significant**
22:21 23:4,5 71:14
72:7 73:13 84:22
85:20 87:16
107:20,21 112:8
130:14 131:9
148:18 149:20
151:14 159:17
160:13 174:2
183:2
**significantly**
90:17 183:17
**similarly**
83:1 151:19
**simply**
172:7
**simultaneous**
172:13
**singular**
97:24
**sir**
185:8
**sit**
102:18
**site**
34:11 147:25
**Siteman**
39:23 40:13

**sites**
104:25
**sitting**
21:18 41:24 60:3
64:3 69:19 73:8
81:25 105:13,24
117:2,9 120:18
124:5 127:24
140:6 193:14
195:24
**situation**
94:12 165:18
**size**
80:24 81:11
**skin**
5:23 143:13,17,17
144:20,21 145:1,5
145:14,15,18,21
145:25 146:7,20
146:24 147:3,14
150:9,14 169:14
170:15 172:6
181:17 197:10
**skip**
71:16
**slacks**
114:23
**slow**
130:19
**SLU**
42:22
**small**
31:25 80:23
**smoke**
90:12 187:21
**smoked**
102:22
**smoker**
177:25
**smokers**
163:7
**smokes**
87:7 178:4
**smoking**
54:16,17,22 55:1,7
90:16 102:21

163:9 177:21
178:8 186:22
**soap**
179:19 180:5
**social**
176:14,18
**society**
90:4 185:13
**soldiers**
174:17,25
**sole**
179:3
**solid**
118:10
**solvents**
85:22 98:14,19
99:1,3,19 100:8
179:13,14,17,18
179:25
**somebody**
88:5
**someone's**
190:10
**son**
31:15
**sorry**
8:3 11:3 74:13
121:20 130:10
155:14 167:4
182:17
**sort**
20:13 38:6 39:4
86:13 103:9 104:8
104:12 193:10
**sound**
72:9 116:14
**sounded**
18:10
**sounds**
42:1
**South**
79:17
**Southwestern**
32:5
**speak**
146:18

**specialize**
143:22
**specializing**
37:3
**specific**
5:9 57:12 69:11
75:2,12,19 76:14
77:11 79:3 82:4,5
82:7 86:15 96:24
103:20 112:4
114:12 117:6,9
134:4 138:11,19
140:8 141:12
154:17 157:21,25
158:11,13 171:2
194:23
**specifically**
66:18,25 67:24
68:6 97:7 107:14
107:17 126:22
128:14 132:13
140:13 166:4
169:17 187:4
**specifics**
67:19
**specified**
19:24
**specify**
8:8
**spectrum**
87:3 141:23
**spell**
95:16
**spending**
41:23
**spent**
64:4 65:2 196:24
**splash**
181:15
**spoke**
109:11
**spoken**
39:2 109:12
**sponsored**
44:4,8
**sponsoring**

44:13,21 120:5
**spray**
168:19
**sprayer**
111:2,8,14 112:9
181:2
**sprayers**
111:16
**spraying**
115:11,17 197:2
**sprays**
85:24 171:24
**squamous**
143:13,17,23 144:3
144:14 145:5,14
145:25 146:7,19
146:24 147:3
148:12,17,22
149:2,14 150:14
151:9 169:14,18
169:23,25 170:8
170:10,11,13,14
170:21,23 171:2
172:6
**St**
2:5,7 6:10 13:4
35:6,8 36:21,24
37:9,14,19,20,25
38:8 52:16
**stack**
64:9
**Stage**
13:17
**standard**
89:17,23 153:24,25
158:20
**standard-of-care**
40:8
**Standardized**
147:23
**stands**
138:18
**start**
32:6 39:12 113:20
114:15
**started**

27:24 28:1
**starting**
31:7 35:21 37:20
70:17
**state**
12:1 151:12
**statement**
15:9
**states**
1:1 6:12 27:24
126:11 180:2
**statistical**
73:23
**statistically**
71:13 148:18
149:20
**Stekloff**
3:8 4:7,8 6:23,23
7:18 8:3,12,14,19
8:24 9:3,4 12:3,8
12:12,14,16,18
20:24 21:1,8
24:24 25:21 27:1
29:5 31:17,22,23
32:1,3 35:4 41:4,8
41:20 44:18 45:1
45:7,12 46:22
47:1,3,5,13 48:17
48:20 49:22 56:23
59:24 60:2 61:8
61:12,16,20 62:13
62:20 67:3,4 68:8
68:15 69:16,18
70:5,9,14 77:8,9
83:9 84:12 87:12
91:1 92:21 93:17
95:5,7 97:25 98:7
98:18,23 101:11
114:7 115:6,8
116:1 121:11,15
122:15,23 123:1
125:21 126:5
133:1 135:2
136:25 137:3,7,11
137:22 138:1
147:10 149:7

154:4 163:21
164:3 165:20
166:9,22 167:8
168:3,12,20
171:11,19 172:1
172:14,18 173:10
173:25 174:22
175:11 178:12,20
179:9,21 180:4,18
181:7,19,24
182:22 183:22
184:21 188:4,13
188:24 189:23
190:2 197:14,18
197:21
**Stekloff's**
167:12
**stem**
104:20
**STENOGRAPH...**
3:18
**stenographically**
198:9
**step**
31:4
**steps**
30:23
**Stevick**
75:21
**stop**
9:25 47:20 54:2,17
54:17 55:24 56:2
159:22
**stopped**
56:4
**stratified**
71:11
**streamline**
75:18
**Street**
3:4,10,15
**strike**
30:4 55:21 69:5
112:17 123:18
**strokes**
54:23

**student**
51:25 52:5
**students**
33:20 52:11,16
**studied**
122:4 196:5
**studies**
58:13 66:19,25
67:8,8,20,22 68:2
68:17,24,25 72:13
76:18 81:19,21,23
81:24 82:2 100:24
122:4,8,10 123:7
124:14,19 129:13
129:17,18,21,25
131:13,16 135:24
150:4 161:18
167:12 169:13
186:20,21
**study**
5:10,16 49:6,11,14
66:21,21 76:13,22
77:5,14 78:18
79:2 80:15,15,18
80:21 81:13 82:4
109:8 115:21
116:10,13,17,21
117:5,8 118:9,16
119:8 120:15,21
121:1,4 122:17,18
123:3,4,9,11,13
123:17,20,20,21
123:23 124:7,20
124:23 125:16
136:6 147:11
148:15,20 149:18
149:24 150:4
167:13,15 168:6
168:23 169:2
172:15 186:15,17
187:2,12,25
195:12,12,16
196:5
**stuff**
134:16 168:10
**subgroup**

5:13
**subject**
26:23,24 78:6,6
**submitted**
65:11
**subsequent**
66:2 148:16 169:15
**subsequently**
71:13 174:19 175:2
**substance**
19:19 180:13
**substantial**
22:1 76:11 80:8,11
83:2,22 84:15
85:13 93:23 94:4
94:22 99:15,21
100:19 102:6
113:14,22 114:16
128:23 131:3,7
138:24 140:2
189:7
**substituted**
66:3
**subtype**
29:24 96:24 138:11
138:19 194:23
**subtypes**
5:19 96:1,10,15
118:12 135:20
**sued**
9:19
**sufficient**
161:16,21
**suggest**
183:19
**suggesting**
109:19 172:15
**suggestions**
87:15
**suggests**
149:19
**suing**
11:18
**Suite**
3:15
**summary**

5:7 17:9 18:25
21:14 25:14 26:2
28:1 58:16 110:18
110:19 165:2,14
**sums**
89:20
**sun**
143:13 144:22,24
145:18 150:20
170:3
**sun-exposed**
145:15
**sunshine**
171:25 172:9
**supplied**
58:11 166:16
**supply**
56:20
**support**
163:16,18
**supporting**
150:20
**supportive**
43:24
**supports**
23:13 150:1,12
**suppose**
24:23 177:16
181:16
**sure**
8:4 9:11 10:1 16:2
24:7 29:6 36:4
41:10 44:19 54:12
57:19,20 60:1
61:23 62:2,13
66:9,11 67:3,15
83:10 92:1,22
105:23 113:17
115:6 137:5
139:22 152:10
154:21 161:17,17
161:20 169:3
**surface**
170:15
**surgery**
18:7

Kevin T. Palka, M.D.

Page 223

surprised
110:3 144:6
surveillance
159:21
survey
185:1,5
suspect
90:23
swear
7:6
sworn
7:7,11 121:8 198:6
symposium
51:21
syndromes
95:22 152:9 153:2
synergy
101:9
system
102:13,16,20
systemic
24:12 104:21
Systems
3:20

**T**

T
1:17 2:2 5:5 6:15
7:9
table
73:2,2 77:10,15
78:3,9,10,12
147:17,23 149:5
149:24 150:1
take
20:7 30:23 31:4
53:10 62:11 67:2
83:17 100:11
112:13 121:9,13
166:2 175:24
197:3
taken
2:2 59:20,23 60:5
176:5 198:9
takes
105:1

talk
68:16 99:25 102:9
102:10 119:23
130:18 155:17
176:22
talked
15:17 100:3 164:5
talking
68:4 86:1 90:18
102:1 104:19
126:6 137:8,9
170:5
talks
77:17
tall
182:8
tank
112:10
tanks
86:18,18
taught
52:4
teaching
33:10,19,22 41:16
52:10,15,21
team
9:22 13:19
tell
9:9 21:22 26:4
49:16 54:2,8,17
56:2 57:8 69:23
73:9 75:9 79:6
86:3 88:22 113:11
113:18 114:12,13
119:12 123:7,19
154:5 156:14
157:13 162:19
164:8 185:7 196:6
telling
57:9
tells
89:23 164:13
template
66:3
tend
184:18

Tennessee
9:14 36:2
tens
122:1
term
29:12 60:17,23,25
61:24 160:7 171:3
191:17
terms
37:4 76:7 110:24
111:3,6 143:7
test
159:8 186:9
testicular
11:8,10 14:24
testified
14:1 173:4 195:19
testify
7:12 198:6
testifying
14:8
testimony
110:15 173:12
178:23 198:9
tests
154:22 164:11
Texas
32:5
Thank
8:18 9:1 20:22
70:13 134:10
178:20 180:8
therapies
43:20
they'd
19:9
thing
38:7 82:15 119:10
127:12 150:18
172:22
things
8:15 15:21 19:4
23:23 36:7 40:1
44:1 71:23 80:2
84:5 96:12 111:2
132:17 154:16

156:7 163:10
180:12 184:13,15
185:19 187:5
think
8:22 11:12 14:12
17:1 18:2,22
19:20 21:13 29:11
36:18 51:9,13
57:12 59:22 60:11
61:2,9,14 63:3
65:16 66:6 67:10
71:8 72:2,4 74:7,8
75:17 76:10 78:16
78:19,22 79:17
80:17,22 84:3,4,7
84:19,20 85:6,8
86:11,14,21,24
87:2,14,24 88:4,7
89:4,9,16 92:11
93:11,12 94:5,11
94:15,16 95:21
103:17 104:16,17
105:18 106:18
107:7,18 111:23
113:23 114:2
115:21 118:23,24
119:9,21 120:17
123:13 124:8,9,17
127:2,11 128:9
129:6 130:1 131:6
135:25 136:15
137:14 138:4,10
138:17 140:14
141:7,21,23
142:16 144:10,15
146:9 150:12,22
150:25 151:1,2,3
151:4 152:1 154:6
156:11 157:22,24
159:19,25 160:15
161:9 162:3,7,8,9
162:13,23 163:2,6
163:11 172:23
177:8 182:25
183:23 186:7,17
188:25 195:2

196:9
thinking
48:14 76:7 97:23
124:18,23
third
13:12,14 25:3
26:11 55:12 73:4
143:11
thorough
89:5
thoroughly
64:11
thought
18:1 88:8 101:22
158:18 164:18
168:25 183:7
thousands
122:1
three
9:8,10 14:1 46:6,11
55:5 75:18 99:24
129:9
threshold
187:22 188:1,19
190:8
thresholds
190:4
throat
163:9 170:9
throw
160:6
tied
96:16 120:15
190:19
time
6:8 10:9 11:4 14:14
14:19 33:8 38:3,4
41:2,5 59:20,23
62:12 65:1 67:2
85:2 90:9 103:25
104:7,8 105:5
107:25 110:9
115:13 131:2
147:25 160:1
178:19 198:10
times

Kevin T. Palka, M.D.

Page 224

9:5,8,10 14:1
35:23 91:2
**title**
73:14
**titled**
116:7,20 147:12,23
**to-wit**
7:16
**tobacco**
90:23 177:25 178:4
178:8 179:5
187:20
**today**
52:11,11 60:3
63:11,12 122:22
139:5 167:14
182:5 189:4
195:13 196:8,12
**Today's**
6:7
**told**
17:24 49:24 50:10
50:14,18,24 51:7
51:12,24 55:22
57:10 105:20
165:2 175:15
**tomorrow**
99:25 129:10
132:18
**tone**
31:12
**tongue**
170:10,17,22
**tonsil**
170:22
**top**
11:22 17:8 49:15
69:12,24 73:11,24
108:23 117:13,15
135:4,6 142:15
182:10
**topics**
38:12
**total**
41:1 64:5,21 65:15
**touch**

17:2
**town**
35:16 39:8
**toxicities**
160:19
**toxicity**
43:21
**traced**
175:5
**tractor**
111:9 112:2 171:14
**trade**
161:5
**train**
88:7
**trainees**
37:1,10
**training**
34:2,4 52:1,24 53:2
152:25 153:12
**transcript**
198:9
**transplant**
95:18,19 144:11
**transplants**
24:4 144:13
**treat**
12:24 24:11 35:2
41:14 43:15,17
45:9 91:11 155:8
170:9
**treated**
12:22 42:17 56:8
**treating**
10:8,10 22:15 34:6
35:14,22 36:12
164:18
**treatment**
14:17 39:13 40:9
42:20,24 57:23
58:2 64:11 66:10
82:24 154:8,10,25
158:16,20,23
160:8,10 191:8,12
191:25
**trial**

10:24,25 11:1,2
12:10 14:22,24,25
119:24,25 154:11
154:18
**trials**
39:16,24,25 40:3,9
40:11,15,20 41:18
41:24 42:1,7
43:12,14 44:4,8
44:13,22
**trichloroethylene**
188:2
**trick**
61:22
**tried**
65:5
**true**
38:22 92:6,12,23
99:23 121:12
127:9 129:8 143:6
159:2 166:6 169:5
169:23 177:4,24
181:18,20,25
**truth**
7:12,12,13 198:7,7
198:7
**try**
15:23 31:23,24
39:22 54:8,9,9,16
55:15 64:10 75:17
75:18
**trying**
42:6 55:6 61:22
65:14 67:20 112:5
132:17 138:5,6
191:21
**tumor**
34:12 36:1 96:23
**tumors**
118:10
**turn**
24:25 63:5 147:17
**turns**
103:22
**two**
14:4 23:12 31:20

39:5 43:20 47:24
48:7 54:25 61:3
66:18 67:8,24
69:13,15 76:18
82:2 129:13,17,25
131:13,16,17
144:9 149:21
150:17,17,24
172:12
**type**
54:6 97:4 147:25
**types**
96:15 135:22
**typically**
54:5

———————————
**U**
**U**
39:23 44:2 52:19
**U.S**
118:24 127:15
**Uh-huh**
42:5 73:3 102:2
194:17 195:14
**ultimate**
105:15
**ultimately**
9:18 11:14 112:7
**Ultraviolet**
145:1
**unassociated**
119:25
**UNC**
31:12
**uncommon**
162:13
**unconscious**
177:7
**undergoing**
105:21
**undergrad**
31:8
**underneath**
73:14
**understand**
16:5,8 41:25,25

60:24 67:20 68:19
68:20 112:6 137:3
138:7 145:20
**understanding**
8:25 26:16 43:13
43:13 81:19 88:23
113:1,8 118:15
133:22 135:13
159:14 167:25
**understood**
145:2,20 177:23
**uninsured**
34:19
**United**
1:1 6:12 126:11
180:2
**univariant**
78:10,25
**University**
9:15 32:4 33:6
37:14,15,20,25
38:8,23 39:2,6,19
42:10 52:16
**unknown**
166:12
**unproven**
121:7
**unspoken**
171:6
**unusual**
185:10,18 191:4,11
**updated**
117:21
**upper**
170:23
**urologist**
11:11,18
**usage**
138:14
**use**
5:15,18 31:24
54:12 57:18 83:19
83:20 85:24 86:20
89:1,14 90:2,5,8
90:24 100:12
111:8,10 116:20

Kevin T. Palka, M.D.

Page 225

118:1 124:8,17
130:2 153:13
154:15 155:22
156:6,12,17
160:15,20 168:9
168:16,19 179:5
184:15,25 188:23
189:18 190:9
191:16,21
**user**
85:23
**users**
121:2 155:20,25
156:4 187:15
**uses**
53:18,22 88:11
**usually**
17:9,14 20:5 33:21
33:24 36:3 57:25
85:4 94:16 95:21
104:8,19,22 105:3
112:21 176:7,8
183:23
**UV**
145:16 150:20
170:2

— **V** —

**v**
1:11
**valid**
19:7
**values**
88:23
**Vanderbilt**
9:15 32:22 33:1,4,6
34:11
**variables**
71:12,14 132:6
**variations**
104:11
**variety**
104:6
**various**
81:19
**vast**

145:13
**vehicle**
111:9
**verbatim**
198:9
**version**
25:24
**versus**
6:11 33:10 37:5
**veteran's**
175:8
**video**
6:9
**videographer**
3:23 6:3,5 7:4
49:19 62:15,18
68:10,13 125:25
126:3 163:23
164:1 197:22
**VIDEOTAPED**
1:17 2:1
**Vietnam**
175:1,6
**view**
159:16 174:9
188:16
**viewed**
122:9
**viral**
96:6
**virus**
96:22 194:19
**visit**
176:9
**volumes**
111:25

— **W** —

**W-9**
197:20
**walk**
31:4,4
**Walsh**
3:9
**want**
24:22 31:3 55:8,8

55:11 57:19 62:1
62:9 67:1 70:10
102:9,10 127:16
140:11 155:17
165:25 183:3
191:11 194:11
**wanted**
36:25 57:17 59:6
**warn**
31:11,14
**Warren**
3:9 6:25,25
**Wash**
39:23 44:2 52:19
**Washington**
3:10,15 37:14
38:23 39:1,5,19
42:10
**wasn't**
34:1 50:5 72:19
111:16 124:24
151:24 152:20
178:14 190:19
197:8
**watch**
178:14
**water**
179:19 180:5 181:2
181:4,5,11,14
**Watson**
2:9
**way**
27:7,8 28:23 29:7
59:17 72:19 74:2
80:1 98:4 102:24
105:18 107:8
109:7 114:24
115:7,9,15 136:7
136:13 152:8
157:12 160:25
161:13 179:6
186:6 188:25
196:24
**ways**
32:13
**we'll**

15:23 25:17 52:13
115:22 185:17
**we're**
15:25 17:14 41:22
41:23 55:6 86:1
90:18 104:18
176:9 197:16
**we've**
15:17 39:2 58:16
161:23 162:1
**weaknesses**
81:16
**wearing**
115:10,10,16,16
197:7,8
**weeds**
111:19
**week**
23:3 41:23
**weeks**
12:10
**weight**
142:12 143:2 182:4
182:8,20
**Weisenberger**
75:11,19
**well-established**
145:19
**Wender**
58:25
**went**
11:10 31:8,11 35:6
65:4 66:8,11
76:17 82:6
**weren't**
124:22 128:16
174:19
**widely**
168:2
**Wilkinson**
3:9
**wish**
46:21 196:7
**witness**
7:6,7 10:4,5 26:22
31:21 122:21

165:21
**woke**
155:14
**word**
121:13 124:9 166:1
**words**
31:25 41:5 87:19
94:20 162:18
184:16 190:15
191:10
**work**
13:15 19:11 22:13
22:19,24 23:10
24:16 33:10,11,15
36:8 37:4,5,6,17
37:21 38:7 40:6
40:10,19 41:1,15
50:15 51:1,4,8
53:10,12 154:12
171:7 175:25
177:1 185:24
**workday**
167:5
**workdays**
113:12,19 114:14
167:4 196:20
**worked**
9:22 11:17 13:19
50:20
**workers**
36:4,6
**working**
39:22 51:13 128:1
167:6
**works**
57:4 102:25
**workup**
9:21
**world**
127:19 155:12
168:2
**worth**
136:24
**worthwhile**
128:9,11
**wouldn't**

53:24 54:2 87:23
  93:19,20 101:12
  101:14 107:10,11
  107:24 108:2
  114:5 157:21
**wreck**
177:8
**write**
65:19,24 82:15
**writing**
41:24 64:7
**written**
13:8
**wrong**
159:15
**wrote**
20:20 21:3 65:20

———— X ————
**X**
4:1

———— Y ————
**yard**
53:18,23 85:24
  88:12
**yeah**
8:16 20:16 31:22
  34:4 42:3 46:22
  47:14 49:15 50:4
  61:25 69:1 71:7
  88:17 92:11 94:2
  97:17 101:20,21
  101:23 107:16
  110:5 111:20
  114:5,11,11,20
  115:14 133:14
  137:11 145:1,3,22
  155:10 157:17
  161:19,22 178:18
  194:9 195:10
  196:11
**year**
10:13 13:2 15:1
  38:17 89:8
**years**

34:7 35:10,11 90:9
  104:8 159:11,19
  159:22,25 160:8
  160:16 178:11
  183:8 196:6
**Yep**
140:19
**Yesterday**
134:1,21
**younger**
141:16

———— Z ————
**Z-H-A-N-G**
47:1
**Z-H-E-N-G**
46:25 47:2
**Zheng**
47:25 49:2
**Zheng's**
46:24
**Zoann**
5:23
**zone**
95:11,13

———— 0 ————
**0**
158:7
**084-003684**
1:21 2:10 3:19
  198:22

———— 1 ————
**1**
5:5 21:4,5 63:6
  116:6 129:15
**1,000**
15:8
**1.02**
131:8
**1.04**
78:4
**1.2**
72:25
**1.7**
182:17

**1.92**
148:17
**1/2**
167:7
**1:00**
1:18 2:8
**1:10**
6:1
**1:11**
6:8
**10**
40:22 42:23 65:14
  77:4 78:3 82:18
  83:15 91:2,4
  104:8 161:15
**100**
37:16 154:13,20,25
  155:3 174:6,14,20
  175:3 176:19,23
  179:8 194:3,18
  195:6
**1000**
3:15 180:25 181:2
**10th**
3:10
**11**
83:1,19
**115**
5:15
**1161**
186:18
**132**
5:18
**1335**
2:6
**144th**
3:4
**147**
5:22
**15**
1:17 4:2 5:2 6:7
  65:14
**15th**
2:8
**16-md-02741-VC**
1:7

**165**
4:7 182:9,14
**1660**
77:17
**175**
182:9,15
**1800**
3:15
**19**
198:24
**190**
4:8
**1964**
23:3
**1974**
183:16 193:1
**198**
4:9
**1984**
28:2,4,7,11 173:8

———— 2 ————
**2**
5:6 25:18,19 35:10
  35:11 58:17 64:12
  64:24 77:10,15
  78:4,10,12 89:7
  100:13 110:18
  130:5 131:11
  147:17,23 165:2
  167:3
**2.12**
72:24 76:22 130:5
**2.36**
77:3 78:4 130:7
**2.36-fold**
82:17 83:13
**2/3**
167:4
**2:03**
62:16
**2:16**
62:19
**2:22**
68:11
**2:25**

**68:14
20**
67:22 91:2,4 116:7
  169:8 182:18
  196:6
**20-ish**
182:18
**20006**
3:15
**2001**
3:10
**20036**
3:10
**2005**
116:10 122:18
  123:4
**2009**
33:8 34:7
**2012**
10:16 33:9 34:7
  117:23
**2013**
10:15,16 56:9
  117:24 140:16
  159:3,5,9
**2014**
56:11
**2017**
13:4
**2018**
13:21 116:22
  122:17 123:3,12
**2019**
1:17 2:8 4:2 5:2 6:8
  133:15,19 135:5
  136:24 137:13
  198:24
**202.847.4000**
3:11
**21**
5:5
**215.599.7860**
3:21,24
**2425**
3:4
**243**

Kevin T. Palka, M.D.

| | | | |
|---|---|---|---|
| 112:11 113:12 | **4:31** | **52** | **80** |
| 114:14 167:3 | 163:24 | 157:24 | 96:1 135:20 183:8 |
| 197:11 | **4:46** | **54,251** | **82** |
| **243.625** | 164:2 | 121:18 | 196:4 |
| 196:20 | **40** | **54,254** | **82.8** |
| **25** | 91:4 | 167:18 | 121:18 167:19 |
| 5:6 36:17 42:14 | **402.493.4100** | **55** | 168:9 195:15 |
| **25-gallon** | 3:5 | 58:25 | **877.370.3377** |
| 112:10 | **44,000** | **557** | 1:24 |
| **27** | 122:3 | 1:21 2:10 3:19 | |
| 136:23 | **44,932** | 198:22 | **9** |
| **2741** | 121:19 | **56** | **90** |
| 1:8 | **45** | 58:25 | 91:25 |
| **28** | 65:25 | | **90s** |
| 135:5 | **46** | **6** | 195:8 |
| **2A** | 148:21 | **6** | **917.591.5672** |
| 74:20 | **49** | 5:15 115:22,23 | 1:24 |
| | 157:19 158:7,11 | 116:19 159:11 | **95** |
| **3** | **49.0** | 167:13,15 | 72:24 |
| **3** | 169:2 | **60** | **99** |
| 4:4 5:8 16:14 41:23 | | 141:5,11 | 157:23 158:4 |
| 61:21 62:7,22 | **5** | **62** | |
| 90:12 183:5 184:5 | **5** | 5:8 | |
| **3.73** | 5:12 70:6,7,16 77:7 | **66** | |
| 72:25 | 159:15,19,22,25 | 182:8,14 | |
| **3:19-cv-04103-VC** | 160:8,16 | **68144-3267** | |
| 1:12 | **5'6** | 3:5 | |
| **3:28** | 182:14 | | |
| 126:1 | **5-generation** | **7** | |
| **3:49** | 183:15 | **7** | |
| 126:4 | **5-year** | 4:7 5:18 78:9 | |
| **30** | 159:16 160:12 | 132:21,23 137:10 | |
| 67:22 90:9 | 162:1,15,19 | **70** | |
| **300** | **5.37** | 5:9,12 91:25 | |
| 180:24 181:1 | 78:5 | 154:15 | |
| **35** | **5:24** | **716.560.7068** | |
| 178:11 | 197:23 | 3:16 | |
| | **50** | **750** | |
| **4** | 25:11,13 91:22 | 15:12 | |
| **4** | **500** | | |
| 5:9 13:17 65:9,15 | 15:10 180:24 | **8** | |
| 70:2,3,15 134:23 | **51** | **8** | |
| 135:1 184:6 | 153:19,23 154:6,7 | 5:22 64:21 73:2,2 | |
| 186:16 | 154:21 157:23 | 147:7,8 167:7 | |
| **4,000** | 158:2 167:18 | 169:12 172:5,15 | |
| 63:17 | 194:7,10 | **8-hour** | |
| | | 113:19 167:4 | |