Exhibit 14

## EXPERT REPORT ON FRANK POLLARD BY DR. KEVIN T. PALKA

My name is Kevin T. Palka, MD, and I am currently on faculty as an Assistant Professor of Medicine at Washington University in St. Louis (WUSTL) in the Division of Medical Oncology (Department of Internal Medicine). I am currently board certified in Internal Medicine, Medical Oncology, and Hematology.

Briefly, I graduated with a BS with honors from Duke University in 1995, after which I was awarded a Fulbright Scholarship to the Medical Nobel Institute at the Karolinska Institute in Stockholm, Sweden (1995-1996). I received an MD degree at the University of Texas-Southwestern Medical School in Dallas, Texas in 2001, followed by internship and residency at the University of Illinois-Chicago Medical Center (2001-2004). I completed a fellowship in Hematology/Oncology at Vanderbilt University Medical Center in 2009. Prior to joining the faculty at WUSTL, I was on faculty at the St. Louis University of Medicine as Assistant Professor of Medicine in the Division of Hematology, Oncology, and Cellular Therapy (Department of Internal Medicine) from May, 2015 until November, 2018. From July, 2009 until December, 2012 I had a joint appointment as Assistant Professor of Medicine at Vanderbilt University and Meharry Medical College in Nashville, Tennessee. My background, academic achievements, and publications are fully detailed in my curriculum vitae.

I have thoroughly reviewed the medical records provided on patient **Frank Pollard**. He was diagnosed with a marginal zone lymphoma, a subtype of non-Hodgkin lymphoma (NHL), in March of 2015, when he presented with fatigue and profound anemia. A bone marrow biopsy revealed the diagnosis, and a staging PET scan revealed extensive disease above and below the diaphragm, as well as bone marrow involvement. He received 6 cycles of Bendamustine + Rituximab (completed in September, 2012), followed by 2 years of maintenance Rituximab (completed in July, 2014), and his treating physician was Dr. Matthew Lunning at the University of Nebraska Cancer Center in Omaha, Nebraska. He had a complete response to treatment. At the time of this report, he continues to be in remission, and is undergoing routine surveillance. Upon review of Mr. Pollard's medical records, [REDACTED] There were no other exposures to other carcinogenic chemicals or other herbicides reported.

Mr. Pollard worked as an agronomist in Nebraska, and used Roundup herbicide on his property from 1990-2016. I reviewed the documentation of his history of Roundup exposure. In summary, over the course of these 26 years, he had extensive and significant exposure, both with handheld sprayer at home, and by handling 2.5 gallon containers at work (1993-2014). Over this period of time, it is estimated that he had the equivalent of 869 to 883 8-hour work days of exposure to Roundup. This level of exposure places him in the high-risk category for development of NHL (>10 days of use or >2 days/year) with a greater than two-fold risk of developing NHL. In the study by Mcduffie et al (1), exposure to Roundup for more than 2 days/year increased the risk of NHL by 2.12 (99% CI 1.2-3.73). Eriksson et al. (2) similarly reported a 2.36 fold increased risk of NHL with >10 days exposure to Roundup (95% CI 1.10-3.71).

Based on the above information, I conclude that the findings in Mr. Pollard's case meets the criteria for specific causation. It is my opinion with a reasonable degree of medical certainty that the chronic and extensive exposure to Roundup herbicide was a substantial factor contributing to the development of his lymphoma. Mr. Pollard remains at risk for the long term toxicities associated with the use of chemotherapy, including second cancers, as well as the risk of recurrence of his initial lymphoma.

*[signed]* K—T. Palka MD   9/24/19

Kevin T. Palka, MD
Assistant Professor of Medicine
Division of Medical Oncology
Washington University School of Medicine

References:

1. McDuffie HH, Pahwa P, MLaughlin JR, et al. Non-Hodgkin's Lymphoma and Specific Pesticide Exposures in Men Cross-Canada Study of Pesticides and Health. *Cancer Epidemiol Biomarkers Prev*, 2001. 10 (11) 1155-1163

2. Eriksson M, Hardell L, Carlberg M. Pesticide exposure as risk factor for non-Hodgkin lymphoma including histopathological subgroup analysis. *Int J Cancer*, 2008. 123 (7) 1657-1663.

## Documents Provided to Dr. Kevin Palka by Domina Law Group PC LLO

1. The IARC Report on Glyphosate.
2. Expert Report of Dr. Dennis Weisenberger, MD in Support of General Causation.
3. Glyphosate Factsheet
4. Glyphosate Biomonitoring for Farmers and Their Families Results from the Farm Family Exposure Study
5. IARC Monographs 40 Years of Evaluating Carcinogenic Hazards to Humans.
6. Systematic review and meta-analysis of glyphosate exposure and risk of lymphohematopoietic cancers.
7. On the IARC classification of glyphosate – Abstract.
8. A review of the carcinogenic potential of glyphosate by four independent expert panels and comparison to the IARC assessment.
9. Glyphosate in the general population and in applicators a critical review of studies on exposures – Abstract.
10. Glyphosate epidemiology expert panel review a weight of evidence systematic review of the relationship between glyphosate exposure and non-Hodgkin's lymphoma or multiple myeloma.
11. Glyphosate rodent carcinogenicity bioassay expert panel review
12. Genotoxicity Expert Panel review weight of evidence evaluation of the genotoxicity of glyphosate based formulations.
13. Conclusion on the Peer Review of the Pesticide Risk Assessment of the Active Substance Glyphosate.
14. The 31 August 2015 Addendum to the Renewal Assessment Report on Glyphosate.
15. Non-Hodgkin's Lymphoma and Specific Pesticide Exposures in Men Cross-Canada Study of Pesticides and Health.
16. Integrative Assessment of Multiple Pesticides as Risk Factors for Non-Hodgkin's Lymphoma among Men.
17. Pesticide exposure as risk factor for non-Hodgkin lymphoma including histopathological subgroup analysis.
18. Occupational exposure to pesticides and lymphoid neoplasms among men results of a French case-control study.
19. Lymphoma risk and occupational exposure to pesticides results of the Epilymph s study – Abstract.
20. Cancer Incidence among Glyphosate-Exposed Pesticide Applicators in the Agricultural Health Study.
21. Pathological Classification of Non-Hodgkin's Lymphoma for Epidemiological Studies.
22. Non-Hodgkin Lymphoma and occupational Exposure to Agricultural Pesticide Chemical Groups and Active Ingredients: A Systematic Review and Meta-Analysis.

23. Evaluation of carcinogenic potential of the herbicide glyphosate, drawing on tumor incidence data from fourteen chronic/carcinogenicity of rodent studies.
24. Evaluation of DNA Damage in Ecuadorian Population Exposed to Glyphosate.
25. Biomonitoring of Genotoxic Risk in Agricultural Workers from Five Colombian Regions Association to Occupational Exposure to Glyphosate.
26. Genotoxicity of pesticides: a review of human biomonitoring studies.
27. Genetic Damage in Soybean Workers Exposed to Pesticides Evaluation with the comet and buccal micronucleus cytome assays.
28. Cytogenetic damage and induction of pro-oxidant state in human lymphocytes exposed in vitro to Glyphosate, Vinclozolin, Atrazine and DPX-E9363.
29. Comparison of the in Vivo and in Vitro Genotoxicity of Glyphosate Isopropylamine Salt in Three Different Organisms.
30. The Effect of the Pesticides, Dexon, Captan and Roundup, on Sister-chromatid Exchanges in Human Lymohocytes in Vitro.
31. The Effect of the Pesticides, Dexon, Captan and Roundup on Sister-Chromatid Exchanges in Human Lymphocytes in Vitro.
32. Review of genotoxicity studies of glyphosate and glyphosate based-formulations.
33. Review of genotoxicity biomonitoring studies of glyphosate-based formulations.
34. Concerns over use of glyphosate-based herbicides and risks associated with exposures.
35. Glyphosate-Based Herbicides Are Toxic and Endocrine Disruptors in Human Cell Lines.
36. Glyphosate-induces-human-breast-cancer-cells-growth-via-estrogen-receptors—2013.
37. Long-term toxicity of a Roundup herbicide and a Roundup-tolerant genetically modified maize.
38. Effects of sublethal exposure to a glyphosate-based herbicide formulation and metabolic activities of different xenobiotic-metabolizing enzymes in rats.
39. Glyphosate-Based Pesticides Affect Cell Cycle Regulation.
40. Formulated Glyphosate Activates the DNA Response Checkpoint of the Cell Cycle Leading to the Prevention of G2 M Transition.
41. Patterns of Pesticide Use among Farmers Implications for Epidemiologist Research.
42. Reliability of Reporting on Life-Style and Agricultural Factors.
43. Dr. Weisenberger Specific Causation Report for Mr. Sioum Gebeyehou.
44. Expert Report Dr. Weisenberger Causation Mr. Hardeman.
45. Expert Report Dr. Weisenberger Causation Ms. Stevick.
46. Pesticide use and risk of non-Hodgkin lymphoma malignancies in agricultural cohorts France, Norway and the USA.
47. Glyphosate, pathways to modern diseases IV.
48. Agricultural pesticide use and risk of glioma in Nebraska.
49. Occurrence and fate of the herbicide glyphosate.

50. Roundup Exposure summaries of Domina, Pollard, Janzen, Dickey.
51. Medical Records – Larry Domina
52. Medical Records – Frank Pollard
53. Medical Records – Robert Dickey
54. Medical Records – Royce Janzen
55. Deposition and exhibits of Donald Wender, MD (Larry Domina's Oncologist)
56. Deposition and exhibit of Matthew Lunning, MD (Frank Pollard's Oncologist)