UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) MDL No. 2741 ) ) Case No. 3:16-md-02741-VC ) |
| This document relates to:<br><br>*Dickey v. Monsanto Co.*, 3:19-cv-04102<br>*Domina v. Monsanto Co.*, 3:16-cv-05887<br>*Giglio v. Monsanto Co.*, 3:16-cv-05658<br>*Janzen v. Monsanto Co.*, 3:19-cv-04103<br>*Mendoza v. Monsanto Co.*, 3:16-cv-06046<br>*Perkins v. Monsanto Co.*, 3:16-cv-06025<br>*Pollard v. Monsanto Co.*, 3:19-cv-04100<br>*Russo v. Monsanto Co.*, 3:16-cv-06024<br>*Sanders v. Monsanto Co.*, 3:16-cv-05752<br>*Tanner v. Monsanto Co.*, 3:19-cv-04099 | ) **[PROPOSED] ORDER GRANTING** ) **MONSANTO COMPANY'S** ) **ADMINISTRATIVE MOTION TO FILE** ) **UNDER SEAL PORTIONS OF** ) **EXHIBITS FILED IN SUPPORT OF** ) **MOTION TO EXCLUDE DR.** ) **BENBROOK** ) |

Before the Court is the motion of Defendant Monsanto Company to file under seal portions of motions and supporting exhibits re: Motion to Exclude Testimony of Motion to Exclude Testimony of Dr. Charles Benbrook, MDL Docket No. 8006, *Dickey v. Monsanto Co.*, 3:19-cv-04102-VC, No. 6, *Domina v. Monsanto Co.*, 3:16-cv-05887-VC, No. 52, *Giglio v. Monsanto Co.*, 3:16-cv-05658-VC, No. 85, *Janzen v. Monsanto Co.*, 3:19-cv-04103-VC, No. 10, *Mendoza v. Monsanto Co.*, 3:16-cv-06046-VC, No. 117, *Perkins v. Monsanto Co.*, 3:16-cv-06025-VC, No. 25, *Pollard v. Monsanto Co.*, 3:19-cv-04100-VC, No. 6, *Russo v. Monsanto Co.*, 3:16-cv-06024-VC, No. 22, *Sanders v. Monsanto Co.*, 3:16-cv-05752-VC, No. 62, and *Tanner v. Monsanto Co.*, 3:19-cv-04099-VC, No. 4. Having considered the papers, and for compelling reasons shown, the Court hereby ORDERS that the following documents shall be maintained under seal until further order of the Court, with the publicly filed versions redacted as follows:

I. **Redactions Requested by Plaintiffs as Designating Party**

| Document | Portion Sought to be Sealed | Sealing Granted (Y/N) (to be completed by the Court) |
|---|---|---|
| Expert Report of Dr. Charles Benbrook, Appendix A Resume, attached as Exhibit 10. | Redactions to pages 1, 17, and 18. | |
| Deposition of Dr. Charles Benbrook, taken September 13, 2018, for Adams, et al. v. Monsanto Company, St. Louis County Case No. 17SL-CC02721, attached as Exhibit 13 | Transcript page 105:11 | |

II. **European Union Privacy Redactions Requested By Monsanto**

| Document | Portion Sought to be Sealed | Sealing Granted (Y/N) (to be completed by the Court) |
|---|---|---|
| Expert Report of Dr. Charles Benbrook, dated August 20, 2019, for *Giglio v. Monsanto Company*, Northern District of California Case No. 3:16-cv-05658-VC, attached as Exhibit 6 | Redactions to report pages 37, 92, 93, 94, 95, 96, 112, 114, 120, 121, 122, 130, 131, 170, 175, 176 | |
| Deposition of Dr. Charles Benbrook, taken February 9, 2018, in *Johnson v. Monsanto Company*, Superior Court of California, San Francisco County Case No. CGC-16-550128, attached as Exhibit 9 | Transcript pages 396:10; 417:25; 419:3, 8; 445:5; 457:15; 459:18; 460:13; 465:14; 466:7; 585:3; 645:8, 9, 21 | |
| Deposition of Dr. Charles Benbrook, taken December 28, 2018, in *Hardeman, et al. v. Monsanto Company*, Northern District of California Case No. 3:16-cv-00525-VC., attached as Exhibit 11 | Pages 5:4; 122:23-24, 160:23, 301:9, 21; 305:3, 4, 9, 12; 310:14; 335:22-23; 337:20, 22; 338:1; 340:11, 19 | |
| Expert Report of Dr. Charles Benbrook, dated December 21, 2017, for *Johnson v. Monsanto Company*, Superior Court of California, San Francisco County Case No. CGC-16-550128, attached as Exhibit 12 | Redactions to report pages 58, 60, 107, 110, 111, 121, 129, 131, 132, 133, 134, 135, 161, 165, 166, 167, 202, 203 | |

| Deposition of Dr. Charles Benbrook, taken May 23, 2018, for *Hall, et al. v. Monsanto Company*, St. Louis City Case No. 1622-CC01071, attached as Exhibit 14 | Transcript pages 73:19, 25; 75:4; 342:19, 20; 345:2; 426: 5, 7, 8 | |

### III. Trade Secret and Proprietary Information Redactions Requested by Monsanto

| Document | Portion Sought to be Sealed | Sealing Granted (Y/N) (to be completed by the Court) |
|---|---|---|
| Expert Report of Dr. Charles Benbrook, dated August 20, 2019, for *Giglio v. Monsanto Company*, Northern District of California Case No. 3:16-cv-05658-VC, attached as Exhibit 6 | Redactions to report page 109 | |
| Expert Report of Dr. Charles Benbrook, dated December 21, 2017, for *Johnson v. Monsanto Company*, Superior Court of California, San Francisco County Case No. CGC-16-550128, attached as Exhibit 12 | Redactions to report page 151 | |

Date: _____, 2019

_____
HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT COURT