UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: | **DECLARATION OF BRIAN L. STEKLOFF IN SUPPORT OF MONSANTO COMPANY'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF EXHIBITS FILED IN SUPPORT OF MOTION TO EXCLUDE MR. PETTY** |
| *Dickey v. Monsanto Co.*, 3:19-cv-04102 | |
| *Domina v. Monsanto Co.*, 3:16-cv-05887 | |
| *Janzen v. Monsanto Co.*, 3:19-cv-04103 | |
| *Mendoza v. Monsanto Co.*, 3:16-cv-06046 | |
| *Pollard v. Monsanto Co.*, 3:19-cv-04100 | |
| *Sanders v. Monsanto Co.*, 3:16-cv-05752 | |
| *Tanner v. Monsanto Co.*, 3:19-cv-04099 | |

I, Brian L. Stekloff, hereby declare as follows:

1. I am a Partner in the law firm of Wilkinson Walsh + Eskovitz. My firm is counsel to Monsanto in the above-captioned actions.

2. Monsanto's Administrative Motion to File Under Seal Portions of Exhibits Filed in Support of Motion to Exclude Mr. Petty ("the Motion") seeks to maintain the confidentiality of (a) Plaintiffs' social-security numbers and dates of birth; (b) addresses and all medical information for all Plaintiffs, other than the fact of NHL diagnosis and the treatment for that condition; and (c) Monsanto's confidential information, specifically limited redactions to protect either the identities of individuals from the European Union based on European privacy law, or Monsanto's trade secret, proprietary information about Roundup® product formulations.

- 1 -

DECLARATION OF BRIAN STEKLOFF IN SUPPORT OF MONSANTO COMPANY'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF EXHIBITS FILED IN SUPPORT OF MOTION TO EXCLUDE MR. PETTY; 3:16-MD-02741-VC; *3:19-cv-04102; 3:16-cv-05887; 3:19-cv-04103; 3:16-cv-06046; 3:19-cv-04100; 3:16-cv-05752; 3:19-cv-04099*

**Plaintiffs' Medical Information:**

3. Fed. R. Civ. P. 5.2 provides that certain personally identifiable information, including an individual's social-security number and birth date, generally must be redacted.

4. Co-Lead Counsel for Plaintiffs in this litigation requested that addresses and all medical information for all Plaintiffs, besides the fact of NHL diagnosis and the treatment for that condition, be redacted, pursuant to the Amended Protective Order. This information has been designated as "Confidential" by Plaintiffs pursuant to the Amended Protective Order (MDL Doc. # 519; Pre-Trial Order No. 30).

5. Pursuant to Plaintiffs' request as the Designating Party and Fed. R. Civ. P. 5.2, Monsanto has prepared proposed redactions of the following documents:

- Page 517 – Expert Report of Mr. Stephen E. Petty, dated October 3, 2019, attached as Exhibit 1 to the Motion.

- Pages 16:19-20, 16:22-23, 17:1-3; 17:5 – Deposition of Mr. Stephen E. Petty, taken November 6, 2019 in Janzen v Monsanto Company, Northern District of California Case No. 3:19-cv-04103-VC, attached as Exhibit 3 to the Motion.

- Pages 237:15, 237:17-18, 251:24, 252:5-6, 271:15-16, 272:5, 272:8-9, 289:12-13, 290:1-2, 290:11-12 – Deposition of Mr. Stephen E. Petty, taken August 28, 2019 (Volume IV) in Winston, et al. v. Monsanto Company, St. Louis City Case No. 1822-CC00515, attached as Exhibit 7 to the Motion.

- Pages 21:13-15, 32:18-21, 63:17-21, 81:18-22, 123:18-25, 124:1-4, 130:16, 138:17, 143:11-15, 143:19-22, 147:7-8, 151:17-19, 151:21-22, 164:4-6 – Deposition of Mr. Stephen E. Petty, taken August 28, 2019 (Volume V) in Winston, et al. v. Monsanto Company, St. Louis City Case No. 1822-CC00515, attached as Exhibit 8 to the Motion.

- Page 64:18-21, 64:24-25 – Deposition of Mr. Stephen E. Petty, taken November 6, 2019 in Mendoza v Monsanto Company, Northern District of California Case No. 3:16-cv-06046-VC, attached as Exhibit 9 to the Motion.

- Page 61:7 – Deposition of Mr. Stephen E. Petty, taken November 6, 2019 in Pollard v Monsanto Company, Northern District of California Case No. 3:16-cv-04100-VC, attached as Exhibit 10 to the Motion.

- Pages 17:9, 17:14, 17:16, 18:2, 19:15, 19:18 – Deposition of Mr. Stephen E. Petty, taken November 5, 2019 in Domina v Monsanto Company, Northern District of California Case No. 3:16-cv-05887-VC, attached as Exhibit 11 to the Motion.

**Monsanto's Confidentiality Redactions**

6. Monsanto also seeks to maintain the confidentiality of certain limited portions of reports and deposition transcripts that contain either the identifying information of European individuals or reference Monsanto's trade secrets or proprietary information about Roundup® product formulations.

7. Redactions of the identifying information of European individuals are necessary to comply with European data privacy law. Attached as Exhibit A to this Declaration is a declaration from Elisabeth Dehareng, an attorney knowledgeable in European Union data privacy law, that explains why Monsanto documents that contain communications with its European employees must be anonymized or redacted under European privacy laws. Monsanto values its important business relationship with its European affiliates and has been advised by its European counterparts of the need for these redactions. Monsanto shares the same interest in ensuring that the redactions, in full compliance with European Union data privacy law, are made. Accordingly, Monsanto has prepared proposed redactions of the personal identifying information of European individuals, including names, that are located on the following pages in the following documents:

- Pages 13, 14, 34, 35, 36, 39, 40, 44, 48, 50, 51, 52, 56, 58, 60, 76, 196, 238, 239, 250, 255, 280, 281, 282, 284, 289, 295, 296, 297, 310, 311, 313 – Expert Report of Mr. Stephen E. Petty, dated October 3, 2019, attached as Exhibit 1 to the Motion.

- Pages 3:12, 121:1, 160:18, 160:22, 160:24, 161:1, 174:23, 175:1, 175:16, 175:22, 175:24, 196:12, 197:20-22, 198:1, 198:13, 202:12, 215:1-2 – Deposition of Mr. Stephen E. Petty, taken July 10, 2019 (Volume II) in *Winston, et al. v. Monsanto*

*Company,* St. Louis City Case No. 1822-CC00515, attached as Exhibit 5 to the Motion.

- Pages 7:24, 9:8, 9:22, 69:5, 69:7, 79:23, 80:10, 228:19 – Deposition of Mr. Stephen E. Petty, taken August 27, 2019 (Volume IV) in *Winston, et al. v. Monsanto Company*, St. Louis City Case No. 1822-CC00515, attached as Exhibit 7 to the Motion.

- Pages 13:19 – Deposition of Mr. Stephen E. Petty, taken November 5, 2019 in *Dickey v. Monsanto Company,* Northern District of California Case No. 3:19-cv-04102-VC, attached as Exhibit 12 to the Motion.

8. Redactions of Monsanto's trade secrets or proprietary information about Roundup® product formulations are necessary to protect that information. This information, which includes, for example, the specific ingredients and percentage of those ingredients in specific product formulations, is extremely valuable to Monsanto, is not public, and the public disclosure of such information would likely cause competitive harm to Monsanto. Accordingly, Monsanto has prepared proposed redactions of its trade secrets or proprietary information about Roundup® product formulations in the following documents:

- Pages 13, 14, 15, 16, 17, 18, 19, 21, 48, 223, 224, 225, 226, 227, 517 – Expert Report of Mr. Stephen E. Petty, dated October 3, 2019, attached as Exhibit 1 to the Motion.

9. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 20th day of December, 2019.

                */s/ Brian L. Stekloff*
                Brian L. Stekloff