UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Dickey v. Monsanto Co.*, 3:19-cv-04102<br>*Domina v. Monsanto Co.*, 3:16-cv-05887<br>*Janzen v. Monsanto Co.*, 3:19-cv-04103<br>*Mendoza v. Monsanto Co.*, 3:16-cv-06046<br>*Pollard v. Monsanto Co.*, 3:19-cv-04100<br>*Sanders v. Monsanto Co.*, 3:16-cv-05752<br>*Tanner v. Monsanto Co.*, 3:19-cv-04099 | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC<br><br>**[PROPOSED] ORDER GRANTING MONSANTO COMPANY'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF EXHIBITS FILED IN SUPPORT OF MOTION TO EXCLUDE MR. PETTY** |

Before the Court is the motion of Defendant Monsanto Company to file under seal portions of motions and supporting exhibits re: Motion to Exclude Testimony of Mr. Stephen Petty MDL Docket No. 8009, *Dickey v. Monsanto Co.*, 3:19-cv-04102-VC, No. 8, *Domina v. Monsanto Co.*, 3:16-cv-05887-VC, No. 54, *Janzen v. Monsanto Co.*, 3:19-cv-04103-VC, No. 12, *Mendoza v. Monsanto Co.*, 3:16-cv-06046-VC, No. 118, *Pollard v. Monsanto Co.*, 3:19-cv-04100-VC, No. 8, *Sanders v. Monsanto Co.*, 3:16-cv-05752-VC, No. 67, and *Tanner v. Monsanto Co.*, 3:19-cv-04099-VC, No. 5. Having considered the papers, and for compelling reasons shown, the Court hereby ORDERS that the following documents shall be maintained under seal until further order of the Court, with the publicly filed versions redacted as follows:

**I.     Redactions Requested by Plaintiffs as Designating Party**

| Document | Portion Sought to be Sealed | Sealing Granted (Y/N) (to be completed by the Court) |
|---|---|---|
| Expert Report of Mr. Stephen E. Petty, dated October 3, 2019, attached as Exhibit 1 | Redactions to report page 517 |  |

- 1 -

[PROPOSED] ORDER GRANTING MONSANTO COMPANY'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF EXHIBITS FILED IN SUPPORT OF MOTION TO EXCLUDE MR. PETTY; 3:16-MD-02741-VC; *3:19-cv-04102; 3:16-cv-05887; 3:19-cv-04103; 3:16-cv-06046; 3:19-cv-04100; 3:16-cv-05752; 3:19-cv-04099*

| Deposition of Mr. Stephen E. Petty, taken November 6, 2019 in Janzen v Monsanto Company, Northern District of California Case No. 3:19-cv-04103-VC, attached as Exhibit 3 | Transcript pages 16:19-20, 16:22-23, 17:1-3; 17:5 | |
|---|---|---|
| Deposition of Mr. Stephen E. Petty, taken August 28, 2019 (Volume IV) in Winston, et al. v. Monsanto Company, St. Louis City Case No. 1822-CC00515, attached as Exhibit 7 | Transcript pages 237:15, 237:17-18, 251:24, 252:5-6, 271:15-16, 272:5, 272:8-9, 289:12-13, 290:1-2, 290:11-12 | |
| Deposition of Mr. Stephen E. Petty, taken August 28, 2019 (Volume V) in Winston, et al. v. Monsanto Company, St. Louis City Case No. 1822-CC00515, attached as Exhibit 8 | Transcript pages 21:13-15, 32:18-21, 63:17-21, 81:18-22, 123:18-25, 124:1-4, 130:16, 138:17, 143:11-15, 143:19-22, 147:7-8, 151:17-19, 151:21-22, 164:4-6 | |
| Deposition of Mr. Stephen E. Petty, taken November 6, 2019 in Mendoza v Monsanto Company, Northern District of California Case No. 3:16-cv-06046-VC, attached as Exhibit 9 | Transcript pages 64:18-21, 64:24-25 | |
| Deposition of Mr. Stephen E. Petty, taken November 6, 2019 in Pollard v Monsanto Company, Northern District of California Case No. 3:16-cv-04100-VC, attached as Exhibit 10 | Transcript page 61:7 | |
| Deposition of Mr. Stephen E. Petty, taken November 5, 2019 in Domina v Monsanto Company, Northern District of California Case No. 3:16-cv-05887-VC, attached as Exhibit 11 | Transcript pages 17:9, 17:14, 17:16, 18:2, 19:15, 19:18 | |

II.   **European Union Privacy Redactions Requested By Monsanto**

| **Document** | **Portion Sought to be Sealed** | **Sealing Granted (Y/N)** <br>(to be completed by the Court) |
|---|---|---|
| Expert Report of Mr. Stephen E. Petty, dated October 3, 2019, attached as Exhibit 1 | Redactions to report pages 13, 14, 34, 35, 36, 39, 40, 44, 48, 50, 51, 52, 56, 58, 60, 76, 196, 238, 239, 250, 255, 280, 281, 282, 284, 289, 295, 296, | |

- 2 -

[PROPOSED] ORDER GRANTING MONSANTO COMPANY'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF EXHIBITS FILED IN SUPPORT OF MOTION TO EXCLUDE MR. PETTY; 3:16-MD-02741-VC; *3:19-cv-04102; 3:16-cv-05887; 3:19-cv-04103; 3:16-cv-06046; 3:19-cv-04100; 3:16-cv-05752; 3:19-cv-04099*

| | | |
|---|---|---|
| | 297, 310, 311, 313 | |
| Deposition of Mr. Stephen E. Petty, taken July 10, 2019 (Volume II) in *Winston, et al. v. Monsanto Company*, St. Louis City Case No. 1822-CC00515, attached as Exhibit 5 | Transcript pages 3:12, 121:1, 160:18, 160:22, 160:24, 161:1, 174:23, 175:1, 175:16, 175:22, 175:24, 196:12, 197:20-22, 198:1, 198:13, 202:12, 215:1-2 | |
| Deposition of Mr. Stephen E. Petty, taken August 27, 2019 (Volume IV) in *Winston, et al. v. Monsanto Company*, St. Louis City Case No. 1822-CC00515, attached as Exhibit 7 | Transcript pages 7:24, 9:8, 9:22, 69:5, 69:7, 79:23, 80:10, 228:19 | |
| Deposition of Mr. Stephen E. Petty, taken November 5, 2019 in *Dickey v. Monsanto Company,* Northern District of California Case No. 3:19-cv-04102-VC, attached as Exhibit 12 | Transcript page 13:19 | |

III. **Trade Secret and Proprietary Information Redactions Requested by Monsanto**

| Document | Portion Sought to be Sealed | Sealing Granted (Y/N) (to be completed by the Court) |
|---|---|---|
| Expert Report of Mr. Stephen E. Petty, dated October 3, 2019, attached as Exhibit 1 | Redactions to report pages 13, 14, 15, 16, 17, 18, 19, 21, 48, 223, 224, 225, 226, 227, 517 | |

Date: _____, 2019

_____
HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT COURT

- 3 -

[PROPOSED] ORDER GRANTING MONSANTO COMPANY'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF EXHIBITS FILED IN SUPPORT OF MOTION TO EXCLUDE MR. PETTY; 3:16-MD-02741-VC; 3:19-cv-04102; 3:16-cv-05887; 3:19-cv-04103; 3:16-cv-06046; 3:19-cv-04100; 3:16-cv-05752; 3:19-cv-04099