UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Dickey v. Monsanto Co.*, 3:19-cv-04102<br>*Domina v. Monsanto Co.*, 3:16-cv-05887<br>*Giglio v. Monsanto Co.*, 3:16-cv-05658<br>*Harris v. Monsanto Co.*, 3:17-cv-03199<br>*I. Hernandez v. Monsanto Co.*, 3:16-cv-05750<br>*Janzen v. Monsanto Co.*, 3:19-cv-04103<br>*Mendoza v. Monsanto Co.*, 3:16-cv-06046<br>*Perkins v. Monsanto Co.*, 3:16-cv-06025<br>*Pollard v. Monsanto Co.*, 3:19-cv-04100<br>*Russo v. Monsanto Co.*, 3:16-cv-06024<br>*Sanders v. Monsanto Co.*, 3:16-cv-05752<br>*Tanner v. Monsanto Co.*, 3:19-cv-04099 | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC<br><br>**[PROPOSED] ORDER GRANTING MONSANTO COMPANY'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF EXHIBITS FILED IN SUPPORT OF MOTION TO EXCLUDE DR. SAWYER** |

Before the Court is the motion of Defendant Monsanto Company to file under seal portions of supporting exhibits re: Motion to Exclude Testimony of Dr. William Sawyer MDL Docket No. 8010, *Dickey v. Monsanto Co.*, 3:19-cv-04102-VC, No. 9, *Domina v. Monsanto Co.*, 3:16-cv-05887-VC, No. 55, *Giglio v. Monsanto Co.*, 3:16-cv-05658-VC, No. 88, *Harris v. Monsanto Co.*, 3:17-cv-03199-VC, No. 19, *I. Hernandez v. Monsanto Co.*, 3:16-cv-05750-VC, No. 48, *Janzen v. Monsanto Co.*, 3:19-cv-04103-VC, No. 13, *Mendoza v. Monsanto Co.*, 3:16-cv-06046-VC, No. 120, *Perkins v. Monsanto Co.*, 3:16-cv-06025-VC, No. 28, *Pollard v. Monsanto Co.*, 3:19-cv-04100-VC, No. 9, *Russo v. Monsanto Co.*, 3:16-cv-06024-VC, No. 26, *Sanders v. Monsanto Co.*, 3:16-cv-05752-VC, No. 63, and *Tanner v. Monsanto Co.*, 3:19-cv-04099-VC, No. 6.  Having considered the papers, and for compelling reasons shown, the Court hereby ORDERS that the following documents shall be maintained under seal until further order of the Court, with the publicly filed versions redacted as follows:

- 1 -
[PROPOSED] ORDER GRANTING MONSANTO COMPANY'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF EXHIBITS FILED IN SUPPORT OF MOTION TO EXCLUDE DR. SAWYER; 3:16-MD-02741-VC; *3:19-cv-04102; 3:16-cv-05887; 3:16-cv-05658; 3:17-cv-03199; 3:16-cv-05750; 3:19-cv-04103; 3:16-cv-06046; 3:16-cv-06025; 3:19-cv-04100; 3:16-cv-06024; 3:16-cv-05752; 3:19-cv-04099*

**I.     Redactions Requested by Plaintiffs as Designating Party**

| Document | Portion Sought to be Sealed | Sealing Granted (Y/N) (to be completed by the Court) |
|---|---|---|
| Deposition of Dr. William Sawyer, taken September 15, 2019, for Giglio v. Monsanto Company, Northern District of California Case No. 3:16-cv-05658-VC, attached as Exhibit 1 | Transcript pages 30:12-18, 20-21; 55:3-13; 56:20-25; 57:1 | |
| Deposition of Dr. William Sawyer, taken November 15, 2019, for Janzen v. Monsanto Company, Northern District of California Case No. 3:19-cv-04103-VC, attached as Exhibit 2 | Redactions to report pages 8, 9, 10, 11, 12, 13, 15, 29, 30, 158, 176, 177 | |
| Expert Report of Dr. William Sawyer, dated August 20, 2019, for Giglio v. Monsanto Company, Northern District of California Case No. 3:16-cv-05658-VC, attached as Exhibit 3 | Redactions to report pages 8, 9, 10, 11, 12, 13, 15, 29, 30, 158, 176, 177 | |
| Expert Report of Dr. William Sawyer, dated January 14, 2019, for Pilliod, et al. v. Monsanto Company, Superior Court of California, County of Alameda Case No. RG17862702, attached as Exhibit 5 | Redactions to page 1 of Table of Contents, and report pages 1, 2, 3, 4, 5, 6, 7, 9, 12, 13, 14, 15, 16, 17, 18, 19, 22 | |
| Deposition of Dr. William Sawyer, taken February 6, 2019, for Pilliod, et al. v. Monsanto Company, Superior Court of California, County of Alameda Case No. RG17862702, attached as Exhibit 6 | Transcript pages 100:16, 19; 101:7, 10, 13, 16, 20, 24; 102:12, 13; 104:13; 105:4; 108:23; 109:1; 112:23; 113:11, 25; 114:2, 3, 14; 130:11, 12; 134:10, 13, 15, 25; 135:1, 7, 21; 136:16; 137:2, 8, 12, 15, 25; 138:4; 168:4, 5, 8, 9, 15-20; 169:15, 16; 172:2, 3, 5-8, 10-12, 21, 22; 198:8-10, 17, 18; 224:8-25; 225:1-25; 226:1-12; 236:3-13; 262:15, 18, 23; 263:2, 5, 9, 12; 264:14, 16, 21, 24; 265:10; 266:10, 16; 267:8, 12; 268:6; 274:13-25; 275:1-14; 278:14-25; 279:1-25; 280:1-25; 281:1-25; | |

- 2 -

[PROPOSED] ORDER GRANTING MONSANTO COMPANY'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF EXHIBITS FILED IN SUPPORT OF MOTION TO EXCLUDE DR. SAWYER; 3:16-MD-02741-VC; *3:19-cv-04102; 3:16-cv-05887; 3:16-cv-05658; 3:17-cv-03199; 3:16-cv-05750; 3:19-cv-04103; 3:16-cv-06046; 3:16-cv-06025; 3:19-cv-04100; 3:16-cv-06024; 3:16-cv-05752; 3:19-cv-04099*

| | | |
|---|---|---|
| | | 282:1-25; 283:1-25; 284:1-18; 285:1; 288:22; 289:12; 291:11; 300:20; 301:17, 20, 22; 302:8, 11, 12; 303:14; 324:7-25; 325:1-25; 326:1-10, 22-25; 327:1-25; 328:1-23; 340:20-25; 341:1-25; 342:1-3; 343:12-16 | |
| | Deposition of Dr. William Sawyer, taken December 20, 2018, for Stevick, et al. v. Monsanto Company, Northern District of California Case No. 3:16-cv-02341-VC, attached as Exhibit 7 | Transcript pages 5:6, 9, 12; 9:3; 25:4-5; 71:24, 25; 72:2-16; 73:9-25; 74:1-24; 89:8-13, 18-21; 90:9-14; 91:9, 12 | |
| | Deposition of Dr. William Sawyer, taken July 16 and July 17, 2019, for Winston, et al. v. Monsanto Company, St. Louis City Case No. 1822-CC00515, attached as Exhibit 8 | Transcript pages 8:8; 12:20; 13:19, 20; 14:1, 6, 19, 21-24; 15:2, 3; 16:3-9, 12, 17, 18; 17:2, 3, 6, 7, 21, 24, 25; 18:11; 56:1-10; 89:11-24; 90:3, 5-9, 13-25;91:1-5, 15, 16; 93:21, 22; 143:12, 20, 22; 175:23, 24; 301:13-25; 302:1-16; 307:12-17, 23-25; 308:1-25; 309:1-25; 310:1-22; 311:12-25; 312:1-25; 313:1-3; 318:22-25; 319:1-7; 339:18-25; 340:1, 2, 5-13; 344:13-15, 18-25; 345:1, 8-25; 346:1-15; 355:22-25; 356:1-7; 366:23-25; 369:12-18; 370:9-25; 371:1-10, 20-25; 372:1-25; 373:17-25; 374:1-11; 379:13-15, 18-25; 380:1-11; 400:14, 15; 401:10, 11; 408:24; 409:1, 12-25; 410:1-25; 411:1-23; 429:9-25; 430:1-25; 431:1-7, 18-25; 432:1-7; 439:8-25; 440:1-9 | |
| | Deposition of Dr. William Sawyer, taken November 14, 2019, for Dickey v. Monsanto Company, Northern District of California Case No. 3:19-cv-04102-VC, attached as Exhibit 16 | Transcript pages 15:17, 70:7-10, 70:18-23 | |

- 3 -

[PROPOSED] ORDER GRANTING MONSANTO COMPANY'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF EXHIBITS FILED IN SUPPORT OF MOTION TO EXCLUDE DR. SAWYER; 3:16-MD-02741-VC; *3:19-cv-04102; 3:16-cv-05887; 3:16-cv-05658; 3:17-cv-03199; 3:16-cv-05750; 3:19-cv-04103; 3:16-cv-06046; 3:16-cv-06025; 3:19-cv-04100; 3:16-cv-06024; 3:16-cv-05752; 3:19-cv-04099*

| Deposition of Dr. William Sawyer, taken November 14, 2019, for Sanders v. Monsanto Company, Northern District of California Case No. 3:16-cv-05752-VC, Exhibit 18 | Transcript pages 10:1, 10:3, 10:5-7, 19:11, 19:16-17, 19:19-22, 19:24-25, 20:1-20 24:10-13, 36:15-22, 41:6-15 | |
|---|---|---|
| Deposition of Dr. William Sawyer, taken November 15, 2019, for Pollard v. Monsanto Company, Northern District of California Case No. 3:19-cv-04100-VC, attached as Exhibit 19 | Transcript pages 8:3-13, 10:22-25, 11:1-8, 12:5-25, 13:1-3, 35:5-12 | |
| Deposition of Dr. William Sawyer, taken November 15, 2019, for Tanner v. Monsanto Company, Northern District of California Case No. 3:19-cv-04099-VC, attached as Exhibit 21 | Transcript pages 9:12-25, 10:1-25, 11:1-17, 30:12-13 | |
| Deposition of Dr. William Sawyer, taken November 5 and November 12, 2019, for Wade, et al. v. Monsanto Company, St. Louis City Case No. 1722-CC00370, attached as Exhibit 22 | Transcript pages 21:18, 85:3-4, 85:11, 86:12, 160:13-18, 160:25, 161:1-3, 161:6-23, 161:25, 162:1-2, 169:10, 169:14-15, 169:19, 223:21-25, 224:1-9, 260:19-20, 260:25, 261:17-21, 262:9-12, 262:14-17, 262:24, 263:2, 263:8, 263:21, 289:13, 289:16, 289:21, 289:24-25, 297:22-25, 298:1-2, 298:7, 335:12-24, 336:1-13, 379:13-25, 380:3-10, 380:12-25, 381:1-4, 419:1-8, 419:14-17, 419:19 | |
| Deposition of Dr. William Sawyer, taken October 22, 2019, for Russo v. Monsanto Company, Northern District of California Case No. 3:16-cv-06024-VC, attached as Exhibit 23 | Transcript pages 31:24-25, 32:1-8, 33:22-25, 34:1-13, 34:21-24, 35:1-7, 35:25, 36:1-3, 37:1-13,  38:3-10, 39:1-19, 40:2-25, 41:1-18, 42:1-9, 25, 43:1-2, 44:10-16, 44:23-25, 45:1-10, 46:11, 78:10-16, 78:25, 79:1-3, 81:24-25, 82:8, 96:5, 96:12, 96:19-21, 97:1, 97:6, 97:8, 97:11, 97:16, 106:2, 108:4, 108:7, 108:19, 108:23, 110:6, 110:17, 112:15, 113:8, 136:9- | |

- 4 -
[PROPOSED] ORDER GRANTING MONSANTO COMPANY'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF EXHIBITS FILED IN SUPPORT OF MOTION TO EXCLUDE DR. SAWYER; 3:16-MD-02741-VC; *3:19-cv-04102; 3:16-cv-05887; 3:16-cv-05658; 3:17-cv-03199; 3:16-cv-05750; 3:19-cv-04103; 3:16-cv-06046; 3:16-cv-06025; 3:19-cv-04100; 3:16-cv-06024; 3:16-cv-05752; 3:19-cv-04099*

| | | |
|---|---|---|
| | 10 | |
| Deposition of Dr. William Sawyer, taken August 23, 2018, for Hall, et al. v. Monsanto Company, St. Louis City Case No. 1622-CC01071, attached as Exhibit 30 | Transcript pages 62:1-5, 63:13-14, 100:5-7, 100:14-17, 101:3-13, 101:15-18, 114:11-24, 115:9-10, 131:5-17, 135:12-25, 136:1-8, 162:23-25, 163:1-5, 163:7-12, 163:15-25, 164:2-13 | |

II. **European Union Privacy Redactions Requested By Monsanto**

| Document | Portion Sought to be Sealed | Sealing Granted (Y/N) (to be completed by the Court) |
|---|---|---|
| Expert Report of Dr. William Sawyer, dated August 20, 2019, for *Giglio v. Monsanto Company*, Northern District of California Case No. 3:16-cv-05658-VC, attached as Exhibit 3 | Redactions to report pages 51 (fn. 124), 60, 65, 66, 82 (fns. 198 & 201), 83 (fns. 203 & 205), 97 (fn. 239), 98, 103, 113, 115, 116, 118, 121, 133, 134, 135, 136, 137, 139, 148, 149, 161, 162, 163, 165, 173, 176, 177 | |
| Expert Report of Dr. William Sawyer, dated January 14, 2019, for *Pilliod, et al. v. Monsanto Company*, Superior Court of California, County of Alameda Case No. RG17862702, attached as Exhibit 5 | Redactions to report pages 21, 26, 27, 33 (fn. 75), 36 (fn. 89), 37 (fns. 92 & 94), 38 (fn. 96), 51 (fn. 130), 55, 89, 90, 91, 92, 93, 94, 95, 104, 105, 107 (fn. 225), 116 (fn. 241) | |
| Deposition of Dr. Charles Benbrook, taken May 23, 2018, for *Hall, et al. v. Monsanto Company*, St. Louis City Case No. 1622-CC01071, attached as Exhibit 28 | Transcript pages 73:19, 73:25, 75:4, 342:19, 342:20, 345:2, 426:5, 426:7, 426:8 | |
| Deposition of Dr. Charles Benbrook, taken February 9, 2018, for *Johnson v. Monsanto Company*, Superior Court of California, San Francisco County Case No. CGC-16-550128, attached as Exhibit 29 | Transcript pages 396:10, 417:25, 419:3, 419:8, 445:5, 457:15, 459:18, 460:13, 465:14, 466:7, 465:14, 585:3, 645:8, 645:9, 645:21 | |

- 5 -
[PROPOSED] ORDER GRANTING MONSANTO COMPANY'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF EXHIBITS FILED IN SUPPORT OF MOTION TO EXCLUDE DR. SAWYER; 3:16-MD-02741-VC; *3:19-cv-04102; 3:16-cv-05887; 3:16-cv-05658; 3:17-cv-03199; 3:16-cv-05750; 3:19-cv-04103; 3:16-cv-06046; 3:16-cv-06025; 3:19-cv-04100; 3:16-cv-06024; 3:16-cv-05752; 3:19-cv-04099*

III. **Trade Secret and Proprietary Information Redactions Requested by Monsanto**

| Document | Portion Sought to be Sealed | Sealing Granted (Y/N) (to be completed by the Court) |
|---|---|---|
| Expert Report of Dr. William Sawyer, dated August 20, 2019, for *Giglio v. Monsanto Company*, Northern District of California Case No. 3:16-cv-05658-VC, attached as Exhibit 3 | Redactions to report pages 65 & 66 | |
| Expert Report of Dr. William Sawyer, dated January 14, 2019, for *Pilliod, et al. v. Monsanto Company*, Superior Court of California, County of Alameda Case No. RG17862702, attached as Exhibit 5 | Redactions to report pages 31 & 32 | |

Date: _____, 2019

_____
HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT COURT