# EXHIBIT 19

William R. Sawyer, Ph.D.

Page 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS | § MDL No. 2741 |
| LIABILITY LITIGATION | § Case No. 3:16-md-02741-VC |
| _____ | § |
| | § |
| This document relates to: | § |
| | § |
| Pollard v. Monsanto Company | § |
| Case No. 3:19-cv-04100-VC | § |
| _____ | § |

- - -

Friday, November 15, 2019

- - -

Videotaped deposition of WILLIAM R. SAWYER, Ph.D., held at South Seas Resort, 5400 Plantation Road, Captiva, Florida 33924, commencing at 10:24 a.m., on the above date, before Susan D. Wasilewski, Registered Professional Reporter, Certified Realtime Reporter, Certified Realtime Captioner, Florida Professional Reporter

- - -

GOLKOW LITIGATION SERVICES

877.370.3377 ph | 917.591.5672 fax

deps@golkow.com

William R. Sawyer, Ph.D.

## Page 2

```
 1    APPEARANCES:
 2    WEITZ & LUXENBERG
        BY: JERRY KRISTAL, ESQUIRE
 3         jkristal@weitzlux.com
        220 Lake Drive East, Suite 210
 4      Cherry Hill, New Jersey 08002
        Phone: (856) 755-1115
 5      Representing Plaintiffs
 6
 7
 8    WILKINSON WALSH & ESKOVITZ
        BY: CALI COPE-KASTEN, ESQUIRE
 9         ccope-kasten@wilkinsonwalsh.com
        2001 M Street, NW, 10th Floor
10      Washington, D.C. 20036
        Phone: (856) 755-1115
11      Representing Defendant Monsanto Company
12
13
14    ALSO PRESENT:
15      MATTHEW ALLISON, Videographer
```

## Page 3

```
 1              ---
 2            INDEX
 3              ---
 4    Testimony of: WILLIAM R. SAWYER, Ph.D.       Page
 5      DIRECT EXAMINATION BY MS. COPE-KASTEN       5
 6      CROSS-EXAMINATION BY MR. KRISTAL           47
 7      REDIRECT EXAMINATION BY MS. COPE-KASTEN    50
 8      RECROSS-EXAMINATION BY MR. KRISTAL         51
 9
10
11            EXHIBITS
12         (Attached to transcript)
13    WILLIAM R. SAWYER, Ph.D. DEPOSITION EXHIBITS  PAGE
14    Exhibit 1  Monsanto Company's Amended Notice to   5
                Take Oral and Videotaped Deposition of
15              Dr. William Sawyer
16    Exhibit 2  October 9, 2019 Report from Toxicology  6
                Consultants & Assessment Specialists,
17              LLC
18    Exhibit 3  Plaintiff Fact Sheet - Frank Leo      13
                Pollard
19
      Exhibit 4  Appendix F - Mr. Frank Pollard's      25
20              Interviews
```

## Page 4

THE VIDEOGRAPHER: Good morning. We are now on the record. My name is Matthew Allison. I am a videographer for Golkow Litigation Services. Today's date is November 15th, 2019, and the time is 10:34 a.m.

This video deposition is being held in Captiva, Florida, in the matter of Frank Pollard vs. Monsanto Company for the United States District Court, Northern District of California.

Will all counsel please state their appearance for the record.

MR. KRISTAL: This is Jerry Kristal, Weitz & Luxenberg, on behalf of Frank Pollard. I also think it's 10:25. I don't know where 10:34 came in, unless I'm sitting in a different time zone.

MS. COPE-KASTEN: Cali Cope-Kasten from Wilkinson Walsh & Eskovitz on behalf of Monsanto.

THE VIDEOGRAPHER: The court reporter is Susan Wasilewski and will now swear in the witness.

THE COURT REPORTER: Would you raise your right hand?

Do you solemnly swear or affirm the testimony you're about to give will be the truth,

## Page 5

the whole truth, and nothing but the truth?

THE WITNESS: Yes, I do.

THE COURT REPORTER: Thank you.

WILLIAM R. SAWYER, Ph.D., called as a witness by Defendant Monsanto Company, having been duly sworn, testified as follows:

DIRECT EXAMINATION

BY MS. COPE-KASTEN:

Q. Good morning, again, Dr. Sawyer.

A. Good morning.

(Sawyer Exhibit 1 was marked for identification.)

BY MS. COPE-KASTEN:

Q. I am handing you what has been marked as Exhibit 1 to your deposition, which is the notice of deposition in Frank Pollard's case. Have you seen this document before?

A. Yes.

Q. Have you had a chance to review it?

A. Yes.

Q. And I understand that you brought materials today corresponding to this document?

A. Correct.

Q. Are those the same materials that we have discussed earlier today?

A. Yes.

William R. Sawyer, Ph.D.

### Page 6

1  Q. Have you had any conversations with
2  Mr. Pollard's counsel in preparing your conclusions
3  in today's case?
4  A. No. Well, I've had discussions but not
5  discussing my conclusion.
6  Q. Have you had discussions about Mr. Pollard's
7  case?
8  A. Not specifically to his case, no.
9  Q. Have you had any conversations with any of
10 Mr. Pollard's other expert witnesses about
11 Mr. Pollard's case?
12 A. No.
13 (Sawyer Exhibit 2 was marked for identification.)
14 BY MS. COPE-KASTEN:
15 Q. I'm handing you what has been marked as
16 Exhibit 2 to your deposition, which is your report
17 in Frank Pollard's case. Did you author this
18 report?
19 A. Yes.
20 Q. Does it contain general causation opinions
21 with respect to Roundup and non-Hodgkin's lymphoma?
22 A. Yes.
23 Q. Does this also contain all case-specific
24 opinions you intend to offer in Mr. Pollard's case?
25 A. Yes.

### Page 7

1  Q. Did you have access to all of the
2  information that you needed to reach your
3  case-specific opinions as to Mr. Pollard's case?
4  A. Yes.
5  Q. Have you ever met Mr. Pollard?
6  A. No.
7  Q. Have you ever spoken with Mr. Pollard?
8  A. No. I relied on Steve Petty, the Certified
9  Industrial Hygienist, interviews on July 26th and
10 August 21st, 2019.
11 Q. Have you read Mr. Pollard's deposition in
12 this case?
13 A. Yes.
14 Q. Have you read any other depositions in
15 connection with this case?
16 A. I believe his wife. I think her name is
17 Cynthia.
18 Q. Have you spoken to any of Mr. Pollard's
19 treating physicians?
20 A. No.
21 Q. Have you reviewed the deposition transcripts
22 of any of Mr. Pollard's treating physicians?
23 A. No.
24 Q. Have you reviewed any medical records in
25 Mr. Pollard's case?

### Page 8

1  A. Yes.
2  Q. Which records have you reviewed?
   [REDACTED]
14 Q. You are aware that Mr. Pollard was an
15 agricultural worker?
16 A. Certainly.
17 Q. Have you conducted a site inspection of any
18 of the properties on which Mr. Pollard claims to
19 have sprayed Roundup?
20 A. No.
21 Q. You're aware that Mr. Pollard alleges that
22 he began spraying Roundup in the 1980s?
23 A. Yes.
24 Q. You're also aware that Mr. Pollard had an
25 applicator's license?

### Page 9

1  A. Yes.
2  Q. Are you aware that Mr. Pollard received
3  training in connection with that applicator's
4  license with respect to how to apply pesticides?
5  A. Yes.
6  Q. What are the different methods of applying
7  Roundup that you considered in Mr. Pollard's case?
8  A. One would be mixing, loading, filling
9  shuttles, which are large portable application
10 tanks. He also not only mixed but he serviced
11 various types of mixing and loading equipment, and
12 this frequently resulted in direct contact with
13 Roundup products from the servicing work, and from
14 '96 to '03 he sprayed Roundup on customer fields and
15 sustained exposures from that work.
16 Q. When you say that he sprayed it, how did he
17 spray it in that particular time frame?
18 A. He used -- he sprayed the field with Roundup
19 Ultra concentrate using a self-propelled machine
20 with a 600-gallon tank. It had a spray bar with
21 nozzles, and during this activity he frequently had
22 to unplug clogged spray bar nozzles. And beginning
23 in about 1999, Mr. Pollard sprayed fields with
24 Roundup Ultra initially and then Ultra Max mix
25 concentrate using a self-propelled vehicle with a

William R. Sawyer, Ph.D.

Page 10

1  1,000-gallon tank, and he regularly unplugged
2  clogged spray bar nozzles and sustained liquid
3  exposures from disconnecting trapped lines. And on
4  one occasion, a high-pressure hose exposure event
5  was noted, and I refer to deposition page 524 for
6  more details on that special event.
7      Q.  Did your assessment of Mr. Pollard's
8  exposure days treat any of these different forms of
9  exposure differently?
10     A.  No.  That would be -- that would constitute
11  an abuse of the methodology.  There is no specific
12  differentiation in the methodology to adjust the
13  numbers based on the severity of the exposures.
14     Q.  Setting aside that particular methodology,
15  do you, Dr. Sawyer, toxicologist, believe that each
16  of these different activities presented the same
17  exposure risk to Mr. Pollard?
18     A.  All of the exposures vary with respect to
19  the intensity of systemic dose, but I am not going
20  to set aside the methodology.  I'm going to follow
21  it.
22     Q.  [redacted]

Page 11

1  [redacted]
9      Q.  Why did you include Table 1 on page 6 of
10 your report listing the medications Mr. Pollard was
11 taking at the time of his non-Hodgkin's lymphoma
12 diagnosis?
13     A.  I was interested to ascertain if there were
14 any medications that he may have used before his
15 diagnosis that were immunosuppressive or
16 carcinogenic, and that would include such things as
17 cyclosporin A, which is known to induce
18 non-Hodgkin's lymphoma in a matter of months or less
19 than one year latency, interested in such things as
20 gabapentin, which causes pancreatic cancer, or other
21 potential carcinogenic drugs.
22     Q.  Is there a reason that you included a table
23 of Mr. Pollard's medications in this particular case
24 but have not included a table of medications in
25 other Roundup cases?

Page 12

1      A.  No, no particular reason really.
2      Q.  Did anything stand out to you as significant
3  about the six medications that are listed in
4  Table 1?
5  [redacted]

Page 13

[redacted]
4      Q.  On page 7 of your report, the last bullet
5  point above Type of Roundup Product Used, states
6  that Mr. Pollard also used Lasso and Treflan?
7      A.  Yes.
8      Q.  You're aware that those are not the only
9  chemicals in addition to Roundup that Mr. Pollard
10 had on his farm, correct?
11         MR. KRISTAL:  Objection.
12     A.  Yes.
13     Q.  Did you evaluate the carcinogenic potential
14 that other chemicals on Mr. Pollard's property posed
15 to Mr. Pollard specifically?
16         MR. KRISTAL:  Objection.
17     A.  Of those in the deposition and plaintiff
18 fact sheet, yes, and there was nothing of any class
19 2A and NHL carcinogens present.
20    (Sawyer Exhibit 3 was marked for identification.)
21 BY MS. COPE-KASTEN:
22     Q.  I'm going to mark as Exhibit 3 to your
23 deposition the plaintiff fact sheet for Mr. Pollard.
24 You've reviewed this document, correct?
25     A.  Yes.

William R. Sawyer, Ph.D.

Page 14

1  Q. I want to direct your attention to page 10.
2  A. Okay. I'm on it.
3  Q. Do you see in Section F where he has listed
4  his exposure to other herbicides and pesticides?
5  A. Yes.
6  Q. Is there a mention of any of the products
7  listed here in your report?
8  A. I think only Lasso and Treflan are in my
9  report, so no is the answer.
10  Q. If I were to look at your materials
11  considered list, would I be able to find any
12  information pertaining to the other products that
13  are listed on page 10 of Mr. Pollard's plaintiff
14  fact sheet?
15      MR. KRISTAL: Object to form.
16  A. Probably not.
17  Q. At the time that you were reviewing
18  Mr. Pollard's case and reaching your opinions for
19  Mr. Pollard, did you particularly look into any of
20  the chemicals on this list with respect to
21  carcinogenic potential?
22  A. Some but not all.
23  Q. Which ones did you look at?
24  A. Beacon, which is a sulfuryl derivative, it's
25  noncarcinogenic; Accent I previously have reviewed

Page 15

1  in another report on Roundup issued to Monsanto
2  which I was deposed on, which is also not associated
3  with NHL. It is not a class 2A human carcinogen.
4  Armezon I did not consider.
5  Q. Did not consider at all?
6  A. No.
7  Q. Are you familiar with Armezon?
8  A. No, nor did I consider Liberty or Impact.
9  Q. I'm going to take those one at a time. Same
10  question with respect to Liberty. Are you familiar
11  with what is in Liberty?
12  A. No.
13  Q. Are you familiar what is in Impact?
14  A. No. Dual II, yes, I have considered it and,
15  in fact, I think it's on one of the exhibits on the
16  table here. Dual Mag II, which I believe is what
17  he's referring to, is a Syngenta product which is --
18  contains metolachlor, m-e-t-o-l-a-c-h-l-o-r, which
19  is not a carcinogen and is not associated with NHL.
20  Q. Dual II is another product then that you
21  looked at in a different case but not specifically
22  for Mr. Pollard's case?
23  A. I looked at it for the weight in all cases,
24  as well as Harness, which is, of course, Roundup.
25  Bicep, which is a mixture of atrazine and, again,

Page 16

1  metolachlor. Also, I did not look at Outlook.
2  Q. Are you familiar with what's in Outlook?
3  A. No, nor am I familiar with what's in
4  Verdict, or Lumax or Callisto or Corvallis.
5      However, I have fully assessed atrazine and
6  Banvel, which is dicamba, but not Buctril,
7  B-u-c-t-r-i-l, I have not assessed Buctril and I am
8  uncertain as to the active ingredient. Nor have I
9  assessed Aim. Permit I believe I previously
10  assessed in another Monsanto assessment which I was
11  deposed on.
12      Bacon, B-a-c-o-n, I think is misspelled. I
13  think that's probably referring to Beacon, which
14  I've already mentioned a few moments ago. I have
15  not assessed Zidua, Z-i-d-u-a, and I'm not sure
16  what's in it. Nor have I assessed Exleed,
17  E-x-l-e-e-d.
18      I have assessed Lorsban previously in this
19  case, which is chlorpyrifos, we discussed that
20  yesterday, as well as Treflan, which is a
21  trifluralin, t-r-i-f-l-u-r-a-l-i-n, a
22  noncarcinogenic pesticide not associated with NHL.
23  Q. Is it your opinion that dicamba is a human
24  carcinogen?
25  A. No. Dicamba is a 2B carcinogen and has been

Page 17

1  associated in the -- I believe the McDuffie study,
2  but I need to check that to be certain that I'm
3  referencing the right study.
4      Yeah, dicamba and McDuffie revealed an odds
5  ratio of 1.68 with a 95 percent confidence interval
6  of 1 to 2.81. So it was associated with an
7  increased rate of NHL.
8  Q. Did you do anything to attempt to determine
9  whether Mr. Pollard's exposure to Banvel was a
10  significant contributing factor to his non-Hodgkin's
11  lymphoma?
12  A. Well, the label indicates it's not. In
13  fact, I almost think the label was created by
14  Monsanto but I'm not sure.
15  Q. Do you believe that Banvel is a Monsanto
16  product?
17  A. I don't remember. I'm not going to say
18  that, but I did look at the label. It's --
19  according to the label, it does not cause NHL. It
20  doesn't mean anything. The 2016 EPA report stated
21  that it's not likely. I -- yeah, actually, more I
22  think about it, I think Banvel is a Monsanto
23  product, or at least Monsanto manufactures dicamba,
24  and as I recall, the IARC had not listed dicamba as
25  a 2A potential human carcinogen, but I believe it is

5 (Pages 14 to 17)

William R. Sawyer, Ph.D.

Page 18

1  a 2B status, that is a possible human carcinogen.
2     Q. Are you able to rule Banvel out as a
3  substantial contributing factor to Mr. Pollard's
4  non-Hodgkin's lymphoma?
5     A. Well, I would have to state, based on the
6  available study evidence, that it's certainly a
7  possible human carcinogen. It's not at the same
8  status as that of glyphosate. It has not been
9  established as a probable human carcinogen, so it
10 certainly does not carry the same weight of evidence
11 in terms of study evidence that glyphosate carries.
12    I think to get into this in more detail, I
13 would recommend referring the full breadth of the
14 human epidemiologic literature to that of the
15 epidemiologist. My opinion is that it certainly is
16 a potential human carcinogen, but I am not prepared
17 to opine that it is of the same status, that is a 2A
18 carcinogen, since that would be not generally
19 accepted and that would be an unusual -- I guess I
20 would have to call it a novel opinion, and I'm not
21 going to provide you any novel opinions today.
22    Q. Does the substance have to be, in your view,
23 a 2A probable human carcinogen in order for it to be
24 a substantial contributing factor to a person's
25 non-Hodgkin's lymphoma?

Page 19

1     A. To the same degree of glyphosate it would
2  be, and I made that clear. I said that to be of the
3  same status and degree of certainty as glyphosate,
4  it would have to be a 2A.
5     Q. Even not to the same certainty. To a lesser
6  certainty but still a substantial contributing
7  factor, does it have to be a 2A probable human
8  carcinogen?
9        MR. KRISTAL: Object to form.
10    A. It would. It's not acceptable in science to
11 draw causation on an animal carcinogen only.
12    Q. Looking at this list, other than the Treflan
13 listed in the last row, your report does not discuss
14 any of the other herbicides or pesticides that are
15 listed on this sheet in connection with Mr. Pollard,
16 does it?
17    A. No.
18    Q. In Section F on page 10 of Mr. Pollard's
19 plaintiff fact sheet, I've counted 12 herbicides or
20 pesticides that you told me you have not looked into
21 and you don't know what the ingredients are in them.
22 Is that an accurate count?
23    A. Yes.
24    Q. In light of the fact that you don't know
25 what the ingredients are in those herbicides or

Page 20

1  pesticides, is it fair to say that you are not able
2  to determine whether any of those could have been
3  substantial contributing factors to Mr. Pollard's
4  non-Hodgkin's lymphoma?
5     A. Yes, and I guess I would stipulate not
6  speaking about those. In fact, I stipulate I won't
7  bring them up.
8     Q. Do you intend to offer opinions about those
9  that you have previously looked up in connection
10 with this case or in connection with some other
11 case?
12    A. Yes. Those that I am familiar with that I
13 have researched with up-to-date literature, which I
14 spoke of a moment ago, all of the ones I spoke
15 about, yes.
16    Q. And for all of those, with the exception of
17 Treflan, I would need to go to another report or
18 materials considered list for you to determine what
19 you've looked at with respect to these?
20       MR. KRISTAL: Objection.
21    Q. Because they are not listed in your report
22 or materials considered list for Mr. Pollard?
23       MR. KRISTAL: Same objection.
24    A. Some of them are on Dickey Exhibit 6, and
25 others are within earlier reports and depositions in

Page 21

1  the Monsanto Roundup matter, and all of these that I
2  just mentioned I have personal knowledge of in terms
3  of -- as a toxicologist, and I've explained to you
4  the ingredients and the chemical characteristics
5  with respect to carcinogenesis.
6     Q. And just to be clear, when you say all of
7  these, you mean all of the substances listed in
8  Section F on page 10 of Mr. Pollard's plaintiff fact
9  sheet except for the 12 we identified you are not
10 familiar with?
11    A. That's right.
12    Q. Do you know what surfactants are in the
13 various products in Section F that you are familiar
14 with?
15    A. No, and it's irrelevant because they are not
16 chemicals that -- the active ingredients in these
17 chemicals are not carcinogens that produce NHL, so
18 the surfactant becomes irrelevant. I mean, if we
19 were spraying Dial -- whatever that is, the dish
20 soap, if we were spraying dish soap out of the
21 sprayer and it had an additional surfactant added to
22 it, so what. It doesn't cause cancer.
23    Q. You're not familiar with any surfactant that
24 you would say is a probable or actual human
25 carcinogen?

6 (Pages 18 to 21)

William R. Sawyer, Ph.D.

Page 22

1   A. Not that's rated as such. I'm familiar with
2   surfactants that cause genotoxicity and amplified
3   dermal absorption of carcinogens such as Roundup.
4   Q. But standing alone, you would not consider
5   those surfactants to be carcinogenic agents?
6   A. Not that are 2A or class 1 carcinogens, no.
7   Q. You told me earlier that you relied on
8   Mr. Petty's calculation of Mr. Pollard's cumulative
9   lifetime exposure to Roundup.
10  A. Yes.
11  Q. And you cal -- you converted the number of
12  hours Mr. Petty calculated to a number of exposure
13  days for Mr. Pollard?
14  A. Yes, on page 8.
15  Q. You determined that there was a mean number
16  of Roundup exposure days for Mr. Pollard of 676.75?
17  A. Yes.
18  Q. Based on Mr. Petty's assessment and your
19  conversion to exposure days, Mr. Pollard sustained a
20  minimum of 469.75 exposure days and a maximum of
21  883.88 exposure days to Roundup?
22  A. Yes.
23  Q. You would agree with me that the difference
24  between that minimum and maximum level is almost a
25  twofold difference?

Page 23

1   A. Yes.
2   Q. I guess it's more than a twofold difference.
3   Is it fair to say that you do not have an opinion
4   that Mr. Pollard would have been at a greater risk
5   for developing non-Hodgkin's lymphoma if his actual
6   exposure days to Roundup was closer to the maximum
7   than to the minimum?
8       MR. KRISTAL: Object to the form.
9   A. I didn't understand the question.
10  Q. It wasn't a great question. I'll try it
11  again.
12      If Mr. Pollard's actual exposure to Roundup
13  was at that minimum level, 469.75 days, you do not
14  believe that he would have been at a lower risk of
15  developing non-Hodgkin's lymphoma or you're not
16  offering an opinion that he would have been at a
17  lower risk for developing non-Hodgkin's lymphoma
18  than if his actual exposure was in fact the maximum
19  possible number of days, 883.88 exposure days?
20  A. No. The six exposure metric studies do not
21  assess exposure days anywhere near that high level
22  of 469 to 883. There is no specific information in
23  the exposure metric studies that answer that
24  question.
25  Q. You would agree with me that whether

Page 24

1   Mr. Pollard sustained 467.75 exposure days to
2   Roundup, or whether he was exposed to Roundup for
3   883.88 days, he would be in the fourth quartile of
4   the Agricultural Health Study?
5   A. He would be.
6   Q. You're aware that there is no statistically
7   significant association between glyphosate or
8   Roundup and non-Hodgkin's lymphoma for those in the
9   fourth quartile of the Agricultural Health Study?
10  A. That's correct.
11  Q. Did you attempt to calculate an absorbed
12  dose for Mr. Pollard with respect to Roundup?
13  A. No. It would not have been useful in
14  comparing to the dose metrics in the six human
15  epidemiologic studies as they rely on a methodology
16  of time-weighted exposure days.
17  Q. In your report on pages 6 and 7 you list
18  exposure factors for Mr. Pollard?
19  A. Yes.
20  Q. You indicate in the second bullet point on
21  page 7 that Mr. Pollard wore minimal personal
22  protective equipment during his mixing, spraying and
23  cleaning activities.
24  A. I don't see that in bullet 2.
25  Q. On page 7 of your report.

Page 25

1   A. Oh, I'm sorry. I'm on page 6. Okay.
2   Q. Do you see your notation there about
3   Mr. Pollard's personal protective equipment?
4   A. Yes.
5   Q. We can agree that Mr. Pollard's personal
6   protective equipment, or lack thereof, would have no
7   impact on the total number of exposure days that he
8   had for Roundup?
9   A. Correct.
10  (Sawyer Exhibit 4 was marked for identification.)
11  BY MS. COPE-KASTEN:
12  Q. I'm going to mark as Exhibit 4 to your
13  deposition Appendix F to Mr. Petty's assessment for
14  Mr. Pollard. Are you familiar with this document?
15  A. Yes.
16      MR. KRISTAL: This is F and G, right?
17      MS. COPE-KASTEN: I don't think he specifies
18  it as G.
19      MR. KRISTAL: G is on 552 --
20      MS. COPE-KASTEN: Is it -- does it -- is it
21  labeled as G?
22      MR. KRISTAL: 542.
23      MS. COPE-KASTEN: Oh, it does. Okay.
24  BY MS. COPE-KASTEN:
25  Q. Yeah, then Appendix F and G is Exhibit 4 to

William R. Sawyer, Ph.D.

Page 26

1  your deposition. You're familiar with both of these
2  appendicis?
3      A. Yes.
4      Q. You relied on these for your assessment
5  of --
6         MR. KRISTAL: No harm, no foul.
7      A. Yes.
8      Q. You relied --
9         MR. KRISTAL: No quid pro quo.
10     Q. You relied on Appendicis F and G to
11 Mr. Petty's report for your exposure days
12 determination in Mr. Pollard's case, correct?
13     A. Yes.
14     Q. I want to ask you about page 524 and 525 of
15 Exhibit F.
16     A. Okay.
17     Q. These are notes that Mr. Petty made based on
18 his interview with Mr. Pollard regarding Location 7
19 in North Bend, Nebraska. Is that your
20 understanding?
21     A. Yes.
22     Q. Mr. Petty indicates about halfway down page
23 524, where it says in plant, that from late 1992 to
24 1995 Mr. Pollard primarily sold Roundup products and
25 reported very little exposure to Roundup products

Page 27

1  during this time.
2         Is that consistent with your understanding
3  of Mr. Pollard's exposure during that period?
4      A. Yes.
5      Q. Are you aware that Mr. Pollard stated in his
6  deposition that he did not have any exposure to
7  Roundup during that period?
8      A. I'm not so sure you're correct. He states
9  on line 25 on page 38 that he -- one of his job
10 duties was filling shuttles. Later he became a
11 location manager, but as a primary responsibility as
12 a location manager, filling shuttles.
13     Q. Let me ask a different question. During
14 that period of time are you aware that Mr. Pollard
15 was not spraying Roundup?
16     A. That's correct. And he also stated on
17 page 39, in line 20, when asked, "Do you recall
18 working with any kind of Roundup in 1992, when you
19 first started at Terra?"
20        He said limited, small amounts. So I
21 disagree with your question stating -- I think your
22 words he used were no exposure, so I think that's
23 inaccurate and false.
24     Q. Did you attempt to determine what
25 Mr. Pollard's exposure was to Roundup from mixing

Page 28

1  and filling shuttles as opposed to actually
2  spraying Roundup?
3      A. Depends on whether gloves are worn or not.
4  Without gloves, the dosage under the POEM
5  methodology, as well as other studies, have shown
6  that mixing, filling and mixing results in a --
7  generally a higher exposure than spraying, but that
8  is dependent upon whether gloves are worn.
9      Q. Did you attempt to determine how often
10 Mr. Pollard was wearing gloves during any of his
11 Roundup-related activities?
12     A. During that period of time I --
13     Q. During any period of time.
14     A. Yeah, but not during that time. Now, he did
15 state on page 43, line 12, that he did use gloves at
16 Terra. Well, at the time he was working as an
17 applicator at Terra he wore gloves, so I'm not sure
18 if he wore them while filling shuttles. It's -- I
19 don't think we have that information available.
20     Q. And there is nowhere in your report that I
21 could find that information?
22     A. No.
23     Q. Is that something that you could have asked
24 Mr. Pollard if you wanted to know that information?
25     A. I could have, but I just put very little

Page 29

1  weight on his work at that time as Mr. -- on page --
2  well, yeah, page 5 -- yeah, on page 524 Mr. Petty
3  stated that he reported very little exposure to
4  Roundup products during this time, and I
5  acknowledged that and am not disputing that. I
6  think his exposure was limited at that time and for
7  those three years were minimal. However, the vast
8  majority of his 469 to 883 exposure days included
9  many examples of significant exposures and that his
10 exposure day analysis is so far above the highest
11 threshold in the studies that even if he had no
12 exposure at all from '92 to '95, it would make no
13 difference on my opinion or the comparison of his
14 exposure days to the studies.
15     Q. When you say that there would be no
16 difference in Mr. Pollard's case because of the
17 number of exposure days he otherwise had --
18     A. Yeah. I said no difference with respect to
19 his number of exposure days being in great excess.
20 Even if we eliminated any exposure from 1992 to
21 1995, his exposure days would still exceed 10 by a
22 huge factor. Thus, the nitpicking of the era of '92
23 to '95 is not very relevant. I didn't put any
24 weight on that period of time. I realize he had
25 very little exposure, as per Stephen Petty.

8 (Pages 26 to 29)

William R. Sawyer, Ph.D.

Page 30

1  Q. Are there any other periods of time that
2  Mr. Pollard sprayed Roundup that you did not put any
3  weight on or that you put very little weight on?
4  A. No.
5  Q. On page 7 of your report, again in bullet
6  point 2 where you're talking about Mr. Pollard's
7  protective equipment, you noted that he generally
8  did not shower after exposures as he believed there
9  was no compelling reason to do so?
10  A. Yes.
11  Q. Does your calculation of the number of
12  exposure days that Mr. Pollard had for Roundup
13  change based on whether he showered after exposure
14  or not?
15  A. No. The methodology published within the
16  six studies does not include any such metric.
17  Q. On page 8 of your report you have a section
18  about Mr. Pollard's latency. Do you intend to offer
19  opinions at trial about Mr. Pollard's non-Hodgkin's
20  lymphoma latency period?
21  A. Yes. That is the interval from first use to
22  diagnosis was 36 years, and this is in far excess of
23  the minimal latency and is consistent with the
24  literature, that is at any time from 1980 on forward
25  there was sufficient exposures based on the exposure

Page 31

1  days analysis to result in genetic damage, in
2  addition to repair mechanisms, chromosomal
3  aberrations, that at any time during that period of
4  36 years contributed to the onset and development of
5  his NHL.
6  Q. You said that Mr. Pollard's latency was far
7  in excess of the minimal latency period. What do
8  you understand the minimal latency period to be for
9  non-Hodgkin's lymphoma?
10  A. As per Table 19, I believe, in my report --
11  Table 17, I'm sorry. It's on page 121, and I have
12  documented what other studies refer to on the
13  subject, including the 9/11 monitoring and
14  treatment, the World Trade Center Health Program. A
15  minimum latency of two years has been reported for
16  non-Hodgkin's lymphoma in Bennett, et al., and also
17  within that documented study referenced Nadler and
18  Zurbenko, Z-u-r-b-e-n-k-o, 2013, as well as Tucker,
19  et al., 1988, and in some the range would be .4 to
20  two years minimum, and most -- I think some or most
21  of the -- well, not -- I shouldn't say that.
22  Some of the latency measurements in the 9/11
23  study are based upon radiological exposure, not NHL.
24  And the Glyphosate Issue Paper references a number
25  of studies in the top of Table 17 with estimates

Page 32

1  ranging from 1 to 25 years.
2  And within that same paper, Eriksson '08
3  discussed the study found increased effects estimate
4  for subjects of more than 10 years of exposure, but
5  in general, hematopoietic malignancies, such as
6  leukemia and lymphoma, have been known to develop
7  very rapidly with the administration of
8  immunosuppressant drugs, such as cyclosporin A, and
9  radiological exposures.
10  Q. We talked earlier about a list of chemicals
11  in Exhibit 3 to your deposition, which is
12  Mr. Pollard's plaintiff fact sheet. Did you perform
13  a chemical inventory of Mr. Pollard's properties
14  aside from what is listed in Exhibit 3 to your
15  deposition or what is listed in Mr. Pollard's
16  deposition?
17  A. No.
18  Q. Did you request to perform one?
19  A. No.
20  Q. Does a chemical inventory provide you with
21  useful information as a toxicologist?
22  MR. KRISTAL: Objection to form.
23  A. I'm sorry. Could you rephrase that? I
24  didn't understand.
25  Q. As a toxicologist, is it useful to you when

Page 33

1  you're determining the impact that a particular
2  product or substance has on an individual to have a
3  chemical inventory for the individual's other
4  chemical exposures?
5  MR. KRISTAL: Object to form.
6  A. In general, yes.
7  Q. Is there a reason that you didn't perform
8  one for Mr. Pollard?
9  A. No.
10  Q. Do you know when Mr. Pollard's first
11  non-Hodgkin's lymphoma cell appeared in his body?
12  A. No. There is no methodology that could
13  possibly determine that.
14  Q. Are you aware of any methodology that would
15  enable you to determine whether he had Roundup in
16  his system at the time that that first cancer cell
17  appeared?
18  A. No. Again, there is no such methodology to
19  make that determination of when the first cancer
20  cell appeared.
21  Q. What is the longest duration that you are
22  aware of Roundup remaining in a human system after
23  exposure?
24  MR. KRISTAL: Objection to form.
25  A. I didn't understand the question fully.

9 (Pages 30 to 33)

William R. Sawyer, Ph.D.

Page 34

1  Q. After a person sprays Roundup, what is the
2  longest duration of time you believe Roundup remains
3  in the human body?
4      MR. KRISTAL: For that one event?
5      MS. COPE-KASTEN: (Nodding head.)
6      MR. KRISTAL: Yes? Are you shaking your
7  head yes?
8      MS. COPE-KASTEN: Yeah, I am shaking my head
9  yes, for that one event.
10     A. It depends on the laboratory detection
11 limit, how sensitive it is, how low it goes. In
12 general, the bone marrow has shown the longest
13 residency time of any tissue in the body.
14     Q. Are you aware of any medical record or other
15 document demonstrating that Mr. Pollard had Roundup
16 in his bone marrow?
17     A. No. There were no bone marrow aspirate
18 samples collected. In fact, there was never any
19 testing for glyphosate in his body at the time he
20 was diagnosed.
21     MS. COPE-KASTEN: Let's go off the record
22 for just a minute. I think I'm probably done but
23 I want to look through my notes.
24     THE VIDEOGRAPHER: We're going off the
25 record at 11:36.

Page 35

1      (Recess from 11:36 a.m. until 11:38 a.m.)
2      THE VIDEOGRAPHER: We're back on the record.
3  The time is 11:38.
4  BY MS. COPE-KASTEN:
5      Q. [REDACTED]
13     A. It wasn't tested for Roundup, or glyphosate
14 specifically, or any chemical.
15     Q. You're aware that Mr. Pollard used different
16 Roundup products over the course of his agricultural
17 career?
18     A. Yes.
19     Q. Do you know whether those Roundup products
20 contained different surfactants or levels of trace
21 chemicals?
22     A. As per page 30, Table 10 -- it actually
23 starts on page 29 -- I've listed formulations that
24 correspond with the years of use but not necessarily
25 all of these products, but some of them correspond

Page 36

1  to the years, but more importantly, at the bottom of
2  the page 30 I refer to formaldehyde and ethylene
3  oxide. I also refer to a document already in my
4  reliance list which provides the amount of
5  formaldehyde, along with warnings, in the Monsanto
6  production report.
7      Q. On page 7 of your report you list that
8  Mr. Pollard used Roundup Ultra and Roundup Ultra
9  Max?
10     A. He used that, but he may have used a bit
11 more than that, when we look at his filling history
12 in terms of filling the shuttles and tanks.
13     Q. I want to focus for right now on Roundup
14 Ultra and Roundup Ultra Max. Do either of those
15 products appear in Table 10 of your report?
16     A. No.
17     Q. Do you know what the surfactant was that was
18 used in Roundup Ultra, if any?
19     A. I believe tallow amine or another PO --
20 POEA, but I'm not certain. I'm working out of
21 memory of reviewing Monsanto labels.
22     Q. That information does not appear in your
23 report?
24     A. No, but I discussed the POEAs in my report
25 in quite a bit of detail, and I also know from

Page 37

1  review and experience that all of the products
2  contain POEA, except for the aquatic products, which
3  do not contain any POEA due to aquatic toxicity and
4  the regulatory rules on the use of different POEAs.
5      Q. Do you intend to offer an opinion at
6  Mr. Pollard's trial about the surfactants contained
7  within the Roundup products that he used?
8      A. Certainly that the products he used contain
9  POEAs and surfactants. These were terrestrial
10 products he used, not aquatic products.
11     Q. Is there anywhere in your report that I can
12 find the opinion that you would intend to offer with
13 respect to Roundup Ultra and Roundup Ultra Max and
14 the impact of the surfactants on Mr. Pollard in
15 particular?
16     MR. KRISTAL: Object to form.
17     A. Yeah. At pages 32, 36, 43 through 45, 52,
18 103, 106, 107 through 110, 116, and 125.
19     Q. Is Mr. Pollard mentioned on any of those
20 pages?
21     A. No, but they're in his report.
22     Q. Is Roundup Ultra or Roundup Ultra Max the
23 subject of any of those pages?
24     A. Yes, in that POEA and POEA derivatives were
25 formulated in Ultra products used by Mr. Pollard.

10 (Pages 34 to 37)

William R. Sawyer, Ph.D.

Page 38

1  Q. Which is something that you are telling me
2  today but is not contained within your report?
3      MR. KRISTAL: Objection.
4  A. My report reveals that POEAs are ubiquitous
5  in Roundup except in aquatic Roundup products.
6  Q. Do you know the percentage of surfactant in
7  the Roundup Ultra that Mr. Pollard used?
8  A. No.
9  Q. Does the percentage of surfactant in a
10 Roundup product impact what you believe the dermal
11 absorption of Roundup is for an individual using
12 that product?
13 A. Certainly.
14 Q. How much do you believe POEA increases the
15 toxicity of Roundup?
16     MR. KRISTAL: Object to form.
17 A. I refer to the P-e-i-x-o-t-o 2005 study on
18 page 43, which the potential toxicities of
19 glyphosate and Roundup were tested in isolated rat
20 liver mitochondria, and that Peixoto concluded that
21 the observed alterations in mitochondrial
22 bioenergetics caused by Roundup cannot be
23 exclusively attributed to the active ingredient, but
24 may as well be the result of other chemicals, i.e.
25 POEA, or due to possible synergy between glyphosate

Page 39

1  and Roundup formulation products.
2      And the POEA has been conclusively shown,
3  even in Monsanto's own dermal absorption study, to
4  enhance dermal absorption of glyphosate in human
5  skin and primate skin.
6  Q. What I'm asking is how much does it
7  increase -- we'll start with how much does it
8  increase dermal absorption of glyphosate?
9  A. In the TNO study using coco amine, which is
10 a coformulant surfactant, at low dose dermal
11 absorption containing surfactant, coco amine, was
12 2.6 percent. Without the surfactant, dermal
13 absorption was 1.4 percent. In the high-dose study,
14 dermal absorption with surfactant was 10.3 percent,
15 versus 1.3 percent without the surfactant.
16 Q. Are you looking at a particular page of your
17 report right now?
18 A. Table 16, page 113. If you wish a
19 percentage increase, I could calculate that from my
20 table in the report?
21 Q. How many fold or what -- by what percentage
22 do you intend to tell the jury Mr. Pollard's risk of
23 developing non-Hodgkin's lymphoma increased as a
24 result of spraying Roundup-formulated product with a
25 surfactant in it as opposed to pure glyphosate?

Page 40

1      MR. KRISTAL: Object to form.
2  A. Well, I will point to studies that reveal
3  that genotoxicity is enhanced with
4  Roundup-containing surfactant versus pure
5  glyphosate. There are studies that have
6  unequivocally demonstrated that that I've referenced
7  in my report.
8  Q. What I'm trying to figure out is for
9  Mr. Pollard, what is the highest amount that you are
10 going to say the surfactant may have contributed to
11 Roundup causing Mr. Pollard's non-Hodgkin's
12 lymphoma?
13 A. Could you -- I just want to be clear. I
14 think I understand what you're asking but I want to
15 make sure I answer this specifically to your
16 question, so please repeat it, or read it back,
17 whichever.
18 Q. What is the highest amount that you are
19 going to tell the jury that the surfactant in
20 Roundup may have contributed to Mr. Pollard
21 developing non-Hodgkin's lymphoma from Roundup?
22     MR. KRISTAL: Objection.
23 A. I'm not going to explain it in that specific
24 format, what I'm going to explain is that there are
25 studies, such as Defarge, D-e-f-a-r-g-e, et al.,

Page 41

1  2016, Bolognesi, B-o-l-o-g-n-e-s-i, et al., 2009,
2  and others that have shown mechanistically, for
3  example, in Defarge, that the cytotoxicity of the
4  commercial formulation Roundup to human peripheral
5  mononuclear cells was 30-fold higher than that for
6  the active ingredient, which is glyphosate, and that
7  additional in vitro and in vivo studies with
8  parallel testing of glyphosate versus Roundup with
9  the coformulants and POEA compounds show that the
10 commercial formulation was genotoxic compared to
11 glyphosate alone at the concentrations used in the
12 laboratory.
13 Q. You would agree with me that cytotoxicity
14 and carcinogenicity are not the same?
15 A. That's why I didn't say carcinogenicity, did
16 I?
17 Q. No. I'm just asking. You would agree with
18 me that cytotoxicity and genotox -- or
19 carcinogenicity are not the same thing?
20 A. That's correct.
21 Q. You will not tell the jury that
22 Roundup-formulated product is 30-fold more
23 carcinogenic than glyphosate alone, will you?
24 A. No. I will explain the mechanism as stated.
25     MR. KRISTAL: It's 29.75.

11 (Pages 38 to 41)

William R. Sawyer, Ph.D.

Page 42

1   Q.  Do you intend to tell the jury that the
2   Roundup-formulated product is any-fold higher
3   carcinogenic risk than glyphosate alone?
4       MR. KRISTAL:  Object to form.
5   A.  I will explain that dermal penetration is
6   higher of the product versus glyphosate alone, and
7   that the combined glyphosate and POEA together
8   produce higher genotoxicity measurements than either
9   of the compounds alone, that they work together in
10  tandem.
11  Q.  You're not suggesting that that's the same
12  thing as carcinogenicity, though, correct?
13      MR. KRISTAL:  Object to form.
14  A.  Correct.  It's a mechanism that leads to
15  carcinogenicity.  Genotoxicity is the first stage in
16  cancer formation.  And I will also refer to Wozniak,
17  W-o-z-n-i-a-k, with respect to the mechanism of
18  carcinogenicity, and that Plaintiff's exposure to
19  Roundup product, not to glyphosate alone, is more
20  potent, that with respect to the Wozniak study and
21  the George study, I will explain the mechanism of
22  carcinogenesis and promotion.
23  Q.  You are aware --
24  A.  I'm also -- go ahead.
25  Q.  You can finish your answer.

Page 43

1   A.  I'm also going to explain the impairment of
2   DNA damage repair mechanisms, the impairment of the
3   DNA damage repair -- impairment of DNA mechanisms
4   produced by Roundup 360 Plus in human peripheral
5   blood mononuclear cells.
6   Q.  Do you know whether Mr. Pollard ever sprayed
7   Roundup 360 Plus?
8   A.  No, but the focus of the study was on
9   combined ingredients to which Mr. Pollard was
10  exposed, that is POEA derivatives in glyphosate.
11  Q.  You have named by my count four different
12  studies over the last couple of minutes that show
13  differences between glyphosate alone and
14  Roundup-formulated product.  How much more genotoxic
15  do you believe the Roundup-formulated product is
16  than glyphosate alone?
17      MR. KRISTAL:  Object to form.
18  A.  In Wozniak, et al., 2018, I will be
19  explaining the controlled study using human
20  peripheral mononuclear cells, a type of blood cell,
21  and will be explaining that the amount of DNA damage
22  caused by the Roundup occurred at concentrations
23  50 times lower than that of glyphosate, and that the
24  DNA strand breaks induced in only 10 micromolar
25  applications of Roundup were not repaired after

Page 44

1   incubation with peripheral blood cells, and that
2   this study clearly documented that Roundup is more
3   toxic than glyphosate itself.  And I'll probably
4   also introduce the -- oh, probably not.
5       I may introduce the Suarez,
6   S-u-a-r-e-z-L-a-r-i-o-s, et al., study with respect
7   to the genotoxic mode of action of glyphosate with
8   respect to double-strand breaks.
9   Q.  Is it accurate to say that your opinion
10  based on the Wozniak study is that the
11  Roundup-formulated product is 50 times more
12  genotoxic than glyphosate alone?
13  A.  I'm going to state that the potency
14  difference between the Roundup product containing
15  the POEA was 50 times more potent than glyphosate
16  alone, yes, with respect to DNA breaks, DNA damage.
17  Q.  What does potency with respect to DNA damage
18  mean?
19  A.  That double-strand breaks, various DNA
20  lesions, were measured at concentrations of only
21  5 micromole, while glyphosate required
22  concentrations of 250 micromole, and these are about
23  50 times apart.
24  Q.  Is that the same thing as the formulated
25  product being 50 times more genotoxic than

Page 45

1   glyphosate alone?
2   A.  Yes.
3   Q.  Are you looking at a particular table,
4   figure, or section of the Wozniak study when you are
5   describing this 50-fold difference?
6   A.  On page 16 of the study:  It has been shown
7   that Roundup 360 Plus, even at concentrations 50
8   times lower than glyphosate, caused the strongest
9   damage to purines and pyrimidines,
10  p-y-r-i-m-i-d-i-n-e-s, following by glyphosate and
11  AMP.
12      So I would reference that particular
13  statement in the Results section of the CometAssay.
14  Comet is C-o-m-e-t-A-s-s-a-y.
15  Q.  Are you relying on anything other than the
16  Wozniak study for your opinion that the
17  Roundup-formulated product is 50 times more
18  genotoxic than glyphosate alone?
19  A.  Probably.  Not with respect to the number
20  50.
21  Q.  That's what I'm looking for, the number 50
22  specifically.
23  A.  No, not with respect to the number 50.
24  Q.  Are you aware of any study showing that the
25  Roundup-formulated product is greater than 50 times

12 (Pages 42 to 45)

William R. Sawyer, Ph.D.

|  | Page 46 |
|---|---|
| 1 | more genotoxic than glyphosate alone? |
| 2 | A. No. |
| 3 | Q. I think we're in agreement about this but I |
| 4 | just want to be clear. You are not intending to |
| 5 | tell the jury that the Roundup-formulated product is |
| 6 | 50 times more carcinogenic than glyphosate alone; is |
| 7 | that accurate? |
| 8 | A. That's correct. |
| 9 | MR. KRISTAL: Object to form. |
| 10 | Q. Do you intend to tell the jury that any of |
| 11 | the variations of Roundup that Mr. Pollard sprayed |
| 12 | may have been more than 50 times more genotoxic than |
| 13 | glyphosate alone given that they were different |
| 14 | formulations and not Roundup 360 Plus? |
| 15 | A. I don't understand the question. |
| 16 | Q. The Wozniak paper was explicitly about |
| 17 | Roundup 360 Plus, right? |
| 18 | A. Yes. |
| 19 | Q. You're aware that Mr. Pollard sprayed |
| 20 | Roundup formulations other than Roundup 360 Plus? |
| 21 | A. Yes. |
| 22 | Q. Do you intend to tell the jury that the |
| 23 | number might be even greater than 50 times as shown |
| 24 | in the Wozniak study for the genotoxicity of any of |
| 25 | the Roundup formulations Mr. Pollard sprayed |

|  | Page 47 |
|---|---|
| 1 | compared to glyphosate alone? |
| 2 | A. No. I'm just going to explain that as per |
| 3 | in my report, that POEA and POEA derivatives |
| 4 | generally constitute about 15 percent of various |
| 5 | Roundup products, that concentration varies, and |
| 6 | that other studies have also shown that POEAs are |
| 7 | responsible for enhanced genotoxicity. It's not |
| 8 | just Roundup 360, it's what's in Roundup 360, which |
| 9 | is the POEA and the glyphosate. |
| 10 | MS. COPE-KASTEN: Thank you, Doctor. I |
| 11 | don't have any further questions for right now. |
| 12 | I'll pass to Mr. Kristal. |
| 13 | MR. KRISTAL: Could we just get a time |
| 14 | check? And I have two minutes of questions. |
| 15 | THE VIDEOGRAPHER: Four hours and 12 |
| 16 | minutes. |
| 17 | MR. KRISTAL: What time is it now? I have |
| 18 | 12:29? 12:28. Okay. Good. |
| 19 | CROSS-EXAMINATION |
| 20 | BY MR. KRISTAL: |
| 21 | Q. Real quickly: Did you use exposure day |
| 22 | calculations compared -- for Mr. Pollard compared to |
| 23 | the exposure day metrics in the epidemiological |
| 24 | studies that showed an increased risk for |
| 25 | non-Hodgkin's lymphoma? |

|  | Page 48 |
|---|---|
| 1 | A. Yes. |
| 2 | Q. Whether or not any of the different |
| 3 | pesticides or chemicals in some chemical inventory |
| 4 | that you didn't take, whether they do or don't |
| 5 | increase the risk of non-Hodgkin's lymphoma, does |
| 6 | Mr. Pollard's use of any of those things affect the |
| 7 | number of exposure days of Roundup he had? |
| 8 | A. No. |
| 9 | MS. COPE-KASTEN: Object to the form. |
| 10 | A. No. |
| 11 | Q. Okay. On page 8 of your report you indicate |
| 12 | the exposure days minimum, maximum and mean. Do you |
| 13 | not? |
| 14 | A. Yes. |
| 15 | Q. And then you mention what are called post |
| 16 | dermal application exposure times. You say, quote: |
| 17 | These findings do not include significant post |
| 18 | dermal application exposure times. End quote. |
| 19 | A. That's right. |
| 20 | Q. Okay. And if you just quickly look at |
| 21 | Mr. Petty's Exhibit G, which is part of Exhibit -- |
| 22 | Appendix G, which is part of Exhibit 4. |
| 23 | A. Okay. |
| 24 | Q. For example, on page 543. |
| 25 | A. All right. |

|  | Page 49 |
|---|---|
| 1 | Q. There is an entry, post dermal time, |
| 2 | approximately four to five hours for both of his |
| 3 | hands, 25 percent of which were wetting. |
| 4 | Do you see that entry in the post dermal |
| 5 | time column which is second to the right? Second |
| 6 | from the right, I should say. |
| 7 | A. Oh, yes, the post dermal time, yeah. |
| 8 | Q. Okay. And if you go to the next page, the |
| 9 | chart, 50 percent of the times that his hands were |
| 10 | wetted during that application, the post dermal time |
| 11 | was approximately four to five hours, both his |
| 12 | wrists, about 50 percent wetted, the post dermal |
| 13 | times for those were four to five hours as noted to |
| 14 | Mr. Petty, and both forearms about 50 percent |
| 15 | wetted, the post dermal times for that noted by |
| 16 | Mr. Petty was approximately four to five hours. |
| 17 | A. Yes. |
| 18 | Q. And if you will just -- the last example, if |
| 19 | you go to page 549 -- actually, skip that one. I'm |
| 20 | sorry. |
| 21 | Page 558, Mr. Petty notes for the times that |
| 22 | his wrists and forearms and face were wetted, that |
| 23 | there was approximately three to 10 hours after that |
| 24 | happened before he washed in the post dermal time |
| 25 | column. |

13 (Pages 46 to 49)

William R. Sawyer, Ph.D.

Page 50

1  A. Correct.
2  Q. Is there continued dermal absorption while
3  Roundup is on your skin before you wash it off?
4  A. Absolutely.
5  Q. And were those periods of time that
6  Mr. Pollard had Roundup on his skin before he washed
7  off, were those calculated in the exposure day
8  calculations?
9  A. No.
10  MR. KRISTAL: That's all I have.
11        REDIRECT EXAMINATION
12  BY MS. COPE-KASTEN:
13  Q. Would it change your opinion at all with
14  respect to whether Roundup was a substantial
15  contributing factor to have calculated those post
16  dermal times?
17  A. I don't understand.
18  Q. Mr. Kristal just asked you if you calculated
19  those post dermal absorption times and you said that
20  you did not, correct?
21  A. Correct.
22  Q. Would anything about your opinion for
23  Mr. Pollard change if you had calculated those
24  times?
25  A. No.

Page 51

1  MS. COPE-KASTEN: No further questions.
2        RECROSS-EXAMINATION
3  BY MR. KRISTAL:
4  Q. I guess my point is were Mr. Petty's hours
5  calculated which you converted to exposure days
6  conservative?
7  A. Yes.
8  MS. COPE-KASTEN: Objection.
9  Q. And why were they conservative?
10  A. Based upon analysis of his personal
11  protective equipment, his handling, his multiple,
12  multiple refills of totes and tanks, and the
13  descriptions of liquid exposures he's encountered,
14  he was exposed to a greater extent with a greater
15  degree of systemic absorption compared to that of a
16  typical sprayer.
17  MR. KRISTAL: I have no further questions.
18  A. And --
19  Q. Oh, I'm sorry. I still have no further
20  questions.
21  A. And that his duration between bathing is
22  rather long. I don't want to say unusually but
23  three to 10 hours is certainly a lot longer than a
24  typical applicator that would wash and bathe
25  immediately after spraying.

Page 52

1  So there was plenty of time for continuing
2  dermal absorption in the case of Mr. Pollard.
3  MR. KRISTAL: Okay. I still have no further
4  questions.
5  THE VIDEOGRAPHER: This concludes the
6  deposition. The time is 12:35.
7  (Whereupon, the deposition concluded at
8  12:35 p m.)

Page 53

1        C E R T I F I C A T E
2  I, SUSAN D WASILEWSKI, Registered
3  Professional Reporter, Certified Realtime Reporter,
4  Certified Realtime Captioner, and Florida
5  Professional Reporter, do hereby certify that,
6  pursuant to notice, the deposition of WILLIAM R
7  SAWYER, Ph D , was duly taken on Friday,
8  November 15, 2019, at 10:24 a m , before me
9  The said WILLIAM R SAWYER, Ph D , was duly
10  sworn by me according to law to tell the truth, the
11  whole truth and nothing but the truth and thereupon
12  did testify as set forth in the above transcript of
13  testimony   The testimony was taken down
14  stenographically by me   I do further certify that
15  the above deposition is full, complete, and a true
16  record of all the testimony given by the said
17  witness, and that a review of the transcript was
18  requested
19
20  _____
21  Susan D Wasilewski, RPR, CRR, CCP
22  (The foregoing certification of this transcript does
23  not apply to any reproduction of the same by any
24  means, unless under the direct control and/or
25  supervision of the certifying reporter )

14 (Pages 50 to 53)

William R. Sawyer, Ph.D.

Page 54

1 INSTRUCTIONS TO WITNESS
2
3
4    Please read your deposition over carefully
5    and make any necessary corrections. You should
6    state the reason in the appropriate space on the
7    errata sheet for any corrections that are made.
8
9    After doing so, please sign the errata sheet
10   and date it. It will be attached to your
11   deposition.
12
13   It is imperative that you return the
14   original errata sheet to the deposing attorney
15   within thirty (30) days of receipt of the deposition
16   transcript by you. If you fail to do so, the
17   deposition transcript may be deemed to be accurate
18   and may be used in court.

Page 55

1         ------
2         E R R A T A
3         ------
4    PAGE  LINE  CHANGE
5    ___  ___  _____
6    REASON: _____
7    ___  ___  _____
8    REASON: _____
9    ___  ___  _____
10   REASON: _____
11   ___  ___  _____
12   REASON: _____
13   ___  ___  _____
14   REASON: _____
15   ___  ___  _____
16   REASON: _____
17   ___  ___  _____
18   REASON: _____
19   ___  ___  _____
20   REASON: _____
21   ___  ___  _____
22   REASON: _____
23   ___  ___  _____
24   REASON: _____
25

Page 56

1         ACKNOWLEDGMENT OF DEPONENT
2
3    I, _____, do hereby
4    acknowledge that I have read the foregoing pages, 1
5    through 55, and that the same is a correct
6    transcription of the answers given by me to the
7    questions therein propounded, except for the
8    corrections or changes in form or substance, if any,
9    noted in the attached Errata Sheet
10
11
12   _____   _____
13   WILLIAM R SAWYER, Ph D           DATE
14
15
16
17
18   Subscribed and sworn to before me this
19   ____ day of _____, 20___
20   My Commission expires: _____
21
22   _____
     Notary Public

Page 57

1         LAWYER'S NOTES
2    PAGE  LINE
3    ____  ____  _____
4    ____  ____  _____
5    ____  ____  _____
6    ____  ____  _____
7    ____  ____  _____
8    ____  ____  _____
9    ____  ____  _____
10   ____  ____  _____
11   ____  ____  _____
12   ____  ____  _____
13   ____  ____  _____
14   ____  ____  _____
15   ____  ____  _____
16   ____  ____  _____
17   ____  ____  _____
18   ____  ____  _____
19   ____  ____  _____
20   ____  ____  _____
21   ____  ____  _____
22   ____  ____  _____
23   ____  ____  _____
24   ____  ____  _____
25

15 (Pages 54 to 57)