UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Emanuel Giglio v. Monsanto Co.*, 3:16-cv-05658<br>*Matteo Anthony Russo v. Monsanto Co.*, 3:16-cv-06024<br>*Yolanda Mendoza v. Monsanto Co.*, 3:16-cv-06046 | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC<br><br>**DECLARATION OF BRIAN L. STEKLOFF IN SUPPORT OF MONSANTO COMPANY'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF MOTION AND EXHIBITS RE: MOTION TO EXCLUDE TESTIMONY OF WAVE ONE PLAINTIFFS' SPECIFIC CAUSATION EXPERTS DR. CHADI NABHAN, DR. ANDREI SHUSTOV, AND DR. DENNIS WEISENBURGER ON *DAUBERT* GROUNDS** |

I, Brian L. Stekloff, hereby declare as follows:

1. I am a partner in the law firm Wilkinson Walsh + Eskovitz. My firm is counsel to Monsanto in the above-captioned actions.

2. Monsanto's Administrative Motion to File Under Seal Portions of its Motion for Summary Judgment and Supporting Exhibits seeks to maintain the confidentiality of Plaintiffs' personally identifiable information and medical conditions.

3. Fed. R. Civ. P. 5.2 provides that certain personally identifiable information, including an individual's social-security number and birth date, generally must be redacted.

4. Co-Lead Counsel for Plaintiffs in this litigation requested that addresses and all medical information for all Plaintiffs, other than the fact of NHL diagnosis and the treatment for that condition, be redacted, pursuant to the Amended Protective Order. This information has been

designated as "Confidential" by Plaintiffs pursuant to the Amended Protective Order (MDL Doc. # 519; Pre-Trial Order No. 30).

5.  Pursuant to Plaintiffs' request as the Designating Party and Fed. R. Civ. P. 5.2, Monsanto has prepared proposed redactions of the following documents:

- Pages 1:10; 2:18, 28; 3:3, 5-6—Monsanto's Motion to Exclude Testimony of Wave One Plaintiffs' Specific Causation Experts Dr. Chadi Nabhan, Dr. Andrei Shustov, and Dr. Dennis Weisenburger on *Daubert* Grounds ("the Motion"), MDL Docket No. 8011; No. 3:16-cv-5658-VC, Docket No. 87; No. 3:16-cv-06046-VC, Docket No. 119, No. 3:16-cv-06024-VC, Docket No. 25.

- Pages 3:12-19; 32:11; 40:1-19; 41:5-25; 42:1-15, 18-25; 43:1-25; 44:1–25; 45:1–14, 25; 46:1–24; 54:20–23; 92:14–21; 96:2—Deposition of Dr. Chadi Nabhan, taken November 1, 2019, in *Russo v. Monsanto Co.*, Northern District of California Case No. 3:16-cv-06024-VC, attached as Exhibit 1 to the Motion.

- Pages 3:13-24; 4:3-14; 53:10; 54:2-15; 69:22-23; 70:4, 12-24; 74:8–10, 18-24; 75:1–12; 76:3-4, 11-24; 77:1–2, 13-24; 78-80; 81:1-2, 24; 82:4-24; 83-85; 86:1–9, 13-24; 87:1-19; 93-94; 95:1-5, 24; 96–104; 105:1–6—Deposition of Dr. Chadi Nabhan, taken August 30, 2019, in *Giglio v. Monsanto Co.*, Northern District of California Case No. 3:16-cv-05658-VC, attached as Exhibit 2 to the Motion.

- Portions of Pages 2, 3, 4, 5, and 6—Yolanda Mendoza, Second Amended Plaintiff Fact Sheet, dated March 29, 2019, attached as Exhibit 3 to the Motion.

- Pages 3:21; 4:7-8; 52:24-25; 65:14-25; 66-70; 71:1-3, 13-25; 72-77; 78:1–22; 92:5, 11-25; 93:1-23; 140:7-25; 141-43; 144:3-4, 7-25; 145:1-19; 147:14-25; 148; 149:1-5, 7-25; 150:1-12, 14; 151:17-18; 152:24-25; 153:1-2, 12-14, 17-20; 154:5-7, 10-11, 13, 18; 157:17-20; 183:19-25; 184-87; 188:1-18, 22-25; 189:1-10; 191:22; 192:1-2, 22-25; 193:1–8—Deposition of Dr. Andrei Shustov, taken November 3, 2019, in *Mendoza v. Monsanto Co.*, Northern District of California Case No. 3:16-cv-06046-VC, attached as Exhibit 4 to the Motion.

- Page 168:2-10; 168:15-25; 169—Deposition of Yolanda Mendoza, taken July 31, 2019, in *Mendoza v. Monsanto Co.*, Northern District of California Case No. 3:16-cv-06046-VC, attached as Exhibit 5 to the Motion.

- Pages 33:12; 34; 35:1-10; 40:15, 25; 41:10, 16; 71:23-25; 88:3-25; 89; 90-99; 100:1-16; 103:11-24—Deposition of Dr. Dennis Weisenburger, taken November 4, 2019, in *Russo v. Monsanto Co.*, Northern District of California Case No. 3:16-cv-06024-VC, attached as Exhibit 6 to the Motion.

- Pages 4:12-18; 5:1; 5:4-5; 13:12-13, 16; 91:21-25; 92:1-14; 100:6-9, 13-14, 16-17, 19-21, 24-25; 101:1, 4-6, 12-25; 102:1-19, 22-23; 103:7-11, 16-20; 104:2-5, 8-18; 105:1-21; 24-25; 106:1-9, 11-15, 17-18, 22-23; 108:6-7, 15-18; 109:5-7, 14-18, 23-25; 110:2–24; 111:2-3, 5-7, 9-10, 12-14, 16-17, 19-25; 112:1-2, 6, 8-14, 18-19, 22-24; 113:2-4, 6-10, 13-17, 22-25; 114:1-5, 8-10, 16-18, 21-24; 115:1-2, 6-8, 11-12, 14-17, 22-25; 116:3, 6-9, 12-25; 117:1-5, 7-9, 14-16; 118:2-4, 7-9, 12-13, 18-21; 119:1-3, 6-14, 21-25; 120:1, 23-25; 121:1-2, 23-25; 122:3-7, 12-22; 123:3-4, 7-8, 15-18, 20-25; 124:2-6, 8-15, 18-20, 23-24; 125:1-6, 10-14, 16-21; 126:1-9, 11-13, 15-23; 127:2-8, 17-23; 128:14-16, 18-19; 129:21-25; 130:1, 4-5, 7-9, 12-13, 15-16, 20-25; 131:1-7, 10-11, 13-15, 19-25; 132:1-12, 25; 133:1-9, 11-13, 15, 17-19, 22-25; 134:8-9, 12-14, 20-23; 135:8, 11-13, 16-22, 25; 136:1-2, 4-5, 9-11, 13-19; 145:20; 146:9-11—Deposition of Dr. Dennis Weisenburger, taken September 23, 2019, in *Giglio v. Monsanto Co.*, Northern District of California Case No. 3:16-cv-05658, attached as Exhibit 7 to the Motion.

6. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 20th day of December, 2019.

                                                   */s/ Brian L. Stekloff*
                                                   Brian L. Stekloff