UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC<br><br>**[PROPOSED] ORDER GRANTING MONSANTO COMPANY'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF MOTION AND SUPPORTING EXHIBITS RE: MOTION TO EXCLUDE TESTIMONY OF WAVE ONE PLAINTIFFS' SPECIFIC CAUSATION EXPERTS DRS. NABHAN, SHUSTOV, AND WEISENBURGER** |
| This document relates to:<br><br>*Emanuel Giglio v. Monsanto Co.*, 3:16-cv-05658<br>*Matteo Anthony Russo v. Monsanto Co.*, 3:16-cv-06024<br>*Yolanda Mendoza v. Monsanto Co.*, 3:16-cv-06046 | |

Before the Court is the motion of Defendant Monsanto Company to file under seal portions of its motion and supporting exhibits with respect to Monsanto's <u>Motion to Exclude Testimony of Wave One Plaintiffs' Specific Causation Experts Dr. Chadi Nabhan, Dr. Andrei Shustov, and Dr. Dennis Weisenburger on *Daubert* Grounds, MDL Docket No. 8011; No. 3:16-cv-5658-VC, Docket No. 87; No. 3:16-cv-06046-VC, Docket No. 119; No. 3:16-cv-06024-VC, Docket No. 25.</u>

Having considered the papers, and for compelling reasons shown, the Court hereby ORDERS that the following documents shall be maintained under seal until further order of the Court, with the publicly filed versions redacted as follows:

- 1 -

[PROPOSED] ORDER GRANTING MONSANTO COMPANY'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL; 3-16-MD-02741-VC, 3:16-CV-05658, 3:16-CV-06024, 3:16-CV-06046

| Document | Portion Sought to be Sealed | Sealing Granted (Y/N) (to be completed by the Court) |
|---|---|---|
| Monsanto's Motion to Exclude Testimony of Wave One Plaintiffs' Specific Causation Experts Dr. Chadi Nabhan, Dr. Andrei Shustov, and Dr. Dennis Weisenburger on *Daubert* Grounds. | Pages 1:10; 2:18, 28; 3:3, 5-6. | |
| Deposition of Dr. Chadi Nabhan, taken November 1, 2019, in *Russo v. Monsanto Co.*, Northern District of California Case No. 3:16-cv-06024-VC, attached as Exhibit 1. | Pages 3:12-19; 32:11; 40:1-19; 41:5-25; 42:1-15, 18-25; 43:1-25; 44:1–25; 45:1–14, 25; 46:1–24; 54:20–23; 92:14–21; 96:2. | |
| Deposition of Dr. Chadi Nabhan, taken August 30, 2019, in *Giglio v. Monsanto Co.*, Northern District of California Case No. 3:16-cv-05658-VC, attached as Exhibit 2. | Pages 3:13-24; 4:3-14; 53:10; 54:2-15; 69:22-23; 70:4, 12-24; 74:8–10, 18-24; 75:1–12; 76:3-4, 11-24; 77:1–2, 13-24; 78-80; 81:1-2, 24; 82:4-24; 83-85; 86:1–9, 13-24; 87:1-19; 93-94; 95:1-5, 24; 96–104; 105:1–6. | |
| Yolanda Mendoza, Second Amended Plaintiff Fact Sheet, dated March 29, 2019, attached as Exhibit 3. | Portions of Pages 2, 3, 4, 5, and 6. | |
| Deposition of Dr. Andrei Shustov, taken November 3, 2019, in *Mendoza v. Monsanto Co.*, Northern District of California Case No. 3:16-cv-06046-VC, attached as Exhibit 4. | Pages 3:21; 4:7-8; 52:24-25; 65:14-25; 66-70; 71:1-3, 13-25; 72-77; 78:1–22; 92:5, 11-25; 93:1-23; 140:7-25; 141-43; 144:3-4, 7-25; 145:1-19; 147:14-25; 148; 149:1-5, 7-25; 150:1-12, 14; 151:17-18; 152:24-25; 153:1-2, 12-14, 17-20; 154:5-7, 10-11, 13, 18; 157:17-20; 183:19-25; 184-87; 188:1-18, 22-25; 189:1-10; 191:22; 192:1-2, 22-25; 193:1–8. | |
| Deposition of Yolanda Mendoza, taken July 31, 2019, in *Mendoza v. Monsanto Co.*, Northern District of California Case No. 3:16-cv-06046-VC, attached as Exhibit 5. | Page 168:2-10; 168:15-25; 169. | |
| Deposition of Dr. Dennis Weisenburger, taken November 4, 2019, in *Russo v. Monsanto Co.*, Northern District of California Case No. 3:16-cv-06024-VC, attached as Exhibit 6. | Pages 33:12; 34; 35:1-10; 40:15, 25; 41:10, 16; 71:23-25; 88:3-25; 89; 90-99; 100:1-16; 103:11-24. | |

- 2 -

[PROPOSED] ORDER GRANTING MONSANTO COMPANY'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL; 3-16-MD-02741-VC, 3:16-CV-05658, 3:16-CV-06024, 3:16-CV-06046

| | | |
|---|---|---|
| Deposition of Dr. Dennis Weisenburger, taken September 23, 2019, in *Giglio v. Monsanto Co.*, Northern District of California Case No. 3:16-cv-05658, attached as Exhibit 7. | Pages 4:12-18; 5:1; 5:4-5; 13:12-13, 16; 91:21-25; 92:1-14; 100:6-9, 13-14, 16-17, 19-21, 24-25; 101:1, 4-6, 12-25; 102:1-19, 22-23; 103:7-11, 16-20; 104:2-5, 8-18; 105:1-21; 24-25; 106:1-9, 11-15, 17-18, 22-23; 108:6-7, 15-18; 109:5-7, 14-18, 23-25; 110:2–24; 111:2-3, 5-7, 9-10, 12-14, 16-17, 19-25; 112:1-2, 6, 8-14, 18-19, 22-24; 113:2-4, 6-10, 13-17, 22-25; 114:1-5, 8-10, 16-18, 21-24; 115:1-2, 6-8, 11-12, 14-17, 22-25; 116:3, 6-9, 12-25; 117:1-5, 7-9, 14-16; 118:2-4, 7-9, 12-13, 18-21; 119:1-3, 6-14, 21-25; 120:1, 23-25; 121:1-2, 23-25; 122:3-7, 12-22; 123:3-4, 7-8, 15-18, 20-25; 124:2-6, 8-15, 18-20, 23-24; 125:1-6, 10-14, 16-21; 126:1-9, 11-13, 15-23; 127:2-8, 17-23; 128:14-16, 18-19; 129:21-25; 130:1, 4-5, 7-9, 12-13, 15-16, 20-25; 131:1-7, 10-11, 13-15, 19-25; 132:1-12, 25; 133:1-9, 11-13, 15, 17-19, 22-25; 134:8-9, 12-14, 20-23; 135:8, 11-13, 16-22, 25; 136:1-2, 4-5, 9-11, 13-19; 145:20; 146:9-11. | |

Date: _____, 2019

_____
HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT COURT