# Exhibit 1

Chadi Nabhan, M.D.

Page 1

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MDL No. 2741, Case No. 3:16-md-02741-VC

_____

IN RE:
ROUNDUP PRODUCTS LIABILITY LITIGATION

This document relates to:
Russo v. Monsanto Co., et al.
Case No. 3:16-cv-06024-VC

_____


        The videotaped deposition of CHADI

NABHAN, M.D., called by the Plaintiff for

examination, taken pursuant to the Federal Rules

of Civil Procedure of the United States District

Courts pertaining to the taking of depositions,

taken before Marianne Nee, a Certified Shorthand

Reporter of the State of Illinois, CSR License

No. 084-002341, taken at the Westin O'Hare, 6100

North River Road, Franklin Room, Rosemont,

Illinois, on Friday, November 1, 2019,

commencing at 8:37 a.m.


JOB NO. 229820



            GOLKOW LITIGATION SERVICES
      877.370.3377 ph | 917.591.5672 fax
                deps@golkow.com

Chadi Nabhan, M.D.



Page 2

```
 1        A P P E A R A N C E S:
 2   ON BEHALF OF THE PLAINTIFF:
 3        ANDRUS WAGSTAFF
          1901 Harrison Street
 4        Suite 1100
          Oakland, California 94612
 5        BY: MS. KATHRYN M. FORGIE, ESQ.
          (310) 339-8214
 6        kathryn.forgie@andruswagstaff.com
 7   ON BEHALF OF THE DEFENDANT:
 8        ARNOLD & PORTER LLP
          250 West 55th Street
 9        New York, New York 10019-9710
          BY: MR. AARON H. LEVINE, ESQ.
10        (212) 836-7586
          aaron.levine@arnoldporter.com
11
     VIDEOGRAPHER:
12
          MR. STEPHAN HOOG
13        GOLKOW LITIGATION SERVICES
14
15
16
17
18
19
20
21
22
23
24
          REPORTED BY: MARIANNE NEE, CSR, CRR, RDR
25             Illinois CSR No. 084-002341
```

Page 3

```
 1        TABLE OF CONTENTS
 2   WITNESS                         PAGE
 3   CHADI NABHAN, M.D
     By Mr Levine                       5
 4
 5          E X H I B I T S
 6   NUMBER      DESCRIPTION    MARKED
 7        Nabhan Deposition Exhibits
 8   Exhibit 1  Monsanto Company's Notice  6
          to Take Oral and
 9        Videotaped Deposition of
          Dr Chadi Nabhan
10   Exhibit 2  Expert Report of Chadi   15
          Nabhan, MD, MBA, FACP, 40
11        pages
12
17
19
20   Exhibit 6  Paper titled: Risk      56
          Factors For Primary
21        Central Nervous System
          Lymphoma, by Schiff,
22        et al, 1998
23   Exhibit 7  McDuffie study:         71
          Non-Hodgkin's Lymphoma and
24        Specific Pesticide
          Exposures in Men:
25        Cross-Canada Study of
          Pesticides and Health
```

Page 4

```
 1        P R O C E E D I N G S:
 2              * * *
 3        THE COURT REPORTER: And you want a
 4   realtime setup; is that correct?
 5        MR. LEVINE: Yes, that's fine.
 6        THE COURT REPORTER: And, Kathryn, you
 7   also want realtime?
 8        MR. LEVINE: Great.
 9        THE COURT REPORTER: The information I
10   have from my office is that you both want a
11   rough draft and a final later today; is
12   that correct?
13        MR. LEVINE: Yes.
14        MS. FORGIE: Yes.
15              * * *
16        THE VIDEOGRAPHER: We are now on the
17   record. My name is Stephan Hoog. I'm the
18   videographer for Golkow Litigation
19   Services.
20        The date today is November 1, 2019.
21   The time is 8:37 a.m. as indicated on the
22   video screen. This video deposition is
23   being held in Rosemont, Illinois in the
24   matter of Roundup products liability
25   litigation, MDL 2741.
```

Page 5

```
 1        The name of the witness is Dr. Nabhan.
 2   Will counsel please introduce themselves
 3   for the video record?
 4        MR. LEVINE: Aaron Levine representing
 5   Monsanto.
 6        MS. FORGIE: Kathryn Forgie for the
 7   plaintiff.
 8        THE VIDEOGRAPHER: Thank you. The
 9   court reporter is Marianne Nee. Will you
10   please swear in the doctor?
11        (Witness sworn/affirmed.)
12        THE VIDEOGRAPHER: Please proceed.
13        CHADI NABHAN, M.D.,
14   called as a witness herein, having been first
15   duly sworn/affirmed, was examined and testified
16   as follows:
17              EXAMINATION
18   BY MR. LEVINE:
19        Q.  Good morning, Dr. Nabhan.
20        A.  Good morning.
21        Q.  I think we know each other, but I'm
22   Aaron Levine. I represent Monsanto in
23   Mr. Russo's case.
24        A.  Sure.
25        Q.  You've previously given sworn testimony
```

Chadi Nabhan, M.D.

Page 6

1  on behalf of plaintiffs in the Roundup
2  litigation, correct?
3      A.  I have.
4      Q.  And you stand by all of your prior
5  testimony, correct?
6      A.  Sure.
7      Q.  Handing you what's been marked as
8  Exhibit 1 which is the notice for your
9  deposition --
10          (Exhibit 1 was marked for
11          identification.)
12      MS. FORGIE:  Thank you.
13  BY MR. LEVINE:
14      Q.  -- have you seen this before?
15      A.  I have, yes.
16      Q.  And if you turn to the second page
17  going on to a few other pages after that, you'll
18  see a request for documents?
19      A.  Yes.  I do see that.
20      Q.  Have you gone through this request?
21      A.  I have read this note, yes.
22      Q.  Okay.  And the first two requests --
23  I'll consolidate this -- relate to income and
24  invoices for your testimony in the Roundup
25  litigation, correct?

Page 7

1      A.  Correct.
2      MR. LEVINE:  Let's -- why don't we just
3  pause for a minute since someone just
4  walked in.
5      THE WITNESS:  Sure.
6      MR. LEVINE:  We can go off the record.
7      THE VIDEOGRAPHER:  Going off the record
8  at 8:39 a.m.
9          (Brief interruption.)
10      THE VIDEOGRAPHER:  We are back on the
11  record at 8:39 a.m.
12  BY MR. LEVINE:
13      Q.  Sorry, Dr. Nabhan.  We were just
14  discussing requests one and two about
15  invoices --
16      A.  Sure.
17      Q.  -- and billing records, correct?
18      A.  Correct.
19      Q.  And have you brought any documents
20  responsive to those requests with you?
21      A.  I have not sent any invoices to counsel
22  regarding Mr. Russo's case, so I can give you an
23  estimate how much I spent, but I have not billed
24  for my Russo case work at this point.
25      Q.  Approximately how many hours have you

Page 8

1  spent on Mr. Russo's case?
2      A.  Plus/minus close to 30 hours, maybe
3  from 25 to 30 hours, maybe something like that.
4      Q.  Okay.  Roughly is that about how much
5  time you spend for a case that you work on in
6  this litigation?  I think you said that before.
7      MS. FORGIE:  Objection.
8  BY THE WITNESS:
9      A.  No.  Some cases are much more.  I mean,
10  I think there are -- as you know, there are four
11  cases that went to trial and these obviously
12  require more time, especially being in court and
13  so forth, and some cases require writing
14  reports, others don't require writing reports.
15      So it's hard really to estimate that
16  this is 30 hours per case.  I think each case
17  should be taken individually based on the
18  complexity and the deliverables required.
19  BY MR. LEVINE:
20      Q.  Okay.  And how many hours would you say
21  you've spent to date on the Roundup litigation?
22      A.  Oh, I can't -- I don't -- it's hard for
23  me to quantify today.  I think you probably know
24  the number of cases that I have been involved
25  in.  That's in addition to other cases where I

Page 9

1  was consulted upon that may have not even been
2  -- I may have not been deposed in or have gone
3  even to trial yet, so I don't -- I can't
4  estimate to date the number of hours, but
5  clearly a lot of hours.
6      I mean, there were -- me and you are
7  aware of the many cases that are going on, and
8  so I don't know how to answer that.  I'll have
9  to go back and look at every single case I
10  guess.
11      Q.  Sure.  Well, maybe you don't have to go
12  all the way back because in May --
13      A.  Right, correct.
14      Q.  -- of this year I believe a statement
15  was put on the record --
16      A.  Sure.
17      Q.  -- around the time of your Winston
18  depositions.  I believe it was in one of the
19  gateway depositions --
20      A.  Sure.
21      Q.  -- that you had spent about 800 hours,
22  give or take 100, give or take 50 or 100 to be
23  more precise, on the litigation as of that time
24  not including those depositions, correct?
25      A.  Yes.  Over the course of three and a

3 (Pages 6 to 9)

Chadi Nabhan, M.D.

Page 10

1  half years --
2      Q.  Right.  And --
3      A.  -- just to be clear because that's
4  since like March 2016.  Those were not in one
5  year.  That's over the course of three and a
6  half years.
7      Q.  Correct.  And I believe since then
8  you've been deposed a number of times?
9      A.  Correct.
10     Q.  And so do you have any sense of since
11 May of this year approximately how many hours
12 you've spent on the litigation?
13     A.  I mean --
14         MS. FORGIE:  Doctor, don't include in
15     that any consulting work for which you have
16     not given a deposition or not been
17     designated because that's privileged.
18         THE WITNESS:  True.
19         MR. LEVINE:  So let me just -- that 800
20     hours did include consulting work.  He just
21     can't identify the cases for which he
22     consulted, but the amount of time spent is
23     still discoverable.
24         MS. FORGIE:  I don't agree with that.
25         MR. LEVINE:  Well, your colleague did.

Page 11

1         MS. FORGIE:  Too bad.  I stand by my
2     objection.
3         Don't include work for which you have
4     not been designated formally as an expert.
5     That's privileged.
6  BY THE WITNESS:
7      A.  Sure.  I mean, I have been -- as I
8  stated, I have been consulted in several cases
9  that I have not been designated in so far.  But
10 if I recall, after May I was deposed in the Lamb
11 and Cohen trial which obviously was continued.
12 Mr. Giglio's trial.
13 BY MR. LEVINE:
14     Q.  I can help you.
15     A.  Yes, please.
16     Q.  Kane and Dyer?
17     A.  Kane and Dyer, and then I was trying to
18 remember if I was deposed in Mr. Gazzier's case
19 before or after May.
20     Q.  This was before that deposition.
21     A.  It was before.  These are the ones
22 obviously that I was deposed in, and some of
23 them I billed for, some of them I have not.
24         For example, I have not since my
25 invoice for Mr. Giglio's case, but I did send my

Page 12

1  bill for Mr. Lamb and Cohen's case.  So these
2  are the ones that I can recall.  Obviously you
3  have them, so that's good.  That does not
4  include additional work that I may have done in
5  cases that were -- I was asked to consult upon
6  that I was not designated in.
7      Q.  Sure.  And you've been disclosed as
8  well in the Wade cases that you'll be deposed in
9  tomorrow?
10     A.  For the plaintiffs, yes.
11     Q.  Right.  And --
12     A.  And I have not sent invoices in these
13 either.
14     Q.  And so how many hours did you invoice
15 for Lamb and Cohen approximately?
16     A.  Maybe close to 30 hours each.
17     Q.  Okay.  Approximately?
18     A.  Approximately.  Please just don't quote
19 me the actual number because I -- obviously I
20 can find this particular invoice because I did
21 send it, but something like that.
22     Q.  Okay.  And if you know, we can
23 follow-up tomorrow.
24     A.  It's about -- I mean, give and take
25 about 30 hours for Lamb and 30 hours for Cohen.

Page 13

1         MS. FORGIE:  Counsel, I believe this
2     was covered in that deposition.
3  BY THE WITNESS:
4      A.  Yeah.  I mean, I was asked about this
5  during the Lamb and Cohen deposition.
6         MR. LEVINE:  And I don't know whether
7     he had invoiced additional time since then
8     which is why I'm asking --
9         THE WITNESS:  No.
10        MR. LEVINE:  -- because I don't think
11    he had submitted his invoice as of then,
12    but he mentioned that he submitted it since
13    then.
14        MS. FORGIE:  I'm not instructing him
15    not to answer.
16        MR. LEVINE:  Sure.
17        MS. FORGIE:  I'm just saying it was
18    already covered.
19        MR. LEVINE:  Yeah.  I'm just saying not
20    everything was necessarily covered, so I'm
21    just asking.
22        THE WITNESS:  No problem.
23 BY MR. LEVINE:
24     Q.  And how about Kane and Dyer, did you
25 invoice that case?

4 (Pages 10 to 13)

Chadi Nabhan, M.D.

Page 14

1      A.  I actually did.  I do remember I did
2  invoice that case, yes, and it's about -- again
3  about the same I believe.  I can -- I mean, I
4  would hate to quote number of hours that is
5  inaccurate, but I can easily --
6          MS. FORGIE:  Don't guess, Doctor.
7          THE WITNESS:  Say again?
8          MS. FORGIE:  Don't guess.
9  BY THE WITNESS:
10     A.  Well, I said like give and take, but I
11  can obviously give a more accurate estimate if
12  you want me to.  I'll just have to look at my
13  invoices that I've sent and I'll give you a more
14  accurate estimate.  If you want, on a break I'm
15  more than happy to do that.
16  BY MR. LEVINE:
17     Q.  Sure.  That would be great.
18     A.  No problem.  This way I don't have to
19  guess.
20     Q.  Have you provided expert testimony in
21  any litigation other than the Roundup
22  litigation?
23     A.  No.
24     Q.  So request No. 6 refers to documents
25  related to any testimony you've given over the

Page 15

1  past four years.  All of the testimony you've
2  given over the past four years as an expert
3  witness has been the testimony you've given in
4  the Roundup litigation, correct?
5     A.  Correct.
6     Q.  I'm handing you what's been marked as
7  Exhibit 2 which is your expert report.
8              (Exhibit 2 was marked for
9              identification.)
10  BY THE WITNESS:
11     A.  Thank you.
12  BY MR. LEVINE:
13     Q.  This is your report regarding
14  Mr. Russo, correct?
15     A.  Yes.
16     Q.  And you prepared this report?
17     A.  I?  Sorry.
18     Q.  Did -- you prepared this report?
19     A.  Oh, yes, of course.
20     Q.  And this report discloses all of the
21  opinions you intend to offer at trial in
22  Mr. Russo's case?
23     A.  Short of additional information that
24  may emerge between now and trial date, yes.
25  Obviously if there is additional literature or

Page 16

1  some development in the case, my opinion might
2  be modified, but as long as it doesn't happen,
3  the answer is yes.
4     Q.  And if your opinion is modified, you'll
5  notify us by supplementing your report, correct?
6     A.  Of course.
7     Q.  You've never provided any medical care
8  or treatment to Mr. Russo, correct?
9     A.  I have not.
10     Q.  And just to confirm, you're not
11  currently in clinical practice in medicine,
12  correct?
13     A.  No, but stay tuned.  That might change.
14     Q.  Anything else you can share about that?
15     A.  No.  I just get called a lot to have a
16  lymphoma clinic and I may try to combine both.
17     Q.  Now, one thing your report notes on
18  pages 1 and 2 is that you're an adjunct
19  professor at the University of South Carolina,
20  correct?
21     A.  Correct.
22     Q.  Go Cocks.  Now, you're an adjunct
23  professor at the University of South Carolina in
24  the Department of Clinical Pharmacy and Outcomes
25  Sciences, correct?

Page 17

1     A.  Yes.
2     Q.  And that's part of the University of
3  South Carolina College of Pharmacy, correct?
4     A.  Correct.
5     Q.  This is a Pharm.D. program?
6     A.  In my capacity I'm not a Pharm.D. but
7  my research in terms of outcomes research and
8  what's actually happening in terms of adverse
9  events for oncology products and so forth is
10  aligned with the head of this program, and the
11  university has asked me to have that adjunct
12  appointment because this allows better
13  collaboration in terms of what we are doing
14  publication-wise and research-wise.  And in that
15  capacity I'm also supposed to mentor junior
16  faculty and students, although this can be done
17  virtually.
18         I -- you know, the ideal situation is
19  for me to visit on campus twice a year where I
20  can have more face-to-face time with faculty as
21  well as with mentees, but it's not necessarily
22  mandated.
23     Q.  Okay.  And just to be clear, the
24  students who are being educated at the South
25  Carolina College of Pharmacy are students who

Chadi Nabhan, M.D.

Page 18

1    are learning to become, to obtain -- strike
2    that.
3            The students who are studying at the
4    South Carolina College of Pharmacy are students
5    who are learning to obtain a Pharm.D. degree and
6    are training to become pharmacists, correct?
7        A.  Right, in the College of Pharmacy.  But
8    the Department of Outcomes Sciences is composed
9    of various people that may not be necessarily
10   students of pharmacy.  They could be, some of
11   them, oncology fellows or depending on the
12   research interests of what we are doing.
13           So it's -- if the research is aligned
14   with what that particular department is doing,
15   you may get people or students who may not
16   necessarily be interested just in pharmacy.
17   They could be interested in other aspects.  It
18   depends on the research.
19       Q.  The hematology and oncology fellowship
20   at the Medical University of South Carolina is
21   in their College of Medicine, correct?
22       A.  Yeah, of course.  I'm just saying the
23   research could intersect.  I mean, as an
24   example, when I was a fellow, I did collaborate
25   with researchers who are not necessarily in the

Page 19

1    Department of Medicine.  It just depends on the
2    research interest.  It's not exclusive.
3            People don't say, Well, you can't
4    really come and do work with us because --
5    unless you are a student of pharmacy.  It
6    depends on what the interest is.
7        Q.  Have you mentored any oncology fellows
8    at the University of South Carolina yet?
9        A.  No, I have not.
10       Q.  You're not licensed to practice
11   medicine in South Carolina, correct?
12       A.  No.
13       Q.  It would be illegal for you to treat a
14   patient at the Medical University of South
15   Carolina School of Medicine, correct?
16       A.  Unless I decide to get a license, it
17   would be illegal.  It's not what I'm being asked
18   to do there.
19       Q.  Have you ever told a patient that their
20   non-Hodgkin's lymphoma was caused by HIV?
21       A.  Yeah.  I mean, I have had patients who
22   did have HIV and there was no other cause that I
23   could identify, so you would think it's related
24   to HIV.  I have done that, yes.
25       Q.  Have you ever told a patient their

Page 20

1    non-Hodgkin's lymphoma was caused by the
2    Epstein-Barr virus?
3        A.  By?  Sorry.
4        Q.  Have you ever told a patient that their
5    non-Hodgkin's lymphoma was caused by the
6    Epstein-Barr virus?
7        A.  I have.
8        Q.  Have you ever told a patient that their
9    non-Hodgkin's lymphoma was caused by hepatitis
10   C?
11       A.  I have.
12       Q.  Have you ever told a patient that their
13   non-Hodgkin's lymphoma was caused by hepatitis
14   B?
15       A.  No.
16       Q.  Have you ever told a patient that their
17   non-Hodgkin's lymphoma was caused by autoimmune
18   disease?
19       A.  I have, but I just want to make sure I
20   clarify.  When you say caused, I mean, a lot of
21   times you -- when you look at causation, as you
22   know, you look at all the factors and you really
23   find nothing else, you say I think it's related
24   to the lupus, for example, or the Jeavons
25   syndrome that you have.

Page 21

1            That doesn't exclude that you could
2    have more than one cause, but I certainly have
3    had patients who let's say had longstanding
4    lupus, which is an autoimmune disease, and I
5    said, I believe that the longstanding lupus, the
6    autoimmune disease is the cause of your NHL, so
7    we need to control the lupus as we treat the NHL
8    and so forth.  So yes.
9        Q.  Have you ever told a patient that their
10   non-Hodgkin's lymphoma was caused by genetics?
11       A.  No.
12       Q.  Have you ever told a patient that their
13   non-Hodgkin's lymphoma was caused by exposure to
14   solvents?
15       A.  I have not said that to a patient,
16   although I am aware obviously that solvents
17   could be an increased risk, but I don't recall
18   off the top of my head that I have told that to
19   a patient.  I'm not saying that solvents are not
20   a risk factor, but I don't recall saying that.
21       Q.  Have you ever told a patient that their
22   non-Hodgkin's lymphoma was caused by their
23   exposure to benzene?
24       A.  I don't recall saying that.  It doesn't
25   mean -- again, I just want to make sure that

6 (Pages 18 to 21)

Chadi Nabhan, M.D.

Page 22

1    you're asking me if I recall telling that to a
2    patient. I don't recall saying that to a
3    patient, but that does mean that benzene is not
4    a risk factor. I want to have a distinction
5    between both.
6        Q.   Sure. Have you ever told a patient you
7    don't know what caused their non-Hodgkin's
8    lymphoma?
9        A.   Of course.
10       Q.   Have you ever told a patient that you
11   don't know what caused their non-Hodgkin's
12   lymphoma when they had a diagnosis of HIV?
13       MS. FORGIE: I'm going to object. This
14   is supposed to be --
15       THE WITNESS: I'm not sure I understand
16   the question.
17       MS. FORGIE: Let me get the objection
18   in.
19       THE WITNESS: I'm sorry.
20       MS. FORGIE: This is supposed to be a
21   case-specific deposition. These are very
22   general causation questions. I'm allowing
23   him to answer, but I think we need to get
24   back to Russo.
25       MR. LEVINE: I'm just trying to

Page 23

1        understand his methodology in determining a
2    specific causation opinion.
3        MS. FORGIE: Nice try.
4    BY THE WITNESS:
5        A.   So what happens now?
6    BY MR. LEVINE:
7        Q.   I'll reask my question.
8        If a patient had a diagnosis of HIV,
9    have you ever told that patient you don't know
10   what caused their non-Hodgkin's lymphoma?
11       A.   No. You really -- I mean, again, you
12   can't, right? I mean, I think that, you know,
13   when you have a known risk factor for a disease,
14   you can't tell that patient that I'm going to
15   ignore that risk factor that I know is a
16   potential cause for NHL and I'm going to assume
17   that this is of unknown cause.
18       You really -- I mean, logically you
19   really can't do that. I don't think it's really
20   the appropriate way. If you have a known risk
21   factor that is a potential cause for this
22   disease, you can't all of a sudden ignore that
23   and assume that this could be idiopathic and
24   this is of unknown cause. The only reason to
25   tell that patient that you have an unknown cause

Page 24

1    is by excluding all risk factors and say, I
2    can't find really any of the risk factors I'm
3    aware of that apply to you and accordingly I
4    believe it's of unknown cause.
5        So if I have somebody with an
6    HIV-positive disease -- now I'm presuming this
7    is, let's say, HIV positive low CD4 count, not
8    somebody who was treated 20 years ago, right?
9        Q.   Sure.
10       A.   Active HIV I presume in your
11   hypothetical case?
12       Q.   Sure.
13       A.   I can't tell that patient it is not
14   HIV. I just obviously want to make sure that --
15   every case is different. Every case is
16   specific. So this is a very, very general
17   question. Without knowing the exact detail of
18   the case, it's impossible to be 100 percent
19   certain. With these caveats, I would have to
20   assume it's HIV related.
21       Q.   You treat all -- or strike that.
22       You've treated pretty much all types of
23   non-Hodgkin's lymphoma; am I correct?
24       A.   I did, yes.
25       Q.   Have you ever referred a patient to

Page 25

1    another oncologist who is a specialist in a
2    particular type of non-Hodgkin's lymphoma?
3        A.   I was that specialist, so I was getting
4    all of the referrals for non-Hodgkin's lymphoma,
5    so I was getting patients that were difficult to
6    treat in the community referred to me to take
7    care of them. I have sent patients that I have
8    seen to another institution where there were
9    clinical trials available at that other
10   institution that I did not have at the
11   University of Chicago, and I felt that the
12   patient is best served by seeing somebody else
13   who has access to an investigational therapy or
14   a clinical trial that I may have not had access
15   to. But I treated all kinds of lymphoma. I was
16   essentially the referral source as opposed to
17   referring.
18       Q.   Are you a specialist in pediatric
19   oncology?
20       A.   I'm not.
21       Q.   Have you ever been referred a pediatric
22   patient?
23       A.   I have, and I -- I mean, it's one of
24   those things where, you know, you get a call for
25   a 16-year-old, 17-year-old who are on the cusp,

7 (Pages 22 to 25)

Chadi Nabhan, M.D.

Page 26

1 and oftentimes I refer these cases to the
2 pediatric oncologist, but it's not uncommon that
3 we end up presenting that case at the tumor
4 board where the pediatric and the adult are
5 there, but I always felt that these patients are
6 more appropriately treated by pediatric
7 oncologists as opposed to me.  We're talking
8 lymphoma obviously, right?
9     Q.  Yes.
10    A.  Right.
11    Q.  Have you ever told a patient that age
12 was the key risk factor in their non-Hodgkin's
13 lymphoma?
14    A.  I think you know my opinion about age.
15 We have talked about this so many times.  You
16 know, age is a risk factor for every disease
17 known to human being, right?  From lung disease
18 to heart disease to every single cancer -- well,
19 90 percent of cancers.
20      I mean, most cancers are diagnosed in
21 patients who are older.  It's just a fact of
22 life, but that does not mean it's a causative
23 risk factor.  As we age, we are going to get
24 sick unfortunately, so age is a risk factor just
25 because it's age, because it's a risk factor for

Page 27

1 every disease.
2      It's a risk factor for lymphoma.  It's
3 a risk factor for prostate cancer.  It's a risk
4 factor for colon cancer.  You don't really see
5 patients who are 40 or 45 years old being
6 diagnosed with cancer that often.  It happens,
7 but that's not common.  So to me age is a risk
8 factor for every disease, including cancer.
9      Cancer is a disease of older people,
10 but it does not mean it's the cause.  If you
11 assume that age is the cause of non-Hodgkin's
12 lymphoma, then if I get a 65-year-old patient
13 with HIV and I will tell him, It's not HIV, sir,
14 it's because you are 65, and I think we can both
15 agree that would be an inaccurate statement.
16    Q.  So just so I understand, yes, I am
17 familiar with your testimony on age.
18    A.  Just --
19    Q.  You would say age is a risk factor.
20 Strike that.  You wouldn't -- I'll start that
21 over.
22      You would say age is a risk factor for
23 most types of non-Hodgkin's lymphoma but you
24 wouldn't say age is the key risk factor for any
25 type of non-Hodgkin's lymphoma; am I correct?

Page 28

1    A.  You're misstating my testimony.  I said
2 risk factor for all cancers, not just
3 non-Hodgkin's lymphoma.  I think age is a risk
4 factor for every disease almost that we
5 encounter and every cancer that you can choose,
6 minus a few.  I mean, obviously testicular
7 cancer happens in younger people, but most
8 cancers occur in patients who are older.
9      Cancer is a disease of older patients,
10 just regardless, whether it's lymphoma or other
11 cancers.  So what I'm trying to say is that you
12 can't say age is a causative risk factor.  Age
13 doesn't cause cancer in my opinion.  It doesn't
14 cause it.  It's a risk factor for every single
15 cancer, but it doesn't mean age causes cancer.
16 Because if you assume that age causes cancer,
17 then you would never investigate what caused
18 cancer in an older patient.
19      You would say, Oh, you're 68, you got
20 cancer.  Okay.  I will stop my investigation
21 there.  I don't need to do any further workup.
22 I won't even check HIV because you're 68.  It
23 must be age.
24      That will be an inappropriate approach
25 to an older patient.

Page 29

1    Q.  Sure.  And just to be clear, first of
2 all, I'm asking now about non-Hodgkin's
3 lymphoma, not cancer in general --
4    A.  The same applies.
5    Q.  -- and I'm not asking about whether
6 it's a cause.  I'm simply asking about a risk
7 factor.
8      In your opinion, for any type of
9 non-Hodgkin's lymphoma, you would agree that age
10 is a risk factor, correct?
11    MS. FORGIE:  Objection; asked and
12 answered.
13      You can answer again.
14 BY THE WITNESS:
15    A.  Yes.  I mean, it has -- I mean, again,
16 I just told you age is a risk factor for all
17 cancers including non-Hodgkin's lymphoma, and I
18 just said age does not cause non-Hodgkin's
19 lymphoma but it's a risk factor just because any
20 type of cancer, including non-Hodgkin's
21 lymphoma, is a disease of older patients.
22      It just -- it's, you know, it's like
23 telling somebody who is a man, You are at
24 increased risk of prostate cancer because you
25 are a man.  Well, of course he has got a

8 (Pages 26 to 29)

Chadi Nabhan, M.D.

Page 30

1    prostate, so he's going to be at an increased
2    risk of having prostate cancer.
3          A woman is going to be at increased
4    risk of uterine cancer because she has a uterus.
5    It doesn't mean that gender all of a sudden is
6    the cause of uterine cancer or gender is the
7    cause of prostate.  You see what I'm trying to
8    say?  We have to differentiate.
9    BY MR. LEVINE:
10        Q.  I do.  I don't think it's quite
11   responsive to my question, but I'm just trying
12   to understand.  I think you recognize that age
13   is a risk factor, but am I correct in
14   understanding you don't believe age is the key
15   risk factor for non-Hodgkin's lymphoma?
16        MS. FORGIE:  Objection; asked and
17   answered.
18        You can answer it again.
19   BY THE WITNESS:
20        A.  I said age does not cause non-Hodgkin's
21   lymphoma.  Age is a risk factor for all cancers,
22   including non-Hodgkin's lymphoma.  It's the best
23   answer I could give you.  I believe -- I think
24   my answer is extremely clear --
25        MS. FORGIE:  It is.

Page 31

1    BY THE WITNESS:
2        A.  -- and I provided a lot of examples.
3    BY MR. LEVINE:
4        Q.  If a 67-year-old patient with no other
5    risk factors asked you if their age played a
6    role in their non-Hodgkin's lymphoma, what would
7    you tell them?
8        A.  I would say no.  This is idiopathic.
9    If I ruled everything else, I mean, it's -- the
10   median age of diagnosis of non-Hodgkin's
11   lymphoma is in the 60s, but that's -- it's not
12   his fault he's getting older.
13       Q.  Let's talk about Mr. Russo.  It didn't
14   take me that long.
15       A.  It's okay.  We like it.
16          (Brief interruption.)
17   BY MR. LEVINE:
18       Q.  Mr. Russo was diagnosed with
19   non-Hodgkin's lymphoma in January 2014, correct?
20       A.  I can look at my notes, right?
21       Q.  Absolutely.  At no point am I ever
22   giving you a memory test.  Anything you need to
23   refer to --
24       A.  No, no.  I just didn't know --
25       Q.  -- you're more than welcome to refer to

Page 32

1    it.
2        A.  Yes.  January 2014.
3        Q.  And by the -- let me just make sure.
4    Did you bring anything else that you need to
5    refer to?
6        A.  No.  I was relying on the report you're
7    going to give me.
8        Q.  So he was diagnosed with non-Hodgkin's
9    lymphoma in January of 2014, correct?
10       A.  Yes.
11       Q.  Mr. Russo was age ██ at the time,
12   correct?
13       A.  Yes.
14       Q.  In late December 2013 he presented to
15   the Torrance Memorial Medical Center Emergency
16   Room with complaints of headaches, dizziness and
17   ataxia, correct?
18       A.  Correct.
19       Q.  An MRI of Mr. Russo's brain showed
20   evidence of cerebellar mass with surrounding
21   edema, correct?
22       A.  Yes.
23       Q.  The rest of his brain -- strike that.
24          The MRI showed the rest of his brain
25   was normal, correct?

Page 33

1        A.  Yes.
2        Q.  On January 8, 2014, Mr. Russo underwent
3    a craniotomy with resection of the cerebellar
4    mass?
5        A.  Correct.
6        Q.  And the mass was removed, correct?
7        A.  Correct.
8        Q.  And the cerebellar tissue was examined
9    pathologically, correct?
10       A.  Yes.
11       Q.  The pathology of Mr. Russo's tissue
12   determined that the particular type of
13   non-Hodgkin's lymphoma was a high grade B-cell
14   lymphoma of the central nervous system, correct?
15       A.  Correct.
16       Q.  That's what we know as primary CNS
17   lymphoma, correct?
18       A.  Yes.
19       Q.  Primary CNS lymphoma is a specific
20   subtype of non-Hodgkin's lymphoma that's
21   recognized by the WHO classification system,
22   correct?
23       A.  That's correct.
24       Q.  And you agree that Mr. Russo had
25   primary CNS lymphoma, correct?

9  (Pages 30 to 33)

Chadi Nabhan, M.D.

Page 34

1     A.  I agree with that.
2     Q.  Mr. Russo underwent a CT scan of the
3  body and testicular ultrasound which did not
4  show any evidence of other sites of lymphoma,
5  correct?
6     A.  Yes.
7     Q.  Mr. Russo had no evidence of malignant
8  disease in any other areas, correct?
9     A.  That's correct.
10     Q.  Mr. Russo was treated with a
11  combination of chemotherapy regimen consisting
12  of methotrexate, Rituxan, and Temodar, correct?
13     A.  Correct.  You're becoming very accurate
14  with the names of the chemotherapies.
15     Q.  I was wondering if I pronounced them
16  correctly, so at least I'm getting better.
17         Was Mr. Russo's treatment of his
18  primary CNS lymphoma appropriate?
19     A.  Yes, I believe so.
20     Q.  Mr. Russo had a stem cell transplant on
21  August 15, 2014, correct?
22     A.  Yes.
23     Q.  And was Mr. Russo's treatment of the
24  stem cell transplant appropriate?
25     A.  It's an option.  Some patients may not

Page 35

1  actually undergo stem cell transplant.  That's
2  also correct.  It's -- I would say whether
3  patients need to undergo stem cell transplant
4  after they -- for their primary CNS lymphoma or
5  not is an option, but you should not fault
6  somebody who may not offer transplant at this
7  stage.  So it's -- I would say it's a clinical
8  judgment.  Sometimes it's offered for younger
9  patients as opposed to older patients.
10         There was a clinical trial that I was a
11  principal investigator on at the University of
12  Chicago where patients, after they finished
13  their methotrexate, Rituxan, and Temodar, they
14  were actually randomized to whether they would
15  undergo just chemotherapy alone versus
16  chemotherapy and stem cell transplant.  I'm not
17  aware that this study has been published yet,
18  but it's an appropriate approach.
19         I just want to make sure that if you
20  have a patient with a similar scenario that does
21  not undergo stem cell transplant, that is not an
22  incorrect approach to management.
23     Q.  Sure.  In Mr. Russo's case do you agree
24  that his treatment with the stem cell transplant
25  was appropriate?

Page 36

1     A.  I don't disagree with it.  I mean, it
2  was obviously the physicians made that decision,
3  but I guess what I'm just trying to say to make
4  sure that it's accurate on the record, if other
5  physicians told Mr. Russo, You don't need to
6  undergo stem cell transplant, you can't tell
7  them that they were mistaken.
8         I presume this conversation took place.
9  They felt this is the right thing for him, and I
10  can't disagree with that.  But for other
11  patients who have exactly the same, they may not
12  be offered transplant, that also should be okay.
13     Q.  Sure.  So you would have no
14  disagreement either way whether Mr. Russo was
15  offered stem cell transplant or not?
16     A.  No.  I agree with the statement.  I
17  just want to make sure whoever is reading this,
18  they understand for primary CNS lymphoma there
19  are patients who don't undergo transplant, and I
20  don't want the readers to assume that every
21  primary CNS lymphoma has to have transplant
22  because then it implies that if you don't,
23  you're disagreeing with the management or you're
24  making a mistake, and you're not.
25         So I'm not disagreeing with this, but

Page 37

1  if other patients don't undergo transplant, I
2  will be okay with that as well.
3     Q.  Have you ever recommended stem cell
4  transplant for treatment of CNS lymphoma?
5     A.  I have.
6     Q.  An MRI of Mr. Russo's brain was
7  performed on December 22, 2014, and there was no
8  evidence of active lymphoma, correct?
9     A.  Correct.
10     Q.  The MRI findings were consistent with a
11  complete remission, correct?
12     A.  Yes.
13     Q.  And do you agree that Mr. Russo has
14  been in remission since 2014?
15     A.  Since the summer of 2014, yes.
16     Q.  Since December of 2014, correct?  Is
17  that what you said?
18     A.  Since after he finished the transplant.
19  So August, September, something like that,
20  whenever he had the MRI after the transplant.
21     Q.  All right.  So let me -- I just didn't
22  audibly hear what you were answering.
23     A.  Sure.
24     Q.  I was trying to clarify.  Mr. Russo's
25  lymphoma cells were positive for CD20, PAX5,

10  (Pages 34 to 37)

Chadi Nabhan, M.D.



**Page 38**

1    BCL2, BCL6, Myc, M-y-c, in 90 percent of the
2    cells, and P53, correct?
3    A.  Yes.
4    Q.  You have no study that indicates that
5    Roundup or glyphosate is associated with CD20,
6    correct?
7    A.  CD20 is just a reflection of B-cell
8    lymphoma regardless of the cause.  So CD20
9    positivity means that it's a B-cell lymphoma
10   like PCNSL.  It does not really tell you the
11   cause.
12   Q.  And you have no study that indicates
13   Roundup or glyphosate is associated with PAX5,
14   correct?
15   A.  No, neither all other causes that we
16   talked about; autoimmune disease, HIV,
17   hepatitis, whatever we talked about.  So again,
18   all of this just tells you the type of cells
19   you're seeing.  None of these markers identify
20   the potential cause of the disease.
21   Q.  You have no study that indicates
22   Roundup or glyphosate is associated with BCL2,
23   correct?
24   A.  Same answer.
25   Q.  So I understand that, the answer is

**Page 39**

1    correct, right?
2    A.  It's correct, and it applies to all
3    other causes.  Again, these are just markers.
4    Q.  Okay.  And you have no study that
5    indicates Roundup or glyphosate is associated
6    with BCL6, correct?
7    A.  Correct.
8    Q.  You have no study that indicates that
9    Roundup or glyphosate is associated with Myc,
10   M-y-c?
11   A.  I'm not aware of that.  Maybe some
12   future studies will show that because that's an
13   actual -- you know, that might -- again, it's a
14   potential protein that might lead to cell
15   proliferation.  I'm not aware of any studies
16   that looked at that at this point.
17   Q.  And you have no study that indicates
18   Roundup or glyphosate is associated with P53,
19   correct?
20   A.  I'm not aware of such study at this
21   point.
22   Q.  You agree that there's nothing in the
23   record that suggests Mr. Russo had this type of
24   lymphoma prior to late 2013, correct?
25   A.  No.

**Page 40**

20   Q.  I will mark the record.
21        (Exhibit 3 was marked for
22             identification.)
23   MR. LEVINE:  Do you want one?
24   MS. FORGIE:  Sure.
25   ///

**Page 41**

1    BY MR. LEVINE:
2    Q.  I'm handing you what's been marked as
3    Exhibit 3.
4    A.  Okay.
5

11  (Pages 38 to 41)

Chadi Nabhan, M.D.



Page 42

16
17        (Exhibit 4 was marked for
          identification.)

Page 43

Page 44

1

Page 45

15        (Exhibit 5 was marked for
16        identification.)
17            THE WITNESS:  Thank you.
18            MS. FORGIE:  Thank you.
19    BY MR. LEVINE:
20        Q.  Sorry.  I'm handing you what's been
21    marked as Exhibit 5.
22            MR. LEVINE:  I went to put an exhibit
23    number on yours and then I realized.
24    BY MR. LEVINE:

12  (Pages 42 to 45)

Chadi Nabhan, M.D.

Page 46



? 

25      Q.  Moving on, on page 14 of your report

Page 47

1      you say:
2          "Non-Hodgkin's lymphoma is a
3      heterogenous group of lymphoid disorders
4      with over 60 subtypes.  They differ based
5      on morphology and molecular subtypes."
6          Correct?
7      A.  Yes.
8      Q.  Non-Hodgkin's lymphoma subtypes can
9  differ based on their causes too, right?
10     A.  I'm not sure I understand the question.
11  You're saying that a particular cause might lead
12  to the development of one non-Hodgkin's lymphoma
13  versus another?
14     Q.  Yes.
15     A.  Yes.  In some situations, yes, of
16  course.  I mean, for example, the H. pylori
17  causes MALT lymphoma or marginal zone lymphoma
18  of the stomach.  It does not cause diffuse large
19  B-cell lymphoma.  That's honestly -- that's an
20  example of how the cause might cause -- affect a
21  particular disease.
22     Q.  You more or less anticipated my next
23  question which is some subtypes are more likely
24  to be caused by viruses than others, correct?
25     A.  Well, H. pylori is a bacteria.  It's

Page 48

1      not a virus.  But in some situations you may
2      hypothesize or pontificate and say that I think
3      that, you know, the development of a particular
4      subtype of lymphoma is more likely with this
5      particular cause.
6          I mean, I'll just throw another
7      example.  So a lot of us believe that HIV causes
8      the more aggressive type of lymphomas, the DLBCL
9      and the Burkitt's lymphoma as opposed to the
10     indolent lymphomas.  But that's more of a
11     frequency type of thing.
12         It doesn't mean that somebody with HIV
13     cannot have an indolent disease.  So your
14     suggestion is accurate.  I just -- it's not a
15     blanket statement.  You can't say that this
16     disease will only be caused by this except in
17     rare situations like the H. pylori as an
18     example.  That's why I brought it up because
19     it's very specific to that type of disease.
20     Q.  Do you agree that some subtypes have
21     mostly genetic causes?
22     A.  I'm not aware of -- and maybe I need
23  just to back up and understand what you mean by
24  genetic causes.  In my mind, when you say
25  genetic causes, I'm assuming you mean a

Page 49

1      particular genetic malformation or something
2      that gets inherited by the children from their
3      mother and father, so it's something that gets
4      passed to the offspring.
5          That's -- in my mind when you say about
6      genetic causes, if that's what you are referring
7      to, there is no known genetic cause to the
8      development of NHL.  We don't know that -- it's
9      not a disease that gets passed on based on a
10     particular gene from the parents to the
11     children.  To my knowledge, this is not the case
12     in non-Hodgkin's lymphoma, but I don't know if
13     that's what you're referring to.
14     Q.  Let me rephrase my question a little
15     bit.
16         Some subtypes of non-Hodgkin's lymphoma
17     are suspected to have mostly genetic causes?
18     A.  Well, I'm just trying to understand
19  what you mean by genetic causes because if all
20  what you are referring to is that sometimes
21  there are some mutations in genes that lead to
22  the development of non-Hodgkin's lymphoma,
23  that's obviously accurate.  There are some
24  lymphomas that develop because of mutations that
25  occur in some genes.

13  (Pages 46 to 49)

Chadi Nabhan, M.D.

Page 50

1    But if you're referring to genetic
2  causes, you know, something that gets passed on
3  from the parents to the children, that to my
4  knowledge is not the case in NHL.
5    Q.  Sure.  But let's say certain
6  ethnicities are more likely to get non-Hodgkin's
7  lymphoma than others, correct?
8    A.  Yes, but that doesn't mean it's a gene
9  that gets passed from parents to children.
10  That's what I'm trying -- I'm trying to have a
11  distinction between if you're referring to genes
12  passed from parents to children, like the BRCA1
13  and BRCA2 in breast cancer, that doesn't exist
14  in non-Hodgkin's lymphoma.
15    Q.  Yet.
16    A.  Yet.  But we are today in --
17    Q.  Sure.
18    A.  -- November of 2019, we don't know
19  that.  Two years from now maybe we would.  I
20  don't know.
21    But the point is if that's the genetic
22  cause, that's not accurate in non-Hodgkin's
23  lymphoma.  If all that you are implying that
24  maybe there are some genes that get mutated in
25  African Americans versus whites versus Asians,

Page 51

1  some of this may be true, but it's still under
2  very active investigation.
3    We don't know that for sure, what
4  particular gene gets mutated or not.  I want to
5  understand which one you mean because you see
6  the difference when you talk genetics.
7    Q.  Sure.  And I think I was referring to
8  the latter like, for instance, Japanese
9  Americans who immigrate to the U.S. still are
10  less likely to get CLL, for example?
11    A.  That's correct.
12    Q.  So that's thought to potentially have
13  more of a genetic cause?
14    MS. FORGIE:  Objection.
15  BY THE WITNESS:
16    A.  It's honestly not known.  I mean, it's
17  not known.  There are, for example, a lot of --
18  some diseases are, you know, not common in Asia.
19  There are other diseases are.
20    So you'll see CLL is not common in
21  Asian countries.  Is it because the environment
22  is different there?  Is it because there is a
23  genetic cause or ethnic cause?  I don't think we
24  know.
25    It's an important part of

Page 52

1  investigations and research.  I just don't think
2  we know what happens.  A lot of diseases change
3  when immigrants move to the U.S. and it's not
4  clear why; maybe diet, maybe environment, maybe
5  other things, other exposures.  So part of your
6  suggestion is accurate.  I just don't think you
7  can be very precise.
8  BY MR. LEVINE:
9    Q.  Would it be accurate, for example, in
10  that scenario to say that it's believed that
11  genetic factors play a major role in CLL, for
12  example?
13    A.  A role.  Not major role.  Again, you
14  can't discount other things we don't know.  I
15  mean, it's hard really to tell.  We just don't
16  know.
17    I think we -- it's an observation that
18  we know that some diseases are more common in
19  the U.S. versus Asia versus vice versa.  What does
20  that mean?  We don't know yet.
21    I mean, stomach cancer is more common
22  in Japan and Asian countries.  It's not as
23  common here.  Hepatocellular carcinoma is more
24  common in developing countries because more
25  hepatitis C that causes hepatocellular

Page 53

1  carcinoma.
2    I think what you're referring to is
3  that there are -- the incidence of some cancers
4  differ by region as well as by ethnicities and
5  race, and that is absolutely a correct
6  statement.  What I'm disputing is we just don't
7  know why yet and genetics may play a role.  I
8  don't think I can say no to that.  We just don't
9  know how important that role is because there
10  are other roles that may also play a factor.
11    Q.  It's fair to say you don't -- we're
12  moving on now somewhat, still within the area of
13  subtypes.
14    A.  Sure.
15    Q.  It's fair to say you don't cite any
16  study that shows an increased risk of primary
17  CNS lymphoma with glyphosate or Roundup,
18  correct?
19    MS. FORGIE:  Objection.
20  BY THE WITNESS:
21    A.  You're talking primary CNS lymphoma?
22  BY MR. LEVINE:
23    Q.  Yes, that specific subtype.
24    A.  Right.  So his subtype, as you know, is
25  DLBCL of the CNS, so again it's the diffuse

14  (Pages 50 to 53)

Chadi Nabhan, M.D.

Page 54

1  large B-cell lymphoma of the central nervous
2  system which is 95 percent plus of primary CNS
3  lymphoma is of the DLBCL subtype, and there are
4  several studies that I cite in my report that
5  refer to the increased incidence of DLBCL with
6  glyphosate which would be inclusive of PCNSL.
7         But in these studies they don't
8  necessarily separate PCNSL specifically in the
9  studies I cite.
10        Q.  But there are studies that do examine
11 specifically primary CNS lymphoma and let's say
12 other risk factors, correct?
13        A.  There are some studies specifically
14 focused on HIV and the EBV because there are
15 many studies that determine that the primary CNS
16 lymphoma is -- they do occur more in HIV and
17 immunocompromised patients, and oftentimes one
18 of the major causes in these immunocompromised
19 hosts is EBV related.
24        Q.  Are farmers at increased risk of
25 primary CNS lymphoma?

Page 55

1         A.  It's not -- to my knowledge, the
2  studies that looked at increased risk of NHL in
3  farmers didn't necessarily separate systemic
4  versus PCNS lymphoma.  They actually included
5  all of them together.
6         And 20 years ago, by the way, PCNSL was
7  not necessarily a separate category in the WHO.
8  As we learned more about this particular
9  disease, now it's its own subcategory.
10 It's managed differently, prognostically
11 differently, but that wasn't the case 20, 25
12 years ago when some of these farmer studies were
13 conducted.
14        Q.  In your opinion would farmers be at
15 increased risk of primary CNS lymphoma?
16        MS. FORGIE:  Objection; asked and
17 answered.
18        You can answer it again.
19 BY THE WITNESS:
20        A.  In my opinion, farmers are at increases
21 of non-Hodgkin's lymphoma in general, and that
22 would be inclusive of primary CNS lymphoma.  But
23 the studies, as I just said, that were done did
24 not necessarily separate PCNSL from the other
25 subtypes.  I'm not aware of such a particular

Page 56

1  study.
2             (Exhibit 6 was marked for
3             identification.)
4  BY MR. LEVINE:
5         Q.  Handing you what's been marked as
6  Exhibit 6, this is a study, lead authorship
7  regarding the Risk Factors For Primary Central
8  Nervous System Lymphoma, correct?
9         A.  Yes.
10        Q.  Have you seen this article before?
11        A.  I have not.
12        Q.  Do you want some time to look at it?
13        A.  I guess it depends on how extensive
14 your questions are.  It's a ten-page article.  I
15 don't know.  I can take some time to read it.
16 It depends how exhaustive your questions are.
17        Q.  Let me know if you want some time.  I
18 just have a couple questions on it.
19        A.  Why don't you start asking?  If I need
20 time, I can take some time.
21        MS. FORGIE:  Why don't you read the
22 abstract?
23 BY THE WITNESS:
24        A.  Can I take one minute to read the
25 abstract?

Page 57

1  BY MR. LEVINE:
2         Q.  Absolutely.
3         A.  Okay.  I just didn't know.
4         I read the abstract.
5         Q.  Do you want to look at anything
6  further?
7         A.  It depends on your questions.  If it's
8  okay, let's start by --
9         Q.  This study looks at risk factors for
10 primary CNS lymphoma, correct?
11        A.  It did.  Just to be clear, this was a
12 one-institution study from the Mayo Clinic and
13 it was done between 1975 and 1994 prior to the
14 ubiquitous use of glyphosate, just to be clear.
15        Q.  And -- well, glyphosate was on the
16 market during the entire period of this study,
17 correct?
18        A.  Well, yes, but me and you know that the
19 use of glyphosate surged in the mid-'90s after
20 the duration of this study.  I think we both
21 know that.
22        Q.  Sure.  And I believe you've also
23 testified previously that pesticides in general
24 increase the risk of non-Hodgkin's lymphoma and
25 we knew that based on experience in farmers,

15  (Pages 54 to 57)

Chadi Nabhan, M.D.

Page 58

1  correct?
2     A.  Yes.  I've said that before.
3     Q.  Okay.  And this study in the abstract
4  notes that neither farming nor personal or
5  family history of cancer appear to be risk
6  factors for primary CNS lymphoma, correct?
7     A.  Can we emphasize no family history of
8  cancer was a risk factor of PCNSL?
9     Q.  Would you like to rely on that finding?
10    A.  No.  I don't believe in that, but you
11 are relying on it, the family histories.  So you
12 just showed me evidence that disputes what you
13 are relying on, but we can go back to the
14 farming.
15    Q.  Okay.  I've also shown you evidence
16 that disputes what you're relying on.
17       MS. FORGIE:  Is there a question?
18       THE WITNESS:  We're just having an
19    argument.
20 BY MR. LEVINE:
21    Q.  Doctor, the authors of the study are
22 from the Mayo Clinic, correct?
23    A.  Yes, they are.
24    Q.  And you have high regard for the Mayo
25 Clinic, correct?

Page 59

1     A.  I do.  It doesn't mean I agree with all
2  of the findings and the blanket statements.
3     Q.  And if you turn to the second page of
4  the study, the second paragraph, it says:
5        "To our knowledge, no occupational or
6     environmental risk factors have been
7     reported for PCNSL, even though farming,
8     chemicals, and Epstein-Barr virus infection
9     have been suggested as risk factors for
10    non-Hodgkin's lymphoma."
11       Do you agree with that?
12    A.  I don't necessarily agree with that
13 blanket statement.  I mean, again, we have to
14 take every case differently.  That statement
15 that was stated in 1998 when the trial -- when
16 the investigation was published, at the time the
17 authors believed that there was no occupational
18 environmental risk factors.  That may have
19 changed with more time.  This is -- you know,
20 again, this was 21 years ago.
21    Q.  Sure.  And in the last 21 years you
22 can't cite any other study that indicates an
23 increased risk in farmers with -- for primary
24 CNS lymphoma, correct?
25    A.  I think I just answered that, that a

Page 60

1  lot of the studies that looked at DLBCL and NHL
2  did not always separate DLBCL of the bone from
3  DLBCL of the stomach, from DLBCL of the brain,
4  from DLBCL in the rest of the body.  They lumped
5  all DLBCLs together as one category.  And some
6  of the studies they actually even separate, as
7  you know, the DLBCL and indolent.  They just put
8  all non-Hodgkin's lymphomas together.
9        So the answer to your question is I'm
10 not aware of a study that specifically looked at
11 PCNSL, but I believe that a lot of these types
12 of PCNSLs were lumped into the DLBCL category in
13 some of the studies that I cite in my report.
14       MS. FORGIE:  Counsel, when you get to a
15    good spot, could we just take a very short
16    break?
17       MR. LEVINE:  Yes.  This is a good spot.
18       THE WITNESS:  It's never short by the
19    way.  Just for the record, I would like to
20    state for the record they always say short.
21    It's never short.
22       THE VIDEOGRAPHER:  Going off the record
23    at 9:42 a.m.
24         (Recess had.)
25       THE VIDEOGRAPHER:  We are back on the

Page 61

1     record at 9:48 a.m.
2  BY MR. LEVINE:
3     Q.  Dr. Nabhan, on page 24 of your report
4  you reference the McDuffie study.
5     A.  Yes, I did.
6     Q.  And you note that:
7        "The risk of NHL was statistically
8     significantly increased among
9     glyphosate-exposed individuals more than
10    two days per year with an OR of 2.12
11    (confidence interval 1.20 to 3.73)," and
12    say:
13       "This doubling of the risk was
14    statistically significant."
15       Correct?
16    A.  Yes.
17    Q.  Am I correct in understanding that you
18 intend to testify that the McDuffie study stands
19 for the proposition that if someone like
20 Mr. Russo uses Roundup more than two days per
21 year, the risk of non-Hodgkin's lymphoma
22 doubles?
23    A.  Among other studies.  It's not the only
24 study I'm relying on, but it's one of the
25 studies I'm relying on.

16 (Pages 58 to 61)

Chadi Nabhan, M.D.

Page 62

1    Q.  Do you intend to testify based on the
2  McDuffie study that glyphosate is a substantial
3  causative factor for anyone such as Mr. Russo
4  who exceeds two days per year of Roundup use?
5    A.  Yes.
6    Q.  Is that necessary for your methodology?
7      MS. FORGIE:  Objection.
8  BY THE WITNESS:
9    A.  What's necessary for the methodology is
10  that the exposure is supported by the published
11  literature, and the exposure of this patient is
12  -- exceeds above and beyond anything that is
13  published in the literature in terms of
14  increasing the risk of exposure.
15  BY MR. LEVINE:
16    Q.  Do you intend to testify that
17  Mr. Russo's risk of developing non-Hodgkin's
18  lymphoma more than doubled because he used
19  Roundup far more than the threshold of two days
20  per year set by the McDuffie study?
21    A.  So we don't know 100 percent what is
22  the minimum threshold, but what we know is there
23  are several studies that determined you have to
24  be exposed enough to increase the risk of
25  developing non-Hodgkin's lymphoma, what we call

Page 63

1  dose response or dose exposure, however you want
2  to phrase it.
3      This is one of these studies that
4  suggested and supported that individuals who had
5  exposure more than two days per year have double
6  the risk, and again it just shows the dose
7  response or the dose exposure type of thing.
8  There are other studies that are cited as well,
9  but again I plan to testify that this is one of
10  the studies to support dose response.
11      So the more you get exposed, the more
12  likely to develop the disease.  In this study
13  they said at least you need to have two days per
14  year in order for you to increase the risk.  So
15  the underpinning of this is the more exposure
16  you have to a particular compound -- in this
17  situation it's glyphosate -- the higher the risk
18  becomes.
19    Q.  So that I understand, you've said
20  Mr. Russo has more than the threshold, correct?
21    A.  Way more.
22    Q.  But -- and so do you intend to testify
23  that because he has way more than the threshold,
24  his risk was even higher than indicated in, say,
25  the McDuffie study?

Page 64

1    A.  I can't answer that.  I can't quantify
2  whether the risk is twice or thrice or ten times
3  more.  I don't think we can answer that
4  question.
5      What we can say that in his particular
6  case he was exposed at substantially more than
7  what the literature suggested increases the risk
8  of NHL and he has absolutely no other risk
9  factor whatsoever to developing this disease.
10  So that's why his lymphoma was caused by
11  Roundup.
12    Q.  Okay.  On pages 26 to 27 you reference
13  the Eriksson study and you said:
14      "This study also showed that more
15    exposure leads to higher risk similar to
16    McDuffie et. al paper summarized above.
17    Mr. Russo's exposure far exceeded the ten
18    days in a lifetime based on my
19    above-described analysis."
20      Correct?
21    A.  Yes.
22    Q.  Am I correct in understanding that you
23  intend to testify that the Eriksson study stands
24  for the proposition that if someone like
25  Mr. Russo uses Roundup more than ten lifetime

Page 65

1  days, the risk of developing NHL doubles?
2    A.  Again, this is another supporting
3  evidence.  You just have to take all of the
4  evidence together.  So this is another paper
5  that demonstrates an important piece of the
6  puzzle which is the more exposure you have to
7  glyphosate, the higher the risk of the disease
8  is.
9      But I can't say if somebody had 30 days
10  lifetime, does this mean it triples that risk?
11  I just don't have that information.  All what I
12  can say is you have two papers, the McDuffie
13  paper and the Eriksson papers.  In both papers
14  what essentially they show is the more exposure
15  you have, the higher the risk becomes.
16      In one paper they said two days per
17  year.  In another paper they said ten days per
18  lifetime.  But essentially what they're saying
19  is the more you get exposed, the higher the risk
20  is.
21    Q.  Sure.  And I think -- so I wasn't
22  asking about his exposure going well above the
23  ten lifetime days.  But you're using this study
24  to show that his risk doubles because he was
25  exposed more than ten days, correct?

17  (Pages 62 to 65)

Chadi Nabhan, M.D.

Page 66

1    A.  I'm using this study to show that the
2  more exposure you have, the higher the risk
3  becomes.  That's what I'm using this study.  I
4  don't need necessarily to always have
5  statistical significance, as me and you had many
6  conversations about this before.  But what this
7  study shows that the more exposure you have, the
8  higher the risk is.
9       In both studies the threshold that they
10  used, he exceeded both of them.  So -- but to me
11  the take-home message of both these studies are
12  more important than the two days and the ten
13  days.  The take-home message of both studies:
14  The more exposure you have, the more likely you
15  are going to get that disease barring other risk
16  factors and other issues and so forth.  That's
17  really the take-home message of this.
18    Q.  Is it your opinion though that for
19  anyone such as Mr. Russo who exceeds more than
20  ten days of lifetime exposure, that glyphosate
21  would be a substantial factor in causing their
22  non-Hodgkin's lymphoma?
23       MS. FORGIE:  Objection; incomplete
24    hypothetical.
25       ///

Page 67

1  BY THE WITNESS:
2    A.  Yes.  It is hypothetical, but I think
3  what -- whenever you see the exposure at a
4  substantially increased level than what is
5  published, you would add or you would propose
6  glyphosate and Roundup as a risk factor and then
7  you have to look at other factors that are
8  factored in that case so you could know more
9  about that particular case and individual.
10       But yes, you would add that as now it
11  becomes a risk factor that you would include in
12  your differential etiology, whatever methodology
13  that you are applying.  But then you have to
14  look at that hypothetical patient and say, What
15  else does this patient have that I would include
16  in that bucket as I look at my differential
17  etiology?
18    Q.  But in that scenario you would include
19  glyphosate as a risk factor that you then
20  couldn't rule out, correct?
21    A.  I would include it as a risk factor
22  that I would need to analyze in relation to
23  other risk factors that were involved in that
24  patient.  But yes, I would include it as a risk
25  factor.

Page 68

1       It's -- to simplify things, if you
2  smoked one cigarette in your lifetime versus if
3  you smoke 20 pack of cigarettes, you know, in a
4  given year, again, you have to decide which one
5  of these you would include now tobacco or
6  cigarette smoking as a risk of lung cancer or
7  heart disease.  So if I have a patient that has
8  been exposed to Roundup in an amount that
9  exceeds what has been published in the papers
10  that we just talked about, then it becomes a
11  risk factor.  That's all I could tell you.
12       And then I have to look at other risk
13  factors the patient has and what other scenarios
14  of that particular case before I make a
15  determination what may have caused the disease
16  in that particular individual.
17    Q.  Sure.  But if you look -- in that
18  scenario if you -- if the patient had other risk
19  factors, let's say for example HIV, you would
20  then say it's Roundup and HIV, correct?
21       MS. FORGIE:  Objection.
22  BY THE WITNESS:
23    A.  Yeah.  I could.  I mean, I have had a
24  case like this as you know --
25       ///

Page 69

1  BY MR. LEVINE:
2    Q.  Right.
3    A.  -- and I -- there were actually more
4  than one cause and I said, you know, there were
5  three causes in this particular case, and yeah,
6  I mean, sometimes it may not be one causative
7  risk factor.  Sometimes you could have more than
8  one risk factor.
9       Somebody who has uncontrolled diabetes
10  and uncontrolled hypertension, both of these
11  risks are a risk factor for heart disease.  The
12  same applies here.  But the answer is yes.
13  BY MR. LEVINE:
14    Q.  Right.  If somebody had Roundup use and
15  Epstein-Barr, you would say it was Roundup and
16  Epstein-Barr, correct?
17       MS. FORGIE:  Objection.
18  BY THE WITNESS:
19    A.  Yes, but it depends what you mean by
20  Epstein-Barr.  EBV has to be on the actual
21  cells, right?  Because probably all of us in
22  this room have been exposed to EBV but that
23  doesn't mean that the cancer cells are EBV.  So
24  if you mean by Epstein-Barr that the
25  Epstein-Barr was detected on the cancer cells,

18 (Pages 66 to 69)

Chadi Nabhan, M.D.

Page 70

1    the pathology, then yes, I would add that.
2    BY MR. LEVINE:
3        Q.  And if the Epstein-Barr was detected on
4    the cancer cells --
5        A.  Was or was not?
6        Q.  Was. -- you would say it was
7    Epstein-Barr and Roundup, correct?
8        MS. FORGIE:  Objection.
9    BY THE WITNESS:
10       A.  I would have -- yes, I mean, I would --
11   you could have more than one risk factor, more
12   than one causative risk factor for a particular
13   disease.  There is no reason to think that you
14   only have to have one risk factor.  Like any
15   other disease, you could have no risk factors,
16   you could have one risk factor, you could have
17   five risk factors.
18   BY MR. LEVINE:
19       Q.  And if somebody had active hepatitis C,
20   you would say it was Roundup and the active
21   hepatitis C?
22       MS. FORGIE:  Objection.
23   BY THE WITNESS:
24       A.  Again, a lot of these are
25   hypotheticals, but I think we're saying the same

Page 71

1    thing.  You can have more than one risk factor.
2        I think you know that I do believe
3    active hepatitis C is a risk factor for
4    developing non-Hodgkin's lymphoma, and if I have
5    somebody with active hepatitis C and a lot of
6    viral load in the blood and Roundup exposure, it
7    could be both of them as a risk factor.
8    BY MR. LEVINE:
9        Q.  And you have said that before?
10       A.  I have, yeah.
11       Q.  So I want to ask you a little bit more
12   about the McDuffie study, and I'll give you the
13   study because I think you're quoting it and it's
14   better if I show it to you.
15       A.  Sure.
16           (Exhibit 7 was marked for
17            identification.)
18   BY MR. LEVINE:
19       Q.  You can, by the way, look at page 24 of
20   your report.  That's where I'm going.
21       A.  Sure.
22       MR. LEVINE:  Do you want this one?
23   I'll let you take that.
24       MS. FORGIE:  Thanks.
25   ///

Page 72

1    BY MR. LEVINE:
2        Q.  So on page 24 you say, Importantly,
3    among -- you quote the McDuffie study saying:
4    Importantly, among individual pesticides --
5    strike that.  I don't think you quote, but I put
6    quotes for the record.  I'm going to start that
7    all over.  Strike all that.
8        On page 24 you say:
9        "Importantly, among individual
10       pesticides, carbaryl, lindane, DDT, and
11       malathion insecticides were included in the
12       initial multivariate model and found not to
13       contribute significantly to the risk of
14       non-Hodgkin's lymphoma."
15       Correct?
16       A.  Yes.
17       Q.  What do you mean by "importantly"
18   there?
19       A.  I'm not sure I had any specific meaning
20   to importantly.  I just mentioned that these are
21   -- if you look at Table 7 of the paper, I don't
22   know if you're -- anyway, in Table 7 in the
23   paper, that's what the authors say on top of
24   Table 7, that they looked at these particular
25   pesticides.  Among individual pesticides they

Page 73

1    looked at these ones and they did not realize,
2    they did not recognize or they did not find that
3    they actually increased the risk of NHL so they
4    did not feel they need to be included in the
5    multivariable model.
6        It says what it says.  I'm not sure
7    what --
8        Q.  So that statement you make actually
9    applies only to Table 7, correct?
10       MS. FORGIE:  Objection.
11   BY THE WITNESS:
12       A.  That's what the authors did, right?  I
13   mean, that's what they did.
14   BY MR. LEVINE:
15       Q.  Well, take a look at the abstract,
16   okay?  Go to the abstract of the study.
17       A.  Okay.
18       Q.  Starting with the very end of the first
19   column in the abstract it says:  "Among
20   individual compounds, in multivariate analysis."
21       Do you see where I am?
22       A.  One second.
23       Q.  Mostly going onto the right column.
24       A.  Oh, yes, okay.  Hm-hmm.
25       Q.  Okay.  So it says:  "Among individual

19 (Pages 70 to 73)

Chadi Nabhan, M.D.

Page 74

1 compounds, in multivariate analyses" -- that's
2 what you were referring to in your report, the
3 multivariate analysis, correct?
4     A.  Keep going because I want to make sure
5 I lump all of this together.
6     Q.  Okay.
7         "Among individual compounds, in
8     multivariate analyses, the risk of NHL was
9     statistically significantly increased by
10    exposure to the herbicides 2,4d."
11        Correct?
12    A.  Yes, I see that.
13    Q.  Okay.  Mecoprop?
14    A.  Okay.
15    Q.  Dicamba?
16    A.  Okay.
17    Q.  To the insecticides malathion, correct?
18    A.  Okay.
19    Q.  Okay.  Right there, so malathion was
20 referenced in your report as not being increased
21 in multivariate analysis?
22    A.  That's what the author said in the
23 paper.
24    Q.  That's what they said on Table 7.  But
25 in their study in the multivariate analysis they

Page 75

1 say in their paper right here -- and we can go
2 to the table that shows it -- that malathion was
3 significantly increased, correct?
4     A.  That's what the abstract says, yes.
5     Q.  Okay.  And if you go on, a couple --
6 you then have DDT, correct?
7     A.  Yes.  I see that.
8     Q.  Okay.  That's one of the ones you said
9 was not increased in multivariate analysis in
10 your report, correct?
11    A.  Based on Table 7, yes.
12    Q.  Okay.  And then you have carbaryl?
13    A.  Yes.
14    Q.  That's one of the ones you say in your
15 multivariate analysis was not statistically
16 significantly increased, correct?
17    A.  Yes, again based on the table that I
18 just cited, yes.
19    Q.  Okay.  And then you have lindane;
20 that's one of the ones you say was not
21 statistically significantly increased in the
22 multivariate model, correct?
23    A.  Yes.  Same answer.
24    Q.  Okay.  So do you understand that what
25 the authors were referring to there was specific

Page 76

1 to Table 7 saying that the multivariate analysis
2 did not indicate that those specific pesticides
3 contributed to the risks in that table?
4     MS. FORGIE:  Objection.
5 BY THE WITNESS:
6     A.  Yeah.  I'll have to read this a little
7 bit further to make sure that you may -- you may
8 be correct here.  I'll have to read this
9 further.  Give me a few minutes.  I can read it.
10 BY MR. LEVINE:
11    Q.  I'll give you all the time you want.
12 If you want to go off the record, we can go off
13 the record.
14    A.  Yeah.  Just maybe five minutes so I can
15 read it.
16    Q.  Sure.
17    THE VIDEOGRAPHER:  Going off the record
18    at 10:05 p.m.
19        (Off the record.)
20    THE VIDEOGRAPHER:  We are back on the
21    record at 10:08 a.m.
22 BY MR. LEVINE:
23    Q.  Dr. Nabhan, isn't it correct that the
24 statement on page 24 in your report in which you
25 seem to state that other pesticides such as

Page 77

1 carbaryl, lindane, DDT, and malathion
2 insecticides were -- did not contribute
3 significantly to the risk of NHL only refers to
4 Table 7, correct?
5     MS. FORGIE:  Objection.
6 BY THE WITNESS:
7     A.  Yeah, that's correct.  I mean, again,
8 that's the -- I essentially put in the statement
9 from the authors from Table 7, so you're
10 correct.
11 BY MR. LEVINE:
12    Q.  And, in fact, each of those was found
13 to be statistically significantly increased in
14 the multivariate analysis in the McDuffie study,
15 correct?
16    MS. FORGIE:  Objection.
17 BY THE WITNESS:
18    A.  On Table 2 and 3 there is an odds ratio
19 of increased risk of these compounds, so the
20 statement in Table 7 is different than what the
21 other tables that we just talked about.
22 BY MR. LEVINE:
23    Q.  Well, what they were looking at in
24 Table 7 was to see whether those found in their
25 multivariate analysis that did increase the risk

Chadi Nabhan, M.D.

Page 78

1  affected the results in Table 7, correct?
2      Q.  You mean the variables in Table 7?
3      Q.  Yeah.  They were seeing whether --
4      A.  Like the ones in the previous cancer
5  and other ones.
6      Q.  Right.  They were seeing whether other
7  pesticides which they found to increase the risk
8  in their multivariate analysis affected the
9  results in Table 7, correct?
10      MS. FORGIE:  Objection.
11  BY THE WITNESS:
12      A.  I believe so.  I mean, again, the
13  statement seems to be -- from the authors is not
14  -- again, I mean, I obviously just -- I added
15  the statement from the authors and it looks like
16  they probably were looking at whether these
17  particular individual compounds affected the
18  variables listed in Table 7.
19      That's the best I could really tell you
20  based on my rereview right now.
21  BY MR. LEVINE:
22      Q.  And, by the way, in the multivariate
23  analysis in this study glyphosate was not found
24  to increase the risk of non-Hodgkin's lymphoma,
25  correct?

Page 79

1      A.  Right, in this study it did not.
2  However, obviously there was a dose response
3  here and I think, as we talked earlier, the
4  underpinning of this study is the more exposure
5  you have to this particular compound, the higher
6  the risk of the disease.
7      And usually when you have confounders
8  or other type of factors that may increase the
9  risk of the disease itself, you don't really see
10  the dose response.  You really get -- the dose
11  response is significantly mitigated if you have
12  a lot of confounders.
13      Q.  And going back to Table 7 by the way,
14  Table 7 does indicate that a first degree
15  relative with cancer increases the risk of
16  non-Hodgkin's lymphoma, correct?
17      A.  Yeah.  I disagree with the statement.
18  There is a lot of flaws in looking at first
19  degree relatives of any cancer.  This is
20  actually inaccurate.
21      There is a lot of data to contradict
22  this, and I'm more than happy to explain to you
23  the flaw of this whenever you want.
24      Q.  And the McDuffie authors even note in
25  the abstract that they found that a first degree

Page 80

1  relative with cancer increases the risk of
2  non-Hodgkin's lymphoma, correct?
3      A.  So in the cohorts that they studied,
4  right, they had cases and they had controls,
5  right?  I mean, it's a case control study.
6      So they had cases and they had
7  controls.  And what they found in that
8  particular collection of patients or individuals
9  that they looked at, that the patients who were
10  in the cases had more family history of cancer
11  than the patients in the -- than in the
12  controls.
13      That does not mean that family history
14  in my opinion is a risk factor, any family
15  history of any cancer is a risk of NHL.  All
16  what that means, in this particular study you
17  had cases and you had controls and the cases had
18  more family history of cancer than the controls.
19      The study wasn't by any means designed
20  to look at family history as a risk factor or
21  not.  They just actually saw that in this
22  particular collection of patients that they
23  looked at there were more family history in the
24  cases than the controls.  There are many other
25  studies, case control studies and other data

Page 81

1  that shows the opposite.  The family history of
2  any cancer is actually not a risk factor of
3  non-Hodgkin's lymphoma.
4      It's analogous of, you know, you know,
5  you walk into a room and you see people on the
6  right-hand side of the room wearing suits and
7  people on the left-hand side of the room are not
8  wearing suits.  So you can -- in your
9  observation you would say, Well, there is more
10  suits being worn on the right side of this room
11  than the left side.
12      That doesn't mean that every time
13  you're going to walk into this room you're going
14  to find more suits on the right side than the
15  left side.  All it means is that in your
16  observation in this particular time, in the
17  cohort of studying the people inside this room,
18  you observed that there is statistically
19  significant more people wearing suits on the
20  right side than the left side.  Great.  You may
21  come back the next day and you don't see that
22  observation.
23      So you need to design a study to say I
24  want to actually look at how often and how
25  common.  I see people always on the right side

Chadi Nabhan, M.D.

Page 82

1  wearing suits versus the left side. These
2  studies actually were done trying to look at
3  family history of cancer and NHL, and they were
4  negative. Family history of solid tumors in
5  first degree relatives is not a risk factor of
6  developing NHL, is not.
7      Q. I understand.
8      A. And I disagree with any statement that
9  suggests otherwise.
10     Q. Why doesn't everything you just said
11 apply to the glyphosate finding in the study?
12     A. What do you mean?
13     Q. Cases and controls and what you can say
14 about the right side of the room and the left
15 side of the room.
16     A. You have a dose response here, right?
17 You have a dose response. That's No. 1. You
18 have other studies that support the same
19 thoughts in terms of dose response, and the most
20 important piece is when you look at glyphosate,
21 there is actual data in terms of the potential
22 genotoxicity, the chromosomal damage, the
23 cellular damage.
24        There is actual studies that look at
25 what glyphosate does on the cellular level. So

Page 83

1  you can't really take away other aspects of the
2  information or the data or the literature and
3  just ignore that.
4      Q. And just to be clear, you don't have a
5  dose response in the multivariate in that model
6  in this study, correct?
7      A. I'm not sure it can be done in a
8  multivariate on a dose response. You'd have to
9  ask a statistician on that. But I believe that
10 when you have a dose response, the confounders
11 that you may assume they actually did not show
12 statistical significance. Usually you don't see
13 dose response.
14        Again, because the confounders in
15 general, when you claim that confounders led to
16 the lack of statistical significance, why did
17 you still see a dose response? Right? You
18 still see a dose response.
19        The confounders should bring the dose
20 response down. You shouldn't see a dose
21 response if there are true confounders. From a
22 clinical perspective, it's my opinion that if
23 you have confounders that you truly believe they
24 affect the interpretation of the results, then
25 you should not see a dose response. With more

Page 84

1  exposure, you get more chance of developing the
2  disease.
3      Q. Not every study that looked at dose
4  response showed a dose response with respect to
5  glyphosate, correct?
6        MS. FORGIE: Objection.
7  BY THE WITNESS:
8      A. I think you're referring to the
9  Agricultural Health Study, and we can go over
10 this any time you want in terms of the other
11 issues with that study. Every study has --
12 there is no perfect study. You've heard me say
13 that 100 times before and I will always say
14 that.
15        You can always find problems and flaws
16 in every single study published in the
17 biomedical literature. That doesn't mean that
18 we can't try to interpret the literature to the
19 extent possible to help patients and make sure
20 we try to find the proper information.
21        So there are some studies, like the
22 Agricultural Health Study, that did look at more
23 exposure and did not find that glyphosate
24 increased the risk of NHL.
25        ///

Page 85

1  BY MR. LEVINE:
2      Q. Let's get back to Mr. Russo. None of
3  Mr. Russo's blood tests show that Roundup or
4  glyphosate was present in Mr. Russo, correct?
5      A. Correct. I don't believe that was
6  checked. I don't believe that was checked.
7      Q. None of Mr. Russo's urine tests show
8  the presence of Roundup or glyphosate, correct?
9      A. Correct. It was not checked.
10     Q. No fecal test that you saw showed the
11 presence of Roundup or glyphosate in Mr. Russo,
12 correct?
13     A. Correct. It was not checked.
14     Q. None of Mr. Russo's cancer pathology
15 shows evidence of glyphosate or Roundup,
16 correct?
17     A. Pathology is unable to identify the
18 cause except in very, very rare situations, so
19 that is correct.
20     Q. You have not seen any genomic analysis
21 that indicates anything pertinent to Roundup or
22 glyphosate in Mr. Russo, correct?
23     A. No genomic analysis was performed.
24     Q. No medical test of any type shows
25 glyphosate or Roundup present in Mr. Russo's

22 (Pages 82 to 85)

Chadi Nabhan, M.D.

Page 86

1   system, correct?
2       A.  I don't believe these tests were
3   performed.
4       Q.  No medical test of any type shows
5   Roundup caused Mr. Russo's non-Hodgkin's
6   lymphoma, correct?
7       A.  I don't believe his physicians were
8   investigating the cause of his non-Hodgkin's
9   lymphoma.
10      Q.  There are no biomarkers that point to
11  glyphosate or Roundup as the cause of
12  Mr. Russo's cancer, correct?
13      A.  To my knowledge, such biomarker does
14  not exist.
15      Q.  There is no medical record from
16  Mr. Russo that says glyphosate or Roundup caused
17  or contributed to his CNS lymphoma, correct?
18      A.  Again, same answer.  I don't believe
19  his physicians were investigating the cause of
20  the disease.  They were just treating.
21      Q.  So is that correct?
22          MS. FORGIE:  Objection; asked and
23  answered.
24          You can answer it again.
25          ///

Page 87

1   BY THE WITNESS:
2       A.  Yes.  His physicians were not looking
3   at the cause of the disease.  They just simply
4   were treating it without investigating the
5   causation.
6   BY MR. LEVINE:
7       Q.  No scientifically-validated procedure
8   or protocol that points to glyphosate as the
9   cause of Mr. Russo's non-Hodgkin's lymphoma,
10  correct?
11      A.  And could you clarify what you mean by
12  scientifically validated?  Because I believe the
13  methodology I did -- this is methodology and I
14  believe it's validated.
15          I'm not sure if that's what you're
16  referring to, if you're talking labs or tests or
17  imaging.  Can you clarify, please?
18      Q.  Can you cite to me any
19  scientifically-validated procedure that's been
20  published that explains how to determine that
21  glyphosate is the cause of Mr. Russo's
22  non-Hodgkin's lymphoma?
23      A.  I'm not sure I understand your
24  question.  I'll answer it to the best of my
25  ability which is, you know, in determining

Page 88

1   causation, the proper methodology is to do what
2   I did which is you go over all of the causes
3   that may have contributed to the particular
4   illness, in this situation non-Hodgkin's
5   lymphoma, and evaluate each particular one based
6   on its scientific merit as it pertains to the
7   case at hand.
8           There is no lab test if that's what
9   you're asking.  There is no imaging study if
10  that's what you're asking.  We went through
11  this.  There is no biomarker and pathology and
12  so forth.
13          But the methodology of trying to look
14  at every particular risk factor is a proper
15  methodology of determining causation of lymphoma
16  and any other disease.  I mean, why do doctors
17  spend an hour talking to a patient when they
18  first meet that patient and ask questions and
19  try to investigate?  They are trying to know
20  what may have contributed, what they can do, and
21  how they design a treatment plan.  That's the
22  methodology we are taught about in school.
23      Q.  A patient with the exact same medical
24  history as Mr. Russo but who never used Roundup
25  could still be diagnosed with the exact same

Page 89

1   type of non-Hodgkin's lymphoma, CNS lymphoma at
2   the exact same time as Mr. Russo was diagnosed,
3   correct?
4           MS. FORGIE:  Objection.
5   BY THE WITNESS:
6       A.  Sure.  That's possible, but you have to
7   bear in mind that he was diagnosed over a decade
8   younger than the median age of diagnosis.
9           So it's something to always factor in.
10  I think we spent time talking about age earlier
11  on in the deposition, so you always have to
12  think about why would a younger person have the
13  disease early on, and you investigate further.
14  BY MR. LEVINE:
15      Q.  And if he was older, you would still
16  say it was Roundup, correct?
17          MS. FORGIE:  Objection.
18  BY THE WITNESS:
19      A.  You said exposure or no exposure?  Your
20  hypothetical was without exposure.
21  BY MR. LEVINE:
22      Q.  Well, if someone were older but exposed
23  to Roundup, you would still say it's Roundup?
24          MS. FORGIE:  Objection.
25          ///

23  (Pages 86 to 89)

Chadi Nabhan, M.D.

Page 90

```
 1    BY THE WITNESS:
 2       A.  Yes.  I think age is not -- in my
 3    opinion age is not a causative factor.  I just
 4    wanted to clarify because you gave me an example
 5    of somebody similar to Mr. Russo but has never
 6    been exposed to Roundup.  I would say then it's
 7    just idiopathic.  I'm not aware of what caused
 8    it.
 9    BY MR. LEVINE:
10       Q.  You're not saying Mr. Russo would not
11    have been diagnosed with non-Hodgkin's lymphoma
12    having never used Roundup, correct?
13          MS. FORGIE:  Objection.
14    BY THE WITNESS:
15       A.  I don't think anybody would know what
16    any person could develop unfortunately.
17    BY MR. LEVINE:
18       Q.  Do you agree that Mr. Russo may have
19    had cancer cells when he started spraying
20    Roundup?
21          MS. FORGIE:  Objection.
22    BY THE WITNESS:
23       A.  Let me just check when he started
24    spraying.  I don't agree with that statement.
25    You're saying in 1997 he had cancer cells?
```

Page 91

```
 1    BY MR. LEVINE:
 2       Q.  Do you think, are you saying that in
 3    1997 Mr. Russo could not have had cancer
 4    mutations?
 5       A.  Correct.  He could not have had cancer
 6    mutations.
 7       Q.  Can you say that Roundup caused the
 8    first cancer mutation in Mr. Russo?
 9       A.  There is no other hazard that he was
10    exposed to.
11       Q.  Explain to me your basis for saying
12    that Roundup caused the first cancer mutation in
13    Mr. Russo.
14       A.  He wasn't exposed to anything else that
15    I'm aware of that might cause any particular
16    mutation that might lead to cancer.  I mean,
17    again, based on -- just based on history and the
18    information that we have.
19       Q.  Isn't it fair to say that we all have
20    various exposures throughout our lifetime, that
21    we can never conceivably identify all of our
22    exposures, correct?
23          MS. FORGIE:  Objection.
24    BY THE WITNESS:
25       A.  Of course.  I mean, we -- you fly all
```

Page 92

```
 1    over the place.  You get exposed to the sun,
 2    right?  I mean, if you fly from California to
 3    New York, that's a lot of sun exposure.  I mean,
 4    yeah, but that doesn't mean you ignore something
 5    that is well known as a causative risk factor.
 6    BY MR. LEVINE:
 7       Q.  But it does mean that Mr. Russo may
 8    have had cancer mutations or cancer cells prior
 9    to ever using Roundup, correct?
10          MS. FORGIE:  Objection; asked and
11    answered.
12          You can answer it again.
13    BY THE WITNESS:
14    [REDACTED]
22    BY MR. LEVINE:
23       Q.  Okay.  So then let me just to
24    understand, suppose someone stops using Roundup
25    and is healthy.  How long does it have to be
```

Page 93

```
 1    before you can say Roundup didn't cause any
 2    cancer mutations in that person?  Strike that.
 3    Let me -- I realize that was a little unclear.
 4          Suppose someone healthy stops using
 5    Roundup.  How long without a diagnosis of
 6    non-Hodgkin's lymphoma does there have to be in
 7    that person before you can say Roundup never
 8    caused any cancer mutations in that person?
 9          MS. FORGIE:  Objection; calls for
10    speculation.
11    BY THE WITNESS:
12       A.  Just so I understand the question, so
13    somebody used Roundup for a particular time?
14    BY MR. LEVINE:
15       Q.  For whatever the threshold is for you
16    to determine causation.
17       A.  Okay.  So used it for five years,
18    whatever it is, and then stopped.
19       Q.  Yeah, and then stopped.  And they're
20    perfectly healthy.
21       A.  Okay.
22       Q.  And let's say they stopped, for
23    instance --
24       A.  I don't know the answer to that.  I see
25    your question.  I'm not sure really we know the
```

Chadi Nabhan, M.D.

Page 94

1  answer to that.  I'm not aware of -- I have not
2  seen -- let me back up.
3       It's a good question, but I don't think
4  we know the -- it's okay.  Sometimes you ask
5  good questions, but we don't have -- we don't
6  have the answer to that.  We really don't.
7       It's similar to if you have somebody
8  who was a very heavy smoker, a heavy smoker and
9  then stopped.  Does this really eliminate the
10 risk of developing lung cancer?  And how long
11 does he have to stop before they can develop
12 lung cancer?  We don't have the answers to this
13 because --
14      MS. FORGIE:  Wait, wait.  Let him
15 finish.
16      MR. LEVINE:  Sorry.
17 BY THE WITNESS:
18      A.  -- because mutations do actually occur.
19 Genetic damage does actually occur, and much of
20 the genetic damage is not reversible.  You can't
21 -- I mean, the cells are not able to repair
22 themselves.
23      So you could have the exposure and you
24 stop.  You already have non-genetic damage and
25 maybe you get another factor that might actually

Page 95

1  lead after that to developing the disease or
2  maybe developing the disease later on.  I'm not
3  aware of the literature telling us how long you
4  need to stop using glyphosate before your risk
5  of developing NHL is mitigated.  I'm more than
6  happy to look if you have something, but I'm not
7  aware of anything like that.
8  BY MR. LEVINE:
9       Q.  So we were talking, for instance, how
10 you know Mr. Russo didn't have any cancer
11 mutations at age 32, for example, when he
12 started using Roundup, correct?
13      A.  I'm not God, but to the best of my
14 knowledge I use common sense.  I think at the
15 age of 32 in somebody like him who does not have
16 any other medical history, it's hard for me to
17 believe he had a mutation.
18      Now, can I be 100 percent sure?  I
19 don't think anybody at this table can be.  But I
20 don't have any reason to think a 32-year-old
21 otherwise healthy person, not immunocompromised,
22 has a mutation going on in his body.
23      Q.  In the scenario -- again, a
24 hypothetical scenario -- so your objection is
25 pre-noted -- where if Mr. Russo, for instance,

Page 96

1  had stopped using Roundup at age 32 and been
2  diagnosed at ████ with non-Hodgkin's lymphoma
3  --
4       A.  So he used it in his 20s and then
5  stopped at 32?
6       Q.  Right, and went 17 years without a
7  diagnosis of non-Hodgkin's lymphoma.  Would you
8  be sitting here and telling me he had no cancer
9  mutations at age 32?
10      MS. FORGIE:  Objection; asked and
11 answered.
12      You can answer again.
13 BY THE WITNESS:
14      A.  Yeah.  I mean, again, it's obviously a
15 very hypothetical question and I'm -- I don't
16 have actual literature to be very precise in my
17 answer.  Some of this is almost pontification
18 and just opinion based on expertise and
19 knowledge and treating patients and so forth.
20      If you have somebody who is exposed in
21 his or her 20s to an occupational hazard that
22 you know could cause damage to the cell, you
23 can't ignore that.  That particular exposure
24 will lead to some cellular damage, maybe
25 genotoxicity and so forth.

Page 97

1       Now, if you stop the use of this
2  particular compound, is there data out there to
3  support that somehow that genetic damage or the
4  genotoxicity is reversible?  And to my
5  knowledge, no, because if you have that -- if
6  the cells got damaged and the genetics got
7  damaged and so forth, I'm not aware that the --
8  there is a repair mechanism that happens with
9  time.
10      Now, this doesn't mean that every
11 single person -- as me and you have talked
12 before -- who gets exposed to Roundup everybody
13 is going to get non-Hodgkin's lymphoma, and not
14 every non-Hodgkin's lymphoma is caused by
15 Roundup.  We've already went through this.
16      Q.  There are genotoxicity studies that
17 actually do show that the genotoxicity evidence
18 goes away after time, correct?
19      MS. FORGIE:  Objection.
20 BY THE WITNESS:
21      A.  But your question is, your question is
22 how long would it take to that repair mechanism?
23 I don't know the answer to that.  Is it 20
24 years, is it 25 years, is it 10 years?
25      Again, I'm not aware -- you got me

Chadi Nabhan, M.D.

Page 98

 1  curious, I'm going to look this up -- but I'm
 2  not aware of a particular time that needs to
 3  pass by in order for the genotoxicity damage to
 4  be reversed.  If that exists, I would love to
 5  look at it, but I'm going to look at it myself
 6  and try to find if there is anything out there.
 7  I'm not aware there is.
 8      Q.  If you saw a patient with the exact
 9  same medical history as Mr. Russo except there
10  was no exposure to Roundup, what would you say
11  caused his CNS lymphoma?
12      MS. FORGIE:  Objection.
13  BY THE WITNESS:
14      A.  That was asked and answered.  I would
15  say it was idiopathic.
16  BY MR. LEVINE:
17      Q.  As long as Mr. Russo used Roundup for
18  more than two days a year or ten days total in
19  his lifetime, you would say it was Roundup that
20  caused his non-Hodgkin's lymphoma?
21      MS. FORGIE:  Objection.
22  BY THE WITNESS:
23      A.  No.  That misstates what I said.  I
24  said that will lead to including this as a risk
25  factor, and then I would look at all of the

Page 99

 1  other factors at the particular disease, at the
 2  particular histology, at the particular other
 3  aspects.
 4          I think me and you just went through it
 5  sometimes could be HIV plus Roundup.  It could
 6  be active hepatitis C plus Roundup.  So my point
 7  is if there is a particular threshold that is
 8  met, I would include that risk factor in my
 9  differential etiology.
10          I would put all of them together and
11  then I would look at each one critically and
12  assess whether it's risk factor.  And you're
13  aware of my prior testimonies where I have said
14  there are three risk factors of this patient.
15  So by no means I would suggest that it's always
16  Roundup and it's only Roundup.
17          But if it's a risk, meeting the minimum
18  threshold, I will always include it as risk
19  factor.
20  BY MR. LEVINE:
21      Q.  In the case of Mr. Russo and his
22  medical history, as long as he used it for more
23  than two days a year or ten total lifetime days,
24  you would say Roundup caused or contributed to
25  his non-Hodgkin's lymphoma, right?

Page 100

 1      MS. FORGIE:  Objection; asked and
 2  answered.
 3          You can answer it again.
 4  BY THE WITNESS:
 5      A.  I would include it in the differential
 6  etiology.  I think the way you are phrasing the
 7  question, you are implying that I don't -- I
 8  discount other potential risk factors which
 9  obviously I don't.  I mean, he was exposed to
10  Roundup far more than two days per year, far
11  more than ten days per lifetime.  But because of
12  the threshold, I included that in the
13  differential etiology.
14  BY MR. LEVINE:
15      Q.  I think what I'm misunderstanding and
16  it's not with respect to other risk factors is
17  when you say you would include it on the
18  differential etiology, does that mean you
19  wouldn't -- what I'm asking is it means you
20  would not exclude it in the process of doing
21  your differential etiology?
22      A.  I would not exclude it if somebody has
23  had that minimum exposure, especially if the
24  exposure is ten, 20 times more than what's been
25  published.

Page 101

 1      MR. LEVINE:  I may be done.
 2      MS. FORGIE:  Okay.
 3      MR. LEVINE:  Let's take a short break.
 4      THE VIDEOGRAPHER:  Going off the record
 5  at 10:33 a.m.
 6          (Off the record.)
 7      THE VIDEOGRAPHER:  We are back on the
 8  record at 10:34 a.m.
 9      MR. LEVINE:  Thank you, Doctor.  I have
10  no further questions.
11      THE WITNESS:  You're welcome.
12      MS. FORGIE:  I have no questions.
13  Thank you.
14      THE VIDEOGRAPHER:  Going off the record
15  at 10:35 a.m.  This includes the videotaped
16  deposition of Dr. Nabhan.
17
18
19          FURTHER DEPONENT SAITH NOT.
20
21
22
23
24
25

26 (Pages 98 to 101)

Chadi Nabhan, M.D.

## Page 102

1    CERTIFICATE OF CERTIFIED SHORTHAND REPORTER
2
3         I, MARIANNE NEE, a Certified Shorthand
     Reporter of the State of Illinois, C S R
4    No  084-002341, do hereby certify:
5         That previous to the commencement of
     the examination of the witness, the witness
6    was duly sworn to testify the whole truth
     concerning the matters herein;
7
          That the foregoing deposition
8    transcript was reported stenographically by
     me and thereafter reduced to typewriting
9    under my personal direction;
10        That the reading and signing of said
     deposition was reserved by counsel for the
11   respective parties and the witness;
12        That the foregoing constitutes a true
     record of the proceedings had and testimony
13   taken, to the best of my abilities;
14        That I am not a relative, employee,
     attorney or counsel, nor a relative or
15   employee of such attorney or counsel for
     any of the parties hereto, nor interested
16   directly or indirectly in the outcome of
     this action
17   SIGNED THIS 1st DAY OF NOVEMBER, 2019
18
19
20       _____
         Marianne Nee, CSR, RPR, RDR
21       Illinois Certified Shorthand
         Reporter No  084-002341
22
23
24
25

## Page 103

1              INSTRUCTIONS TO WITNESS
2
3         Please read your deposition over
4    carefully and make any necessary
5    corrections.  You should state the reason
6    in the appropriate space on the errata
7    sheet for any corrections that are made.
8         After doing so, please sign the errata
9    sheet and date it.  You are signing same
10   subject to the changes you have noted on
11   the errata sheet, which will be attached to
12   your deposition.
13        It is imperative that you return the
14   original errata sheet to the deposing
15   attorney within thirty (30) days of receipt
16   of the deposition transcript by you.  If
17   you fail to do so, the deposition
18   transcript may be deemed to be accurate and
19   may be used in court.
20
21
22
23
24
25

## Page 104

1              E R R A T A
2    I wish to make the following changes, for the
3    following reasons:
4    PAGE LINE
5    ___  ___  CHANGE:_____
6         REASON:_____
7    ___  ___  CHANGE:_____
8         REASON:_____
9    ___  ___  CHANGE:_____
10        REASON:_____
11   ___  ___  CHANGE:_____
12        REASON:_____
13   ___  ___  CHANGE:_____
14        REASON:_____
15   ___  ___  CHANGE:_____
16        REASON:_____
17   ___  ___  CHANGE:_____
18        REASON:_____
19   ___  ___  CHANGE:_____
20        REASON:_____
21   ___  ___  CHANGE:_____
22        REASON:_____
23   ___  ___  CHANGE:_____
24        REASON:_____
25

## Page 105

1            ACKNOWLEDGMENT OF DEPONENT
2
3         I, CHADI NABHAN, M.D., do hereby
4    certify that I have read the foregoing
5    pages, and that the same is a correct
6    transcription of the answers given by me to
7    the questions therein propounded, except
8    for the corrections or changes in form or
9    substance, if any, noted in the attached
10   Errata Sheet.
11
12   _____
13    CHADI NABHAN, M.D.              DATE
14
15   Subscribed and sworn
     to before me this_____
16   day of_____20____.
     My commission expires:_____
17
18   _____
     Notary
19
20
21
22
23
24
25

27 (Pages 102 to 105)

Chadi Nabhan, M.D.

**A**

**a.m**
1:19 4:21 7:8,11
60:23 61:1 76:21
101:5,8,15
**Aaron**
2:9 5:4,22
**aaron.levine@ar...**
2:10
**abilities**
102:13
**ability**
87:25
**able**
94:21
**above-described**
64:19
**absolutely**
31:21 53:5 57:2
64:8
**abstract**
56:22,25 57:4 58:3
73:15,16,19 75:4
79:25
**access**
25:13,14
**accurate**
14:11,14 34:13
36:4 41:9 48:14
49:23 50:22 52:6
52:9 103:18
**ACKNOWLED...**
105:1
**action**
102:16
**active**
24:10 37:8 51:2
70:19,20 71:3,5
99:6
**actual**
12:19 39:13 69:20
82:21,24 96:16
**add**
67:5,10 70:1
**added**
78:14

**addition**
8:25
**additional**
12:4 13:7 15:23,25
**adjunct**
16:18,22 17:11
**adult**
26:4
**adverse**
17:8
**affect**
47:20 83:24
**African**
50:25
**age**
26:11,14,16,23,24
26:25 27:7,11,17
27:19,22,24 28:3
28:12,12,15,16,23
29:9,16,18 30:12
30:14,20,21 31:5
31:10 32:11 40:11
40:17 42:9 89:8
89:10 90:2,3
95:11,15 96:1,2,9
**aggressive**
48:8
**ago**
24:8 55:6,12 59:20
**agree**
10:24 27:15 29:9
33:24 34:1 35:23
36:16 37:13 39:22
44:13 48:20 59:1
59:11,12 90:18,24
**Agricultural**
84:9,22
**al**
1:6 3:21 64:16
**aligned**
17:10 18:13
**allowing**
22:22
**allows**
17:12
**Americans**
50:25 51:9

**amount**
10:22 68:8
**analogous**
81:4
**analyses**
74:1,8
**analysis**
64:19 73:20 74:3
74:21,25 75:9,15
76:1 77:14,25
78:8,23 85:20,23
**analyze**
67:22
**ANDRUS**
2:3
**answer**
9:8 13:15 16:3
22:23 29:13 30:18
30:23,24 38:24,25
55:18 60:9 64:1,3
69:12 75:23 86:18
86:24 87:24 92:12
93:24 94:1,6
96:12,17 97:23
100:3
**answered**
29:12 30:17 55:17
59:25 86:23 92:11
96:11 98:14 100:2
**answering**
37:22
**answers**
94:12 105:6
**anticipated**
47:22
**anxiety**
44:11,14 45:6 46:5
46:12,16
**anybody**
90:15 95:19
**anyway**
72:22
**apologize**
46:24
**appear**
58:5
**applies**

29:4 39:2 69:12
73:9
**apply**
24:3 82:11
**applying**
67:13
**appointment**
17:12
**approach**
28:24 35:18,22
**appropriate**
23:20 34:18,24
35:18,25 103:6
**appropriately**
26:6
**approximately**
7:25 10:11 12:15
12:17,18
**area**
53:12
**areas**
34:8
**argument**
58:19
**ARNOLD**
2:8
**article**
56:10,14
**Asia**
51:18 52:19
**Asian**
51:21 52:22
**Asians**
50:25
**asked**
12:5 13:4 17:11
19:17 29:11 30:16
31:5 55:16 86:22
92:10 96:10 98:14
100:1
**asking**
13:8,21 22:1 29:2,5
29:6 56:19 65:22
88:9,10 100:19
**aspects**
18:17 83:1 99:3
**assess**

99:12
**associated**
38:5,13,22 39:5,9
39:18
**assume**
23:16,23 24:20
27:11 28:16 36:20
83:11
**assuming**
48:25
**ataxia**
32:17
**attached**
103:11 105:9
**attacks**
45:6,10
**attorney**
102:14,15 103:15
**audibly**
37:22
**August**
34:21 37:19
**aunt**
40:12 41:12
**author**
74:22
**authors**
58:21 59:17 72:23
73:12 75:25 77:9
78:13,15 79:24
**authorship**
56:6
**autoimmune**
20:17 21:4,6 38:16
**available**
25:9
**average**
43:19,20,23
**aware**
9:7 21:16 24:3
35:17 39:11,15,20
44:4 46:19 48:22
54:21,22 55:25
60:10 90:7 91:15
94:1 95:3,7 97:7
97:25 98:2,7
99:13

Chadi Nabhan, M.D.

**B**

**B**
3:1,4 20:14
**B-cell**
33:13 38:7,9 47:19
54:1
**back**
7:10 9:9,12 22:24
44:21 48:23 58:13
60:25 76:20 79:13
81:21 85:2 94:2
101:7
**backtrack**
92:14
**bacteria**
47:25
**bad**
11:1
**barring**
66:15
**based**
8:17 47:4,9 49:9
57:25 62:1 64:18
75:11,17 78:20
88:5 91:17,17
96:18
**basis**
91:11
**BCL2**
38:1,22
**BCL6**
38:1 39:6
**bear**
89:7
**becoming**
34:13
**behalf**
2:2,7 6:1
**believe**
9:14,18 10:7 13:1
14:3 21:5 24:4
30:14,23 34:19
48:7 57:22 58:10
60:11 71:2 78:12
83:9,23 85:5,6
86:2,7,18 87:12

87:14 95:17
**believed**
52:10 59:17
**benzene**
21:23 22:3
**best**
25:12 30:22 78:19
87:24 95:13
102:13
**better**
17:12 34:16 71:14
**beyond**
62:12
**bill**
12:1
**billed**
7:23 11:23
**billing**
7:17
**biomarker**
86:13 88:11
**biomarkers**
86:10
**biomedical**
84:17
**bit**
49:15 71:11 76:7
**blanket**
48:15 59:2,13
**blood**
71:6 85:3
**board**
26:4
**body**
34:3 60:4 95:22
**bone**
60:2
**born**
92:15
**brain**
32:19,23,24 37:6
40:5,12 41:12,19
41:25 60:3
**BRCA1**
50:12
**BRCA2**
50:13

**break**
14:14 60:16 101:3
**breast**
42:3 50:13
**Brief**
7:9 31:16
**bring**
32:4 83:19
**brought**
7:19 48:18
**bucket**
67:16
**Burkitt's**
48:9
**buy**
92:21

**C**

**C**
2:1 3:1 4:1 20:10
52:25 70:19,21
71:3,5 99:6
**C.S.R**
102:3
**California**
1:1 2:4 92:2
**call**
25:24 62:25
**called**
1:10 5:14 16:15
**calls**
93:9
**campus**
17:19
**cancer**
26:18 27:3,4,6,8,9
28:5,7,9,13,15,15
28:16,18,20 29:3
29:20,24 30:2,4,6
40:2,3,5,9,13,18
41:12,19 42:1,3,6
42:6,10,13,15,22
43:1,4,8,11,19
44:3 50:13 52:21
58:5,8 68:6 69:23
69:25 70:4 78:4
79:15,19 80:1,10

80:15,18 81:2
82:3 85:14 86:12
90:19,25 91:3,5,8
91:12,16 92:8,8
92:20 93:2,8
94:10,12 95:10
96:8
**cancers**
26:19,20 28:2,8,11
29:17 30:21 43:24
44:2 53:3
**capacity**
17:6,15
**capture**
40:15
**carbaryl**
72:10 75:12 77:1
**carcinoma**
52:23 53:1
**care**
16:7 25:7
**carefully**
103:4
**Carolina**
16:19,23 17:3,25
18:4,20 19:8,11
19:15
**case**
1:2,6 5:23 7:22,24
8:1,5,16,16 9:9
11:18,25 12:1
13:25 14:2 15:22
16:1 24:11,15,15
24:18 26:3 35:23
44:4 49:11 50:4
55:11 59:14 64:6
67:8,9 68:14,24
69:5 80:5,25 88:7
99:21
**case-specific**
22:21
**cases**
8:9,11,13,24,25 9:7
10:21 11:8 12:5,8
26:1 80:4,6,10,17
80:17,24 82:13
**category**

55:7 60:5,12
**causation**
20:21 22:22 23:2
87:5 88:1,15
93:16
**causative**
26:22 28:12 62:3
69:6 70:12 90:3
92:5
**cause**
19:22 21:2,6 23:16
23:17,21,24,25
24:4 27:10,11
28:13,14 29:6,18
30:6,7,20 38:8,11
38:20 47:11,18,20
47:20 48:5 49:7
50:22 51:13,23,23
69:4 85:18 86:8
86:11,19 87:3,9
87:21 91:15 93:1
96:22
**caused**
19:20 20:1,5,9,13
20:17,20 21:10,13
21:22 22:7,11
23:10 28:17 44:2
47:24 48:16 64:10
68:15 86:5,16
90:7 91:7,12 93:8
97:14 98:11,20
99:24
**causes**
28:15,16 38:15
39:3 47:9,17 48:7
48:21,24,25 49:6
49:17,19 50:2
52:25 54:18 69:5
88:2
**causing**
66:21
**caveats**
24:19
**CD20**
37:25 38:5,7,8
**CD4**
24:7

Chadi Nabhan, M.D.

**Cedars-Sinai**
3:13,16 41:5 42:21
**cell**
34:20,24 35:1,3,16
35:21,24 36:6,15
37:3 39:14 96:22
**cells**
37:25 38:2,18
69:21,23,25 70:4
90:19,25 92:8
94:21 97:6
**cellular**
82:23,25 96:24
**Center**
3:13 32:15 41:6
42:21
**central**
3:20 33:14 54:1
56:7
**cerebellar**
32:20 33:3,8
**certain**
24:19 50:5
**certainly**
21:2
**CERTIFICATE**
102:1
**Certified**
1:14 102:1,3,21
**certify**
102:4 105:4
**Chadi**
1:9 3:3,9,10 5:13
105:3,13
**chance**
84:1
**change**
16:13 52:2 104:5,7
104:9,11,13,15,17
104:19,21,23
**changed**
59:19
**changes**
103:10 104:2 105:8
**chart**
3:18
**check**

28:22 90:23
**checked**
85:6,6,9,13
**chemicals**
59:8
**chemotherapies**
34:14
**chemotherapy**
34:11 35:15,16
**chest**
46:6
**Chicago**
25:11 35:12
**Chief**
46:9
**children**
49:2,11 50:3,9,12
**choose**
28:5
**chromosomal**
82:22
**cigarette**
68:2,6
**cigarettes**
68:3
**cite**
53:15 54:4,9 59:22
60:13 87:18
**cited**
63:8 75:18
**Civil**
1:12
**claim**
83:15
**clarify**
20:20 37:24 44:7
87:11,17 90:4
**classification**
33:21
**clear**
10:3 17:23 29:1
30:24 52:4 57:11
57:14 83:4
**clearly**
9:5
**clinic**
16:16 57:12 58:22

58:25
**clinical**
16:11,24 25:9,14
35:7,10 83:22
**CLL**
51:10,20 52:11
**close**
8:2 12:16
**CNS**
33:16,19,25 34:18
35:4 36:18,21
37:4 53:17,21,25
54:2,11,15,25
55:15,22 57:10
58:6 59:24 86:17
89:1 98:11
**Cocks**
16:22
**Cohen**
11:11 12:15,25
13:5
**Cohen's**
12:1
**cohort**
81:17
**cohorts**
80:3
**collaborate**
18:24
**collaboration**
17:13
**colleague**
10:25
**collection**
80:8,22
**College**
17:3,25 18:4,7,21
**colon**
27:4 42:6 43:1,8
**column**
73:19,23
**combination**
34:11
**combine**
16:16
**come**
19:4 81:21

**commencement**
102:5
**commencing**
1:19
**commission**
105:16
**common**
27:7 51:18,20
52:18,21,23,24
81:25 95:14
**community**
25:6
**Company's**
3:7
**complaining**
46:4
**Complaint**
46:9
**complaints**
32:16
**complete**
37:11
**complexity**
8:18
**composed**
18:8
**compound**
63:16 79:5 97:2
**compounds**
73:20 74:1,7 77:19
78:17
**conceivably**
91:21
**concerning**
102:6
**conducted**
55:13
**confidence**
61:11
**Confidential-Rus...**
3:12,15,17
**confirm**
16:10
**confirmed**
42:10
**confounders**
79:7,12 83:10,14

83:15,19,21,23
**consider**
43:18
**consistent**
37:10
**consisting**
34:11
**consolidate**
6:23
**constitutes**
102:12
**consult**
12:5
**consulted**
9:1 10:22 11:8
**consulting**
10:15,20
**continued**
3:14 11:11
**contradict**
79:21
**contribute**
72:13 77:2
**contributed**
76:3 86:17 88:3,20
99:24
**control**
21:7 80:5,25
**controls**
80:4,7,12,17,18,24
82:13
**conversation**
36:8
**conversations**
66:6
**correct**
4:4,12 6:2,5,25 7:1
7:17,18 9:13,24
10:7,9 15:4,5,14
16:5,8,12,20,21
16:25 17:3,4 18:6
18:21 19:11,15
24:23 27:25 29:10
30:13 31:19 32:9
32:12,17,18,21,25
33:5,6,7,9,14,15
33:17,22,23,25

Golkow Litigation Services - 1.877.370.DEPS

34:5,8,9,12,13,21
35:2 37:8,9,11,16
38:2,6,14,23 39:1
39:2,6,7,19,24
40:3,6,9,11,13
41:6,12,24 42:3,4
42:6,23 43:1,11
44:11,23 45:7
46:2,6,12,13,17
47:6,24 50:7
51:11 53:5,18
54:12 56:8 57:10
57:17 58:1,6,22
58:25 59:24 61:15
61:17 63:20 64:20
64:22 65:25 67:20
68:20 69:16 70:7
72:15 73:9 74:3
74:11,17 75:3,6
75:10,16,22 76:8
76:23 77:4,7,10
77:15 78:1,9,25
79:16 80:2 83:6
84:5 85:4,5,8,9,12
85:13,16,19,22
86:1,6,12,17,21
87:10 89:3,16
90:12 91:5,22
92:9 95:12 97:18
105:5
**corrections**
103:5,7 105:8
**correctly**
34:16
**counsel**
5:2 7:21 13:1 60:14
102:10,14,15
**count**
24:7
**countries**
51:21 52:22,24
**couple**
56:18 75:5
**course**
9:25 10:5 15:19
16:6 18:22 22:9
29:25 47:16 91:25

**court**
1:1 4:3,6,9 5:9 8:12
103:19
**Courts**
1:13
**covered**
13:2,18,20
**craniotomy**
33:3
**critically**
99:11
**Cross-Canada**
3:24
**CRR**
2:24
**CSR**
1:15 2:24,25
102:20
**CT**
34:2
**curious**
98:1
**currently**
16:11
**cusp**
25:25

━━━━━━━━━━━
**D**

**D**
4:1
**damage**
82:22,23 94:19,20
94:24 96:22,24
97:3 98:3
**damaged**
97:6,7
**data**
79:21 80:25 82:21
83:2 97:2
**date**
4:20 8:21 9:4 15:24
103:9 105:13
**dated**
41:8
**day**
81:21 102:17
105:16

**days**
61:10,20 62:4,19
63:5,13 64:18
65:1,9,16,17,23
65:25 66:12,13,20
98:18,18 99:23,23
100:10,11 103:15
**DDT**
72:10 75:6 77:1
**decade**
89:7
**December**
32:14 37:7,16
**decide**
19:16 68:4
**decision**
36:2
**deemed**
103:18
**DEFENDANT**
2:7
**degree**
18:5 79:14,19,25
82:5
**deliverables**
8:18
**demonstrates**
65:5
**department**
16:24 18:8,14 19:1
**depending**
18:11
**depends**
18:18 19:1,6 56:13
56:16 57:7 69:19
**DEPONENT**
101:19 105:1
**deposed**
9:2 10:8 11:10,18
11:22 12:8
**deposing**
103:14
**deposition**
1:9 3:6,8 4:22 6:9
10:16 11:20 13:2
13:5 22:21 89:11
101:16 102:7,10

103:3,12,16,17
**depositions**
1:13 9:18,19,24
**depression**
44:10,14,17,20
45:1 46:16
deps@golkow.com
1:25
**DESCRIPTION**
3:5
**design**
81:23 88:21
**designated**
10:17 11:4,9 12:6
**designed**
80:19
**detail**
24:17
**detected**
69:25 70:3
**determination**
68:15
**determine**
54:15 87:20 93:16
**determined**
33:12 62:23
**determining**
23:1 87:25 88:15
**develop**
49:24 63:12 90:16
94:11
**developing**
52:24 62:17,25
64:9 65:1 71:4
82:6 84:1 94:10
95:1,2,5
**development**
16:1 47:12 48:3
49:8,22
**diabetes**
69:9
**diagnosed**
26:20 27:6 31:18
32:8 44:14 46:2
88:25 89:2,7
90:11 96:2
**diagnosis**

22:12 23:8 31:10
45:5 89:8 93:5
96:7
**Dicamba**
74:15
**died**
40:5,11,17 41:19
42:8
**diet**
52:4
**differ**
47:4,9 53:4
**difference**
51:6
**different**
24:15 51:22 77:20
**differential**
67:12,16 99:9
100:5,13,18,21
**differentiate**
30:8
**differently**
55:10,11 59:14
**difficult**
25:5
**diffuse**
47:18 53:25
**direction**
102:9
**directly**
102:16
**disagree**
36:1,10 79:17 82:8
**disagreeing**
36:23,25
**disagreement**
36:14
**disclosed**
12:7
**discloses**
15:20
**discount**
52:14 100:8
**discoverable**
10:23
**discussing**
7:14

Chadi Nabhan, M.D.

disease
20:18 21:4,6 23:13
  23:22 24:6 26:16
  26:17,18 27:1,8,9
  28:4,9 29:21 34:8
  38:16,20 44:1
  47:21 48:13,16,19
  49:9 55:9 63:12
  64:9 65:7 66:15
  68:7,15 69:11
  70:13,15 79:6,9
  84:2 86:20 87:3
  88:16 89:13 95:1
  95:2 99:1
diseases
51:18,19 52:2,18
disorders
47:3
disputes
58:12,16
disputing
53:6
distinction
22:4 50:11
District
1:1,1,12
dizziness
32:16
DLBCL
48:8 53:25 54:3,5
  60:1,2,3,3,4,7,12
DLBCLs
60:5
doctor
5:10 10:14 14:6
  58:21 101:9
doctors
88:16
document
1:5
documents
6:18 7:19 14:24
doing
17:13 18:12,14
  100:20 103:8
dose
63:1,1,6,7,10 79:2

79:10,10 82:16,17
  82:19 83:5,8,10
  83:13,17,18,19,20
  83:25 84:3,4
double
63:5
doubled
62:18
doubles
61:22 65:1,24
doubling
61:13
Dr
3:9 5:1,19 7:13
  61:3 76:23 101:16
draft
4:11
duly
5:15 102:6
duration
57:20
Dyer
11:16,17 13:24

———————— E ————————
E
2:1,1 3:1,1,4 4:1,1
  104:1
earlier
79:3 89:10
early
89:13
easily
14:5
EBV
54:14,19,20 69:20
  69:22,23
edema
32:21
educated
17:24
either
12:13 36:14
eliminate
94:9
emerge
15:24

Emergency
32:15
emphasize
58:7
employee
102:14,15
encounter
28:5
entire
57:16
environment
51:21 52:4
environmental
59:6,18
Epstein-Barr
20:2,6 59:8 69:15
  69:16,20,24,25
  70:3,7
Eriksson
64:13,23 65:13
errata
103:6,8,11,14
  105:10
especially
8:12 100:23
ESQ
2:5,9
essentially
25:16 65:14,18
  77:8
estimate
7:23 8:15 9:4 14:11
  14:14
et
1:6 3:21 64:16
ethnic
51:23
ethnicities
50:6 53:4
etiology
67:12,17 99:9
  100:6,13,18,21
evaluate
88:5
events
17:9
everybody

97:12
evidence
32:20 34:4,7 37:8
  58:12,15 65:3,4
  85:15 97:17
exact
24:17 44:25 88:23
  88:25 89:2 98:8
exactly
36:11
examination
1:11 5:17 102:5
examine
54:10
examined
5:15 33:8
example
11:24 18:24 20:24
  47:16,20 48:7,18
  51:10,17 52:9,12
  68:19 90:4 95:11
examples
31:2
exceeded
64:17 66:10
exceeds
62:4,12 66:19 68:9
exclude
21:1 100:20,22
excluding
24:1
exclusive
19:2
exhaustive
56:16
exhibit
3:7,10,12,15,17,19
  3:22 6:8,10 15:7,8
  40:21 41:3 42:16
  42:20 45:15,21,22
  45:25 56:2,6
  71:16
Exhibits
3:6
exist
50:13 86:14
exists

98:4
experience
57:25
experienced
44:13
experiencing
45:6 46:15
expert
3:10 11:4 14:20
  15:2,7
expertise
96:18
expires
105:16
explain
79:22 91:11
explains
87:20
exposed
62:24 63:11 64:6
  65:19,25 68:8
  69:22 89:22 90:6
  91:10,14 92:1
  96:20 97:12 100:9
exposure
21:13,23 62:10,11
  62:14 63:1,5,7,15
  64:15,17 65:6,14
  65:22 66:2,7,14
  66:20 67:3 71:6
  74:10 79:4 84:1
  84:23 89:19,19,20
  92:3 94:23 96:23
  98:10 100:23,24
exposures
3:24 52:5 91:20,22
extensive
56:13
extent
84:19
extremely
30:24

———————— F ————————
F
3:1
face-to-face

17:20
**FACP**
3:10
**fact**
26:21 77:12
**factor**
21:20 22:4 23:13
  23:15,21 26:12,16
  26:23,24,25 27:2
  27:3,4,8,19,22,24
  28:2,4,12,14 29:7
  29:10,16,19 30:13
  30:15,21 53:10
  58:8 62:3 64:9
  66:21 67:6,11,19
  67:21,25 68:11
  69:7,8,11 70:11
  70:12,14,16 71:1
  71:3,7 80:14,20
  81:2 82:5 88:14
  89:9 90:3 92:5
  94:25 98:25 99:8
  99:12,19
**factored**
67:8
**factors**
3:20 20:22 24:1,2
  31:5 52:11 54:12
  56:7 57:9 58:6
  59:6,9,18 66:16
  67:7,23 68:13,19
  70:15,17 79:8
  99:1,14 100:8,16
**faculty**
17:16,20
**fail**
103:17
**fair**
53:11,15 91:19
**familiar**
27:17
**family**
41:10,23 42:22
  43:18 44:5,6 58:5
  58:7,11 80:10,13
  80:14,18,20,23
  81:1 82:3,4

**far**
11:9 44:21 62:19
  64:17 100:10,10
**farmer**
55:12
**farmers**
54:24 55:3,14,20
  57:25 59:23
**farming**
58:4,14 59:7
**father**
40:2 43:15 49:3
**fault**
31:12 35:5
**fax**
1:24
**February**
41:8
**fecal**
85:10
**Federal**
1:11
**feel**
73:4
**fellow**
18:24
**fellows**
18:11 19:7
**fellowship**
18:19
**felt**
25:11 26:5 36:9
  46:6
**final**
4:11
**find**
12:20 20:23 24:2
  73:2 81:14 84:15
  84:20,23 98:6
**finding**
58:9 82:11
**findings**
37:10 59:2
**fine**
4:5
**finish**
94:15

**finished**
35:12 37:18
**first**
5:14 6:22 29:1
  73:18 79:14,18,25
  82:5 88:18 91:8
  91:12
**five**
70:17 76:14 93:17
**flaw**
79:23
**flaws**
79:18 84:15
**fly**
91:25 92:2
**focused**
54:14
**follow-up**
12:23
**following**
104:2,3
**follows**
5:16
**foregoing**
102:7,12 105:4
**Forgie**
2:5 4:14 5:6,6 6:12
  8:7 10:14,24 11:1
  13:1,14,17 14:6,8
  22:13,17,20 23:3
  29:11 30:16,25
  40:24 43:21 45:18
  51:14 53:19 55:16
  56:21 58:17 60:14
  62:7 66:23 68:21
  69:17 70:8,22
  71:24 73:10 76:4
  77:5,16 78:10
  84:6 86:22 89:4
  89:17,24 90:13,21
  91:23 92:10 93:9
  94:14 96:10 97:19
  98:12,21 100:1
  101:2,12
**form**
105:8
**formally**

11:4
**forth**
8:13 17:9 21:8
  44:19 66:16 88:12
  96:19,25 97:7
**found**
72:12 77:12,24
  78:7,23 79:25
  80:7
**four**
8:10 15:1,2
**Franklin**
1:17
**frequency**
45:10,14 48:11
**Friday**
1:18
**further**
28:21 57:6 76:7,9
  89:13 101:10,19
**future**
39:12

— G —
**G**
4:1
**gateway**
9:19
**Gazzier's**
11:18
**gender**
30:5,6
**gene**
49:10 50:8 51:4
**general**
22:22 24:16 29:3
  55:21 57:23 83:15
**genes**
49:21,25 50:11,24
**genetic**
43:25 44:1 48:21
  48:24,25 49:1,6,7
  49:17,19 50:1,21
  51:13,23 52:11
  94:19,20 97:3
**genetics**
21:10 51:6 53:7

97:6
**genomic**
85:20,23
**genotoxicity**
82:22 96:25 97:4
  97:16,17 98:3
**getting**
25:3,5 31:12 34:16
**Giglio's**
11:12,25
**give**
7:22 9:22,22 12:24
  14:10,11,13 30:23
  32:7 71:12 76:9
  76:11
**given**
5:25 10:16 14:25
  15:2,3 68:4 105:6
**giving**
31:22
**glioblastoma**
40:7
**glioma**
40:7 41:17,19
**glyphosate**
38:5,13,22 39:5,9
  39:18 53:17 54:6
  57:14,15,19 62:2
  63:17 65:7 66:20
  67:6,19 78:23
  82:11,20,25 84:5
  84:23 85:4,8,11
  85:15,22,25 86:11
  86:16 87:8,21
  95:4
**glyphosate-expos...**
61:9
**go**
7:6 9:9,11 16:22
  58:13 73:16 75:1
  75:5 76:12,12
  84:9 88:2
**God**
95:13
**goes**
97:18
**going**

Chadi Nabhan, M.D.

6:17 7:7 9:7
22:13 23:14,16
26:23 30:1,3 32:7
43:24 46:7 60:22
65:22 66:15 71:20
72:6 73:23 74:4
76:17 79:13 81:13
81:13 95:22 97:13
98:1,5 101:4,14
**Golkow**
1:24 2:13 4:18
**good**
5:19,20 12:3 60:15
60:17 94:3,5
**grade**
33:13
**grandfather**
43:10
**grandmother**
40:17 42:2,5 43:1,9
**great**
4:8 14:17 81:20
**group**
3:16 47:3
**guess**
9:10 14:6,8,19 36:3
56:13

**H**

**H**
2:9 3:4 47:16,25
48:17
**H&P**
3:13
**half**
10:1,6
**hand**
88:7
**handed**
45:25
**handing**
6:7 15:6 41:2 42:19
45:20 56:5
**happen**
16:2 43:25
**happening**
17:8

**happens**
23:5 27:6 28:7 52:2
97:8
**happy**
14:15 79:22 95:6
**hard**
8:15,22 52:15
95:16
**Harrison**
2:3
**hate**
14:4
**hazard**
91:9 96:21
**head**
17:10 21:18
**headaches**
32:16
**Health**
3:25 84:9,22
**healthy**
92:25 93:4,20
95:21
**hear**
37:22
**heard**
84:12
**heart**
26:18 68:7 69:11
**heavy**
46:6 94:8,8
**heightened**
45:2
**held**
4:23
**help**
11:14 84:19
**hematology**
18:19
**hepatitis**
20:9,13 38:17
52:25 70:19,21
71:3,5 99:6
**hepatocellular**
52:23,25
**herbicides**
74:10

**hereto**
102:15
**heterogenous**
47:3
**high**
33:13 58:24
**higher**
63:17,24 64:15
65:7,15,19 66:2,8
79:5
**histology**
99:2
**histories**
58:11
**history**
40:2 41:10 42:22
43:19 44:6 46:22
46:24 58:5,7
80:10,13,15,18,20
80:23 81:1 82:3,4
88:24 91:17 95:16
98:9 99:22
**HIV**
19:20,22,24 22:12
23:8 24:7,10,14
24:20 27:13,13
28:22 38:16 48:7
48:12 54:14,16
68:19,20 99:5
**HIV-positive**
24:6
**Hm-hmm**
73:24
**home**
46:5
**honestly**
45:12 47:19 51:16
**Hoog**
2:12 4:17
**hosts**
54:19
**hour**
88:17
**hours**
7:25 8:2,3,16,20
9:4,5,21 10:11,20
12:14,16,25,25

14:4
**human**
26:17
**hypertension**
69:10
**hypothesize**
48:2
**hypothetical**
24:11 66:24 67:2
67:14 89:20 95:24
96:15
**hypotheticals**
70:25

**I**

**ideal**
17:18
**identification**
6:11 15:9 40:22
42:17 45:16 56:3
71:17
**identify**
10:21 19:23 38:19
85:17 91:21
**idiopathic**
23:23 31:8 90:7
98:15
**ignore**
23:15,22 83:3 92:4
96:23
**illegal**
19:13,17
**Illinois**
1:15,18 2:25 4:23
102:3,21
**illness**
88:4
**imaging**
87:17 88:9
**immigrants**
52:3
**immigrate**
51:9
**immunocompro...**
54:17,18 95:21
**imperative**
103:13

**implies**
36:22
**implying**
50:23 100:7
**important**
51:25 53:9 65:5
66:12 82:20
**importantly**
72:2,4,9,17,20
**impossible**
24:18
**inaccurate**
14:5 27:15 79:20
**inappropriate**
28:24
**incidence**
53:3 54:5
**include**
10:14,20 11:3 12:4
67:11,15,18,21,24
68:5 99:8,18
100:5,17
**included**
55:4 72:11 73:4
100:12
**includes**
101:15
**including**
9:24 27:8 29:17,20
30:22 41:25 98:24
**inclusive**
54:6 55:22
**income**
6:23
**incomplete**
66:23
**incorrect**
35:22
**increase**
45:8 57:24 62:24
63:14 77:25 78:7
78:24 79:8
**increased**
21:17 29:24 30:1,3
45:6 53:16 54:5
54:24 55:2,15
59:23 61:8 67:4

73:3 74:9,20 75:3
75:9,16,21 77:13
77:19 84:24
**increases**
55:20 64:7 79:15
80:1
**increasing**
62:14
**indicate**
43:8 76:2 79:14
**indicated**
4:21 42:22 63:24
**indicates**
38:4,12,21 39:5,8
39:17 41:11 42:25
59:22 85:21
**indirectly**
102:16
**individual**
67:9 68:16 72:4,9
72:25 73:20,25
74:7 78:17
**individually**
8:17
**individuals**
61:9 63:4 80:8
**indolent**
48:10,13 60:7
**infection**
59:8
**information**
4:9 15:23 65:11
83:2 84:20 91:18
**inherited**
49:2
**initial**
72:12
**insecticides**
72:11 74:17 77:2
**inside**
81:17
**instance**
51:8 93:23 95:9,25
**institution**
25:8,10
**instructing**
13:14

**INSTRUCTIONS**
103:1
**intend**
15:21 61:18 62:1
62:16 63:22 64:23
**interest**
19:2,6
**interested**
18:16,17 102:15
**interests**
18:12
**interpret**
84:18
**interpretation**
83:24
**interruption**
7:9 31:16
**intersect**
18:23
**interval**
61:11
**introduce**
5:2
**investigate**
28:17 88:19 89:13
**investigating**
86:8,19 87:4
**investigation**
28:20 51:2 59:16
**investigational**
25:13
**investigations**
52:1 54:22,23
**investigator**
35:11
**invoice**
11:25 12:14,20
13:11,25 14:2
**invoiced**
13:7
**invoices**
6:24 7:15,21 12:12
14:13
**involved**
8:24 67:23
**issues**
66:16 84:11

**J**

**January**
31:19 32:2,9 33:2
**Japan**
52:22
**Japanese**
51:8
**Jeavons**
20:24
**JOB**
1:21
**judgment**
35:8
**July**
46:1
**junior**
17:15

**K**

**Kane**
11:16,17 13:24
**Kathryn**
2:5 4:6 5:6
**kathryn.forgie@...**
2:6
**Keep**
74:4
**key**
26:12 27:24 30:14
**kinds**
25:15
**knew**
57:25
**know**
5:21 8:10,23 9:8
12:22 13:6 17:18
20:22 22:7,11
23:9,12,15 25:24
26:14,16 29:22
31:24 33:16 39:13
41:17,18 42:7
48:3 49:8,12 50:2
50:18,20 51:3,18
51:24 52:2,14,16
52:18,20 53:7,9
53:24 54:20 56:15
56:17 57:3,18,21

59:19 60:7 62:21
62:22 67:8 68:3
68:24 69:4 71:2
72:22 81:4,4
87:25 88:19 90:15
93:24,25 94:4
95:10 96:22 97:23
**knowing**
24:17
**knowledge**
49:11 50:4 55:1
59:5 86:13 95:14
96:19 97:5
**known**
23:13,20 26:17
49:7 51:16,17
92:5

**L**

**L**
3:1
**lab**
88:8
**labs**
87:16
**lack**
83:16
**Lamb**
11:10 12:1,15,25
13:5
**large**
47:18 54:1
**larger**
54:22
**late**
32:14 39:24
**lead**
39:14 47:11 49:21
56:6 91:16 95:1
96:24 98:24
**leads**
64:15
**learned**
55:8
**learning**
18:1,5
**led**

83:15
**left**
81:11,15,20 82:1
82:14
**left-hand**
81:7
**let's**
7:2 21:3 24:7 31:13
50:5 54:11 57:8
68:19 85:2 92:14
93:22 101:3
**level**
67:4 82:25
**Levine**
2:9 3:3 4:5,8,13 5:4
5:4,18,22 6:13 7:2
7:6,12 8:19 10:19
10:25 11:13 13:6
13:10,16,19,23
14:16 15:12 22:25
23:6 30:9 31:3,17
40:23 41:1 42:18
44:8 45:19,22,24
52:8 53:22 56:4
57:1 58:20 60:17
61:2 62:15 69:1
69:13 70:2,18
71:8,18,22 72:1
73:14 76:10,22
77:11,22 78:21
85:1 87:6 89:14
89:21 90:9,17
91:1 92:6,22
93:14 94:16 95:8
98:16 99:20
100:14 101:1,3,9
**Lexapro**
44:23
**liability**
1:4 4:24
**license**
1:15 19:16
**licensed**
19:10
**life**
26:22
**lifetime**

Chadi Nabhan, M.D.

64:18,25 65:10,18
65:23 66:20 68:2
91:20 98:19 99:23
100:11
**lindane**
72:10 75:19 77:1
**LINE**
104:4
**listed**
78:18
**literature**
15:25 62:11,13
64:7 83:2 84:17
84:18 95:3 96:16
**litigation**
1:4,24 2:13 4:18,25
6:2,25 8:6,21 9:23
10:12 14:21,22
15:4
**little**
49:14 71:11 76:6
93:3
**LLP**
2:8
**load**
71:6
**logically**
23:18
**long**
16:2 31:14 45:4
92:25 93:5 94:10
95:3 97:22 98:17
99:22
**longstanding**
21:3,5
**look**
9:9 14:12 20:21,22
31:20 56:12 57:5
67:7,14,16 68:12
68:17 71:19 72:21
73:15 80:20 81:24
82:2,20,24 84:22
88:13 95:6 98:1,5
98:5,25 99:11
**looked**
39:16 55:2 60:1,10
72:24 73:1 80:9

80:23 84:3
**looking**
77:23 78:16 79:18
87:2
**looks**
57:9 78:15
**lot**
9:5 16:15 20:20
31:2 41:22 48:7
51:17 52:2 60:1
60:11 70:24 71:5
79:12,18,21 92:3
**love**
98:4
**low**
24:7
**lump**
74:5
**lumped**
60:4,12
**lung**
26:17 68:6 94:10
94:12
**lupus**
20:24 21:4,5,7
**lymphoid**
47:3
**lymphoma**
3:21,23 16:16
19:20 20:1,5,9,13
20:17 21:10,13,22
22:8,12 23:10
24:23 25:2,4,15
26:8,13 27:2,12
27:23,25 28:3,10
29:3,9,17,19,21
30:15,21,22 31:6
31:11,19 32:9
33:13,14,17,19,20
33:25 34:4,18
35:4 36:18,21
37:4,8,25 38:8,9
39:24 44:6,15,22
45:5,9 46:2,17
47:2,8,12,17,17
47:19 48:4,9
49:12,16,22 50:7

50:14,23 53:17,21
54:1,3,11,16,25
55:4,15,21,22
56:8 57:10,24
58:6 59:10,24
61:21 62:18,25
64:10 66:22 71:4
72:14 78:24 79:16
80:2 81:3 86:6,9
86:17 87:9,22
88:5,15 89:1,1
90:11 93:6 96:2,7
97:13,14 98:11,20
99:25
**lymphomas**
48:8,10 49:24 60:8

---

**M**

**M**
2:5
**M-y-c**
38:1 39:10
**M.D**
1:10 3:3 5:13 105:3
105:13
**major**
52:11,13 54:18
**making**
36:24
**malathion**
72:11 74:17,19
75:2 77:1
**malformation**
49:1
**malignant**
34:7
**MALT**
47:17
**man**
29:23,25
**managed**
44:10 55:10
**management**
35:22 36:23
**mandated**
17:22
**March**

10:4
**marginal**
47:17
**Marianne**
1:14 2:24 5:9 102:3
102:20
**mark**
40:20
**marked**
3:5 6:7,10 15:6,8
40:21 41:2 42:16
42:19 45:15,21
56:2,5 71:16
**markers**
38:19 39:3
**market**
57:16
**mass**
32:20 33:4,6
**maternal**
42:2 43:9
**matter**
4:24
**matters**
102:6
**Mayo**
57:12 58:22,24
**MBA**
3:10
**McDuffie**
3:22 61:4,18 62:2
62:20 63:25 64:16
65:12 71:12 72:3
77:14 79:24
**MD**
3:10
**MDL**
1:2 4:25
**mean**
8:9 9:6 10:13 11:7
12:24 13:4 14:3
18:23 19:21 20:20
21:25 22:3 23:11
23:12,18 25:23
26:20,22 27:10
28:6,15 29:15,15
30:5 31:9 36:1

43:2,16,23 46:18
47:16 48:6,12,23
48:25 49:19 50:8
51:5,16 52:15,20
52:21 59:1,13
65:10 68:23 69:6
69:19,23,24 70:10
72:17 73:13 77:7
78:2,12,14 80:5
80:13 81:12 82:12
84:17 87:11 88:16
91:16,25 92:2,3,4
92:7 94:21 96:14
97:10 100:9,18
**meaning**
72:19
**means**
38:9 80:16,19
81:15 99:15
100:19
**mechanism**
97:8,22
**Mecoprop**
74:13
**Medial**
3:16
**median**
31:10 89:8
**medical**
3:13 16:7 18:20
19:14 32:15 41:6
42:21 46:23 85:24
86:4,15 88:23
95:16 98:9 99:22
**medicine**
16:11 18:21 19:1
19:11,15 44:25
**meet**
88:18
**meeting**
99:17
**members**
41:23
**Memorial**
32:15
**memory**
31:22

Chadi Nabhan, M.D.

**Men**
3:24
**mentees**
17:21
**mention**
41:16,22 44:10,12
**mentioned**
13:12 43:4,12,14
    72:20
**mentor**
17:15
**mentored**
19:7
**merit**
88:6
**message**
66:11,13,17
**met**
99:8
**methodology**
23:1 62:6,9 67:12
    87:13,13 88:1,13
    88:15,22
**methotrexate**
34:12 35:13
**mid-'90s**
57:19
**mind**
48:24 49:5 89:7
**minimum**
62:22 99:17 100:23
**minus**
28:6
**minute**
7:3 56:24
**minutes**
76:9,14
**misstates**
98:23
**misstating**
28:1
**mistake**
36:24 41:14
**mistaken**
36:7
**misunderstanding**
100:15

**mitigated**
79:11 95:5
**model**
72:12 73:5 75:22
    83:5
**modified**
16:2,4
**molecular**
47:5
**Monsanto**
1:6 3:7 5:5,22
**morning**
5:19,20
**morphology**
47:5
**mother**
49:3
**move**
52:3
**moving**
46:25 53:12
**MRI**
32:19,24 37:6,10
    37:20
**MRussoJr-AKur...**
3:18
**MRussoJr-Ceda...**
3:15
**MRussoJr-CSM...**
3:12
**multivariable**
73:5
**multivariate**
72:12 73:20 74:1,3
    74:8,21,25 75:9
    75:15,22 76:1
    77:14,25 78:8,22
    83:5,8
**mutated**
50:24 51:4
**mutation**
91:8,12,16 92:20
    95:17,22
**mutations**
49:21,24 91:4,6
    92:8 93:2,8 94:18
    95:11 96:9

**Myc**
38:1 39:9

————————
**N**
————————
**N**
2:1 3:1,1 4:1
**Nabhan**
1:10 3:3,6,9,10 5:1
    5:13,19 7:13 61:3
    76:23 101:16
    105:3,13
**name**
4:17 5:1
**names**
34:14
**necessarily**
13:20 17:21 18:9
    18:16,25 54:8
    55:3,7,24 59:12
    66:4
**necessary**
62:6,9 103:4
**Nee**
1:14 2:24 5:9 102:3
    102:20
**need**
21:7 22:23 28:21
    31:22 32:4 35:3
    36:5 48:22 56:19
    63:13 66:4 67:22
    73:4 81:23 95:4
**needs**
98:2
**negative**
54:21 82:4
**neither**
38:15 58:4
**nervous**
3:20 33:14 54:1
    56:8
**never**
16:7 28:17 60:18
    60:21 88:24 90:5
    90:12 91:21 93:7
**New**
2:9,9 92:3
**NHL**

21:6,7 23:16 49:8
    50:4 55:2 60:1
    61:7 64:8 65:1
    73:3 74:8 77:3
    80:15 82:3,6
    84:24 95:5
**Nice**
23:3
**non-genetic**
94:24
**Non-Hodgkin's**
3:23 19:20 20:1,5,9
    20:13,17 21:10,13
    21:22 22:7,11
    23:10 24:23 25:2
    25:4 26:12 27:11
    27:23,25 28:3
    29:2,9,17,18,20
    30:15,20,22 31:6
    31:10,19 32:8
    33:13,20 44:15,22
    45:5,9 46:2,17
    47:2,8,12 49:12
    49:16,22 50:6,14
    50:22 55:21 57:24
    59:10 60:8 61:21
    62:17,25 66:22
    71:4 72:14 78:24
    79:16 80:2 81:3
    86:5,8 87:9,22
    88:4 89:1 90:11
    93:6 96:2,7 97:13
    97:14 98:20 99:25
**normal**
32:25
**North**
1:17
**NORTHERN**
1:1
**Notary**
105:18
**note**
3:16 6:21 40:14,16
    42:7,8,13 46:14
    61:6 79:24
**noted**
103:10 105:9

**notes**
3:13 16:17 31:20
    40:10 42:14 58:4
**notice**
3:7 6:8
**notify**
16:5
**November**
1:18 4:20 50:18
    102:17
**number**
3:5 8:24 9:4 10:8
    12:19 14:4 45:23

————————
**O**
————————
**O**
3:1,1 4:1
**O'Hare**
1:16
**Oakland**
2:4
**object**
22:13
**objection**
8:7 11:2 22:17
    29:11 30:16 43:21
    51:14 53:19 55:16
    62:7 66:23 68:21
    69:17 70:8,22
    73:10 76:4 77:5
    77:16 78:10 84:6
    86:22 89:4,17,24
    90:13,21 91:23
    92:10 93:9 95:24
    96:10 97:19 98:12
    98:21 100:1
**observation**
52:17 81:9,16,22
**observed**
81:18
**obtain**
18:1,5
**obviously**
8:11 11:11,22 12:2
    12:19 14:11 15:25
    21:16 24:14 26:8
    28:6 36:2 43:17

Chadi Nabhan, M.D.

49:23 78:14 79:2
96:14 100:9
**occupational**
59:5,17 96:21
**occur**
28:8 49:25 54:16
94:18,19
**odds**
77:18
**offer**
15:21 35:6
**offered**
35:8 36:12,15
**office**
4:10
**offspring**
49:4
**oftentimes**
26:1 54:17
**Oh**
8:22 15:19 28:19
46:10 73:24
**okay**
6:22 8:4,20 12:17
12:22 17:23 28:20
31:15 36:12 37:2
39:4 41:4,22
43:16 57:3,8 58:3
58:15 64:12 73:16
73:17,24,25 74:6
74:13,14,16,18,19
75:5,8,12,19,24
92:23 93:17,21
94:4 101:2
**old**
27:5 40:17 42:8
92:14,16,18,19
**older**
26:21 27:9 28:8,9
28:18,25 29:21
31:12 35:9 89:15
89:22
**oncologist**
25:1 26:2
**oncologists**
26:7
**oncology**

17:9 18:11,19 19:7
25:19
**one-institution**
57:12
**ones**
11:21 12:2 73:1
75:8,14,20 78:4,5
**opinion**
16:1,4 23:2 26:14
28:13 29:8 55:14
55:20 66:18 80:14
83:22 90:3 96:18
**opinions**
15:21
**opposed**
25:16 26:7 35:9
48:9
**opposite**
81:1
**option**
34:25 35:5
**Oral**
3:8
**order**
63:14 98:3
**original**
103:14
**outcome**
102:16
**outcomes**
16:24 17:7 18:8
_____
**P**
**P**
2:1,1 4:1
**p.m**
76:18
**P53**
38:2 39:18
**pack**
68:3
**page**
3:2 6:16 46:25 59:3
61:3 71:19 72:2,8
76:24 104:4
**pages**
3:11 6:17 16:18

64:12 105:5
**paper**
3:19 64:16 65:4,13
65:16,17 72:21,23
74:23 75:1
**papers**
65:12,13,13 68:9
**paragraph**
59:4
**parents**
49:10 50:3,9,12
**part**
17:2 51:25 52:5
**particular**
12:20 18:14 25:2
33:12 47:11,21
48:3,5 49:1,10
51:4 55:8,25
63:16 64:5 67:9
68:14,16 69:5
70:12 72:24 78:17
79:5 80:8,16,22
81:16 88:3,5,14
91:15 93:13 96:23
97:2 98:2 99:1,2,2
99:7
**parties**
102:11,15
**pass**
98:3
**passed**
49:4,9 50:2,9,12
**paternal**
40:8,12,16 41:12
42:5 43:1,10
**pathologically**
33:9
**pathology**
33:11 70:1 85:14
85:17 88:11
**patient**
3:18 19:14,19,25
20:4,8,12,16 21:9
21:12,15,19,21
22:2,3,6,10 23:8,9
23:14,25 24:13,25
25:12,22 26:11

27:12 28:18,25
31:4 35:20 62:11
67:14,15,24 68:7
68:13,18 88:17,18
88:23 98:8 99:14
**patients**
19:21 21:3 25:5,7
26:5,21 27:5 28:8
28:9 29:21 34:25
35:3,9,9,12 36:11
36:19 37:1 54:17
80:8,9,11,22
84:19 96:19
**pause**
7:3
**PAX5**
37:25 38:13
**PCNS**
55:4
**PCNSL**
38:10 54:6,8 55:6
55:24 58:8 59:7
60:11
**PCNSLs**
60:12
**pediatric**
25:18,21 26:2,4,6
**people**
18:9,15 19:3 27:9
28:7 81:5,7,17,19
81:25
**percent**
24:18 26:19 38:1
42:12 43:3 54:2
62:21 95:18
**perfect**
84:12
**perfectly**
93:20
**performed**
37:7 85:23 86:3
**period**
57:16
**person**
41:20 89:12 90:16
93:2,7,8 95:21
97:11

**personal**
58:4 102:9
**perspective**
83:22
**pertaining**
1:13 46:22
**pertains**
88:6
**pertinent**
85:21
**Pesticide**
3:23
**pesticides**
3:25 57:23 72:4,10
72:25,25 76:2,25
78:7
**ph**
1:24
**Pharm.D**
17:5,6 18:5
**pharmacists**
18:6
**pharmacy**
16:24 17:3,25 18:4
18:7,10,16 19:5
**phrase**
63:2
**phrasing**
100:6
**physicians**
36:2,5 86:7,19 87:2
**piece**
65:5 82:20
**place**
36:8 92:1
**plaintiff**
1:10 2:2 5:7
**plaintiffs**
6:1 12:10
**plan**
46:8 63:9 88:21
**play**
52:11 53:7,10
**played**
31:5
**please**
5:2,10,12 11:15

Chadi Nabhan, M.D.

12:18 87:17 103:3
103:8
**plus**
54:2 99:5,6
**Plus/minus**
8:2
**point**
7:24 31:21 39:16
39:21 50:21 86:10
99:6
**points**
87:8
**pontificate**
48:2
**pontification**
96:17
**PORTER**
2:8
**positive**
24:7 37:25
**positivity**
38:9
**possible**
84:19 89:6
**possibly**
42:15
**potential**
23:16,21 38:20
39:14 82:21 100:8
**potentially**
51:12
**practice**
16:11 19:10
**pre-noted**
95:25
**precise**
9:23 52:7 96:16
**prepared**
15:16,18
**prescribed**
46:11
**presence**
85:8,11
**present**
85:4,25
**presented**
32:14

**presenting**
26:3
**presume**
24:10 36:8 42:11
**presuming**
24:6
**pretty**
24:22
**previous**
78:4 102:5
**previously**
5:25 57:23
**primary**
3:20 33:16,19,25
34:18 35:4 36:18
36:21 53:16,21
54:2,11,15,25
55:15,22 56:7
57:10 58:6 59:23
**principal**
35:11
**prior**
6:4 39:24 44:17
45:1,4,9 46:16,20
57:13 92:8 99:13
**privileged**
10:17 11:5
**probably**
8:23 69:21 78:16
**problem**
13:22 14:18
**problems**
84:15
**procedure**
1:12 87:7,19
**proceed**
5:12
**proceedings**
102:12
**process**
100:20
**products**
1:4 4:24 17:9
**professor**
16:19,23
**prognostically**
55:10

**program**
17:5,10
**Progress**
3:16
**proliferation**
39:15
**pronounced**
34:15
**proper**
84:20 88:1,14
**propose**
67:5
**proposition**
61:19 64:24
**propounded**
105:7
**prostate**
27:3 29:24 30:1,2,7
40:3,8 43:11 44:2
**protein**
39:14
**protocol**
87:8
**provided**
14:20 16:7 31:2
**publication-wise**
17:14
**published**
35:17 59:16 62:10
62:13 67:5 68:9
84:16 87:20
100:25
**pursuant**
1:11
**put**
9:15 45:22 60:7
72:5 77:8 99:10
**puzzle**
65:6
**pylori**
47:16,25 48:17

**Q**

**quantify**
8:23 64:1
**question**
22:16 23:7 24:17

30:11 47:10,23
49:14 58:17 60:9
64:4 87:24 93:12
93:25 94:3 96:15
97:21,21 100:7
**questions**
22:22 56:14,16,18
57:7 88:18 94:5
101:10,12 105:7
**quite**
30:10
**quote**
12:18 14:4 72:3,5
**quotes**
72:6
**quoting**
71:13

**R**

**R**
2:1 4:1 104:1,1
**race**
53:5
**randomized**
35:14
**rare**
48:17 85:18
**ratio**
77:18
**RDR**
2:24 102:20
**read**
6:21 46:7 56:15,21
56:24 57:4 76:6,8
76:9,15 103:3
105:4
**readers**
36:20
**reading**
36:17 40:10 102:10
**realize**
73:1 93:3
**realized**
45:23
**really**
8:15 19:4 20:22
23:11,18,19,19

24:2 27:4 38:10
41:14,16,20 42:14
52:15 66:17 78:19
79:9,10 83:1
93:25 94:6,9
**realtime**
4:4,7
**reask**
23:7
**reason**
23:24 43:25 70:13
95:20 103:5 104:6
104:8,10,12,14,16
104:18,20,22,24
**reasons**
104:3
**recall**
11:10 12:2 21:17
21:20,24 22:1,2
44:24 45:1 46:18
**receipt**
103:15
**receiving**
45:2
**Recess**
60:24
**recognize**
30:12 73:2
**recognized**
33:21
**recommended**
37:3
**record**
4:17 5:3 7:6,7,11
9:15 36:4 39:23
40:20 41:5,11
42:20,21 43:2,7
44:16 45:13 46:1
60:19,20,22 61:1
72:6 76:12,13,17
76:19,21 86:15
101:4,6,8,14
102:12
**records**
7:17 41:18 44:19
**reduced**
102:8

Chadi Nabhan, M.D.

**refer**
26:1 31:23,25 32:5
  54:5
**reference**
61:4 64:12
**referenced**
74:20
**referral**
25:16
**referrals**
25:4
**referred**
24:25 25:6,21
**referring**
25:17 40:19 49:6
  49:13,20 50:1,11
  51:7 53:2 74:2
  75:25 84:8 87:16
**refers**
14:24 41:14 77:3
**reflect**
44:16
**reflection**
38:7
**reflects**
42:7
**regard**
58:24
**regarding**
7:22 15:13 56:7
**regardless**
28:10 38:8
**regimen**
34:11
**region**
53:4
**relate**
6:23
**related**
14:25 19:23 20:23
  24:20 54:19
**relates**
1:5
**relation**
67:22
**relative**
79:15 80:1 102:14

102:14
**relatives**
79:19 82:5
**rely**
58:9
**relying**
32:6 58:11,13,16
  61:24,25
**remember**
11:18 14:1 44:25
  45:12,13
**remission**
37:11,14
**removed**
33:6
**repair**
94:21 97:8,22
**rephrase**
49:14
**report**
3:10 15:7,13,16,18
  15:20 16:5,17
  32:6 43:17 44:9
  46:14,25 54:4
  60:13 61:3 71:20
  74:2,20 75:10
  76:24
**reported**
2:24 59:7 102:8
**reporter**
1:15 4:3,6,9 5:9
  102:1,3,21
**reports**
8:14,14
**represent**
5:22
**representing**
5:4
**request**
6:18,20 14:24
**requests**
6:22 7:14,20
**require**
8:12,13,14
**required**
8:18
**rereview**

78:20
**research**
17:7,7 18:12,13,18
  18:23 19:2 52:1
**research-wise**
17:14
**researchers**
18:25
**resection**
33:3
**reserved**
102:10
**respect**
84:4 100:16
**respective**
102:11
**response**
63:1,7,10 79:2,10
  79:11 82:16,17,19
  83:5,8,10,13,17
  83:18,20,21,25
  84:4,4
**responsive**
7:20 30:11
**rest**
32:23,24 60:4
**results**
78:1,9 83:24
**return**
103:13
**reversed**
98:4
**reversible**
94:20 97:4
**right**
9:13 10:2 12:11
  18:7 23:12 24:8
  26:8,10,17 31:20
  36:9 37:21 39:1
  47:9 53:24 69:2
  69:14,21 73:12,23
  74:19 75:1 78:6
  78:20 79:1 80:4,5
  81:10,14,20,25
  82:14,16 83:17
  92:2 96:6 99:25
**right-hand**

81:6
**risk**
3:19 21:17,20 22:4
  23:13,15,20 24:1
  24:2 26:12,16,23
  26:24,25 27:2,3,3
  27:7,19,22,24
  28:2,3,12,14 29:6
  29:10,16,19,24
  30:2,4,13,15,21
  31:5 53:16 54:12
  54:24 55:2,15
  56:7 57:9,24 58:5
  58:8 59:6,9,18,23
  61:7,13,21 62:14
  62:17,24 63:6,14
  63:17,24 64:2,7,8
  64:15 65:1,7,10
  65:15,19,24 66:2
  66:8,15 67:6,11
  67:19,21,23,24
  68:6,11,12,18
  69:7,8,11 70:11
  70:12,14,15,16,17
  71:1,3,7 72:13
  73:3 74:8 77:3,19
  77:25 78:7,24
  79:6,9,15 80:1,14
  80:15,20 81:2
  82:5 84:24 88:14
  92:5 94:10 95:4
  98:24 99:8,12,14
  99:17,18 100:8,16
**risks**
69:11 76:3
**Rituxan**
34:12 35:13
**River**
1:17
**Road**
1:17
**role**
31:6 52:11,13,13
  53:7,9
**roles**
53:10
**room**

1:17 32:16 69:22
  81:5,6,7,10,13,17
  82:14,15
**Rosemont**
1:17 4:23
**rough**
4:11
**Roughly**
8:4
**Roundup**
1:4 4:24 6:1,24
  8:21 14:21 15:4
  38:5,13,22 39:5,9
  39:18 53:17 61:20
  62:4,19 64:11,25
  67:6 68:8,20
  69:14,15 70:7,20
  71:6 85:3,8,11,15
  85:21,25 86:5,11
  86:16 88:24 89:16
  89:23,23 90:6,12
  90:20 91:7,12
  92:9,24 93:1,5,7
  93:13 95:12 96:1
  97:12,15 98:10,17
  98:19 99:5,6,16
  99:16,24 100:10
**RPR**
102:20
**rule**
67:20
**ruled**
31:9
**Rules**
1:11
**Russo**
1:6 7:24 15:14 16:8
  22:24 31:13,18
  32:11 33:2,24
  34:2,7,10,20 36:5
  36:14 37:13 39:23
  40:1,1 44:10,13
  45:4 46:1,4,11,15
  54:20 61:20 62:3
  63:20 64:25 66:19
  85:2,4,11,22
  86:16 88:24 89:2

Chadi Nabhan, M.D.

90:5,10,18 91:3,8
91:13 92:7,15
95:10,25 98:9,17
99:21
**Russo's**
5:23 7:22 8:1 15:22
32:19 33:11 34:17
34:23 35:23 37:6
37:24 40:5,8,12
41:11 42:2,5,22
43:10,18 62:17
64:17 85:3,7,14
85:25 86:5,12
87:9,21

---

**S**

**S**
2:1 3:1,4 4:1
**SAITH**
101:19
**saw**
42:14 80:21 85:10
98:8
**saying**
13:17,19 18:22
21:19,20,24 22:2
47:11 65:18 70:25
72:3 76:1 90:10
90:25 91:2,11
**says**
40:16 41:13 59:4
73:6,6,19,25 75:4
86:16
**scan**
34:2
**scenario**
35:20 52:10 67:18
68:18 95:23,24
**scenarios**
68:13
**Schiff**
3:21
**school**
19:15 88:22
**Sciences**
16:25 18:8
**scientific**

**88**:6
**scientifically**
87:12
**scientifically-vali...**
87:7,19
**screen**
4:22
**second**
6:16 40:10 44:9
59:3,4 73:22
**section**
41:10
**see**
6:18,19 27:4 30:7
40:14 43:23 44:16
46:21 51:5,20
67:3 73:21 74:12
75:7 77:24 79:9
81:5,21,25 83:12
83:17,18,20,25
93:24
**seeing**
25:12 38:19 78:3,6
**seen**
6:14 25:8 43:3
56:10 85:20 94:2
**send**
11:25 12:21
**sense**
10:10 95:14
**sent**
7:21 12:12 14:13
25:7
**separate**
54:8 55:3,7,24 60:2
60:6
**September**
37:19
**served**
25:12
**Services**
1:24 2:13 4:19
**set**
62:20
**setup**
4:4
**share**

16:14
**sheet**
103:7,9,11,14
105:10
**short**
15:23 60:15,18,20
60:21 101:3
**Shorthand**
1:14 102:1,3,21
**show**
34:4 39:12 65:14
65:24 66:1 71:14
83:11 85:3,7
97:17
**showed**
32:19,24 41:18
58:12 64:14 84:4
85:10
**showing**
43:7 54:23
**shown**
58:15
**shows**
53:16 63:6 66:7
75:2 81:1 85:15
85:24 86:4
**sick**
26:24
**side**
81:6,7,10,11,14,15
81:20,20,25 82:1
82:14,15
**sign**
103:8
**SIGNED**
102:17
**significance**
66:5 83:12,16
**significant**
61:14 81:19
**significantly**
61:8 72:13 74:9
75:3,16,21 77:3
77:13 79:11
**signing**
102:10 103:9
**similar**

35:20 64:15 90:5
94:7
**simplify**
68:1
**simply**
29:6 87:3
**single**
9:9 26:18 28:14
84:16 97:11
**sir**
27:13
**sites**
34:4
**sitting**
96:8
**situation**
17:18 44:5 63:17
88:4
**situations**
47:15 48:1,17
85:18
**smoke**
68:3
**smoked**
68:2
**smoker**
94:8,8
**smoking**
68:6
**solid**
82:4
**solvents**
21:14,16,19
**somebody**
24:5,8 25:12 29:23
35:6 48:12 65:9
69:9,14 70:19
71:5 90:5 92:18
92:19 93:13 94:7
95:15 96:20
100:22
**somewhat**
53:12
**sorry**
7:13 15:17 20:3
22:19 40:15 45:20
92:21 94:16

**source**
25:16
**South**
16:19,23 17:3,24
18:4,20 19:8,11
19:14
**space**
103:6
**specialist**
25:1,3,18
**specific**
3:23 23:2 24:16
33:19 48:19 53:23
72:19 75:25 76:2
**specifically**
54:8,11,13 60:10
**speculation**
93:10
**spend**
8:5 88:17
**spent**
7:23 8:1,21 9:21
10:12,22 89:10
**sporadic**
43:24
**spot**
60:15,17
**spraying**
90:19,24
**stage**
35:7
**stand**
6:4 11:1
**stands**
61:18 64:23
**start**
27:20 56:19 57:8
72:6
**started**
90:19,23 95:12
**Starting**
73:18
**state**
1:15 60:20 76:25
102:3 103:5
**stated**
11:8 59:15

Chadi Nabhan, M.D.

statement
9:14 27:15 36:16
    48:15 53:6 59:13
    59:14 73:8 76:24
    77:8,20 78:13,15
    79:17 82:8 90:24
statements
59:2
States
1:1,12
statistical
66:5 83:12,16
statistically
61:7,14 74:9 75:15
    75:21 77:13 81:18
statistician
83:9
stay
16:13
stem
34:20,24 35:1,3,16
    35:21,24 36:6,15
    37:3
stenographically
102:8
Stephan
2:12 4:17
stomach
40:18 42:6,10,13
    42:15 43:4 47:18
    52:21 60:3
stop
28:20 94:11,24
    95:4 97:1
stopped
93:18,19,22 94:9
    96:1,5
stops
92:24 93:4
Street
2:3,8
stress
46:5
strike
18:1 24:21 27:20
    32:23 40:1 72:5,7
    93:2

student
19:5
students
17:16,24,25 18:3,4
    18:10,15
studied
80:3
studies
39:12,15 54:4,7,9
    54:10,13,15 55:2
    55:12,23 60:1,6
    60:13 61:23,25
    62:23 63:3,8,10
    66:9,11,13 80:25
    80:25 82:2,18,24
    84:21 97:16
study
3:22,24 35:17 38:4
    38:12,21 39:4,8
    39:17,20 53:16
    56:1,6 57:9,12,16
    57:20 58:3,21
    59:4,22 60:10
    61:4,18,24 62:2
    62:20 63:12,25
    64:13,14,23 65:23
    66:1,3,7 71:12,13
    72:3 73:16 74:25
    77:14 78:23 79:1
    79:4 80:5,16,19
    81:23 82:11 83:6
    84:3,9,11,11,12
    84:16,22 88:9
studying
18:3 81:17
subcategory
55:9
subject
103:10
submitted
13:11,12
Subscribed
105:15
substance
105:9
substantial
62:2 66:21

substantially
64:6 67:4
subtype
33:20 48:4 53:23
    53:24 54:3
subtypes
47:4,5,8,23 48:20
    49:16 53:13 55:25
sudden
23:22 30:5
suggest
44:19 92:19 99:15
suggested
59:9 63:4 64:7
suggestion
48:14 52:6
suggests
39:23 82:9
Suite
2:4
suits
81:6,8,10,14,19
    82:1
summarized
64:16
summer
37:15
sun
92:1,3
supplementing
16:5
support
63:10 82:18 97:3
supported
62:10 63:4
supporting
65:2
suppose
92:24 93:4
supposed
17:15 22:14,20
sure
5:24 6:6 7:5,16
    9:11,16,20 11:7
    12:7 13:16 14:17
    20:19 21:25 22:6
    22:15 24:9,12,14

29:1 32:3 35:19
    35:23 36:4,13,17
    37:23 40:24 41:13
    41:20 42:8,12,24
    43:3,5,6 44:21
    45:13 47:10 50:5
    50:17 51:3,7
    53:14 57:22 59:21
    65:21 68:17 71:15
    71:21 72:19 73:6
    74:4 76:7,16 83:7
    84:19 87:15,23
    89:6 93:25 95:18
surged
57:19
surrounding
32:20
suspected
49:17
swear
5:10
sworn
5:25 102:6 105:15
sworn/affirmed
5:11,15
symptoms
46:15
syndrome
20:25
system
3:20 33:14,21 54:2
    56:8 86:1
systemic
55:3

_____

T

T
3:1,1,1,4 104:1
table
72:21,22,24 73:9
    74:24 75:2,11,17
    76:1,3 77:4,9,18
    77:20,24 78:1,2,9
    78:18 79:13,14
    95:19
tables
77:21

take
3:8 9:22,22 12:24
    14:10 25:6 31:14
    56:15,20,24 59:14
    60:15 65:3 71:23
    73:15 83:1 97:22
    101:3
take-home
66:11,13,17
taken
1:11,14,16 8:17
    102:13
talk
31:13 51:6
talked
26:15 38:16,17
    41:15,23 68:10
    77:21 79:3 97:11
talking
26:7 53:21 87:16
    88:17 89:10 95:9
taught
88:22
tell
23:14,25 24:13
    27:13 31:7 36:6
    38:10 41:21 52:15
    68:11 78:19
telling
22:1 29:23 92:17
    95:3 96:8
tells
38:18
Temodar
34:12 35:13
ten
64:2,17,25 65:17
    65:23,25 66:12,20
    98:18 99:23
    100:11,24
ten-page
56:14
terms
17:7,8,13 62:13
    82:19,21 84:10
test
31:22 85:10,24

86:4 88:8
testicular
28:6 34:3
testified
5:15 46:19 57:23
testify
61:18 62:1,16 63:9
63:22 64:23 102:6
testimonies
99:13
testimony
5:25 6:5,24 14:20
14:25 15:1,3
27:17 28:1 102:12
tests
85:3,7 86:2 87:16
Thank
5:8 6:12 15:11
45:17,18 101:9,13
Thanks
71:24
therapy
25:13 45:3
thing
16:17 36:9 48:11
63:7 71:1
things
25:24 52:5,14 68:1
think
5:21 8:6,10,16,23
13:10 19:23 20:23
22:23 23:12,19
26:14 27:14 28:3
30:10,12,23 43:12
43:14,25 48:2
51:7,23 52:1,6,17
53:2,8 57:20
59:25 64:3 65:21
67:2 70:13,25
71:2,13 72:5 79:3
84:8 89:10,12
90:2,15 91:2 94:3
95:14,19,20 99:4
100:6,15
thirty
103:15
thought

42:9 51:12
thoughts
82:19
three
9:25 10:5 69:5
99:14
threshold
62:19,22 63:20,23
66:9 93:15 99:7
99:18 100:12
thrice
64:2
throw
48:6
thyroid
40:2 44:3
time
4:21 8:5,12 9:17,23
10:22 13:7 17:20
32:11 56:12,15,17
56:20,20 59:16,19
76:11 81:12,16
84:10 89:2,10
93:13 97:9,18
98:2
times
10:8 20:21 26:15
64:2 84:13 100:24
tissue
33:8,11
titled
3:19
tobacco
68:5
today
4:11,20 8:23 50:16
told
19:19,25 20:4,8,12
20:16 21:9,12,18
21:21 22:6,10
23:9 26:11 29:16
36:5
tomorrow
12:9,23
top
21:18 46:9 72:23
Torrance

32:15
total
98:18 99:23
training
18:6
transcript
102:8 103:16,18
transcription
105:6
transplant
34:20,24 35:1,3,6
35:16,21,24 36:6
36:12,15,19,21
37:1,4,18,20
treat
19:13 21:7 24:21
25:6 46:12
treated
24:8,22 25:15 26:6
34:10 44:18
treating
86:20 87:4 96:19
treatment
16:8 34:17,23
35:24 37:4 46:20
88:21
trial
8:11 9:3 11:11,12
15:21,24 25:14
35:10 59:15
trials
25:9
triples
65:10
true
10:18 51:1 83:21
102:12
truly
83:23
truth
102:6
try
16:16 23:3 84:18
84:20 88:19 98:6
trying
11:17 22:25 28:11
30:7,11 36:3

37:24 46:21 49:18
50:10,10 82:2
88:13,19 92:18
tumor
26:3
tumors
82:4
tuned
16:13
turn
6:16 59:3
twice
17:19 64:2
two
6:22 7:14 44:21
50:19 61:10,20
62:4,19 63:5,13
65:12,16 66:12
98:18 99:23
100:10
type
25:2 27:25 29:8,20
33:12 38:18 39:23
48:8,11,19 63:7
79:8 85:24 86:4
89:1
types
24:22 27:23 54:21
60:11
typewriting
102:8
typo
41:21
_____
U
U.S
51:9 52:3,19
ubiquitous
57:14
ultrasound
34:3
unable
85:17
uncle
40:5,8 41:15,16,19
41:25
unclear

93:3
uncommon
26:2
uncontrolled
69:9,10
undergo
35:1,3,15,21 36:6
36:19 37:1
underpinning
63:15 79:4
understand
22:15 23:1 27:16
30:12 36:18 38:25
47:10 48:23 49:18
51:5 63:19 75:24
82:7 87:23 92:24
93:12
understanding
30:14 61:17 64:22
underwent
33:2 34:2
unfortunately
26:24 90:16
United
1:1,12
university
16:19,23 17:2,11
18:20 19:8,14
25:11 35:11
unknown
23:17,24,25 24:4
urine
85:7
use
57:14,19 62:4
69:14 95:14 97:1
uses
61:20 64:25
usually
79:7 83:12
uterine
30:4,6
uterus
30:4
_____
V
v

Chadi Nabhan, M.D.

1:6
**validated**
87:12,14
**variables**
78:2,18
**various**
18:9 91:20
**versa**
52:19
**versus**
35:15 47:13 50:25
  50:25 52:19 55:4
  68:2 82:1
**vice**
52:19
**video**
4:22,22 5:3
**videographer**
2:11 4:16,18 5:8,12
  7:7,10 60:22,25
  76:17,20 101:4,7
  101:14
**videotaped**
1:9 3:8 101:15
**viral**
71:6
**virtually**
17:17
**virus**
20:2,6 48:1 59:8
**viruses**
47:24
**visit**
17:19

**W**

**Wade**
12:8
**WAGSTAFF**
2:3
**wait**
94:14,14
**walk**
81:5,13
**walked**
7:4
**want**

4:3,7,10 14:12,14
  20:19 21:25 22:4
  24:14 35:19 36:17
  36:20 40:23 51:4
  56:12,17 57:5
  63:1 71:11,22
  74:4 76:11,12
  79:23 81:24 84:10
**wanted**
90:4
**wasn't**
55:11 65:21 80:19
  91:14
**way**
9:12 14:18 23:20
  36:14 55:6 60:19
  63:21,23 71:19
  78:22 79:13 100:6
**we're**
26:7 53:11 58:18
  70:25
**we've**
41:23 97:15
**wearing**
81:6,8,19 82:1
**welcome**
31:25 101:11
**went**
8:11 45:22 88:10
  96:6 97:15 99:4
**weren't**
42:7
**West**
2:8
**Westin**
1:16
**whatsoever**
64:9
**whites**
50:25
**Winston**
9:17
**wish**
104:2
**witness**
3:2 5:1,11,14 7:5
  8:8 10:18 11:6

13:3,9,22 14:7,9
  15:3,10 22:15,19
  23:4 29:14 30:19
  31:1 43:22 45:17
  51:15 53:20 55:19
  56:23 58:18 60:18
  62:8 67:1 68:22
  69:18 70:9,23
  73:11 76:5 77:6
  77:17 78:11 84:7
  87:1 89:5,18 90:1
  90:14,22 91:24
  92:13 93:11 94:17
  96:13 97:20 98:13
  98:22 100:4
  101:11 102:5,5,11
  103:1
**woman**
30:3
**wondering**
34:15
**work**
7:24 8:5 10:15,20
  11:3 12:4 19:4
  46:5
**workup**
28:21
**worn**
81:10
**worse**
44:18 45:2 46:20
**wouldn't**
27:20,24 100:19
**writing**
8:13,14
**written**
43:16
**wrote**
42:11,13 46:21

**X**

**X**
3:4
**Xanax**
46:11

**Y**

**yeah**
13:4,19 18:22
  19:21 41:25 43:13
  43:17 44:24 68:23
  69:5 71:10 76:6
  76:14 77:7 78:3
  79:17 92:4 93:19
  96:14
**year**
9:14 10:5,11 17:19
  61:10,21 62:4,20
  63:5,14 65:17
  68:4 98:18 99:23
  100:10
**years**
10:1,6 15:1,2 24:8
  27:5 44:21 50:19
  55:6,12 59:20,21
  92:16,18,19 93:17
  96:6 97:24,24,24
**York**
2:9,9 92:3
**younger**
28:7 35:8 89:8,12

**Z**

**zone**
47:17

**0**

**084-002341**
1:16 2:25 102:4,21

**1**

**1**
1:18 3:7 4:20 6:8
  6:10 16:18 82:17
**1.20**
61:11
**10**
97:24
**10:05**
76:18
**10:08**
76:21
**10:33**
101:5

**10:34**
101:8
**10:35**
101:15
**100**
9:22,22 24:18
  40:11 42:12 43:2
  62:21 84:13 95:18
**10019-9710**
2:9
**1100**
2:4
**14**
46:25
**15**
3:10 34:21
**16-year-old**
25:25
**17**
41:8 96:6
**17-year-old**
25:25
**1901**
2:3
**1965**
92:15
**1975**
57:13
**1994**
57:13
**1997**
90:25 91:3 92:14
  92:15
**1998**
3:21 59:15
**1st**
102:17

**2**

**2**
3:10 15:7,8 16:18
  77:18
**2,4d**
74:10
**2.12**
61:10
**20**

Chadi Nabhan, M.D.

24:8 55:6,11 68:3
97:23 100:24
   105:16
**2013**
32:14 39:24 46:1
**2014**
31:19 32:2,9 33:2
   34:21 37:7,14,15
   37:16 41:8
**2016**
10:4
**2019**
1:18 4:20 50:18
   102:17
**20s**
96:4,21
**21**
59:20,21
**212**
2:10
**22**
37:7
**229820**
1:21
**24**
61:3 71:19 72:2,8
   76:24
**25**
8:3 55:11 97:24
**250**
2:8
**26**
64:12
**27**
64:12
**2741**
1:2 4:25

___
**3**
___

**3**
3:12 40:21 41:3
   77:18
**3.73**
61:11
**3:16-cv-06024-VC**
1:6
**3:16-md-02741-...**

1:2
**30**
8:2,3,16 12:16,25
   12:25 65:9 103:15
**310**
2:5
**32**
92:16,18,19 95:11
   95:15 96:1,5,9
**32-year-old**
95:20
**339-8214**
2:5

___
**4**
___

**4**
3:15 42:16,20
**40**
3:10,12 27:5
**42**
3:15
**45**
3:17 27:5
**49**
32:11 96:2

___
**5**
___

**5**
3:3,17 45:15,21,25
**50**
9:22
**55th**
2:8
**56**
3:19

___
**6**
___

**6**
3:7,19 14:24 56:2,6
**60**
47:4
**60s**
31:11
**6100**
1:16
**65**
27:14

**65-year-old**
27:12
**67-year-old**
31:4
**68**
28:19,22

___
**7**
___

**7**
3:22 71:16 72:21
   72:22,24 73:9
   74:24 75:11 76:1
   77:4,9,20,24 78:1
   78:2,9,18 79:13
   79:14
**71**
3:22

___
**8**
___

**8**
33:2
**8:37**
1:19 4:21
**8:39**
7:8,11
**800**
9:21 10:19
**836-7586**
2:10
**877.370.3377**
1:24

___
**9**
___

**9:42**
60:23
**9:48**
61:1
**90**
26:19 38:1
**90s**
40:17 42:9
**917.591.5672**
1:24
**94612**
2:4
**95**
54:2