# Exhibit 4

```
 1              UNITED STATES DISTRICT COURT

 2            NORTHERN DISTRICT OF CALIFORNIA

 3    -------------------------------X

      IN RE: ROUNDUP PRODUCTS        )   MDL No. 2741
 4    LIABILITY LITIGATION           )
      -------------------------------X
 5    This document relates to:      )
                                     )   Case No.
 6    YOLANDA MENDOZA,               )   3:16-md-02741-VC
                                     )
 7             Plaintiff,            )
           vs.                       )
 8                                   )
      MONSANTO COMPANY,              )
 9    Case No. 3:16-cv-06046-VC      )
               Defendant.            )
10    -------------------------------X

11

12

13            VIDEOTAPED DEPOSITION OF

14               EXPERT WITNESS

15             ANDREI SHUSTOV, M.D.

16

17            Sunday, November 3, 2019

18               Seattle, Washington

19

20

21

22

23

      Stenographically Reported by:
24    Mayleen Ahmed, RMR, CRR, CRC
      WA CCR #3402
25    Job No: 230127
```

```
 1              A P P E A R A N C E S:

 2

 3   Attorneys for Plaintiff:

 4           WEITZ & LUXENBERG, PC

 5           700 Broadway

 6           New York, New York

 7   BY:     ROBIN L. GREENWALD, ESQ.

 8           rgreenwald@weitzlux.com

 9

10   Attorneys for Defendant:

11           GOLDMAN ISMAIL TOMASELLI BRENNAN & BAUM LLP

12           200 South Wacker Drive - 22nd Floor

13           Chicago, Illinois 60606

14   BY:     EMMA C. ROSS, M.D., J.D.

15           eross@goldmanismail.com

16                   -and-

17           3131 Turtle Creek Boulevard - Suite 1210

18           Dallas, Texas 75219

19   BY:     JOE W. TOMASELLI, JR., ESQ.

20           jtomaselli@goldmanismail.com

21

22   ALSO PRESENT:

23   DANIELLE GREENE, legal video specialist

24                   ---o0o---

25
```

```
 1                    I N D E X
 2   WITNESS:    ANDREI SHUSTOV, M.D.
 3   EXAMINATION BY                              PAGE
 4   DR. ROSS          ......................     6
     MS. GREENWALD     ......................   183
 5   DR. ROSS          ......................   190
 6
                     ---o0o---
 7

                  E X H I B I T S
 8      (Original exhibits attached to transcript)
 9   EXHIBIT NO.           DESCRIPTION          PAGE
10   Exhibit 1   Official Expert Report, Andrei    9
                 Shustov, M.D.,
11
     Exhibit 2   "Occupation and the Risk of      60
12               Non-Hodgkin Lymphoma," Boffetta
                 and Vocht, CEBP, March 2007
13
     Exhibit 3   "Long-term risks after           67
14               splenectomy among 8,149
                 cancer-free American veterans:
15               A cohort study with up to 27
                 years follow-up," Kristinsson,
16               et al., Haematologica, 201
17   Exhibit 4   10/30/13 UCSF Progress Notes -    72
                 Encounter Notes
18
     Exhibit 5   "Association of Psoriasis with    74
19               the Risk of Developing or Dying
                 of Cancer.  A Systemic Review
20               and Meta-Analysis," Trafford,
                 et al., JAMA Dermatology 2019
21
        ██████████      ████████████████████        ████
22
     Exhibit 7   WHO Classification of Tumours    111
23               of Hematopoietic and Lymphoid
                 Tissues
24
25
```

```
 1            E X H I B I T S (cont'd)
 2    EXHIBIT NO.        DESCRIPTION              PAGE
 3    Exhibit 8    "Agricultural pesticide use and   132
                   risk of t(14;18)-defined
 4                 subtypes of non-Hodgkin
                   lymphoma," Chiu, et al., Blood
 5                 2006
 6    Exhibit 9    9/3/19 deposition of Lloyd         142
                   Damon [excerpt]
 7
      ████████      ███████████████████████   ███████
 8                   ████████████████████████
 9    Exhibit 11   "Glyphosate use and               160
                   associations with non-Hodgkin
10                 lymphoma major histological
                   sub-types: Findings from the
11                 North American Pooled Project,"
                   Pahwa, et al., Scand J Work
12                 Environ Health
13    Exhibit 12   "Pesticide use and risk of        169
                   non-Hodgkin lymphoid
14                 malignancies in agricultural
                   cohorts from France, Norway and
15                 the USA: A pooled analysis from
                   the AGRICOH consortium," Leon,
16                 et al, WHO 2019
17    Exhibit 13   Expert Report of Dr. Andrei       176
                   Shustov re: Hardeman v Monsanto
18
19                       ---oOo---
20             INFORMATION/DOCUMENTS REQUESTS
      DESCRIPTION                                 PAGE
21
      Invoices for all cases Dr. Shustov has       183
22    been retained as an expert
23
      MOTIONS                               - NONE -
24    DIRECTIONS NOT TO ANSWER              - NONE -
25                       ---oOo---
```

 1            SUNDAY, NOVEMBER 3, 2019

 2            SEATTLE, WASHINGTON

 3            ----------------

 4            THE VIDEOGRAPHER:  We are now on the

 5   record.  My name is Danielle Greene.  I'm the

 6   videographer for Golkow Litigation Services.

 7            Today's date is November 3, 2019, and the

 8   time is 1:17 p.m.

 9            This deposition is being held at 1900 Fifth

10   Ave, Seattle, Washington 98101, in the matter of

11   Yolanda Mendoza versus Monsanto for the United States

12   District Court of California.  And the deponent is

13   Andrei Shustov.

14            Will counsel please state whom you represent.

15            MS. GREENWALD:  Robin Greenwald for the

16   plaintiff.

17            DR. ROSS:  Emma Ross for the defendant.

18            MR. TOMASELLI:  Joe Tomaselli for Monsanto.

19            THE VIDEOGRAPHER:  The court reporter today

20   is Mayleen Mohammed [sic], and she will now swear in

21   the witness.

22            CERTIFIED STENOGRAPHER:  Mayleen Ahmed.

23            ----------------

24            ANDREI SHUSTOV, M.D.

25      having been duly sworn, testified as follows:

Andrei Shustov, M.D.

```
 1                    EXAMINATION

 2  BY DR. ROSS:

 3       Q.   Would you give us your full name, please?

 4       A.   First name Andrei, A-N-D-R-E-I, last name

 5  Shustov, S-H-U-S-T-O-V.

 6       Q.   Dr. Shustov, we had a chance to meet

 7  briefly before we went on the record.  My name is

 8  Emma Ross, and I represent Monsanto in this case.

 9            Do you understand that this is my

10  opportunity to ask you questions about you, your

11  opinions, and the bases for those opinions?

12       A.   I do.

13       Q.   I want to go over some ground rules briefly.

14  Okay?

15       A.   Sure.

16       Q.   As you know, our court reporter, Ms. Ahmed,

17  is taking down everything that you and I say, so it

18  is important that we do not talk over one another.

19  To that end, I will do my best to let you finish your

20  answer before asking my next question, and I would

21  ask that you allow me to finish my question before

22  you begin your answer.  Is that fair?

23       A.   Understood.

24       Q.   Okay.  Please give audible responses.

25  "Yes" and "no" tend to show up better on the record
```

Andrei Shustov, M.D.

1   than "uh-huh."  Does that make sense?

2        A.   Yes.

3        Q.   At some point today, I'm sure I will ask a

4   question that is unclear, that uses a term

5   inappropriately or mispronounces something.  So if

6   you'd ask me to stop and repeat or rephrase the

7   question, I would be happy to do so.  Okay?

8        A.   Okay.

9        Q.   If you answer my question, I will assume

10  you understood it.  Fair?

11       A.   Fair.

12       Q.   Any reason that you cannot give complete

13  and accurate testimony today?

14       A.   No.

15       Q.   You were deposed in the Roundup litigation

16  in December of 2018.  Do you recall that?

17       A.   Yes.

18       Q.   Have you identified any errors in your

19  earlier testimony?

20       A.   I have not.  I reviewed my earlier

21  testimonies from prior cases.  I focused on the

22  Yolanda Mendoza case.

23            And before we begin, I forgot to mention, I

24  would like to introduce a typo that I noticed this

25  morning in my report, that does not change the

Andrei Shustov, M.D.

1  contact -- content or conclusions.  And this was in

2  chromosomal translocation that drives lymphoma in

3  Ms. Yolanda's case.

4       Q.   We will get to that in a little bit.  The

5  answer to my question, though, would be that you have

6  not identified any errors in your earlier testimony;

7  correct?

8            MS. GREENWALD:  Objection.  Form.

9  Mischaracterizes his answer.

10      A.   I have not looked recently in my earlier

11  testimonies.

12      Q.   Do you stand by your earlier testimony in

13  the Roundup litigation?

14            MS. GREENWALD:  Objection.  Form.  Asked

15  and answered.

16      A.   I stand by my conclusions.  But, once

17  again, I have not looked in my prior testimonies for

18  quite a while now.

19      Q.   What was your task with regard to

20  Ms. Mendoza, as you understand it?

21      A.   My task was to provide opinion, expert

22  opinion on specific causation in the case of

23  Ms. Mendoza Burkitt's lymphoma.

24      Q.   You are not offering an opinion on general

25  causation, do I have that right?

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Andrei Shustov, M.D.

 1       A.   That is correct.

 2       Q.   For your opinion regarding Ms. Mendoza, you

 3   are assuming that Roundup causes non-Hodgkin's

 4   lymphoma; true?

 5            MS. GREENWALD:  Objection.  Form.

 6       A.   I base my opinion on conclusions that were

 7   stated in authoritative bodies that I --

 8   recommendations and set standards.  In this case,

 9   IARC conclusion regarding causation between

10   non-Hodgkin lymphoma and glyphosate.

11            DR. ROSS:  May I have the exhibit stickers?

12   Thank you.

13            (Exhibit 1, Official Expert Report, Andrei

14       Shustov, M.D., marked for identification.)

15       Q.   Dr. Shustov, I'm handing you Exhibit 1.

16   This is your report in Yolanda Mendoza's case.

17            Do you see that?

18       A.   Yes.

19       Q.   And you identified a moment ago an error

20   that you noticed when you were going through the

21   report this morning; correct?

22       A.   Yes.

23       Q.   With the exception of that error, do you

24   stand by what you wrote in your report?

25       A.   Yes.

Andrei Shustov, M.D.

1      Q.   Is your report a fair summary of the

2 opinions that you intend to offer in this case?

3      A.   That's correct.

4      Q.   And you do not, sitting here today, intend

5 to offer any opinions that you did not disclose in

6 your report; correct?

7           MS. GREENWALD:  Objection.  Form.

8      A.   Please repeat the question.

9      Q.   You do not intend to offer any opinions at

10 trial that you did not include in your report in

11 Ms. Mendoza's case, correct?

12           MS. GREENWALD:  Same objection.

13      A.   That's correct.

14      Q.   Do you see that on the first page of your

15 report for Ms. Mendoza, you state:

16           "The following report explores specific

17      causation in the case of Yolanda Mendoza's

18      Burkitt lymphoma and does not represent the

19      analysis of general causation of specific

20      lymphomas or of the lymphoma group of cancers as

21      a whole.  It assumes that the conclusions of the

22      special experts on general causation and

23      genotoxicity of glyphosate are true."

24           Did I read that correctly?

25      A.   Yes.

Andrei Shustov, M.D.

1    Q.   For your opinion regarding Ms. Mendoza, you

2   are assuming Roundup causes non-Hodgkin's lymphoma;

3   correct?

4        MS. GREENWALD:  Objection.  Form.

5    A.   I base my opinion and conclusions of panel

6   experts and experts in general causation.  That's

7   what I meant by "I assume."  I base my opinion on

8   conclusions from -- and expertise of those official

9   agencies and experts.

10   Q.   I want to break that down because you

11  mentioned two things in that answer.  Okay?

12   A.   Uh-hmm.

13   Q.   You are relying on the plaintiff's general

14  causation experts; correct?

15   A.   I rely on the opinion of general causation

16  experts that were provided to me, and the conclusions

17  of the IARC panel that reviewed a wealth and body of

18  literature on general causation issues.

19   Q.   When you say you are relying on the opinion

20  of experts that were provided to you, you were also

21  provided some of the defense experts' reports;

22  correct?

23   A.   That's correct.

24   Q.   Are you relying on those as well?

25   A.   I'm not relying on the report by defense,

Andrei Shustov, M.D.

1    no.

2         Q.    Okay.    So you are relying on the

3    plaintiff's general causation experts, you are

4    assuming that glyphosate can cause NHL, and then

5    you're applying that assumption to Ms. Mendoza's

6    case, correct?

7              MS. GREENWALD:    Objection.    Form.

8         A.    I'm predominantly and mostly relying on a

9    conclusion by a panel of 17 experts, global experts,

10   that constituted IARC panel and issued their judgment

11   on causation between glyphosate and non-Hodgkin

12   lymphoma.

13        Q.    We will talk about your reliance on IARC as

14   well, I promise, but I want to make sure just that

15   we're very clear on this.

16             Are you or are you not relying on the

17   plaintiff's general causation experts as part of your

18   basis for causation in Ms. Mendoza's case?

19        A.    I do.

20        Q.    Is there a reason that you did not evaluate

21   general causation yourself?

22             MS. GREENWALD:    Objection.    Form.

23        A.    I was not asked to be a general causation

24   expert witness, so I did not focus on evaluating

25   general causation.

Andrei Shustov, M.D.

1     Q.   Are you able to entertain the possibility

2   that these other experts are wrong and that

3   residential use of Roundup does not cause

4   non-Hodgkin's lymphoma?

5          MS. GREENWALD:  Objection.  Form.

6     A.   I have no reason to doubt their conclusion

7   considering their reputation in the field and,

8   overall, the reputation and expertise of the IARC

9   panel.

10    Q.   With respect, Dr. Shustov, I don't think

11  that answered my question.

12         Are you saying that you're not able to even

13  entertain the possibility that the plaintiff's

14  experts are wrong, and that residential use of

15  Roundup does not cause non-Hodgkin's lymphoma?

16         MS. GREENWALD:  Objection.  Form.

17    A.   I have not focused on trying to challenge

18  or question the conclusions of the general causation

19  experts.

20    Q.   If those other experts are wrong and

21  Roundup does not cause non-Hodgkin's lymphoma, would

22  you say that Roundup still caused Ms. Mendoza's

23  cancer?

24         MS. GREENWALD:  Objection.  Form.

25    A.   That's really a hypothetical question,

1    that --

2        Q.   It is.  And you are an expert, so I'm

3    allowed to ask you hypothetical questions.

4            MS. GREENWALD:  You said you'd let him

5    finish his answers.  He was in the middle of saying

6    something.

7        A.   So --

8        Q.   Were you going to say something else?

9        A.   Yes.  I said you're allowed to answer --

10   ask this question, but I cannot answer this question

11   because it's a hypothetical question.

12       Q.   What is it about that question that you

13   can't answer?

14       A.   Well, you introduced if those conclusions

15   and expert reports were wrong; it's a hypothetical

16   question.  I cannot answer that question.

17       Q.   You did not consider whether those experts

18   might be wrong; correct?

19       A.   I did not question their conclusions or

20   their expertise or findings in their reports.

21       Q.   We talked about this a minute ago.  You did

22   list some of the defense expert reports on your

23   previous materials list; right?

24       A.   For this case?

25       Q.   Yes.

Andrei Shustov, M.D.

```
1          A.   Correct.

2          Q.   And you read those; correct?

3          A.   The defendant experts' reports?  Yes.

4          Q.   Certainly, you are aware that there are

5    multiple experts in this litigation who say that

6    Roundup has not been shown to cause non-Hodgkin's

7    lymphoma?

8               MS. GREENWALD:  Objection.  Form.

9          A.   I'm certainly aware that there are experts

10   on the side of defendant that came to a different

11   conclusion.

12         Q.   You have no reason to question the

13   qualifications of the experts who say Roundup does

14   not cause cancer; do you?

15              MS. GREENWALD:  Objection.  Form.

16         A.   I don't have any reason to question those

17   either.

18         Q.   Certainly, you would agree that reasonable

19   scientists can conclude that residential use of

20   Roundup does not cause non-Hodgkin's lymphoma?

21              MS. GREENWALD:  Objection.  Form.

22         A.   Reasonable scientists can also -- can

23   certainly conclude either one of those conclusions.

24   However, I'm offering my opinion based on a highly

25   qualified panel conclusion on this issue which, I'll
```

Andrei Shustov, M.D.

1  restate it, that concluded and determined glyphosate

2  to be a probable human carcinogen.

3      Q.   I'm going to break that down a little bit.

4      A.   Sure.

5      Q.   Okay?  So the first thing you said in

6  response to my question was that reasonable

7  scientists could conclude in either direction on

8  whether Roundup causes non-Hodgkin's lymphoma; right?

9      A.   Correct.

10     Q.   The second thing you said is that you were

11  basing your conclusions on the plaintiff's experts in

12  this case who conclude that Roundup does cause

13  non-Hodgkin's lymphoma; correct?

14          MS. GREENWALD:  Objection to form.

15  Mischaracterizes --

16     A.   I believe --

17          MS. GREENWALD:  -- his testimony.  Go

18  ahead.

19     A.   I believe I stated that I predominantly

20  relied on the conclusion of the highly qualified

21  expert panel of IARC to cast judgment, after this was

22  reviewed by multiple experts in numerous fields of

23  oncology, toxicology, epidemiology, and I have no

24  reason to question that.

25          DR. ROSS:  Counsel, if you would please

Andrei Shustov, M.D.

```
 1   limit your objections to form, I would greatly

 2   appreciate that.

 3              MS. GREENWALD:  Okay.  But you risk

 4   mischaracterizing his testimony.

 5              DR. ROSS:  Thank you.  I'd appreciate that.

 6   BY DR. ROSS:

 7       Q.   Dr. Shustov, you have not done an analysis

 8   of whether the plaintiff experts are right or wrong;

 9   you just assumed that Roundup causes non-Hodgkin's

10   lymphoma, correct?

11              MS. GREENWALD:  Objection.  Form.

12       A.   I rely my conclusions in Ms. Mendoza's case

13   based on conclusions that glyphosate, Roundup, and

14   glyphosate as its component, is associated and can

15   cause non-Hodgkin lymphoma, that's correct.

16       Q.   Did you look to see whether there were any

17   data that did not support a causal relationship

18   between Roundup and non-Hodgkin's lymphoma?

19       A.   This was not the task that I was asked, and

20   I volunteered, to do.

21       Q.   So you did not consider it to be part of

22   your task to evaluate the literature and see whether

23   there was literature that did not support an

24   association between Roundup and non-Hodgkin's

25   lymphoma?  Do I have that right?
```

Andrei Shustov, M.D.

1      A.   This was not my task.  I agreed to opine on

2  specific causation for Ms. Mendoza.

3      Q.   You did review -- and, in fact, in your

4  report for Ms. Mendoza, you do cite -- articles that

5  explore whether there is an association between

6  Roundup and non-Hodgkin's lymphoma, and then applied

7  them to Ms. Mendoza's case; correct?

8      A.   It's not entirely correct.  I believe I

9  stated in my report, I reviewed those, that

10  literature for the specific purpose of relating

11  Ms. Mendoza's exposure to metrics of glyphosate

12  exposure that led to the conclusions that it is

13  associated with the risk of lymphoma.

14      Q.   So is it your testimony that you did not

15  review any data that did not support a relationship

16  between Roundup and non-Hodgkin's lymphoma?

17           MS. GREENWALD:  Objection.  Form.

18      A.   That's not correct.

19      Q.   How is that incorrect?

20      A.   Because I have read meta-analysis that

21  evaluated association between non-Hodgkin lymphoma

22  and glyphosate, specifically focusing on metrics of

23  exposure and look at -- and to look at main

24  conclusion from meta-analysis in regards to their

25  causation.  Sorry.  Causation between glyphosate and

Andrei Shustov, M.D.

 1   non-Hodgkin lymphoma.

 2          The focus of my review was to confirm the

 3   metrics of exposure and studies of glyphosate so they

 4   reasonably can be applied to Ms. Mendoza's case to

 5   assess the level of exposure of glyphosate that she

 6   used.  And I reviewed at least two major meta-analyses

 7   to look at their conclusions and also to relay their

 8   findings to specific subtypes of lymphoma that

 9   Ms. Mendoza had.

10      Q.   When you say "meta-analysis," you're

11   referring to the Pahwa 2019 article that you cite in

12   your report?

13      A.   Most -- in most details, I reviewed recent

14   meta-analysis.  The AGRICOH study and a study by --

15   and NAPP, by Leon and Pahwa.

16      Q.   Okay.  So I want to just be very clear.

17          When you say that you relied on

18   meta-analyses, you're talking about two studies that

19   were published in 2019 --

20      A.   Uh-hmm.

21      Q.   -- the North American Pooled Project --

22      A.   Uh-hmm.

23      Q.   -- or NAPP.

24      A.   Uh-hmm.

25      Q.   N-A-P-P.  Correct?

Andrei Shustov, M.D.

1      A.   Yes.

2      Q.   And the other study that you mentioned is

3  the AGRICOH consortium, which is Leon 2019, L-E-O-N;

4  correct?

5      A.   That's correct.

6      Q.   Okay.  Are there any other meta-analysis of

7  glyphosate, or Roundup use, in non-Hodgkin's lymphoma

8  that you are relying on to say that Ms. Mendoza

9  specifically is at an increased risk of lymphoma

10 because of her Roundup exposure?

11     A.   I'm not relying on this analysis to

12 specifically say that she has association between

13 exposure and lymphoma.  Like I said, I'm relying on

14 conclusions by experts and IARC and conclusions in

15 those meta-analyses, but I did not venture on

16 determining general causation based on those

17 meta-analyses.

18     Q.   Do you remember what my question was,

19 Dr. Shustov?

20     A.   Whether I relied on meta-analysis to come

21 up with a conclusion -- my conclusion for Ms. Mendoza?

22     Q.   Were there any other papers that you relied

23 on for that conclusion other than the North American

24 Pooled Project and Leon 2019 that we just talked

25 about?

Andrei Shustov, M.D.

```
 1                 MS. GREENWALD:  Objection.  Form.

 2          A.    Largely, no.

 3          Q.    I want to go back to something you said a

 4    minute ago.  New question.

 5                 You stated several times now that you claim

 6    to be relying on authorities who say glyphosate is a

 7    cause of non-Hodgkin's lymphoma; correct?

 8          A.    That's correct.

 9          Q.    That is IARC, it's what you're talking

10    about; right?

11          A.    It's the -- one of the main authorities

12    that I relied on.

13          Q.    Did you identify in your report any other

14    authority that says glyphosate, or Roundup, causes

15    human cancer?

16          A.    I have not done extensive search for any

17    other panel discussions or any other authority

18    analysis because I believe that IARC is a very

19    reputable division of WHO to come up with a

20    conclusion like this.

21          Q.    Are there any authorities that have

22    evaluated the data on glyphosate and say that it does

23    not cause non-Hodgkin's lymphoma?

24                 MS. GREENWALD:  Objection.  Form.

25          A.    I believe that EPA came up with this
```

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Andrei Shustov, M.D.

1    conclusion.  And for the purpose of specific exposure,

2    the -- the subdivision, I believe, of the -- I don't

3    exactly remember the name.  But the subdivision of

4    WHO that looks at food safety as well looked at that.

5    Those are examples.

6        Q.   Are there any other examples that you're

7    aware of authorities that have evaluated the data on

8    glyphosate, and say it does not cause non-Hodgkin's

9    lymphoma?

10       A.   I cannot name any at this moment.

11       Q.   You -- withdrawn.

12            Do you know how many authorities have

13   evaluated the data on glyphosate and say it does not

14   cause cancer in humans?

15            MS. GREENWALD:  Objection.  Form.

16       A.   Not necessarily.

17       Q.   Not necessarily or not at all?

18            MS. GREENWALD:  Objection.  Form.

19   Argumentative.

20       A.   No.

21       Q.   Do you know whether any other health

22   authorities considered what IARC reported in their

23   evaluation of whether glyphosate causes cancer in

24   humans?

25       A.   I don't know the answer to that.

Andrei Shustov, M.D.

1      Q.   You did not review any of those documents;

2   correct?

3      A.   No.

4      Q.   You did not rely on EPA's evaluation of

5   whether glyphosate causes cancer in humans in forming

6   your opinions about Ms. Mendoza; true?

7      A.   That's correct.

8      Q.   You did not rely on the WHO's JMPR, which

9   is the body that evaluates pesticide residues, in

10   reaching your conclusions on whether glyphosate

11   caused Ms. Mendoza's cancer; correct?

12      A.   If I might -- remember correctly, my

13   recollection, the last agency looked at residual

14   amounts of glyphosate in human food.  I might be

15   wrong about this, but I can't say for sure, but there

16   are at least two panels that reviewed the effect of

17   glyphosate when -- the effect of glyphosate residues

18   in food consumed by humans, and did not find any

19   association.

20      Q.   You did not cite the WHO JMPR assessment of

21   glyphosate anywhere in your report for Ms. Mendoza;

22   correct?

23      A.   That is correct.

24      Q.   You do not list it on any materials list as

25   a material that you were relying on for any opinion

Andrei Shustov, M.D.

```
 1    in this case; correct?

 2         A.   That's correct.

 3         Q.   You did not analyze IARC's analysis and

 4    then compare that to the other regulatory authorities;

 5    did you?

 6         A.   That was not the purpose of my report.

 7         Q.   If the other authorities are correct and

 8    Roundup does not cause non-Hodgkin's lymphoma, would

 9    you still find that Roundup caused Ms. Mendoza's

10    non-Hodgkin's lymphoma?

11              MS. GREENWALD:  Objection.  Form.

12         A.   I would put my trust in the IARC

13    conclusion, because I believe this is a very

14    authoritative body to evaluate risk to humans of

15    different substances.

16         Q.   I want to talk to you specifically about

17    Burkitt lymphoma --

18         A.   Sure.

19         Q.   -- for a moment.  Okay?

20              You have never published on Burkitt

21    lymphoma; correct?

22         A.   Specific on Burkitt's lymphoma?  No.

23         Q.   How many Burkitt lymphoma patients have you

24    seen in the last year?

25         A.   Two or three.
```

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Andrei Shustov, M.D.

```
 1        Q.   Did any of the experts you rely on look
 2   specifically at whether Roundup causes Burkitt
 3   lymphoma?
 4        A.   That would not be a sensical question
 5   because of the rarity of this disease.
 6        Q.   So the answer to my question is, no, none
 7   of the experts that you relied on looked specifically
 8   at whether Roundup is associated with Burkitt
 9   lymphoma; true?
10        A.   Could you define "experts"?
11        Q.   Sure.  You said in your report, and you've
12   said here today, that you're relying for general
13   causation on two things: IARC's analysis, and
14   plaintiff's general causation experts; right?
15        A.   Correct.
16        Q.   And right now I'm asking you if any of
17   those plaintiff's experts that you relied on
18   evaluated whether Roundup use is associated with
19   Burkitt lymphoma?
20        A.   No.
21        Q.   Which of plaintiff's experts are you
22   relying on to establish that Roundup is a known cause
23   of Burkitt lymphoma?
24        A.   I'm not basing my conclusion on Burkitt
25   lymphoma based on expert reports.  But this is a
```

Andrei Shustov, M.D.

1    matter of clinical judgment and estimation based on

2    available evidence.

3         Q.   Did IARC look specifically at Burkitt

4    lymphoma?

5         A.   No, they didn't.

6         Q.   What article or statement by a public

7    health authority or other material can you point me

8    to that shows any relationship at all between Roundup

9    exposure and Burkitt lymphoma?

10        A.   You wouldn't find such article.

11        Q.   You understand that you've been disclosed

12   as a specific cause expert; right?

13        A.   Correct.

14        Q.   How do you define a cause of lymphoma?

15        A.   Cause of lymphoma is the factor that has

16   reasonable probability, or to a certain degree of

17   medical/scientific certainty, to either majorly

18   contribute or cause a person's lymphoma.

19        Q.   What are some examples of causes of lymphoma?

20        A.   In general?

21        Q.   Yes.

22        A.   Lymphomas can be caused by ionizing

23   radiation, exposure to other genotoxic agents like

24   chemo -- prior chemotherapy; defoliants like agent

25   orange; viral agents.  Those are examples.

Andrei Shustov, M.D.

```
1        Q.   I want to understand something as we're

2   going through this.  You've given those as examples

3   of causes of lymphoma; right?

4        A.   (No response.)

5        Q.   Correct?

6        A.   Correct.

7        Q.   How do you define a risk factor for lymphoma?

8        A.   Risk factor is the factor that with --

9   again, with reasonable degree of certainty --

10  certainty, can be said to cause or majorly contribute

11  to somebody's lymphoma and has, besides epidemiologic

12  evidence, evidence of mechanism.  And those mechanisms

13  should be applicable to humans.

14       Q.   Are cause and risk factor the same thing to

15  you?

16       A.   No.

17       Q.   How are they different?

18       A.   Risk factor is a -- in my opinion, is a

19  factor that has been shown in epidemiologic studies

20  to increase the risk of a person developing certain

21  malignancies like lymphoma; and the cause is the

22  biologic definition of a factor that brought on

23  changes in cell biology to transform it to malignant,

24  malignant tumor-like lymphoma.

25       Q.   I'm going to break that down one more time.
```

Andrei Shustov, M.D.

1    Okay?

2            In your view, a risk factor is something

3    that has been associated with an increased risk based

4    on at least some epidemiologic data; correct?

5        A.   Correct.

6        Q.   And would that thing be a risk factor even

7    if other epidemiologic data showed no increased risk?

8            MS. GREENWALD:  Objection.  Form.

9        A.   I don't quite understand the question.

10       Q.   Well, certainly, it's true for glyphosate

11   that some studies show an increased risk and other

12   epidemiologic studies do not show an increased risk;

13   correct?

14       A.   Correct.

15       Q.   So what I'm asking you is: In your view,

16   would something be a risk factor if it has been

17   associated with an increased risk in some

18   epidemiologic data but not in others?

19           MS. GREENWALD:  Objection.  Form.

20       A.   It's a matter of judgment call or the

21   strength of evidence; you either consider a risk

22   factor or you don't.  And that's, like I said, a

23   matter of general causation process to establish in

24   the breadth of all the studies, what is the

25   likelihood of this particular factor being a risk

Andrei Shustov, M.D.

1    factor.

2        Q.   Do you have an example of something that is

3    a risk factor for lymphoma but not a cause of

4    lymphoma?

5        A.   A risk factor cannot -- risk -- a risk

6    factor is not necessarily a cause of lymphoma.  It

7    might or it might not be the cause of lymphoma.  In

8    order to be a cause of lymphoma, besides being a risk

9    factor, it has to also have established mechanism.

10   And those mechanisms should be pertinent to humans.

11            And in an ideal circumstance, if we lived

12   in an ideal world, we would have a particular test to

13   say that this particular risk factor caused the

14   lymphoma.  Without having a hundred percent

15   undeniable test, we are left with estimating the risk

16   and assuming that, in some individuals, it can be the

17   cause of lymphoma.

18       Q.   You've mentioned thresholds in certain

19   epidemiologic studies of glyphosate several times.

20   Do you recall that?

21       A.   I believe I said metrics, not thresholds.

22   I might be wrong.  But I refer to metrics in

23   epidemiologic studies that I compared against

24   exposure in Ms. Mendoza's case.

25       Q.   Is the reason glyphosate is a risk factor

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Andrei Shustov, M.D.

1    for Ms. Mendoza, in your opinion, because she fits

2    into a group in an epidemiologic study that has found

3    an association between Roundup and non-Hodgkin's

4    lymphoma?

5            MS. GREENWALD:  Objection.  Form.

6        A.   No.  My conclusion about Ms. Mendoza's case

7    is based on multiple factors, and this is only one of

8    them.

9        Q.   One of the factors you considered --

10       A.   Correct.

11       Q.   -- is that the reason glyphosate is a risk

12   factor for Ms. Mendoza is because she fits into a

13   category in an epidemiologic study that was

14   associated with an increased risk of NHL; true?

15           MS. GREENWALD:  Objection.  Form.

16       A.   What I stated that the exposure to

17   glyphosate that Ms. Mendoza had was measured against

18   the metrics of exposure in epidemiologic studies that

19   suggested the association, and pure exposure was

20   substantially higher than any thresholds that were

21   set in those studies, statistical thresholds.

22       Q.   Do you consider Roundup a known cause of

23   non-Hodgkin's lymphoma?

24       A.   I consider Roundup to be an established

25   probable risk factor for developing non-Hodgkin

Andrei Shustov, M.D.

1   lymphoma.

2        Q.   Do you also consider Roundup to be a known

3   cause of non-Hodgkin's lymphoma?

4        A.   If it's an established risk factor, it is a

5   potential cause of lymphoma.

6        Q.   Is there a distinction between a potential

7   cause and an established cause of lymphoma to you as

8   a lymphoma researcher?

9        A.   Yes, there is a difference.  An established

10  cause would be an ideal world scenario where it had

11  to test whether -- chemical or molecular death would

12  tell me undeniably that this person's lymphoma was

13  caused by glyphosate.

14       Q.   And no such test exists for Roundup today;

15  correct?

16       A.   That is correct.

17       Q.   Given what we know today, you would not

18  consider Roundup to be a known cause of non-Hodgkin's

19  lymphoma; true?

20       A.   That's not true.  If it is a risk factor,

21  it is a potential cause of lymphoma.

22       Q.   I think we're getting hung up on a

23  difference in words.  You keep putting "potential

24  cause" into your answer.  But I'm asking about, right

25  now, known causes of non-Hodgkin's lymphoma.  Okay?

Andrei Shustov, M.D.

1      A.   Okay.

2      Q.   So do you consider Roundup to be a known

3   cause of non-Hodgkin's lymphoma --

4           MS. GREENWALD:   Objection.

5      Q.   -- today based on what we know?

6           MS. GREENWALD:   Objection.  Form.  Asked --

7      A.   Based on the fact --

8           MS. GREENWALD:   -- and answered.  Go ahead.

9      A.   Based on the fact that the Roundup is a

10   risk factor for non-Hodgkin lymphoma, it can be

11   considered a cause of non-Hodgkin lymphoma.  But to

12   prove that in every particular person is very

13   difficult without the specific test.

14      Q.   What other chemicals are you aware of that

15   are known to cause non-Hodgkin's lymphoma, to your

16   knowledge?

17      A.   Reading literature, preparing for this case

18   and deposition, there is discussion and evidence for

19   dicamba and other pesticides being risks for

20   lymphomas.  Defoliants like agent orange.

21      Q.   Are there any other chemicals, that you're

22   aware of, that are known causes of non-Hodgkin's

23   lymphoma?

24      A.   I'm sure there are other chemicals, but I

25   did not do extensive search for all the possible

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

Andrei Shustov, M.D.

1    causes of lymphoma.

2         Q.   You mentioned dicamba.  Are there any other

3    specific pesticides that you've looked at, that

4    you're aware of, that cause non-Hodgkin's lymphoma?

5         A.   I have not looked specifically to any other

6    pesticide.  It was not the purpose of my review.  I

7    just came across this particular pesticide in the

8    literature I was reviewing.

9         Q.   For example, have you looked at whether

10   malathion is a cause of non-Hodgkin's lymphoma?

11        A.   I have not looked into that literature, but

12   I came across this particular chemical as well

13   reviewing literature for Ms. Mendoza's case.

14        Q.   And did you see in the literature that you

15   came across that malathion has been associated with

16   an increased risk of non-Hodgkin's lymphoma?

17        A.   I cannot recall for sure because I was not

18   focusing on malathion, but it is possible that I came

19   across.

20        Q.   Did you come across literature on whether

21   2,4-D was associated with an increased risk of

22   non-Hodgkin's lymphoma?

23        A.   To the best of my recollection, I've seen

24   in some studies also mentioning that it could be

25   associated.

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Andrei Shustov, M.D.

 1      Q.   Did Ms. Mendoza have any other attributes

 2  that are known causes of non-Hodgkin's lymphoma?

 3      A.   Not in my opinion.

 4      Q.   Are you claiming that Ms. Mendoza has no

 5  other attributes that put her at increased risk for

 6  NHL based on epidemiologic data?

 7      A.   That's correct.

 8      Q.   And I may use "NHL" today as a shorthand

 9  for non-Hodgkin's lymphoma.  You will know what I'm

10  talking about --

11      A.   Sure.

12      Q.   -- if I say that; correct?

13      A.   Yes.

14      Q.   I want to make sure that you and I have the

15  same basic understanding of cancer genetics, so I'm

16  going to go over some basic concepts.  Okay?

17      A.   Sure.

18      Q.   Cells contain our DNA; true?

19      A.   Correct.

20      Q.   That DNA included thousands of genes; right?

21      A.   Correct.

22      Q.   Cells in our body divide and replicate; true?

23      A.   Correct.

24      Q.   The process of cell division is called

25  mitosis; right?

Andrei Shustov, M.D.

```
 1        A.    Correct.

 2        Q.    Depending on the tissue, some cells divide

 3   a lot, others not so much; right?

 4        A.    That's correct.

 5        Q.    Depending on the tissue, cell division

 6   happens millions or billions of times in our lifetime;

 7   true?

 8        A.    Correct.

 9        Q.    Just like other tissues, lymphocytes divide

10   throughout our lives; correct?

11        A.    Correct.

12        Q.    When cells divide, there is the chance that

13   the DNA in genes do not get copied correctly; true?

14        A.    Correct.

15        Q.    When cells copy their DNA in genes, they

16   copy millions or billions of base pairs; right?

17        A.    Correct.

18        Q.    The body is amazing, and while it is almost

19   perfect in the copying process, some errors are made;

20   right?

21        A.    Correct.

22        Q.    When DNA and genes are not copied correctly,

23   that results in a cell that has a mutation; right?

24        A.    Correct.

25        Q.    That mutation may not matter at all; true?
```

Andrei Shustov, M.D.

1      A.    Correct.

2      Q.    You've heard of non-sense mutations; right?

3      A.    Correct.

4      Q.    What are those?

5      A.    Mutations that affect areas of DNA that are

6   not particularly important for any cellular function

7   or don't carry any useful information at all.

8      Q.    Mutations can also be fixed; right?

9      A.    By who?

10     Q.    Well, the body is incredible, and it has

11   repair mechanisms, and the cells themselves can

12   actually repair mutations that occur; true?

13     A.    That's correct.

14           MS. GREENWALD:  Objection.  Form.

15     Q.    If the mutation is not repaired, the body

16   can also kill the cell that is mutated.  The immune

17   system plays an important role in that; true?

18     A.    That's correct.

19     Q.    All of that can happen within our cells

20   just on a normal day; right?

21     A.    I don't know what "normal day" is.

22     Q.    You and I sitting here, right now, our

23   cells are going through this process of division, and

24   replication of DNA, and repair of mistakes that are

25   made in the replicative process; true?

Andrei Shustov, M.D.

```
1        A.    I don't know what "normal day" has to do

2   with frequency of mutations.

3        Q.    Right now, I'm not asking you about the

4   frequency of mutations.  I'm just asking if the

5   entire process that we just talked through is

6   happening in your cell and my cells and everyone's

7   cells on a daily basis.

8        A.    Correct.

9        Q.    In fact, everything we just talked about

10  happens all day every day in cells in our body; right?

11       A.    Sure.

12       Q.    Cells do not have to be exposed to anything

13  in the external world for a cell to have a mutation;

14  true?

15       A.    We don't know that.

16       Q.    It's your testimony that it is necessary

17  for a cell to be exposed to something in its external

18  environment in order to have a mutation?

19            MS. GREENWALD:  Objection.  Form.

20       A.    I'm saying we don't know that.

21       Q.    What don't we know about that?

22       A.    It is an assumption.

23       Q.    When you say "it," I want to -- I just want

24  to make sure I'm understanding where you're having

25  trouble with that.
```

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

1          So what is an assumption?

2          MS. GREENWALD:  Objection.  Form.

3     A.   It is your assumption that cells just

4  randomly start breaking their DNA, their immune

5  system fails to detect it, and they don't repair this

6  mutation and mistakes happen.  It's just a matter of

7  chance and way of life.

8     Q.   And when you say it's an assumption, have

9  you looked at the scientific literature on whether

10  cell replication errors occur and lead to cancer?

11     A.   Scientific literature cannot look at that.

12     Q.   So the answer to my question is no?

13     A.   The answer to your question is there is not

14  many things in nature that happen random.

15     Q.   So it is your opinion that it hasn't been

16  studied that cell replication errors can occur simply

17  in cells dividing, and that that can lead to cancer?

18          MS. GREENWALD:  Objection.  Form.

19     A.   It is my opinion that we assign too many

20  things to chance because we don't have capacity or

21  methodology to study it.  And we call things "random"

22  just because we don't know.

23     Q.   Can you point me toward any data or

24  literature that has looked at whether cell

25  replication errors simply happen as a result of cell

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Andrei Shustov, M.D.

1   division without any external source?

2       A.   Data and literature has nothing to do with

3   that.  If you have proper education in biology and

4   medicine and genetics, you would understand that

5   things, like pumping gas every day, or doing other

6   things that expose you to potentially harmful

7   compounds, could never be studied in full in humans,

8   and, in a random mutation, can potentially be

9   explained by things that we don't account for in an

10  everyday basis.

11      Q.   So is it your opinion that cells -- that

12  it's necessary that a cell be exposed to something

13  outside of itself for a replication error to occur?

14      A.   It is probably not necessary.  But the

15  amount of random events in human body and trillions

16  of cells that are replicating, happening for no

17  reason, is a huge overestimate.

18      Q.   And what data can you point me to that

19  support the statement you just made that the random

20  events in the human body and trillions of cells

21  replicating, that replication errors are a huge

22  overestimate?

23          MS. GREENWALD:  Objection.  Form.

24      A.   It's not the scientific evidence.  It's a

25  conclusion of somebody who has extensive background

Andrei Shustov, M.D.

1    in biology, immunology, molecular immunology, just

2    understanding the basis of cell replication.

3         Q.   Are you familiar with the term "driver

4    mutation"?

5         A.   Yes.

6         Q.   What is that?

7         A.   A driver mutation, the way I would use this

8    term and used frequently in this -- in this context,

9    is a mutation that hits the critical gene in cell-

10   cycle machinery, or cell apoptosis machinery, or the

11   immune system, that becomes a driving pathway for

12   malignization or transformation from a normal cell

13   into a malignant cell.

14        Q.   Certain mutations, when they occur and are

15   not repaired, can cause a cell to divide and never

16   stop or not die when it's supposed to; correct?

17        A.   That's correct.

18        Q.   Mutations like that confer a growth advantage

19   on cells; right?

20        A.   Correct.

21        Q.   Driver mutations can happen in lymphocytes;

22   correct?

23        A.   Correct.

24        Q.   The MYC translocation is one of those

25   mutations; true?

Andrei Shustov, M.D.

1      A.    True.

2      Q.    What is the MYC translocation?

3      A.    So it is a mutation that happens in

4   lymphocytes that transposes MYC, a proliferative

5   gene, into a very strong promoter of another gene

6   that causes MYC to be overexpressed and active in the

7   cells that usually do not have this activity that

8   would drive their proliferation.

9      Q.    What is the clinical effect of a

10  translocation between chromosomes 8 and 14 at the MYC

11  locus?

12     A.    The clinical effect of that is a high

13  proliferative rate of the cells that acquired such

14  translocation.

15     Q.    If mutated lymphocytes are not identified

16  and destroyed by the immune system, they can grow

17  into a clinical cancer; true?

18     A.    It is true also with the correction that

19  MYC translocation itself is not sufficient to cause

20  cancer.

21     Q.    Depending on the mutations, that growth

22  might be extremely fast or it might be slow; right?

23          MS. GREENWALD:  Objection.  Form.

24     A.    I would state it, depending on the

25  cumulative effect of multiple mutations, that would

Andrei Shustov, M.D.

```
 1    be the correct assumption.

 2         Q.   Depending on the cumulative effect of

 3    multiple mutations, a cancer might clinically grow

 4    very slowly or it might grow quickly --

 5         A.   Correct.

 6         Q.   -- correct?

 7         A.   Correct.

 8         Q.   Cancer cells carrying the MYC translocation

 9    tend to divide quickly.  Why is that?

10         A.   As I stated a minute ago that MYC is a

11    cell-cycle protein that collaborates with multiple

12    other pathways to propel cellular division, to make

13    it more frequent and make cells grow more aggressively.

14         Q.   Is it your opinion that Roundup caused

15    Ms. Mendoza's cancer?

16         A.   It is my opinion that Roundup either

17    substantially contributed or was a major contributing

18    factor with reasonable -- a reasonable degree of

19    certainty.

20         Q.   How are "cause" and "substantial

21    contributing factor" different?

22         A.   It could have been a single cause of her

23    cancer; meaning, she did not require any other

24    causation to contribute to her Burkitt's lymphoma.

25    Or, even if she had any other contributing factors,
```

Andrei Shustov, M.D.

1    Roundup was a substantial contributing factor.

2        Q.   What other -- you said in that answer "even

3    if she had any other contributing factors."  What

4    other potential contributing factor did you consider

5    in Ms. Mendoza's case?

6        A.   I --

7             MS. GREENWALD:  Objection.  Asked and

8    answered.

9        A.   I did not identify any other factors.

10       Q.   If you'll turn with me in your report,

11   Dr. Shustov, to page 8.

12            Do you see at the bottom of page 8, you

13   have a section that begins "In analyzing the

14   Plaintiff's lymphoma causation"?

15       A.   Yes.

16       Q.   And that sentence continues.

17            "I used a hypothetico-deductive method

18       that consists of generating a list of reasonable

19       (common) probable etiologic factors that are

20       supported by a current state of knowledge and

21       vetted by global authorities in medical and

22       oncology fields (i.e., WHO, IARC, ASCO, AMA,

23       etc.), and matching these factors with the

24       medical and personal history of the individual."

25            Did I read that correctly?

Andrei Shustov, M.D.

```
 1        A.    Correct.

 2        Q.    I want to break that down a bit.

 3              In your methodology in this case, the first

 4  thing you did was make a list of possible etiological

 5  factors; right?

 6        A.    A list of common etiological factors, or

 7  factors that I considered could be applicable to

 8  Ms. Mendoza's case.

 9        Q.    And both of those things would be important;

10  right?

11        A.    Correct.

12        Q.    Possible etiological factors means possible

13  causes?

14        A.    Possible etiological factors, I believe I

15  stated, that are commonly associated with

16  carcinogenesis or particularly lymphomagenesis, and

17  that are common in everyday human life, as opposed to

18  very rare occurrences that I gave example that are

19  not sensical to apply to a particular person.

20        Q.    What made it into your list of possible

21  causes was not every possible carcinogen, just the

22  ones that Ms. Mendoza had a reasonable probability of

23  being exposed to; is that right?

24        A.    That's correct.

25        Q.    But you did do your best to consider the
```

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

Andrei Shustov, M.D.

```
 1   potential other causes that applied to her history;

 2   right?

 3        A.   Correct.

 4        Q.   You did not ignore something that clearly

 5   applied to her situation; true?

 6             MS. GREENWALD:  Objection.  Form.

 7        A.   Correct.

 8        Q.   In making your list of Ms. Mendoza's

 9   possible causes for non-Hodgkin's lymphoma, you state

10   here that you relied on the WHO; correct?

11        A.   Correct.

12        Q.   You relied on IARC; right?

13        A.   Correct.

14        Q.   You relied on ASCO; right?

15        A.   Correct.

16        Q.   That is the American Society for Clinical

17   Oncology; true?

18        A.   That's correct.

19        Q.   You also relied on the AMA, or the American

20   Medical Association; right?

21        A.   Correct.  I listed authorities that

22   generally define or generally accept risk factors for

23   non-Hodgkin lymphomas.

24        Q.   Why did you select those agencies?

25        A.   These are authorities that we typically
```

Andrei Shustov, M.D.

```
1   imply in the daily life and work of oncologists as
2   authorities that establish guidelines or norms in
3   oncologic practice.
4        Q.   When you say "authorities that establish
5   guidelines or norms," am I understanding right that
6   you relied on agencies' identification of carcinogens
7   because those agencies are interested in protecting
8   the public health and are things that you would look
9   to as a clinical oncologist?
10            MS. GREENWALD:  Objection.  Form.
11       A.   One of the functions, yes.
12       Q.   You also tried to select agencies that do
13  evaluate substances for their ability to cause
14  cancer; right?
15       A.   I did not consider many agencies beyond
16  what I've listed.  These were examples of the
17  agencies where the knowledge about carcinogens could
18  be -- could be drawn.
19       Q.   For the four that you list here in your
20  report, did you try to be complete in your analysis
21  and consideration for each of those sources?
22            MS. GREENWALD:  Objection.  Form.
23       A.   No.
24       Q.   Why not?
25       A.   This was listed for examples of the
```

Andrei Shustov, M.D.

1   authorities to demonstrate where such factors could

2   be -- could be found.

3        Q.   I guess I'm not -- maybe I'm not

4   understanding, so let me try this again.  Withdrawn.

5   New question.

6             If IARC identified several things, for

7   example, in Ms. Mendoza's history as being causes of

8   lymphoma, did you do your best to consider whether

9   each of those applied in her individual case?

10            MS. GREENWALD:  Objection.  Form.

11       A.   If she was exposed to a -- known

12  carcinogenic factors, that is defined by one of those

13  authorities, then I would consider it.

14       Q.   Okay.  So if Ms. Mendoza was exposed to a

15  known carcinogenic factor that was defined by one of

16  the authorities you list in your report, including

17  IARC, then you would have considered it; true?

18       A.   Yes.

19       Q.   You mentioned before that there were two

20  branches of the WHO that looked at whether glyphosate

21  was associated with cancer in humans.  One of those

22  was IARC; right?

23       A.   Correct.

24       Q.   The other was the meeting on pesticide

25  residues that you mentioned; right?

Andrei Shustov, M.D.

1    A.    That is my recollection that I came across,

2  yes, reading literature.

3    Q.    Now, in reading literature, you came across

4  that, but you did not rely on it for any of your

5  opinions in this case; true?

6    A.    At least two of the agencies that I

7  encountered, I did not rely on in my opinion because

8  they dealt with an amount of glyphosate in food

9  consumed by humans, which was not applicable in our

10  case.

11    Q.    Your opinion is that the WHO Joint Meeting

12  on Pesticide Residues was not applicable because it

13  only dealt with whether glyphosate caused cancer by

14  food consumption?

15        MS. GREENWALD:  Objection.  Form.

16    A.    I did not consider this agency at all.

17  Again, I did not look into that agency.  I came

18  across in some of the discussions and papers.  And in

19  those discussions, the agencies conclusions were

20  defined as those pertaining to food consumption, so I

21  did not specifically look at those, no.

22    Q.    And you mentioned that there were two

23  agencies that you thought had looked at this from a

24  food-consumption perspective.  What's the other

25  agency that you think looked only at whether

Andrei Shustov, M.D.

1    glyphosate causes cancer based on food consumption?

2          MS. GREENWALD:  Objection.  Form.

3          A.    I do not recall the other agencies.  I

4    recall where -- what I read about this agency in one

5    of the meta-analysis, either the discussion section

6    or the introduction section.

7          Q.    When you were creating your list of

8    possible etiologic factors for Ms. Mendoza, did you

9    look for causes of lymphoma in general or did you

10   look for causes for Burkitt lymphoma in particular?

11         A.    Both.

12         Q.    Are those always the same?

13         A.    Not always.

14         Q.    What are some examples of places where

15   they're different?

16         A.    As I described briefly in my report, there

17   are three subtypes of Burkitt's lymphoma that are

18   currently identified by WHO Classification of

19   hematologic malignancies, and one of them has to do

20   with endemic Burkitt's in sub-Sahara in Africa,

21   certain regions, that is associated with infection

22   with EBV and probably some immunogenetic specifics of

23   this population; the second one recently described

24   that arises in patients with HIV infection and AIDS;

25   and the third one termed sporadic Burkitt's lymphoma

Andrei Shustov, M.D.

1   that I would place Ms. Mendoza in is the third

2   subtype.

3        Q.   Did you include on your list of possible

4   causes that Ms. Mendoza's Burkitt lymphoma was just

5   due to a replication error that resulted in the MYC

6   translocation, and that happened just because her

7   cells were dividing and not because of exposure to

8   any external factor at all?

9        A.   No.

10       Q.   You cannot rule out the possibility that

11   Ms. Mendoza's Burkitt lymphoma was the result of an

12   error in cell replication without any external cause;

13   true?

14            MS. GREENWALD:  Objection.  Form.

15       A.   That would mean that we would try to rule

16   out something that we don't know.  You can't

17   really -- it's really non-sensical to me.  It's --

18       Q.   Is there any way -- I'm sorry.  Were you

19   finished?

20       A.   Yes.

21       Q.   I didn't mean to interrupt you.

22            Is there any way that you know of to rule

23   out the possibility that a sporadic Burkitt lymphoma

24   is due simply to a replication error that resulted in

25   the MYC translocation?

Andrei Shustov, M.D.

1      A.   Again, ruling out something that I don't

2  know what I'm ruling out is non-sensical to me.  I

3  can't rule out idiopathic or unknown causes.  It's

4  just a non-sensical statement.  I can rule out things

5  that you point out are associated with lymphomas, but

6  not something that I don't know.  It just doesn't

7  make any sense.

8      Q.   I'm not sure that you and I are speaking

9  the same terms here.  Because I don't think that

10  "idiopathic" or "unknown" was in my question.

11           What I'm asking you is:  Do you know of any

12  test or any way to rule out the possibility that a

13  sporadic Burkitt lymphoma was simply the result of a

14  mutation that occurred when cells were dividing

15  without any external source?

16           MS. GREENWALD:  Objection.  Form.

17      A.   In my opinion, those are interchangeable

18  terms.  But, no, there is no such a test.

19      Q.   Do you have any idea how common it is in

20  sporadic Burkitt lymphoma for the MYC translocation

21  to just occur as a result of cell division?

22      A.   It's not just common.  It's a defining

23  feature of Burkitt lymphoma.

24      Q.   The next thing you did, once you had a list

25  of possible etiologic factors, was eliminate things

1    from the list that Ms. Mendoza did not have; correct?

2        A.   I did not include risk factors that, as I

3    stated, were non-sensical to begin with.  I included

4    the risk factors that are, again, common or

5    pertaining to her and then eliminated those based on

6    her specific history inside of her medical records.

7        Q.   Right.  You did make a list of possible

8    etiologic factors.  And then, on page 9 of your

9    report, you go through a number of them that you say

10   that Ms. Mendoza did not have; correct?

11       A.   Correct.

12       Q.   If you go with me to page 7 of your report

13   for a minute.

14            Do you see where you say: "Yolanda is an

15   elementary school teacher and enjoyed this career for

16   almost 20 years.  She denies having any harmful

17   exposures (i.e. toxic exposure or ionizing radiation)

18   at her workplace.  She reports occasional social

19   alcohol consumption.  There is no prior history or

20   current use of tobacco or cigarettes"?

21            Do you see that?

22       A.   Yes.

23       Q.   Does it matter for your causation opinion

24   regarding non-Hodgkin's lymphoma, that ██████████

25   ████████████████████████████████████████?

Andrei Shustov, M.D.

1       A.   No.

2       Q.   When you say that Ms. Mendoza has no prior

3   history or current use of tobacco or cigarettes, why

4   does that matter in evaluating the cause of her

5   non-Hodgkin's lymphoma?

6       A.   It is one of the usual components of social

7   history that we collect from patients.  And this

8   statement is a matter of standard practice in due

9   diligence.

10      Q.   Okay.  So you're not saying that

11  Ms. Mendoza's smoking history has anything to do one

12  way or the other with her development of Burkitt

13  lymphoma; you're simply noting it --

14      A.   Correct.

15      Q.   -- here in --

16           MS. GREENWALD:  Objection.

17      Q.   -- her social history, correct?

18           MS. GREENWALD:  Objection.  Form.  Go

19  ahead.

20      A.   Correct.

21      Q.   When you state that Ms. Mendoza denies a

22  history of prior exposure to harmful levels of

23  ionizing radiation, why does that matter?

24      A.   Because ionizing radiation is a known risk

25  factor for mutagenesis, genotoxicity, and development

Andrei Shustov, M.D.

```
1    of probably any type of cancer.

2        Q.   A moment ago you, mentioned that it would

3    be non-sensical to include absolutely every possible

4    carcinogen.  And I'd like to go back to page 9 of

5    your report.  Can you tell me when you're there?

6        A.   I'm here.

7        Q.   When you're talking about risk factors to

8    evaluate in an individual case, you say:

9             "Reasonable refers to 'common' and/or

10        applicable to an individual's history and

11        circumstances."

12             And you go on to say:

13             "[I]t would be non-sensical to analyze the

14        contribution of a leather tanner to the

15        individual's cancer, if such individual has

16        never worked in the leather-tanning industry or

17        resided in proximity to such a factory."

18             Do you see that?

19        A.   Yes.

20        Q.   So first you are saying that with regard to

21    your opinions about Ms. Mendoza, you looked for

22    things that she might have been exposed to that could

23    cause her non-Hodgkin's lymphoma; right?

24        A.   Correct.

25        Q.   You looked for causes applicable to
```

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

Andrei Shustov, M.D.

```
 1    Ms. Mendoza's history and circumstances and not to

 2    every possible cause in the world; true?

 3         A.   Correct.

 4         Q.   For example, there's no reason to consider

 5    a leather-tanning industry because she did not work

 6    in that industry or reside in proximity to a leather

 7    factory; right?

 8         A.   Correct.

 9         Q.   Is leather tanning a cause of NHL?

10         A.   It is a known carcinogen to humans and, by

11    such, NHL would be -- in definition of malignancy,

12    can be caused by exposure to toxic chemical.  This

13    was an example that I gave, a general example, to

14    demonstrate the hypothetico-deductive method that I

15    used.

16         Q.   If Ms. Mendoza did work in a field

17    associated with an increased risk of NHL, you would

18    have wanted to consider that; right?

19         A.   Please define the field.

20         Q.   Well, you gave an example of a leather-

21    tanning industry, which is not something that

22    Ms. Mendoza's worked in; right?

23         A.   The leather-tanning industry is a

24    reflection of exposure to a leather tanner, not

25    working in the industry.  If the person working in
```

Andrei Shustov, M.D.

1  leather-tanning industry sits in an office in

2  New York, he would be considered working in the

3  industry, but he wouldn't be exposed.  It's just a

4  reflection of actual exposure.

5      Q.   So if Ms. Mendoza was exposed to an

6  industry or a circumstance -- I'm trying to figure

7  out what the best word is here.  Because you don't --

8          When you say industry -- withdrawn.

9          When you say "industry" in your report,

10  you're referring to that as a proxy for someone being

11  exposed to something that has been increased -- shown

12  to be associated with an increased risk of NHL; right?

13      A.   In the example that I gave, I equate

14  exposure to working in the industry.

15      Q.   If Ms. Mendoza did work in an industry

16  associated with an increased risk of NHL, you would

17  want to consider that; right?

18          MS. GREENWALD:  Objection.  Form.  Asked

19  and answered.

20      A.   I would want to consider exploring further

21  and see if, working in that industry, she is exposed

22  to a particular factor that's a known risk for

23  lymphoma.

24      Q.   If Ms. Mendoza lived in proximity to

25  something that increased her risk of NHL, you would

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Andrei Shustov, M.D.

1   want to consider that; right?

2       A.   If that proximity in my mind defines

3   exposure to a particular factor, then yes.

4       Q.   Did you consider Ms. Mendoza's occupation

5   before becoming a teacher?

6       A.   No.

7       Q.   Did you consider whether Ms. Mendoza worked

8   at a SuperFund site?

9       A.   I'm not aware of her working at a SuperFund

10  site.

11      Q.   And since you were not aware of her working

12  in a Superfund site, I assume you did not look to see

13  why that site was a SuperFund site; correct?

14      A.   I'm not even sure what a SuperFund site is,

15  to be honest.

16      Q.   Did you look into whether there was

17  anything in anyplace that Ms. Mendoza may have worked

18  in the past that could have increased her risk of

19  NHL?

20      A.   I relied on Ms. Mendoza's recollection in

21  that -- in that regard.  One cannot possibly retrace

22  backwards 36 years of history and see what the person

23  was exposed to.  And as a physician in these

24  situations, we have no reason to mistrust the patient.

25  And that's the only facts that you have in your

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Andrei Shustov, M.D.

1    possession to operate with.

2        Q.   Did you consider where Ms. Mendoza lived in

3    California's Central Valley?

4        A.   No.

5        Q.   Can contaminants in drinking water cause

6    non-Hodgkin's lymphoma?

7        A.   It depends on the contaminant.

8        Q.   Did you look that any and their association

9    with non-Hodgkin's lymphoma?

10       A.   I had no reason to look.

11       Q.   Do you know whether Ms. Mendoza drinks

12   bottled water or tap water?

13       A.   No, I don't know that.

14       Q.   Do you know how much tap water she consumes

15   daily?

16            MS. GREENWALD:  Objection.  Form.

17       A.   This leads you into an absolutely

18   non-sensical list of possibilities that I stated

19   would be non-sensical to include.

20       Q.   You mentioned that it would be difficult to

21   expect someone to know what 36 years of their history

22   of exposure is.  Why is that?

23       A.   I think it's just obvious because people do

24   not record every hour of their life and have

25   available records what happened to them throughout

Andrei Shustov, M.D.

```
 1   their life.

 2        Q.   Did you consider -- withdrawn.

 3             Are you aware of any testing that was done

 4   on Ms. Mendoza's drinking water?

 5        A.   No.

 6        Q.   Do you know what that water has tested

 7   positive for?

 8        A.   No.

 9        Q.   You did not ask for any of that information

10   in your interview with Ms. Mendoza; true?

11        A.   No.

12        Q.   Did you consider that Ms. Mendoza has been

13   an elementary school teacher for 20 years?

14        A.   Did I consider it as what?

15        Q.   Well, you state in your report, back on

16   page 7, that Yolanda is an elementary school teacher

17   and has enjoyed this career for almost 20 years;

18   right?

19        A.   Yes.

20        Q.   Elementary school is full of 5- to 10-year-

21   olds; correct?

22        A.   Correct.

23        Q.   Do 5- to 10-year-olds have viruses and

24   bacterial infections?

25        A.   Sure.
```

Andrei Shustov, M.D.

```
 1      Q.   Do you know what viruses or bacterial

 2  infections Ms. Mendoza was exposed to as an

 3  elementary school teacher?

 4           MS. GREENWALD:  Objection.  Form.

 5      A.   No.

 6      Q.   Do you know whether her immune system had

 7  to repeatedly fight off infections?

 8      A.   I would assume it would.

 9      Q.   Did you evaluate the literature on whether

10  teaching is associated with an increased risk of

11  non-Hodgkin's lymphoma?

12      A.   No.

13           (Exhibit 2, "Occupation and the Risk of

14      Non-Hodgkin Lymphoma," Boffetta and Vocht, CEBP,

15      March 2007, marked for identification.)

16      Q.   I'm handing you Exhibit 2 to your

17  deposition titled "Occupation and the Risk of

18  Non-Hodgkin's Lymphoma."

19           Do you see that near the top of the first

20  page, it gives the names of the authors and their

21  affiliation?

22      A.   Yes.

23      Q.   And these authors are affiliated with IARC

24  in Lyon, France; correct?

25      A.   Yes.
```

Andrei Shustov, M.D.

1      Q.   This publication is from IARC-affiliated

2   scientists; true?

3      A.   It does not represent IARC opinion, but, yes.

4      Q.   This provides IARC's evaluation of whether

5   certain occupations are associated with an increased

6   risk of non-Hodgkin's lymphoma; right?

7           MS. GREENWALD:  Objection.  Form.

8      A.   I don't know if the fully convened IARC

9   panel opined on this data.

10     Q.   If you see at the bottom of this first

11  page, under "Materials and Methods," it states:

12           "Articles on NHL in relation to farming,

13      teaching, wood working, printing and

14      typesetting, and employment in the meat industry

15      were searched for in the MEDLINE database."

16           And then if you go on in the "Methods"

17  section, it states:

18           "After selecting the groups of studies for

19      the specific occupations, a series of meta- and

20      sensitivity analyses [were] conducted."

21           Did I read that correctly?

22     A.   Yes.

23     Q.   Can you please explain your understanding

24  of what a meta-analysis is?

25     A.   Meta-analysis is an analysis that is

Andrei Shustov, M.D.

1    convened to overcome limitations of smaller studies

2    and combine the raw data, database data into a more

3    powerful analysis.

4         Q.   When you say "more powerful analysis," in

5    your view, are meta-analyses more reliable than

6    individual studies for determining whether an

7    exposure increases risk?

8         A.   Yes.

9         Q.   Why is that?

10        A.   As I just stated, you're operating with a

11   much larger database -- data set that, by definition,

12   will give you more reliable confidence intervals and

13   p-values.

14        Q.   If you'll turn with me to the next page of

15   this article.  Do you see that Table 1 is titled

16   "Results of meta-analyses on NHL risk and employment

17   in selected occupations"?

18        A.   Yes.

19        Q.   Table 1 gives meta relative risks for

20   various occupations; do you see that?

21             (Witness reviewing document.)

22        A.   I see a relative risk; I don't know if it's

23   meta risk.  I would assume so without looking at

24   methods.

25        Q.   So if you want to take a minute to look at

Andrei Shustov, M.D.

1    the methods, I'm happy to.

2           The title of this table is the "Results of

3    Meta-analyses," right?

4       A.   Sure.

5       Q.   And the first column gives you what

6    occupation we're talking about; right?

7       A.   Sure.

8       Q.   The next column gives you the number of

9    studies that were included in that analysis; correct?

10      A.   Sure.

11      Q.   The next column gives you a measure of

12   significance, in this case, a p-value; true?

13      A.   Yeah.

14      Q.   And the column after that gives you the

15   meta relative risk with a 95 percent confidence

16   interval; right?

17      A.   Yeah.

18      Q.   The relative risk is statistically

19   significant if the 95 percent confidence interval

20   does not include a value of 1.0; correct?

21      A.   Correct.

22      Q.   A 95 percent confidence interval that is

23   wholly below 1.0 indicates a statistically

24   significant decreased relative risk; true?

25      A.   Yes.

Andrei Shustov, M.D.

 1     Q.   A 95 percent confidence interval that is

 2  wholly above 1.0 indicates a statistically

 3  significant increased relative risk; right?

 4     A.   That should also be supported by strength

 5  of the p-value.

 6     Q.   In IARC's meta-analysis of -- well, let me

 7  -- withdrawn.

 8          It is the case that a 95 percent confidence

 9  interval wholly above 1.0 indicates a statistically

10  significant increased risk; right?

11     A.   Correct.

12     Q.   And then you also noted that results should

13  be supported by the strength of the p-value; correct?

14     A.   Correct.

15     Q.   And by scientific convention, a p-value of

16  less than .05 is considered statistically significant;

17  right?

18     A.   By convention, yes.

19     Q.   And as p-values get smaller than even .05,

20  that is an indication of greater statistical

21  significance at a higher level of confidence; correct?

22     A.   Correct.

23     Q.   With respect to teachers, in IARC's

24  meta-analysis of occupation in NHL, teachers were at

25  a statistically significant increased risk of

 1    non-Hodgkin's lymphoma; do you see that?

 2              MS. GREENWALD:  Objection.  Form.

 3        A.   Yes.

 4        Q.   And the p-value is less than .001; correct?

 5        A.   Yes.

 6        Q.   The increased risk of NHL in teachers was

 7    based on 19 studies; right?

 8        A.   Correct.

 9        Q.   As a long-term teacher, Ms. Mendoza falls

10    into the group that, based on IARC's meta-analysis,

11    was at increased risk for NHL based on occupation;

12    true?

13        A.   Yes.

Andrei Shustov, M.D.



Andrei Shustov, M.D.

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED









Andrei Shustov, M.D.

██ ████████████

██    ██  █████████████████  ████████████████

██  ████

4        Q.   You did not provide us with an updated

5   materials list that lists this or any other study

6   that you reviewed since preparing your report in this

7   case; right?

8        A.   I have not.  I did not consider it

9   necessary.  It did not affect my opinion on what risk

10  factors for lymphomas are.  I think this study has

11  substantial limitations, and it's not applicable to

12  causes of lymphoma, in my opinion.

██    ██  ████  █████████████████

██  ██████████████████████████████

██  ██████████████████████  ████████

██  ██████████

██      ██████████  ████████  ██████

██    ██  ████████████████████████

██  ████  ███████████████████████

██  ███████████████████████████

██  ████████████████████████████

██  ████████████████████████████

██  ████████████████████████████

██  ████████████████████████.

██    ██  ████████████████████████

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED



Andrei Shustov, M.D.





Andrei Shustov, M.D.





Andrei Shustov, M.D.





23        MS. GREENWALD:  Objection.  Form.

24     A.   It would not.

25     Q.   If you go with me to page 10 in your

Andrei Shustov, M.D.

1    report, do you see where you state: "Ms. Mendoza does

2    not have an identifiable history of significant

3    exposure to known carcinogens (i.e. medical [prior

4    chemotherapy, immunosuppressive therapy, etc.],

5    military, [i.e. defoliants], industrial [paints,

6    fuels, etc.], household [asbestos, solvents, etc.],

7    or agricultural [except Roundup] or other relevant

8    risk factors..."?

9         A.   Yes.

10        Q.   Do you see that?

11             Prior chemotherapy and immunosuppressive

12   therapy, are those known causes of non-Hodgkin's

13   lymphoma?

14        A.   Those are known causes of immunosuppression

15   and risk for Hodgkin lymphoma.  As far as causes?

16   It's a stretch statement.

17        Q.   What are you trying to identify in this

18   paragraph?

19        A.   Significantly, clinically relevant exposure

20   to known risk factors for developing of lymphoma.

21        Q.   The goal of this paragraph is to identify

22   known risk factors for non-Hodgkin's lymphoma,

23   correct?

24             MS. GREENWALD:  Objection.  Form.

25        A.   Reasonably known risk factors that could

Andrei Shustov, M.D.

 1   cause lymphomas, yes.

 2        Q.   Is everything in this paragraph a known

 3   cause of non-Hodgkin's lymphoma?

 4             MS. GREENWALD:  Objection.  Form.

 5        A.   It is a risk factor, could be considered a

 6   risk factor for non-Hodgkin's lymphoma, yes.

 7        Q.   How is paint exposure a risk factor for

 8   non-Hodgkin's lymphoma?

 9        A.   Paint and fuels were given as examples of

10   industrial exposure and solvents in paints, and fuel

11   chemicals are considered to be carcinogenic factors.

12   Those were examples of industrial exposure.

13        Q.   How is asbestos a relevant cause of

14   non-Hodgkin's lymphoma?

15        A.   Once again, those are examples of household

16   exposure.

17        Q.   You list high-frequency radiowaves.  Do you

18   see that?

19        A.   Yes.

20        Q.   Our cell phones use those; right?

21        A.   Yes.

22        Q.   Are you saying that cell phone use is a

23   risk factor for non-Hodgkin's lymphoma?

24        A.   As I stated, the reasonably -- reasonable

25   exposure, to be sufficient to cause a risk factor.

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Andrei Shustov, M.D.

1   What I meant by this statement is somebody who would

2   be working in a facility with much higher levels of

3   exposure to radio frequency than cell phones: radar

4   stations; military radar stations or living next to

5   high powerful radars.

6            Multiple factors that are considered a risk

7   for non-Hodgkin's lymphoma or carcinogenesis have

8   thresholds where the relationship either is difficult

9   to determine or becoming less likely to be causative

10  factors.  Examples would be X-rays.  If you expose

11  somebody to treatment doses of radiation, it is a

12  carcinogenic factor.  But numerous X-ray that we do

13  at extremely low doses are considered much less

14  harmful and very unlikely to be carcinogenic.

15           The same thing with radio frequencies.  If

16  you have somebody working in the high-power radar

17  station for 20 years and exposed to telescope levels

18  of radio frequency, as opposed to having use of cell

19  phone three or four hours a day at the power cell

20  phone radio frequency, it would be much less likely.

21           As I stated, for a clinician, I defined

22  a -- reasonable factors, in my opinion, that would

23  cross my threshold for carcinogenicity.

24  Carcinogenicity

25       Q.   Dr. Shustov, one thing I forgot to mention

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Andrei Shustov, M.D.

1    at the beginning was that I will do my best to take

2    periodic breaks, and sometimes I forget.  We've been

3    going for about an hour and a half.  How are you

4    doing?  Would you like a short break?

5        A.   I would love to.

6        Q.   All right.  Why don't we take five to ten

7    minutes and come back?

8        A.   I appreciate it.

9             THE VIDEOGRAPHER:  We are now off the

10   record.  The time is 2:46 p.m.

11            (Recess taken.)

12            THE VIDEOGRAPHER:  The time is 2:58 p.m.,

13   and we are back on the record.

14   BY DR. ROSS:

15       Q.   Dr. Shustov, you are not Ms. Mendoza's

16   treating physician; correct?

17       A.   That's correct.

18       Q.   You have never provided Ms. Mendoza with

19   medical care of any kind; true?

20       A.   That is correct.

21       Q.   You would defer to Ms. Mendoza's treating

22   physicians as to her medical care; right?

23       A.   Correct.

24       Q.   You had no role in the diagnosis or

25   treatment of her Burkitt lymphoma; right?

Andrei Shustov, M.D.

1          A.   That's correct.

2          Q.   Do you have any criticisms of the

3     physicians who diagnosed her lymphoma or treated her

4     for lymphoma?

5          A.   I think they provided absolute outstanding

6     care from the beginning, very possibly saving her

7     life in the first three days.

8          Q.   Thankfully so.  Right?

9          A.   Yes.  They -- not just in the entire

10    treatment.  But she came with an extremely high-risk

11    presentation, and it was handled with utmost expertise.

12         Q.   UCSF is an excellent place to end up if you

13    have to have Burkitt lymphoma; right?

14         A.   It sure is.

15         Q.   You have no role in Ms. Mendoza's ongoing

16    monitoring now that her lymphoma has, thankfully,

17    been in remission for over five years; correct?

18         A.   That's correct.

19         Q.   Do you have any criticisms of her

20    oncologist's current diagnoses or treatment plans?

21         A.   No.

22         Q.   You have never physically examined

23    Ms. Mendoza for any purpose; correct?

24         A.   That's correct.

25         Q.   Specifically, you have never examined her

Andrei Shustov, M.D.

```
1    for the purpose of diagnosing her with lymphoma; right?

2         A.    Correct.

3         Q.    You have never physically examined

4    Ms. Mendoza to determine for yourself whether she has

5    had any physical reaction to treatment or long-term

6    sequelae from treatment; right?

7         A.    Correct.

8         Q.    Would you defer to Ms. Mendoza's treating

9    physicians who have observed her and physically

10   examined her as to her current physical condition?

11             MS. GREENWALD:   Objection.   Form.

12        A.    For the purpose of opining on certain

13   medical conditions, myself, not necessarily.   But for

14   the purpose of making general observations, what's

15   going on with her remission at this point, yes.

16        Q.    Did you review the testimony of

17   Ms. Mendoza's UCSF oncologist, Dr. Lloyd Damon?

18        A.    No, I have not.

19        Q.    Do you know Dr. Damon?

20        A.    Actually, I do.

21        Q.    Do you consider him to be an excellent

22   academic oncologist?

23        A.    Of course.

24        Q.    You have never performed any neurological

25   testing on Ms. Mendoza; true?
```

Andrei Shustov, M.D.

```
 1          A.    That's correct.

 2          Q.    You have not ordered any test of any kind

 3    for Ms. Mendoza; right?

 4          A.    That's correct.

 5          Q.    On the first page of your report, you

 6    state: "The following report is based on my review of

 7    the plaintiff's extensive medical records, review of

 8    the literature and a phone interview with Ms. Yolanda

 9    Mendoza; right?

10          A.    That's correct.

11          Q.    You reviewed Ms. Mendoza's extensive medical

12    records; correct?

13          A.    That's correct.

14          Q.    Did you see any medical record, in all of

15    her extensive records, where someone suggested that

16    Roundup contributed to Ms. Mendoza's non-Hodgkin's

17    lymphoma?

18          A.    No, I have not.

19          Q.    Did you see any medical record that

20    suggested that Ms. Mendoza had glyphosate in her body

21    at any time, at any level?

22          A.    No, I have not.

23          Q.    Did you see anywhere in any of Dr. Damon's

24    testimony or medical records, that he diagnosed

25    Roundup as the cause of Ms. Mendoza's Burkitt
```

Andrei Shustov, M.D.

1    lymphoma?

2        A.   I have not read his testimony.  But in

3    medical records, he did not mention that.

4        Q.   You conducted a phone interview of

5    Ms. Mendoza; true?

6        A.   That's correct.

7        Q.   Have you ever met her in person?

8        A.   No.

9        Q.   Do you know what she looks like?

10       A.   No.

11       Q.   You did not physically examine Ms. Mendoza;

12   true?

13       A.   That's correct.

14            MS. GREENWALD:  Objection.  Asked and

15   answered.

16       Q.   That was not necessary to any opinion that

17   you were offering in this case, to perform a physical

18   exam of the patient; true?

19       A.   I would prefer to have met Ms. Mendoza to

20   confirm the statements that she gave me over the

21   phone.  But it would not be necessarily affecting

22   conclusions of my report.

23       Q.   Do you agree that there is no physical exam

24   finding that shows that use of Roundup contributed to

25   Ms. Mendoza's non-Hodgkin's lymphoma?

Andrei Shustov, M.D.

```
 1      A.    I agree.

 2      Q.    Do you agree there is no medical test or

 3  biomarker to show that use of Roundup contributed to

 4  Ms. Mendoza's non-Hodgkin's lymphoma?

 5      A.    That's correct.

 6      Q.    Do you agree that no pathology report,

 7  staining, or tissue shows that Roundup contributed to

 8  Ms. Mendoza's non-Hodgkin's lymphoma?

 9      A.    That's correct.

10      Q.    Do you agree that no genetic marker shows

11  that Roundup contributed to Ms. Mendoza's

12  non-Hodgkin's lymphoma?

13      A.    That's correct.

14      Q.    Did you perform any diagnostic tests on

15  Ms. Mendoza?

16      A.    No.

17      Q.    Did you order any tests whatsoever that

18  would allow you to rule in or rule out Roundup as a

19  cause of her lymphoma?

20      A.    For all of those questions, if we had tests

21  like this, I don't think we would be sitting here.

22      Q.    Did you order any tests to see if

23  Ms. Mendoza had glyphosate in her body now?

24            MS. GREENWALD:  Objection.  Form.

25      A.    No.
```

Andrei Shustov, M.D.

```
 1        Q.    Why not?

 2        A.    It's non-sensical for clinical patient

 3   care.  The purpose of -- or the -- the role of a

 4   physician in medical care is to treat somebody's

 5   lymphoma and hopefully cure it eventually.  But in

 6   medical practice, we do not spend time or resources

 7   to look at the causes of lymphomas, or any other

 8   cancer for that matter.  It's not the role or job of

 9   a treating oncologist.

10        Q.    Were you Ms. Mendoza's treating oncologist

11   in this case?

12        A.    No.

13        Q.    From a perspective of determining the cause

14   of her non-Hodgkin's lymphoma, you are aware that

15   there are tests that can be done to determine whether

16   there is glyphosate in someone's urine, for example;

17   right?

18        A.    It might be.

19        Q.    Do you know whether glyphosate

20   bioaccumulates?

21        A.    I don't.

22        Q.    Do you know one way or the other whether

23   any glyphosate in the body is excreted within a few

24   days?

25        A.    I have no knowledge like that.
```

Andrei Shustov, M.D.

1    Q.   So you don't -- you're not going to be

2    offering an opinion, for example, that whether -- you

3    know, if glyphosate was absorbed on January 1,

4    whether it would still be in someone's body in

5    February or March or April; true?

6    A.   It would be completely irrelevant to

7    specific causation case.

8    Q.   And that's not an opinion that you are

9    offering on whether glyphosate remained in

10   Ms. Mendoza's body at any point after she stopped

11   spraying Roundup; true?

12   A.   Correct.

13   Q.   How long did your phone interview with

14   Ms. Mendoza last?

15   A.   Just under an hour; like 56 minutes.

16   Something like that.

17   Q.   Who else was present on the phone?

18   A.   Nobody.

19   Q.   Just Ms. Mendoza?

20   A.   Uh-hmm.  Yes.

21   Q.   You got your information from the patient

22   in this case; correct?

23   A.   Correct.

24   Q.   Did you ask to talk to her partner at all?

25   A.   No, I did not.

Andrei Shustov, M.D.

```
 1        Q.   Did you have any indication that
 2   Ms. Mendoza could not remember things or had trouble
 3   recalling events?
 4        A.   No.
 5        Q.   The patient themselves know best what they
 6   have been exposed to typically; right?
 7        A.   That's the best knowledge we have most
 8   commonly, yes.
 9        Q.   If you wanted to know what exposure a
10   patient of yours had, you would typically ask your
11   patient and not their partner; correct?
12        A.   Typically.
13        Q.   All things being equal, you rather get the
14   information direct from the source, so to speak; true?
15        A.   "Source" meaning?
16        Q.   The patient who actually had the exposure.
17        A.   That's correct.  Ideally, we would have
18   some -- some ways of having an objective data.
19   Because even from a patient, it's a subjective
20   statement.  But that's the best we have, and I have
21   never a reason not to trust patients that I treat in
22   their statements.
23        Q.   Did you take any notes of your telephone
24   conversation with Ms. Mendoza?
25        A.   Very brief scribbles.
```

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Andrei Shustov, M.D.

1    Q.   And counsel emailed me, just before the

2    deposition started, some handwritten notes of yours.

3    And I appreciate that.  Obviously, we have not had a

4    chance to print those out.

5         But I wanted to just ask: Do those notes

6    that you provided to counsel and that counsel

7    provided to me reflect all of the notes that you've

8    taken in this case?

9    A.   Yes.

10   Q.   Okay.  And since we don't have them here

11   with us, can you just summarize for me what those

12   notes are?

13   A.   So the notes that I took during our phone

14   conversation are a typical representation of just

15   that -- abbreviation and notes that doctors use

16   interviewing patients in the clinic, collecting

17   social history, family history, how they field their

18   complaints.  And in this case, I also ask about

19   exposure.  And those are sort of abbreviations that I

20   extrapolate into a general report because those are

21   just memory sort of stepping stones.

22   Q.   Sure.

23   A.   Like you usually do in clinical practice.

24   Q.   Dr. Shustov, would you do me a favor, since

25   we don't have those physically here, and just read

1    through what your notes were?  I think these are

2    they.  (Handing cell phone to witness.)

3        A.    Uh-hmm.

4        Q.    So that we have a record of what your

5    handwritten notes were with respect to █████████

6        A.    All of it?

7        Q.    That would be great.  Thank you.

8        A.    At the top of the page:

9              "Yolanda Mendoza."

10             "Phone interview" column:

█  ████████████  ██████████████████

█  █████████████████████

█  ████████████████

█  █████████████  ████████████████

█  ███████████████

█  █████████████

█  ██████████████

█  ██████████

█  ███████████████████████  ███████████████

█  ██████████

█  ████████████  ███████  ████████████████████

█  ██████████████████████

█  ████████████████

█  ████████████████████████████

█  ██████████████

Andrei Shustov, M.D.



24          Is it fair to say that anything pertinent

25    to your opinions in this case from your notes made it

Andrei Shustov, M.D.

1    into your report?

2        A.   Most of it.

3        Q.   Is there anything that you can identify for

4    me that didn't make it into your report but that

5    you're relying on from your notes?

6        A.   No.  Let me correct the statement.

7             Not everything on that paper or the

8    page made it to the report.  An example would be

9    children's age or parents deceased.  But everything

10   pertinent from that page made it into the report.

11       Q.   Thank you.

12            Did anything in your interview of

13   Ms. Mendoza tell you something different than what

14   her medical records say?

15       A.   No.  She could not recall specifics of her

16   treatment or specific dates of the CT scans that I

17   had access to via medical records.  But nothing that

18   contradicted.

19       Q.   We talked about the immune system previously.

20            Do you have any data to suggest that

21   glyphosate, or Roundup, impair antibody responses in

22   response to a challenge of any sort?

23       A.   I do not have any data neither did I review

24   any literature that would be in the realm of

25   glyphosate toxicology, I would say.  But I have

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Andrei Shustov, M.D.

1   relied on general statements that I have seen either

2   in IARC report or mentioning in general causation

3   experts without specifically looking into this issue

4   myself.

5        Q.   When you say there were general statements

6   that you saw at either in the IARC report or in the

7   general causation experts, I know that you looked at

8   some of those general statements with regard to

9   genotoxicity generally.  Right now, I'm talking about

10  immune toxicity specifically.

11           Did you see anything establishing that

12  Roundup has any immune toxicity specifically as

13  opposed to genotoxicity generally?

14       A.   I did not intend or did not look into a

15  fact of Roundup, or glyphosate, in the -- on the

16  immune system.  So I cannot opine either way.

17       Q.   You have no data to suggest that Roundup is

18  immunotoxic in any way; correct?

19       A.   I did not review any literature on this, so

20  I can't really opine on it.  I would state that as a

21  general principle, agents that affect lymphocytes are

22  highly likely to have an effect on the immune system.

23       Q.   You can't point me toward any literature or

24  data of any kind that studied Roundup and found it

25  causes immunotoxicity; true?

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Andrei Shustov, M.D.

```
 1        A.    Not at the moment.

 2        Q.    And you did not look for that literature

 3   one way or the other, to be fair; correct?

 4        A.    That's correct.

 5        Q.    Do you see in your report, on page 4, you

 6   have a section on Burkitt lymphoma titled "Disease

 7   Under Consideration"?

 8        A.    Yes.

 9        Q.    You do not have any citations in this

10   section; right?

11        A.    I think I cited four or five papers that

12   are describing the histology, epidemiology, and link

13   of infection to equatorial-type Burkitt lymphoma.

14   I'm pretty sure I provided five or six references.

15        Q.    Are those -- you're talking about the

16   references at the end of your report?

17        A.    Correct.

18        Q.    Okay.  So I'm talking, specifically in this

19   section, there is no individual statement that you

20   make in this section on Burkitt lymphoma that is

21   cited to any particular source; right?

22              MS. GREENWALD:  Objection.  Form.

23        A.    Those references that I provided and

24   describe facts about Burkitt lymphoma pertain to this

25   section of the report.  I did not specifically link
```

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

Andrei Shustov, M.D.

 1   the papers to areas in my report.

 2        Q.   When you state on page 4, "Burkitt's

 3   lymphoma is a distinct subtype of B-cell

 4   non-Hodgkin's lymphoma with a unique clinical,

 5   pathological, genetic and molecular features," unique

 6   from what?

 7        A.   From any other lymphomas.

 8        Q.   When you say Burkitt lymphoma has unique

 9   clinical features, how is that different from any

10   other lymphoma?

11        A.   Burkitt lymphoma is considered the most

12   highly proliferative cancer of humans, with

13   proliferative rate usually defined as 100 percent.

14             It is a lymphoma that has propensity to

15   expand so rapidly that it causes -- much more likely

16   to cause complications associated with this

17   proliferative rate, exemplified by spontaneous tumor

18   lysis syndrome and rapid progression of organ

19   function compromise that are not a feature to any

20   close degree of any other lymphoma.  That's clinical.

21        Q.   Thankfully, Ms. Mendoza did not experience

22   spontaneous tumor lysis syndrome or organ shutdown;

23   correct?

24        A.   I believe when I stated that UCSF

25   physicians saved her life, what I was referring to,

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

Andrei Shustov, M.D.

1  besides curing her lymphoma, when she presented, she

2  was on the brink of metabolic catastrophe.  And

3  that's why, as you have probably seen her records,

4  they gave you -- they gave her emergent treatment

5  with prednisone or cyclophosphamide until the

6  diagnosis was fully established just to abrogate the

7  imminent metabolic complications.

8      Q.   And due to the excellent care that

9  Ms. Mendoza received at UCSF, she did not, in fact,

10  experience tumor lysis syndrome or serious metabolic

11  complications that could have occurred had she not

12  received that treatment; correct?

13      A.   That's correct.

14      Q.   When you say that Burkitt lymphoma has

15  unique pathologic features, how is that different

16  from any other lymphoma?

17      A.   So the unique pathological features of this

18  malignancy go to several kind of domains of tumor

19  biology.  First, morphologically, it has a very

20  unique appearance frequently referred to as "starry

21  sky" pathologic findings on tumor biopsy.  And with a

22  very distinct nucleoli and vacuoles in cell cytoplasm

23  with cohesive growth that exclude any other

24  microenvironment elements or any other type of cells.

25          On the molecular level, as we discussed, it

Andrei Shustov, M.D.

1    has very unique translocation between chromosomes 8

2    and 14 that translates into unique universal

3    expression of c-MYC protein in the cells, that we

4    discussed earlier is also a feature of this disease,

5    and under -- underlies its rapid proliferative rate.

6         Q.   I want to stop you there for a second,

7    because I think you're asking -- or answering a

8    question I was going to get to but didn't yet.  So

9    two things.  Okay?

10             One, in the answer you just gave, when you

11   said "c-MYC," that is c-M-Y-C; correct?

12        A.   That's correct.

13        Q.   You, in your previous answer, gave some

14   examples of how Burkitt lymphoma is unique in its

15   pathologic features; correct?

16        A.   Correct.

17        Q.   You also gave some examples of how it has

18   unique genetic and molecular features; correct?

19        A.   Correct.

20        Q.   So let me ask you now.

21             Are there any other respects in which

22   Burkitt lymphoma is unique from a genetic or

23   molecular standpoint that we have not yet discussed?

24        A.   It might be some other very intrinsic

25   molecular features that I am not ready to answer

Andrei Shustov, M.D.

1    without specifically reviewing most recent

2    discoveries in molecular biology.

3           But those that I mentioned are

4    pathognomonic features that define this disease for

5    the past couple of decades.

6       Q.   One example that you gave was the

7    chromosomal translocation that we talked about

8    earlier between chromosomes 8 and 14; correct?

9       A.   That's correct.

10      Q.   You say on page 4 of your report that

11   sporadic Burkitt lymphoma "can be diagnosed in both

12   children and young adults, with a median age of

13   diagnosis for adults around 30 years."

14          Do you see that?

15      A.   Yes.

16      Q.   Let's start with children.

17          What's the youngest child you've seen with

18   sporadic Burkitt lymphoma?

19      A.   I do not treat pediatric population.

20      Q.   If a patient presented with pediatric

21   Burkitt lymphoma, you would refer them to someone

22   else; fair?

23      A.   They, from the beginning, would be referred

24   to specialized children oncology centers.

25      Q.   You are aware, however, that Burkitt

Andrei Shustov, M.D.

1    lymphoma can occur in children; true?

2        A.   Correct.

3        Q.   It can occur in children as young as four;

4    correct?

5        A.   That would be less usual for sporadic than

6    for African subtypes.

7        Q.   It can occur -- sporadic Burkitt lymphoma

8    can occur in children age 10; correct?

9        A.   It would be less common than occurring in,

10   say, young adults, but it can.

11       Q.   What is the typical age for which a child

12   would present with Burkitt lymphoma of the sporadic

13   variety?

14       A.   There is no, really, typical age.  And as

15   you know, in the medical world, we operate by median

16   age of diagnosis.  And for -- for overall sporadic

17   lymphoma population, that would be for young adult

18   age.  If you make a specific cutoff for a pediatric

19   population, I do not know that data.

20       Q.   When you say "median age," you give the

21   median age in your report of around 30 years for

22   young adults with Burkitt lymphoma; correct?

23       A.   Correct.

24       Q.   And what that means, when you talk about

25   median age of diagnosis, is that half of the patients

Andrei Shustov, M.D.

1   are diagnosed by that age?

2        A.   Correct.  It is the standard definition of

3   median, yes.

4        Q.   Half of adults with Burkitt lymphoma get

5   all of the necessary mutations by age 30; true?

6        A.   I do not think that's what "median" means.

7        Q.   How would you describe that with regard to

8   a median age in young adults of 30?

9        A.   That's the statistical epidemiologic fact,

10  that the median age for this diagnosis, out of all

11  the people diagnosed with this lymphoma, is 30 years.

12       Q.   Ms. --

13       A.   Around 30 years.

14       Q.   Were you finished?

15       A.   Yes.

16       Q.   Ms. Mendoza got Burkitt lymphoma eight

17  years later than the median; correct?

18       A.   Sure.

19       Q.   Was there anything unusual about her age at

20  diagnosis?

21       A.   Not really.

22       Q.   You say that MYC is one mutation you need

23  for Burkitt lymphoma.  Do you need others?

24       A.   You need probably multiple other mutations,

25  because having a single MYC mutation has been

Andrei Shustov, M.D.

1    demonstrated not necessarily to cause lymphoma --

2    cause Burkitt lymphoma.

3        Q.   When you say that having a single MYC

4    mutation has not been demonstrated necessarily to

5    cause Burkitt lymphoma, I looked through the papers

6    that you cited in your report and couldn't find

7    anything that made that specific point.

8             Are there any literature or data, that

9    you're aware of, that show that a MYC mutation is not

10   sufficient to lead to Burkitt lymphoma?

11       A.   I'm not ready to answer this.  I would have

12   to really do a specific search --

13       Q.   And that's --

14       A.   -- for this.

15       Q.   -- not something you've done to this point;

16   fair?

17       A.   This specific search?  No.

18       Q.   With respect to the other mutations or

19   multiple other mutations that you might need, do you

20   have a number or do you have an understanding of how

21   many driver mutations are necessary to lead to a

22   clinical Burkitt lymphoma in any patient?

23       A.   No.

24       Q.   Regardless, all of those mutations, whatever

25   they are, can happen and result in clinical Burkitt

Andrei Shustov, M.D.

1    lymphoma by the time a patient is 10; correct?

2         A.   Can you repeat that?

3         Q.   All of the mutations, whatever they are,

4    that lead to a clinical Burkitt lymphoma, can occur

5    in a patient by the time they're 10; correct?

6         A.   We don't know that.

7         Q.   In order for a patient to present clinically

8    with Burkitt lymphoma, they must have had all of the

9    mutations necessary to develop that disease; true?

10             MS. GREENWALD:  Objection.  Form.

11        A.   Again, we don't know that.  It might happen

12   immediately prior to diagnosis, or necessary mutations

13   might have been accumulating over the course of

14   previous years.

15        Q.   You would agree that in a patient who

16   presents clinically with Burkitt lymphoma at age 30,

17   which you state is the median age of diagnosis, all

18   of the mutations they needed to develop Burkitt

19   lymphoma occurred by that age; correct?

20        A.   Once again, if the clinical lymphoma

21   developed in this particular person, the

22   constellation of mutation that caused her lymphoma

23   obviously happened by that time that allowed the

24   clone to develop, and they could have happened all

25   within a short period of time or proceeding a long

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Andrei Shustov, M.D.

```
1    period of time with multiple hits.  But that would be

2    nearly impossible to establish.

3         Q.   There was a lot in that answer.  Let me try

4    and break it up a little bit.  Okay?

5              You say that you could develop all of the

6    mutations necessary in either a long period of time

7    or a short period of time; correct?

8         A.   Correct.

9         Q.   Let's say that you had all of the mutations

10   that would result in a clinical Burkitt lymphoma,

11   except the last one that was going to lead you to

12   present with a Ki67 of a hundred, and a tumor growing

13   so quickly it would kill you in weeks without

14   treatment.  Are you with me so far?

15        A.   Uh-hmm.  Yes.

16        Q.   Certainly, it is possible that you could

17   have all those mutations, except the last one, by

18   age 30; correct?

19        A.   It's a hypothetical question and,

20   biologically, it doesn't make a whole of sense.  But

21   just like all of the mutations might have happened

22   within a very short period of time, they could have

23   happened over a long period of time.

24        Q.   Exactly.  So, really, if you could have all

25   of the mutations that led to a clinical Burkitt
```

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Andrei Shustov, M.D.

1    lymphoma, you could have all of them minus one by

2    age 15 or 20 or 25 or 30; correct?

3        A.    That is true about any cancer, and just a

4    general understanding of carcinogenesis.

5        Q.    And it is also true of Burkitt lymphoma;

6    right?

7        A.    As the cancer is processed.

8        Q.    When you state in your report that endemic

9    Burkitt lymphoma is characteristically diagnosed and

10   found in restricted geographic areas and has recently

11   been shown to have an association with Epstein-Barr

12   virus and plasmodium falciparum infections, is it

13   your view that EBV can cause Burkitt lymphoma?

14       A.    Endemic Burkitt lymphoma.

15       Q.    And I wanted to ask you about that.

16             So it is your view that EBV can cause

17   endemic Burkitt lymphoma; correct?

18       A.    Correct.

19       Q.    Can EBV also cause sporadic Burkitt lymphoma?

20       A.    Not to my knowledge.

21       Q.    Do you know if EBV infection has been

22   associated with some cases of sporadic Burkitt

23   lymphoma?

24       A.    It is not a common knowledge or of any

25   statistical significance at this -- at this point.

Andrei Shustov, M.D.

1        Q.   Did you review the literature to see what

2   percentage of patients with sporadic Burkitt lymphoma

3   have EBV that can be found in their tumor cells?

4        A.   I did not do this specific search.

5        Q.   With respect to the cases where EBV actually

6   does cause Burkitt lymphoma, would you describe EBV

7   as a cause or a risk factor?

8        A.   That's a very complicated virology question.

9   It's still being debated, and goes into molecular

10  pathogenesis of virally driven lymphomas.  There are

11  really few experts in this in the world.  And at the

12  end of the day, whether it's caused or contributed,

13  wouldn't really matter.  It is highly associated in a

14  way that some of the malignancies are universally

15  found to have EBV expression and be associated with

16  EBV infection.

17       Q.   When you say there are few experts in the

18  world, do you consider yourself to be an expert on

19  EBV associated Burkitt lymphoma?

20       A.   To the degree that allows me to treat

21  patients and understand a disease driven by EBV?  Yes.

22       Q.   Do you dispute that some of the literature

23  you cite in this case describes EBV as a cause of

24  Burkitt lymphoma?

25       A.   No, I do not dispute that.

Andrei Shustov, M.D.

```
 1      Q.   And for endemic Burkitt lymphoma, some of
 2  that literature describes it as a necessary cause;
 3  correct?
 4      A.   Say it again?
 5      Q.   For endemic Burkitt lymphoma, some of the
 6  literature you cite describes EBV as a necessary
 7  cause; correct?
 8      A.   Well, for endemic Burkitt lymphoma, it is
 9  considered to be a major required factor.  And, as I
10  stated, now also suggesting that you probably need a
11  different -- additional infection to lead to
12  carcinogenesis.
13      Q.   How would you rule out the possibility that
14  EBV caused a patient's Burkitt lymphoma?
15      A.   You would have to have established a body
16  of data that, for this particular type of lymphoma,
17  there is a proven association between EBV and origins
18  of this lymphoma; you would have to have presence of
19  lymphoma in tumor specimens, and in most scenarios,
20  presence of shedded virus in the bloodstream.
21      Q.   So I'm going to break that down, because I
22  think you said three different things.
23           The first thing you would need to rule out
24  or rule in EBV as a cause of Burkitt lymphoma is
25  literature establishing an association with that
```

Andrei Shustov, M.D.

1   specific type of Burkitt lymphoma; correct?

2        A.   Correct.

3        Q.   The second thing that you would need to

4   rule out or rule in EBV as a cause of an individual's

5   Burkitt lymphoma is to see EBV and test for it in the

6   tumor tissue and determine whether or not it was

7   present; right?

8        A.   Correct.

9        Q.   And the third thing that you would need or

10   that you would want to see is serum-testing to

11   determine whether the virus was present at the time

12   of diagnosis in a patient's bloodstream; correct?

13        A.   That would be a significant reassuring

14   factor.  Because it --

15        Q.   If a -- oops.  Go ahead.

16        A.   It is not required in some cases.  But it

17   would be a further confirmatory test, if positive, of

18   association with the virus.

19        Q.   If a patient's lymphoma tissue was not

20   tested for EBV, there is no way to rule out that EBV

21   contributed; true?

22        A.   If it was not tested.

23        Q.   If we take a step back.  Again, we talked

24   about mutations in general and the genetics of cancer;

25   right?

Andrei Shustov, M.D.

```
 1        A.   (No response.)

 2        Q.   Correct?

 3        A.   Yes.

 4        Q.   Burkitt lymphoma is caused by mutations;

 5   right?

 6        A.   Any lymphoma is caused by mutations.

 7        Q.   Right.  That is true for all cancer, that

 8   cancer is caused by mutations; correct?

 9        A.   Correct.

10        Q.   It is true for all of non-Hodgkin's

11   lymphoma, as you just said; correct?

12        A.   Correct.

13        Q.   The MYC translocation causes particular

14   types of non-Hodgkin's lymphoma; correct?

15        A.   MYC translocation is not exclusively found

16   in Burkitt lymphoma, and it is also found in other

17   aggressive lymphomas.

18        Q.   That is where I was going.

19             So what types of non-Hodgkin's lymphoma

20   does MYC cause?

21        A.   So MYC translocation itself might or might

22   not cause lymphoma as a single factor.  Its presence

23   biologically defines a high proliferative rate and

24   also defines the diagnosis.

25             And it is very logical that MYC is found in
```

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Andrei Shustov, M.D.

1    other highly aggressive lymphomas, like diffuse large

2    B-cell lymphoma, in a significant proportion of

3    cases, but they're still not defined as Burkitt's due

4    to absence of translocation or other histologic

5    features.

6         Q.   Right.  MYC can be associated and found in

7    the tumor tissue of certain highly aggressive DLBCL,

8    those are often "double hit" or "triple hit"

9    lymphomas; correct?

10        A.   A small proportion of DLBCLs, yes.

11        Q.   And with respect to Burkitt lymphoma, MYC

12   is the known driver mutation in Burkitt lymphoma;

13   true?

14        A.   It's one of the major pathogenic pathways,

15   yes.

16             (Exhibit 7, WHO Classification of Tumours

17        of Hematopoietic and Lymphoid Tissues, marked

18        for identification.)

19        Q.   I'm handing you Exhibit 7 to your

20   deposition.  This is an excerpt, obviously, from a

21   much larger book.  Are you familiar with this book?

22        A.   Yes.

23        Q.   The title of this book is "WHO

24   Classification of Tumours of Hematopoietic and

25   Lymphoid Tissues," correct?

Andrei Shustov, M.D.

```
 1        A.    Correct.

 2        Q.    If you will turn several pages in with me.

 3              Are you on this page?

 4        A.    Yes.

 5        Q.    Do you see this is the revised fourth

 6   edition of the WHO Classification?

 7        A.    Yes.

 8        Q.    And that is the current edition; correct?

 9        A.    That's correct.

10        Q.    And you see at the bottom of this page,

11   that this classification scheme is put out by the

12   International Agency for Research on Cancer; right?

13        A.    Correct.

14        Q.    The date of this publication is 2017;

15   correct?

16        A.    Correct.

17        Q.    Do you rely on this classification in your

18   work as a lymphoma specialist?

19        A.    Every day.

20        Q.    Why is that?

21        A.    Because this is a -- most authoritative

22   classification of hematologic malignancies, based on

23   which we define a diagnosis in everyday practice.

24        Q.    If you see, I have excerpted the section

25   specifically on Burkitt lymphoma.  Do you see that
```

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

Andrei Shustov, M.D.

1    that's the case?

2         A.    Yes.

3         Q.    And you see, if you turn with me -- so 330.

4    Page 330 is where that starts.  Right?

5         A.    Yes.

6         Q.    If you turn with me to page 333, do you see

7    there is a section here on the genetic profile of

8    Burkitt lymphoma?

9         A.    Yes.

10        Q.    There is a statement here that "the

11   molecular Hallmark of [Burkitt lymphoma] is the

12   translocation of MYC at band 8q24 to the IGH region

13   on chromosome 14q32, t(8:14)."

14             Did I read that correctly?

15        A.    Yes.

16        Q.    Do you agree with that statement?

17        A.    Yes.

18        Q.    The section continues to state:

19             "Most breakpoints originate from aberrant

20        somatic hypermutation mediated by the activity

21        of activation induced cytidine deaminase."

22             Did I read that correctly?

23        A.    Correct.

24        Q.    I want to break that down into words that

25   are maybe more understandable.

Andrei Shustov, M.D.

1              The breakpoint that we're talking about

2    here is the MYC mutation; correct?

3         A.   Correct.

4         Q.   "Originate" means how that came about;

5    correct?

6         A.   No.  What it means is which part of the

7    chromosome it originates from.

8         Q.   So when this says "breakpoint originate

9    from aberrant somatic hypermutation," you think

10   that's referring to the part of the chromosome it

11   originates from?

12        A.   So the breakpoint is a part in the

13   chromosome.  So the origin of breakpoint is the

14   location where it originates in the chromosome.

15        Q.   Yes.  And when we say that something

16   originates from "aberrant somatic hypermutation,"

17   "aberrant" means wrong, right, something has gone

18   wrong in a process; correct?

19              (Witness reviewing document.)

20        A.   That's not how I see that statement.  The

21   breakpoint originates, what it means to me is it

22   refers to a particular part of the G locus that is

23   the result of a mutation.

24        Q.   Do you have an understanding of what the

25   words "aberrant somatic hypermutation" mean?

Andrei Shustov, M.D.

1        A.    I do.

2        Q.    What is your understanding of what those

3    words mean?

4        A.    "Aberrant somatic," so this is a mutation

5    that happened in somatic cells as opposed to germline

6    cells; "aberrant," they're abnormal; and "mutation"

7    speaks for itself.

8        Q.    And what is hypermutation in the context of

9    lymphoma?

10       A.    Hypermutations are the mutation that

11   originate as a secondary event from initial mutations

12   that is either triggered by further exposure to

13   mutagens or their original mutation makes cells more

14   vulnerable to further mutations.

15       Q.    When this WHO Classification talks about

16   "activation-induced cytidine deaminase," that is

17   sometimes referred to as "AID"; correct?

18       A.    Yes.

19       Q.    What is that?

20       A.    It is an enzyme that is critical in

21   modifying nucleoside analogs in a manner that is

22   self-evident deaminating cytidine.

23       Q.    Most MYC-mode mutations originate from

24   over-mutation happening within the body's own

25   lymphocytes as they try to adjust to the world around

Andrei Shustov, M.D.

1   them; correct?

2        A.   To my knowledge, the MYC mutations don't

3   happen in normal lymphocytes.

4        Q.   Do you have any reason to disagree with the

5   statement that's written in the WHO's classification?

6        A.   As a general statement, at this moment, I

7   don't have any reason to disagree with it.

8        Q.   Do you agree that MYC is generally due to

9   somatic hypermutation?

10       A.   Generally, yes.

11       Q.   In sporadic Burkitt lymphoma, you generally

12   need MYC; correct?

13       A.   I need MYC for either subtype of Burkitt

14   lymphoma.

15       Q.   And Ms. Mendoza had a MYC translocation;

16   true?

17       A.   Correct.

18       Q.   When -- if you go to page 2 of your report.

19   You state:

20            "Fluorescence in-situ hybridization

21       (FISH), studies demonstrated the presence of

22       t(14;18) chromosomal translocation in 92% of

23       cells."

24            Is that the typo that you were talking

25   about earlier?

Andrei Shustov, M.D.

1      A.    Yes.

2      Q.    That sentence should state "FISH studies

3    demonstrated the presence of t(8;14) chromosomal

4    translocations in 92% of cells," correct?

5      A.    That's correct.

6      Q.    Further, Ms. Mendoza's lymphoma was negative

7    for t(14;18), the BCL-2 translocation; correct?

8      A.    Correct.

9      Q.    Do you need any other mutations beside

10   t(8;14) to cause sporadic Burkitt lymphoma?

11     A.    Most likely.

12     Q.    Which ones?

13     A.    There are possibly unknown mutations or

14   different mutations in the same individual.  I cannot

15   answer this question.

16     Q.    Okay.  So you definitely need MYC; correct?

17     A.    To make a diagnosis of Burkitt lymphoma and

18   to develop Burkitt lymphoma, yes.

19     Q.    Right.  And then in addition to MYC, what

20   you are saying is that you probably need one or more

21   additional unknown mutations; correct?

22     A.    Correct.

23     Q.    So in Ms. Mendoza, did she need other

24   mutations or was MYC sufficient for her Burkitt

25   lymphoma?

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Andrei Shustov, M.D.

```
 1        A.   That would be impossible to demonstrate in

 2   her particular case.  What we just discussed is a

 3   general knowledge of pathogenesis and science of

 4   Burkitt lymphoma.  But in her particular case,

 5   reflecting that, most likely she would need additional

 6   mutations.

 7        Q.   Most likely she would need additional

 8   mutations.  So it's your opinion that Ms. Mendoza did

 9   have MYC, because we tested for that and we know

10   that; correct?

11        A.   Correct.

12        Q.   And she probably had one or more additional

13   unknown mutations that we just don't know what they

14   were; true?

15        A.   Correct.

16        Q.   And I want to make sure I'm understanding

17   correctly.  You don't have an opinion on whether that

18   is one additional mutation besides MYC, or two, or

19   three, or four additional mutations besides MYC;

20   true?

21        A.   Neither me nor nobody else can have any

22   opinion on that.  It's an unknown fact.

23        Q.   In your description of Ms. Mendoza's

24   history here, you state that she was diagnosed on

25   October 31st of 2013; correct?
```

Andrei Shustov, M.D.

```
 1        A.    Correct.

 2        Q.    You say that if she wasn't treated then,

 3   she would have been dead within weeks; true?

 4        A.    Correct.

 5        Q.    And why is that?

 6        A.    As -- again, going back to previous

 7   statements, this is an extremely highly proliferative

 8   tumor that was in the past referred to as "highly

 9   aggressive lymphoma."  And continuous proliferation

10   of the tumor cells would eventually cause metabolic

11   catastrophe or would have invading vital organs

12   causing irreparable and fatal damage.

13        Q.    When you say "extremely highly

14   proliferative tumor," you're referring to her Ki67 of

15   100 percent; correct?

16        A.    That is correct.

17        Q.    When did her tumor start to divide with a

18   Ki67 of 100 percent?

19        A.    That would be unknown.

20        Q.    You state on the same page of your report

21   that Ms. Mendoza noticed a lump on her left inner

22   thigh in the shower in late October of 2013; right?

23        A.    Correct.

24        Q.    Burkitt lymphoma is one of the few tumors

25   that you can actually watch grow on patients
```

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Andrei Shustov, M.D.

1    sometimes; right?

2        A.    Correct.

3        Q.    Presumably, whatever caused the Ki67 to go

4    to 100 percent happened right before she noticed this

5    lump in the shower; right?

6        A.    Correct.

7        Q.    Was it the MYC translocation that caused

8    Ms. Mendoza's Ki67 to go to 100 percent?

9        A.    Most likely.

10       Q.    If it wasn't the MYC translocation, do you

11   have an opinion on what else it would be?

12       A.    I don't have an opinion.

13       Q.    When did the MYC mutation occur in

14   Ms. Mendoza's case?

15       A.    It's unknown.

16       Q.    If there were one or two or three

17   additional mutations that she needed to get the

18   Burkitt lymphoma that you don't know or that we don't

19   have a name for, when did those occur?

20           MS. GREENWALD:  Objection.  Form.

21       A.    That is also unknown.

22       Q.    Whatever happened to increase her Ki67

23   to 100, happened within a couple of weeks of her

24   diagnosis; right?

25       A.    Weeks to a few months, yes.

Andrei Shustov, M.D.

1      Q.   And when you say that she could have had

2  additional unknown mutations, we don't know whether

3  there are two driver mutations or three or four;

4  correct?

5      A.   Correct.

6      Q.   You don't have an opinion on whether she

7  needed two or three or four mutations to get to

8  Burkitt lymphoma?

9           MS. GREENWALD:  Objection.

10     Q.   Right?

11          MS. GREENWALD:  Objection.  Asked and

12  answered.

13     A.   I don't have an opinion on that.

14     Q.   Do you know when the first driver mutation

15  occurred?

16     A.   This is really a non-sensical question on

17  oncology.  If we knew that, we probably would live in

18  a different world, no.

19     Q.   Do you know -- withdrawn.

20          Are you saying that Roundup caused

21  Ms. Mendoza's MYC translocation?

22     A.    In my report, I opine that Roundup more

23  likely than not contributed to the development of her

24  Burkitt lymphoma.

25     Q.   And you understand I'm asking a slightly

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

Andrei Shustov, M.D.

```
 1   different question; right?

 2        A.   Okay.  Try it again.

 3        Q.   Okay.

 4             Are you opining that Roundup caused

 5   Ms. Mendoza's MYC translocation?

 6        A.   Roundup could have caused her MYC

 7   translocation.

 8        Q.   Are you offering an opinion one way or the

 9   other on whether Roundup did cause Ms. Mendoza's MYC

10   translocation?

11        A.   I'm offering an opinion on likelihood

12   that --

13        Q.   And is it your opinion that Roundup likely

14   caused Ms. Mendoza's MYC translocation?

15        A.   My opinion is that Roundup more likely

16   caused her Burkitt lymphoma.

17        Q.   Do you have an opinion one way or the other

18   with respect to the MYC translocation in particular,

19   as to whether Roundup caused that translocation in

20   Ms. Mendoza's specific case?

21             MS. GREENWALD:  Objection.  Asked and

22   answered.

23        A.   Given the fact that MYC translocations are

24   sporadic or of unknown origin, it's not unreasonable

25   to assume that Roundup could have caused this
```

Andrei Shustov, M.D.

1    particular mutation just like any other mutations

2    that cause other types of lymphomas.  And in this

3    case, after reviewing factors of carcinogenicity and

4    the type of lymphoma that she developed, in my

5    opinion, it's just more likely than not it did.

6        Q.   It's your -- when you say "in my opinion it

7    is more likely than not that it did," I just want to

8    be very clear:  You're saying it is your opinion that,

9    more likely than not, Roundup caused Ms. Mendoza's

10   MYC translocation?  Is that what you're saying?

11       A.   It's more likely than not it either caused

12   MYC translocation or constellation of mutations that

13   led her to her Burkitt lymphoma.

14       Q.   Can you point me toward any statement in

15   the medical literature worldwide that says Roundup

16   causes MYC translocations?

17       A.   No.

18       Q.   Can you point me toward any statement in

19   the medical literature worldwide that says glyphosate

20   causes MYC translocations?

21       A.   No.

22       Q.   Could the MYC translocation or the --

23   whatever other mutations that we don't know what they

24   are, could those have happened in Ms. Mendoza's

25   case 20 years ago?

Andrei Shustov, M.D.

1      A.   Could they?  They could have.  But it's

2  more likely she had an actual cause for her mutations.

3      Q.   So you think that the MYC mutation

4  happened, say, late September of 2013, shortly before

5  she presented clinically?

6           MS. GREENWALD:  Objection.  Form.

7      A.   Probably earlier than that, but in that

8  vicinity.

9      Q.   When approximately?

10     A.   I can't say that.  I'm basing this opinion

11 on the fact that she had dozens of tumors in her body

12 by the time of presentations, in her skeleton,

13 ovaries, liver, over the lymphatic system.  To get to

14 this bulk of the disease even with 100 percent

15 proliferative rate, including the bone marrow, it

16 probably happened within weeks to months of her

17 diagnosis.

18     Q.   And weeks to months of the diagnosis in

19 this case would be weeks -- within weeks to months of

20 October 2013, right, if she was diagnosed on

21 October 31, 2013?

22     A.   Correct.

23     Q.   So August at the earliest?

24     A.   I can't say that, or I cannot estimate that.

25     Q.   In your report, you state that Ms. Mendoza

Andrei Shustov, M.D.

```
 1    continued weekly use of Roundup through spring or

 2    summer of 2013.  Do you recall that?

 3         A.   Yes.

 4         Q.   You also state that she discontinued

 5    Roundup use in late summer of 2013; right?

 6         A.   Can I refer to my report, please?

 7         Q.   Absolutely.  It's on page 8 of your report,

 8    I believe.

 9              (Witness reviewing document.)

10         A.   Yes.

11         Q.   Many all of this information on page 8 of

12    your report is from your interview with Ms. Mendoza;

13    right?

14         A.   Correct.

15         Q.   This is not from her deposition; true?

16         A.   I have not read her deposition.

17         Q.   You did not read Ms. Mendoza's deposition

18    in this case; correct?

19         A.   No.

20         Q.   Did you review her Plaintiff's Fact Sheet

21    in this case?

22         A.   Yes.

23         Q.   But the information that you list in your

24    report doesn't come from her Plaintiff's Fact Sheet,

25    it comes from your interview with Ms. Mendoza; correct?
```

Andrei Shustov, M.D.

 1      A.   Correct.

 2      Q.   When you say that she may have stopped

 3  using Roundup in summer of 2013, what does that mean

 4  to you?  When exactly did she stop using Roundup?

 5      A.   I can't say exactly what day she stopped

 6  using Roundup.  In her own words, it was around that

 7  time because of accumulating fatigue and exertion.

 8      Q.   And when you say she continued weekly use

 9  through spring or summer of 2013, she could have

10  stopped in the spring of 2013; correct?

11      A.   She could have.

12      Q.   Are you suggesting that Ms. Mendoza stopped

13  using Roundup basically on the day that she got the

14  MYC translocation?

15           MS. GREENWALD:  Objection.  Form.

16      A.   I cannot answer that question.

17      Q.   You don't have an opinion on that one way

18  or the other; correct?

19      A.   No.

20           MS. GREENWALD:  Objection.

21      Q.   You say in your report that Ms. Mendoza

22  started using Roundup in 2005, and she used it nearly

23  every week; right?

24      A.   Correct.

25      Q.   You give the total number of times that

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

Andrei Shustov, M.D.

1    Ms. Mendoza used Roundup as about 390; correct?

2        A.    Correct.

3        Q.    Since the MYC translocation didn't occur

4    until the fall of 2013, you are saying that

5    Ms. Mendoza was able to use Roundup 389 times without

6    getting a MYC translocation, and then the 390th time

7    it resulted in MYC?  Is that what you're saying?

8            MS. GREENWALD:  Objection.  Form.

9        A.    That is absolutely not what I'm saying.

10   The use of carcinogen and mutational breakdowns do

11   not necessarily happen at the moment that carcinogen

12   enters the body.

13       Q.    Are you aware of any data that would say

14   that any environmental carcinogen can cause a

15   mutation when it's not actually in the body?

16           MS. GREENWALD:  Objection.  Form.

17       A.    That's not what I'm saying.  I'm saying

18   that she could have accumulated mutations throughout

19   the use of Roundup, or glyphosate, over seven and a

20   half years or so; or this mutations could have

21   happened at the very end of her usage; or the MYC

22   mutation was a final breakdown on top of mutations

23   that she accumulated while using glyphosate.

24           Those are all hypothetical scenarios that I

25   can envision based on just basic biologic knowledge.

Andrei Shustov, M.D.

1    But those questions, it's impossible to answer when

2    that particular mutation happened.

3         Q.   It is impossible to know when a particular

4    mutation happened in a particular patient; correct?

5         A.   Sure.

6         Q.   With respect to this other mutation or

7    mutations that we don't have a name for that may have

8    occurred in Ms. Mendoza, are you aware of any data

9    showing that glyphosate, or Roundup, causes some

10   mutation that we don't know the name of that leads to

11   Burkitt lymphoma?

12        MS. GREENWALD:  Objection.  Form.

13        A.   I'm not aware of any data.

14        Q.   Are there any data anywhere showing that

15   glyphosate, or Roundup, can cause the MYC

16   translocation in any biological system, human or

17   otherwise?

18        A.   I'm not aware.

19        Q.   You're not aware of any data showing that

20   glyphosate, or Roundup, can cause the MYC

21   translocation in a human; correct?

22        A.   Correct.

23        Q.   You're not aware of any data showing that

24   glyphosate, or Roundup, can cause the MYC

25   translocation in a mouse; right?

Andrei Shustov, M.D.

1      A.   Correct.

2      Q.   You are not aware of any data showing that

3  glyphosate, or Roundup, can cause the MYC

4  translocation in a rat; right?

5      A.   To any of those questions, there is no

6  definitive data that I'm aware.

7      Q.   What about zebra, fish, monkey, snail, are

8  you aware of any data in any system showing that

9  glyphosate, or Roundup, causes the MYC translocation?

10     A.   No.

11     Q.   Are there any data in any study in any

12  population that shows that people exposed to Roundup

13  are at an increased risk of Burkitt lymphoma?

14     A.   Burkitt lymphoma was not reported or

15  specifically evaluated in any of the populational

16  studies.

17     Q.   So there are no data in no study that you

18  can point me to reporting that Roundup is associated

19  with Burkitt lymphoma specifically; true?

20          MS. GREENWALD:  Objection.  Form.

21     A.   Nobody looks specifically at Burkitt

22  lymphoma because of the -- because of its rarity.

23  But it's quite possible that it was a -- one of the

24  diagnoses that was present in populational studies.

25     Q.   So breaking that up.  You're saying some of

Andrei Shustov, M.D.

1  the studies that you looked at, looked at

2  non-Hodgkin's lymphoma overall; correct?

3       A.   Correct.

4       Q.   And you are saying that it's possible that

5  one or more of those cases of non-Hodgkin's lymphoma

6  overall was Burkitt lymphoma, but just wasn't broken

7  up; right?

8       A.   Possible.

9       Q.   But you are not aware of any data specific

10  to Burkitt lymphoma that looked at whether Roundup,

11  or formulated glyphosate, was associated with Burkitt

12  lymphoma in particular; true?

13            MS. GREENWALD:  Objection.  Form.  Asked

14  and answered.

15       A.   That's correct.

16       Q.   What does it mean to have a tumor that is

17  t(14;18) negative?

18       A.   It means that it does not have this

19  particular translocation.

20       Q.   Did you look to see whether there is any

21  data on whether herbicides are associated with

22  t(14;18)-negative non-Hodgkin's lymphoma?

23       A.   All of the lymphomas that were looked at in

24  populational meta-analysis, except for follicular

25  lymphoma, would be presumed to be 14:18 negative.

Andrei Shustov, M.D.

1        Q.   If you have what Ms. Mendoza had, which is

2   t(14;18)-negative tumor, are there any data

3   suggesting pesticides increase the risk of that kind

4   of NHL specifically?

5             MS. GREENWALD:  Objection.  Asked and

6   answered.

7        A.   This is -- I don't understand the question.

8        Q.   You're saying that you looked at clinical

9   diagnoses of follicular lymphoma and other lymphoma

10   subtypes in some of the epidemiologic literature;

11   right?

12        A.   Correct.

13        Q.   But you did not look at whether anyone had

14   analyzed specific genetic subtypes of NHL to determine

15   whether those were associated with herbicide or

16   pesticide use; right?

17        A.   By shared definition.  And you think, but

18   follicular lymphoma would be (14;18) negative.

19   Otherwise, it would be called follicular lymphoma.

20        Q.   Are you aware of whether some DLBCLs are

21   BCL-2 positive?

22        A.   There is a fraction of DLBCL that would be

23   double-hit lymphomas.

24        Q.   Right.  So some DLBCLs are t(14;18) positive;

25   correct?

Andrei Shustov, M.D.

```
 1        A.    Correct.

 2              (Exhibit 8, "Agricultural pesticide use

 3        and risk of t(14;18)-defined subtypes of

 4        non-Hodgkin lymphoma," Chiu, et al., Blood 2006,

 5        marked for identification.)

 6        Q.    I'm handing you Exhibit 8 to your deposition.

 7              Do you see the title of this article is

 8  "Agricultural pesticide use and [the] risk of

 9  t(14;18)-defined subtypes of non-Hodgkin's lymphoma"?

10        A.    Yes.

11        Q.    The senior author on this paper is Dennis

12  Weisenburger.  Do you see that?

13        A.    Yes.

14        Q.    Dr. Weisenburger is one of plaintiff's

15  general causation experts that you looked to in this

16  case; correct?

17        A.    I looked at Dr. Portier and Ritz for

18  general causation.  I'm aware of Dr. Weisenburger

19  being another expert.

20        Q.    Dr. Weisenburger's general causation report

21  is listed on some of your materials list --

22        A.    Correct.

23        Q.    -- in the Roundup litigation, correct?

24              Did you rely on Dr. Weisenburger's opinions

25  for any of your opinions in this case?
```

Andrei Shustov, M.D.

 1       A.   I relied on general causation experts'

 2  opinions as basis for my specific causation, yes.

 3       Q.   Including Dr. Weisenburger's opinion on

 4  whether pesticides are associated with an increased

 5  risk of non-Hodgkin's lymphoma; right?

 6       A.   Correct.

 7       Q.   If you look at the abstract of this paper,

 8  it states, in this middle column:

 9            "[T]he risk of t(14;18)-positive

10       [non-Hodgkin's lymphoma] was significantly

11       elevated among farmers who used animal

12       insecticides ... crop insecticides ...

13       herbicides ... and fumigants."

14            Do you see that?

15            (Witness reviewing document.

16       A.   Yes.

17       Q.   None of these pesticides were associated

18  with t(14;18)-negative NHL?

19       A.   That's not what it says.

20       Q.   If you read the sentence for me that begins

21  at the bottom of the middle paragraph here.  What

22  does that sentence state?

23            (Witness reviewing document.)

24       A.   Oh, okay.  Here.  Yes, I see it.

25       Q.   Do you see where it states that "none of

Andrei Shustov, M.D.

1  these pesticides were associated with t(14;18)-negative

2  NHL"?

3      A.  Yes.

4      Q.  And if we keep reading, do you see that the

5  authors state: "We conclude that insecticides,

6  herbicides, and fumigants were associated with risk

7  of t(14;18)-positive NHL, but not t(14;18)-negative

8  NHL"?

9      A.  I see that.

10      Q.  Do you understand that this study looks

11  specifically at whether herbicide exposure was

12  associated with t(14;18)-positive NHL and

13  t(14;18)-negative NHL?

14      A.  I cannot opine without reading this paper

15  in its entirety, and I don't see specific data on

16  glyphosate.  It might be somewhere in the paper, but

17  I can't just look at the abstract, a couple of lines,

18  and make my opinion.

19      Q.  If Dr. Weisenburger testified that

20  glyphosate was one of the herbicides studied here,

21  you would have no reason to dispute that; correct?

22      A.  I would have to read the paper specifically

23  to answer that question.

24      Q.  So why don't we look, then, at some of the

25  data in this paper rather than just the abstract.

Andrei Shustov, M.D.

1    Okay?

2        A.   Again, I would have to read the methodology

3    and details and -- we can look at the data.  But it

4    would be unfair for me to take little excerpts from

5    scientific paper and make an opinion.

6        Q.   And I would be happy if you want to take a

7    moment to look at some of the data in more detail. My

8    specific question is with respect to Table 2 and

9    herbicides exposure.

10            Do you see that, in Table 2, the authors

11   break up the data by t(14;18)-positive NHL and

12   t(14;18)-negative NHL?

13       A.   Sure.

14       Q.   And do you see that herbicides are one of

15   the categories that they looked at?

16       A.   Sure.

17       Q.   And herbicides were associated with

18   t(14;18)-positive NHL with an odds ratio of 2.9;

19   correct?

20       A.   Okay.

21       Q.   The odds ratio for t(14;18)-negative NHL in

22   herbicides exposure was .7; correct?

23       A.   I see this.  I don't see any data on

24   glyphosate.

25       Q.   And, again, you defer to the author of this

Andrei Shustov, M.D.

1    paper as to whether glyphosate was one of the

2    herbicides that were studied in this paper; right?

3        A.   I'm not deferring.

4             MS. GREENWALD:  Objection.  Form.

5        A.   I'm not --

6             MS. GREENWALD:  Mischaracterizes.

7        A.   -- deferring.  I'm not seeing any specific

8    analysis for particular herbicides that were used in

9    this analysis.

10       Q.   People using herbicides had numerically

11   less non-Hodgkin's lymphoma than controls who did not

12   use herbicides; correct?

13       A.   Can you repeat this?

14       Q.   Sure.  The odds ratio for t(14;18)-negative

15   NHL was .7 with a 95 percent confidence interval

16   of .3 to 1.2.  Do you see that?

17       A.   Okay.

18       Q.   People using herbicides had numerically

19   less non-Hodgkin's lymphoma than controls who did not

20   use herbicides; correct?

21       A.   Again, this is non-sensical analysis to me.

22   I need to look at the subtype of lymphomas because

23   the (14;18)-negative lymphomas would define multiple

24   classes of lymphoma, that we need to look

25   specifically at the subtypes specific risk for a

Andrei Shustov, M.D.

1    specific herbicide.  So this is just an odd way of

2    looking at things that don't make any sense to me.

3        Q.    You did not consider whether t(14;18)-

4    negative non-Hodgkin's lymphoma was associated with

5    glyphosate exposure; right?

6            MS. GREENWALD:  Objection.  Form.

7        A.    Once again, it is a non-sensical thing to

8    consider.  Because in all the meta-analysis, with

9    thousands of patients studied, a majority of the

10   subtype will be (14;18)-negative, including small

11   lymphocytic lymphomas and a majority of diffuse large

12   B-cell lymphomas, and other lymphoid malignancies.

13       Q.    Let's go back to the translocation that

14   Ms. Mendoza did, in fact, have.

15           Can you get a MYC translocation without

16   using Roundup?

17       A.    By just the essence of this question, a

18   person who developed Burkitt lymphoma never --

19   scratch that, follicular lymphoma, and never been

20   exposed to Roundup, obviously can develop (14;18)

21   translocation without exposure.

22       Q.    And I apologize.  I switched back to MYC

23   so --

24       A.    I was confused.

25       Q.    -- wasn't asking about the t(14;18)

Andrei Shustov, M.D.

1    translocation.  Let me try again.  Okay?

2        A.    Sure.

3        Q.    Can you get a MYC translocation without

4    using Roundup?

5        A.    Yes.  In persons or patients who develop

6    Burkitt lymphoma, as an example, who never been

7    exposed to Roundup, that obviously will happen in the

8    absence of that exposure.

9        Q.    People can get sporadic Burkitt lymphoma

10   without ever using Roundup; correct?

11       A.    Sure.

12       Q.    What about this other mutation that

13   Ms. Mendoza may have had, can people get that without

14   using Roundup?

15            MS. GREENWALD:  Objection.  Form.

16       A.    There are numerous carcinogens that pose

17   risk of developing lymphomas that can lead to the

18   same genomic or pathologic changes causing the

19   subtypes of lymphomas, yes.

20       Q.    Do you remember being asked a year ago

21   whether you were aware of any data on whether

22   residential use of Roundup specifically increased the

23   risk of non-Hodgkin's lymphoma?

24       A.    I don't recall this particular.

25       Q.    Do you -- sitting here -- -- withdrawn.

Andrei Shustov, M.D.

1    Then let me ask the question --

2         A.   Sure.

3         Q.   -- more generally.

4              Are you, sitting here today, aware of any

5    data that looked specifically at whether residential

6    exposure to Roundup was associated with an increased

7    risk of non-Hodgkin's lymphoma?

8              MS. GREENWALD:  Objection.  Form.

9         A.   I would have, again, to look at the multiple

10   studies and analyses to answer that question.  And

11   the question in the first place was irrelevant to me

12   because what really matters is the amount of exposure.

13        Q.   When you say the question in the first

14   place was irrelevant to you, you have no reason to

15   assume that studies of farmers exposed to Roundup

16   would not apply to Ms. Mendoza's case; correct?

17        A.   As a statement regarding carcinogen causing

18   particular cancer -- in this case, Roundup and

19   lymphoma -- to me, as a physician biologist, it

20   doesn't matter whether the person was a farmer

21   spraying Roundup in their hands or it was somebody in

22   their residential property spraying it with the same

23   amount and duration of time in terms of causality of

24   their cancer.

25        Q.   Are you aware of any data where pesticides

Andrei Shustov, M.D.

```
 1    other than glyphosate-based products were studied

 2    regarding any association between residential use and

 3    non-Hodgkin's lymphoma?

 4         A.    I can't answer this question.

 5         Q.    Sitting here today, you're not aware of any

 6    such data; correct?
```





Andrei Shustov, M.D.

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED



1      A.   That would be completely non-sensical to

2   include in my report.

5           MS. GREENWALD:  Objection.  Asked and

6   answered.



Andrei Shustov, M.D.



```
20        Q.   If you'll turn back with me to the section

21   from the WHO Classification that you had in front of

22   you a moment ago.  Tell me when you're there.

23        A.   I'm here.

24        Q.   Do you see at the bottom of page 330, where

25   there's a sentence that begins "In sporadic Burkitt
```

Andrei Shustov, M.D.

1    lymphoma."  Bottom of 330.

2         A.   Yes.

3         Q.   Would you please read just that sentence

4    for us?

5         A.   Yes.

6              "In sporadic Burkitt's lymphoma, EBV can

7         be detected in 20 to 30 percent of cases."

8         Q.   All right.  So 20 to 30 percent of cases is

9    not anecdotally small; correct?

10             (Witness reviewing document.)

11        A.   That statement, I would have to look exactly

12   what they mean by that.  EBV can be detected in tumor

13   specimens, in the bloodstream, or how it's associated

14   with this particular pathogenesis.

15        Q.   Do you any basis sitting here right now to

16   disagree with the sentence from the WHO's

17   classification that we just read?

18        A.   Again, this sentence could be very

19   misleading without knowing exactly what it refers to.

20        Q.   And do you, sitting here today, have any

21   data to say that it is, in fact, misleading?

22        A.   I did not say it's misleading.  Did I say

23   that?

24        Q.   You did.

25        A.   Ahh, misleading in the sense of whether or

Andrei Shustov, M.D.

```
1    not it is the EBV associated with tumor tissues or

2    being part of the lymphoma pathogenesis.

3         Q.   And I understand that that's not something

4    you looked at in detail.  But sitting here today, you

5    can't point me toward any data that would suggest

6    that the WHO statement is misleading; right?

7         A.   No.

8         Q.   If you go back to your report, please, on

9    page 4.  Are you there?

10        A.   Can I just take a sentence to finish the

11   sentence here?

12        Q.   Sure.

13            (Witness reviewing document.)
```





```
6        Q.    Ms. Mendoza did not undergo any treatment

7     for NHL prior
```



13     Q.   I'm handing you Exhibit 10 to your

14   deposition.  This is a progress note from ▮▮▮▮▮▮▮,

15   and it begins near the bottom of this page.

16          Do you see that?

17     A.   Yes.

18     Q.   And the date on this note is April 22,

19   2019; correct?

20     A.   That's correct.

21     Q.   Have you seen this record before?  Was this

22   part of your review?

23     A.    It must have been in one of the 2,000 pages

24   of the record.

25     Q.   You relied on it for your opinions in this

Andrei Shustov, M.D.

```
 1   case; correct?

 2        A.   On the records that I received, yes.

 3        Q.   Ms. Mendoza saw Dr. Damon in April of 2019;

 4   right?

 5        A.   Correct.

 6        Q.   Dr. Damon has recommended follow-up every

 7   six months for the next several years given her

 8   extremely low risk of relapse.  You have no criticism

 9   of that; right?

10        A.   No.

11        Q.   At this visit, do you see that Dr. Damon

12   performed a review of symptoms?

13        A.   Yes.

14        Q.   And under "Review of Symptoms," there is a

15   neurological review of symptoms; correct?

16        A.   Correct.

███    ███   ████████████████████████████████

███   █████████████████████████████████

19        A.   That's what it says.

20        Q.   And if you go with me to page -85 of this

21   report, do you see that this note contains Dr. Damon's

22   assessment of Ms. Mendoza as of April 2019?

23        A.   Yes.

24        Q.   And under "Assessment & Plan," Dr. Damon

25   states: "Burkitt lymphoma - NED."
```

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Andrei Shustov, M.D.

```
 1              That means no evidence of disease; correct?

 2       A.    Correct.

 3       Q.    "Her chance of relapse after 5 years in

 4   remission is nil."

 5       A.    I see that.

 6       Q.    "Nil" means nonexistent; correct?

 7       A.    I wouldn't define it in those terms, but

 8   it's extremely low and she is very likely to be cured.

 9       Q.    You would agree that after more than five

10   years in remission from Burkitt lymphoma, Ms. Mendoza

11   is very likely to be cured; correct?

12       A.    Correct.

13       Q.    Dr. Damon goes on to state:

14              "I find no long-term sequelae of her

15       immunochemotherapy."

16              Do you see that?

17       A.    I see that.

18       Q.    That is a good thing, and that is absolutely

19   what you hope for; right?

20       A.    Of course.

21       Q.    Ms. Mendoza's treating physician concluded

22   that, as of April 2019, Ms. Mendoza had no long-term

23   sequelae of treatment for her Burkitt lymphoma; right?
```

Andrei Shustov, M.D.

3          A.    If it's in her records, yes.

4          Q.    You go to the first page of this note.  Do

5     you see there's a note from October 2018 that's at

6     the beginning of this?

7          A.    Yes, I do.

8          Q.    And under "Impression and Plan," it states

9     "Burkitt lymphoma"; right?

10         A.    Yes.

11         Q.    And one of the things stated there is:

12     ████████████████████████████████████████████

██     ████████████████████████████████████████████████

██     ████████████████████████████████████████████

15         Did I read that correctly?

16         A.    Yes.

██     ██    ████████████████████████████████████████

██     ████████████████████████████████████████████████████

██     ████████████    ██████████████████████████████████

██     ████████████████████████████████████████

21         A.    His assessment --

22              MS. GREENWALD:  Objection.  Form.

23         A.    -- yes.

24         Q.    Is there anything else that you claim was

25     an effect of Ms. Mendoza's treatment for Burkitt

Andrei Shustov, M.D.

```
1    lymphoma?

2        A.   I would still stand by my opinion, and you

3    would have to talk to Dr. Damon about his notes.

4    Because, on the phone, Ms. Mendoza told me that she

5    has significantly ████████████████████████████████

6    █████████████████████████████    ██████████████████

     █    █████████████████████████████████████

8        Q.   Dr. Damon performed a physical examination,

9    and you did not; correct?

10       A.   You can ask Dr. Damon that.  But ██████████

     █    ██████████████████████████████████████.  A

12   physical exam has nothing to do with diagnosing

13   patients with ███████████████████████████.

14       Q.   Dr. Damon also asked Ms. Mendoza about her

15   symptoms and performed a review of symptoms; correct?

16       A.   That's why I'm testifying for myself, but

17   not for Dr. Damon.  In my assessment of Ms. Mendoza,

18   she had ████████████████████████████████████████,

19   and it is also evident in a primary document where

20   you just received my scribbles from a phone

21   conversation.

22       Q.   In your report, on page 10, you state that

23   "Ms. Mendoza has been exposed to Roundup -- an

24   agricultural herbicide -- and as a result, to one of

25   its main ingredients, Glyphosate, as described above."
```

Andrei Shustov, M.D.

     1                    Did I read that correctly?

     2         A.    That's correct.

     3         Q.    As we've discussed today, your opinion is

     4    Ms. Mendoza's Roundup use contributed to her Burkitt

     5    lymphoma; true?

     6         A.    Correct.

     7         Q.    That opinion is based on the fact that

     8    Roundup contains glyphosate, and IARC classifies

     9    glyphosate as probably carcinogenic to humans; true?

    10              MS. GREENWALD:  Objection.

    11         A.    Correct.

    12              MS. GREENWALD:  Form.

    13         Q.    To be clear, you understand that Roundup is

    14    formulated glyphosate; right?

    15              MS. GREENWALD:  Objection.  Form.

    16         A.    Glyphosate is a main component of Roundup.

    17         Q.    Did you know that Roundup is 96 to 98 percent

    18    water?

    19              MS. GREENWALD:  Objection.  Form.

    20         A.    No, I don't.

    21         Q.    In addition to glyphosate, Roundup contains

    22    surfactants; right?

    23         A.    Sure.

    24         Q.    Do you know what surfactant was in the

    25    Roundup that Ms. Mendoza sprayed on the weeds in her

Andrei Shustov, M.D.

```
 1    garden?

 2        A.    No.

 3        Q.    Does it matter to your analysis what

 4    surfactant was in the weeds Ms. Mendoza sprayed?

 5        A.    That's information that I don't have.  It

 6    makes it relevant.

 7        Q.    Since you don't know what surfactant was in

 8    the Roundup Ms. Mendoza used, it's fair to say that

 9    that was not important to your opinions in this case;

10    correct?

11        A.    Correct.

12        Q.    You are not offering an opinion that

13    Ms. Mendoza's exposure to a surfactant in Roundup

14    caused or contributed to her cancer, correct?

15              MS. GREENWALD:  Objection.  Form.

16        A.    I'm offering an opinion that she was

17    exposed to Roundup that contains glyphosate as a main

18    component that caused her or contributed to -- a

19    contributing cause of her lymphoma.

20        Q.    And I'm asking right now about other

21    ingredients in Roundup.  You understand that; right?

22        A.    I understand I cannot answer the question.

23        Q.    So that's -- I just want to make sure that

24    we're very clear on what your opinion is based on and

25    what it isn't.
```

Andrei Shustov, M.D.

```
 1              Are you offering an opinion that any other

 2    ingredient in Roundup besides glyphosate increases

 3    the patient's risk of non-Hodgkin's lymphoma?

 4              MS. GREENWALD:  Objection.  Form.

 5         A.   That's correct.

 6         Q.   You are offering an opinion that some other

 7    ingredient increases the risk, or you are not

 8    offering an opinion that any ingredient other than

 9    glyphosate increases the risk of non-Hodgkin's

10    lymphoma?

11              MS. GREENWALD:  Objection.

12         A.   I'm not offering any opinion that any other

13    ingredients in Roundup could have contributed to her

14    lymphoma.

15         Q.   Just to be clear, I want to go back to

16    something I asked you a moment ago.

17              ███████████████████████████████

██    ████████████████████████████████████████████

██    ██████████████████████████████████

██       ██    █████████████

21         Q.   Is there anything other than those things

22    that you are claiming is a sequelae of Ms. Mendoza's

23    treatment for Burkitt lymphoma?

24         A.   Anything besides what I mentioned?

25         Q.   Yes.
```

Andrei Shustov, M.D.

```
1        A.   Clearly not.

2        Q.   With respect to the ingredients in Roundup,

3   are you aware that Roundup also contains trace

4   contaminants from the manufacturing process?

5        A.   I don't have that knowledge.

6        Q.   Since you don't have that knowledge, I'm

7   assuming you're not offering an opinion that

8   Ms. Mendoza's exposure to any trace contaminant in

9   Roundup contributed to her cancer; is that correct?

10            MS. GREENWALD:  Objection.  Form.

11       A.   I'm not offering any opinion on that.

12       Q.   In your report, you state that Ms. Mendoza's

13  exposure to glyphosate was both prolonged -- greater

14  than or equal to seven and a half years -- and

15  extensive -- on average, weekly use of super

16  concentrate product.  Therefore, the total number of

17  days or number of usages per her lifetime was

18  approximately 390; right?

19       A.   Right.

20       Q.   To be clear, you're not saying that

21  Ms. Mendoza used it eight hours a day for 390 days;

22  are you?

23       A.   No.

24       Q.   You are saying that she used it at some

25  point during the day on 390 different days, correct?
```

Andrei Shustov, M.D.

 1            MS. GREENWALD:  Objection.  Form.

 2       A.   Per her own report or statement to me, she

 3  used it anywhere from one to one and a half hours

 4  every time she used it, and, on average -- or she

 5  claims she used it once a week.

 6       Q.   You consider both the number of years that

 7  someone used the product and the total number of days

 8  they used it to be important?

 9            MS. GREENWALD:  Objection.  Form.

10       A.   I consider it important to the degree that

11  I compared this to the metrics in epidemiologic

12  studies that establish association.

13       Q.   Right.  It matters for your analysis how

14  many years someone was exposed to the product and how

15  many total days they were exposed; right?

16       A.   Again, it matters to make sure it meets the

17  same criteria that they used in epidemiologic --

18  authors and researchers used in epidemiologic studies

19  to establish association.

20       Q.   Is one or the other of those measures more

21  important to your mind?

22       A.   Not necessarily.

23       Q.   Well, you would expect that if glyphosate

24  increases the risk of cancer, that risk should

25  increase with increasing lifetime days of use; right?

Andrei Shustov, M.D.

```
 1              MS. GREENWALD:  Objection.  Form.

 2         A.   As a general statement, yes.

 3         Q.   Is there a risk for using Roundup one day a

 4    year for one hour a day for 15 years in a row?

 5              MS. GREENWALD:  I'm sorry.  Can you repeat

 6    that?  I didn't hear that question.

 7              DR. ROSS:  Sure.

 8              MS. GREENWALD:  Sorry.  I don't have the

 9    realtime.

10              DR. ROSS:  Is there -- neither do I.

11              MS. GREENWALD:  Oh, I thought you said --

12              MR. TOMASELLI:  It's not working.

13              DR. ROSS:  It's not working.

14              CERTIFIED STENOGRAPHER:  Can we go off the

15    record?  The internet went down.

16              DR. ROSS:  Let's go off the record for one

17    second.

18              THE VIDEOGRAPHER:  Going off the record.

19    The time is 4:31 p.m.

20              (Recess taken.)

21              (Exhibit 11, "Glyphosate use and

22         associations with non-Hodgkin lymphoma major

23         histological sub-types: Findings from the North

24         American Pooled Project," Pahwa, et al., Scand J

25         Work Environ Health, marked for identification.)
```

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Andrei Shustov, M.D.

```
 1            THE VIDEOGRAPHER:  The time is now 4:51

 2   p.m., and we are back on the record.

 3   BY DR. ROSS:

 4       Q.   Dr. Shustov, Exhibit 11, which I've just

 5   handed you, is an article that reports findings from

 6   the North American Pooled Project with respect to

 7   glyphosate use and non-Hodgkin's lymphoma; correct?

 8       A.   That's correct.

 9       Q.   This is the Pahwa 2019 article; right?

10       A.   Correct.

11       Q.   And when you were referring earlier to

12   meta-analyses that you relied on that looked at

13   glyphosate in non-Hodgkin's lymphoma, this was one of

14   the papers that you were talking about; correct?

15       A.   That's correct.

16       Q.   If you go with me to page 2 of this

17   article, do you see it's -- it talks about the

18   studies that are included, and states:

19            "The [North American Pooled Project]

20       involved pooling data from case-control studies

21       of soft tissue sarcoma and lymphatic and

22       hematopoetic cancers in the United States and

23       Canada."

24            Do you see that?

25       A.   Yes.
```

Andrei Shustov, M.D.

 1      Q.   And on the column on the other side, it

 2   describes what those studies were, and says:

 3           "In the 1980s and 1990s, population-based

 4      case-control studies were conducted in four

 5      states in the U.S. Midwest and six Canadian

 6      provinces to examine putative associations

 7      between pesticide exposures including glyphosate

 8      and non-Hodgkin's lymphoma.  These studies

 9      comprise the North American Pooled Project, or

10      NAPP."

11           Right?

12      A.   That's correct.

13      Q.   Pahwa includes data from Canada, Kansas,

14   Iowa, Minnesota, and Nebraska; correct?

15      A.   Correct.

16      Q.   Pahwa 2019 includes all the Canadian

17   glyphosate cases in McDuffie 2001; right?

18      A.   Sure.

19      Q.   Pahwa 2019 also includes all of the

20   glyphosate cases in De Roos 2003; correct?

21      A.   Correct.

22      Q.   Pahwa 2019 also includes additional data

23   not captured in either of those studies; true?

24      A.   That I would have to confirm, if you just

25   point out before I say yes.

Andrei Shustov, M.D.

1    Q.   You don't know one way or another whether
2  there are additional glyphosate cases in Pahwa 2019
3  that were not in either McDuffie or De Roos?
4         MS. GREENWALD:  Objection.  Form.
5    A.   I just --
6         MS. GREENWALD:  If you would like to let
7  him have time to review it.  He says he'd like to do
8  that.
9    A.   I just didn't memorize the paper.  I looked
10  at it.  And I would have to look if that statement is
11  correct.
12    Q.   Let's see if we can summarize it this way
13  just since we're running a little short on time.
14    A.   Sure.
15    Q.   Right now in 2019, McDuffie 2001 and
16  De Roos 2003 are subsets of the Pahwa 2019 analysis
17  of the North American Pooled Project; correct?
18    A.   Correct.
19    Q.   Since this was published in 2019, it was
20  not part of IARC's 2015 analysis, correct?
21         MS. GREENWALD:  Objection.  Form.
22    A.   The mentioned studies were part of the IARC
23  analysis, but not this specific publication.
24    Q.   Does Pahwa 2019 include any data specific
25  to Burkitt lymphoma?

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Andrei Shustov, M.D.

1     A.   Burkitt lymphoma specifically is not

2   mentioned.

3     Q.   When you looked at Pahwa 2019, did you look

4   at the data for all of NHL?

5     A.   So I looked at the data on aggressive

6   lymphomas that are most closely related biologically

7   and clinically to Burkitt lymphoma.  In this case, it

8   would be diffuse large B-cell lymphoma.

9     Q.   Are you relying on the data for diffuse

10   large B-cell lymphoma in Pahwa 2019 or are you

11   relying on the data for NHL overall in Pahwa 2019?

12          MS. GREENWALD:  Objection.  Form.

13     A.   Both.  But more specifically on data on

14   diffuse large B-cell lymphoma.

15     Q.   DLBCL and Burkitt lymphoma are not the same

16   disease; correct?

17     A.   They are very closely related.

18     Q.   But they are not the same disease; right?

19     A.   They are not exactly the same.

20     Q.   With respect to the data on NHL overall or

21   the data on DLBCL in Pahwa, do you know whether Pahwa

22   2019 looked both at proxy respondents included and

23   proxy respondents excluded to determine whether there

24   was an association between glyphosate and NHL?

25     A.   I believe I would have to double-check that

Andrei Shustov, M.D.

```
1   they did sensitivity analyses that way.  My -- to my
2   recollection, when they do the initial analysis and
3   then sensitivity analysis excluding proxies to
4   confirm their results.  But I would have to, again,
5   double-check.
6        Q.   If you want -- and maybe this will help.
7   If we go to Table 2 of Pahwa 2019, this gives
8   information on whether glyphosate use was associated
9   with NHL overall and with various histological
10  subtypes; correct?
11       A.   Correct.
12       Q.   Burkitt lymphoma is not one of those
13  subtypes; true?
14       A.   It is very closely related to DLBCL.
15       Q.   But it is not one of the subtypes that was
16  specifically studied in Pahwa 2019; correct?
17       A.   That's correct.
18       Q.   And there are data in this table for "NHL"
19  overall, "DLBCL," and "Other."  So I just want to
20  make sure I understand which of those data you were
21  relying on.
22            Are you relying on the data for other types
23  of non-Hodgkin's lymphoma of which Burkitt lymphoma
24  would be one?
25       A.   I'm relying --
```

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Andrei Shustov, M.D.

1              MS. GREENWALD:  Objection.  Form.  Asked

2      and answered.  He can answer.

3              A.    I'm relying mostly on the data for diffuse

4      large B-cell lymphoma, also stating that Burkitt

5      lymphoma could have been part of other lymphomas.

6      But the majority of my statement comes from analysis

7      of diffuse large B-cell lymphoma.

8              Q.    Do you see that this table breaks out

9      "ever" users of glyphosate versus "never" users of

10     formulated glyphosate?

11             (Witness reviewing document.)

12             A.    Yes.

13             Q.    And there are odds ratios with a little "a"

14     next to it and odds ratios were a little "b" next to

15     them.  Do you see that?

16             A.    Yes.

17             Q.    If you look at the footnote, when it's got

18     a little "b" next to it in Pahwa 2019, that is an

19     odds ratio adjusted for other pesticides; when it's

20     got a little "a" next to it, it's not; correct?

21             A.    Correct.

22             Q.    The odds ratio, adjusted for other

23     pesticides, for NHL overall, in Pahwa 2019, was 1.13;

24     correct?

25             A.    Sure.

Andrei Shustov, M.D.

1      Q.   The 95 percent confidence interval is .84

2   to 1.51; right?

3      A.   Sure.

4      Q.   For NHL overall, Ms. Mendoza would fall

5   into the "ever" users in Table 2; correct?

6      A.   It is not really that relevant NHL overall.

7   Like I said, I would mostly rely on statements

8   regarding diffuse large B-cell lymphoma.  But, also,

9   this table is misleading because it doesn't give us

10   any additional metrics and their association with the

11   risk.  It's only one of the analyses in this -- in

12   this publication.

13      Q.   When you say "this table is misleading,"

14   this table provides information on whether people

15   ever exposed to glyphosate have an increased risk of

16   NHL; right?

17      A.   What I say by "misleading," misleading in

18   terms of answering specific questions.  It's not

19   misleading in terms of validity of results, but

20   answering specific questions.

21      Q.   If you'll turn with me to Table S1, which

22   is near the end of this paper.  It's a horizontal

23   table that looks like this.  Do you see that?

24      A.   Yes.

25      Q.   This table includes information for

Andrei Shustov, M.D.

1   patients in the North American Pooled Project and

2   whether there was an association with glyphosate when

3   proxy respondents were excluded; correct?

4        A.   Correct.

5        Q.   Did you look at the data on what -- on

6   proxy respondents excluded to see whether there was

7   an association between glyphosate use and

8   non-Hodgkin's lymphoma?

9        A.   I looked at it.  I also took the statement

10  of the authors saying that the metrics varied -- the

11  results varied between the metrics, and we have to

12  look really at the overall study results that includes

13  ever/never used; number of days per year; number of

14  years, and take all of those to consideration.

15       Q.   If we take those different categories that

16  you just mentioned, ever/never used, number of days,

17  and number of years, Pahwa 2019 breaks up the data by

18  the number of years that someone used a glyphosate

19  formulation; right?  Table 3.

20       A.   That's correct.

21       Q.   And Ms. Mendoza used glyphosate-based

22  formulations for more than three and a half years;

23  correct?

24       A.   That's correct.

25       Q.   She would fall into the group in the table

Andrei Shustov, M.D.

1    that used glyphosate for more than three and a half

2    years; right?

3         A.    That's correct.

4         Q.    In Table 4, Pahwa 2019 looks at more than

5    two days per year of use versus two days or fewer;

6    correct?

7         A.    That's correct.

8         Q.    Ms. Mendoza would fall into the category in

9    Table 4 that used glyphosate for more than two days

10   per year; correct?

11        A.    That's correct.

12        Q.    In Table 5, Pahwa looks at lifetime days of

13   glyphosate use in associations with non-Hodgkin's

14   lymphoma, correct?

15             (Witness reviewing document.)

16        A.    That's correct.

17        Q.    And, in that table, Ms. Mendoza would fall

18   into the higher category of lifetime days of use of

19   glyphosate; correct?

20        A.    That's correct.

21        Q.    The other paper that you mentioned as a

22   recent meta-analysis was Leon 2019, the AGRICOH

23   consortium; correct?

24        A.    That's correct.

25             (Exhibit 12, "Pesticide use and risk of

Andrei Shustov, M.D.

```
 1      non-Hodgkin lymphoid malignancies in

 2      agricultural cohorts from France, Norway and the

 3      USA: A pooled analysis from the AGRICOH

 4      consortium," Leon, et al, WHO 2019, marked for

 5      identification.)

 6      Q.   I just handed you Exhibit 12 to your

 7  deposition.  Is this the AGRICOH consortium paper

 8  that you were referring to?

 9      A.   That's correct.

10      Q.   The first author of this paper is from the

11  International Agency for Research on Cancer, correct?

12           (Witness reviewing document.)

13      A.   I believe so.

14      Q.   If you look at the author affiliation on

15  the first page, can you confirm that that's the case?

16      A.   That's correct.

17      Q.   And the Leon 2019 article is a pooled

18  consortium of agricultural studies; right?

19      A.   That's correct.

20      Q.   This is a 2019 publication; right?

21      A.   That's correct.

22      Q.   It is not part of IARC 2015's evaluation;

23  true?

24      A.   That's correct.

25      Q.   You reviewed it as part of the data
```

Andrei Shustov, M.D.

1    currently available and relevant to Ms. Mendoza on

2    whether glyphosate caused her non-Hodgkin's lymphoma;

3    right?

4         A.   That's correct.

5         Q.   Burkitt lymphoma was not specifically

6    studied in this analysis either; correct?

7         A.   That is correct.

8         Q.   DLBCL was studied in this analysis; correct?

9         A.   That is correct.

10        Q.   And non-Hodgkin's lymphoma overall was

11   studied in Leon 2019; correct?

12        A.   That's correct.

13        Q.   If you go to Table 2 with me on page 8 of

14   the publication.  Here we have the findings for

15   glyphosate and non-Hodgkin's lymphoma overall;

16   correct?

17        A.   I see it.

18        Q.   And the number of cases included in this

19   analysis was 1,131 cases, correct?

20             (Witness reviewing document.)

21        A.   Can you repeat the number?

22        Q.   1,131 glyphosate-exposed cases.  Correct?

23        A.   That's correct.

24        Q.   The hazard ratio for glyphosate exposure in

25   developing non-Hodgkin's lymphoma was .95; right?

Andrei Shustov, M.D.

1      A.    Sure.

2      Q.    Ms. Mendoza falls into the "ever" users in

3   Table 2 of Leon 2019 with a risk of .95; correct?

4      A.    I would place Ms. Mendoza in the "DLBCL"

5   column, with a positive ratio of 1.36, I believe, and

6   with the confidence interval just touching the null

7   value.

8      Q.    And, again, to be clear, Ms. Mendoza was

9   not diagnosed with DLBCL; she was diagnosed with

10  Burkitt lymphoma; right?

11     A.    That is correct.

12     Q.    And the overall NHL category, you told me

13  earlier in the studies that you looked at, might

14  include some cases of Burkitt lymphoma; correct?

15     A.    They might include it.  But also, without

16  knowing exactly what type of or subtypes of lymphomas

17  were in "Other," it would be a much less reliable

18  assessment than looking at DLBCL.

19     Q.    Would the authors of Leon 2019 put a case

20  of Burkitt lymphoma into DLBCL?

21     A.    No.

22     Q.    Would the authors of Pahwa 2019 put a case

23  of Burkitt lymphoma into DLBCL?

24     A.    That was not their goal to placing

25  particular diagnosis in a category.  They relied on

Andrei Shustov, M.D.

1  old billing codes to define the diagnosis.

2      Q.   Your testimony is that these studies were

3  based on billing codes to define the diagnosis?

4      A.   Well, they were based --

5           MS. GREENWALD:  Objection.  Form.

6      A.   -- OCD-9 or pre-OCD-9 codes.  So they

7  already worked with a diagnosis that were defined in

8  the database without any regards or respect to where

9  to place particular diagnosis.

10     Q.   If you were using codes for diagnosing

11  Burkitt lymphoma and codes for diagnosing DLBCL,

12  would those be the same code?

13     A.   It would be a different code.  However,

14  the -- not as relevant as everything else said today.

15  It would not be plausible that a lot of cases of

16  aggressive DLBCL and Burkitt lymphoma were

17  misclassified.  But that is not the basis of my

18  assignment of Burkitt lymphoma to DLBCL.

19     Q.   What is the basis of your assignment of

20  Burkitt lymphoma to DLBCL?

21     A.   To me, as a clinician and biologist, the

22  signs in lymphoma, if I'm asked to estimate and

23  render my judgment, whether or not there is

24  association of, in this case, risk factor in Burkitt

25  lymphoma, and there is no definitive category that

Andrei Shustov, M.D.

1    was previously outlined in studies, I would have to

2    make the best judgment with which lymphomas Burkitt

3    lymphoma would be best associated.

4              And given the fact that significant

5    proportion of DLBCLs have MYC expression, there is a

6    proportion of them that have the same mutation as a

7    Burkitt lymphoma, even though they are not Burkitt's

8    lymphomas.  That would be the best category to make

9    judgment how to place Burkitt lymphoma into these

10   analyses.

11        Q.   So just so I understand what you're saying,

12   I'm going to break that down a little bit.  Okay?

13             With respect to whether glyphosate is

14   associated with non-Hodgkin's lymphoma, are you

15   saying that you think there might be a difference by

16   subtype so you should look at the subtype that most

17   closely resembles what a particular patient had to

18   determine whether there is an association?

19             MS. GREENWALD:  Objection.  Form.

20        A.   I'm saying that it would be much more

21   appropriate, if I were to answer the question in

22   regards to Burkitt lymphoma in this data, it would be

23   the best estimate, out of these categories, to look

24   at DLBCL rather than any other category.

25        Q.   Your best estimate for whether there is a

Andrei Shustov, M.D.

1  risk of Burkitt lymphoma associated with glyphosate

2  exposure is to look at another subtype, and not to

3  look at the NHL data overall; is that what you're

4  saying?

5      A.    It is the best estimate to look at the most

6  closely related biologic subtype of lymphoma.

7      Q.    And the reason for that is that biologic

8  subtypes of lymphoma differ and might have different

9  risk factors; correct?

10          MS. GREENWALD:  Objection.  Form.

11      A.    The reason for that is it is the closest

12  relative of Burkitt lymphoma.

13      Q.    Right.  So you would not rely on data for

14  NHL overall; you'd rely on data for a subtype because

15  those subtypes could be different; right?

16          MS. GREENWALD:  Objection.  Form.

17      A.    I would prefer and would choose to rely on

18  data in aggressive lymphoma rather than overall NHL

19  subtypes or other subtypes, because a lot of the

20  subtypes that are listed contain much less related

21  indolent lymphomas that could be misleading.

22      Q.    With respect to the NHL data overall that

23  we looked at, the hazard ratio is .95, and not

24  statistically significant; right?

25      A.    Same table?

Andrei Shustov, M.D.

1      Q.    Yes.

2            (Witness reviewing document.)

3      A.    That's correct.

4      Q.    Does that mean that glyphosate exposure was

5    associated with a decreased risk of non-Hodgkin's

6    lymphoma overall?

7      A.    That is a non-sensical statement.  No, that

8    is not what it means.

9      Q.    And why is that?

10     A.    Because you have to interpret statistical

11   data in the context of biologic process when it

12   pertains to disease or biologic processes.

13     Q.    And in this case, the point estimate is

14   below 1, but the 95 percent confidence interval

15   includes 1; right?

16     A.    Sure.

17     Q.    And if a 95 percent confidence interval

18   includes 1, we cannot say that there was a difference

19   between two groups; correct?

20     A.    We would say that there is slower

21   probability that there is a difference.

22           (Exhibit 13, Expert Report of Dr. Andrei

23      Shustov re: Hardeman v Monsanto, marked for

24      identification.)

25     Q.    I'm handing you Exhibit 13 to this

Andrei Shustov, M.D.

1    deposition.  This was a deposition exhibit that was

2    discussed in one of your earlier depositions in the

3    Roundup litigation.  If you turn with me to page 6 of

4    this exhibit, do you see the highlighting in yellow?

5    I'm sorry.  Page 7.

6         A.   Sure.

7         Q.   Tell me what the highlighting in yellow is.

8         A.   It lists the reliance on -- or reference to

9    the studies of specific epidemiologic studies that

10   are part of the meta-analysis that we just discussed.

11        Q.   The highlighting in yellow is true; correct?

12             (Witness reviewing document.)

13        A.   It is my opinion expressed in this report.

14        Q.   The highlighting in yellow was where you

15   used the exact same words another doctor hired by

16   plaintiff's counsel did, Dr. Nabhan; true?

17        A.   That's correct.

18        Q.   You told us previously that you borrowed

19   that language from Dr. Nabhan's report; right?

20        A.   That's correct.

21        Q.   Does that language still perfectly reflect

22   your opinions in this case?

23             MS. GREENWALD:  Objection.  Form.

24        A.   I don't -- this was the language I used in

25   this particular case.  We are discussing a separate

Andrei Shustov, M.D.

```
 1   case of Ms. Mendoza as opposed to plaintiff in the

 2   case.

 3        Q.   Now, if we go back to your report in this

 4   case, to Exhibit 1, all that stuff in yellow is gone;

 5   correct?

 6        A.   Yes.

 7        Q.   Why did you take it out?

 8        A.   I have chosen to use published meta-analysis

 9   that were recently -- that recently came out and

10   incorporated all the individual studies that, in my

11   opinion, provides much more accurate and

12   comprehensive data than individual studies.

13        Q.   You took out the language that you used

14   before from Dr. Nabhan's report because, in your

15   opinion, the recently published meta-analyses provide

16   much more accurate and comprehensive data than

17   earlier individual studies?  Do I have that right?

18             MS. GREENWALD:  Objection.  Form.

19        A.   There was no reason I took anything out.  I

20   generated a new report and a new case that I did not

21   really link to my previous work on a different --

22   different patient or different plaintiff.

23        Q.   Dr. Shustov, do you deny taking it out

24   because it was copied word-for-word from another

25   plaintiff's expert?
```

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Andrei Shustov, M.D.

```
 1              MS. GREENWALD:  Objection.  Form.

 2       A.   I absolutely deny it.  I had no relevance

 3  between this report and the report for Mr. Hardeman.

 4  I did not even have it in my mind when I generated a

 5  report for Ms. Mendoza.

 6       Q.   Okay.  So to be very clear, when the jury

 7  hears that you had language in a report that you

 8  copied from another expert but then you took that

 9  language out, your explanation is going to be that

10  there are newer, better studies that don't apply?

11              MS. GREENWALD:  Objection.  Form.  That is

12  not his testimony.

13       A.   No.  What I'm saying is it has nothing to

14  do with the previous report.  I did not take anything

15  out because I did not use this as a -- even template

16  for any new report.

17       Q.   To be clear, is any part of Exhibit 1

18  borrowed from anybody else?

19       A.   No.

20       Q.   We talked before about your interview with

21  Ms. Mendoza.

22       A.   Yes.

23       Q.   When you talked with Ms. Mendoza, was there

24  a court reporter there?

25       A.   No.
```

Andrei Shustov, M.D.

```
 1        Q.    Is there a transcript of that conversation?

 2        A.    No.

 3        Q.    Was Ms. Mendoza under oath when you spoke

 4   with her?

 5        A.    No.

 6        Q.    You did not review the sworn testimony of

 7   Ms. Mendoza; correct?

 8        A.    That's correct.

 9        Q.    You understand that deposition testimony is

10   given under oath; right?

11        A.    That's correct.

12        Q.    Recorded by a court reporter just as we

13   have today; right?

14        A.    That's correct.

15        Q.    If there were differences between what

16   Ms. Mendoza told you and what she testified to under

17   oath, you had no way to resolve those since you

18   didn't review her deposition testimony; true?

19        A.    That would be a legal dilemma or that would

20   be a matter that doesn't pertain to my report,

21   because I, as a physician, have no doubt to -- have

22   no reason to doubt what patients tell me or think

23   otherwise.

24        Q.    You told us last time that if you were

25   presented with ten plaintiffs with the exact same
```

Andrei Shustov, M.D.

1    medical history who were all exposed to Roundup, you

2    would say Roundup caused their cancer ten out of ten

3    times.  Do you recall that?

4        A.    To the best of my recollection, the

5    statement basically was that if there is ten

6    plaintiffs with the same exact scenario, I would come

7    to the same conclusion.

8        Q.    Is the same true here, if you had ten

9    plaintiffs with the same medical history as

10   Ms. Mendoza who developed Burkitt lymphoma and who

11   reported Roundup exposure, you would say Roundup

12   caused every single one of their cancers?

13            MS. GREENWALD:  Objection.  Form.

14       A.    I would come to the same conclusion that

15   Roundup is more likely to contribute or cause the

16   lymphoma.

17       Q.    Can you envision any scenario where

18   Ms. Mendoza's Burkitt lymphoma was not caused by her

19   residential use of Roundup, assuming she was exposed?

20            MS. GREENWALD:  Objection.  Form.

21       A.    That is a highly hypothetical question.

22   And the fact that I state it is more likely, I don't

23   exclude the possibility that it was related to other

24   factors, either environmental or her life.  But it is

25   much more likely that, in my opinion, glyphosate

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Andrei Shustov, M.D.

1    either caused or contributed her lymphoma.

2         Q.   What would you need to see in order to say

3    that Roundup was not a substantial contributing

4    factor in someone exposed to Roundup?

5              MS. GREENWALD:  Objection.  Form.

6         A.   I -- again, this is a hypothetical question.

7    I would need to see exactly what the facts are and

8    consider those in my report.

9              DR. ROSS:  Dr. Shustov, I thank you for

10   your time today.  I think I'm just about out of time,

11   so I'm going to pass the witness.

12             MS. GREENWALD:  You have two minutes.

13   Okay.  Let us go out in the hallway for a couple of

14   minutes.

15             THE VIDEOGRAPHER:  We are now off the

16   record.  The time is 5:17 p.m.

17             (Recess taken.)

18             THE VIDEOGRAPHER:  We are now back on the

19   record.  The time is 5:23 p.m.

20             DR. ROSS:  Before we get started.  I just

21   want to note.  Counsel produced Dr. Shustov's invoice

22   in this case, and I appreciate that.  Our notice for

23   this deposition requested all invoices that

24   Dr. Shustov has submitted in the Roundup litigation.

25   And Dr. Shustov has not previously produced any

Andrei Shustov, M.D.

1    invoices for any other cases that he's worked on, so

2    I'm going to note for the record that we are

3    requesting production of all of those invoices

4    consistent with what we've done with other experts

5    for this litigation.

6              MS. GREENWALD:  Okay.  We always object to

7    it.  But, okay, we'll -- I have to take that up with

8    my colleagues; so...

9              DR. ROSS:  Understood.

10             MS. GREENWALD:  I hear you.  Anything else?

11             DR. ROSS:  No.

12             MS. GREENWALD:  Okay.

13                        -------

14                        EXAMINATION

15    BY MS. GREENWALD:

16        Q.   Dr. Shustov, I have just a couple of

17    questions.

18        A.   Sure.

19        ██    ███████████████████████████

██        ████████████████████████████████

██    ████████████████████████████████

██        ██    ███████████████████████████████

██    ████████████████████████████████████

██    █████████████████████████████████████████

██    ██████████████    ███████████████████

Andrei Shustov, M.D.







Andrei Shustov, M.D.



Andrei Shustov, M.D.



19          DR. ROSS:  Object to --

20     Q.    -- correct?

21          DR. ROSS:  Object to form.

Andrei Shustov, M.D.

11      Q.    Thank you.  And one more question.

12            Why did you not consider her profession as

13      a teacher as relevant to your causation opinion?

14      A.    To me, as a clinician, those -- those kinds

15      of analyses are really non-sensical even to use in

16      the sense of causation.  Because, if you are really

17      trying to look seriously what can cause lymphomas as

18      opposed to look at whatever risk factors you can come

19      up with, you have to have established cause; you have

20      to have established or at least suspected mechanism,

21      either via animal studies that are applicable to

22      humans, or have some set -- just being a teacher, I

23      can -- who can say -- just being a teacher does not

24      cause lymphomas.  Being a teacher might be related to

25      some other risk factors that we can never identify.

Andrei Shustov, M.D.

1          And looking at this in that regard is,

2    again, really not -- it's like looking at "Can gray

3    hair cause cancer?"  Right?  If you look at the

4    association of gray hair and malignancy, I can bet

5    you we can come up with a ridiculously high level of

6    confidence.  Does it mean that gray hair causes

7    cancer?  No.  It's a reflection of older age or a

8    reflection of other factors.

9          If you ask, "Can joint pain cause cancer?"

10   I can bet you, if you look at the association, you

11   will probably find positive correlation because older

12   people have more arthritis, and age is related to

13   cancer.  But unless you have a mechanism that is

14   providing you the idea of how this factor could have

15   caused cancer, all you're looking at is association

16   without any clue what was happening.

17          MS. GREENWALD:  I don't have any other

18   questions.  Thank you.

19          DR. ROSS:  One follow-up, Dr. Shustov.

20                FURTHER EXAMINATION

21   BY DR. ROSS:

22     Q.   You stated in your last answer that age is

23   related to cancer.  How is age related to cancer in

24   non-Hodgkin's lymphoma in particular?

25     A.   So incidence of any type of cancer has been

Andrei Shustov, M.D.

1    shown to increase the risk of any malignancy

2    including non-Hodgkin's lymphoma.

3            Again, epidemiologically, it's a really

4    interesting question and it has been demonstrated.

5    At the same time, you can just say with any

6    reasonable sense that, just because you got lymphoma,

7    it caused your lymphoma.

8            So it's a reflection of so many factors

9    that can come with age, cumulative exposure, or

10   longevity of certain long-term diseases with

11   particular mechanism.  You have to identify what is

12   the mechanism of causing cancer.

13           So, epidemiologically, you can look at

14   orange juice and cancer.  You might find something.

15   Right?  It doesn't mean orange juice causes cancer.

16   You have to really provide for a biologist to

17   clinical domain, "What is the mechanism?"

18           We can find tons of associations, but it

19   does not mean they cause the particular effect, in

20   this case, lymphoma or cancer.

21           Where it gives you the idea.  It's not

22   wrong to do those studies, ███████ or teachers,

23   it just gives you a signal to look further.  But

24   unless you prove that just being a teacher causes

25   lymphoma, that's all it does.  It gives you a signal

Andrei Shustov, M.D.

1    where to look. ████████████████████████████

█   ████████████████████████████

3        Q.    You mentioned that severity of --

4              MS. GREENWALD:  Last question.

5              DR. ROSS:  I know.  Famous last words.

6              MS. GREENWALD:  No.  Really.  You can't ask

7    another one.  You are past your time.

8              DR. ROSS:  I can because you did a direct,

9    and I'm following up specifically on things that you

10   talked about on direct.

11             MS. GREENWALD:  Three and a half hours.

12   Uh-uh.  You got to save time.  We -- I have always

13   done that you got to reserve time.  Last question.

14   I'm serious.  We're going to leave after the next

15   question.

16             DR. ROSS:  All right.  I will ask this

17   question.  But then I want to make sure we're clear

18   on the record so that the same applies to our

19   experts.

20             MS. GREENWALD:  100 percent.

21   BY DR. ROSS:

22       █   ████████████████████████████

█   ████████████████████████████████

█   ████████████████████████████████

█   ████████████████████████

Andrei Shustov, M.D.

1       ████████████████████████████████████

▉       ██████████████████████████████████

▉       ████████████████████████████████████

▉       ██████████

5       ▉    ████████████████████████

▉       ████████████████████████████████████

▉       ████████████████████████████████████

▉       ████████████████

9            DR. ROSS:  So to be very clear, Counsel,

10   your position is going to be that if one does not

11   reserve time for recross, that any time used comes

12   out of the total time for the deposition; correct.

13          MS. GREENWALD:  Right.  That's what I've

14   done with every deposition.

15          DR. ROSS:  Okay.  And that's going to be

16   true for our experts --

17          MS. GREENWALD:  Yes.

18          DR. ROSS:  -- in these cases as well;

19   right?

20          MS. GREENWALD:  I will make sure my side

21   knows.

22          DR. ROSS:  Thank you very much.

23          MS. GREENWALD:  Okay.

24          THE VIDEOGRAPHER:  This concludes today's

25   deposition by Andrei Shustov.  Total media units used

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Andrei Shustov, M.D.

 1   is three hours and 40 minutes.  We are now off the

 2   record.  The time is 5:36 p.m.

 3              (End of video record.)

 4              THE REPORTER:  If I can just confirm

 5   whether plaintiff is ordering a copy of the record?

 6              MS. GREENWALD:  We have a standing order.

 7              THE REPORTER:  I don't have a standing

 8   order.  Have you been getting transcripts, have you

 9   been ordering?

10              DR. ROSS:  We don't get the actual paper.

11   The email, the electronic.

12              CERTIFIED STENOGRAPHER:  So you're ordering

13   the electronic one?

14              MS. GREENWALD:  That's all we ever get is

15   the electronic one, yeah.

16              CERTIFIED STENOGRAPHER:  Besides ordering

17   an electronic copy, do you need a rough draft?

18              MS. GREENWALD:  No.

19              CERTIFIED STENOGRAPHER:  And regular

20   delivery.

21              MS. GREENWALD:  Yes.  Email is great.

22              (Deposition concluded at 5:37 p.m.)

23

24

25

Andrei Shustov, M.D.

1    Case Name:  Mendoza v Monsanto

2

3

                    ACKNOWLEDGMENT OF DEPONENT

4

5            I, ANDREI SHUSTOV, M.D., declare under

6    penalty of perjury and hereby certify that I have

7    read the foregoing pages of my deposition transcript

8    or the same has been read to me, and that the same is

9    a correct transcription of the answers given by me on

10   November 3, 2019 as to the questions therein

11   propounded, except for the corrections or changes in

12   form or substance, if any, noted in the attached

13   Errata Sheet, with the understanding that I offer

14   these changes as if still under oath.

15

16

17   _____         _____

18     DATE                        SIGNATURE

19

20

21

22

23

24

25

```
 1              ERRATA SHEET FOR THE TRANSCRIPT OF:

 2    Case Name:  Mendoza v Monsanto

      Dep. Date:  November 3, 2019

 3    Deponent:   Andrei Shustov, M.D.

 4

 5    Page No._____Line No._____Change to:_____

 6    _____

 7    Reason for change: _____

 8    Page No._____Line No._____Change to:_____

 9    _____

10    Reason for change: _____

11    Page No._____Line No._____Change to:_____

12    _____

13    Reason for change: _____

14    Page No._____Line No._____Change to:_____

15    _____

16    Reason for change: _____

17    Page No._____Line No._____Change to:_____

18    _____

19    Reason for change: _____

20    Page No._____Line No._____Change to:_____

21    _____

22    Reason for change: _____

23    Page No._____Line No._____Change to:_____

24

25    SIGNATURE: _____  DATE: _____
```

Andrei Shustov, M.D.

```
 1            ERRATA SHEET FOR THE TRANSCRIPT OF:

 2   Case Name:  Mendoza v Monsanto

     Dep. Date:  November 3, 2019

 3   Deponent:   Andrei Shustov, M.D.

 4

 5   Page No._____Line No._____Change to:_____

 6   _____

 7   Reason for change: _____

 8   Page No._____Line No._____Change to:_____

 9   _____

10   Reason for change: _____

11   Page No._____Line No._____Change to:_____

12   _____

13   Reason for change: _____

14   Page No._____Line No._____Change to:_____

15   _____

16   Reason for change: _____

17   Page No._____Line No._____Change to:_____

18   _____

19   Reason for change: _____

20   Page No._____Line No._____Change to:_____

21   _____

22   Reason for change: _____

23   Page No._____Line No._____Change to:_____

24

25   SIGNATURE: _____  DATE: _____
```

Andrei Shustov, M.D.

```
 1              C E R T I F I C A T E
 2   STATE OF WASHINGTON )
                         )
 3   COUNTY OF KING      )
 4
             I, MAYLEEN AHMED, the undersigned, a
 5   Washington Certified Court Reporter, pursuant to
     RCW 5.28.010 authorized to administer oaths and
 6   affirmations in and for the State of Washington do
     hereby certify:
 7
             That the foregoing deposition of ANDREI
 8   SHUSTOV, M.D. was taken stenographically before me on
     November 3, 2019, that the deposition is a full, true
 9   and complete transcript of the testimony of said
     witness, including all questions, answers,
10   objections, motions and exceptions;
11           That the witness, before examination, was
     by me duly sworn to testify the truth, the whole
12   truth, and nothing but the truth.
13           That before completion of the proceedings,
     review of the transcript was not requested and
14   signature was not reserved by the witness.
15           And that I am not a relative, employee,
     attorney or counsel of any party to this action or
16   relative or employee of any such attorney or counsel,
     and that I am not financially interested in the said
17   action or the outcome thereof;
18           In WITNESS WHEREOF, I have hereunto set my
     hand this 4th of November 2019.
19
20
21           _____
             /s/  MAYLEEN AHMED, RMR, CRR, CRC
22           Washington CCR No. 3402 - Exp 12/29/19
             Oregon CSR No: 17-0447 - Exp 12/31/20
23           Texas CSR No:  9428 - Exp 7/31/21
             New York Notary Public
24
25
```