# Exhibit 5

```
 1                UNITED STATES DISTRICT COURT

 2               NORTHERN DISTRICT OF CALIFORNIA

 3

 4    IN RE:  ROUNDUP PRODUCTS        Case No. 3:16-cv-02741-VC
      LIABILITY LITIGATION            MDL No. 2741
 5                                ___

      This document relates to:
 6

      Yolanda Mendoza v. Monsanto Company
 7    Case No. 3:16-cv-06046

 8

      _____ /
 9

10                    VIDEO DEPOSITION OF

                        YOLANDA MENDOZA
11

                    Wednesday, July 31, 2019
12

                           8:04 a.m.
13

14                  Taken in the offices of:

15              TownePlace Suites by Marriott

16                  229 South Parsons Avenue

17                  Merced, California 95341

18

19

20

21

      REPORTED BY:  JULIE CANELA, CSR 12495
22

23

24

25
```

```
 1      A.  That's Luis.

 2      Q.  Okay.  What kind of care does Luis need?

 3      A.  I just -- that one I -- he goes through his

 4   moods.  And I just watch him.  I just watch him.

 5      Q.  Okay.

 6      A.  Sometimes, yeah.

 7      Q.  And have you kind of looked over Luis both

 8   before and after you had Burkitt's lymphoma?

 9      A.  Uh-huh.

10      Q.  Okay.

11      A.  Yes.

12      Q.  We talked a little bit about your use of

13   Roundup.  Is there any -- do you have any neighbors or

14   any close friends that you've talked with about either

15   your cancer or your use of Roundup?

16      A.  I haven't talked to my neighbors about my

17   cancer.  We -- we live, like, on acres, so we're kind

18   of -- I don't -- we'll just waive at each other.

19      Q.  Okay.

20      A.  The Roundup, I -- maybe I've talked to a few,

21   only because I want to know what they're spraying to

22   keep their yards looking good.

23      Q.  Okay.

24      A.  But that was way back when I first started

25   spraying.
```

Yolanda Mendoza

1        Q.  Okay.  So before you ever used Roundup, did you

2   go around and talk with your neighbors about what they

3   were using to control weeds?

4        A.  I didn't go around talking to my neighbors, but

5   there's a neighbor across the street, I would see her

6   spraying her yard.

7        Q.  Okay.  And what's her name?

8        A.  I don't know.

9        Q.  When you went and talked with your neighbor

10  across the street about what she was using, what she was

11  spraying to control weeds, what did she tell you?

12           MS. GREENWALD:  Objection.  Form.

13           MS. FOOS:  Q.  And you could answer.

14       A.  I don't remember what she said.  So...

15       Q.  Did you start using Roundup after having talked

16  with your neighbors about what they were using to

17  control weeds?

18       A.  I think at that time I was spraying Roundup,

19  but I was spraying it out of the bottle.  I was spraying

20  the -- the Walmart brand or -- from that small bottle,

21  but I wanted something -- I wanted something stronger

22  because it wasn't working and it was -- it cost -- I

23  needed a lot for -- for my property.  That wasn't

24  enough.

25       Q.  Okay.  So you mentioned that when you first

```
 1   started spraying weed control products in your yard, you
 2   used a Roundup -- or a Walmart brand; is that right?
 3        A.   Blue -- I went to Walmart and got it, yes.
 4        Q.   Okay.  Was it -- was it a Walmart, you know, I
 5   don't want to call it a knock-off brand, but if -- does
 6   that make sense; was it a Walmart knock-off brand of
 7   Roundup that you were using?
 8        A.   I don't think they have --
 9             MS. GREENWALD:  Objection.  Form.
10             THE WITNESS:  I don't think they have Roundup
11   like that at Walmart.
12             MS. FOOS:  Q.  What brand was that product that
13   you bought at Walmart?
14        A.   It was long ago, I don't recall.
15             MS. GREENWALD:  I think you misunderstood.  She
16   said it was Roundup, it was just a different type of
17   Roundup.  I just want to make sure that that is clear.
18   I think there was a confusion.
19             MS. FOOS:  Okay.
20             MS. GREENWALD:  I don't think it was a
21   different brand.  I think she said Roundup at Walmart.
22             MS. FOOS:  Okay.  Well, let's clean that up.
23        Q.   So if I heard you right, when you -- when you
24   first started applying a herbicide to your yard, you
25   bought -- you went to Walmart and bought a product; is
```

```
 1    that right?
 2         A.   Right.
 3         Q.   What brand of product did you buy that first
 4    time?
 5         A.   It was Roundup, but it was in a small little
 6    container that you spray --
 7         Q.   Okay.
 8         A.   -- with the finger trigger.
 9         Q.   Okay.  So you first -- when you first applied a
10    herbicide to your lawn, you went to Walmart and you
11    bought a so-called ready-to-use Roundup; is that right,
12    in a spray bottle?
13         A.   Yes.
14         Q.   Okay.  And when was that about?
15         A.   It was at the very beginning, maybe 2004.  It
16    was like at the very beginning when I was trying to
17    figure out what to get.
18         Q.   Okay.  And how long did you use the
19    ready-to-use Roundup in the spray container?
20         A.   I think that's the only bottle I bought.
21         Q.   Okay.
22         A.   It didn't work.
23         Q.   Okay.
24         A.   It didn't work for what I needed.
25         Q.   Okay.  About how long did you use it; do you
```

1   remember?

2       A.   Not how long, I just sprayed it that one time

3   and it wasn't taking care of the weeds.

4       Q.   Okay.

5       A.   I needed something stronger.

6       Q.   Okay.  And what did you -- so was it at that

7   point that you talked with your neighbors about what

8   they were doing to --

9       A.   I --

10      Q.   -- control weeds in their lawn?

11      A.   -- I -- yes, I think.  Because I -- I would see

12  her across the street spraying -- doing -- so I wanted

13  to know.  So I wanted to know what it was that they

14  used.

15      Q.   Okay.  And did you -- whatever it was that your

16  neighbor told you that she used, did you follow her

17  suggestion and buy that product?

18      A.   I believe so.

19      Q.   Do you remember what suggestion your neighbor

20  gave you?

21      A.   They told -- they told me that I needed the

22  farmers -- the ones -- the Roundup that the farmers use

23  that's high concentrated, and that will take care of

24  those weeds.

25      Q.   Okay.  And did you then go out and buy --

```
 1        A.   Yes.

 2        Q.   -- high concentration Roundup?

 3        A.   Yes.  There was a store on 59 and Olive.

 4        Q.   Okay.  And what was the store called at -- was
 5   it 59th and Olive?

 6        A.   59th and Olive.  Can I look at my phone?  I
 7   just -- I found the name yesterday, because it's an
 8   uncommon name.

 9        Q.   Yeah, sure.  I have no problem with that.

10        A.   And I took a picture of it.  And for some
11   reason I remember "rain" -- "rain" being part of the
12   title, but I couldn't remember the name.  It's -- all I
13   could remember was "rain."  But it's a Automatic Rain
14   location.  Horizon, Merced -- or Horizon in Merced.

15        Q.   Okay.  What kind of store is Automatic Rain?

16        A.   It's a family -- they sell, like, lawn mowers.
17   They sell, like, for -- for gardeners.  They sell
18   products for like the gardeners, like, the strong -- the
19   strong -- whatever it is that -- like the lawn mowers,
20   but not the regular ones that I would use at my house --
21   the tract --

22        Q.   Like a commercial type of lawn care?

23        A.   Yes.  Yes.  That's what they have.  That's what
24   they sell.

25        Q.   Okay.
```

Yolanda Mendoza

 1        A.   And that's where I got the Roundup.

 2        Q.   And when did you start buying Roundup from

 3   Automatic Rain?

 4        A.   I think it was then.  I think it was when I

 5   went and it was -- it was like 2004, just -- I don't

 6   know which month, but about 2004.

 7        Q.   Okay.  Do you have any receipts from your

 8   purchase of Roundup?

 9        A.   No.

10        Q.   Okay.  So you don't have any receipts from

11   buying at Walmart?

12        A.   No, that was years ago.  No.

13        Q.   And you don't have any receipts from buying

14   Roundup at Automatic Rain; is that right?

15        A.   No.

16        Q.   Okay.  What was the Walmart location where you

17   first bought Roundup?

18        A.   The Merced location.

19        Q.   Okay.

20        A.   It's on Olive.

21        Q.   Okay.

22        A.   Olive in Merced.

23        Q.   Okay.  Do you have any close friends that have

24   knowledge of your use of Roundup?

25        A.   That I used it?  Maybe.  I'm -- they knew I was

1          MS. FOOS:  Q.  You could answer.
2          A.  Okay.  I remember breathing it.  I remember --
3     I could smell it.
4          Q.  Okay.
5          A.  And that goes when you're applying it, you
6     know you're -- I could breathe it --
7          Q.  Okay.
8          A.  -- because it's close.  I just -- yeah.
9          Q.  Did you ever -- after you realized that you
10    could smell Roundup, did you ever wear a mask or do
11    anything else to keep yourself --
12         A.  No.
13         Q.  -- from smelling it?
14         A.  No.
15         Q.  Okay.  Okay.  I think we're all done with
16    Exhibit 3, you could set that aside.
17         A.  Not that I recall.
18         Q.  Yeah.
19             And here is a paperclip for Exhibit 3, so Julie
20    does not dislike us.
21             Let's switch gears for a minute and talk about
22    your medical history.
23         A.  Okay.
24         Q.  Have you ever been diagnosed with any cancer
25    before you were diagnosed with Burkitt's lymphoma?

```
 1        A.   No.
 2        ███████████████████████████████████
███████████████████
███        ████████████████
███        ████████████████████████████
███   █████████████████████████
███        ████
███        ███████████████████████████████
███   █████████████████████████████   ██████
███   ██████████████████████
11        Q.   Okay.
12        A.   Just sometimes you might get a little bit more
13   sick than other times.  But I never -- I was pretty
14   healthy.
```





Yolanda Mendoza

1  STATE OF CALIFORNIA    )
                          ) SS.
2  COUNTY OF SAN JOAQUIN  )

3

4      I, JULIE C. CANELA, Certified Shorthand Reporter, do
5  hereby certify:
6      That prior to being examined, the witness in the
7  foregoing proceedings was by me duly sworn to testify to
8  the truth, the whole truth, and nothing but the truth;
9      That said proceedings were taken before me at the
10 time and place therein set forth and were taken down by
11 me in shorthand and thereafter transcribed into
12 typewriting under my direction and supervision;
13     I further certify that I am neither counsel for, nor
14 related to, any parties to said proceedings, nor in
15 anyway interested in the outcome thereof.
16     In witness whereof, I have hereunto subscribed my
17 name.
18 Dated:   August 20, 2019
19
20
21
22 _____
   JULIE CANELA, CSR NO. 12495
23
24
25