UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Carriere v. Monsanto Co.*, 3:18-cv-05778<br>*I. Hernandez v. Monsanto Co.*, 3:16-cv-05750<br>*Johansing v. Monsanto Co.*, 3:16-cv-05751<br>*Sanders et al. v. Monsanto Co.*, 3:16-cv-05752<br>*Wooten v. Monsanto Co.*, 3:17-cv-01735<br>*Calderon v. Monsanto Co.*, 3:19-cv-01630<br>*Harris v. Monsanto Co.*, 3:16-cv-003199<br>*R. Hernandez v. Monsanto Co.*, 3:16-cv-07364<br>*Perkins v. Monsanto Co.*, 3:16-cv-06025<br>*Dickey et al. v. Monsanto Co.*, 3:19-cv-04102<br>*Domina v. Monsanto Co.*, 3:16-cv-05887<br>*Janzen v. Monsanto Co.*, 3:19-cv-4103<br>*Pollard v. Monsanto Co.*, 3:19-cv-4100<br>*Tanner v. Monsanto Co.*, 3:19-cv-04099 | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC<br><br>**DECLARATION OF BRIAN L. STEKLOFF IN SUPPORT OF MONSANTO COMPANY'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF MOTION AND SUPPORTING EXHIBITS RE: MONSANTO COMPANY'S MOTION TO EXCLUDE TESTIMONY OF SPECIFIC CAUSATION EXPERTS CHARALAMBOS ANDREADIS, CLAYTON SMITH, EDWIN ALYEA, BARRY BOYD, LAUREN PINTER-BROWN, RON SCHIFF, AND BRENT STAGGS IN WAVE ONE CASES ON *DAUBERT* GROUNDS** |

I, Brian L. Stekloff, hereby declare as follows:

1. I am a partner in the law firm Wilkinson Walsh + Eskovitz. My firm is counsel to Monsanto in the above-captioned actions.

2. Monsanto's Administrative Motion to File Under Seal Portions of its Motion for Summary Judgment and Supporting Exhibits seeks to maintain the confidentiality of Plaintiffs' personally identifiable information and medical conditions.

3. Fed. R. Civ. P. 5.2 provides that certain personally identifiable information, including an individual's social-security number and birth date, generally must be redacted.

- 1 -
DECLARATION OF BRIAN L. STEKLOFF IN SUPPORT OF MONSANTO COMPANY'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL
3:16-MD-02741-VC; 3:18-CV-05778; 3:16-CV-05750; 3:16-CV-05751; 3:16-CV-05752; 3:17-CV-01735; 3:19-CV-01630; 3:16-CV-003199; 3:16-CV-07364; 3:16-CV-06025; 3:16-CV-04102; 3:16-CV-05887; 3:19-CV-4103; 3:19-CV-4100; 3:19-CV-04099.

4. Co-Lead Counsel for Plaintiffs in this litigation requested that addresses and all medical information for all Plaintiffs, other than the fact of NHL diagnosis and the treatment for that condition, be redacted, pursuant to the Amended Protective Order. This information has been designated as "Confidential" by Plaintiffs pursuant to the Amended Protective Order (MDL Doc. # 519; Pre-Trial Order No. 30).

5. Pursuant to Plaintiffs' request as the Designating Party and Fed. R. Civ. P. 5.2, Monsanto has prepared proposed redactions of the following documents:

- Pages 3:13-14, 16-18, 21-28; 4:1-6, 8-9, 14, 16-20-21; 5:4, 13-19, 23-25, 28; 6:1-2, 7-13, 16-20, 26, 28; 7:1-3; 11:18-22; 12:9-10, 13, 17-22, 27; 13:1-5, 12-17, 20-28; 14:1-3, 5-7, 11-13; 15:3-6; 17:2, 8, 23-28; 18:1-18—Monsanto's Motion to Exclude Testimony of Specific Causation Experts Charalambos Andreadis, Clayton Smith, Edwin Alyea, Barry Boyd, Lauren Pinter-Brown, Ron Schiff, and Brent Staggs in Wave One Cases on *Daubert* Grounds ("the Motion"), MDL Docket No. 8012; No. 3:19-cv-01630-VC, Docket No. 18; No. 3:18-cv-05778-VC, Docket No. 22; No. 3:19-cv-04102-VC, Docket No. 14; No. 3:16-cv-04102-VC, Docket No. 59; No. 3:17-cv-03199-VC, Docket No. 22; No. 3:16-cv-05750-VC, Docket No. 51; No. 3:17-cv-07364-VC, Docket No. 21; No. 3:19-cv-04103-VC, Docket No. 17; No. 3:16-cv-05751-VC, Docket No. 32; No. 3:16-cv-06025-VC, Docket No. 31; No. 3:19-cv-04100-VC, Docket No. 13; No. 3:16-cv-05752-VC, Docket No. 66; No. 3:19-cv-04099-VC, Docket No. 9; No. 3:17-cv-01735-VC, Docket No. 24.

- Pages 3:12-19; 6:2-3, 20-23; 30:17, 20; 31:1; 33:9-45:25; 46:5-49:5; 49:9-52:12; 54:5-55:14; 57:18-19; 58:8-15, 18-25; 62:17-20; 62:24-63:14; 63:16-64:9; 64:13-17; 64:19-65:1; 65:4-11, 16-21; 66:5-8; 67:13-14, 21-23; 68:1, 13-15; 69:2-8, 14-15, 18-25; 70:2-3, 15-19; 71:2, 5-7, 11-12, 14-15, 17-20, 22-25; 72:4-7, 11-12, 14-19, 21-23; 72:25-73:1; 73:3-4, 18-21; 73:25-74:20; 74:22-75:8; 76:2-3, 6-7; 76:11-77:10; 77:14-16; 77:22-87:10; 88:7-94:9; 94:11-12, 14, 23-24; 95:1-9, 15-19; 95:22-97:2; 97:16; 98:24-100:16; 106:20; 115:7-16; 117:1-3—Deposition of Dr. Donald Barry Boyd, taken October 26, 2019, in *Perkins v. Monsanto Co.*,

Northern District of California Case No. 3:16-cv-06025-VC, attached as Exhibit 1 to the Motion.

- Pages 5:15-16; 7:16-17; 32:3-4, 9-22; 34:24;  130:22-23; 131:9-10, 18; 132:5; 132:9-10; 132:19, 21; 133:13-15;  135:13-14, 18, 22; 135:24-136:1; 136:3; 137:1, 7, 13-14; 138:3, 6, 13-14, 23-24;  139:2, 4; 143:12-18; 143:22-151:25; 152:4-19; 152:22-153:1; 153:3-6, 8-19; 154:3-16, 18-21; 154:23-156:5; 211:19-20; 216:4-5, 7-8, 10-16, 18-20; 217:6-9, 21-23; 218:1-16; 227:10-228:5; 228:7-16; 230:3- 233:25; 234:12-236:1; 266:16-19; 267:3-6; 267:9-273:25; 274:2-5, 14-23; 275:1-13;  278:16-281:23;  282:1-284:5;  284:11-285:25;  286:2-3;  286:5-287:3; 287:5-289:23; 290:1-291:5; 291:11-297:22—Deposition of Dr. Edwin P. Alyea, taken November 15, 2019, in *R. Hernandez v. Monsanto Co.*, Northern District of California Case No. 3:17-cv-07364-VC, attached as Exhibit 2 to the Motion.

- Pages 8:4-8; 31:4-12, 16-17; 31:19-32:2; 32:5-17; 33:7-14; 33:18-34:2; 34:5; 38:17-18; 40:20-24; 62:15-16, 21-22; 62:25-63:1; 107:19-108:12; 108:17-21; 108:23-109:2; 109:4-109:9; 109:15-17, 21-22, 24-25; 110:1-3, 4-8; 110:10-111:10; 112:1-3, 5-8, 12-21; 112:24-113:17; 114:12-14, 21-24; 115:3-6, 8, 18, 23-24; 116:8-14; 118:5-6, 8-13, 15-20; 119:5-8, 11-13, 15-23—Deposition of Dr. Lauren Pinter-Brown, taken November 18, 2019, in *Carriere v. Monsanto Co.*, Northern District of California Case No. 3:18-cv-05778-VC, attached as Exhibit 3 to the Motion.

- Pages 4:11-13; 18:6-19:10; 21:4-6; 22:2-3, 20-21; 23:9-24:2; 24:20-22; 40:18-19; 119:3-8; 127:1, 10-11; 128:17-130:2; 130:5-12; 135:11-13; 135:15-136:13; 136:18-21; 136:23-137:1; 137:4-25; 138:7-139:11; 139:14-20; 139:23-140:9; 140:13-15; 163:23-164:18—Deposition of Dr. Ron Schiff, taken November 12, 2019, in *Harris v. Monsanto Co.*, Northern District of California Case No. 3:16-cv-03199-VC, attached as Exhibit 4 to the Motion.

- Page 8:14-15; 144:23, 25; 145:1-9; 220:10-11, 13-14, 23; 221:1-25; 226:7; 230:17-231:24; 232:1-10, 24-25; 239:6-240:6; 240:10-15; 241:1-2, 5-11, 14-20; 242:6-11—Deposition of Dr.

Charalambos Andreadis, taken November 11, 2019, in *Calderon v. Monsanto Co.*, Northern District of California Case No. 3:19-cv-01630-VC, attached as Exhibit 5 to the Motion.

- Portions of pages 4, 5, 6, 8, and 9—Expert Report of Dr. Clayton Smith, dated September 30, 2019, for *Calderon v. Monsanto Co.*, Northern District of California Case No. 3:19-cv-01630-VC, attached as Exhibit 6 to the Motion.

- Pages 60:1-12; 112:16-114:10; 115:2-116:8; 154:7-10; 170:6-171:10; 171:23-172:3; 173:15-176:24; 214:1-215:5—Deposition of Dr. Clayton Smith, taken November 18, 2019, in *Calderon v. Monsanto*, Northern District of California Case No. 3:19-cv-01630-VC, attached as Exhibit 7 to the Motion.

- Portions of pages 1, 10, 11, and 14—Expert Report of Dr. Brent C. Staggs, dated October 8, 2019, for *Dickey v. Monsanto Co.*, Northern District of California Case No. 3:19-cv-04102-VC, attached as Exhibit 8 to the Motion.

- Pages 109:9; 113:15-16, 24; 114:1, 4, 7, 8, 9-14, 16, 19, 24; 115:2, 3-4, 7, 12; 116:3-4, 6-9, 12-13, 21-22; 117:7, 10-12, 18-20, 22-23; 118:4, 7, 17, 19, 22; 119:9, 21; 120:10, 17; 121:1-2, 16, 20; 122:5, 6, 18, 19; 123:1, 15; 124:2, 20, 24; 125:15-16; 126:2, 9; 127:15, 24; 128:1-5, 9—Deposition of Dr. Brent Staggs, taken November 7, 2019, in *Sanders v. Monsanto Co.*, Northern District of California Case No. 3:16-cv-05752-VC, attached as Exhibit 9 to the Motion.

- Portions of pages 2, 5, 6, and 7—Ruben Hernandez, First Amended Plaintiff Fact Sheet, dated February 1, 2019, attached as Exhibit 10 to the Motion.

- Portions of pages 2, 4, 5, 6, and 8—Goldie Perkins, Plaintiff Fact Sheet, dated December 14, 2018, attached as Exhibit 11 to the Motion.

- Portions of pages 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 16, 17, and 18—Expert Report of Dr. D. Barry Boyd, dated October 4, 2019, for *Perkins v. Monsanto Co.*, Northern District of California Case No. 3:16-cv-06025-VC, attached as Exhibit 12 to the Motion.

- Portions of pages 2, 3, 4, 5, and 6—Peter Johansing, Second Amended Plaintiff Fact Sheet, dated March 5, 2019, attached as Exhibit 13 to the Motion.

- Portions of pages 3, 5, 6, 7, 8, 11, 12, and 14. Portions of reference list pages 6, 7, 8, and 9—Expert Report of Dr. Lauren Pinter-Brown, dated October 4, 2019, for *Johansing v. Monsanto Co.*, Northern District of California Case No. 3:16-cv-05751-VC, attached as Exhibit 14 to the Motion.

- Portions of pages 2, 3, 4, 5, 6, and 7—Expert Report of Dr. Lauren Pinter-Brown, dated October 4, 2019, for *Wooten v. Monsanto Co.*, Northern District of California Case. No. 3:17-cv-01735-VC, attached as Exhibit 15 to the Motion.

- Pages 27:20-23; 30:2-5, 11-21; 31:1-4; 47:7-14, 18-23, 25; 48:1-49:13; 50:1-18; 52:3-53:3; 53:5-13; 54:4; 57:14-58:6; 63:17-64:2; 75:14-76:3; 76:18-19—Deposition of Dr. Ron Schiff, taken November 12, 2019, in *I. Hernandez v. Monsanto Co.*, Northern District of California Case No. 3:16-cv-05750-VC, attached as Exhibit 17 to the Motion.

- Portions of pages 2, 3, 4, 5, and 6—Ines Hernandez, First Amended Plaintiff Fact Sheet, dated April 29, 2019, attached as Exhibit 18 to the Motion.

- Pages 22:18, 20; 139:23—Deposition of Ines Hernandez, taken July 12, 2019, in *I. Hernandez v. Monsanto Co.*, Northern District of California Case No. 3:16-cv-05750-VC, attached as Exhibit 19 to the Motion.

- Portions of pages 2, 4, 5, 6, 7, and 9—Anthony Harris, First Amended Plaintiff Fact Sheet, dated March 1, 2019, attached as Exhibit 20 to the Motion.

- Portions of pages 2, 3, 4, 5, and 6—Robert Dickey, Plaintiff Fact Sheet, dated February 15, 2019, attached as Exhibit 21 to the Motion.

- Page 206:1-25—Deposition of Robert Dickey, taken July 16, 2019, in *Domina et al. v. Monsanto Co.*, Northern District of California Case No. 3:16-cv-05887-VC, attached as Exhibit 22 to the Motion.

- Portions of pages 2, 3, 4, and 5—Larry Domina, Plaintiff Fact Sheet, dated February 15, 2019, attached as Exhibit 23 to the Motion.
- Pages 42:3, 7-8—Deposition of Larry Domina, taken on July 15, 2019, in *Domina et al. v. Monsanto Co.*, Northern District of California Case No. 3:16-cv-05887-VC, attached as Exhibit 24 to the Motion.
- Portions of pages 2, 3, 4, and 5—Royce Janzen, Plaintiff Fact Sheet, dated February 15, 2019, attached as Exhibit 25 to the Motion.
- Portions of pages 1, 10, 11, and 12—Expert Report of Dr. Brent Staggs, dated October 9, 2019, for *Janzen v. Monsanto Co.*, Northern District of California Case No. 3:19-cv-04103-VC, attached as Exhibit 26 to the Motion.
- Pages 13:19-14:1; 17:2-18:8; 22:4-24:25; 26:1-4; 28:15-17; 28:23-31:12; 33:1-34:25—Deposition of Dr. Brent Staggs, taken November 18, 2019, in *Janzen v. Monsanto Co.*, Northern District of California Case No. 3:19-cv-04103-VC, attached as Exhibit 27 to the Motion.
- Portions of pages 2, 4, 5, 6, and 7—Frank Pollard, Plaintiff Fact Sheet, dated February 15, 2019, attached as Exhibit 28 to the Motion.
- Portions of pages 1, 10, and 11—Expert Report of Dr. Brent Staggs, dated October 9, 2019, for *Pollard v. Monsanto Co.*, Northern District of California Case No. 3:19-cv-4100-VC, attached as Exhibit 29 to the Motion.
- Portions of pages 2, 3, 4, and 5—John Sanders, Second Amended Plaintiff Fact Sheet, dated March 29, 2019, attached as Exhibit 30 to the Motion.
- Portions of pages 1, 10, 11, 12, and 13—Expert Report of Dr. Brent Staggs, dated October 9, 2019, for *Sanders v. Monsanto Co.*, Northern District of California Case No. 3:16-cv-05752-VC, attached as Exhibit 31 to the Motion.
- Portions of pages 2, 3, 4, 5, and 6—Frank Tanner, Second Amended Plaintiff Fact Sheet, dated March 29, 2019, attached as Exhibit 32 to the Motion.

- 6 -
DECLARATION OF BRIAN L. STEKLOFF IN SUPPORT OF MONSANTO COMPANY'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL
3:16-MD-02741-VC; 3:18-CV-05778; 3:16-CV-05750; 3:16-CV-05751; 3:16-CV-05752; 3:17-CV-01735; 3:19-CV-01630; 3:16-CV-003199; 3:16-CV-07364; 3:16-CV-06025; 3:16-CV-04102; 3:16-CV-05887; 3:19-CV-4103; 3:19-CV-4100; 3:19-CV-04099.

- Pages 3:13-14; 11:24-12:6; 48:3-49:2—Deposition of Dr. Brent Staggs, taken November 7, 2019, in *Tanner v. Monsanto Co.*, Northern District of California Case No. 3:19-cv-04099-CV, attached as Exhibit 33 to the Motion.

- Portions of pages 1 and 10—Expert Report of Dr. Brent Staggs, dated October 8, 2019, for *Tanner v. Monsanto Co.*, Northern District of California Case No. 3:19-cv-04099-CV, attached as Exhibit 34 to the Motion.

- Pages 16:20-17:8; 18:3-24; 19:5-20:4; 20:6-18; 21:8-23:10; 38:20-39:5; 70:1-9; 13:19; 125:24-126:7; 126:10-13—Deposition of Dr. Brent Staggs, taken November 20, 2019, in *Dickey v. Monsanto Co.*, Northern District of California Case No. 3:19-cv-04102-VC, attached as Exhibit 35 to the Motion.

- Portions of pages 4, 5, 6, 8, 11, and 12—First Supplemental Expert Report of Dr. Edwin Alyea, dated October 25, 2019, for *R. Hernandez v. Monsanto Co.*, Northern District of California Case No. 3:17-cv-07364-VC, attached as Exhibit 36 to the Motion.

- Portions of pages 2, 3, 4, 5, 6, and 7—Jerald Carriere, Plaintiff Fact Sheet, dated November 28, 2018, attached as Exhibit 37 to the Motion.

- Portions of pages 2, 3, and 5—Expert Report of Dr. Lauren Pinter-Brown, dated October 4, 2019, for *Carriere v. Monsanto Co.*, Northern District of California Case No. 3:18-cv-05778-VC, attached as Exhibit 38 to the Motion.

- Pages 169:2-5; 169:7-170:25; 208:1-23—Deposition of Jerald Carriere, taken July 16, 2019, in *Carriere v. Monsanto Co.*, Northern District of California Case No. 3:18-cv-05778-VC, attached as Exhibit 39 to the Motion.

- Pages 132:2-135:18; 136:21-137:3; 137:8-17; 137:22-138:5; 138:12-139:8; 139:11-12, 15-23; 140:5-11; 142:1-7; 145:11-13; 145:23-146:13; 149:18-24; 151:1-152:25; 191:3-8; 191:12-192:1; 272:23-273:21; 284:6-21; 290:17-291:25; 292:3-9, 13-25; 293:4-13; 294:11-25—Deposition of Dr. Lauren Pinter-Brown, taken November 15, 2019, in *Johansing v. Monsanto*

*Co.*, Northern District of California Case No. 3:16-cv-05751-VC, attached as Exhibit 40 to the Motion.

- Portions of pages 2, 4, 5, 6, 7, and 8—Expert Report of Dr. Charalambos Andreadis, dated October 1, 2019, for *Calderon v. Monsanto Co.*, Northern District of California Case No. 3:19-cv-01630-VC, attached as Exhibit 41 to the Motion.

- Pages 20:19-23; 31:2-21; 112:17-25; 124:25-127:12; 129:12-22; 145:1-11—Deposition of Dr. Brent Staggs, taken November 18, 2019, in *Domina v. Monsanto Co.*, Northern District of California Case No. 3:16-cv-05887-VC, attached as Exhibit 42 to the Motion.

6. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 20th day of December, 2019.

                */s/ Brian L. Stekloff*
                Brian L. Stekloff