UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: | **[PROPOSED] ORDER GRANTING MONSANTO COMPANY'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF MOTION AND SUPPORTING EXHIBITS RE: MONSANTO COMPANY'S MOTION TO EXCLUDE TESTIMONY OF SPECIFIC CAUSATION EXPERTS CHARALAMBOS ANDREADIS, CLAYTON SMITH, EDWIN ALYEA, BARRY BOYD, LAUREN PINTER-BROWN, RON SCHIFF, AND BRENT STAGGS IN WAVE ONE CASES ON *DAUBERT* GROUNDS** |
| *Carriere v. Monsanto Co.*, 3:18-cv-05778 | |
| *I. Hernandez v. Monsanto Co.*, 3:16-cv-05750 | |
| *Johansing v. Monsanto Co.*, 3:16-cv-05751 | |
| *Sanders et al. v. Monsanto Co.*, 3:16-cv-05752 | |
| *Wooten v. Monsanto Co.*, 3:17-cv-01735 | |
| *Calderon v. Monsanto Co.*, 3:19-cv-01630 | |
| *Harris v. Monsanto Co.*, 3:16-cv-003199 | |
| *R. Hernandez v. Monsanto Co.*, 3:16-cv-07364 | |
| *Perkins v. Monsanto Co.*, 3:16-cv-06025 | |
| *Dickey et al. v. Monsanto Co.*, 3:19-cv-04102 | |
| *Domina v. Monsanto Co.*, 3:16-cv-05887 | |
| *Janzen v. Monsanto Co.*, 3:19-cv-4103 | |
| *Pollard v. Monsanto Co.*, 3:19-cv-4100 | |
| *Tanner v. Monsanto Co.*, 3:19-cv-04099 | |

Before the Court is the motion of Defendant Monsanto Company to file under seal portions of motions and supporting exhibits re: Monsanto's Motion to Exclude Testimony of Specific Causation Experts Charalambos Andreadis, Clayton Smith, Edwin Alyea, Barry Boyd, Lauren Pinter-Brown, Ron Schiff, and Brent Staggs in Wave One Cases on *Daubert* Grounds, and also discrete portions of the supporting exhibits to that motion. MDL Docket No. 8012; No. 3:19-cv-01630-VC, Docket No. 18; No. 3:18-cv-05778-VC, Docket No. 22; No. 3:19-cv-04102-VC, Docket No. 14; No. 3:16-cv-05887-VC, Docket No. 59; No. 3:17-cv-03199-VC, Docket No. 22; No. 3:16-cv-05750-VC, Docket No. 51; No. 3:17-cv-07364-VC, Docket No. 21; No. 3:19-cv-04103-VC, Docket No. 17; No. 3:16-cv-05751-VC, Docket No. 32; No. 3:16-cv-06025-VC, Docket No. 31; No. 3:19-cv-04100-VC,

- 1 -

Docket No. 13; No. 3:16-cv-05752-VC, Docket No. 66; No. 3:19-cv-04099-VC, Docket No. 9; No. 3:17-cv-01735-VC, Docket No. 24.

Having considered the papers, and for compelling reasons shown, the Court hereby ORDERS that the following documents shall be maintained under seal until further order of the Court, with the publicly filed versions redacted as follows:

| Document | Portion Sought to be Sealed | Sealing Granted (Y/N) (to be completed by the Court) |
|---|---|---|
| Monsanto's Motion to Exclude Testimony of Specific Causation Experts Charalambos Andreadis, Clayton Smith, Edwin Alyea, Barry Boyd, Lauren Pinter-Brown, Ron Schiff, and Brent Staggs in Wave One Cases on *Daubert* Grounds. | Pages 3:13-14, 16-18, 21-28; 4:1-6, 8-9, 14, 16-20-21; 5:4, 13-19, 23-25, 28; 6:1-2, 7-13, 16-20, 26, 28; 7:1-3; 11:18-22; 12:9-10, 13, 17-22, 27; 13:1-5, 12-17, 20-28; 14:1-3, 5-7, 11-13; 15:3-6; 17:2, 8, 23-28; 18:1-18. | |
| Deposition of Dr. Donald Barry Boyd, taken October 26, 2019, in *Perkins v. Monsanto Co.*, Northern District of California Case No. 3:16-cv-06025-VC, attached as Exhibit 1. | Pages 3:12-19; 6:2-3, 20-23; 30:17, 20; 31:1; 33:9-45:25; 46:5-49:5; 49:9-52:12; 54:5-55:14; 57:18-19; 58:8-15, 18-25; 62:17-20; 62:24-63:14; 63:16-64:9; 64:13-17; 64:19-65:1; 65:4-11, 16-21; 66:5-8; 67:13-14, 21-23; 68:1, 13-15; 69:2-8, 14-15, 18-25; 70:2-3, 15-19; 71:2, 5-7, 11-12, 14-15, 17-20, 22-25; 72:4-7, 11-12, 14-19, 21-23; 72:25-73:1; 73:3-4, 18-21; 73:25-74:20; 74:22-75:8; 76:2-3, 6-7; 76:11-77:10; 77:14-16; 77:22-87:10; 88:7-94:9; 94:11-12, 14, 23-24; 95:1-9, 15-19; 95:22-97:2; 97:16; 98:24-100:16; 106:20; 115:7-16; 117:1-3. | |

- 2 -
[PROPOSED] ORDER GRANTING MONSANTO COMPANY'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL; 3:16-MD-02741-VC; 3:18-CV-05778; 3:16-CV-05750; 3:16-CV-05751; 3:16-CV-05752; 3:17-CV-01735; 3:19-CV-01630; 3:16-CV-003199; 3:16-CV-07364; 3:16-CV-06025; 3:19-CV-04102; 3:16-CV-05887; 3:19-CV-4103; 3:19-CV-4100; 3:19-CV-04099.

| | | |
|---|---|---|
| Deposition of Dr. Edwin P. Alyea, taken November 15, 2019, in *R. Hernandez v. Monsanto Co.*, Northern District of California Case No. 3:17-cv-07364-VC, attached as Exhibit 2. | Pages 5:15-16; 7:16-17; 32:3-4, 9-22; 34:24; 130:22-23; 131:9-10, 18; 132:5; 132:9-10; 132:19, 21; 133:13-15; 135:13-14, 18, 22; 135:24-136:1; 136:3; 137:1, 7, 13-14; 138:3, 6, 13-14, 23-24; 139:2, 4; 143:12-18; 143:22-151:25; 152:4-19; 152:22-153:1; 153:3-6, 8-19; 154:3-16, 18-21; 154:23-156:5; 211:19-20; 216:4-5, 7-8, 10-16, 18-20; 217:6-9, 21-23; 218:1-16; 227:10-228:5; 228:7-16; 230:3- 233:25; 234:12-236:1; 266:16-19; 267:3-6; 267:9-273:25; 274:2-5, 14-23; 275:1-13; 278:16-281:23; 282:1-284:5; 284:11-285:25; 286:2-3; 286:5-287:3; 287:5-289:23; 290:1-291:5; 291:11-297:22. | |
| Deposition of Dr. Lauren Pinter-Brown, taken November 18, 2019, in *Carriere v. Monsanto Co.*, Northern District of California Case No. 3:18-cv-05778-VC, attached as Exhibit 3. | Pages 8:4-8; 31:4-12, 16-17; 31:19-32:2; 32:5-17; 33:7-14; 33:18-34:2; 34:5; 38:17-18; 40:20-24; 62:15-16, 21-22; 62:25-63:1; 107:19-108:12; 108:17-21; 108:23-109:2; 109:4-109:9; 109:15-17, 21-22, 24-25; 110:1-3, 4-8; 110:10-111:10; 112:1-3, 5-8, 12-21; 112:24-113:17; 114:12-14, 21-24; 115:3-6, 8, 18, 23-24; 116:8-14; 118:5-6, 8-13, 15-20; 119:5-8, 11-13, 15-23. | |
| Deposition of Dr. Ron Schiff, taken November 12, 2019, in *Harris v. Monsanto Co.*, Northern District of California Case No. 3:16-cv-03199-VC, attached as Exhibit 4. | Pages 4:11-13; 18:6-19:10; 21:4-6; 22:2-3, 20-21; 23:9-24:2; 24:20-22; 40:18-19; 119:3-8; 127:1, 10-11; 128:17-130:2; 130:5-12; 135:11-13; 135:15-136:13; 136:18-21; 136:23-137:1; 137:4-25; 138:7-139:11; 139:14-20; 139:23-140:9; 140:13-15; 163:23-164:18. | |

[PROPOSED] ORDER GRANTING MONSANTO COMPANY'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL; 3:16-MD-02741-VC; 3:18-CV-05778; 3:16-CV-05750; 3:16-CV-05751; 3:16-CV-05752; 3:17-CV-01735; 3:19-CV-01630; 3:16-CV-003199; 3:16-CV-07364; 3:16-CV-06025; 3:19-CV-04102; 3:16-CV-05887; 3:19-CV-4103; 3:19-CV-4100; 3:19-CV-04099.

| | | |
|---|---|---|
| Deposition of Dr. Charalambos Andreadis, taken November 11, 2019, in *Calderon v. Monsanto Co.*, Northern District of California Case No. 3:19-cv-01630-VC, attached as Exhibit 5. | Page 8:14-15; 144:23, 25; 145:1-9; 220:10-11, 13-14, 23; 221:1-25; 226:7; 230:17-231:24; 232:1-10, 24-25; 239:6-240:6; 240:10-15; 241:1-2, 5-11, 14-20; 242:6-11. | |
| Expert Report of Dr. Clayton Smith, dated September 30, 2019, for *Calderon v. Monsanto Co.*, Northern District of California Case No. 3:19-cv-01630-VC, attached as Exhibit 6. | Portions of pages 4, 5, 6, 8, and 9. | |
| Deposition of Dr. Clayton Smith, taken November 18, 2019, in *Calderon v. Monsanto*, Northern District of California Case No. 3:19-cv-01630-VC, attached as Exhibit 7. | Pages 60:1-12; 112:16-114:10; 115:2-116:8; 154:7-10; 170:6-171:10; 171:23-172:3; 173:15-176:24; 214:1-215:5. | |
| Expert Report of Dr. Brent C. Staggs, dated October 8, 2019, for *Dickey v. Monsanto Co.*, Northern District of California Case No. 3:19-cv-04102-VC, attached as Exhibit 8. | Portions of pages 1, 10, 11, and 14. | |
| Deposition of Dr. Brent Staggs, taken November 7, 2019, in *Sanders v. Monsanto Co.*, Northern District of California Case No. 3:16-cv-05752-VC, attached as Exhibit 9. | Pages 109:9; 113:15-16, 24; 114:1, 4, 7, 8, 9-14, 16, 19, 24; 115:2, 3-4, 7, 12; 116:3-4, 6-9, 12-13, 21-22; 117:7, 10-12, 18-20, 22-23; 118:4, 7, 17, 19, 22; 119:9, 21; 120:10, 17; 121:1-2, 16, 20; 122:5, 6, 18, 19; 123:1, 15; 124:2, 20, 24; 125:15-16; 126:2, 9; 127:15, 24; 128:1-5, 9. | |
| Ruben Hernandez, First Amended Plaintiff Fact Sheet, dated February 1, 2019, attached as Exhibit 10. | Portions of pages 2, 5, 6, and 7. | |
| Goldie Perkins, Plaintiff Fact Sheet, dated December 14, 2018, attached as Exhibit 11. | Portions of pages 2, 4, 5, 6, and 8. | |
| Expert Report of Dr. D. Barry Boyd, dated October 4, 2019, for *Perkins v. Monsanto Co.*, Northern District of California Case No. 3:16-cv-06025-VC, attached as Exhibit 12. | Portions of pages 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 16, 17, and 18. | |

| | | |
|---|---|---|
| Peter Johansing, Second Amended Plaintiff Fact Sheet, dated March 5, 2019, attached as Exhibit 13. | Portions of pages 2, 3, 4, 5, and 6. | |
| Expert Report of Dr. Lauren Pinter-Brown, dated October 4, 2019, for *Johansing v. Monsanto Co.*, Northern District of California Case No. 3:16-cv-05751-VC, attached as Exhibit 14. | Portions of pages 3, 5, 6, 7, 8, 11, 12, and 14. Portions of reference list pages 6, 7, 8, and 9. | |
| Expert Report of Dr. Lauren Pinter-Brown, dated October 4, 2019, for *Wooten v. Monsanto Co.*, Northern District of California Case. No. 3:17-cv-01735-VC, attached as Exhibit 15. | Portions of pages 2, 3, 4, 5, 6, and 7. | |
| Deposition of Dr. Ron Schiff, taken November 12, 2019, in *I. Hernandez v. Monsanto Co.*, Northern District of California Case No. 3:16-cv-05750-VC, attached as Exhibit 17. | Pages 27:20-23; 30:2-5, 11-21; 31:1-4; 47:7-14, 18-23, 25; 48:1-49:13; 50:1-18; 52:3-53:3; 53:5-13; 54:4; 57:14-58:6; 63:17-64:2; 75:14-76:3; 76:18-19. | |
| Ines Hernandez, First Amended Plaintiff Fact Sheet, dated April 29, 2019, attached as Exhibit 18. | Portions of pages 2, 3, 4, 5, and 6. | |
| Deposition of Ines Hernandez, taken July 12, 2019, in *I. Hernandez v. Monsanto Co.*, Northern District of California Case No. 3:16-cv-05750-VC, attached as Exhibit 19. | Pages 22:18, 20; 139:23. | |
| Anthony Harris, First Amended Plaintiff Fact Sheet, dated March 1, 2019, attached as Exhibit 20. | Portions of pages 2, 4, 5, 6, 7, and 9. | |
| Robert Dickey, Plaintiff Fact Sheet, dated February 15, 2019, attached as Exhibit 21. | Portions of pages 2, 3, 4, 5, and 6. | |
| Deposition of Robert Dickey, taken July 16, 2019, in *Domina et al. v. Monsanto Co.*, Northern District of California Case No. 3:16-cv-05887-VC, attached as Exhibit 22. | Page 206:1-25. | |
| Larry Domina, Plaintiff Fact Sheet, dated February 15, 2019, attached as Exhibit 23. | Portions of pages 2, 3, 4, and 5. | |

- 5 -

[PROPOSED] ORDER GRANTING MONSANTO COMPANY'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL; 3:16-MD-02741-VC; 3:18-CV-05778; 3:16-CV-05750; 3:16-CV-05751; 3:16-CV-05752; 3:17-CV-01735; 3:19-CV-01630; 3:16-CV-003199; 3:16-CV-07364; 3:16-CV-06025; 3:19-CV-04102; 3:16-CV-05887; 3:19-CV-4103; 3:19-CV-4100; 3:19-CV-04099.

| | | |
|---|---|---|
| Deposition of Larry Domina, taken on July 15, 2019, in *Domina et al. v. Monsanto Co.*, Northern District of California Case No. 3:16-cv-05887-VC, attached as Exhibit 24. | Pages 42:3, 7-8. | |
| Royce Janzen, Plaintiff Fact Sheet, dated February 15, 2019, attached as Exhibit 25. | Portions of pages 2, 3, 4, and 5. | |
| Expert Report of Dr. Brent Staggs, dated October 9, 2019, for *Janzen v. Monsanto Co.*, Northern District of California Case No. 3:19-cv-04103-VC, attached as Exhibit 26. | Portions of pages 1, 10, 11, and 12. | |
| Deposition of Dr. Brent Staggs, taken November 18, 2019, in *Janzen v. Monsanto Co.*, Northern District of California Case No. 3:19-cv-04103-VC, attached as Exhibit 27. | Pages 13:19-14:1; 17:2-18:8; 22:4-24:25; 26:1-4; 28:15-17; 28:23-31:12; 33:1-34:25. | |
| Frank Pollard, Plaintiff Fact Sheet, dated February 15, 2019, attached as Exhibit 28. | Portions of pages 2, 4, 5, 6, and 7. | |
| Expert Report of Dr. Brent Staggs, dated October 9, 2019, for *Pollard v. Monsanto Co.*, Northern District of California Case No. 3:19-cv-4100-VC, attached as Exhibit 29. | Portions of pages 1, 10, and 11. | |
| John Sanders, Second Amended Plaintiff Fact Sheet, dated March 29, 2019, attached as Exhibit 30. | Portions of pages 2, 3, 4, and 5. | |
| Expert Report of Dr. Brent Staggs, dated October 9, 2019, for *Sanders v. Monsanto Co.*, Northern District of California Case No. 3:16-cv-05752-VC, attached as Exhibit 31. | Portions of pages 1, 10, 11, 12, and 13. | |
| Frank Tanner, Second Amended Plaintiff Fact Sheet, dated March 29, 2019, attached as Exhibit 32. | Portions of pages 2, 3, 4, 5, and 6. | |
| Deposition of Dr. Brent Staggs, taken November 7, 2019, in *Tanner v. Monsanto Co.*, Northern District of California Case No. 3:19-cv-04099-CV, attached as Exhibit 33. | Pages 3:13-14; 11:24-12:6; 48:3-49:2. | |

| | | |
|---|---|---|
| Expert Report of Dr. Brent Staggs, dated October 8, 2019, for *Tanner v. Monsanto Co.*, Northern District of California Case No. 3:19-cv-04099-CV, attached as Exhibit 34. | Portions of pages 1 and 10. | |
| Deposition of Dr. Brent Staggs, taken November 20, 2019, in *Dickey v. Monsanto Co.*, Northern District of California Case No. 3:19-cv-04102-VC, attached as Exhibit 35. | Pages 16:20-17:8; 18:3-24; 19:5-20:4; 20:6-18; 21:8-23:10; 38:20-39:5; 70:1-9; 13:19; 125:24-126:7; 126:10-13. | |
| First Supplemental Expert Report of Dr. Edwin Alyea, dated October 25, 2019, for *R. Hernandez v. Monsanto Co.*, Northern District of California Case No. 3:17-cv-07364-VC, attached as Exhibit 36. | Portions of pages 4, 5, 6, 8, 11, and 12. | |
| Jerald Carriere, Plaintiff Fact Sheet, dated November 28, 2018, attached as Exhibit 37. | Portions of pages 2, 3, 4, 5, 6, and 7. | |
| Expert Report of Dr. Lauren Pinter-Brown, dated October 4, 2019, for *Carriere v. Monsanto Co.*, Northern District of California Case No. 3:18-cv-05778-VC, attached as Exhibit 38. | Portions of pages 2, 3, and 5. | |
| Deposition of Jerald Carriere, taken July 16, 2019, in *Carriere v. Monsanto Co.*, Northern District of California Case No. 3:18-cv-05778-VC, attached as Exhibit 39. | Pages 169:2-5; 169:7-170:25; 208:1-23. | |
| Deposition of Dr. Lauren Pinter-Brown, taken November 15, 2019, in *Johansing v. Monsanto Co.*, Northern District of California Case No. 3:16-cv-05751-VC, attached as Exhibit 40. | Pages 132:2-135:18; 136:21-137:3; 137:8-17; 137:22-138:5; 138:12-139:8; 139:11-12, 15-23; 140:5-11; 142:1-7; 145:11-13; 145:23-146:13; 149:18-24; 151:1-152:25; 191:3-8; 191:12-192:1; 272:23-273:21; 284:6-21; 290:17-291:25; 292:3-9, 13-25; 293:4-13; 294:11-25. | |
| Expert Report of Dr. Charalambos Andreadis, dated October 1, 2019, for *Calderon v. Monsanto Co.*, Northern District of California Case No. 3:19-cv-01630-VC, attached as Exhibit 41. | Portions of pages 2, 4, 5, 6, 7, and 8. | |

- 7 -

[PROPOSED] ORDER GRANTING MONSANTO COMPANY'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL; 3:16-MD-02741-VC; 3:18-CV-05778; 3:16-CV-05750; 3:16-CV-05751; 3:16-CV-05752; 3:17-CV-01735; 3:19-CV-01630; 3:16-CV-003199; 3:16-CV-07364; 3:16-CV-06025; 3:19-CV-04102; 3:16-CV-05887; 3:19-CV-4103; 3:19-CV-4100; 3:19-CV-04099.

| Deposition of Dr. Brent Staggs, taken November 18, 2019, in *Domina v. Monsanto Co.*, Northern District of California Case No. 3:16-cv-05887-VC, attached as Exhibit 42. | Pages 20:19-23; 31:2-21; 112:17-25; 124:25-127:12; 129:12-22; 145:1-11. | |

Date: _____, 2019

_____
HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT COURT