# Exhibit 1

Donald Barry Boyd, M.D.

```
 1              UNITED STATES DISTRICT COURT

 2              NORTHERN DISTRICT OF CALIFORNIA

 3

 4

 5    MDL No. 2741

 6    Case No. 3:16-md-02741-VC

 7

 8    IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION

 9    - - - - - - - - - - - - - - - - - -X

      Perkins v. Monsanto Company       :

10    Case No. 3:16-cv-06025-VC         :

                                        :

11                                      :

      - - - - - - - - - - - - - - - - - -X

12

13

14

15            Videotaped deposition of DONALD BARRY

      BOYD, MD taken at the offices of Hyatt Regency, 1800

16    East Putnam Avenue, Old Greenwich, Connecticut,

      before Clifford Edwards, LSR, Connecticut License

17    No. SHR.407, a Professional Shorthand Reporter and

      Notary Public, in and for the State of Connecticut

18    on October 26, 2019, at 9:20 a.m.

19

20

21

22

23

24

25
```

Donald Barry Boyd, M.D.

```
 1   A P P E A R A N C E S:

 2

 3   ON BEHALF OF THE PLAINTIFF:

 4   KATHRYN M. FORGIE, ESQ.
     ANDRUS WAGSTAFF
 5   1901 Harrison Street, Suite 1100
     Oakland, California  94612
 6   kathryn.forgie@andruswagstaff.com

 7

 8   ON BEHALF OF THE DEFENDANT MONSANTO:

 9   BERT L. SLONIM, ESQ.
     ARNOLD & PORTER KAYE SCHOLER LLP
10   250 West 55th Street
     New York, NY  10019
11   bert.slonim@arnoldporter.com

12

13

14   ALSO PRESENT:      KEVIN MARTH, VIDEOGRAPHER

15

16

17

18

19

20

21

22

23

24

25
```

Donald Barry Boyd, M.D.

```
 1                    INDEX OF EXAMINATION

 2                                                    PAGE

 3   DIRECT EXAMINATION BY MR. SLONIM                  6

 4

 5                    INDEX OF EXHIBITS

 6

 7   Defendant's                                      PAGE

 8   No. 1, Notice of Deposition                       7

 9   No. 2, Plaintiff's Responses and Objections       7

10   No. 3, Curriculum Vitae                          15

11   No. 4, Expert Report                             29

12   No. 5, ███████████████████                       59

13   No. 6, ███████████████████████

     ██      █████████████████████████████████████

     ██      ███████████     ██████████████████████

     ██      █████████████████████████

     ██      ███████████████████                      65

18   No. 7, ████████████████████████████             92

19   No. 8, ████████████████                          94

20   No. 9, Materials Considered List                111

21   No. 10, Statistical Information compiled

22          by the National Cancer Society           117

23   No. 11, Environmental Protection Agency

24          Excerpts                                 121

25
```

Donald Barry Boyd, M.D.

```
1                    INDEX OF EXHIBITS

2                      (continued)

3

4   Defendant's                                  PAGE

5

6   No. 12, Health Canada Statement              125

7

8

9   (Reporter's Note:  Exhibits retained by the court

10  reporter and forwarded to Golkow for production.)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Donald Barry Boyd, M.D.

```
 1                    THE VIDEOGRAPHER:  Good morning.  We
 2            are now on the record.
 3                    My name is Kevin Marth.  I'm a
 4            videographer for Golkow Litigation
 5            Services.  Today's date is October 26,
 6            2019.  And the time is approximately
 7            9:20 a.m.
 8                    The video deposition today is being
 9            held in Old Greenwich, Connecticut, in
10            the matter of In Re:  Roundup Products
11            Liability Litigation, specifically
12            Perkins vs. Monsanto Company, for the
13            United States District Court for the
14            Northern District of California.  Our
15            deponent today is Dr. Barry Boyd.
16                    At this time, will counsel please
17            introduce yourselves for the record.
18                    MS. FORGIE:  Kathryn Forgie for the
19            plaintiff.
20                    MR. SLONIM:  Bert Slonim on behalf
21            of Monsanto.
22                    THE VIDEOGRAPHER:  Our court
23            reporter today is Mr. Cliff Edwards, who
24            will now swear in the witness, and you
25            may proceed.
```

```
 1                  DONALD BARRY BOYD, MD

 2    residing at ███████████████████████████

 3    █████, having first been duly sworn, deposed and

 4    testified as follows:

 5

 6                  DIRECT EXAMINATION

 7

 8    BY MR. SLONIM:

 9         Q    Dr. Boyd, good morning.

10         A    Good morning.

11         Q    My name is Bert Slonim.  We had a chance

12    to say hello before the deposition began this

13    morning.  As you know, I'm an attorney, and I

14    represent Monsanto; correct?

15         A    Correct.  Yes.

16         Q    Okay.  And I know you just stated your

17    name.  Can you give us your -- your full name for

18    the record.  Can you give us your business address,

19    please?

20         A    Business address is ███████████████,

21    █████████████████████████.  That would be

22    the ██████████████████████████,

23    ███████████.

24         Q    You are a medical doctor; is that

25    correct?
```

Donald Barry Boyd, M.D.

```
 1        A      I am.

 2        Q      And specifically, you're an oncologist, a

 3   medical oncologist; is that correct?

 4        A      Correct.

 5               MR. SLONIM:  I'd like to mark as

 6               Deposition Exhibit No. 1 the notice of

 7               deposition.

 8               (Whereupon, Defendant's Exhibit No.

 9               1, Notice of Deposition, was marked

10               for identification.)

11               MS. FORGIE:  I'm going to pass, but

12               thank you.

13               MR. SLONIM:  Okay.

14               MS. FORGIE:  Thank you.  I

15               appreciate that.

16               MR. SLONIM:  And, Doctor, at this

17               time I'm going to mark as Deposition

18               Exhibit No. 2, Plaintiff's Responses and

19               Objections that were -- that plaintiff's

20               counsel was kind enough to hand me just

21               before the deposition began.

22               (Whereupon, Defendant's Exhibit No.

23               2, Plaintiff's Responses and

24               Objections, was marked for

25               identification.)
```

Donald Barry Boyd, M.D.

```
 1   BY MR. SLONIM:

 2        Q     So the notice of deposition contains

 3   a list of document requests.  Attached to it is an

 4   exhibit that we put at the end.

 5              Do you see that?

 6        A     Yes.

 7        Q     And have you brought any documents with

 8   you?

 9        A     I have put away my copy of my report,

10   which is what I have.

11        Q     Okay.

12              MS. FORGIE:  I told him you'd bring

13        them.  I --

14              MR. SLONIM:  Of course.  I have a

15        copy.

16        A     Yeah.  That's it.  That's it.

17   BY MR. SLONIM:

18        Q     The -- the responses that were served on

19   us by plaintiff's counsel that we marked as

20   Deposition Exhibit No. 2 attaches some invoices.  So

21   let me ask you to take a look at that.

22        A     Yeah.

23        Q     And -- it's Exhibit A.

24        A     Oh, I'm sorry.  You gave the wrong

25   exhibit.
```

Donald Barry Boyd, M.D.

```
 1      Q    No.  No.  I think -- no, you're right.
 2                MS. FORGIE:  He means that exhibit,
 3           but --
 4  BY MR. SLONIM:
 5      Q    It's -- it's Exhibit No. 2.  And attached
 6  to Exhibit No. 2 is an Exhibit A.
 7                MS. FORGIE:  Can I do it for him?
 8      A    Was it way at the end?
 9                MR. SLONIM:  Go ahead, Kathryn.
10      A    Yeah.  Oh, I see it there.  It's at the
11  back.  I see it.
12           Okay.  I'm sorry.
13           Yeah, I see it.  Yeah.  At the end, yeah.
14  BY MR. SLONIM:
15      Q    Okay.  So take a -- just take a minute
16  and go through those pages by yourself, and then I'm
17  going to have some questions.
18      A    Sure.
19           Yes.
20      Q    So are these invoices that relates just
21  to the matter about which we're taking the
22  deposition today that involves Ms. Perkins, Goldie
23  Perkins?
24      A    Yes.
25      Q    So these invoices are in addition to the
```

Donald Barry Boyd, M.D.

```
 1    invoices that we looked at yesterday; is that

 2    correct?

 3         A    Correct.

 4         Q    And I'd just like to go through these

 5    with you and total up the invoices.

 6              The first one is 1680; is that correct?

 7         A    Yes.

 8         Q    And the next one is 8,440; is that

 9    correct?

10         A    Correct.

11         Q    And the next one is $480?

12         A    Correct.

13         Q    And the next one after that is 480?

14         A    Correct.

15         Q    And the next one is 52,000?

16         A    Correct.

17         Q    And the next one is 14,360; is that

18    right?

19         A    Correct.

20         Q    And that -- so that totals 77,440.

21              Does that sound right?

22         A    Yes.

23         Q    And, Doctor, does that -- is there any

24    time that you've spent on this matter that is

25    accrued but not billed?  In other words, not --
```

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Donald Barry Boyd, M.D.

 1   you -- you spent time, but it's not reflected yet in

 2   those invoices?

 3        A     No.

 4        Q     Does that include the time that you are

 5   spending at today's deposition?

 6        A     Yes.

 7        Q     Including the preparation?

 8        A     Yes.  Yes.

 9        Q     Okay.  So that basically encompasses all

10   the work that you've done on this particular case

11   involving Ms. Perkins through the deposition today?

12        A     Correct.

13        Q     Okay.  Yesterday's invoices were -- were

14   just over $30,000; is that correct?

15        A     Correct.

16        Q     So you have billed a total of -- on at

17   least two of these cases, over -- a little over a

18   hundred thousand dollars; is that correct?

19        A     Correct.

20        Q     Is there additional time that you've

21   spent working on Roundup cases beyond these two?

22                 MS. FORGIE:  Well, objection.

23                 Don't answer that in terms of

24                 anything that's consulting that you

25                 haven't been designated yet on.  That's

Donald Barry Boyd, M.D.

```
 1              privileged, I think.
 2                   MR. SLONIM:  I'm not asking -- I'm
 3              not asking him -- I'm not going to ask
 4              anything about the substance of work that
 5              hasn't been disclosed.
 6    BY MR. SLONIM:
 7         Q    What I'm asking about is whether or not
 8    you have done additional consulting work on Roundup
 9    beyond the invoices that you've presented in --
10    yesterday and today?
11         A    No.
12         Q    Okay.  Thank you.
13              And, Doctor, I know that you yesterday
14    presented us with or -- or e-mailed -- your counsel
15    e-mailed us an updated curriculum vitae; correct?
16         A    Yes.
17         Q    I did not have the opportunity to print
18    that off, but I did have a question or two about
19    that.
20         A    Of course.
21         Q    I have it on my computer screen, but I
22    don't think -- I don't think --
23         A    The old one.
24         Q    I don't think you're going to need to see
25    it.
```

Donald Barry Boyd, M.D.

```
 1              MR. SLONIM:  Oh, you have a copy,
 2         Kathryn?
 3              MS. FORGIE:  Well, I -- you're going
 4         to have to tell me if this is the old one
 5         or the new one.  Do you know?  Can you
 6         just look --
 7              MR. SLONIM:  This looks like --
 8              THE WITNESS:  I can tell you right
 9         away.
10              MS. FORGIE:  Oh, okay.
11              MR. SLONIM:  This -- this looks --
12         this looks like the new one.
13              MS. FORGIE:  It's the only one I
14         have.
15              THE WITNESS:  Yes.  Yeah.  This is
16         --
17              MS. FORGIE:  Is that the new one?
18              THE WITNESS:  This is revised
19         February 2019, and it actually -- let me
20         just look through here, make sure it has
21         all of the appropriate --
22              MS. FORGIE:  So does that make it
23         the new one?
24              THE WITNESS:  Yes.
25              MS. FORGIE:  Okay.
```

Donald Barry Boyd, M.D.

```
 1              THE WITNESS:  This is the new one.
 2         This is -- I just want to be sure.  Yeah.
 3              I'm sorry.  I want to be sure
 4         there's nothing missing from this.  I
 5         apologize for taking --
 6              MR. SLONIM:  No.
 7              THE WITNESS:  I have to -- I have to
 8         review my own r?sum?.
 9              Yes.  That's it.
10              MR. SLONIM:  Kathryn --
11              MS. FORGIE:  Hold on.
12              (Whereupon, there was a discussion
13              off the record.)
14              MS. FORGIE:  I'm sorry.  What?
15              MR. SLONIM:  I'm going to hand this
16         back to you, Kathryn.  I was going to ask
17         you to mark it.  It turns out, it looks
18         like, I have a copy.
19              MS. FORGIE:  Okay.  So you're
20         holding out on us, Bert.
21              MR. SLONIM:  Well, it shows that
22         we're not as organized as I wish we'd --
23         wish we'd like to be.
24              MS. FORGIE:  Like it's never
25         happened to me.
```

Donald Barry Boyd, M.D.

1                    THE WITNESS:  I feel comfortable
2          with that.
3                    MR. SLONIM:  Let's do this:  Let's
4          mark as Deposition Exhibit No. 3 --
5                    THE WITNESS:  All right.
6                    MR. SLONIM:  -- your current CV that
7          -- that's the same --
8                    MS. FORGIE:  You have to make sure
9          that's the same one.
10                    MR. SLONIM:  That's the same --
11          that's the same one; right?
12                    THE WITNESS:  Yes.
13                    (Whereupon, Defendant's Exhibit No.
14                    3, Curriculum Vitae, was marked for
15                    identification.)
16  BY MR. SLONIM:
17      Q    So when I looked through it, I was
18  looking at -- starting on page 2 on the bottom and
19  continuing on to page 3, your -- some of your
20  speaking engagements.
21      A    Right.
22      Q    And I -- I see that several of them
23  involve insulin and IGF, insulin growth factor, and
24  cancer; is that right?
25      A    Correct.

Donald Barry Boyd, M.D.

```
 1        Q      That's a subject about which you lecture
 2   frequently; is that right?
 3        A      I do.
 4        Q      And you -- do your lectures about insulin
 5   and insulin growth factor and cancer, do you lecture
 6   to both professional audiences and to lay audiences?
 7        A      I do.
 8        Q      Can you -- so fair to say that that's
 9   a -- a subject of professional interest to you?
10        A      Yes.
11        Q      You've studied -- you've studied insulin
12   and insulin growth factor and the relationship to
13   cancer?
14        A      I have.
15        Q      Can you -- can you -- obviously, if you
16   give a lecture, it would -- it would take -- it
17   would take a while.  So I'm not asking you to -- you
18   know, to give us the entire lecture.
19                    MS. FORGIE:  Thank you.
20   BY MR. SLONIM:
21        Q      But can you take a moment, think about
22   it, and give us your thoughts and -- and the cont-
23   -- you know, the -- the essence, the gist of your
24   lecture about insulin, insulin growth factor, and
25   cancer?
```

Donald Barry Boyd, M.D.

1       A       Sure.

2               The focus has been on the common pathways

3       for the rise in the Western malignancies that we see

4       in the last forty to fifty to a hundred years in

5       Western populations, modern populations, and the

6       shared common pathways that are -- that link

7       diabetes, heart disease, and many cancers.

8               The most typical cancers that I lecture

9       on, because of their strong associations with

10      insulin, are postmenopausal breast cancer, even some

11      premenopausal breast cancer, colorectal cancer,

12      pancreatic cancer, endometrial cancer, as well as

13      aggressive prostate cancer.

14              And the shared rising levels of these

15      diseases have occurred simultaneously with the

16      increasing incidence of diabetes in the population

17      and even before diabetes, the rising incidence of

18      the prediabetic state called metabolic syndrome,

19      which is a condition of insulin resistance in which

20      patients are prone to develop diabetes.  They have a

21      systemic loss of sensitivity to the effect of

22      insulin.

23              The body's response to this is it

24      generates a higher level of insulin from the

25      pancreas to compensate for the loss of sensitivity

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Donald Barry Boyd, M.D.

1    in the metabolic tissues, meaning liver, adipose,

2    and particularly skeletal muscle, which are the

3    major sources of insulin's action in taking up

4    glucose.  Because of the rising levels of insulin as

5    a result of this loss of sensitivity, increasing

6    insulin levels are typical for long periods of time.

7              In addition to its impact on these

8    metabolic tissues, insulin serves to raise levels of

9    act- -- action against nonmetabolic tissues.  What I

10   mean by that are epithelial tissues particularly

11   that actually will express the insulin receptor and

12   insulin receptor subtypes, including the insulin

13   receptor A, which is what we call a mitogenic

14   receptor rather than a metabolic receptor.

15             Because of insulin's effect, it will

16   raise the level of cell proliferation because of

17   this mitogenic effect in epithelial cells over

18   baseline levels, leading to higher levels of the

19   development of mutations, which may occur

20   spontaneously or endogenously in those patients who

21   superimpose on that baseline increase in risk,

22   exposures to carcinogens that further raises risk,

23   because proliferating cells are more prone to evolve

24   more quickly into tumors.

25             My real interest in this is the -- is

Donald Barry Boyd, M.D.

1    manyfold.  One is that we have missed a

2    substantially higher level of premetabolic syndrome,

3    what I call the very bottom of the pyramid, because

4    blood sugar levels that are normal in America are

5    not normal.

6             Blood sugars between ninety and a

7    hundred, which are considered normal, in fact, are

8    predictive of risk of getting diabetes years later.

9    And they also predict higher levels of basal

10   insulin, mild insulin resistance.  And there's very

11   interesting epidemiologic evidence that people

12   without evidence of either diabetes or even being

13   significantly overweight, who are mildly insulin --

14   sensitive to the insulin resistant, have a higher

15   risk of developing diabetes, heart disease, stroke,

16   as well as cancer over a long period of time.

17            This is work done by Jerry Reaven at

18   Stanford, who is an expert on what's called the

19   metabolic syndrome.  So he noted this fascinating

20   association between even minimal levels of insulin

21   resistance and the rise in cancer instance in our

22   population.

23            MS. FORGIE:  That's interesting.

24   BY MR. SLONIM:

25       Q    It's fascinating.

Donald Barry Boyd, M.D.

1        A      It is.  It is.  Most people are very

2    unaware of that -- that bottom part, which is really

3    the heart of the epidemic, and nobody even -- no

4    physician knows that a blood sugar of 95 is not

5    necessarily normal.

6        Q      So as a layperson, if I try to

7    recapitulate some of -- some of the essence of that,

8    the notion -- the notion is that people in Western

9    civilization, Western societies often develop a

10   condition called insulin resistance.  Their -- their

11   bodies become resistent to the action of insulin;

12   right?

13       A      Right.  Forcing the rise of insulin.

14       Q      And -- and so -- and -- and the -- the

15   way the -- the pancreas reacts to that resistance is

16   by trying to overcome it by putting out more

17   insulin; right?

18       A      Correct.

19       Q      So in the prediabetic state, what you're

20   getting is increasing amounts of insulin.  So even

21   though the -- the blood sugar -- if you were to

22   measure, the blood sugar would be normal, if you

23   looked at the insulin level, it would be high,

24   because the way the body is fighting the insulin

25   resistance is the pancreas is working overtime to

Donald Barry Boyd, M.D.

```
 1    put out more insulin.

 2              That's the idea?

 3    A      Yes.

 4    Q      Okay.  And over time, that can be a

 5    losing battle; right?  The pan- --

 6    A      Yes.

 7    Q      The fight between the insulin resistance

 8    and the pancreas, the pancreas is working, working,

 9    working, but it's like beating a dying horse; right?

10    A      Right.  Exactly.

11    Q      The horse is working harder and harder,

12    but eventually the horse can't make it?

13    A      The pan- -- yes.

14    Q      So the -- and at that point, you get

15    failure -- over-failure, and the -- and the blood

16    sugar -- and now the blood sugar begins to spike;

17    right?

18    A      Yes.

19    Q      And now you move from the prediabetic

20    state into frank diabetes?

21    A      Exactly.  Exactly.

22    Q      And the way doctors try to treat that --

23    one of the ways that doctors try to treat that,

24    particularly in the older therapies, was by

25    supplementing the body's supply of insulin
```

Donald Barry Boyd, M.D.

```
 1   externally; right?

 2        A     Correct.

 3        Q     So you would take medications like

 4   sulfonylureas or --

 5        A     Yeah.

 6        Q     -- other kinds of medications that

 7   would -- that would cause the increased production

 8   of insulin; right?

 9        A     Correct.

10        Q     And the sulfonylureas have an advantage

11   because they're oral medications.  You don't have to

12   inject; right?

13        A     Correct.

14        Q     But then over time, they -- they would

15   stimulate the pancreas to put out more insulin;

16   right?

17        A     Right.

18        Q     But then over time, that still fails,

19   because the pancreas is being overworked; right?

20        A     Correct.

21        Q     And -- and so what you would -- what the

22   patient would have to do is -- is take exogenous

23   insulin, external insulin; right?

24        A     Correct.

25        Q     And at least until very, very recent
```

Donald Barry Boyd, M.D.

1    times, because insulin is a large molecule, that

2    could not be delivered orally?  It would have to be

3    delivered by -- by -- by injection; correct?

4        A     Correct.

5        Q     So the person would have to, in effect,

6    shoot insulin or inject insulin; correct?

7        A     Correct.

8        Q     And the whole idea here is that you --

9    the patient needs to put insulin into their

10   bloodstream in order -- so the body can effectively

11   use the glucose and overcome this insulin

12   resistance; correct?

13       A     Correct.

14       Q     But your concern, relative to -- to all

15   kinds of metabolic functions, weight, metabolic

16   function, heart disease, cancer and other

17   unfortunate health conditions, is that insulin,

18   although it's helping the body absorb the glucose,

19   is damaging organs, damaging tissue, and over time

20   damaging the patient, including heart disease and

21   cancer; is that right?

22       A     Correct.

23       Q     Did I get a lot of --

24       A     Yes.

25       Q     -- what your thinking is?

Donald Barry Boyd, M.D.

```
1        A     There's another component to this --

2        Q     Please.

3        A     -- that endocrinologists are realizing,

4   that insulin paradoxically contributes to obesity

5   and weight deposition.  It is a -- what we call an

6   anabolic hormone.  So in tissues like liver and in

7   adipose, it stimulates fat deposition, lipid

8   synthesis, and it -- it reverses what's called

9   lipolysis.

10             So if you want to lose weight, the worst

11  thing to do is give insulin.  And many patients who

12  start insulin actually notice they start to put on

13  weight.  So we're realizing, in addition, insulin

14  within the tissues may actually potentiate weight

15  gain.

16       Q     So one of the -- so one of the bad side

17  effects of insulin, whether it's natural insulin

18  produced by the pancreas or it's exogenous

19  insulin --

20       A     Right.

21       Q     -- injected by a diabetic patient is that

22  it actually promotes weight gain; right?

23       A     Correct.

24       Q     And weight gain, in turn, promotes

25  insulin resistance; right?
```

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

Donald Barry Boyd, M.D.

```
 1        A      (The witness nods head.)

 2        Q      So unfortunately, there's a vicious

 3   circle that's created between weight gain causing or

 4   contributing to insulin resistance and insulin

 5   resistance requiring X -- increasing amounts of

 6   insulin; right?

 7        A      Correct.

 8        Q      And that's a very hard cycle for patients

 9   or doctors to deal with --

10        A      Yeah.

11        Q      -- isn't it?

12        A      Exactly.

13        Q      Now, I wanted to ask you about another

14   aspect.  You had mentioned that insulin is

15   associated with weight gain.  And -- and -- and

16   weight -- weight gain naturally means, to a

17   layperson at least, fat; right?

18        A      Correct.

19        Q      And -- and more technically to doctors,

20   that's called adipose tissue?

21        A      Correct.

22        Q      That's like a more scientific name for --

23        A      Right.

24        Q      -- for fat?

25               And adipose tissue is not -- is not just
```

Donald Barry Boyd, M.D.

1    biologically and physiologically neutral, is it?

2        A    No.

3        Q    Adipose tissue is metabolically active;

4    is that right?

5        A    Correct.

6        Q    It has a -- and tell us, please, about

7    the metabolic -- and just briefly --

8        A    Yeah.

9        Q    -- and -- and a little bit -- to a lay

10   audience, a -- a little bit about the metabolic

11   activity of fat, adipose tissue, and relative

12   specifically to cancer.

13       A    Yeah.  So -- so reversing this -- I mean,

14   I should say to -- prior to answering that question,

15   it's important to note that the traditional

16   epidemiologist's measure in populations of weight

17   has been the BMI, which is a product of the height

18   and weight.  And that's being used now more

19   individually among patients, but what we've

20   recognized, that the BMI is a very rough guide to

21   the amount of body adipose tissue.

22            So an NFL lineman or certainly a -- a

23   fullback, who is very -- do they call them that

24   anymore? -- who is -- has a BMI of 32 or 34 has an

25   extremely high level of muscle mass relative to fat.

Donald Barry Boyd, M.D.

1    And so those individuals will be metabolically

2    healthy because they have much lower percent body

3    fat than you might predict based on BMI.

4              Conversely, there are individuals, as

5    Jerry Reaven showed on that study on insulin

6    sensitivity, whose BMI may be below that of obesity

7    and yet have a substantial amount of fat.  That

8    adipose tissue can then be present in several

9    different areas.

10             There are three -- actually three areas

11   and three types of fat.  There is the -- the

12   subcutaneous fat.  We call that gynoid obesity,

13   common in women who get a very large deposition of

14   fat around the hips, over the waist, and the legs,

15   and they -- they often don't have the beer belly

16   that men can develop.  That tends to be more

17   predictive of a metabolically neutral fat.

18             And then there is what we call visceral

19   fat, which is fat that's around the waist often, but

20   actually is more a sign of internal fat in and

21   around the organs and within the organs, including

22   in the liver.  And that type of fat is more

23   predictive of metabolically dysfunctional fat.

24   That's associated with hyperlipidemia.

25             And the -- there are a number of studies

Donald Barry Boyd, M.D.

1    that have been shown that that type of adipose

2    tissue is associated with a number of things,

3    including inflammation, which is one of the things

4    that you're getting at.  So there's an inflammatory

5    component to that.

6            There is a decline in insulin -- high

7    insulin levels, which may be part of what goes on in

8    those patients, particularly as opposed to the

9    gynoid obese patients, with -- with secondary

10   diabetic risk.  And -- and there may be other --

11   other what we call lipo- -- adipokines, including

12   leptin and adiponectin, that may be affected by the

13   type of distribution of fat.

14           There's a third kind of fat called brown

15   fat, which actually is extremely metabolically

16   active, and that is what keeps people warm in the

17   winter and is actually pretty common in people

18   living north.  What -- when -- and what brown fat

19   is, is the -- the fat where metabolism is uncoupled

20   from energy production.  So you don't store it.

21   It's used as a way to generate heat.

22           So the metabolism of brown fat causes

23   very high levels of ATP production, which is the

24   energy source that keeps you warm, and so it is a

25   metabolically very active tissue.  More brown fat is

Donald Barry Boyd, M.D.

```
 1   good, actually.

 2       Q    But if we focus in on the -- the

 3   visceral -- the visceral fat, the fat that's around

 4   the -- the waist --

 5       A    Right.

 6       Q    -- and -- and around the organs and also

 7   can infiltrate -- infiltrate the organs --

 8       A    Right.

 9       Q    -- such as the liver, that fat, because

10   of inflammatory reactions and other metabolic

11   activity, can contribute to cancer; is that right?

12       A    Correct.

13       Q    Okay.  Doctor, you -- you've written an

14   expert report in this case; is that right?

15       A    Yes.

16            MR. SLONIM:  Let me mark that as the

17            next deposition exhibit, I think, 4.

18            (Whereupon, Defendant's Exhibit No.

19            4, Expert Report, was marked for

20            identification.)

21            MR. SLONIM:  Do you need this back?

22            MS. FORGIE:  I -- I've got a copy.

23            Thanks.

24            Is there any way we can move this?

25            I think I'm rolling over your wires,
```

Donald Barry Boyd, M.D.

```
 1              because it's right in front of-- sorry,

 2              Bert.  Just give me a second.  Do you see

 3              what I'm saying?

 4                   (Whereupon, there was a discussion

 5                   off the record.)

 6   BY MR. SLONIM:

 7        Q    Doctor, we've marked as Deposition

 8   Exhibit No. 4 your expert report in this matter.

 9              Can you identify it as such?

10        A    Yes.

11        Q    Okay.  Of course, I'm going to ask some

12   questions about Ms. Perkins.  And if it's helpful to

13   you -- to you to refer to that to --

14        A    Yes.

15        Q    -- refresh your memory, that's perfectly

16   fine.

17              Ms. Perkins was born on ████████████; is

18   that correct?

19        A    Correct.

20        Q    And that would make her current age ██;

21   is that right?

22        A    Yes.

23        Q    And she was diagnosed with non-Hodgkin's

24   lymphoma in August 2014; correct?

25        A    Correct.
```

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Donald Barry Boyd, M.D.

1    Q    And that would have made her ███████ at

2  the time; is that right?

3    A    Correct.

4    Q    Some of this we talked about yesterday,

5  but just so we have it in context:  Non-Hodgkin's

6  lymphoma is one of the most common cancers in the

7  United States; correct?

8    A    Correct.

9    Q    And it accounts for about 4 percent of

10  all new cases of cancer in the U.S.; right?

11    A    Yes.

12    Q    And in the United States, the lifetime

13  risk that a woman will develop non-Hodgkin's

14  lymphoma is about 1 in 54; correct?

15    A    Correct.

16    Q    And in other words, if we were to go out

17  and pick a hundred women at random and follow these

18  women over the course of their life, two of the

19  women would develop non-Hodgkin's lymphoma; correct?

20    A    Correct.

21    Q    And you agree with me that Ms. Perkins

22  could have developed non-Hodgkin's lymphoma simply

23  because it's a common cancer; is that right?

24    A    Yes.  Within the context of variable risk

25  factors, that may explain that, those patients who

Donald Barry Boyd, M.D.

1    get lymphoma.

2        Q    Now, Doctor, do you know Goldie Perkins?

3        A    No.

4        Q    Have you ever met her?

5        A    No.

6        Q    Have you spoken to her on the phone?

7        A    No.

8        Q    Have you ever provided any medical care

9    or treatment to her?

10       A    No.

11       Q    I take it you've never -- since you've

12   never met her, you've never had the opportunity to

13   examine her; is that correct?

14       A    Correct.

15       Q    Is all of the information that you

16   obtained or know about Ms. Goldie Perkins and her

17   medical history obtained from medical records that

18   you've reviewed and deposition testimony that you've

19   had a chance to review and, I guess, the plaintiff

20   fact sheet?

21       A    Yes.  Correct.

22       Q    In other words, those documents, the

23   medical records, the depositions that have been

24   taken, and the plaintiff fact sheet, that's the sum

25   and substance of your knowledge about Ms. Perkin's

Donald Barry Boyd, M.D.

1    medical history; is that right?

2        A    Right.  All her medical records,

3    including treating physicians and specialists.  So

4    an extensive amount of information.

5        Q    Did you ever speak with any of

6    Ms. Perkin's treating doctors about her medical

7    condition?

8        A    No.

9

Donald Barry Boyd, M.D.



23



Donald Barry Boyd, M.D.



Donald Barry Boyd, M.D.



Donald Barry Boyd, M.D.



Donald Barry Boyd, M.D.



Donald Barry Boyd, M.D.





Donald Barry Boyd, M.D.



Donald Barry Boyd, M.D.



Donald Barry Boyd, M.D.



Donald Barry Boyd, M.D.



Donald Barry Boyd, M.D.

```
1                    (Whereupon, there was an

2               interruption.)

3                    THE WITNESS:  Sorry.

4    BY MR. SLONIM:
```



Donald Barry Boyd, M.D.



Donald Barry Boyd, M.D.



Donald Barry Boyd, M.D.



6                    MS. FORGIE:  Objection.

7          A     Not --

8     BY MR. SLONIM:

Donald Barry Boyd, M.D.



Donald Barry Boyd, M.D.



Donald Barry Boyd, M.D.



13       Q       Let's talk a little bit about her -- her

14   exposure to Roundup.

15               When do you believe that Ms. Perkins

16   started using Roundup?

17       A       We'll get to that.  And that was --

18               Of course, Ms. Perkins had a large number

19   of residences and moves.  By her history, she was --

20   one of her hobbies was gardening.  And so she

21   mentioned that she lived in multiple residences and

22   began using Roundup at each of those residences

23   beginning in 1981.

24               And that was in Arlington, Texas, where

25   she had -- at one point had a residence.  She moved

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Donald Barry Boyd, M.D.

1    to California.

2         Q     Doctor, let me just --

3         A     Yes.

4         Q     -- cut you off in the interest of time.

5         A     Sure.

6         Q     And if you need to recount more, by all

7    means.  I didn't mean --

8         A     Right.

9         Q     -- but in the interest of time.

10              So the -- I just want to place right now

11   the start date as -- as 1981 --

12        A     Correct.

13        Q     -- according to the information that you

14   reviewed?

15        A     Right.  Correct.

16        Q     And is it your understanding that she --

17   that her only use of Roundup, her only exposure, was

18   as a person who rented or owned homes?  So it was

19   all residential usage?

20        A     Correct.

21        Q     And is it your understanding that her

22   annual use, according to what you've reviewed or

23   been -- you've reviewed, consisted of about one

24   gallon, plus three handheld sprayers, per year?

25        A     Correct.

Donald Barry Boyd, M.D.

1        Q       And when is it your understanding that

2    she last used Roundup?

3        A       She -- until 2012.

4        Q       Now, that's -- would be a little

5    inconsistent with the -- with the



Donald Barry Boyd, M.D.

15          MS. FORGIE:  Objection.

16    A    Correct.

17          MR. SLONIM:  Why don't we go off the

18    record and take a short break.

19          MS. FORGIE:  Sure.

20          THE VIDEOGRAPHER:  This marks the

21    end of media No. 1.  We're going off the

22    record at 10:16 a.m.

23          (Whereupon, there was a recess taken

24          from 10:16 a.m. to 10:35 a.m.)

25          THE VIDEOGRAPHER:  This marks the

Donald Barry Boyd, M.D.

```
 1              start of media No. 2.  We are back on the

 2              record at 10:35 a.m.

 3    BY MR. SLONIM:

 4        Q    Dr. Boyd, I -- I wanted to talk about

 5    some risk factors for cancer and non-Hodgkin's

 6    lymphoma.  So let's start with age.

 7              You agree with me that cancer is a

 8    function of age in the sense that as patients get

 9    older, their risk of cancer increases; correct?

10        A    Correct.

11        Q    And if we specifically focus on

12    non-Hodgkin's lymphoma, you would agree that a

13    person's risk of developing NHL increases as they

14    age?

15        A    In general, yes.

16        Q    And we talked about some of this

17    yesterday, but as people age, their cells undergo

18    replications or more replications as they age.  And

19    in particular the B-cells, which are the cells that

20    can be affected in non-Hodgkin's lymphoma, undergo

21    more replications, and a random mutation associated

22    with replication can result in cancer; is that

23    correct?

24              MS. FORGIE:  Objection.

25        A    Correct.
```

Donald Barry Boyd, M.D.

```
 1              And to fill in a little, that -- that --
 2   that association is common for both endogenous and
 3   exogenous mutation exposures.
 4              So, for instance, there's a very
 5   well-defined risk curve over time for smokers who
 6   don't get lung cancer within the first five years of
 7   smoking.  Their risk spans decades.  And you can
 8   actually show the curve shift based on the age in
 9   which they first started smoking.
10              So -- and the presence of exogenous
11   exposures still follows that same age-adjusted risk
12   over time because of the time it takes those
13   mutations, where -- wherever they occur, to build up
14   to the point where they in- -- induce a -- what we
15   call a driver mutation that activates and triggers
16   rapid growth and the onset of the malignancy.
17   BY MR. SLONIM:
18        Q    Now, Ms. Perkins, you indicated, was ███
     ███  ████████████  at the time she was diagnosed with
20   non-Hodgkin's lymphoma; correct?
21        A    Correct.
22        Q    And so her -- her non-Hodgkin's lymphoma
23   could have developed simply as a result of her age;
24   correct?
25                   MS. FORGIE:  Objection.
```

Donald Barry Boyd, M.D.

1      A      In the -- in the absence of the context

2   of her exposures, that's clearly possible.

3   BY MR. SLONIM:

4      Q      And -- and, in fact, in the 60s, that's

5   the most common age for someone to be diagnosed with

6   non-Hodgkin's lymphoma; correct?

7      A      Correct.

8   ■                ████████████████████████████

    ■   ████████████████████

    ■                 ██████████████████████████████

    ■   ████████████████████████████████████

    ■   ██████████████████████████████████████

    ■   ████████████████████████████████

    ■      ████████████

    ■      ■    ████████

16                MS. FORGIE:  Objection.

17   BY MR. SLONIM:

    ■      ■    ██████████████████████████

    ■   ████████████████████████████

    ■   ██████████████████████████████████████

    ■   ██████████████████████████████

    ■              ████████████   ██████████████

    ■      ■    ██████████████████████████████

    ■   ██████████████████████   ████████████

    ■   ██████████████████████████

Donald Barry Boyd, M.D.

```
 1   BY MR. SLONIM:

 2       Q    But in other words, it's not just a risk

 3   factor?  It is a -- a causative risk factor;

 4   correct?

 5                   MS. FORGIE:  Objection.  Asked and

 6             answered.

 7                   You can answer again.

 8       A    It's in the causal chain, but it isn't

 9   itself necessarily the cause.

10                   (Whereupon, Defendant's Exhibit No.

11                   5, "Insulin and Cancer," was marked

12                   for identification.)

13   BY MR. SLONIM:

14       Q    I've marked as Deposition Exhibit No. 5

15   an article --

16                   MS. FORGIE:  Do you have one for me?

17                   Oh.

18   BY MR. SLONIM:

19       Q    -- an article that you authored entitled

20   "Insulin and Cancer."

21                   Do you have that in front of you?

22       A    I sure do.

23       Q    And this is an article that you authored;

24   correct?

25       A    Correct.
```

Donald Barry Boyd, M.D.

```
 1       Q      And I wanted to go through some of this
 2   and have you elaborate, please.
 3              Do you -- take -- take a look, please, on
 4   the first page on the left-hand side underneath the
 5   abstract, there's a first full paragraph.
 6              Do you see that?
 7       A      Yup.
 8       Q      And in the middle -- in the middle of
 9   that first full paragraph on the left-hand side, you
10   write a sentence, and I'm going to quote it.  "This
11   study" -- meaning a prior study you had
12   referenced -- "was preceded by a growing body of
13   evidence linking both cancer etiology and prognosis
14   to the obese state."
15              Do you see that sentence?
16       A      I do.
17       Q      And did I read it correctly?
18       A      You did, yes.
19       Q      Now, I want to unpack that a little bit.
20              The word "etiology," that's a medical
21   term for causation; correct?
22       A      Correct.
23       Q      So in this article, you're stating that a
24   growing body of medical evidence links cancer
25   causation to the obese state; correct?
```

Donald Barry Boyd, M.D.

```
 1      A     Correct.

 2      Q     You agree with me that there are medical

 3 studies, many of which you cite in this article,

 4 that show that obesity causes physiological changes

 5 that promote the growth of cancer cells, including

 6 blood cancers and non-Hodgkin's lymphoma; correct?

 7             MS. FORGIE:  Objection.

 8      A     That play a role.  Correct.

 9 BY MR. SLONIM:

10      Q     Okay.  And directing your attention,

11 please, to the abstract.

12      A     Uh-huh.

13      Q     And it looks like the -- the third

14 sentence down --

15      A     Yes.

16      Q     -- you state, "Recent evidence supports

17 the role of insulin and IGF-1" -- that's insulin

18 growth factor 1 -- "as important growth factors

19 acting through the tyrosine kinase growth factor

20 cascade and enhancing tumor cell proliferation."

21 Let's stop there.

22             Did I read that correctly?

23      A     You did.

24      Q     Insulin and IGF-1, these are hormones

25 that are produced by the body; correct?
```

Donald Barry Boyd, M.D.

1      A      Correct.

2      Q      And these hormones, both insulin and

3  insulin growth factor 1, are growth factors, meaning

4  that they stimulate cells to proliferate; right?

5      A      In the presence of receptors on the cell

6  surface, they may activate and enhance

7  proliferation.

8      Q      And we've talked about this some, but

9  when a person is obese, their bodies naturally

10 respond by producing large amounts of insulin and

11 insulin growth factor 1; correct?

12     A      Correct.  Or it raises the IGF-1.

13     Q      And they contribute to cancer by, among

14 other things, causing tumor cells to proliferate;

15 correct?

16     A      Correct.

17 ███    ██        ████████████████████████████████████

18 ██  █████████████████████████████████████████████████

19 ██  ████████████████████████████████

20 ██      █        ██████████████

21              MS. FORGIE:  Objection.

22     A      Yes.

23 BY MR. SLONIM:

24 ██      █        ███████████████████████████████████

25 ██  █████████████████████████████████████████████████

Donald Barry Boyd, M.D.



15    BY MR. SLONIM:

Donald Barry Boyd, M.D.



```
10        A     No, it's not.

11              MS. FORGIE:  No.

12        A     That's that -- that is a later stage.

13

18   BY MR. SLONIM:
```

Donald Barry Boyd, M.D.



2          MS. FORGIE:  Objection.

3     A     No.

12          MS. FORGIE:  Thank you.

13          COURT REPORTER:  Six.

14          MS. FORGIE:  Thank you.

15  BY MR. SLONIM:

16     Q

22          Do you have that in front of you?

23     A     Yes.

24     Q     And you've read this article before, of

25  course?

Donald Barry Boyd, M.D.

```
 1      A     Yes.

 2      Q     And, in fact, you cite this article in

 3   your expert report in this matter; correct?

 4      A     Correct.

 5      ▌    ████████████████████████████████████

 █  ██████████████████████████████████████

 █  ██████████████████████████████████████

 █  ██████████████████████████████████████

 9      A     Yes.

10      ▌    ████████████████████████████████████

 █  ██████████████████████████████████████

 █  ██████████████████████████████████████

 █  ██████████████████████████████████████

 █  ██████████████████████████████████████

 █  ████████████

16      A     Yes.

17      Q     Let me ask you to turn to, please --

18   turn, please, to page 538.

19      A     Uh-huh.

20      Q     Did I yellow highlight the page?

21      A     538?

22      Q     Yeah.  On the right hand-side is the

23   yellow highlighting?

24      A     No.

25            MS. FORGIE:  No.
```

Donald Barry Boyd, M.D.

```
 1        A       Not me.

 2                MR. SLONIM:  Okay.  My legal

 3        assistant didn't follow instructions,

 4        but --

 5                MS. FORGIE:  What a shock?

 6                MR. SLONIM:  No problem.  I'll talk

 7        to him -- I'll talk to him tomorrow.

 8                MS. FORGIE:  I knew it was a guy.

 9   BY MR. SLONIM:

10        Q       So, Doctor, on the -- on page 538 of this

11   article, on the right-hand side towards the lower

12   part of the page, the authors talk about the

13   mechanisms, the pathophysiology by which body

14   fatness and obesity are linked to blood cancers,

15   including non-Hodgkin's lymphoma; correct?

16        A       Correct.

17        Q       And what I'd like to do is walk through

18   several of those sentences with you and break them

19   down so we can understand medical -- understand the

20   medical terminology that's used.

21                Do you see the sentence that says, ███

     ██ ███████████████████████████████████████████████

     ██ ███████████████████████  let me -- let me do

24   this.

25                Do you see that sentence?
```

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

Donald Barry Boyd, M.D.

```
 1     A      ███████████      right.  Uh-huh.

 2     Q      Doctor --

 3     A      Connected resistent --

 4     Q      Doctor, can I ask you -- I'm going to ask

 5   you to read several of those sentences, starting

 6   with that one.

 7            Can I ask you, please, to read that

 8   sentence aloud into the record?  And then I'm going

 9   to ask you questions about the terms -- terminology

10   there.

11     A      Shall I start from "There are several

12   potential"?

13     Q      No, sir.  Please start with ████████

██ ████████████████████████████████████████████████████

██ ██████████████

16     A      "There are several" --

17            MS. FORGIE:  Wait.  Can you just

18        tell me exactly where you are?

19            THE WITNESS:  We're in the second-to

20        last paragraph, halfway through -- a

21        little -- one --

22            MS. FORGIE:  I got it.

23            THE WITNESS:  -- two-thirds of the

24        way --

25            MS. FORGIE:  Got it.  Okay.  Thank
```

Donald Barry Boyd, M.D.

1            you.

2    ████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

9    BY MR. SLONIM:

10       Q    Do you -- first of all, do you agree with

11   those two sentences?

12       A    Generally, yes.

13       Q    And can you tell us, just briefly, how it

14   is that ██████████████████████████████████

████████████████████████  are linked to an increased

16   risk of blood cancers, including non-Hodgkin's

17   lymphoma?

18   ████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

████████████

████████████████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████████████

Donald Barry Boyd, M.D.

```
 1        A      Right.

 2     ████    ███████████████████████████

 ██  █████████████████████████████

 4        A      Correct.

 5              MS. FORGIE:  Objection.

 6   BY MR. SLONIM:

 7        Q      And in that -- can you read aloud the

 8   next sentence, please?

 9        A      I should never have closed down the

10   paper.

11        Q      Well -- yeah.  I'm going to walk through

12   all the sentences in that paragraph.

13              MS. FORGIE:  You can open it all the

14              way.

15     ████    ████████████████████████████

 ██  ██████████████████████████████████████

 ██  ██████████████████████████████████

 ██  █████████████████████████████████

 ██  █████████████████████████

20   BY MR. SLONIM:

21        Q      Do you agree with that sentence?

22        A      Yes.

23        Q      Hematopoietic cells, those are the cells

24   that are involved with blood cancer, including

25   non-Hodgkin's lymphoma; correct?
```

Donald Barry Boyd, M.D.



1       A       Correct.

2       Q       And ███████ is associated with ████████;

3  correct?

4       A       Correct.

5       Q       ████████████████████████████████████

██ ████████████████████████████████████████

██ ████████████████████████████████

8       A       Right.

9               MS. FORGIE:  Objection.

10  BY MR. SLONIM:

11      Q       ███████████████████████████████████

██ ████████████████████  correct?

13      A       Correct.

14      Q       ████████████████████████████████████

██ ██████████████████████████████████

16      A       Correct.

17      █ ████████████████████████████████████

██ ████████████████████████████████████

██ ███████████████████████████████████

██ ██████████████████████

21              MS. FORGIE:  Objection.

22      █   █████   ███████████████████████████

██ █████████████████████████████████████

██ ████████████████████████

██

Donald Barry Boyd, M.D.

1   BY MR. SLONIM:

2        Q    Would you, please, read about the --

3   please, read aloud the next sentence.



8        Q    You agree with that statement; correct?

9        A    Yes and no.

10       Q    Well, let's break it down first.

13       A    Correct.

20       A    Correct.

24       A    Correct.

Donald Barry Boyd, M.D.

1 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

2            MS. FORGIE:  Objection.

3       ▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮ ▮▮▮▮▮▮▮▮▮▮▮▮

5 BY MR. SLONIM:

6       Q     So you disagree?

7       A     I disagree with that.

8       Q     Okay.  The author -- the authors

9 published this in a medical journal in February of

10 2- --

11      A     Rismo.

12      Q     -- February of 2019; correct?

13      A     Correct.

14      Q     But you disagree with that sentence?

15      A     I do.

16      Q     Okay.  And let's read the next sentence

17 aloud, please.

18      ▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

22      Q     Do you agree with that?

23      A     Not completely.

24      Q     What do you disagree with?

25      ▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Donald Barry Boyd, M.D.



1

21          I could probably find that, that risk.

22

Donald Barry Boyd, M.D.

9        A     There's a --

10                   MS. FORGIE:  Objection.

11        A     -- an association.

12   BY MR. SLONIM:

13        Q     Well, it reports a statistically

14   significant increased risk; right?

15        A     Along with --

16                   MS. FORGIE:  Wait.

17                   Objection.  Asked and answered.

18                   You can answer it again.

19        A     Along with height, as I mentioned, that

20   these generally do not represent always the causal

21   factors, but may be linked to it.  So they may not

22   alone explain risk 'cause they're -- the relative

23   risk is present but still small.

24   BY MR. SLONIM:

25        Q     There are other articles besides this

Donald Barry Boyd, M.D.

1    article that reports a statistically significant

2    increased risk like -- ███████████████████

███    ████████████████████████ correct?

4         A    The association, yes.

5         Q    And this article describes some of the

6    mechanisms by which ████████████████████████████

███    ████████████████████████ correct?

8              MS. FORGIE:  Objection.

9         A    Yes.

10   BY MR. SLONIM:



Donald Barry Boyd, M.D.



11          MS. FORGIE:  Objection.

12          We need a time frame on this,

13     Counsel.

14

15

16

17          MS. FORGIE:  Yeah.  But I'm in not

18     allowed to say it.

19     A    Yes.  Yes.

20          I mean, that's true that --

21          MS. FORGIE:  I made my objection.

22

23

24

25

Donald Barry Boyd, M.D.



Donald Barry Boyd, M.D.



Donald Barry Boyd, M.D.



Donald Barry Boyd, M.D.



Donald Barry Boyd, M.D.



Donald Barry Boyd, M.D.



Donald Barry Boyd, M.D.



Donald Barry Boyd, M.D.



Donald Barry Boyd, M.D.



Donald Barry Boyd, M.D.

11          MS. FORGIE:  He's right.  You have

12          to let him finish.

13          THE WITNESS:  Oh, I didn't even

14          think I was saying anything.  Sorry.  I

15          was just changing the page.

16          MS. FORGIE:  No.  It's okay.  It's

17          hard to do.

18   BY MR. SLONIM:

19      Q    I understand when we -- when we speak,

20   this happens all --

21      A    That was an accident.  That wasn't even

22   meant to be speaking.

23          Go ahead.  I'm sorry.

24      Q    This happens all the time.  It's tough

25   for the court reporter --

Donald Barry Boyd, M.D.

1      A      Right.

2      Q      -- when we're trying to get a -- a

3   logical question --

4      A      Absolutely.

5      Q      -- and answer out.

6               MS. FORGIE:  But you're doing fine.



Donald Barry Boyd, M.D.



Donald Barry Boyd, M.D.



Donald Barry Boyd, M.D.



Donald Barry Boyd, M.D.



Donald Barry Boyd, M.D.



Donald Barry Boyd, M.D.



10        MR. SLONIM:  Let's mark as

11    Deposition Exhibit No. 8 ████████████

████    ████████

13        (Whereupon, Defendant's Exhibit No.

14    8, ████████████ was marked for

15    identification.)

16        MS. FORGIE:  Thank you.

17  BY MR. SLONIM:

18    Q    Doctor, if you'd turn, please, to page 2,

19  the middle of the page, this indicates the

20  indications; correct?

21    A    Correct.

22    Q    And the only indication, meaning the only

23  purpose for which ██████████████████

████  ██████████████████ correct?

25    A    Correct.

Donald Barry Boyd, M.D.



10    BY MR. SLONIM:

11        Q      Why not?

12        A      It is routine for physicians to use

13    medications for other indications even when the

14    guidelines don't specify that.

15

20        A      Not -- not the notes that I reviewed,

21    so --

Donald Barry Boyd, M.D.



Donald Barry Boyd, M.D.

████

████

         3            MS. FORGIE:  Bert, just so you know,

         4       my -- my Exhibit 7, the label starts on

         5       page 3; is that right?

         6            Do you see on the top left?  Is that

         7       what you meant?  Is that what you meant?

         8            Because I'm looking for a date for

         9       this label.  I couldn't find one, and

        10       then I noticed it was page 3.

        11            MR. SLONIM:  What I did -- yeah.  It

        12       looks like this may have come off the

        13       NDA.

        14            What I did was went to the Internet

        15       and punched in prescription information,

        16       ████     and got what I thought was the

        17       professional label and printed it out.

        18            MS. FORGIE:  Yeah.  I'm just saying,

        19       you and I both have long experience with

        20       labels, and they usually have dates on

        21       stuff on them --

        22            MR. SLONIM:  It looks like --

        23            MS. FORGIE:  -- which I don't see.

        24            MR. SLONIM:  It looks like this

        25       comes from the NDA, just looking at the

Donald Barry Boyd, M.D.

```
 1                 top.

 2                     MS. FORGIE:  Oh, I see what you're

 3                 looking at.  I see that now.

 4                     I just don't think it's a -- it's a

 5                 complete label.

 6                     I -- I'm going to object.  I'm not

 7                 going to instruct him not to answer.

 8                     I mean, do you see a date on it?  Am

 9                 I missing it?

10                     MR. SLONIM:  It looks like this is

11                 from the NDA.  It may have been a

12                 proposal.  I --

13                     MS. FORGIE:  I see what you're

14                 looking at, where it says "NDA 20" at the

15                 top?

16                     MR. SLONIM:  Yeah.

17                     MS. FORGIE:  Yeah.

18                     MR. SLONIM:  Well, before we --

19                     MS. FORGIE:  Anyway --

20                     MR. SLONIM:  Before we close the

21                 deposition, I might try to make -- see if

22                 we can find a more current label.

23         BY MR. SLONIM:
```

■       ■      ████████████████████████████

■   ████████████████████████████████████████

Donald Barry Boyd, M.D.



Donald Barry Boyd, M.D.



17      A      Correct.

18      Q      So that would be something that you would

19   want to consider; correct?

20                  MS. FORGIE:  Objection.

21      A      Correct.

22   BY MR. SLONIM:

23      Q      Let's talk about some of the types of

24   tests that you -- medical tests that have been done

25   on Ms. Perkins.

Donald Barry Boyd, M.D.

1                None of Ms. Perkins' blood tests have

2       shown the presence of glyphosate; is that correct?

3            A       Correct.  And generally, the timing of

4       exposure versus the timing of diagnosis are often

5       completely unrelated.

6            Q       But in any event, looking at the entire

7       body of medical records that have been presented to

8       you, there's not a single blood test that reports

9       the presence of glyphosate; correct?

10           A       Correct.  And, again, it -- it's

11      unrelated for risk for glyphosate.

12           Q       And you'll agree with me that none of her

13      urine tests shows the presence of glyphosate;

14      correct?

15           A       Correct.

16           Q       And no fecal test shows the presence of

17      glyphosate; correct?

18           A       Correct.

19               Again, the timing of exposure versus the

20      timing of diagnosis can often be off by years.  And

21      so by the time the diagnosis occurs, the exposure is

22      well past.

23           Q       None of the pathological analyses of

24      Ms. Gaitwood's [sic] cancer shows the presence of

25      glyphosate; correct?

Donald Barry Boyd, M.D.

1    A    Correct.

2    Q    No study of any type shows the presence

3  of glyphosate in Ms. Perkins' system; correct?

4    A    Correct.

5    Q    There's no biomarker that points to

6  glyphosate as the cause of Ms. Perkins' cancer;

7  correct?

8    A    Correct.

9    Q    There's no genomic test that points to

10  glyphosate or Roundup as the cause of Ms. Perkins'

11  cancer; correct?

12    A    Correct.

13    Q    There's no pathology test, examination,

14  medical test, or biomarker that demonstrates that

15  either glyphosate or Roundup caused or contributed

16  to Ms. Perkins' non-Hodgkin's lymphoma; correct?

17    A    No.  There -- there essentially aren't in

18  any cases of this association because of the nature

19  of the difference between timing of exposure and the

20  origins of disease.  These diseases are multistage

21  and occur over a period of years, rather than

22  immediately before.

23         You made the point about the patient not

24  being exposed for two to three years before her

25  diagnosis, and that is -- no way obviates the risk

Donald Barry Boyd, M.D.

1    of longer-term exposures over time.

2         Q     But focusing specifically on diagnostic

3    tests --

4         A     Right.

5         Q     -- there's no pathological test, no

6    medical test, no genomic test, no biomarker, nothing

7    of any type that's -- identifies either Roundup or

8    glyphosate as causing or contributing to Ms. -- Ms.

9    Perkins' non-Hodgkin's lymphoma; correct?

10                   MS. FORGIE:  Objection.  Asked and

11              answered.

12                   You can answer it again.

13        A     Yes.

14   BY MR. SLONIM:

15        Q     You've reviewed all of Ms. Perkins'

16   medical records.  There's not a single medical

17   record for Ms. Perkins that states that Roundup or

18   glyphosate caused or contributed to her

19   non-Hodgkin's lymphoma; correct?

20                   MS. FORGIE:  Objection.  Asked and

21              answered.

22                   You can answer it again.

23        A     Correct.

24              Lymphoma doctors don't generally spend

25   time understanding etiology and risk.  They focus on

Donald Barry Boyd, M.D.

1   management and treatment.  So it's not uncommon for

2   that.

3   BY MR. SLONIM:

4       Q     None of Ms. Perkins' treating doctors

5   told her that Roundup or glyphosate even caused or

6   contributed to her non-Hodgkin's lymphoma; correct?

7       A     Correct.

8       Q     Doctor, if you saw a patient with the

9   same medical history as Goldie Perkins, except that

10  she was not exposed to Roundup, what would you say

11  caused her non-Hodgkin's lymphoma?

12              MS. FORGIE:  Objection.

13      A     I would have to see the case to be able

14  to make that.  There's no such thing as an identical

15  patient --

16  BY MR. SLONIM:

17      Q     I want you to --

18      A     -- except without the glyphosate.

19  BY MR. SLONIM:

20      Q     I want you to assume -- I want you to

21  assume exactly the same medical history, precisely,

22  except for one thing:  Never used Roundup.

23              MS. FORGIE:  Objection.  Asked and

24              answered.  That's the exact same question

25              you just asked.

Donald Barry Boyd, M.D.

```
1      A    I --
2                MS. FORGIE:  You can answer it
3           again.
4      A    I wouldn't be able to answer that.
5  BY MR. SLONIM:
6      Q    Why not?
7      A    Because in the absence of something that
8  I believe plays a role as a carcinogen, I wouldn't
9  know what other factors were contributory.
10     Q    So you would say that it -- you would say
11 it -- you would say it would be impossible?
12          You're saying a person with the exact
13 same medical history as -- as Ms. Perkins, never
14 being exposed to Roundup, would -- could not have --
15 could not have developed non-Hodgkin's lymphoma?
16                MS. FORGIE:  Wait.
17                Objection.  Asked and answered two
18           or three times already.
19                You can answer it again.
20     A    Risk factors raise risk.  They don't
21 eliminate -- the absence of risk factors don't
22 eliminate risk.
23          So having a risk factor puts her at a
24 high risk for developing a malignancy.  This is very
25 different than saying, You will never get cancer if
```

Donald Barry Boyd, M.D.

1    you -- nonsmokers get lung cancer.

2    BY MR. SLONIM:

3        Q    So either I'm not asking my question

4    clearly or you're not answering it.

5             The question is:  If you have a patient

6    present with precisely the same set of medical

7    records that Ms. Perkins presents with, but she was

8    never exposed to Roundup, what would you say caused

9    her non-Hodgkin's lymphoma?

10               MS. FORGIE:  Objection.  Asked and

11            answered three or four times now?

12            You can answer it again.

13            But it's bordering on argumentative.

14            You can answer it again.

15       A    I would tell her that I can't precisely

16   tell her what caused it.

17   BY MR. SLONIM:

18       Q    Why not?

19       A    Because I can't -- within the context of

20   her history, ███████ may risk a small amount, but

21   that may not be causal.

22            The origins of mutations may be

23   environmental, and I can't predict which ones

24   were -- might have played a role, as well as

25   endogenous.

Donald Barry Boyd, M.D.

```
 1              And so it would be difficult in that
 2   context to highlight anything that did not represent
 3   a high level of exposure.
 4        Q    Okay.  So, Doctor, there are numerous
 5   subtypes of non-Hodgkin's lymphoma; correct?
 6        A    Correct.
 7        Q    And what particular -- I think we talked
 8   about it, but what particular subtype or subtypes
 9   did Ms. Perkins have?
10        A    She had a high-grade follicular lymphoma,
11   grade 3, which was the majority of her tumor, but
12   she had a component of diffuse large B-cell
13   lymphoma.
14              MS. FORGIE:  Bert, if you're going
15         to go much longer, I'm sorry, but I have
16         to take a short break.
17              MR. SLONIM:  Sure.  We can take a --
18              MS. FORGIE:  But -- but let's take a
19         really fast break.
20              MR. SLONIM:  You're going to make --
21         you're going to make -- you're going to
22         make your plane without any problem.
23              THE VIDEOGRAPHER:  This marks the
24         end of media No. 2.  We're going off the
25         record at 11:30 a.m.
```

Donald Barry Boyd, M.D.

```
 1                    (Whereupon, there was a recess taken
 2               from 11:30 a.m. to 11:43 a.m.)
 3                    THE VIDEOGRAPHER:  This marks the
 4               start of media No. 3.  We're back on the
 5               record at 11:43 a.m.
 6    BY MR. SLONIM:
 7         Q    Okay.  So, Doctor, just to refresh -- and
 8    I'm looking back at your prior answer -- I was
 9    asking you about what type of -- what type or
10    subtypes of N -- NHL Ms. Perkins had, and you
11    indicated that she had a high-grade follicular
12    lymphoma, which was the majority part of the lesion,
13    but she also had some part that was diffuse large
14    B-cell; is that correct?
15         A    Correct.
16         Q    In your opinion, are those two separate
17    types of cancer or is it a situation of follicular
18    lymphoma that's being transformed into DLBCL?
19         A    In the context that there geographic
20    approximation, it's clearly most likely be a
21    transformation from one to the other.
22         Q    Okay.  And just so we understand this, in
23    the medical literature there are reports established
24    that in some instances a patient that has follicular
25    lymphoma which tends to be an indolent disease that
```

Donald Barry Boyd, M.D.

1    that can actually undergo transformation in the body

2    and portions of it progress or develop into a more

3    aggressive form called DLBCL; is that correct?

4         A    Correct.

5         Q    And that -- and in your view, is that's

6    what's going on as opposed to having two different

7    forms of non-Hodgkin's lymphoma?

8         A    Yes.  There are molecular ways to

9    document that through genetic testing and profiling

10   of the two.  But generally, in the context of her

11   case, it's most overwhelmingly more likely than

12   lightening striking twice in one spot, as they say.

13        Q    Now, Doctor, there's no medical

14   literature that reports that Roundup or glyphosate

15   is associated with follicular non-Hodgkin's lymphoma

16   that transforms into DLBCL; is that correct?

17                  MS. FORGIE:  Objection.

18                  Mischaracterizes the --

19        A    Within the --

20                  MS. FORGIE:  -- literature.

21        A    Within the con- --

22                  MS. FORGIE:  Wait.  Wait.

23                  You've got to let me finish my

24             objection.

25                  THE WITNESS:  Sorry.

Donald Barry Boyd, M.D.

```
 1                    MS. FORGIE:  Objection.

 2                Mischaracterizes the literature.

 3        A      Within the context of the literature,

 4   it -- the risks are -- have been shown to be lower

 5   compared to the diffuse large cell.

 6                However, in the context of the larger

 7   issue of lymphomas in general, it is within the

 8   family of diseases that have been -- can be

 9   potentially associated with mito- -- with mutational

10   exposures to age as it can increase the risk.

11   BY MR. SLONIM:

12        Q      I may have -- I may have been unclear in

13   my question.

14                If we focus specifically on non-Hodgkin's

15   lymphoma of a type follicular, which transforms into

16   type DLBCL, there are no medical studies that link

17   Roundup or glyphosate to that particular type of

18   non-Hodgkin's lymphoma; correct?

19                    MS. FORGIE:  Objection.  That's the

20                exact same question.  Asked and answered.

21                You can answer it again.

22        A      As I mentioned, in the global nature of

23   lymphoma, you look at the pattern of lymphoma risk

24   that have been associated in different case-control

25   studies.  Each are -- you have hairy -- hairy cell
```

Donald Barry Boyd, M.D.

```
 1   leukemia.  You have DLBCL.  You have myeloma.  Each

 2   one is a distinct subtype of -- of B-cell lymphoma

 3   and don't have an association.

 4            So to argue that there's no possible

 5   association with follicular would be an

 6   overstatement because of the small size of these

 7   individual studies.

 8   BY MR. SLONIM:

 9        Q    Doctor, I'm going to mark as Deposition

10   Exhibit No. --

11                COURT REPORTER:  Nine.

12   BY MR. SLONIM:

13        Q    -- 9 your materials considered list.

14                (Whereupon, Defendant's Exhibit No.

15                9, Materials Considered List, was

16                marked for identification.)

17   BY MR. SLONIM:

18        Q    Can you identify --

19                MS. FORGIE:  Do you have an extra

20            one?

21                MR. SLONIM:  Somewhere.

22   BY MR. SLONIM:

23        Q    While we're looking for it, Doctor, the

24   question I'm going to ask you is if you can identify

25   any study on your materials considered list that
```

Donald Barry Boyd, M.D.

1    links specifically glyphosate or Roundup to

2    follicular non-Hodgkin's lymphoma that transforms

3    into DLBCL?

4            Let me find -- while you're doing that,

5    I'm going to try to find a copy of the materials

6    considered list for counsel.

7                MS. FORGIE:  So you want him to go

8            through this whole reference list?

9                MR. SLONIM:  I want him -- I want

10           him -- I want him to see if he can -- if

11           he can point to a single study where they

12           say exposure to Roundup or glyphosate

13           increases the risk of follicular lymphoma

14           transforming into DLBCL.

15       A    Not specifically that sub-feature.

16   BY MR. SLONIM:

17       Q    Okay.  Thank you.

18                MR. SLONIM:  Kathryn --

19                MS. FORGIE:  That's okay.  Don't

20           worry about it --

21                MR. SLONIM:  Okay.

22                MS. FORGIE:  -- seriously, Bert.  I

23           just thought -- usually you have extras.

24           So I -- it's the one thing I forgot to

25           bring.

Donald Barry Boyd, M.D.

```
 1                    MR. SLONIM:  I think I have an extra
 2          somewhere --
 3                    MS. FORGIE:  Don't worry about it.
 4                    MR. SLONIM:  -- but I -- sorry.  I
 5          can't find it.
 6                    MS. FORGIE:  That's all right.
 7          Don't worry about it.  I thought I had
 8          one, too.
 9   BY MR. SLONIM:
10       Q    Doctor, you agree with me that
11   non-Hodgkin's lymphoma can develop basically
12   anywhere in the human body; correct?
13       A    Correct.
14       Q    And you agree with me that there is no
15   medical literature that reports that Roundup or
16   glyphosate is associated with non-Hodgkin's lymphoma
17   that's specifically localized in the uterus or
18   cervix; correct?
19       A    Correct.
20       Q    Can you just briefly describe the
21   treatment that Ms. Perkins received?
22                    And if you want to refer to your report,
23   you can.  I just want an overview.
24       A    Overview.
25       Q    And if we need to dig down, we can.
```

Donald Barry Boyd, M.D.

1      A     Yeah.

2            She -- because she had a component large

3      B-cell lymphoma and, of course, what she needed

4      prior -- after diagnosis was a total hysterectomy

5      from -- to essentially surgically remove the area

6      involved.

7            Postoperatively, she went on to a

8      chemotherapy regimen that's traditionally used for

9      aggressive B-cell lymphomas, which is rituximab and

10     CHOP, C-H-O-P.  She received six cycles of that

11     treatment.

12           Because she had no residual pelvic

13     disease at the time of that surgery, she did not

14     receive follow-up radiation, which would often be a

15     treatment for a residual tumor that's localized.

16           She -- because she had a follicular

17     component, she went on to receive maintenance with

18     rituximab alone as a single agent, which are

19     generally given for two years, which she received.

20     And then she continued to have follow-up after that.

21     Q     In your opinion, is that a medically

22     appropriate treatment that she received?

23     A     Yes.

24     Q     Do you have any criticisms of her

25     treatment?

Donald Barry Boyd, M.D.

1      A      No.

2      Q      Does she have any side effects, adverse

3   reactions that you would consider persistent from

4   her treatment?

5      A      She did describe having some increase in

6   pain, which is not unusual in the setting of

7   ███████████   ████████████████████

   ██████████████████████████

   ██████████████████████████████

   ████████

11             ███████████████   ████████████

   ██████████████████████████

   ██████████████████████████████

   ███████████████   ████████████

   ██████████████████████████

   ██████████████████

17      Q      She's -- for how long has she been in

18   remission?

19      A      She is now post rituximab, would be, I

20   think, about three years.

21             Let's see the last dose of her Rituxan.

22             Yes.

23      Q      And about five years post R-CHOP?

24      A      Yes.  She completed R-CHOP four years ago

25   in February.  It would be five years next -- next

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

Donald Barry Boyd, M.D.

1  February.

2      Q     And according to the records you've

3  reviewed, has there been any evidence of a

4  recurrence or progression, new disease, anything

5  like that?

6      A     No.

7      Q     Given the -- well, let me rephrase it.

8            Can you describe her prognosis simply

9  with respect to her NHL?  And put aside any of the

10  underlying disease and comorbidities associated with

11  underlying diseases, but if you focus simply on her

12  NHL, non-Hodgkin's lymphoma, what is her prognosis?

13      A     It is generally good, but still

14  unpredictable because of the nature of the

15  follicular component.  So even with localized

16  follicular, there are some patients who recur

17  because of the existence of residual cells that are

18  not seen.

19            So we always -- we never tell a person

20  with follicular lymphoma that we can guarantee that

21  they're cured of their disease, compared to patients

22  with isolated large B-cell lymphoma that, after five

23  years, you can often predict that they have a much

24  lower risk of recurrence.

25      Q     Is it fair to say that Ms. Perkins is at

Donald Barry Boyd, M.D.

███████████████████████████████████

███████████████████████████████████

███████████████████████████

4            MS. FORGIE:  Objection.  Calls for

5       speculation.

6     A      And, again, I would agree it's

7  speculative.

8            If she were to recur, her treatment would

9  be more -- depending on the location and the extent

10  of recurrence, would be a substantial morbidity

11  to -- and potentially mortality risk given her prior

12  treatments and her -- and the risks that she would

13  have with treatment based on her preexisting

14  conditions.

15            MR. SLONIM:  What exhibit number are

16       we up to?

17            COURT REPORTER:  Ten.

18            (Whereupon, Defendant's Exhibit No.

19            10, Statistical Information compiled

20            by the National Cancer Society, was

21            marked for identification.)

22            MS. FORGIE:  So while you're marking

23            this, I'm just going to run out and tell

24            them that I'll be a little bit -- a

25            little bit late.  So they'll -- it's such

Donald Barry Boyd, M.D.

1              a weird company --

2                   MR. SLONIM:  Okay.

3                   MS. FORGIE:  -- because they screwed

4              up, and they --

5                   MR. SLONIM:  Okay.  Let's -- let's

6              go off the record for a minute.

7                   MS. FORGIE:  Oh, this is stuck.

8                   THE VIDEOGRAPHER:  Going off the

9              record at 11:55 a.m.

10                  (Whereupon, there was a recess taken

11                  from 11:55 a.m to 11:59 a.m.)

12                  THE VIDEOGRAPHER:  We're back on the

13             record at 11:59 a.m.

14   BY MR. SLONIM:

15      Q    Doctor, we've marked as Deposition

16   Exhibit No. 10 statistical information compiled by

17   the National Cancer Society.

18             Do you have that in front of you?

19      A    Yes.

20      Q    You're familiar with this type of

21   statistical information; correct?

22      A    Yes.  Yeah.

23      Q    So what the National Cancer Society does

24   is they carefully try to collect and track data from

25   many different types of cancer and report it year by

Donald Barry Boyd, M.D.

1    year presented in graphic forms and other forms that

2    help people make sense of it; is that right?

3         A    Correct.

4         Q    And so what I presented here is the -- a

5    recent report, and it's actually -- this looks like

6    this was just printed out a couple days ago, from

7    the NCI regarding statistics for non-Hodgkin's

8    lymphoma.

9              And you've -- you've come across this in

10   the course of your work; right?

11        A    Sure.

12        Q    Of course.

13             And so taking a look at that graph on the

14   first page, that's a line graph?

15        A    Correct.

16        Q    And the top line in the light green, do

17   you see that?

18        A    Yes.

19        Q    And that -- that refers newly reported

20   cases of non-Hodgkin's lymphoma in the United

21   States; correct?

22        A    Correct.

23        Q    And this particular data set, it looks

24   like they started reporting the cases in the year

25   1992; correct?

Donald Barry Boyd, M.D.

1      A      Correct.

2      Q      And then they report on a -- as a data

3  point each year, year by year, through the year

4  2016; correct?

5      A      Correct.

6      Q      And they indicate the yearly counts with

7  that little light green block, and then they draw a

8  line through it to show you the -- the trend;

9  correct?

10      A      Correct.

11      Q      And looking at the data for non-Hodgkin's

12  lymphoma from 1992 till 2016, the line is quite

13  flat, isn't it?

14      A      Correct.

15      Q      In other words, it seems to be reporting

16  a steady pace of newly diagnosed cases of

17  non-Hodgkin's lymphoma at about twenty per hundred

18  thousand people in each of the years, 1992 through

19  2016; correct?

20      A      Correct.

21      Q      Now, Doctor, during this same time

22  period, 1992 to 2016, usage of -- of Roundup

23  increased rather dramatically, didn't it?

24      A      Right.  Correct.

25                (Whereupon, there was a discussion

Donald Barry Boyd, M.D.

```
 1                    off the record.)

 2                    (Whereupon, Defendant's Exhibit No.

 3                    11, Environmental Protection Agency

 4                    Excerpts, was marked for

 5                    identification.)

 6                    MR. SLONIM:  Kathryn.

 7                    MS. FORGIE:  Thank you.  What

 8           number?

 9                    MR. SLONIM:  11.

10    BY MR. SLONIM:

11        Q    Doctor, I've marked as Deposition Exhibit

12    No. 11 excerpts from a publication issued by the

13    United States Department of -- Environmental

14    Protection Agency, I should say, issued on

15    December 12, 2017 regarding glyphosate.

16              Do you have that?

17        A    Yes.

18        Q    And I'm going to ask you just to turn to

19    page 16, which is about halfway into the document.

20    This -- this -- this document runs about 300

21    pages --

22        A    Right.

23        Q    -- and I've just pulled out a couple of

24    pages.  Probably is right --

25        A    Oh, I see, yeah.
```

Donald Barry Boyd, M.D.

```
 1                    MS. FORGIE:  Well, I'm going to --
 2            I'm going to object to this.  This is
 3            supposed to be case specific only.  I
 4            mean, you had him all day yesterday on
 5            general causation.
 6                    What does this got to do with case
 7            specific?
 8                    MR. SLONIM:  I have a couple
 9            questions.  So I --
10                    MS. FORGIE:  I'm going to let him
11            answer a few, but other -- if it goes too
12            far down the general causation, we're --
13            I'm going to object.
14                    MR. SLONIM:  Fine.
15  BY MR. SLONIM:
16       Q    Doctor, is the -- are you with me on page
17  16?
18       A    Correct.
19            The one that follows page 6?
20       Q    Yes.
21       A    So it is an incomplete document.
22       Q    Yeah.
23            I -- Doctor, I --
24       A    I got it.
25       Q    I do have the full -- I have the full
```

Donald Barry Boyd, M.D.

```
 1    document here, but --
 2                    MS. FORGIE:  We don't believe you.
 3    BY MR. SLONIM:
 4       Q    In our business, we kill a lot of trees
 5    for paper, and --
 6       A    Yeah.
 7       Q    -- sometimes we try and -- just try to
 8    minimize the amount of paper we burn through.
 9                    MS. FORGIE:  Just kidding.  I agree
10              with that.
11       A    I appreciate it.
12    BY MR. SLONIM:
13       Q    So according to the EPA, in 1974, when
14    glyphosate was initially registered, use was about
15    1.4 million pounds; correct?
16       A    Correct.
17       Q    And then if we go to 1995, use of
18    glyphosate, according to this document, had
19    increased to 40 million pounds; correct?
20       A    Correct.
21       Q    And then if -- according to this same
22    document on this page, by the year 2000, glyphosate
23    use had more than doubled from 1995, to
24    98 million pounds; correct?
25       A    Correct.
```

Donald Barry Boyd, M.D.

```
 1        Q     And then between the years 2000 and 2014,

 2   it actually, roughly, tripled, going up to between

 3   280 to 290 million pounds; correct?

 4        A     Correct.

 5        Q     So, Doctor, if Roundup causes

 6   non-Hodgkin's lymphoma, then the number of cases of

 7   non-Hodgkin's lymphoma should have increased as

 8   usage -- usage of the product increased; correct?

 9               MS. FORGIE:  Wait.

10               I'm going to object to this.  This,

11          again, is clearly general causation.

12          It's not fair to him.  It also doesn't

13          give him any information about other

14          factors like AIDS that are decreasing.

15          This is completely unfair to him.

16               MR. SLONIM:  Kathryn, just say --

17          just say object.

18               MS. FORGIE:  No.  I'll say whatever

19          I want.  And that's what I'm saying.

20        A     Thank you.

21               It -- it does obscure individual

22   differences.

23               Number two, it obscures the fact that as

24   a -- on a population basis, glyphosate may not

25   contribute to overall risk, but within selected
```

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Donald Barry Boyd, M.D.

1    individuals who may be small in that population with

2    high exposures, who really likely represent a very

3    small population of people relative to the national

4    population, there may be a risk that can be obscured

5    by this data, particularly when other risk factors

6    may decline during that time.

7    BY MR. SLONIM:

8        Q    In any event, you agree that the usage of

9    glyphosate during the period of 1992 to 2016

10   expanded almost exponentially?

11                MS. FORGIE:  Objection.  Asked and

12           answered.

13                You can answer it again.

14                Also, a general causation question.

15       A    Yes.

16   BY MR. SLONIM:

17       Q    Now, Doctor, I just had one more thing I

18   wanted to talk about.

19                (Whereupon, Defendant's Exhibit No.

20                12, Health Canada Statement, was

21                marked for identification.)

22                COURT REPORTER:  Twelve.

23                MS. FORGIE:  Is this 11?

24                MR. SLONIM:  Twelve.

25                MS. FORGIE:  Twelve.  Thank you.

Donald Barry Boyd, M.D.

```
 1    BY MR. SLONIM:

 2         Q     I've marked as Deposition Exhibit No. 12

 3    a statement that was issued by a government

 4    regulatory agency in Canada called Health Canada,

 5    and I wanted to walk through this with you and ask

 6    you a few questions about it.

 7                    MS. FORGIE:  How is this specific

 8              causation?

 9    BY MR. SLONIM:

10         Q     Are you --

11                    MS. FORGIE:  Seriously.

12    BY MR. SLONIM:

13         Q     Are you -- Doctor, are you familiar with

14    Health Canada?

15                    MS. FORGIE:  Bert, is this -- how is

16              this case specific as opposed to general

17              causation?

18                    MR. SLONIM:  Relates to glyphosate

19              and non-Hodgkin's lymphoma.

20                    MS. FORGIE:  That's general, and you

21              know it.

22                    You can answer a few more questions,

23              but after that, I'm going to shut it

24              down.  This isn't fair.  It's not what

25              he's prepared for.  And you had him all
```

Donald Barry Boyd, M.D.

```
 1              day yesterday and asked him questions

 2              about regulatory agencies.

 3       A      Right.

 4              And -- and, again, Health Canada is a

 5   study that I -- the -- their statement I'm familiar

 6   with.  I did not read all of their decision-making

 7   process.

 8   BY MR. SLONIM:

 9       Q      Are you familiar with Health Canada from

10   their -- from there responsibilities with respect to

11   prescription medications?

12       A      Somewhat.

13       Q      Okay.  So you know that Health Canada is

14   a -- is a public health agency, similar to the FDA

15   and the EPA, in Canada?

16       A      Correct.  And it is -- like all

17   regulatory agencies, mixes both good -- hopefully

18   good science with political and social concerns to

19   come to decisions.

20       Q      And do you see in the first sentence of

21   this statement, Health -- Health Canada -- and, by

22   the way, this -- this statement was issued

23   January 11, 2019; correct?

24       A      Correct.

25       Q      So that was just a few months ago,
```

Donald Barry Boyd, M.D.

```
 1    earlier this year --

 2        A     Correct.

 3        Q     -- correct?

 4              And they state that, "Health Canada's

 5    primary objective in regulating pesticides is to

 6    protect Canadians' health and the environment."

 7              Did I read that correctly?

 8        A     Correct.

 9        Q     You don't have any reason to doubt that

10    that is their primary objective, do you?

11        A     No.

12                    MS. FORGIE:  Objection.

13        A     No.

14    BY MR. SLONIM:

15        Q     And, Doctor, do you see the second

16    paragraph, they indicate that Health Canada had

17    issued a final reevaluation decision on -- on

18    glyphosate in the year 2017; correct?

19                    MS. FORGIE:  Objection.

20                    Again, this goes to case specific.

21                    He's not prepared to answer these

22                    questions, nor was I able to prepare him

23                    on this, because this is not the purpose

24                    of today's deposition.

25                    And I'm going to keep objecting to
```

Donald Barry Boyd, M.D.

```
 1              every single general question so I can

 2              make my record and move to strike it

 3              all.

 4                   MR. SLONIM:  We'll note a continuing

 5              objection, Counsel.  It's not --

 6                   MS. FORGIE:  No.  I'm going to keep

 7              making objections.

 8   BY MR. SLONIM:

 9         Q    Can you answer the question, Doctor?

10         A    I'm -- you're going to have to repeat the

11   question.

12         Q    Do you see then in the second paragraph,

13   Health Canada indicated that they issued a final

14   reevaluation decision on glyphosate in the year

15   2017?

16         A    Yes.

17                   MS. FORGIE:  Doctor, do you have --

18              objection.

19                   If you've had the opportunity to

20              prepare to answer these questions, you

21              can.

22         A    I have not had the chance to --

23   BY MR. SLONIM:

24         Q    Doctor --

25         A    -- review this decision.
```

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

Donald Barry Boyd, M.D.

```
 1        Q       -- in connection with your work on

 2   glyphosate and Roundup, you've looked at the Health

 3   Canada report; correct?

 4        A       I've looked at --

 5                MS. FORGIE:  Objection.

 6                Wait.

 7                Objection.  This is not the purpose

 8         of his deposition today.

 9                Doctor, if you're prepared to answer

10         this, you may.

11        A       I have not reviewed this.

12                MR. SLONIM:  Are you instructing him

13         not to answer?

14                MS. FORGIE:  No, I'm not.

15   BY MR. SLONIM:

16        Q       All right.  Then answer the question.

17                MS. FORGIE:  He did answer the

18         question.

19                MR. SLONIM:  What was the answer?

20        A       The --

21                MS. FORGIE:  The court reporter can

22         read the answer back.

23                MR. SLONIM:  Doc- --

24                MS. FORGIE:  Wait.

25
```

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Donald Barry Boyd, M.D.

```
 1   BY MR. SLONIM:

 2        Q    Doctor, I'm going to -- Doctor --

 3             MR. SLONIM:  I'm going to ask him

 4        the question.

 5             Counsel, stop obstructing.

 6             MS. FORGIE:  Did -- I'm not

 7        obstructing. It's perfectly appropriate

 8        to ask the court reporter to read back

 9        the answer.

10   BY MR. SLONIM:

11        Q    Doctor --

12             MS. FORGIE:  Mr. Court Reporter, can

13        you read back the answer, please?

14             MR. SLONIM:  I'm withdrawing the

15        question.

16             MS. FORGIE:  Okay.

17   BY MR. SLONIM:

18        Q    Doctor, did you review Health Canada's

19   evaluation of glyphosate that was published in the

20   year 2017?

21             MS. FORGIE:  Objection.

22             Doctor, if you were prepared to

23        answer this --

24             MR. SLONIM:  Counsel --

25             MS. FORGIE:  -- you may.
```

Donald Barry Boyd, M.D.

```
 1                MR. SLONIM:  Counsel, just say
 2           object -- Counsel, say objection.
 3                MS. FORGIE:  Do not --
 4                MR. SLONIM:  Do not --
 5                MS. FORGIE:  -- raise your voice --
 6                MR. SLONIM:  Do not --
 7                MS. FORGIE:  -- at me.
 8                MR. SLONIM:  Do not -- Counsel, are
 9           you instructing the witness not to
10           answer?
11                MS. FORGIE:  I am not.  And
12           you're --
13                MR. SLONIM:  Then -- then, Counsel
14           --
15                MS. FORGIE:  You heard that I did
16           not.
17                MR. SLONIM:  Then, Counsel, just say
18           the word "objection."  Do not coach the
19           witness.
20     BY MR. SLONIM:
21        Q    Doctor, did you read -- Doctor, did you
22     read the Health Canada evaluation of glyphosate
23     published in the year 2017?  Yes or no?
24                MS. FORGIE:  Counsel, do not raise
25           your voice at me, which you just did.  I
```

Donald Barry Boyd, M.D.

```
 1              don't appreciate that.  There's no need

 2              for that in this courtroom -- I mean, in

 3              this deposition room, as you know.

 4                  And I will make whatever objections

 5              I think are appropriate.  I don't need

 6              instructions from you as to how to

 7              practice law.

 8                  Objection, again, with regard to

 9              this is not the purpose of this

10              deposition.

11                  You may answer if you can.

12      A     At the time I read their -- their report,

13   I didn't read it fully.  It was not part of my --

14   but I was -- I am familiar with their decision.

15   BY MR. SLONIM:

16      Q     And according to this document, this

17   release, after Health Canada issued its statement on

18   glyphosate, they received eight notices of

19   objection; correct?

20      A     Correct.

21      Q     And they also say that there was

22   publicity and that concerns had been raised about

23   some of the science in what was referred to as The

24   Monsanto Papers.

25                  Do you see that?
```

Donald Barry Boyd, M.D.

1           MS. FORGIE:  Objection.  Again, this

2        goes -- this is not the purpose of this

3        deposition.

4           Doctor, if you're prepared, you may

5        answer.

6     A     Yes.

7  BY MR. SLONIM:

8     Q     Have you read The Monsanto Papers?

9     A     No.

10          MS. FORGIE:  Objection.

11    A     No.

12  BY MR. SLONIM:

13    Q     Do you know what -- when you see the term

14  "Monsanto Papers," do you know what that refers to?

15          MS. FORGIE:  Objection.  Beyond the

16       scope.

17    A     I actually chose to avoid reading the

18  politicization of this issue, the Monsanto.  That

19  was my choice, because that would also obscure how I

20  reviewed the data.

21  BY MR. SLONIM:

22    Q     In the next paragraph, the -- Health

23  Canada states, and I quote, "Health Canada

24  scientists reviewed the information provided in

25  these notices."

Donald Barry Boyd, M.D.

```
 1              Do you have any reason to doubt that the
 2   people that reviewed the information on behalf of
 3   Health Canada were scientists?
 4              MS. FORGIE:  Objection.  Beyond the
 5         scope of this deposition.
 6              If you're prepared to answer, you
 7         may.
 8    A    No.
 9   BY MR. SLONIM:
10    Q    And going down to the paragraph that
11   begins on the bottom of the page, Health Canada
12   writes, and I quote, "After a thorough scientific
13   review, we have concluded that the concerns raised
14   by the objectives could not be scientifically
15   supported when considering the entire body of data."
16              Did I read that correctly?
17              MS. FORGIE:  Objection.
18              You did not read it correctly.
19              Also, it's beyond the scope of this
20         deposition?
21              Doctor, you can answer if you are
22         prepared to answer.
23    A    You read that correctly.
24              MS. FORGIE:  He left out --
25
```

Donald Barry Boyd, M.D.

```
 1   BY MR. SLONIM:

 2        Q     Doctor --

 3                    MS. FORGIE:  -- the word.

 4   BY MR. SLONIM:

 5        Q     Doctor --

 6                    THE WITNESS:  Sorry.

 7   BY MR. SLONIM:

 8        Q     Doctor, do you believe that the right way

 9   for a agency to review the potential health issues

10   associated with glyphosate is to conduct a thorough

11   scientific review?  Is that the appropriate way to

12   do it?

13                    MS. FORGIE:  Objection.  Way beyond

14            the scope of this deposition.

15                    Doctor, if you're prepared to answer

16            that question, you may.

17        A     Yes.  But it has to be taken within the

18   context of all of the data and the conflicting goals

19   of regulatory agencies versus purely scientific

20   agencies that have no regulatory role.

21   BY MR. SLONIM:

22        Q     Doctor, turn to the next page, please.

23                    The first sentence states, and I quote,

24   "Health Canada follows a transparent and rigorous

25   science-based regulatory process when making
```

Donald Barry Boyd, M.D.

```
 1    decisions about the safety of pesticides."

 2              Did I read that correctly?

 3                   MS. FORGIE:  Objection.  This is

 4              beyond the scope of this deposition.

 5                   Doctor, you can answer that

 6              question.

 7    A    Yes.

 8    BY MR. SLONIM:

 9    Q    Is the appropriate way for a regulatory

10    agency to conduct a review is the -- is it the

11    appropriate way to do that, to use a rigorous

12    science-based process?

13                   MS. FORGIE:  Objection.  Beyond the

14              scope of this deposition.

15                   Doctor, if you're prepared to

16              answer -- if you have prepared to answer

17              the question, you may.

18    A    As a part of their decision-making, it is

19    critical.

20    BY MR. SLONIM:

21    Q    And, Doctor, going down to the next

22    sentence -- next paragraph -- excuse me -- Health

23    Canada writes, and I quote, "Our scientists left no

24    stone unturned in conducting this review."

25              Did I read that correctly?
```

Donald Barry Boyd, M.D.

```
 1              MS. FORGIE:  Objection.  Beyond the
 2         scope of this deposition.
 3    A    You did.
 4         I'm not sure what stones they're
 5    referring to, but that's --
 6    BY MR. SLONIM:
 7    Q    Is it commendable that an agency that
 8    conducts a scientific review for the safety --
 9    regarding the safety of a pesticide, that their
10    scientists leave no stone unturned when they conduct
11    that review?  Is that commendable?
12              MS. FORGIE:  Objection.  Beyond the
13         scope of this deposition.  Speculative --
14         calls for speculation.
15         Doctor, if you have prepared to
16         answer this question, you may.
17    A    I need to go back to the question.
18              MS. FORGIE:  The court reporter can
19         read it back.
20         (Whereupon, the referred-to text was
21           read back by the court reporter.)
22    A    Yes.
23    BY MR. SLONIM:
24    Q    The next sentence, Health Canada states
25    that they, meaning the scientists, had access to all
```

Donald Barry Boyd, M.D.

1    relevant data and information.

2             Is it important that --

3                  MS. FORGIE:  Where are you?

4                  THE WITNESS:  Sentence two.

5                  MS. FORGIE:  Oh, they.  Sorry.  I

6             was looking for the words "Health

7             Canada."

8    BY MR. SLONIM:

9        Q    Doctor -- let me start over.

10            Doctor, in the next sentence, Health

11   Canada writes that they, referring to the

12   scientists, had access to all relevant data and

13   information.

14            Is it commendable and appropriate that

15   the scientists had access to all of the information

16   and all of the data?

17       A    Yes.

18                 MS. FORGIE:  Objection.

19                 Wait.  You've got to wait for me to

20            get my objection.

21                 THE WITNESS:  Sorry.

22                 MS. FORGIE:  Objection.  Beyond the

23            scope of this deposition.  Calls for pure

24            speculation as to whether they reviewed

25            all of the relevant data and information.

Donald Barry Boyd, M.D.

```
 1                   You can answer it if you're

 2          prepared.

 3     A     Well --

 4  BY MR. SLONIM:

 5     Q     And, Doctor, going down to the next

 6  sentence, does Health Canada indicate that the

 7  scientists that they had that conducted this review

 8  of glyphosate also had access to and considered

 9  information contained in The Monsanto Papers?

10               MS. FORGIE:  Objection.  Calls for

11          speculation.  It's clearly beyond the

12          scope of this deposition.

13               Doctor, if you're prepared to answer

14          about Monsanto Papers, you may.

15     A     In -- I believe I did not refer to The

16  Monsanto Papers in my reviews.  So I did not review

17  that.

18               And as I mentioned previously, I chose to

19  avoid that, because there was the -- there was a lot

20  of issues regarding my unbiased opinions.  So I

21  cannot comment on that.

22  BY MR. SLONIM:

23     Q     In the last sentence of that paragraph,

24  Health Canada writes, and I quote, "To help ensure

25  an unbiased assessment of the information, Health
```

Donald Barry Boyd, M.D.

1  Canada selected a group of 20 of its own scientists

2  who were not involved in the 2017 reevaluation to

3  evaluate the notices of objection."

4        Did I read that sentence correctly?

5              MS. FORGIE:  Objection.  Beyond the

6              scope of this deposition.

7   A    You did.

8  BY MR. SLONIM:

9   Q    Is it commendable that Health Canada, in

10  reconsidering or -- reconsidering the safety of

11  glyphosate and considering objections that had been

12  lodged about that, that they picked a group of 20

13  other scientists who had not been involved in the

14  prior review to make the -- the further assessment?

15             MS. FORGIE:  Objection.  Beyond the

16             scope of this deposition.  Also calls for

17             pure speculation as to whether or not

18             this -- this group was independent or

19             anything else or unbiased or anything

20             else that's in that sentence.

21  A    They -- by definition, as they state, of

22  its own scientists.  So they were Health Canada

23  scientists who they chose were different.

24  BY MR. SLONIM:

25  Q    But they had not -- they had not been

Donald Barry Boyd, M.D.

```
 1   involved in the prior review in an effort to make

 2   sure that they didn't have a vested interest in

 3   reaffirming the prior outcome; correct?

 4              MS. FORGIE:  Objection.  Beyond the

 5         scope of his deposition.  And calls for

 6         pure speculation.

 7    A     They -- they were not involved in the

 8   prior evaluation.

 9   BY MR. SLONIM:

10    Q     And that's commendable, isn't it?

11              MS. FORGIE:  Objection.  Beyond the

12         scope --

13    A     It's appropriate.

14              MS. FORGIE:  -- of his deposition.

15    A     Appropriate.

16   BY MR. SLONIM:

17    Q     Doctor, the -- going on to the next

18   paragraph, the first sentence states, and I quote,

19   "No pesticide regulatory authority in the world

20   currently considers glyphosate to be a cancer risk

21   to humans at the levels at which humans are

22   currently exposed."

23              Did I read that sentence correctly?

24              MS. FORGIE:  Objection.  Beyond the

25         scope.
```

Donald Barry Boyd, M.D.

1       A      You read that correctly.

2    BY MR. SLONIM:

3       Q      That's a -- that is a factually accurate

4    statement, is it not?

5                    MS. FORGIE:  Objection.  Beyond the

6                    scope.  Also, mischaracterizes the

7                    factual information in this case.

8       A      Within the levels -- not recognizing

9    this -- the data certainly from the Zhang studies,

10   which is not appropriate for this general causation

11   issue, that in a small population of exposures, high

12   risk may occur with higher levels of exposure --

13   BY MR. SLONIM:

14      Q      Doctor, when they --

15      A      -- overall.

16      Q      When Health Canada states, "No pesticide

17   regulatory authority in the world considers

18   glyphosate to be a cancer risk to humans at the

19   levels at which humans are currently exposed,"

20   that's a true statement, and you are unable to

21   identify a single pesticide regulatory authority

22   anywhere in the world that has a contrary view;

23   isn't that a fact?

24                   MS. FORGIE:  Objection.  Beyond the

25                   scope of this deposition.

Donald Barry Boyd, M.D.

```
1              Had I been able to prepare him

2              properly for this deposition, I would

3              have pointed out the ones that were not

4              in compliance with this statement.

5                   If you're prepared to answer it, you

6              may.

7      A    Well, as I've stated before, regulatory

8    agencies have a mixed mandate, including assuring

9    public health, but also having both political and

10   social issues related to their --

11   BY MR. SLONIM:

12     Q    Sitting here today, Doctor, can you

13   identify any regulatory agency anywhere in the world

14   that considers glyphosate to be a cancer risk to

15   humans at the levels of current exposure?

16             MS. FORGIE:  Objection.  Beyond the

17             scope of this deposition.

18                  Again, if I had a chance to prepare

19             him, I could have advised him as to that

20             so he could properly answer it.

21                  If you're prepared to answer it, you

22             may.

23     A    The IARC is not a regulatory agency, but

24   they have felt that this is a class 2A risk

25   potential.
```

Donald Barry Boyd, M.D.

```
 1   BY MR. SLONIM:

 2        Q     But they are not a regulatory agency?

 3        A     Correct.  That's correct.

 4        Q     They also published their monograph in

 5   2015; correct?

 6        A     Correct.

 7              MS. FORGIE:  Objection.  Beyond the

 8              scope.

 9   BY MR. SLONIM:

10        Q     And -- and subsequent studies, including

11   the Agricultural Health Study, which is the largest

12   study ever conducted, that found no increased risk

13   of cancer, non-Hodgkin's lymphoma, was published

14   subsequent to IARC's 2015 monograph; correct?

15              MS. FORGIE:  Objection.  Beyond the

16              scope.  Also, mischaracterizes the AHS

17              study.

18        A     Correct.  It fails because it -- the 2018

19   study was published before the Zhang study, which

20   looked at the a priori hypothesis of dose effect,

21   which is a much smaller component of the population,

22   that did indicate a relationship with exposure dose.

23              MR. SLONIM:  We -- let's go off the

24              record.  I want to take a look through my

25              notes and see if there's anything
```

Donald Barry Boyd, M.D.

1          further.

2               MS. FORGIE:  Okay.

3               THE VIDEOGRAPHER:  Going off the

4          record at 12:24 p.m.

5               (Whereupon, there was a recess taken

6               from 12:24 p.m. to 12:26 p.m.)

7               THE VIDEOGRAPHER:  We're back on the

8          record at 12:26 p.m.

9               MR. SLONIM:  Doctor, I have no

10         further questions.

11              MS. FORGIE:  Okay.  Great.

12              Thank you so much.  I'm going to fly

13         out of here in many ways.

14              THE VIDEOGRAPHER:  This concludes

15         the deposition.  We're going back off the

16         record at 12:26 p.m.

17              (Whereupon, there was a discussion

18              off the record.)

19              COURT REPORTER:  Attorney Forgie, I

20         didn't hear back about if you wanted to

21         order a transcript from yesterday and if

22         you want one today --

23              MS. FORGIE:  Oh, yes.  No rush or

24         rough and we should have a standing

25         order.

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

Donald Barry Boyd, M.D.

1            COURT REPORTER:  Okay.  Thank you.

2            (Thereupon, the deposition was

3            concluded at 12:27 p.m.)

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

Donald Barry Boyd, M.D.

```
 1              C E R T I F I C A T E

 2        I hereby certify that I am a Notary Public,

 3   in and for the State of Connecticut, duly

 4   commissioned and qualified to administer oaths.

 5        I further certify that the deponent named in

 6   the foregoing deposition was by me duly sworn, and

 7   thereupon testified as appears in the foregoing

 8   deposition; that said deposition was taken by me

 9   stenographically in the presence of counsel and

10   reduced to typewriting under my direction, and the

11   foregoing is a true and accurate transcript of the

12   testimony.

13        I further certify that I am neither of

14   counsel nor attorney to either of the parties to

15   said suit, nor am I an employee of either party to

16   said suit, nor of either counsel in said suit, nor

17   am I interested in the outcome of said cause.

18        Witness my hand and seal as Notary Public

19   this 29th day of October, 2019.

20

21              _____

22                   Clifford Edwards

23                   Notary Public

24   My commission expires:  9/30/2021

25
```

Donald Barry Boyd, M.D.

```
 1                    J U R A T

 2

 3       I have read the foregoing 148 pages and hereby

 4   acknowledge the same to be a true and correct record

 5   of the testimony.

 6

 7

 8

 9              _____

10                        DONALD BARRY BOYD, MD

11

12   Subscribed and sworn to

13   _____.

14   Before me this _____ day of _____,

15   2019.

16

17

18

19

20   _____

21   Notary Public

22   My Commission Expires:

23

24

25
```

Donald Barry Boyd, M.D.

```
 1              DEPOSITION ERRATA SHEET

 2

 3   Page No._____Line No._____ Change to:_____

 4   _____

 5   Reason for change:_____

 6   Page No._____Line No._____Change to:_____

 7   _____

 8   Reason for change:_____

 9   Page No._____Line No._____ Change to:_____

10   _____

11   Reason for change:_____

12   Page No._____Line No._____Change to:_____

13   _____

14   Reason for change:_____

15   Page No._____Line No._____ Change to:_____

16   _____

17   Reason for change:_____

18   Page No._____Line No._____Change to:_____

19   _____

20   Reason for change:_____

21

22

23   SIGNATURE:_____DATE:_____

24   NAME:  DONALD BARRY BOYD, MD

25
```

Donald Barry Boyd, M.D.

```
 1                  DEPOSITION ERRATA SHEET

 2    Page No._____Line No._____ Change to:_____

 3    _____

 4    Reason for change:_____

 5    Page No._____Line No._____Change to:_____

 6    _____

 7    Reason for change:_____

 8    Page No._____Line No._____ Change to:_____

 9    _____

10    Reason for change:_____

11    Page No._____Line No._____Change to:_____

12    _____

13    Reason for change:_____

14    Page No._____Line No._____ Change to:_____

15    _____

16    Reason for change:_____

17    Page No._____Line No._____Change to:_____

18    _____

19    Reason for change:_____

20

21

22

23    SIGNATURE:_____DATE:_____

24    NAME:  DONALD BARRY BOYD, MD

25
```