# Exhibit 6

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Master Docket Case No. 3:16-md-2741<br><br>Honorable Vince Chhabria |
| **THIS DOCUMENT RELATES TO:**<br><br>Jaime Alvarez Calderon,<br><br>v.<br><br>Monsanto Company | Case No. 3:19-cv-01630 |

### Expert Report of Clayton Smith, M.D.
### In Support of Specific Causation
### On Behalf of Jaime Alvarez Calderon

**1.** **Background and Qualifications:** I am a board-certified Hematologist with over 30 years of experience in caring for persons with a range of blood cancers including lymphoma, leukemia, myeloma and others. In addition, I have a similar amount of experience in performing blood and marrow transplants and approximately 2-years of experience in treating blood cancer patients, including lymphoma patients, with CAR T-cells. For the past 7 years I have been the Director of the Blood Disorders and Cellular Therapies Center at UCHealth in Denver, Colorado, a Professor at the University of Colorado and the Associate Chief of the Division of Hematology at the University of Colorado School of Medicine. Prior to this position, I have had faculty and leadership positions at the University of Pittsburgh Medical Center, the Leukemia/BMT Program of British Columbia in Vancouver, Moffitt Cancer Center, and Duke University. I received fellowship training in Malignant Hematology at Sloan Kettering Cancer Center in New York and additional fellowship training in blood and marrow transplant (BMT) at Stanford University. My initial medical training was at Southwestern Medical School and Parkland Hospital in Dallas, Texas as well as NY Hospital/Cornell Medical Center in New York.

During the course of my career, I have cared for thousands of blood cancer patients including at least hundreds of patients with a wide range of lymphomas in both the

1

outpatient and inpatient setting. For lymphoma patients I have overseen both diagnostic and follow up studies as well a range of patient treatments including chemotherapy, targeted agents, blood and marrow transplants and CAR T-cells. As part of my current duties, I oversee the clinical lymphoma programs at the University of Colorado as well as provide mentorship to the 2 physicians at the University of Colorado whose academic and clinical careers are devoted primarily to the field of lymphoma.

In addition to my clinical and administrative duties, I have >30 years of laboratory and clinical research experience, have participated or led dozens of clinical trials and have overseen 3 clinical trials units at major blood cancer centers in the US for the last 15 years.  I have published ~140 scientific manuscripts, have submitted and/or received multiple patents on innovations in blood cancer care, received multiple grants and spoken at dozens of national and international conferences (see attached CV). During the course of this work, I have served as a peer reviewer for dozens of grant review panels and scientific journals.  For the last decade, I have also been spearheading efforts to advance and integrate computational and informatics efforts with genetic and biologic analysis of blood cancers in order to develop individualized treatment recommendations (a new field termed precision medicine) that will hopefully lead to more effective and less toxic treatments.

**2.** **Review:** I have read Mr. Alvarez' medical records including his Medical History, Family History, Social History, Laboratory Studies, Imaging Studies, Pathology Reports, and other medical assessments by providers at St. Joseph's Health Medical Group (which included Queen of the Valley Medical Center and Redwood Regional Medical Group), Sutter Pacific Medical Foundation (which includes California Pacific Medical Center (CPMC)), and the University of California at San Francisco (UCSF). I conducted a medical interview by phone with Mr. Alvarez on September 10, 2019. I read Mr. Alvarez' Plaintiff Fact Sheets and deposition transcript; Dr. Umutyan's deposition transcript; Dr. Andreadis' deposition transcript; Catherine Alvarez' deposition transcript; and Dr. Friedman's deposition transcript. In addition, I reviewed relevant published references and the general causation reports prepared by Drs. Weisenberger, Portier, Ritz and Goodman.

**3.** **History of Present Illness:** Mr. Alvarez was in good health until he presented to Queen of the Valley Hospital in March of 2014 with a one and half month history of an enlarging right neck mass, night sweats and a 10-pound weight loss.  On 3/24/14 a CT was performed which demonstrated an 8x7x6 cm right neck mass invading the parapharyngeal space with some tracheal deviation as well as

2

bilateral supraclavicular, carotid/jugular, axillary and mediastinal lymphadenopathy. An initial fine needle aspirate was negative but a repeat lymph node biopsy on 3/28/19 was consistent with Diffuse Large B-cell Lymphoma (DLBCL) which was CD20 positive, CD5 negative, MYC negative, bcl6+, bcl2+ with the t14:18 translocation and a Ki67 of 85%. A bone marrow biopsy was performed on 4/3/14 and a population of B-cells with kappa light chain restriction was identified which were negative for CD5 and CD10. FISH studies revealed a BCL6 rearrangement and t(14;18)(IGH/BCL2) and no MYC rearrangement was detected. Peripheral blood flow cytometry analysis also revealed circulating monoclonal B-cells consistent with a B-cell lymphoproliferative disorder. A PET/CT on 4/4/14 demonstrated a large hypermetabolic right neck mass and bilateral hypermetabolic cervical chain, axillary, mediastinal, internal mammary chain, mesenteric, retroperitoneal, and pelvic lymphadenopathy were present as well as marked splenomegaly. On the CT portion of the scan, a large right-sided neck mass with bilateral cervical and supraclavicular chain lymphadenopathy was found with axillary, mediastinal, and hilar adenopathy present with soft tissue fullness within the anterior mediastinum in the region of the internal mammary chain lymph nodes. Diffuse lymphadenopathy was present throughout the entire abdomen and pelvis with marked fat stranding of the mesenteric, retroperitoneal, and pelvic fat planes. The spleen was markedly enlarged. The heart was enlarged with right and left coronary artery calcifications. A lumbar puncture was performed on 4/4/2014 with no lymphoma identified in the cerebral spinal fluid and a port was placed on the same date. His IPI score was reported as high. Based on these findings, he was diagnosed with Stage IV DLBCL and was started on treatment with R-CHOP. A 6/23/14, a PET CT after cycle 4 of R-CHOP demonstrated an excellent response but with persistent disease so he was treated in total with 8 cycles of R-CHOP along with 4 cycles of intrathecal methotrexate. He tolerated treatment well without significant side effects other than a drop in his cardiac ejection fraction to 41% and so Adriamycin was removed from his 8th cycle of R-CHOP. A post treatment PET/CT and bone marrow biopsy in 11/2014 demonstrated disease remission by report. Lymphoid aggregates suspicious for the residual NHL were noted on the bone marrow core biopsy, however flow cytometry, FISH and cytogenetics were negative.

Mr. Alvarez did well until December of 2017 when he noticed some swelling around his left eye. He went to the Queen of the Valley Emergency Room 1/6/18 and was treated initially with oral antibiotics. He returned to the ER on 1/12/18 with ongoing complaints and so was referred for further evaluation. He was further evaluated at Queen of the Valley Hospital on Jan 16, 2018 and found to left ptosis, periorbital swelling and a peri-orbital mass. He underwent an MRI on 1/18/18 which demonstrated an enhancing soft tissue fullness/mass centered in the region of the left

3

lacrimal gland and extending posteriorly lateral to the lateral rectus muscle as well as chronic small vessel ischemic changes in the white matter of the brain.  He then underwent a PET CT which reportedly demonstrated a periorbital mass as well as left parotid gland, internal jugular, porta hepatis, retroperitoneal and bilateral iliac adenopathy.  A CT-guided biopsy of a right iliac node on January 19, 2018, was consistent with recurrent diffuse large B-cell lymphoma. Ki-67 was 45% (moderate to high), CD 20 was positive in greater than 90% of large atypical cells and PAX5 was positive in greater than 95% of large atypical cells. The combination of morphologic and immunophenotypic features were felt to be consistent with recurrent DLBCL. BCL6 rearrangement was observed and amplification of chromosomes 8 and 18 of unknown clinical significance were detected. Translocation of MYC was not seen. Hybridization signals for ALK, IgH, 11;14 and 14;18 were suboptimal. A bone marrow biopsy was performed on 1/19/18 which demonstrated intact trilineage hematopoiesis with somewhat atypical lymphoid aggregates consistent with a low level of involvement by a B-cell lymphoproliferative disorder. This process was found to be kappa light chain restricted and was felt to be most consistent with a marginal zone B-cell lymphoma. Cytogenetics were 46, XY and FISH studies were negative for t(11;14), t(14;18), ALK rearrangement, BCL6 rearrangement, MYC rearrangements or amplification, MALT1 rearrangement and IgH rearrangement.

Due to Mr. Alvarez' remission and high risk for decompensation, on 1/26/18 Dr. Umutyan referred Mr. Alvarez to Dr. Andreadis at UCSF. Mr. Alvarez was admitted to UCSF that same day. He was treated with salvage chemotherapy with R-DHAOx (Rituximab, Dexamethasone, Ara-C, Oxaliplatin) which he tolerated well and was discharged on 1/29/18.  He was treated with intrathecal methotrexate as well on 1/29/18 and the CSF was negative for malignant cells. ██████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
██████████████████

████████████████████████████████████████████████████████
████████████████████████████████████████████████████████

4

On 3/2/18 a review by USCF of the right iliac lymph node and bone marrow biopsies performed at Queen of the Valley on 1/26/2018 were reported to the medical team. The bone marrow showed rare lymphoid aggregates similar to the lymph node biopsy which were BLC6 positive, BCL2 positive, CD19 negative B-cells consistent with involvement by a B-cell lymphoma of follicle center origin.  It was felt that the lymph node biopsy supported a diagnosis of Grade 3A follicular lymphoma and it was recommended that he be re-staged and undergo therapy with Bendamustine plus Rituximab (BR).  A PET/CT on March 27, 2018 was reported to have shown a 7mm left level 2 lymph node with an SUV maximum of 3.0, no residual hypermetabolic activity in the left orbit and left parotid gland and marked interval reduction in axillary lymphadenopathy with residual low-grade metabolic activity.  Radiotracer accumulation associated with postoperative changes was noted in the sternum. Probable atelectasis and pleural thickening deep to the sternotomy site with no abnormal radiotracer accumulation and no hypermetabolic activity was noted in the abdomen or pelvis. He reportedly then received 4 cycles of BR which was completed in 06/2018 and was reported to be well tolerated. A CT on 6/26/18 was reported to show no evidence of residual lymphadenopathy.

Mr. Alvarez again did well until 10/3/18 when a PET/CT demonstrated enlarged intraparotid, preauricular lymph nodes with an SUV max 10.9 as well as increased uptake in the transverse colon. On 11/13/18 a colonoscopy was performed that found mild ileocecal valve and sigmoid erythema, which was biopsied and demonstrated subtle increase in lymphoplasmacytic infiltrate in lamina propria which was felt to be non-specific inflammation.  In early 12/18, he noted left neck lymph node enlargement and on 12/11/18 a lymph node FNA was performed under ultrasound. No evidence of a B-cell lymphoproliferative disorder was found by flow cytometry but a cytopathology report found lymphoma, not otherwise specified.  In 1/14/2019 an excisional biopsy was performed of an enlarging left cervical lymph node and a B-cell lymphoma consistent with treated grade 3A follicular lymphoma was noted/ Further review with pathology felt that this biopsy was consistent with recurrent DLBCL or transformed NHL.  FISH analysis was positive for BCL6 and negative for MYC rearrangements. Overall, he was felt to have recurrent NHL, was not felt to be a candidate for autologous stem cell transplant given his recent cardiac issues and was recommended for treatment with CD19 CAR T-cells. A PET CT on 3/26/2019 demonstrated an interval increase in size, extent and hypermetabolic cervical lymphadenopathy by report. In May of 2019 he was treated lymphodepleting chemotherapy with Fludarabine and cyclophosphamide and then

5

treated with Yescarta CAR T-cells on 05/06/2019. This was complicated by grade 2 Cytokine Release Syndrome (CRS) on 5/10/2019, neutropenic fever and pre-septal cellulitis all of which were successfully treated with tocilizumab x2 and antibiotics. On 05/18/2019 he had a PET CT which showed a positive response to therapy with decrease in size and metabolic activity of left sided neck nodes. During my phone conversation with him on September 10, 2019 he expressed that he felt some bumps in his left neck as well as some weight loss that he had reported to his physicians and he had a PET/CT scan and follow-up medical appointments scheduled over the following week.

**4.      Medical  History:** █████████████████████████
███████████████████████████████████████████████████
███████████████████████████████████████████████████
███████████████████████████████████████████████████
███████████████████████████████████████████████████
████████████████████   ████████████████████████████
██████████████████████████████████████

**5.      Social History:** Mr. Alvarez was born in Mexico and immigrated to the US. He is a landscaper for Sutter Home Winery. He is divorced and has 4 children. He is a former smoker with a 25-year 1 pack a day use history before quitting in 1/2008. He drank ~2-3 beers per day after work but has not had any alcohol in several months, he has no history of drug use and no HIV risk factors. He has no known prior exposure to radiation.

**6.      Family history:** ███████████████████████████
███████████████████████████████████████████████████
███████████████████████████████████████████████████
███████████████████████████████████████████████████
████████████████████████████████

**7.      History of Exposure to Roundup:** Mr. Alvarez first began using Roundup Pro Concentrate in June 1986 and continued through December 2017. During this time period, he sprayed every 2 days during the spring months for approximately 4 hours a day, less frequently in the summer and fall months, and less during the winter months. He sprayed Roundup around the buildings on the Winery's multiple land holdings and along the fence lines surrounding the Winery's scores of acres. He used a 3-gallon backpack sprayer with a wand that could be adjusted to from a mist spray to a stream. On numerous occasions, Mr. Alvarez got Roundup on his skin while mixing the concentrate into the 3-gallon backpack

sprayer, and while using the backpack sprayer, experienced blowback when it was set in the mist setting. Mr. Alvarez had a couple of occasions when the backpack sprayer leaked, drenching his skin and clothing. In summary, Mr. Alvarez was frequently exposed to very substantial levels of glyphosate for over 30 years.

8.      **Discussion of NHL:** Non-Hodgkin's Lymphoma is a related group of cancers derived from immune cells that are diagnosed in ~70,000 persons per year in the US and account for ~4% of all cancers (https://seer.cancer.gov/statfacts/html/nhl.html). The lifetime risk of developing NHL is ~2% and currently there are ~700,000 people living with this diagnosis in the US (https://seer.cancer.gov/statfacts/html/nhl.html). Of the ~70,000 persons diagnosed with NHL each year in the US, ~40,000 are males and ~30,000 are females (https://www.cancer.org/cancer/non-hodgkin-lymphoma/about/key-statistics.html). NHL can occur at all ages, but like most cancers, the incidence of NHL increases with age and more than half of patients with NHL are 65 years old or older at diagnosis (https://www.cancer.org/cancer/non-hodgkin-lymphoma/about/key-statistics.html). The average overall 5-year survival for all forms of NHL is ~70%. In general, NHL can be divided into aggressive lymphomas and indolent lymphomas as well as into B-types (derived from immune cells termed B-lymphocytes) and T-types (derived from immune cells termed T-lymphocytes). Indolent lymphomas have a median survival of as long as 2 decades but are currently not considered curable and have frequent recurrences following treatment. Aggressive lymphomas grow faster and can be rapidly fatal if not treated, but in contrast to indolent lymphomas, are curable with chemotherapy and other treatments in many but not all persons. Diffuse large B-cell lymphoma is the most common NHL and comprises ~30% of all new cases. In some cases, DLBCLs may arise from an indolent lymphoma and this is termed transformed lymphoma.

Mr. Alvarez has recurrent DLBCL that appears to have either arisen from or co-existed with an indolent lymphoma diagnosed as follicular lymphoma. He has had multiple relapses and has received several types of chemotherapy and most recently treatment with CAR T-cells. He has for the most part tolerated this well however he did develop Acute Coronary Syndrome during his R-DHAOx salvage chemotherapy which was managed medically and then with a successful CABG. He appeared to have initially responded to the CAR T-cell treatment but is currently being re-evaluated to rule out recurrence of lymphoma.

9.      **Risk factors for NHL and analysis:** The currently defined risk factors for NHL include[1-3]:

  a.  Positive family history of lymphoma.

  b.  Radiation exposure.

  c.  Weakened immune system from HIV infection, congenital disorders and a wide variety of medical treatments for autoimmune diseases or organ transplant.

  d.  Autoimmune diseases including rheumatoid arthritis and others.

  e.  Infections that cause chronic immune stimulation including Hepatitis B, Hepatitis C, and HTLV-1 and other chronic infections.

  f.  Breast implants.

  g.  Possibly obesity.

  h.  Exposure to Roundup.

Based upon my reviewing the medical records and other relevant documents, reading Mr. Alvarez' deposition, and talking to Mr. Alvarez, the following appears clear:

  a.  █████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

  b.  Mr. Alvarez does not have a radiation exposure history so this cannot be considered as a contributing factor to the cause of his NHL.

  c.  ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

  d.  ████████████████████████████████████████████████████████████████████████████████████

  e.  ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

  f.  ██████████████████████████████████████████████████████████████████

g. ████████████████████████████████
████████████████████████████████████

h.     In contrast to the risk factors for NHL described above that have been ruled out for Mr. Alvarez, he does have a very significant and prolonged history of exposure to Roundup. For over 30 years of work as a landscaper for Sutter Home Winery, he frequently sprayed Roundup on the many acres of the Winery's multiple land holdings and during this time, he had multiple significant skin exposures to Roundup. These exposures were repetitive, occurred over a long period of time and there was a significant latency period between the start of his Roundup exposure and the development of his NHL. Based on my review of published literature and the general causation reports described below, I am convinced that exposure to Roundup is a risk factor for NHL and consequently that it was a substantial risk factor for the development of NHL in Mr. Alvarez.

**10.     Review of published literature and general causation reports.** Extensive published manuscripts and agency reports over the past several decades have evaluated whether glyphosate, the active ingredient in Roundup, was associated with the development of NHL.  De Roos reported on studies by the National Cancer Institute including three case-control studies of NHL in the midwestern United States in the 1980s.[4] Pooled data were used to examine pesticide exposures in farming as risk factors for NHL in men and the use of several individual pesticides and herbicides was associated with increased NHL incidence including glyphosate. A population-based case-control study of exposure to pesticides as a risk factor for NHL conducted in Sweden from 1999 to 2002 demonstrated that exposure to glyphosate gave an odds ratio (OR) of 2.02, 95% CI 1.10-3.71 and was associated with a >10 years latency period.[5] As another example, a pooled analysis performed on two case-control studies, one on NHL and another on hairy cell leukemia (HCL), found a significant association between NHL and glyphosate (OR 3.04, CI 95% 1.08-8.52).[6] A systematic review and a series of meta-analyses of nearly three decades worth of epidemiologic research on the relationship between non-Hodgkin lymphoma (NHL) and occupational exposure to agricultural pesticides was conducted using information extracted from 44 prior papers and B cell lymphoma was positively associated with phenoxy herbicides and glyphosate.[7] In 2015 the International Agency for Research on Cancer (IARC) reviewed the association between glyphosate and cancer and determined that it was a "probable human carcinogen".[8]  In another study, the relationship of "ever use" of 14 selected pesticide chemical groups and 33 individual active chemical ingredients with NHL was

examined in a pooled analysis of three large agricultural worker cohorts in Europe and the USA.[9]  Cox regression models demonstrated that glyphosate increased the risk of NHL (meta-HR of 1.36, 1.00-1.85). An additional pooled analysis of case-control studies was conducted which analyzed 1690 NHL cases and 5131 controls.[10] Logistic regression demonstrated that persons who ever used glyphosate had an excess of NHL overall (OR 1.43, 95% CI 1.11-1.83). After adjustment for other pesticides, the OR for NHL overall with "ever use" was 1.13 (95% CI 0.84-1.51), and a statistically significant association for handling glyphosate >2 days/year was found (OR 1.73, 95% CI 1.02-2.94, P-trend=0.2). Recently, a meta-analysis that included the most recent update of the Agricultural Health Study (AHS) cohort along with five case-control studies was conducted using the highest exposure groups (when available) in each study.[11] The overall meta-Relative Risk (meta-RR) of NHL in glyphosate exposed individuals was increased by 41% (meta-RR = 1.41, 95% confidence interval, CI: 1.13-1.75). A secondary meta-analysis using high-exposure groups from the earlier AHS analysis conducted in 2005 found a meta-RR for NHL of 1.45 (95% CI: 1.11-1.91) which was higher than initially reported for this study cohort. In addition, publicly available animal and mechanistic studies related to lymphoma were reviewed that further supported a potential link between glyphosate exposure and immunosuppression, endocrine disruption, and genetic alterations commonly associated with NHL or lymphomagenesis.[11]

In contrast to the studies above, several publications have countered the contention that glyphosate was associated with an increased risk of developing NHL.[12-17] In addition, the European Food Safety Authority (EFSA) in 2015 concluded that glyphosate is unlikely to be genotoxic or pose a carcinogenic threat to humans (https://www.efsa.europa.eu/en/topics/topic/glyphosate). However, a number of concerns have been raised about the validity and objectivity of reports debunking the correlation between glyphosate and NHL.[18,19] These range from methodological criticisms of the AHS study including a high drop-out rate and data collection concerns to concerns about Monsanto-sponsored ghostwriting of articles published in toxicology journals and the lay media, manuscript author conflicts of interest, interference in the peer review process, behind-the-scenes influence on retractions, the creation of a pseudo-academic website as a front for the defense of Monsanto products and undue influence of regulatory agencies.  In addition, a group of 94 international scientists from a wide range or reputable institutions published a detailed response and critique of the EFSA's conclusion.[20] This response provided a

high-level overview and contrast between the IARC and EFSA's methodologies and findings and again concluded that glyphosate is a probable human carcinogen.

In addition to the published literature and on-line reports, I have also reviewed the General Causation reports (plaintiffs' and defendant's experts) from Case No. 16-md-02741 -VC in the United States District Court of California. Drs. Weisenberger, Portier and Ritz. All of these experts have outstanding credentials, extensive background in the epidemiology and biology of NHL and come from world leading institutions.  I found their arguments in favor of an etiologic link between glyphosate and NHL based on epidemiologic data, animal studies and mechanistic studies to be comprehensive, balanced, well-argued and compelling.

**11.    Conclusion:** Mr. Alvarez has been exposed to Roundup/glyphosate in a manner and magnitude that fits within the published epidemiologic literature and studies where causation and an association between NHL and glyphosate have been demonstrated. There is an absence of factors predisposing Mr. Alvarez to the development of NHL other than his frequent and lengthy exposure to Roundup. After performing the differential diagnosis into what caused Mr. Alvarez' NHL, I conclude, to a reasonable degree of medical certainty, that his exposure to Roundup was a substantial factor in causing his NHL.

_____

Clayton Smith, M.D.
September 30, 2019

11

## References

1.  Cerhan, J.R., et al. Medical history, lifestyle, family history, and occupational risk factors for diffuse large B-cell lymphoma: the InterLymph Non-Hodgkin Lymphoma Subtypes Project. J Natl Cancer Inst Monogr 2014, 15-25 (2014).

2.  Li, M., et al. Hepatitis B virus and risk of non-Hodgkin lymphoma: An updated meta-analysis of 58 studies. J Viral Hepat 25, 894-903 (2018).

3.  Morton, L.M., et al. Etiologic heterogeneity among non-Hodgkin lymphoma subtypes: the InterLymph Non-Hodgkin Lymphoma Subtypes Project. J Natl Cancer Inst Monogr 2014, 130-144 (2014).

4.  De Roos, A.J., et al. Integrative assessment of multiple pesticides as risk factors for non-Hodgkin's lymphoma among men. Occup Environ Med 60, E11 (2003).

5.  Eriksson, M., Hardell, L., Carlberg, M. & Akerman, M. Pesticide exposure as risk factor for non-Hodgkin lymphoma including histopathological subgroup analysis. Int J Cancer 123, 1657-1663 (2008).

6.  Hardell, L., Eriksson, M. & Nordstrom, M. Exposure to pesticides as risk factor for non-Hodgkin's lymphoma and hairy cell leukemia: pooled analysis of two Swedish case-control studies. Leuk Lymphoma 43, 1043-1049 (2002).

7.  Schinasi, L. & Leon, M.E. Non-Hodgkin lymphoma and occupational exposure to agricultural pesticide chemical groups and active ingredients: a systematic review and meta-analysis. Int J Environ Res Public Health 11, 4449-4527 (2014).

8.  IARC-Working-Group. Glyphosate. IARC Monogr Prog Some organophosphate insecticides and herbicides: diazinon, glyphosate, malathion, parathion and tetrachlorvinphos, 1-92 (2015).

9.  Leon, M.E., et al. Pesticide use and risk of non-Hodgkin lymphoid malignancies in agricultural cohorts from France, Norway and the USA: a pooled analysis from the AGRICOH consortium. Int J Epidemiol (2019).

10. Pahwa, M., et al. Glyphosate use and associations with non-Hodgkin lymphoma major histological sub-types: findings from the North American Pooled Project. Scand J Work Environ Health (2019).

11. Zhang, L., Rana, I., Shaffer, R.M., Taioli, E. & Sheppard, L. Exposure to glyphosate-based herbicides and risk for non-Hodgkin lymphoma: A meta-analysis and supporting evidence. Mutat Res 781, 186-206 (2019).

12.   Acquavella, J., Garabrant, D., Marsh, G., Sorahan, T. & Weed, D.L. Glyphosate epidemiology expert panel review: a weight of evidence systematic review of the relationship between glyphosate exposure and non-Hodgkin's lymphoma or multiple myeloma. Crit Rev Toxicol 46, 28-43 (2016).

13.   Andreotti, G., et al. Glyphosate Use and Cancer Incidence in the Agricultural Health Study. J Natl Cancer Inst 110, 509-516 (2018).

14.   Chang, E.T. & Delzell, E. Systematic review and meta-analysis of glyphosate exposure and risk of lymphohematopoietic cancers. J Environ Sci Health B 51, 402-434 (2016).

15.   Tarone, R.E. On the International Agency for Research on Cancer classification of glyphosate as a probable human carcinogen. Eur J Cancer Prev 27, 82-87 (2018).

16.   Williams, G.M., et al. A review of the carcinogenic potential of glyphosate by four independent expert panels and comparison to the IARC assessment. Crit Rev Toxicol 46, 3-20 (2016).

17.   Williams, G.M., Berry, C., Burns, M., de Camargo, J.L.V. & Greim, H. Glyphosate rodent carcinogenicity bioassay expert panel review. Crit Rev Toxicol 46, 44-55 (2016).

18.   Krimsky, S. & Gillam, C. Roundup litigation discovery documents: implications for public health and journal ethics. J Public Health Policy 39, 318-326 (2018).

19.   McHenry, L.B. The Monsanto Papers: Poisoning the scientific well. Int J Risk Saf Med 29, 193-205 (2018).

20.   Portier, C.J., et al. Differences in the carcinogenic evaluation of glyphosate between the International Agency for Research on Cancer (IARC) and the European Food Safety Authority (EFSA). J Epidemiol Community Health 70, 741-745 (2016).