# Exhibit 7

1            UNITED STATES DISTRICT COURT

             NORTHERN DISTRICT OF CALIFORNIA

2

     MDL No. 2741

3    Case No. 3:16-md-02741-VC

     _____

4

     VIDEOTAPED DEPOSITION OF          November 18, 2019

5    CLAYTON SMITH, M.D.

     _____

6

     IN RE:  ROUNDUP PRODUCTS LIABILITY LITIGATION

7    _____

8    JAIME ALVEREZ CALDERON,

9         Plaintiff,

10   v.

11   MONSANTO COMPANY,

12        Defendant.

     _____

13

14        The videotaped deposition of CLAYTON SMITH,

15   M.D., taken before Leeann Stellor, a Registered

16   Merit Reporter, Certified Realtime Reporter, and a

17   Notary Public in and for the County of Summit and

18   the State of Colorado, at 1801 Wewatta Street, Suite

19   1200, Denver, Colorado, on Monday, November 18,

20   2019, at the hour of 8:01 a.m., pursuant to Notice.

21

22

23

24

25

Clayton Smith, M.D.

```
 1    APPEARANCES:

 2

 3            GOLDBERG AND OSBORNE
              BY: DAVID J. DIAMOND, ESQ.
 4                608 East Wetmore Road
                  Suite 200
 5                Tucson, Arizona  85705
                  (520) 879-7168
 6                Ddiamond@goldbergandosborne.com
                  appeared on behalf of the Plaintiff
 7
              BARLIT BECK, L.L.P.
 8            BY: LINDLEY JAMES BRENZA, ESQ.
                  1801 Wewatta Street
 9                Suite 1200
                  Denver, Colorado  80202
10                (303) 592-3130
                  Lindley.brenza@bartlitbeck.com
11                appeared on behalf of the Defendant

12

13

14    ALSO PRESENT: Jerry DeBoer, Videographer

15

16

17

18

19

20

21

22

23

24

25
```

Clayton Smith, M.D.

```
 1                      I   N   D   E   X

 2

    DEPOSITION WITNESS:                              PAGE
 3  CLAYTON SMITH, M.D.

 4  Examination by Mr. Brenza                           7

 5

    DEPOSITION EXHIBITS MARKED:
 6  NO.            DESCRIPTION                        PAGE
```

| NO. | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 1 | Curriculum Vitae | 9 |
| Exhibit 2 | Expert Report of Clayton Smith, M.D. | 48 |
| Exhibit 3 | National Cancer Institute surveillance, Epidemiology and End Results Program - "Cancer Stat Facts: Non-Hodgkin Lymphoma" | 86 |
| Exhibit 4 | Memorial Sloan Kettering Cancer Center - "Lymphoma" | 90 |
| Exhibit 5 | American Cancer Society - "What Causes Non-Hodgkin Lymphoma" | 102 |
| Exhibit 6 | Cancer.Net - "Lymphomas - non-Hodgkin: Risk Factors" | 102 |
| Exhibit 7 | "Hematology - Basic Principles and Practice" | 122 |
| Exhibit 8 | Excerpts of EPA's Office of Pesticide Programs, December 12, 2017 - "Revised Glyphosate Issue Paper: Evaluation of Carcinogenic Potential" | 131 |
| Exhibit 9 | Health Canada - "Statement from Health Canada on Glyphosate" | 140 |
| Exhibit 10 | Notice of Deposition | 150 |
| Exhibit 11 | Cancer Etiology Report: "Stem cell divisions, somatic mutations, cancer etiology, and cancer prevention" - Cristian Tomasetti | 177 |

Clayton Smith, M.D.

1   DEPOSITION EXHIBITS MARKED:
    NO.             DESCRIPTION                     PAGE
2
     Exhibit 12   Table 6 to Dr. Tomasetti's paper    180
3
     Exhibit 13   "Integrative assessment of multiple   219
4                 pesticides as risk factors for
                  non-Hodgkin's lymphomas among men" -
5                 A.J. De Roos
6   Exhibit 14   "Pesticide exposure as risk factor   229
                  for non-Hodgkin lymphomas including
7                 histopathological subgroup analysis"
                  - Mikael Eriksson
8
    Exhibit 15   "Exposure to Pesticides as Risk     236
9                 Factor for non-Hodgkin's Lymphomas
                  and Hairy Cell Leukemia: Pooled
10                analysis of Two Swedish Case-control
                  Studies" - Mikael Eriksson
11
    Exhibit 16   "Exposure to Multiple Pesticides and  239
12                Risk of non-Hodgkin Lymphoma in Men
                  from Six Canadian Provinces" - Punam
13                Pahwa
14  Exhibit 17   "Pesticide use and risk of          248
                  non-Hodgkin lymphoid malignancies in
15                agricultural cohorts from France,
                  Norway and the USA: A pooled analysis
16                from the AGRICOH consortium" - Maria
                  Leon
17
    Exhibit 18   "Glyphosate use and associations with 248
18                non-Hodgkin lymphoma major
                  histological sub-types: Findings from
19                the North American Pooled Project" -
                  Punam Pahwa and D.D. Weisenburger
20
    Exhibit 19   "Exposure to glyphosate-based        248
21                herbicides and risk for non-Hodgkin
                  lymphomas: A meta-analysis and
22                supporting evidence" - Luoping Zhang
23  Exhibit 20   "Glyphosate Use and Cancer Incidence  269
                  in the Agricultural Health Study" -
24                Gabriella Andreotti
25

Clayton Smith, M.D.

```
1    DEPOSITION EXHIBITS MARKED:

     NO.              DESCRIPTION                      PAGE

2

     Exhibit 21    "The Monsanto Papers: Poisoning the   313

3                  scientific well" - Leemon McHenry

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1                    P R O C E E D I N G S

2                    THE VIDEOGRAPHER:  We are now on the

3    record.  My name is Jerry DeBoer, and I'm the

4    videographer for Golkow Litigation Services.

5                    Today's date is November 18th,

6    2019, and the time is 8:01 a.m.  This video

7    deposition is being held in Denver, Colorado, In Re:

8    Roundup Products Liability Litigation, for the

9    United States District Court, Northern District of

10   California.

11                   The deponent is Dr. Clayton Smith.

12                   Will counsel please identify

13   themselves.

14                   MR. DIAMOND:  David Diamond for the

15   plaintiff.

16                   MR. BRENZA:  Lin Brenza with Bartlit

17   Beck for Monsanto.

18                   THE VIDEOGRAPHER:  The court reporter

19   is Leeann Stellor, and will now swear in the

20   witness.

21                   (Witness duly sworn.)

22                   CLAYTON SMITH, M.D.,

23   having been first duly sworn, was examined and

24   testified as follows:

25

Clayton Smith, M.D.

```
 1                    EXAMINATION

 2   BY MR. BRENZA:

 3       Q.    Dr. Smith, I -- my name is

 4   Lindley Brenza.  I represent Monsanto.  I'm going to

 5   be asking you some questions today.

 6                    Have you had your deposition taken

 7   before?

 8       A.    Like this, no.

 9       Q.    Okay.  So let me just hit a few ground

10   rules.  You probably have already discussed them

11   with your counsel, but --

12       A.    Okay.

13       Q.    -- just to make sure you know.

14                    You're under oath.  You're

15   testifying just as you would be if you were in a

16   court of law.

17       A.    Okay.

18       Q.    You -- because the court reporter will be

19   trying to write down everything we say and that

20   becomes one of the official records, you need to

21   answer my questions verbally, not with a nod of the

22   head or a gesture of some kind.  She can't take that

23   down.

24       A.    Okay.

25       Q.    Similarly, we can't speak simultaneously
```

Clayton Smith, M.D.

1    or she's going to get mad.  So one at a time.

2         A.    Okay.

3         Q.    If I ask you a question you don't hear or

4    you don't understand, just ask me to rephrase it or

5    repeat it, and I'll try do that.  Okay?

6         A.    Okay.

7         Q.    I -- you can tell from my voice that I've

8    got a bit of a cold going right now.

9         A.    I think -- I think I'm working on the

10   same.

11        Q.    So -- I didn't know how to --

12             MR. DIAMOND:  By the way, my throat's

13   starting to feel scratchy.

14        Q.    I don't know if that -- that -- that is

15   going to affect anything.  I've got a supply of

16   Sudafed here, so I think I'll be all right.

17        A.    Okay.

18        Q.    But -- but if it does cause me to not say

19   something clearly, just let me know and I'll -- I

20   won't take offense.  I'll just ask it again.

21        A.    Okay.  Of course.

22        Q.    So the -- I'm going to be handing you,

23   during the course of the day, a series of exhibits,

24   and the first one is front of you right now.

25        A.    Okay.

Clayton Smith, M.D.

```
 1                   (Exhibit No. 1 was marked.)

 2        Q.    We've marked your CV as Smith Exhibit 1,

 3   and I just want to get you to, first off, just look

 4   it over and make sure that it's accurate and up to

 5   date.

 6                   (Witness peruses document.)

 7        A.    I think this is a little bit older than

 8   the one I sent on Friday, but it's --

 9                   MR. DIAMOND:  Oh.

10        A.    -- roughly -- I think all I've updated

11   are a few references.

12        Q.    Okay.  Anything else that you see offhand

13   that is out of date?

14        A.    No.

15        Q.    Okay.  So you're still at the University

16   of Colorado?

17        A.    Correct.

18        Q.    And what -- your position there is

19   director of blood disorders and cellular therapies?

20        A.    Correct.

21        Q.    And also associate division head for

22   clinical affairs, division of hematology?

23        A.    Correct.

24        Q.    Are you -- are you a hematologist?  Is

25   that your area of expertise?
```

Clayton Smith, M.D.

```
 1      A.    Yes.

 2      Q.    Do you have any other areas of expertise

 3   in the field of medicine?

 4            MR. DIAMOND:  Okay.  One thing we

 5   didn't say.

 6            THE WITNESS:  Sorry.

 7            MR. DIAMOND:  Just pause.  I'll try

 8   to get a -- an objection in periodically.

 9                 Just objection.

10                 And you can go ahead and answer.

11      Q.    Yeah.

12      A.    No.

13      Q.    Okay.  So let me -- let me ask the

14   question again, so we have a -- it's going to come

15   out with a -- a speaking part on the -- on the

16   transcript.

17                 Is hematology your area of

18   expertise within medicine?

19      A.    Correct.

20      Q.    And do you have any other areas of

21   expertise within medicine?

22      A.    No.

23            MR. DIAMOND:  Objection.

24      Q.    Do you have any other areas of

25   expertise --
```

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Clayton Smith, M.D.

```
 1                    THE WITNESS:  Oh, sorry.

 2        Q.    -- outside of medicine?

 3                    MR. DIAMOND:  I wasn't able to

 4   squeeze my objection in.  Is it -- is it okay?

 5                    Okay.  Keep going.  Sorry.

 6        A.    I'm sorry.  Could you clarify?

 7        Q.    Do you have any -- well, so I just want

 8   to find out if you consider yourself to be an expert

 9   in any areas outside of medicine.

10        A.    I -- I do research and I -- is -- if you

11   consider that part of medicine or -- it's outside of

12   clinical medicine, but I...

13        Q.    What areas of research do you consider

14   yourself to be an expert in?

15        A.    Two -- two areas.  One is looking at a

16   type of cell in leukemia called a leukemia stem cell

17   and trying to find new ways of treating leukemia

18   by -- by going after those cells.

19                    And over the last decade I've

20   worked more and more with using computers to help

21   guide decisions in how to treat blood cancers like

22   leukemia.

23        Q.    We'll get into the details of your --

24   your expertise and your opinions in this case in a

25   minute, but I -- I also -- so this is not to -- to
```

Clayton Smith, M.D.

```
 1   minimize your expertise, but I want to go through

 2   some of the areas that you're not an expert in.

 3        A.    Sure.

 4        Q.    Are you an oncologist?

 5        A.    Well, I -- I treat cancers of the blood

 6   primarily, and that fits within the -- the field of

 7   hematology.  And, in fact, within hematology,

 8   there's people that -- at -- at our university and

 9   many places that look after what's called benign

10   hematology, blood clotting and other problems, and

11   then there's blood cancers.  And I really focus more

12   on blood cancers.

13        Q.    So that's a sub -- subarea of oncology?

14        A.    Correct.

15        Q.    Okay.  Are you a pathologist?

16        A.    No.

17        Q.    Have you ever done any pathology?

18        A.    Not since -- since medical school.

19        Q.    Are you a toxicologist?

20        A.    No.

21        Q.    Are you an expert in animal toxicology?

22        A.    No.

23        Q.    Have you ever conducted genotoxicity

24   studies?

25        A.    No.
```

Clayton Smith, M.D.

1      Q.    Have you ever conducted mutagenicity

2   studies?

3      A.    Not the traditional ones that I think

4   you're referring to in the toxicology field.

5      Q.    Things like the Ames test?

6      A.    No.

7      Q.    Okay.  Are you an environmental exposure

8   expert?

9      A.    No.

10     Q.    Have you done any quantitative analysis

11  to determine an individual's exposure to chemicals?

12     A.    No.

13     Q.    Have -- are you an environmental

14  regulatory expert?

15     A.    No.

16     Q.    Are you an expert on pesticides?

17     A.    No.

18     Q.    Are you an expert on labels and warnings?

19     A.    We do some work with labels, but I do not

20  consider myself an expert in that area.

21     Q.    Are you familiar with the government

22  regulations concerning pesticide labels and

23  warnings?

24              MR. DIAMOND:  Form.

25                 Go ahead.

Clayton Smith, M.D.

```
 1                    THE WITNESS:  Is it okay, then?

 2                    MR. DIAMOND:  Yes.

 3        A.    No.

 4        Q.    Just -- just so you know, unless your

 5   counsel tells you not to answer, you still need to

 6   answer the question.  He'll -- he'll -- he'll tell

 7   you not to answer if I ask you something that he

 8   thinks is going to elicit a privileged --

 9        A.    Okay.

10        Q.    -- answer or something like that.

11                    THE WITNESS:  So should I pause then

12   each time after he asks me --

13                    MR. DIAMOND:  If you could.  It's

14   hard to do, though, I understand, especially if this

15   is your first deposition.

16                    THE WITNESS:  Right.

17                    MR. DIAMOND:  So I -- I understand.

18   So don't worry about it.  As -- as time goes on,

19   you'll get better at pausing just a little bit.

20                    THE WITNESS:  Okay.  Sorry.

21        Q.    Have you ever worked for the EPA?

22        A.    No.

23        Q.    Have you worked for any government

24   regulatory body?

25        A.    No.
```

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

Clayton Smith, M.D.

```
 1        Q.    Have you ever worked for a chemical

 2   company?

 3        A.    No.

 4        Q.    Have you ever been involved in the

 5   manufacture, testing, or marketing of chemical

 6   products?

 7        A.    I -- I have helped either work or start

 8   companies that were developing new -- new treatments

 9   for cancer.

10        Q.    So those are drugs?

11        A.    Drugs.

12        Q.    Drugs.

13        A.    Or -- or reagents that are -- that are

14   used in our field.

15        Q.    But -- but nothing having to do with

16   pesticides?

17        A.    No.

18        Q.    Are you an expert in medical toxicology?

19        A.    No.

20        Q.    Are you planning to offer any benefits --

21   sorry.

22              Are you planning to offer any

23   testimony regarding the benefits of Roundup?

24        A.    No.

25        Q.    Are you an epidemiologist?
```

Clayton Smith, M.D.

```
 1        A.    No.

 2        Q.    Do you serve as a statistical reviewer

 3   for any medical or scientific journal?

 4        A.    No.

 5        Q.    And you don't hold yourself out as an

 6   expert in epidemiology, right?

 7        A.    No.

 8        Q.    Have you conducted any studies involving

 9   human exposures to pesticides and cancer?

10        A.    No.

11        Q.    Have you conducted any epidemiological

12   studies regarding pesticides and cancer?

13        A.    No.

14        Q.    Have you conducted any studies in animals

15   regarding pesticides and cancer?

16        A.    No.

17        Q.    Any studies in cells or test tubes

18   involving pesticides and cancer?

19        A.    No, sir.

20        Q.    Have you conducted any scientific

21   research of any kind at all involving pesticides?

22        A.    No.

23        Q.    Okay.  So let's talk a little bit about

24   some of the things on your CV.

25        A.    Okay.
```

Clayton Smith, M.D.

1      Q.    So it looks like in -- under your

2   education and training, you've listed them

3   chronologically?

4      A.    Correct.

5      Q.    And so you started -- you got your

6   bachelor's in biology at Rice; is that correct?

7      A.    Correct.

8      Q.    Are you from Texas or did you move there?

9      A.    I was born in Texas.  But my dad was in

10  the Navy, so we lived all over.

11     Q.    Okay.  And you got your MD from

12  Southwestern Medical School in -- in Dallas, Texas?

13     A.    Correct.

14     Q.    And then you did an intern -- internship

15  at Parkland Hospital in Dallas?

16     A.    That's right.

17     Q.    And a residency in New York Hospital,

18  Cornell University Medical Center in New York?

19     A.    Right.

20     Q.    And then a fellow -- you were a fellow at

21  the Memorial Sloan Kettering Cancer Center in

22  New York?

23     A.    That's right.

24     Q.    And that Memorial Sloan Kettering Cancer

25  Center, that's one of the leading hospitals for

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Clayton Smith, M.D.

1    treating people that have cancer, right?

2         A.    I think so.

3         Q.    Yeah.  And as a fellow, what did you --

4    what did you do there?

5         A.    Looked -- looked after -- well, I -- I

6    did a -- a -- a combined fellowship that was both

7    research and clinical.  On the clinical side, I

8    looked after mostly people with blood cancers.  I

9    knew early on that that's really where my interests

10   lie, as opposed to in our field they're kind of

11   divided between blood cancers and solid tumors, like

12   breast cancer and lung cancer.  I was far more

13   interested in the blood cancers.

14                    In the -- in the lab, I did

15   research on bone marrow and bone marrow stem cells.

16        Q.    Are bone marrow stem cells, do they give

17   rise to the cells that cause non -- non-Hodgkin's

18   lymphoma?

19        A.    Ultimately, yes.  They -- they generate

20   the immune system, and non-Hodgkin's lymphoma come

21   from cells of the immune system.

22        Q.    And stem cells, if I'm understanding

23   correctly, is -- those are the cells that can divide

24   infinitely and never stop?

25        A.    Probably not infinitely, but a lot.

Clayton Smith, M.D.

 1      Q.     Yeah.

 2      A.     So yes, that's correct.

 3      Q.     And -- and their job is to resupply the

 4  body with cells that it needs?

 5      A.     Correct.  So a very small number of these

 6  generate.  You -- you have about 3 trillion blood

 7  cells in your body, I think, and they all come from

 8  a small number of stem cells that are constantly

 9  dividing and generating white blood cells, red blood

10  cells, and platelets.

11      Q.     And the -- and the cells that cause

12  non-Hodgkin's lymphoma, those would fall into the

13  white blood cell category?

14      A.     Correct.

15      Q.     What role does the -- do lymph nodes

16  play?

17             MR. DIAMOND:  Form.

18                Go ahead.

19             THE WITNESS:  Is it -- it's okay if

20  I?

21             MR. DIAMOND:  (Nodding head.)

22      A.     So the -- the stem cells generate white

23  blood cells of two types.  One is -- two general

24  types.  One is called the myeloid type and one is

25  called the lymphoid type.  And in the lymphoid type,

Clayton Smith, M.D.

1   there's B -- a B subtype and a T subtype.  And the

2   B subtype tend to go to lymph nodes, develop there,

3   and the lymph nodes and those B-cells in the lymph

4   nodes are an important part of your immune system

5   and what protects you against infections.

6       Q.   So -- so is it fair to say the lymph

7   nodes are where the B-cells go to mature?

8       A.   That's certainly one of the -- one of the

9   things that happens in lymph nodes.  But they're --

10  they're also -- it's not just like a high school for

11  B-cells.  They -- many of them stay there and help

12  you fight infections.

13      Q.   Is -- B-cells also -- we'll get into this

14  in more detail later.

15             B-cells also re-juggle their

16  genetic information, right?

17      A.   Correct.

18      Q.   Does that happen at the stem cell level

19  or -- or once they're already at B-cell?

20      A.   So there's a -- the stem cells, again,

21  can turn into almost any type of cell.  But as they

22  divide, they tend to start maturing towards one

23  specific type.  But that maturation process takes

24  some period of time, goes through some divisions.

25             So where -- I think what you're

Clayton Smith, M.D.

```
1   referring to is the B-cells make a protein called

2   immunoglobulin, and the gene for that immunoglobulin

3   rearranges during the process of B-cell development.

4        Q.    So it -- so that --

5        A.    Relatively early, but not at the -- at

6   the true stem cell level.

7        Q.    Okay.  Early, but not at -- not at the

8   very beginning.  Okay.

9        A.    Correct.

10       Q.    And is that something that happens in the

11  lymph nodes or on the way there?

12       A.    Pri -- primarily.  It -- it can happen in

13  other sites as well.

14       Q.    And that -- what's the right term for --

15  for the re-jiggering?  How do you -- I don't even

16  know how to say it.  It's not recombination.

17       A.    Immunoglobulin gene rearrangement.

18       Q.    I was hoping it would be shorter than

19  that.

20             Immunoglobulin gene rearrangement.

21       A.    Correct.

22       Q.    So there are certain parts of the B-cell

23  genome that are designed to experience naturally

24  occurring mutations?

25             MR. DIAMOND:  Form.
```

Clayton Smith, M.D.

1                    As long as I get that in, you're

2    good to go.

3                    THE WITNESS:  Okay.

4         A.    Yeah, that's actually a -- a good way to

5    describe it.  The -- the -- every -- not every

6    B-cell, but -- but in general, B-cells are -- as

7    they develop, they develop -- they have

8    rearrangement of this protein, the gene for this

9    protein called immunoglobulin.  And the

10   rearrangement takes a series of forms, including

11   some -- some what are -- you know, they're not

12   mutations in a negative sense.  They're -- they're

13   positive mutations because they allow the protein to

14   be very specific for a particular virus or bacteria

15   or other organism, or even an allergen or others.

16   So these proteins the B-cells make are very specific

17   to individual targets.

18        Q.    Is -- is it right to think of the

19   immunoglobin protein as what people refer to as an

20   antibody?

21        A.    Correct.

22        Q.    And -- and you need millions of different

23   kinds of antibodies floating around in order to make

24   sure that one of them can be effective against an

25   invader of some sort?

Clayton Smith, M.D.

```
 1       A.    Correct.

 2       Q.    And the B-cells have this mechanism of --

 3   of mutating so that they can generate a wide variety

 4   of antibodies to defend the body against whatever it

 5   happens to be invading?

 6       A.    That's correct.

 7       Q.    In my case, a cold virus?

 8       A.    Yes.

 9       Q.    It's a little slow on the uptake today.

10       A.    You know your biology well.

11       Q.    That all works well as long as the

12   mutations occur within the area that is intended to

13   be modified to generate these antibodies, right?

14       A.    That's correct.

15       Q.    Sometimes mutations occur outside of that

16   region?

17       A.    Yes.

18       Q.    And that can be a -- that can cause

19   cancer?

20       A.    Correct.

21       Q.    And that can cause non-Hodgkin's

22   lymphoma?

23       A.    Correct.

24       Q.    Is there any way to tell, from looking at

25   a non-Hodgkin's lymphoma, if it's been caused by
```

Clayton Smith, M.D.

1    this natural mutation that occurs within B-cells?

2              MR. DIAMOND:  Form.

3         A.   So -- so I wouldn't -- if it's -- if it

4    is a mutation that leads to non-Hodgkin's lymphoma,

5    I wouldn't put it in a category of the normal

6    natural mutations that occur to generate all those

7    millions of antibodies.

8         Q.   Is it --

9         A.   But --

10        Q.   It's a -- it's that process gone awry,

11   gone off somehow, right?

12             MR. DIAMOND:  Form.

13        A.   You can get -- you can get mutations

14   completely distinct from that immunoglobulin gene --

15   gene rearrangement.  But in general, we cannot

16   tell -- other than a few specific cases where it's

17   due to a -- a virus, you can't really tell what

18   caused those mutations, if that's what you're --

19   you're getting to.

20        Q.   And when you say "those mutations," we're

21   talking about the mutations that are causing

22   non-Hodgkin's lymphoma?

23        A.   Correct.

24        Q.   You said there are -- there are a couple

25   that are caused by a virus?

Clayton Smith, M.D.

1        A.     There's -- there's thought to be some

2    that can at -- at least be in part due to the

3    Epstein-Barr virus, is -- is one.  And then -- and

4    sort of the converse of that is people that are

5    infected with the HIV virus.  Their immunity doesn't

6    work very well, and it's thought that you need,

7    actually, immunity to keep some of these abnormal

8    B-cells in check.  And when that doesn't work,

9    because of HIV or we see this also in people who

10   have gone through organ transplant, they start to --

11   they start to develop lymphomas as well.

12       Q.     And -- and you said that with those

13   two -- well, HIV, obviously you can -- you can see

14   if the virus is there.  Is -- does Epstein-Barr --

15       A.     Well, the HIV doesn't infect the B-cells,

16   but it lowers the immune system.  So there's two --

17   there's two ways to -- well, there's actually

18   several ways to get to lymphoma.

19                  One is like an Epstein-Barr virus

20   infection.  It causes the B-cells to proliferate a

21   lot more, and they can get -- they can acquire a

22   mutation along the way.

23                  Another major category is -- is

24   when your immune system is very low.  And so if an

25   abnormal B-cell pops up, it's thought that the

Clayton Smith, M.D.

1    immune system would eliminate that.  So when your

2    immune system is low, it doesn't do that.

3        Q.    So when it's -- when it's too high

4    because it's fighting Epstein-Barr it's -- the

5    B-cells are mutating too fast and maybe one of them

6    goes bad?

7        A.    Correct.

8        Q.    And then correspondingly with HIV, your

9    immune system is too low and it doesn't prune out

10   the -- the B-cell -- mutated B-cells that might be

11   dangerous rather than helpful?

12       A.    Right.  And those -- those two processes

13   can occur through different mechanisms.  So you can

14   have what's called chronic antigen stimulation,

15   where there's certain infections or autoimmune

16   diseases where the B-cells grow probably too much.

17   And then your immune system can get knocked down

18   through a variety of processes, like after an organ

19   transplant or even after a bone marrow transplant

20   where we use medicines to suppress the immune

21   system.

22       Q.    And those -- those two categories are --

23   are known paths to non-Hodgkin's lymphoma?

24       A.    Correct.

25       Q.    Okay.  So you did -- you did your -- the

Clayton Smith, M.D.

```
 1   fellowship, I think we've talked about it, at Sloan

 2   Kettering.  And then you did another fellowship

 3   involving bone marrow transplants at Stanford?

 4        A.    Correct.

 5        Q.    And what -- and what did you do at

 6   Stanford?

 7        A.    Looked after patients undergoing bone

 8   marrow transplants for -- for -- typically for blood

 9   cancers.

10        Q.    Is that a -- a treatment that's used for

11   non-Hodgkin's lymphoma?

12        A.    There's -- so there's two types of bone

13   marrow transplants.  There's one where you get your

14   own bone marrow back, called autologous transplant,

15   and that's pretty widely used for lymphoma that's

16   come back after initial treatment has failed.

17                  There's a smaller number of people

18   with non-Hodgkin's lymphoma that go to the -- what's

19   called an allotransplant, where you find a donor

20   from a brother, sister, or some -- someone else

21   that -- that is a -- a match.

22        Q.    So between autologous and allo --

23        A.    Genic.

24        Q.    Allogenic, those are two ways that bone

25   marrow transplants are used to treat non-Hodgkin's
```

Clayton Smith, M.D.

```
 1   lymphoma?

 2        A.    Correct.

 3        Q.    Now let's look at your academic

 4   appointments.

 5        A.    Okay.

 6        Q.    Again, you've got them listed on your CV,

 7   Exhibit 1, in chronological order; is that correct?

 8        A.    Yes.

 9        Q.    And they start in 1992 at Memorial Sloan

10   Kettering?

11        A.    Right.

12        Q.    And what -- you were a -- you were a

13   assistant professor of medicine in bone marrow

14   transplant services?

15        A.    At Sloan Kettering I was -- there's a --

16        Q.    Oh, I'm sorry.  I read the wrong one.

17        A.    I was a lower position than that.

18        Q.    Clinical assistant physician, bone marrow

19   transplant services?

20        A.    Correct.

21        Q.    And what was your role in that position?

22        A.    Again, primarily -- well, twofold.  Look

23   after patients with bone marrow transplants, as well

24   as do laboratory research.

25        Q.    Then you moved to Duke, and you -- I see
```

Clayton Smith, M.D.

1    that you were there for a number of years in a

2    number of different positions?

3        A.    Correct.

4        Q.    Starting in 1993, you were an assistant

5    professor in -- well, just -- why -- why don't you

6    just describe your time at Duke and what -- what

7    your academic positions were there.

8        A.    Very similar.  I continued to look after

9    people with blood cancers, primarily at Duke, people

10   going through bone marrow transplants.  And then

11   during research -- our -- our research group at

12   Sloan Kettering had -- a good portion of them had

13   moved together to -- to Duke to start a -- a -- a

14   new research group there.

15       Q.    What was your research on there?

16       A.    I continued to do research on the -- the

17   stem cells and bone marrow.  And particularly we

18   were interested -- at that time we were trying to

19   figure out how to genetically modify them to treat

20   error -- you know, errors people were born with in

21   stem cells or ultimately to treat cancer through

22   that.

23       Q.    Did -- did your research change at all

24   when you -- while you were at Duke?

25       A.    Yes.  I became more and more interested

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Clayton Smith, M.D.

1    in the -- the biology of the stem cells and less so

2    in the genetic modification part.

3         Q.    And when you say "biology of stem cells,"

4    are you talking about their lifecycle, their

5    lifespan, things like that?

6         A.    Right.  How could we -- you know, how

7    could we find them, how could we understand more

8    about their biology so that we could hopefully try

9    to learn things that would help us grow more bone

10   marrow cells for people, help them recover from bone

11   marrow transplant quicker, help them fight cancer

12   better.

13        Q.    In 2000 you moved to the Moffitt Center

14   in Tampa, Florida?

15        A.    Correct.

16        Q.    Why did you change?  Why did you move

17   there?

18        A.    I -- I think I was looking for more

19   independence and just to have a -- I had been with

20   the -- the group at Duke and previously at

21   Sloan Kettering for a long time, and I -- I think I

22   wanted just to have a little bit more control and

23   say over what kind of work I was doing.

24        Q.    And did -- did your work change as a

25   result of moving to the Moffitt Center?

Clayton Smith, M.D.

1    A.    No.    It was pretty similar.    I was still

2    looking after people, going through bone marrow

3    transplants for blood cancers, and I was still

4    doing -- doing research primarily on those blood

5    stem cells, but I was starting to get more and more

6    interested in -- in some technologies that were

7    being developed to try to understand these stem

8    cells and immune cells a lot more efficiently and

9    effectively.    So that's sort of where my interest

10   started with some of the more technology aspects

11   of -- of what I do now.

12        Q.    And you stayed at the Moffitt Center

13   through 2003?

14        A.    Correct.

15        Q.    And then you moved to the University --

16   University of British Columbia in Vancouver?

17        A.    Correct.

18        Q.    And why did you make that move?

19        A.    Part -- it was -- it was about

20   three-quarters work.    The -- the University of

21   British Columbia at that time had a stem cell center

22   called the Terry Fox Lab, which was one of the --

23   the best places in the world for the kind of work I

24   did, some of the -- it was a chance to work with

25   some of the best and the brightest in the -- in

Clayton Smith, M.D.

```
 1    the -- my field.

 2                    I also had scuba dived a lot when

 3    I was young, and including up in Vancouver, and it

 4    was a -- and I loved it up there.  It was just a

 5    wonderful place.  And so it was probably one-quarter

 6    lifestyle and three-quarters a chance to work with

 7    some of the best and the brightest.

 8                    Part of it was they offered me the

 9    position to direct the clinical program there, and

10    that was an -- that was an exciting challenge as

11    well.

12        Q.    And -- and, again, the clinical program

13    was people who are receiving bone marrow

14    transplants?

15        A.    So that -- that clinical program did both

16    bone marrow transplants and looked after everyone

17    with leukemia.  And then we worked closely -- there

18    was actually a separate group at the BC Cancer

19    Agency, which we were a part of, that focused on

20    lymphoma, and we did a fair amount of collaborative

21    work with them as well.  Like our -- our group, for

22    example, looked after the most aggressive lymphomas,

23    and then we would do all the bone marrow transplants

24    for people who had failed their lymphoma treatment,

25    their initial treatment with the -- with the
```

Clayton Smith, M.D.

1   lymphoma group.

2       Q.    Are -- are all forms of non-Hodgkin's

3   lymphoma considered to be lymphomas?

4       A.    I'm sorry.  I --

5       Q.    Well, so non -- non-Hodgkin's lymphoma is

6   not just one thing, right?

7       A.    Correct.

8       Q.    It's actually, like, 60 or 70 different

9   diseases?

10      A.    Depends on the -- on the day of the week.

11  It goes up all the time.

12      Q.    Where -- where would you say it is right

13  now?

14      A.    It -- the most common sort of

15  categorization is the World Health Organization, and

16  there's many dozens now.  And they -- they update

17  this quite frequently.  I think the last major

18  update was around 2016.  And they -- as they learn

19  more about the biology of these, they create,

20  typically, more and more categories.

21              So this is constantly changing and

22  evolving.

23      Q.    And -- and so what's your best estimate

24  of -- of what the count is now of how many different

25  types of diseases of these --

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Clayton Smith, M.D.

```
 1       A.    Of all -- all types of lymphoma?

 2       Q.    Would be grouped under non-Hodgkin's

 3   lymphoma, yeah.

 4       A.    And you're including B and T and --

 5       Q.    Yes.

 6       A.    -- low-grade and high-grade and all of

 7   those?

 8       Q.    Anything that you would call a

 9   non-Hodgkin's lymphoma.

10       A.    Gosh, I don't know what the current count

11   is.

12       Q.    Is -- I mean, does 60 to 70 sound like --

13       A.    It's prob --

14       Q.    -- a ballpark?

15       A.    Probably not far off.

16       Q.    Okay.

17       A.    Yeah.

18       Q.    And is that a function of different cell

19   types becoming cancerous, each of those different

20   types?

21       A.    So -- so that's a -- that's a -- a -- a

22   tough question because there's -- so there's two

23   major types.  There's the B type and the T type.  So

24   those are -- those are quite different from each

25   other.
```

Clayton Smith, M.D.

```
 1                        And then within the B type there's
 2    a lot of different types of lymphoma, and presumably
 3    many of them are from different types of B-cells
 4    during different stages of development.  And then
 5    it -- in each of those -- in each of those you can
 6    have different genetic changes, which leads to a
 7    different behavior and a different biology for --
 8    for that particular lymphoma.
 9         Q.    Do each of the -- or -- do many of the
10    different types of non-Hodgkin's lymphoma have
11    different recommended treatments, or are they all
12    treated essentially the same?
13         A.    No.  There are different treatments
14    depending on the type.
15         Q.    And is that true even within the types
16    that are B-cell-type?
17         A.    Correct.
18         Q.    They're different treatments?
19         A.    Yes.
20         Q.    So you're familiar with the treatments
21    that the -- Mr. Alvarez got in this case?
22         A.    Yes.
23         Q.    He got R -- something called R-CHOP?
24         A.    Correct.
25         Q.    And CAR T, at one point he got that?
```

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Clayton Smith, M.D.

```
 1        A.    Yes.

 2        Q.    And there was another -- there's another

 3   one in there too, right?

 4        A.    He actually got two others, I believe.

 5        Q.    What -- what were the other two?

 6        A.    One was called bendamustine rituximab.

 7        Q.    Is that -- is that two things?

 8        A.    So that's a combination of a -- of a

 9   chemical drug called bendamustine and a -- and an

10   antibody therapy called rituximab.

11              And then he got another one, which

12   I actually have not used previously, which they use

13   at -- I -- I believe at the University of California

14   in San Francisco, R -- I'm blanking.  I'd have to go

15   back and -- and look at the records.  But it's a --

16   it's a different regimen.  It's called a salvage

17   regimen, so when people relapse.  It's different

18   from the one that -- that we use, that I've used

19   traditionally.

20        Q.    How --

21        A.    But I believe he did get a total of four

22   different types of treatment.

23        Q.    And that's all for one type of

24   non-Hodgkin's lymphoma, or did he have more than one

25   type?
```

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

Clayton Smith, M.D.

```
 1               MR. DIAMOND:   Form.

 2        A.    So he had a -- a bit of a complicated

 3   situation.  Initially, it looked like he had a type

 4   called diffuse large B-cell lymphoma and was treated

 5   for that.  And then upon further review of his

 6   pathology at the University of California at

 7   San Francisco, they felt like he had, at least

 8   co-existent with that, another type of lymphoma

 9   called follicular lymphoma.

10        Q.    Those are -- and those are both

11   B-cell-related?

12        A.    Correct.

13        Q.    Does -- how does follicular lymphoma fit

14   into the family of non-Hodgkin's lymphomas?

15        A.    So the -- within the -- the big lymphoma

16   family, there are the B type and the T type.  And

17   then within the B type, they're typically divided

18   into what are called the indolent or low-grade

19   lymphomas and then the more aggressive lymphomas.

20               And follicular lymphoma, at least

21   most versions of it, are typically put into the

22   low-grade or indolent.  Those are just synonyms for

23   the same thing.  And so it's typically viewed as a

24   slower growing lymphoma, and it's treated

25   differently than the more aggressive lymphomas like
```

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Clayton Smith, M.D.

1    the diffuse large B-cell lymphoma that --

2         Q.    Is follicular lymphoma a different type

3    of cell or is it a different stage of B-cell

4    development, or how -- what does it mean?

5         A.    Yeah.  So it -- it's a good question.

6               There -- it's -- it's not totally

7    well known where -- which exact stage of development

8    these different B-cells come from.  The genetic

9    changes tend to be different.  So you could have an

10   aggressive lymphoma come from a similar cell in

11   development as a follicular lymphoma, just due to

12   different genetic changes, or visa-versa.

13              And then you can have follicular

14   lymphoma or other indolent lymphomas, that these

15   tend to grow slowly and go along.  And every so

16   often out of those, they can get new genetic changes

17   that turn them into the -- the more aggressive

18   lymphomas, and that's called transformed lymphoma.

19        Q.    And -- and is that what the doctors

20   thought had happened to Mr. Alvarez in this case?

21        A.    Well, I think there's two possibilities.

22   One is he had two coexistent lymphomas.  I think

23   statistically, it's probably more likely that he had

24   transformed lymphoma.

25        Q.    So it was one of the cases where he had

Clayton Smith, M.D.

```
 1   a -- a -- a slow-growing follicular lymphoma that

 2   over time kicked out some -- some cells with further

 3   mutations that were more aggressive?

 4        A.    I think -- I think that's the most likely

 5   thing that happened.

 6        Q.    And the aggressive lymphomas need to --

 7   need to be treated quickly and aggressively, right?

 8        A.    Correct.

 9        Q.    And -- but they can be treated, right,

10   with treatments?

11        A.    So both -- both the indolent lymphomas

12   and the aggressive lymphomas can be treated.  But

13   the difference is that the indolent lymphomas, most

14   of them tend to come back.  They'll respond, go into

15   remission, and then return over --

16        Q.    So --

17        A.    -- and over.

18        Q.    So hard to --

19        A.    Hard to eradicate.

20        Q.    Yeah, to put an end to that?

21        A.    Correct.  And the aggressive ones, it's

22   sort of paradoxically, they grow faster, but many

23   people can be cured with an initial type of

24   treatment, and it just doesn't come back at all.

25        Q.    And -- and that -- is that a function of
```

Clayton Smith, M.D.

1   the fact that the treatments are directed to

2   fast-growing cells?

3       A.    That might be a -- a bit of a

4   generalization.  I think it's just that over

5   years -- over the years people have identified and

6   developed treatments that just seem a lot more

7   effective against the -- the faster growing ones.

8   Whether that's because -- I -- I don't mean to be

9   pedantic.  Whether that's because they're faster

10  growing or some other aspect of their biology, I

11  don't think we know yet.

12      Q.    Okay.  So we were -- where were we?  We

13  were in Vancouver last.

14              And then in 2010 you moved to

15  Pittsburgh?

16      A.    Correct.

17      Q.    What was the reason for that change?

18      A.    Twofold.  I -- Vancouver is the most

19  expensive city in North America and one of the most

20  expensive in the world, and I just couldn't --

21  couldn't -- housing there is crazy, and I couldn't

22  keep up with it.

23              We -- we are government employees

24  in Canada, and you get taxed a lot.  And by the end

25  of the month, after I paid my rent, I had little

Clayton Smith, M.D.

```
 1   left.  So I tried to hang in as long as I could

 2   because it's a wonderful place.

 3                   The other is that it was a

 4   really -- what looked like a really interesting

 5   opportunity at the University of Pittsburgh to lead

 6   a -- a broader blood cancer program.

 7        Q.    And so is that -- is that what you -- why

 8   you moved, made that change, is to -- to lead that

 9   program?

10        A.    Yes.

11        Q.    Sorry.

12                   What was the -- what was the

13   nature of the program that you were leading at the

14   University of Pittsburgh?

15        A.    It was called the hemologic malignancies

16   program, and so it was all blood cancers.

17        Q.    And you stayed -- you stayed at the

18   University of Pittsburgh, in two positions, through

19   2012?

20        A.    Correct.

21        Q.    I see the second one says "Department of

22   Bioinformatics"?

23        A.    Correct.

24        Q.    Is that the second -- I think you

25   mentioned that was one of your areas of research,
```

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Clayton Smith, M.D.

```
 1   using computers to figure out how to treat people?

 2        A.    Right.

 3        Q.    How does that work?  Like, what -- what

 4   exactly does that involve?

 5        A.    So we have these really, really powerful

 6   technologies in the lab now, where we can look at

 7   all of the DNA in a -- in a blood cancer cell.  We

 8   can look at all of the RNA.  We can look at many of

 9   the proteins.  We can look at many of the pathways

10   that get activated.  And so the good news is we

11   can -- we can really drill down very deeply into

12   individual cells now, and we can see the differences

13   between different cells.  We can get to -- hopefully

14   get better answers to some of the very good

15   questions you've asked me already.

16                  The challenge is that it generates

17   mountains of data, many, many log orders, more data

18   than we used to get when I first started out in the

19   lab, beyond the ability of at least my brain and I

20   think most brains to really organize and sift

21   through in an efficient fashion.

22                  Computers are really good at that,

23   at sort of going through mountains of information

24   and finding things that are interesting, and I --

25   and I've, over the last decade or so, gotten more
```

Clayton Smith, M.D.

```
 1   and more interested in that sort of interplay
 2   between what we find in the lab, how computers can
 3   sift through that information.  But because
 4   ultimately I wanted to help the patients I see and
 5   that we all see, I think it's very important we do
 6   that in a way that is actually beneficial in the
 7   clinic, as opposed to just an academic exercise by a
 8   bunch of professors.
 9              And so I'm -- I'm very interested
10   in how to link those three things, that historically
11   were pretty separate, together.  Particularly it's
12   in how we can harness all this new computer power we
13   have so that I can go in to a patient and say, you
14   know, of all the treatments that are out there, this
15   is the -- hopefully, the -- the best one for you,
16   the one that's most likely to be effective and the
17   least likely to cause you side effects.
18      Q.    So that -- that took you through 2012?
19      A.    Correct.
20      Q.    And then -- then you moved to the great
21   state of Colorado?
22      A.    Correct.
23      Q.    What brought you out here?
24      A.    It's a wonderful place.  It's -- the --
25   the University of Colorado was really growing and
```

Clayton Smith, M.D.

```
 1    doing a lot of exciting things, a lot of potential.

 2    And similar to my move to Vancouver, you know,

 3    living -- living here is -- is wonderful.

 4         Q.    Did your work change?

 5         A.    Yes, I -- I would say.

 6               So at the -- at the University of

 7    Colorado -- well, fundamentally it's the same.  I --

 8    I look after the blood cancer program, so leukemia,

 9    lymphoma, myeloma, bone marrow transplants, these

10    new therapies called CAR T cells, like Mr. Alvarez

11    got.  So I oversee that program and then I -- I

12    still work clinically seeing patients and I do -- my

13    lab has gotten smaller, but my ability to do work in

14    that computer field has grown substantially.

15         Q.    So would it be -- would it be fair to say

16    that since moving to Colorado, your work's more

17    treating patients rather than research?

18         A.    It's probably -- it's still a balance.

19    It's a fairly similar balance.  I've probably --

20         Q.    Okay.

21         A.    -- always been close to 50/50, I would

22    say.

23         Q.    Do you have -- you've -- you've talked

24    about the computer work.  Is it the same kind of

25    general idea that you do -- you do here in Colorado
```

Clayton Smith, M.D.

```
 1   that you were doing at Pittsburgh?

 2       A.   So I've been very lucky here.  I have

 3   some really, really good partners.  So I think it's

 4   gotten a lot more effective and sophisticated,

 5   primarily because I get to work with a lot of really

 6   smart people.

 7       Q.   But it's -- it's -- it's still the -- the

 8   goal of assimilating all the information that can be

 9   known about cancer cells genetically, and -- and

10   proteins and such?

11       A.   Yes.  And I -- and I would say also about

12   the patient as well, and hopefully one day about

13   their immune system.  I think those are the three

14   things that we want to know about to try to guide

15   people.

16                 For -- for many years the -- there

17   were very few different treatments for -- for

18   cancer.  You know, R-CHOP, that you mentioned, has

19   been around for quite some time, the same thing over

20   and over; and yet, it's been apparent for a long

21   time that you shouldn't -- you know, we -- we really

22   shouldn't treat everybody just the same.  We should

23   learn more about them, their immune system, and the

24   cancer they have, and try to take that information

25   and identify the best treatment.
```

Clayton Smith, M.D.

```
 1                    Now, a few years ago that wasn't

 2    possible because there were very few treatments.  It

 3    was all just chemotherapy, you know, the standard

 4    chemotherapy, makes you sick, that kind of stuff.

 5                    We live in this incredible time

 6    where now there are hundreds of new drugs coming

 7    along, immunotherapies, therapies that are targeted

 8    after very specific targets within these cancers.

 9    But nobody yet knows, you know, if -- if one or a

10    combination of several are better for each

11    individual person.

12                    And so I think that's the future

13    we're moving to, is that, you know, someone,

14    hopefully before I'm done, will come to see me and

15    I'll be able to say, you know, Mr. -- Mr. Jones,

16    we've looked at all this and we think the most

17    effective and the least toxic treatment for you is X

18    or Y or Z, truly individualize those kind of

19    treatments.

20        Q.    Apart from the work you're doing on the

21    use of computer analysis for individualized

22    treatments, do you have any other research going on

23    now?

24        A.    I -- so I -- I still -- because I'm very

25    interested in how the -- all this fantastic work in
```

Clayton Smith, M.D.

1    the lab can be brought a lot more effectively into

2    the clinic, and I think the bridge to that are --

3    is -- are these computational tools, I still try to

4    keep my -- my foot in the lab and -- and do some

5    research.  And it's -- it's mostly on these bone

6    marrow stem cells and leukemia.

7                    There are -- there are -- just

8    like in normal bone marrow and leukemia, there are

9    stem cells that generate all the leukemia, and those

10   are the ones that are most resistant to our current

11   treatments.  And so identifying them, understanding

12   them, characterizing them may point the way to

13   better treatments going forward.

14       Q.    Do you have a -- excuse me.

15                    Do you have a -- a research path?

16       A.    At the -- at the moment, just one.

17       Q.    And are they working on the -- the stem

18   cell project?

19       A.    Yes.

20                    MR. BRENZA:  Let's go off the record

21   for a minute.

22                    THE VIDEOGRAPHER:  Going off the

23   record.  The time is 8:49.

24                    (Break from 8:49 a.m.  to

25                     9:00 a.m.)

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

Clayton Smith, M.D.

```
 1                (Exhibit No. 2 was marked.)

 2                THE VIDEOGRAPHER:  We are back on the

 3    record.  The time is 9:00 a.m.

 4   BY MR. BRENZA:

 5        Q.    Dr. Smith, I've handed you what I believe

 6    is your expert report in this case.  Can you verify

 7    that that's correct?

 8        A.    Correct.

 9        Q.    Who wrote your expert report that we've

10    marked as Exhibit 2?

11        A.    Who -- who wrote it?

12        Q.    Yeah.

13        A.    I -- I did.

14        Q.    Okay.  Did you have any help?

15        A.    I sent drafts to Mr. Diamond and --

16        Q.    You don't -- you don't need to tell me

17    anything about communications with your counsel.

18        A.    Oh, okay.

19        Q.    Just anyone -- I -- I didn't know if you

20    have, like, a research assistant or somebody like

21    that?

22        A.    Oh, no.

23        Q.    Okay.  So did you do the -- the research

24    supporting your report yourself?

25        A.    Oh, yes.
```

Clayton Smith, M.D.

```
 1        Q.    And I've got a -- an e-mail that was sent

 2   to me.  I just want to verify that I know the

 3   right -- how much time you've spent.

 4        A.    Okay.

 5        Q.    Did you spend approximately 43 hours

 6   preparing your expert report?

 7        A.    I have to look back at -- at what I

 8   invoiced Mr. Diamond's group, but that sounds about

 9   right.

10        Q.    Is your --

11        A.    So...

12        Q.    -- billing rate $400 an hour?

13        A.    Correct.

14        Q.    Have you billed Mr. Diamond for your time

15   so far?

16        A.    I have billed him.

17        Q.    Okay.  And you're -- you're -- you're

18   going to bill for the time testifying today, right?

19        A.    Correct.

20        Q.    Do you plan any additional work?

21        A.    I have no idea, actually.

22        Q.    Okay.  So I take it you don't -- you

23   don't have a plan.  It may -- it may happen, but...

24        A.    No.

25        Q.    Okay.  Part of what you did was review
```

Clayton Smith, M.D.

```
 1   Mr. Alvarez's medical records?

 2        A.    Yes.

 3        Q.    And you reviewed some -- some literature,

 4   some studies?

 5        A.    Yes.

 6        Q.    You reviewed some reports from other

 7   experts that are testifying in -- in favor of

 8   Mr. Alvarez?

 9        A.    Yes.  I reviewed general causation

10   reports, I think from three -- three experts.

11        Q.    Why did you review their expert reports?

12        A.    They were sent to me as -- as background,

13   and I thought they were -- the -- the people that

14   wrote them are really exceptional, and I thought

15   they would provide really good summary information.

16        Q.    So these are the reports of

17   Dr. Weisenburger, Dr. Portier, and Dr. Ritz?

18        A.    Correct.

19        Q.    Did you review any reports from experts

20   that would be testifying for Monsanto?

21        A.    Dr. Good -- Goodman?  Is that correct?

22        Q.    What was his area?

23        A.    He was a toxicol -- he is a toxicologist.

24        Q.    Any other reports from experts that will

25   testify for Monsanto?
```

Clayton Smith, M.D.

```
 1        A.    I don't believe so.

 2              THE WITNESS:   Sorry.

 3              MR. DIAMOND:   Just objection.  I

 4   don't think he re -- he knew who -- who the experts

 5   were going to be before he drafted his report.  He

 6   has since reviewed those reports, the -- the few

 7   reports that were provided.

 8        Q.    Okay.  So is that -- is that a correct

 9   chronology, that you reviewed the reports after

10   you -- after you had drafted your report?

11        A.    So -- oh, that's correct, right.

12   There -- there are a couple of additional ones that

13   were sent to me after this.

14        Q.    Additional, besides the expert reports

15   we've just discussed?

16        A.    Yes.  I'm pretty sure Dr. Goodman -- I

17   can't -- I'll have to be careful about this because

18   I actually don't recall the chronology exactly.

19                    I believe I saw Dr. Goodman's

20   first, and then there were a couple of others that

21   came along after I prepared this.

22        Q.    In your expert report, on page 11 you --

23   you expressly reference that the --

24   Dr. Weisenburger, Dr. Portier, Dr. Ritz's reports,

25   that you reviewed those?
```

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Clayton Smith, M.D.

1      A.    Correct.

2      Q.    And -- and those are the plaintiff's

3  experts, right?

4      A.    Yes.

5      Q.    You don't mention anything about Mr. --

6  or Dr. Goodman in that list?

7           MR. DIAMOND:  If you look at page 2,

8  paragraph 2, at the very bottom.

9           MR. BRENZA:  Okay.

10      Q.    Yes, you do -- and -- and there is a

11  reference to Dr. Goodman.

12      A.    Sorry.

13      Q.    So you -- does that refresh your memory

14  that you -- you had those expert reports?

15      A.    Yes.

16      Q.    And had reviewed them before you actually

17  drafted your own report?

18      A.    Correct.

19           MR. DIAMOND:  And my point was just

20  that since Monsanto has disclosed its own specific

21  causation experts' reports in this case, sometime at

22  the end of October, those have also been sent to

23  Dr. Smith.

24           MR. BRENZA:  Okay.

25      Q.    Are your opinions in this matter directed

Clayton Smith, M.D.

```
 1   to the issue of specific causation?

 2        A.   Yes.

 3        Q.   Do you have an understanding of the

 4   difference between general causation and specific

 5   causation?

 6        A.   I think so.

 7        Q.   So is it fair to say that general

 8   causation asks the question whether a given

 9   substance can produce a particular disease under any

10   circumstances?

11             MR. DIAMOND:  Form.

12        A.   I don't know if I would say it quite like

13   that.  Could -- I -- I mean, I'm happy to give

14   you --

15        Q.   Sure.  Put it in your words if -- if you

16   have a better way of saying it.

17        A.   I -- I would say the -- the general

18   causation experts are those -- at the start of all

19   this, you asked if I have expertise in immunology

20   and toxicology and similar things that I think are

21   really important for the general causation opinions

22   and should come from people with expertise in those

23   areas.

24                  And then the specific causation

25   is -- is, at least how it was -- you know, how I
```

Clayton Smith, M.D.

1    appreciated it was to review Mr. -- specifically

2    just Mr. Alvarez, look at what are all the potential

3    causes of his lymphoma, and then offer an opinion

4    as -- as to whether glyphosate could be one of the

5    eti -- etiologic agents there to any degree of

6    medical certainty.

7        Q.    Is it fair to say that if a -- if

8    glyphosate does not generally cause non-Hodgkin's

9    lymphoma, that it could not specifically cause

10   Mr. Alvarez's non-Hodgkin's lymphoma?

11              MR. DIAMOND:  Form.

12       A.    I think I follow that.  It sounds like a

13   logic question.

14       Q.    It is.

15       A.    If it -- if it were --

16       Q.    Is general causation a precondition for

17   specific causation?

18              MR. DIAMOND:  Form.

19       A.    That makes sense to me.

20       Q.    Okay.  So if -- if glyphosate doesn't

21   cause non-Hodgkin's lymphoma, there's no way it

22   could have caused this particular non-Hodgkin's

23   lymphoma?

24              MR. DIAMOND:  Form.

25       A.    Again, just looking at it strictly as

Clayton Smith, M.D.

```
 1   logic, then of course.

 2        Q.    Did you attempt to replicate the analysis

 3   of the expert reports on general causation?

 4        A.    Oh, no.

 5        Q.    Do you -- do you feel that your -- your

 6   work in this matter adds in any way to the general

 7   causation analysis that you reviewed in the expert

 8   reports that were given to you?

 9        A.    No.

10              MR. DIAMOND:  Form.

11              THE WITNESS:  Oops.  Sorry.

12              MR. DIAMOND:  That's okay.

13        Q.    Part of your report does review some of

14   the epidemiological studies that exist?

15        A.    Correct.

16        Q.    What was the purpose of -- of doing that?

17        A.    Basically, I was trying to give at least

18   a bit of an overview of what were the important

19   elements that informed my specific causation

20   opinion.  Rather than just saying I think this is a

21   potential cause for lymphoma, I was trying to give

22   some rationale for why I came to that decision.

23              Well, so this is what I -- this is

24   the question, is are you -- are you deferring to the

25   other experts on general causation, or are you
```

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Clayton Smith, M.D.

1    making your own independent general causation

2    judgment?

3                    MR. DIAMOND:   Form.

4        A.    I would say a bit different from both of

5    those.  I -- I certainly found the general causation

6    experts, again Portier, Ritz, and Weisenburger, to

7    be very thorough, balanced, fair.  So definitely

8    that -- those general causation information opinions

9    definitely were helpful in me coming to a specific

10   causation opinion on Mr. Alvarez.

11                   I did try to go back and

12   independently review some of the -- some of the

13   basic scientific literature on this as well, to make

14   sure there was concordance between what the

15   general -- the general causation experts were saying

16   and what was actually in the -- in the literature.

17   And I -- you know, so I did try to go through a --

18   a fair number of papers that would help sort of

19   align those.

20                   But I -- I don't pretend to be

21   a -- a general causation expert, as -- as those

22   three individuals are.

23       Q.    So -- so is it fair to say that your --

24   your review of the literature was in the nature

25   of -- of checking their work, but not recreating it?

Clayton Smith, M.D.

1      A.    Yes.   I wanted to be objective and try to

2   see if I would come to the same conclusion as they

3   were.  So it's not so much -- again, I'm not an

4   expert in epidemiology, so I -- you know, one of the

5   experts is a professor of epidemiology at UCLA.

6   I -- I in no way pretend that I would be

7   cross-checking her -- her work.

8                    But I did want to look objectively

9   at the -- at the literature, just like I would for

10  any of my lab research or any other science I've

11  done over the years, and try to make up my own mind.

12      Q.    And is there a reason why you -- you

13  focused on the epidemiological literature?

14                  MR. DIAMOND:  Form.

15      A.    Part -- partly because it was -- I think

16  it's -- it -- it was very important.  There's

17  essentially, as -- as you've alluded to, there's the

18  genotoxicity literature, there's the carcinogenesis

19  literature, there's the mechanistic literature.

20  Those were many, many dozens of -- of -- of papers.

21  A lot of them were -- I don't -- I don't mean to

22  sound arrogant, but they're pretty simplistic from a

23  lab standpoint.  And so I probably glossed over them

24  more just because they were -- it was a large series

25  of fairly simple experiments, as opposed to a

Clayton Smith, M.D.

1    smaller handful of quite detailed epidemiologic

2    reports.

3         Q.    Is it understood in -- in the medical

4    community that epidemiology is more informative of

5    potential human consequences than mechanistic

6    studies or genotoxicity studies?

7                    MR. DIAMOND:  Form.

8         A.    No.  I think they -- I think they all

9    complement each other and they -- they add together

10   to build up a -- a body of information; that if

11   they're all consistent, if epidemiology,

12   genotoxicity, et cetera, if the preponderance of

13   data suggests one thing, that's -- that's a lot more

14   powerful than just epidemiology or just genotoxicity

15   or just carcinogenesis.

16        Q.    Did -- did you review any the

17   genotoxicity or mechanistic studies?

18        A.    I did.  I did not go into detail in them

19   and -- and did not reference them, but I did read

20   them.

21        Q.    What about animal studies, did you -- did

22   you review any animal studies?

23        A.    I actually don't think I did.  I looked a

24   lot at the -- I think it was Dr. Portier had a --

25   had a really excellent summary of all the different

Clayton Smith, M.D.

```
 1   animal studies.  Many of them were not published.

 2   They were information that was given to various

 3   governmental bodies.

 4                    And so how I did my -- how I

 5   typically do research is I go to PubMed and try to

 6   find those search terms and stuff, and I don't think

 7   I found a ton on the animal -- on the animal

 8   studies.

 9        Q.   So other than -- other than reviewing

10   Dr. Portier's work, did you do any independent work

11   on animal studies?

12        A.   I am trying to recollect.  I can -- I

13   can -- I'm sorry, I cannot recall.  I -- I

14   definitely know I've looked at a number of the

15   genotoxicity studies and -- and read in depth the

16   epidemiology studies.

17        Q.   So let's -- let's begin with, can you

18   summarize what your opinions are in this case?

19        A.   So I -- I think there -- there are

20   several.  And if you're okay, I'll walk through

21   those.

22        Q.   Let's -- let's do it one at a time.

23        A.   Okay.

24        Q.   So it doesn't come out as one big

25   multipage answer.
```

Clayton Smith, M.D.

13      Q.    Okay.  Do you have a second opinion?

14      A.    The second was that it seemed as if he

15   had very long repetitive and extensive and, in

16   several cases, pretty significant exposures to

17   glyphosate, which I think is -- is important, as

18   I'll come to in a minute.

19            And then the third is that I -- I

20   found the general causation experts, whose opinion

21   that glyphosate was a risk factor for lymphoma, very

22   compelling, very balanced, very thorough.

23            Sorry.  I forget which number I'm

24   on now.

25      Q.    Three.  You just gave me three.

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

Clayton Smith, M.D.

```
 1        A.    So I'm on to the fourth.

 2                    Then my own review of -- of both

 3    the epidemiologic and genotoxicity literature was

 4    that while it's -- it's somewhat mixed, the -- the

 5    preponderance of data that -- that glyphosate is a

 6    risk factor from both an epidemiologic and a

 7    genotoxic standpoint favored that it was.

 8        Q.    And --

 9        A.    And so -- oops.  Sorry.

10        Q.    Let me -- let me just stop you.

11                    Is that the end of -- is that the

12    four, or is there more?

13        A.    I think that's four.  Yes.

14        Q.    Okay.

15        A.    And then the fifth, of course, is then

16    putting that together, the absence of known risk

17    factors, the presence of extensive long-term

18    exposure, the -- the general causation experts'

19    opinions, and the -- my own review of -- of the

20    literature that was largely concordant with those

21    individuals, led me to surmise that -- that it --

22    within a degree of medical certainty that this is

23    a -- potentially one of the causative agents of his

24    lymphoma.

25                    And if I could add just one more
```

Clayton Smith, M.D.

1    thing.

2                    One of the elements of the

3    epidemiologic evidence that I found really

4    compelling, particularly and specifically for

5    Mr. Alvarez, which is that's all I was charged with

6    looking at, was that it seemed not only was there --

7    there more studies that favored a -- a risk

8    association between glyphosate and lymphomas, so

9    just numerically more studies, but they -- they

10   really tended to suggest that the longer you had

11   exposure, the more exposure you had and the longer

12   latency you had, the more likely it was that

13   lymphoma would develop.  And all of those were

14   features specifically that pertained to -- to

15   Mr. Alvarez.

16       Q.   Is that -- is that a -- the end of your

17   opinions in the matter?

18                    MR. DIAMOND:  Form.

19       A.   I think so.

20       Q.   Okay.  We're going to talk more about

21   them, but I just want to --

22       A.   Okay.

23       Q.   -- get it out there on the roadmap for

24   what we need to do today.

25       A.   Great.

Clayton Smith, M.D.

1      Q.    So did -- you've -- you've listed certain

2  materials in reference -- as references to your

3  report, right?

4      A.    Correct.

5      Q.    But I take it from your testimony that

6  you've actually reviewed more materials than you

7  referenced?

8      A.    Yes.

9      Q.    Do you have a -- a list of all the

10  materials that you've reviewed in the matter?

11      A.    No.

12      Q.    Do you have any way of creating such a

13  list?

14      A.    I don't -- I don't think so.  A lot of

15  this -- I don't know if you've seen PubMed.  You

16  enter search terms, and it will bring up anywhere

17  from none to hundreds of -- of articles.  Some of

18  those you can only see the abstracts of.  Many of

19  them you can see the -- the full document.

20  Sometimes you can see -- you can read online the

21  document, but you can't download the document.

22            And I would say, particularly for

23  the genotoxicity studies, I went through a lot of

24  those online like that.  I did not pull them down.

25  The epidemiology studies, I -- I think I have pdfs

Clayton Smith, M.D.

1    of virtually all of them, all of the ones that I

2    used and -- and some that I used but did not

3    reference there.

4         Q.    Some of the references that you have in

5    your lists -- in your report are items other than

6    epidemiological studies?

7         A.    Correct.

8         Q.    You have some letters that were written

9    about glyphosate, some articles about Monsanto?

10        A.    Right.

11        Q.    Is any part of your opinions in this case

12   to -- to judge Monsanto or its ethics or its

13   scientific conduct?

14              MR. DIAMOND:  Form.

15              THE WITNESS:  Can I answer that?

16              MR. DIAMOND:  Sure.

17        A.    Yes.  I would say it -- it seemed as if

18   there is a worrisome pattern of conflict of interest

19   that makes -- makes one question the objectivity of

20   some of the -- of some of the science and

21   counter-arguments.

22              I definitely -- I definitely tried

23   not to let that sway me at all.  I tried to remain

24   as scientifically focused as I could.  But I do

25   believe it's within the nature of weighing the

Clayton Smith, M.D.

1    impact of evidence, and how likely it is to be

2    reproducible and correct, to look for conflict of --

3    you know, potential conflict of interest that could

4    influence that.

5        Q.   Did you -- did you see anything that

6    suggested that Monsanto had in some way injected

7    false information into the scientific dis --

8    discourse about glyphosate?

9            MR. DIAMOND:  Form.

10       A.   I -- I couldn't say that with certainty,

11   but it -- it was worrisome to me.

12       Q.   Well, a conflict of interest is not false

13   information, right?

14       A.   Correct.

15       Q.   So that's what I'm asking about, is, you

16   know, scientific false information, data that was

17   wrong, fudged, fraudulent, anything like -- did you

18   see anything about that --

19           MR. DIAMOND:  Form.

20       Q.   -- when you were reviewing questions

21   concerning Monsanto's conduct?

22           MR. DIAMOND:  Form.

23       A.   It's -- it's exceedingly difficult to

24   someone reading a paper to discern whether there's

25   anything fraudulent or -- or deliberately

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

Clayton Smith, M.D.

1    misleading.  So I would say, no, I -- I don't have

2    evidence of that.

3                      I do think there were, again,

4    issues of conflict of interest that -- that made me

5    worry about how objective that evidence was.

6        Q.    Did you have occasion to evaluate the

7    positions of other agencies or governmental bodies

8    that have reviewed scientific literature to evaluate

9    the safety of Roundup?

10                    MR. DIAMOND:  Form.

11       Q.    Or glyphosate?

12                    MR. DIAMOND:  Form.

13       A.    No.  The only -- the only report, full

14   report that I think came from an agency like that

15   you're referring to, that I -- I reviewed was the

16   IARC.

17       Q.    Okay.  The IARC monograph on glyphosate?

18       A.    Correct.

19       Q.    And do you -- and just so we can be clear

20   going forward, do you understand that glyphosate is

21   the active ingredient in Roundup?

22       A.    Yes.

23       Q.    And Roundup is the brand of herbicide

24   that Monsanto makes?

25       A.    Correct.

Clayton Smith, M.D.

```
 1        Q.    Okay.  Do you have any opinions about
 2   Roundup apart from the fact that it contains
 3   glyphosate?
 4                MR. DIAMOND:  Form.
 5        A.    Do you mean like my own personal use of
 6   it or --
 7        Q.    No.  No.  So there are other -- other
 8   constituents of -- in Roundup besides glyphosate.
 9        A.    Oh.
10        Q.    I'm wondering if you have any opinions
11   about those, if you're planning to offer any
12   opinions about anything else in Roundup besides the
13   glyphosate?
14        A.    No.
15        Q.    Okay.  Did -- when did you first read the
16   IARC monograph?
17        A.    Again, I -- I can't recollect the exact
18   time frame, but I believe I read it before preparing
19   this report.
20        Q.    Had you -- had you had occasion to read
21   it before being retained for this litigation?
22        A.    Oh, no.
23        Q.    When -- when were you retained for this
24   litigation?
25        A.    I actually don't remember.  In the summer
```

Clayton Smith, M.D.

 1  sometime.

 2              THE WITNESS:  Is that correct?  Can I

 3  ask you.

 4              MR. DIAMOND:  Yeah.  Well, you're --

 5  probably shouldn't, though.

 6              THE WITNESS:  I'm sorry.

 7              MR. DIAMOND:  Lin, I -- when going

 8  over the work that Dr. Smith did in sending you the

 9  e-mail, I think the first --

10              MR. BRENZA:  Yeah.

11              MR. DIAMOND:  -- date we have on

12  there is July 16th or 15th, something like that.

13                  My assumption is, that was when he

14  was contacted, though I can't say.  I can't swear to

15  that.

16      Q.   Does that sound approximately right, on

17  or about July 16th of 2019, you had been retained?

18      A.   I think so, but I -- I haven't kept

19  records of that.  But that's -- I'm pretty sure it

20  was this summer.

21      Q.   But you, prior to that time you -- you

22  had not read the IARC monograph on glyphosate?

23      A.   No.  Prior to that time I actually knew

24  nothing about any of this.

25      Q.   And that -- so in -- in all the years

Clayton Smith, M.D.

1   that you've been treating patients with

2   non-Hodgkin's lymphoma, you've never had occasion to

3   tell them that Roundup or glyphosate may have had

4   something to do with that?

5       A.    Correct.

6       Q.    Have you ever told anybody that, outside

7   of this litigation?

8       A.    No.

9       Q.    Have you ever told colleagues or students

10  or staff, anybody, that you thought that glyphosate

11  exposure could cause non-Hodgkin's lymphoma?

12      A.    I -- I think I mentioned it to one of my

13  lymphoma colleagues after I was reading the

14  literature, that I -- it raised concerns for me.

15      Q.    And after you had been retained in this

16  litigation?

17      A.    Correct.

18      Q.    Okay.  What did you -- how did you

19  understand the IARC monograph?

20              MR. DIAMOND:  Form.

21      A.    I'm sorry.  Could you be more specific?

22      Q.    Yeah.  Did you understand that IARC's

23  analysis was something called a hazard analysis?

24      A.    And I thought they did a fair -- I'd have

25  to go back and look at their full report, but I

Clayton Smith, M.D.

1    thought they did a fairly extensive analysis of the

2    data that they had at that time.

3        Q.    But their analysis did not take into

4    account things like real-world exposure, right?

5                    MR. DIAMOND:  I'm going to make --

6    form.  I -- I want to talk to you about one thing,

7    and then see how we want to proceed.

8                    I don't believe -- and Dr. Smith

9    can correct me -- is giving opinion -- that any of

10   his opinions are based upon the conclusions in the

11   IARC or any other governmental agency's reports.  I

12   think they're based upon the studies that may be

13   cited in -- in those reports.

14       Q.    Is that -- is that an accurate

15   description of your opinions?

16       A.    Yes.

17       Q.    So you didn't rely on the fact that IARC

18   found that glyphosate was a probable human

19   carcinogen?

20       A.    I don't -- I don't think it was one of

21   the primary sources, and I don't believe I listed it

22   in my opinion as a -- as a -- a primary source.

23                    Like I said, I had read a fairly

24   wide range, I think, of different type of reports

25   and stuff, and I only listed in my report and

Clayton Smith, M.D.

1  referenced the ones that I -- I felt were the most

2  compelling and the most germane to the decisions

3  that I made.

4      Q.    Well, I -- do you know about a government

5  entity called the Environmental Protection Agency?

6      A.    The US EPA?

7      Q.    Yes.

8      A.    Yeah.

9      Q.    So that's a -- that's a governmental

10  agency that is responsible for allowing or not

11  allowing pesticides to be marketed in the

12  United States?

13              MR. DIAMOND:  Form.

14      A.    I -- I think that's one of their many

15  duties.

16      Q.    And -- and -- and do you know that they

17  do an in-depth analysis of all the science as part

18  of that gatekeeping procedure?

19              MR. DIAMOND:  Form.

20              THE WITNESS:  Can I -- can I give my

21  opinion on this?

22              MR. DIAMOND:  You can -- you can say

23  whatever you want, yeah.  I just made my objection

24  for the record.

25      A.    I believe the EPA is charged with being

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Clayton Smith, M.D.

1  very objective.  I have some questions and concerns

2  about how objective they are and how influenced they

3  are by political issues and -- and financial issues.

4      Q.    Is that -- is that a generally applicable

5  statement to the EPA, or is it particular to the EPA

6  as of the last few years?

7      A.    I think it's -- it's an obvious concern

8  in the last few years.  I think it's less obvious,

9  but been a concern for -- for some time, going back

10  to any -- any number of issues.

11     Q.    And -- and is -- is your feeling that the

12  EPA -- well, what -- what are your concerns about

13  the EPA?

14               MR. DIAMOND:  Form.

15     A.    My -- my concerns is that, like many

16  things in the -- in the government, that they have

17  become politicized as opposed to relying on

18  objective science for what is safest for people.

19  And it could be that, you know, they -- they have a

20  different charge than -- I -- I view them as someone

21  that is -- should be protective of our environment

22  and all of us that live within that, and they may

23  have to balance that more -- more carefully.

24               But I do believe, certainly in

25  recent years, that it's become more and more

Clayton Smith, M.D.

1  politicized, to the -- to the detriment of us all.

2           MR. DIAMOND:  And, Lin, I -- I don't

3  think he's here to offer opinions regarding any of

4  these governmental agencies, whether they be IARC or

5  EPA or Canadian or Australian or -- or whatever.

6           MR. BRENZA:  Okay.

7           MR. DIAMOND:  I mean so...

8      Q.   Is that -- is that accurate, Doctor?

9      A.   Yeah.  I'm actually not very aware of

10  most of these, to be honest.  I don't -- I don't

11  know what the Australian version --

12           MR. DIAMOND:  Yeah.

13      A.   -- of the EPA is.

14           MR. DIAMOND:  And I -- I just threw

15  that out as -- he wasn't tasked or asked to read the

16  reports and comment on whether he agreed with the

17  conclusions or the political aspects of them.  He

18  was asked to --

19           MR. BRENZA:  Okay.

20           MR. DIAMOND:  Something else.

21      Q.   So let me -- let me ask a few questions

22  along that line.

23           Is it fair to say you have not

24  done any work reviewing the reports generated by the

25  United States Environmental Protection Agency

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Clayton Smith, M.D.

1    evaluating the safety of glyphosate?

2          A.    Correct.

3          Q.    And is it fair to say you have not done

4    any work reviewing any of the European regulatory

5    bodies that have found that glyphosate is safe?

6          A.    Other than the I -- IARC.

7          Q.    Okay.  And do you understand I -- IARC

8    isn't a -- isn't a governmental body?

9          A.    Oh, correct.  Sorry.  It's --

10         Q.    Yeah.

11         A.    It's a -- a body from the World Health

12   Organization --

13         Q.    Right.

14         A.    -- I believe.

15         Q.    Right.

16         A.    Yeah.

17         Q.    So there -- there's a -- there's a body

18   called -- called EFSA, E-F-S-A?

19         A.    Right.

20         Q.    And another one, ECHA.

21         A.    Right.

22         Q.    That deal with food safety and chemicals

23   in the European Union.

24         A.    Right.

25         Q.    And are you aware that they both produced

Clayton Smith, M.D.

1   reports saying that glyphosate is safe if used as

2   intended?

3               MR. DIAMOND:  Form.

4       A.   I am aware because I -- I read the --

5   there was a letter, I believe by Dr. Portier and

6   about 90 some-odd, 94, I think, other experts in

7   this, that was a rebuttal to those --

8       Q.   Right.

9       A.   -- those summaries.

10              MR. DIAMOND:  And -- and part of the

11  reason he wasn't asked to opine on those things is

12  it was understood that those were supposed to be

13  general causation issues to be dealt with by the

14  general causation experts.  If we thought that they

15  were specific causation expert issues, we would have

16  asked our experts to opine on them.

17              MR. BRENZA:  Okay.

18      Q.   Is it fair to say that you haven't taken

19  the -- let me strike that.

20              Is it fair to say you haven't

21  spent any time reviewing the reports of the Canadian

22  Health Agency that evaluated glyphosate and found

23  that it was safe?

24      A.   I -- I have not.

25      Q.   Now, you said part of your work was to

Clayton Smith, M.D.

```
 1    evaluate the epidemiological studies and some of the

 2    genotox literature, and you found that a

 3    preponderance of the studies showed that -- that

 4    glyphosate could be a risk factor for non-Hodgkin's

 5    lymphoma?

 6                   MR. DIAMOND:  Form.

 7                   I had to get it in before you said

 8    anything.

 9                   THE WITNESS:  Oh, sorry.

10         A.    Correct, that -- that is what I think.

11         Q.    Are -- are you performing a

12    weight-of-evidence analysis there?

13         A.    Not a -- not a formal one.  But, again,

14    looking at the -- there's a couple of very nice what

15    are called forest plots in the general causation

16    experts' reports that summarize the existing

17    epidemiologic studies, and there's a couple of nice

18    tables in -- in the Portier one in particular that

19    summarized the genotoxicity studies and the animal

20    studies.

21                   And then there's a -- a couple of

22    other recent -- so there's a report by Zhang that

23    did a meta-analysis of all of these studies.  And if

24    you -- if you look at them, the vast majority of

25    them give either a odds ratio or hazard/risk ratio,
```

Clayton Smith, M.D.

```
 1   whatever, whichever particular tool they used.  They

 2   generally are above 1 pretty consistently for the

 3   epidemiologic studies.

 4                    And then for the genotoxicity

 5   studies, again, the majority of them favor that

 6   there is genotoxicity when -- when glyphosate is

 7   applied to various different types of -- of cells.

 8                    And then, as I mentioned, the

 9   carcinogenesis studies that I -- or carcinogenesis

10   results that I mostly relied on were the summary --

11   there's a -- a very nice summary in -- in

12   Dr. Portier's general causation report that puts a

13   lot of those together.

14                    And, again, while the evidence is

15   mixed throughout each of these types of studies,

16   over and over the majority of them favor that this

17   is something to be -- that glyphosate is something

18   to be concerned about as a potential etiology.

19                    The other thing that was -- there

20   were a couple other, particularly in the

21   epidemiology, that was interesting is that while

22   some of the reports, you know, would say there's

23   possibly a relationship with myeloma or with AML,

24   those were not consistent and the vast majority of

25   other cancers were -- did not consistently show
```

Clayton Smith, M.D.

1    above 1 in the analysis.

2                    And, again, I -- I found the

3    evidence, and this was summarized primarily in the

4    Zhang report, that the longer and the -- and the

5    greater the exposure was, the -- the odds of

6    developing lymphoma went up.  And I -- and, again,

7    as I mentioned earlier, I found that particularly

8    compelling because I thought Mr. Alvarez, other --

9    you know, was not a, you know, a -- a person, a

10   homeowner who was just spraying this every few days

11   a year, but was really consistently exposed to

12   Roundup over a very, very prolonged period of time.

13   And that all seemed to -- to sort of align itself

14   with what the evidence was saying.

15   Q.    Now, with respect to the forest plots,

16   that just shows you numerically how many studies

17   find an increased risk versus how many that don't,

18   right?

19   A.    So --

20   Q.    Whether there's more studies, it doesn't

21   tell you anything about the quality of the studies

22   or the -- or the weight that those studies should

23   have?

24                    MR. DIAMOND:  Form.

25   A.    Well, it does a little bit because the

Clayton Smith, M.D.

```
 1   confidence intervals are narrower for larger

 2   studies, so you -- you can -- you can see that.

 3                   You can also see on the forest

 4   plots the -- the numeric value of what is the

 5   relative risk, or whatever -- again, they use

 6   different statistical methods for different papers.

 7   But they all basically are designed to say what is

 8   the additional risk one would have of developing

 9   lymphoma in this case versus -- with glyphosate

10   exposure versus no exposure.

11                   So you -- you do get some sense of

12   how great that risk is, as well as some sense of the

13   statistical uncertainty of that particular study.

14   And then as -- as you rightly point out, you can see

15   how many studies favor it is a risk versus how many

16   that say it is not a risk.

17        Q.    And -- and some of those studies are

18   something called case-control studies, right?

19        A.    That's correct.

20        Q.    And a case-control study is a particular

21   methodology of doing a study, right, where you've --

22   you start with finding people who have a disease you

23   want to look at?

24        A.    Correct.

25        Q.    And then you -- you evaluate whether they
```

Clayton Smith, M.D.

1    had exposure to the substance you're evaluating.

2    And then you find people who you think are controls

3    for those people who don't have the same exposures?

4         A.    Correct.

5         Q.    That's one methodology.  But that

6    methodology had -- methodology has -- has problems,

7    right?

8         A.    Yes.

9         Q.    And one of those problems is recall bias?

10        A.    Correct.

11        Q.    If you're talking to somebody who already

12   has cancer and you ask them about things that they

13   may have been exposed to that could have caused

14   cancer, they start to remember things that may or

15   may not have actually happened?

16        A.    That -- that is correct.

17        Q.    There's another way of doing studies,

18   epidemiological studies, right?

19        A.    Yes.

20        Q.    And that's the cohort study?

21        A.    Correct.

22        Q.    And with a cohort study, you don't start

23   with people who already have the disease; you start

24   with people who are using the substance or being

25   exposed to the substance you want to investigate?

Clayton Smith, M.D.

```
 1        A.    Correct.

 2        Q.    And you ask -- you start by asking them

 3   what they use and how they use it, and only -- and

 4   then you follow them, right?

 5        A.    Correct.

 6        Q.    And you have to follow them for as long

 7   as you think it takes for the disease to show up,

 8   right?

 9        A.    Correct.  Oh, sorry.

10        Q.    And -- and -- and then you evaluate

11   whether people who have been exposed more get more

12   of the disease you're measuring?

13        A.    Correct.

14        Q.    And there's -- there's one particular

15   study that was done that way for -- for Roundup,

16   right?

17        A.    Yes.

18        Q.    That's the -- the Agricultural Health

19   Study?

20        A.    The AHS, yes.

21        Q.    And that involved 57,000 licensed

22   pesticide applicators?

23        A.    Correct.

24        Q.    Is it fair to say that that study has

25   greater weight than a -- than a case-control study
```

Clayton Smith, M.D.

```
 1   that may have had 20 or 30 cases?

 2              MR. DIAMOND:  Form.

 3      A.    So certainly hypothetically the bigger

 4   the study, whether it's case-control or a cohort

 5   study, the -- the better the data.  Cohort studies

 6   do have their own -- their own issues as well, as I

 7   think that AHS study does.

 8      Q.    And what's your criticism of the AHS

 9   study?

10      A.    So there were -- there were two -- two

11   versions of it -- well, there was an -- an initial

12   publication in, I think 2005, if I have that right.

13   My main concern there was that the follow-up was --

14   was pretty short.  It was five to seven years.  I

15   think it was around six-and-a-half years was the

16   mean follow-up.  I think that's too short, from what

17   I know of these type of studies and cancer.

18      Q.    And let me just stop you there.

19              If you're looking at non-Hodgkin's

20   lymphoma, what's the -- what's the latency issue

21   you'd be looking at?

22      A.    I don't know that this is firmly

23   established, but I think it's not unreasonable to

24   think it could be on the order of ten years or more.

25      Q.    And when you say "could be on the order
```

Clayton Smith, M.D.

1    of ten years or more," does that -- can you be a

2    little more precise in terms are you saying, like,

3    the majority of people would take at least ten years

4    or --

5        A.    No, I'm saying I -- I really don't think

6    we know.  I think that's just a reasonable time

7    frame.  But it's -- it's not -- there's not a lot of

8    objective data that says that's a -- and that's a

9    pretty arbitrary number, I think.

10                    In general, the longer the time

11   period from initial or certainly repetitive

12   exposures, the more likely a lymphoma is to -- oh,

13   I'm sorry -- is to -- or any cancer is to show up.

14   And I kind of liken it to the -- the increased

15   frequency of cancer we get as we all get older as

16   well.  So that's superimposed on that.

17                    But I think -- I think following

18   people for six years on average is probably too

19   short to pick up a number of these.

20                    Do you want me to continue or --

21       Q.    Yeah.  So we're going back to the AHS.

22   You said the -- the 2005 article, it was De Roos

23   2005, you thought the latency was too short?

24       A.    I think so.

25                    Now, there was another -- there

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Clayton Smith, M.D.

1   was another update in 2018, which addressed that

2   issue.

3        Q.    And that's the Andreotti?

4        A.    I believe that's Andreotti.  I believe

5   so.  I'd have to -- I'd have to look.  But I -- I

6   believe that was the first author.

7                    So that was a longer -- a longer

8   follow-up period.  The -- the main problem I had

9   with that was that there was a pretty high dropout

10  rate.  I think it was around a third of individuals

11  had -- had dropped out.

12                   And then they did a -- a

13  methodology where they call imputing what those

14  people -- what would have happened to those people.

15  And it seemed to me -- again, I -- I don't pretend

16  to be an expert in this area.  But it seemed to me

17  they had made a lot of assumptions to do that

18  imputation, which is a -- just a fancy way of saying

19  they're -- they're basically trying to guess what

20  would have happened to that third of patients.

21                   The problem with that, of course,

22  is in real life, many more people who had developed

23  lymphoma could have dropped out.  For ex -- it's

24  just one example.  I don't know.  I'm just saying

25  that's a hypothetical.

Clayton Smith, M.D.

1                      And -- and then following that,
2    there was a -- this report by Zhang and his
3    colleagues, just in 2019, where they actually
4    re-evaluated a lot of the same data in the AHS study
5    and found that there actually was a -- a potential
6    association -- a risk of lymphoma with these,
7    particularly in people -- the Zhang paper, again,
8    focused just on the people with the highest level of
9    exposure, and they -- they define that through a
10   variety of different ways.  But essentially, you
11   could have a little bit over a long time or a lot at
12   one time and -- but if you had a lot of exposure,
13   the -- and you looked back at the AHS study and some
14   of the other studies, that's where you really
15   started to see more compelling evidence that this
16   was a -- a risk.
17                     And, again, just -- just speaking
18   specifically to Mr. Alvarez, you know, if -- I -- I
19   felt like Mr. Alvarez fit into that group with a lot
20   of exposure over a long period of time, and so that
21   Zhang paper was particularly important to me.
22                     Some of the other issues I had
23   with some of the AHS studies was some of how they
24   defined exposure.  If I'm recalling correctly -- it
25   would help me to look at the papers.  But I think in

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

Clayton Smith, M.D.

1    the early one, for example, it was more than two

2    days a year, which doesn't seem like a lot to me.

3                   And so, again, I -- I felt like I

4    think the Zhang report really lined up the most

5    effectively with Mr. Alvarez's specific situation.

6        Q.    Okay.  I want to shift -- shift

7    directions a little bit here and go back to some

8    more general stuff about non-Hodgkin's lymphoma.

9                   (Exhibit No. 3 was marked.)

10       Q.    I'm going to hand you what I'm marking as

11   Exhibit 3.

12                  MR. DIAMOND:  Thank you.

13       Q.    Do you recognize Exhibit 3 as the

14   National Cancer Institute SEER data?

15       A.    Correct.

16       Q.    SEER stands for Surveillance,

17   Epidemiology, and End Results Program?

18       A.    Correct.

19       Q.    Is that a -- an area that you're familiar

20   with for -- for tracking the incidence of disease?

21                  MR. DIAMOND:  Form.

22       Q.    You can go ahead and answer.

23       A.    Yes.

24       Q.    Yeah.  I mean, you've -- you've come

25   across this in other contexts, right?

Clayton Smith, M.D.

```
 1        A.    Oh, yes.

 2        Q.    What -- let me just ask:  What are the

 3   other contexts that you've -- like, how do you --

 4   how have you engaged with the SEER data in the past?

 5        A.    A couple of ways.  One is frequently

 6   patients ask me about things like this, how common

 7   is this, et cetera.  So I -- it's -- it's a very

 8   useful and I think definitive and trustworthy source

 9   for that type of epidemiology information.

10              Secondly, I frequently have to

11   write grants or -- or papers, and it's -- it's --

12   you can go to it and get, I think, the most reliable

13   current numbers on -- on frequency and type of

14   patients and information like that.

15        Q.    Did you -- before I handed you Exhibit 3,

16   had you had a chance to look at the SEER data

17   concerning non-Hodgkin's lymphoma?

18        A.    Oh, yes, many times.

19        Q.    Do you see that part of what I've handed

20   you is a graph that shows the incidence of

21   non-Hodgkin's lymphoma from 1992 to 2015?

22        A.    Yes.

23        Q.    And does that correspond with your

24   understanding of the incidence of non-Hodgkin's

25   lymphoma over that time period?
```

Clayton Smith, M.D.

```
 1      A.   So I -- I think it -- I don't know if you

 2  can -- if you can see.  There's a bit of a rise in

 3  the middle there, which I think is -- probably

 4  corresponds to some increase due to HIV and people

 5  with HIV, although it could -- some of that might be

 6  before 1992.  I know at some point during the last

 7  several decades there was a rise attributed to that.

 8      Q.   And -- and if you look at the -- the new

 9  cases line.  That's the top -- the top line in light

10  green.  Do you see that?

11      A.   Right.

12      Q.   And it looks like it's -- it's hovering

13  around a little bit under 20.

14      A.   20 per 100,000, yes.

15      Q.   20 per 100,000.  Is that about what's

16  known to be the incident rate of non-Hodgkin's

17  lymphoma?

18      A.   Yes, of all lymphomas put together.

19      Q.   And -- of all lymphomas, not just --

20      A.   No.  There's -- of all the non-Hodgkin's

21  lymphomas.

22      Q.   Okay.  Of all the --

23      A.   Hodgkin's is a --

24      Q.   Yes.

25      A.   -- separate category.
```

Clayton Smith, M.D.

```
 1        Q.    And -- and we're not talking about that

 2   today, so --

 3        A.    Right.

 4        Q.    Okay.  Is non-Hodgkin's lymphoma

 5   responsible for about 4.2 percent of all the new

 6   cancer cases?

 7        A.    That's -- yes, I think that's right.

 8        Q.    Is that -- does that qualify it as a

 9   fairly common form of cancer?

10        A.    It's, I think, formally still considered

11   a -- a rare disease.  In the blood cancers it's --

12   it's the most common.

13        Q.    Okay.  And at 4.2 percent of all cancers,

14   do -- do you have an understanding of how likely it

15   is that a -- a -- a given male will get

16   non-Hodgkin's lymphoma in their lifetime?

17        A.    I think it's about 2 percent.

18        Q.    2 percent.  So about one in 50?

19        A.    Correct.

20        Q.    Okay.

21        A.    Oh, it gives the answer at the bottom.

22        Q.    Oh, it does?  Yes.

23        A.    2.2 percent.

24        Q.    Okay.  2.2 percent.  So more like -- a

25   little bit less than 1 in 50, then.  More -- more
```

Clayton Smith, M.D.

 1    like 1 in 46 or something?

 2         A.    Correct.

 3         Q.    Okay.  That's all I've got on that one

 4    for now.

 5         A.    I'm sorry.  Do I just keep them here?

 6         Q.    Just -- yeah, you just let those pile up.

 7         A.    Okay.

 8         Q.    And we may go back to them or we may not.

 9    But they -- they become part of the -- the record of

10    your deposition, so --

11         A.    Okay.

12         Q.    -- we like to keep them together.

13                    (Exhibit No. 4 was marked.)

14         Q.    I'm going to hand you what I'm marking as

15    Exhibit 4.

16                    So this is a printout from the

17    Sloan Kettering Cancer Center.  Do you see that?

18         A.    Correct.

19         Q.    And if you look at the first question

20    that's answered on the second page, the question is:

21    "What are the types of lymphoma?"

22                    And it says:  "There are more than

23    70 different types of lymphoma."

24         A.    Right.

25         Q.    So that's roughly what you said earlier.

Clayton Smith, M.D.

1               "What causes lymphoma?

2               "There are many types of lymphoma,

3    and in most cases there is no clear reason why

4    lymphoma develops."

5               Do you see that?

6    A.    Yes.

7    Q.    Do you agree with that statement?

8    A.    Yes.

9    Q.    Is the majority of non-Hodgkin's lymphoma

10   what's called idiopathic, lacking in any specific

11   cause?

12               MR. DIAMOND:  Form.

13   A.    Yes, I -- it probably is the majority.

14   Q.    Okay.  So there are people who get

15   non-Hodgkin's lymphoma who have never been exposed

16   to glyphosate?

17   A.    Correct.

18   Q.    And there are people, lots of people, who

19   are exposed to glyphosate that never get

20   non-Hodgkin's lymphoma?

21   A.    Correct.

22               MR. DIAMOND:  Form.

23               THE WITNESS:  Oh, sorry.

24               MR. DIAMOND:  That's okay.

25   Q.    Is there any biomarker for non-Hodgkin's

Clayton Smith, M.D.

```
 1   lymphoma that's been caused by glyphosate?

 2        A.    Not that I'm aware of.

 3        Q.    Any -- and by biomarker, I want to be

 4   very broad.

 5              Is there any sort of biological or

 6   scientific test that can be performed to determine

 7   whether a particular non-Hodgkin's lymphoma is

 8   caused by glyphosate?

 9        A.    Not that I'm aware of, and -- and I did

10   not see any in my review of the literature in this.

11        Q.    And -- and that same fact is true for

12   other possible risk factors for non-Hodgkin's

13   lymphoma, right?  There's no -- there's no way you

14   can say this one was caused by exposure to diesel

15   fumes or --

16        A.    Correct.  Most -- most of, in fact

17   virtually all, the risk factors are you -- you

18   surmise that that's probably what contributed to it

19   or -- or not.

20        Q.    Okay.  And -- and by surmise, you --

21   you -- you're taking a guess based on some

22   probabilistic estimation?

23              MR. DIAMOND:  Form.

24        A.    I -- I hope it's an educated guess and

25   one based on experience and -- and some degree of
```

Clayton Smith, M.D.

 1  knowledge.

 2       Q.    Well --

 3       A.    But at the end of the day, much of --

 4  much of what we do in medicine is -- is try to make

 5  our -- our best determination, is something

 6  associated likely to have caused it.

 7       Q.    But -- but in this case, experience and

 8  knowledge doesn't -- it doesn't tell you anything,

 9  right?  There isn't a way to know whether a

10  particular non-Hodgkin's lymphoma was caused by any

11  specific risk factor?

12            MR. DIAMOND:  Form.

13       A.    There --

14       Q.    You just --

15       A.    There's not 100 percent way to determine

16  that.  That is correct.

17       Q.    Well, there's not any way of determining

18  it.  There's no -- there's no test whatsoever?

19            MR. DIAMOND:  Form.

20       A.    Correct.  There's no -- there's no

21  absolute test that tells you.  Again, as -- as you

22  rightly said, you're -- you're trying to make your

23  best determination of whether something is

24  associated or not, but with the understanding being

25  that 100 percent certainties in medicine are pretty

1   rare.

2       Q.   And -- and the -- and the input to that

3   estimate is the probabilities that these risk

4   factors account for some fraction of non-Hodgkin's

5   lymphoma?

6               MR. DIAMOND:  Form.

7       A.   I think -- I think that's part of it,

8   yeah.

9       Q.   Well, there -- is there anything else but

10  that?  I mean, what else -- I thought you just said

11  there was no test that can be done on a

12  non-Hodgkin's lymphoma to determine its cause?

13              MR. DIAMOND:  Form.

14      A.   Right.  Well, I think -- I think again,

15  just to go back to Mr. Alvarez -- I don't mean to

16  keep repeating myself, but I think it's also the --

17  was there anything else that you can ascribe it to.

18  And if the answer is no, then it's in this

19  idiopathic group that you referred to.

20      Q.   Uh-huh.

21      A.   And then within the idiopathic group, are

22  there things that you can look at that you can make

23  a reasonable estimate or potentially a -- a risk.

24  And I think for Mr. Alvarez, again, all I can say is

25  that, you know, I think the preponderance of

Clayton Smith, M.D.

```
 1   evidence suggests that it's -- it's

 2   definitely something to be concerned about as a

 3   risk.  And if when you couple that with the very

 4   extensive long-term exposure he has, the absence of

 5   anything else, it certainly made me concerned that

 6   that is -- that in his particular case could have

 7   been a risk for his lymphoma.

 8        Q.    Well, Mr. Alvarez was a -- he was an

 9   occupational user, so he -- he used glyphosate

10   relatively frequently?

11        A.    Correct.

12        Q.    Do you have any opinion about the level

13   of his exposure to glyphosate compared to, say, a

14   farmer who uses glyphosate on -- on entire fields of

15   crops?

16              MR. DIAMOND:  Form.

17        A.    Yeah.  I'm sorry, it's hard for me to

18   make that comparison.

19        Q.    Mr. Alvarez had a backpack sprayer that

20   he would use a couple times a week?

21        A.    Right.

22              MR. DIAMOND:  Form.

23        Q.    Is that right or --

24        A.    That's what --

25              MR. DIAMOND:  Well --
```

Clayton Smith, M.D.

```
 1       A.    -- I read in his -- - in his --

 2             MR. DIAMOND:  My issue is how many

 3    times a week.  And the record is the record, so.

 4       A.    That's -- that's my --

 5       Q.    But he wasn't --- he wasn't spraying

 6    acres and acres of crops with -- with -- with

 7    Roundup, right?

 8             MR. DIAMOND:  Form.  Form.

 9             THE WITNESS:  Am I okay to keep

10    answering this?

11             MR. DIAMOND:  Yes.  Yes, you are.

12             THE WITNESS:  Okay.

13       A.    So in -- in my review of his medical

14    records, the --

15             THE WITNESS:  What is that, the

16    Plaintiff Form, the PSF or PF --

17             MR. DIAMOND:  The Plaintiff Fact

18    Sheet.

19       A.    The fact sheet, and also talking with

20    Mr. Alvarez, it certainly sounded like he was, you

21    know, spraying this in a way -- quite frequently, in

22    a way that mist would come back on him.  He had

23    the -- the sprayer break on his back and soak his

24    skin a few times.

25                  So I think it's not just the --
```

Clayton Smith, M.D.

1    again, I don't pretend to be an expert in this area,

2    but common sense would say it's not just the

3    acreage.  Like, you could spray it from, you know, a

4    crop duster and you may not get much back on a large

5    area.  But if you're doing a relatively smaller area

6    and you're inhaling a lot of that or getting it into

7    your conjunctiva, your skin, those -- those can

8    certainly give you a higher level exposure and more

9    chance to do that genotoxicity that we referred to.

10        Q.   Did you see in Mr. Alvarez's medical

11   records anything about glyphosate being detected in

12   his body?

13        A.   No.

14             MR. DIAMOND:  Form.

15             THE WITNESS:  Sorry.

16        Q.   Was there any record of the -- the

17   exposure to glyphosate that he received?

18             MR. DIAMOND:  Form.

19        A.   You mean his -- I mean, what he reported.

20        Q.   There's the Plaintiff's Fact Sheet.

21        A.   Correct.

22        Q.   That's something that Mr. Alvarez

23   prepared.

24        A.   Right.

25        Q.   I'm talking about his medical records

Clayton Smith, M.D.

1   now, that you reviewed?

2       A.   I -- I am sorry, I do not recall.  I know

3   I spoke with Mr. Alvarez exactly about this to get

4   more clarity and more firsthand information.

5       Q.   Did -- did you -- do you have an opinion

6   about the degree to which glyphosate is absorbed

7   through the human skin?

8       A.   In the readings I've done, it does not

9   sound like a -- it -- it sounds like it's poorly

10  absorbed through the -- through the epidermis.

11      Q.   And do you have an opinion that dermal

12  exposure is the overwhelming way that people are

13  exposed to glyphosate, if they are?

14      A.   No.  And, again, I don't -- I don't

15  pretend to be an expert in whatever field of

16  environmental health this is.  But common sense

17  would say if you're spraying a mist, and my own

18  experience with spraying various things, is that

19  it -- you know, you can inhale it through the nose,

20  the mouth.  The conjunctiva of the eyes are real --

21  it's very easy for drugs to get into the system and

22  circulation.

23                And I think even the skin being --

24  it poorly penetrates doesn't mean it doesn't

25  penetrate.  And, again, when you have repetitive

Clayton Smith, M.D.

```
 1  exposures over a long period of time, you may have a

 2  break in the skin.  There may be just some that, you

 3  know, even if it's poor, some still gets through.

 4  And, you know, most -- most cancers, we think, can

 5  start from just a single cell.  So lymphoma, for

 6  example, could potentially start from a single

 7  B-cell that, you know, after many years of exposure

 8  just happened to get a little bit in that -- that

 9  hit it.

10     Q.    Do -- do you have any opinions about how

11  glyphosate is metabolized in the human body?

12                MR. DIAMOND:  Form.

13     Q.    Or -- or isn't?

14     A.    Again just how -- what I've read, which

15  is that you can find in the urine.

16     Q.    Right.  I mean, did -- and what you've

17  read, is that consistent with the -- that the vast

18  majority of glyphosate is excreted unmetabolized

19  within 24 hours?

20                MR. DIAMOND:  Form.

21     A.    I -- I don't know the answer to that.  I

22  believe there is a metabolited glyphosate.  I -- I

23  recall seeing some paper that tested that

24  metabolite, and I'm sorry, I can't remember the

25  name.  But I think there's some metabolism, but I
```

Clayton Smith, M.D.

1    think some of it is excreted un -- unchanged as

2    well.

3         Q.    Yeah.  So my question was:  The vast

4    majority is excreted unmetabolized within 24 hours?

5         A.    I'm sorry, I don't know the answer to

6    that.

7         Q.    Is the ability of the body to metabolize

8    something relevant to evaluating whether it's likely

9    to cause cancer?

10        A.    It certainly can be.  Because sometimes

11   the parent compound doesn't cause cancer, but the

12   metabolites do.

13        Q.    If something is passing through the body

14   largely unchanged, it makes it less plausible as a

15   cause for cancer, right?

16                MR. DIAMOND:  Form.

17        A.    I don't think that's correct.  I mean, if

18   it's a carcinogen, if the parent compound is a

19   carcinogen, it can cause cancer.  I think it just

20   adds to the problem if -- if some of the -- the

21   metabolic byproducts also are quite toxic and can

22   cause cancer through different mechanisms.

23        Q.    Well, is -- isn't the mechanism of

24   carcinogenicity, doesn't that assume that a

25   substance interacts in some way with DNA?

Clayton Smith, M.D.

1      A.    Correct.

2      Q.    Like it chemically reacts?

3      A.    So -- so historically, it's -- most of

4   the -- most of the theories about how cancer occurs,

5   most of the science is that a substance damages DNA,

6   causes a mutation that leads to cells either

7   surviving more than they should, growing more than

8   they should, evading things that should shut them

9   down.  I think there's a growing body of evidence --

10  and, again, I'm sorry.  I don't mean to be too

11  pedantic on this.  But there's a growing body of

12  evidence that there are other ways to get the

13  cancer, that you can change what's called the

14  epigenome, which are the proteins that surround DNA.

15  You may change some of the biology that occurs

16  outside of DNA, how RNA is processed, how proteins

17  sort of come together for metabolism.

18            It's turning out that causing

19  cancer is -- there are many more routes and many

20  more complicated ways to do it than we used to

21  think.

22      Q.    But all those routes assume that if a

23  substance is going to cause cancer, it has to

24  chemically interact with something in the human

25  body?

Clayton Smith, M.D.

```
 1        A.    Correct.

 2        Q.    And something that doesn't react at all,

 3   that just gets flushed out of the system immediately

 4   and unchanged, that's an unlikely carcinogen, right?

 5              MR. DIAMOND:  Form.

 6        A.    Hypothetically, yes.  I don't -- I don't

 7   know of anything like that.

 8        Q.    Well, glyphosate is like that.

 9              MR. DIAMOND:  Form.

10        A.    Okay.

11              MR. BRENZA:  Why don't we -- why

12   don't we take a break.

13              MR. DIAMOND:  That's fine.

14              THE VIDEOGRAPHER:  This is the end of

15   Media No. 1.  Going off the record.  The time is

16   10:06.

17                   (Break from 10:06 a.m. to

18                    10:25 a.m.)

19                   (Exhibit Nos. 5 and 6 were

20                    marked.)

21              THE VIDEOGRAPHER:  We're back on the

22   record.  The time is 10:26.  This is the beginning

23   of Media No. 2 in the deposition of Dr. Clayton

24   Smith.

25   BY MR. BRENZA:
```

Clayton Smith, M.D.

```
1        Q.    Dr. Smith, I've handed you two new
2    exhibits, Exhibits 5 and 6.
3                  Exhibit 5 is from the website of
4    the American Cancer Society, answering some
5    questions about non-Hodgkin's lymphoma.
6                  And Exhibit 6 is from cancer.net,
7    also answering some questions about non-Hodgkin's
8    lymphoma.  Do you see that?
9        A.    Correct.
10       Q.    So looking at Exhibit 5 first, do you see
11   that the first question that's asked is:  "What
12   causes non-Hodgkin's lymphoma?"
13                  Do you see that?
14       A.    Correct.  Yes.
15       Q.    Okay.
16       A.    At the very top.
17       Q.    Yeah.  And -- and, again, this is from
18   the American Cancer Society.  The answer is:
19   "Researchers have found that non-Hodgkin's lymphoma
20   is linked with a number of risk factors (cancer,
21   non-Hodgkin's lymphoma, causes, risk prevention)."
22   It's a -- a link, I guess, embedded in this.  "But
23   the cause of most lymphomas is not known.  This is
24   complicated by the fact that lymphomas are actually
25   a diverse group of cancers."
```

Clayton Smith, M.D.

```
 1                     Do you see that?
 2        A.    Yes.
 3        Q.    Do you agree with all that?
 4        A.    Yes.
 5        Q.    And if you look down to the next section,
 6   it says:  "Changes in genes."
 7                     Do you see that?
 8        A.    Yes.
 9        Q.    And it says, in the middle of that
10   paragraph:  "Some genes control when cells grow,
11   divide, and die."
12                     Do you see that?
13        A.    Yes.
14        Q.    And the next bullet point says:  "Genes
15   that help cells grow, divide, and stay alive are
16   called oncogenes."
17                     Do you see that?
18        A.    Yes.
19        Q.    And the next bullet says:  "Genes that
20   help keep cell division under control or make cells
21   die at the right time are called tumor-suppressor
22   genes."
23                     Do you see that?
24        A.    Correct.
25        Q.    Is it a correct understanding of medical
```

Clayton Smith, M.D.

1    science's understanding of non-Hodgkin's lymphoma

2    that it is caused by mutations in oncogenes and

3    tumor-suppression genes?

4        A.    At a very high level, yes.

5        Q.    And if you look at the last paragraph on

6    this page, it says:  "Gene changes related to NHL

7    are usually acquired during life rather than being

8    inherited.  Acquired gene changes can result from

9    exposure to radiation, cancer-causing chemicals, or

10   infections, but often these changes occur for no

11   apparent reason."

12                  Do you see that?

13       A.    Yes.

14       Q.    Do you agree that some of the changes in

15   genes that cause non-Hodgkin's lymphoma occur for no

16   apparent reason?

17                  MR. DIAMOND:  Form.

18       A.    Yes.

19       Q.    Okay.  That's all I've got on that one.

20                  Now, the next one, from

21   cancer.net, lists a number of what we've been

22   discussing as risk factors for non-Hodgkin's

23   lymphoma.  Do you see that?

24       A.    Yes.

25       Q.    And when we talk about risk factors,

Clayton Smith, M.D.

1  again we're talking about factors that have some

2  effect on probability, but -- but are not entirely

3  determinative of whether they have caused

4  non-Hodgkin's lymphoma, correct?

5      A.    I think some of -- some of these are a

6  mixture.  Like the EBV virus probably does directly

7  contribute; having it as a risk factor, but it also

8  contributes.  Something like age is a bit different.

9  I think that just -- the -- the older you get,

10  the -- by chance, the more likely you are to have

11  one of these genetic changes or, you know, some

12  changes in the other biology I described earlier.

13  It's just it can -- your risk accumulates over time.

14      Q.    But -- but just because you have a given

15  risk factor doesn't mean you're going to get

16  non-Hodgkin's lymphoma, right?

17      A.    Correct.

18              MR. DIAMOND:  Form.

19              THE WITNESS:  Sorry.

20              MR. DIAMOND:  That's okay.

21      Q.    And just because you don't have a risk

22  doesn't mean you won't get -- you won't get

23  non-Hodgkin's lymphoma?

24              MR. DIAMOND:  Form.

25      A.    Say -- I'm sorry.  Say that again.

Clayton Smith, M.D.

```
 1        Q.    Just because you don't have a risk factor

 2   doesn't mean you won't get non-Hodgkin's lymphoma?

 3               MR. DIAMOND:   Form.

 4        A.    If you have none of the currently known

 5   risk factors, you -- you can still get lymphoma,

 6   correct.  Is that what you --

 7        Q.    Yeah.  And -- and this is -- I don't know

 8   if you can answer this.  But if -- if you add up all

 9   of the known risk factors for non-Hodgkin's

10   lymphoma, what percentage of all non-Hodgkin's

11   lymphoma do they account for?

12        A.    I -- I don't know the answer to that.

13   I -- I think you had asked me that earlier, and I

14   was just trying to make a guess.  I -- I think

15   probably a minority.  Although some of the risk

16   factors, like age or being male, are very, very

17   common.  So I -- I think it depends a bit on which

18   risk factor you're talking about.

19        Q.    Yeah, age is kind of a weird risk factor

20   because ultimately it's going to get -- something

21   that's going to get all of us, right?  It's not

22   really a risk factor.  It's kind of a certainty.

23        A.    Yeah.  So age is -- is -- for most

24   cancers, the older you get, the more likely you are

25   to get cancer.
```

Clayton Smith, M.D.

1       Q.    So if you look at the cancer -- have you

2   ever looked at cancer.net before, by the way?

3       A.    Yes.

4       Q.    And is it a generally reliable source --

5       A.    Yes.

6       Q.    -- of information?

7                   Okay.  Do you see that the -- at

8   the beginning, the sentence before they start going

9   through individual risk factors, there's a sentence

10  beginning "the exact cause"?  Do you see that?

11      A.    Yes.

12      Q.    It says:  "The exact cause of NHL is not

13  known, and most people diagnosed with NHL will not

14  learn what caused it."

15                  Do you see that?

16      A.    Yes.

17      Q.    And you agree with that?

18      A.    Yes.

19      Q.    Has that been your experience in -- with

20  your patients?

21      A.    Yes.

22      Q.    Okay.

23                  "However, the following factors

24  may raise a person's risk of developing NHL."

25                  And you see there's a list of

Clayton Smith, M.D.

1  factors?

2      A.   Yes.

3      Q.   Is -- and you've said -- I think you've

4  said this:  Age is a factor from -- that can cause

5  non-Hodgkin's lymphoma.  It's a risk factor?

6      A.   It's a -- it's a risk for developing it.

7      Q.   And -- and the age when non-Hodgkin's

8  lymphoma is more likely to occur due solely to -- or

9  due to age -- that's a bad question.

10            What -- at what age does the risk

11  of non-Hodgkin's lymphoma start to increase?

12      A.   I think it's a steadily increasing.

13  Many, many people with non-Hodgkin's lymphoma are in

14  their 60s or older, but there are people -- and

15  there's certain types of lymphoma that can present

16  in really young people.  So it depends on the type

17  of lymphoma.  There's a -- there's one called

18  primary mediastinal B-cell lymphoma that, for

19  whatever reason, occurs mostly in people in their

20  20s and 30s, and then the risk goes down.

21            For the most common one, the

22  diffuse large B-cell lymphoma, it goes up and I

23  think the average age for that is probably somewhere

24  in the mid 60s.

25      Q.   Average age to be first diagnosed?

Clayton Smith, M.D.

1       A.    Correct.

2       Q.    Just referencing Exhibit 3 that we talked

3    about earlier, you said there was a slight -- in --

4    in terms of the graph showing the incidents of new

5    cases of non-Hodgkin's lymphoma, you said there was

6    a slight increase, you know, in the 2000-ish range

7    that you thought was associated with HIV?

8       A.    I -- I'd have to go back.  But I do

9    remember seeing earlier SEER data that -- where

10   there was a rise, and I believe it was ascribed

11   to -- to that.  It could be earlier than this '92,

12   though, because a lot of the problems with HIV were

13   in the '80s.

14      Q.    Looking at the -- at the SEER data,

15   though, would you say it's -- it's relatively flat

16   over the '92 to 2016 time frame?

17      A.    Yes.

18      Q.    There hasn't been a large increase or a

19   large decrease?

20      A.    Correct.

21      Q.    There has been, it looks like, a decrease

22   in the number of deaths.  So that suggests that

23   treatments are getting better?

24      A.    Hope so.

25      Q.    So go -- going back to the risk factors.

Clayton Smith, M.D.

```
1       A.    Sorry.  We're back on No. 6?

2       Q.    We're back on No. 6.  Age, it says:  "The

3  risk of NHL increases with age.  The most common

4  subtypes occur most often in people in their 60s and

5  70s."

6                  So that's -- that's the DLBCL that

7  you were referring to?

8       A.    Right.

9       Q.    Gender is the next risk factor.  Do you

10  see that?  It says:  "Men are -- are very slightly

11  more likely to develop NHL than women."

12                  Right?

13      A.    Correct.

14      Q.    And -- and these are both factors that

15  Mr. Alvarez has, right?

16             MR. DIAMOND:  Form.

17      Q.    Yes?

18      A.    I'm trying to remember how old he was

19  when he was diagnosed.  I thought he was younger

20  than 60.

21      Q.    Okay.

22      A.    But of course he's -- he's male and --

23      Q.    He's a male.

24                  Bacterial infections.  Are -- are

25  bacterial infections a potential risk factor for
```

Clayton Smith, M.D.

1   non-Hodgkin's lymphoma?

2       A.    From what we know so far, they're a risk

3   factor for some unusual indolent lymphomas.  So the

4   one that's listed here is sort of the best-known

5   one.  It's a -- a germ called a Helicobacter pylori,

6   and it's associated with a specific one -- typically

7   associated with a specific one called gastric MALT.

8   So -- so there are some -- there's another one that

9   affects the eye and -- and some -- some other

10  similar ones.  These are rare, unusual indolent

11  ones.

12      Q.    Is -- is follicular in that category?

13      A.    No.  I don't believe -- I -- all -- al of

14  these are sort of these -- fall into this category

15  of what are called MALT-like lymphomas.

Clayton Smith, M.D.



Clayton Smith, M.D.

11    Q.    The next risk factor on Exhibit 6 is

12 viruses, and it lists a number of viruses.  I think

13 we've talked about some of them today.  Epstein-Barr

14 virus.

15                 Is the -- are there other viruss

16 that are associated with non-Hodgkin's lymphoma?

17    A.    So hepatitis C is thought to be a

18 potential -- what -- again, that if -- if you recall

19 one of my earlier answers, I said you can have a --

20 what's called chronic antigen stimulation.  So

21 something is telling the immune system grow, grow,

22 respond, respond, rather than sort of a constant on

23 signal to respond to something.  And it's thought

24 that hep. C can -- can do that, and particularly for

25 a type of lymphoma called splenic marginal zone

1    lymphoma.



Clayton Smith, M.D.

9          MR. DIAMOND:  And it may be getting

10   into attorney/client issues here if -- if that's the

11   basis of his knowledge.  I don't think we sent him

12   any additional -- it's possible he got additional

13   records, but I can't remember myself, personally.

14          MR. BRENZA:  Okay.

15          THE WITNESS:  I -- I think -- all

16   right.  It's possible that I just asked you.

17          MR. DIAMOND:  Yeah.

18          THE WITNESS:  Because I was worried

19   about it.

20     A.    I'm sorry, I can't recall.  But I -- I

21   was worried, and I was glad to hear he was going for

22   another PET scan.  And I do believe when I followed

23   up on that, that it was positive, the PET scan was.

24   I don't know if there was a biopsy that confirmed.

25              Right.  Sorry.  That's what I

Clayton Smith, M.D.

```
 1   recall.

 2        Q.    But you don't know if he -- you don't

 3   know what kind of treatment he's getting now or if

 4   he's getting treatment?

 5        A.    Oh, sorry.  I did look briefly at a --

 6              THE WITNESS:  Is it okay if I talk

 7   about that?

 8              MR. DIAMOND:  Sure.

 9              THE WITNESS:  The Dr. Andreotti's.

10              MR. DIAMOND:  Oh.  Yes.

11        A.    Yes.  Sorry.  I did look at a -- maybe

12   this is where I know it.  I looked at a -- the

13   nonfinal -- the preliminary version of his -- of

14   Dr. Andreotti's deposition.  And I believe it said

15   that they did document that he had a recurrence and

16   that he was likely going to get a drug called

17   Revlimid, and then was --

18              THE WITNESS:  Well, now, this -- the

19   next part I may have heard from you.  I'm sorry, is

20   that okay?

21              MR. DIAMOND:  So yeah.  Yeah.  Well,

22   you don't really want to talk about what we -- we

23   discussed.

24              THE WITNESS:  Okay.

25        A.    I cannot recall what was in Andreotti's
```

Clayton Smith, M.D.

```
 1   deposition and what we dis -- we discussed.

 2                    I do know there was a plan to give

 3   him treatment and then another CAR T cell type of

 4   treatment different from the first one.

 5       Q.    The next risk factor is immune deficiency

 6   disorders.  I think we did -- we talked a little bit

 7   about how HIV can --

 8       A.    Right.

 9       Q.    -- create that kind of immune deficiency.

10                    Are there other immune

11   deficiencies that you believe are associated with

12   non-Hodgkin's lymphoma?

13       A.    Yes.  Another common reason to be

14   immunodeficient is to have an organ transplant,

15   where you're given immunosuppressant medicine so you

16   don't reject the organ.  That lowers the immune

17   system.  And not uncommonly, when people have the

18   combination of the EBV infection and a lowered

19   immune system, they get a lymphoma in that setting.

20                    Another situation is actually in

21   the bone marrow transplant field.  There are

22   different types of transplants or treatments for

23   complications of transplants that result in very,

24   very low immune systems, and those people can get

25   lymphomas as well.
```

Clayton Smith, M.D.

1     Q.    The next risk factor on Exhibit 6 is

2    autoimmune disorders.  Are there autoimmune

3    disorders that can cause non-Hodgkin's lymphoma?

4     A.    Yes.  So this falls into that category of

5    the chronic antigen stimulation that we talked

6    about.  It's thought that autoimmunity is the immune

7    system is overactive against something that it

8    shouldn't be, and that overactivity of the immune

9    system can predispose the B-cells to becoming

10    malignant.

11     Q.    Is -- the next item is organ

12    transplantation.  Is that a risk factor?

13     A.    Yes, for the reasons I described --

14     Q.    Okay.

15     A.    -- earlier.

16     Q.    Previous treatment of cancer, is that a

17    risk factor?

18     A.    Yes.

19     Q.    Is that because of the treatment or just

20    because of the previous cancer?

21     A.    It could be a mixture of both.  It's hard

22    to tease those apart.  You know, the chemicals that

23    people get to treat cancer are -- could possibly

24    lead to other cancers.  We know -- we know they do

25    lead to a number of different types of cancers.

Clayton Smith, M.D.

1    Lymphoma could be one of them.  But there could also

2    be a genetic predisposition to developing cancer

3    that's stronger in one person than another person.

4        Q.    And that's one that Mr. Alvarez does

5    have, right?  He's -- he's had -- even just with

6    respect to non-Hodgkin's lymphoma, he's had multiple

7    relapses?

8                  MR. DIAMOND:   Form.

9        A.    Oh, I think that's -- that's very

10   different.  I think what this is referring to is

11   that if you've had, for example, a breast cancer,

12   testicular cancer, and been treated, you may get

13   another later -- those are called secondary

14   malignancies and lymphoma.

15       Q.    So a different -- a different kind of

16   cancer?

17       A.    Correct.  Mr. Alvarez has had essentially

18   the same lymphoma.  It just keeps coming back,

19   unfortunately.

20       Q.    Chemical exposures.  You see it says:

21   "Exposures to certain chemicals may increase the

22   risk of NHL.  This may include pesticides,

23   herbicides like Agent Orange and petrochemicals."

24                  Do you agree that those are

25   possible risk factors for non-Hodgkin's lymphoma?

Clayton Smith, M.D.

```
 1      A.   Yes.

 2      Q.   Genetic factors.  "Early studies have

 3  found several genetic changes that may be associated

 4  with certain NHL subtypes."

 5                 Do you see that?

 6      A.   Uh-huh.

 7      Q.   And you -- I think you just said that --

 8  that people can be genetically predisposed to get

 9  non-Hodgkin's lymphoma?

10                 MR. DIAMOND:  Form.

11      A.   I -- I think that's probably true.  I

12  don't know that that's been proven to everyone's

13  satisfaction yet.  But I -- I think that's a logical

14  thing to surmise.

15      Q.   The next risk factor is vaccines.  Are

16  vaccines a risk factor for NHL?

17      A.   That -- that I have to say I'm not very

18  aware of.  It's not something I have told my

19  patients is a risk factor for it.  I think it says

20  it remains unclear and controversial, and I think

21  that's more than true.

22      Q.   And then the ]last risk factor is breast

23  implants -- not the last, but the next one is breast

24  implants?

25      A.   Correct.
```

Clayton Smith, M.D.

1      Q.    Is that the chronic antigenic

2   stimulation?

3      A.    I think so.  It -- it occurs more

4   commonly with certain type of implants, and it

5   occurs locally.  And in -- in a few cases people may

6   remove the implant and the lymphoma's gone away.  In

7   others where it spread or behaves stronger, you have

8   to give chemotherapy to get rid of it.  But it

9   appears that that's a local form of antigen

10  stimulation.

11     Q.    Exposure to ionizing radiation, is that a

12  risk factor for NHL?

13     A.    Yes.

14     Q.    And diet and weight, is that a risk

15  factor?

16     A.    I think, again, that would -- there --

17  there's a -- sort of a spectrum of level of

18  evidence, and I believe that's quite -- quite

19  likely, but not as clear as some of the others.

20                 Should I put this one aside?

21     Q.    Yes, please.

22                 (Exhibit No. 7 was marked.)

23     Q.    I'm going to hand you what I've marked

24  as 7.

25                 Exhibit 7 is a chapter from a --

1    from a book entitled Hematology:  Basic Principles

2    and Practice.  And this particular chapter is

3    authored by Matthew S. McKinney and Sandy S. Dave,

4    D-a-v-e.

5                        Do you see that, Doctor?

6        A.    Yes.

7        Q.    And do you recognize this publication

8    as -- as something that existed at Duke while you

9    were there?

10       A.    This -- this textbook?

11       Q.    Yes.

12       A.    I know the -- I know the name.  I can't

13   swear it was at Duke.  I...

14       Q.    Do you know either Mr. McKinney or -- or

15   Mr. Dave?

16       A.    I do not.

17       Q.    I'll represent to you that they're --

18   they're both at Duke, both on the fac -- medical

19   faculty at Duke.

20       A.    Okay.

21                    THE VIDEOGRAPHER:  Dr. Smith, if I

22   could ask you --

23                    THE WITNESS:  Oh.

24                    THE VIDEOGRAPHER:  -- to uncover your

25   microphone.

Clayton Smith, M.D.

```
 1                    THE WITNESS:  Sorry.

 2                    THE VIDEOGRAPHER:  Thank you.

 3                    THE WITNESS:  Excuse me.

 4        Q.   So what I want to ask you about is

 5   something we covered a little bit this morning, but

 6   a little bit more now, is the -- the mechanism, the

 7   possible mechanism by which B-cells just doing what

 8   they're supposed to be doing can lead to

 9   non-Hodgkin's lymphoma.

10        A.   Okay.

11        Q.   Remember when we talked about that

12   earlier today?

13        A.   I think so.

14        Q.   So if you look at the middle of the first

15   paragraph, and let me -- let me just point out that

16   the -- the title of this chapter is "Origin of

17   Non-Hodgkin's Lymphoma."

18                    Do you see that at the top?

19        A.   Yes.

20        Q.   And then in the middle of the paragraph,

21   there's a sentence beginning:  "As with other

22   cancers."

23                    Do you see that?

24        A.   Yes.

25        Q.   And it says:  "As with other cancers" --
```

Clayton Smith, M.D.

```
 1        A.    Oh, sorry.

 2        Q.    "As with other cancers" --

 3        A.    Yes.

 4        Q.    -- "lymphoma development is dependent

 5   upon acquisition of mutations, DNA copy number

 6   changes, recurrent cytogenetic rearrangements, and

 7   epigenetic dysregulation of gene expression

 8   involving oncogenic and tumor-suppressor pathways."

 9              Do you see that?

10        A.    Yes.

11        Q.    And you agree with all that, right?

12        A.    Yes.

13        Q.    To the extent any -- anyone understands

14   what that means, but...

15              "Many of these derangements occur

16   as a result of disordered genetic recombination and

17   somatic hypermutation -- somatic hypermutation, SHM

18   events, and tended to support adaptive immunity."

19              Do you see that?

20        A.    Yes.

21        Q.    Those are -- that's a lot of language in

22   there.  I mean, can you -- or let's try to unpack

23   that a little bit.  Okay?

24              When -- when they're talking about

25   derangements, they're talking about genetic damage
```

Clayton Smith, M.D.

1  of some kind or genetic mutation that's going to

2  result in a -- in a problem, in a cancer?

3      A.    Some -- some type of genetic abnormality.

4      Q.    And the -- the result, according to this,

5  because of disordered genetic recombination and

6  somatic hypermutation.  Are you familiar with those?

7      A.    Uh-huh.  Yes.

8      Q.    Okay.  So disordered genetic

9  recombination, what's that?

10     A.    Well.  So both -- both of those refer to

11 that process we discussed earlier where as B-cells

12 develop, they rearrange their immunoglobulin genes

13 and potentially others to try to create that

14 individual antibody for that B-cell.  And that

15 requires several steps where DNA jumps around and

16 pieces get cut out and changed around.

17                And what -- what they're just

18 saying, that's a normal part of B-cell development,

19 and that can sometimes go awry and -- and lead to

20 mutations that -- that can help give rise to

21 lymphoma.

22     Q.    Is -- is the -- so that's a disordered

23 genetic recombination.  The next thing they mention

24 is somatic hypermutation.  Is that -- is that a

25 similar --

Clayton Smith, M.D.

```
 1        A.    Part --

 2        Q.    -- part of that process?

 3        A.    Part of that same process.  They're --

 4   they're essentially saying that it's possible to

 5   contribute to the development of lymphoma through a

 6   disordered normal process to generate that -- that

 7   antibody diversity.

 8        Q.    Do you -- is there -- is it known what

 9   percentage of non-Hodgkin's lymphoma is caused by

10   the mechanism that's described in Exhibit 7

11   involving genetic recombination and somatic

12   hypermutation?

13        A.    I have to think how to -- so I don't

14   think it's -- it's strictly known, but there are --

15   there are many lymphomas that have -- some -- some

16   parts of this recombination involve genes jumping

17   around and rearranging, and there are -- there are

18   many examples of -- of lymphoma where one part of

19   that immunoglobulin gene jumps and it sticks itself

20   next to an -- an oncogene and it over -- and it

21   causes it to overreact.

22                    The reason I'm -- I'm being a

23   little unclear on it is -- is I can't tell you

24   how -- how often that's due to just random chance or

25   how often something interferes with that and causes
```

Clayton Smith, M.D.

1    that to happen.  I don't think that part is known.

2                    The end result, you can -- you can

3    count the number of lymphomas that have that

4    disordered rearranged genes, where there's a piece

5    of the immunoglobulin fused to another type of gene

6    or part of a gene that overreacts as causes the --

7    the cell to turn into lymphoma.  But what exactly

8    caused that, was it just random bad luck versus

9    something interfering with that process, I don't

10   think we know that.

11       Q.    And there are other -- other possible bad

12   outcomes from this disordered recombination and

13   hype -- somatic hypermutation besides the one you've

14   described where a gene gets glued next to an

15   oncogene?

16       A.    Right.

17       Q.    I mean, there are -- it can be a lot of

18   different ways that things go wrong, right?

19                    MR. DIAMOND:  Form.

20       A.    I'm -- I'm sorry, I don't quite

21   understand it.  It --

22       Q.    Well, it's not just one possible mutation

23   that leads to non-Hodgkin's lymphoma, right?

24   It's -- it's -- there's a variety of different ways

25   that things can get messed up in this process?

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
                        Clayton Smith, M.D.

 1      A.    Yes.  There -- there are many genes

 2   potentially involved with this and --

 3      Q.    And -- and I understood you to be saying

 4   there's one that we can look, that we see, but --

 5   but there -- there are probably a lot of others that

 6   we -- we don't know about yet?

 7                MR. DIAMOND:  Form.

 8                Go ahead.

 9      A.    Yes, I would agree with that.  There

10   are -- there are many things we don't know about

11   yet.  There are some that are at the other extreme,

12   where that immunoglobulin gene has clearly stuck

13   itself an to oncogene.  That definitely raises your

14   concern as contributing to the lymphoma.

15                And then there's many other things

16   that we think are important, that we do know about

17   lymphoma, that are not just stuck with that

18   immunoglobulin gene, if that makes sense.

19      Q.    Yeah.  And -- and is it just one

20   immunoglobulin gene or is it, like, a selection of

21   genes that are -- that play a role in this process?

22      A.    So there -- there are a number -- so the

23   immunoglobulin gene is a family of genes.  There's

24   different types of immunoglobulin.  There's G and A

25   and D and E and M.  Any of those can jump around in

Clayton Smith, M.D.

1    places that they -- they shouldn't.  And then they

2    can jump in different ways, and different pieces of

3    them can jump.  And then there are other ways that

4    the DNA and other things can change that could also

5    be a problem.

6        Q.    And -- and this is -- this whole process

7    is -- of -- of recombination and -- and

8    hypermutation, that's -- it's a -- it's particular

9    to B-cells, right?  It's not a -- it's not something

10   that you find happening in other cells in the body?

11       A.    Correct.

12       Q.    And that's because B-cells have to --

13   have to take on sort of these risky procedures to

14   generate what they call the adaptive immunity?

15       A.    Right.  So every -- every cell in the

16   body has -- starts with the same exact DNA, and then

17   in the case of B-cells, because you want to have, as

18   you said earlier, millions of B-cells with millions

19   of different versions of antibodies, as those

20   B-cells develop they start rearranging DNA and

21   editing DNA and RNA and -- to generate all those

22   millions of different of proteins from what started

23   as the -- at the stem cell level from the very same

24   DNA.

25       Q.    Yeah.  And -- and -- and my question was

Clayton Smith, M.D.

1   more this cutting and pasting and -- and recombining

2   and mutating, it's -- it's -- it's a -- it's a

3   process that can -- I think we discussed, can lead

4   to error, which results in cancer?

5       A.   Correct.

6       Q.   But it's something they have to do

7   because it's in their nature to -- to do that to

8   generate an immune response?

9       A.   Correct.

10      Q.   Right?  You -- you have to -- you have to

11  role the dice genetically to generate all these

12  different antibodies?

13      A.   Correct.

14               THE VIDEOGRAPHER:  Counsel, can I ask

15  you to adjust your microphone?  Maybe onto your --

16  your sweater.  Okay.  Thank you.

17               And you may want to zip that back

18  up so that it doesn't roll over.  Thanks.

19               MR. BRENZA:  Thank you.

20      A.   Are -- are we done with this one?

21      Q.   For the time being, yes.

22      A.   Okay.

23               (Exhibit No. 8 was marked.)

24      Q.   I'm going to hand you what I've marked as

25  Exhibit 8.

Clayton Smith, M.D.

```
 1                   Doctor, this is a -- a few
 2   excerpted pages from one of the EPA's reviews of
 3   glyphosate.  Do you see that?
 4        A.    Yes.
 5        Q.    Did you know that after IARC issued its
 6   monograph, that virtually every major regulatory
 7   body in the world re-evaluated glyphosate for
 8   safety?
 9                   MR. DIAMOND:  Form.  Sorry.
10        A.    No, I did not know that.
11        Q.    One of those bodies was the US EPA.  And
12   I've -- so this -- do you see on -- it's at the
13   bottom of the -- of the pages, there's a -- there's
14   numbers of -- page numbers of one -- of 216?
15        A.    Correct.
16        Q.    And if you look at 135 of 216, there's a
17   section on biological plausibility and coherence.
18   Do you see that?
19        A.    The italics text at the top?
20        Q.    Just the heading right now.
21        A.    Oh, yes.  The 6.4.
22        Q.    Yeah.
23        A.    Yes.
24        Q.    And the -- after the italic paragraph,
25   there's a paragraph beginning "the genotoxicity."
```

Clayton Smith, M.D.

```
 1    Do you see that?

 2         A.    Yes.

 3         Q.    It says:  "The genotoxicity studies

 4    demonstrate that glyphosate is not directly

 5    mutagenic or genotoxic in vivo."

 6                    Do you see that?

 7         A.    Yes.

 8         Q.    Do you have any reason to disagree with

 9    that?

10              MR. DIAMOND:  Form.

11         A.    Yes.  I don't -- I don't understand how

12    that's consistent with all of the original published

13    work, much of which says it is genotoxic.

14         Q.    Which -- and which published work are you

15    talking about?  Talking about epi -- epidemiological

16    studies, you're...

17         A.    No.  The -- again, in PubMed, if you look

18    genotoxicity and glyphosate, you'll find a number of

19    papers that -- that do say it is.  So --

20         Q.    Were those papers in vivo or in vitro?

21         A.    Primarily in -- oh, sorry.  This says

22    in vivo.  Excuse me.  These would be going to the

23    animal studies that I -- I did not look at, other

24    than in a Portier analysis.

25         Q.    So other than what you believe
```

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Clayton Smith, M.D.

1    Dr. Portier concluded, you don't -- do you have any

2    reason to disagree with the EPA when they say that

3    glyphosate is not directly mutagenic or genotoxic

4    in vivo?

5              MR. DIAMOND:   Form.

6         A.    That seems to be a pretty strong and

7    dogmatic statement to me, considering that

8    they're -- at -- at least -- unless Dr. Portier's

9    being misleading, that there is at least -- I -- I

10   understand statements that say there may not be or

11   it's possible.  I -- I think this seems like quite a

12   strong statement to make, based at least on what I

13   saw from Dr. Portier's summary.

14        Q.    Is there a difference between mutagenic,

15   genotoxic, and carcinogenic?

16        A.    So carcinogenic means you actually get a

17   cancer.  Mutagenic, I -- I believe in this -- in

18   this context means it created a -- a specific

19   gene -- a damage to a specific -- one or more

20   specific genes; whereas genotoxic just refers to

21   general DNA damage, which may or may not happen in

22   specific genes.  Or there's a lot of the DNA that

23   doesn't code for genes.

24              So one -- genotoxic would be the

25   broadest, there's DNA damage.  Mutagenic, that

Clayton Smith, M.D.

1    occurs in specific defined gene areas of DNA.  And

2    then carcinogenic, that it actually resulted in a

3    cancer.

4         Q.    Okay.

5         A.    That -- that's my understanding of the

6    terminology.

7         Q.    Other -- other than it being extremely

8    broad, is -- do you have any -- any reason to

9    disagree with the EPA on this particular point?

10                  MR. DIAMOND:  Form.

11        A.    Again, everything that I've read, either

12   through the general causation experts or the

13   literature I looked at, there's -- there are papers

14   that are different from one to the next.  And so I

15   do -- I do find it challenging when I -- when I find

16   a statement that says it's black and white.  I don't

17   believe there's been anything in the glyphosate

18   story that's been black or white.

19        Q.    Is -- is it fair to say, in your opinion,

20   that the science on glyphosate is subject to

21   reasonable disagreement among scientists?

22                  MR. DIAMOND:  Form.

23        A.    Yes.  And -- and I would say that about

24   all science.

25        Q.    If you'll look at the beginning of the

Clayton Smith, M.D.

```
 1   next paragraph, it says:  "As discussed in Section

 2   4.2, metabolism studies demonstrate low oral

 3   absorption and rapid excretion of glyphosate."

 4                   Do you see that?

 5        A.    Yes.

 6        Q.    Do you have any reason to disagree with

 7   that statement?

 8                   MR. DIAMOND:  Form.

 9        Q.    From the EPA?

10        A.    Yeah, I simply don't have expertise in

11   that area to answer that.

12        Q.    Let me direct your attention to a page

13   earlier in the document.  It's page 16 of 216.  And

14   do you see the middle paragraph, beginning "at the

15   time of initial registration"?

16        A.    Yes.

17        Q.    And it says -- well, would you -- would

18   you review that paragraph to yourself?  Just let me

19   know when you've read it, and then I'll have some

20   questions for you.

21                   (Witness peruses document.)

22        A.    So is there -- is there that Figure 1.2?

23        Q.    I may not have that in this for you.  I'm

24   sorry.

25        A.    I think -- I think that's just a visual
```

Clayton Smith, M.D.

1    representation of the text.  Did you want me to read

2    through the whole page?

3        Q.    No.  No, just that paragraph.

4        A.    Oh, yeah.  Sorry.

5        Q.    So my only -- my -- I don't have a lot of

6    detailed questions.

7                     But is it fair to say that the

8    amount of glyphosate that has been used from 1974 to

9    2014, which is the last date this -- that's given

10   for an amount of glyphosate, that the amount of

11   glyphosate has increased hugely over that time

12   frame?

13                    MR. DIAMOND:  Form.

14       A.    A hun -- hundred -- more than a

15   hundredfold.

16       Q.    A hundred times?

17       A.    Yes.

18       Q.    From -- from about 1.4?

19       A.    To --

20       Q.    -- million pounds to 280 to 290 million

21   pounds?

22       A.    Correct.

23       Q.    And one of the bigger increases occurred

24   starting in 1996, when Roundup-ready crops became

25   available, right?

Clayton Smith, M.D.

```
 1              MR. DIAMOND:  Form.

 2        A.    Just to clarify.  The Roundup-ready are

 3    the genetically engineered to be resistant to

 4    Roundup?

 5        Q.    Yes.  You can spray Roundup over the

 6    crop, and it kills the weeds --

 7        A.    Kill -- kill weeds.

 8        Q.    -- and leaves the crop fine.

 9        A.    Right.

10        Q.    But over the same time period that the

11    use of Roundup has substantially dramatically

12    increased, there has not been an increase in

13    non-Hodgkin's lymphoma?

14              MR. DIAMOND:  Form.

15        A.    Why -- I think that would depend greatly

16    on the number of people exposed, right?  So the SEER

17    data is from the entire population of the U.S.  And

18    so if the people applying Roundup are a relatively

19    small proportion of that, you wouldn't see an impact

20    on a much large -- larger population.  And I -- I

21    simply don't know the number of people that are

22    exposed to -- to Roundup.

23              And I would say again, I think

24    Mr. Alvarez probably represents a minority of the

25    people exposed to Roundup, just in the extent and
```

Clayton Smith, M.D.

```
 1   duration of his exposure, which I -- I do believe

 2   from everything that I have seen is a -- is a very

 3   important consideration.

 4        Q.    Is that because to cause cancer, it

 5   requires repeated or extensive exposure to a known

 6   carcinogen?

 7              MR. DIAMOND:  Form.

 8        A.    I -- I think it can occur through a

 9   single -- a single time point.  A large -- like, a

10   single radiation dose is probably enough, for

11   example.  But I do -- I do think common sense would

12   tell you if you're exposed to something that has

13   a -- a -- you know, a potential, even if it's small,

14   to cause cancer, the more repetitive the exposure,

15   the longer the exposure, the -- the totality of that

16   exposure over time I think would increase the risk.

17        Q.    And -- and is that the category in which

18   you would see Roundup and glyphosate as -- as the

19   one exposure is not enough, that it requires

20   repeated and -- and extensive exposure?

21              MR. DIAMOND:  Form.

22        A.    My own opinion is probably more -- a

23   little more complicated than that.

24              You could have really bad luck

25   with one exposure, and that's enough.  It happened
```

Clayton Smith, M.D.

```
 1   to hit a B-cell at the right time and the right

 2   place with, you know, the right fertile ground for

 3   forming a lymphoma.

 4                   But I think if you were to look at

 5   it across a lot of people, it -- it seems to me,

 6   just like with age, the longer that goes on, the

 7   more your risk goes up.

 8       Q.   I mean, if -- if -- if glyphosate were

 9   the kind of substance where single exposure caused a

10   cancer, wouldn't the epidemiological data be a lot

11   stronger than it is?

12               MR. DIAMOND:  Form.

13               THE WITNESS:  Can I --

14               MR. DIAMOND:  Yes.

15       Q.   Yes.

16       A.   Yes, I agree with you.

17       Q.   Okay.  That's all I've got for you on

18   that one.  And I'm not going to spend too much I'm

19   on -- on -- on these, but I do want to get your --

20   your take on it.

21                   (Exhibit No. 9 was marked.)

22       Q.   So this is a statement from -- actually,

23   that's two of them, I think, from Health -- a -- a

24   an organization called Health Canada.

25               MR. DIAMOND:  Are we up to 9?
```

Clayton Smith, M.D.

1           MR. BRENZA:  Yes.  Thanks.

2                And, again, just for the record, I

3    have an objection to these because we haven't asked

4    him to opine on any of these studies from any -- any

5    type of governmental agency that may have political

6    leanings one way or the other as well, regardless of

7    what -- where they lean.

8        Q.    So you expressed -- expressed some

9    misgivings earlier about the EPA.  Do you have any

10   reason to doubt the competency and honesty of the

11   Canadian counterpart to the EPA?

12               MR. DIAMOND:  Form.

13       A.    So having -- having lived in Canada --

14       Q.    Oh, yeah, you did live in Canada.

15       A.    I can tell you I -- I think my experience

16   with them was they were very well meaning, but quite

17   underresourced.

18       Q.    Okay.  So -- so underresourced, but not

19   incompetent and not dishonest?

20               MR. DIAMOND:  Form.

21       A.    No.

22       Q.    Okay.  Actually, let me ask the question

23   because I think the -- do you believe that the

24   Canadian counterpart to the EPA is an honest and

25   competent group of scientists?

Clayton Smith, M.D.

```
 1              MR. DIAMOND:  Form.
 2       A.    I -- I -- I -- I hate to get into
 3   politics or anything.
 4                   I do think that in my experience
 5   in Canada -- and, again, I was just in
 6   British Columbia -- is that in the -- in the balance
 7   between economy and environment, if there is -- you
 8   know, those are sometimes competing agendas, that
 9   concern for the environment was greater in British
10   Columbia than what I see in general from the EPA in
11   the United States.
12                   And I would say Health Canada
13   re -- reflected that.  It's -- it's different
14   across -- Canada is complicated.  Different
15   provinces have a lot more say in their own
16   governance, and they're quite a bit more different
17   from each other than -- well, the United States is
18   getting like that as well.
19                   But I would say I -- if you -- if
20   you ask me, do I trust Health Canada more than the
21   EPA, I -- I would say yes.
22       Q.    And -- and Health Canada is like the
23   bodies that -- that oversee glyphosate in -- in all
24   the other major countries.  They're made up of -- of
25   scientists, career scientists that work at those
```

Clayton Smith, M.D.

1   facilities, with -- with expertises and specialties

2   in -- in all the different areas of knowledge that

3   they need to do their job?

4              MR. DIAMOND:  Form.

5        A.   So I actually don't know who -- I -- I do

6   know there are scientists like that at

7   Health Canada.  I don't know the full spectrum of

8   people that work there.

9        Q.   So Health Canada did -- did one of these

10  re-evaluations and found that glyphosate was -- was

11  safe if used as directed, and then they got a bunch

12  of comments.  They got people -- send in criticisms

13  of their analysis.  Are you familiar with that

14  process at all?

15             MR. DIAMOND:  Form.

16       A.   I actually am not.

17       Q.   So that's a -- that's a process -- the

18  EPA has the same thing, where you -- after they

19  issue a report, people get to send in criticisms and

20  then the EPA has to respond to those criticisms.

21       A.   Right.

22       Q.   And -- and you're -- are you -- are you

23  aware of the fact that IARC doesn't do anything like

24  that?  Once they issue their report, they never want

25  to hear about it, they don't respond to anything,

Clayton Smith, M.D.

```
 1   it's just this is our report?

 2                    MR. DIAMOND:  Form.

 3        A.    I'm not aware of these processes, no.

 4        Q.    Okay.  So anyway, what I've handed you

 5   is -- is the EPA's response to some criticisms about

 6   its final re-evaluation decision.

 7        A.    I'm sorry.  You mean Health Canada's?

 8        Q.    Yes.  What did I say?  EPA?  I meant

 9   Health.

10                    So let me -- let me just -- if you

11   look at the very first page, second paragraph --

12   well, let me start with the first paragraph, Ottawa.

13                    "Health Canada's primary objective

14   in regulating pesticides is to protect Canadians'

15   health and the environment.  That is why the

16   department regularly reviews all pesticides to make

17   sure they continue to meet modern health and safety

18   standards."

19                    Do you see that?

20        A.    Correct.

21        Q.    And you don't -- you don't have any

22   reason to disagree with that?

23                    MR. DIAMOND:  Form.

24        A.    I just don't know.

25        Q.    Okay.  The next paragraph:  "Following
```

Clayton Smith, M.D.

```
 1   the release of the department's final re-evaluation

 2   decision on glyphosate in 2017, Health Canada

 3   received eight notices of objections.  There have

 4   been -- have also been concerns raised publicly

 5   about the validity of some of the science around

 6   glyphosate.  It is what is being referred to as the

 7   Monsanto papers."

 8              Do you see that?

 9        A.   Yes.

10        Q.   And -- and the Monsanto papers, do -- do

11   you know what those are, the Monsanto papers?

12        A.   I -- I think they're a series of e-mails,

13   correct, that were released under the Freedom of

14   Information Act?

15        Q.   So -- so you're -- so you're aware that

16   Health Canada was, at least in some -- at some

17   level, aware of the criticisms that had been made of

18   Monsanto in connection with whatever attempt it made

19   to influence the science?

20              MR. DIAMOND:  Form.

21        A.   I mean, that's what that paragraph would

22   imply.

23        Q.   Okay.  I'm -- I'm just --

24        A.   I don't know the details.

25        Q.   Yeah.  And -- but -- and -- but it's not
```

Clayton Smith, M.D.

1    a secret to Health Canada.  Can -- Health Canada is

2    aware of it?

3                    MR. DIAMOND:  Form.

4        A.    I -- I have no idea.

5        Q.    Okay.  So let's see how they respond to

6    the objections that were made to its initial ruling

7    on glyphosate.

8                    If you turn to the next page, and

9    in the middle paragraph there's a -- a sentence that

10   begins "our scientists."  Do you see that?

11       A.    Yes.

12       Q.    It says:  "Our scientists left no stone

13   unturned in conducting this review.  They had access

14   to all relevant data and information from federal

15   and provincial governments, international regulatory

16   agencies, published scientific reports, and multiple

17   pesticide -- pesticide manufacturers.  This includes

18   the reviews referred to in the Monsanto papers.

19   Health Canada also had access to numerous individual

20   studies and raw scientific data during its

21   assessment of glyphosate, including additional

22   cancer and genotoxicity studies.

23                    "To help ensure an unbiased

24   assessment of the information, Health Canada

25   selected a group of 20 of its own scientists who

1    were not involved in the 2017 re-evaluation to

2    evaluate the notices of objection."

3                   Do you see that?

4    A.    Yes.

5    Q.    Do you have any criticism of the way

6    Health Canada went about responding to these

7    objections to its initial findings that glyphosate

8    was safe?

9              MR. DIAMOND:  Form.

10   A.    Well, I think it's a -- I can't tell from

11   this summary statement.  I think you would want to

12   see the details of the deliberations that they made.

13   And I'd want to, frankly, compare those to the --

14   what I thought, again, were very compelling

15   arguments by the general causation experts here that

16   I wrote.

17                   And like I said, I -- I guess I'm

18   still having -- their arguments seem so compelling,

19   it's -- it's a bit challenging for me to see how

20   these government regulators can discard those.

21   Q.    And -- and that's the Dr. Weisenburger --

22   A.    Portier and --

23   Q.    -- Portier, and Ritz?

24   A.    -- Ritz.

25   Q.    Okay.

Clayton Smith, M.D.

```
 1      A.    I -- I can understand somebody saying we
 2   reviewed this and we think, in our opinion, the
 3   evidence favors one thing or another.  But I -- I
 4   have concerns when I see really dogmatic, and
 5   it's -- it's definitely black when it could be -- or
 6   white.  I -- I find that challenging given that
 7   the -- like I said, the body of literature is
 8   pretty -- pretty mixed.  And I think you do have
 9   to -- at least when you look at things objectively,
10   look at the shades of gray in all this, as opposed
11   to it's black or it's white.
12              MR. DIAMOND:  And -- and just my
13   objection is we're -- I think we're treading on
14   general causation expert-type opinions.  The judge
15   has said that the specific causation experts can't
16   give -- I mean, and partly I think we can all trot
17   out various governmental agencies, some that have
18   banned glyphosate, some that have said something
19   else, and that's not what the specific causation
20   experts are supposed to be talking about.  So that's
21   my general objection to this -- this topic.
22                   If the judge decides later on that
23   it is something that these experts should be talking
24   about it -- it would be more than fair game to de --
25   depose him on it.  But my understanding of the
```

Clayton Smith, M.D.

```
 1    judge's ruling is that we can't get into that, or

 2    shouldn't be.

 3             MR. BRENZA:  And I'm not going to

 4    spend a lot of time on this.  I just wanted to --

 5             MR. DIAMOND:  Okay.  Fair enough.

 6             MR. BRENZA:  -- get -- get a take on

 7    this.

 8        Q.   So the -- the last sentence I'm going to

 9    ask you about is the next one, beginning "no

10    pesticide."

11             Do you see that?

12        A.   Uh-huh.

13        Q.   It says:  "No pesticide regulatory

14    authority in the world currently considers

15    glyphosate to be a cancer risk to humans at levels

16    at which humans are currently exposed."

17             Do you see that?

18        A.   Yes.

19        Q.   Do you have any reason to disagree with

20    that?

21             MR. DIAMOND:  Form.

22        A.   No.  My -- my only concern about this

23    entire document is it's released by media relations.

24    And I -- I think it would be important to look at

25    the actual scientific review and stack it up next to
```

Clayton Smith, M.D.

1    the general causation experts.  And, frankly, I'd

2    love for them to, you know, look at it as well

3    and -- and, you know, offer an opinion.

4        Q.    You know.  I do have the -- I do have the

5    full report.  But I don't think your counsel wants

6    me to ask you about it.

7        A.    It's -- it's be careful what you ask for.

8              But I'd be very happy for one of

9    the general causation experts to go through that

10   carefully and -- and -- and look at a -- again, a

11   compare and contrast from people who are really

12   experts in their -- in their elements of this.

13             MR. BRENZA:  Where did my stickers

14   go?

15             (Exhibit No. 10 was marked.)

16       Q.    All right.  So I'm going to change course

17   here a little bit and just do a couple of

18   administrative items.

19             This, Doctor, is the notice of

20   your deposition for today.  Did -- have you seen

21   this before?

22       A.    Very briefly perused it.  I -- I think I

23   got it late last week, when I was...

24       Q.    We've marked it as Exhibit 10.

25             When you received Exhibit 10, did

Clayton Smith, M.D.

 1  you read the section that asks for production of

 2  documents?

 3      A.    I got a notice from Mr. Diamond's staff

 4  on Friday, which was already completely booked up,

 5  to provide all of this, and I -- I did inform them

 6  that I could -- I could grab what I had readily at

 7  hand, but I simply did not have time over literally

 8  zero working days to provide all of the

 9  documentation.  It will take me some digging around.

10              And as I said, some of it, I

11  didn't even realize that I needed to keep track.

12  Again, this is the first time I've done this.  I

13  didn't know that everything I read, I had to keep

14  track of or click off.  So I'm simply not able to --

15  I -- I can go back and do some due diligence and try

16  to recreate all of that, but at the moment I just

17  gave what -- what I had immediately at -- at hand.

18              MR. DIAMOND:  Yeah.  And I can

19  represent that, without going into attorney/client,

20  I tried to get this information over the weekend

21  when I saw Dr. Smith so that I could give you

22  something that, which was in that e-mail, breaking

23  down approximately how much time he had spent on

24  this --

25              MR. BRENZA:  Uh-huh.

1              MR. DIAMOND:  -- and what he had

2    reviewed in forming his opinions.

3                  And I think that everything was in

4    his report, the general causation experts and the

5    doc -- and -- and the studies that he relied --

6    relied upon.

7         A.    Correct.  So I -- yes.  So I -- we

8    actually discussed that.  And I was reassured that

9    the references that I provided, the -- the list of

10   references at the end of my report, because those

11   were the -- those were the vast majority of what

12   contributed to forming my opinion and what I

13   referenced as the basis for that opinion, that that

14   was, in fact, sufficient.

15        Q.    Is that -- are the references you've

16   listed as part of your report a complete list of the

17   scientific materials on which you rely for your

18   opinions in this case?

19        A.    I think they were -- they were -- for me,

20   they were the -- they were the sufficient body to

21   make that opinion.  As I said, I did read other --

22   other materials.  I just didn't keep track of them.

23        Q.    And -- and one thing I didn't see in your

24   report was a reference to Mr. Alvarez's medical

25   records.  Did you receive those at some point?

Clayton Smith, M.D.

```
 1        A.    Yes.  I did -- I did mention that at

 2   the -- at the start of the report.

 3               MR. DIAMOND:  Yeah.

 4               MR. BRENZA:  Maybe I --

 5               MR. DIAMOND:  I read his e-mail.

 6   It's there.

 7        A.    It says the documents that I --

 8               MR. DIAMOND:  I think he actually

 9   lists where they're from.

10               MR. BRENZA:  Maybe I missed that.

11               MR. DIAMOND:  Here, I'll find it for

12   you.

13               THE WITNESS:  I think it's on the

14   first -- one of the first pages, or maybe the second

15   page.

16               MR. DIAMOND:  Yeah.  Page 2,

17   paragraph 2, No. 2 under Review.

18        Q.    Okay.  So at some point you received hard

19   copy or -- or -- or E-copy of -- of those records?

20        A.    Right, E-copies.

21        Q.    Okay.

22               MR. DIAMOND:  And -- and just I

23   suspect -- this is a part of overkill.  I think we

24   sent him everything that Monsanto's counsel had

25   obtained and everything that we had obtained during
```

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

Clayton Smith, M.D.

1   the discovery process, so that he had everything.

2                  MR. BRENZA:  In terms of medical

3   records?

4                  MR. DIAMOND:  In terms of medical

5   records, yeah.  Unfortunately, duplication quite

6   often.

███   ████████   ██████   ████████

███   ████████████████████████████████████████

███   ████████████████████████████████████

███   ████████████████

11                  MR. BRENZA:  Well, I'm going to -- I

12   don't know how this is being handled with other

13   counsel, but -- and I don't know what agreements

14   have been reached.  But I -- I do think we ought to

15   get the -- we have been getting lists of all the

16   materials that have been relied on or reviewed.

17                  MR. DIAMOND:  If you would like a

18   more full -- a fuller list of everything that was

19   relied upon --

20                  MR. BRENZA:  Or -- or even reviewed,

21   I think.  But --

22                  MR. DIAMOND:  I wasn't sure if

23   reviewed was required.

24                  MR. BRENZA:  Well, this is what I

25   don't -- and -- and I'm not --

```
1                    MR. DIAMOND:  That's okay.

2                    MR. BRENZA:  --making any statements.

3                    MR. DIAMOND:  Why don't -- why don't

4    we figure it out.  And then whatever it that you --

5    that you feel that you need we'll -- that's -- it's

6    proper, I have no problem.

7                    MR. BRENZA:  Yeah.  Okay.  I don't --

8    I don't want it to be waived, but --

9                    MR. DIAMOND:  Yeah.

10                   THE WITNESS:  Just for me -- sorry to

11   interrupt -- but that's an important distinction

12   because I think the materials I relied upon, I

13   referenced.  The materials I reviewed are -- are

14   broader than that.

15                        So the materials I relied on were

16   his medical records, the general causation experts,

17   and those references that I provided.  Those were

18   the -- the foundation of my opinion.

19                        I -- I reviewed a larger scope,

20   and providing all those will take some work on my

21   part to recreate those.

22                   MR. BRENZA:  And before I send you on

23   that task, I want to -- I want there to be further

24   discussion amongst the lawyers.

25                   MR. DIAMOND:  Yeah, because --
```

Clayton Smith, M.D.

1              MR. BRENZA:  I also don't want to say

2    we're not going to ask you to do that.

3              THE WITNESS:  Okay.

4              MR. DIAMOND:  I -- I understand your

5    position.  My understanding is that we were supposed

6    to provide the information that he relied up.  If

7    it's every document that he reviewed, clearly

8    that -- his report does not contain that.

9              MR. BRENZA:  Yeah.  I mean, again, I

10   don't know -- I don't know how these particular

11   cases are being done.

12             MR. DIAMOND:  We'll figure it out.

13             MR. BRENZA:  Other cases, I've

14   gotten --

15             MR. DIAMOND:  People that are --

16             MR. BRENZA:  -- hundreds of --

17             MR. DIAMOND:  -- higher up the food

18   chain than we are --

19             MR. BRENZA:  Yeah.

20             MR. DIAMOND:  -- will tell us.

21             THE WITNESS:  Can -- can I just ask

22   one favor?  I don't know how the legal system works.

23   But it's very difficult for me to do that with no

24   notice.  I -- I need some --

25             MR. DIAMOND:  Yeah.  So we -- if it

Clayton Smith, M.D.

1    turns out that you have to provide that information,

2    I'm sure as soon as that's determined, you'll have a

3    fair amount of time to -- to figure that out.

4                  THE WITNESS:  Okay.  I think I've --

5                  MR. DIAMOND:  But --

6                  THE WITNESS:  I've mentioned to you,

7    for example, in most of December I'm on call in the

8    hospital, and it's very difficult for me to get

9    any -- any time whatsoever --

10                 MR. DIAMOND:  I understand.

11                 THE WITNESS:  -- to do this kind of

12   thing.

13                 MR. DIAMOND:  I suspect -- well, I'm

14   not going to venture any guesses, but don't worry

15   about it at this point.

16                 THE WITNESS:  Okay.

17        Q.    So I want to ask you a few questions

18   about Mr. Alvarez's medical history.

19        A.    Okay.  Are you okay if I refer back to

20   my --

21        Q.    Yes.  Absolutely.

22        A.    -- report, where I summarized it?

23        Q.    So I think we've marked your exhibit --

24   or your report as Exhibit 2.

25        A.    Correct.

1    Q.    So let me just ask an open-ended question

2    to start.

3                   Was there anything notable about

4    Mr. Alvarez's course of treatments that bears on the

5    specific cause of his non-Hodgkin's lymphoma?

6                   MR. DIAMOND:   Form.   Are you talking

7    about his treatment for non-Hodgkin's lymphoma?

8                   MR. BRENZA:   Yeah.

9    Q.    His -- his -- everything -- everything in

10   the medical records that you've reviewed for him,

11   which I -- I take govern -- you know, records all of

12   his treatments and his diagnoses, all that, his

13   interviews?

14                  MR. DIAMOND:   And so maybe the best

15   way to do it is to say, I think he was diagnosed in

16   late February of 2014, so anything since then.

17                  MR. BRENZA:   Yes.

18   A.    I guess I still don't understand the --

19   the question.   Do you mind to clarify that, please?

20   Q.    Yeah.   No, that's fine.   So let me -- let

21   me ask it -- let me back up a little bit.

22                  So you -- you got Mr. Alvarez's

23   medical records starting in 2014, going through four

24   different rounds of treatments, right?

25   A.    Correct.

Clayton Smith, M.D.

1                    MR. DIAMOND:  He also received prior

2      records, too.  That's why I was distinguishing it by

3      the date.

4          Q.    All right.  Well, let's -- let's include

5      all the medical records you've ever received

6      regarding Mr. Alvarez?

7          A.    Okay.

8          Q.    Were -- was -- was there anything notable

9      in those medical records in terms of evaluating what

10     specifically caused his non-Hodgkin's lymphoma?

11                   MR. DIAMOND:  Form.

12         A.    Other -- other than eliminating the --

13     the risks that you've -- you've nicely summarized

14     in, I forget which one of these documents, there was

15     nothing that -- there -- it was a -- a series of it

16     was not caused by X because there was no history of

17     X or no finding of X.

18         Q.    But there -- there's nothing about the --

19     the way his disease reacted to treatment or

20     didn't -- didn't react to treatment --

21         A.    Oh.

22         Q.    -- or something?  I mean --

23         A.    No.

24         Q.    -- there's nothing -- I -- I just want to

25     get anything out there that you -- if you're going

Clayton Smith, M.D.

1   to say something like that, I want to hear it.

2        A.    Oh, no.  There was nothing -- there was

3   nothing specific in his treatment that would point

4   to a cause.

5        Q.    Okay.  You also note that his -- that

6   the -- his medical records record there were

7   specific characteristics of his non-Hodgkin's

8   lymphoma?

9        A.    Are you referring to the pathology and

10  the genetics?

11       Q.    I'm not sure what these are, but it's

12  BCL6 rearrangement.

13              MR. DIAMOND:  What page are you on,

14  3?

15              MR. BRENZA:  Yes.

16       A.    Yes.  Those are -- so FISH is shorthand

17  for what's called fluorescence in situ

18  hybridization, and BCL2 and BCL6 are a couple of

19  those genes that you pointed out earlier that are

20  the potential oncogenes or suppressor genes.  And if

21  you remember, we talked about that IgH could

22  rearrange into -- into something like BCL2, which

23  would keep the cells alive longer than they should

24  be.  So that's that IgH/ BCL2.

25              And if you notice earlier than

Clayton Smith, M.D.

1    that, it says T14, 18.  That shows the -- the actual

2    chromosomes that were involved in that.

3          Q.    So a piece of one chromosome broke off

4    and stuck to another one?

5          A.    Correct.

6          Q.    And that's -- which one -- which one

7    broke off?  Is that 14 and -- was the donor and 18

8    was the -- the recipient or?

9          A.    Well, they're reciprocal, so it's --

10         Q.    Oh, they trade?

11         A.    -- it's not one as a donor and one as a

12   recipient.

13               IgH is the one that sort of --

14   that drives ex -- gene expression, you know.

15   It's -- it's -- they're in two spots and they

16   jump --

17         Q.    I see.

18         A.    -- to somewhere they shouldn't be.

19         Q.    But -- and then there are other

20   characteristics that I don't understand, but I'm

21   sure you do.  That it was negative for CD5 and CD10?

22         A.    So those are proteins on the surface of

23   lymphomas.  All of these are to try to help give the

24   pathologist a sense of what kind of lymphoma it is.

25   And they usually do that through a mixture of

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Clayton Smith, M.D.

1   looking at it under the microscope, looking at the

2   genetic changes within it, and then looking those --

3   there are tests called immunohistochemistry or

4   flow cytometry which looks at proteins on the

5   surface.  And when you have a constellation of

6   those, the pathologist can generally say it looks

7   mostly like X instead of Y.

8        Q.    So -- and I don't want to invite you to

9   look at everything you've listed here.  I may not be

10  getting it all.

11                    But BCL6, BCL2 and the

12  translocation, something called Ki67, CD5, CD10,

13  does any of this have any bearing on what

14  specifically caused the non-Hodgkin's lymphoma?

15       A.    No.

16       Q.    This is all things you'd like to know to

17  treat it, right, to --

18       A.    Things you'd like to know to diagnose

19  what type of -- is it lymphoma, to start with, and

20  then what type of lymphoma.

21       Q.    What's -- what is the myc rearrangement?

22       A.    Myc --

23       Q.    Myc.

24       A.    -- is a -- is really potent oncogene that

25  does -- that gets turned on in really aggressive

Clayton Smith, M.D.

```
 1   lymphomas, more -- more commonly than others.

 2        Q.    And then the -- the -- you've included a

 3   sentence here that:  "Peripheral blood flow

 4   cytometry analysis also revealed circulating

 5   monoclonal B-cells consistent with a B-cell

 6   lymphoproliferative disorder."

 7        A.    Correct.

 8        Q.    Do you see that?

 9              Is that just a way of saying that

10   he had --

11        A.    There were some --

12        Q.    -- B-cell carcinoma?

13        A.    -- funny B-cells in the periphery that

14   looked like they -- they could either be a part of

15   the lymphoma or, in retrospect, I think it's more

16   likely they were part of that follicular lymphoma.

17              Although there are precursors to

18   lymphoma.  Lymphoproliferative disorder is just a

19   broad term.  There's too many B-cells.  And then

20   monoclonal means that instead of it being all

21   different types of B-cells, it's one particular

22   B-cell has --

23        Q.    And that's --

24        A.    -- reproduced.

25        Q.    That's the characteristic of a cancer,
```

Clayton Smith, M.D.

```
 1   right, is that it's --

 2       A.    Well, it can be a precancer or -- sorry.

 3   It gets.  This is -- again, gets back to these

 4   shades of gray.

 5             So, for example, after organ

 6   transplants sometimes people get a thing called a

 7   lymphoproliferative disorder, where many, many

 8   B-cells start to grow too much.  The same thing can

 9   happen with EBV.

10             In this case, they found some

11   abnormal B-cells in the periphery that suggested

12   that there was too many of one type of B-cell.

13       Q.    Is there anything about the -- the nature

14   of Mr. Alvarez's non-Hodgkin's lymphoma that's

15   described in -- in these tests and -- and

16   characteristics that could rule out the origin of

17   his cancer as a spontaneous unfortunate mutation

18   occurring in his B-cells?

19             MR. DIAMOND:  Form.

20       A.    There's nothing in -- in any of these

21   genetic or pathology findings that would rule in or

22   out a particular cause or -- or not for his

23   lymphoma.

24       Q.    Now, he had -- he -- he kind of went

25   through the whole gauntlet of possible treatments
```

Clayton Smith, M.D.

1   over the years?

2       A.    Correct.

3       Q.    And I think we -- we've talked a little

4   bit about, it started with R-CHOP and then something

5   called -- this is -- this is, I think, what we were

6   trying to remember earlier, R-DHAOx?

7       A.    Correct.

8       Q.    Is that the -- that's the in-between

9   treatments salvage treatment?

10      A.    So -- right.  So R-CHOP is a very common

11  treatment for diffuse large B-cell when it first

12  presents.  When it relapses after that, you've moved

13  to what are called salvage treatments, and there's a

14  number of those.  And this R-DHAOx is one of those.

15      Q.    And -- and once -- once something

16  comes -- a cancer comes back after R-CHOP, is it

17  known that R-CHOP will not work on that cancer

18  anymore?

19      A.    For diffuse large B-cell lymphoma, that's

20  correct.

21      Q.    And is the -- the treatment -- the second

22  treatment, the salvage chemotherapy, is that a

23  different -- just a different combination of -- of,

24  essentially, chemotherapy or --

25      A.    Yes.  It's different agents.  So the "R"

Clayton Smith, M.D.

1    refers to rituximab, which is this antibody therapy.

2    So that's different from a chemotherapy.  And then

3    all of the other letters there correspond to a

4    chemotherapy.

5         Q.    And rituximab, how does that work?

6         A.    So we've talked about these antibodies

7    that the B-cell produces.  They look kind of like a

8    "Y."

9         Q.    Uh-huh.

10        A.    And some very clever researchers many

11   years ago thought, well, we can repurpose those

12   antibodies if we can engineer them.  We can actually

13   repurpose them to go back and attack cancer.  So we

14   can grow a type of B-cell in a dish that will make a

15   lot of this specific antibody.

16                   And rituximab is an antibody

17   that's been engineered to attach to one of those

18   surface proteins on B-cells we talked about called

19   CD20.

20        Q.    So -- so it goes after every B-cell

21   displaying that CD20 antigen, whether it's cancerous

22   or not?

23        A.    For the most part.  One of the side

24   effects of it is it can lower the normal B-cells as

25   well as the -- as the abnormal one.

Clayton Smith, M.D.

1      Q.    And after the second treatment

2    Mr. Alvarez appeared to be getting better, but then

3    he had another relapse; is that right?

4      A.    Correct.

5      Q.    And --

6      A.    Well, I think it's -- I'm sorry.  It's --

7    it was a little bit more complicated than that.

8                  After the second -- after they

9    started the -- the R-DHAOx, I believe that's when

10   they re-reviewed his original slides at UCSF.  So it

11   was his slides from his local hospital were reviewed

12   at the UCSF.  And I believe that's when the

13   pathologist felt like there was at least a component

14   of this which was the follicular lymphoma, and that

15   that should be treated as well.  And that's when

16   they -- they used the bendamustine.

17     Q.    And we may have -- I may have asked you

18   this, but just to make sure that I have your

19   thoughts on it.

20                  If you had to say what's the most

21   probable for Mr. Alvarez, is it -- is it more

22   probable that he had follicular lymphoma first and

23   that gave rise to more aggressive forms, or that he

24   got both follicular and DLBCL independently?

25                  MR. DIAMOND:  Form.

Clayton Smith, M.D.

```
 1      A.    My own opinion is I think it's more

 2  likely that he had what's called transformed

 3  lymphoma, where it started as follicular and then

 4  turned into the diffuse large B-cell.

 5      Q.    And is there any signs on -- on what

 6  causes that kind of transformation from follicular

 7  to DLBCL?

 8      A.    There's descriptions of -- of some of the

 9  genetic events that can occur with that, but I don't

10  think anybody knows why that could occur.  It's

11  similar to, you know, why does -- same question

12  about why does somebody get lymphoma to begin with.

13      Q.    But I take it from your answer that there

14  are some known genetics changes that occur in that

15  process?

16      A.    There -- there are -- there are gene

17  profiling studies.  I don't know if you remember

18  in -- sorry -- in -- in -- if I -- can I refer back

19  to this?

20      Q.    Absolutely.

21            MR. DIAMOND:  Exhibit 7.

22      A.    If you go back to 7, you'll see some

23  examples of -- for example, in Figure 76.3, 76.7,

24  these are -- these are large-scale sort of summaries

25  of genetic changes that occur in different types --
```

Clayton Smith, M.D.

1    in this case, in different types of diffuse large

2    B-cell lymphoma.  And in 76.7, between Burkitt's and

3    diffuse large B-cell.

4                    So studies like that have been

5    done, so we know some differences between follicular

6    and diffuse large B-cell.  But I don't -- I don't

7    think we know -- or at least I don't know, are there

8    specific defined events that inevitably lead from

9    follicular to become -- you know, to transform to

10   large cell.

11                   Sorry if I've confused you even

12   more.

13       Q.   Yeah, no.  I mean, I think there's --

14   it's not a simple answer, right.  It's -- it's --

15       A.   Right.  Bad -- bad things happen.  We --

16   we have some sense of stuff that happens, but I

17   don't think we know yet exactly why stuff happens

18   and specifically which is the worst and which is

19   just passengers to that.

20       Q.   But -- but at least if -- if you had to

21   take a position today, based on everything you know,

22   on which was his first form of cancer, you'd say it

23   was follicular?

24                   MR. DIAMOND:  Form.

25       A.   Right.  Im -- impossible to know with

Clayton Smith, M.D.

1    certainty.  But if I had to -- if I had to make an

2    opinion of what I thought was the most likely, I --

3    I would say it was follicular and he transformed to

4    diffuse large cell.  Would I be shocked if I turned

5    out to be wrong?  No.

Clayton Smith, M.D.



11    Q.    And of all the treatments he's had, he

12    hasn't had that -- that one yet, right?

13    A.    The bone marrow transplant, no.

14    Q.    Is that still an option for him?

15    A.    I don't know.  I -- that -- a lot of

16    times that decision is made based on a physician's

17    educated guess on how likely someone is to do poorly

18    or well with that procedure.  And there are some

19    objective criteria that one can use, but a lot of

20    times that really is a physician looking at a

21    patient, talking to the patient, saying here's the

22    risks that you might have.

1 ██████████████████████████████

██ ████████████████████████████████

██ ██████████████████████████████

4      Q.    But -- but it's been -- it's been more

5    than that.

6      A.    Right.

7      Q.    It's been years since he had that.

8      A.    Right.  Now, the other problem is we know

9    these transplants work less and less well as the

10   more and more treatments you've had, and he's had

11   some interval -- interval treatments.  So I -- I

12   just simply can't offer you an opinion without

13   seeing Mr. -- and that would be my opinion.

14     Q.    Yeah.

15     A.    And frequently physicians disagree on

16   that.

17     Q.    And -- and which brings up a point I

18   should have made earlier.

19                 You haven't treated Mr. Alvarez in

20   any way, right?

21     A.    Correct.

22     Q.    You've just talked to him on the phone

23   about his background and -- and use of Roundup?

24     A.    That's correct.

25     Q.    The -- was the third treatment he

Clayton Smith, M.D.

1    received -- I don't know if this was the third or

2    the -- the fourth, the CAR T?

3        A.    That's the fourth.

4        Q.    Okay.

5        A.    So the third treatment was the

6    abbreviation BR, which is -- which is bendamustine

7    rituximab.

8        Q.    Oh, okay.  I didn't understand that.

9              And the CAR T.

10             So those last two, the BR and the

11   CAR T treatments, do either of those have any

12   bearing on the specific cause of his non-Hodgkin's

13   lymphoma?

14       A.    No.



Clayton Smith, M.D.



Clayton Smith, M.D.



25                    THE VIDEOGRAPHER:  Doctor, your

Clayton Smith, M.D.

1    microphone's come off.

2               THE WITNESS:  Sorry.

3        A.    But it's, as you saw, not one of the most

4    widely used risk factors that are reported to

5    people.

6        Q.    And -- and would you agree that even --

7    even the risk -- the most complete list of risk

8    factors I was able to find is very likely woefully

9    incomplete, and 20 years from now we're going to

10   have a lot more knowledge about it?

11       A.    Yeah.

12               MR. DIAMOND:  Form.

13       A.    Yes.

14               MR. BRENZA:  All right.  We're

15   getting near noon.  And let's go -- why don't we go

16   off the record and go see if the lunch is here yet.

17   I think it should be by now.

18               THE VIDEOGRAPHER:  This is the end of

19   Media No. 2.  Going off the record.  The time is

20   11:56.

21               (Whereupon, a lunch break was had

22                from 11:56 a.m. to 12:59 p.m.)

23               (Exhibit No. 11 was marked.)

24               THE VIDEOGRAPHER:  We are back on the

25   record.  The time is 12:59.  This is the beginning

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Clayton Smith, M.D.

1    of Media No. 3 in the deposition of Dr. Clayton

2    Smith.

3                    EXAMINATION (CONTINUED)

4    BY MR. BRENZA:

5         Q.    All right.  Dr. Smith, I've handed you

6    what I've marked as Exhibit 11.  It's an article in

7    Cancer Etiology entitled "Stem Cell Division,

8    Somatic Mutations, Cancer Etiology and Cancer

9    Prevention," by Christian Tomasetti, Lu Li, and

10   Bert Vogelstein.  Do you see that?

11        A.    Yes.

12        Q.    Have you seen this article before?

13        A.    Yes, a few years ago.

14        Q.    What was the context of you having a

15   chance to read this?

16        A.    Just reading interesting science papers.

17        Q.    Are you -- are you familiar with the

18   authors?

19        A.    Yes.

20        Q.    What's -- how are you familiar with them?

21        A.    Well, I'm familiar with Dr. Vogelstein's

22   reputation.  He's just a very well-known cancer

23   genetics researcher at Johns Hopkins, I believe.

24        Q.    Now, when you -- when you read

25   Exhibit 11, did you understand that one of the

Clayton Smith, M.D.

```
 1    things that the authors were trying to answer is

 2    whether cancers are caused primarily by

 3    environmental exposures, hereditary, or random

 4    mutation?

 5                    MR. DIAMOND:  Form.

 6         Q.    You can answer.

 7         A.    Yes.

 8         Q.    Just -- just a moment, please.

 9                    Did you -- did you understand that

10    the authors had concluded that cancer in different

11    tissues of the human body was related to how many

12    times storm -- stem cells needed to divide to

13    produce those tissues?

14         A.    Correct.

15                    MR. DIAMOND:  Form.

16         Q.    And so they found that the substantial

17    majority of mutations that occur in cells is a

18    result of mistakes made from cells -- stem cells

19    reproducing?

20                    MR. DIAMOND:  Form.

21         A.    I'm sorry, was that -- that was a

22    question?

23         Q.    Yes.  Did they find that?

24         A.    Yes.

25                    MR. DIAMOND:  Form.
```

1      A.    That was their...

2                 (Exhibit No. 12 was marked.)

3      Q.    I'm going to hand you a -- a table

4  that -- that is separate.  It's part of this paper,

5  but it was separate.  I'll hand you Exhibit 12.

6  It's Table 6 to the Tomasetti article.

7                 So do you see at the top of the

8  Table 6 there are -- there are column headers?

9      A.    Yes.

10     Q.    First one is Cancer -- Cancer Type.  Do

11  you see that?

12     A.    Yes.

13     Q.    And then Female_E, which is

14  environmental.  Female_H, which is hereditary.

15  Female_R, which is random mutation.  And then the

16  same thing, three columns for the males, then both

17  sexes combined.  Do you see that?

18     A.    Yes.

19     Q.    And if you -- if you page -- if you look

20  down the first column to non-Hodgkin's, do you see

21  that?

22     A.    Yes.

23     Q.    And do you see that in females, .035 of

24  the -- percent of the mutations are from

25  environmental influences?

Clayton Smith, M.D.

```
 1               MR. DIAMOND:  Form.

 2      A.    Yes, I see that.

 3      Q.    And .005 of the mutations are from

 4  hereditary -- heredity?

 5               MR. DIAMOND:  Form.

 6      Q.    And for female non-Hodgkin's, 96 -- .96,

 7  or 96 percent, of the mutations are from random

 8  mutation.  Do you see that?

 9      A.    Yes.

10      Q.    And then the same, roughly the same

11  numbers follow for -- for male mutations, with

12  environment at .043, hereditary at .005, and random

13  mutation at .952.  Do you see that?

14      A.    Yes.

15      Q.    Did you understand that the Tomasetti

16  paper from 2017 shows that upwards of 95 percent of

17  the mutations leading to non-Hodgkin's lymphoma are

18  due to random mutation?

19               MR. DIAMOND:  Form.

20      A.    That's -- that's what they present in

21  this paper, yes.

22      Q.    Do you have any reason to -- to question

23  their findings?

24               MR. DIAMOND:  Form.

25      A.    Well, I -- I mean, I think it's a -- I --
```

Clayton Smith, M.D.

1    I need to go back and read the paper in detail.

2                    What I recall was it was a -- a

3    very interesting model, but it's a -- it's a model

4    that will need more scientific evidence to prove or

5    disprove.

6                    I remember this got a fair amount

7    of press that cancer was just bad luck.

8        Q.   And that's -- that's -- that's not just

9    the press, right?  That's -- that the conclusion

10   that they reached?

11       A.   Correct.

12       Q.   Is that 19 times out of 20, cancer is

13   just bad luck, at least for non-Hodgkin's lymphoma?

14                MR. DIAMOND:  Form.

15       Q.   Right?

16       A.   That -- that was what they purported,

17   yes, at -- at least what I'm reading on this table.

18       Q.   Well, and -- and as you sit here today, I

19   realize that you may not have reviewed this in a

20   while.  And if -- if you need to review it now, we

21   can take some time to do that.

22                    But do you -- do you have a -- a

23   reason why you'd question that outcome, that

24   conclusion?

25                MR. DIAMOND:  Form.

Clayton Smith, M.D.

1       A.      I'd say the only reason is that it's a

2   surprisingly high number from at least anything I

3   would have thought of along the way.  I would have

4   thought that environmental and hereditary were --

5   were higher.

6               Like I said, I'm -- I'm happy to

7   read through this again, but  I -- I remember my

8   original thoughts and just my thoughts again seeing

9   this is, again, a very interesting model.  But I

10  think, you know, one would have to think about how

11  to -- it's -- it's kind of like theoretical physics.

12  It's -- it's a great model, but you would need to

13  think of experiments to do to test this to -- to

14  bolster that.

15      Q.      And -- and -- and in all fairness to the

16  authors, non-Hodgkin's lymphoma is one of the

17  higher -- is one of the cancers that they conclude

18  is most likely caused by -- by chance?

19              MR. DIAMOND:  Form.

20      Q.      Right?  95 percent is, you know, among

21  the higher percentages caused by chance, right?

22      A.      Looking -- looking at the list, it is --

23  it is one of the higher.

24      Q.      And -- and it's not -- it's not

25  impossible to understand how that might be true,

Clayton Smith, M.D.

 1  given that immune cells have to constantly be

 2  regenerated over the course of a lifetime, right?

 3  They're -- they're -- the stem cells are dividing

 4  all the time to make more, right?

 5      A.   Is that a --

 6      Q.   Yes.  Is that correct?

 7      A.   That's a -- would follow from their model

 8  and their conclusions that the more divisions you

 9  have, the most likely you are to --

10      Q.   And -- and tissues that are more stable,

11  that don't need divisions all the time, like kidneys

12  or, you know, the larynx, I guess, they don't

13  have -- they have -- they have more mutations caused

14  by environmental and hereditary issues?

15      A.   Okay.  I -- I would have to look at the

16  table.

17      Q.   Well, have -- have a look at Table 6.

18      A.   So which -- look at which ones in

19  particular?  The larynx?

20      Q.   I mean, this was -- this was the --

21  the -- the theory that they were testing is that

22  tissues with the greatest number of cell divisions

23  are going to display the greatest number of cancers

24  due to random mutation.

25      A.   Okay.  Right.  So it -- it says here the

Clayton Smith, M.D.

```
 1   larynx is one of the lower numbers on the list.
 2                   I'm sorry.  What was the other one
 3   that you mentioned?
 4        Q.    I was just picking a few.  Kidney?
 5        A.    Okay.
 6        Q.    The point being just that stable --
 7   tissues that are stable, that don't need to be
 8   replenished all the time, you expect there to be
 9   less cancer caused by chance in -- in division, cell
10   division, because there are less cell divisions?
11                   MR. DIAMOND:  Form.
12        A.    Sure.  I mean, it -- it -- that's a bit
13   of a circular argument, right?  If less divisions,
14   cancer caused by those divisions, then right.
15        Q.    And if this is correct, if -- if the
16   Exhibit 11, Tomasetti conclusions, are correct, then
17   it would be impossible to say that Mr. Alvarez's
18   non-Hodgkin's lymphoma was caused by an
19   environmental exposure rather than bad luck from --
20                   MR. DIAMOND:  Form.
21        Q.    -- cell divisions, right?
22        A.    So, again, I -- I think -- and how -- how
23   I -- I guess I've answered this all along, is I
24   don't think there's any hundred percent in any
25   direction.  This is a -- a very interesting model
```

Clayton Smith, M.D.

```
 1   and very provocative and an interesting way to think

 2   about things.  I think it's far from proven to be

 3   correct in reality.

 4                    And -- and so I -- I think, again,

 5   you're -- you're dealing with a lot of different

 6   evidence and trying to come up with -- I -- I don't

 7   think anybody can rightly say it's zero or 100.

 8   That I would strongly disagree with.

 9                    Somewhere in between, in that

10   continuum, there is a body of evidence that suggests

11   or convince you that it's -- it's likely that this

12   was something that contributed or not.  And I would

13   say this very, just for me personally -- again, I'm

14   happy to go back and read this in more detail.  But

15   this personally is a -- is just a -- sort of a

16   theoretical framework for how cancer develops.

17   While it's very interesting and provocative, it

18   doesn't change my opinion that there's a lot of

19   epidemiologic, genotoxic, and other evidence that

20   would say imbalance.  I think it's -- it's still a

21   likely contributor, if that's what you're -- if

22   that's what you're getting to.

23       Q.    Yeah.  Although, I think what you're

24   saying is you can't be sure that this -- this paper

25   is correct?
```

Clayton Smith, M.D.

```
 1        A.    Correct.

 2        Q.    And -- and so you have to discount it to

 3   some degree and -- and keep counting the -- the

 4   other information, which I -- I understand that.

 5              But my question to you is -- was

 6   simpler, and it was just:  If Tomasetti's paper is

 7   correct, then it would be impossible to say that

 8   Mr. Alvarez's cancer was caused by an environmental

 9   exposure as opposed to bad luck --

10              MR. DIAMOND:  Form.

11        Q.    -- mutations?

12        A.    Let me look again.

13              So there's a -- still a -- a low

14   chance.  It's -- it's low.  If this paper is

15   correct, there's still a low -- nothing is 100 and

16   zero in this paper.

17        Q.    Yeah.

18        A.    But the chances would be lower.

19        Q.    But it would be much more likely that his

20   cancer was the result of random bud luck mutations?

21        A.    Correct, if this paper were correct --

22        Q.    If this paper is right.

23        A.    -- in reality, yes.

24              THE VIDEOGRAPHER:  Dr. Smith, can I

25   ask you to keep your hands free from the microphone,
```

Clayton Smith, M.D.

1    please.  Thank you.

2                  THE WITNESS:  Oh, sorry.  I'm

3    twiddling with it.

4                  THE VIDEOGRAPHER:  That's okay.

5        Q.    Is there -- has it -- to your knowledge,

6    has there been an effort to further test the theory

7    that was presented in Exhibit 11?

8        A.    I don't know, actually.

9        Q.    As -- as you sit here today, it's

10   probably not a fair question.  But can you -- can

11   you think of a way that you would test Exhibit 11 to

12   see if it was true or not?

13                 MR. DIAMOND:  Form.

14       A.    That would be interesting.  I -- I don't

15   know -- I guess the problem I have is I don't know

16   how you isolate any -- you know, I was trying to

17   think of a mouse experiment.  I -- even in that

18   really controlled environment, I don't know how you

19   really truly isolate an organism from their

20   environment enough to be able to purely -- right?

21   If you had no environmental input -- and

22   environmental input could be the bacteria in their

23   gut or, you know, something in the air that's

24   getting pumped in or something in the mouse chow or

25   the water or something.  I -- I don't know how you

Clayton Smith, M.D.

1    would divorce those to cleanly -- to cleanly test.

2                    Having said that, there's some

3    smarter -- some smart people out there.  It wouldn't

4    surprise me if somebody's come up with a -- a clever

5    experiment.  I'd love to see it.

6                    I think -- I think with humans

7    it -- it would be impossible.  Right?  We're so

8    immersed in our environment, how you tease those

9    apart would be really challenging.  And -- and I

10   would say I'd be pretty shocked if these numbers

11   really held true, just because we know there's a

12   bunch of causes of lymphoma that you could roughly

13   lump into the environment, like we talked about

14   earlier, EBV, hep. C, EB -- you know, immune --

15   immunodeficiency, things like that.  And those --

16   those are just part of the environment, right?

17        Q.    In reaching your opinions in this case,

18   did you use a method of differential etiology?

19        A.    I'm not sure I know what that means.

20        Q.    Do you know what differential diagnosis

21   is?

22        A.    Yes.  So we had some discussions about

23   this because in medicine differential diagnosis is

24   the process if a patient presents with certain signs

25   and symptoms, how in medicine we use the terminology

Clayton Smith, M.D.

1    differential diagnosis is that tells you the kind of

2    diseases or processes you think may lead to those

3    signs and symptoms.

4                    What I was told is that in the

5    legal sense, in terms of preparing this report and

6    what was expected, that the differential diagnosis

7    had a very different meaning, one that I was not

8    previously familiar with; which is go through the

9    list of risk factors and causative agents and try to

10   either eliminate them or include them in a -- in a

11   possible -- you know, if it's included or excluded

12   as a risk or a cause.

13       Q.    And -- and when you were told that

14   differential diagnosis has a different meaning in

15   this lawsuit than it does in the scientific

16   community, were you told that that was the method

17   you should use for your report?

18                    MR. DIAMOND:    Form.

19       A.    I believe I was instructed to think about

20   the universe of risks and potential causes and go

21   through those -- and, in fact, I did that in my

22   report -- and try to make a determination, were

23   those reasonably a -- a possibility in Mr. Alvarez's

24   case.

25       Q.    So in -- in getting to the way this term

Clayton Smith, M.D.

```
 1   is used in -- in -- in the real-world medical
 2   community, differential diagnosis is not an attempt
 3   to figure out the cause of a disease.  It's an
 4   attempt to figure out what disease is causing the
 5   symptoms?
 6        A.    Correct.
 7        Q.    And when you're doing that analysis, you
 8   have the advantage of being able to test your
 9   hypotheses as you go along, right?  You say this
10   fever is being caused by an infection.  You can test
11   the person then to see if they have a virus or a
12   bacteria, if they're infected in some way, right?
13        A.    Correct.
14              MR. DIAMOND:  Form.
15        Q.    If -- and if they're not, then you know
16   your diagnosis, your differential diagnosis, was
17   wrong and you go do it again and come up with the
18   next best guess?
19        A.    Well, you -- as you do that, you
20   typically have to keep a pretty open mind because
21   some of the -- most tests we have are not perfect.
22   So to go to your example, someone could have a
23   fever.  You could test their blood for a blood
24   culture and it might be negative, for any number of
25   reasons, like they may have taken an antibiotic out
```

Clayton Smith, M.D.

1    of their drawer a few hours ago, or it just may not

2    be in the blood at that time.

3        Q.    Okay.

4        A.    So you wouldn't want to -- you -- you

5    don't --

6        Q.    You don't throw away your hypothesis just

7    because of one test.  I understand that.

8        A.    Yeah.  You -- you -- I think you would

9    keep it in mind, and then you would keep looking if

10   you find something.

11               So, in fact, lymphoma can cause

12   fever.  So you would -- if somebody had swollen

13   lymph nodes, which can be caused by a lot of

14   infections, you would biopsy the lymph node.  And if

15   you see a lymphoma there, well, then you at least

16   think lymphoma is at least contributing to that

17   fever.  If you treat it and it goes away, the fever

18   goes away, you pretty much know that's what it was.

19       Q.    So -- so in -- in the scientific

20   community, differential diagnosis allows you to

21   continue gathering information to either confirm or

22   refute your own hypothesis about what's causing the

23   symptoms?

24       A.    Right.  And I would say it's -- it's --

25   so hypothesis, at least in -- in the lab part of the

Clayton Smith, M.D.

 1   work I do, you're trying to test a -- a single -- a

 2   single variable, as it were.

 3                    In medicine when you do a

 4   differential diagnosis, it's a bit different.  You

 5   don't go in and say, I hypothesize this -- this

 6   fever is due to E. Coli in the blood.  You go in and

 7   say, you know, it could be a bacteria, it could be

 8   a -- a fungus, it could be a virus.  So you've got

 9   now a group of infectious diseases.  Autoimmune

10   diseases can do that, cancers can do that, drugs can

11   do that, other things.

12                    And so at least the way I do it

13   is, I kind of hierarchically through those many

14   times.  So fever, if somebody's pretty sick, you

15   have to cast a pretty wide net.  You don't have the

16   luxury of testing, oh, if it was one thing wrong,

17   I'll sequentially --

18        Q.    Right.

19        A.    -- do the next.

20        Q.    But you do have the advantage in a

21   diff -- in a real medical differential diagnosis of

22   continuing to gather information and -- and refine

23   your hypotheses or -- or at least whittle down the

24   universe that you have to entertain?

25        A.    Yes.  I would say the -- the -- how you

Clayton Smith, M.D.

```
 1   said the latter is at least more how I would do it,

 2   whittling down the universe of this many

 3   possibilities to the most likely one.

 4        Q.   Now, in -- in Mr. Alvarez's case, this

 5   isn't a differential diagnosis, at least not as

 6   you've ever heard it before, right?

 7        A.   Correct.

 8        Q.   Because we know -- we already know what

 9   his illness is?

10        A.   Yes.  I had to relearn the terminology.

11        Q.   And --

12        A.   And it caused me some difficulty,

13   actually.

14        Q.   Was it -- was it the lawyers who were

15   teaching you this new terminology?

16        A.   Yeah.

17        Q.   Okay.

18             MR. DIAMOND:  It -- it was actually

19   the Court, in his -- in his order --

20             MR. BRENZA:  Okay.

21             MR. DIAMOND:  -- is -- is what -- is

22   where it came from.

23             THE WITNESS:  And I believe I

24   questioned that terminology --

25             MR. DIAMOND:  You did, you did.
```

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Clayton Smith, M.D.

```
 1                THE WITNESS:  -- about three

 2   different times.

 3                MR. DIAMOND:  But that's what the

 4   judge put in his order.

 5                THE WITNESS:  Right.

 6        Q.   So -- but diff -- so as we're using it in

 7   this lawsuit, differential diagnosis is -- tell me

 8   if I'm understand it correctly.  It's really not an

 9   effort to diagnose anything.  It's an effort to

10   figure out what the cause of an illness is?

11        A.   Correct.

12        Q.   And unlike a real differential diagnosis,

13   you don't have any ability to gather more

14   information about what the cause was, right?

15   There's no further testing that can be done to

16   figure out what caused Mr. Alvarez's non-Hodgkin's

17   lymphoma?

18        A.   Right, unless -- unless technology

19   changed or new information came to -- to light.

20   It's -- it's -- again, it's a educated -- I hope,

21   educated guess as to what's most likely, which we do

22   a lot of in medicine.

23        Q.   So -- and in making an educated guess, to

24   have some idea of how -- how educated that guess

25   is --
```

1      A.    Right.

2      Q.    -- you need to know how -- how much --

3    how much you know about the probabilities and odds

4    of things being correct, right?

5      A.    No.  Well, hopefully -- I think it's a

6    little different from that.

7              So there's -- there's no way for

8    any physician to be an expert in everything.  And so

9    typically what we will rely on is a combination

10   of -- of futures, as it were, our own experience,

11   our own read of the literature, and then rely on

12   people that we consider more expert than we are

13   in -- in various areas, right?

14             So every day, I rely on the

15   expertise of radiologists, pathologists.  You know,

16   I -- I rely on the expertise of the person that puts

17   IVs in people because I haven't done that in 30

18   years.

19             So it's -- it's much more an

20   amalgam of a lot of different types of information

21   that you synthesize and integrate together and say

22   to yourself, for example, in the -- to use your

23   example of a fever, boy, I think most likely this is

24   an infection, I don't have a test that tells me

25   exactly what, but I do know in general in my

Clayton Smith, M.D.

```
 1    hospital what antibiotics tend to work against the

 2    most common organisms.  And if the infection.  If I

 3    think he may have pneumonia, we -- you know, we

 4    would start those antibiotics.

 5                    Now, if the person did not

 6    respond, they got sicker, I would pretty rapidly

 7    start revising my thinking by, again, looking at the

 8    patient, talking to them, bringing together all

 9    these other sources of information had would help me

10    adapt and make a better and hopefully more -- more

11    accurate decision.  And at the end of the day

12    somebody gets better or they don't, based on the

13    quality of that decision-making.

14       Q.    But -- but -- and that's -- that's

15    getting back to a true differential diagnosis, where

16    you're trying to figure out what's causing a

17    disease -- or --

18       A.    Correct.

19       Q.    -- what disease is causing the symptoms?

20       A.    Right.

21       Q.    And you can gather more information and

22    you can say, I've treated them this way and it was

23    successful or it was unsuccessful, and that rules in

24    or out different things?

25       A.    Right.
```

Clayton Smith, M.D.

1      Q.    But in -- with -- just presented with the

2   information that Mr. Alvarez has non-Hodgkin's

3   lymphoma, if you're trying do a differential

4   diagnosis on that, as meaning what caused the

5   lymphoma --

6      A.    Right.

7      Q.    -- that -- that educated guess is only

8   going to be as good as your ability to account for

9   all the variables that could have caused his

10   lymphoma?

11           MR. DIAMOND:  Form.

12      A.    Right.  I -- I do think there -- there

13   are elements of the process that are pretty similar.

14   Maybe that's why the name is similar.  You know, at

15   least for me, again, it's gathering information from

16   a number of sources.

17                So just to go back to Mr. Alvarez,

18   his history, his history of exposure.  Then I try to

19   read, you know, what looks like, over and over, the

20   articles that are most cited.  Then I read the --

21   the experts and see if their information is

22   compelling, and then synthesize, you know, integrate

23   that all together and try to do that same sort of

24   weighing the balance of likely, not likely, and

25   coming to some decision there.

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Clayton Smith, M.D.

```
 1        Q.    In -- in -- in looking at known risk

 2   factors, in order to tell -- in order to understand

 3   how much you're really able to have confidence in

 4   relying on those risk factors --

 5        A.    Right.

 6        Q.    -- you have to know that that's a

 7   complete list -- list of the real risk factors,

 8   right?

 9              MR. DIAMOND:  Form.

10        A.    No, I don't think so.  I think you -- you

11   know, those -- again, it's -- it's not a black or

12   white.  I -- I think all of these things you -- you

13   bring in and you add them to this sort of graded

14   decision where you're trying to balance is it here

15   or is it here, is it here or is it somewhere else

16   (indicating).

17              And I would say, you know,

18   there's -- at least I don't think there's much in

19   medicine that we -- we think we know everything

20   about, and yet we make practical decisions all the

21   time.  And -- and in the -- in the medical

22   differential diagnosis, those practical decisions

23   determine how we treat people.  In this one it's

24   more of a matter of -- of what is our judgment

25   around what's likely to be causative or not
```

Clayton Smith, M.D.

```
 1   causative.

 2       Q.    In using the -- let's call it the legal

 3   differential diagnosis, since it's not the

 4   medical --

 5       A.    Right.

 6       Q.    -- or scientific differential diagnosis.

 7             Using the legal differential

 8   diagnosis, you need to know how significant each of

 9   the risk factors are that you're -- you're weighing,

10   don't you?

11             MR. DIAMOND:  Form.

12       A.    Oh, so certainly if -- if something --

13   and I -- I don't know of a -- a practical example

14   off top of my head.  But let's say if -- if a

15   patient had come in and they were on a bunch of

16   immunosuppressive drugs and they had a sky-high EBV

17   level and they had a lymphoproliferative disorder

18   turning into -- I would feel highly certain that

19   it -- that their lymphoma was caused by the

20   combination of immunosuppression and EBV.  That's

21   sort of one of the most extreme examples.

22             Then there's people that come in

23   and, you know, I mean, the -- the worst, of course,

24   are little kids.  They've never been exposed to

25   anything.  They've never smoked.  They don't have
```

Clayton Smith, M.D.

1   any history or anything.  You know, there I would be

2   at the other end of the spectrum and I would say no

3   idea, very possibly bad luck.

4        Q.   Or as Tomasetti said, it's bad luck?

5             MR. DIAMOND:   Form.

6        A.   Bad luck.  It's certainly a possibility.

7             But most things exist somewhere in

8   the middle, between those two extremes.  And then

9   that's where, again, this process of doing your best

10  to come up with what you think is -- is most likely

11  what's going on.

12       Q.   Is the -- does the method you used to

13  connect glyphosate with Mr. Alvarez's non-Hodgkin's

14  lymphoma, does that method have a known error rate?

15       A.   No.  This was a purely subjective

16  exercise.

17       Q.   How -- how would you know if you're

18  wrong?

19       A.   With current knowledge and technology, I

20  would not know.

21       Q.   And if Mr. Alvarez brought a -- a bunch

22  of other people -- well, strike that.  Let's not --

23  let's not limit it to Mr. Alvarez.

24             Let's say you saw ten other people

25  that had exactly the same exposures as Mr. Alvarez

Clayton Smith, M.D.

1    and the same risk factors, or lack thereof, would

2    you say that every single one of those ten had their

3    NHL caused by Roundup?

4                   MR. DIAMOND:  Form.

5         A.    Sorry.  If they're identical to

6    Mr. Alvarez in all respects?

7         Q.    Ten identical Mr. Alvarezes.

8         A.    Yes.  Why would it be any different

9    from --

10        Q.    And what if it was a hundred?

11        A.    I don't think the number matters.

12        Q.    Everyone, every single person who's

13   exposed to Roundup and has non-Hodgkin's lymphoma,

14   therefore the Roundup must have caused that

15   lymphoma?

16                  MR. DIAMOND:  Form.

17        A.    Again, I -- I think you're perhaps making

18   this more black and white, at least than I feel like

19   it is.  If I could give a counter-example.

20                  If someone came in and they had

21   been exposed to Roundup twice, and it was two weeks

22   ago, and they presented with lymphoma and they had

23   no other risk, I'd say I think it's pretty unlikely.

24                  I -- I think, again, for Mr.

25   Alvarez, one of the key features, as I mentioned

Clayton Smith, M.D.

1    earlier, for what makes me certainly concerned that

2    this contributed, and I think that it's -- it's

3    quite possible that it contributed, is that he had

4    this decades of repetitive exposure.  I think that's

5    very different from -- and so I think it's a

6    spectrum.

7                    I -- I believe I can be presented

8    with 100 lymphoma cases, and I would try to parse

9    each of those out based on their individual

10   characteristics.  I don't have an objective tool for

11   you how to do that.  There's not a measurement for

12   that.  It's -- as I said, the day-to-day practice of

13   medicine is making, you know, dozens of these kind

14   of judgment calls throughout the day.

15        Q.    Well, you know, in Mr. -- in

16   Mr. Alvarez's case, the medical treatment he

17   receives has nothing whatsoever to do with what

18   caused his non-Hodgkin's lymphoma, right?

19        A.    Correct.

20        Q.    So this isn't part of his medical

21   treatment.  This is part of his legal treatment.

22                    MR. DIAMOND:  Form.

23        A.    I'm -- I'm sorry, I didn't understand

24   the...

25        Q.    Trying to figure out what caused his

Clayton Smith, M.D.

1    non-Hodgkin's lymphoma.

2         A.    Right.

3         Q.    That's not part of his medical treatment.

4         A.    Correct.

5         Q.    It's part of his legal -- it's part of

6    his lawsuit, is what it is, right?

7              MR. DIAMOND:   Form.

8         A.    I mean, I would suggest it's -- I mean,

9    most patients ask me, what do you think caused this.

10   There's some -- there's some -- I don't know if it's

11   comfort or curiosity or some mixture of the both, to

12   think that there's some explanation for this

13   terrible thing that's happened.   So I think it's

14   more than just a legal issue.

15             But I guess I'm not quite sure

16   what that has to do what but I think is a central

17   issue, which is where do you make this judgment that

18   something is contributory or -- or not.   Is it just

19   random bad luck or is it just some add mixture of

20   environment, cell divisions, or others.

21             And -- and you had asked me if

22   there's an objective way, a tool that I could do

23   that would say with 100 percent certainty that I was

24   right, and there -- there isn't any.

25        Q.    No.   And I know nothing is 100 percent.

Clayton Smith, M.D.

```
 1   But -- but what I do want -- want you to answer is

 2   if there are 100 identical Mr. Alvarezes presenting

 3   and you said you diagnosed -- you'd say all 100

 4   presenting with non-Hodgkin's lymphoma, their

 5   non-Hodgkin's lymphoma was caused by Roundup?

 6               MR. DIAMOND:  Form.

 7       A.   If -- if they're absolutely identical to

 8   Mr. Alvarez, they had the same decades of

 9   exposure --

10       Q.   Uh-huh.

11       A.   -- the same absence of any other risk

12   factors, based on what I have read and -- and

13   studied, I -- I just logically don't see why would I

14   be any different if it's one or --

15       Q.   So you would --

16       A.   -- 100.

17       Q.   -- say all -- all 100 were caused by

18   Roundup?

19               MR. DIAMOND:  Form.

20       A.   If they were absolutely identical to

21   Mr. Alvarez.  If they were different, I would try to

22   consider those differences and -- and have those be

23   an important part of the decision-making process.

24       Q.   But -- but as -- and as you sit here

25   today, you -- you know that if 100 identical
```

Clayton Smith, M.D.

1    Mr. Alvarezes showed up with non-Hodgkin's lymphoma,

2    it is scientifically impossible that all 100 were

3    caused by Roundup?

4                    MR. DIAMOND:  Form.

5        Q.    Right?

6        A.    Correct.  I agree with that.

7        Q.    So you --

8        A.    I would --

9        Q.    We know that can't be right.

10       A.    I would be -- I would be right -- I would

11    be a certain frequency and I would be wrong a

12    certain frequency.

13       Q.    And so my question to you now is, what's

14    the frequency?

15       A.    No -- no idea, other than -- again,

16    I've -- I've thought -- I've thought about this a

17    lot because it's a shade of gray question.  And even

18    your own -- your own risk factors, if I could read.

19    "Chemical exposure may increase the risk of these,

20    including pesticides, herbicide like Agent Orange,

21    petrochemicals."

22                    I -- I believe those are risk

23    factors.  I think we're still learning a lot about

24    the universe of which chemicals are -- are likely,

25    how much exposure does it take.  So I think it's

Clayton Smith, M.D.

1    perfectly possible that very minimal exposure to

2    Roundup is a very minimal risk for lymphoma, while

3    very extensive exposure is -- is a considerable

4    risk.

5                    And so I -- I viewed this as no

6    more than saying it's -- chemical exposure is one of

7    the known risks.  This is a herbicide.  There's a

8    body of evidence that I think exceeds, at least from

9    what I've read, the body of -- that potentially can

10   cause lymphoma, that I think is -- exceeds the body

11   of evidence that says it doesn't, particularly in

12   the setting of somebody having a lot of exposure

13   over a long time.

14                   And so that's where that -- making

15   that judgment call within a shade of gray, I think,

16   comes in.  And -- and, again, I would suggest that

17   this is not a mathematical equation.  I wish it

18   were.  It would make my job a lot simpler.  But, I

19   mean, I've told you I spend a lot of my time on my

20   computers, trying to turn complicated things like

21   this into mathematical equations.

22                   A lot of medicine is not a minimal

23   to that.  A lot of it is -- is still in the realm of

24   art, where we just -- we have to make these

25   decisions day to day.  And with a real differential

Clayton Smith, M.D.

1   diagnosis there's a -- an immediate and tangible

2   consequence.  You have to treat somebody.  And if

3   your treatment's wrong, you're pretty -- in fairly

4   short order you've been -- you -- you learn that

5   you're wrong.  This is a different -- a -- a similar

6   process in how we think about information is giving

7   us that balance, do we go to the right or do we go

8   to the left.  You just don't have the -- the

9   feedback that says you were wrong or you were right.

10       Q.    In a legal -- in the legal form of this?

11       A.    I mean, I think in any form.

12       Q.    Or any form.

13       A.    I -- I will not know if I'm right or

14   wrong about Mr. Alvarez, just like I don't think

15   someone who says it's impossible this was Roundup

16   can ever know they're right or wrong.

17       Q.    When -- when you say you don't know, you

18   will never know if you were right or wrong about

19   Mr. Alvarez, what's the -- what is the specific

20   thing that you will never know if you're right or

21   wrong about?

22       A.    So -- so let me -- let me put a caveat to

23   that.

24              If somebody comes up, as you've

25   mentioned a -- a few times along here, if somebody

Clayton Smith, M.D.

1    came up with a test that said, here's a genetic

2    signature or a molecular signature outside the DNA,

3    or some type of cellular signature that says this is

4    what Roundup lymphoma looks like -- and that's

5    entirely possible, right?  They may have -- there

6    may be enough people where people think there's a

7    link between Roundup and lymphoma and you do those

8    kind of profiling like I showed you in that book

9    chapter.  There may be a day where people do have a

10   test like that.  Well, then I would -- I would --

11        Q.    Right, but --

12        A.    -- have some information.

13        Q.    -- that's not -- this day --

14        A.    That doesn't seem today.

15             And so today, you're correct, I

16   would not know for sure if I was...

17        Q.    And -- and what is the -- what is the

18   statement that you're making about Roundup and

19   Mr. Alvarez's cancer?  Is -- is it that it's a risk

20   factor or that it's the cause of it?

21             MR. DIAMOND:  Form.

22        A.    I think it's -- it's exactly what I said

23   in the report, that I think there's a -- and I

24   forget the exact words I used.  But I think there's

25   a preponderance of evidence that one should consider

Clayton Smith, M.D.

```
 1    as -- as part of what caused his lymphoma.  And,

 2    again, I know there's a -- there's legal forms for

 3    how to say these things.  But my -- my feeling still

 4    stands that I think the majority of evidence

 5    suggests that it's -- it definitely should be

 6    considered as part of what could have caused his

 7    lymphoma.

 8                    And I'm really sorry.  I'm not

 9    a -- a lawyer and I haven't done this stuff before,

10    so I don't know the exact.

11        Q.    I --

12        A.    You guys have a formula for how to say

13    this kind of stuff.

14        Q.    No, I think you're -- I understand what

15    you're saying.  Is you're saying that it's -- it's

16    50 percent -- 51 percent likely that it's at least a

17    part of what caused his cancer?

18                    MR. DIAMOND:  Form.  Just, I mean,

19    more than 51 percent likely.

20                    MR. BRENZA:  Well.

21                    MR. DIAMOND:  Or more than

22    50 percent, I guess.

23                    MR. BRENZA:  Yeah.

24                    MR. DIAMOND:  I'm sorry.

25                    MR. BRENZA:  That's why I said
```

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Clayton Smith, M.D.

```
 1   51 percent.

 2        A.    Right.

 3        Q.    Is that -- is that -- does that translate

 4   what you said correctly or not?

 5        A.    I think it's more likely than not --

 6        Q.    Right.

 7        A.    -- that it contributed to his lymphoma.

 8        Q.    Which is -- which is 51 or higher, right?

 9        A.    Yes.  50 -- 50.1.

10              MR. DIAMOND:  That's not what you're

11   saying.

12              THE WITNESS:  No, or higher.  I'm

13   sorry.

14              MR. DIAMOND:

15              THE WITNESS:  Being a math pedant.

16        Q.    And when you say it contributed, what --

17   you're not saying it was the sole entire cause of

18   his -- his non-Hodgkin's lymphoma?

19        A.    No.  No.  I personally believe that most

20   cancers are probably multifactorial.  I think some

21   can be bad luck, plus an environmental insult, plus

22   a hereditary component.  That's why, you know,

23   mathematical models like in the Vogelstein paper,

24   they're -- they usually oversimplify the messy real

25   world.  And so -- but I -- you know, it -- it
```

Clayton Smith, M.D.

1    concerns me that Roundup at that level of exposure

2    could definitely have been a contributing factor.

3                    I -- I can try to explain in a

4    more personal way if you'd like.

5         Q.    I -- I think you're -- I think you -- I

6    think I understand.  If you have an anecdote or in

7    something, you can say it.

8         A.    No.  I just -- a lot of these things

9    devolve down, and this is common in the practice of

10   medicine, is would you do that for yourself or

11   someone in your family.  And I would say from all

12   the evidence that I've read and the compelling

13   reports from the general causation experts, I -- I

14   would not be using Roundup in any -- at all,

15   frankly, certainly not with any frequency going

16   forward.  That's sort of the immediate personal way

17   of saying this concerns me.

18                    And I think, again, in

19   Mr. Alvarez's case, I think it's -- it certainly

20   should be considered in things that contributed to

21   his lymphoma.  I don't -- I don't feel any

22   hesitation in saying that.

23        Q.    Do -- do you -- do you have any opinion

24   about the other things that contributed to his

25   lymphoma?

Clayton Smith, M.D.

```
 1                    MR. DIAMOND:   Form.

 2         Q.    I mean, you -- you listed what they might

 3   be, right?

 4         A.    Right.

 5         Q.    Hereditary, other environmental, bad

 6   luck, mutation?

 7         A.    Right.  You know, it wouldn't surprise me

 8   if he has some mild predisposition to cancer.  I

 9   mean, he lived to be 59 or 60 before he got one, so

10   he didn't have a major one where we see kids and

11   young adults.  But there's a spectrum.  Again, all

12   of these things exist in a spectrum.  They're not

13   one or the other or black and white.

14                    It wouldn't surprise me a bit if

15   he had a predisposition to cancer and then he got --

16   on top of that, he got a, you know, insult from a

17   chemical like glyphosate, and that combo made him

18   more likely to get a lymphoma than it would be for

19   someone who didn't have that predisposition.

20         Q.    But that's -- you don't know that, right?

21   You're just -- it's possible?

22                    MR. DIAMOND:   Form.

23         A.    Just like 85 percent of the rest of my

24   day-to-day activity, I'm doing the best I can with

25   the information I have at -- at hand.
```



Clayton Smith, M.D.

 6                    MR. DIAMOND:  Form.

 7         A.    I agree with that.

 8                    THE WITNESS:  What does "form" mean?

 9    Sorry.

10                    MR. DIAMOND:  You know, it can mean

11    many things, and so I don't want -- let me just --

12                    THE WITNESS:  Is it relevant to me in

13    answering?

14                    MR. DIAMOND:  No, it's not relevant

15    to you at all.

16                    THE WITNESS:  Okay.

17                    MR. BRENZA:  It's -- yeah, do you

18    want to explain it to him?

19                    MR. DIAMOND:  I mean, I can explain

20    my problem why I said form.

21                    MR. BRENZA:  That's really up to me

22    to ask that, though.

23                    MR. DIAMOND:  Yeah.

24                    MR. BRENZA:  So if he says -- if your

25    counsel says he's objecting to form, he thinks

Clayton Smith, M.D.

1    there's something about the way that I'm asking the

2    question that's misleading or ambiguous.  And

3    it's -- it's the only objection you have to make,

4    because I could theoretically fix my question if I

5    think there's something wrong with it.

6                    THE WITNESS:  Right.  Okay.

7                    MR. BRENZA:  So it's really more to

8    me than to you, just --

9                    MR. DIAMOND:  Yeah.  That's exactly.

10   So quite often it can be, you know, having to do

11   with time not being specific, or compound, or just

12   some assumption that seems crazy, things of that

13   nature.

14                    But you should answer.  Don't

15   listen to my objection to any way at all impact your

16   answers.

17                    THE WITNESS:  Okay.

18                    MR. DIAMOND:  It's not meant for that

19   purpose.

20                    Sometimes I may just not be

21   listening close enough and I decide I better -- I

22   better throw one in there.

23                    MR. BRENZA:  Just throw it in.  Throw

24   it in there.

25                    MR. DIAMOND:  Yeah.

Clayton Smith, M.D.

```
 1      Q.   All right.  So, Doctor, I want to

 2   go through --

 3               MR. DIAMOND:  Do you --

 4               MR. BRENZA:  What?

 5               MR. DIAMOND:  Do you want to take

 6   another short break here?  This would be -- I -- I

 7   could use a quick run to the bathroom.

 8               MR. BRENZA:  Sure.  Sure.  That's

 9   fine.

10               THE VIDEOGRAPHER:  Going off the

11   record.  The time is 1:45.

12                    (Break from 1:45 p.m. to

13                     1:53 p.m.)

14               THE VIDEOGRAPHER:  We are back on the

15   record.  The time is 1:53.

16   BY MR. BRENZA:

17      Q.   So, Doctor, I want to go through now some

18   of the references that you put your report and make

19   sure I understand what you're relying on them for,

20   taking from those references --

21      A.   Okay.

22      Q.   -- why you decided to include them in --

23   in your report.

24      A.   Right.

25      Q.   So you might want to pull out your
```

1    report.

2                    MR. DIAMOND:   Exhibit 2.

3        Q.    I marked it previously as Exhibit 2.

4        A.    Okay.

5        Q.    So maybe -- maybe we -- I don't know if

6    we should look at -- go through the -- the list of

7    references in order.   I think probably the first

8    three -- confirm or deny this.   The first three have

9    to do with identifying possible risk factors for

10   NHL, other than glyphosate?

11       A.    Correct.

12       Q.    And then starting with No. 4 you -- you

13   began to look at some of the epidemiology bearing on

14   the connection or lack thereof between glyphosate

15   and NHL?

16       A.    Correct.   And I actually noticed

17   something, so, I mean, I have to make a correction

18   of something I said earlier.

19                    I wasn't certain, when you asked

20   me earlier, if I had seen that IARC when I made

21   this.   But I -- I see now I have the reference in

22   there, so I -- I had looked at it at the time I made

23   the report.

24       Q.    So the first reference you have is to the

25   De Roos 2003.   Actually, that's the first of the

Clayton Smith, M.D.

 1   epidemiological references you have, and we'll mark

 2   that as No. 13.

 3                    (Exhibit No. 13 was marked.)

 4                    MR. DIAMOND:  Thank you.

 5        Q.    So what was -- what's the significance to

 6   you of De Roos 2003?

 7                    MR. DIAMOND:  Form.

 8        A.    So if I -- if I recall correctly, it's

 9   in -- just to distill this down to the -- the single

10   most important point, for me at least.

11                    If you look in Table 3, on the

12   line for glyphosate, the odds -- odds ratio there is

13   2.1.

14        Q.    So looking at the column headings, do you

15   see that there -- the column heading for the column

16   you've identified is the logistical regression?

17        A.    Correct.

18        Q.    Do you see that there is another column

19   to the right of it for something called a hierarchal

20   regression?

21        A.    Correct.

22        Q.    Do you have an understanding of the

23   difference between logistical regression and

24   hierarchical regression?

25        A.    I -- I believe the hierarchical

Clayton Smith, M.D.

```
 1    regression tries --  is one of the methods to try to

 2    eliminate other potential risks that could cloud the

 3    risk of an individual compound.  It's -- it's,

 4    again, a mathematical model to try to eliminate

 5    other things that might exaggerate or decrease the

 6    odds ratio of a single compound.

 7         Q.    And -- and the things that exaggerate

 8    or -- or decrease the odds ratio of the thing you're

 9    looking at, that's something known in statistics as

10    a confounder, right?

11         A.    Right.

12         Q.    A confounder is something that rides with

13    the thing you're looking at and either provides

14    safety or additional risk?

15         A.    Correct.

16         Q.    And so you -- if you don't take that

17    thing out, you're not really seeing the effect

18    you're looking for.  You're seeing the effect you're

19    looking for, plus or minus something else that's

20    coming with it?

21         A.    That's correct.

22         Q.    And you agree that other pesticides are a

23    significant confounder when looking at exposure to a

24    given pesticide?

25                   MR. DIAMOND:  Form.
```

Clayton Smith, M.D.

```
 1      A.    So I would say there -- there -- there's

 2   a dis -- here I would say there's a preponderance of

 3   evidence that other pesticides, herbicides, other

 4   compounds can -- can contribute.  Because, again,

 5   these things are never totally clean.  It could be a

 6   mixture of two, I would agree with that, or more.

 7      Q.    And -- and farmers tend to have to apply

 8   several different pesticides to -- to do -- do their

 9   farming?

10            MR. DIAMOND:  Form.

11      Q.    Right?

12      A.    That, I -- I don't know.  I'm sorry.

13      Q.    Well, if --

14      A.    I --

15      Q.    If they're applying glyphosate, that

16   takes care of the weeds, but they still have bugs

17   showing up, right?

18      A.    Okay.

19            MR. DIAMOND:  Form.

20      Q.    And --

21      A.    I -- I left the farm to the big city at a

22   young age.

23      Q.    And they may have to spray fertilizers.

24   Farmers use a lot of different chemicals?

25            MR. DIAMOND:  Form.
```

Clayton Smith, M.D.

```
1        A.    I -- I think that's correct.

2        Q.    And so if you're going to figure out the

3   effect of any one chemical, you've got to factor out

4   all the others?

5              MR. DIAMOND:  Form.

6        A.    Yes.

7        Q.    And that's what the hierarchical

8   regression does?

9        A.    Yeah.  It attempts to do that, yes.

10       Q.    And the hierarchical regression does not

11  find a statistical connection between glyphosate and

12  non-Hodgkin's lymphoma, right?

13       A.    Well, I think the odds ratio is still

14  1.6.

15       Q.    But -- but you know -- you know what the

16  confidence interval means, right?

17       A.    Correct.

18       Q.    And you can see that the confidence

19  interval is .9 to 2.8, right?

20       A.    Right.

21       Q.    So that means you can exclude the

22  possibility that chance caused that result, to -- to

23  the level that science demands?

24              MR. DIAMOND:  Form.

25       A.    I would I say it in a -- in a different
```

Clayton Smith, M.D.

1    way.  And I think Dr. Ritz speaks to this very

2    nicely, actually that you don't want to throw away

3    things because the confidence intervals are large

4    and they may overlap with a 1.0, the -- the no

5    hypothesis.

6                    You -- you would -- and, again, I

7    don't -- I don't -- I didn't make a decision based

8    on any one of these papers.  I would say it's an

9    aggregate.  And I -- if I had -- if I had to point

10   to the single most telling sort of compelling

11   evidence, again, I would refer you to those forest

12   plots where study after study after study showed an

13   impact to the -- to the right of one.  Now, many of

14   those, the confidence intervals overlapped and you

15   could -- I -- I think you could say, well, if you

16   were just looking at one study.  But when you have

17   a -- a number of studies all going in the same

18   direction, that seems to me more compelling

19   evidence.

20        Q.   Well, but a forest plot is only as good

21   as the reliability of the studies it's plotting,

22   right?

23                    MR. DIAMOND:  Form.

24        A.   Yes.  But in aggregate, it can show -- as

25   we talked about earlier, it can show you pattern,

Clayton Smith, M.D.

1  somewhat like a meta-analysis does, right?  It looks

2  at larger patient number, repeated types of

3  analysis.  And if they're all moving in the same

4  direction, I -- I find that compelling.  Again, I

5  don't pretend to be a statistician or an

6  epidemiologist, but I believe, in -- in reading

7  about that, that those -- the directionality of

8  these studies in aggregate actually does have

9  meaning and importance.

10     Q.    Do you believe that statistical

11  significance is required to have confidence in a

12  scientific result?

13          MR. DIAMOND:  Form.

14     A.    So that is a -- that is a hot topic in

15  science right now.  I -- I don't want to get too

16  much into the weeds on this.  But, you know, this --

17  the traditional statistical measurement is -- it's

18  significant.  If it's .05 or less, or it's not,

19  that's a completely arbitrary point.

20              And -- and so I think at least in

21  what I do, and I think the field in general is

22  moving away from using some arbitrary PE equals 0.05

23  to something that looks at these broader trends,

24  confidence intervals and others to try to give you

25  a -- a better sense of how reliable or unreliable

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Clayton Smith, M.D.

1    this data is.

2         Q.    Is -- is there any scientific explanation

3    of how to depart from statistical significance and

4    use these other characteristics you've described,

5    the trends and the confidence intervals, in a way

6    that can be scientifically verified as reliable?

7         A.    I am not aware of a -- of a objective

8    widely-used solution to this problem.  But it's a --

9    it's a big problem.  And -- and I'll give you an

10   example.

11              When things don't occur at high

12   frequency or the study group is relatively small,

13   you can see trends that are compelling, but they

14   don't reach P values of 0.05.  That doesn't mean

15   they're not true.  It just means that you didn't

16   have a large enough study in order to -- to reach

17   that -- that threshold.

18              And so that's what I mean.  When

19   you go back to the forest plots, for example.  If it

20   was truly random that glyphosate had no impact on

21   this, at least I would expect to see -- you know, if

22   you picture that forest plot and there's the axis at

23   1.0, I would expect them to be randomly distributed

24   around that.  That would be the statistical noise,

25   but the statistical noise would be roughly oriented

Clayton Smith, M.D.

 1   around 1.0.

 2                      When you see study after study

 3   after study where the majority of them trend in one

 4   direction, I find that compelling evidence even if

 5   you go through and pick out each individual study

 6   and say, well, the confidence interval was too big

 7   or it didn't meet .05.  And I would say for that

 8   individual study that would be a concern, but in

 9   aggregate it can tell you -- it -- it paints a

10   different picture.

11       Q.   Do you know what the multiple comparisons

12   fallacy is?

13                 MR. DIAMOND:  Form.

14       A.   I do not.

15       Q.   So it's -- this is the -- the multiple

16   comparisons fallacy is the, sort of the flip side of

17   the statistical significance requirement.  Where if

18   you do enough comparisons --

19       A.   Oh, of course, so --

20       Q.   -- you're going to start generating

21   statistically significant results, even if by chance

22   alone.

23       A.   Right.  Of course.  That's -- I -- I

24   wasn't familiar by name.  But that essentially says

25   if you do -- if you look at a hundred measurements

Clayton Smith, M.D.

1    and your P value is .05, five, by chance, are going

2    to appear to be positive.  Right.  Which is another

3    problem with P value of .05, right, being the

4    standard.

5         Q.    And you can see on De Roos 2003, there's

6    a lot of comparisons being done here, right?

7         A.    Correct.

8         Q.    And if you just look at all the

9    insecticides and all the herbicides, quite a few of

10   them are over 1, showing some kind of increased

11   risk?

12              MR. DIAMOND:  Form.

13        A.    I'm not sure about that, actually.  You'd

14   have to go through and count those.  But it just --

15   is to me it looks like there's as many that are 1 or

16   less than there are above 1.

17        Q.    Well, still there's a lot of comparisons,

18   right?  So by chance alone, you'd expect a few false

19   positive results?

20        A.    Yeah.  I don't know how many compounds

21   are in this list.  But, again, if you use P of .05,

22   it would be five per hundred.

23        Q.    Are you a proponent of departing from

24   statistical significance?

25        A.    I -- I think we should -- I think we

Clayton Smith, M.D.

1    should approach it like many of the things I've

2    described today, as it's not a black and white.

3    It's not as if -- if you have a number that gives

4    you a P value of 0.051, that it's false, and if it's

5    .049 it's magically true.  That, I don't believe at

6    all.

7                    I believe it's -- it's more nuance

8    than that, where it's a continuum.  As you say, it

9    could still be random chance.

10                   The one good thing about P values

11   is that as the P value gets smaller and smaller, so

12   .00001, it becomes more believable.

13       Q.    Yeah.  And there are some areas of

14   science where the standards for scientific truth are

15   .001?

16       A.    Correct.

17       Q.    Right?  Like nuclear physics?

18       A.    Yes.  My son was a physicist, and their

19   P values are ridiculous there.

20       Q.    That's because they can generate so much

21   data?

22       A.    Correct.

23                   I think it's a continuum of

24   believability, is the -- without sounding too

25   philosophic, is how I would put it.  And that's why

Clayton Smith, M.D.

1    I'm saying it's the aggregate sum of all of those

2    studies that, to me, is the most compelling.

3         Q.    And -- and you agree that to the extent

4    you can, you should account for confounders and

5    remove them from any effect you're reporting?

6         A.    Oh, in an ideal world, the ideal

7    experiment is you eliminate everything but a single

8    variable.  That, however, in the real world,

9    particularly the real world of environmental

10   exposures is -- is impossible.

11        Q.    I'm going to hand you -- I'm going to

12   hand you one that's not on your list, but I still

13   want to talk about it.

14                   Actually, I'll wait until we get

15   to it.

16                   So that's McDuffie.

17                   MR. DIAMOND:  De Roos.

18                   MR. BRENZA:  I'm sorry.  De Roos.

19        Q.    The next item on your list is

20   Eriksson 2008.

21        A.    That -- that is on my list.

22        Q.    And I will give that to you.

23                   (Exhibit No. 14 was marked.)

24                   MR. DIAMOND:  Thank you.

25        Q.    What was the significance of

Clayton Smith, M.D.

1    Eriksson 2008 to your analysis?

2              MR. DIAMOND:  Form.

3         A.    So, again, showing an odds ratio of 2.02

4    for glyphosate.

5         Q.    And is that Table 7?

6         A.    It's in his summary abstract, and it is

7    Table 7, correct.

8         Q.    Now, you see that, like De Roos,

9    Eriksson's Table 7 has two columns for the odds

10   ratios and two columns for confidence intervals?

11        A.    Correct.

12        Q.    And the first one is the univariate,

13   second one is the multivariate?

14        A.    Right.

15        Q.    And that roughly corresponds to De Roos's

16   hierarchical -- logistical and hierarchical

17   regression?

18        A.    Yeah.  They're -- the multi-varied

19   analysis has the same intent, to try to exclude

20   confounders.  It's a different methodology.

21        Q.    And you -- you rely on the one that does

22   not exclude -- exclude confounders.  You rely on the

23   univariate analysis?

24        A.    I think they're both -- again, 1.51 is

25   a -- is a substantial increase in risk, at least

Clayton Smith, M.D.

1    in -- in my world.

2        Q.    You -- you agree that the 1.51 odds ratio

3    is part of a confidence interval that spans 1 and,

4    therefore, is not statistically significant?

5              MR. DIAMOND:  Form.

6        A.    It -- it is within the boundaries of the

7    confidence interval, that's correct.  The bound --

8    sorry, the boundaries of the confidence interval

9    cross 1.

10       Q.    And that, if you were using a

11   statistically significant requirement, would

12   invalidate that result.  It would mean that you

13   couldn't tell if that result was caused by chance

14   alone?

15       A.    Right.  It should be grater than 1,

16   the -- the boundary of the confidence interval.

17       Q.    Do you rely on Eriksson for anything

18   particular about number of days of exposure

19   necessary to experience an increased risk?

20       A.    As I recall, I believe this is one of the

21   papers that showed -- I don't know if it showed days

22   of exposure, but I believe -- I have to go back and

23   read the paper again.  But I believe they showed

24   some -- some type of correlation between latency and

25   increased risk for developing lymphoma.

Clayton Smith, M.D.

1      Q.    So if you look at Table --

2      A.    And I think they did the greater than ten

3  years.

4      Q.    -- Table 2 --

5      A.    Sorry.

6      Q.    Look at Table 2, and you'll see it has

7  two categories --

8      A.    Greater than ten.

9      Q.    -- less than ten days and more than ten

10 days?

11     A.    Correct.

12     Q.    And he has different odds ratios and

13 confidence intervals for those two categories?

14     A.    Correct.

15     Q.    Do you also see that in the first column

16 he -- he shows you how many cases and controls he

17 has?

18     A.    Oh, sorry.  Table 2.  Yes.

19     Q.    So in the -- in this entire study,

20 Eriksson had only 29 cases of NHL that were exposed

21 to glyphosate?

22     A.    Correct.

23     Q.    And he had only nine -- or only 18

24 control subjects?

25     A.    Correct.

Clayton Smith, M.D.

1      Q.    And when you have very few cases and

2   controls, your confidence intervals are going to

3   become very wide because you don't have a lot of

4   reliability with such a small amount of data?

5      A.    Correct.

6      Q.    And that's what happened to Eriksson's

7   numbers, right?

8      A.    His -- his confidence intervals are wide,

9   that is correct.

10     Q.    Isn't it also true when you do a

11   case-control study, you usually have double the

12   number of controls as you do cases?

13     A.    I -- I actually don't know what the

14   standards would be for a case-control study.

15     Q.    You've -- you've never done a

16   case-control study?

17     A.    No.

18     Q.    It's fair to say, though, that

19   Eriksson 2008, if you account for confounding

20   factors, does not report a statistically significant

21   increased risk of NHL from glyphosate, right?

22               MR. DIAMOND:  Form.

23     A.    You're referring back to what you

24   mentioned earlier, multivariate analysis.

25     Q.    Yes.

Clayton Smith, M.D.

1     A.    The hazard -- the confidence interval

2  cross.

3     Q.    That's the only place where he does

4  attempt to account for confounders, right?

5     A.    Correct.  Again, I would say the -- the

6  two things I took from this are -- and this again

7  aligns about my thinking about Mr. Alvarez.  Is that

8  in the group that had a greater than ten-year

9  latency, the odds ratio, again, univariate analysis

10 was 2.26 and the lower infinence of the confidence

11 interval was 1.16 and the glyphosate exposure

12 greater than ten days, the confidence interval was

13 still greater than -- the lower boundary was still

14 greater than 1.

15            But as I've mentioned over and

16 over, I really thought the -- the importance of all

17 these was not an individual because it -- they do

18 suffer from the -- some of the points you made,

19 small numbers, et cetera.  But, again, it's the

20 aggregate of all of them that I -- I found the most

21 impressive.

22    Q.    And -- and isn't it fair to say that a

23 study like Eriksson, even ten studies like Eriksson,

24 that only have less than 30 exposed cases aren't

25 really a -- a equal weight to something like the

Clayton Smith, M.D.

```
 1   Agricultural Health Study, which took 25 years and

 2   54,000 participants?

 3                   MR. DIAMOND:  Form.

 4        A.    No.  I would dis -- I would disagree with

 5   that.  I think if there are 30 -- 30 studies and

 6   they all went the same way, that would carry quite a

 7   bit of weight, I think.

 8        Q.    I didn't say 30.  I said 10.  But --

 9   but --

10        A.    I think you said 30.

11        Q.    Maybe I -- I meant to say that.

12                   But the -- but the point is --

13        A.    If you -- if you --

14        Q.    -- this -- this -- Eriksson's result

15   shouldn't be treated as equal to the Agricultural

16   Health Study?

17                   MR. DIAMOND:  Form, if that was a

18   question.

19        A.    I think if --

20        Q.    Isn't that right?

21        A.    Well, they're -- they're quite different

22   studies and I think they -- they both have their own

23   strengths and weaknesses.

24        Q.    Okay.  The next -- are you done or --

25        A.    Yes.
```

Clayton Smith, M.D.

1      Q.    The next article you relied on is

2   Hardell.  Is that 2002?

3      A.    Hardell 2002.

4                   (Exhibit No. 15 was marked.)

5                   MR. DIAMOND:  Are we on 15 now?

6                   MR. BRENZA:  We are on 15.

7                   (Phone interruption.)

8                   MR. BRENZA:  Oh, sorry.  I don't know

9   why this is turned on.

10      Q.    So what's the significance of

11   Hardell 2002?

12                   MR. DIAMOND:  Form.

13                   THE WITNESS:  Say again?

14      Q.    You can answer.

15                   MR. DIAMOND:  I just made a form

16   objection.

17                   THE WITNESS:  Sorry.

18      A.    So in -- in Table 1, again the odds ratio

19   is 3.04 and a confidence interval of 1.8 to 8.52.

20                   THE VIDEOGRAPHER:  Doctor, can I ask

21   you to place your hands away from the mic cord,

22   please.

23                   THE WITNESS:  Oh, sorry.

24                   THE VIDEOGRAPHER:  Thank you.

25      Q.    Okay.  And so this is an even more

Clayton Smith, M.D.

```
 1    egregious attempt to stretch a limited data into

 2    a -- into a conclusion, right?  It's only eight

 3    exposed cases in this -- in this?

 4                   MR. BRENZA:  Form -- form.

 5         A.    Is -- is that a question?

 6         Q.    Are there eight exposed -- there's only

 7    eight exposed cases, right?

 8         A.    Correct.

 9         Q.    And eight controls?

10         A.    Correct.

11         Q.    And that results in a confidence interval

12    spanning almost eight digits, right?

13         A.    Correct.

14         Q.    Is it -- you'd have to agree that you

15    can't draw any firm conclusions on a confidence

16    interval like that?

17                   MR. DIAMOND:  Form.

18         A.    It -- it is a large confidence interval.

19    And if this was the only study I had, I -- I would

20    certainly not be putting an enormous amount of

21    weight on it.  But, again, it adds to the -- the

22    phenomenon of study after study after study.

23         Q.    Yeah, but when you're talking about study

24    after study after study, I mean, if you add Eriksson

25    and Hardell together, you're still talking about 38
```

Clayton Smith, M.D.

```
 1   total cases.  Only 38 total cases, right?

 2        A.    With those two, correct.

 3        Q.    With those two.

 4                    And we can continue through with

 5   the case-controls.  But even adding all these

 6   together, they don't really add up to a lot of

 7   cases.

 8                    MR. DIAMOND:  Form.

 9        A.    I'm trying to think.  I'd have to go back

10   and look, but I -- I'm pretty sure some of the

11   meta-analysis tried to pool these studies together.

12   And, again, an aggregate showed something --

13   something better.  And I think -- I think those are

14   useful to some extent.  I would again point out that

15   what was most compelling for me is -- is in -- in

16   both the -- I think in -- it was Zhang and in the

17   general causation experts are these forest plots

18   that say, yes, even though each individual study may

19   suffer by being too small, the trend over and over

20   was in -- on the right-hand side, which is a

21   positive association.

22                    And, again, everything I know is

23   that if it was truly random, you should see roughly

24   half on one side and half on the other, which we did

25   not see.
```

Clayton Smith, M.D.

1      Q.    Yeah, although another possibility is

2  there's unaccounted for confounders, right?

3      A.    That is another possibility.

4      Q.    And -- and we know positively that there

5  are confounders when it comes to glyphosate use,

6  right?

7      A.    Do we know that?

8            MR. DIAMOND:   Form.

9      A.    I don't know that.

10           (Exhibit No. 16 was marked.)

11     Q.    I'll hand you what I've marked as

12  Exhibit 16.

13     A.    Are -- are there other pesticides where

14  you -- or herbicides that you think that proof is

15  unequivocal that they are --

16     Q.    Yes.  I'm going to hand it -- hand it to

17  you right now.  That's actually two.  I think that

18  might be two.  Oh, it's just one.

19           So this is the Hohenadel 2011 from

20  the International Journal of Environmental Resources

21  and Public Health.  And if you would turn to

22  Table 4.

23           And do you see that the authors of

24  this study looked at a dataset that had previously

25  been reported and tried to adjust it for various

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Clayton Smith, M.D.

1    co-uses of different pesticides and herbicides?

2         A.    Okay.

3         Q.    And if you'll look at the fourth row,

4    there's an entry for malathion and glyphosate.  Do

5    you see that?

6         A.    Yes.

7         Q.    And you'll see that the odds ratio for

8    malathion only was 1.95.  For glyphosate only, it

9    was .92.  And for the combined pesticides 2 -- 2.1.

10   Do you see that?

11        A.    Yes.

12        Q.    So if you -- if you didn't break those

13   two apart and just ascribed the risk to any one of

14   them, you would be overstating the risk caused by

15   those pesticides?

16             MR. DIAMOND:  Form.

17        A.    I'm -- I'm sorry.  Could -- could you

18   clarify that?

19        Q.    So if -- if you treated co-use of

20   malathion and glyphosate as just the use of

21   glyphosate, you didn't try to separate them out, all

22   right.  That's -- let me start with that part of the

23   question.

24        A.    Okay.

25        Q.    You would have concluded that there was a

Clayton Smith, M.D.

```
1    greater risk due to glyphosate than there really was

2    if you had separated out --

3                  THE VIDEOGRAPHER:  Counsel, I'm

4    sorry.  Your mic cord.  Could you repeat that?  If

5    you can try to keep your hands clear of the mic

6    cord.  Thank you.

7        Q.    If you looked only -- if you treated

8    the -- the use of malathion and glyphosate as only

9    the use of glyphosate, you would have reported a

10   higher risk of -- from glyphosate than is really

11   attributable to that compound?

12                 MR. DIAMOND:  Form.

13       A.    I -- I think I understand what you're

14   saying.  You're saying if you don't properly control

15   for malathion as a confounder and people were

16   exposed to both, you would attribute to -- to

17   glyphosate what in reality is the combination of the

18   two?

19       Q.    That's -- that's what I was trying to

20   say, yes.

21       A.    Okay.

22       Q.    And is that right?

23       A.    That is what this data appears to say.

24   And I -- I have not read this paper, so I would have

25   to go back and...
```

Clayton Smith, M.D.

1      Q.    And malathion, that's an insecticide, I

2   believe, right?

3      A.    I don't know anything about malathion.

4      Q.    All I know about it is I heard about it

5   being used in California when they spotted some

6   fruit flies a while back.  So I think...

7            MR. DIAMOND:  But it stopped -- they

8   stopped using it.

9            MR. BRENZA:  They stopped using it?

10            MR. DIAMOND:  Yeah.  I can't remember

11   exactly when it was that they stopped it, but it was

12   a while back.  I think the same with DDT.  I don't

13   remember exactly when.

14      Q.    All right.  Getting back to your --

15   are you -- are you ready, Doctor?

16      A.    Yeah.  The -- the -- again, the only

17   caveat I would have to this, and I was trying to

18   look in the malathion, is try to get some sense of

19   how much exposure people had.

20            So it -- as I think I've said now

21   many, many times, the -- in addition to just

22   exposure, I think it's the amount of exposure, the

23   duration of exposure, the latency.  I think all of

24   those are factors that one would want to -- want to

25   consider when you're looking at data like this.  And

Clayton Smith, M.D.

1    I just -- I just simply don't know the answer to

2    that for this -- for this particular paper.

3         Q.    And -- and in your opinions in this case,

4    you don't really quantify the amount that

5    Mr. Alvarez was exposed to because you -- you

6    estimated as it as being toward the high end of

7    what's possible?

8         A.    Sounded like a lot.

9         Q.    So is that -- is that a yes?

10        A.    Yes.

11        Q.    Okay.

12        A.    It sounded like a -- a lot.  So I -- I

13   think, again, one would want to put more weight on

14   studies that -- that tried to look at things that --

15   more exposure, longer latency.  And I just don't

16   know.  I -- you might know in this particular study,

17   did they -- if they looked at that at all.

18        Q.    Yeah, I don't -- I don't want to make any

19   representations about the study.

20               But let's look at the next -- or,

21   yeah, the next item on your list.  Actually, I'm

22   going to skip Schinasi.

23               So if you look at item -- well,

24   No. 8 is the IARC Working Group.  You said you

25   did -- you had read the -- the monograph prior to

Clayton Smith, M.D.

 1   writing your report?

 2      A.   Yes.  I -- I wouldn't have referenced it

 3   if I hadn't.

 4      Q.   Did you rely on the epidemiological

 5   analysis of IARC?

 6      A.   I'm trying to -- I'm trying to think back

 7   if it was -- I mean, I -- I -- if -- if you want to

 8   me to rank how -- the things that I found the most

 9   compelling, the references that I found the most

10   compelling.

11      Q.   Sure.

12      A.   I actually found that the Zhang

13   reference, that seemed to be the one that lined up

14   the most with Mr. Alvarez.  Lots of exposure, long

15   period of time was its focus.  And I would say

16   following that I think in impact were probably the

17   general causation experts, summaries of all of

18   these.  And then these epidemiologic summaries and,

19   again, the summary in Zhang, of the genotoxicity

20   studies.

21              And then I think the IARC was

22   probably lower down on the list for me.  In -- in

23   large part, I would say I think it recapitulated a

24   lot of what the -- the general causation experts

25   had -- had said --

Clayton Smith, M.D.

```
 1        Q.    So it was --
 2        A.    -- in a bit more efficient and clear
 3   fashion.
 4        Q.    Was it lower on the list because you had
 5   already assimilated that information from other
 6   sources?
 7        A.    Yeah.  It seemed like a lot of -- a lot
 8   of the arguments that I had heard in aggregate from
 9   the general causation experts.
10        Q.    And --
11        A.    Although, I think done better by the
12   general causation experts.
13        Q.    Did -- you know that Dr. Portier was --
14   is both an expert for Mr. Alvarez and he was on
15   IARC?
16        A.    I know he -- he was on --
17              MR. DIAMOND:  Form.
18        A.    -- IARC and I knew he was a general
19   causation expert.
20              I -- I did not know he was a -- a
21   specific causation expert for Mr. Alvarez.
22        Q.    If I said specific.  I -- I was mistaken.
23        A.    Oh.
24        Q.    But he -- he -- I mean, he's a general
25   causation witness --
```

Clayton Smith, M.D.

```
 1        A.    Yes, I --

 2        Q.    -- for Mr. Alvarez?

 3        A.    -- I read his.

 4        Q.    And -- and he participated in -- in the

 5   IARC --

 6        A.    Right.

 7        Q.    -- monograph.

 8              So you would expect his opinions

 9   to be consistent?

10        A.    Yes.

11              MR. DIAMOND:   Form.

12        Q.    Do you recall that the IARC monograph

13   concluded that the epidemiological evidence on

14   glyphosate was what they called limited?

15        A.    The -- I would have to go back and look

16   at it to see if they used that term.  I -- I did

17   come away with that thinking that they felt that

18   the -- the evidence was there, but it wasn't

19   overwhelming.

20        Q.    And -- and when the -- they say the

21   evidence is limited, there's -- there's actually a

22   specific meaning to that.  They have very specific

23   meanings for each of their categories.

24        A.    Okay.

25        Q.    Limited means the effects reported cannot
```

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Clayton Smith, M.D.

1  be distinguished from chance, bias, or confounding.

2      A.    Okay.  I did not take that away from the

3  monograph.

4      Q.    So --

5      A.    My -- my read of it was that that added

6  to the genotoxicity in other studies to, again, an

7  aggregate form of body of evidence that led them to

8  conclude it was a probable human carcinogen.

9      Q.    So the -- the primary evidence on which

10  IARC relied was -- was rodent tests.

11      A.    Okay.

12      Q.    And that's not something you've really

13  given a great deal of thought to at this point?

14      A.    Correct, other than reading Dr. Portier's

15  general causation section on that.  And -- and,

16  again, in part that was because much of that data is

17  not published.  It's only available to various

18  agencies and stuff, and I don't think I had any

19  access to that.  I certainly --

20      Q.    Well, some --

21      A.    -- couldn't find it in PubMed.

22      Q.    It -- much of that data is published now.

23  It wasn't published originally.  But there's a paper

24  by a man named Greim, G-r-e-i-m, that Monsanto

25  worked with to try to get a lot of this previously

Clayton Smith, M.D.

```
 1   unavailable information into the public domain.

 2              MR. DIAMOND:  Again, I think we might

 3   be going into a general causation area here.

 4              MR. BRENZA:  Yeah.

 5      Q.   All right.  Let's -- let's get to -- I

 6   think the next three, 9, 10 and 11, are the

 7   pooled or -- pooled or meta-analysis.

 8                   (Exhibit No. 17 was marked.)

 9      Q.   So I'm going to hand you Leon.

10              MR. DIAMOND:  Thanks.

11      Q.   Pahwa.

12                   (Exhibit No. 18 was marked.)

13      Q.   And Zhang.

14                   (Exhibit No. 19 was marked.)

15      Q.   Did -- are you ready, Doctor?

16      A.   9 is Leon.  Yes.

17      Q.   Starting with Leon, that we marked as 17,

18   do you see that this is a pooled analysis, three

19   large agricultural worker cohorts?

20      A.   Yes.

21      Q.   And two of the worker cohorts estimated

22   pesticide use from the crops -- what crops they were

23   growing.  That was the France and the Norweigian

24   set?

25      A.   Yes.
```

Clayton Smith, M.D.

1      Q.    And one of them actually got -- asked

2   the -- the participants what -- what pesticides they

3   were using.  That's the USA dataset.

4      A.    Okay.

5      Q.    Do -- do you rely on Table 2 for -- for

6   your opinions in this case?

7      A.    Yes.  So if you -- if you look at Table 2

8   on the row for glyphosate and go over to the column

9   for diffuse large B-cell lymphoma, which Mr. Alvarez

10  had.

11     Q.    So -- so you're relying on the -- the

12  subresult for diffuse large B-cell lymphoma showing

13  a relative risk of 1.36?

14     A.    Correct.

15     Q.    And the -- the confidence interval is 1

16  to 1.85?

17     A.    Correct.

18     Q.    That's what's known as a close escape in

19  statistical terms, right?

20     A.    I don't know.

21             MR. DIAMOND:  Form.

22     Q.    Had it been 1/100th less, it would have

23  no longer been statistically significant?

24     A.    And -- and that gets to my point, that

25  drawing these hard lines in the sand doesn't make

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Clayton Smith, M.D.

1   any sense when you're interpreting data.

2        Q.    Now, if you look at overall, the numbers

3   for overall non-Hodgkin's lymphoma, in the same

4   table, do you see that in the -- in the first few

5   columns?

6        A.    Yes.

7        Q.    And for all non-Hodgkin's lymphoma,

8   glyphosate has a risk ratio of .95?

9        A.    Right.

10       Q.    And that would mean it's actually

11   protecting people against cancer?

12             MR. DIAMOND:   Form.

13       A.    Well, the -- the rationale you've argued

14   all along is that if it crosses one in either

15   direction, it's statistically meaningless.

16       Q.    Right.  And -- and so -- and -- and

17   nobody thinks glyphosate protects against cancer,

18   right?

19       A.    That -- that would be a -- a stretch,

20   even for Monsanto, I think.

21       Q.    But -- but still, you do see results

22   coming in with hazard ratios or odds ratios or risk

23   ratios of less than 1 for glyphosate in certain

24   studies?

25       A.    Well, I -- again, NHL is a huge, as you

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

Clayton Smith, M.D.

 1   already said earlier, 70-plus diseases, going up by

 2   the minute.  So the DLBCL, well, the most common,

 3   is, you know, 30 to 40 percent of those.  So it

 4   could easily have been diluted by no effect against

 5   all the other ones.  So I mean, for me, the only one

 6   that was relevant was the DLBCL risk.

 7                  I think -- I think as we mentioned

 8   before, there's -- while people have tried to look

 9   at these subsets, it gets really hard when they're

10   in huge numbers like in this analysis.  But here

11   there was sufficient to look at DLBCL, I think.

12        Q.    Okay.  The next one, No. 8 -- Exhibit 18,

13   this is the study Pahwa 2019.  And this is another

14   pooled analysis, where Dr. Pahwa pooled the -- some

15   of the case-control studies that we talked about

16   earlier.

17        A.    Correct.

18        Q.    Well, I'm actually -- I'm not sure it's

19   the ones we talked about earlier, but case-control

20   studies.

21                  And what -- and what do you rely

22   on Pahwa 2019 for?

23        A.    Right.  So I think if you look at

24   Table 2, if I'm recalling this correctly, the

25   over -- the odds ratio for ever-used glyphosate for

Clayton Smith, M.D.

```
1    NHL overall was 1.43, with the confidence interval

2    of 1.11 to 1.83.  And then farther down, for diffuse

3    large B-cell lymphoma, there was a 1.6 odds ratio.

4                    And then I believe he adjusted for

5    duration.  You know, another way of looking at the

6    amount of exposure.  And I'll have to take a second

7    to go look in -- and I -- I believe in Table 5, 4,

8    and 3, that again if you looked at -- at the group

9    that had the highest level, for the most part there

10   was a -- a trend in the direction that the more you

11   use, the higher the odds ratio, and that that odds

12   ratio was going up with more use across all those

13   studies.

14        Q.   And this -- this is at Table 5, you're

15   finding those?

16        A.   3, 4, and 5.

17        Q.   3, 4, and 5.

18        A.   And -- and that's --

19        Q.   And are you looking specifically at the

20   results for diffuse large B-cell?

21        A.   Correct.  NHL and DLBCL.

22        Q.   So let's start with Table 3, then.

23                    3, 4, and 5, you said?

24        A.   Yes.

25        Q.   Tables 3, 4, and 5?
```

Clayton Smith, M.D.

1                So for zero days of use -- first,

2    Table 3 lists the number of years of glyphosate use,

3    right?

4        A.    Correct.

5        Q.    And it has a subcategory for diffuse

6    large B-cell lymphoma.  For zero years, it has an

7    odd ratio of 1, which is how the numbers are

8    calculated, right?

9        A.    Where 1 is the standard?

10       Q.    Yeah.

11       A.    If you've never used it.

12       Q.    That means you -- yes, so if you've never

13   used it, there shouldn't be an effect, right?  So

14   that's kind of how it's defined?

15       A.    Right.

16       Q.    And then zero to 3.5 years was an odds

17   ratio of 2.02.  And greater than 3.5 years, an odds

18   ratio of 1.19.

19       A.    I'm sorry.  Where are you seeing that?

20       Q.    I'm just reading down the odds ratio

21   column under diffuse large B-cell lymphoma --

22       A.    Oh, sorry.

23       Q.    -- in Table 3.

24       A.    All right.  I thought you were looking at

25   NHL overall.  Yes.

Clayton Smith, M.D.

```
 1      Q.    I mean, we can look at NHL, but you --
 2   I -- do I understand that you find diffuse large
 3   B-cell numbers to be the most informative in this
 4   case?
 5      A.    Correct.
 6      Q.    So -- and then you look down at five
 7   years of use, and the odds ratio in Table 3 is 1.28?
 8      A.    Odds ratio.
 9      Q.    Do -- do you see it?
10      A.    Where it says "ordinal five years"?
11      Q.    Yes.
12      A.    Right.
13      Q.    I'm not sure what the word "ordinal"
14   there means, but...
15      A.    Yes, I wasn't sure either.
16      Q.    But if you look at the -- the odds ratios
17   with increasing years of use, they don't follow an
18   increasing pattern at all?
19      A.    Right.  They do in 4 and 5.  That's why I
20   said the --
21      Q.    And 4 --
22      A.    -- the majority of the --
23      Q.    Well, let's just finish Table 3, then.
24      A.    Okay.
25      Q.    And then -- it goes from zero to 3.5 is a
```

Clayton Smith, M.D.

1    risk ratio of 2.  But if you use it more than 3.5,

2    your risk goes down, not up, down to 1.19, right?

3         A.    Yes, if --

4         Q.    That's what this reports?

5         A.    -- they use the number of years of

6    glyphosate use as the -- as the measure.

7         Q.    Does it make any sense that using more

8    glyphosate would protect you against cancer or undo

9    some effect from prior use of glyphosate?

10        A.    No, it does not.

11        Q.    Does -- does that tell you that there

12   isn't really a true relationship going on here?

13             MR. DIAMOND:  Form.

14        A.    Again, I would -- I would argue that each

15   one of these, as you've rightly pointed out, they're

16   small numbers.  And so each -- and if you look at

17   individual, like Table 3 in the absence of 4 and 5

18   or the overall data, one could pick out those

19   exceptions.

20             But if one looks at the total body

21   of evidence, I think they -- they are all trending,

22   as we will get to, when you see 4 and 5, and the

23   overall summary data in Table 2 would suggest it's

24   trending in the direction that it's -- that it has a

25   relationship.

Clayton Smith, M.D.

1      Q.    So in Table 4, the data is presented in

2   terms of days per year of glyphosate use?

3      A.    Correct.

4      Q.    And it goes from a risk -- an odds ratio

5   of 1 for no days per year to .95 for up to two days

6   per year, to 2.83 for greater than two days per

7   year, and then down to 1.2 for something called

8   ordinal five days per year.

9      A.    And I -- I don't know what that is.

10      Q.    We'll have to look at it on a break

11   because I don't -- I don't know immediately either.

12      A.    The number there, the "N" is -- is really

13   large.  So that can't be the number of cases of

14   lymphoma.

15      Q.    Well, it looks like it might be adding,

16   also, the zero days cases.

17      A.    It's -- it's actually the sum of zero,

18   zero to 2, and 2.

19      Q.    Yeah.

20      A.    If you add 3, 4 to 12 --

21      Q.    That's what I was thinking.

22      A.    -- and 14.  Yeah.

23            But, again, with the -- you know,

24   the caveat that it's a small number of patients,

25   more than two days of exposure.  And I believe

Clayton Smith, M.D.

1    Mr. Alvarez had way more than that.  In this case

2    the odds ratio was quite high, and according to the

3    interpretation that you'd laid out earlier above

4    1.0, to the lower end boundary of the --

5         Q.    Statistically significant result?

6         A.    I -- again, I would argue, just as we've

7    argued the other direction, that in isolation one

8    would still want to be cautious with that result,

9    even though it tended this.

10        Q.    And Table 5 presents the data in terms of

11   lifetime days of glyphosate use in association with

12   non-Hodgkin's lymphoma, right?

13        A.    Right.

14        Q.    And its odds ratio of 1 for zero days

15   total, 1.14 for three to five days -- lifetime days

16   total, 1.51 for greater than 3.5 days total, and

17   then again this ordinal number for ten lifetime

18   days, which goes down to 1.04.

19               Well, we're just going to have to

20   come back to this because I don't know what --

21        A.    Right, I don't know --

22        Q.    You would agree if it is ten days,

23   whatever the word "ordinal" adds to that, it's no

24   longer -- it no longer makes sense, right?  It's --

25   it's showing a reduced risk for greater use than for

Clayton Smith, M.D.

```
 1    lesser use?

 2         A.    Yeah.  I just simply have no idea what

 3    that means.

 4         Q.    And --

 5         A.    I could not tease that out from the

 6    paper.

 7         Q.    Do you know what the Bradford Hill

 8    factors are?

 9         A.    I do not.

10         Q.    Are there factors that are used -- well,

11    are there factors that you would use to evaluate

12    whether reported statistics are believable, should

13    be believed?

14         A.    Right.  In -- in my own lab work,

15    clinical work interpreting literature, I really rely

16    on aggregates of data.  I -- even in randomized

17    control studies, if it's a single institution, I

18    still have a question mark.  If it's a randomized

19    control, prospective studies are -- are the highest

20    standard of studies.  But even then if it's a single

21    institution, there are a number of biases that can

22    go into that.  And so I personally agree that's

23    hierarchically the top level of evidence, but would

24    love to see that at multiple different institutions.

25    And ideally, real -- even better, I think is
```

Clayton Smith, M.D.

1   real-world data as opposed to clinical trial data.

2                   So there's -- there's hierarchies

3   of value and impact of data.  Very few of them,

4   unless it's just a complete and total home run --

5   there's an example in our field.  A drug called

6   Gleevec came along.  It was a pill for a disease

7   called CML.  And if you didn't get a bone marrow

8   transplant, your survival was nil over five years.

9   You get this pill, it's 95 percent.  You didn't

10  need --

11      Q.    That's shows a pretty screamingly adapt

12  statistical analysis.

13      A.    Correct.  So there's a -- there's a

14  saying, you don't need a randomized control trial

15  when it's, you know, night and day.

16      Q.    Anything that large.

17      A.    With a -- with a huge effect.

18                  Virtually -- I mean, there's very

19  few things in life in our field that are like that.

20  Most of them require that any single study, you view

21  both the positive and the negative, the caveats and

22  the concerns, and you see if that's reproducible

23  across multiple studies, multiple sites, multiple

24  institutions, populations, as opposed to very

25  narrow -- you know, narrow clinical trials type of

Clayton Smith, M.D.

1    thing.

2        Q.    And -- and I was getting at something a

3    little different, which is dose response.  You're

4    familiar with that, right?

5        A.    Yes.

6        Q.    And -- and that's a -- that's something

7    that scientists looking at reported statistics will

8    always check.  Because if there is an opposite dose

9    response, it tells you this can't be a real answer,

10   there's something wrong with the -- with the data or

11   the -- or the math?

12                MR. DIAMOND:  Form.

13       A.    In -- in epidemiologic studies?

14       Q.    Yeah.

15       A.    I think that makes sense.

16       Q.    And -- and so a -- a study showing that

17   using more glyphosate was less risky than using less

18   glyphosate, that -- that would cause some red flags

19   to go up about that study, right?

20       A.    Oh, I think it's the nature of how they

21   define, more or less.  So if you -- you're -- I -- I

22   believe you're referring back to Table 3 again.

23       Q.    Well, right now I also think Table 4 and

24   5, but I need to read the study to figure out

25   what -- what's exactly being reported.

1      A.    Okay.

2      Q.    Which I will do on a break.

3                  But -- but, yeah, at least

4    Table 3.

5      A.    Because, again, many -- many of the

6    studies focus largely on people with pretty limited

7    exposure, right?  A couple years, or three years in

8    this case, for Table 3.  Two days per year versus --

9    or ten days per year.  I think those are all -- you

10   know, those are pretty minimal levels of exposure.

11   I -- I -- I wouldn't be hugely surprised that at

12   that level there's not much of an impact on -- of

13   Roundup on these -- particularly, these case-control

14   studies that are pretty -- pretty small to begin

15   with.

16                  So, again, I -- and I'm sorry to

17   keep repeating myself.  But for me, it's in

18   aggregate, which directions are these studies all

19   pointing to.  And what about when you -- when you

20   look at the subsets where there are higher level,

21   and legitimately higher levels that are approaching

22   Mr. Alvarez's levels as opposed to two days versus

23   zero days, what do you see there.

24                  And I do believe that there's more

25   of a -- of a trending of those -- of studies in

Clayton Smith, M.D.

1   subsets of patients that had higher levels and

2   longer levels of exposure, not two days, but

3   hundreds of days, tens of -- you know, tens of

4   years, like Mr. Alvarez.  I think in aggregate, they

5   tend to all be moving even more in the direction of

6   an association.

7        Q.    And -- and the studies you rely on that

8   are the Zhang study and --

9        A.    Well, I think the -- the Zhang study

10  specifically tried to do that.  It's the only study

11  I know of that really tried to focus on that group.

12  That's why I said, you know, when I started that I

13  found that to be the -- the one that I thought

14  was -- as a single study, the one most relevant to

15  Mr. Alvarez's situation.

16       Q.    So looking at the -- how the -- the Zhang

17  study, which we've marked as Exhibit 19, how it --

18  are you ready?

19       A.    Sorry.  Yeah.

20       Q.    One of -- one of the methodological

21  decisions made by Zhang was to focus on the highest

22  exposed groups from different studies?

23       A.    Correct.

24       Q.    But what it didn't do is limit itself to

25  people with similar exposures from different

Clayton Smith, M.D.

```
 1   studies, right?

 2        A.    I'm sorry.  I don't understand that.

 3        Q.    Well, if you look at Table 4, you see

 4   that it picked -- it picked some -- some data from

 5   the Andreotti AHS cohort.  It picked 55 of 575 cases

 6   where the exposure category was 2,610.  I'm not sure

 7   what the -- what that represents.

 8        A.    I think that's --

 9        Q.    Days per -- days per lifetime.

10        A.    -- like, they call that the

11   intensity-lifetime exposure.

12              So it's cumulative exposure days

13   multiplied by this intensity score that they came up

14   with, which is how -- how much.

15        Q.    But that's a lot of days, right?

16   that's -- that's one of your high exposed

17   categories?

18        A.    Well, I think that's days times the

19   intensity score, because they were able to extract

20   that from the -- from the embryotic data.

21        Q.    But if you look at the abbreviations

22   underneath Table 4, it says abbreviations little "d"

23   stands for days, little "l" stands for lifetime.  I

24   see, C and D, intensity-weighted lifetime exposure

25   days?
```

Clayton Smith, M.D.

```
1       A.    Yeah.  D --

2       Q.    Yeah.

3       A.    D refers to there's a 20-year lag time.

4       Q.    And D is 20-year lag time.

5       A.    And C is that intensity-weighted score.

6       Q.    Well, I guess my questions is, if you --

7  if you look at the case-controls, right, they're not

8  expressed that way.  They're -- De Roos's exposure

9  category for De Roos 2003 is an ever -- ever log?

10      A.    Yeah.  I think that's -- but that's the

11  only data they -- they could get from those studies.

12      Q.    But that -- that could be very little

13  exposure?

14      A.    Correct.  But that, I think, goes against

15  your --

16      Q.    Well, it may or it may not.  It depends.

17  But --

18      A.    If you're -- if you're seeing that kind

19  of effect with people that are including less

20  exposure.

21      Q.    It also depends on whether you're

22  adjusting for pesticides or not, other pesticides?

23      A.    Correct.

24      Q.    And -- and the -- the numbers that are

25  selected in these -- from these case-control studies
```

Clayton Smith, M.D.

1    are the ones that didn't adjust for all the other

2    pesticides?

3                 MR. DIAMOND:   Form.

4         A.    I'd ave -- I'd have to go back and -- and

5    check all that.

6         Q.    The --

7         A.    If you would look at the number of

8    exposed versus total, and you're -- you're saying

9    that -- oh, sorry.

10        Q.    Well, the first point I want to make is

11   that, you know, the exposed -- exposure categories

12   for the case-control studies that Zhang selects are

13   ever exposed, greater than ten days per year, ever

14   exposed, greater than two days per year, and ever

15   exposed.  They're not --

16        A.    But that's --

17        Q.    -- necessarily heavily exposed

18   individuals.

19                MR. DIAMOND:   Form.

20        A.    Correct.  But that's the upper limit of

21   groups they had.  So, for example, in the

22   Eriksson 2008 study, greater than ten days could

23   have been a thousand days, but it would have still

24   been lumped into that group.

25                And I -- and I -- I guess my

Clayton Smith, M.D.

```
 1   interpretation of that would be is that he actually

 2   didn't -- while he -- he would have loved to have

 3   gotten only those people with the highest days and

 4   intensity score, he -- they did the best they could.

 5   And yet even with the best they could, which

 6   included a number of people that at least compared

 7   to Mr. Alvarez were not exposed that extensively,

 8   there was still a -- you know, a cumulative risk in

 9   favor of glyphosate still being causative.

10        Q.    I -- I guess what I'm trying to get at is

11   you can't really tell whether there's a dose

12   response being reported here among the highest

13   exposed from each study because the groups are not

14   exposed the same amount.

15               MR. DIAMOND:  Form.

16        A.    Well, I guess I would counter that,

17   again, my interpretation of this was that if you

18   look at the total -- in each of those studies if you

19   took the total group and you focussed on whatever

20   was the highest reported and you -- you took only

21   those groups from each of those studies and lumped

22   them together, while it doesn't give you a formal

23   dose response curve, which I don't think is ever

24   going to happen in an epidemiologic study for much

25   of anything, that -- that by at least taking the
```

1    highest level group in each of those and grouping

2    them together, you saw a significant risk.

3         Q.    Well, and --

4               THE VIDEOGRAPHER:  Counsel, excuse

5    me.  Three minutes until media change.

6         Q.    As part of that analysis, Zhang was able

7    to throw away most of the data from the Agricultural

8    Health Study.

9         A.    But --

10        Q.    She just didn't use it?

11        A.    But he specifically was trying to take

12   the highest level exposure from that study.  I mean,

13   that's -- that's what the -- this intensity-weighted

14   lifetime exposure, was to get at those people that

15   had the -- the highest level.

16        Q.    I'm just throwing this out.  But if you

17   wanted to get rid of all the data that showed that

18   glyphosate was safe and pick out all the data that

19   you thought showed it was risky, from all the

20   studies, and combine them into one study to show

21   that glyphosate was risky, you'd do what Dr. Zhang

22   did in this study.

23        A.    Oh, I'm sorry.  I dis --

24              MR. DIAMOND:  Form.

25        A.    I disagree.  I don't think that's at all

Clayton Smith, M.D.

1   what he did.  He -- he took, again, the highest

2   level exposure in each of these studies and -- and

3   put them together and said is there a -- a risk.

4              If you took the lowest level in

5   that, one would expect, just to get to your dose

6   response question, that -- that the risk would be

7   closer to -- to 1, right?

8      Q.   The -- the Agricultural Health Study,

9   you -- you know that study did not find a connection

10   between glyphosate and non-Hodgkin's lymphoma or any

11   other form of cancer?

12              MR. DIAMOND:  Form.  Which -- which

13   study did you say?

14              MR. BRENZA:  The Agricultural Health

15   Study.

16      A.   The AHS.  And -- and, again, I think

17   it's -- it's hard to tell.  But there -- there --

18   it's -- you know, many of those people, it was

19   limited follow-up, maybe a large dropout.

20      Q.   We'll get -- we're going to get to the

21   study and you can -- you can give me your

22   criticisms.  But --

23      A.   Okay.

24      Q.   -- you know what the authors thought they

25   concluded was no connection between glyphosate and

Clayton Smith, M.D.

1    any form of cancer?

2        A.    And -- and, again, I would suggest for

3    many -- many of these individual studies, if things

4    don't -- and your -- your argument all along has

5    been that if something doesn't reach a statistic

6    significance, throw it out.

7                    And I -- and I think there's a --

8    a sense that that is being overly prescriptive in

9    learning about things that are going on in the

10   world.  And that what one should do, particularly

11   with -- when you have a -- a bunch of studies like

12   this, is try to look at them in aggregate, try to

13   focus on the studies that had the high -- or at

14   least the populations from those studies that had

15   the highest level of exposure.  And I think that's

16   exactly what Zhang did.

17                    THE VIDEOGRAPHER:  Counsel, we need

18   to change the media.

19                    MR. BRENZA:  Okay.

20                    THE VIDEOGRAPHER:  This is the end of

21   Media No. 3.  Going off the record.  The time is

22   3:07.

23                    (Break from 3:07 p.m. to

24                     3:27 p.m.)

25                    (Exhibit No. 20 was marked.)

Clayton Smith, M.D.

```
 1              THE VIDEOGRAPHER:  We are back on the

 2    record.  The time is 3:27.  This is the beginning of

 3    Media No. 4 in the deposition of Dr. Clayton Smith.

 4    BY MR. BRENZA:

 5        Q.    Doctor, I've handed you Exhibit 20.  It's

 6    the Andreotti study that reports on the most recent

 7    update of the Agricultural Health Study.  Do you see

 8    that?

 9        A.    Correct.

10        Q.    And this is -- this is one you included

11    in your report, right?

12        A.    Yes.

13              MR. DIAMOND:  And this is Exhibit 20?

14              MR. BRENZA:  It is.

15              MR. DIAMOND:  Thanks.

16        Q.    Do you see on Table 2, the authors report

17    the cancer incidence of various cancers in relation

18    to intensity-weighted lifetime days of glyphosate

19    use?

20        A.    Yes.

21        Q.    And if you look at the -- there's an

22    entry specifically for diffuse large B-cell

23    lymphoma?

24        A.    Yes.

25        Q.    And do you see that the -- there are --
```

Clayton Smith, M.D.

1    there's a value for no days, which is 1, and then

2    for the different quartiles of exposed days there's

3    a -- there are entries for the risk ratios?  Do you

4    see that?

5         A.    Correct.  Yes.

6         Q.    And for the first quartile, the lowest

7    exposed of those groups, the -- the risk ratio is

8    1.11.  For the second quartile, it's .94.  For the

9    third quartile it's 1.13.  For the fourth quartile

10   it's 9 -- .97.  It's for the highest exposed group,

11   with an overall relationship of no connection

12   between diffuse large B-cell lymphoma and

13   glyphosate.

14        A.    Yes.

15        Q.    So do you agree that if -- if the

16   Andreotti study is the definitive study, that you'd

17   conclude that there is no relationship between

18   glyphosate and diffuse large B-cell lymphoma?

19               MR. DIAMOND:  Form.

20        A.    If -- if the Andreotti study were the

21   only study, and that is what the data says.

22        Q.    And -- and I don't -- I didn't say if it

23   was the only study.  I said if it's determined to be

24   the definitive study, the study that has the best

25   chance of being right.

Clayton Smith, M.D.

```
 1                    MR. DIAMOND:  Form.

 2          A.    So I would -- I would disagree with that.

 3          Q.    And --

 4          A.    I think that says --

 5          Q.    I understand you don't --

 6          A.    I think it's -- it has its strengths and

 7    flaws, just like all the other studies.

 8          Q.    And we'll get to that.

 9                But I'm just saying if -- if the

10    jury decides that the Andreotti study is the best

11    study and the one that should be relied on, you'd

12    agree that if that's the case, then there's no

13    connection between Roundup and diffuse large B-cell

14    lymphoma?

15                    MR. DIAMOND:  Form.

16                    THE WITNESS:  I mean, are these

17    hypotheticals?

18                    MR. DIAMOND:  That's -- that's my

19    objection --

20                    THE WITNESS:  Or --

21                    MR. DIAMOND:  -- essentially.  I'm

22    not sure if it's --

23                    THE WITNESS:  Can I answer?

24                    MR. DIAMOND:  Because in -- in my

25    opinion, it's an imperfect hypothetical.
```

Clayton Smith, M.D.

```
 1                     But you can still answer --

 2                     MR. BRENZA:  I'm allowed -- I'm

 3     allowed to ask you a hypothetical.

 4                     MR. DIAMOND:  Yeah.  I'm just putting

 5     my objection on the record.

 6                     You can answer.

 7          A.    I -- I would answer hypothetically, if

 8     people take this, ignore all the other studies,

 9     don't consider the flaws in this study, or at least

10     the concerns with this study, how it applies or

11     doesn't to Mr. Alvarez, the data on Table 2 says

12     there's no association.

13                     Is that clear?

14          Q.    Yeah.  And -- and so now I want to -- I

15     understand that you don't agree that this is a

16     definitive study, but now I want to talk about that.

17                     So you do agree that it's, by far,

18     the largest study that wasn't a pooled study or --

19     or a meta-analysis?

20                     MR. DIAMOND:  Form.

21          A.    Is that -- is that correct, that it's the

22     largest?  I thought there was one that had hundreds

23     of thousands.  I'd have to go back and double-check

24     that.  It's certainly --

25          Q.    Leon had hundreds of a thousands, but
```

Clayton Smith, M.D.

1    Leon combined three sets, including this one.

2        A.    Correct.  Right.  So on its own, I

3    believe this is the largest.  And it's the only

4    cohort study.

5        Q.    And it's the only cohort study, and it --

6    it starts with 54,000 licensed pesticide

7    applicators.

8        A.    Right.

9        Q.    And that's an advantage because licensed

10   pesticide applicators are likely to be exposed to

11   pesticides?

12       A.    Right.

13       Q.    Right.  So you -- you don't want to have

14   people in your study who aren't exposed to the thing

15   you're studying, at least not too many of them.

16       A.    Although you do like some controls.

17       Q.    You want some controls.  But -- but you

18   want to have to have some exposed cases or you're

19   not really testing anything, right?

20       A.    Correct.

21       Q.    And this one's going to have a lot of

22   exposed cases?

23       A.    Correct.

24       Q.    It says 82 percent of -- 82.8 percent of

25   those applicators used glyphosate, right?

Clayton Smith, M.D.

```
 1              MR. DIAMOND:  Where are we looking?
 2              MR. BRENZA:  It's in this -- the
 3    results section on the very first page.
 4       Q.   Is says:  "Among 54,251 applicators,
 5    44,932 (82.8 percent) used glyphosate, including
 6    500 -- 5,779 incident cancer cases," which was 79.3
 7    percent of all cases.
 8                   Do you see that, Doctor?
 9       A.   I -- I don't, actually.  Where is that?
10       Q.   It's -- it's in the results section on
11    the very first page.
12       A.   Oh, correct.  It's the first line of the
13    results.  Sorry.
14       Q.   Yeah.
15       A.   I was looking in Table 1.
16       Q.   And you understand that the way this
17    study was performed was to administer a survey to
18    these licensed pat -- pesticide applicators before
19    they had cancer, years before they had cancer?
20              MR. DIAMOND:  Form.
21       A.   Right.  There was a follow-up survey at
22    five years, I believe, after enrollment.
23       Q.   And the way they figured out whether any
24    of them ever did get cancer was to check a registry
25    that existed that recorded, in Iowa and in
```

Clayton Smith, M.D.

 1   North Carolina, all the cancer cases?

 2        A.    Correct.

 3        Q.    So it's very high reliability in terms of

 4   how many people were exposed and how many people got

 5   cancer?

 6        A.    I -- I can't speak to how reliable the

 7   registries are in Iowa and North Carolina.  They --

 8   they are of variable reliability in different

 9   states.

10        Q.    Now you said --

11        A.    I -- I do believe that's a reasonable

12   way.  I mean, I don't know of a another, a better

13   way to collect that data.

14        Q.    Do you have -- do you have any criticisms

15   of the -- the methodology that I've described so

16   far, the use of surveys, the use of the registry to

17   see how many people ultimately did get cancer, and

18   the -- the large number of applicators that were

19   enrolled in the study?

20        A.    No.  I think those are reasonable.

21        Q.    And those are all strengths of the study,

22   right?

23        A.    Yes.

24        Q.    Now, you think there are some weaknesses

25   too, right?

Clayton Smith, M.D.

```
 1        A.    I think -- well, I think there are some

 2   weaknesses to the study, and then I think, again,

 3   what -- I guess the problem I had was the

 4   applicability to Mr. Alvarez's case in particular.

 5                    And so what I mean by that -- do

 6   you want me to handle the --

 7        Q.    Yeah.  What do you mean by that?

 8        A.    Well, the applicability to Mr. Alvarez is

 9   if you -- if you look -- I believe the -- the mean

10   number of exposure days was around 48 or so.

11        Q.    Where are we looking Table 1?

12        A.    I don't actually know where I saw that.

13                    Oh, sorry.  The median lifetime

14   days of use was 38.75 and the median lifetime years

15   of use was eight.  That's a few sentences down

16   from -- in the results section.

17                    And then if you look under

18   statistical analysis under the quartiles, the -- the

19   life -- lifetime days of -- of use were one to 13,

20   13 to 38, 38 to 108, and greater than 108.

21                    And I was just doing some math

22   outside on Mr. Alvarez's likely exposure, and it was

23   in the many -- it was 3,000-plus days and many hours

24   per day.

25                    And so -- so, again, and I'm
```

Clayton Smith, M.D.

```
1   really sorry to sound like a broken record -- I
2   think the data that's most compelling are ones that
3   are focused on -- as -- as much as possible, on
4   higher levels of exposure that more closely
5   approximate Mr. Alvarez, if that's -- if that's
6   possible, simply because his exposure is so much
7   higher than what's reported in many -- or what's
8   used in many of these studies.
9                    So, again -- and, again, I'm sorry
10  to sound like a broken record.  But I keep coming
11  back to if there is a trend where glyphosate is even
12  a -- a weak carcinogen, when you couple that with
13  that -- that very high level of exposure, which is
14  off the charts compared to what most of the people
15  enrolled in many of these studies, and particularly
16  this study, included I think -- I think even weak
17  effects become significantly amplified by that level
18  of exposure.
19       Q.    So what part of Andreotti are you relying
20  on for the -- your understanding of their
21  quartiles --
22       A.    Quartiles?
23       Q.    -- of exposure?
24       A.    Under statistical analysis.
25       Q.    Yeah.
```

Clayton Smith, M.D.

1        A.     It's about halfway down.  It says the

2    categories for lifetime --

3        Q.     Yeah, I see it.

4        A.     -- days of glyphosate are as follows.

5        Q.     So the -- so Andreotti had a quartile

6    that went over 108 days?

7        A.     Correct.

8        Q.     That was the top quartile.

9        A.     Which is about a 30th or less than

10   what -- at least by my rough calculation of what

11   Mr. Alvarez was exposed to.

12                 So if in this study -- I'm sorry,

13   I didn't mean to interrupt you.  But in this study,

14   if they had had a group that was greater than a

15   thousand days or 2,000 days, it -- it would have

16   been -- it would have been, I think, more telling

17   for Mr. Alvarez's situation.

18       Q.     Are there any studies that you're aware

19   of that had a group for a thousand days or more?

20       A.     No.  The only thing, again, I -- I

21   suggest is that the Zhang study did try to at

22   least -- and none of these approached that either.

23   But there was in the -- the Pahwa study that we

24   looked at, at least there were a couple of the

25   tables that suggested the more you use, the highest

Clayton Smith, M.D.

1    your risk.  That showed up in -- I believe in

2    Eriksson that greater than ten years, greater than

3    ten days per year, there was -- there are these not

4    100 percent consistent, but certainly the majority

5    of studies that looked at longer exposures, greater

6    exposures tend to have higher levels of risk.

7        Q.    Yeah.  The -- the studies that Zhang --

8    Zhang -- Zhang selected from the case-controls had

9    much fewer days, right?  They were nowhere near 108

10   days?

11       A.    Right.  And yet they -- they still seemed

12   to show that trend.

13       Q.    And -- and --

14       A.    That's --

15       Q.    I'm -- I'm surprised to hear you

16   criticize the Agricultural Health Study on this

17   basis because 108 days is the most days of any

18   category I've ever seen in an -- in an epidemiologic

19   study.

20                MR. DIAMOND:  Form.

21       Q.    Have you seen more?

22                MR. DIAMOND:  Form.

23       A.    No.  No, I haven't.  There's no other

24   large cohort studies like this that I -- that I know

25   of.

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Clayton Smith, M.D.

1      Q.    And they're looking at a -- a cohort that

2   is using a lot of Roundup, professional farm -- or

3   professional pesticide applicators, probably mostly

4   farmers?

5      A.    Right.  But, again --

6            MR. DIAMOND:  Form.

7      A.    -- nowhere near what Mr. Alvarez was

8   exposed to.  Tiny -- a tiny --

9      Q.    So you think -- you think a professional

10  farmer would not likely be exposed to the same

11  amount of Roundup that -- as Mr. Alvarez was as a --

12  a backpack sprayer at a -- at a -- it was a vineyard

13  of some kind, right?

14           MR. DIAMOND:  Winery.

15     A.    Yes.

16     Q.    Winery?

17     A.    I -- I --

18           MR. DIAMOND:  Form.

19           THE WITNESS:  Oops, sorry.

20           MR. DIAMOND:  Sorry.

21     A.    I can't -- I can't -- I can't speak to

22  that.  I can only speak to how, you know, they

23  designed this study, where they -- the highest group

24  was 100 days, 108 days.

25     Q.    Well, and -- and you're not -- just --

Clayton Smith, M.D.

```
 1   just -- I don't want to beat a dead horse.

 2                   But you're not aware of any other

 3   study that -- that has a cat -- a high -- a

 4   high-exposure category of -- of 108 days or anything

 5   close to that, other than the Agricultural Health

 6   Study?

 7        A.    Correct.  All I'm aware of is a series of

 8   studies that tend to show a trend towards more risk

 9   with more exposure.

10        Q.    And -- and --

11        A.    And one could, I think, logically deduce

12   from that that more is -- is worse.

13        Q.    And even looking at the -- the highest

14   quartile for diffuse large B-cell lymphoma, it

15   had -- it had a -- an odds ratio, a risk ratio of

16   less than 1, which means its glyphosate's something

17   protective against cancer.

18                   MR. DIAMOND:  Form.

19        Q.    And less than the first quartile and the

20   third quartile, right?

21                   MR. DIAMOND:  Where are we looking?

22                   MR. BRENZA:  We're looking at --

23                   THE WITNESS:  Table 2.

24                   MR. BRENZA:  Table 2, diffuse large

25   B-cell lymphoma.
```

Clayton Smith, M.D.

```
 1                    MR. DIAMOND:  Thanks.

 2                    MR. BRENZA:  Quartile 4.

 3         Q.    Right?

 4         A.    There's -- there's no apparent trend in

 5    this study between different levels of exposure.

 6         Q.    And -- and this is the study that had the

 7    highest exposure of any top exposed category of any

 8    study?

 9         A.    Right.

10         Q.    Looking back at the Pahwa analysis again,

11    I still haven't solved this question about what the

12    ordinal thing means.

13                    MR. DIAMOND:  Do you want me to look

14    it up?

15                    MR. BRENZA:  If you can.

16         Q.    But what I did notice is that there's

17    another column with a different odds ratio that we

18    haven't talked about.  Do you see that to the right

19    of the odds ratios that you were relying on?

20         A.    Yes.  That's the adjusted one for

21    various --

22         Q.    And that --

23         A.    -- other -- other features.

24         Q.    Yeah.  And that's the one that's adjusted

25    for more intentionally confounding variables?
```

Clayton Smith, M.D.

```
 1        A.    Correct.

 2        Q.    And if you look at -- excuse me.

 3              MR. DIAMOND:  Here it says ordinal is

 4   relating to things positioned in a series.  So I --

 5   I have no idea if that --

 6              MR. BRENZA:  I know that.  That's

 7   not --

 8              THE WITNESS:  I don't think that's --

 9              MR. DIAMOND:  I can't --

10              MR. BRENZA:  It's a term of art in

11   this paper that I -- that I just haven't been able

12   to find.

13              MR. DIAMOND:  Well.

14              MR. BRENZA:  But would --

15              MR. DIAMOND:  I guess I never knew

16   what ordinal was, then.

17        Q.    Do you agree, Doctor, that -- that the

18   most pertinent odds ratios from the Pahwa study are

19   the ones that are the most adjusted for confounding

20   factors?

21        A.    I -- I think as we've talked about in

22   other study, it's important to adjust for

23   confounding factors.  But I'm not sure why adjusting

24   for state, province, I don't know what a proxy

25   respondent is, some of those features.  I -- I
```

Clayton Smith, M.D.

```
 1    simply don't know what --

 2        Q.    I can tell you what a proxy respondent

 3    is.

 4        A.    I don't know what -- use of any personal

 5    protective equipment, I think, is a pretty broad

 6    thing.

 7              So I would agree in general that

 8    if you can control for confounders, that's a really

 9    good thing.  I just don't know specifically in this

10    case how -- how useful that was or not.

11        Q.    We also didn't really talk about this

12    figure called the P trend.

13        A.    Yes.  I'm puzzled by that as well --

14    as -- as well as the ordinal terminology.

15        Q.    Do --

16        A.    And I've tried to look both of those up

17    and made limited progress.

18        Q.    Do you have a -- a -- a general

19    understanding of the P trend as -- as a attempt to

20    figure out whether there is a true dose response

21    relationship based on the --

22        A.    So the way --

23        Q.    -- the different -- there --

24        A.    The --

25              MR. DIAMOND:  You've got to wait
```

Clayton Smith, M.D.

1   for -- let him finish.

2        Q.    -- the figures in the different

3   categories?

4               MR. DIAMOND:  Form.

5        A.    Sorry.

6               Yeah.  So it's -- it's referenced

7   in these tables, and I quote:  "P trend value is

8   derived from treating duration categorical variables

9   as continuous in statistical analysis."

10               And I have to admit, that's beyond

11   my understanding of statistics.  And I tried to do

12   some homework online to look that up and could find

13   no clear explanation.  So I -- I am left at a loss

14   as to what that means.

15        Q.    So do you have any -- do you have any

16   other criticisms of the Andreotti study, other than

17   you think that their high exposed group was not

18   exposed to enough days?

19               MR. DIAMOND:  Form.  Form.  Form.

20        A.    That's --

21        Q.    I mean --

22        A.    Sorry.

23        Q.    -- that was your criticism, right?

24               MR. DIAMOND:  Form.

25        A.    That's not what I said.  I -- I said that

Clayton Smith, M.D.

```
1    the highest exposed group was -- was not really

2    comparable to Mr. Alvarez, which made it, like I

3    said, of limited --

4        Q.    Well, and in all fairness, it's -- it's

5    greater than 108 days.  You -- you don't know that

6    those --

7        A.    Oh, correct.

8        Q.    -- people aren't --

9        A.    I don't.

10       Q.    -- just as exposed as Mr. Alvarez?

11       A.    Right.

12       Q.    Or more so?

13       A.    It -- it would have been a lot more

14   relevant if they had reported, you know, a thousand

15   days or 2,000, you know, something like that, that

16   was considerably -- considerably higher.

17                     And I think, you know, a couple

18   other -- I -- I think that, you know, a cohort study

19   is -- is good.  I think following these people for a

20   long time is good.  I think the strengths that you

21   pointed out are good.  I -- I do want to approach

22   these things in a balanced fashion.  I don't want to

23   just be cherry picking and picking on little things.

24   Because, again, as I've said way too many times now,

25   it I think it's the aggregate data together that
```

Clayton Smith, M.D.

```
 1    paints the full picture for you.

 2                    But I do think there's -- there's,

 3    in addition to the relevance to Mr. Alvarez, as you

 4    have pointed out in a number of other studies, the

 5    incidence of lymphoma here is quite small.  It's in

 6    the 20s, out of tens of thousands of people.  If I'm

 7    reading this -- if I'm reading this correctly, the

 8    number of people with DLBCL in each of these

 9    quartiles is, you know, 20-something, 30 at the --

10    at the max, which is a small number.  And small

11    differences there could make big differences in the

12    statistics.

13                    I would say the dropout rate,

14    which I believe is in the 30 some-odd percent,

15    that's a reasonably high dropout rate.  And I think

16    I mentioned this earlier in the deposition, they do

17    some approach called imputation where they try to

18    basically make their, you know, best estimate of

19    what happened to those people, and that's subject to

20    a lot of assumptions.  And a third of the population

21    dropping out is a pretty substantial portion of the

22    cohort.

23                    I don't know what the standards

24    are for cohort studies, but I believe it's --

25    that exceeds what generally you try to -- you try to
```

Clayton Smith, M.D.

1    shoot for in -- in studies in terms of the -- of the

2    dropout rate.

3              And then, again, I think even in

4    the 2018 study, I -- I believe they had accrued more

5    people along as time went on.  Correct?

6         Q.    That's not my understanding.  They were

7    just following them --

8         A.    It was the same --

9         Q.    -- for longer.

10        A.    -- same 54,000 people --

11        Q.    Yeah.

12        A.    -- that were followed, just for longer.

13   Right.  Okay.

14              So those -- those were sort of the

15   major things, both strengths and weaknesses, I would

16   say.

17        Q.    So -- so --

18        A.    From my -- from my interpretation.

19        Q.    So other than the -- the applicability of

20   the -- of the high exposed quartile to Mr. Alvarez,

21   your main criticism is the -- the dropout rate and

22   the imputation procedure?

23        A.    Well, and I think the relatively small

24   number of cases of lymphoma, which -- which is

25   exactly what you would point out as a concern in

Clayton Smith, M.D.

 1    some of the case-control studies, and I -- I would

 2    agree with those.

 3         Q.    And the small number -- I mean, the small

 4    number of cases has a somewhat different meaning

 5    when you're looking at a cohort study because it

 6    tells you at -- at a minimum that the risk is low,

 7    right?  If you're following 54,000 people for 25

 8    years and you only get 20 cases, you're not looking

 9    at a huge possible risk?

10         A.    Correct.  But when the -- when the --

11    with those kind of numbers, it doesn't take a -- a

12    few numbers in each direction to have pretty

13    substantial impacts on the statistics, right?  And I

14    don't -- you know, I don't know the statistics.  I

15    would sit down with a statistician and say, if --

16    you know, what happens if there were five more.  And

17    then one could argue, well, if those five just

18    happen to cluster in the dropout group for --

19    because for whatever reason when people got lymphoma

20    they tended to drop out, that would -- that could

21    create some real -- real challenges with

22    interpretation.

23         Q.    With the -- with the -- the dropouts,

24    have you -- have you ever done a study where you

25    or -- or your coauthors imputed data using

Clayton Smith, M.D.

1    imputation methods?

2         A.    No.

3         Q.    Do you know the method that was used by

4    the authors of the Andreotti study?

5         A.    I don't know the technical method, no.

6         Q.    Do you know what, you know, imputation

7    methods generally look like, how they -- you know,

8    these -- you said they make some assumptions, and --

9    and my understanding is that they do.  But do you

10   know what assumptions they make?

11        A.    I would have to go back and read the

12   paper.  I -- I think they list them, actually.

13        Q.    So -- so when -- when these appli --

14   pesticide applicators entered the study, they filled

15   out a survey that disclosed a lot of information;

16   not just -- not just about glyphosate, about all the

17   pesticides they used, about farming practices and --

18        A.    Right.

19        Q.    -- and a variety of different things

20   about their lives and -- and histories and such.

21   You do understand that?

22        A.    Yes.

23              MR. DIAMOND:  Form.

24        Q.    And -- and if you still have tens of

25   thousands of people left in the study, you can start

Clayton Smith, M.D.

```
 1    to make connections between how they answered those

 2    other questions and -- and how they got or didn't

 3    get various cancers?

 4         A.    Is that a question?

 5         Q.    Yes.

 6               MR. DIAMOND:  Form.

 7         Q.    This is how --

 8               MR. DIAMOND:  And -- and I think

 9    you're also going down general causation type of --

10               MR. BRENZA:  Well, this is --

11               MR. DIAMOND:  -- arguments that --

12    because I think that's what the general causation --

13    like, I think --

14               MR. BRENZA:  This -- this -- this

15    goes to his criticism that imputation is somehow

16    invalid.

17               MR. DIAMOND:  And --

18         A.    Well, I think again -- I don't know

19    the -- the technical details of how they did this.

20    But any kind of filling in the blanks with your --

21    your best mathematical model, guessing, et cetera,

22    always has a level of uncertainty to it.

23         Q.    But you're not guessing.

24         A.    That's all I'm saying.

25         Q.    You're not guessing.  You -- you -- you
```

Clayton Smith, M.D.

1    have a lot of other data.

2         A.    Right.  There's -- there's --

3         Q.    And there are connections between that

4    other data and the thing of interest.

5         A.    Correct.  But just like anything else in

6    science, whenever you don't actually have the data

7    in front of you, you have -- you really don't know

8    what happened to that group at the end.  That's all

9    I'm saying.

10              I'm -- I'm not putting myself out

11   as a statistician that could criticize the technical

12   elements of imputation.  All I'm saying is that you

13   simply don't have the data there, and so anything

14   that you do -- and this -- this occurs throughout

15   science, where you don't have it and you're just --

16   you're just trying to estimate what is the -- the

17   best and most sensible estimate.  You -- you never

18   know whether there are differences in those or not.

19        Q.    You know that the -- the authors

20   evaluated what would happen if they just ignored all

21   the people that didn't respond for the second time?

22        A.    Are we back with Andreotti or --

23        Q.    Yes.

24        A.    -- on Pahwa?

25              MR. DIAMOND:  Sorry.  Form.

Clayton Smith, M.D.

```
 1      A.    I'd have to go back and look at the paper

 2  and -- and see.  Do you -- do you recall where

 3  that --

 4      Q.    Let me find it for you.

 5            So it says on page 511:  "We

 6  conducted sensitivity analyses to evaluate the

 7  impact of including additional exposure

 8  information."

 9            And then it says -- that's what it

10  says:  "First we calculated risk estimates,

11  including cancer incidence data for the complete

12  follow-up period, with only exposure information

13  collected at enrollment.  Second, we examined

14  associations excluding imputed exposure data,

15  thereby limiting analyses to participants who

16  completed both the enrollment and the follow-up

17  questionnaires."

18            Do you see that?

19      A.    I -- I don't.  I'm sorry.  But I --

20      Q.    So it's -- it's --

21      A.    I take your word for it.

22      Q.    It's the paragraph right above the -- the

23  section that -- on the results.

24            MR. DIAMOND:  Is it okay if he takes

25  your word for it?  I mean, if you want to just ask
```

Clayton Smith, M.D.

1   him a question.

2       A.    I do -- I do -- I do see that.

3       Q.    So --

4       A.    It doesn't change my opinion that if for

5   some statistical anomaly you had several extra cases

6   of lymphoma in the -- in the dropouts.  And, again,

7   I don't know how many extra cases you'd need to

8   change the statistics.  It -- it -- without having

9   that data in hand, it could change the statistics.

10  It doesn't matter what sort of -- you know, what you

11  do.  If you don't have the data, you don't have the

12  data.

13              And if there's a -- if there's a

14  difference in the allocation of lymphoma cases where

15  it's higher in the ones that dropped out, it's -- I

16  don't believe it matters what you do there.

17      Q.    Well, and you -- you see in the -- in the

18  results section, page 512, toward the -- toward the

19  bottom of the first column, it says:  "To evaluate

20  the impact of using imputed exposure data for

21  participants who did not complete the follow-up

22  questionnaire, we limited the analysis to 34,698

23  participants who completed both questionnaires,

24  reducing the total number of cancer cases to 44,699.

25  Glyphosate use was not associated with NHL."

1          Do you see that?

2     A.   Yes.

3     Q.   Do you have any reason to believe that

4  doing a study on the 3 -- 34,698 participants who

5  responded to both surveys was invalid?

6          MR. DIAMOND:  Form.

7     A.   No.  It's -- it's just, again, an issue

8  of studies.  You try to do your best to include as

9  many of the original enrollees as -- as possible.

10 And it -- it doesn't change, again, the point now

11 I've made multiple times, which is that if there is

12 a higher representation of lymphoma in the people

13 that dropped out, again, it doesn't matter if you

14 look at the people that remained, it doesn't matter

15 if you impute, you're going -- you're going to get a

16 miscalculation.

17          I -- I think they've done

18 everything they can to try to minimize that impact,

19 and I -- I think -- like I said, I -- in -- in many

20 ways, it's a strong study.  So I'm -- I'm not here

21 to nitpick about the individual stuff as much as I

22 would return again to my original point, which is

23 that it's all of these studies in aggregate.

24          So as an example, I -- I have the

25 Pahwa study open to page 197.  And when you look at

Clayton Smith, M.D.

1    these --

2         Q.    This is Pahwa?

3         A.    Pahwa.  Zhang.  Sorry.  Excuse me.

4    Zhang, on page 197.

5                    If you look at a forest plot like

6    in Figure 3A, you see study after study after study

7    tending to trend in one direction.  And I think -- I

8    think Drs. Portier, and I believe Ritz did an even

9    better job of summarizing the sort of totality of

10   these epidemiologic studies, and that similar --

11   similar picture emerges.

12                   So I think that a -- a study is as

13   reasonable as anything else.  It's a big -- it has

14   all the strengths that you pointed out.  It's just

15   that when you look at the entire constellation of

16   all of these studies, each of one -- each one of

17   which has strengths and weaknesses, I believe there

18   is a reasonable consistent picture that emerges.

19                   And I think that -- that picture

20   is -- includes a lot of people that didn't have

21   anywhere near the exposure that -- that Mr. Alvarez

22   did.  And I -- I think it's just logical to assume

23   that the more exposure somebody has, even if

24   something's a weak carcinogen, that that's going to

25   become -- become a more -- more important risk over

Clayton Smith, M.D.

```
 1   time.  I don't -- I don't know how to say it any

 2   clearer than that.

 3              MR. DIAMOND:  You're fine.

 4       Q.   So the data that Zhang pulls from the

 5   Agricultural Health Study is not the data on diffuse

 6   large B-cell lymphoma, right?

 7       A.   N -- NHL, I believe.

 8       Q.   She just picks the rolled-up number for

 9   all NHL?

10       A.   Right.

11       Q.   And somehow she gets a study -- from a

12   study that concludes there's no relationship between

13   glyphosate and non-Hodgkin's lymphoma at any

14   exposure level, she selects data that shows a

15   risk -- a -- a meta risk ratio of 1.4 or 1.56,

16   right?

17              MR. DIAMOND:  Form.

18       A.   That's -- the 1.56 is for the 2005 study,

19   and the --

20       Q.   Okay.

21       A.   The 1. -- the 1.41 is for the longer

22   follow-up study.

23       Q.   So she -- wouldn't you agree that she's

24   fundamentally changed the outcome of the

25   Agricultural Health Study by the way she selected
```

Clayton Smith, M.D.

1    which data to extract from it and which to throw

2    away?

3                    MR. DIAMOND:  Form.

4         Q.    She's taken a study that found no

5    relationship and turned it into one that found a

6    relationship?

7         A.    Right.  I -- I don't know the -- I -- I

8    believe she took that highest quartile group, is my

9    understanding of how this was done, and did a

10   reanalysis of it and found a different number than

11   was reported in the AHS study.  That was my

12   take-away from the Zhang study.

13        Q.    So it wasn't as simple as just choosing

14   the data that the Agricultural Health Study

15   reported.  She's -- she's massaged it before she

16   started using it?

17                   MR. DIAMOND:  Form.

18        A.    I don't --

19        Q.    She did.

20        A.    Well, I think there's -- there's -- in my

21   time with statisticians, there's many different ways

22   to approach the same data set.  In fact, there are

23   publications showing the same data set used by a

24   variety of statisticians getting different numbers.

25   So I'm -- I'm not surprised.  I don't think it's

Clayton Smith, M.D.

1   massaging.  I think that's just using different

2   techniques.

3        Q.   Now, with case-control studies, most of

4   the ones that you cite in this forest plot are

5   case-control studies.  The only two that aren't are

6   the -- are the -- well, actually, yeah, is the De

7   Roos 2005 and Andreotti 2018, which are the versions

8   of the Agricultural Health Study.

9                  MR. DIAMOND:  Form.

10       Q.   Is that right?

11       A.   So in -- in plot B, the De Roos 2005

12  is --

13       Q.   Yeah.

14       A.   -- is in there in the forest plot, yes.

15       Q.   But the other ones -- the other ones

16  are -- well, I don't know if all the other ones are.

17                  Let me ask you:  You said -- you

18  said every study has its strengths and weaknesses?

19       A.   Correct.

20       Q.   And -- and the -- one of the strengths of

21  the -- the cohort study is it avoids systematic bias

22  that can be found in a case-control study, when

23  you're asking people after they've already got

24  cancer what they've been exposed to?

25       A.   Well, I -- I don't think it eliminates

Clayton Smith, M.D.

1    that recall bias that you're referring to, but it's,

2    I -- I believe, less than in a -- in a case-control

3    study.

4         Q.    And some of these case-control studies,

5    they didn't even ask the person who had the cancer.

6    They asked his wife or -- or his children.

7         A.    Because the person had --

8         Q.    Had passed away?

9         A.    -- passed away, yeah.

10        Q.    So you're getting -- that's called proxy

11   bias, right?

12        A.    Right.

13        Q.    When you have somebody else, other than

14   the person exposed, tell you about what they were

15   exposed to?

16        A.    Right.

17        Q.    And that can introduce bias and error?

18        A.    Yes.

19        Q.    The advantages of a case-control study is

20   that they're cheaper, right?

21        A.    Faster.

22        Q.    Faster, cheaper, but not more accurate?

23             MR. DIAMOND:  Form.

24        A.    Yeah, I think a -- I think in general if

25   you were just to compare a single case-control study

Clayton Smith, M.D.

1    to a single cohort study, if -- if the cohort study

2    was very large and had a long-term follow-up, that

3    would be considered superior.

4         Q.    And the reason people do a case-control

5    study is because they can be done on a smaller scale

6    with less money and you're -- you're willing to

7    accept somewhat compromised data to get that done?

8                   MR. DIAMOND:   Form.

9         A.    Well, again, as we've discussed, I think

10   every -- every study, every form of data has pluses

11   and weaknesses that you just want to be aware of

12   when you interpret it.  If -- if you can find a

13   perfect study, I'd love to see it.

14        Q.    I know that there's -- there's no perfect

15   study.  But there are -- but not all studies are

16   equally good.

17        A.    That, I agree with.

18        Q.    And would you agree -- also agree, then,

19   that the Agricultural Health Study has -- has

20   characteristics that put it substantially above all

21   the other studies that have been done on glyphosate?

22                  MR. DIAMOND:   Form.

23        A.    I -- I think as a -- if you compared them

24   one to one, so if you just took one case-control

25   study and compared it, I would say the AHS's would

1    be superior.  I think, though, when you take them

2    all in aggregate and you look at a picture like

3    this, or I would again refer you to the general

4    causation experts who --

5        Q.    I'm -- I'm aware of the forest plot.

6        A.    Even --

7        Q.    Believe me.

8        A.    Even larger ones.  I think, again, the --

9    the aggregate and the gestalt of all those is

10   actually, I think, pretty clear.  If it was random,

11   if there was no chance that there was an effect,

12   those -- across that forest plot they should be

13   distributed randomly, some in the negative

14   direction, some in the positive direction.  And --

15   and that's not what you see.

16               And so I'm -- I'm just suggesting,

17   rather than go through each individual study, while

18   I think it's useful to do that and to understand the

19   strengths and weaknesses of each individual study, I

20   think there's far more to be learned from the

21   studies in -- in aggregate.  And I -- and I don't

22   believe any of these does justice to this as much as

23   the -- the overview of the general causation

24   experts.

25               And I think the other thing, just

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Clayton Smith, M.D.

1    to point out, the general causation experts

2    routinely pointed out, frequently, the same

3    strengths and weaknesses.  That -- that was my

4    impression.

5         Q.    Of -- that we've discussed today?

6         A.    Yes.

7         Q.    Yeah.  I didn't think of all this on my

8    own, so...

9                   But one thing you can tell from --

10   from the Agricultural Health Study, because you

11   start with so many people, is -- is the maximum

12   magnitude of the possible risk, right?

13                   MR. DIAMOND:  Form.

14        Q.    You know how many cases over quite a long

15   period of time, from heavily exposed individuals,

16   some absolutes then.  You may not know relative

17   to --

18        A.    Sorry.  I mean, three of the quartiles

19   were less than a -- than a hundred days total.

20   That -- that's, again, nowhere near what Mr. -- what

21   I calculated Mr. Alvarez to have been exposed to.

22        Q.    All right.

23        A.    So if you could -- it -- it may be great

24   news for the people that only had a few days of

25   exposure to Roundup.  It was great news to me

Clayton Smith, M.D.

```
 1   because I only have a few days exposure to Roundup.

 2               But I -- I'd still be pretty

 3   worried if I was walking around with a backpack of

 4   that every day, year after year, decade after

 5   decade.

 6        Q.   Do you know if Mr. Alvarez used personal

 7   protection -- protective equipment?

 8        A.   I believe --

 9               MR. DIAMOND:  Form.

10        A.   Sorry.  I believe --

11               MR. DIAMOND:  I'm not sure what you

12   mean by personal protective equipment.

13               THE WITNESS:  Okay.

14               MR. DIAMOND:  He testified to stuff.

15               MR. BRENZA:  Yeah.

16               MR. DIAMOND:  But I don't know if

17   that's what you mean.

18               MR. BRENZA:  He did.  And that's what

19   it's called, is PPE.  It's -- it's masks and

20   ventilators and Tyvex suits and things like that.

21        A.   Right.  I asked him about that, and I

22   believe it was in his -- sorry.  PFS?  PSF?

23               MR. DIAMOND:  Plaintiff Fact Sheet.

24        A.   Plaintiff Fact Sheet.  That he did -- he

25   did wear some, but he was still exposed extensively
```

Clayton Smith, M.D.

1    around that.  Again, particularly when the -- when

2    the packs broke.  I don't believe he had, you know,

3    full facial protection or things like that.

4         Q.    And -- and when -- when a backpack would

5    leak, on those few occasions when it did, he

6    would -- his -- he would be exposed, if he was

7    exposed at all in those situations, through his

8    skin, right?

9         A.    Correct.  Yes.

10        Q.    It wouldn't be an inhalation exposure?

11        A.    Right.

12        Q.    That would be a --

13        A.    Right.

14        Q.    -- dermal exposure?

15        A.    I think that would be more from the

16   mister and the...

17                  MR. DIAMOND:  The inhalation would be

18   more from the mister?

19                  THE WITNESS:  Yeah.

20                  MR. DIAMOND:  Than the spray.

21        Q.    And -- and I -- the way I asked the

22   question was probably imprecise when I -- when I

23   said something about the maximum extent of the risk.

24                  But what you do know from the

25   Agricultural Health Study is there's a lot of people

Clayton Smith, M.D.

```
 1    using a lot of Roundup that never get non-Hodgkin's
 2    lymphoma or any other cancer?
 3                    MR. DIAMOND:  Form.
 4         Q.    Right?
 5         A.    The -- the -- I think what I took away is
 6    it -- it is reassuring that if you had lower level
 7    of exposure, your risks were -- were hard to measure
 8    from that study.
 9         Q.    Yeah.  I mean, the -- they -- they looked
10    at 54,000 applicators, 82 percent of which or 83
11    percent, used glyphosate.  And -- and at the end of
12    the entire study period there were 5,779 cancer
13    cases, all -- of all cancers, not just limited to
14    non-Hodgkin's lymphoma.
15         A.    Okay.
16         Q.    So that tells you that there are a lot of
17    people using a lot of Roundup that don't get cancer
18    from Roundup or anything else, as far as the study
19    can tell?
20                    MR. DIAMOND:  Form.
21         A.    Is that a question?
22         Q.    Yeah.  It that true?  Is that accurate?
23                    MR. DIAMOND:  Form.
24         A.    Well, I think 5,000 is a lot of people
25    with cancer.  But most of the data --
```

Clayton Smith, M.D.

1      Q.   Well, when you're looking at 55,000,

2   54,000 to start with?

3      A.   Sorry.  Most -- what it does say is

4   it's -- it doesn't appear to be much beyond the

5   con -- the control levels for -- for the level of

6   exposure and the follow-up that was done, which

7   again I -- I personally found reassuring.  Not to

8   the point that I'm going to use it again, but

9   reassuring about my past exposure.

10      Q.   Uh-huh.

11      A.   Because I think I fall into the second

12   quartile.

13           MR. BRENZA:  Just off the -- of the

14   record, I can tell you it's --

15           THE VIDEOGRAPHER:  Sorry, Counsel.

16   We're on the record.

17           MR. BRENZA:  Okay.

18           MR. DIAMOND:  Sorry.  We can't go

19   off.

20           MR. BRENZA:  I'll just --

21           MR. DIAMOND:  Keep going.

22           MR. BRENZA:  -- tell you, don't use

23   anything else because --

24           THE WITNESS:  Yeah.

25           MR. BRENZA:  -- there's nothing as

Clayton Smith, M.D.

1    safe as Roundup.

2                THE WITNESS:  I -- I think that's --

3                MR. DIAMOND:  I form.

4                THE WITNESS:  I think that's a

5    different -- I think that's a different issue.  I --

6    I would agree with you on that, though, too.  I

7    don't know about the as safe as, but there's a lot

8    of nasty stuff out there in the world.

9        Q.    So you -- a lot of your opinion now rests

10   on the high -- your est -- your estimate of

11   Mr. Alvarez's exposure being kind of off the charts

12   in terms of how much he was exposed.

13               MR. DIAMOND:  Form.

14       A.    Well, I think, again, it's the aggregate.

15   I don't know if you remember earlier, I think I

16   listed sort of five things and I think it's an

17   aggregate of -- of, again, the studies I read, the

18   opinion of the general causation experts, the extent

19   of Mr. Alvarez's exposure.  I think those are some

20   of the major things that come together.

21       Q.    I -- where would you look to -- to see

22   sort of the expected dose response between Roundup

23   and non-Hodgkin's lymphoma, or diffuse -- diffuse

24   large B-cell lymphoma?

25               MR. DIAMOND:  Form.

Clayton Smith, M.D.

```
 1        A.    In humans?

 2        Q.    Yes.

 3        A.    No idea beyond, you know, the studies

 4   that we've looked at today.

 5        Q.    And -- and do any of these studies give

 6   you a -- a figure for this is the dose response,

 7   this is how much Roundup will cause how much cancer?

 8        A.    No.  I --

 9              MR. DIAMOND:  Form.

10        A.    I -- I think in --

11              THE WITNESS:  I'm sorry.

12              MR. DIAMOND:  No.  Go ahead.

13              THE WITNESS:  I need to slow down.

14        A.    In aggregate, I think that the bulk of

15   the evidence suggests that it is in favor of

16   glyphosate -- glyphosate being associated, and then

17   that's a subset of evidence that suggests it's more

18   related with cumulative -- you know, the total

19   exposure that you get.

20                   And I think -- but is that ideal

21   science, that's a clear dose response curve, or are

22   there a bunch of people that were exposed by

23   Mr. Alvarez?  No.  I think you have to just use, you

24   know, again, your best judgment as to what those

25   things mean relative to him as an individual, which
```

1   is what I tried to do.

2       Q.    Have you had any contacts with Monsanto

3   over the years?

4       A.    No.

5       Q.    How about Bayer?

6       A.    Bayer, the company?

7       Q.    Yes.

8       A.    Not that I recall.

9              I want to be careful about that

10  because I think they do have some oncology products,

11  but I -- I actually don't know and can't recall.

12      Q.    Is this -- is this the first time you've

13  been an expert witness in a -- in litigation?

14      A.    Yes.  You can't tell?

15      Q.    Have you worked with lawyers in any other

16  context over the course of your career, I mean

17  in -- in terms of lawsuits?

18      A.    So I was personally named in one in the

19  early '90s, when I was a -- when I -- I had left

20  Sloan Kettering, but I was dropped out of it.  And I

21  cannot recall if I gave a deposition in that or not.

22      Q.    Was that a -- a malpractice case or --

23      A.    Yes.  And I got dropped somewhere along

24  way.  They -- the -- they had named a ton of doctors

25  at Sloan Kettering, and somehow, somewhere, I got

Clayton Smith, M.D.

```
 1   thrown out.  And I'm not even sure what happened,

 2   but I wasn't there at the end.  And I don't even

 3   know what happened to that case.

 4                   And then my other encounters have

 5   been we -- just helping to either start or work with

 6   some small biotech companies.

 7       Q.   Do you have stock in any of those

 8   companies or...

 9       A.   No.

10       Q.   I mean, are you -- what's your -- what's

11   your role in -- in helping them get started?

12       A.   So the -- the most recent one, I had

13   helped one -- I'm -- I'm -- I'm smiling a little bit

14   because my experience has been very poor.

15                   I started -- I was a co-founder of

16   one called AlloGen, and some of the work in my lab

17   established the original patent for that.  Did a lot

18   of work with it, and the venture capitalists at the

19   end of the day did a -- a very large reverse split

20   to buy stock in somebody else's stock when they sold

21   the company.  We ended up with very little.

22                   And then I've -- I've -- from --

23   also from some work, started another one recently

24   and have been in about a year's worth of discussion

25   about what the compensation and -- and sort of
```

Clayton Smith, M.D.

```
 1   not -- you can't have actual equity at -- at the

 2   University of Colorado in a joint venture, which

 3   this is.  But I spent a lot of time with people with

 4   legal experience discussing how that would work out,

 5   without any real progress.

 6                   (Exhibit No. 21 was marked.)

 7        Q.    I'm going to hand you one more exhibit.

 8   I think this will be my last one.

 9                   This has to do the issues that we

10   eluded to earlier, not having to do with the science

11   per se, but having to do more with criticisms of

12   Monsanto and -- and -- as a company.

13        A.    Okay.

14        Q.    Did you find this document on your own?

15        A.    Yes.

16        Q.    And we've marked it as, what, 21?

17        A.    I believe it's on PubMed now.

18        Q.    And do you intend to testify about any

19   conduct that Monsanto has engaged in as described in

20   Exhibit 21?

21                   MR. DIAMOND:  Form.

22        A.    No.

23        Q.    You don't have any firsthand knowledge of

24   anything about Monsanto and their conduct, right?

25        A.    No.
```

Clayton Smith, M.D.

```
1        Q.    This is just -- all you've done is read
2   somebody else's article?
3        A.    Right.
4        Q.    And you don't know if this author had an
5   ax to grind when he wrote it?
6        A.    Correct.  I think -- I think one must be
7   very cautious in this day and age about what one
8   reads on the -- anywhere, really.
9        Q.    Yeah.  I just wanted to make sure this
10  wasn't part of your opinions.  If it's -- if it's
11  just for your information, I understand.  But if you
12  had opinions about Monsanto, I'd want to know
13  what -- what they're based on.
14               THE WITNESS:  Can I have opinions
15  without testifying to them?
16               MR. DIAMOND:  Well, you know --
17               THE WITNESS:  I think it's --
18               MR. DIAMOND:  -- I haven't asked him
19  to testify about that.
20               MR. BRENZA:  That's -- then we can
21  stop.
22               MR. DIAMOND:  So, again, I -- I
23  consider it to be more of somebody else's area of
24  expertise.
25               MR. BRENZA:  I -- I don't want this
```

Clayton Smith, M.D.

1    to be part of his of testimony.  But if it is, I

2    need to hear it.  That's all.

3                    MR. DIAMOND:  Okay.

4        A.    I would -- I would say I've tried very

5    hard to keep those kind of considerations out of --

6        Q.    Okay.

7        A.    I -- I believe my job was to try to be as

8    objective as possible, look at the data, render

9    my -- my best judgment, and not have it too much

10   colored by a lot of the noise that's going on around

11   all this.

12                   And -- and to be honest, I live in

13   such a bubble that I -- I didn't know very much

14   about all this once I started, so...

15       Q.    Must not watch a lot of TV.

16       A.    I -- I try to watch none whatsoever.

17                   MR. BRENZA:  I think that's all I've

18   got.  I -- I would just say, if you're going to do

19   anything further or consider any additional

20   materials, your counsel gives you anything else that

21   they want you to consider, that we be informed.  And

22   we may come back and ask you some more questions if

23   you have more opinions, but otherwise...

24                   THE WITNESS:  Of course.

25                   MR. DIAMOND:  Yeah, that's fair.

```
 1                    MR. BRENZA:  Okay.

 2                    THE WITNESS:  Yeah, I am happy to

 3    provide it.

 4                    MR. DIAMOND:  Let's take a -- a

 5    few-minute break.  I just have a couple things that

 6    I want to look at my notes about and consult with

 7    the doctor, and then we can come back.  And I'm

 8    probably done as well, but -- because I think --

 9    think everything that I jotted down has been

10    addressed in follow-up questions, but I'm not sure.

11                    THE VIDEOGRAPHER:  Going off the

12    record.  The time is 4:20.

13                    (Break from 4:20 p.m. to

14                     4:24 p.m.)

15                    MR. DIAMOND:  No questions.

16                    (Whereupon, the deposition concluded at

17                     4:24 p.m., November 18, 2019.)

18

19

20

21

22

23

24

25
```

1                    SIGNATURE OF WITNESS

2

3              I, CLAYTON SMITH, M.D., the witness in the

4      above deposition, have read the within transcript of my

5      testimony.  I have made _____ changes in said testimony

6      and have stated such changes (if any) and the reason

7      for each change on a separate sheet attached to this

8      transcript.  My testimony as given herein is true and

9      correct, to the best of my knowledge and belief.

10

11

12

13                      _____

14                      CLAYTON SMITH, M.D.

15

16     Subscribed and sworn to before me this _____ day of

17     _____, 2019.

18

19                      _____

20                      Notary Public

21

22     My commission expires _____.

23

24

25

```
 1      - AMENDMENT SHEET -

        Deposition of CLAYTON SMITH, M.D.

 2      taken on November 17, 2019

        The deponent wishes to make the following changes in

 3      the testimony as originally given:

 4      PAGE/LINE       SHOULD READ          REASON FOR CHANGE

 5      _____ _____

 6      _____ _____

 7      _____ _____

 8      _____ _____

 9      _____ _____

10      _____ _____

11      _____ _____

12      _____ _____

13      _____ _____

14      _____ _____

15      _____ _____

16      _____ _____

17      _____ _____

18      _____ _____

19      _____ _____

20      _____ _____

21      Subscribed and sworn to before me this _____ day of

        _____, 2019.

22

23                     _____

24                            Notary Public

25      My commission expires _____.
```

Clayton Smith, M.D.

```
 1    - AMENDMENT SHEET -

      Deposition of CLAYTON SMITH, M.D.

 2    taken on November 17, 2019

      The deponent wishes to make the following changes in

 3    the testimony as originally given:

 4    PAGE/LINE        SHOULD READ            REASON FOR CHANGE

 5    _____  _____

 6    _____  _____

 7    _____  _____

 8    _____  _____

 9    _____  _____

10    _____  _____

11    _____  _____

12    _____  _____

13    _____  _____

14    _____  _____

15    _____  _____

16    _____  _____

17    _____  _____

18    _____  _____

19    _____  _____

20    _____  _____

21    Subscribed and sworn to before me this _____ day of

      _____, 2019.

22

23                  _____

24                        Notary Public

25    My commission expires _____.
```

Clayton Smith, M.D.

```
 1              REPORTER'S CERTIFICATE

 2              I, LEEANN L. STELLOR, Registered Merit

 3   Reporter and Certified Realtime Reporter within

 4   Colorado, ID 200401669, appointed to take the

 5   videotaped deposition of CLAYTON SMITH, M.D., do hereby

 6   certify that before the deposition he was duly sworn by

 7   me to testify to the truth; that the deposition was

 8   taken by me at 1801 Wewatta Street, Suite 1200, Denver,

 9   Colorado; then reduced to typewritten form herein; that

10   the foregoing is a true transcript of the questions

11   asked, testimony given and proceedings had.

12

13              I further certify that I am not related to

14   any party herein or their Counsel, and have no interest

15   in the result of this litigation.

16

17              In witness hereof I have hereunto set my

18   hand this 19th day of November, 2019.

19

20              _____

                Leeann L. Stellor

21              Registered Merit Reporter

                Certified Realtime Reporter

22              and Notary Public

23

24   My commission expires June 8, 2020

25
```