# Exhibit 12

# D. Barry Boyd, M.D.

9 Old Camp Lane
Cos Cob, CT 06807

10/4/19

Kathryn Forgie, Esq.
Andrus Wagstaff, PC
7171 West Alaska Drive
Lakewood, CO 80226

Re:  Ms. Goldie Perkins
     Perkins v. Monsanto

Dear Ms. Forgie:

As requested, I am providing this report summarizing my findings following review of the medical records and medical research.

## MATERIALS REVIEWED

**Medical Records**



**(Non-Deposition) Legal**
Complaint and Jury Demand
Plaintiff Fact Sheet

**Deposition Transcripts**
Goldie Perkins, with exhibits (7/9/19)
Otto Perkins (7/9/19)
George Miranda, MD, with exhibits (8/2/19)
Linda Chung, MD, with exhibits (8/9/19)
John Brown, MD, with exhibits (9/11/19)
Mark Cianciola, MD, with exhibits (9/18/19)

## FACTS

**Medical Background** (Pre-Lymphoma Diagnosis)

██████████████████████████████████████████████
██████████████████████████████████████████████
██████████████████████████████████████████████
██████████████████████████████████████████████

**From 1998 to Present**: ████████████████████████
██████████████

**From 7/2011 to 9/2013**: ████████████████████████
██████████████████████████████████████████████
██████████████████████████████

**2011**: ██████████████████████████████████████
██████████████████████████████████████████████
█████████████████████████

**10/26/12**: ████████████████████████████████████
██████████████████████████████████████████████
████

**09/25/13**: ████████████████████████████████████
██████████

<u>Past Medical History</u> (prior to 9/25/13)



<u>Past Surgical History</u> (prior to 9/25/13)

<u>Family History</u> (prior to 9/25/13)

<u>Social History</u> (prior to 9/25/13)
Her social history was noncontributory with reported history of no smoking, or drug or alcohol use. She was married and ascribed to the Presbyterian religion. She had previously been employed in administrative positions at multiple locations including: LensCrafters, Planned Parenthood, American Heart Association, Swords to Plow, Sierra Club, AFSCHE Labor Union, Glide, and Salvation Army. Her hobbies included gardening, horseback riding, and water aerobics.

**Medical Background** (Uterine Cervix Lymphoma Diagnosis)

<u>**10/16/13**</u>:



**6/22/14**:

**June 2014**:

**07/12/14**:

**07/16/14**:

The limited tissue sample was sent to pathology from that attempted biopsy. Pathology revealed atypical lymphoid cells with no endometrial tissue.

**07/23/14**: Her follow-up visit with Dr. Chung included discussion of the presence of atypical lymphoid cells.

**07/30/14**:

A small amount of curettage was obtained for pathologic evaluation

**08/04/19**: The pathology report of the sampled tissues documented "atypical lymphoid infiltrate" consistent with follicular lymphoma, grade 2. There was also focal, simple endometrial hyperplasia arising within endometrial polyp, but no evidence of nuclear atypia or malignancy. Immunohistochemical staining showed the neoplastic lymphoid cells to be strongly positive for CD-20 (a B-cell marker) and BCL-2 with the large follicular center cells positive for BCL-6. Ki-67 staining showed increased proliferative activity at 15 to 20%. There were scattered CD-3 positive-staining T-cells

intermingled with the neoplastic B cells.

**08/05/14:**  At the post-biopsy review with Dr. Chung, the patient was informed that she had uterine cervical B-cell lymphoma. Dr. Chung referred her to gynecologic oncology (Leslie Randall, M.D.) and medical oncology (Howard Chang, M.D.)

**08/11/14:**  She had an initial consultation with gynecologic oncologist John V. Brown, M.D., of Gynecology Oncology Associates [GOA] in Newport Beach, CA. The pathology findings were reviewed. She was a ▮▮▮▮▮▮ female presenting for uterine cancer evaluation. She complained of recent abnormal vaginal bleeding with subsequent absence of further bleeding, as well as positive fatigue, but no abdominal pain. He noted that the prior endometrial biopsy was positive for atypical lymphoid infiltrate compatible with follicular B-cell lymphoma.



Admission to Saddleback Memorial Medical Center [SMMC], in Laguna Hills, CA, was recommended for robotic assisted hysterectomy and bilateral salpingo-oophorectomy.

**08/13/14**: Preoperative staging studies were obtained and included the following findings:

> **CT chest**
> **1. Indeterminate lung nodules including pleural based density left upper lobe, 6x16 mm**
> **2. 8 mm density superficial subcutaneous tissues at the inferior left breast region is nonspecific**
> **3. Some patchy sclerosis of the sternum is nonspecific. The included portion of the sternum on prior CT in 2012 had a grossly similar appearance.**
>
> **CT abdomen and pelvis**
> **1. Mass-like enlargement of the uterine cervix measuring up to approximately 6.5 centimeters, not evident on prior CT in 2012. This is concerning for malignancy.**
> **2. Few small foci of air in the endometrial cavity, nonspecific.**
> **3. Hepatomegaly with steatosis**
> **4. Large supraumbilical hernia containing small bowel loops, grossly unchanged.**
> **5. Status post cholecystectomy and appendectomy.**

**08/21/19**: She had a medical oncology consultation with George Miranda, M.D., of South Orange County Hematology-Oncology Associates, Laguna Hills, CA. She was accompanied by her husband Otto and daughter Jennifer.

Review of her history disclosed ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Dr. Miranda reviewed the history of pelvic ultrasound and the outpatient endometrial biopsy of inadequate tissue, as well as the subsequent D&C with endometrial and cervical biopsies revealing atypical lymphoid cells compatible with follicular B-cell lymphoma. The findings of the recent CT scans of the chest, abdomen and pelvis were reviewed.

The assessment was an extranodal follicular lymphoma involving the endometrium, uterine cervix without obvious nodal disease, multiple incidental CT findings having an unclear association with lymphoma, and no significant B-cell symptoms other than possibly hot flashes.

Dr. Miranda recommended that she proceed with the planned hysterectomy for diagnosis and debulking of tumor. Recommended follow-up studies included PET-CT scan, mammogram, and breast ultrasound. He decided that current findings did not warrant a bone marrow biopsy.

Dr. Miranda documented no clear indication for systemic oncologic treatment based on then-current low-grade lymphoma, but that it could be indicated if higher grade disease or more aggressive lymphoma was found on final tissue diagnosis; if there was observed progression of disease, systemic therapy might be warranted. If warranted based on tissue findings after hysterectomy, at least rituximab single agent x2 years or addition of cytotoxic chemotherapy would be possible.

<u>08/26/14</u>: A whole body PET-CT scan was performed and included the following findings:

> **1. Significant uptake in the cervix and lower uterine segment which are also somewhat bulky on the CT exam. This is consistent with uterine/cervical primary tumor.**
> **2. Focus of PET positive pleural thickening in the upper anterior left chest.**
> **3. Focus of activity L5-S1 interspace where there is significant listhesis from pars defects. The focal uptake may be from compression of the upper endplate of S1 anteriorly.**
> **4. Nodular thyroid, possible a 1.8 x 1.9 cm diameter nodule in lower pole of the left lobe, without FDG uptake. Thyroid ultrasound advised for correlation.**
> **5. Previous sigmoid colon surgery nonspecific luminal FDG activity. If the patient has not had a recent colonoscopy, one should be considered.**
> **6. Large anterior pelvic wall ventral hernia.**
> **7. No clear demonstration of metastatic disease, other than the suspicious lesion on the anterior pleural surface of the upper left chest.**

<u>09/02/14</u>: Based on the PET-CT scan findings, a thyroid ultrasound was undertaken which showed a 1.5

mm nonspecific solid hypoechoic nodule in the inferior left pole.

**09/04/14**:  She was admitted to SMMC in Laguna Hills, CA, where Dr. Brown performed a robotic-assisted hysterectomy with right and left salpingo-oophorectomy. The robotic procedure was terminated due to inadequate visibility of the posterior cul-de-sac and the procedure was converted to laparotomy; ████████████████████████████████████████████████████████████████, and the inability to visualize the pelvic lymph nodes prevented the pelvic lymphadenectomy. To complete surgery, the procedure was converted to an open total hysterectomy with left and right salpingo-oophorectomy.

The pathology report of tissue obtained at this procedure documented a cervical lymphoid infiltrate composed of nodules of mostly large lymphocytes with a vesicular chromatin pattern admixed with a smaller percentage of small lymphocytes. In some areas, large lymphocytes were seen outside of nodules in a more diffuse pattern. Cytologic examination of pelvic washings showed no definitive malignant cells. Flow cytometry demonstrated a monoclonal CD-10 positive population compatible with B-cell malignancy. The phenotypically abnormal population of small to intermediate CD-5 negative B cells was positive for CD-20, CD-19, CD-10, and CD-38. Approximately 20% of the lymphoma involvement appeared to be diffuse large B-cell lymphoma [DLBCL] while the majority, 80%, appeared to be a follicular lymphoma, grade 3.

Her final pathologic diagnoses included the following:
> **1. Ovary and fallopian tube, left, salpingo-oophorectomy: benign ovary (possible fibroma) and fallopian tube.**
> **2. Ovary and fallopian tube, right, salpingo-oophorectomy: benign ovary (possible fibroma) and fallopian tube.**
> **3. Uterus and cervix, robotically assisted hysterectomy:**
>> **Cervix: Diffuse large B-cell lymphoma (20%), with follicular lymphoma, grade 3 (80%).**
>> **Endometrium: Inactive endometrium. No evidence of atypical hyperplasia or malignancy.**
>> **Myometrium: Adenomyosis.**
>> **Parametrium: No significant morphologic abnormalities.**

**09/15/14**:  She had a medical oncology follow-up appointment with Dr. Miranda who informed her that she had DLBCL and grade 3 follicular lymphoma without any obvious nodal disease or other definite areas of lymphoma involvement. Due to nonspecific CT abnormalities, a lung biopsy was suggested if possible. Given the newly diagnosed higher grade of lymphoma, he also recommended a bone marrow biopsy to complete staging. If her headaches continued, a brain MRI was to be considered to evaluate for central nervous system involvement. She was healing after surgery but with difficulty. He recommended rituximab, cyclophosphamide, hydroxydaunorubicin, Oncovin [vincristine], prednisone [R-CHOP] chemotherapy due to the DLBCL component. It was to start after she healed from surgery.

**09/17/14**: A bone marrow biopsy and aspirate was performed. Aspirate smears were adequately cellular. The M/E ratio was 1:1. Erythropoiesis was normoblastic, granulopoiesis was not remarkable, and megakaryocytes were adequate in number. Lymphoma was not present.

**09/26/14:**  ████████████████████████████████████████████████████████

████████████████████████████████████████████
████████████████

**10/02/14**: ███████████████████████████████████████████

**10/09/14**: ███████████████████████████████████████ Bone marrow biopsy results were reviewed. A PORT-A-CATH had recently been placed. She had been scheduled for pleural/lung biopsy but that was canceled because radiology felt the area was too small to biopsy. Ultimate diagnosis and staging following all studies was DLBCL, follicular grade 3 lymphoma, extranodal, without extension, clinical stage I EA, IPI score: 1, Risk: Low (based on Age > 60, ECOG-0, LDH-normal, single site extranodal disease, negative bone marrow biopsy).

████████████████████████████████████████████

The plan was to start R-CHOP in 2 weeks, with the delay due to surgical wound healing. Six cycles of treatment were anticipated based on histologic type and the unusual nature of her extranodal involvement. Repeat PET-CT scanning was anticipated following 3 cycles and after completion of therapy. Close follow-up by primary care and endocrinology was anticipated for management of glucose during chemotherapy.

**10/22/14**:  Cycle 1 R-CHOP.

**11/12/14**:  Cycle 2 R-CHOP.

**12/03/14**:  Cycle 3 R-CHOP.

**12/30/14**:  Cycle 4 R-CHOP.

**01/21/15**:  Cycle 5 R-CHOP.

**02/11/15**:  Cycle 6 R-CHOP.

All six cycles of chemotherapy were completed at q3week intervals. Chemotherapy was complicated by diffuse arthralgias after cycle 2, intermittent headaches felt to be secondary to ondansetron, moderate fatigue, intermittent significant hyperglycemia managed by endocrinology, mildly increased symptoms secondary to ███████████████████, and treatment-related weight gain.

The anticipated interval PET scan after the 3rd cycle was not obtained due to limited stage disease.

A restaging PET-CT after completion of six cycles of R-CHOP showed no evidence of recurrent lymphoma.

**04/01/15**: At her follow-up visit with Dr. Miranda, he noted that the restaging PET-CT scan showed no evidence of disease and that the previously documented noncalcified lung nodules and pleural thickening were not on the updated PET-CT. Given the follicular lymphoma component, he discussed the value of maintenance rituximab therapy.

**07/01/15**: At evaluation by Dr. Miranda, she had some residual fatigue and some recently worsening post treatment neuropathy. Given the follicular lymphoma component, he reviewed the use of maintenance rituximab. He started maintenance rituximab weekly x 4, every 6 months for total of 4 cycles starting in 8/2015. These were done as follows.

**08/12/15**:  Cycle 1 weekly rituximab x 4.

**09/16/15** – A restaging CT of the chest, abdomen, pelvis was performed but there was no evidence of recurrent lymphoma. She had an accessory splenule and her small bilateral pulmonary nodules were stable.

**02/03/16**:  Cycle 2 weekly rituximab x 4.

**03/16/16**: – On restaging CT of the chest, abdomen, and pelvis, there was no evidence of recurrent lymphoma. ████████████████████████████████
████████████████████

**08/24/16**:  Cycle 3 weekly rituximab x 4

**11/23/16**:  At a follow-up visit with Dr. Miranda, he wrote "[she] benefited from cancer rehab at Cancer Center at SMMC. Labs with normal CBC, CMP (11/14/16). Reviewed neuro workup, Dr. Patel-Negative MRI, brain, f/u CTC/A/P"

**01/20/17**:  She had another restaging CT of the chest, abdomen, and pelvis which showed a stable right middle lobe [RML] nodule, and additional stable small noncalcified nodules. There was no evidence of recurrent lymphoma.

**02/01/17**: She had a follow-up appointment with Dr. Miranda. Her complete blood count [CBC] was stable and her comprehensive metabolic panel [CMP] was normal except for increased blood glucose at 156. Recent CT scans were reviewed, which showed no evidence of recurrent lymphoma. He referred her to pulmonology for evaluation of the pulmonary nodules. The plan was to complete the maintenance Rituxan with the cycle starting today.

**02/01/17**:  Cycle 4 weekly rituximab x 4.

**02/22/17**:  Final dose, week 4, cycle 4 rituximab maintenance.

**07/18/17**: She had another restaging CT scan of the chest, abdomen, and pelvis. There was no evidence of recurrent lymphoma. Her RML and other nodules were stable.

**07/31/17**: ███████████████████████████████████ They reviewed the interval events since her last visit in 2014. The notes reference her lymphoma, surgery, and R-CHOP followed by maintenance chemotherapy ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

**08/04/17**: She had another follow-up with Dr. Miranda. He reviewed her CT scan of the chest, abdomen, and pelvis, which showed stable pulmonary nodules. Ms. Perkins reported ████████████████ ███████ She felt ██████████████████████, but no overt B symptoms (systemic lymphoma symptoms). The plan was for follow-up in 6 months.

**09/27/17**: ████████████████████████████████████ Her history of NHL was reviewed. ████████████████████████████████████████████████████████████████████

**11/29/17**: ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

**01/23/18**: She followed up with Dr. Miranda who reviewed her restaging CT of the chest, abdomen, and pelvis. Again, there was no evidence of recurrent lymphoma. She had stable pulmonary nodules.

**01/23/18**: A restaging CT of the chest, abdomen, pelvis showed no evidence of either recurrent lymphoma or new pulmonary nodules, but there was a minimal increase in her left lower lobe nodule (6 x 5 mm vs. 5 x 5 mm). She had no change in her RML nodule.

**08/01/18**: She had a follow-up visit with Dr. Miranda. He reviewed her prior history and last restaging CT. The plan was to repeat CT in 1/2019 and monitor with follow-up every six months.

**08/30/18**: Another restaging CT of the chest, abdomen and pelvis showed no evidence of recurrent lymphoma. She had stable pulmonary nodules.

**01/23/19**: At her follow-up with Dr Miranda, he reviewed her prior staging CT scans noting the stable pulmonary nodules but no evidence of recurrent lymphoma. She had normal labs including normal IgG and LDH. The plan was to continue follow-up every six months, with CT scans only as needed.

**07/24/19**: She had a follow-up office visit with Dr. Miranda. Prior complete blood count [CBC] results were reviewed and showed a period of increased absolute lymphocyte count [ALC] with a 4/16/19 WBC of 11.9, a 5/28/19 WBC of 13.8, and a 7/10/19 WBC of 11.6 (differential showed borderline increased ALC, and mild increase eosinophils).

A follow-up bone marrow biopsy was considered for chronic absolute lymphocytosis but a repeat complete blood count [CBC] at the time of this visit was normal at 9.6. She was complaining of migratory bone pain. ██████████████████████████████████████████████████████████ ███████████████████████████████████████████ She was tapered off her steroid, though at the time of this office visit her medication list included prednisone 20 mg daily. A PET-CT was recommended with attention to bone given her new migratory bone pain.

Her long-term prognosis was described as uncertain in the setting of follicular lymphoma, though there was no evidence of recurrent disease at that time.

**08/05/19**:  A PET-CT showed no evidence for active disease. The lung nodules were negative on PET and described as tiny and unchanged.

**08/08/19**: A follow-up appointment with Dr Miranda included review of the negative PET scan. No biopsies were felt to be indicated. The plan was to follow her clinically.


## EXPOSURE HISTORY

Ms. Perkins had a history of exposure to glyphosate (Roundup™) over many years. She recounted her exposures as follows.

She used Roundup™ largely related to gardening and yard maintenance at both rental and owned properties, which are listed below. She never used it as part of any employment or work-related activities.

She generally sprayed Roundup™ during the early morning and late evening, at least weekly, on these properties. She used both handheld sprayers and gallon containers of Roundup™. She did not use a backpack sprayer or tank sprayer. To her knowledge, she did not use a concentrate of Roundup™. She poured Roundup™ from a gallon container into a spray dispenser and estimated that she used approximately one gallon and three hand-held sprayers yearly.

She used no protective clothing. She would spray in sandals and shorts. She did not wear eyeglasses or goggles but did wear wrist-length gloves. She did not recall any history of spills or malfunction of the spraying devices. She denied use of any other herbicides or pesticides.

Because of numerous moves, she resided in multiple residences between 1981 and her last residence, to which she moved in 2011. She first used Roundup™ in 1981 at her residence, a house on Lake Park

Drive in Arlington, TX. In 1984, she moved to an apartment in Geary, San Francisco, CA, where she continued to use Roundup. In 1985, she moved to Park Manor, Daly City, CA where she used Roundup<sup>TM</sup> on a regular basis for yard and walkway maintenance. In 1989, she moved to Mira Flora, Mission Viejo, CA, where she remained for 4 years and again used Roundup<sup>TM</sup> on a regular basis for yard maintenance. She then moved to Cota de Caza, CA, in 1993 where she remained for 1 year and again used Roundup<sup>TM</sup> for regular yard maintenance. In 1993, she moved to a rental in Sheffield in Daly City, CA, and frequently used Roundup<sup>TM</sup> there.

In 2004, she moved to Morning Dove, Midlothian, TX, where she continued to use Roundup<sup>TM</sup> on a regular basis. There she met her future husband, Otto Perkins, and they moved to Pleasant Hill, CA, into a rental town house and she again used Roundup<sup>TM</sup> as part of her yard maintenance on a regular basis In late 2004, she moved to another rental townhouse on Heron Street in Pittsburg, CA, where she used Roundup<sup>TM</sup>. In 2006, she returned to Dallas, TX, where she and her husband owned a home for 1 year and used Roundup<sup>TM</sup> for regular yard maintenance.

Between 2007-2011, she lived in four residences and reported using Roundup<sup>TM</sup> at all locations. In order, these were: 11th Street in Antioch, CA; Sagebrush, Rio Vista, CA; Trilogy, Rio Vista, CA; and, Coronation Drive in Brentwood, CA. In 2011, she moved to a rental property at Laguna Woods, Buena Vista, CA where she continued to use Roundup<sup>TM</sup> until 2012.

Her chronological list of residences at which she reported use of Roundup<sup>TM</sup> is as follows.

| Year | Residence |
|------|-----------|
| 1981 | Arlington,Texas |
| 1984 | Geary, San Francisco, CA |
| 1985 | Park Manor, Daly City, CA |
| 1989 | Miraflora, Mission Viejo, CA |
| 1993 | Cota de Caza, CA |
| 2004 | Morning Dove, Midlothian, TX |
| 2004 | Pleasant Hill, CA |
| 2004 | Heron Street, Pittsburg, CA |
| 2006 | Marde, Dallas, TX |
| 2007 | ▮▮▮▮▮▮, Antioch, CA |
|      | Sagebrush, Rio Vista, CA |
|      | Coronation, Brentwood, CA |
|      | ▮▮▮▮▮▮, Rio Vista, CA |
| 2011-Present | Laguna Woods, Buena Vista, CA |

<u>**ANALYSIS**</u>

<u>**Biology of Lymphoma Development**</u>

The development of all cancers, including lymphomas, involves the alteration (mutation) of DNA, which is the genetic material within each cell controlling all biological functions of that cell. With increasing numbers of genetic alterations, a cell gains or loses important biological functionality. Eventually, the genetically altered cell (and its clones) behave increasingly abnormally, resulting in malignant biologic behavior–cancer. Most important among these alterations are changes to certain genes that normally inhibit continued unchecked growth of a cell. Loss of these important inhibiting functions allow cells to continually divide and replicate into a mass-forming clone of nearly identical abnormal cells. Other important genetic alterations include changes to the production of cell adhesion molecules, allowing cells to migrate in abnormal ways and to grow (and even thrive) in otherwise hostile cellular milieus away from their normal locations. Other mutations allow abnormal clones to evade a host's normal immune response, which typically detect and kills abnormal cells.

While the causes of all mutations are not known, we do know about many risk factors that increase the likelihood of mutations. In addition, there are some agents that specifically alter genes and are known to lead to malignancy at a high rate. An important part of an oncologic patient's evaluation is the elicitation of history pertaining to risk factors to determine the specific causes of that type of malignancy. This elicitation includes a social history regarding the use of tobacco, alcohol, and other drugs, and whether there has been exposure to certain infections. The questioning also includes a family history to elicit any patterns of inherited propensity toward malignancies. An occupational history is necessary to identify chemical, radiation, and environmental exposures.

The inclusion of this important part of a patient's history is critical for a variety of reasons. In some cases, the elimination of risk factors may help treat, or even decrease the likelihood or recurrence of the cancer. Reduction of future exposure may also decrease risk of secondary cancers. Awareness of some factors may guide surveillance for development of other. Furthermore, knowledge of some of these factors may help stratify patients into risk groups that may affect treatment choices or prognostication. Cancer patients are often anxious to have guidance, both to understand why they developed cancer and how they can modify their risks in the future. Finally, knowledge of possible environmental factors may prove helpful in identifying unknown risk factors for future study.

Again, very common risk factors for some cancers include tobacco use, alcohol use, and certain types of infections. Other factors are implicated in only specific types of cancer, e.g., the association between asbestos exposure and malignant mesothelioma or adenocarcinoma of the lung, ultraviolet light exposure and many skin cancers.

Proximate causes represent specific changes in cellular DNA either through direct mutation of the base pairs in DNA, through chromosomal rearrangements, or through losses of large segments of DNA. These

mutations control both the rate of cell division and the survival of cells containing these mutated or altered genes. In some cases, these alterations lead to activation of specific genes, known as oncogenes which, when expressed at high levels, cause increased cell proliferation and resulting accelerated acquisition of additional mutational changes. Conversely, loss of function of some genes, called "tumor suppressors" (the cell's brakes on cell growth and proliferation), will similarly result in high risk for malignancy as a result of increased cell proliferation and loss of normal controls on growth. The underlying cause of these mutations that subsequently lead to the development of cancer represents the underlying ultimate cause of the malignancy.

Like virtually all cancers, lymphomas originate because of DNA changes. Some lymphomas are occasionally linked to family history, due to inherited germ line mutations in susceptibility genes with which the patient is born. However, the overwhelming cause of most lymphomas is acquisition of genetic changes occurring during an individual's life, often as a result of exposures that increase the risk of these genetic changes. The distinct lymphoma subtypes are often characterized by very specific gene or chromosomal changes, such as seen in follicular lymphoma, in which there is translocation (crossing of genetic material from one chromosome to another) of DNA between chromosomes 14 and 18, resulting in activation of the BCL-2 oncogene. The causes of these genetic changes represent the risk factors that are the ultimate cause of the malignancy.[1]

Logically, the number of mutations in any particular follicular lymphoma is directly related the risk of transformation.[2] The original initiating event is a genetic change in a lymphoid cell, predisposing the cell host to follicular lymphoma. Additional genetic mutations then increase the chance of mutation. Some environmental toxins have multiple effects, both genotoxic and promotional—meaning in addition to producing mutations, they also directly enhance increased cell replication and survival, further enhancing the malignant process and potentially leading to such transformation events. The continued exposure to such agents over years increases the risk and evolution of these sequential changes, which leads to tumor progression into a more aggressive disease.

There is also increasing recognition of a "premalignant" component to lymphomas, including follicular B cell lymphoma.[3] Similar to many other cancers, such as colorectal and breast cancer, this premalignant component raises concerns about the influence of environmental exposures and the time course in which they contribute to malignancy. These exposures may result in progressive changes over a more prolonged period through both genotoxic as well as non-genotoxic effects. Thus, they may potentially play a role in the origin of these early precursor lymphoid lesions as well as, through later exposures, enhance progression of these precursor lesions into frank malignancy. Conversely, they may also result in a more rapid initiation and progression of malignancy after shorter lengths of exposure (few years to decade). Both intrinsic biological and extrinsic environmental factors are among those factors known to increase the risk of developing this type of lymphoma through the acquisition of genetic mutational changes.

The current understanding of cancer risk factors, including those for non-Hodgkin's lymphomas [NHL], reflects the careful accumulation of evidence from epidemiologic observational studies including case-control studies and long-term prospective cohort studies. These studies seek to determine the strength

and consistency of associations between both exposures and lifestyle features and the overall NHL risk. As well, these data help assess associations with distinct NHL subtypes. One subtype of NHL is DLBCL.

As recognized by American Cancer Society,[4] multiple risk factors have been identified for some lymphomas. These factors include:

1. Age – Increased age is a risk factor for many lymphomas. With lymphoma most commonly occurring in people over the age of 60.
2. Gender – Most lymphomas are more common in men than women.
3. Race, ethnicity and geography – NHL is more common in developed countries and in the United States is more common among whites than other ethnic groups.
4. Family history – NHL is more common in those with a first degree relative with NHL.
5. Exposure to certain chemicals and drugs – Some chemicals, such as benzene, herbicides, and insecticides are linked to increased risk of NHL. Some chemotherapy drugs and drugs used to treat rheumatoid arthritis [RA] increase the risk of NHL, though the latter is somewhat confounded by the intrinsic risk imparted by RA itself.
6. Radiation exposure – Survivors of atomic bombs, nuclear reactor accidents, or patients treated with radiation therapy for other cancers have an increased risk of developing NHL.
7. Immunocompromised state – The presence of immune deficiency syndromes, either as a primary disease state or secondary to immunosuppressive medications or HIV infection, increases the risk of developing NHL.
8. Autoimmune diseases – Some autoimmune diseases impart in increased risk of developing NHL as a result of overstimulation of the lymphocytes increasing the rate of division. These diseases include RA, systemic lupus, and other autoimmune diseases.
9. Infections – Some infections, particularly human T-cell lymphotrophic virus [HTLV], human herpes virus type 8 [HHV-8], and Epstein-Barr virus [EBV] can cause lymphocyte transformations that result in NHL. Other infectious organisms (*Helicobacter pylori*, hepatitis C virus, and others) cause chronic immune stimulation and can lead to the development of NHL.
10. Body weight and diet – People who are obese or eat diets high in certain types of foods are possibly at an increased risk of developing NHL.

Of most interest in this case is the fairly recently documented increased risk of development of this type of lymphoma in patients with a history of exposure to the commonly used herbicide glyphosate (Roundup[TM]). To analyze this case, I reviewed completely the past medical history and medical course following diagnosis of Ms. Perkin's DLBCL. My goal was to determine whether each of the known risk factors did or may have contributed to Ms. Perkin's risk for NHL, specifically DLBCL. Accordingly, the first section will explain Ms. Perkins' diagnosis generally. The second section will be an evaluation of her risk of NHL from exposures that were non-chemical. The third section will analyze the current literature to evaluate the risk of NHL imparted by her glyphosate exposures.

**Non-Chemical and Chemical Risk Factors Relating to Ms. Perkins' Lymphoma**

Ms. Perkins' Diagnosis

At the time of diagnosis, Ms. Perkins had a mixed endocervical lymphoma, 20% of which was a diffuse large-cell lymphoma and 80% of which was a follicular lymphoma. This is a very rare cancer.[5][6][7][8] Rather than two independent lymphomas, this patient's disease represents an ongoing transformation of a low-to-intermediate grade follicular lymphoma into a DLBCL. This transformation is well-described in the literature and occurs at a rate of ~2 to 3% per year. When this transformation occurs in the setting of long-standing low-to-intermediate follicular lymphoma, it is often associated with development of rapid progression, treatment resistance, and poor prognosis.[9][10]  However, when present at the initial diagnosis as a Stage I lymphoma, particularly with isolated extranodal involvement (Stage IE) as in Ms. Perkins' case, the prognosis is much better.

Role of Non-Chemical Exposure Factors in the Development of Ms. Perkins' NHL

*Non-Modifiable Risk Factors*
Ms. Perkins was ▮▮▮▮▮▮▮▮ at the time of diagnosis of NHL. She is of western European descent. ▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮ She had no history of exposure to radiation. Based on her age and ethnicity she had a very slightly increased risk of developing NHL. These factors cannot be changed by alterations of lifestyle or occupation. The imparted risk based purely on these non-modifiable factors is extremely low and cannot fully explain development of her lymphoma.

*Modifiable Risk Factors*
Smoking tobacco and using alcohol are not identified as specific risk factors for lymphoma, but they are known significant risk factors for development of many other types of cancer. Even so, it is worth noting that she was reported to be a lifelong non-smoker and non-drinker.

Obesity has been associated with lymphoma[11] and is a shared risk factor for many cancers. Regarding lymphoma, obesity at an early age may be particularly important,[12]  but its contribution as a risk factor still remains controversial. ▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

*Infectious Agents*

mechanism. The HPV is incorporated into the epithelial cells and directly activates the genetic changes including overexpression of p16 protein which leads to alteration of other biologic pathways directly leading to unchecked cell growth and increased genetic alterations. In some cases, these biologic changes eventually lead to cancers. In contrast, only rare reports indicate association between HPV and cervical lymphoma.[13] Unlike squamous epithelial cells, lymphocytes are not directly infected by HPV, so this mechanism of malignant change is not present with lymphocytes. It is believed that the possible slightly increased risk is caused by the secondary, chronic cervical inflammation in cases in which HPV had not been cleared either by surgery or a patient's immune system.



*Autoimmune Disease*

Some autoimmune diseases are associated with an increased risk of developing NHL, partly as a direct result of the activation of the immune response as part of autoimmunity and, in some cases, as a result of the immunomodulatory medications used to treat them, e.g., methotrexate, tumor necrosis factor [TNF] inhibitors, other immune-modifying therapies.

<u>Role of Glyphosate Exposure in the Development of Ms. Perkins' NHL</u>

The most consistent and ubiquitous risk factor in Mrs. Perkins exposure history is the continued use, beginning in 1981, of glyphosate (Roundup™) for her yard, walkway and garden maintenance. This exposure continued in multiple residences, continuously through her most recent home in 2014.

Prolonged exposure at intermittent high doses during active spraying coupled with the very long-term chronicity of her exposure is within the range of exposure levels that have been documented to contribute to lymphoma risk. Heavy use of glyphosate (Roundup™) in the home landscaping setting is a documented risk for development of NHL.

Environmental/chemical exposures are typically associated with the development of malignancies as a result of two factors—dose of exposure and duration of exposure. Similar to many malignancies, lymphoma is now recognized to have a long pre-malignant phase before evolution to frank clinical lymphoma. Malignancies that follow this pattern result from many genetic mutations over time, and prolonged or recurrent exposure to causative agents is a common feature.

*Epidemiologic Studies Documenting Risk of NHL with Agricultural Occupation*
Beginning in the early 1990s, the Agricultural Health Study [AHS], a large prospective cohort study was initiated in North Carolina and Iowa with the goals of determining the cancer risks among men,  versus women, as well as whites versus minorities, who had direct exposure to pesticides and other agricultural agents. It also sought to identify non-cancer related illness associated with pesticide exposure, potential effects of secondary exposures on spouses and children of agricultural workers; it also attempted to correlate exposures with disease risk based on biomarkers, genetic predictors of risks, and lifestyle factors. One goal of the study was to assess the impact of multiple exposures on disease risk.[16]

A recent analysis of cancer incidence in the AHS after 20 years of follow-up**,** based on 12,420 cancers in a cohort of private pesticide applicators, their spouses, and commercial applicators, found an excess of some cancers including prostate cancer, lip cancer, acute myeloid leukemia [AML], thyroid cancer, testicular cancer, and peritoneal cancer.[17] However, the AHS had very low follow up response (a loss of almost 40%) and serious exposure misclassification with regard to glyphosate-based formulations. Therefore, not much weight can be attributed to the glyphosate formulation date particularly given the huge increase in the use of glyphosate-based formulations over the study period.

One very large long-term multi-institutional lymphoma study assessing the risk factors for NHL was the *International Lymphoma Epidemiology Consortium (InterLymph) Non-Hodgkin Lymphoma Subtypes*.

This study pooled data from 20 case-control studies (17471 NHL cases, 23096 controls) from North America, Europe, and Australia. It is currently the largest and most comprehensive investigation of potential risk factors for a broad range of common and rare NHL subtypes to date. This study evaluated 11 specified NHL subtypes and assessed medical history, family history, lifestyle factors, and occupation for each of these 11 subtypes. One clear finding was the significant heterogeneity among occupations associated with increased risk of follicular lymphoma and, particularly DLBCL, with increased risk for women in the occupation of field crop/vegetable farm worker (OR = 1.78).[18][19][20][21]

*Epidemiologic Studies Examining Risk of NHL with Glyphosate Exposure*

A study published in 2003 examined pooled data from three case-control studies on NHL in the midwestern United States.[22] The study, by De Roos and colleagues, was an analysis of 47 pesticides simultaneously, controlling for confounding by other pesticides as risk factors for NHL in a pooled analysis of 3417 male farm workers. They noted that the use of particular pesticides, including the insecticides coumaphos, diazinon, fonofos, chlordane, dieldrin, and copper acetoarsenite, as well as the herbicides atrazine, glyphosate, and sodium chlorate were associated with increased NHL risk, with a trend toward increasing risk with exposures to multiple pesticides. The odds ratio [OR] for glyphosate increasing the risk of developing NHL was 2.1 with a 95 percent confidence interval of 1.1 to 4.0 (OR 2.1; 95% CI: 1.1-4.0). This doubling of the risk was statistically significant. The significant risk remained after logistic regression was performed. A subsequent hierarchical regression analysis reduced the OR to 1.6 (95% CI: 0.9-2.8). However, most clinicians tend not to rely on hierarchical regression analysis because of the numerous assumptions made in that type of analysis, which assumptions change over time. (For example: assumptions on glyphosate/glyphosate-based formulations did in fact change because IARC made an assessment and, therefore, presumably the hierarchical regression analysis would have changed.)

In a subsequent study published in 2005, De Roos and colleagues specifically analyzed data from the AHS to evaluate the association between glyphosate exposure and cancer incidence. They evaluated both private and commercial pesticide applicators, of whom over 75% reported having used glyphosate, the overwhelming majority of whom were men (97%). They evaluated whether participants personally mixed the glyphosate or applied premixed products directly. They also attempted to estimate quantitative exposure by recording days of use per year, years of use, and quantity of use per day. This study showed that glyphosate exposure was not associated with cancer incidence overall or with most of the cancer subtypes studied but did suggest association with multiple myeloma incidence, requiring follow-up assessment. The authors acknowledged that because of its widespread use, further assessment of the role of glyphosate and long-term health risks was warranted, including of the risks for less common cancers.[23]

In 2001, a multicenter population-based, case-controlled study by McDuffie, *et al.*,[24] enrolled men from all six provinces of Canada with varied occupational and non-occupational exposures to pesticide. With 517 cases and 1506 controls, the risk of NHL was statistically significantly increased among individuals exposed to glyphosate more than two days per year (OR 2.12; 95% CI: 1.20-3.73). This doubling of the risk was statistically significant. Importantly, among individual pesticides, carbaryl, lindane, DDT, and malathion insecticides, and captan fungicide user/nonuser were included in the initial multivariate model

and found not to contribute significantly to the risk of NHL. The risk was adjusted for age and province of residence.

In 2002, Hardell and colleagues[25] reported a pooled analysis performed on two case-control studies from Sweden, one on NHL and another on hairy cell leukemia [HCL]. The analysis included 515 cases and 1141 controls and specifically queried multiple different pesticides. Among the herbicides, there was a significant association for NHL risk with glyphosate exposure (OR 3.04; 95% CI: 1.08-8.52) exposure. A subsequent population-based case-control study published in 2008 from the same group of researchers[26] assessed exposure to pesticides as risk factor for NHL. This study included a total of 910 cases and 1016 controls enrolled from December 1, 1999, to April 30, 2002. Both arms had a greater than 90% participation rate in the survey. This study showed that exposure to glyphosate imparted a twofold risk of NHL (OR 2.02; 95% CI 1.10-3.71) and the association was strengthened with >10 years latency period (OR 2.26, 95% CI 1.16-4.40) meaning the association was stronger in those patients with exposure greater than 10 years in the past as opposed to only more recent exposure. This comports with the known delay in development of lymphomas due to the necessary development of multiple different mutations over time.

A systematic review and series of meta-analyses on the risk of NHL and occupational exposure to agricultural pesticides was published in 2014.[27] This article included an analysis of 21 pesticide chemical groups and 80 active ingredients. This analysis was confined largely to studies in high-income countries and was restricted to studies published since 1980. The meta-analysis included multiple publications from the Agricultural Health Study, six papers from pooled analyses of three case-control studies conducted by the National Cancer Institute [NCI], case-control studies from California and western Washington State, two reports from the Cross-Canada Study, four reports from the Swedish case-control studies, as well as New Zealand and Australian case control studies. Random effects meta-analyses demonstrated a positive association of glyphosate with overall B-cell lymphoma risk with a meta risk ratio of 2.0.

A very recent (published in 2019) pooled analysis of pesticide use and risk of NHL in large agricultural cohorts from France, Norway, and the USA (from the AGRICOH consortium), assessed the relationship of any use of 14 pesticide chemical groups and 33 individual active chemical ingredients with NHL overall and major subtypes of NHL. DLBCL, a subtype of NHL, was found to be associated with glyphosate exposure (hazard ratio 1.36, 95% CI 1.00-1.85).[28]

In another very recent (2019) article, Zhang and colleagues conducted a new meta-analysis including the most recent update of the Agricultural Health Study [AHS] cohort published in 2018 as well as five case-control studies. By using the highest exposure groups available within each study, they noted the overall meta-relative risk [meta-RR] for NHL in glyphosate-based herbicide [GBH]-exposed individuals was increased by 41% (meta-RR = 1.41). In a secondary meta-analysis, again using high-exposure groups with the earlier AHS (2005), they calculated a meta-RR for NHL in glyphosate-exposed individuals of 1.45 (95% CI: 1.11-1.91). They also reviewed animal studies of the relationship between malignant lymphoma and glyphosate and discussed potential associations between glyphosate and

immunosuppression, endocrine disruption, and genetic alterations commonly associated with NHL or lymphomagenesis. The authors concluded that, based on their meta-analysis and the findings from experimental animal and mechanistic studies, there was "a compelling link between exposures to GBHs and increased risk for NHL."[29]

*Pawha* and colleagues, published a detailed analysis of glyphosate use and the risks of NHL overall and for major histologic subtypes, from the North American Pooled Project [NAPP]. They analyzed NHL cases and controls from the 1980s and 1990s from Canada and the Midwestern US and self-reported information on ever use, duration, frequency and lifetime days of use of glyphosate related to overall NHL risk as well as risk by major histologic subtypes. Ever use of glyphosate had a significant increase in NHL risk (OR=1.43). Risks were elevated for most lymphoma NHL subtypes except for follicular lymphoma (OR=1.00). In handling glyphosate for more than two days per year was associated with significantly higher risks of NHL (OR=2.42) and DLBCL (OR=2.83). There were suggestive risk increases for NHL, follicular lymphoma, and small lymphocytic lymphoma with greater lifetime-days of glyphosate use. Overall, the risk differences by histologic subtype were not consistent across glyphosate use metrics and may have been chance findings.[30]

*Cellular and Animal Studies*

There is substantial research from animal and human studies confirming genotoxic and other critical effects on cellular replication, including cell cycle regulation, that explain the risks of both glyphosate and glyphosate-containing herbicides in causing NHL. Many of the genotoxic studies utilized the comet assay,[31] a single-cell gel electrophoresis assay that is technically simple, relatively fast, and cheap. Using this assay, DNA damage can be investigated in virtually all mammalian cell types without requirement for cell culture.

There are numerous in vitro animal studies that confirm the genotoxic effect of both the Roundup[TM] formulation as well as glyphosate itself.[32 33 34 35 36]  In addition, there is a growing number of research studies documenting the in vitro effect of Roundup[TM] and glyphosate on genotoxicity and cytotoxic effects in human cell lines.[37 38 39 40 41 42] Studies have also shown more diverse effects including altered gene transcription, dysregulation of cell cycle controls, and altered mitochondrial oxidative phosphorylation,[43 44 45 46 47] all of which may influence the risks for cancer progression beyond the purely genotoxic and mutational effects of glyphosate or the Roundup[TM] formulation.

An assessment reported in 2009 by Bolognesi and colleagues[48] of possible direct biologic risks to agricultural workers exposed to glyphosate formulation was carried out in five regions of Colombia, where the exposures to glyphosate and other pesticides varied. They obtained data on the workers (predominantly women), including their current health status, history, lifestyle, past and current occupational exposure to pesticides, and factors that might be associated with increased frequency of binucleated cells with micronucleoli [BNMN]. They obtained blood samples prior to spraying, at 5 days, and again 4 months after spraying, then cultured their lymphocytes and applied the cytokinesis-block micronucleus cytome assay to evaluate for chromosomal damage and cytotoxicity. They noted regional variations at baseline in test results and also that  in the post-spray samples that those who reported direct

contact with the eradication spray showed a higher quantitative frequency of BNMN compared to those without glyphosate exposure, although the increase in frequency of BNMN observed immediately following glyphosate spraying was not consistent with the rates of application used in the regions. The authors concluded that there was evidence indicating a genotoxic risk associated with exposure to glyphosate in the areas where the herbicide is applied.

Wang and colleagues assessed the effect of glyphosate in a mouse-line Vk*MYC, an animal model for multiple myeloma and lymphoma, with sporadic MYC activation in germinal center B-cells. Glyphosate-exposed Vk*MYC mice developed progressive hematologic abnormalities and plasma cell neoplasms as well as multiple organ dysfunction. They developed benign monoclonal gammopathy with increased serum IGG and plasma cells in spleen and bone marrow as well as upregulated activation-induced cytidine deaminase (AID). These findings strongly support glyphosate as a risk factor for B-cell malignancies including NHL and support the epidemiologic findings of glyphosate-induced B-cell lymphomas.[49]

*Position Statements from Agencies*
The International Agency of Research on Cancer [IARC] classified glyphosate as a probable human carcinogen (class 2A) in March 2015 after thorough, independent, and rigorous investigation by independent researchers and investigators in the field.[50]

IARC is a division of the World Health Organization [WHO] (https://www.iarc.fr/), established in 1965 as an independent body to assess potential human hazards that can cause cancer. For IARC to evaluate the potential carcinogenicity of a substance, it must have ubiquitous human exposure and there must be some preliminary data to suggest a potential harm and carcinogenicity. IARC reviews peer-reviewed published literature including epidemiologic studies, animal data, and genotoxicity studies. In addition, IARC assesses plausible mechanisms of action for possible carcinogenicity of the studied compound. As of the last update on 11/09/18, IARC had evaluated 1,013 substances since its inception. This shows the high selectivity of IARC in deciding which substances to evaluate. Of these, only 20% were classified as either group 1 (human carcinogens) or 2A (probable human carcinogens). In the above referenced review of both the epidemiologic, animal and mechanistic studies, 217 expert scientists evaluated the carcinogenic hazard for four insecticides and the herbicide glyphosate. The working group concluded that the data for glyphosate met the criteria for classification as a probable human carcinogen. The Working Group [WG] classified glyphosate as "probably carcinogenic to humans" (Group 2A).

In contrast, in 2016, the US Environmental Protection Agency [EPA], as part of its cancer classification and risk assessment recommendations, reevaluated the human potential carcinogenicity of glyphosate utilizing the "framework for incorporating human epidemiological and incident data in health risk assessment." In December 2016, the EPA convened the FIFRA SAP to review this evaluation. Based on weight-of-evidence evaluation, the agency concluded that glyphosate is classified as "not likely to be carcinogenic in humans."[51] In 2019, the EPA reconfirmed its opinion that glyphosate is not likely to be carcinogenic in humans.

The European Food Safety Authority [EFSA], the primary agency of the European Union that assesses risks regarding food safety reported in October 2015 its evaluation of the Renewal Assessment Report [RAR] for glyphosate prepared by the Rapporteur Member State, the German Federal Institute for Risk Assessment [BfR]. This group concluded that glyphosate is unlikely to pose a carcinogenic hazard to humans and the evidence does not support classification with regard to its carcinogenic potential. Other regulatory agencies have made the same conclusions as EPA and EFSA.

In a subsequent report,[52] the differences between the IARC and the EFSA assessments were reviewed with a conclusion that there were multiple serious flaws in the scientific evaluation in the EFSA/RAR assessment that incorrectly limited the potential carcinogenic hazard from glyphosate exposure. In evaluating the human studies, the EFSA/RAR classified all of the case–control studies as "not reliable," noting that data on glyphosate exposure, smoking status, and/or previous diseases had not been assessed. The critique's conclusion was that this was, in fact, not the case and the IARC WG carefully and thoroughly evaluated all available epidemiology data, considering the strengths and weaknesses of each study before its determination.

In addition, two meta-analyses cited in the IARC monograph were carefully preformed, objective evaluations and demonstrated a consistent positive association between glyphosate and NHL. As noted above, a meta-analyses not available at the time of this IARC investigation, from Zhang,[33] of the AHS and several case-control studies, confirmed the positive association between glyphosate exposure and NHL. Further, EFSA concluded "No evidence of carcinogenicity was confirmed by the large majority of the experts (with the exception of one minority view) in either rats or mice due to a lack of statistical significance in pair-wise comparison tests, lack of consistency in multiple animal studies and slightly increased incidences only at dose levels at or above the limit dose/maximum tolerated dose [MTD], lack of pre-neoplastic lesions and/or being within historical control range."

In fact, the IARC WG did find significant carcinogenic effects in laboratory animals for rare kidney tumors, hemangiosarcoma in two mouse studies, and benign tumors in two rat studies. EFSA also disagreed with the IARC WG finding that "there is strong evidence that glyphosate causes genotoxicity" by suggesting that unpublished evidence not seen by the IARC WG was overwhelmingly negative. Again, the IARC assessment concluded that there was strong evidence of genotoxicity and oxidative stress for glyphosate and that this research was accessed entirely from publicly available research which included findings of DNA damage in the peripheral blood of exposed humans. As they concluded in their report,

> the most appropriate and scientifically based evaluation of the cancers reported in humans and laboratory animals as well as supportive mechanistic data is that glyphosate is a *probable human carcinogen*. On the basis of this conclusion and in the absence of evidence to the contrary, it is reasonable to conclude that glyphosate formulations should also be considered likely human carcinogens.

IARC performed a Bradford Hill analysis that strongly supports that glyphosate-based formulations such as Roundup[TM] cause a cancer known as non-Hodgkin lymphoma.

Finally, I reviewed the expert reports of Dr. Christopher Portier, Dr. Beate Ritz, and Dr. Dennis Weisenburger, which confirmed my independent analysis that glyphosate (Roundup$^{TM}$) causes a cancer known as non-Hodgkin lymphoma.

## CONCLUSIONS/SUMMARY

To reasonable medical certainty, based the foregoing analysis and

1) a careful review of the potential causes of NHL
2) the extensive glyphosate medical literature, including epidemiologic and mechanistic studies cited above
3) Ms. Perkins' medical history, lifestyle, and exposure history
4) Ms. Perkins' extensive medical records
5) my training, including my residency at Memorial Sloan Kettering Cancer Center and my medical oncology fellowship at New York Hospital–Cornell Medical Center
6) my research and publications on the management of large B-cell lymphoma
7) my experience teaching medical students, residents and fellows as part of the Yale Medical School Faculty
8) my 35 years of clinical practice in the field of oncology, specifically treating lymphoma patients
9) my work as a board member of the Yale-based research group, Environment and Human Health [EHHI], Inc.
10) my long experience educating patient groups on the origins of cancer and risk reduction and outcomes in cancer survivorship
11) my review of the provided legal documentation, including deposition transcripts
12) the essential exclusion of other potential risk factors including body habitus and age, that could be causative, i.e., the application of a critical differential diagnosis and
13) Ms. Perkins' three-decades-long exposure to glyphosate (Roundup$^{TM}$)

Ms. Perkins' NHL (specifically, DLBCL) was caused by her glyphosate (Roundup$^{TM}$) exposure as detailed above.

Sincerely,

D. Barry Boyd, M.D.
Assistant Clinical Professor of Medicine, Yale University School of Medicine

[1]     Lim MS, et al. "Molecular Genetics in the Diagnosis and Biology of Lymphoid Neoplasms" Am J Clin Pathol. 2019 Aug 1;152(3):277-301.

[2]     Gonzales-Rincon J, et al. "Unraveling transformation of follicular lymphoma to diffuse large B-cell lymphoma" PLoS One. 2019 Feb 25;14(2):e0212813.

[3]     Fend F, et al. "Early lesions in lymphoid neoplasia: Conclusions based on the Workshop of the XV. Meeting of the European Association of Hematopathology and the Society of Hematopathology, in Uppsala, Sweden" J Hematop. 2012 Sep;5(3).

[4]     American Cancer Center Website :  https://www.cancer.org/cancer/non-hodgkin-lymphoma/causes-risks-prevention/risk-factors.html.

[5]     Hashimoto A, et al. [Primary diffuse large B-cell lymphoma of the uterine cervix successfully treated with rituximab plus cyclophosphamide, doxorubicin, vincristine, and prednisone chemotherapy-a case report]. Gan To Kagaku Ryoho. 2013 Dec;40(13):2589-92.

[6]     Upanal N, Enjeti A. "Primary lymphoma of the uterus and cervix: two case reports and review of the literature". Aust N Z J Obstet Gynaecol. 2011 Dec;51(6):559-62.

[7]     Nasioudis D, et al. "Primary lymphoma of the female genital tract: An analysis of 697 cases". Gynecol Oncol. 2017 May;145(2):305-309.

[8]     Vang R, et al. "Non-Hodgkin's lymphomas involving the uterus: a clinicopathologic analysis of 26 cases". Mod Pathol. 2000 Jan;13(1):19-28.

[9]     Fischer T, et al. "Transformed follicular lymphoma." Ann Hematol. 2018 Jan;97(1):17-29.

[10]    Kridel R, et al. "Histological Transformation and Progression in Follicular Lymphoma: A Clonal Evolution Study" PLoS Med. 2016 Dec 13;13(12):e1002197.

[11]    Abar L, et al. "Body size and obesity during adulthood, and risk of lympho-haematopoietic cancers: an update of the WCRF-AICR systematic review of published prospective studies." Ann Oncol. 2019 Apr 1;30(4):528-541.

[12]     Hidayat K, et al. "Anthropometric factors and non-Hodgkin's lymphoma risk: systematic review and meta-analysis of prospective studies." Crit Rev Oncol Hematol. 2018 Sep;129:113-123.

[13]     Intaraphet S, et al. "Human papillomavirus infection and lymphoma incidence using cervical conization as a surrogate marker: a Danish nationwide cohort study". Hematol Oncol. 2017 Jun;35(2):172-176.

[14]     de Sanjosé S, et al. "The natural history of human papillomavirus infection". Best Pract Res Clin Obstet Gynaecol. 2018 Feb;47:2-13.

[15]     Zhang W, et al. "The Clearance of High-Risk Human Papillomavirus is Sooner After Thin Loop Electrosurgical Excision Procedure (t-LEEP)." J Invest Surg. 2018 Sep 13:1-6.

[16]     Alavanja MC, et al. "The Agricultural Health Study" Environ Health Perspect. 1996 Apr;104(4):362-9.

[17]     Lerro CC, et al. "Cancer incidence in the Agricultural Health Study after 20 years of follow-up" Cancer Causes Control. 2019 Apr;30(4):311-322.

[18]     Morton LM, et al. International Lymphoma Epidemiology Consortium (InterLymph) Non-Hodgkin Lymphoma Subtypes Project Studies/ Publications. "Rationale and Design of the International Lymphoma Epidemiology Consortium (InterLymph) Non-Hodgkin Lymphoma Subtypes Project" J Natl Cancer Inst Monogr. 2014 Aug;2014(48):1-14.

[19]     Morton LM, et al. "Etiologic heterogeneity among non-Hodgkin lymphoma subtypes: the InterLymph Non-Hodgkin Lymphoma Subtypes Project" J Natl Cancer Inst Monogr. 2014 Aug;2014(48):130-44.

[20]     Linet MS, et al. "Medical history, lifestyle, family history, and occupational risk factors for follicular lymphoma: the InterLymph Non-Hodgkin Lymphoma Subtypes Project" J Natl Cancer Inst Monogr. 2014 Aug;2014(48):26-40.

[21]     Cerhan JR, et al. "Medical history, lifestyle, family history, and occupational risk factors for diffuse large B-cell lymphoma: the InterLymph Non-Hodgkin Lymphoma Subtypes Project" J Natl Cancer Inst Monogr. 2014 Aug;2014(48):15-25.

[22]   De Roos AJ, et al. "Integrative assessment of multiple pesticides as risk factors for non-Hodgkin's lymphoma among men" Occup Environ Med. 2003 Sep;60(9):E11.

[23]   De Roos AJ, et al. "Cancer incidence among glyphosate-exposed pesticide applicators in the Agricultural Health Study" Environ Health Perspect. 2005 Jan;113(1):49-54.

[24]   McDuffie HH, et al. "Non-Hodgkin's lymphoma and specific pesticide exposures in men: cross-Canada study of pesticides and health" Cancer Epidemiol Biomarkers Prev. 2001 Nov;10(11):1155-63.

[25]   Hardell L, et al. "Exposure to pesticides as risk factor for non-Hodgkin's lymphoma and hairy cell leukemia: pooled analysis of two Swedish case-control studies" Leuk Lymphoma. 2002 May;43(5):1043-9.

[26]   Eriksson M, et al. "Pesticide exposure as risk factor for non-Hodgkin lymphoma including histopathological subgroup analysis" Int J Cancer. 2008 Oct 1;123(7):1657-63.

[27]   Schinasi L, Leon ME. "NonHodgkin lymphoma and occupational exposure to agricultural pesticide chemical groups and active ingredients: a systematic review and meta-analysis" Int J Environ Res Public Health. 2014 Apr 23;11(4):4449-527.

[28]   Leon ME, et al. "Pesticide use and risk of non-Hodgkin lymphoid malignancies in agricultural cohorts from France, Norway and the USA: a pooled analysis from the AGRICOH consortium" Int J Epidemiol. 2019 Mar 18.

[29]   Zhang L, et al. "Exposure to glyphosate-based herbicides and risk for non-Hodgkin lymphoma: A meta-analysis and supporting evidence" J Mutat Res. 2019 Jul - Sep;781:186-206.

[30]   CARWASH 2016: Advancing Research to Improve Work and Health, October 16-18, 2016. A Detailed Assessment of Glyphosate Use and the Risk of non-Hodgkin Lymphoma Overall and for Major Histological-Types: Findings from the North American Pooled Project (NAPP). Pahwa, M Freeman, LEB, Spinelli, J.J., Blair, A, et al.

[31]   Møller P. "Genotoxicity of environmental agents assessed by the alkaline comet assay" Basic Clin Pharmacol Toxicol. 2005;96 Suppl 1:1-42.

[32]   Clements C, et al. "Genotoxicity of select herbicides in Rana catesbeiana tadpoles using the alkaline single-cell gel DNA electrophoresis (comet) assay" Environ Mol Mutagen. 1997;29(3):277-88.

33      Cavas T, Konen S "Detection of cytogenetic and DNA damage in peripheral erythrocytes of goldfish (Carassius auratus) exposed to a glyphosate formulation using the micronucleus test and the comet assay" Mutagenesis. 2007 Jul;22(4):263-8.


34      Cavalcante DG, et al. "Genotoxic effects of Roundup on the fish Prochilodus lineatus" Mutat Res. 2008 Aug-Sep;655(1-2):41-6.


35      Poletta GL, et al. "Genotoxicity of the herbicide formulation Roundup (glyphosate) in broad-snouted caiman (Caiman latirostris) evidenced by the Comet assay and the Micronucleus test" Mutat Res. 2009 Jan 31;672(2):95-102.


36      Moreno NC, et al. "Genotoxic effects of the herbicide Roundup Transorb and its active ingredient glyphosate on the fish Prochilodus lineatus" Environ Toxicol Pharmacol. 2014 Jan;37(1):448-54.


37      Wozniak E, et al. "The mechanism of DNA damage induced by Roundup 360 PLUS, glyphosate and AMPA in human peripheral blood mononuclear cells - genotoxic risk assessement" Food Chem Toxicol. 2018 Oct;120:510-522.


38      Kwiatkowska M, et al. "DNA damage and methylation induced by glyphosate in human peripheral blood mononuclear cells (in vitro study)" Food Chem Toxicol. 2017 Jul;105:93-98.


39      Townsend M, et al. "Evaluation of various glyphosate concentrations on DNA damage in human Raji cells and its impact on cytotoxicity" Regul Toxicol Pharmacol. 2017 Apr;85:79-85.


40      De Almeida LKS, et al. "Moderate levels of glyphosate and its formulations vary in their cytotoxicity and genotoxicity in a whole blood model and in human cell lines with different estrogen receptor status" Biotech. 2018 Oct;8(10):438.


41      Kašuba V, et al. "Effects of low doses of glyphosate on DNA damage, cell proliferation and oxidative stress in the HepG2 cell line" Environ Sci Pollut Res Int. 2017 Aug;24(23):19267-19281.


42      Luo L, et al. "In vitro cytotoxicity assessment of roundup (glyphosate) in L-02 hepatocytes" J Environ Sci Health B. 2017 Jun 3;52(6):410-417.

[43]     Marc J, et al. "A glyphosate-based pesticide impinges on transcription" Toxicol Appl Pharmacol. 2005 Feb 15;203(1):1-8.

[44]     Marc J, et al. "Pesticide Roundup provokes cell division dysfunction at the level of CDK1/cyclin B activation" Chem Res Toxicol. 2002 Mar;15(3):326-31.

[45]     Marc J, et al. "Glyphosate-based pesticides affect cell cycle regulation" Biol Cell. 2004 Apr;96(3):245-9.

[46]     Marc J, et al. "Formulated glyphosate activates the DNA-response checkpoint of the cell cycle leading to the prevention of G2/M transition" Toxicol Sci. 2004 Dec;82(2):436-42.

[47]     Peixoto F. "Comparative effects of the Roundup and glyphosate on mitochondrial oxidative phosphorylation" Chemosphere. 2005 Dec;61(8):1115-22.

[48]     Bolognesi C, et al. "Biomonitoring of Genotoxic Risk in Agricultural Workers from Five Colombian Regions: Association to Occupational Exposure to Glyphosate" Journal of Toxicology and Environmental Health, Part A Volume 72, 2009-Issue 15-16: Production of Illicit Drugs, the Environment, and Human Health.

[49]     Wang, L., et al. Glyphosate Induces Benign Monoclonal Gammopathy and Promotes Multiple Myeloma Progression in Mice. J Hematol Oncol 2019; 12: 70.

[50]     Guyton KZ, et al; International Agency for Research on Cancer Monograph Working Group, IARC, Lyon, France. "Carcinogenicity of tetrachlorvinphos, parathion, malathion, diazinon, and glyphosate" Lancet Oncol. 2015 May;16(5):490-1.

[51]     US Environmental Protection Agency Memorandum, December 12, 2017 Glyphosate. Draft Human Health Risk Assessment in Support of Registration Review.

[52]     Portier CJ, et al. "Differences in the carcinogenic evaluation of glyphosate between the International Agency for Research on Cancer (IARC) and the European Food Safety Authority (EFSA)" J Epidemiol Community Health. 2016 Aug; 70(8): 741–745.

Addendum

1. My c.v. is attached.

2. My publications for the last 10 years are listed in my c.v.

3. I have never kept a list of testimony as an expert. However, to my recollection I have testified only one time in the last four years as an expert and that was in Kilgore v. Shantee LaDon Lucas, M.D., Asheville, NC, #14 CVS 191, trial, 2019.

4. My time for record review, consult, and report writing is billed at $480 per hour. For testimony, my time is billed at $8600 per day.