# Exhibit 17

1                    UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF CALIFORNIA
2
3     -------------------------§
      IN RE:  ROUNDUP PRODUCTS   §      Master File No.
4     LIABILITY LITIGATION       §      3:16-md-02741-VC
                                 §
5                                §        MDL NO. 2741
                                 §
6     THIS DOCUMENT RELATES TO:  §
                                 §
7     INES HERNANDEZ AND MARIA   §
      HERNANDEZ,                 §
8                                §
          Plaintiff,            § Case No. 3:16-cv-05650-VC
9     vs                         §
                                 §
10    MONSANTO COMPANY,          §
                                 §
11        Defendant.             §
      -------------------------
12
                                - - -
13
                         November 12, 2019
14
                                - - -
15
16          Videotaped deposition of RON SCHIFF, MD,
      PhD, held at Shook, Hardy & Bacon, LLP, 100 North
17    Tampa Street, Suite 2900, Tampa, Florida 33602,
      commencing at 1:26 p.m., on the above date, before
18    Tami Cline, Registered Merit Reporter, Certified
      Realtime Reporter, and Florida Professional
19    Reporter.
20                              - - -
21            GOLKOW LITIGATION SERVICES
          877.370.3377 ph | 917.591.5672 fax
22                  deps@golkow.com
23
24
25

```
 1    APPEARANCES:

 2       THE MILLER FIRM, LLC
         BY:  BRIAN BRAKE, ESQ.
 3       Attorneys at Law
         108 Railroad Avenue
 4       Orange, Virginia 22960
         540-672-4224
 5       Bbrake@millerfirmllc.com
         Representing Plaintiff
 6
         SHOOK, HARDY & BACON, LLP
 7       BY:  MICHELLE M. FUJIMOTO, ESQ.
         Attorneys at Law
 8       5 Park Plaza, Suite 1600
         Irvine, California 92614-8502
 9       949-475-1500
         Mfujimoto@shb.com
10       Representing Defendant

11

12    ALSO PRESENT:

13       Matthew Allison, Videographer

14

15

16

17

18

19

20

21

22

23

24

25
```

Ron Schiff, M.D., Ph.D.

```
 1                        - - -

 2                      I N D E X

 3                        - - -

 4     Testimony of:  RON SCHIFF, MD, PhD

 5     DIRECT EXAMINATION BY MS. FUJIMOTO            5

 6

 7                   E X H I B I T S

 8    SCHIFF EXHIBIT                               PAGE
```

```
 9    Exhibit 1  Monsanto Company's Notice to Take Oral   6

10               and Videotaped Deposition of Dr. Ron

11               Schiff

12    Exhibit 2  Handwritten Notes                        7

13    Exhibit 3  Handwritten Notes                       10

14    Exhibit 4  Plaintiffs' Rule 26 Expert Disclosures  14

15    Exhibit 5  Plaintiff Fact Sheet, Bates No.         15

16               Confidential-Hernandez-IHernandez-PFS-

17               000001 - 10,

18    Exhibit 6  First Amended Plaintiff Fact Sheet,     15

19               Bates No.

20               Confidential-Hernandez-IHernandez-PFS-

21               000011 - 25,

22    Exhibit 7  Expert Report                           17

23    Exhibit 8  Expert Report                           18

24    Exhibit 9  Medical Records                         51
```

```
25
```

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Ron Schiff, M.D., Ph.D.

1                    - - -

2              THE VIDEOGRAPHER:  Good afternoon.  We are

3      now on the record.  My name is Matthew Allison.

4      I'm a videographer for Golkow Litigation Services.

5      Today's date is November 12, 2019, and the time is

6      1:26 p.m.  This video deposition is being held in

7      Tampa, Florida, in the matter of Ines Hernandez vs

8      Monsanto Corporation, taken in the United States

9      District Court, Northern District of California.

10     The deponent is Dr. Ron Schiff.

11             Will all counsel please identify themselves

12     for the record.

13             MR. BRAKE:  My name is Brian Brake from The

14     Miller Firm.  I represent Ines Hernandez and Maria

15     Hernandez.

16             MS. FUJIMOTO:  Michelle Fujimoto of Shook,

17     Hardy & Bacon on behalf of defendant Monsanto.

18             THE VIDEOGRAPHER:  The court reporter is Tami

19     Cline and will now swear in the witness.

20             THE COURT REPORTER:  Would you raise your

21     right hand, please.

22             Do you swear or affirm the testimony you give

23     in this cause will be the truth, the whole truth

24     and nothing but the truth?

25             THE WITNESS:  I do.

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Ron Schiff, M.D., Ph.D.

1          RON SCHIFF, MD, PhD, called as a witness

2     by the Defendant, having been first duly sworn,

3     testified as follows:

4                    DIRECT EXAMINATION

5     BY MS. FUJIMOTO:

6      Q.   Welcome back, Dr. Schiff.  I want to state

7     for the record that we have talked off line and come

8     to an agreement, and that is that we just completed

9     your deposition in the Harris matter and during the

10     course of that deposition talked a fair amount about

11     some general cancer and glyphosate issues that were

12     not specific to Mr. Harris.  And rather than having

13     to walk through all of those again, we are agreeing

14     that you stand by all of those answers in the

15     deposition that you gave for Mr. Harris and that I

16     will focus my questions on things that are specific

17     to Mr. Hernandez.

18      A.   I understand and agree.

19      Q.   Okay.  And you let me know if there's

20     something what we would call generic that we've

21     talked about that you want to reiterate or look at

22     again, okay?

23      A.   Thank you.

24      Q.   All right.  And we also noted in the prior

25     deposition that you were previously deposed in --

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

Ron Schiff, M.D., Ph.D.

1    the caption says Wade.  It's in a Missouri state

2    court case, but it related to Plaintiff Meeks,

3    correct?

4        A.   That is also correct.

5        Q.   And you stand by your deposition testimony in

6    that case as well?

7        A.   I do.

8        Q.   Okay.  So let's move forward, then, with

9    Mr. Hernandez's case.

10        MS. FUJIMOTO:  I'm going to mark as Exhibit

11    Number 1 to the deposition the notice of

12    deposition that we served with regard to today's

13    proceedings.

14                    - - -

15        (Exhibit 1, Monsanto Company's Notice to Take

16    Oral and Videotaped Deposition of Dr. Ron Schiff, was

17    marked for identification.)

18                    - - -

19    BY MS. FUJIMOTO:

20        Q.   I assume, Dr. Schiff, that you have seen

21    this?

22        A.   I have it, yes.

23        Q.   Okay.  And you reviewed the request for

24    production that was attached to it; is that right?

25        A.   I did, yes.

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

Ron Schiff, M.D., Ph.D.

```
 1      Q.   And did you bring with you materials

 2   responsive to those requests?

 3      A.   Yes, I did.  Basically everything that I

 4   brought, other than the medical records and other

 5   documents specific to Mr. Hernandez were provided,

 6   discussed and marked this morning.

 7                      - - -

 8        (Exhibit 2, Handwritten Notes, was marked for

 9   identification.)

10                      - - -

11   BY MS. FUJIMOTO:

12      Q.   Okay.  Good.  And what I will do is, because

13   it also has specific information as to

14   Mr. Hernandez, I am going to mark as Exhibit

15   Number 2 to the deposition the invoice, the

16   handwritten notes or invoice -- I promise we'll make

17   a copy of this.

18      A.   An extra copy of that was made.

19      Q.   Yes.

20      A.   And I returned it to the court reporter.

21      Q.   Correct.

22      A.   I did not pay attention to what happened

23   after that, but there should be a copy ready for

24   use.

25      Q.   There is.  And so I will show you what we
```

Ron Schiff, M.D., Ph.D.

1    marked as exhibit -- and we'll mark here as Exhibit

2    Number 2, and confirm for the record that those are

3    your handwritten notes regarding the time you have

4    spent on the various Roundup plaintiffs, including

5    Mr. Hernandez.

6        A.   That's correct.

7        Q.   Okay.

8        A.   As we discussed this morning, there is also

9    some handwriting by my wife concerning

10   administrative matters.

11       Q.   Correct.  But otherwise these notes were made

12   by you, correct?

13       A.   Everything else was input by me, yes.

14       Q.   And so if we look for any entries regarding

15   Mr. Ines Hernandez, that would tell us how much time

16   you spent on his case, correct?

17       A.   Although there are some general materials

18   that I looked at relative to him but also relative

19   to other plaintiffs.

20       Q.   Okay.  And we talked about that.  You're --

21   just by looking at the Exhibit 2 and recognizing

22   that we can take a calculator and add them up, but

23   you estimate that you've probably spent around 150

24   hours on the Roundup litigation as a whole; is that

25   fair?

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Ron Schiff, M.D., Ph.D.

1     A.   I can add it up again.  Yes, that's correct.

2     Q.   Okay.  And I didn't ask this before, but just

3     so that we have the interpretation correct, when you

4     have a number, if you have a degree, is that hour?

5     A.   Yes.  That's -- again, as we discussed for a

6     different example this morning, this is medical

7     terminology that you might see in a handwritten

8     medical chart.  The superscript circle means hours.

9     The single line that looks like an apostrophe means

10    minutes.

11    Q.   All right.  Thank you.  Very helpful.

12         And if we add up these numbers, we would be

13    able to get an accurate reflection of the number of

14    hours you have spent generally and with regard to

15    Mr. Hernandez's case specifically, right?

16    A.   That's correct.

17    Q.   And how much do you charge per hour?

18    A.   $500.

19    Q.   Okay.  So if we take the number of hours and

20    times it by 500, we should have a fair understanding

21    of how much you've made?

22    A.   That's correct.

23    Q.   Okay.  And I do have that copy we'll mark as

24    Exhibit Number 2 to the deposition, the invoices.

25         Now, with regard to Mr. Harris, you had done

Ron Schiff, M.D., Ph.D.

1    an interview of him by telephone and had some

2    handwritten notes regarding that interview.  Did you

3    do the same with respect to Mr. Hernandez?

4        A.   Yes.

5        Q.   Okay.

6        A.   I believe those were on the same day.  And,

7    once again, I would request the original back.

8        Q.   For sure.

9             MS. FUJIMOTO:  And so we're going to mark as

10       Exhibit Number 3 to the deposition Dr. Schiff's

11       handwritten notes regarding his telephonic

12       interview of Mr. Hernandez.

13                      - - -

14            (Exhibit 3, Handwritten Notes, was marked for

15   identification.)

16                      - - -

17   BY MS. FUJIMOTO:

18       Q.   Doctor, did you speak with Mr. Hernandez only

19   or his wife as well?

20       A.   No.  I do not recall his wife being on the

21   conversation.  However, his son, possibly first name

22   Roger, was there and did some translation.

23       Q.   Okay.  Does Mr. Hernandez speak English, to

24   your knowledge?

25       A.   It is stated in some of the materials that I

Ron Schiff, M.D., Ph.D.

```
 1   reviewed that he does not, but I do believe that he

 2   understands and speaks some English, yes.

 3      Q.   And so did he have each and every one of your

 4   questions translated by his son?

 5      A.   Actually, no.  I'm remembering that in more

 6   detail now.  It was a full month ago.  There was

 7   also a paid translator on the conference call.

 8      Q.   Okay.

 9      A.   I do not remember her name unless I wrote it

10   down on that sheet.

11      Q.   I don't see it.

12      A.   Okay.

13      Q.   And the translator would have been paid by

14   Mr. Hernandez's counsel?

15      A.   I would imagine so, but I was not told one

16   way or the other.

17      Q.   Okay.  But you were asked by counsel to do

18   the telephone interview?

19      A.   Correct.

20      Q.   And it looks like that interview occurred on

21   October 10, 2019?

22      A.   Yes, that's also correct.

23      Q.   And how long did you spend on that telephone

24   call?

25      A.   May I see my invoice?
```

Ron Schiff, M.D., Ph.D.

1      Q.   Okay.

2      A.   Clearing up from this morning, I spent 30

3      minutes on the call with Mr. and Mrs. Harris.

4      Q.   Okay.

5      A.    I spent 45 minutes on the call with

6      Mr. Hernandez, his son Roger; and I wrote down

7      Marlon, and I think Marlon was the name of the

8      translator.

9      Q.   And what is what the purpose of your call or

10     telephonic interview of Mr. Hernandez?

11     A.    It was, again, to ask questions that I felt

12     were not 100 percent clear from my review of the

13     medical records, the deposition of the treating

14     physician, or Mr. Hernandez and his wife.

15     Q.   And did you make a note of all the important

16     things that were said or discussed in the telephone

17     call?

18     A.   That's correct.

19     Q.   Okay.  Were -- did Mr. Hernandez respond to

20     you in English, or was each response translated by

21     his son -- or, I'm sorry, by the translator?

22     A.   Mostly the translator.  Occasional things,

23     simpler questions he responded to in English, and I

24     had no trouble understanding.

25     Q.   Okay.  And I missed it last time, so let me

Ron Schiff, M.D., Ph.D.

1    ask you, is there anything in these notes about

2    Mr. Hernandez's use of or exposure to glyphosate or

3    Roundup?

4        A.   No.  I think that that was made fairly clear

5    from the other information that I had and had

6    already been summarized three and a half weeks

7    earlier in my report.  So that was not what I asked

8    him about.

9        Q.   So you didn't ask him about his exposure to

10   or use of glyphosate or Roundup in this interview?

11       A.   No.  I felt I had a good understanding of

12   that.  In this case everything was consistent, and

13   there were no recall issues.

14       Q.   So you felt as if his reporting of that

15   information in the telephonic interview was reliable

16   and that he didn't have memory issues?

17       A.   That's absolutely correct.

18       Q.   All right.

19       A.   Everything about it here had to do with the

20   sequence of medical events concerning diagnosis or

21   treatment --

22       Q.   Okay.

23       A.   -- and present symptoms.

24       Q.   Okay.  Let me see that again.

25       A.   (Complying.)

Ron Schiff, M.D., Ph.D.

1      Q.   Thank you.

2           MS. FUJIMOTO:   All right.   Let's mark as

3      Exhibit Number 4 to the deposition what is called

4      Plaintiffs' Rule 26 Expert Disclosures.

5                         - - -

6           (Exhibit 4, Plaintiffs' Rule 26 Expert

7      Disclosures, was marked for identification.)

8                         - - -

9      BY MS. FUJIMOTO:

10     Q.   I assume you recognize that, Doctor?

11     A.   I do.

12     Q.   And you are designated as an expert on behalf

13     of Mr. Ines in that document?

14     A.   That's correct.

15     Q.   And am I correct that the description of your

16     testimony is exactly the same as it was for Harris

17     and any other cases in which you've been disclosed?

18     A.   Yes.

19     Q.   Okay.  Did you review any fact sheets by

20     Mr. Hernandez?

21     A.   Yes.

22     Q.   Okay.  Which ones?

23     A.   It's labeled Plaintiff Fact Sheet, and it's

24     dated November 26, 2018.

25          MS. FUJIMOTO:  Okay.  So let's mark as

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

Ron Schiff, M.D., Ph.D.

```
 1          Exhibit 5 to the deposition Plaintiff Fact Sheet.

 2                              - - -

 3          (Exhibit 5, Plaintiff Fact Sheet, Bates No.

 4   Confidential-Hernandez-IHernandez-PFS-000001 - 10, was

 5   marked for identification.)

 6                              - - -

 7   BY MS. FUJIMOTO:

 8      Q.   I'll ask you if that's the same as the copy

 9    that you have in your files.

10      A.   It's identical.

11      Q.   Okay.  And you reviewed that --

12      A.   I did.

13      Q.   -- correct?

14           Okay.  And then did you have plaintiff's

15    first amended fact sheet?

16      A.   No.  This is the only Plaintiff Fact Sheet

17    that I was provided.

18      Q.   All right.

19           MS. FUJIMOTO:  I'll mark as Exhibit 6 to the

20       deposition Plaintiff's Amended -- First Amended

21       Plaintiff Fact Sheet.

22                              - - -

23           (Exhibit 6, First Amended Plaintiff Fact Sheet,

24   Bates No. Confidential-Hernandez-IHernandez-PFS-000011 -

25   25, was marked for identification.)
```

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

Ron Schiff, M.D., Ph.D.

```
 1                    - - -

 2   BY MS. FUJIMOTO:

 3       Q.   So I take it if you didn't see this that you

 4   did not undertake to compare the original fact sheet

 5   with the first amended fact sheet?

 6       A.   I'm willing to do it now if you would like.

 7       Q.   My question was whether you've done it

 8   before.

 9       A.   I have not.  I have not seen the amended fact

10   sheet.

11       Q.   Did you undertake to compare Plaintiff Fact

12   Sheet, the original, with his deposition testimony?

13       A.   I did, but I'm also confronted with a

14   discrepancy here that I'm not sure that I can

15   account for.

16       Q.   What would that be?

17       A.   In the First Amended -- First Amended

18   Plaintiff Fact Sheet --

19       Q.   Yes.

20       A.   -- there are two dates at the end.  One is

21   10/28/18; the other is 4/15/19.  But on my original

22   Plaintiff Fact Sheet, there is only one date, and

23   that's 11/26/18, which is after the signatures

24   provided by Mr. Hernandez on October 28th.  In other

25   words, a year ago.  I can't account for that.
```

Ron Schiff, M.D., Ph.D.

1      Q.   Neither can we.  So that's -- was going to be

2      one of my questions for you.  But you don't know why

3      the dates don't match up?

4      A.   I do not.

5      Q.   Okay.  Did you -- I take it, then, you

6      weren't able to, because you didn't have the First

7      Amended Plaintiff Fact Sheet, compare that with his

8      deposition testimony?

9      A.   The first amended?  No, that's correct.

10     Q.   And so in terms of information from

11     Mr. Hernandez, would it be fair to say that you

12     reviewed and relied upon his original fact sheet,

13     his deposition and the telephonic interview you had

14     with him?

15     A.   Yes.  There was also a deposition by

16     Mrs. Hernandez, and what is bothering me here that

17     you may have noticed over the past few minutes is I

18     don't have the deposition transcripts for Mr. and

19     Mrs. Hernandez with me.  I read them.

20     Q.   Okay.

21     A.   I did not flag anything that I felt needed to

22     be discussed, but I usually bring everything, and

23     those two escaped my suitcase.

24                              - - -

25          (Exhibit 7, Expert Report, was marked for

Ron Schiff, M.D., Ph.D.

```
 1   identification.)

 2                       - - -

 3   BY MS. FUJIMOTO:

 4       Q.   Okay.  We're going to mark as Exhibit 7 to

 5   the deposition a copy of what I have as a copy of

 6   your report that was produced to us.  And I know

 7   there were discrepancies with your report in Harris,

 8   so I'm going to ask you to take a look at Exhibit 7,

 9   compare it to your report that you have in your file

10   and tell me if they are different or the same.

11       A.   Okay.  In this particular case my report,

12   which includes references 1 through 9, is present in

13   its entirety.  References 10 through 28 -- all

14   right.  This is a little frustrating --

15       Q.   I understand.

16       A.   -- because I included references 1 through 9

17   in my report, and compiled for me off information

18   that I provided were references 10 through 28.

19       Q.   Right.

20       A.   And I have here in the copy that you just

21   handed me the same references but with a different

22   numbering scheme.

23       Q.   Right.

24                       - - -

25            (Exhibit 8, Expert Report, was marked for
```

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

Ron Schiff, M.D., Ph.D.

```
 1   identification.)

 2                         - - -

 3   BY MS. FUJIMOTO:

 4       Q.   So as I understand what you're saying -- and

 5   we'll mark -- we'll get copies and mark as Exhibit

 6   Number 8 to the deposition the copy of your report

 7   that you have in your file.  But as I understand it,

 8   one of the differences you're saying is that your

 9   copy that we'll mark as Exhibit 8 has references 1

10   through 9, but what was produced and marked as

11   Exhibit 7 has actually references from 10 to 28 that

12   were apparently added by someone that you didn't

13   know about?

14       A.   Yeah.  These -- I mean, I can only identify

15   looking at it in realtime just one discrepancy with

16   a reference that was listed on the copy that I have

17   but not on the copy that you handed me, which means

18   that there has to be a reference that was deleted

19   from one, or maybe it had been duplicated and only

20   one copy emerges.

21       Q.   But so to the extent there are references

22   either deleted or added, someone did that without

23   you knowing it?

24       A.   Someone prepared it off information that I

25   provided.  I definitely saw it.
```

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Ron Schiff, M.D., Ph.D.

1      Q.   Well, how do you know that if you don't know

2      who added it or when they added it?

3      A.   The additional references were added by

4      counsel off discussions that I had with counsel

5      after I completed the preparation of my report.

6      They wanted to -- they wanted to develop a list of

7      material that I did not necessarily rely on for my

8      report but that I considered in preparing my report.

9      This was all before the initial October 22

10     deposition, and I can figure out what the

11     discrepancies are here if you want to note them

12     down.

13     Q.   No.  That's fine.

14     A.   That's up to you.

15     Q.   I can compare them myself.  I guess my

16     question, though, then, is that -- are you saying

17     that references 10 through 28 of Exhibit 7 are

18     materials that you may have considered but did not

19     rely upon, that your reliance is on 1 through 9?

20     A.   For preparation of my report, those are the

21     citations in my report.

22     Q.   Okay.

23     A.   One through 9 are the citations in my report.

24     I had already read and reviewed most of the others,

25     but if I did not cite them in my report, they

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

Ron Schiff, M.D., Ph.D.

1    appeared on this subsequent list.  And I believe one

2    issue may be possibly -- okay.

3         Again, Number 25 on the list that I have is

4    an incomplete citation to first author Friedman,

5    title "Spousal Concordance for Cancer Incidence."

6    Now, I remember that as being the Weires reference,

7    which is Number 24 first author, W-e-i-r-e-s.

8    Friedman does not ring a bell.

9    Q.  So would it be fair for me to assume, though,

10   that at least the references that are included in

11   your report we marked as Exhibit 8, which is your

12   copy, that those are accurate in terms of what you

13   reviewed and relied upon?  Is your copy accurate?

14   A.  No, because I'm not aware of a Friedman

15   reference, and the copy that was provided by counsel

16   has at the end De Roos 2005 -- that's the first AHS

17   report -- Hardell and Eriksson and Orsi, and those

18   were not in the list that they provided to me

19   originally.  But the incorrect citation for Friedman

20   has been appropriately removed.  It's the best I can

21   come up with.

22   Q.  Okay.  All right.

23   A.  So that's the one that you brought.

24   Q.  All right.  That's 7.

25   A.  I'm sure I'm going to --

Ron Schiff, M.D., Ph.D.

1      Q.   And 8 -- we're going to mark your report as
2   Exhibit 8.
3      A.   -- need to refer to this.  And we're going to
4   request that I get the originals back on that.
5      Q.   Correct.
6      A.   I'll need it to refer to.
7      Q.   Correct.  And so you also -- you also -- on
8   the back page of Exhibit 7, there is a list of
9   Hernandez vs Monsanto documents relied upon.  Do
10   you --
11      A.   Yeah.  I didn't get that far --
12      Q.   You didn't get that -- because I got hung up
13   on the reference list.
14      Q.   Okay.  So --
15      A.   I saw that this morning.  This is fine.
16   There is also my fee schedule and my CV which I
17   previously provided separate from my report and not
18   as attachments to it.
19      Q.   Okay.
20      A.   There is also a depositions and trial
21   testimony document which, once again, was complete
22   through October -- no, complete through December 18.
23   It has been updated, and I provided that this
24   morning.
25      Q.   Right.  So the updated list of deposition and

1    trial testimony that you provided for Harris that

2    applies here in Hernandez, correct?

3       A.   Exactly.

4       Q.   Okay.  And so for when I look at Exhibit 7,

5    which is the copy of your report that was produced,

6    it says documents relied upon include medical

7    records, Ines Hernandez deposition, Maria Hernandez

8    deposition, Veena Charu deposition, Pretrial Order

9    45, Pretrial Order 85, general causation expert

10   reports of Dennis Weisenburger, MD, Christopher

11   Portier, PhD, and Beate Ritz, MD, PhD.  Is that an

12   accurate list of what documents you reviewed and

13   relied upon for the Hernandez case?

14      A.   Specifically for Mr. Hernandez, yes.  There

15   is also the general literature that we discussed

16   this morning and are attempting not to duplicate.

17      Q.   Okay.  Fair enough.

18           Any other case-specific records that you

19   reviewed that aren't on here, whether it's

20   depositions, anything else?  I mean, for example,

21   the fact sheets aren't on here.

22      A.   No, although I did get that as part of

23   medical records.  I may have thought to include it

24   as such.

25      Q.   Okay.

Ron Schiff, M.D., Ph.D.

1     A.   But, no, that's absolutely correct.  The fact

2     sheet, the original fact sheet belongs on there, and

3     I don't think that there is anything else that is

4     not on that list or in the correct reference list

5     attached to or submitted separately from my report.

6     Q.   Okay.  Now, so if we go through your report,

7     you walk through kind of the key points of

8     Mr. Ines's medical history, correct?

9     A.   Yes.

10    Q.   Okay.  And you note that he was initially

11    diagnosed with non-Hodgkin's lymphoma and in

12    particular follicular lymphoma as a subtype in

13    November of 2009; is that right?

14    A.   That's correct.

15    Q.   But we also see that he did not receive

16    treatment until a couple years later, right?

17    A.   May 2011.

18    Q.   Okay.

19    A.   So a year and a half later.

20    Q.   All right.  And that's because he chose to

21    forego traditional treatment, correct?

22    A.   Well, I dealt with that treatment

23    consideration at length in the opinions section of

24    my report.  He did not simply listen to Dr. Charu's

25    recommendations and let the matter drop.  He

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

Ron Schiff, M.D., Ph.D.

1    underwent two or three additional medical oncology

2    and hematology opinions before deciding that he felt

3    well enough that he did not want to undertake the

4    risks, the side effects associated with chemotherapy

5    at that time.  Most of the symptoms that he had when

6    he presented in November 2009 had remitted

7    spontaneously during the interval before he began

8    treatment.  But, again, by May 2011 he was indeed

9    quite ill, and treatment was initiated as soon as

10   his evaluation was completed.

11       I want to point out, though, in case I'm not

12   asked about this, that patient autonomy is a key

13   element of medical ethics.  Patients don't have to

14   do what they're told, and we don't have the right to

15   say to them, "You must do this."  We can explain the

16   indications, risks and benefits including, "If you

17   don't do what I'm recommending, here's what's likely

18   to happen," but we can't force somebody to do it.

19       And in terms of his treatment in my opinions

20   section, I listed -- this is Item Number 2 under

21   opinions -- that it is reasonable to undertake a

22   program of watchful waiting, otherwise known as

23   observation, but that's not really accurate, if the

24   lymphoma is indolent, by which I mean not growing

25   rapidly, and if there is no pain, obstruction of

Ron Schiff, M.D., Ph.D.

1    vital structures, cosmetic consequences of visible

2    bulky lymph nodes, or any of the other

3    complications.  And also if you have advanced age

4    and/or co-existing serious medical illness, two

5    conditions that did not apply to Mr. Hernandez,

6    watchful waiting is also a reasonable approach.

7         So the point is that declining treatment

8    initially in 2009 and waiting until he had new

9    symptoms after the initial symptoms improved is not

10   unreasonable, and it's not out of the mainstream of

11   how other patients with stage III or IV follicular

12   lymphoma are managed.  Stage I or II is potentially

13   curable, and those patients should be treated up

14   front.  But stage III or IV is regarded as almost

15   always incurable, and the timing of the treatment is

16   such that you don't want it so late that it has no

17   chance of working or the patient has no chance of

18   responding.  But other than that there is room for

19   patient's discretion.

20   Q.   And he exercised that discretion, right?

21   A.   He did.

22   Q.   And Dr. Charu allowed him to do that,

23   correct?

24   A.   Well, I don't know that she was given the

25   option, because after that initial consultation with

Ron Schiff, M.D., Ph.D.

1    her, which was November 18, 2009 -- and I'm going to

2    say that is six days after the lymph node biopsy --

3    the diagnostic lymph node biopsy.  After that he

4    went to see two other oncologists in California and

5    evidently one in Mexico.  So, again, he didn't let

6    the matter drop.

7        Q.   All right.  No need to defend against claims

8    that aren't being made, okay?  The question is, he

9    was initially diagnosed with non-Hodgkin's lymphoma,

10   follicular lymphoma is the subtype, in November of

11   2009, correct?

12       A.   That is correct.

13       Q.   All right.  And then you note in your report

14   that in May of 2011 he goes into the hospital why?

15       A.   Well, he had developed new symptoms.

16       Q.   Right.

17       A.   And at that point the complaints that I

18   listed in the entry that begins on May 3, 2011, in

19   my report -- and it's the section of my report that

20   deals with factual review -- ██████████████████

██    ████████████████████████████████████████████

██    █████████████████████████    ██████████████████████

██    ████████████████████████

24       Q.   So he didn't have those symptoms in 2009

25   which you base your opinion on that it was

Ron Schiff, M.D., Ph.D.

```
 1    reasonable for him to forego treatment at that time?
 2    A.   Yes.  And I also want to make --
 3    Q.   Wait.  Let me ask the questions, Doctor.
 4         MR. BRAKE:  But you also have the right to
 5    finish your answer.
 6         MS. FUJIMOTO:  He finished.
 7         MR. BRAKE:  Whoa.
 8         MS. FUJIMOTO:  He wanted to add something
 9    else, Brian.  This is getting ridiculous.
10         MR. BRAKE:  I'm not going to argue with you,
11    but I am going to permit this witness to fully
12    answer a question.  And just because you think you
13    got the answer you wanted and he's done does not
14    necessarily make it so.
15         So, Doctor, do you have anything else to say
16    in response to that question?
17         THE WITNESS:  It's --
18  BY MS. FUJIMOTO:
19    Q.   In response to my question.
20    A.   It's worth pointing out that the 18-month
21    delay in the initiation of treatment after the
22    initial diagnosis did not compromise his eventual
23    treatment response or his prognosis.
24         MS. FUJIMOTO:  Move to strike; nonresponsive.
25         THE WITNESS:  You asked me that question
```

Ron Schiff, M.D., Ph.D.

```
 1      earlier.
 2           MS. FUJIMOTO:  That wasn't even close to my
 3      question, so this is --
 4           MR. BRAKE:  Okay.  I want to suggest --
 5           MS. FUJIMOTO:  Wait a minute, Brian.
 6           MR. BRAKE:  Well, no.
 7           MS. FUJIMOTO:  This is a --
 8           MR. BRAKE:  I want to suggest this -- no
 9      more.  No.  You're not to argue with him.  You ask
10      him a question and he'll answer.  Do not argue
11      with him.
12           MS. FUJIMOTO:  There.  Let's do that.  Let's
13      do that.  Let me -- it's a question-and-answer
14      process.  You know that.  You know the federal
15      rules.  And going off onto tangents and filling in
16      information as a narrative without the question
17      even remotely being asked is improper, and you
18      know it, Brian.
19   BY MS. FUJIMOTO:
20      Q.   And what I'm asking simply is that you answer
21      the question I've asked, not answer and then go off
22      on something else, a point that you're afraid I
23      won't ask about.  I probably will ask about it and
24      you'll have your chance, but it's a
25      question-and-answer process under the federal rules.
```



```
 1      A.   That's what I have been trying to do.

 2      Q.   ████   ████████████████████████████████

        ████████████████████████████████████████████

        ████████████████████████████████████████████

        ███████████████████████████████████████

 6      A.   That's correct.

 7      Q.   And that's part of your basis for saying,

 8  hey, it was reasonable for him to forego treatment

 9  at that point in time.  It's watchful waiting, and

10  that is an option for patients, correct?

11      A.   ████████████████████████████████████

        ████████████████████████████████████████████

        ██████████████████████████████████████████

        █████████████████████████████████████████

        ████   ████████████████████████████████████

        ████████████████████████████████████████████

        ███████████████████████████████████████████

        ███████████   ████████████

        ████   ███████████████████████████████████

        ████████████████████████████████████████████

        ██████████████████████████████

22      Q.   And, in fact, his symptoms were so severe

23  that his treating physicians elected to not do any

24  additional staging but instead to go right away into

25  treatment, correct?
```

Ron Schiff, M.D., Ph.D.

1      A. █████████████████████████████████████

█  ███████████████████████████████████████████

█  ████████████████████      ██████████████████

█  ███████████████████████████████████████

5      Q.   Are you going to answer my question?

6      A.   That is the answer.

7      Q.   Okay.  Did they do any staging of the disease

8  there?

9      A.   Was a restaging CT scan of the chest, abdomen

10  and pelvis that had been ten days before the return

11  visit to Dr. Charu.  That's restaging.  It was done.

12  She evidently didn't order it, but it was done at

13  that exact same time frame.

14      Q.   Before he went into the hospital with

15  Dr. Charu?

16      A.   He was not hospitalized at the time of the

17  second visit to Dr. Charu on May 3, 2011.  As far as

18  I recall and from what I have written, that was all

19  outpatient.

20      Q.   Right.  Was a bone marrow biopsy done?

21      A.   The bone marrow biopsy was done initially.  I

22  believe that the correct timing of that, if I have

23  it -- remembered it correctly, was January 29, 2010.

24  It was not repeated in the May 2011 time frame.

25      Q.   Right.  And was there any cytology done in

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

```
1    the 2011 time frame?

2        A.   There was not.

3        Q.   Was there any genetic testing done during the

4    2011 time frame?

5        A.   Also no.

6        Q.   And so any testing that you're referring to

7    as staging would have been done prior to the 2011

8    hospitalization and his treatment?

9        A.   The treatment was done outpatient.  The

10   hospitalization was in September 2011 for

11   complications of the disease and treatment.  Again,

12   when Mr. Hernandez returned to Dr. Charu, the

13   evaluation that she did and the initiation of

14   treatment were accomplished on an outpatient basis.

15       Q.   And they initiated treatment right away based

16   on the severity of his symptoms and extent of the

17   disease at that point in time, correct?

18       A.   That's exactly correct.

19       Q.   Okay.  Did you have any -- or strike that.

20            Based on the medical records that you

21   reviewed, did you see even one medical record that

22   referenced his use of Roundup or glyphosate?

23       A.   No.

24       Q.   And there's not one medical record that

25   suggests or says that his Roundup or glyphosate use
```

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

Ron Schiff, M.D., Ph.D.

1    caused or contributed to causing his follicular

2    lymphoma, correct?

3        A.   There's no mention of Roundup in the medical

4    records whatsoever.  As discussed --

5        Q.   And --

6        A.   -- previously, I would not expect there to

7    be.

8        Q.   And not one of his treating physicians ever

9    concluded or told him that his follicular lymphoma

10   was caused by his use of Roundup or glyphosate,

11   correct?

12       A.   That's correct.  But it is also necessary to

13   point out that his initial presentation in 2009 and

14   his re-presentation in May 2011 were before IARC

15   provided its first disclosure that glyphosate is a

16   probable human carcinogen.  So while it would have

17   been desirable and even expected for the clinicians

18   to keep up with that as it developed through

19   epidemiology and other research, most of the time it

20   didn't.  I didn't know about it back in 2009 or 2011

21   either.

22       Q.   Now, glyphosate's been on the market since

23   the '70s, right?

24       A.   Also correct.

25       Q.   And the depositions of Mr. Hernandez's

Ron Schiff, M.D., Ph.D.

1    treating physicians, they just occurred in the last

2    year, didn't they?

3        A.    That is correct.

4        Q.    And not one of his treating physicians opined

5    or concluded that his follicular lymphoma was caused

6    by his use of Roundup or glyphosate, correct?

7        A.    They evidently didn't inquire about that of

8    him.  And maybe they didn't know about it, but it's

9    still my contention that they should have.

10           MS. FUJIMOTO:  Move to strike; nonresponsive.

11   BY MS. FUJIMOTO:

12       Q.    Did you read the deposition testimony of his

13   treating physicians?

14       A.    Dr. Charu, yes.

15       Q.    Okay.  And Dr. Charu did not conclude or

16   offer the opinion that Mr. Hernandez's follicular

17   lymphoma was caused by his use of Roundup or

18   glyphosate, correct?

19       A.    That's correct.

20       Q.    Okay.  And when you looked at the medical

21   records for Mr. Hernandez, did his presenting

22   symptoms either in 2009 or 2011 -- were they typical

23   of non-Hodgkin lymphoma patients?

24       A.    Non-Hodgkin lymphoma can have many different

25   presentations.  The constellation of symptoms that

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

Ron Schiff, M.D., Ph.D.

1    he had in November 2009 and those that he had in

2    May 2011 were both, yes, fairly typical, with the

3    understanding that they were more severe.  This

4    wasn't someone who noted a single enlarged lymph

5    node and went to the doctor because of that.  In

6    each case there was much more involved

7    symptomatically.

8        Q.   And those symptoms became severe between 2009

9    and 2011, right?

10       A.   I think you could argue that even in

11   November 2009 they were severe enough to get him to

12   go to urgent care and then to the emergency room and

13   subsequently to be admitted to the hospital, so the

14   symptoms were severe in 2009.

15       Q.   But they weren't severe enough to warrant

16   treatment?

17       A.   Treatment was recommended.

18       Q.   Right.  But you were telling me earlier that

19   it was reasonable for him to forego it because he

20   didn't really have any symptoms.

21       A.   That's because the symptoms improved which

22   are also documented in my factual review.

23       Q.   Okay.  So he had some symptoms.  Then they

24   improved, right?

25       A.   That's correct.

Ron Schiff, M.D., Ph.D.

1     Q.   Does that, like, never happen in cases of NHL

2     or follicular lymphoma, or does it happen pretty

3     commonly?

4     A.   In follicular lymphoma a waxing and waning

5     pattern, which I subsequently referenced explicitly,

6     is a well-recognized pattern.

7     Q.   Okay.

8     A.   It showed up on his post-treatment imaging

9     studies as well as in the patterns of symptoms that

10    he had between November 2009 and May 2011.

11    Q.   So Mr. Hernandez's presenting symptoms and

12    signs of disease were pretty typical of follicular

13    lymphoma, right?

14    A.   I would say that they were on the severe

15    side, but there was nothing that made me think that

16    lymphoma would not be a reasonable diagnosis even

17    before the biopsy was completed.

18    Q.   And was there anything unique or different

19    about Mr. Hernandez's clinical signs or symptoms

20    that would tell you that it was follicular lymphoma

21    caused by glyphosate?

22    A.   No.  Such distinctions have never been

23    recognized.

24    Q.   And there was nothing about his clinical

25    symptoms or signs that would tell anyone that he had

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Ron Schiff, M.D., Ph.D.

1    ever even used or seen glyphosate or Roundup, right?

2        A.    That's correct.  There is nothing about the

3    clinical presentation or the pathologic features of

4    a lymphoma as of yet, as of this time that is

5    specifically linked with glyphosate causation.

6        Q.    Right.  So if we go generally -- so this

7    would apply to Mr. Hernandez and Mr. Harris and any

8    others.  So you agree there's no clinical feature of

9    non-Hodgkin's lymphoma, whether it's follicular or

10   CNS or any other subtype, that there's no clinical

11   feature that is unique or specific that would tell

12   anyone that it was caused by glyphosate or Roundup,

13   correct?

14       A.    No such feature has been recognized to date.

15       Q.    And there's no histologic subtype that's

16   unique or specific to lymphoma caused by glyphosate

17   or Roundup, right?

18       A.    I already referenced that.  There are some

19   epidemiologic studies that look at subtype but as we

20   discussed this morning, those are limited.

21       Q.    And we already saw this morning that there

22   aren't any related to -- or that show an increased

23   risk of CNS subtype.  Are you aware of any published

24   literature that shows an increased risk of the

25   follicular lymphoma subtype with glyphosate or

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Ron Schiff, M.D., Ph.D.

1    Roundup exposure?

2        A.    There are a couple of studies that need to be

3    mentioned in this context.  One of them is Eriksson,

4    and in Eriksson what you find -- this is a 2008

5    case-controlled study.

6        Q.    Right.

7        A.    And what you find there is there is an

8    increased hazard ratio which does not achieve

9    statistical significance.

10       Q.    Right.

11       A.    Now, you know, we have discussed earlier --

12   and we might get back to the business about

13   lifetime days of exposure, but in terms of the

14   follicular subtype, the odds ratio is high at 1.89,

15   but the confidence interval is very broad, going

16   from 0.62 to 5.79 for 95 percent confidence.  So the

17   odds ratio is suggestive, but obviously that

18   association does not reach statistical significance.

19       Q.    Right.  So with that confidence interval, it

20   tells you that it's not statistically significant,

21   and because it's so wide it tells you that it's

22   probably unstable and unreliable, right?

23       A.    Well, it tells you that you certainly would

24   like to see an evaluation with a much larger number

25   of patients, because, you know, it's -- just as it's

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Ron Schiff, M.D., Ph.D.

1    a mistake to jump to the conclusion that something

2    with that broad of a confidence interval necessarily

3    is a real observation, you also do not want to look

4    at an odds ratio of 1.89 and say that that has to be

5    random.

6        Q.   And Eriksson didn't adjust for other

7    pesticide exposures, right?

8        A.   That is correct.

9        Q.   Okay.  So, Doctor, are you aware of any

10   published study that reports a statistically

11   significant increase in a risk of follicular

12   lymphoma subtype of NHL with glyphosate or Roundup

13   use?

14       A.   I also call attention to Pahwa with one of

15   Pahwa's forms of analysis, the ordinal of ten

16   lifetime days of cumulative exposure with a modest

17   increase in the objective response and statistical

18   significance unadjusted, with 1.01 being the lower

19   level, the lower bound of the confidence interval,

20   and 1.00 being the lower bound of the 95 percent

21   confidence interval for an adjusted analysis for

22   three additional pesticides.

23       Q.   And, again, Doctor, you're suggesting to me

24   that a confidence interval that starts at 1 is

25   statistical significance?

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Ron Schiff, M.D., Ph.D.

1    A.   No.  I'm suggesting that it is a borderline

2    statistical significance.  I have made that

3    distinction previously, and I'm merely repeating it

4    here.

5    Q.   Okay.  Setting aside Pahwa and Eriksson -- by

6    the way, Eriksson is included in the Pahwa paper,

7    correct?

8    A.   It absolutely is.

9    Q.   Okay.  And is Pahwa is the one we already

10   talked about where you have three different tables

11   that show one instance of a potential

12   statistically -- borderline statistically

13   significant increase in risk with -- in people who

14   used it for two times per year even, if it was just

15   one year, versus lifetime days versus cumulative

16   exposure, right?

17   A.   Well, there are multiple different

18   statistical analyses that are done in Pahwa, and,

19   again, it's possible to do that now.  So I don't

20   think either the investigators or those who rely on

21   the published study should overlook any particular

22   form of statistical analysis but --

23   Q.   So setting aside Pahwa -- Pahwa and Eriksson,

24   can you point to me to any -- well, not Eriksson,

25   setting aside Pahwa, can you point me to any other

Ron Schiff, M.D., Ph.D.

1    studies that you believe in your assessment show a

2    statistically significant increase in risk of

3    follicular lymphoma with glyphosate exposure?

4    A.    Well, Pahwa is one of the studies -- and, you

5    know, there are several others that identify a

6    statistically significant association with

7    non-Hodgkin lymphoma overall.

8    Q.    Right.

9    A.    Follicular lymphoma is the second most common

10   subtype of non-Hodgkin lymphoma after diffuse large

11   B-cell, and as a result there is always the concern

12   that there might not be enough cases to detect a

13   statistically significant association.  If you look

14   at the end, the numbers of patients that are

15   involved in these calculations, with cases you'll

16   see that, once again, they're quite small,

17   suggesting that if larger numbers of cases had been

18   ascertained, there could be more information from

19   it.  I'm not predicting exactly what that

20   information is, but I'm just saying that a larger

21   number of ascertained cases would provide more

22   valuable information that would tell us whether the

23   elevated odds ratio was, in fact, borne out.

24   Q.    But we don't have that, do we?

25   A.    That's exactly correct.

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Ron Schiff, M.D., Ph.D.

```
 1      Q.   Okay.  So --

 2      A.   But what we do have is we do have a number of

 3   studies that indicate that the risk of developing

 4   non-Hodgkin lymphoma is increased in patients with

 5   significant glyphosate exposure, defining

 6   significant the way that we discussed this morning

 7   and that we certainly can do again.  Follicular

 8   lymphoma is a subtype of non-Hodgkin lymphoma, and,

 9   as such, it's one of the conditions that one might

10   expect would, in fact, have an increased risk.

11      Q.   Right.  But you are surmising that in the

12   absence of more data involving a greater number of

13   patients?

14      A.   I've presented to you the follicular lymphoma

15   data which is most directly relevant in this

16   circumstance, but, as with other things that we have

17   discussed today, that represents one line of

18   evidence.

19      Q.   Okay.  That's Eriksson and Pahwa, right?

20      A.   That's correct.

21      Q.   Setting aside -- because I had asked before

22   that last answer -- I just want to know other than

23   Pahwa, so listen to me.  Other than Eriksson, other

24   than Pahwa, can you point to me any study, published

25   study that you're relying upon that you believe, you
```

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Ron Schiff, M.D., Ph.D.

1    interpret as showing a statistically significant

2    increased risk of follicular lymphoma with

3    glyphosate exposure.

4        A.    There is extremely little data at all on

5    subtype associations, and because follicular

6    lymphoma is not the most common subtype of

7    non-Hodgkin lymphoma, we would expect that there

8    would be limitations on it.  So there is very few

9    studies.  I've mentioned the two that I would look

10   at for this as giving the most direct evidence, but

11   I've also indicated what the limitations are in

12   terms of both number of studies and number of

13   patients per study based on the prevalence of

14   follicular lymphoma.

15       Q.    Okay.  I'm going to try this again.

16           MS. FUJIMOTO:  Move to strike; nonresponsive.

17   BY MS. FUJIMOTO:

18       Q.    Let me try this again.  Doctor, you keep

19   saying referencing a few studies, so that's why I

20   keep asking you, but you're not telling me.  You

21   have Eriksson and you have Pahwa.  Tell me what

22   other published studies besides those two by name,

23   author, type, what other studies you relied upon

24   that you interpret as showing a statistically

25   significant increased risk of follicular lymphoma

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

Ron Schiff, M.D., Ph.D.

```
 1    with glyphosate exposure.

 2        A.   Those are the only two studies that offered

 3    that kind of data.

 4        Q.   Okay.  So when you just said there are a few

 5    studies, we're really talking about Eriksson and

 6    Pahwa, right?

 7        A.   No.  I was talking about the studies that

 8    shows an association between glyphosate and

 9    non-Hodgkin lymphoma overall.

10        Q.   Okay.  Not follicular lymphoma as a subtype,

11    right?

12        A.   Exactly.

13        Q.   Okay.  So generally speaking then, two,

14    setting aside histologic subtype, there's really no

15    pathologic feature or marker that is unique to

16    follicular lymphoma in a patient who was exposed to

17    glyphosate, right?

18        A.   That appears to be the rule with

19    environmental causes of lymphoma, not limited to

20    glyphosate, that you can't identify the

21    environmental cause by looking at the cells under

22    the microscope or studying the proteins on the

23    surface of the cells or the chromosomes and DNA

24    molecules inside the cells.  You don't really get a

25    distinction that way.
```

Ron Schiff, M.D., Ph.D.

1    Q.   Right.  So, Doctor, is there any pathologic

2    feature or marker that is unique or specific to

3    non-Hodgkin lymphoma or follicular lymphoma as a

4    subtype with glyphosate exposure?

5    A.   Once again, the answer is no.

6    Q.   Okay.

7    A.   But it is common for environmental

8    carcinogens.

9    Q.   Fair enough.  I just -- you hadn't put in the

10   "no" yet.

11        Is there any genetic marker or feature at any

12   level that is unique or specific to lymphoma that

13   you believe is caused by glyphosate exposure?

14   A.   I have seen no such report of a specific

15   genetic abnormality.

16   Q.   And there's no lab test or blood work that

17   can be done that would say this patient's follicular

18   lymphoma or NHL was caused by glyphosate, right?

19   A.   Not yet.  That's correct.

20   Q.   And so when we think about -- and that's

21   generally.  So when we think about Mr. Hernandez --

22   and you reviewed his medical records --

23   A.   Yes.

24   Q.   Am I right that there was no pathology report

25   that had any feature that would tell anyone that

Ron Schiff, M.D., Ph.D.

1    that follicular lymphoma was caused by glyphosate?

2        A.    Such a feature has not been recognized in

3    anyone as yet.

4        Q.    And there is nothing in Mr. Hernandez's

5    cytology results that would tell anyone that the

6    follicular lymphoma was caused by glyphosate, right?

7        A.    It is not as though other individuals have

8    such specific features and Mr. Hernandez's specimen

9    was lacking them.

10       Q.    Correct.

11       A.    Such features are not yet known.

12       Q.    And there are no blood smears or

13   immunohistochemistry findings or FISH data that

14   would tell anyone that his follicular lymphoma was

15   caused by glyphosate, right?

16       A.    That's exactly the same, because those are

17   not known for any patient at this time.

18       Q.    And there was no test done, either blood or

19   urine or anything else, that would tell anyone

20   whether he had glyphosate in his system at all,

21   right?

22       A.    I have never seen that type of testing done

23   on a lymphoma patient in my personal experience.  I

24   have read a little bit about that, but it is not in

25   broad clinical use, or I would consider that would

Ron Schiff, M.D., Ph.D.

1    be only for research purposes.

2        Q.   And there's no genetic marker that was found

3    in Mr. Hernandez's follicular lymphoma that would

4    tell anyone it was caused by glyphosate, right?

5        A.   None identified in his case or at this time

6    in anyone.

7        Q.   ████████████████████████████████████

█    ██████████████████████████████████████████

█    ██████████

█    ██   ████████████████████████████████████

█    ██   ████████████████████████████████████

█    ██   ████████████

█    ██   █████████████████

█    ██   ████████████████████████████

15       Q.   Okay.  And you have ruled that out?

16       A.   I'm sorry?

17       Q.   You've ruled that out?

18       A.   ██████   ██████████████████████████

19       Q.   ██████   ████████████████████

█    ██   ████████████████████████████████   ████

█    █████████████████████████████████████████

█    ███████████████████████████████████

█    ██████████████████████████████████████████████

24       Q.   Okay.

25       A.   ██████████████████████████████████



Ron Schiff, M.D., Ph.D.



14    Q.   How far in terms of the medical records for

15    Mr. Hernandez -- did you have any information or

16    records that predated his 2009 diagnosis?

17    A.   I believe the answer is no, but I have them

18    here, and I will check to see if there's something

19    older --

20    Q.   Okay.

21    A.   -- but not relevant.

22    Q.   Take a look for me, please, because I didn't

23    have anything.

24    A.   I have September 25, 2008.

25    Q.   Okay.

Ron Schiff, M.D., Ph.D.



19    A.    No.  Oh, no.

20    Q.    Okay.

21    A.    I don't have any other records.

22    Q.    All right.

23          MS. FUJIMOTO:  I'm going to mark as Exhibit

24    Number 9 to the deposition a smaller set of

25    collected medical records pertaining to

```
 1        Mr. Hernandez.

 2                          - - -

 3        (Exhibit 9, Medical Records, was marked for

 4    identification.)

 5                          - - -

 6   BY MS. FUJIMOTO:

 7    Q.   And, again, as we did with Harris, I know the

 8    medical records are more voluminous and the point of

 9    this exhibit really is to isolate the records in a

10    manageable way that we can look at specific entries

11    that I may want to ask you about, okay?  But if

12    there's something you remember or want to refer to

13    in the larger set of medical records that you

14    brought, please do so.

15    A.   Understood.

16    Q.   Okay.  And we've gone through a number of

17    points from the medical records already.  I guess

18    one question I still have for you is, my set goes to

19    2017, June of 2017.  Does your set go any later than

20    that?

21    A.   It does.

22    Q.   Okay.

23    A.   I have records from -- and I can tell you

24    what they are.

25    Q.   Okay.
```

1       A.    It's very simple.

2       Q.    Sure.

3       A.



Ron Schiff, M.D., Ph.D.

4      Q.   Excuse me.  I'm choking.  Sorry.

14          MS. FUJIMOTO:  We need to go off the record.

15          THE VIDEOGRAPHER:  Going off the record at

16      2:29.

17          (A recess was taken from 2:29 p.m. until

18      2:30 p.m.)

19          THE VIDEOGRAPHER:  Back on the record.  The

20      time is 2:30.

21   BY MS. FUJIMOTO:

22      Q.   Thank you, Dr. Schiff.  I'm sorry.  I was

23      having a coughing fit.

24      A.   I hope you're feeling better.

25      Q.   I am.  Thank you.  So you had read some of

Ron Schiff, M.D., Ph.D.

```
 1    the additional records you had seen, and that came

 2    from your report, right?

 3      A.   Correct.

 4      Q.   Okay.  So as of █████████, is Mr. Hernandez

 5    still asymptomatic and in remission from his

 6    follicular lymphoma?

 7      A.   That's another question that requires a

 8    little bit of a complex answer.  The regression of

 9    his lymphoma, as I wrote in Section 3 of my

10    opinions, is that it stopped short of permanent

11    disappearance of the lymphoma-associated

12    abnormalities, instead exhibiting a waxing and

13    waning pattern manifested by alternating periods of

14    increase and decreased disease activity.  This

15    pattern is a recognized variant of the clinical

16    course of low rate lymphoma.  I concluded that, as

17    such, Mr. Hernandez should be regarded as having

18    stable disease rather than being in complete

19    remission.

20      Q.   Okay.  And that's typical of follicular

21    lymphoma patients?

22      A.   It's a recognized pattern, yes.

23      Q.   It's not unique to what you would consider

24    glyphosate induced?

25      A.   No.  No.  Absolutely not.  But, you know, the
```

Ron Schiff, M.D., Ph.D.

```
 1    situation there is stage I or II is potentially

 2    curable; stage III or IV --

 3          MS. FUJIMOTO:  I'm sorry.  Excuse me.  Let's

 4      go off.  I apologize.

 5          THE VIDEOGRAPHER:  We're going off the record

 6      at 2:31.

 7          (A recess was taken from 2:31 p.m. until

 8    2:49 p.m.)

 9          THE VIDEOGRAPHER:  We're back on the record.

10      The time is 2:49.

11    BY MS. FUJIMOTO:

12      Q.  Welcome back, Doctor.  Thank you.  Forgive me

13      for the coughing fit, but I think I'm through it

14      now.

15          And so we had left off talking about the

16      medical records and so forth, and so I think we're

17      done with that right now.  What does it mean -- have

18      you ever heard the term that cancer is a stochastic

19      disease?

20      A.  Well, I'm familiar with the term

21      "stochastic," but in terms of cancer that may apply

22      to certain aspects but not to causation or mechanism

23      in general.

24      Q.  But I take it from your prior responses and

25      certainly what we talked about in the Harris
```

Ron Schiff, M.D., Ph.D.

1    deposition, you would agree that cancer, including

2    non-Hodgkin lymphoma and including whether it's CNS

3    for Mr. Harris or follicular lymphoma for

4    Mr. Hernandez, that it is a disease that's likely

5    multifactorial?

6        A.   Well, again, I would say that we don't know

7    that.  The point that I made in my deposition three

8    weeks ago and that we reiterated earlier today was

9    that for the majority of individuals we don't know

10   the precise cause or causes of their cancer, so we

11   look for potential risk factors that stand out.  In

12   these cases it's glyphosate because there's

13   consistently extensive exposure, more than one would

14   just expect, for example, for a consumer of

15   agricultural products.

16       I'm sure that there are random components,

17   because that's what stochastic means, in the

18   carcinogenesis process.  But there are many

19   different mechanisms of carcinogenesis, and the

20   mechanism isn't necessarily going to be the same for

21   one as for the next type of cancer.

22       Q.   And so we had talked about in the Harris

23   deposition the Tomasetti --

24       A.   Right.

25       Q.   -- article, right?

Ron Schiff, M.D., Ph.D.

```
 1      A.   Uh-huh.

 2      Q.   And the process or the implications of

 3   genetic errors in mutations being involved in

 4   cancer.

 5      A.   That's correct.

 6      Q.   Okay.

 7      A.   And the distinction that I tried to make then

 8   and I repeat now is that some may be random-acquired

 9   mutations, and some may be environmentally caused.

10   We -- I'm sure we don't know the full catalog of

11   mutations associated with cancer, nor do we know the

12   environment and gene interaction of each of those

13   mutations.

14      Q.   ████████████████████████████████████████

██   ███████████████████████████████████████

██   ████████████████████████████████████████████

██   ███████████████████████████████████████

██   ████████████████████████████████████████████

██   ███████████████████████████████████████

██   ██████████████████████

21      A.   ███████████████████████████████████████

██   ████████████████████████████████████████████

██   █████████████████████████████████████

██   █████████████████████████████████████

██   ██████████████████     ████████████████████
```

Ron Schiff, M.D., Ph.D.

1 ██████████████████████████████████

■ ████████████████████████████████████

■ ████████████████████████████

■ █████████████████████████████████

■ ██████████████████████████████████████

■ ████████████

7      Q.   But isn't what you told me earlier when we

8   were talking about Tomasetti that it's well

9   recognized in the medical community that although

10   there are some gene mutations that we can actually

11   test for, there probably are a lot that occur that

12   we just don't even know about or can't test for?

13      A.   That's the point that I was trying to make.

14      Q.   Right.

15      A.   Some of them can even go down to the level of

16   single nucleotide mutations or polymorphisms.  The

17   science of associating those with cancer is still in

18   its infancy.

19      Q.   So if I were to visualize a pie chart of

20   non-Hodgkin lymphoma -- or it can be follicular

21   lymphoma.  I think the answers would be the same.

22   But if I'm envisioning a pie chart, am I right and

23   would you agree that some small percentage would be

24   attributable to environmental factors that you --

25   you believe should include glyphosate as a potential

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Ron Schiff, M.D., Ph.D.

```
 1    cause?

 2    A.   Well, not necessarily a small percentage.  I

 3    mean, the way that we evaluate that is we look at

 4    the relative risk for glyphosate and its association

 5    with non-Hodgkin lymphoma, and there I came up with

 6    approximately 30 percent.

 7    Q.   Right.

 8    A.   But in terms of the Tomasetti article, there

 9    was a reported statistic of about 40 percent

10    environmentally caused in the United Kingdom.  And

11    what he said in his text was 29 percent in the

12    United States, but the underlying original article

13    said up to 40 percent.

14    Q.   Okay.

15    A.   And, you know, and I haven't read that.

16    Q.   Sure.

17    A.   But, you know, the point is that I think that

18    the Tomasetti article represented a first step,

19    albeit an important one, to mapping out the relative

20    contributions of these causes except that

21    interactions among them were not systematically

22    explored.

23    Q.   And so if I'm looking at the pie chart then,

24    you would put a 30 to 40 percent slice to

25    glyphosate, right?
```

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Ron Schiff, M.D., Ph.D.

1    A.   Well, I think it's reasonable based on what

2    we know now.  I mean, I have fundamental problems in

3    constructing a pie chart like that because so much

4    of it rests on speculation.  But based on what we've

5    looked at before with specifically the meta-analyses

6    of glyphosate and non-Hodgkin lymphoma and my very,

7    very cursory reading of the Tomasetti article, that

8    seems to be a range where discussion could start.

9    Q.   Okay.  So let me go at it this way then,

10   because I'm trying to understand considerations.  So

11   if I'm visualizing a pie chart and I'm understanding

12   you correctly, whatever the percentage is, you would

13   attribute some portion of the pie to environmental

14   factors that would include glyphosate, right?

15   A.   That's correct.

16   Q.   That's one.  One slice would go to inherited

17   or heritable factors, small slice, but some are

18   attributed to genetic things that are passed down

19   from our parents, right?

20   A.   That would be a small slice.  Again, I don't

21   know the magnitude, but I would agree to that.

22   Q.   All right.  And then there are some -- a

23   slice would go to specific gene mutations whether

24   it's, you know, 14;18 translocation that we talked

25   about earlier or some other specific -- the MYC

Ron Schiff, M.D., Ph.D.

1    gene, BCL2, whatever.  There are -- a slice should

2    go to some identifiable genetic mutations, right?

3        A.    Sure.  But, again, it's a very important

4    concept that the overlap between inherited mutations

5    and environmental causes and the overlap between

6    acquired mutations and environmental causes has not

7    been mapped out and evidently has not been addressed

8    by that study.  Yes, I'd like to spend more time

9    reading that study.  I was familiar with the general

10   concept, but I didn't have much time to look at it

11   today.

12       Q.    Okay.  And that's fair enough.  We really

13   don't know how these, quote-unquote, slices of the

14   pie might overlap with one another is what you're

15   saying.

16       A.    That's an important conclusion.

17       Q.    Okay.  And what we also know from our earlier

18   discussions is that based on your clinical -- your

19   own clinical experience prior to 2015 when you

20   retired would be that a big slice, a majority would

21   go to causes that are not yet known, how you

22   describe idiopathic causes or idiopathic -- I should

23   say idiopathic lymphoma?

24       A.    Well, the situation there is that's a

25   separate pie chart.  I mean, that's just a

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Ron Schiff, M.D., Ph.D.

```
 1    completely separate thing, because what
 2    Dr. Tomasetti and his colleagues have done is to try
 3    to break down those for which a cause can be known
 4    or is suspected and leave the idiopathic category
 5    out of it.
 6         So, you know, you have one pie chart that's
 7    idiopathic versus known or strongly suspected cause,
 8    and then you have another pie chart that looks at
 9    mutations and either inherited or acquired and
10    environmental causes.  But you can't superimpose
11    those pie charts because --
12    Q.   You don't --
13    A.   -- they look for completely different things.
14    Q.   You don't think random mutations fall within
15    the unknown cause --
16    A.   Well --
17    Q.   -- or not known cause?
18    A.   I think that there are random mutations that
19    fall within the unknown cause.  I think there's no
20    question about that, because as I've said and you
21    have also said during the current deposition, there
22    are doubtless new mutations and other genetic
23    abnormalities that have yet to be discovered that
24    are associated with particular forms of cancer.  So
25    there is an unknown component of that, but it's just
```

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

Ron Schiff, M.D., Ph.D.

1    a question of classifying these potential etiologies

2    differently.

3       Q.   So as we sit here today, though, to the

4    extent there is a portion of lymphomas for which

5    there are no currently known causes, there's no way

6    for anyone to rule those out as a contributing cause

7    of Mr. Hernandez's cancer, right?

8       A.   Well, again, no, I don't think that's right,

9    because, again, if we look for what the potential

10   causes of Mr. Hernandez's cancer are, we -- you

11   know, we take a look -- you know, we did not

12   identify other risk factors for the development of

13   his lymphoma such as predisposing medical

14   conditions, a positive family history or other

15   candidate carcinogenic exposures in his medical

16   records.

17   ████████████████████████████████████████

██   ████████████████████████████████████████

██   ████████████████████████████████  ██████

██   ██████████████████████████████████████████

██   ████████████████████████████████████

██   ██████████████████████  ████████████████████

██   ██████████████████████████████████████

██   ██████████████████████████████████

██   ██████████████  ████████████████████████

Ron Schiff, M.D., Ph.D.

1    ████████████████████████████████████████████

██   ██████████████████████████████████████ .

3        Q.   Okay.

4        A.   So I don't think that he has that exposure or

5    that additional possible cause, but that's -- you

6    know, that's the way I would try to answer the

7    question that you have just asked, that he had

8    extensive Roundup exposure, and no other obvious

9    causes or contributing factors to his lymphoma come

10   to mind.

11       Q.   Right.  And so my question is -- I get that

12   you have ruled in Roundup as a -- as a potential

13   cause and concluding that it's the cause for

14   Mr. Hernandez and all the other plaintiffs you've

15   looked at, right?

16       A.   Yes.

17       Q.   So you've ruled that in, and then --

18                (Telephone interruption.)

19   BY MS. FUJIMOTO:

20       Q.   You okay?

21       A.   Yeah.

22       Q.   And then you've ruled out known established

23   risk factors or causes that you've talked about,

24   right?

25       A.   Also correct.

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Ron Schiff, M.D., Ph.D.

```
 1        Q.   I get that.  What I'm saying is, there's no

 2     way to rule out all the rest of the unknowns causes.

 3     You've already said there's a lot of unknowns.  How

 4     can you rule out an unknown if we don't know it to

 5     rule it out or find it?

 6        A.   Well, of course you can't.  I mean, that's

 7     why in my opinion it doesn't pay to draw up a

 8     comprehensive list.

 9               (Telephone interruption.)

10          THE WITNESS:  I'm sorry.  I want to get this.

11          MS. FUJIMOTO:  Okay.  Let's go off the

12     record, please.

13          THE VIDEOGRAPHER:  Going off the record at

14     3:01.

15          (A recess was taken from 3:01 p.m. until

16  3:02 p.m.)

17          THE VIDEOGRAPHER:  We're back on the record

18     at 3:02.

19          MS. FUJIMOTO:  Okay.

20          THE WITNESS:  Okay.  Could you read back,

21     please, what I said before my telephone

22     interrupted me?

23          (Reporter reads answer as follows:  "Of

24     course you can't.  I mean, that's why in my

25     opinion it doesn't pay to draw up a comprehensive
```

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

Ron Schiff, M.D., Ph.D.

1        list.")

2            THE WITNESS:  A comprehensive list of

3        potential causes in an individual patient.  You

4        don't know the universe of causes that are

5        possible and you can't identify them, so you only

6        identify the factors for which you have evidence.

7        And in Mr. Hernandez's case it really begins and

8        ends with glyphosate.

9            Now, I do want to expand on that a little bit

10       because I don't want any uncertainty left about

11       why I did not include the Orsi article among the

12       articles that dealt with the subtype association

13       for non-Hodgkin lymphoma.  In Orsi the odds ratio

14       was 1.4, which is elevated, but it's a very broad

15       95 percent confidence interval, and it's based on

16       only three ascertained cases.  So it's not that I

17       wasn't aware of the article or that I forgot about

18       it.  I did not figure that it had much to

19       contribute to the discussion.  I just wanted to

20       acknowledge it.

21   BY MS. FUJIMOTO:

22       Q.  So if a study involves low numbers with wide

23   confidence intervals and relative risk or odds

24   ratios that are not statistically significant, then

25   they really aren't something you would rely on?

Ron Schiff, M.D., Ph.D.

1      A.   That's a problem with subtype analysis in

2   non-Hodgkin lymphoma in general.  If you have going

3   to find an association, it's probably going to be

4   with the most common subtype, diffuse large B-cell.

5      Q.   So let me follow up, then, on some of the

6   unknowns that you just talked about and in

7   particular exposures or environmental exposures.

8   You clearly include glyphosate, and you reference in

9   your report your opinion that Mr. Hernandez's

10  exposure to Roundup was extensive, right?

11     A.   That's correct.

12     Q.   Okay.  And that's based on his fact sheet,

13  his deposition and your telephone interview with

14  him?

15     A.   Yeah.  No, I didn't discuss it with

16  telephone -- in my telephone interview with him.

17          But I do want to correct something that I

18  misstated earlier.  It turns out that the deposition

19  transcripts for Mr. and Mrs. Hernandez are, in fact,

20  here with me at the bottom of the pile of his

21  medical records, so I did not forget those.  I was

22  relieved to realize that I had them.

23          But all of that information is, in my

24  opinion, relatively consistent.  We talked about in

25  the report Mr. Hernandez reported using Roundup five

Ron Schiff, M.D., Ph.D.

1    times weekly.  That's every weekday in his work as a

2    landscaper and while gardening at home.  Commercial

3    exposure began in 1997 and continued until he was

4    diagnosed with non-Hodgkin lymphoma in 2009.  His

5    residential exposure also began in 1997 but

6    continued until 2016.  His use of personal

7    protective equipment while mixing and spraying

8    Roundup was inconsistent.  My conclusion from that

9    is that his exposure to Roundup has been extensive.

10       There were no inconsistencies or significant

11   variations anywhere in that information, and that's

12   why I did not feel the need to question him about it

13   separately during the telephone call with the

14   translator.

15   Q.   All right.  Dr. Schiff, you understand or

16   know from the fact sheets that Mr. Hernandez has

17   lived in -- all the way from 1988 to the present in

18   Long Beach for many years and then La Mirada.  Do

19   you understand that?

20   A.   I do.

21   Q.   Those are both in California, right?

22   A.   That's correct.

23   Q.   Okay.  And did you do anything to investigate

24   environmental exposures in Long Beach?

25   A.   Well, as a matter of fact, now that you asked

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Ron Schiff, M.D., Ph.D.

1     that, I am aware that Long Beach was some years

2     ago -- and I don't remember exactly when -- the site

3     of a public health advisory including

4     polychlorinated biphenyls.  I have not heard, read

5     or learned anything that indicates that that still

6     is in force.  But in the past there may have been

7     environment exposure to that, although that was

8     primarily having to do with fish that were caught in

9     local bodies of freshwater.  Other than that, I

10    can't tell you much about it.  I know you're going

11    to point out that there's a big naval base in Long

12    Beach, but I don't know anything about exposures

13    that would be related to that.

14        Q.   Okay.  So you are certainly aware of the

15    concerns historically and during relevant years of

16    PCB exposures in the air, right?

17        A.   No, not in the air but through eating fish.

18    That's what I remember.  I do not remember anything

19    beyond that.

20        Q.   Okay.

21        A.   But I believe that was the basis of the

22    public health -- public health advisory.

23        Q.   Did you see any information or data or

24    investigate in any way air quality reports for the

25    Long Beach area in the periods of time in which

1     Mr. Hernandez lived there?

2     A.    The answer to that is no, but you would have

3     to know what the specific pollutant or pollutants

4     were to estimate whether they were lymphoma

5     carcinogens.  But, no, that's not really something

6     that I was asked to do and render an opinion on by

7     virtue of my work in this case.

8     Q.    Okay.  So you didn't investigate what

9     chemicals might have been in the air or when or how

10    much, so there's no way for me to know whether or

11    not Mr. Hernandez was exposed to them, right?

12    A.    But if that was ambient environmental

13    exposure as opposed to the extensive occupational

14    and residential Roundup exposure that he had, I

15    would regard that as being of lesser magnitude.

16    Beyond that I do not claim specific information.

17    Q.    Okay.

18    A.    But I have also not heard about any other

19    major public health emergency.  What I know about

20    PCB exposure in fish caught in freshwater in the

21    Long Beach area comes specifically from my work as

22    an expert witness in the PCB litigation.

23    Q.    And PCB is a -- PCBs are carcinogenic, right?

24    A.    That's correct.

25    Q.    We've already talked about that.

Ron Schiff, M.D., Ph.D.

1      A.   And that's worth emphasizing, now that you

2   have brought that up, is that the meta hazard ratio

3   for glyphosate as calculated by Zhang, but very

4   close in the other meta-analyses and so on, of

5   approximately 1.4 and so on is very, very close to

6   the meta hazard ratio calculated for PCBs, which

7   IARC actually considers a group one carcinogen

8   reflecting strongest evidence.  So in terms of the

9   quantitative hazard assessment -- and please note

10   I'm not using the term assessment of magnitude of

11   risk but the quantitative hazard assessment -- it

12   appears that PCBs and glyphosate are comparable.

13      Q.   Doctor --

14           MS. FUJIMOTO:  Move to strike; nonresponsive.

15   BY MS. FUJIMOTO:

16      Q.   Dr. Schiff, did you do any investigation to

17   determine whether and to what extent Mr. Hernandez

18   was exposed to PCBs as a result of his living in

19   Long Beach and the ambient air in that environment?

20      A.   I would not expect that airborne exposure

21   would be a factor.  I'm not --

22           MS. FUJIMOTO:  Move to strike; nonresponsive.

23   BY MS. FUJIMOTO:

24      Q.   Did you do any investigation to determine

25   whether and what extent -- or to what extent

Ron Schiff, M.D., Ph.D.

```
1    Mr. Hernandez was exposed to PCBs by virtue of

2    living in Long Beach?  That's the question.  Did you

3    investigate?  Not whether you would expect a certain

4    finding or not, but did you look or research any of

5    those data?

6    A.   I did not.

7    Q.   Okay.

8    A.   There was no reason for me.

9    Q.   All right.  Did you investigate or look into

10   any data as to whether or to what extent

11   Mr. Hernandez might have been exposed to benzene in

12   the ambient air while he lived in Long Beach?

13   A.   Once again, I would have had no reason to do

14   that.

15   Q.   So you didn't?

16   A.   Well, he didn't have an occupational exposure

17   or a residential exposure that would have suggested

18   any kind of excessive or extensive or extraordinary

19   exposure to benzene, so I did not find that.  I

20   looked at what he did for a living over a prolonged

21   period of time.  I looked at his habits with

22   residential gardening.  And I based my conclusions

23   upon that.

24   Q.   That's what I'm saying.  So you know he was a

25   gardener and a landscaper, right?
```

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

Ron Schiff, M.D., Ph.D.

```
 1      A.   Correct.

 2      Q.   Okay.  So did you presume he was outside a

 3   lot?

 4      A.   Sure.

 5      Q.   Okay.  And you presumed he used pesticide

 6   like glyphosate?

 7      A.   Yes.

 8      Q.   Okay.

 9      A.   Although, there was no testimony given about

10   other specific pesticides that he used in all that

11   time.

12      Q.   Right.  Right.  So do you know whether he

13   used any other pesticides at any point in time

14   during his long career as a landscaper?

15      A.   I have no documentary or deposition evidence

16   that he did.

17      Q.   Okay.  And going back to the ambient air in

18   Long Beach, if he was outside a lot, are you aware

19   that Long Beach has a pier at the Port of

20   Los Angeles?

21      A.   Yes, as a matter of fact, I am aware of that.

22      Q.   And do you know or are you aware of the data

23   and reports for the last several decades about the

24   degree of smog and bad air quality in that area and

25   near the ports?
```

Ron Schiff, M.D., Ph.D.

1    A.   I think everybody's aware of it, but I have

2   never encountered any data that indicates that

3   lymphoma incidence or death rates are higher there

4   than in other parts of the country.

5    Q.   Have you looked into that question?

6    A.   As a matter of fact, I have looked into the

7   geographic distribution of non-Hodgkin lymphoma.  If

8   I've encountered anything that's specifically

9   highlighted an increased incidence or mortality in

10  that area, I don't recall it.

11   Q.   Okay.  Did you bring anything with you that

12  shows the geographic distribution?

13   A.   No, I did not.

14   Q.   Okay.  Are you aware of published data and

15  reports that people that live in that area have

16  multiple times the risk of various cancers in

17  comparison to people who don't live in that area?

18   A.   I'm not aware of that, but I've never seen

19  anything that suggests that that applies

20  specifically to non-Hodgkin lymphoma.

21   Q.   Are you aware of any of the data that relates

22  to the nature of chemicals and other contaminants

23  that are part and parcel of the exhaust from the

24  ships and trucks at the Long Beach terminal

25  specifically and the Los Angeles port, Port of

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

Ron Schiff, M.D., Ph.D.

1    Los Angeles generally?

2        A.    I don't know anything specific about fuel or

3    fuel contaminants there or about exposures to the

4    general public to those potential toxins.

5        Q.    Do you know anything about the 710 Long Beach

6    Freeway?

7        A.    I'm sure I've been on it once or twice in my

8    life.  I know about the Los Angeles area freeways in

9    general.  I think it's good to try to avoid them.

10       Q.    Do you know whether the predominant type of

11   vehicle that travels along the 710 Long Beach

12   Freeway are 18-wheelers?

13       A.    I have -- I would have no idea about that.

14       Q.

         Q.

25       A.

Ron Schiff, M.D., Ph.D.

1      ███      ████████████████████████████████

██      ██████████████████████████████████████████

██      ███      ████████████████████

4      Q.   Do you know that Long Beach is famous for all

5   of its oil rigs?

6      A.   I have heard about that, yes, but I'm also

7   aware that he was not employed in the fossil fuel

8   industry at any time in his career, and I have not

9   heard anything about local exposures being

10  associated with an increased risk of developing or

11  dying from lymphoma.

12     Q.   Did you look into it?

13     A.   Again, to the extent that I mentioned

14  earlier, I did.

15     Q.   Okay.

16     A.   I have not seen that there was an excess of

17  lymphomas in that particular part of the country.

18     Q.   ██████████████████████████████████████

██      ████████████████████████████

20     A.   No, I have no idea.

21     Q.   Do you know whether he ever worked as a

22  landscaper in any area near the oil rigs?

23     A.   I also do not know that.

24     Q.   So did you investigate at all any of the

25  locations at which he worked as a landscaper?

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

Ron Schiff, M.D., Ph.D.

1     A.   No.  I was interested in his occupations.

2     And in terms of occupational exposure, nothing

3     suggested itself other than his exposure in

4     landscaping or in residential gardening to

5     glyphosate.  All of his other exposures, to the

6     extent that they occurred, would have been through

7     ambient conditions of air, water, soil and so forth.

8     Q.   Did you look into what other pesticides,

9     insecticides or other chemicals that landscapers

10    generally might be exposed to in their work?

11    A.   Well, yes.  There are listings of some of

12    those, and some of those have been addressed by the

13    various general causation materials from which

14    glyphosate-specific information is derived.

15    Q.   And then so I'm asking you specifically as to

16    Mr. Hernandez, setting aside sun exposure that he

17    presumably would have as a landscaper, what other

18    pesticides or insecticides or other chemicals could

19    he have been exposed to irrespective of whether he

20    reported it to you?

21    A.   Ultraviolet exposure is not a risk factor for

22    the development of non-Hodgkin lymphoma.  And in

23    terms of other pesticides, the only ones that have

24    come up through the Plaintiff Fact Sheet and through

25    the deposition testimony of Mr. and Mrs. Hernandez

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Ron Schiff, M.D., Ph.D.

1    it's limited to glyphosate.  I can't say that he had

2    no other exposures, but there is no testimony or

3    documentation about any of the others.  And, if so,

4    I cannot imagine that it would reach the level,

5    without having been noticed, of his approximately 20

6    years of glyphosate exposure.

7       Q.  Well, but you can't really say that if you

8    have no idea about any information about other

9    exposures, can you?

10      A.   I believe that he was asked about other

11   exposures, and I believe that the herbicide that he

12   used was Roundup.

13      Q.  Right.  Understood.  But do you think

14   Mr. Hernandez would know anything about what might

15   be in the environment in Long Beach or the Port of

16   Los Angeles or near the Torrance refinery or near

17   oil rigs or in the other areas in which he served as

18   a landscaper, things that might have been used by

19   other landscapers?

20      A.   I don't know if he knew about that or not,

21   but those exposures would not be to the extent of

22   his mixing and spraying Roundup over a period of 20

23   years.

24      Q.  How can you say that if you don't know what

25   they were?

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Ron Schiff, M.D., Ph.D.

```
 1      A.   Because you're talking, again, about ambient

 2   exposures and not about things that he worked with

 3   directly --

 4      Q.   Okay.

 5      A.   -- which, again, from the information that I

 6   have is limited to Roundup.

 7      Q.   You know that he went -- worked in

 8   agriculture in Mexico?

 9      A.   Yes.

10      Q.   And you knew that he made many trips back and

11   forth to Mexico?

12      A.   That also became clear.  That's correct.

13      Q.   Do you know anything about the air quality in

14   the areas in Mexico where he went and visited and

15   worked?

16      A.   I know that there's a lot of pollution in

17   Mexico City, but beyond that I have no specific

18   information or details.

19      Q.   Do you know what pesticides, herbicides or

20   insecticides were used in the areas in Mexico in

21   which he visited or worked?

22      A.   No, I do not.

23      Q.   Do you know anything about whether and to

24   what extent Mexico regulates the safety of

25   agricultural products or use of agricultural
```

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Ron Schiff, M.D., Ph.D.

```
 1    products similar to what the US EPA does?

 2       A.   I have no specific information about that.

 3    I'm not aware of Mexico having any restrictions, for

 4    example, or outright bans on glyphosate, sale or

 5    use.

 6       Q.   Or on any other pesticides or insecticides or

 7    chemicals, right?

 8       A.   There I have no information whatsoever.

 9       Q.   Okay.  Did you know that when he was in

10    Mexico he worked in the oil and gas industry for a

11    period of time?

12       A.   I do not recall encountering that

13    information.

14       Q.   Okay.  What about just the use of oil and gas

15    in his job as a landscaper?

16       A.   Well, again, I think that, you know, that

17    speaks to the type of incidental use that someone

18    who puts gas in their car or in their lawn mower

19    would have exposure to.  Perhaps it was more than

20    that.  I don't know one way or the other, but that

21    does not take away from the fact that he had

22    extensive exposure to glyphosate for a period of

23    nearly 20 years.

24       Q.   Did you know that he worked in a factory

25    making cribs at some point?
```

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Ron Schiff, M.D., Ph.D.

1      A.   No, I don't know anything about that.

2      Q.   Okay.  So you don't know whether he used

3    solvents or other chemicals like benzene that are

4    considered carcinogens?

5      A.   I do not know that.  But, again, I do know

6    that he used glyphosate for -- frequently for nearly

7    20 years.

8           MS. FUJIMOTO:  Okay.  Let's go off the

9      record.

10          THE VIDEOGRAPHER:  Going off the record at

11     3:20.

12          (A recess was taken from 3:20 p.m. until

13   3:21 p.m.)

14          THE VIDEOGRAPHER:  We're back on the record.

15     The time is 3:21.

16          MS. FUJIMOTO:  Okay.  I have no further

17     questions, Dr. Schiff.

18          THE WITNESS:  Thank you, Ms. Fujimoto.

19          MS. FUJIMOTO:  Thank you.  Do you have any?

20          MR. BRAKE:  No further questions.

21          MS. FUJIMOTO:  Thank you very much for your

22     time.  Off the record.

23          THE VIDEOGRAPHER:  This concludes the

24     deposition.  The time is 3:21.

25          (Whereupon, the deposition concluded at

1      3:21 p.m.)

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Ron Schiff, M.D., Ph.D.

```
 1              C E R T I F I C A T E

 2         I, Tami Cline, Registered Merit Reporter,

 3    Certified Realtime Reporter, Florida Professional

 4    Reporter, do hereby certify that, pursuant to

 5    notice, the deposition of RON SCHIFF, MD, PhD was

 6    duly taken on November 12, 2019 at 1:26 p.m. before

 7    me.

 8         The said RON SCHIFF, MD, PhD was duly sworn

 9    by me according to law to tell the truth, the whole

10    truth and nothing but the truth and thereupon did

11    testify as set forth in the above transcript of

12    testimony.  The testimony was taken down

13    stenographically by me.  I do further certify that

14    the above deposition is full, complete, and a true

15    record of all the testimony given by the said

16    witness, and that a review of the transcript was not

17    requested.

18

19    _____

20    Tami Cline, RMR, CRR FPR

21    (The foregoing certification of this transcript does

22    not apply to any reproduction of the same by any

23    means, unless under the direct control and/or

24    supervision of the certifying reporter.)

25
```

Ron Schiff, M.D., Ph.D.

```
 1                        LAWYER'S NOTES

 2    PAGE    LINE

 3    _____   _____    _____

 4    _____   _____    _____

 5    _____   _____    _____

 6    _____   _____    _____

 7    _____   _____    _____

 8    _____   _____    _____

 9    _____   _____    _____

10    _____   _____    _____

11    _____   _____    _____

12    _____   _____    _____

13    _____   _____    _____

14    _____   _____    _____

15    _____   _____    _____

16    _____   _____    _____

17    _____   _____    _____

18    _____   _____    _____

19    _____   _____    _____

20    _____   _____    _____

21    _____   _____    _____

22    _____   _____    _____

23    _____   _____    _____

24    _____   _____    _____

25
```