# Exhibit 19

```
 1                UNITED STATES DISTRICT COURT
 2               NORTHERN DISTRICT OF CALIFORNIA
 3
 4   IN RE:  ROUNDUP PRODUCTS LIABILITY  ) MDL NO. 2471
     LITIGATION                          )
 5   _____ )
     This document relates to:           ) MDL 3:16-MD-2741-VC
 6                                       )
     Ines Hernandez and Maria Hernandez  )
 7             v.                        )
     Monsanto Company                    )
 8   Case No. 3:16-cv-05750              )
     _____ )
 9
10
11
12   Videotaped Deposition of:  Ines Hernandez
13   Date and time:  Friday, July 12, 2019, 9:05 A.M.
14   Location:       11767 Harbor Boulevard
                     Garden Grove, California
15
16
17
18    Reporter:
19    CAROLYN GREGOR, CRR, RMR, RDR
      Certificate No. 2351
20    Certified Realtime Reporter
21
22
23
24
25
```

```
 1   what did you do for work in Mexico before you moved here
 2   to the United States?
 3        A    Agriculture and taking care of cattle.
 4        Q    What were your job responsibilities and main
 5   duties when you worked in agriculture and taking care of
 6   the cattle?
 7        A    Only planting and then harvesting crops and
 8   caring for the cattle, making sure it was okay, that they
 9   had enough food and water.
10        Q    Was that a full-time job?
11        A    Like eight hours, seven hours.
12        Q    Per day?
13        A    Yes.  When I worked in the field, yes, in
14   agriculture.
15        Q    How many years did you do that?
16        A    From the time I was about 15 years old, I think
17   until I came here.
18        Q    [REDACTED]?
19        A    In '84 is when I came here.
20        Q    [REDACTED]
21        A    Yes.
22        Q    What type of chemicals, if any, did you use when
23   you were working on that farm from when you were 15 to 20
24   years old?
25        A    No, we didn't use any.
```

Ines Hernandez

 1      Q     Did you work around any motorized vehicles that
 2   used gasoline or diesel fuel?
 3      A     No.  It was all -- well, we call them "mules."
 4   I don't know what you call them.  And oxen.  I don't know
 5   what you call them here.
 6      Q     Did you do any type of woodworking where you
 7   were fixing fences and cutting wood, things like that?
 8      A     Only picking up wood for cooking because we used
 9   wood for cooking.
10      Q     Any type of work welding with metal?
11      A     No.
12      Q     What did do you for work when you moved here in
13   1984?
14      A     It was a factory.  They -- they made all the
15   setup for the cribs for babies.
16      Q     Do you remember the name of the factory?
17      A     The name was -- no, I don't remember right now.
18   It's been many years.  I don't remember.
19      Q     How long did you work at that factory?
20      A     Around seven years.
21      Q     And what were your main job responsibilities?
22      A     It was basically -- I was taking out the fabric
23   in order to cut it and putting it on the table.
24      Q     Is that what you did the entire seven years you
25   were there?

```
 1      A    Yes.
 2      Q    Did you --
 3      A    Cleaning.  Cleaning the area as well.
 4      Q    What type of cleaning liquids did you use?
 5      A    No, it was not with liquids.  It was basically
 6   just gathering the dust or the pieces of fabric that
 7   would fall on the floor.
 8      Q    Were there any chemicals that you were aware of
 9   that were used at the factory?
10      A    No.
11      Q    Where did you go work after that factory in
12   1991?
13      A    I'm sorry?
14      Q    Where did you go work after that factory?
15      A    Oh, I worked at another place but doing the same
16   thing.
17      Q    So the same type of work but a different
18   factory?
19      A    Yes, the same.  It was the same.
20      Q    And how long did you work at that next factory?
21      A    Around two or three years.  I don't remember
22   well.
23      Q    And what did you do for work in about 1993 or
24   1994 after that second factory?
25      A    I didn't work for about two years.  Two or three
```

Ines Hernandez

```
 1      Q    But to make sure we understand correctly, after

 2   2009, you only used Roundup on occasion at your house,

 3   right?

 4      A    Yeah.

 5           MR. HOKE:  Objection to form.

 6      Q    BY MR. LARSEN:  Now, in that same table under

 7   "Usage" it states you held a hand-held spray bottle.

 8           When you used the Roundup in your lawn

 9   maintenance business, did you use a hand-held spray

10   bottle?

11      A    No, a gallon, one of those that you use for

12   spraying.

13      Q    As we discussed earlier?

14      A    Yes.  The one gallon and then the 5-gallon.

15      Q    And then you at times would use the 5-gallon in

16   a backpack sprayer, right?

17      A    Yes, yes.

18      Q    So on page 8, this column that says "Usage" and

19   it states that you used a hand-held spray bottle, that's

20   incorrect, right?

21      A    I don't know what you would be calling a

22   "hand-held."

23      Q    Well, these are not my words.  These are your

24   words, right?

25      A    Well, it's manual, but it's a pump.
```

1   2,352 gallons of mixed product.

2            Does that sound like a correct approximation

3   based upon your personal use and experience?

4       A    Yes.  I don't know very much about mathematics,

5   but yes.

6       Q    And then if we can look at Exhibit 8, which was

7   marked as plaintiff's fact sheet can we turn to page 10

8   of that.  It's your First Amended Plaintiff's Fact Sheet.

9   So page 8.

10           It indicated that you had sprayed Roundup -- I'm

11  looking at the boxes, the second-to-last line -- that you

12  had sprayed Roundup at your home in Long Beach,

13  California?

14      A    Yes.

15      Q    Was that Roundup that you sprayed for your own

16  personal use?

17      A    The same one that I would buy for my house, yes.

18      Q    Okay.  And so did you begin spraying Roundup for

19  your own personal use at the Long Beach property in 1997?

20      A    Yes.

21      Q    Did you continue to spray Roundup for your own

22  personal use at the Long Beach property until 2016?

23           MR. LARSEN:  Object to form.

24           THE WITNESS:  2000?

25      Q    BY MR. HOKE:  2016.

Ines Hernandez

  1      A    Oh, yes.

  2      Q    And then the next line down you indicated that

  3  you sprayed Roundup -- I believe this would be at your

  4  home in Anaheim, California, is that correct?

  5      A    I didn't understand the question.

  6      Q    Looking at the last line right here

  7  (indicating), you indicated that you sprayed Roundup to

  8  control weeds in Anaheim, California, is that correct?

  9      A    I don't remember well.

 10      Q    That's okay.  Did you spray Roundup at your home

 11  for personal use?

 12      A    Yes, on the cement, the weeds that come out of

 13  the cement.

 14      Q    Okay.  And did you start spraying Roundup at

 15  your home for personal use in 1997?

 16      A    Yes.

 17           MR. LARSEN:  Object to the form.

 18      Q    BY MR. HOKE:  Did you use Roundup in your home

 19  for personal use until 2016?

 20      A    Yes.

 21      Q    Okay.  Going back to the Long Beach property,

 22  can you state the address of the Long Beach property?

 23      A    ████████████████████████████████████████

 24      Q    Okay.  And how often would you estimate that you

 25  sprayed Roundup at the Long Beach property?

```
 1     A    No, I'm not sure.  Only when I would see weeds
 2  on the cement.
 3     Q    Okay.  So you just sprayed as needed?
 4     A    Yes.
 5     Q    Can you estimate about how much Roundup you
 6  would use per month at the Long Beach property?
 7     A    No, no, I don't know exactly.
 8     Q    Can you describe the area around the house in
 9  Long Beach, if you sprayed?
10     A    It was in the back of the house, in an area in
11  the front, around the fence.
12     Q    And at your house, can you describe the area in
13  which you sprayed.
14     A    It's on the side, by the neighbors.
15     Q    Can you estimate the approximate size of that
16  area?
17     A    No, I don't know exactly.
18     Q    And so then you stopped spraying at both the
19  Long Beach and Anaheim properties in 2016, correct?
20     A    Yes.
21     Q    And why did you decide to stop using Roundup at
22  that time?
23     A    When my son told me that the spray was causing
24  cancer.
25     Q    And so then you kept using Roundup until 2016
```

```
 1
 2
 3                        CERTIFICATE
 4                            OF
 5                CERTIFIED SHORTHAND REPORTER
 6
 7          The undersigned Certified Shorthand Reporter of
     the State of California does hereby certify:
 8
            That the foregoing proceeding was taken before
 9   me at the time and place therein set forth, at which time
     the witness was duly sworn by me;
10
            That the testimony of the witness and all
11   objections made at the time of the examination were
     recorded stenographically by me and were thereafter
12   transcribed, said transcript being a true and correct
     copy of my shorthand notes thereof;
13
            That the dismantling of the original transcript
14   will void the reporter's certificate.
15
16          In witness thereof, I have subscribed my name
17   this date: July 25, 2019
18
19                                   _____
                                     CAROLYN GREGOR
20                                   Certificate No. 2351
                                     Certified Realtime Reporter
21
22
23       (The foregoing certification of this transcript
     does not apply to any reproduction of the same by any
24   means, unless under the direct control and/or supervision
     of the certifying reporter.)
25
```