REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

# Exhibit 22

Robert L. Dickey

```
 1              UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF CALIFORNIA
 2

 3   IN RE:  ROUNDUP PRODUCTS ) MDL NO. 2741
     LIABILITY LITIGATION     )
 4                            ) CASE NO. 16-md-02741-VC
     -------------------------)
 5   THIS DOCUMENT RELATES TO )
     ALL ACTIONS              )
 6   Domina, et al., v.       )
     Monsanto Company         ) VIDEOTAPED DEPOSITION
 7   NE/Case No. 3:16-cv-05887) OF ROBERT L. DICKEY
 8   -------------------------
 9            VIDEOTAPED DEPOSITION OF ROBERT L. DICKEY,
10   taken before Cynthia Craig, Registered Professional
11   Reporter and General Notary Public within and for
12   the State of Nebraska, beginning at 8:55 a.m., on
13   July 16, 2019, at the Cedar County Courthouse,
14   101 South Broadway, Hartington, Nebraska, pursuant
15   to the within stipulations.
16
17
18
19
20
21
22
23
24
25
```

1      A.   Well, I sold my tractors, my combine, my
2  planters, my disk, some older things, like plows.
3  You know, when I started in 1963, I had a plow and
4  so forth, and no longer use that later on, but
5  anything that helped me go to the field and helped
6  me plant, take care of it, spray it, whatever, I
7  sold all those things because I no longer needed it.
8      Q.   All right, that's helpful.  So to boil
9  this down, and, again, don't let me put words in
10 your mouth, you basically -- in 2003, you sold the
11 farm equipment?
12     A.   Uh-huh.
13     Q.   But you did not sell the actual farm
14 ground?
15     A.   Right.
16     Q.   Okay.  You still own farmland, correct?
17     A.   Exactly, yes.
18     Q.   Okay.  And so you were not actively
19 farming after 2003, you were not -- if I understand
20 correctly, you were not purchasing herbicides,
21 insecticides, pesticides to be used at the farm, so
22 you were not taking those as business expenses; is
23 that right?
24     A.   Yes.
25     Q.   Is that --

```
 1      Q.   Why was that one not as often on your skin
 2  as, say, the 2,4-D and the Atrazine?
 3      A.   I did more 2,4-D, my volume, I used it
 4  more years and I used more volume.
 5      Q.   Okay.  About how many times a year would
 6  you use the Lasso?
 7      A.   I think one trip.
 8      Q.   Okay.  So once a year?
 9      A.   Yes.
10      Q.   Can you think of any other herbicides
11  other than what we've discussed, and the Roundup?,
12  that you used on your -- at your farm?
13      A.   I'm sure there were others, but I can't
14  share at the moment.
15      Q.   What about any type of insecticides or bug
16  sprays on the farm?
17      A.   Insecticides, we'd have that in the
18  planters as granular, dry.
19      Q.   Do you recall the name of it?
20      A.   I can't tell you.  I don't know.
21      Q.   Describe how it was applied.  You said it
22  was a dry granular, but describe the process to
23  apply these insecticides to the planters?
24      A.   It would be the -- in the planter and it
25  would be the last item that was on the planter
```

Robert L. Dickey



```
 1                  C E R T I F I C A T E
 2
     STATE OF NEBRASKA    )
 3                        ) ss.
     COUNTY OF DOUGLAS    )
 4
 5        I, Cynthia Craig, Registered Professional
 6   Reporter and General Notary Public within and for
 7   the State of Nebraska, do hereby certify that the
 8   foregoing testimony of ROBERT L. DICKEY was taken by
 9   me in shorthand and thereafter reduced to
10   typewriting by use of Computer-Aided Transcription,
11   and the preceding two hundred fifty-seven (257)
12   pages contain a full, true and correct transcription
13   of all the testimony of said witness, to the best of
14   my ability;
15        That I am not a kin or in any way associated
16   with any of the parties to said cause of action, or
17   their counsel, and that I am not interested in the
18   event thereof.
19        IN WITNESS WHEREOF, I hereunto affix my
20   signature and seal the 26th day of July, 2019.
21
22                              _____
                                CYNTHIA A. CRAIG, RPR
23                              GENERAL NOTARY PUBLIC
24
25   My Commission Expires:
```