# Exhibit 24

```
 1                UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
 2

 3   IN RE:  ROUNDUP PRODUCTS ) MDL NO. 2741
     LIABILITY LITIGATION     )
 4                            ) CASE NO. 16-md-02741-VC
     -------------------------)
 5                            )
     THIS DOCUMENT RELATES TO )
 6   ALL ACTIONS              )
     Domina, et al., v.       ) VIDEOTAPED DEPOSITION
 7   Monsanto Company         ) OF LARRY E. DOMINA
     NE/Case No. 3:16-cv-05887)
 8   -------------------------

 9            VIDEOTAPED DEPOSITION OF LARRY E. DOMINA,
10   taken before Cynthia Craig, Registered Professional
11   Reporter and General Notary Public within and for
12   the State of Nebraska, beginning at 9:00 a.m., on
13   July 15, 2019, at the Cedar County Courthouse,
14   101 South Broadway, Hartington, Nebraska, pursuant
15   to the within stipulations.
16
17
18
19
20
21
22
23
24
25
```

```
 1   that, I'll start over.
 2              Have you been farming full time since when
 3   ████████████████████████████████████████
 4        A.   Since 1973 --
 5        Q.   Okay.
 6        A.   -- to the present.
 7        Q.   ████████████████████████████████████
 8   █ ██████████████████████████████████
 9        A.   Right.
10        Q.   And I know this is a -- kind of a broad
11   question, but we'll start there and then we'll get
12   more specific if we need to, but if you think about
13   your farming work from 1973 to the present, what
14   chemicals have you used at the farm?
15        A.   Several.
16        Q.   I know it's going to probably be a pretty
17   long list, but what's -- as you sit here today, to
18   the best of your memory, what -- what chemicals are
19   those?
20        A.   Roundup?.
21        Q.   When did you -- and we'll get -- I'm sure
22   we'll spend a good chunk of time today talking about
23   your Roundup? use, but about what year did you start
24   using Roundup??
25        A.   The year it came out, 19 whatever year
```

 1   that was.

 2        Q.   Do you recall off the top of your head if

 3   it was '74, '75, '76 or another year?

 4        A.   Seemed like it was '75 or '6.

 5        Q.   Okay.  What area -- and maybe we can make

 6   this easier, so let's start with herbicides.  So we

 7   talked about Roundup?; what other herbicides have

 8   you used at the farm over the years?

 9        A.   2,4-D.

10        Q.   What's the purpose of 2,4-D?

11        A.   Kill weeds.

12        Q.   Do you recall when you started using

13   2,4-D?

14        A.   1973.

15        Q.   Do you still use it today?

16        A.   Yes.

17        Q.   Now, Roundup? is also used to kill weeds,

18   right?

19        A.   Yes.

20        Q.   So -- and I know you know the answer to

21   this question, but if we're thinking about for a

22   jury, how do Roundup? and 2,4-D differ with respect

23   to their purpose or how they're used at the farm?

24        A.   Roundup? will kill almost anything it

25   comes in contact with.  2,4-D will not, selective

1   weeds.

2       Q.   And did you use any type of personal

3   protective equipment when you would apply 2,4-D?

4       A.   No.

5       Q.   All right.  Any other herbicides that

6   you've used from '73 to the present?

7       A.   Yeah, yes.  Lasso.

8       Q.   When did you start using Lasso?

9       A.   Probably 1973.

10      Q.   Do you still use it today?

11      A.   No.

12      Q.   When did you quit using Lasso?

13      A.   '80.

14      Q.   Why did you stop using Lasso?

15      A.   Something better came along.

16      Q.   Okay.  And what's the purpose of Lasso?

17      A.   It was a grass herbicide.

18      Q.   All right.  Other herbicides from '73 to

19  the present?

20      A.   Boy, I didn't spend a lot of time thinking

21  about that, so it's going to take a little bit.

22      Q.   Sure, no, and I understand I'm giving you

23  a bit of a memory test here.  Your invoicing will be

24  very helpful from 2012 to the present, but, you

25  know, I'm also interested in -- it's important for

1  us to understand, to the best of your memory, what
2  you used even before then.
3       A.   I just can't remember what a lot of those
4  were called --
5       Q.   Can you --
6       A.   -- the proper name of them.
7       Q.   That's okay.  Can you -- how would you
8  remember them?  Would it be by the active ingredient
9  or did you have a slang name for it or just the
10 purpose of it, anything?
11      A.   The purpose.
12      Q.   Okay.  What was the purpose of one that we
13 haven't talked about yet?
14      A.   Grass and broadleaf killer in corn and
15 beans.
16      Q.   That would have been the one that came
17 along after Lasso and worked better?
18      A.   Yes.
19      Q.   Okay.  And whatever that one is called, is
20 that something that you used from about 1980 until
21 when?
22      A.   Probably 1990.
23      Q.   And then was there another grass and
24 broadleaf killer that you used from '90 to a
25 different period of time?

Larry E. Domina

 1      A.   To 2000, and then change again.

 2      Q.   Did better ones hit the market?

 3      A.   Yes.

 4      Q.   And was there another one you started

 5   using about 2000?

 6      A.   Yes.

 7      Q.   And you still using that one today or --

 8      A.   No.

 9      Q.   -- something else?

10           What do you use today for grass and

11   broadleaf killer, if anything?

12      A.   On corn, this year you -- we used Acuron.

13      Q.   When did you first start using Acuron?

14      A.   This year.

15      Q.   Has it worked well?

16      A.   Yes.

17      Q.   Any other grad and bross -- grass and

18   broadleaf killers?

19      A.   Yes, and I cannot remember right now the

20   ones we used for soybeans this year.  It was a new

21   one as well.

22      Q.   And when I'm referring to these

23   herbicides, for the record I'm referring to anything

24   at one of the seven farms that you've owned or you

25   own, along with your leased property, just so we

Larry E. Domina

 1   can, you know, understand the big picture.
 2              All right.  Any other herbicides you can
 3   think of that you've used from 1973 to the present?
 4        A.    Not that I can think of the name of.
 5        Q.    All right.  What about any pesticides, if
 6   you distinguish pesticides and herbicides in your
 7   mind?  I don't know if you do or you don't.
 8        A.    No.
 9        Q.    Okay.  So this list of herbicides --
10        A.    Excuse me.
11        Q.    Please, go ahead.
12        A.    Pesticides, I consider an insecticide.
13        Q.    Okay.  So let's put pesticide and
14   insecticide together if that's the way it is in
15   your -- in your mind.
16              What pesticides or insecticides have you
17   used at the farm from 1973 to the present?
18        A.    I used one, and I should be able to think
19   of the name of that, but I can't right off right
20   now.
21        Q.    Okay.  Is it one that you still use today?
22        A.    Yes.
23        Q.    So if I look at your invoices from 2012 to
24   the present, the name of that insecticide will
25   appear?

Larry E. Domina

  1      Q.    And when you were applying Roundup? with

  2   the self-propelled sprayer, were you wearing the

  3   same type of clothing that we discussed earlier:

  4   Work boots, long pants, long- or short-sleeved

  5   shirt?

  6      A.    Yes.

  7      Q.    And with the self-propelled sprayer, would

  8   you apply it to your corn and bean -- beans twice a

  9   year just like you did with the pull sprayer, or

 10   more or less?

 11      A.    Twice a year.

 12      Q.    Okay.  Do you have any type of documents

 13   that show -- because I know your -- the number of

 14   acres that you've leased and owned has changed over

 15   the years as you bought farms and so forth and

 16   leased more land.

 17            Do you have any documentation that would

 18   show the number of acres of crop, like your crop

 19   yield, something along those lines, over the years?

 20      A.    Crop yield?

 21      Q.    Yeah, or just a number different -- maybe

 22   I should ask this:  Do you have -- do you have any

 23   documentation that would show -- without me just

 24   giving you a memory test, to show how many acres of

 25   corn and beans you've had since 1973 to the present?

C E R T I F I C A T E

STATE OF NEBRASKA    )
                     ) ss.
COUNTY OF DOUGLAS    )

    I, Cynthia Craig, Registered Professional Reporter and General Notary Public within and for the State of Nebraska, do hereby certify that the foregoing testimony of LARRY E. DOMINA was taken by me in shorthand and thereafter reduced to typewriting by use of Computer-Aided Transcription, and the preceding two hundred twenty-five (225) pages contain a full, true and correct transcription of all the testimony of said witness, to the best of my ability;

    That I am not a kin or in any way associated with any of the parties to said cause of action, or their counsel, and that I am not interested in the event thereof.

    IN WITNESS WHEREOF, I hereunto affix my signature and seal the 26th day of July, 2019.

_____
CYNTHIA A. CRAIG, RPR
GENERAL NOTARY PUBLIC

My Commission Expires: