REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

# Exhibit 25

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to: | |
| ALL ACTIONS | |

**PLAINTIFF FACT SHEET**

You are required to provide the following information regarding yourself, or for each individual on whose behalf you are asserting legal claims in the above lawsuit. Each question must be answered in full, but you may approximate where specified below. If you do not know or cannot recall the information needed to answer a question, please explain that in response to the question. Please do not leave any questions unanswered or blank, and use additional sheets as needed to fully respond.

**I.  REPRESENTATIVE CAPACITY**

A. If you are completing this Fact Sheet on behalf of someone else (e.g., a deceased person, an incapacitated person, or a minor), please complete the following:

1.

Your Name

2.

Your Home Address

3. What is your relationship to the person upon whose behalf you have completed this Fact Sheet? (e.g., parent, guardian, Estate Administrator)

**[If you are completing this questionnaire in a representative capacity, please respond to the remaining questions on behalf of the person who used or was exposed to Roundup® or other glyphosate-based herbicides]**

**II.  PERSONAL INFORMATION**

A. Name: <u>JANZEN, ROYCE DEAN</u>

Other Names by which you have been known (from prior marriages or otherwise, if any): <u>None</u>

B. Sex: <u>Male</u>

C. Social Security Number: ██████

D. Date and Place of Birth (City, State, Country):

██████

York County, NE USA

E. For each different city where you have lived for the past twenty-five (25) years, provide the following information:

| City and State (include Country if outside the United States) | Approximate Dates You Lived There (Month/Year to Month/Year) |
|---|---|
| Henderson, NE | 01/2000 to --/---- ☑ Present |
| Henderson, NE | --/---- to 01/2000 |

F. Please complete the chart below detailing your employment history for the past twenty-five (25) years. If there were periods of retirement, unemployment, or student status during the past 25 years, include those as well.

| Number | Name of Employer | City and State Where You Worked | Approximate Dates of Employment (Month/Year to Month/Year) | Occupation or Job Title | Job Duties |
|---|---|---|---|---|---|
| 1 | Self | Rural Henderson, NE | ??/1993 to --/---- ☑ Present | | |

G. Workplace Checklist: Have you ever worked in any of the occupations or workplaces listed below? If so, please check "yes" and then list the number(s) in the chart in section (F) above that corresponds to that occupation.

| Industry | Yes | No | Number in Chart in Section G (see above) |
|---|---|---|---|
| Car Mechanic | ☐ | ☑ | |
| Cleaning/Maid Service | ☐ | ☑ | |
| Electrician | ☐ | ☑ | |
| Farming/agricultural | ☑ | ☐ | 1, 2, 3, 4, 5 |
| Hairdressing | ☐ | ☑ | |
| Handled fission products | ☐ | ☑ | |
| Handled jet propellant | ☐ | ☑ | |
| Handled solvents | ☑ | ☐ | 1, 2, 3, 4, 5 |
| Horticultural | ☑ | ☐ | 1, 2, 3, 4, 5 |
| Hospitals and Clinics | ☐ | ☑ | |

Plaintiff ID: 1379

| Industry | Yes | No | Number in Chart in Section G (see above) |
|---|---|---|---|
| Landscaping | ☐ | ☑ | |
| Metal Working | ☐ | ☑ | |
| Painting | ☐ | ☑ | |
| Pest Exterminator | ☐ | ☑ | |
| Pesticide use | ☐ | ☑ | |
| Petroleum Refinery | ☐ | ☑ | |
| Rubber Factory | ☐ | ☑ | |
| Schoolteacher | ☐ | ☑ | |
| Textile | ☐ | ☑ | |
| Woodworking | ☐ | ☑ | |
| X-radiation or gamma-radiation (regular exposure) | ☐ | ☑ | |

## III.   FAMILY INFORMATION

    A. For any grandparent, parent, sibling, or child who has been diagnosed with cancer or who has died, please provide the following information. Please include any adopted or step-children or siblings.



## IV. PERSONAL MEDICAL HISTORY

    A. To the best of your ability, please list all primary care healthcare providers (not including pharmacies) where you have received care over the last 25 years. For each, please provide the name, city and state, and approximate dates of care.



    B. Please indicate whether your medical history includes any of the following conditions, procedures, or medications:

Plaintiff ID: 1379

C. To the best of your ability, please list all healthcare providers (not including pharmacies) where you have received treatment over the last 25 years for any type of cancer (including NHL), or for any of the conditions or procedures listed in the chart directly above. For each, please provide the name, city and state, approximate dates of care, and the reason for your visit. **Please also execute the medical authorizations included in Exhibit A.**

## V.   CANCER HISTORY

A. Have you been diagnosed with non-Hodgkin's lymphoma, or "NHL"?

☐ Yes ☑ No

B. When were you first diagnosed with NHL?

<u>Jul/2013</u>

C. Approximately when did you first begin experiencing symptoms of NHL?

May/2013

D. Please list the names of the physician(s) that first diagnosed you with NHL and the city and state in which you were diagnosed.

Dr. Chris Vandernack, Henderson NE

E. Please list the names of the primary oncologist(s) who have treated your NHL.

Dr. M Sitki Copur, Grand Island NE now at 815 N Kansas Ave, Hastings NE 68901

F. Describe your NHL. For example, do you have B-cell or T-cell NHL? Is it aggressive or indolent? Small cell or large cell? Any other details? (If you have Mycosis Fungoides, make sure to specify this.)

Diffused Large B Cell - Non Hodgkins

G. Have you been diagnosed with any types of cancer other than NHL?



H. **If yes**, please answer the following questions for each type of cancer that you have been diagnosed with other than NHL:

1. What type of cancer was diagnosed (including sub-type, if applicable)?
2. On approximately what date did you first experience any symptoms that you believe are related to that cancer?
3. Please list the names of the physician(s) that first diagnosed you with that cancer.
4. Please list the names of the primary oncologist(s) who have treated that cancer.



I. Has any physician or healthcare provider ever told you that you have a genetic predisposition for developing NHL or other types of cancer?



1. Name, location (city and state), and occupation of the person who told you this.
2. What were you specifically told about your genetic predisposition?
3. Approximately when were you told this information?



Plaintiff ID: 1379

## VI.   PRIOR CLAIMS, LEGAL MATTERS, AND MEDICAL COVERAGE

A. Have you ever filed a workers' compensation claim for accidents or injuries relating to substance exposure in the workplace? (Answer "no" if you have only filed workers' compensation claims unrelated to substance exposure.)

☐ Yes ☑ No

**If yes**, please state:

1.      Approximate date the claim was filed with your employer, or date that you notified employer of accident/injury giving rise to workers' compensation claim:


2.      Nature of injury or accident claimed (what happened):


B. Have you ever filed a claim for Social Security disability insurance benefits ("SSDI") for a disability caused by substance exposure in the workplace? (Answer "no" if you have only filed SSD1 claims unrelated to substanceexposure.)

☐ Yes ☑ No

**If yes**, please state:

1.      Approximate date the claim was filed with the Social SecurityAdministration:


2.      Nature of disability giving rise to claim:


C. Have you ever filed any other type of disability claim for a disability caused by substance exposure in the workplace? (Answer "no" if you have only filed other types of disability claims **unrelated** to substance exposure.)

☐ Yes ☑ No

**If yes**, please state:

1.      Approximate date claim was filed:


2.      Name of insurer/employer/government or other party to whom claim was made and, if applicable, claim number assigned:


3.      Nature of disability giving rise to claim:

Plaintiff ID: 1379

D. Have you ever been denied life insurance for reasons relating to your medical, physical, psychiatric or emotional condition?
☐ Yes ☑ No

**If yes,** please state when, the name of the company, and the reason(s) for denial.

| Name of the Life Insurance Company | When | Reason for Denial |
|---|---|---|
| | --/--/---- | |

E. Have you ever been denied medical insurance?
☐ Yes ☑ No

**If yes,** please state when, the name of the company, and the reason(s) for denial.

| Name of the Medical Insurance Company | When | Reason for Denial |
|---|---|---|
| | --/--/---- | |

F. Have you ever **filed** a lawsuit or claim **(including administrative charges, unemployment claims, and bankruptcy petitions)** against anyone aside from the present lawsuit?
☐ Yes ☑ No

**If yes**, for each lawsuit, state (1) the court in which the lawsuit was filed; (2) the case name; (3) the civil action or docket number assigned to the lawsuit; (4) a description of your claims in the lawsuit; and (5) the final result, outcome, or adjudication of claims (e.g., whether the lawsuit was dismissed by parties, dismissed by court, judgment granted in favor of a party).

| Court | Case Name | Civil Action or Docket Number | Description of Claim | The final result, outcome, or adjudication of the claim |
|---|---|---|---|---|
| | | | | |

## VII.   ROUNDUP® AND OTHER GLYPHOSATE-BASED HERBICIDES

A. Have you used Roundup® or other glyphosate-based products?

☑ Yes ☐ No

B. When did you first begin using Roundup® or other glyphosate-based products?
/

C. Please complete the chart below to detail your exposure to Roundup® and other glyphosate-based products. Use as many rows as necessary to describe different periods of usage.

Plaintiff ID: 1379

| Dates of Usage | Product Name (Please specify which products are Roundup®) | Frequency of Exposure | Usage | Type of Usage[1] (check all that apply): | Reason for Usage | Location of Exposure (City and State |
|---|---|---|---|---|---|---|
| - Mid 1980s | Roundup Grass and Weed Killer on crops, around building sites and structures, and in domestic uses. | Multiple times per week, May-Aug.  ATV mounted sprayer, hand sprayer, & field sprayers | On crops, around building sites and structures, and in domestic uses. | Residential: ☑ IT & O: ☐ Agricultural: ☑ | On crops, around building sites and structures, and in domestic uses. | York and Hamilton Counties, NE |
| - 2013 | | | | Residential: ☐ IT & O: ☐ Agricultural: ☐ | | , |

[1]Residential includes using the product on your lawn, garden, or place of residence. Industrial, Turf, and Ornamental ("IT&O") includes using the product in areas such as golf courses, nurseries, roadsides, or for turf management or landscaping. Agricultural includes using the product to assist with farming or harvesting crops

D. Describe any precautions you took while using these products (examples: wearing gloves, a mask, or other protective gear).

Mid 1980s for perhaps 20 yrs until - used without any protection.
About 2000...started using gloves.
After 2013 diagnosis, put cab on UTV, avoid drift, gloves all the time; avoid areas of application for several days.

E. For the products identified in the chart above, do you have the receipts, proof of purchase, or store of purchase for each product you claim to have used?

☐ Yes ☑ No

**To the extent you have receipts, proof of purchase, or store of purchase for these products, please provide copies of those receipts and other documents.**

F. Please complete the chart below to detail your exposure to other herbicides or pesticides. Use as many rows as necessary to detail different periods of usage.

| Dates of Usage | Type and Brand of Herbicide or Pesticide | Frequency of Exposure | Usage | Reason for Usage |
|---|---|---|---|---|
| - Mid 1980s To Approx. 2013 | Roundup Grass and Weed Killer on crops, around building sites and structures, and in domestic uses. | Multiple times per week, May-Aug.  ATV mounted sprayer, hand sprayer, & field sprayers | Residential, Agricultural | On crops, around building sites and structures, and in domestic uses. |

Plaintiff ID: 1379

## VIII.   DAMAGES CLAIMS

A. If you are claiming loss of income due to injuries allegedly caused by Roundup® or other glyphosate-based herbicides, complete the following for each of your employers, starting ten (10) years prior to your first diagnosis with cancer (whether NHL or another type of cancer) and continuing through today.

| Employer | Location (City and State) | Average Hours per week | Day or Night Shift | Approximate Dates of Employment | How much money did you make in this job per week? Please specify how much was due to overtime pay or bonuses. |
|---|---|---|---|---|---|
| No wages claimed | , | | | --/--/---- to --/--/---- | |

B. State the total amount of time that you have lost from work as a result of any medical condition that you claim was caused by Roundup® or other Monsanto glyphosate-based herbicides, and the amount of income that you lost:

   1. Medical Condition:

      Treatment and Care for NHL.  Treatment: 6 rounds of Chemo, at 3 week intervals, lost hair, lost some weight.  Was able to participate in farming decisions, but could not work for several days during each week of treatment.  I was unable to do anything about 6 days per week after each treatment.

   2. Total number of days lost from work due to above medical condition or if forced retirement, date of retirement:

      Days: 60-120 days total for care, medical appointments, and debilitation after treatments.

      Date of Retirement:

   3. Estimated total income lost (to date) from missed work, including explanation as to method used to calculate number:

      None.  Family members stepped up to help with the farming operation.

C. Have you paid or incurred any out-of-pocket medical expenses (that is, expenses not paid by your insurance company or by a government health program) related to any condition that you claim or believe was caused by Roundup® or other Monsanto glyphosate-based products for which you seek recovery in this lawsuit?
   ☑ Yes ☐ No

   **If yes**, please state the total amount of such expenses at this time: $6,400.

D. If you are making any claims for other non-medical out-of-pocket expenses, please complete the following:

   1. For what?

2.      Amount of fees or expenses:

E. Please list the names of all insurers or government health programs who have been
billed for or paid medical expenses related to any condition that you claim or believe was
caused by Roundup® or other Monsanto glyphosate-based products for which you seek
recovery in this lawsuit.

Everence Health Insurance, 1110 N Main St., Goshen IN
5745339511

## IX.   DOCUMENTS

Please attach the following documents to this Fact Sheet, making certain that all releases are signed and
dated within **30** days of submission:

A. Medical records release (Ex. A)-execute one per healthcare provider (including mental health,
only if you are claiming mental health damages, including emotional distress, in the lawsuit).
Plaintiffs' counsel will also obtain 10 blank forms covering past 25 years, and if Monsanto
identifies additional health care providers not identified in the PFS or on Exhibit A, Plaintiff
will fill in that health care provider and provide to Monsanto within seven days of the request.

B. Employment history release (Ex. B)-execute one for each employer in past 25years.

C. Workers' compensation, social security disability, and insurance claims releases(Ex. C).

D. If you are claiming loss of income due to injuries allegedly caused by Roundup® or other
glyphosate-based herbicides, complete the tax records and social security income release for the
past 10 years (Ex. D).

E. If applicable, decedent's death certificate.

### DECLARATION

I declare under penalty of perjury that all of the information provided in this Plaintiff's Fact Sheet is
true and correct to the best of my knowledge, information and belief, and that I have supplied all the
documents requested in Part IX of this Declaration, to the extent that such documents are in my
possession, custody, or control, or in the possession of my lawyers.

| Royce Janzen | 02/15/2019 |
|---|---|
| Signature | Date |

Royce Dean Jansen
Name (Printed)

Plaintiff ID: 1379