# Exhibit 27

```
 1              UNITED STATES DISTRICT COURT

 2             NORTHERN DISTRICT OF CALIFORNIA

 3

    IN RE: ROUNDUP PRODUCTS LIABILITY    )  MDL No. 2741
 4  LITIGATION,                          )  Case No.
                                         )  3:16-md-02741-VC
 5  This Document Relates To:            )
                                         )
 6                                       )
    Janzen vs. Monsanto Company          )
 7  Case No. 3:19-cv-04103-VC            )
                                         )
 8  _____         )

 9

10

11

                VIDEO DEPOSITION OF BRENT STAGGS, M.D.

12

                TAKEN ON BEHALF OF THE DEFENDANT

13

                   IN LITTLE ROCK, ARKANSAS

14

                   ON NOVEMBER 18, 2019

15

16

17

18

19

20

21

22

23

24

25  REPORTED BY: Karisa J. Ekenseair, CCR RPR, LS NO. 802
```

Brent Staggs, M.D.

```
 1                    APPEARANCES

 2

 3   FOR THE PLAINTIFF:

 4        Robin Greenwald
          Attorney at Law
 5        Weitz & Luxenberg
          700 Broadway
 6        New York, New York 10003
          212-558-5500
 7        rgreenwald@weitzlux.com

 8        Nadina Ann Beach
          Attorney at Law
 9        Lundy, Lundy, Soileau & South, LLP
          501 Broad Street
10        Lake Charles, Louisiana  70601
          337-439-0707
11        dbeach@lundylawllp.com

12   FOR THE DEFENDANT:

13        Joseph E. Fornadel III
          Attorney at Law
14        Nelson Mullins
          1320 Main Street, 17th Floor
15        Columbia, South Carolina   29201
          803-255-9227
16        joe.fornadel@nelsonmullins.com

17   ALSO PRESENT:

18         John Sims, Videographer

19
                      * * * * *
20

21

22

23

24

25
```

Brent Staggs, M.D.

1           T A B L E   O F   C O N T E N T S

                                                    PAGE
2    EXHIBITS.....................................   3
     STIPULATIONS.................................   4
3
     DIRECT EXAMINATION BY MR. FORNADEL............   5
4
     REPORTER'S CERTIFICATE.......................  99
5

                          EXHIBITS
6    NUMBER     DESCRIPTION                        PAGE
         1     MONSANTO COMPANY'S NOTICE TO TAKE     9
7              ORAL AND VIDEOTAPED DEPOSITION OF
               DR. BRENT STAGGS......................
8     2        PLAINTIFF'S OBJECTIONS AND RESPONSES   9
               TO DEFENDANT'S DOCUMENT REQUESTS IN
9              THEIR NOTICE OF DEPOSITION OF DR.
               BRENT STAGGS..........................
10    3        OCTOBER 9, 2019 REPORT................  9
      4        GLYPHOSATE USE AND CANCER INCIDENCE   25
11             IN THE AGRICULTURAL HEALTH STUDY,
               ANDREOTTI 2018........................
12    5        ETIOLOGIC HETEROGENEITY AMONG         31
               NON-HODGKIN LYMPHOMA SUBTYPES: THE
13             INTERLYMPH NON-HODGKIN LYMPHOMA
               SUBTYPES PROJECT, 2014 ARTICLE........
14    6        SURGICAL CONSULT REPORT DATED         44
               JULY 5, 2013 BATES NUMBER
15             CONFIDENTIAL-JANZEN-RJANZEN-PLS-
               000008-000009.........................
16    7        ONCOLOGY CLINIC REPORT DATED          53
               NOVEMBER 14, 2013 BATES NUMBER
17             CONFIDENTIAL-JANZEN-RJANZEN-CHIHSTF-
               MD-00051-00052........................
18    8        EXPOSURE OT GLYPHOSATE-BASED          87
               HERBICIDES AND RISK FOR NON-HODGKIN
19             LYMPHOMA: A META-ANALYSIS AND
               SUPPORTING EVIDENCE, ZHANG 2019.......
20
21
22
23
24
25

Brent Staggs, M.D.

1                        STIPULATIONS

2

3             Produced, sworn, and examined, pursuant to

4    notice, in the Marriott Hotel, 3 Statehouse Plaza,

5    Little Rock, Arkansas, commencing at 8:04 p.m. on

6    November 18, 2019, in the above-entitled cause now

7    pending in the United States District Court, Northern

8    District of California; said deposition being taken

9    for all purposes, pursuant to the Federal Rules of

10   Civil Procedure.

11

12

13                        *  *  *  *  *

14

15

16

17

18

19

20

21

22

23

24

25

Brent Staggs, M.D.

```
 1              THE VIDEOGRAPHER:  We're on the audio and

 2   video record.  Today's date is November 18, 2019.

 3   The time is approximately 8:04 p.m.  This is the

 4   videotaped deposition of Dr. Brent Staggs.  This is

 5   the case of Janzen vs. Monsanto.  My name is John

 6   Sims.  I'm a videographer out of Little Rock,

 7   Arkansas.

 8              Will counsel please make a record of your

 9   appearance?

10              MS. GREENWALD:  Robin Greenwald for the

11   plaintiff.

12              MS. BEACH:  Nadina Beach for the plaintiff.

13              MR. FORNADEL:  Joe Fornadel, Nelson

14   Mullins, on behalf of Monsanto.

15              THE VIDEOGRAPHER:  Madam Court Reporter,

16   will you please swear in the witness?

17                   BRENT STAGGS, M.D.

18   of lawful age, being first duly sworn, deposes and

19   says in reply to the questions propounded as follows:

20                   DIRECT EXAMINATION

21   BY MR. FORNADEL:

22       Q.   Dr. Staggs, welcome back.  You understand

23   we're now going to switch gears and talk about Mr.

24   Janzen?

25       A.   Yes.
```

Brent Staggs, M.D.

1        Q.    All right.  Now, your understanding match

2   mine that he had both follicular and diffuse large

3   B-cell lymphoma?

4        A.    Yes, sir.

5        Q.    Okay.  And just speaking more broadly for a

6   second, spent a better part of three hours talking

7   about follicular lymphoma.  Are you aware of any

8   epidemiological data related specifically to Roundup

9   use and diffuse large B-cell lymphomas?

10       A.    Sure.  Well, some -- the papers that we've

11  discussed that actually break it down, like the

12  Eriksson paper typically show the increased risk with

13  diffuse large B-cell lymphoma.

14       Q.    Okay.  And beyond Eriksson, are there any

15  studies that you're aware of that show an increased

16  risk specific to diffuse large B-cell lymphomas in

17  Roundup use?

18       A.    Well, I think the new latest study on the

19  -- I call it the NAP study, but the Pooled -- North

20  American Pooled Project, I think it has diffuse large

21  B-cell lymphoma broken out with a statistically

22  significant increased risk.  There's probably a

23  couple of others.  I -- I don't have them all

24  memorized.

25       Q.    Sure.  And that -- the NAP study being the

1    Pahwa 2019 article?

2         A.    That's right.

3         Q.    Now, are you aware of any studies showing

4    no statistically significant association between

5    Roundup and diffuse large B-cell lymphomas?

6         A.    Well, again, I don't have them all

7    memorized.  I haven't re-read them all today, but I

8    don't -- it is typically the subtype when they are

9    broken down into subtypes.  Again, to me, the issue

10   is non-Hodgkin's lymphoma.  We talked a lot in -- in

11   some of the other patients about -- about my view on

12   the subtyping process.

13         But I think most of the time in the papers

14   that I've read, if they subtype them, diffuse large

15   B-cell lymphoma typically has an -- a increased risk

16   of being caused by glyphosate.

17         Q.    Okay.  And now, given what you've told me

18   about subtype epidemiological data in the context of

19   follicular lymphoma, is it your opinion that the --

20   any significant findings regarding diffuse large

21   B-cell lymphomas are not important to your -- the

22   opinions you formed in this case?

23         MS. GREENWALD:  Objection.  Form.

24         THE WITNESS:  I guess I don't understand

25   what you mean specific findings.  We going back to

1    protein expression and all that may not --

2    BY MR. FORNADEL:

3         Q.    No.  I -- I just -- if I understood it

4    correctly earlier, you indicated to me that your

5    opinion was largely based upon findings of

6    associations between Roundup and NHL in general, and

7    that the subtypes were not particularly important to

8    your -- the opinions you reached in -- in all four of

9    these cases.  Is that a fair description?

10        A.    Well, not exactly.  I mean, we've talked

11   about my reasoning, why I -- I can't be confident

12   subtyping as far as how you break down the risk

13   because of the way that non-Hodgkin's lymphomas are

14   formed and most of the subtypes, especially the ones

15   we're dealing with the, B-cell lymphomas, have

16   similar mutational patterns, so similar etiologies,

17   things like that.

18             So I don't -- I hesitate to say that any of

19   it is not important.  I look at the literature and

20   consider it, and as we've talked about, and the

21   literature that's on my -- in my report and on my

22   consideration list.  But my primary consideration is

23   non-Hodgkin's lymphoma and the established risk it

24   has from glyphosate exposure, or glyphosate-based

25   herbicide exposure, and not always trying to just

Brent Staggs, M.D.

1    rely on the one or two papers that have broken it

2    down by subtype.

3        Q.    Okay.  And to the extent you identify the

4    limitations with looking at the specific subtype

5    analyses, those would apply equally to findings of a

6    statistically significant relationship between

7    Roundup and diffuse large B-cell lymphomas?

8        A.    Well, correct.  Except for most of the time

9    they do actually find the very significant increase

10   with diffuse large B-cell.  But right, all the same

11   considerations still apply.

12       Q.    Okay.

13       (Exhibit Number 1 marked for identification.)

14   BY MR. FORNADEL:

15       Q.    And for the record, I'll hand you what's

16   marked as Exhibit 1.  That is a copy of the

17   deposition notice for this case.

18       (Exhibit Number 2 marked for identification.)

19   BY MR. FORNADEL:

20       Q.    Marked as Exhibit 2 the objections you all

21   served.

22       (Exhibit Number 3 marked for identification.)

23   BY MR. FORNADEL:

24       Q.    And marked as Exhibit 3, the report you

25   produced in this case.

Brent Staggs, M.D.

```
 1                And as far as I understand it, and let me

 2      know if I'm wrong, for the request that we made here

 3      and the objections, you also -- those are identical

 4      to what you produced in the -- in the other cases and

 5      there's nothing additional specific to the Janzen

 6      case?

 7           A.    Correct.

 8           Q.    Okay.  And just to be clear, the same

 9      Materials Considered list applies to this case as

10      well, the one we made an exhibit to the Domina

11      deposition?

12           A.    Correct.

13           Q.    Okay.  And fair to say that the report we

14      marked as Exhibit 3 here contains all the opinions

15      you intend to offer in the Janzen case?

16                MS. GREENWALD:  Objection.  Form.

17                THE WITNESS:  Yes.  Again, very generally.

18      I can always be asked other questions that may

19      have -- right.  I -- that is a good outline of my

20      opinions I intend to offer at trial.

21      BY MR. FORNADEL:

22           Q.    Okay.  And did you discuss the Janzen case

23      with anyone besides Mr. Janzen or his attorneys?

24           A.    No, sir.

25           Q.    And we went over at a high level what --
```

Brent Staggs, M.D.

1   the -- the phone calls you had with the -- the

2   different plaintiffs in these six cases.  And -- and

3   just to confirm for Mr. Janzen, that was a similar

4   process here where you discussed any -- any gaps you

5   saw in -- in the medical records and from his

6   deposition, things like that?

7       A.   Correct.  And I had him just basically go

8   back over, you know, not to belabor his deposition,

9   but I had him give me a rundown, you know, in his own

10  words of his work history, medical history, things

11  like that.

12      Q.   Okay.  And again, just to be clear, there

13  are no notes of that?  That was worked directly into

14  your report; is that right?

15      A.   Correct.

16      Q.   Okay.  And as far as the Janzen case is

17  concerned, you still have your computer here.  Can

18  you tell us what is in your file for that as far as

19  case-specific materials are concerned?

20      A.   Sure.  It's going to be very similar to

21  the -- to Mr. Domina.  Let's see here.  So we have

22  Mr. Janzen's deposition testimony.  I have a file

23  with his medical records.  It's pretty large.  And

24  then I have same defense experts for this, the Gru

25  and the Silberstein.

Brent Staggs, M.D.

```
 1        Q.    Understood.  And you do -- did not review
 2   any of the PFSs he filed in this case?
 3        A.    No, sir.
 4        Q.    All right.  And you did not review any of
 5   the treating doctor depositions?
 6        A.    Correct.  I did review the same -- I'm
 7   blanking on the name.  Is it Palka?
 8        Q.    The plaintiff's oncology expert?  Yes.
 9        A.    Right.  From -- from this weekend, I was
10   sent the -- kind of drafts of those for all four of
11   these, Mr. Domina, Mr. Janzen, and -- and Mr. Pollard
12   and Mr. Dickey.  And so I -- I've read -- I've read
13   Mr. Domina's and Mr. Janzen's, the draft of his
14   deposition.
15        Q.    Sure.  And -- and to be clear, you haven't
16   read any of the industrial hygienist reports for
17   either plaintiff or defense?
18        A.    Right.
19        Q.    Okay.  And as far as the medical records
20   are concerned, you reviewed all the pathology
21   reports, at least as far as you're aware?
22        A.    Whatever I was provided.  Right.
23        Q.    And similarly, you didn't review any of the
24   pathology -- the actual slides in this case?
25        A.    Correct.
```

Brent Staggs, M.D.

```
 1        Q.    Okay.  Specific to Mr. Janzen, any

 2   literature that's not listed on the MCL that were --

 3   is pertinent to your opinions in this case?

 4        A.    I don't think so.  You know, if we come up

 5   with something, I'll -- I'll let you know and we'll

 6   put it on there.

 7        Q.    Okay.  And again, specific to Mr. Janzen,

 8   you didn't review any documents produced by Monsanto,

 9   internal company documents?

10        A.    Correct.  I have not.

11        Q.    Okay.  Now, based on your view of the

12   literature, what risk factors for NHL did Mr. Janzen

13   have?

14        A.    Well, let's see, he had -- he was the one

15   that I have down for atrazine.  We talked about it in

16   Mr. Domina, but atrazine and Lasso, along with

17   Roundup.  He had diplotene was an insecticide.  He

18   is -- we discussed this earlier, out of turn I guess,
```

Brent Staggs, M.D.

■    ████████████████████

2        Q.    Okay.  And you did rather -- strike that.

3              You did not include his age as a risk

4    factor for NHL, did you?

5        A.    Well, not per se.  And we've discussed

6    that, I think, every time.  Right.  The age only

7    provides more opportunity for external risk.  So I

8    understand as you get older, you have more risk

9    because you have more exposure to external

10   carcinogens, in my opinion, and I think the opinion

11   of the vast majority of medical literature.

12             So to that extent, I understand it.  But

13   no, it's not -- to me, it's not an independent

14   factor.  It just gave him more opportunity to be

15   exposed to Roundup in this case.

16       Q.    Okay.  And in that same vein, you'd agree

17   with me then that it provides equal opportunity to be

18   exposed to other carcinogenic agents over a longer

19   period of time, fair?

20             MS. GREENWALD:  Objection.  Form.

21             THE WITNESS:  To the extent they're there.

22   That's -- -- that's correct.

23   BY MR. FORNADEL:

24       Q.    Okay.  And to the extent it's your opinion

25   that only 5 percent of genetic mutations are

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

Brent Staggs, M.D.

1    attributable to chance or -- or non-external forces,

2    you'd agree with me that there is a greater chance

3    that those -- well, strike that.

4            To the extent your opinion is that

5    5 percent of genetic mutations are attributable to

6    non-external forces, you'd agree with me there's a

7    greater chance of those non-external mutations

8    accumulating over time the longer someone lives?

9        A.    Well, I think that number takes that into

10   account.  I guess that would be my understanding from

11   the analysis.  I mean I understand what you mean, but

12   right.  But I mean -- so again, I'm just sort of

13   making this up.  I mean, at age 30 you'd only have

14   1 percent of your five.  At age 40, 2 percent of your

15   five.

16           So at the time someone is diagnosed, you

17   know, that -- that's what the literature says.

18   Again, it's not hard and fast, 5 percent, they give

19   you a range, 5 to 10 percent to 5 to 8, whatever the

20   papers say.  They probably differ and I would expect

21   them to be.  Some small percentage of cancers when

22   they develop -- I mean, some small percentage of the

23   mutations of cancers when they develop are thought to

24   be spontaneous or intrinsic, let's say.

25           So I'm not sure that that -- that

Brent Staggs, M.D.

```
 1   proportion necessarily changes the longer you live.

 2   I would -- I would think that number encompass that,

 3   since cancer is just more common in the elderly to

 4   begin with.

 5        Q.    Okay.  And -- and that's -- and I -- I

 6   didn't appreciate that until now.  So then is that --

 7   that kind of 95ish to 5ish split between external and

 8   nonexternal in -- in your theory, is that kind of

 9   cumulative over the lifetime where, at age 20, it --

10   it would be somewhere south of 5 percent?  Or -- or

11   can you explain that to me?  Because I guess I'm not

12   following totally.

13        A.    Well, I guess I haven't really thought of

14   it in that terms, in that -- and I don't know that

15   the papers deal with it in that way.  So I'm -- I'm

16   not sure I really have an opinion.  It's just when

17   you said it's more -- it's not like someone who is 70

18   has a lot more intrinsic risk than -- because they

19   developed a cancer then, than someone who is 55, to

20   me -- to me.  I don't know that that's been sorted

21   out in the medical literature.

22           The -- the literature represents to me that

23   when cancers develop, they have a very small chance

24   of, you know, internal risk and a much larger risk of

25   external risk, you know, within some range.  And
```

1    different cancers have different ranges for that.



Brent Staggs, M.D.

█

█

█

█

█

█

█

█

 9          And you know, we're in a deposition

10   setting.  I didn't have time to really dig in at that

11   point.  But you know, since that time, I guess I

12   would -- you know, I still had those papers from the

13   exhibit.  I -- I read through them.  And they

14   specifically say in them that they don't know what

15   the etiology is of this association.

16          And so that brings up a good point.  You

17   know, they just speculate on whether it could be

18   chronic inflammation or is -- is it the UV rays,

19   things like that, which would be counterintuitive to

20   all the papers that indicate sun exposure and vitamin

21   D decreased lymphoma rates.

22          So brings up a good point, which is, the

23   mathematical association is just that, an

24   association.  Skin cancer and other cancers, like

25   lymphoma, you have to actually step through as, you

Brent Staggs, M.D.

 1   know, a scientist or a medical doctor, something like

 2   the Bradford Hill considerations to decide is there

 3   actual a causal relationship there.

 4            And your colleague and I last time kind of

 5   were talking about that, and I think maybe he was

 6   confused.  Because biologically, there's just no

 7   pathway for skin cancer to somehow be causing

 8   lymphoma.  There's some other association there that

 9   is being insinuated by that number.

10            So and those papers then specifically

11   address that, each of them in their discussion

12   section.  They say, we don't know what this is --

13   what this link is about.  But could it be, you know,

14   chronic inflammation?  Could it be somehow sun

15   exposures causing immunosuppression?  They don't know

16   what the link is.  And those are the type of data

17   that you had the animal data, the experimental data,

18   the causation assessment that you have to make to

19   determine, is there really a causal link or is it

20   just some sort of association.

21            They even go on to say in all of those

22   papers that -- that he presented to me at the end

23   that there's no need to screen people because this is

24   just some sort of loose association, that people with

25   skin cancer shouldn't somehow be subjected to, you

Brent Staggs, M.D.

1    know, these massive amount of screening for other

2    cancers.

3         Q.    And -- and to be clear, you're not saying

4    that there's evidence that there -- it's impossible

5    that there would be a -- a causal mechanism

6    connecting the skin cancer we -- skin cancers we've

7    been discussing and NHL?  Your testimony is simply

8    that there is no evidence of -- of such a causal

9    mechanism, right?  I just want to make sure we're on

10   the --

11        A.    Oh, I don't know.  I might go -- I mean,

12   again, it's -- to say anything is impossible is

13   medicine is -- is a far stretch.  But I -- I think

14   that's nearly -- I mean, again, to say that skin

15   cancer -- you know, I can't even imagine the

16   mechanism.  I agree with the papers perhaps you're --

17   you're inducing an inflammatory state somehow.

18             They tried to rule out previous treatment.

19   That's the most obvious thing, somebody has a

20   melanoma or other skin cancer and they're given

21   chemotherapy or they're given radiation treatments.

22   That caused the -- the -- the subsequent cancer.  But

23   they tried to rule out that and tried to select the

24   patients because of that.

25             But no, I -- there's not an example that I

Brent Staggs, M.D.

1    know of anywhere in medicine where one cancer

2    directly -- the cancer cells directly lead to another

3    cancer somehow.  It's always the treatment or it's

4    always what caused one cancer can cause another

5    cancer later.  And that's what the papers say.

6            So again, I hesitate to say anything with

7    100 percent certainty in medicine.  But yes, I --

8    that's how I would explain it to the jury.  And

9    that's what the papers say too.  They're not try --

10   they're not even attempting to make a causal link

11   between skin cancer and -- and other types of cancer.

12   They're saying this could be a marker that this

13   patient might develop other cancers, but it's not

14   caused from the skin cancer.  It's caused from

15   something else.

16       Q.   And -- and based on your reading of those

17   papers, they reached that conclusion because there's

18   not a -- a well-defined causal mechanism connecting

19   those two things; is that right?

20       A.   Well, that's right.  Yeah.  Just sort of

21   intuitively obvious that -- that there is not a -- if

22   you take the time to go through -- not that you

23   should, but the Bradford Hill considerations and look

24   at any animal or experimental data, there is none

25   there that I've ever heard of or that I've seen to

Brent Staggs, M.D.

```
1    somehow say that a skin cancer, the cancer cells

2    itself, are somehow causing something else.  That --

3    I've never seen an example of that ever.
```







Brent Staggs, M.D.

1          (Exhibit Number 4 marked for identification.)

2     BY MR. FORNADEL:

3          Q.    And just so we can clean this up right now,

4     I'll mark as Exhibit 4 another copy of Andreotti 2018

5     article which we looked at in the last deposition,

6     and they do address -- if you look at Tables 2 and 3,

7     they do address multiple myeloma and the risk

8     associated with Roundup exposure.

9               Are any of those risks statistically

10    significant as far as you're aware?

11         A.    They aren't.  And maybe I was thinking of a

12    different paper.  I thought it was in the abstract of

13    the paper I'm envisioning.

14         Q.    But it's -- fair enough.  It's not in this

15    one?

16         A.    Not in this one.

17         Q.    Okay.  And this is -- as far as you're

18    aware and I'm aware, this is the latest and most

19    comprehensive reporting on the -- the AHS cohort?

20         A.    I think so.

21         Q.    Okay.  And so you'd agree with me then,

22    page 12 of your report should say three relative --

23    three first-degree relatives with NHL or related

24    lymphoid malignancies?

25         A.    Right.

Brent Staggs, M.D.

 5          MS. GREENWALD:  Objection.  Form.

 6          THE WITNESS:  Well, not necessarily.  So

 7   the -- as I mentioned, so I didn't have to re-read

 8   this literature for this particular case because I

 9   deal with non-Hodgkin's lymphoma all the time and was

10   trained on that.

11          So it's -- it's actually very rare to have

12   a syndrome where we know that there's an inherited

13   genetic mutation that causes non-Hodgkin's lymphoma.

14   There are multiple papers that discuss the fact that

15   if you have a first-degree relative with

16   non-Hodgkin's lymphoma, that your risk is increased.

17          But to my knowledge, all the papers that

18   I've read in that arena specifically indicate that

19   they're not sure that it's a genetic component, that

20   many times it's a shared environmental component.

21   And statements like that, you know, to my memory, are

22   also -- again, I've already mentioned the NIH website

23   where they discuss only, like, 5 percent of cancers

24   being caused by or being contributed to by genetic --

25   inherited genetic mutations.

Brent Staggs, M.D.

```
 1                 They also indicate the same phenomenon,

 2    that most of the time when cancers appear to run in

 3    families, that it is really a shared environmental

 4    risk of some type.  Doesn't mean there's not some

 5    genetic component to it, but -- but it's not been --

 6    you know, I've not seen great -- great literature at

 7    all that indicates non-Hodgkin's lymphoma is somehow

 8    heredity.

 9                 And in this particular case, when you look

10    at it, you'd be looking more for, you know, a father

11    to a son to a son.  When the father and mother, you

12    know, they're unrelated, right?  So they're --

13    there's no increased risk, you know, because the

14    husband and the wife have it.  But yet, they're

15    first-degree relatives now because they're married so

16    they share no genetics but yet, they would fall into

17    the papers that say first-degree relatives.

18                 And the papers explain all that.  It's

19    similar to what we just talked about with the -- with

20    skin cancer.  You have to appreciate that there is a

21    mathematical association there with relative risk and

22    confidence intervals, but that does not establish

23    causation.  You have to have a thoughtful assessment

24    of Bradford Hill and -- to decide is there really

25    causation there.
```

Brent Staggs, M.D.

```
 1              So it's not to say that he may not have

 2      some inherited genetic issue, but certainly since

 3      they all, to my knowledge, lived on the farm, worked

 4      on the farm, all of those conditions, non-Hodgkin's

 5      lymphoma and myeloma, are known to be increased risk

 6      due to pesticide, you know, including

 7      glyphosate-based herbicides.

 8              I would have to say more likely than not

 9      the risk is, again, driven by the external exposures

10      and not somehow by inherited risk.  And that's where

11      I came up with my statement.  I appreciate that there

12      are papers that indicate first-degree relative having

13      increased risk, but those papers address the

14      etiology.
```

██    ██    ████████████████████████

██  ████████████████████████████████

██  ██████████████████

```
18      A.    I don't have any --

19              MS. GREENWALD:  Objection.  Form.

20              THE WITNESS:  I don't have any information

21      about that.

22      BY MR. FORNADEL:
```

██    ██    ████    ████████████████

██  ████████████████████████████

██  ████████████████████████████

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

Brent Staggs, M.D.







13      Q.    Okay.  And are you familiar with the

14  InterLymph non-Hodgkin's lymphoma subtypes project?

15      A.    Yeah.  I'm familiar with the word

16  InterLymph.  I -- but I don't remember --

17      Q.    Commonly referred to just as InterLymph?

18      A.    Yeah.  But I don't -- I don't how many

19  papers they have.

20      (Exhibit Number 5 marked for identification.)

21  BY MR. FORNADEL:

22      Q.    Sure.  I'll hand you what I've marked as

23  Exhibit 5, which is the Morton 2014 article.  If you

24  turn to page 133 of that -- the top there in the

25  Figure 1.  This is -- at -- at the very first row

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Brent Staggs, M.D.

1    rather is an analysis of family history of

2    hematologic malignancy.  If you look there, the first

3    row for any is an odds ratio of 1.72.  And that

4    appears to be a statistically significant finding.

5              Now, I understand you -- you have some

6    caveats on that, but would you agree that this

7    article shows a -- a statistically significant

8    relationship between one family member having a

9    hematologic malignancy and the -- the risk of

10   developing NHL?

11      A.    Sure.  There's a variety of papers that

12   show that association.  Right.  But they haven't

13   established causation because of the other reasons we

14   discussed.

15      Q.    And similarly, so you're -- you're not

16   going to disagree with any of -- they've got specific

17   findings here for relatives with NHL and multiple

18   myeloma.  You're not going to disagree that those

19   exist in the literature?

20      A.    No.  I mean, they -- they inputted, you

21   know -- a calculator created those numbers based on

22   the patients they put in there.  That is not

23   establishing a causation.  That is just establishing

24   that based on their mathematical formula, they came

25   up with those numbers which indicate an association.

Brent Staggs, M.D.





REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Brent Staggs, M.D.

1        Q.    Okay.  In your report, you also mention

2   exposures to other pesticides that Mr. -- Mr. Janzen

3   experienced.  First being alachlor, brand name Lasso.

4   We -- we covered that last time.  So he was exposed

5   to that; you'd agree with me there?

6        A.    Yes, sir.

7        Q.    And you just -- you don't consider that to

8   be a substantial risk factor here based on your

9   review of the literature?

10        A.    Well, to Mr. Janzen, I don't consider it in

11   my assessment.  I've looked at it, as we mentioned.

12   I've looked at the literature to see that it may or

13   may not really have any association with

14   non-Hodgkin's lymphoma.

15             And then based on the frequency and

16   regularity that he describes, I would not consider it

17   to be a significant risk factor.  Again, although I

18   try to thoroughly interrogate all the confounders,

19   the subject of my examination is to decide whether

20   glyphosate-based herbicides were a significant risk

21   factors or not, not necessarily to say definitely

22   whether each of the confounders is, just whether they

23   have somehow excluded glyphosate as being

24   significant.

25        Q.    Okay.  And similarly, you looked at his

Brent Staggs, M.D.

1    atrazine exposure.  And if I can characterize this

2    accurately, and let me know if I am:  You didn't

3    necessarily form an opinion as to whether or not that

4    was a substantial contributing factor, but you -- you

5    considered it?

6             MS. GREENWALD:  Objection.  Form.

7             THE WITNESS:  I considered it.  Right.

8    Well, and let me just say this:  So the others are

9    used so much less Roundup generally.  I have not

10   found them to be significant contributing factors.

11   Again, I want to know whether in atrazine more so

12   than Lasso, had some association with non-Hodgkin's

13   lymphoma.  So it's in his cumulative exposure.

14             He's using it with some frequency and

15   regularity.  But again, it is so much less than

16   Roundup that's based on my assessment, I would say

17   that it is probably not a significant contributing

18   factor.  It was the one that -- that rose up a little

19   more -- a little bit like 2,4-D in the last case,

20   potentially being significant but just so many

21   magnitudes less than Roundup that I decided it

22   probably was not significant.

23   BY MR. FORNADEL:

24        Q.   And then similar to Mr. Domina, he

25   explained that he used various insecticide and

Brent Staggs, M.D.

1    fungicides, but without providing any specific names,

2    it's -- it's impossible to analyze what impact those

3    may have had?

4         A.    That's correct.

5         Q.    Okay.  And you also mention in there that

6    he was exposed to an insecticide named -- called

7    diplotene; is that right?

8         A.    Right.

9         Q.    Do -- do you have any idea what this is?

10        A.    You know, I remember looking that up, but

11   that's been a week or two now.  I -- I can't remember

12   what -- if I had come up with anything that I thought

13   was substantial, I certainly would have included it.

14   But I don't remember the chemical name or its -- you

15   know, off the top of my head, just -- my memory fails

16   me a little bit on what -- on what I dug up on that

17   one.

18             But again, if I had identified it as a real

19   significant risk factor or somehow, you know, much

20   outweighing glyphosate, then I would have certainly

21   mentioned that in the conclusion.

22        Q.    Okay.  Fair enough.  So you didn't --

23   rather, you did find literature indicating that that

24   was -- was not a -- a meaningful risk factors?

25        A.    Well, I'm not sure.  I mean, based on my

Brent Staggs, M.D.

```
 1   conclusion, I either found that it had no link to

 2   non-Hodgkin's lymphoma, or if it did, the --

 3   certainly the frequency and regularity was probably

 4   ruled out on both counts, frequency and regularity

 5   and -- I don't remember that it had an actual link to

 6   non-Hodgkin's lymphoma.

 7        Q.    Okay.  So if the literature -- you don't

 8   have any -- so the literature doesn't reflect any

 9   link between diplotene and NHL?

10        A.    Well, again, I don't remember specifically,

11   but that's my best recollection right now.  Certainly

12   I remember researching that product, but I don't

13   remember the fruits of my research as I sit here.

14        Q.    Okay.  And I think I know the answer here,

15   but just to be clear for Mr. Janzen, you didn't

16   perform any dose calculation for any of the other

17   herbicides or pesticides he was exposed to?

18        A.    That is generally correct.  I'm not the

19   expert that creates a mathematical dose.  I consider

20   the dose in an qualitative sense.

21        Q.    Okay.  And at -- at trial, you're not going

22   to offer any opinions based on the specific

23   formulation or concentrations used for any of

24   these -- these chemicals?

25        A.    Right.  That's not my area.
```

Brent Staggs, M.D.

```
1        Q.    Okay.  And given the risk factors we've

2   discussed today with the exception of -- strike that.

3             Given the risk factors we've discussed

4   today, if one of your patients had all of these same

5   risk factors as Mr. Janzen save the exposure to

6   Roundup, what would you tell him was the cause of his

7   or her NHL?

8        A.    Well, I haven't even attempted to make that

9   assessment, so I don't have an opinion at this time

10   on that.

11        Q.    All right.  And I think I know the answers

12   to these questions, but fair to say that none of the

13   blood -- none of Mr. Janzen's blood tests show that

14   Roundup or glyphosate was present in his blood?

15        A.    That is generally correct.  There's not any

16   test we would do in the hospital that would even show

17   that, so just for clarity there, but that is right.

18        Q.    Okay.  And same is true for any urine test

19   or fecal test?

20        A.    Right.  No test that I know of that would

21   even reflect that, but there's nothing in -- in his

22   medical record that talks about glyphosate in lab

23   tests.

24        Q.    Okay.  And nothing on any of the cancer

25   pathology reports?
```

Brent Staggs, M.D.

```
 1        A.    That's right.

 2        Q.    And you -- you didn't review the slides,

 3   but you wouldn't expect to see anything on the slides

 4   in that regard?

 5        A.    Correct.

 6        Q.    Similarly, nothing in Mr. Janzen's genomic

 7   analysis?

 8        A.    Right.

 9        Q.    And just to walk you through, I believe you

10   have all these listed in the -- the pathology section

11   of your report.

12              But nothing from the June 24th, 2013, fine

13   needle aspiration biopsy indicating this was

14   Roundup-induced NHL?

15        A.    Right.  Wouldn't expect to see anything.

16   That's not a future that you would even be looking

17   for, but that is a correct statement.

18        Q.    Okay.  And similarly, nothing from the

19   July 2nd, 2013 biopsy to that effect?

20        A.    Same answer.  Right.

21        Q.    Now, it's my understanding that he was

22   diagnosed with 80 percent diffuse large B-cell, 20

23   percent follicular.  Does that sound right?

24        A.    I don't have a note on that.  But that --

25   that sounds -- I mean, I'll trust the medical record
```

Brent Staggs, M.D.

1    on that.

2        Q.    Okay.  And to the extent the medical

3    records indicate as much, there's nothing about that

4    ratio that indicates this is a Roundup-induced case

5    of NHL; is that right?

6        A.    No.  But it's just a good illustration

7    of -- of what we talked about with the subtype

8    analysis, the fact that the -- the two types of

9    lymphoma coexist and are caused by the same thing.

10   So to say that diffuse large B-cell is caused by

11   Roundup but follicular is not is really almost not

12   biologically possible in my mind.

13       Q.    Okay.  And you would agree that his diffuse

14   large B-cell is of a germinal center type?

15       A.    Right.

16       Q.    And you would agree with, I believe, both

17   Dr. Silberstein and Gru concluded as much, but this

18   was -- the diffuse large B-cell arose from the

19   follicular --

20       A.    Almost.

21            MS. GREENWALD:  Objection.  Form.

22            THE WITNESS:  Almost certainly.

23   BY MR. FORNADEL:

24       Q.    Okay.  And let me ask a better question:

25   Would you agree that diffuse large B-cell most likely

Brent Staggs, M.D.

1    arose from the follicular lymphoma?

2        A.    Right.

3        Q.    Okay.  And that progression is -- is not in

4    any way indicative that Roundup was the cause of

5    either of those things?

6            MS. GREENWALD:  Objection.  Form.

7            THE WITNESS:  That's right.  The

8    progression has nothing to do with the cause.

9    BY MR. FORNADEL:

10       Q.    And you're not going to opine that -- well,

11   strike that.

12           So ultimately in this case then, is your

13   opinion that the Roundup, his Roundup exposure,

14   contributed to his development of follicular lymphoma

15   and had no impact on the -- the progression to

16   diffuse large B-cell?

17           MS. GREENWALD:  Objection.  Form.

18           THE WITNESS:  I don't -- I don't think I've

19   even thought about that.  But as I sit here, right.

20   The -- I would expect the cause of the original

21   lymphoma is -- well, it's significant --

22   glyphosate-based herbicides were a significant

23   contributing factor to his non-Hodgkin's lymphoma

24   which began as follicular lymphoma and transformed

25   into large B-cell.

Brent Staggs, M.D.

```
 1              I -- I don't have an opinion.  I wouldn't

 2    expect, I guess -- that makes it an opinion now that

 3    I'm saying it.  But that the glyphosate somehow was

 4    further involved in the transformation.  These things

 5    transform no matter what the cause.

 6    BY MR. FORNADEL:

 7        Q.    And that's just what I wanted to confirm,

 8    that your -- the connection between Roundup and his

 9    NHL was limited to that initial connection with the

10    follicular lymphoma and what happened after that was

11    not in any way specific to Roundup?

12        A.    Not specific.  Certainly continued exposure

13    may have added another mutation that, you know,

14    allowed it to transform?  Perhaps.  Again, that's

15    beyond medical science to know exactly what chemicals

16    are causing what mutations.  I could see that -- I

17    could foresee that scenario, but probably it just

18    caused the initial follicular lymphoma and then the

19    lymphoma transformed on its own.

20    BY MR. FORNADEL:

21        Q.    Okay.  And I -- I don't mean to re plow,

22    but just based on what you just said, you -- you're

23    not going to come to trial and say that Roundup had

24    some role in the transformation of the follicular

25    into the diffuse large B-cell, right?
```

Brent Staggs, M.D.

```
 1        A.    No.  That's correct.

 2        Q.    Okay.  Just as with Mr. Domina, Mr. Janzen

 3   also had some immunostains done; is that right?

 4        A.    Yes, sir.

 5        Q.    And do any of the -- the positive protein

 6   expression findings from those -- those tests

 7   indicate a -- a Roundup-induced NHL?

 8        A.    We don't expect them to, and they do not.

 9        Q.    Okay.  And same is true of any of the

10   negative tests results or any of the lack of protein

11   expressions?

12        A.    Right.

13        Q.    Now, in looking at -- actually, let me hand

14   you what I'll mark as Exhibit 6.

15        (Exhibit Number 6 marked for identification.)

16   BY MR. FORNADEL:

17        Q.    This is a surgical consult report from

18   July 5, 2013, and if you -- flip over to the second

19   page with me to the immunoperoxidase report, I just

20   wanted to talk about Ki-67 for a second.  Just for

21   the jury, can you explain what that is at a lay

22   level?

23        A.    Ki-67 is a marker of cells that are

24   undergoing mitosis or division.  So for a -- one of

25   our individual cells to make more cells, the DNA has
```

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Brent Staggs, M.D.

1    that replicate and then the cell divides in two.  So

2    the -- the faster it does that, the more, you know,

3    faster it makes more cells, the more aggressive the

4    tumor.  It's obviously going to grow faster.

5           So Ki-67 is a marker of cells that are in

6    division, so it was a marker of typically of -- of

7    how aggressive a tumor is.

8       Q.   Okay.  And the 60 percent that they

9    measured here, how -- how would you categorize that

10   as far as low?  Medium?  High?  How does that -- in

11   your experience, how does that fall?

12      A.   Oh, medium to high.  I mean, it's on a

13   scale.  Obvious it's a percentage of 1 to 100 and

14   those are some tumors that are 100 and those are

15   super aggressive.  But -- and then there are some

16   that are just around 2 or 3 percent, low grade.  So

17   it's basically that scale.  So you're about halfway

18   there, so it's on the moderate to high aggressive

19   scale.

20      Q.   Okay.  And does anything about that

21   specific measurement indicate a case of

22   Roundup-induced NHL?

23      A.   No.  You don't expect it to and it doesn't.

24      Q.   And -- and just more broadly, would any

25   Ki-67 result indicate as much?

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Brent Staggs, M.D.

1       A.    No, sir.

2       Q.    All right.  Continuing through the biopsy

3   history, just confirming, nothing from the July 11th,

4   2013 marrow biopsy indicates Roundup-induced NHL?

5       A.    There's nothing we expect to show that, and

6   it doesn't.  Right.  I agree with that statement.

7       Q.    Okay.  And same is true for the July 16,

8   2013 marrow core biopsy?

9       A.    Correct.

10      Q.    All right.  And would you agree that there

11  are no biomarkers at any point in Mr. Janzen's

12  medical records that would point to Roundup as the

13  cause of his NHL?

14      A.    Just like in any patient, there are not

15  biomarkers available for Roundup-induced cancers, at

16  least at this point.  So no, I don't see any because

17  there's none available.

18      Q.    Okay.  And in your review of the medical

19  records, did you identify any records where one of

20  Mr. Janzen's treating physicians concluded that

21  glyphosate or Roundup caused or contributed to his

22  NHL?

23      A.    I would rely on the records, but I don't

24  remember a statement like that.

25      Q.    Okay.  And would you agree that there are

Brent Staggs, M.D.

```
 1   people who have never used any glyphosate-based

 2   herbicides that are still diagnosed with mixed

 3   follicular and diffuse large B-cell lymphomas?

 4        A.    Yes, sir.

 5        Q.    All right.  And would you agree that you

 6   cannot say that Mr. Janzen would not have been

 7   diagnosed with NHL had he simply never been exposed

 8   to Roundup?

 9             MS. GREENWALD:  Objection.  Form.

10             THE WITNESS:  I cannot say that he would

11   not -- say that again.

12   BY MR. FORNADEL:

13        Q.    That might have been a triple negative.

14   Might be right.

15             Had he never been exposed to Roundup, is

16   there any way to tell whether or not that would have

17   made a difference on his ultimate development of NHL?

18             MS. GREENWALD:  Objection.  Form.

19             THE WITNESS:  Well, certainly it may.  So

20   in the hypothetical world, all we can do is rely upon

21   the methodology which is standard throughout medicine

22   and laid out in my report.  So if -- all we can do is

23   consider the facts that we have at hand.

24             He did -- he did develop non-Hodgkin's

25   lymphoma, so that raises his risk to 100 percent.
```

Brent Staggs, M.D.

1    And now we have to consider his cumulative exposure

2    and decide what parts of that are significant or not

3    to decide what are the contributors, significant

4    contributors to his disease.  Right.

5              I don't have a -- can't develop opinions on

6    what would have happened if we pull out or put in

7    other pieces.  Only what -- I can apply the same

8    methodology, if possible.

9    BY MR. FORNADEL:

10         Q.    Okay.  And is there any way to tell when

11   the first mutation developed that -- that ultimately

12   led to Mr. Janzen's NHL?

13         A.    No.  There's not.  That's beyond medical

14   science right now.

15         Q.    Okay.  And similarly, there's no way to

16   tell if Roundup contributed to that mutation?

17         A.    The very first one?

18         Q.    Very first one?

19         A.    Right.  It's beyond medical science to

20   decide which mutations were caused by what

21   carcinogen.

22         Q.    Or any specific mutation thereafter?

23         A.    Right.

24         Q.    And given the possibility at least under

25   your theory that 5 percent of mutations are random in

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Brent Staggs, M.D.

1    nature, not external related, is there any way to

2    rule out the fact that the series of mutations that

3    led to his ultimate NHL could have been entirely

4    random?

5         A.    Well, I would expect them to fall into the

6    range given the medical literature both by the NIH

7    and the articles we've discussed.  So I would expect

8    probably about 5 percent of his mutations to be

9    identified as intrinsic and could be a bit more or

10   less.  Again, it's a range.  We don't expect

11   everything to be perfect mathematically.  And then

12   the remaining mutations to be largely extrinsically

13   derived.

14        Q.    Given that then, isn't there some set --

15   some subset of cancer patients that are going to

16   develop NHL based solely on random mutations?

17        A.    Well, I mean, that -- again, that's a

18   hypothetical.  That's certainly never been proven.

19   To try to prove that tumors are spontaneous is very

20   difficult.  But the literature we've discussed does a

21   very good job of identifying the patterns of internal

22   and external mutations and trying to give us a

23   relative percentage of those overall in cancer and

24   dividing it up into different cancer subtypes.  And

25   non-Hodgkin's lymphoma turns out to have a very high

1    rate of extrinsic mutation pattern.

2            Like I mentioned a while ago, myeloma, I

3    think, has been referred to as having nearly

4    100 percent extrinsic mutation pattern.

5            So you have to rely on your -- your given

6    information an apply that to the individual case.

7    There are always -- you know, again, my opinions are

8    to a reasonable degree of medical certainty.

9    Sometimes we get into:  Is it possible?  Well, a lot

10   of things are theoretically possible.  But what I'm

11   dealing with here, and in my practice, is what is to

12   a reasonable degree of medical certainty.

13           So to a reasonable degree of medical

14   certainty, the vast majority of lymphomas have a

15   large majority of their risk is from external

16   mutations and not internal.  Could there be one

17   that's totally spontaneous?  Sure.  A lot of things

18   are theoretically possible.  But as for a reasonable

19   degree of medical certainty, that's very unlikely.

20      Q.    And did you develop any kind of

21   quantitative analysis to try and identify the -- the

22   possibility of an entirely random set of mutations

23   leading to NHL?

24           MS. GREENWALD:  Objection.  Form.

25           THE WITNESS:  Well, right.  There's nothing

Brent Staggs, M.D.

```
 1   quantitative I can -- I can lead to.  I mean, I've
 2   walked you through the methodology.  It's the same
 3   methodology you would -- you would -- again, like we
 4   had in the last case.  You would never sit down with
 5   a patient who smoked for 30 years three packs a day
 6   and that say, well, I just think your lung cancer is
 7   probably just due to random mutations.  I mean, he's
 8   been exposed, flooded with carcinogens for years and
 9   years.
10            It's the most reasonable thing to assume
11   then, or to conclude based on the methodology, is
12   once you've established his diagnosis and looked at
13   the confounders, and then you establish what -- what
14   the risks are and you establish which ones, based on
15   the methodology, based on the frequency and
16   regularity are significant or not.
17            You don't somehow just jump to the fact
18   that maybe they're spontaneous when, you know, all
19   the best medical evidence indicates that spontaneous
20   cancers are extremely rare and largely caused by
21   external carcinogens.  Then you -- based on that,
22   you're going to evaluate their cumulative exposure
23   and assign that as significant or not as part of the
24   cause.
25       Q.   Again, I'm sorry for flipping my pages in
```

Brent Staggs, M.D.

1    front of you.  But just to -- the two sources you

2    mentioned earlier for that, just to be -- make sure

3    I'm clear on this, the Wu 2015 paper and publication

4    from the Collegium Ramazzini; is that right?  The two

5    ones that jump to mind for you on that?

6         A.    That's right.  The Collegium Ramazzini just

7    has a position statement regarding the fact that the

8    majority of cancer risk is from external sources and

9    carcinogens.  The Wu paper gives some mathematical

10   calculations and breaks it down to some degree on

11   types of -- different types of cancers.

12        Q.    Okay.  Jumping back to Mr. Janzen, in your

13   report you mention that he has no evidence of disease

14   at this point?

15        A.    That detail escapes me.  Let me see.

16   That's right.  In the note as of 2017, and then in my

17   discussion with him, I don't remember that he -- you

18   know, they're all being followed.  I've looked at so

19   many farmers now.  I don't remember that he had

20   anything different to say about his current state of

21   disease.

22        Q.    Okay.  And would you agree that his NHL has

23   been in remission since October 2013?  If that's not

24   in your report, I've got a record.  Just be easier to

25   do it this way.

Brent Staggs, M.D.

```
 1      A.    Sure.  That would be the kind of thing I'd
 2  rely on the records for.
 3      (Exhibit Number 7 marked for identification.)
 4  BY MR. FORNADEL:
 5      Q.    I'll mark this as -- just to make sure I'm
 6  not missing anything.  Mark this as Exhibit 7.
 7            MS. GREENWALD:  Be 9?
 8            MR. FORNADEL:  7.
 9            MS. BEACH:  7.
10            MS. GREENWALD:  Oh, I'm looking at the one
11  from the other depo.  Sorry.
12  BY MR. FORNADEL:
13      Q.    A November 14th, 2013 report from
14  Dr. Copur.  And if you look under the history there,
15  third-to-last sentence, it says, We've done a PET
16  scan that shows complete remission; is that right?
17      A.    Right.
18      Q.    Okay.  And that's consistent with your
19  understanding of -- of kind of the progression of his
20  disease?
21      A.    Yes.
22      Q.    All right.  And you are not going to offer
23  any opinions on his prognosis; is that right?
24      A.    No, sir.
25      Q.    Or chances of recurrence, anything like
```

Brent Staggs, M.D.

```
 1    that?

 2        A.    Correct.

 3        Q.    All right.  And you don't -- you aren't

 4    going to offer any opinions that Mr. Janzen's Roundup

 5    exposure caused any other medical conditions besides

 6    the follicular lymphoma?

 7        A.    That's correct.    ▪

 8        Q.    Now, on pages 11 to 12 of your report, you

 9    discuss his exposure history to Roundup, as well as

10    various other pesticides.  And we discussed with

11    Mr. Domina that you're not going to offer any

12    specific opinions about, you know, protective

13    equipment or -- or dose or anything in that regard.

14             But you'd agree with me and -- and you'd

15    agree with me that -- that Mr. Janzen still uses

16    Roundup?

17             MS. GREENWALD:  Objection.  Form.

18             THE WITNESS:  I would rely on him for that.

19    But I do seem to remember that he discussed that in

20    his deposition and with me.

21    BY MR. FORNADEL:

22        Q.    And -- and I'll represent to you, at least

23    from my reading of his deposition, he testified that

24    he still uses it.  I guess I wanted to drive at:  Is

25    there anything in your conversation with him that
```

Brent Staggs, M.D.

1  would indicate otherwise?

2      A.   No.  I don't remember that he said I've

3  absolutely stopped using it now or something like

4  that.  I don't remember that detail, if he had it.

5      Q.   Okay.  And again, similarly to Mr. Domina,

6  you don't have any opinions about specific dose or

7  skin penetration, systemic circulation, anything like

8  that?

9      A.   I do not.  That would be a -- I'll just

10  have a qualitative review of his -- you know, really

11  I'll let him establish all those facts and then I'll

12  rely on them like he's already done.

13      Q.   Okay.

14      A.   No.  I don't calculate a mathematical dose.

15  I just consider the dose in a qualitative sense.

16      Q.   And again, there's no validated scientific

17  test or procedure to tell when the first cancer cell

18  appeared in Mr. Janzen?

19      A.   Correct.  To a reasonable extent.

20  Certainly cancer cells weren't -- you know, when you

21  say cancer cell, that's a fully mutationally

22  developed cancer cell, not just like one mutation, at

23  least that's how I'm interpreting your question.

24  Certainly those don't just float around, you know,

25  and then -- and take years to then manifest

Brent Staggs, M.D.

 1   clinically.

 2       Q.    Okay.  And so even with the first mutation,

 3   there's no way to tell when that happened likewise?

 4       A.    Right.  No way to tell when the mutation

 5   happened.  But once the mutations were well developed

 6   enough to form a replicating cancer cell, then within

 7   some weeks or months you're going to have clinical

 8   presentation of disease.  It doesn't linger for years

 9   at a time.

10       Q.    Okay.  And I think the one thing, I guess,

11   I'm still maybe not totally following from both --

12   both this report and the Domina report is, is -- is

13   it your opinion that a cumulative amount of

14   glyphosate-based herbicide exposure is what leads to

15   NHL?  I -- you explained to me earlier it's not

16   each -- I'm not here to opine that it's each and

17   every one that -- that -- that leads to that.

18            But is it a cumulative exposure?  I guess

19   I'm -- when is the -- where is the line that you

20   cross to where it can become a contributing factor?

21            MS. GREENWALD:  Objection.  Form.

22            THE WITNESS:  Well, so the each-and-every

23   theory refers to looking at all the different

24   exposures, not that each and every spray of -- of

25   Roundup.  We don't -- I don't consider it in that

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Brent Staggs, M.D.

1   way.  Yes, it is the cumulative exposure to a given

2   carcinogen but it's not just that if there is a -- if

3   there -- if he's exposed to one spray of some other

4   chemical, then that -- that could cause non-Hodgkin's

5   lymphoma.  That's in his cumulative exposure, but

6   it's clearly not significant, you know, especially in

7   his setting.  So that's the each -- and just because

8   it's in the cumulative exposure doesn't mean just

9   because it's there that it is significant.

10           And then the question is, when in my

11  assessment, when does it become a significant

12  exposure?  So I mean, I look at his world of

13  exposures that could cause non-Hodgkin's lymphoma.

14  Of course, we're not including exposures that

15  couldn't.  And then we compare those exposures.

16           Here it's maybe atrazine and Roundup and

17  maybe one of the others potentially.  And then we

18  compare those based on proximity, frequency, and

19  regularity.  If he's spraying them all, then the

20  proximity is the same.  So you're really now

21  discussing frequency and regularity.

22           So his frequency and regularity for Roundup

23  compared to the others are -- are just massive, off

24  the charts.  So he's got very limited exposure

25  according to him, his testimony, of the others,

Brent Staggs, M.D.

1   spraying them here and there, for some, you know,

2   limited number of years.  And he has Roundup, you

3   know, multiple times a year, multiple hundreds of

4   gallons a -- per year for decades.

5           So in that sense, it now dwarfs the other

6   exposures and probably makes them insignificant, the

7   confounders.  If somehow atrazine and Roundup can

8   cause lymphoma equally and they're both 50 percent of

9   the exposure, then they'd both be significant.

10          So that's what I'm looking for, is as the

11  exposures are -- have similar frequency and

12  regularity, then they become significant components.

13  If some of them are exceedingly small compared to

14  others, then they become trivial.

15  BY MR. FORNADEL:

16      Q.   And -- and just to be clear for both

17  this -- for this case and -- and for the other four

18  I'm dealing with, to the extent the industrial

19  hygienists who -- who have taken a closer look at his

20  exposure levels over time, to the extent they

21  indicate a greater level of exposure to some of these

22  other herbicides, would you -- or rather pesticides,

23  would you defer to their calculations in that regard?

24          MS. GREENWALD:  Objection.  Form.

25          THE WITNESS:  I don't know that I

Brent Staggs, M.D.

```
 1   necessarily just defer, but I deal with industrial

 2   hygienist in other areas of -- of litigation

 3   practice.  We don't have those in medicine.  We have

 4   to do the evaluation I'm talking about.  But at

 5   times, hygienists can refine my exposure and my

 6   assessment of a case to some degree.

 7              Typically because they get their

 8   information from the same place that I do, they wind

 9   up with a number that's, you know, similar to my

10   overall concept of the -- of the case.  But at times,

11   they can, based on their numbers -- you know, because

12   I -- maybe they take into account the protective gear

13   more or less, things like that.  So I would consider

14   that.

15              You know, in this particular case, I guess

16   I just don't see how in the world that they're going

17   to influence my decision much, given the massive

18   amounts of Roundup and the very limited amounts of

19   the others.  If they -- if they identify a lot more

20   exposure of atrazine or something like that, then

21   maybe it becomes another significant part.

22              But again, per our discussion earlier, you

23   can have two or three or four or multiple significant

24   parts.  Because if you had ten equal pieces, you're

25   not going to say that one of them's not significant
```

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

Brent Staggs, M.D.

```
 1   just because you don't like it, you know.  If you

 2   have ten equal pieces, they all carry the same

 3   significance and they are all significant.  But if

 4   you have one exposure that's 99 percent and the other

 5   one is 1, probably it's insignificant.  You know, if

 6   you want to -- you know, it's -- it's very debatable

 7   at that point.

 8        Q.    Fair.  So to the extent they looked at

 9   the -- it appears he used atrazine preemergence.  To

10   the extent that they looked at that at little more

11   closely and thought that they may have been a more

12   significant exposure, you wouldn't disagree with them

13   as far as their -- their measurements were concerned?

14             MS. GREENWALD:  Objection.  Form.

15             THE WITNESS:  Right.  I'm not in the

16   position -- I'm not the expert that's going to

17   disagree with the measurement.  Yeah.  I'd be glad

18   to -- you know, I'll always take in information and

19   try to assimilate it the best way I can.

20   BY MR. FORNADEL:

21        Q.    Okay.  Now, well -- strike that.

22             So again, turning back to the -- the

23   latency period that you brought up in this report as

24   well, I -- I kind of want to go through the -- the

25   same exercise we went through with Mr. Domina.
```

Brent Staggs, M.D.

```
 1              I understand you -- there's no specific
 2     floor you're necessarily putting on latency; is that
 3     right?
 4        A.    Well, there certainly has to be some
 5     latency.  The exposures yesterday didn't cause cancer
 6     today.  I mean, that -- so but the epidemiology or
 7     just the medical evidence in general is not so well
 8     developed that I get a very good idea of -- that
 9     glyphosate -- well, let's say this -- say it this
10     way, it's probably better:
11              I don't get an idea that glyphosate is any
12     different than any other agent that causes lymphoma.
13     Other chemicals cause lymphoma.  It's well reported
14     in the medical literature that hematologic
15     malignancies like lymphomas and leukemias have a
16     shorter latency period in general than do solid
17     tumors and can be in the range of three to five
18     years.
19              So I don't see anything different in this
20     literature.  We got mixed up a little bit last time
21     because I was thinking about the lag time in one of
22     the papers, but that is in no way indicative of a
23     minimum latency.  That's just a number they picked --
24        Q.    Sure.
25        A.    -- and -- and just to make their
```

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Brent Staggs, M.D.

1    calculation.  So I would accept latency in the range

2    of three to five years probably because that is a

3    latency that I've seen in other areas for hematologic

4    malignancies.

5        Q.    And specific to Mr. Janzen, do you have any

6    opinions as to -- to when his cancer formed or how

7    long after he started using Roundup?

8        A.    Well, again, so like we discussed earlier,

9    the cancer -- all the mutations were there to

10   actually form a cancer cell probably some months

11   before he presented clinically.  It wasn't five years

12   before.  Was it a year?  You know, it depends on

13   his -- and a lot of times we'd be able to tell that

14   based on symptomatology.  When he presents, he'll say

15   I've been feeling fatigued for -- again,

16   hypothetically, for six months.  Well, probably he

17   reached a -- probably the tumor was there for a few

18   months before that.  He reached critical mass to

19   start causing fatigue.

20           You know, two -- two cancer cells are not

21   going to cause fatigue.  It's got to be some, you

22   know, amount of tumor.  Everyone's biologically

23   different so they're going to have different

24   constitution and ability to handle the different

25   symptoms that it causes.  Certainly we see some

Brent Staggs, M.D.

1   people present and have very small amounts of

2   disease.  Some people present and have disease

3   everywhere.  Part -- part of that is their ability to

4   sort of defer symptoms, and part of that is just the

5   aggressiveness of the individual tumor.

6       Q.    Okay.  And I'm guessing not a lot has

7   changed in, what I'd guess would be the last 45

8   minutes, but besides Eriksson 2008, Andreotti 2018,

9   any other latency analyses that would support your

10  opinion in that regard?

11      A.    Well, again, I don't know that they were

12  trying to find -- in fact, I don't -- my

13  interpretation, those papers weren't trying to find

14  some sort of minimum latency.  They were just picking

15  a lag time to see difference before and different

16  after with their calculations.

17           You know, the issue on latency is

18  discussed, you know, in a lot of just general

19  textbooks on lymphomas and leukemias.  I don't

20  remember that it's discussed in the World Health

21  classification of tumor systems.  But it -- of

22  tumors, but it may be.  But you know, there's a lot

23  of just general textbooks on non-Hodgkin's lymphoma,

24  discussed that type of thing in general.

25      Q.    Okay.  And besides those two, are -- and

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Brent Staggs, M.D.

```
 1   not specific to a -- a minimum latency, but just

 2   the -- the topic in general, besides those two pieces

 3   of literature, you're not aware of any others

 4   specific to glyphosate-based herbicides and NHL?

 5        A.    That even discuss the lag period?  Well,

 6   the -- all of the papers that -- it's a part of the

 7   matrix of all the papers, McDuffie and -- and the

 8   other Daruse paper, they've obviously had to pick

 9   some lag period.  And that would be described in

10   their methodology as to how much -- what kind of

11   latency they picked there.

12            I don't remember what all their methods

13   were, but they would have had to pick something in

14   order to collect their cases and they're going to

15   give you that range in the methods.

16        Q.    Okay.  And -- and what I'll do is this,

17   given the time.  If -- if you see in any of those --

18   those articles that you've relied on that there's a

19   latency analysis that I'm missing, please let me know

20   Wednesday.  I -- I just -- I didn't see it when I

21   looked through it.

22        A.    Okay.

23        Q.    Now, I did want to go back through

24   Andreotti 2018 quickly, and we marked it as Exhibit 4

25   in this deposition.
```

Brent Staggs, M.D.

```
1        A.    All right.

2        Q.    And again, I take your point that in some

3    of this epidemiological literature, that the

4    follicular lymphoma, transform into diffuse large

5    B-cells, it might be a little difficult to classify

6    them given the buckets they've created.  Did I

7    characterize that right?

8        A.    That's about right.

9        Q.    Okay.  And so specific to Mr. Janzen, who

10   had a mixed follicular and diffuse large B-cell

11   diagnosis, is there anything in the Andreotti 2018

12   article reflecting a statistically significant

13   increased risk given his Roundup exposure?

14       A.    Specifically for diffuse large B-cell?

15       Q.    Any of the categories that could be

16   applicable to Mr. Janzen?

17       A.    Oh, okay.  Well, diffuse large cell has

18   some positive relative risks, but all of the

19   confidence intervals encompass the null value.  And

20   we've already discussed follicular lymphoma last

21   time --

22       Q.    Sure.

23       A.    -- as having similar finding.

24       Q.    Okay.  And more specifically, you -- are

25   you aware of any epidemiological literature
```

Brent Staggs, M.D.

```
 1   establishing a statistically significant association

 2   between Roundup and patients with mixed presentations

 3   like Mr. Janzen?

 4       A.    I've never seen mixed presentations

 5   addressed at all.

 6       Q.    Okay.  And just to be clear with

 7   Mr. Janzen -- well, you're testifying as a pathology

 8   expert, but you won't be offering any opinions

 9   specifically to pathology slides or interpretation of

10   those results?

11           MS. GREENWALD:  Objection.  Form.

12           THE WITNESS:  Correct.

13   BY MR. FORNADEL:

14       Q.    Now I think we touched on this a bit, kind

15   of the 95/5 split we've been talking about, but if

16   you could explain to me your understanding of how NHL

17   is caused in an individual patient?

18       A.    Well, it's caused like any other cancer is

19   caused.  Cancers are a disease of the DNA.  So you

20   have mutations in the DNA that lead to an abnormal

21   cell that begins functioning autonomously outside of

22   the regulatory mechanisms of the body.

23           So every cancer cell is different, just

24   like every one of us on earth is somewhat

25   biologically different.  So it's caused by mutations.
```

Brent Staggs, M.D.

1    So we have external forces causing mutations and

2    internal forces causes mutations.  I discussed the

3    vast majority, typically due to external forces.

4            And so, as those mutations occur in the

5    appropriate locations, some mutations will be

6    nonsignificant.  They're not at -- what we limited

7    our discussion to -- we haven't really gotten into

8    this because it's not useful, is that where -- what

9    I'm discussing are diver mutations, mutations that

10   actually drive the tumor in some way.  There's lots

11   of other mutations that occur that -- that are not

12   significant to tumor development, but nonetheless,

13   they're still there.

14           And so as you're exposed and mutations

15   occur, when you accumulate some appropriate number of

16   mutations, depending on what they are, then the --

17   the cancer develops from that abnormal cell.

18   Q.    And so would a key part of that process be

19   the ability for that cell to escape regulation by the

20   immune system?

21   A.    Specifically regulation by the immune -- so

22   the immune system will -- our body will heal some of

23   the mutations that occur over time.  And immune

24   system is functioning properly, can take out some

25   cancer cells.  So yes, I guess at some point, it's

Brent Staggs, M.D.

1    going to escape those immune regulatory mechanisms

2    among other regulatory mechanisms it has to escape as

3    well.

4        Q.   Okay.  And is there any evidence that

5    glyphosate-based herbicides cause that immune system

6    dysregulation or inability to regulation?

7             MS. GREENWALD:  Objection.  Form.

8             THE WITNESS:  I've not come across that.

9    That's not -- I've not tried to focus on that, but

10   I -- not to my knowledge.

11   BY MR. FORNADEL:

12       Q.   Okay.  Now, we talked about this a little

13   bit earlier and -- and I think my understanding was

14   that, your opinion is that different types of NHL can

15   be caused by different genetic mutations, although

16   there's a good bit of overlap?

17       A.   Correct.

18       Q.   Okay.  And however, there are specific risk

19   factors and external forces that can cause only

20   specific types of NHL.  Would you agree with that as

21   well?

22       A.   That's right.

23       Q.   Okay.  So not everything that causes MALT

24   can also cause diffuse large B-cell; is that fair?

25       A.   That particular example is not true, but

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Brent Staggs, M.D.

1    I'd use something like HTLV virus only winds up

2    causing a specific type of T-cell lymphoma because

3    MALT can transform into diffuse large B-cell at any

4    type.

5         Q.    Well, fair.  But in that case, would MALT

6    be the cause of the diffuse large B-cell?

7         A.    Well, whatever called the MALT.  Right.

8         Q.    Earlier we talked about national NHL rates

9    much earlier.  Would you agree that NHL, including

10   all different subtypes, are among the most common

11   types of cancer diagnosed in the United States?

12            MS. GREENWALD:  Objection.  Form.

13            THE WITNESS:  Well, not necessarily.

14   Depends -- so first of all, you'd have to -- you

15   know, skin cancer is far and away the most, by orders

16   of magnitude.  So most of the assessments you're

17   talking about don't take into consideration skin

18   cancer.

19            So from there, is it one of the more common

20   cancers?  I mean, it -- I think it's still going to

21   fall in behind lung cancer, colon cancer.  You know,

22   it's probably in the top ten.

23   BY MR. FORNADEL:

24        Q.    And I didn't mean to make you get out

25   your ranking bar.  I just -- it's -- it's a common

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

Brent Staggs, M.D.

```
 1   cancer?

 2              MS. GREENWALD:  Objection.  Form.

 3   BY MR. FORNADEL:

 4        Q.    Is that fair?

 5        A.    That's a relative term.  And you have to

 6   know your proper context, but relatively speaking as

 7   cancers go, it is one of the more common cancers.

 8   Right.

 9        Q.    Okay.  And there are people diagnosed with

10   NHL every day who have never had any exposure to

11   glyphosate-based herbicides?

12              MS. GREENWALD:  Objection.  Form.

13              THE WITNESS:  Probably so.

14   BY MR. FORNADEL:

15        Q.    And is it your understanding that -- strike

16   that.

17              I'll represent to you that -- that

18   glyphosate-based herbicide were introduced in the

19   1970s.  If that's true, is it your understanding that

20   people were being diagnosed with NHL well before the

21   introduction of glyphosate-based herbicides?

22        A.    Yes.

23        Q.    Okay.  And it's certainly not necessary for

24   a person to be exposed to glyphosate-based herbicides

25   to develop an NHL, is it?
```

Brent Staggs, M.D.

```
1        A.    Just like lots of other cancers, there are

2   lots of causes of non-Hodgkin's lymphoma, including

3   glyphosate-based herbicides.

4        Q.    Okay.  And would you also agree there are

5   people who have worked with and been exposed to

6   glyphosate-based herbicides on a day-in-day-out basis

7   who live their whole lives without developing any

8   kind of NHL?

9        A.    Sure.

10        Q.    And do you agree that there are certain --

11   there are people who fit in the categories of

12   elevated risk according to some of the

13   epidemiological studies that we discussed who would

14   have developed NHL, even if they never been exposed

15   to Roundup?

16        A.    Well, I think we established that with some

17   of the other questions.  Right.  Non-Hodgkin's

18   lymphoma can occur outside of the setting of

19   glyphosate exposure.

20        Q.    Okay.  And so, in other words, then you

21   wouldn't say that glyphosate-based herbicides was a

22   substantial factor in every single case of NHL that

23   fits into a category of elevated risk identified in

24   the studies we've discussed?

25             MS. GREENWALD:  Objection.  Form.
```

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Brent Staggs, M.D.

```
 1              THE WITNESS:  Yeah.  I don't understand.
 2   Elevated risk would cause a glyphosate exposure?
 3   BY MR. FORNADEL:
 4       Q.    Right.  And let me ask it -- break it down
 5   more.
 6              To the extent you've -- and you've listed
 7   several epidemiological studies in your report.  To
 8   the extent there are certain groups within those,
 9   take for example the ten-year latency period group
10   from Eriksson that we discussed in Mr. Domina's
11   deposition, to the extent that there was a
12   significant odds ratio indicated in that group
13   connected with Roundup use, would there be some
14   people in that group that would have developed their
15   NHL without Roundup exposure?
16              MS. GREENWALD:  Objection.  Form.
17              THE WITNESS:  Well, perhaps.  I mean, it's
18   such a theoretical question because you've got to
19   remember, we're already preselecting a very small
20   group of people, people with lymphoma, and people
21   with a significant risk factor for that lymphoma.
22              But I -- I think I understand what you
23   mean.  It's -- hypothetically, are we going to -- if
24   you had Roundup exposure, am I always going to
25   attribute it as a cause to someone's lymphoma?  Is
```

Brent Staggs, M.D.

```
 1    that what we're getting at?

 2    BY MR. FORNADEL:

 3        Q.    Sure.

 4        A.    I'm not trying to ask your question for

 5    you, but well, all we can do is follow the

 6    methodology.  Because you know, those two things

 7    are -- are relatively rare.  Even though Roundup is

 8    used quite a bit in farming, there's relatively few

 9    people who have significant exposure to it.

10             Again, I don't think hand spraying it in

11    the backyard a few times is -- that's probably going

12    to be trivial.  To me, it would be, at least at this

13    point.  So you know, if we're preselecting people who

14    are applicators or have farming exposure, only

15    probably a very small number of them are going to

16    develop lymphoma.

17             So at that point, you have to rely on the

18    methodology which I have.  And so maybe some of them

19    have very limited Roundup exposures and they have

20    very high exposures of something else that is cancer

21    causing.  So all I can do is follow the methodology

22    which I've outlined in my report for each individual

23    patient.

24             But right.  Just -- sort of like the --

25    what we -- some of what -- some of what we've already
```

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Brent Staggs, M.D.

```
 1   discussed, just because there is a risk factor there

 2   doesn't mean it is a significant risk factors just

 3   because it's present.  You have to evaluate it in its

 4   context of the individual patient.

 5        Q.    And -- and I think -- I think we're --

 6   we're getting closer to the -- the same point here

 7   then is that even applying that methodology

 8   consistently, there are going to be people within

 9   what you've identified as a high-risk group that

10   would still ultimately have gotten NHL regardless of

11   their Roundup exposure; is that fair?

12              MS. GREENWALD:  Objection.  Form.

13              THE WITNESS:  Well, I mean, that's just --

14   it's just so speculative it's hard to know.  In

15   medicine we can -- all I can do is apply the

16   methodology.

17              I see what you mean.  Again, you're going

18   beyond reasonable degree of medical certainty and

19   into theoretically, is it possible.  Again, lots of

20   things are theoretically possible but based on what

21   I'm understanding your question is you've preselected

22   people with lymphoma, a rather -- common as cancer --

23   may be relatively common as cancers go, but still,

24   we're talking about one or two percent of the

25   population.  And then we're talking about of those,
```

Brent Staggs, M.D.

1    we're going to preselect only the ones who have

2    substantial Roundup exposure, which again ist --

3    we're now going to get down into just a handful of

4    people.

5             So it's -- it's kind of the same analysis

6    with smoking and lung cancer, is that I'm not going

7    to look at somebody who's smoked for 30 years and

8    they have lung cancer and say, you know, I think

9    that's not a significant -- you had this carcinogen

10   for 30 years and we know it causes this cancer.  As a

11   medical professional, I'm not going to say that's not

12   a cause or a significant contributing factor to your

13   cancer.

14            I can't say that it's the only cause

15   either.  Probably it's not, but all I can say is

16   using the methodology, assessing all your risk

17   factors that you have, it's -- you know, whether it's

18   a significant contributing factor or not.

19            So you know, the way the question is

20   posed -- not necessarily your fault, but it makes you

21   think there's just tons of people with Roundup

22   exposure and lymphoma.  Well, there's not.  I mean,

23   there's a very small number of those people.  `.

24            So once you've preselected all of those

25   things, it narrows it down quite a bit.  But all I

Brent Staggs, M.D.

```
 1   can do is follow the methodology.  Is it possible

 2   theoretically that there's a -- a case that has

 3   massive Roundup exposure, non-Hodgkin's lymphoma, and

 4   we don't identify any of the risk factors and it

 5   wasn't caused by Roundup?  Lots -- it's possible.

 6   That's -- a lot of things are possible, but we're

 7   dealing with reasonable degree of medical certainty.

 8   BY MR. FORNADEL:

 9        Q.   Well, the first thing I want to go back to

10   is you're certainly not going to come to trial and

11   tell the jury that the odds ratio associated with

12   smoking and lung cancer are similar to those

13   associated with Roundup use in any form of NHL, are

14   you?

15             MS. GREENWALD:  Objection.  Form.

16             THE WITNESS:  I am not.

17   BY MR. FORNADEL:

18        Q.   Okay.  You made that comparison a few

19   times.  I just want to be clear.

20             And speaking more broadly, this -- this

21   kind of works back to the error rates there was

22   question -- asking about earlier.  You know, even in

23   Eriksson where there's -- there's roughly a doubling

24   of the -- the odds ratio in the one particular

25   subgroup, that's still -- do you have any idea how
```

Brent Staggs, M.D.

```
 1   many patients -- if you were comparing two sets of

 2   patients together, what the -- what the error rate

 3   would be applying your methodology given that odds

 4   ratio?

 5          MS. GREENWALD:  Objection.  Form.

 6          THE WITNESS:  Again, I've not seen -- I

 7   know about the legal, you know, questioning about

 8   error rates and, you know, to me that applies more to

 9   laboratory equipment testing or fingerprint analysis

10   or something.  I've never not ever seen an article

11   attempting to, you know, even calculate.

12          There's so many possibilities of what --

13   how we're going to apply differential diagnosis so

14   all we can do is try to apply it consistently.  But

15   no, I -- I am unable to calculate an error rate for

16   that.  And I've never seen that even attempted.

17   BY MR. FORNADEL:

18      Q.    And -- and understood.  And -- and so kind

19   of looking at it a different way, if we took a room

20   full of -- and I understand we're -- we're --

21   specifically with these cases, we're looking at high

22   exposure individuals.

23          If we took a room of 100 farmers who all of

24   recent vintage have used a significant amount of

25   Roundup, however -- whatever metric you want to use
```

Brent Staggs, M.D.

1    for that, and they've all been diagnosed with NHL, is

2    there any way to tell which of those farmers have

3    Roundup-induced NHL?

4         A.    Objection.  Form.  Asked and answered.

5              THE WITNESS:  Well, I can only apply the

6    methodology I've outlined in my report and we've

7    outlined here today.  Some of them may have limited

8    Roundup exposure and have very high exposures to

9    Agent Orange or something else or massive doses of

10   radiation.  May they were in Hiroshima or Nagasaki.

11             There could be a -- there's an unlimited

12   numbers of possibilities when you throw out a

13   question like that.  The thing I have to go back to

14   is the fact, you know, it feels like what you're

15   driving at is there must be some of those that are

16   spontaneous or, you know, how can they -- you know,

17   we've got to be able to throw out, you know, a large

18   carcinogen exposure in -- in these cases.

19             And what I have to go back to is that all

20   of the medical literature that talks about the fact

21   that the vast majority of the mutations that drive

22   cancers are external mutations.  Could there be other

23   carcinogens that -- that we don't even know about

24   right now?  Sure.  But I don't know what I don't know

25   and I can't consider it unless I have some factual

Brent Staggs, M.D.

1    basis to consider it on.

2              So on each of -- a room full of people with

3    lymphoma with significant Roundup exposures, I'm

4    going to have to know the -- I'm going to have to

5    look at the confounders in each individual case,

6    apply the methodology the best way that I can like

7    I've described to you, and come up with the answer on

8    each one of those.

9              Probably there will be some where I'll say,

10   you know, maybe it's not a significant contributing

11   factor.  Again, it sort of bleeds over into Roundup

12   causing it.  Well, you know, that -- it's significant

13   cause and the only cause are two drastically

14   different things.

15             So when you have massive carcinogen

16   exposures, you know, depending on the individual

17   context, it's often very difficult to rule those out

18   from a medical perspective as not being a -- a

19   significant cause.  You have to look at all the other

20   confounders in each individual case.

21             THE REPORTER:  Would you mind if we took a

22   break?

23             MR. FORNADEL:  No.  Any time.

24             THE VIDEOGRAPHER:  We're going off the

25   record.  The time is approximately 9:37 p.m.

```
 1              (A short break was had.)

 2              THE VIDEOGRAPHER:  We are back on the

 3    record.  The time is approximately 9:47 p.m.

 4    BY MR. FORNADEL:

 5         Q.    Great.  Kind of jumping back to Exhibit 4

 6    which is the Andreotti 2018 article, and I just want

 7    to discuss that a bit more.  I know you've been asked

 8    about it in other depositions.  I did not -- I didn't

 9    actually see that expressly discussed in your report

10    and I just wanted to understand why that article

11    wasn't -- wasn't discussed there among the other epi

12    literature.

13              MS. GREENWALD:  Objection.  Form.

14              THE WITNESS:  Well, I guess I don't

15    remember that it wasn't, but I thought maybe I had

16    discussed -- or maybe I just gave a reference to

17    positive and negative paper perhaps.

18              Anyway, if it's not in there, it's -- you

19    know, I tried to consider all useful information.

20    You know, all these papers, I've read this a couple

21    times.  I guess for one -- one reason is, even though

22    I had that general section at the beginning of my

23    paper -- at the beginning of my reports that I wrote

24    to try to give you an idea of my overall views, I'm

25    concerned really only with specific causation.
```

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

Brent Staggs, M.D.

1           So I'm not -- these -- even dealing with

2    these, you know, articles as we've had tonight sort

3    of bleeds over into that part.  I -- I was asked

4    really only for a specific causation.  I do certainly

5    like to understand that what I'm talking about to

6    ascribe causation with is factual and really happens

7    and things like that.

8           And I've looked at all of those issues in

9    the past, but I wasn't trying to rehash that and

10   to -- and to give a full-on general causation opinion

11   in my report.  I was just trying to give some summary

12   and idea of kind of the background, that I have

13   looked at all these issues previously and I have sort

14   of tried to revisit them at this point.

15       Q.    Fair enough.  And -- and fair to say that

16   even though you're in this -- in this set of cases,

17   you're focused on a case-specific opinions, you'd

18   agree that -- that based on the summary you've

19   provided, you also have the general opinion that

20   glyphosate-based herbicides can cause NHL, correct?

21           MS. GREENWALD:  Objection.  Form.

22           THE WITNESS:  That is right.  I've reviewed

23   that and I would agree with that.  That's just not

24   what I'm prepared to discuss in depositions, things

25   like that, like I have in the past.

Brent Staggs, M.D.

```
1    BY MR. FORNADEL:

2        Q.    Okay.  And -- and so, you're not

3    necessarily prepared to discuss the strengths or

4    weaknesses of any one given -- given study?

5              MS. GREENWALD:  Objection.  Form.

6              THE WITNESS:  That's right.  Well, we've

7    discussed some of my thoughts on that.  Several

8    things:  I'm a physician.  I'm not an epidemiologist.

9    I understand and I deal with epidemiology all the

10   time because that - -most medical papers deal with

11   epidemiology.

12             So but no, I -- strengths and weaknesses

13   from a medical perspective, I've talked about the

14   subtype analysis, how I'm not sure that's going to be

15   highly reliable for them to try to tease those out,

16   you know, large cell versus follicular.  We discussed

17   all that several times tonight.

18             So I can identify some things, you know,

19   latency periods or whatever.  But you know,

20   statistical analysis that -- did they do the study

21   correctly and how is it -- study arranged, you know,

22   that's -- that's not in my wheelhouse.  I -- I read

23   the studies.  I critically analyze them as best I can

24   as a physician, as a pathologist.  But I -- I accept

25   their findings because that's how they've plugged
```

Brent Staggs, M.D.

1    their numbers, you know, into their -- into their

2    formula.

3        Q.    Okay.  And so you -- you don't have any

4    opinions as to whether or not a -- a prospective

5    cohort study is more -- provides a higher value

6    evidence than a case-controlled study?

7            MS. GREENWALD:  Objection.  Form.

8            THE WITNESS:  Generally not.  That's right.

9    I mean, the overriding theme we've already discussed

10   is my opinion that -- and I think it's just a general

11   well-accepted opinion, that epidemiology studies are

12   always flawed in some way because we are not lining

13   up humans and giving them doses of carcinogens and

14   having a controlled population.

15           So we're always forced to look backwards in

16   some way.  And even though it's a prospective study,

17   we're forced to see how people interact with

18   carcinogens, you know, in their lives when they don't

19   intend to or we don't know what the effects are yet,

20   things like yet.  They always have confounders.

21   We're all biologically different.  We all have

22   different susceptibilities.

23           So that's -- that's where the other two big

24   legs of science come in for causation, which is

25   animal studies and experimental studies, that we have

Brent Staggs, M.D.

1    to look at.  And that's part of what we've talked

2    about a lot here tonight is we've got to look at all

3    of those things to establish causation with the

4    Bradford Hill consideration methodology that's well

5    accepted.

6              And you don't just accept one mathematical

7    number created because somebody punched in a few

8    cases and created an association.  You have to have

9    all those other things to actually establish

10   causation, which is like what IARC did.

11        Q.    Okay.  Now, you would agree that the 54,251

12   applicators looked at in the Andreotti 2018 analysis

13   are not just a -- a few numbers punched into a

14   calculator?

15             MS. GREENWALD:  Objection.  Form.

16             THE WITNESS:  Well, they're human beings.

17   Right.  But the -- but the numbers created are from

18   mathematical calculations of the -- of the numbers.

19   You know, numbers of people with disease, without

20   disease, control populations, that's how you have --

21   that's what you have to have to create relative risk

22   numbers.

23   BY MR. FORNADEL:

24        Q.    I guess my question -- better question

25   would be:  You'd agree with me that's a relatively

Brent Staggs, M.D.

```
 1   large population size?

 2               MS. GREENWALD:  Objection.  Form.

 3               THE WITNESS:  Sure.  I mean, relative is a

 4   relative term.  But compared to some of the other

 5   studies, right, it's a -- it's a larger number.

 6   BY MR. FORNADEL:

 7        Q.   Okay.  And in fact, larger than any of the

 8   other studies we've looked at?

 9        A.   Well, we haven't looked at that many but I

10   don't have them all memorized.  I don't remember how

11   many are in the -- the NAP study, the pooled -- North

12   American Pooled Project study.  I don't remember ho

13   many.  That's a pool of multiple cohorts of

14   individuals that are being looked at, so.

15        Q.   Okay.

16        A.   And size is not always, you know, the best

17   determiner.  We like to think prospective and size is

18   somehow automatically better and that's not true.

19        Q.   Okay.  And what other characteristics would

20   you look for in epidemiologic study to provide you

21   with high-quality evidence?

22        A.   Well, I'm not an epidemiologist but I just

23   understand some of the basic concepts.  Like I said,

24   you know, you -- one of the things for the

25   agricultural health study I noticed was it sounded
```

1    like -- it -- it sounded to me like there was a

2    fairly high incidence of lymphoma in that study.  And

3    I think most of the control population were also

4    formers.

5              So to me, those are two things right off

6    the bat that it's hard to control when you have one

7    farm next to another farm and we're broadcast

8    spraying a chemical.  You know, how do we guarantee

9    that somebody's exposed, somebody's not?  Just

10   because they say they don't use it on their farm,

11   they may have exposures there.

12             So again, that's part of the -- I'm not

13   critical about what they're trying to do, but that's

14   part of the problem with epidemiology is all the

15   confounders.  That's why we have to look at the whole

16   realm of science together.

17       Q.    All right.  Now, would you agree with me if

18   I characterize the Andreotti 2018 article as the

19   highest quality study we have regarding NHL?

20             MS. GREENWALD:  Objection.  Form.

21             THE WITNESS:  I don't know that I can make

22   that judgment.  I'd like an epidemiologist or someone

23   more experienced decide whether that's true or not.

24             MR. FORNADEL:  We'll mark this as Exhibit

25   8.

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Brent Staggs, M.D.

```
 1       (Exhibit Number 8 marked for identification.)

 2  BY MR. FORNADEL:

 3       Q.    This is the Zhang 2019 article.  I believe

 4  this is in your Materials Considered list?

 5       A.    Right.

 6       Q.    If you flip with me to page 194 and the

 7  right-hand column, paragraph above section 2.6?

 8       A.    Okay.

 9       Q.    Starts off with the sentence, According to

10  our quality assessment, the highest quality study in

11  either design category was the AHS 2018 cohort.

12            Did I read that right?

13       A.    Yes.

14       Q.    Do you understand that to refer to

15  Andreotti 2018?

16       A.    Yes.

17       Q.    And so do you have any disagree -- reason

18  to disagree with that statement?

19            MS. GREENWALD:  Objection.  Form.  Asked

20  and answered.

21            THE WITNESS:  I would defer to someone with

22  more experience in epidemiology, designing

23  epidemiologic studies, as to which studies are higher

24  quality than others, on a detailed level.  I

25  understand just the basic principals.
```

Brent Staggs, M.D.

```
 1   BY MR. FORNADEL:

 2       Q.    Now, at the -- and I forget which one,

 3   pardon me.  It was either Sanders or Tanner, but you

 4   discussed some of the regulatory decisions and

 5   reviews that had taken place regarding glyphosate

 6   in -- and different countries across the world.  Are

 7   you -- did you review any -- well, strike that.

 8           Are you aware of any regulatory agency that

 9   has concluded that glyphosate and glyphosate-based

10   herbicides are carcinogenic?

11           MS. GREENWALD:  Objection.  Form.

12           THE WITNESS:  Well, the International

13   Agency for the Research on Cancer.

14   BY MR. FORNADEL:

15       Q.    Right.  And -- and my question was

16   restricted to regulatory agencies.

17       A.    Oh, I see.  Okay.  So we're not calling --

18   since they don't establish regulations.  Right.

19           I -- you know, I don't have the ability to

20   look into all regulatory agencies.  I've been

21   presented -- you said a discussion.  It was sort of a

22   one-sided discussion where he asked me questions

23   about them, but certainly I've heard the EPA.  I

24   referenced the article that discusses in detail about

25   the difference between the EPA and IARC's decision,
```

Brent Staggs, M.D.

1    even though -- right.

2              One of the key differences between IARC and

3    EPA is that IARC is an independent agency, as I

4    understand it, that tasks themselves with identifying

5    carcinogens for public health reasons, versus the EPA

6    is a government regulatory and politically driven

7    organization that has to establish compromise between

8    industry and regulations in order to sort of try to

9    protect the population, but also allowing in, you

10   know, carcinogens at various levels as they see fit.

11   And obviously, that changes with presidential

12   regulations and -- and all of these things.

13             So and yes, I've looked just very generally

14   at some other organizations.  And you know, some of

15   then, the European food safety, they were only

16   looking at residual Roundup left in food, which is a

17   totally different thing to look at than, you know,

18   the commercial applicators and farmers, things like

19   that.

20             And it's my understanding from the article

21   I referenced that talked about the specifically the

22   difference between EPA and IARC, that EPA started out

23   with that as well.  I think eventually they tried to

24   make some assessment but -- of applicators and things

25   like that.

Brent Staggs, M.D.

```
1              But almost all of their study, their
2    information they use was private industry material
3    that is unable to the public, at least very readily.
4    So I mean, I've looked at those type of issues.  I
5    mostly read journal articles discussing the debate in
6    that setting.  I don't know that I have the ability
7    to somehow analyze all governmental regulatory
8    agencies.
9       Q.    Okay.  And -- and just to follow up on a
10   few of those points.  At trial you're not going to
11   come and opine on the political workings of the EPA?
12      A.    No.  Other than to just say that.  I mean,
13   it is -- you know, the EPA and OSHA for sure -- OSHA,
14   currently as I understand it in their current
15   regulations, they don't -- they consider significant
16   risk only when one in 1,000 people is dying from
17   whatever it is.  That's kind of their standard for
18   significant risk.  Well, that sounds way too high to
19   me.
20              So that's -- that's obviously a compromise.
21   So they're -- they're saying, you know, that a group
22   at a concert with 50,000 people, that you know,
23   1 percent is 50 people would die every time a concert
24   met, according to them.  You know, I don't -- and so
25   that's the kind of compromise they have to have.
```

Brent Staggs, M.D.

1          Versus IARC who are just saying, it is a

2    carcinogen, you know, beware basically versus EPA and

3    OSHA.  Those regulatory agencies are going to -- they

4    make a decision based on their politics, how many

5    people are allowed to die from a certain carcinogen.

6         Q.   You agree that OSHA has nothing to do with

7    this case?

8               MS. GREENWALD:  Objection.  Form.

9               THE WITNESS:  Well, not that I -- well,

10   occupational safety and health?  I mean, I haven't

11   heard it brought up before, but it's my understanding

12   that it functions as a regulatory agency similar to

13   EPA.  I'm just a little more familiar with OSHA

14   regulations as far as risk go.

15   BY MR. FORNADEL:

16        Q.   Okay.  And as far as the -- I understand

17   that you're not a regulatory expert, but to the

18   extent you've reviewed literature discussing some of

19   those decisions, are you aware of any regulatory

20   agency that has determined that glyphosate is a

21   carcinogen?

22        A.   Well, I've not heard of one.  I'm certainly

23   not made a -- tried to make a study of all regulatory

24   agencies.  Mostly, again, learned about them through

25   peer-reviewed published literature about them.

Brent Staggs, M.D.

```
 1       Q.    Okay.  Before we get too far away from it,

 2   I wanted to go back to the hypothetical we were

 3   discussing earlier where, you know, if you take 100

 4   farmers with substantial Roundup exposure and put

 5   them in a room and -- and all of them have subsequent

 6   NHL diagnoses, if I understand your testimony

 7   correctly, in looking at each one of them, it would

 8   be important to apply the methodology that you

 9   applied in each report in order to determine whether

10   or not Roundup was a substantial contributing factor

11   to their NHL; is that fair?

12       A.    Yes.

13       Q.    Okay.  And part of that would be

14   identifying and then adjusting for certain

15   confounding variables, right?

16       A.    Right.

17       Q.    One of the ones that we've discussed over

18   and over again being pesticide exposure and various

19   pesticides, right?

20            MS. GREENWALD:  Objection.  Form.

21            THE WITNESS:  Right.

22   BY MR. FORNADEL:

23       Q.    And so without that adjustment for

24   confounders, the -- the methodology would -- would

25   become unreal -- unreliable, if you didn't do that
```

Brent Staggs, M.D.

1   part of it?

2              MS. GREENWALD:  Objection.  Form.

3              THE WITNESS:  Well, that is part of the

4   differential diagnosis.  You know, you -- you've made

5   that statement in such a blanket statement -- you

6   know, I am a physician.  I have a -- a limited

7   knowledge base.  So I identify all the confounders

8   that I can identify.

9              Certainly especially in this process, would

10  expect that other confounders I may not have

11  considered would be pointed out.  And sometimes maybe

12  you have.  We talked about age and obesity and my --

13  and I gave you my reasoning why I consider or don't

14  consider them to be significant.

15             So you know, to that extent, yes, you have

16  to consider the -- the confounders in the context of

17  each individual case because they're going to be --

18  have a different meaning depending on their overall

19  context.

20      Q.   And I understand that your -- to the extent

21  you've set forth some -- a summary of your more

22  generic opinions about how glyphosate-based

23  herbicides can cause NHL, is not exhaustive.  I -- I

24  did just want to pin down kind of the -- the studies

25  you were relying on that did show an increased risk

Brent Staggs, M.D.

1    of -- of NHL being associated with Roundup.

2           Are those all listed in the report or are

3    some in the MCL and -- and only listed there?  I just

4    wanted to -- to clear that up.

5           MS. GREENWALD:  Objection.  Form.

6           THE WITNESS:  No.  I think -- I think most

7    of the -- most, if not all, of the real meat on that

8    particular topic should be either referenced right in

9    the report or in the Materials Considered list.

10          You know, the Zhang study, as you

11   mentioned, shows an increased risk that's

12   statistically significant, despite the fact that it

13   considers the AHS study in its meta-analysis.  And

14   you know, Hardell and Eriksson and McDuffie and De

15   Roos, you know, there -- there's a core of six or

16   eight papers that have increased risk that were

17   analyzed by IARC and that I rely on.

18   BY MR. FORNADEL:

19      Q.    Okay.  Well, and just jumping back to Zhang

20   for a second because you mentioned that and I want

21   to -- I believe we marked that as Exhibit 8.

22      A.    Right.  Right.

23      Q.    Yeah.  So you reviewed this study in

24   forming your opinions here?

25      A.    I have reviewed it.  Yes.

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Brent Staggs, M.D.

1        Q.    And this incorporates, in your

2    understanding, some of the -- or rather incorporates

3    the Andreotti 2018 data?

4        A.    That's my impression.

5        Q.    Okay.  And if you look at page 196, Table

6    4, up at the top there it's titled Description and

7    weight of studies selected for the current

8    meta-analysis.

9             And I'll give you a second to review this

10   table, but my question being:  The -- the way I read

11   this table, it's my understanding that the authors

12   selected specific exposures subgroups from each of

13   these studies and then put them all into one

14   meta-analysis.  And if you just take a second and --

15   and confirm that for me, if that's right?

16       A.    Oh, I don't know that I can confirm that in

17   the next five or ten minutes.  That is -- that was my

18   general impression as well.  I think it may be better

19   stated in the -- so the -- about the third line down,

20   the abstract says, We investigated whether there was

21   an association between high cumulative exposures and

22   increased risk of non-Hodgkin's lymphoma in humans --

23   human exposures to glyphosate-based herbicides.

24             So that was my impression as well, is they

25   pulled out the highest exposure categories from those

Brent Staggs, M.D.

 1   studies.

 2       Q.    Sure.  And I think that's correct.  And I

 3   just wanted to drill down on that a bit more because

 4   Table 4 makes it look like they took a group from

 5   Andreotti 2018 that had -- you know, if you reference

 6   the little letter D down there, 20 more -- 20 years

 7   or more of lag time.  And then these greater than or

 8   equal to 2,610 days per lifetime of glyphosate-based

 9   herbicide use.

10            And then they're lumping that in with ever

11   use from Do Roos and Eriksson or Zhang.  Is -- is

12   that a -- a fair characterization of what's going on

13   there?

14            MS. GREENWALD:  Objection.  Form.

15            THE WITNESS:  Well, I'm not sure.  I mean,

16   that -- you know, again, I don't remember all the

17   exact details, but I see in the exposure category

18   where some of them say ever and some of them say

19   greater than ten.  And as you mentioned, greater than

20   2,610 days slash L or D/L.  So that sounds like it

21   could be right.

22   BY MR. FORNADEL:

23       Q.    And in the event that is true, does that

24   sound like a useful methodology, lumping together

25   people who have been exposed to over 2,000 days worth

Brent Staggs, M.D.

 1   of pesticide exposure with a single day?

 2            MS. GREENWALD:  Objection.  Form.

 3            THE WITNESS:  I'm not an epidemiologist.  I

 4   don't design meta-analysis for sure.  So you know,

 5   that's his study that he's created -- those authors,

 6   and then it's been peer reviewed and published.  So

 7   at this point, those -- that's their results.  I

 8   don't have a -- I'm unable to comment on the exact

 9   methodology.

10            MR. FORNADEL:  If you all don't mind giving

11   me a second, I can clean up my notes for a few

12   minutes here and we can get out of here if we can go

13   off the record.

14            THE VIDEOGRAPHER:  Going off the record.

15   The time is approximately 10:10 p.m.

16                 (A short break was had.)

17            THE VIDEOGRAPHER:  We're back on the

18   record.  The time is approximately 10:18 p.m.

19            MR. FORNADEL:  All right.  Dr. Staggs, I

20   don't have anything further for you right now.  Might

21   after -- after counsel asks some of you.

22            MS. GREENWALD:  I have no questions.

23            THE VIDEOGRAPHER:  This concludes the

24   deposition.  We're going off the record.  The time is

25   approximately 10:18 p.m.

Brent Staggs, M.D.

1          (Whereupon the proceedings were concluded at

2                    10:18 p.m.)

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Brent Staggs, M.D.

```
 1              REPORTER'S CERTIFICATE
 2   STATE OF ARKANSAS )
                       ) ss
 3   COUNTY OF PULASKI )
 4        I, KARISA J. EKENSEAIR, Certified Court
     Reporter, Registered Professional Reporter in and for
 5   the State of Arkansas, do hereby certify that BRENT
     STAGGS, MD was duly sworn by me prior to the taking
 6   of testimony as to the truth of the matters attested
     to and contained therein; that the testimony of said
 7   witness was taken by me in stenotype and was
     thereafter reduced to typewritten form by me or under
 8   my direction and supervision; that the foregoing
     transcript is a true and accurate record of the
 9   testimony given to the best of my understanding and
     ability.
10        I FURTHER CERTIFY that I am neither counsel
     for, related to, nor employed by any of the parties
11   to the action in which this proceeding was taken;
     and, further, that I am not a relative or employee of
12   any attorney or counsel employed by the parties
     hereto, nor financially interested, or otherwise, in
13   the outcome of this action; and that I have no
     contract with the parties, attorneys or persons with
14   an interest in the action that affects or has a
     substantial tendency to affect impartiality, that
15   requires me to relinquish control of an original
     deposition transcript or copies of the transcript
16   before it is certified and delivered to the custodial
     attorney, or that requires me to provide any service
17   not made available to all parties to the action.
          IN ACCORDANCE with Rule 30(e) of the Rules of
18   Civil Procedure, review of the transcript was not
     requested.
19        GIVEN UNDER MY HAND and SEAL OF OFFICE on this
     19th day of November, 2019.
20
21
22
          _____
23        Karisa Ekenseair, CCR, RPR  LS #802
          Notary Public in and for
24        Pulaski County, Arkansas
          Commission No. 12704567
25        Exp. 06-18-2028
```

Brent Staggs, M.D.

```
1              ACKNOWLEDGMENT OF DEPONENT

2

               I,_____, do

3    hereby certify that I have read the
     foregoing pages, and that the same

4    is a correct transcription of the answers
     given by me to the questions therein

5    propounded, except for the corrections or
     changes in form or substance, if any,

6    noted in the attached Errata Sheet.

7


     _____

8     BRENT STAGGS, M.D.        DATE

9

10

11

12

13

14

     Subscribed and sworn

15   to before me this
     _____ day of _____, 20_____.

16

     My commission expires:_____

17

18   _____

     Notary Public

19

20

21

22

23

24

25
```

Brent Staggs, M.D.

```
 1                     - - - - - -

                     E R R A T A

 2                     - - - - - -

 3      PAGE   LINE   CHANGE

 4      _____  _____  _____

 5        REASON:  _____

 6      _____  _____  _____

 7        REASON:  _____

 8      _____  _____  _____

 9        REASON:  _____

10      _____  _____  _____

11        REASON:  _____

12      _____  _____  _____

13        REASON:  _____

14      _____  _____  _____

15        REASON:  _____

16      _____  _____  _____

17        REASON:  _____

18      _____  _____  _____

19        REASON:  _____

20      _____  _____  _____

21        REASON:  _____

22      _____  _____  _____

23        REASON:  _____

24      _____  _____  _____

25        REASON:  _____
```