# Exhibit 31

# Brent C. Staggs, M.D.

Diplomat, American Board of Pathology

1 Lile Court, Suite 101

Little Rock, Arkansas 72205

Phone (501) 831-0161

Fax (501) 202-1420

brentstaggs@comcast.net

October 9, 2019

RE: Sanders, John ▮▮▮▮▮▮▮▮▮▮

Dear Sirs,

I am a physician and partner with Pathology Laboratories of Arkansas, P.A.  I received my medical degree from the University of Arkansas for Medical Sciences in 2001 and completed my residency training at the University of Arkansas for Medical Sciences Department of Pathology from 2001 thru 2007.  During that time, I completed fellowships in hematopathology (Jul 2003 – June 2004) and gastrointestinal pathology (July 2004 – June 2005), with extensive training in pulmonary pathology, molecular pathology and dermatopathology.

I am currently licensed to practice medicine in Arkansas, Alabama, Mississippi, Oklahoma, and Texas.  I have been a licensed Medical Review Officer since 2009, with re-certification in 2014.  Since 2007, I have been a partner of and practiced with Pathology Laboratories of Arkansas, P.A. As part of my practice. I routinely examine numerous tissues for diagnosis purposes, including tumor types.  I review molecular analysis of numerous types of pathology specimens, both tissue and blood, which includes molecular analysis of lymphomas.  I am the medical director for multiple laboratories, including the largest clinical laboratory in the state of Arkansas, and the Baptist Health Medical Center in Little Rock.  During my career, I have reviewed hundreds, if not thousands of cases of non-Hodgkin's lymphomas, both in clinical practice and in the setting of medical legal consultation.

1

I was a pathology course lecturer at the University of Arkansas College of Medicine beginning in 2002 thru 2007 in the following areas:

- Gastrointestinal pathology section: lectures in large intestinal neoplasia, hepatic tumors, hepatitis morphology, pancreas and biliary tract disease.

- Hematopathology section: lectures in lymphomas and lymphoproliferative diseases of the gastrointestinal tract, Acute Myeloid Leukemias, Chronic Myeloproliferative Disorders, Myelodysplasias, Langerhans Cell disease, and disorders of the spleen.

- Infectious disease pathology: lectures in hepatitis and gastrointestinal tract infections

- Orthopedic pathology: lecture in degenerative joint diseases

- Vascular Pathology and vasculitis.

- Pulmonary Pathology: lectures in medical lung disease and neoplasia.

I hold the following opinions to a reasonable degree of medical and scientific certainty based on my personal training, experience, knowledge, and expertise, as well as relevant literature, articles, studies, documents, and medical and scientific principles. The methodology and basis for these opinions are generally accepted in the medical and scientific community. While I do not agree with every position or statement of each document or reference cited, the materials and information discussed below are appropriate and sufficient to form a reliable basis for my opinions. These are the types of foundational materials that I, as well as other medical doctors, rely upon in our daily and standard practice of medicine to formulate opinions.

**Scientific Evidence Underlying Opinions**

It is my opinion that glyphosate-based herbicides (GBHs) can and do cause non-Hodgkin's lymphoma (NHL).  To form my opinions regarding GBHs I have reviewed numerous peer-reviewed and published articles (both positive and negative) in the areas of human epidemiology, animal studies and experimental studies, as well as the opinions of the IARC and other scientific and regulatory agencies.  They are on my materials considered list, which accompanies this report.

IARC

I reviewed the IARC Monograph (2015) regarding glyphosate which provided a summary of the scientific literature related to GBHs including the epidemiological publications, animal studies and experimental studies.[1]  The IARC, prior to its publication of the Monograph, performed its own thorough evaluation of the literature to determine whether the scientific evidence demonstrates glyphosate can cause cancer in humans. As a scientist and medical doctor, I place considerable weight on the findings of IARC.

The IARC concluded glyphosate is "probably carcinogenic to humans" (Group 2A), finding that "a positive association has been observed for non-Hodgkin lymphoma" and glyphosate. During its evaluation, the IARC found limited evidence of cancer in humans based on epidemiologic studies, sufficient evidence of cancer in experimental animals and strong evidence of genotoxicity and induction of oxidative stress.  Additionally, the IARC performed its own meta-analysis which found a significant risk of non-Hodgkin's lymphoma related to GBHs.  In addition to the IARC Monograph, I reviewed the underlying epidemiological studies the IARC evaluated, as well as other studies published since the IARC's review.  The IARC included the Agricultural Health Study (other than the yet-unpublished Andreotti 2018 study)_ in its  review and indicated that although the study was large, the follow-up time was too short to detect cases of NHL and that the results of this study did not outweigh those of other studies.

---

[1] IARC Working Group, *Glyphosate In Some Organophosphate Insecticides and Herbicides: Diazinon, Glyphosate, Malathion, Parathion, and Tetrachlorvinphos.* IARC Monogr Prog., 2015. Vol. 112 (referred to throughout as IARC 112").

Regarding the animal data, the IARC reviewed most, but not all, of the animal studies and found a "positive trend" in the incidence of certain rare tumors.  In another study, it found a "significant positive trend in the incidence of haemangiosarcoma in male CD-1 mice."  In two studies of the Sprague-Dawley strain of rats, the IARC found a "significant increase in the incidence of pancreatic islet cell adenoma in males – one of these two studies also showed a significant positive trend in the incidences of hepatocellular adenoma in males and of thyroid C-cell adenoma in females."[2]

The IARC also concluded that glyphosate and GBHs are genotoxic in various systems. They determined the mechanistic data provides strong evidence for genotoxicity and for oxidative stress induced by glyphosate, with evidence that these effects are capable of operating in humans as well.[3]

Epidemiology

Epidemiologic studies have shown a positive association between NHL and GBHs.  Many studies have demonstrated a statistically significant increase in NHL in those who previously used or were exposed to GBHs, and most  of these studies showed more than a doubling of the risk of NHL (McDuffie et al. (2001),[4] Hardell et al. (2002),[5] De Roos et al. (2003),[6] Eriksson et al. (2008)[7]) and as high as three times the risk (Hardell et al (2002)).  Meta-analysis of the literature has also shown a significant increase in NHL in those exposed to GBHs.  Some studies also demonstrated a dose-response relationship with regard to the use of glyphosate and the development of NHL.

---

[2] IARC 112 at 396.
[3] IARC 112 at 398-99.
[4] McDuffie, H.H., et al., *Non-Hodgkin's lymphoma and specific pesticide exposures in men: cross-Canada study of pesticides and health.* Cancer Epidemiol Biomarkers Prev, 2001. 10(11): p. 1155-1163.
[5] Hardell, L., M. Eriksson, and M. Nordstrom, *Exposure to pesticides as risk factor for non-Hodgkin's lymphoma and hairy cell leukemia: pooled analysis of two Swedish case-control studies.* Leuk.Lymphoma, 2002. 43(5): p. 1043-1049.
[6] De Roos, A.J., et al., *Integrative assessment of multiple pesticides as risk factors for non-Hodgkin's lymphoma among men.* Occup Environ Med, 2003. 60(9): p. E11.
[7] Eriksson, M., et al., *Pesticide exposure as risk factor for non-Hodgkin lymphoma including histopathological subgroup analysis.* Int J Cancer, 2008. 123(7): p. 1657-63.

4

Schinasi and Leon (2014)[8] conducted a systematic review and meta-analysis of 21 pesticide active ingredients and chemical groups including glyphosate. The authors reported a positive association between glyphosate use and B-cell lymphoma based on two studies (RR 2.0; CI 1.1–3.6) and a positive association between glyphosate use and NHL based on six studies (RR 1.5; 95% CI 1.1–2.0).

Chang and Delzell (2016)[9] performed meta-analyses for NHL subtypes (diffuse large B-cell lymphoma, B-cell lymphoma, chronic lymphocytic leukemia/small lymphocytic leukemia [CLL/SLL], and hairy-cell leukemia), as well as other types of lymphohematopoietic cancers (leukemia, multiple myeloma, and Hodgkin's lymphoma). The authors reported a positive association between glyphosate use and the risk of NHL (RR 1.3; 95% CI 1.0–1.6; six studies), multiple myeloma (RR 1.4; 95% CI 1.0–1.9; four studies), and the NHL subtype B-cell lymphoma (RR 2.0; 95% CI 1.1–3.6; two studies).

The IARC Working Group conducted a meta-analysis for NHL using the same six studies as Schinasi and Leon (2014) and Chang and Delzell (2016). The Working Group reanalyzed the data but used the most fully adjusted risk estimates for the studies by Hardell et al. (2002) and Eriksson et al. (2008) and estimated a slightly lower meta-analysis relative risk (RR 1.3; 95% CI 1.03–1.65) (IARC 2017).

An example of a more recent publication includes the meta-analysis conducted by Zhang, et al. (2019)[10], which sought to understand both whether evidence supports an association between exposures to GBHs such as Roundup and increased NHL risk and also, more specifically, the magnitude of exposure (and included the updated Agricultural Health Study [AHS[ study in the analysis.) The authors report the overall meta-relative risk of NHL in exposed individuals increased by 41% (RR 1.41, CI 1.13-1.75) using the highest exposure groups when available and note that "all the meta-

---

[8] Schinasi, L. and M.E. Leon, *Non-Hodgkin lymphoma and occupational exposure to agricultural pesticide chemical groups and active ingredients: a systematic review and meta-analysis.* Int J Environ Res Public Health, 2014. 11(4): p. 4449-527.58. Ioannidis, J.P., *Interpretation of tests of heterogeneity and bias in meta-analysis* J Eval Clin Pract, 2008. 14(5): p. 951-7.
[9] Chang, E.T. and E. Delzell, *Systematic review and meta-analysis of glyphosate exposure and risk of lymphohematopoietic cancers.* J Environ Sci Health B, 2016: p. 1-27.
[10] Zhang, L., et al., *Exposure to glyphosate-based herbicides and risk for non-Hodgkin lymphoma: A meta-analysis and supporting evidence.* Mutation Research/Reviews in Mutation Research, 2019. 781: p. 186-206.

analyses conducted to date, including our own, consistently report the same key finding: exposure to GBHs  are associated with an increased risk of NHL".

Animal data

In addition to the IARC, I also reviewed Dr. Portier's thorough review of the animal data and his statistical evaluation of same.  I also read the Greim summary of the animal data, a study performed on behalf of Monsanto. I also reviewed the EPA's evaluation of the animal data, which reached a different conclusion than that reached by the IARC and Dr. Portier. Taken together, the animal data show a strong association between glyphosate and cancer in rodents.

Genotoxicity

Two studies, among others, have evaluated the potential genotoxicity of GBHs in humans *in-vivo*: Paz-y-Mino, et al (2007)[11] and Bolognesi, et al. (2009)[12]. In the first study, Paz-y-Mino, et al. (2007), the authors used a comet assay to evaluate genetic damage in 24 exposed individuals, who did not use other pesticides aside from GBHs. The comet assay was used to detect DNA damage induced in blood leukocytes *in vivo*. The authors concluded the exposed group has a significant increase in DNA damage compared to the unexposed controls ($p < 0.001$).

In Bolognesi, et al. (2009), the authors considered women of reproductive age and their spouses in five regions of Colombia. The authors used the blood lymphocyte micronucleus test, which monitors the effects of cumulative exposures to genotoxic agents, as an index of chromosomal (i.e. genetic) damage. In three regions with exposures to GBHs from aerial spraying, blood samples were taken from the same individuals at different points in time. The baseline frequency of binucleated cells with micronuclei (BNMN) was significantly greater in subjects from the three regions exposed to aerially-sprayed GBHs and a fourth region with exposures due only to manual spraying of multiple pesticides, compared to the reference region, which was not

[11] Paz-y-Mino, C., et al. *Evaluation of DNA Damage in Ecuadorian Population Exposed to Glyphosate.* Genetics and Molecular Biology, 2007. 30(2): p. 456-460.
[12] Bolognesi, et al. *Biomonitoring of Genotoxic Risk in Agricultural Workers from Five Colombian Regions: Association to Occupational Exposure to Glyphosate.* J. Toxicol. Env. Health, 2009. 72(15-16): p. 986-997.

exposed to pesticides ($p \leq 0.05$). A multiple linear regression demonstrated statistically significant increases in BMNM in all four exposed regions post exposure when compared to pre-exposure, while all other variables are accounted for ($p < 0.001$). These two aforementioned studies provide compelling evidence of genotoxic damage to blood cells in individuals exposed to GBHs in their immediate environment.

Experimental data

Aside from *in-vivo* studies, authors have explored the *in-vitro* genotoxicity of glyphosate and other GBHs using a variety of cell types with various assays for markers of genotoxicity, with or without metabolic activity. Recent studies strengthen the evidence of the demonstrated  toxic and genotoxic effect of glyphosate and GBHs on human and animal cells at doses below regulatory limits.[13] Mesnage, et al. (2015) and Myers, et al. (2016)[14] suggest that glyphosate induces oxidative stress and cellular damage in the kidney and liver cells of rats by disrupting mitochondrial metabolism at levels of exposure deemed safe and/or acceptable by regulatory bodies. Furthermore, the authors found glyphosate and GBHs are capable of disrupting endocrine signaling in cells at these low doses.

The genotoxicity studies strongly support the conclusion that both glyphosate and GBHs have a substantial and deleterious effect on the health of both human and animal cells, thus leading to an increased risk of cellular mutations, which may result in the development of cancer. The IARC concluded the same: "there is strong evidence that glyphosate can operate through two key characteristics of known human carcinogens, and that these can be operative in humans."[15]

Taken as a whole, the epidemiological studies demonstrate an increased risk of NHL with exposure to glyphosate or GBHs and is an important part of the science underlying my causation opinions, particularly when taken together with the entire

---

[13] Mesnage, et al. *Potential Toxic Effects of Glyphosate and Its Commercial Formulations Below Regulatory Limits*. Food Chem Toxicol, 2015. 84: p. 133-153.
[14] Myers, et al. *Concerns over Use of Glyphosate-Based Herbicides and Risks Associated with Exposures: A Consensus Statement*. Env. Health 2016. 15: p. 1-13.
[15] IARC 112 at p. 398.

body of scientific evidence, which includes epidemiology, toxicology, and *in vitro* and *in vivo* studies.

In connection with the experimental data, I also reviewed the expert reports of Dr. Christopher Portier and Dr. Dennis Weisenburger from the MDL (as well as other expert reports in these cases). These experts are highly qualified in their field and performed thorough, comprehensive reviews of the epidemiology, toxicology and genotoxicity literature relating to glyphosate and GBHs, similar to that performed by the IARC. Taken together and based also on my personal review of the literature, I conclude that it is more likely than not that GBHs cause NHL in humans.

I have reviewed the conclusions of regulatory agencies like the United States Environmental Protection Agency (EPA) who identified no increased risk of NHL with GBHs use. I have also reviewed literature detailing the differences between the decision and the processes used to make their conclusions[16].

Methodology

Like many of the other experts involved in this litigation, I use the well-established methodology of Sir Bradford Hill, the Bradford Hill causation considerations. These nine guidelines, temporal relationship, strength of association, dose-response, replication of results, biological plausibility, alternative explanations, disease specificity and coherence, are intuitive and used throughout medicine as well as other disciplines to establish both general and specific causation. With respect to GBHs I have assessed the Bradford Hill considerations in the following ways:

Epidemiology shows that exposure to GBHs has a temporal relationship with the formation of NHL in humans, thus the exposure occurs prior to the development of disease. The strength of association is fulfilled by the examination of the relative risk identified in epidemiologic studies where multiple studies showed more than a doubling of the risk of NHL with prior exposure to GBHs. A dose-response relationship (the higher the dose, the greater the risk) was identified in two epidemiologic studies when it was examined and also demonstrated in some animal studies. The results of GBHs leading

---

[16](Benbrook C. *How did the US EPA and IARC reach diametrically opposed conclusions on the genotoxicity of glyphosate-based herbicides?* Enron Sci Eur, 2019 31:2.

to an increased risk of NHL was replicated in multiple studies from different authors and different populations. NHL being caused by GBHs is biologically plausible and is consistent with the current knowledge of the cause of NHL. Like most cancers, NHL is caused by an accumulation of genetic defects. The identification of genetic defects in both experimental and animal studies aide in the assessment of biological plausibility. Alternative explanations should always be explored in the realm of both general and specific causation. Alternative explanations for general causation would primarily be methodological flaws in the epidemiologic, experimental or animal studies that identify risks with GBHs or the possibility that another associated substance was to blame rather than glyphosate or GBHs. As already mentioned, the epidemiologic literature was peer reviewed and published from various authors analyzing various populations. Also, the use of other pesticides was controlled for by several studies and an increase risk still remained. No toxins/carcinogens cause innumerable types of disease/ cancer. There is always some disease specificity. This is true for GBHs. While numerous cancers have been analyzed in association with GBHs use, GBHs appear to be specifically linked to causing NHL. Lastly, other similar pesticides have also been shown to cause NHL. So, the fact that GBHs can cause NHL is coherent with current medical and scientific knowledge.

In a given individual patient it is not enough to simply look at medical literature. The individual patient's medical history and disease must be examined to determine the cause or causes of the disease in question. Much like "differential diagnosis", the methodology of "differential etiology" is the process by which a doctor seeks to find not just potential causes of a disease (general causation) but the actual underlying cause of the disease in a given individual patient. This process involves first identifying the disease, then identifying all potential causes of the disease for that patient (the differential), establishing whether the exposures/causes were at the level or degree that is known to cause the disease in other patients (consideration of the dose), and then weighing these factors and making a final determination on the cause of the disease in question. This is a methodology I and other doctors employ in my practice daily when identifying the cause of diseases in my patients.

You have asked for my opinion regarding whether Mr. Sanders' disease was caused by exposure to glyphosate / glyphosate-based herbicides (GBHs). I have

9

reviewed medical records related to Mr. Sanders, as well as exposure information provided in deposition testimony along with conducting a phone interview with Mr. Sanders where we discussed his prior medical history and exposure information.

CLINICAL HISTORY:

I reviewed hundreds of pages of medical records. A few pertinent excerpts are included below.

█████████████████████████████████████████████████████

██████ ███████████████████████████ Social history indicated Mr. Sanders did not currently smoke and ██████████████████████████ He reportedly worked as a citrus contractor taking care in maintaining a citrus grove. █████████████████

█████████████████████████████████████████████████████

████████ He reportedly had three siblings and two children. ████████████████

████████████

█████████████████████████████████████████████████████

█████████████████████████████████████████████████████

█ ████ ████ ████ ███ █████ ██ █ █████ █████ █████ █

█████████████ ████████████████████████████ Social history indicated Mr. Sanders was a heavy smoker in the past but was currently not smoking.

█████████████████████████████████████████████████████

█████████████████████████████████████████████████████

█████████████████████████████████████████████████████

█████████████████████████████████████████████████████

█████████████████████████████████████████████████████

████████████████████████████ On follow-up imaging in 2014 a hypermetabolic abdominal mass was a detected. Needle biopsy of this mass was reportedly diagnosed as lymphoma. ████████████████████████████████████████

█████████████████████████████████████████████████████

█████████████████████████████████████████████████████

████████

Hematology/Oncology office note from Beaver Medical Group (February 25, 2016) indicated a diagnosis of "non-Hodgkin's lymphoma". The history indicated Mr. Sanders was currently being treated for low-grade B-cell lymphoma of the retroperitoneum positive for CD 20. The mass was reportedly initially seen on imaging studies from February 2014 showing hypermetabolic lesions in the retroperitoneum. These lesions were reportedly biopsied. Bone marrow biopsy from June 2014 reportedly showed no involvement by lymphoma. Monoclonal proteins were reportedly negative. Chemotherapy treatments were recommended and undertaken. Mr. Sanders was currently status post six cycles of chemotherapy treatment which he reportedly tolerated well and as of May 2015 did not show any evidence of recurrent disease. Multiple additional office notes from Beaver Medical Group were also reviewed with similar findings.

Consultative note from City of Hope (June 27, 2014) indicated evaluation regarding a second opinion for treatment of non-Hodgkin's lymphoma diagnosed in February 2014. ███████████████████████████████████████████████████████ ███████████████████████████████████████████████████████ █████████████████████████████████████████████████ ███████ ███████████████████████████████████████████ The assessment indicated stage III B cell lymphoproliferative disorder. An addendum indicated pathology materials were reviewed at City of Hope and interpreted as suspicious for B cell lymphoma. And excisional biopsy was recommended.

RADIOLOGY REPORTS:

███████████████████████████████████████████████████████
███████████████████████████████████████████████████████
████████████████████████████████████

PATHOLOGY REPORTS:

Report from Loma Linda University (MS – 14 – 6135, May 22, 2014) diagnosed a retroperitoneal mass needle biopsy as "low-grade B-cell lymphoma". The comment reported a CD 5, CD 10 negative low-grade B-cell lymphoma. Morphologic considerations were either marginal zone lymphoma or lymphoplasmacytic lymphoma.

The microscopic description reported tumor cells positive for CD 20 and BCL 2 but negative for cyclin D1, BCL 6, CD 10, CD 5 and CD 23.

EXPOSURE HISTORY:

I conducted an interview by phone of Mr. Sanders as well as reviewed one volume of deposition testimony taken July 19, 2019. Mr. Sanders testified that he dropped out of high school during his senior year and went to work for Leonard Orchard Company. He then later returned to an adult school to finish his diploma in 1975. He testified he primarily lived and worked in Redlands, California. He worked as a farm hand on a citrus farm. He testified he obtained a pest control license from the state of California in about 1992. He served in the United States Army for two years and ███████████ ████████████████████████████████████████████████████████████ ███████████ He testified he worked growing up at Leonard Orchard from 1966 through about 1986 just as a ranch hand and then he started his own company in 1986 with which he maintained the orchard until 2014. For many years he used weed oil for maintaining weeds but that he first used Roundup in the early 1980s. He testified his first Roundup application involved a hand sprayer with a 200-gallon tank which they applied throughout the Orchard. After this initial large application, he continually used a hand sprayer for up to several hours per day throughout the growing season. He testified his sprayer created a 4-foot circle of spray. They sprayed a majority of their 80 acres because of weeds constantly growing alongside the irrigation trenches. He testified that he not uncommonly got Roundup on his hands during mixing Roundup and received blowback from Roundup during spray including tasting Roundup during wind blowback on a few occasions. He testified about also using a variety of other chemicals for different pests including Tender, Saminilla, miscible oil, Sevin, and DelNav. He testified most of these chemicals were mixed and sprayed in a similar fashion to Roundup. He testified at times he would use 20 containers of Roundup per week. Over the years he also used a backpack sprayer but only used it a few times due to back pain. He testified that he also used another generic Roundup product called Honcho which came out later and was cheaper than name brand Roundup. Prior to owning his own business, initially worked as a farmhand including digging trenches and spraying weeds and eventually moved up to driving a truck, especially during harvest. Once he became the business owner, he often performed multiple duties including driving the

12

trucks and spraying weeds almost on a daily basis during growing season. He testified the citrus farm covered approximately 80 acres. ████████████████████████ ████████████████████████████████████████████████████████ He testified that he did not wear personal protective equipment when spraying until about 2001 and he began wearing a Tyvek suit and gloves.  He quit smoking in 1984 and quit drinking alcohol in 1997.

SUMMARY:

Based on my review of the medical records including pathology materials, I conclude that Mr. Sanders has low-grade B-cell lymphoma (non-Hodgkin's lymphoma / NHL). Mr. Sanders had a history of significant exposure to GBHs. Mr. Sanders developed NHL after an appropriate latency period following his first known exposures to GBHs.

There are several risk factors for NHL including exposure to certain other chemicals including some certain insecticides and herbicides, some autoimmune diseases, and certain viral infections, especially those that weaken the immune system. Exposures specifically to GBHs are now known to cause NHL. Numerous sources in the medical literature as well as the IARC identify a significant risk of NHL with the use of GBHs. As noted above, epidemiologic, animal and experimental data have identified the ability of GBHs to cause genotoxicity and NHL.

Based on the information available to me, that I have reviewed in this case and is described above, Mr. Sanders had significant exposures to GBHs from his frequent and proximate work with and around GBHs over his working lifetime.  In accordance with my methodology as outlined above, I have established generally through the assessment of the Bradford Hill considerations and extensive review of the medical literature that in my opinion GBHs can cause NHL.  Specifically, with regards to Mr. Sanders and my methodology as outlined above I have determined that 1) Mr. Sanders does have NHL, 2) I evaluated his risk factors for NHL and find primarily extensive exposure to GBHs along with some exposure to other pesticides, but with a much less frequency and regularity than GBHs, and I did not identify a significant associated risk with the described pesticides, ████████████████████████████████████████ ████████████████████████████████████████████████████████ ███████████████████████ 3) it is therefore my opinion to a reasonable degree of medical

13

certainty that Mr. Sanders' exposure to GBHs was a significant contributing factor to his development of NHL.

I will supplement or amend this report as appropriate, if additional information becomes available.

Sincerely,

Brent C. Staggs, M.D.

# Brent C. Staggs, M.D.

Diplomat, American Board of Pathology

1 Lile Court, Suite 101

Little Rock, Arkansas 72205

Phone (501) 831-0161

Fax (501) 202-1420

brentstaggs@comcast net

August 2, 2019

## Curriculum Vitae

**Email Address:**          brentstaggs@comcast.net

**Born:**          October 17, 1975

**Education:**

Bachelor of Science, Magna cum Laude, Biology, Ouachita Baptist University, Arkadelphia, AR, 1998.

Doctor of Medicine, University of Arkansas College of Medicine

Little Rock, Arkansas, 2001.

**Postgraduate Training:**

Residency in Pathology, University of Arkansas for Medical Sciences, Little Rock, Arkansas, July 2001 thru June 2003 and July 2005 thru June 2007.

Fellowship in Hematopathology with James A. Waldron M.D. PhD, University of Arkansas for Medical Sciences, Little Rock, Arkansas, July 2003 thru June 2004.

Fellowship in Gastrointestinal Pathology with Laura W. Lamps M.D., University of Arkansas for Medical Sciences, Little Rock, Arkansas, July 2004 thru June 2005.

Special training and interest in: Molecular Pathology, Pulmonary Pathology and Dermatopathology.


**Medical License:**

Arkansas Active/Unlimited; Issued 2002.  #E-3430

Mississippi Active/Unlimited; Issued 2013.  #22403

Oklahoma Active/Unlimited; Issued 2013.  #29737

Texas Active/Unlimited; Issued 2013.  #P7211

Alabama Active/Unlimited; Issued 2014. #MD.33150


**Board Certificates:**

Diplomate American Board of Pathology, Anatomic Pathology, 2007.

Diplomate American Board of Pathology, Clinical Pathology, 2007.

Diplomate American Board of Pathology, Hematology, 2007.

Medical Review Officer Certification Council, Certified Medical Review Officer, 2009.  Re-certified 2014.

**Honors/Activities:**

Medical School: American Medical Association Foundation Scholarship Award Winner

Guest lecturer at Oklahoma and Arkansas regional meeting of medical technologists, "Plasma Cell and Diseases", May 2000.
Guest speaker "Alternative testing methods in employee workplace testing", 2011 annual HRMA Arkansas conference.

Guest lecturer at the annual conference of the Human Resource Management Association of Arkansas, 2011 and 2012.

**Teaching:**

University of Arkansas College of Medicine, sophomore pathology course lecturer (2002 thru 2007) in:

-Gastrointestinal pathology section: lectures in large intestinal neoplasia, hepatic tumors, hepatitis morphology, pancreas and biliary tract disease.

-Hematopathology section: lectures in lymphomas and lymphoproliferative diseases of the gastrointestinal tract, Acute Myeloid Leukemias, Chronic Myeloproliferative Disorders, Myelodysplasias, Langerhans Cell disease, and disorders of the spleen.

-Infectious disease pathology: lectures in hepatitis and gastrointestinal tract infections
-Orthopedic pathology: lecture in degenerative joint diseases
-Vascular Pathology and vasculitis.
-Pulmonary Pathology:  lectures in medical lung disease and neoplasia.

3

**<u>Research:</u>**

Staggs B., Smoller B. The Role of Mast Cells in the Evolution of Dermatofibromas.  Presented at United States and Canadian Association of Pathology annual meeting, March, 2002

Staggs B., Joseph L., Pappas A.  Free Light Chain Multiple Myeloma: Clinical Features and Correlation of a Sensitive Free Light Chain Assay (Freelite™) to Bone Marrow Morphology.  Presented at the United States and Canadian Association of Pathology annual meeting, February, 2003

Staggs B., Joseph L., Pappas A.  Clinical Utility of a Serum Light Chain Assay in Bence-Jones Disease.  Platform Presentation at the Association of Clinical Scientists annual meeting, May, 2003

Staggs B., Pappas A.  Comparison of Serum Quantitative Free Light Chains (Freelite™) to Serum Quantitative Total Light Chains in Patients with Recurrent Multiple Myeloma.  Presented at College of American Pathologists annual meeting, September, 2003

Staggs B., Fan K.  Prostatic Adenocarcinoma; a Correlation of Morphologic Grade and Special Stains to Evaluate their Predictive Value of Malignancy

Staggs B., Joseph L.  Using Serum Free Light Chain Measurements to Predict Bone Marrow Involvement by Amyloid in Patients with Multiple Myeloma

Staggs B., Joseph L.  Correlation of Ki-67 Evaluation by Immunohistochemistry versus Flow Cytometry in Patients with Multiple Myeloma

McElreath D, Staggs B.  T-cell Prolymphocytic Leukemia:  A rare cause of acute liver failure.  Digestive Diseases and Sciences; April, 2006.

Staggs B, Fender B, Joseph L.  Freelite™; A New Laboratory Too to Aide in Monitoring Multiple Myeloma after Treatment.  Presented at the IBMTR/ABMTR annual meeting, February, 2004

Staggs B, Waldron J. Ulcerative Jejunitis-Like Presentation of EBV related Hodgkin Lymphoma in a Patient with B-cell Chronic Lymphocytic Leukemia/Small Lymphocytic Lymphoma.  Presented at the annual "Regional Hematopathology Conference", June, 2004

Staggs B., Smoller B. The Role of Mast Cells in the Evolution of Dermatofibromas. Submitted for publication.

Staggs B, Joseph L., Pappas A. Free Light Chain Multiple Myeloma:  Clinical Features and Correlation of a Sensitive Serum Free Light Chain Assay (Freelite™) to Bone Marrow Morphology.  Submitted for publication.

**Professional Employment:**

July 2007 – Present, Pathology Laboratories of Arkansas, P.A., Partner/Pathologist

**Hospital Privileges:**

Baptist Health Medical Center, Little Rock.
Baptist Health Medical Center, North Little Rock.
Baptist Health Medical Center, Arkadelphia.

Baptist Health Medical Center, Heber Springs.

Baptist Health Medical Center, Stuttgart.

Baptist Health Medical Center, Conway.

Baptist Health Rehabilitation Institute.

Baptist Health Long Term Acute Care.


**CLIA Laboratory Medical Directorships:**

Arkansas Gastroenterology

Baptist Health Medical Center, Little Rock

Baptist Health Medical Center, North Little Rock

Baptist Health Medical Center, Eye Center

**Brent C. Staggs, M.D.**

**List of materials considered for Wave 1 Roundup Cases**

- Acquavella, J.F., et al., M. *Glyphosate Biomonitoring for Farmers and Their Families: Results from the Farm Family Exposure Study.* Environ Health Perspect, 2004. 112(3): p. 321-326.
- Alavanja M.C., et al. (2003). Use of agricultural pesticides and prostate cancer risk in the Agricultural Health Study cohort. Am J Epidemiol, 157(9):800–14
- Alavanja M.C., et al. (1996). The Agricultural Health Study. Environ Health Perspect, 104(4):362–9.
- Alvarez-Moya, C., et al. *Comparison of the in vivo and in vitro genotoxicity of glyphosate isopropylamine salt in three different organisms.* Genet.Mol Biol, 2014. 37(1): p. 105-110.
- Andreotti, G., et al. (2018). *Glyphosate Use and Cancer Incidence in the Agricultural Health Study.* JNCI, 110(5):509-516. Epub 2017 Nov 9.
- Andreotti G, et al. (2009). Agricultural pesticide use and pancreatic cancer risk in the Agricultural Health Study IARC MONOGRAPHS – 112 144 Cohort. Int J Cancer, 124(10):2495–500.
- Anifandis G., et al. The effect of glyphosate on human sperm motility and sperm DNA fragmentation. Int J Environ Res Public Health. 2018;15:1117
- Atkinson, C., Martin, T. Hudson, P., and Robb, D., *Glyphosate: 104 week dietary carcinogenicity study in mice.* 1993: Inveresk Research International, Tranent, EH33 2NE, Scotland. IRI Project No. 438618. April 7, 1993.
- (BfR)., G.F.I.f.R.A. *Glyphosate Renewal Assessment Report: Assessment of IARC Monographies Volume 112 (2015).* 2015. V. 3Glyphosate Addendum I to RAR.
- Bolognesi, C., et al. *Biomonitoring of genotoxic risk in agricultural workers from five colombian regions: association to occupational exposure to glyphosate.* J Toxicol Environ Health A, 2009. 72(15-16): p. 986-97.
- Bolognesi, C., et al. *Genotoxic Activity of Glyphosate and Its Technical Formulation Roundup.* J. Agric. Food Chem., 1997. 45: p. 1957-1962.
- Bonini M.G., et al. (2006). The oxidation of 2′,7′-dichlorofluorescin to reactive oxygen species: a self-fulfilling prophesy? Free Radic Biol Med, 40(6):968–75.

- Brammer., *Glyphosate Acid: Two Year Dietary Toxicity and Oncogenicity Study in Wistar Rats.* 2001: Central Toxicology Laboratory, Alderley Park Macclesfield, Cheshire, UK.
- Burnett, P., Borders, J.Kush, J. *Report to Monsanto Company: Two Year Chronic Oral Toxicity Study with CP- 76100 in Albino Rats.* 1979, Industrial Bio-Test Laboratories, Inc.: on behalf of Monsanto Co.
- Cantor, K.P., et al. *Pesticides and other agricultural risk factors for non-Hodgkin's lymphoma among men in Iowa and Minnesota.* Cancer Res, 1992. 52(9): p. 2447-2455.
- Chang, E.T. and E. Delzell. *Systematic review and meta-analysis of glyphosate exposure and risk of lymphohematopoietic cancers.* J Environ Sci Health B, 2016: p. 1-27.
- Chruscielska, K.B., J.; Kita, K, et al. *Glyphosate: Evaluation of chronic activity and possible far - reaching effects - Part 1. Studies on chronic toxicity.* Pestycydy, 2000. 3-4: p. 10.
- Cocco, P., et al. *Lymphoma risk and occupational exposure to pesticides: results of the Epilymph study.* Occup Environ Med, 2013. 70(2): p. 91-8.
- da Silva, Grazyelle Sebrenski, et al. "Gene expression, genotoxicity, and physiological responses in an Amazonian fish, Colossoma macropomum (CUVIER 1818), exposed to Roundup® and subsequent acute hypoxia." *Comparative Biochemistry and Physiology Part C: Toxicology & Pharmacology* 222 (2019): 49-58.
- De Roos, A.J., et al. *Cancer incidence among glyphosate-exposed pesticide applicators in the Agricultural Health Study.* Environ Health Perspect, 2005. 113(1): p. 49-54.
- De Roos, A.J., et al. *Integrative assessment of multiple pesticides as risk factors for non-Hodgkin's lymphoma among men.* Occup Environ Med, 2003. 60(9): p. E11.
- Dimitrov, B.D., et al., *Comparative genotoxicity of the herbicides Roundup, Stomp and Reglone in plant and mammalian test systems.* Mutagenesis, 2006. 21(6): p. 375-82.
- Enemoto, K. *24-Month Oral Chronic Toxicity and Oncogenicity Study in Rats, Vol.* 1 1997: The Institute of Environmental Toxicology, Kodaira-shi, Tokyo, Japan.
- Environmental Protection Agency, *Glyphosate Issue Paper: Evaluation of Carcinogenic Potential.* 2016: Washington, DC. Atkinson, C., Strutt, A., Henderson, W., et al, *104-Week Chronic Feeding/Oncogenicity study in rats with 52-week interim kill.* 1993.

- Eriksson, M., et al. *Pesticide exposure as risk factor for non-Hodgkin lymphoma including histopathological subgroup analysis.* Int J Cancer, 2008. 123(7): p. 1657-63.
- Excel. *Combined chronic toxicity/carcinogenicity study of glyphosate technical in Sprague Dawley rats.* 1997: Indian Institute of Toxicology, Pune, India.
- FIFRA Scientific Advisory Panel Meeting Minutes, *Meeting Minutes and Final Report of the December 13-16, 2016 FIFRA SAP Meeting Held to Consider and Review Scientific Issues Associated with EPA's Evaluation of the Carcinogenic Potential of Glyphosate*, O.o.P. Programs, Editor. 2017, US Environmental Protection Agency: Washington, DC101.
- Foucart S, Horel S. Risks associated with glyphosate weedkiller resurface. Nature 2018; 555: 443
- Gasnier, C., et al. *Glyphosate-based herbicides are toxic and endocrine disruptors in human cell lines.* Toxicology, 2009. 262(3): p. 184-91.
- Giknis, M. and C. Clifford. *Spontaneous Neoplastic Lesions in the CrI:CD-1(ICR)BR Mouse.* 2000, Charles River Laboratories.
- Giknis, M. and C. Clifford. *Spontaneous Neoplastic Lesions in the CrI:CD-1(ICR)BR Mouse in Control Groups from 18 Month to 2 year Studies.* 2005, Charles River Laboratories.
- Greim, H., et al. *Evaluation of carcinogenic potential of the herbicide glyphosate, drawing on tumor incidence data from fourteen chronic/carcinogenicity rodent studies.* Crit Rev Toxicol, 2015. 45(3): p. 185-208.
- Hanahan, D. and R.A. Weinberg. *Hallmarks of cancer: the next generation.* Cell, 2011. 144(5): p. 646-74.
- Hardell, L. and M. Eriksson. *A case-control study of non-Hodgkin lymphoma and exposure to pesticides.* Cancer, 1999. 85(6): p. 1353-1360.
- Hardell, L., M. Eriksson, and M. Nordstrom. *Exposure to pesticides as risk factor for non-Hodgkin's lymphoma and hairy cell leukemia: pooled analysis of two Swedish case-control studies.* Leuk.Lymphoma, 2002. 43(5): p. 1043-1049.
- Hoar, S.K., et al., *Agricultural herbicide use and risk of lymphoma and soft-tissue sarcoma.* JAMA, 1986. 256(9): p. 1141-1147.

- Hohenadel, K., et al. *Exposure to multiple pesticides and risk of non-Hodgkin lymphoma in men from six Canadian provinces.* Int J Environ Res Public Health, 2011. 8(6): p. 2320-30.

- IARC Working Group, *Glyphosate*, In: *Some Organophosphate Insecticides and Herbicides: Diazinon, Glyphosate, Malathion, Parathion, and Tetrachlorvinphos.* 2015, IARC Monogr Prog. V. 112. p. 1-92.

- Infante, P. F., Melnick, R., Huff, J., and Vainio, H. (2018). Commentary: IARC Monographs Program and public health under siege by corporate interests. *Am. J. Ind. Med.* 61, 277–281.

- Ioannidis, J.P. *Interpretation of tests of heterogeneity and bias in meta-analysis* J Eval Clin Pract, 2008. 14(5): p. 951-7.

- Kier, L.D. and D.J. Kirkland. *Review of genotoxicity studies of glyphosate and glyphosate-based formulations.* Crit Rev Toxicol, 2013. 43(4): p. 283-315.

- Kier, L.D. *Review of genotoxicity biomonitoring studies of glyphosate-based formulations.* Crit Rev Toxicol, 2015. 45(3): p. 209-18.

- Knezevich, A.L. and G.K. Hogan, *A chronic feeding study of glyphosate in mice: Monsanto.* 1983: Bio/Dynamic Inc., dated July 21, 1983. Report No. 77-2011.

- Koller, V.J., et al., *Cytotoxic and DNA-damaging properties of glyphosate and Roundup in human-derived buccal epithelial cells.* Arch Toxicol, 2012. 86(5): p. 805-13.

- Kumar, D.P.S. *Carcinogenicity Study with Glyphosate Technical in Swiss Albino Mice.* 2001: Toxicology Department Rallis Research Centre, Rallis India Limited. Study No. TOXI: 1559.CARCI-M.

- Lankas, G., P. *A Lifetime Study of Glyphosate in Rats.* 1981, Monsanto: Report No. 77-2062 prepared by Bio Dynamics, Inc.

- Lee, W.J., et al., *Non-Hodgkin's lymphoma among asthmatics exposed to pesticides.* Int J Cancer, 2004. 111(2): p. 298-302.

- Li, A.P. and T.J. Long. *An evaluation of the genotoxic potential of glyphosate.* Fundam.Appl Toxicol, 1988. 10(3): p. 537-546.

- Lioi, M.B., et al. *Cytogenetic damage and induction of pro-oxidant state in human lymphocytes exposed in vitro to gliphosate, vinclozolin, atrazine, and DPXE9636.* Environ Mol Mutagen, 1998. 32(1): p. 39-46.

- Lioi, M.B., et al. *Genotoxicity and oxidative stress induced by pesticide exposure in bovine lymphocyte cultures in vitro.* Mutat Res, 1998. 403(1-2): p. 13-20.

- Lueken, A., et al. *Synergistic DNA damage by oxidative stress (induced by H2O2) and nongenotoxic environmental chemicals in human fibroblasts.* Toxicology Letters, 2004. 147(1): p. 35-43.

- Manas, F., et al. *Genotoxicity of glyphosate assessed by the comet assay and cytogenetic tests.* Environ Toxicol Pharmacol, 2009. 28(1): p. 37-41.

- Mao Q., et al. The Ramazzini institute 13-week pilot study on glyphosate and roundup administered at human-equivalent dose to Sprague Dawley rats: effects on the microbiome. Environ Health. 2018

- McDuffie, H.H., et al. *Non-Hodgkin's lymphoma and specific pesticide exposures in men: cross-Canada study of pesticides and health.* Cancer Epidemiol Biomarkers Prev, 2001. 10(11): p. 1155-1163.

- Milic M., et al. (2018). Oxidative stress, cholinesterase activity, and DNA damage in the liver, whole blood, and plasma of Wistar rats following a 28-day exposure to glyphosate. Arch Ind Hyg Toxicol 69:154–168.

- Mladinic, M., et al. *Evaluation of genome damage and its relation to oxidative stress induced by glyphosate in human lymphocytes in vitro.* Environ Mol Mutagen, 2009. 50(9): p. 800-7.

- Monroy, C.M., et al. *Citotoxicidad y genotoxicidad en células humanas expuestas in vitro a glifosato.* Biomedica, 2005. 25: p. 335-45.

- Nordstrom, M., et al. *Occupational exposures, animal exposure and smoking as risk factors for hairy cell leukaemia evaluated in a case-control study.* Br.J Cancer, 1998. 77(11): p. 2048-2052.

- Orsi, L., et al. *Occupational exposure to pesticides and lymphoid neoplasms among men: results of a French case-control study.* Occup Environ Med, 2009. 66(5): p. 291-8.

- Pahwa M., et al. *Glyphosate use and associations with non-Hodgkin lymphoma major histological sub-types: findings from the North American Pooled Project.* Scand J Work Environ Health. 2019 Jun 27.

- Panetto O.S., et al. The effects of Roundup® in embryo development and energy metabolism of the zebrafish (Danio rerio). Comp Biochem Physiol C Toxicol

[Pharmacol.]{.underline} 2019 Aug; 222:74-81. doi: 0.1016/j.cbpc.2019.04.007. Epub 2019 Apr 11.

- Parvez, Shahid, et al. "Glyphosate exposure in pregnancy and shortened gestational length: a prospective Indiana birth cohort study." *Environmental Health* 17.1 (2018): 23.

- Pavkov, K.L., Turnier, J.C. *Two-Year Chronic Toxicity and Oncogenecity Dietary Study with SC-0224 in Mice.* 1987: Stauffer Chemical Company.

- Pavkov, K.L., Wyand, S. *Two-Year Chronic Toxicity and Oncogenecity Dietary Study with SC-0224 in Rats.* 1987: Stauffer Chemical Company.

- Paz-y-Mino, C., et al. *Baseline determination in social, health, and genetic areas in communities affected by glyphosate aerial spraying on the northeastern Ecuadorian border.* Reviews on Environmental Health, 2011. 26(1).

- Paz-y-Mino, C., et al. *Evaluation of DNA damage in an Ecuadorian population exposed to glyphosate.* Genetics and Molecular Biology, 2007. 30(2).

- Peluso, M., et al. *32P-postlabeling detection of DNA adducts in mice treated with the herbicide Roundup.* Environ Mol Mutagen, 1998. 31(1): p. 55-59.

- Prasad, S., et al. *Clastogenic effects of glyphosate in bone marrow cells of swiss albino mice.* J Toxicol, 2009. 2009: p. 308985.

- Rank, J., et al. *Genotoxicity testing of the herbicide Roundup and its active ingredient glyphosate isopropylamine using the mouse bone marrow micronucleus test, Salmonella mutagenicity test, and Allium anaphase-telophase test.* Mutat Res, 1993. 300(1): p. 29-36.

- Reyna, M.S. and D.E. Gordon. *18-Month Carcinogenicity Study with CP67573 in Swiss White Mice: Monsanto.* 1973: Industrial Bio-Test Laboratories, Inc.

- Reyna, M.S., Gordon, D.E., *Two- Year Chronic Oral Toxicity Study with CP67573 in Albino Rats: Monsanto.* 1974.

- Roustan, A., et al. *Genotoxicity of mixtures of glyphosate and atrazine and their environmental transformation products before and after photoactivation.* Chemosphere, 2014. 108: p. 93-100.

- Santovito A., Ruberto S., Gendusa C., Cervella P. (2018). In vitro evaluation of genomic damage induced by glyphosate on human lymphocytes. Environ Sci Pollut Res Int.

- Schinasi, L. and M.E. Leon. *Non-Hodgkin lymphoma and occupational exposure to agricultural pesticide chemical groups and active ingredients: a systematic review and meta-analysis.* Int J Environ Res Public Health, 2014. 11(4): p. 4449-527.58.

- Seralini, G.E., et al. *Republished study: long-term toxicity of a Roundup herbicide and a Roundup-tolerant genetically modified maize.* Environmental Sciences Europe, 2014. 26(1): p. 14.

- Sivikova, K. and J. Dianovsky. *Cytogenetic effect of technical glyphosate on cultivated bovine peripheral lymphocytes.* Int J Hyg Environ Health, 2006. 209(1): p. 15-20.

- Son, W.C. and C. Gopinath. *Early occurrence of spontaneous tumors in CD-1 mice and Sprague-Dawley rats.* Toxicol Pathol, 2004. 32(4): p. 371-4.

- Soudani, et al. Glyphosate disrupts redox status and up-regulates metallothionein I and II genes expression in the liver of adult rats. Alleviation by quercetin. Gen Physiol Biophys. 2019 Mar;38(2):123-134. doi: 10.4149/gpb_2018043. Epub 2019 Mar 1.

- Stout, L.D.a.R., P.A., *Chronic Study of Glyphosate Administered in Feed to Albino Rats.* 1990: Monsanto.

- Sugimoto, K.., *18-Month Oral Oncogenicity Study in Mice, Vol. 1 and 2.* 1997: The Institute of Environmental Toxicology, 2-772, Suzuki-cho, Kodaira-shi, Tokyo, 187, Japan, Study No.:IET 94-0151.

- Suresh, T.P.., *Combined Chronic Toxicity and Carcinogenicity Study with Glyphosate Technical in Wistar Rats.* 1996, Syngenta: Toxicology Department Rallis Research Centre, Rallis India Limited.

- Vigfusson, N.V. and E.R. Vyse., *The effect of the pesticides, Dexon, Captan and Roundup, on sister-chromatid exchanges in human lymphocytes in vitro.* Mutat Res, 1980. 79(1): p. 53-57.

- Williams, G.M., R. Kroes, and I.C. Munro., *Safety evaluation and risk assessment of the herbicide Roundup and its active ingredient, glyphosate, for humans.* Regul Toxicol Pharmacol, 2000. 31(2 Pt 1): p. 117-65.

- Wood, E., Dunster, J., Watson, P., and Brooks, P. *Glyphosate Technical: Dietary Combined Chronic Toxicity/Carcinogenicity Study in the Rat.* 2009: Harlan Laboratories Limited, Shardlow Business Park, Shardlow, Derbyshire DE72 2GD, UK. Study No. 2060-012. April, 23, 2009.

- Wood, E., Dunster, J., Watson, P., and Brooks, P. *Glyphosate Technical: Dietary Carcinogenicity Study in the Mouse.* 2009: Harlan Laboratories Limited, Shardlow

Business Park, Shardlow, Derbyshire DE72 2GD, UK. Study No. 2060-011. April, 22, 2009.

- Zahm, S.H., et al. *A case-control study of non-Hodgkin's lymphoma and the herbicide 2,4-dichlorophenoxyacetic acid (2,4-D) in eastern Nebraska.* Epidemiology, 1990. 1(5): p. 349-356.

- Zhang, L., et al. *Exposure to glyphosate-based herbicides and risk for non-Hodgkin lymphoma: A meta-analysis and supporting evidence.*  Mutation Research/Reviews in Mutation Research, 2019. 781: p. 186-206.