# Exhibit 33

```
 1              UNITED STATES DISTRICT COURT

              NORTHERN DISTRICT OF CALIFORNIA

 2

 3

 4

 5   IN RE:  ROUNDUP PRODUCTS     MDL NO. 2741

     LIABILITY LITIGATION        Case No. 3:16-md-02741-VC

 6   _____

 7   Tanner,

 8   -vs-

 9   Monsanto Company

     Case No. 3:19-cv-04099-CV

10

     _____

11

12

13      VIDEOTAPED DEPOSITION OF BRENT STAGGS, MD

14          TAKEN ON BEHALF OF THE DEFENDANT

15     ON NOVEMBER 7, 2019, BEGINNING AT 8:25 P.M.

16             IN LITTLE ROCK, ARKANSAS

17

        APPEARANCES

18

     on behalf of the PLAINTIFFS

19

        Robin L. Greenwald, Esquire

20      WEITZ & LUXENBERG

        700 Broadway

21      New York, NY 10003

        833-319-8582

22      rgreenwald@weitzlux.com

23

24   (Appearances continued on next page.)

25   REPORTED BY:  Shannon S. Harwood, CSR, RPR
```

Brent Staggs, M.D.

```
 1        APPEARANCES (Continued)

 2   on behalf of the PLAINTIFFS

 3        Jackey South, Esquire

          LUNDY, LUNDY, SOILEAU & SOUTH, L.L.P.

 4        501 Broad Street

          Lake Charles, Louisiana 70601

 5        337-439-0707

          jsouth@lundylawllp.com

 6

 7   on behalf of the DEFENDANT

 8        David A. Kerschner, Esquire

          ARNOLD & PORTER

 9        250 West 55th Street

          New York, NY 10019-9710

10        212-836-8214

          david.kerschner@arnoldporter.com

11

12   ALSO PRESENT:  Mr. Randy Schoening, videographer

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Brent Staggs, M.D.

1                    I N D E X

2                                                    PAGE

3    Direct Examination by Mr. Kerschner                5

4    Cross Examination by Ms. Greenwald               60

5

6                    EXHIBITS

7    Exhibit          Description

8    1. Notice of deposition                           6

9    2. Objections to notice of deposition             6

10   3. List of materials considered                   8

11   4. Dr. Staggs' report                             9

12   5. 10/11/19 invoice                              12

█    ██████████████████████████████████    █

█    ██████████████████████████████████    █

15   8. The Eriksson study                            21

16   9. The Andreotti study                           25

17   10. The NAPP study                               27

18

19

20

21

22

23

24

25

1                    STIPULATIONS

2

3          It is hereby stipulated and agreed by and

4   between the parties hereto, through their respective

5   attorneys, that the deposition of BRENT STAGGS, MD, may

6   be taken pursuant to agreement and notice and in

7   accordance with the California Rules of Civil Procedure

8   on November 7, 2019, at the Mariott, 3 Statehouse Plaza,

9   Little Rock, Arkansas, before Shannon S. Harwood, CSR,

10  RPR.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Brent Staggs, M.D.

1           THE VIDEOGRAPHER:  We are on the audio and

2   video record.  Today's date is November 7th, 2019.  The

3   time is approximately 8:25 p.m.  This is the videotaped

4   deposition of Brent Staggs, MD.  This is the case of

5   Frank Tanner, et al versus Monsanto.

6           My name is Randy Schoening.  I'm a

7   videographer from Little Rock, Arkansas.  Will counsel

8   please make a record of their appearance?

9           MS. GREENWALD:  Robin Greenwald for the

10  plaintiffs.

11          MS. SOUTH:  Jackey South for the plaintiffs.

12          MR. KERSCHNER:  David Kerschner for the

13  defendant.

14          THE WITNESS:  Will the witness please be

15  sworn?

16          (Witness sworn.)

17          THE VIDEOGRAPHER:  You may proceed.

18  WHEREUPON,

19                  BRENT STAGGS, MD,

20  after having been first duly sworn, deposes and says in

21  reply to questions propounded as follows, to-wit;

22                  DIRECT EXAMINATION

23  BY MR. KERSCHNER:

24      Q.   Good evening, Dr. Staggs.  I'm going to start

25  by marking the first exhibit as the notice of deposition

Brent Staggs, M.D.

```
 1    for Mr. Tanner.

 2             (Deposition Exhibit No. 1 was marked for

 3    identification and made part of the record.)

 4        Q.   (By Mr. Kerschner)  The correct location.

 5        A.   Right.

 6        Q.   And I'll also mark as Exhibit No. 2 the

 7    objections to the doc requests that were attached to

 8    that notice.

 9             (Deposition Exhibit No. 2 was marked for

10    identification and made part of the record.)

11             MR. MEDINA:  I only have one copy of that.

12             MS. GREENWALD:  That's fine.

13        Q.   (By Mr. Kerschner)  And the objections to this

14    request are the same as they are for the prior Sanders'

15    case, correct?

16        A.   It looks that way.  I mean, I don't have them

17    memorized.

18        Q.   Did you bring any documents with you today

19    specific to the Tanner case?

20        A.   Just on the -- I mean, a lot of my

21    documents --

22        Q.   We'll talk about the computer separately, just

23    did you bring any documents?

24        A.   Well, like all my CV and all that stuff, we

25    already did that in the other -- for the other patient,
```

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Brent Staggs, M.D.

1    but -- well, I had a copy of my report somewhere.  Maybe

2    you've got one.  I don't know what I did with it now.

3        Q.   I do have a copy of your report and we'll mark

4    it in a few minutes, but you didn't -- other than the

5    that documents you brought with you that we marked in

6    the prior deposition of Mr. Sanders, you haven't brought

7    anything additional for Mr. Tanner?

8        A.   Right, the CV and all that, we did that

9    before, right.

10       Q.   And that's all the same for the two cases?

11       A.   Correct, other than my report.

12       Q.   Other than the report, agreed.  And then you

13   have your laptop with you.  Are there materials on your

14   laptop that you're going to be relying on for

15   Mr. Tanner's case?

16       A.   Yes, sir.

17       Q.   And what materials are those?

18       A.   I've got his medical records, I think a full

19   set, and then I've got his deposition testimony and then

20   I have also two expert reports, defense reports.  Looks

21   like a doctor -- it's B-A-K-S-T -- Bakst.  Sorry.

22       Q.   Bakst?

23       A.   Bakst.  And then Dr. Fenskey.

24       Q.   And you mentioned deposition testimony.  What

25   deposition testimony do you have?

Brent Staggs, M.D.

```
 1       A.   Just Mr. Tanner's himself.

 2       Q.   And that's the only deposition testimony you

 3   read in forming your opinions in this case?

 4       A.   Yes.

 5       Q.   And have you reviewed any other expert reports

 6   other than Mr. Fenskey and Mr. Bakst, Drs.?

 7            MS. GREENWALD:  Objection.  Form.

 8       A.   No, sir.

 9       Q.   (By Mr. Kerschner)  And then you mentioned

10   medical records.  Did you also look at any pathology

11   slides?

12       A.   No, sir.

13       Q.   Did you look at the pathology reports?

14       A.   Yes, sir.

15       Q.   Did you look at any images?

16       A.   No, sir.

17       Q.   Any imaging reports?

18       A.   Yes, sir.

19       Q.   I'm just going to mark it for the record.

20   This is Exhibit 3.

21            (Deposition Exhibit No. 3 was marked for

22   identification and made part of the record.)

23       Q.   (By Mr. Kerschner)  This is the list of

24   materials considered for wave 1 Roundup case and this,

25   again, is the materials considered list that you were
```

1   using for Mr. Tanner and Mr. Sanders, correct?

2       A.   Yes, sir.

3           MS. GREENWALD:  You carry it back.

4           (Deposition Exhibit No. 4 was marked for

5   identification and made part of the record.)

6       Q.   (By Mr. Kerschner)  marked as Exhibit 4 a copy

7   of your report for the Tanner case.  Am I correct that

8   that is a copy of your report from the Tanner case?

9       A.   Yes, sir.

10      Q.   And does this include all the opinions you

11  intend to offer at trial in Mr. Tanner's case?

12      A.   Correct.

13      Q.   Did you speak to any of Mr. Tanner's

14  physicians?

15      A.   No, sir.

16      Q.   Did you speak to Mr. Tanner on the phone?

17      A.   Yes.

18      Q.   How many times?

19      A.   Just once.

20      Q.   And when was that?

21      A.   Kinda like the last patient, it was a few days

22  before my report was finished, so it's dated October the

23  8th, and I don't remember, maybe the 5th or 6th or 4th,

24  something like that.

25      Q.   And other than yourself and Mr. Tanner, was

1    anyone else on the line?

2         A.    Just attorneys.

3         Q.    And is what you recapped in your expert report

4    what Mr. Tanner told you?

5         A.    Well, to some degree.  I mean, I had already

6    read his testimony and his medical records and so I

7    basically, you know, went through and if there was

8    anything I was unsure about in the testimony, or you

9    know, wanted more details about.  As with all of the

10   patients that I talked to in this litigation, you know,

11   I kind of go down and I ask them to just recount -- I

12   first just ask them to just recount their work history

13   and exposures and things like that, just kind of to hear

14   them free flow the conversation first, see if that

15   brings up anything new, and then I go back and do more

16   focused questions as they come to mind.

17        Q.    What type of focused questions do you ask?

18        A.    Well, if I had questions about, you know,

19   protective gear, or you know, anything they may have

20   left out.  I don't remember specifically the questions I

21   asked for Mr. Tanner.  You know, I already had a summary

22   of his deposition in front of me, and you know, their,

23   you know, dates or frequencies or anything I could think

24   of that I was, you know, unsure about to some degree.

25        Q.    Do you recall any of the specific questions

1    you asked sitting here today?

2        A.   I don't know that I recall just, you know,

3    very specific.  The thing I remember most about

4    Mr. Tanner was that -- well, I don't know how to

5    describe it.  It's a bit like he's embarrassed to tell

6    me that he -- that he had these exposures.  You know, he

7    -- it was sort of like pulling it out of him to a

8    degree.

9            He always seemed to, you know, to me kind of

10   minimize, you know, what was happening.  He had -- you

11   know, he would spray.  He was like, I rarely used it and

12   that kind of -- I think that may have wound up in my

13   report or something like that.  But, you know, during

14   the early years before he wore protective equipment, he

15   was, like, well, I just didn't use it much.  I was,

16   like, well, how much.  And then he went on to say it was

17   45 minutes a week or more.

18           You know, so it wound up being a decent

19   amount, but it was a little bit like he's too proud to

20   tell me that, you know, he used something that may have

21   caused his cancer, you know, but anyway that's kind

22   of -- but other than that, I don't remember, you know,

23   big specifics.

Brent Staggs, M.D.

7      Q.   Did you meet Mr. Tanner in person?

8      A.   No, sir.

9      Q.   Mark Exhibit 5, copy of your invoice dated

10   October 11, 2019, for Mr. Tanner's case.

11            (Deposition Exhibit No. 5 was marked for

12   identification and made part of the record.)

13            MR. KERSCHNER:   I only have one copy.

14      Q.   (By Mr. Kerschner)  and the total there is

15   $16,486?

16      A.   Right.

17      Q.   And did you bill this based on an hourly rate?

18      A.   Well, as we mentioned with the other patients,

19   I did them all -- the first time I've done that.  I

20   think I told you that.  So I did pages, tried to go

21   through pages of records, depositions, how many there

22   were.  There's lots of medical records in this

23   particular case.  And then that's all I based it on was

24   I think 30 seconds a page, and then however many hours

25   that came out to times my hourly rate.

Brent Staggs, M.D.

 1      Q.   And what is that hourly rate?

 2      A.   450 per hour.

 3      Q.   Roughly how long up to October 11 do you think

 4  you spent reviewing Mr. Tanner's records?

 5      A.   Well, it's difficult to estimate, but yeah,

 6  it's going to be, you know, probably 10 to 20 hours

 7  maybe on him alone.  Again, a lot of my review was on a

 8  lot of the general information that went into my report,

 9  but something like that.  He had lots of records, and

10  then of course, I talked to him for -- at length, you

11  know, so something in that range.

12      Q.   And then since October 11th, have you spent

13  any time on Mr. Tanner's case specifically?

14      A.   I've re -- just like Mr. Sanders, I've re-read

15  his deposition testimony, re-read my report.  That's

16  really all specific to him.  I've not gone back to the

17  records that I remember.  Perhaps I looked at something,

18  but I don't remember.

19      Q.   Do you recall roughly since October 11th how

20  long you've spent on Mr. Tanner's case?

21      A.   Not all that long.  Just two or three hours,

22  something like that.

23      Q.   And do you intend to bill for that time?

24      A.   Yes, sir.

25      Q.   And will you bill that at your hourly rate?

1      A.   Right.

2      Q.   You would agree that Mr. Tanner had follicular

3   lymphoma back in 2005?

4      A.   You said '05.  He had defuse large B-cell

5   diagnosed first in 2005 and then later in 2009 was

6   diagnosed with follicular lymphoma, a lower grade, grade

7   1, and then again with follicular lymphoma in 2015.

8   Probably the follicular lymphoma was present the whole

9   time and the large cell was a transformation of that

10   lymphoma, which came to be clinically evident in '05.

11      Q.   I'll mark Exhibit 6.

12           (Deposition Exhibit No. 6 was marked for

13   identification and made part of the record.)

14      Q.   (By Mr. Kerschner)  This is a record from City

15   of Hope for Mr. Tanner and is a discharge summary.

16      A.   Okay.

17      Q.   Do you see that?

18      A.   Right.

19      Q.   And then according to this, he's admitted in

20   August -- August 10th, 2005.  On the top there, it says

21   that?

22      A.   Right.

23      Q.   And then if you go to hospital course, do you

24   see that?

25      A.   Yes.

Brent Staggs, M.D.

```
 1        Q.   It says, "Patient came to City of Hope with a

 2   presumed diagnosis of defuse large B-cell lymphoma."

 3        A.   Right.

 4        Q.   And then if you look, the next line continues,

 5   "In reviewing the pathology of the right subclavicular

 6   lymph node excisional biopsy, the tissue was found to be

 7   necrotic, and histochemistry staining for the necrotic

 8   tissue was difficult to interpret.  Therefore, the

 9   diagnosis of lymphoma was not confirmed," correct?

10        A.   You read that correctly.

11        Q.   So it's true that when he came in in August of

12   2005, they were not able to completely officially

13   diagnosis him with defuse large B-cell correct?

14        A.   It doesn't sound like that.  Or it does sound

15   like that.

16        Q.   Just so the record is clear, it's true that

17   when he came in in August of 2005, they were not able to

18   officially diagnosis him with defuse large B-cell

19   lymphoma, correct?

20        A.   According to that record, that's right.

21        Q.   I'll mark Exhibit 7.

22             (Deposition Exhibit No. 7 was marked for

23   identification and made part of the record.)

24        Q.   (By Mr. Kerschner)  another record from City

25   of Hope, and if you look, this is the final diagnostic
```

Brent Staggs, M.D.

```
 1   report from August 12th, 2005?

 2        A.   Right.

 3        Q.   And that's two days after he came in on August

 4   10th?

 5        A.   Yes.

 6        Q.   And if you look, the specimen is a right groin

 7   node?

 8        A.   Right.

 9        Q.   And according to the file -- the final

10   diagnosis, it's follicular lymphoma, correct?

11        A.   Yes.

12        Q.   And if you look down on the next page, there's

13   a paragraph that begins, "In summary," and there again

14   they state that this was a follicular lymphoma?

15        A.   Right.

16        Q.   And do you disagree with these reports that in

17   2005, he was diagnosed with follicular lymphoma?

18        A.   Well, I have -- I mean, I take them at face

19   value.  I have no reason to disagree with them.  I

20   haven't seen the slides, but they say clinically there's

21   a reported diagnosis of defuse large B-cell lymphoma,

22   which slides were not available for review.

23             I'm not -- that sounds like from the other

24   record that they tried to biopsy something and it was

25   just necrotic, so they -- when they biopsied something
```

Brent Staggs, M.D.

1    else, it was found to be follicular lymphoma.  So I

2    guess it's really unproven, whether he really had -- it

3    sounds like clinically that they thought he did probably

4    because of aggressive features, but when the actual --

5    the viable biopsy, let's say, was follicular lymphoma.

6        Q.   And you didn't review that actual biopsy

7    that's referenced where they thought it might have been

8    large B-cell, correct?

9        A.   I did not.  It's certainly worth pointing out

10   he was treated as though he had defuse large B-cell

11   lymphoma, so the clinicians deemed him to have a more

12   aggressive lymphoma than follicular anyway, whatever

13   that might have been, which would be common for it to be

14   a defuse large B-cell or high grade follicular would be

15   a synonymous term in this setting, but right.  I haven't

16   seen any of the slides.

17       Q.   But at least according to the summary of his

18   final diagnostics finding, it was, in fact, a low grade

19   grade 1 follicular lymphoma, correct?

20       A.   Well, that biopsy was.  They're describing

21   another biopsy that was entirely necrotic.  They

22   couldn't decide on that, so they don't -- it doesn't

23   sound like we have actual pathology of defuse large --

24   confirming defuse large B-cell lymphoma, but they deemed

25   him to have that clinically based on whatever the

Brent Staggs, M.D.

```
 1    symptoms were.

 2        Q.   So is it your opinion that in 2005, he had

 3    both follicular lymphoma and defuse large B-cell

 4    lymphoma or one or the other?

 5        A.   I think he probably had both.  The oncologist

 6    at the time deemed him to be having aggressive enough

 7    appearing course that they treated him as though he had

 8    defuse large B-cell lymphoma, even though they didn't

 9    have definitive evidence on pathology.  They did have

10    definitive evidence that he had lymphoma, but it was

11    lower grade and it's very common for a low grade

12    lymphoma to transform in one way or another into a high

13    grade lymphoma.

14             And those -- and it's -- you don't always

15    re-biopsy, you know, over and over again when you see on

16    the scans and clinically that the lymph nodes are

17    rapidly enlarging.  That's not something a low grade

18    lymphoma does, so that -- I've seen this many times the

19    oncologists preemptively treating it this way.

20        Q.   And then going back to how you formed your

21    report, is the methodology that you used to determine

22    your opinions in this case the same methodology which

23    you described to us that you used in Mr. Sanders' case?

24        A.   Correct.  Always the same.

25        Q.   And you said that -- strike that.
```

1          Is it your opinion that glyphosate caused

2     Mr. Tanner's follicular lymphoma?

3          MS. GREENWALD:  Objection to form.

4     A.    That it was a substantial contributing cause

5     to his lymphoma, yes.

6     Q.    (By Mr. Kerschner)  When you say his lymphoma,

7     are you referring to follicular lymphoma or defuse large

8     B-cell lymphoma?

9     A.    Well, it would be my opinion they are

10    essentially one and the same.  It probably caused

11    follicular lymphoma, which then transformed.  The

12    further adoption of carcinogens probably had nothing to

13    do with the transformation.  Perhaps it did.  I've never

14    really read on that very specific subject.

15          You know, when -- primarily when

16    glyphosate-based herbicides are studied, they lump them

17    all into non-Hodgkin's lymphoma, which both of those

18    would be.  So I don't really -- I mean, I don't think he

19    has two separate lymphomas.  I think he has one lymphoma

20    that transformed, so almost certainly he had follicular

21    lymphoma first, lower grade, but then transformed into a

22    higher grade tumor.

23    Q.    And then you mentioned that he was

24    re-diagnosed again in 2009 with follicular lymphoma,

25    right?

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

Brent Staggs, M.D.

```
1       A.   Right.

2       Q.   He had a relapse?

3       A.   Right.

4       Q.   Is it normal for someone to have an aggressive

5   tumor like a defuse large B-cell lymphoma and then

6   relapse to a less aggressive lymphoma like a follicular

7   lymphoma?

8       A.   Sure.  He's had the follicular all the time,

9   as we mentioned.  Almost certainly he had it first and

10  it transformed and they treated that with chemotherapy.

11  Lower grade -- high grade lymphomas are good in that

12  they can be treated and cured sometimes.

13           Low grade lymphomas are good that they don't

14  typically kill you as quick as high grade ones can, but

15  the bad thing about low grade lymphomas is they are not

16  often eradicated completely.  You often just live and

17  sort of manage the lymphoma and treat the symptoms to

18  some degree.  There's newer therapies to help them

19  produce remission in some patients with low grade

20  lymphomas, but so yeah, that -- yeah, right, it could

21  have happened either way, but much more common to say

22  the low grade one is recurrent.  It probably almost

23  never went away.  It was just, you know, suppressed to

24  some degree.

25       Q.   What studies are you relying on for your
```

 1    opinion that glyphosate caused Mr. Tanner's follicular

 2    lymphoma?

 3              MS. GREENWALD:  Objection.  Form.

 4        A.    Well, the first thing is, is I'm not doing

 5    general causation in this particular litigation, but the

 6    same studies that we've discussed at other times.  Most

 7    of them are mentioned throughout the IARK monograph.

 8        Q.    (By Mr. Kerschner)  And agree that none of the

 9    studies that are in your materials considered list

10    specifically shows that Roundup can cause follicular

11    lymphoma?

12        A.    I don't know that I -- certainly follicular

13    lymphoma is a non-Hodgkin's lymphoma, but I just defer

14    to the papers to remember.  I thought maybe the Eriksson

15    study had -- was the subtype that showed follicular

16    lymphoma had an increased risk, but I don't have them

17    memorized to that degree.

18        Q.    I'll mark as Exhibit 8, this is the Eriksson

19    study.

20              (Deposition Exhibit No. 8 was marked for

21    identification and made part of the record.)

22        Q.    (By Mr. Kerschner)  And if you look on table

23    1, it's on the second page, there are a 165 cases of

24    follicular lymphoma, right?

25        A.    That's right.

Brent Staggs, M.D.

```
 1         Q.   And then if you look on table 3, which is on

 2   page 3, glyphosate was not statistically significantly

 3   associated with follicular lymphoma, correct?

 4         A.   Says 1.89.

 5         Q.   And if you look at the confidence interval?

 6         A.   Okay.  .62 to 5.79.

 7         Q.   So on the -- it is not statistically

 8   significantly associated with follicular lymphoma

 9   according to Eriksson, correct?

10         A.   Well, I guess, you know, I've been asked that

11   multiple times.  I've heard epidemiologists go both

12   ways, just in my superficial knowledge of that.  I

13   understand what you mean when the confidence interval

14   goes below one, to some degree, you're less confident

15   that because it's now below the NOAEL value, but I'm not

16   sure what an epidemiologist does with that.  It's still

17   a positive association.  It's just whether you believe

18   the statistically significant piece or not.

19         Q.   The value goes far below one, correct?  It's

20   at .62?

21         A.   I haven't thought about qualitatively whether

22   that's far below one or not.  It's below one.

23         Q.   But nonetheless, you would agree that the

24   Eriksson study does not show a statistically significant

25   association between glyphosate and follicular lymphoma,
```

Brent Staggs, M.D.

 1   correct?

 2        A.   Right.  The confidence interval is -- is below

 3   one, so in some situations, you might discount that to a

 4   degree.  I've heard some epidemiologists discuss that

 5   they don't always discount that, just depending on the

 6   actual confidence intervals and the level of the risk.

 7        Q.   Any other studies on your materials considered

 8   list that you're relying on that specifically show that

 9   Roundup was statistically significantly associated with

10   follicular lymphoma?

11        A.   Well, I don't remember all the specifics of

12   every paper.  I mean, what I'm relying on primarily is

13   the fact that follicular lymphoma is a common type of

14   non-Hodgkin's lymphoma and that's been repeatedly shown

15   to be associated with or to be caused by glyphosate use,

16   just like it is in this paper.

17             And, you know, there's -- there's issues with

18   trying to subtype these.  We've already talked about

19   some of that.  They're not always easy to subtype.  In

20   this particular paper, the one thing I see is the

21   hematophathologist is there lumping follicular grade 3.

22   Well, that -- that is a defuse large B-cell lymphoma, so

23   you know, what criteria did they use to decide, you

24   know, to put those there and not in the defuse large

25   B-cell lymphoma category, and it's just not always easy

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

Brent Staggs, M.D.

1    to subtype them perfectly, but --

2        Q.   If they took the defuse large B-cell -- sorry,

3    if they took the grade 3 out of the follicular category

4    and lumped it into the defuse large B-cell category, how

5    could that impact the results?

6        A.   Oh, I don't know.  I'm not able -- I'm not an

7    expert that can calculate that sort of thing.  My point

8    is, anytime I look at these and you're trying to subtype

9    lymphomas, we have enough in our own hematopathology and

10   my training and in my practice, some of them are pretty

11   easy.  It's like anything else.  And then there's a good

12   number of them that are hard to do, just like in our

13   last patient, you know, they weren't sure.  They gave a

14   couple of categories.

15        So, you know, I'm not always terribly

16   confident when they subtype them so -- try to do it so

17   specifically and get slightly different results, but

18   yet, the overall non-Hodgkin's lymphoma result is -- is

19   positive because most of these B-cell lymphomas

20   especially have very similar make-up as far as their

21   mutation analysis is concerned.

22        So they have similar mutations of heavy

23   changing rearrangements and other schematic mutations

24   that are very common to all of them and then trying to

25   distinguish them just based on some protein surface

Brent Staggs, M.D.

```
 1   expression, I'm not sure that's always as useful, but

 2   you know, it's worth a try.

 3       Q.   I understand all that, but there are papers

 4   that do differentiate subtypes and do any of the papers

 5   you rely on specifically say for follicular lymphoma

 6   that it's statistically significantly associated with

 7   glyphosate use?

 8       A.   I don't remember that detail.  I mean, as I've

 9   told you, I'm primarily relying on the fact that it's a

10   non-Hodgkin's lymphoma, in fact, one of the more common

11   ones, but I've looked at that in the past, but I haven't

12   looked at that recently, so I just don't remember.

13       Q.   I'll mark Exhibit 9.

14            (Deposition Exhibit No. 9 was marked for

15   identification and made part of the record.)

16       Q.   (By Mr. Kerschner)  have you seen this before,

17   the Andreotti study?  I'm not going to go into a level

18   of detail that you've done before.  Don't worry.  If you

19   look at table 2 --

20       A.   Table 2.  All right.

21       Q.   -- it shows no statistically significant

22   increased risk in glyphosate users and follicular

23   lymphoma, correct?  Next page.

24       A.   Yeah, that's the second part.  That's right.

25   I was just kind of seeing -- I don't know what the T1,
```

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Brent Staggs, M.D.

1    T2 -- is that the grade maybe?  I'm not sure.

2         Q.   I think that's the tier, the tertile, the

3    grouping.

4         A.   Grouping of what?

5         Q.   Nonetheless, though, for any -- am I right

6    that for any of the groupings, there was a no

7    statistically significant increased risk of the

8    glyphosate users and follicular lymphoma?

9         A.   Correct, in this study.

10        Q.   And then there are several other analyses that

11   are done in this study, right?

12        A.   You mean like for other cancers?

13        Q.   For example -- well, I guess look at -- look

14   at -- that was actually a poor way to ask the question.

15   Look at table 3.

16        A.   Okay.

17        Q.   And, again, there for follicular lymphoma,

18   there's not -- is not a statistically significant

19   finding, correct?

20        A.   Right.  There's increased relative risks in

21   several of these, but it's -- the confidence intervals

22   overlap with one.

23        Q.   And do you disagree with these findings as

24   they relate to follicular lymphoma that it's not

25   statistically significantly associated with glyphosate?

1          MS. GREENWALD:  Objection.  Form.

2      A.   Well, I mean, this is their study and their

3   numbers.  I'm not -- I'm a medical doctor practicing.  I

4   don't calculate or recalculate to decide.  Sometimes I

5   can -- I understand the studies, you know, generally and

6   sometimes I can identify some things I think are

7   confounders or -- but -- but to the extent that they

8   tried to break it down, they didn't find a statistically

9   significant increase, but there's a wide variety of

10   literature that analyzes non-Hodgkin's lymphoma as a

11   whole and it identifies a statistically significant

12   increase of which follicular lymphoma is the most common

13   type.

14      Q.   Exhibit 10.

15          (Deposition Exhibit No. 10 was marked for

16   identification and made part of the record.)

17      Q.   (By Mr. Kerschner)  And this is the June 2019

18   NAPP study, correct?

19      A.   Right.

20      Q.   And have you had a chance to review this?

21      A.   I have seen this.  It's been a month or two.

22   Seems like maybe they bring it to my last deposition, I

23   might have reviewed it at that time, and I think I've

24   seen it since then.

25      Q.   And this paper actually includes the data from

Brent Staggs, M.D.

```
 1    De Roos 2003 that you mentioned earlier today, right?

 2         A.   Oh, I'm not sure about that detail.  I'd just

 3    have to read it more closely.

 4         Q.   You don't have any reason to disagree with

 5    that representation, do you?

 6         A.   I'll take that at face value right now.  Yeah,

 7    I just -- I don't know if I'm aware of that or not.

 8         Q.   And if you -- if you look at table 1, there

 9    were 468 patients in this study that have follicular

10    lymphoma, correct?

11         A.   Yes.

12         Q.   And -- and then if you look on table 2, you

13    would agree that when adjusted for use of other

14    pesticide, the ever use of glyphosate was not

15    statistically significantly associated with

16    non-Hodgkin's lymphoma?

17         A.   NHL overall 1.43 and with appropriate

18    confidence interval.  Is that what you mean?

19         Q.   If you look at the second analysis, the ORB

20    when they actually adjusted for use of other pesticides.

21         A.   Oh, okay.  The second one is the adjusted.

22    Okay.

23         Q.   So you agree that the adjusted number did not

24    show a statistically significant increase?

25         A.   Similar answer to before.  It shows an
```

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

Brent Staggs, M.D.

1    increase, but the confidence interval encompasses one.

2         Q.   And for follicular lymphoma, that does not

3    show a statistically significant increase when adjusting

4    for other pesticides, correct?

5         A.   Correct.

6         Q.   It doesn't show any increased statistical,

7    significant or not, correct?

8         A.   Right.

9         Q.   Now -- now, by your approach, not worrying

10   about the confidence interval necessarily, is this

11   telling me that glyphosate actually reduces the risk of

12   follicular lymphoma?

13        A.   Clearly not.

14        Q.   So if it's -- if -- the odds ratio is below

15   one, correct?

16        A.   Right.

17        Q.   So according to -- so that would mean it would

18   decrease the risk, correct?

19        A.   No, I'm not sure it means that.

20        Q.   The authors did additional analyses, right?

21   If you look at tables 3, 4 and 5.

22        A.   Well, there's more tables.

23        Q.   Tables 3 and 4 are on I think page 7.  Are you

24   with me?

25        A.   3 and 4 on page 6.

Brent Staggs, M.D.

```
 1      Q.   Yeah, sorry.  And both look at follicular

 2  lymphoma there in a different analysis or a different

 3  duration or frequency of use?

 4      A.   Well, you're -- you're rolling real quick

 5  through a lot of info here.

 6      Q.   Sorry.  It's getting late.

 7      A.   No.

 8      Q.   Trying -- we'll go one at a time.  So take a

 9  look at table 3.

10      A.   Okay.

11      Q.   And here they looked at duration of glyphosate

12  use and associations with non-Hodgkin's lymphoma

13  overall, right?

14      A.   Right.

15      Q.   And they broke it down by subtypes, correct?

16      A.   Yes.

17      Q.   And they were looking at the number of years

18  of glyphosate use, right?

19      A.   Right.

20      Q.   And for follicular lymphoma, no matter how

21  they looked at it, there was no statistically

22  significantly -- significant -- statistically

23  significant risk, correct?

24      A.   Correct.

25      Q.   In fact, for follicular lymphoma, there was no
```

Brent Staggs, M.D.

```
 1    odds ratio above one, correct?

 2        A.   Doesn't look that way.

 3        Q.   So that shows no risk, correct?

 4        A.   Right.  It's gotta be above one for risk.

 5        Q.   And then on table 4, number of days per use of

 6    glyphosate?

 7        A.   Right.

 8        Q.   And, again, when looking at follicular

 9    lymphoma, nothing was statistically significantly

10    associated with glyphosate use, correct?

11        A.   Well, it's awfully close.  Greater than two

12    days was doubling of -- more than a doubling, but you

13    have .99 as your --

14        Q.   And that's when they did not adjust for other

15    pesticides, correct?

16        A.   I'm not sure.  I mean, that's --

17        Q.   If you look at the explanations for little A

18    and little B.  I think they might go on to the next

19    page.

20        A.   Well, they don't have any adjust for other

21    pesticide.  It's adjusting for sex, state, other

22    cancers.

23        Q.   And then B?

24        A.   Just use of 2,4-D, dicamba and malathion.

25        Q.   Right.  And when you adjust for the use of
```

Brent Staggs, M.D.

```
 1   those other pesticides for follicular lymphoma, I think

 2   we were looking at the greater than two days use, that

 3   drops down a lot, the odds ratio, and it is also again

 4   not statistically significant, correct?

 5           MS. GREENWALD:  Objection.  Form.

 6      A.   Right.

 7      Q.   (By Mr. Kerschner)  No matter how the

 8   authorities in this case analyze the data, they did not

 9   find that glyphosate was statistically significantly

10   about follicular lymphoma, correct?

11      A.   Well, that's so broad.  I mean, so far we've

12   talked through several where they have not.  You say no

13   matter how, I'd have to read the whole paper just to

14   confirm that one.

15      Q.   Right.  And -- and I do think I forgot one.

16   Table 5.  And the number of years used times days per

17   year of glyphosate and if you look for follicular

18   lymphoma again, not statistically significantly

19   associated with glyphosate usage, correct?

20      A.   Right, to some degree.  Right, there's some

21   positive associations, but the confidence intervals

22   crossed one.

23      Q.   And, again, those positive associations are

24   only when you do not adjust for the use of 2,4-D,

25   dicamba and malathion, correct?
```

Brent Staggs, M.D.

```
 1       A.   Right.

 2       Q.   And when you do adjust for the other

 3  pesticides, in fact, the -- there is no positive

 4  association between glyphosate use and follicular

 5  lymphoma, correct?

 6       A.   That's right, but the thought occurs to --

 7  that's the numbers here, but the thought occurs to me,

 8  you know, they -- it's not as though it may have no

 9  effect.  It just means it's not as much of an effect

10  when you remove those.

11       Q.   According to the odds ratio, though, it

12  doesn't have an effect, correct?

13       A.   Well, I guess I'm thinking more what's not

14  been studied and some of this is, you know, perhaps a

15  synergistic effect, things like that.  I don't have any

16  information on that, but those are all things that have

17  to be considered generally, but right, when you -- when

18  it's adjusting for confounders that they mention there,

19  the risk is no longer positive.

20       Q.   And so I'll ask you again, and feel free to

21  take a look at the study, any way the authors analyze

22  the data, they found that glyphosate was not

23  associated -- statistically significantly associated

24  with follicular lymphoma, correct?

25       A.   So far, what we have gone over, I would agree
```

Brent Staggs, M.D.

```
 1   with that.

 2        Q.   You relied on this study in forming your

 3   opinions in this case, correct?

 4        A.   This one?

 5        Q.   Yes.

 6        A.   Did I include that one?  I'll just have to

 7   look on my list.  Is it on my list?

 8        Q.   Page 5, the very bottom, second to the last.

 9        A.   Yes.

10        Q.   And you've relied on the study.  You have it.

11   Take your time to look at it, but you would agree,

12   though, that any way they've analyzed the data, they

13   found no statistically significant association between

14   glyphosate and follicular lymphoma; is that right?

15        A.   Well, we've gone through several of the tables

16   and you're saying every single one.  I mean, I'd just

17   have to sit for awhile and read through the -- that

18   could be true, but I -- it's not something I've

19   memorized.  Would you like me to read the whole thing

20   right now?

21        Q.   We can go off the record and we can read the

22   whole thing if you want.  It's a paper you've relied on

23   and you have it here.  It's on your materials considered

24   list.  If you really need the time, we can go off the

25   record and review the whole thing.
```

1          MS. GREENWALD:  We're -- we're not going to go

2    off the record.  He's testified what he remembers.  You

3    can't ask -- he's answered the question you've asked and

4    we're not going to go off the record, particularly at

5    this time of night.

6          Q.   (By Mr. Kerschner)  I mean, if you want to

7    look at the other tables, you can.  I mean, there are no

8    other -- I'll represent to you those are the only tables

9    that have the analysis.

10         A.   Okay.  Right.  And all the things that we have

11   looked at, they've not found a statistically significant

12   increase when they've controlled for other variables.

13         Q.   When you spoke to Mr. Tanner, when did he tell

14   you he began using Roundup?

15         A.   Let's see.  Roughly 1975.

16         Q.   And there was a period of time where he was

17   not spraying; is that right?

18         A.   Well, he said he rarely used.  He was

19   primarily an estimator in the office between '75 and

20   '84.

21         Q.   And when did he stop using Roundup?

22         A.   I don't have a note.  His exposure changed and

23   increased quite a bit in 2001 and he obtained some more

24   contracts I think from the city or county of Los

25   Angeles, began doing larger applications.  You know,

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

Brent Staggs, M.D.

```
 1    just like the previous patient, I'll rely on his

 2    testimony.  I just don't have a note of if he worked up

 3    until very recently or not.  He did -- he did that for a

 4    number of years is my memory, but I don't remember

 5    exactly what year he stopped that if he has stopped it.

 6         Q.   If I represented that he had testified he

 7    stopped in 2006, you don't have any reason to disagree

 8    with that, do you?

 9         A.   Right.  I'll rely on his testimony to tell us

10    that.  I'm not trying to change it.

11         Q.   What type of Roundup did Mr. Tanner use?

12         A.   Type Roundup?  You mean, like, was it a

13    generic brand or something like that?

14         Q.   Was it a ready-use?  Was it concentrate?  Do

15    you know one way or the other?

16         A.   Oh, we did talk about that, but I'm -- again,

17    I'll rely on his testimony.  My memory is it was a -- he

18    mentioned a concentrate.  He had a backpack sprayer and

19    a cart.  He purchased Roundup in both two and a half

20    gallon containers and 55-gallon drums, but I don't have

21    a specific note about -- at this time about whether it

22    was all concentrate or some was pre-mixed.

23         Q.   And for the specific Roundup that Mr. Tanner

24    was using, is it fair to say you don't know what the

25    surfactant was?
```

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

Brent Staggs, M.D.

```
 1       A.   Right.

 2       Q.   You don't know what other chemicals were in

 3   that Roundup?

 4       A.   No, I'm not the expert that discussed that.

 5   I've mentioned I've read the label, but it doesn't mean

 6   on whole lot to me.

 7       Q.   And you don't know for the finished product

 8   what percent was glyphosate versus water, do you?

 9       A.   No, not specifically.  I mean, you know, he

10   followed the directions on how to mix it, so whatever

11   that comes out to.  I wouldn't know.

12       Q.   And did Mr. Tanner explain to you that at any

13   point in time he was adding anything into the Roundup he

14   was using?

15       A.   Yes, so he talked about an additive called a

16   Foam A.

17       Q.   What's Foam A?

18       A.   I asked him that.  It was something that I

19   think they made the Roundup a little bit thicker maybe.

20   I can't remember now exactly what -- he had a rationale

21   for using that.  I had not heard of it, not that I would

22   necessarily.  Of course, I've used Roundup a lot myself.

23            He started using that in 2001, but as I sit

24   here, I don't remember exactly what his purpose of that

25   was.
```

Brent Staggs, M.D.

1    Q.   Do you know the ingredients that go into the

2    product Foam A?

3    A.   No.

4    Q.   Did you attempt to look them up?

5    A.   I did, but I couldn't really find what it was.

6    Q.   Were you able to rule out Foam A as being a

7    cause of Mr. Tanner's non-Hodgkin's lymphoma?

8    A.   Well, I just don't have information to

9    consider.  I mean, when I tried to figure what it was,

10   I -- my, you know, research online, I couldn't find

11   exactly what it even was chemically to try to decipher

12   whether it might have a risk or not.

13   Q.   So fair to say you don't know one way or the

14   other whether it contributed to Mr. Sanders' (sic)

15   non-Hodgkin's lymphoma?

16   A.   That's right.

17   Q.   And did you discuss mixing Roundup when you

18   were talking to Mr. Tanner?

19   A.   Yes.

20   Q.   And what did Mr. Tanner tell you about mixing

21   it?

22   A.   That he mixed it, sure.

23   Q.   And did you confirm that the concentrate --

24   the concentrations in which Mr. Tanner mixed the product

25   were as instructed on the label?

Brent Staggs, M.D.

1     A.   You know, I don't know that I asked that

2   specifically.  He seemed so fastidious about all of his

3   applications, I would assume maybe that's true, but no,

4   I don't think I asked him if he followed the

5   instructions on the label.

6     Q.   And whether or not it was properly mixed --

7   strike that.

8          Did Mr. Tanner wear personal protective gear

9   while he was mixing and spraying Roundup?

10     A.   To some degree.  Not early on, but later on,

11   he did wear some protective equipment, the Tyvek suit,

12   things like that.

13     Q.   And when did he begin in your opinion wearing

14   personal protective gear?

15     A.   Well, he talked about -- he talked about very

16   early in the '60s and early '70s, he used kind of a

17   raincoat and boots when he was spraying and then he went

18   to be an estimator, but he still had some spraying that

19   he did during the '75 to '84 timeframe.  And then he

20   wore the Tyvek suit later when he was spraying, you

21   know, in the 2000s and he would have a face shield.

22          It's kind of -- I think we talked about this a

23   little earlier.  He's the one, you know -- he had one

24   somewhere here, he had kind of a large scale event where

25   he was soaked with Roundup.  I forget.  A hose burst and

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

Brent Staggs, M.D.

1    I've went through so many of these histories on these

2    patients, but where he was soaked with it and had -- had

3    it all running down his face and body, but that he

4    did -- he did go to wash up at some point fairly soon

5    after this event, but he remembers smelling it.  He

6    remembered it getting under the face shield, I think on

7    his neck, things like that.

8          Trying to see.  I thought I had a note -- he

9    had a time period earlier on when he didn't really wear

10   much protective gear, but he didn't do as much spraying.

11   It was like 15, 20 minutes at a time, you know, once a

12   week or something like that versus the daily longer

13   spraying that he did starting in about 2001.

14       Q.   And when he started doing his more increased

15   spraying, that was the time period when he was wearing

16   the full Tyvek suit with the face covering and rubber --

17   and rubber boots, right?

18       A.   Right.

19       Q.   So -- and you mentioned some spraying in his

20   '60s and '70s a minute ago?

21       A.   Right.  Roundup wasn't around then.  Now, he

22   talked about, right, doing some other kind of

23   application '61 through '75 where he would wear a

24   raincoat.

25       Q.   But that wasn't Roundup, right?

Brent Staggs, M.D.

```
 1      A.   Right.

 2      Q.   He started using Roundup later on, correct?

 3           MS. GREENWALD:  Objection.  Form.

 4      A.   Correct.

 5      Q.   (By Mr. Kerschner)  mostly after 2001, right?

 6           MS. GREENWALD:  Objection.  Form.

 7      A.   Much heavier then, right, but regular, but

 8  more, you know, much less intensity prior to 2001.

 9      Q.   (By Mr. Kerschner)  And to form your opinions,

10  how much Roundup did you assume Mr. Tanner was using

11  prior to 2001?

12      A.   Well, as we've already mentioned in the other

13  cases, I'm not -- I'm not able to give a numerical

14  quantity to it.  I read it as a qualitative history just

15  like I do any other patient.  So certainly he's wearing

16  some protective gear, but he has years of fairly regular

17  use and much more intense in 2001, but he has some more

18  protection on during that time as well.

19      Q.   Right.  And I'm sorry, I don't know if I was

20  clear.  I'm talking about prior to 2001.  For your

21  opinion -- and I realize that you say you do more

22  qualitatively, but for your opinion, what was the level

23  of Roundup exposure that you assumed Mr. Tanner was

24  having prior to 2001?

25      A.   Well, again, when you say level, I'm not able
```

```
 1    to calculate a level.  I get a -- I talked to him about
 2    how -- his regularity and frequency of use, and you
 3    know, I rely on his history.  I can't remember exactly
 4    what -- what we talked.  I mean, he -- my memory is that
 5    he had -- he said, well, I used it 15 minutes a week,
 6    something like that versus in the office some, but he
 7    still got out and used it some.
 8            Those are the points that I clarified that I
 9    wish I included a little more detail in my summary here
10    with me, but so we got a few more details when I
11    discussed it with him than he had in his testimony, but
12    yes, much less frequent than 2001, but I don't remember
13    as I sit here exactly the frequency, but it's discussed
14    in his testimony and I'll rely on him to tell us that.
15    Q.   You mentioned an incident in 2003 where a pipe
16    burst?
17    A.   Right.
18    Q.   And he was -- got a lot of Roundup on him?  I
19    don't remember the words you used.
20    A.   I don't remember either really.  They're
21    written down somewhere.  Right, it was kind of a one big
22    event.
23    Q.   Other than that, do you have any evidence that
24    Roundup came into contact specifically with Mr. Tanner's
25    skin --
```

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Brent Staggs, M.D.

```
 1            MS. GREENWALD:  Objection.  Form.

 2       Q.   (By Mr. Kerschner) -- at any point in time?

 3            MS. GREENWALD:  Objection.  Form.

 4       A.   Well, my memory was he talked about it getting

 5   under the face shield, and I mean, sweating and having

 6   it on the face shield.  I thought he talked about

 7   getting it on his neck as well as one of his exposed

 8   areas and some of the blow back from the spray that he

 9   did.  That's my memory.  You know, he -- he tried to be

10   careful with wearing gloves and things when he was

11   mixing the Roundup and applying it and things like that.

12       Q.   (By Mr. Kerschner)  And in your report, you

13   say, "Roundup did not typically come into contact with

14   Mr. Tanner's skin," right?

15       A.   Right.

16       Q.   What do you mean by typically?

17       A.   Well, I guess, you know, especially kind of

18   thinking through like some of the other gentlemen that

19   we have or patients that we have who are mixing it, you

20   know, and they recall it was almost a daily use, like

21   Mr. Sanders, some of it was on -- every time he mixed

22   it, he would get some on him as it's splashing and he's

23   pouring large volumes and thing like that, shaking up

24   the can, and it's on the outside of the can.

25            Mr. Tanner was much more careful about that,
```

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

Brent Staggs, M.D.

```
 1    and you know, I'm trying to use his words.  Like I said,

 2    he was -- it seemed like he was afraid to tell me

 3    when -- you know, he would often come out with the

 4    detail and I'd say, well, that's what we're trying to

 5    determine, did you get it on you, did you breathe it.

 6    And he was kind of like, well, I really tried to use

 7    gloves.  I was like, well, I get that, but you know,

 8    we're trying to find out if you really got it on you or

 9    23409.

10         Q.   So is that what Mr. Tanner told you that he

11    typically did not come into contact with -- strike that.

12              Did Mr. Tanner tell you that Roundup did not

13    typically come into contact with his skin aside from the

14    one incident in 2003?

15         A.   Well, this is a summary.  Like I've already

16    told you some of my other memories.  I don't remember if

17    I summarized that from deposition or if I -- if that was

18    words out of his mouth when we talked on the phone, but

19    that was my general impression that he's trying not to

20    get it on him versus, you know, some of the others who,

21    you know, were -- were told it was safe and didn't mind

22    if it got all over them.

23         Q.   And then did he tell you about any other

24    specific incidences where Roundup got on his skin other

25    than that 2003 incident, any specific incidents?
```

```
 1              MS. GREENWALD:  Objection.  Form.

 2         A.   Well, not a large one, but I talked -- my

 3    memory is he talked about getting it on his neck.  That

 4    was his main unprotected area.  He just kind of wore a

 5    face shield is my memory of how he described it.  That's

 6    what I'm imagining, because he talks it spraying and

 7    kind of getting underneath the face shield.  So my

 8    impression it was getting on his face to a degree.  He's

 9    not in a full bubble suit.  It was just kind of a long

10    sleeve, long pant, boots and a glove.

11         Q.   (By Mr. Kerschner)  And other situations where

12    he said that generally happened, were there any specific

13    situations that he told you about other than that one

14    incident in 2003 where he mentioned getting -- I think

15    the pipe bursting and him getting large amounts of

16    Roundup on him?

17         A.   I don't remember -- right.  If we're going to

18    take those two things we talked about, I don't remember

19    another one, especially another big one like that.

20         Q.   And can you tell me when Roundup caused

21    Mr. Tanner's lymphoma?

22         A.   That's beyond current medical science.  No one

23    can, but I guess we should point out, I think we had

24    gotten this line of questioning awhile ago, lymphoma

25    wasn't around for years before it -- it may have been
```

1    indolent for a few months before it was clinically

2    evident, but then become clinically evident pretty soon.

3    So it was not like it was there for a decade or

4    something.

5        Q.   And can you tell me what specific mutations

6    the Roundup caused in Mr. Tanner that led to his

7    follicular lymphoma?

8        A.   That is again beyond medical science to

9    determine that, so I can't either.

10       Q.   And do you have any measurements of

11   Mr. Tanner's glyphosate levels at any point in time?

12       A.   No, sir.

13       Q.   In your report on page 13, you say, "I have

14   evaluated his risk factors for NHL and finished primary

15   extensive exposure to GBHs along with some exposure to

16   other pesticides, but with much less frequency and

17   regularity.  The GBHs and most other pesticides were

18   granular and I did not find a significant risk of NHL

19   associated."

20       A.   Right.

21       Q.   Did I read that right?

22       A.   Right.

23       Q.   That's fairly similar to what you said about

24   Mr. Sanders, right?

25       A.   Right.  Well, Mr. Sanders had some other

Brent Staggs, M.D.

1    products that were sprayed.  To my memory, Mr. Tanner

2    said essentially everything else was -- other than this

3    oil, that he's kind of applying that with a brush, I

4    think, or something, but his other products he talked

5    about were granular.

6        Q.   So we'll take it in two pieces.  So what other

7    exposures are you talking about here when you say some

8    exposure to other pesticides?

9        A.   Well, the granular, Preemergence, things like

10   that that he talked about using.  I tried to look

11   those -- I didn't list them specifically here and I

12   can't remember now -- again, I rely on his -- I don't --

13   you know, I've had so many of these patients, but you

14   know, I would have looked up each one that he gave me a

15   name that I could possibly look up.  I don't remember

16   that he gave a name, but I would rely on his testimony

17   to tell me.

18       Q.   And when you say granular.  What do you mean?

19       A.   Oh, well, it's like granular.  Like little

20   crumbly.  Solid not a liquid.

21       Q.   And do you recall the names of any of the

22   granular pesticides he was using?

23       A.   Not as I sit here.  If he named them -- I

24   don't remember getting anything from him on that topic

25   that wasn't already in his deposition.  If he named

1    them, they would be in there and that would have been

2    what I looked up, but I didn't make a note of it here

3    and I don't remember.

Brent Staggs, M.D.

███  ███  ████████████████

███  ███  ████████

3      Q.   Was he exposed to any chemicals while doing

4  that?

5      A.   You know, I wondered about that.  We

6  couldn't -- we talked about that a little bit.  I

7  couldn't find much on that.  Certainly the way he

8  describes it, you know, was it wasn't exactly like what

9  I imagined where he puts it in the liquid and all.  He

10  had another process.  The way he described it is

11  escaping me now, but I thought about that, but I

12  couldn't -- with my resources, I couldn't track down if

13  that was meaningful or not.

14      Q.   What was the name of the process he described?

15      A.   I don't know that he gave it a name.  He just

16  kind of described the process.  I thought it was like

17  the old thing where he had it in the buckets, but I

18  don't -- I've just seen it on a movie really where they

19  take it in and out with tweezers, and you know, go to

20  develop the picture, but the way he described it wasn't

21  exactly like that, but so it wasn't clear to me.

22          He didn't think -- this is kind of like his

23  other exposure.  He was like, oh, no, I didn't really

24  have any exposures there and we didn't -- I couldn't get

25  out of him exactly the chemicals that he used, if he

Brent Staggs, M.D.

```
 1    even knew.  That's my memory.  It wasn't much for me to

 2    go on there.

 3         Q.   I apologize if I asked you this already.  But

 4    I'm right that nothing in the pathology reports for

 5    Mr. Tanner indicated that glyphosate was a substantial

 6    contributing factor to his non-Hodgkin's lymphoma,

 7    correct?

 8         A.   Just like any other cancer, it doesn't have

 9    distinctive features or any other toxin that causes

10    lymphoma.  It doesn't have distinctive features

11    clinically or pathologically.

12         Q.   And there's no blood test that you saw from

13    Mr. Tanner that indicates glyphosate was present in his

14    system, correct?

15         A.   Correct.

16         Q.   And there's no urine test that showed the

17    presence of Roundup or glyphosate in his system?

18         A.   I'm sorry, say that again.  I was trying to

19    look up the photograph part.

20         Q.   Go ahead.

21         A.   No, I was trying to see what he called it.  He

22    didn't give it a name here.  He didn't discuss it very

23    long.  It didn't sound like he was using open buckets of

24    chemicals like I imagined he would be.  Anyway, he just

25    got to the negative part.  Sounded like it was in an
```

1    enclosed machine somehow.  Anyway, go ahead.

2        Q.   And there's no medical test that was -- that

3    you saw in his records that show that glyphosate or

4    Roundup was present in his system, correct?

5        A.   Correct.

6        Q.   And that's true for all the plaintiffs you've

7    looked at, right?

8        A.   That's right and true for essentially every

9    other type of cancer that's caused by a carcinogen.

10       Q.   And there are no biomarkers in Mr. Tanner that

11   point to glyphosate as the cause of his cancer, right?

12       A.   Correct.

13       Q.   There's no genomic analysis that indicates

14   anything pertinent to Roundup or glyphosate in

15   Mr. Tanner?

16       A.   Right.

17       Q.   And there's no medical test or record that

18   shows that glyphosate or Roundup was the cause of

19   Mr. Tanner's non-Hodgkin's lymphoma?

20       A.   Right.  We rely on the history.  Right.  Yeah,

21   just in line with all the other questions.  There's not

22   a specific something we look at on a slide or a blood

23   test we can do to determine what the cause of really any

24   cancer is, but not -- not glyphosate and lymphoma.

25       Q.   Well, you can for certain cancers, right?  For

Brent Staggs, M.D.

1    example, like EBV related lymphoma, you can see that on

2    the slides sometimes, correct?

3        A.   Well, sure.  Sometimes.

4        Q.   But there's nothing in glyphosate that you can

5    see on the slides, right?

6        A.   Right, but like a smoking related lung cancer,

7    we can't see anything on a slide, but yeah, there are a

8    select few when you have something to go on, you know,

9    in laboratory data or pathology materials.

10       Q.   And a patient with the same medical history as

11   Mr. Tanner but never used Roundup could still be

12   diagnosed with follicular lymphoma, correct?

13       A.   Sure.

14       Q.   If you saw that same patient as Mr. Tanner,

15   but who was not using Roundup, based on the records,

16   medical records, what would you say was the cause of

17   their follicular lymphoma?

18            MS. GREENWALD:  Objection.  Form.

19       A.   Well, my answer is similar to last time.  I

20   know we have to get it back on the record, but I would

21   just have to -- I haven't considered hypotheticals like

22   that before.  So I would -- that was a very large

23   exposure for him.  He used very little other than that.

24   So I would have to dig in.  I don't know as I sit here

25   what I would ascribe the cause to or if I could find the

1   cause.  I just -- I'd have to take some time to go

2   through that.

3        Q.   (By Mr. Kerschner)  What else would you need

4   to dig into?

5        A.   Well, I mean, I just haven't thought about

6   that.  I would have to, you know, look at his history a

7   little bit further.

8        Q.   Is there any other medical records that you

9   would need?

10       A.   I'm not sure that there is.  As I mentioned

11  last time, we've got one large exposure carcinogen that

12  dwarfs all of his other exposures.  So if he gets

13  lymphoma and we just don't have Roundup on the scene at

14  all, then I haven't even considered.  Because they're

15  dwarfed by the others and I didn't find a risk of

16  non-Hodgkin's lymphoma, I would have to go looking to

17  see if I could identify anything else as a potential

18  cause.

19       Q.   And you said that you really have not gone

20  looking to see if anything else is a potential cause?

21            MS. GREENWALD:  Objection.  Form.

22       A.   Yes, I looked at that, but not in the sense

23  without Roundup there, so.  I tried to identify other

24  potential confounders that he may have that could have

25  been significant contributing factors to his disease in

Brent Staggs, M.D.

1    this setting, but I didn't look at them -- I hadn't even

2    thought about them in another setting.

3        Q.   (By Mr. Kerschner)  Is it fair that for your

4    testimony, as long as Mr. Tanner was using Roundup more

5    than two days a year or 10 days lifetime, that you would

6    say that Roundup was the cause of his non-Hodgkin's

7    lymphoma?

8            MS. GREENWALD:  Objection.  Form.

9        A.   No, I'm not sure that I would.  I mean, I'm

10   aware that the various literature has got -- you know,

11   they have -- I think McDuffie and some other have a dose

12   responsiveness demonstrated with more or less than two

13   days and one with four days and one with 10 days, you

14   know, but I don't know what the matrix is, you know, by

15   more than 10 days or two days.  I don't know if that's a

16   hundred days, or you know, on average what -- I don't

17   remember that the -- they give us that.

18            So no, I don't know that I would -- if someone

19   just had two days of exposure, I probably would not say

20   that that's the cause if that's all they had.  They

21   found a dose responsiveness there, but the literature is

22   not clear where the lower -- lower range is of the

23   exposures becoming, you know, not having an increased

24   risk necessarily.

25            They do have some just for every use, but it's

Brent Staggs, M.D.

1    also not clear to me what that average is, you know,

2    because I don't know that -- you know, when you say ever

3    use.  Again, having grown up on a farm, I'm thinking

4    people who actually use Roundup probably use it quite a

5    bit for the most part.  There are some residential users

6    that may have answered those questions and then of

7    course things like the agriculture health studies,

8    they're just talking to farmers, so their -- their ever

9    use are not use is going to be pretty big.  Probably

10   either have never used or when they have used is a lot

11   of use.

12          A lot of those things go on in my mind when I

13   think that, but no, I'm not going to come to trial and

14   say anybody with two days use is definitely going to be

15   significant.  I would have to look at the individual

16   setting of each individual patient.

17       Q.   And in what situation would you say that

18   Roundup use wasn't enough to contribute to an

19   individual's non-Hodgkin's lymphoma?

20          MS. GREENWALD:  Objection.  Form.

21       A.   I don't know that I could possibly describe

22   all of the theoretical situations when that would come

23   up.  Certainly I have on numerous occasions considered

24   that some carcinogens in any given circumstance are

25   trivial, so I could imagine a lot of scenarios.  You

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

Brent Staggs, M.D.

```
 1    know, the two basic ones, I mean, if they're -- if

 2    someone -- you know, you come and tell me somebody

 3    bought a can at Home Depot and sprayed it twice, I'm not

 4    going to go for that.  That's a small exposure.

 5            That's -- but what we're dealing with in this

 6    setting are primarily industrial applicators with years

 7    and years and hundreds of gallons of exposure

 8    throughout.  So I don't even -- have never really

 9    considered the lower bounds of the exposures, you know,

10    like the -- some of the articles have tried to -- you

11    know, they try to give some cutoffs in their matrix to

12    try to determine some dose responsiveness.

13            You know, the other way I might consider it

14    trivial is if it's -- if it has other larger exposures

15    that dwarf that exposure in context of one given

16    individual.  And that's the two ways I assess it, is

17    either an absolute range, it's so small, one spray, you

18    know or -- you know, it is some use more than that, but

19    he has some other massive exposures that he's used for,

20    so just like I've done in reverse for some of these

21    others.  You know, maybe they have a slight risk of

22    non-Hodgkin's lymphoma, but he says, I used them, you

23    know, half a dozen times compared to 30 years of

24    glyphosate.  Well, to me in that individual setting,

25    that makes that exposure trivial.  It may contribute in
```

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Brent Staggs, M.D.

```
 1    an absolute sense, but as far as being significant, I

 2    don't consider it that way.

 3        Q.   So if you had someone who was just using it --

 4    Roundup half a dozen times or so, you wouldn't consider

 5    that enough to be the cause of their non-Hodgkin's

 6    lymphoma?

 7             MS. GREENWALD:  Objection.  Form.

 8        A.   You know, it's hard to say.  Probably not.  I

 9    mean, by half a dozen, you don't mean swimming in it.

10    Right.  I mean, there's a lot of ways to take that.

11    Right.  If someone works around the house -- and I deal

12    with this in other toxic type exposure cases.  Just

13    because I've you know been around secondhand smoke half

14    a dozen times in my life doesn't mean I'm going to

15    believe that if I get lung cancer it was caused by that.

16    You know, I get that.

17             Even though from an absolute sense, it

18    probably raised my risk a little bit.  It is a risk, but

19    the risk was raised so small that, to me, as a physician

20    that would not be a significant risk.  Same thing.  I

21    mean, if you say half a dozen as in somebody bought a

22    hand held jug from Home Depot and sprayed it in the

23    driveway half a dozen times and decided they saw that it

24    causes lymphoma and decided never to use it again, yeah,

25    I'm probably -- they get lymphoma, I'm probably going to
```

Brent Staggs, M.D.

1    say it's not enough.

2        Q.   Someone who sprayed it in their driveway two

3    or three times a year, would that be enough?

4        MS. GREENWALD:  Objection.  Form.

5        A.   Well, that's always a question I get in a lot

6    of depositions.  What is the absolute amount and we

7    don't know.  We're all different biological organisms

8    with different susceptibilities, so it's impossible to

9    say with certainty what are the lower amounts that are,

10   you know, not going to be of any risk at all of a

11   carcinogen like this.

12        So I've not put any thought to creating an

13   opinion like that, because all of the cases that I've

14   had have just had massive exposures of years and years

15   like Mr. Tanner and Mr. Sanders.

16        Q.   Do you intend to provide -- do you intend to

17   provide any testimony about Mr. Tanner's treatment?

18        A.   No.

19        Q.   About the impacts of his treatment?

20        A.   No, sir.

21        Q.   Do you intend to provide any testimony about

22   his prognosis?

23        A.   No, sir.

24        Q.   About any of his current medical conditions?

25        A.   No, sir.

1          MR. KERSCHNER:  Let's take five minutes.  I

2    may actually be done.

3          THE WITNESS:  Okay.

4          THE VIDEOGRAPHER:  We're off the record at

5    9:42 p.m.

6          (A recess was taken from 9:42 p.m. to

7    9:55 p.m.)

8          THE VIDEOGRAPHER:  We're back on the record at

9    9:55 p.m.

10     Q.   (By Mr. Kerschner)  I'm right you don't

11   prescribe chemotherapy, right?

12     A.   Right.

13     Q.   You don't prescribe radiation?

14     A.   No.

15     Q.   And you would defer to a medical oncologist

16   for any issues related to effects of chemotherapy?

17     A.   I think generally I would.  I mean, I don't

18   know what -- I mean, I'm sort of generally aware of side

19   effects or effects of chemotherapy, but -- but they

20   manage chemotherapy.  I don't.

21     Q.   And same for radiation oncologist, you would

22   defer to them when it comes to issues of side effects of

23   radiation?

24     A.   Well, again, in large part.  You know, I'm

25   aware of some of the basic, you know, side effects of

Brent Staggs, M.D.

1    radiation, but -- but generally, I would defer to them,

2    yes.

3              MR. KERSCHNER:  I have no further questions.

4    Your witness.

5              MS. GREENWALD:  We have a couple.  I'll go

6    fast, I promise.

7              MR. KERSCHNER:  Take your time.

8                        CROSS EXAMINATION

9    BY MS. GREENWALD:

10        Q.    Okay.  Dr. Staggs, I want to go over with you

11   the hypothetical you were going over with counsel from

12   Monsanto maybe in the last 20 minutes -- maybe 20

13   minutes ago.

14             You were asked generally questions about how

15   you would evaluate whether there's a cause for a person

16   like Mr. Tanner, but you take away Roundup entirely and

17   whether you would be able to assess a cause for that

18   person's non-Hodgkin's lymphoma.

19             Do you remember those questions?

20        A.    Yes.

21             MR. KERSCHNER:  Objection.

22        Q.    (By Ms. Greenwald)  I believe you answered

23   something to this effect, and I want you to first tell

24   me if I'm correct and then we'll go to the next

25   question.  I think you said something to the effect of,

Brent Staggs, M.D.

```
 1    I would have to look for another potential confounder in

 2    that circumstance.

 3              MR. MEDINA:  Objection.

 4         Q.   (By Ms. Greenwald)  Do you -- do you recall

 5    something to that effect?  I don't have real time, so --

 6    I maybe, I probably could, but I can't find it.  Do you

 7    remember something like that or can you tell me what

 8    your answer was to that question?

 9         A.   Well, if it came out like that, that's not

10    exactly what I meant.  Yeah, maybe --

11         Q.   Okay.

12         A.   -- I got tongue tied.

13         Q.   Can you explain what you meant when you were

14    asked what you would do in the circumstance in which a

15    person who presents exactly like Mr. Tanner, only this

16    hypothetical person has not used Roundup, but in every

17    other sense is the same as Mr. Tanner?

18         A.   Right.  Well, I would follow the same

19    methodology.  So like for Mr. Tanner, I considered all

20    the confounders that I could and looked them up both and

21    considered them both could they even are known to cause

22    non-Hodgkin's lymphoma or be a risk factor for it and

23    then I compared them based on their frequency and

24    regularity in the context of his Roundup use to decide

25    in that way, even if they could have an association with
```

Brent Staggs, M.D.

 1    non-Hodgkin's lymphoma, if they would be significant

 2    based on the amount of use compared to his years of

 3    Roundup use.

 4              So those are the two ways that I do it.  And

 5    in the methodology, you know, that's just differential.

 6    I'm looking for the things that could cause it and then

 7    I'm looking for the amounts, the consideration of the

 8    dose to decide are they significant causes or not,

 9    because if he has other things that he uses that are

10    associated, doesn't -- again, I distinguish between is

11    it a cause or a significant cause.

12              So I look at his world of exposures that could

13    cause non-Hodgkin's lymphoma and I consider all the

14    pieces.  So just because he has a small amount of

15    exposure to some other substance, I don't remember the

16    exact facts in his case right now, but we talked about

17    it in the other case, you know, so if he has a day or

18    two or sparingly used some other chemical that could --

19    has been known to cause it, then I look at it in the

20    context of all of his exposures.

21              He's got 20, 30 years of Roundup use,

22    something like that, and he's got, you know, a few days

23    of other exposure.  In that context, I consider those

24    type of things -- or I might and I would consider that

25    insignificant in that -- in light of that.  So what he

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Brent Staggs, M.D.

1    was asking about was in light of now that we've pulled

2    out the Roundup use, you know, I look at the

3    confounders.  I don't go looking for more.  I just look

4    at the same ones that are already there.  And now they

5    take up a larger piece of his cumulative exposure.

6              So now I have to reconsider whether they are

7    significant in light of the fact that maybe there --

8    maybe they take up 50 percent of his exposure now or

9    something like that, you know, now that Roundup is gone,

10   rather than, you know, comprising a tiny fraction.

11       Q.   Okay.  Now, some of those -- some of those

12   other chemical exposures in your initial review and --

13   and assessment of causation, you did not find an

14   association between that chemical and non-Hodgkin's

15   lymphoma.

16             Would that change in this assessment when you

17   take Roundup out?

18             MR. KERSCHNER:  Objection.

19       A.   No, of course not.  Right.  And same way with

20   diseases.  We've talked about other diseases,

21   immunosuppressant, and things which he doesn't have any

22   of those.  I would consider all of those in the same

23   way.  I look at them and have to decide, you know, based

24   on the medical knowledge of their severity and their

25   ability to cause or not cause non-Hodgkin's lymphoma,

1    but right.

2            The only way they would be considered part of

3    his cumulative exposure for non-Hodgkin's lymphoma if

4    they were known to be able to cause it, otherwise they

5    ruled out sort of on part one, but if they were known to

6    cause it, then they're part of his cumulative exposure

7    and I've got to consider whether it's a significant

8    piece or not.

9        Q.   (By Ms. Greenwald)  And is it also -- so in

10   the context of, again, the person where -- a person

11   who's been exposed to multiple chemicals in this

12   hypothetical, and -- but they -- the comparison between

13   the exposure to Roundup versus the exposure to the other

14   chemicals, the Roundup is substantially more prevalent

15   in use than these other chemicals.  And I understand in

16   that context, the methodology that we've been talking

17   about for -- for Mr. Tanner.

18           So in this hypothetical, we're -- we're taking

19   out Roundup entirely and you have some other chemicals

20   that do have a known or -- known risk of association of

21   use in non-Hodgkin's lymphoma.  Under those

22   circumstances when you do your reevaluation or you look

23   at these chemicals again, is it always the case that --

24   that one of those chemicals are then deemed to be a

25   cause?

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

Brent Staggs, M.D.

```
 1              MR.  KERSCHNER:  Objection.

 2         A.   No, not necessarily.  I would just have to

 3    look at the individual facts as we've mentioned on an

 4    absolute level.  I would -- I accept that some exposures

 5    are trivial as well.  I don't just take any exposure,

 6    every -- you know, I call that the each and every

 7    exposure theory, you know, I don't accept that.  I like

 8    to evaluate the proximity and frequency and regularity.

 9              So it's possible, you know, if he has two

10    smaller exposures and then one big exposure, the

11    Roundup, the two smaller ones are now -- hypothetically

12    if they were equal, they would be 50 percent each, but

13    I'm going to look at the -- and 50 percent of a

14    cumulative exposure is a lot, but I'm also going to look

15    at it in an absolute sense if I can and I get -- and I

16    get that idea from reading the testimony.

17              Again, if it's one spray a piece, then

18    probably not, not going to ascribe causation there, but

19    I just have to know -- I just go through and I would

20    have already known that.  In his particular case, I

21    didn't identify a Roundup risk from any of the other

22    granular products that he used, not to mention he used

23    them in a granular way and that wasn't a -- didn't rise

24    to a significant exposure either.  So I mean, all of his

25    other exposures appeared to fail on both accounts.
```

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Brent Staggs, M.D.

 1      Q.   (By Ms. Greenwald)  You just said you didn't

 2   identify a Roundup risk.  Did you mean non-Hodgkin's

 3   lymphoma risk?  I know it's late.  I just want to make

 4   sure the record is clear.

 5           MR. KERSCHNER:  Objection.

 6      A.   Sure.  Yeah, you need to do that.

 7           MS. GREENWALD:  Okay.  Well, do you want me to

 8   ask -- I need that clear on the record.

 9      Q.   (By Ms. Greenwald)  So you just said you

10   didn't find a Roundup risk.  What did you mean by that?

11   Is that a mistake?

12      A.   That's a mistake.  Risk of --

13      Q.   Can you explain what you meant?

14      A.   Risk of non-Hodgkin's lymphoma.  So for

15   Mr. Tanner dealing with him in reality, the other

16   products that he described, to my memory, I did not find

17   that they had a risk of non-Hodgkin's lymphoma in the

18   absolute sense.  Therefore, you know, there's no need to

19   even consider them whether they can be a significant

20   part of his cumulative exposure.

21           MS. GREENWALD:  I don't have any other

22   questions.

23           MR. KERSCHNER:  Me neither.  Thank you very

24   much for your time, Doctor.

25           MS. GREENWALD:  Thank you.

1            MR. KERSCHNER:  Thank you both.

2            THE VIDEOGRAPHER:  We are off the record at

3    10:04 p.m.

4            (Deposition concluded at 10:04 p.m.)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                      JURAT

 2           TANNER VS. MONSANTO COMPANY (ROUNDUP)

 3                 JOB FILE NO. 142763

 4

 5           I, BRENT STAGGS, MD, do hereby state under

 6   oath that I have read the above and foregoing deposition

 7   in its entirety and that the same is a full, true and

 8   correct transcription of my testimony so given at said

 9   time and place, except for the corrections noted.

10

11

12           _____

13                 Signature of Witness

14

15           Subscribed and sworn to before me, the

16   undersigned Notary Public in and for the State of

17   Oklahoma by said witness, BRENT STAGGS, MD, on this

18   _____ day of _____, 2019.

19

20

21           _____

22              NOTARY PUBLIC

23              MY COMMISSION EXPIRES: _____

24

25
```

```
 1                    ERRATA SHEET

 2         TANNER VS. MONSTANTO COMPANY (ROUNDUP)

 3           DEPOSITION OF BRENT STAGGS, MD

 4        REPORTED BY:  SHANNON S. HARWOOD, CSR, RPR

 5        DATE OF DEPOSITION TAKEN:  NOVEMBER 7, 2019

 6                 JOB FILE NO. 142763

 7   PAGE   LINE   IS               SHOULD BE

 8   ____   ____   _____   _____

 9   ____   ____   _____   _____

10   ____   ____   _____   _____

11   ____   ____   _____   _____

12   ____   ____   _____   _____

13   ____   ____   _____   _____

14   ____   ____   _____   _____

15   ____   ____   _____   _____

16   ____   ____   _____   _____

17   ____   ____   _____   _____

18   ____   ____   _____   _____

19   ____   ____   _____   _____

20   ____   ____   _____   _____

21   ____   ____   _____   _____

22   ____   ____   _____   _____

23   ____   ____   _____   _____

24   ____   ____   _____   _____

25   ____   ____   _____   _____
```

```
 1              C E R T I F I C A T E

 2

 3        I, Shannon S. Harwood, a Certified Shorthand

 4   Reporter, do hereby certify that the foregoing is a true

     and correct transcription of my shorthand notes of proceedings

 5   had in Case Number 3:19-cv-04099-VC heard on the 7th day of

 6   November, 2019, and is only valid with my stamped seal

 7   and my original signature.

 8        I further certify that I am not related to nor

 9   attorney for either of said parties nor otherwise

10   interested in said action.

11        IN WITNESS WHEREOF, I have hereunto set my hand and

12   seal this 8th day of November, 2019.

13

14

15

16

17

18

19                      _____

20                      Shannon S. Harwood, CSR, RPR

21

22

23

24

25
```