# Exhibit 35

```
 1              UNITED STATES DISTRICT COURT

 2            NORTHERN DISTRICT OF CALIFORNIA

 3

    IN RE: ROUNDUP PRODUCTS LIABILITY    )  MDL No. 2741

 4  LITIGATION,                          )  Case No.

                                         )  3:16-md-02741-VC

 5  This Document Relates To:            )

                                         )

 6                                       )

    Dickey vs. Monsanto Company          )

 7  Case No. 3:19-cv-04102-VC            )

                                         )

 8  _____       )

 9

10

11

12            VIDEO DEPOSITION OF BRENT STAGGS, M.D.

13            TAKEN ON BEHALF OF THE DEFENDANT

14                   IN LITTLE ROCK, ARKANSAS

                     ON NOVEMBER 20, 2019

15

16

17

18

19

20

21

22

23

24

25  REPORTED BY: Karisa J. Ekenseair, CCR RPR, LS NO. 802
```

Brent Staggs, M.D.

```
 1                    APPEARANCES

 2

 3   FOR THE PLAINTIFF:

 4         Robin Greenwald
           Attorney at Law

 5         Weitz & Luxenberg
           700 Broadway

 6         New York, New York 10003
           212-558-5500

 7         rgreenwald@weitzlux.com

 8         Matt Lundy
           Attorney at Law

 9         Lundy, Lundy, Soileau & South, LLP
           501 Broad Street

10         Lake Charles, Louisiana  70601
           337-439-0707

11         mlundy@lundylawllp.com

12   FOR THE DEFENDANT:

13         Joseph E. Fornadel III
           Attorney at Law

14         Nelson Mullins
           1320 Main Street, 17th Floor

15         Columbia, South Carolina   29201
           803-255-9227

16         joe.fornadel@nelsonmullins.com

17   ALSO PRESENT:

18         John Sims, Videographer

19
                      * * * * *

20

21

22

23

24

25
```

1                T A B L E   O F   C O N T E N T S

                                                        PAGE

2    EXHIBITS...................................    4

     STIPULATIONS...............................    5

3

     DIRECT EXAMINATION BY MR. FORNADEL...........    6

4

     REPORTER'S CERTIFICATE......................   154

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

| 1 | | EXHIBITS | |
|---|---|---|---|
| 2 | NUMBER | DESCRIPTION | PAGE |
| 3 | 1 | MONSANTO COMPANY'S NOTICE TO TAKE | 6 |
| | | ORAL AND VIDEOTAPED DEPOSITION OF | |
| 4 | | DR. BRENT STAGGS....................... | |
| | 2 | PLAINTIFF'S OBJECTIONS AND RESPONSES | 7 |
| 5 | | TO DEFENDANT'S DOCUMENT REQUESTS IN | |
| | | THEIR NOTICE OF DEPOSITION OF DR. | |
| 6 | | BRENT STAGGS.......................... | |
| | 3 | OCTOBER 8, 2019 REPORT................. | 7 |
| 7 | 4 | ASSESSING SPECIFIC CAUSATION OF | 9 |
| | | MESOTHELIOMA FOLLOWING EXPOSURE TO | |
| 8 | | CHRYSOTILE ASBESTOS-CONTAINING BRAKE | |
| | | DUST, FREEMAN AND KOHLES, 2013........ | |
| 9 | 5 | MEDICAL RECORD........................ | 19 |
| | 6 | MATERIALS CONSIDERED LIST ............ | 66 |
| 10 | 7 | SUPPLEMENTAL MATERIALS CONSIDERED | 69 |
| | | LIST.................................. | |
| 11 | 8 | E-MAIL DATED NOVEMBER 20, 2019 | 71 |
| | | OBJECTING TO SUPPLEMENTAL MATERIALS | |
| 12 | | CONSIDERED LIST....................... | |
| | 9 | GYPHOSATE USE AND ASSOCIATIONS WITH | 76 |
| 13 | | NON-HODGKIN LYMPHOMA MAJOR | |
| | | HISTOLOGICAL SUBTYPES: FINDINGS FROM | |
| 14 | | THE NORTH AMERICAN POOLED PROJECT...... | |
| | 10 | MOST TYPES OF CANCER ARE NOT DUE TO | 94 |
| 15 | | BAD LUCK, COLLEGIUM RAMAZZINI.......... | |
| | 11 | SUBSTANTIAL CONTRIBUTION OF | 98 |
| 16 | | EXTRINSIC RISK FACTORS TO CANCER | |
| | | DEVELOPMENT, WU 2016.................. | |
| 17 | 12 | GLYPHOSATE TOXFAQS, ATSDR............. | 110 |
| | 13 | CANCER PREVENTION OVERVIEW (PDQ) - | 113 |
| 18 | | PATIENT VERSION, NATIONAL CANCER | |
| | | INSTITUTE............................. | |
| 19 | 14 | NON-HODGKIN LYMPHOMA RISK FACTORS, | 115 |
| | | AMERICAN CANCER SOCIETY............... | |
| 20 | 15 | CAN NON-HODGKIN LYMPHOMA BE | 119 |
| | | PREVENTED, AMERICAN CANCER SOCIETY..... | |
| 21 | 16 | EXCERPTS FROM THE WHO CLASSIFICATION | 123 |
| | | OF TUMOURS OF HAEMATOPOIETIC AND | |
| 22 | | LYMPHOID TISSUES...................... | |
| | 17 | RESIDENTIAL HERBICIDE USE AND RISK | 128 |
| 23 | | OF NON-HODGKIN LYMPHOMA, HARTGE 2005... | |
| 24 | | | |
| 25 | | | |

Brent Staggs, M.D.

1                          STIPULATIONS

2

3              Produced, sworn, and examined, pursuant to

4    notice, in the Marriott Hotel, 3 Statehouse Plaza,

5    Little Rock, Arkansas, commencing at 4:24 p.m. on

6    November 20, 2019, in the above-entitled cause now

7    pending in the United States District Court, Northern

8    District of California; said deposition being taken

9    for all purposes, pursuant to the Federal Rules of

10   Civil Procedure.

11

12

13                          * * * * *

14

15

16

17

18

19

20

21

22

23

24

25

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Brent Staggs, M.D.

```
 1              THE VIDEOGRAPHER:  We are on the audio and

 2   video record.  Today's date is November the 20th,

 3   2019.  The time is approximately 4:24 p.m.  This is

 4   the videotaped deposition of Dr. Brent Staggs.  This

 5   is the case of Dickey versus Monsanto.

 6              My name is John Sims.  I'm a videographer

 7   out of Little Rock, Arkansas.  Will counsel please

 8   make a record of your appearance?

 9              MR. FORNADEL:  Joe Fornadel, Nelson Mullins

10   on behalf of Monsanto.

11              MS. GREENWALD:  Robin Greenwald for the

12   plaintiff.

13              MR. LUNDY:  Matt Lundy for the plaintiffs.

14              THE VIDEOGRAPHER:  Madam Court Reporter,

15   will you please swear in the witness?

16                   BRENT STAGGS, M.D.

17    of lawful age, being first duly sworn, deposes and

18   says in reply to the questions propounded as follows:

19                   DIRECT EXAMINATION

20   BY MR. FORNADEL:

21       Q.   Good afternoon, Dr. Staggs.

22       A.   Good afternoon.

23       (Exhibit Number 1 marked for identification.)

24   BY MR. FORNADEL:

25       Q.   All right.  Marked as Exhibit 1, a copy of
```

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

Brent Staggs, M.D.

1    the notice for deposition.

2        (Exhibit Number 2 marked for identification.)

3    BY MR. FORNADEL:

4        Q.    And I'll give you a set of the objections

5    you all made as Exhibit 2.

6        (Exhibit Number 3 marked for identification.)

7    BY MR. FORNADEL:

8        Q.    And while we're handing out paperwork, I

9    will give you a copy of your report as Exhibit 3 to

10   have in front of you.

11           And as far as the -- the requests go with

12   the Exhibit 1 and your responses, I take it that

13   those are identical to the -- the ones from

14   yesterday?

15       A.    Yes, sir.

16       Q.    Okay.  And earlier counsel handed me some

17   of the invoices that we discussed on Monday.  I

18   should -- I keep saying yesterday.  I should -- it

19   was Monday.

20       A.    Feels like we never left.

21       Q.    Yeah.  So -- and we'll get to those later.

22   Any other documents you brought in response to the

23   requests at the end of the notice?

24       A.    Well, not as -- well, sort of, I mean, I

25   brought one more journal article that I mentioned

Brent Staggs, M.D.

1    before.  I think -- I don't know if I mentioned it

2    Monday, but I know I added a few based on our

3    discussion, the last two deposition discussion.  I

4    added a few that I asked counsel to give an updated

5    list to you.

6              And then I remembered one more.  We had

7    talked so much about methodology and cumulative

8    exposure model in assessing significance based on the

9    parts of the cumulative exposure.  I brought an

10   article that I use and I've cited to innumerable

11   times in other depositions about toxic exposures,

12   especially asbestos, and diesel exhaust, cigarette

13   smoking, that really outlines in detail.

14             It has Bradford Hill, but then it talks

15   about the cumulative exposure model and -- and

16   assessing that based on the relative comparisons of

17   the different exposures an individual has.  So I

18   brought that as well for you to look at.

19             But I've mentioned -- I think I mentioned

20   in the Whitby case and the Kane case that we talked

21   about, and I may have mentioned it, whenever,

22   November the 7th or 8th when I had it.  But I noticed

23   it wasn't on there.  I typically use it because

24   it's -- it's a good peer-reviewed published source

25   that talks exactly about my methodology.

Brent Staggs, M.D.

```
 1      (Exhibit Number 4 marked for identification.)

 2  BY MR. FORNADEL:

 3      Q.   Sure.  And we'll just -- we'll mark that as

 4  Exhibit 4 to you --

 5           MS. GREENWALD:  There's extras.

 6           MR. FORNADEL:  Perfect.  Thank you.

 7  BY MR. FORNADEL:

 8      Q.   And this is just conforming, this was not

 9  on the -- the first MCL or the supplemental one?

10      A.   Right.  I don't think so.

11      Q.   Okay.

12      A.   Right.

13      Q.   And this being the first time I've --

14  I'm -- I've seen this, is there -- the title is

15  assessing specific causation of mesothelioma

16  following exposure to chrysotile asbestos-containing

17  brake dust.

18           None of the discussion in here is in any

19  way specific to NHL or pesticides, anything like

20  that?

21      A.   It is not.  It's just a framework that --

22  that you'll recognize that we've talked about a lot.

23  So yeah, the individual topic for their article is

24  asbestos, but the framework of how to assess -- I

25  think they call it forensic epidemiology, and then
```

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Brent Staggs, M.D.

1    they walk through that Bradford Hill considerations.

2    It's just that their topic of discussion is asbestos,

3    but the framework is useful throughout my practice

4    and throughout my litigation practice with regard to

5    toxic exposures and assessing specific causation.

6         Q.    Okay.  And I'm if following you correctly

7    then, Exhibit 4 is not in addition to or in changing

8    your prior testimony, but merely some support for the

9    framework that you've applied in all these cases?

10        A.    That's correct.  You had asked me a couple

11   times the other night, you know, in trying to better

12   understand how I'm assessing the specific causation.

13   And I thought -- I meant to give it to counsel for

14   the supplemental list, but then it -- you know, I've

15   been doing -- got a lot of other work to do also.  So

16   it didn't make it on there, so I thought I'd bring it

17   for you.

18        Q.    Okay.  And I see you've got your computer

19   with you again.  Can you describe to was what you

20   have on your -- in your file for -- specific to

21   Mr. Dickey?

22        A.    Sure.  It's similar to the other farmers

23   we've looked at, the other patients.  So I've got his

24   depositions -- or deposition, a file of his medical

25   records, and then I've got two defense expert reports

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

Brent Staggs, M.D.

```
 1    -- click on something they go away.  A Dr. Gru and

 2    Silberstein, they might have been some of the same

 3    ones from The other day.  So Gru and Silberstein on

 4    this one as well.

 5         Q.    Okay.  Understood.  I got ahead of myself

 6    there.  The -- the -- beyond what you've handed me in

 7    the Freeman 2012 article and then the supplemental

 8    MCL, which we'll get to, the -- the same MCL,

 9    original MCL list, that we discussed Monday, that

10    applies to this case as well?

11         A.    Yes, sir.

12         Q.    Okay.  And the report which we have marked

13    as Exhibit 3 contains all the opinions you intend to

14    offer in this case?

15         A.    Correct.

16         Q.    And did you discuss this case with anyone

17    besides Mr. Dickey or his attorneys?

18         A.    No, sir.

19         Q.    And turning back to the phone call that you

20    had with Mr. Dickey in between the time of his

21    deposition and when you wrote your report, could you

22    describe for us what you discussed with him during

23    that call?

24         A.    Well, it's going to be the similar outline

25    to all the other gentlemen.  I mean, they all -- in
```

Brent Staggs, M.D.

1   this particular -- well, I've done the same phone

2   call with all of the clients that I've looked at or

3   patients that I've looked at who have been exposed to

4   Roundup, but you tailor it a bit when you know

5   they're different types of exposure, whether a

6   landscaper or, you know, a crop farmer have been the

7   two basic types of patients that I've looked at, as

8   far as their occupational history.

9         You know, so I just asked him to give

10  rundown of his occupational history from beginning of

11  his time until now and then delved in a little bit

12  deeper on any aspects I thought there was holes from.

13  And then tried to dig as deep as we could on any

14  exposures that I could think of any way might impact

15  his diagnosis of non-Hodgkin's lymphoma.

16       Q.    Okay.  And we'll get to those later.

17            Am I correct in understanding that there

18  were no notes generated from that conversation that

19  weren't worked directly into your report?

20       A.    Correct.

21       Q.    Okay.  For Mr. Dickey, did you review any

22  of the PFSs that he filed?

23       A.    No, sir.

24       Q.    And you reviewed his deposition.  Did you

25  review any of treating doctor depositions?

Brent Staggs, M.D.

1     A.     Only -- no.  Not treaters.  No.  Only other

2  deposition -- I keep -- I keep forgetting to the

3  download them.  I was sent Dr. Palka's -- Palka,

4  right, deposition from last weekend on all four of

5  these that we've had this week.  So I read those this

6  weekend.  I have not had a chance to re-read them so

7  I've seen that, but I don't have them with me.

8     Q.     Understood.  And for the medical records as

9  with Mr. Domina and Mr. Janzen, you reviewed all the

10  of the pathology reports that you could find?

11     A.     Correct.

12     Q.     And you did not review any slides for any

13  of those cases?

14     A.     Right.

15     Q.     And specific to Mr. Dickey's case, you

16  didn't review any documents produced by Monsanto,

17  internal company documents, anything like that?

18     A.     No, sir.

19     Q.     Okay.  Now, I want to work through the risk

20  factors Mr. Dickey had for NHL.  What did you

21  identify as potential risk factors besides

22  glyphosate-based herbicides?

23     A.     Primarily other -- just refreshing through

24  my report here.  Primarily other pesticides.  You

25  know, he had some exposure to 2,4-D, which again, we

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

Brent Staggs, M.D.

1    talked about last time apparently has been stipulated

2    is not a carcinogen, even though it has some --

3    apparently some weak association.

4            He had some atrazine.  Again, I don't

5    identify significant exposure to lymphoma through

6    atrazine.  And Lasso, we talked about that.  Alachlor

7    it doesn't appear to have significant association to

8    non-Hodgkin's lymphoma.  Of course his extensive

9    exposure to Roundup.  I think you're asking me about

10   things other than that.

11       Q.    Sure.  Sorry.

12       A.    And you know, his medical history and

13   family history were pretty clean.  I think that's

14   really about all I identified.

15       Q.    Okay.  Now, starting with the pesticides,

16   we've already discussed 2,4-D, atrazine and alachlor

17   in different context so I'll try not to re plow all

18   of that.  Fair to say that you were able to rule

19   those out because you did not identify a meaningful

20   association between exposure to those products and

21   NHL?

22            MS. GREENWALD:  Objection.  Form.

23            THE WITNESS:  That is basically correct.

24   To my memory, that's right.  I didn't have a

25   significant association.  And in his case, in

Brent Staggs, M.D.

1   addition to that, we've talked about I consider them

2   two ways:  Do they even have an association, number

3   one; and then if they do -- oh, really if they don't,

4   I think about, you know, the -- how big they are in

5   the cumulative exposure for him.  And they are --

6   both of those are still very, very small in compared

7   to his Roundup exposure.

8           So they really fail to be significant on

9   both counts probably.  But since they ruled out on

10  the first, you know, they don't really have an

11  association with lymphoma, you know, the second one

12  doesn't even apply really.

13  BY MR. FORNADEL:

14      Q.   Okay.  And am I correct in understanding

15  that similar to Mr. Domina and Mr. Janzen, Mr. Dickey

16  was also exposed to various other herbicides and

17  insecticides that he -- he didn't -- couldn't name or

18  couldn't quite remember; is that right?

19          MS. GREENWALD:  Objection.  Form.

20          THE WITNESS:  Well, I'd rely on his

21  testimony.  That -- that's sort of my general

22  impression of a lot of these.  Of course, I grew up

23  on a farm.  I understand he may have had something he

24  used a few times, didn't think it worked well mostly

25  and moved on.  So I think so.

1          I don't remember a specific statement from

2    him about that, but I wouldn't -- that wouldn't

3    surprise me.  Again, I'm trying to refresh through my

4    report to see if I noted that.

5          Yes.  He testified he used other various

6    chemicals for broadleaf weed control, including

7    atrazine -- well, that was atrazine and the Lasso.

8    Used -- that's right.  Yes.  So I have a note here in

9    my report he used a variety of other chemicals for

10   weed control on a limited basis, did not remember the

11   specifics of their use pattern or their names.

12   BY MR. FORNADEL:

13      Q.    Okay.  And so without those names, it's

14   impossible to evaluate the carcinogenic risk posed by

15   any of those unnamed agents?

16      A.    Correct.

17          MS. GREENWALD:  Objection.  Form.

18          THE WITNESS:  Correct.

19   BY MR. FORNADEL:

Brent Staggs, M.D.

▮ ████████████████████████████████████

▮ ██████████████████████████████    ████

▮ ████████████████████████████████████

▮ ██████████████████████████████████

▮ ████████████████████████████████████████

▮ ███████████████████    ██████████████

▮ ████████████████████████████████████

▮ ████████████████████████████

9        Q.    Understood.  And so if I'm understanding

10   what you told me Monday and -- and what you're

11   telling me now correctly then, the -- this ties into

12   the extrinsic versus intrinsic debate about the

13   source of mutations and the -- how -- how -- what

14   proportion of mutations can be attributed to

15   extrinsic factors; is that fair?

16               MS. GREENWALD:  Objection.  Form.

17               THE WITNESS:  That's correct.  So I don't

18   deny that there's some intrinsic risk of mutation.

19   But through the medical literature, it's -- it's

20   relatively small in most cancers compared to the

21   extrinsic risk.

22               And so intrinsic risk would be the same as

23   age.  You just have more chances for errors the older

24   you are, but the risk doesn't appear to be in any way

25   over -- overwhelming the extrinsic risk, especially

1    in non-Hodgkin's lymphoma.

2    BY MR. FORNADEL:



25    BY MR. FORNADEL:

Brent Staggs, M.D.

1      Q.    Understood.  Hand you what I've marked as

2   Exhibit 5.

3      (Exhibit Number 5 marked for identification.)

4   BY MR. FORNADEL:



Brent Staggs, M.D.



5            MS. GREENWALD:  Objection.  Form.

19            So like we described earlier, if it takes,

20    you know, 20, 30 mutations, say 20 to cause -- to

21    cause his lymphoma, we're looking at the significant

22    pieces of that.  Internal mutations might only be

23    two.  You know, maybe whatever is the etiology

24    between                , maybe they have two or three

25    more.  And then Roundup has, you know, ten or

Brent Staggs, M.D.

1  something -- you know, I mean, you could -- you could

2  assess it based on your relative comparison of, you

3  know, how you view the particular risk factors and

4  whether you believe they're actually causal or

5  there's something -- some other cause and they're

6  just an association.

7  BY MR. FORNADEL:

Brent Staggs, M.D.



Brent Staggs, M.D.

11      Q.    Okay.  Just to confirm for Mr. Dickey's

12   case, and you explained as much Monday I should say,

13   but I want to be clear, you won't be offering any

14   opinions about co-ingredients or contaminants or

15   different formulations of the various pesticides that

16   he used?

17      A.    Correct.

18      Q.    Okay.  Turning to Mr. Dickey's medical

19   history, you'd agree that none of his blood tests

20   reflected glyphosate or Roundup present in his blood

21   at any time?

22      A.    Well, I wouldn't expect it to and I don't

23   see anything like that in the -- in his medical

24   records.

25      Q.    Okay.  Similarly, no urine tests or fecal

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Brent Staggs, M.D.

1    tests reflecting the presence of Roundup or

2    glyphosate-based herbicides?

3         A.    Right.  We don't expect them to.

4         Q.    Is there anything in any of the pathology

5    reports you reviewed evidencing Roundup or

6    glyphosate-based herbicide exposure?

7         A.    I wouldn't -- same thing.  I wouldn't

8    expect them to and I didn't see anything like that.

9         Q.    Okay.  And similarly, even if you had

10   reviewed the slides, you wouldn't expect to see

11   anything on the slides?

12        A.    That indicates, you know, glyphosate

13   exposure or other -- you know, any other chemical

14   exposure or anything like that, right.  We don't

15   typically see anything like that on the slides.

16        Q.    Okay.  Now, for some forms of NHL you can

17   see causative factors on the slides; isn't that

18   right?

19        A.    Well, I mean, you can test especially the

20   viral causes.  You can test for those.  Sometimes you

21   see the viral inclusions there.  Most of the time you

22   don't.  Like, there's lymphomas caused by HIV.  We

23   don't typically see anything in that particular

24   lymphoma.  We have to know about the history of HIV.

25   And not only just do they have HIV, we have to know

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Brent Staggs, M.D.

1    about the degree.  Are they actually immunosuppressed

2    or not?  That's part of the assessment.  Same thing

3    with a transplant scenario as well.

4              So we -- we still base most of our causal

5    assessment on the medical history like we're basing

6    it on the occupational history, but -- but rarely

7    there would be something that we pick up on in the

8    slide that would indicate that this is a cause of

9    lymphoma.

10   Q.    Okay.  Turning back to his medical history

11   in particular, nothing from the October 10th, 2008

12   fine-needle aspiration indicated that he had

13   glyphosate-based herbicide-induced NHL?

14   A.    Right.  That wouldn't be anything that I

15   would be looking for.  Right.  I mean, I wouldn't

16   expect there to show anything like that.  In fact, I

17   think it would not.

18   Q.    Okay.  And, similarly, nothing from the

19   November 3rd, 2008 fine needle aspiration of his

20   thyroid?

21   A.    Right.  Again, there's -- I don't know of

22   anything -- just like any other chemical exposure, I

23   wouldn't -- there wouldn't be expected to be anything

24   on the pathology slides.

25   Q.    Understood.  And same would be true for

Brent Staggs, M.D.

1  the -- both the November 10, 2008 biopsy and the

2  subsequent FISH analysis?

3       A.    Right.  So the FISH analysis is looking

4  only for one translocation and has no bearing on

5  whether there's glyphosate there or not, but right.

6  The other pathology biopsy, right, I don't expect it

7  to show anything about glyphosate.  It would -- it

8  would never do that.  That's beyond the bounds of

9  those individual tests.

10      Q.    Okay.  And the fact that his follicular

11  lymphoma manifested itself in his right jugular chain

12  lymph node, did that reflect at all that this was a

13  case of Roundup-induced lymphoma?

14      A.    You know, I've had a thought about that

15  since -- well, the short answer is no.  The

16  Roundup-induced lymphomas, like lymphomas induced by

17  anything I can think of that, even if we know

18  specifically a virus, they present just like every

19  other lymphoma.

20           But it is interesting that -- I was

21  thinking a lot of these clients have had head and

22  neck lymphomas, which is not terribly common.  I

23  mean, you know, it's -- lymphomas can present

24  anywhere.  So it certainly makes me wonder if it's

25  part of the inhalational process, you know, because

Brent Staggs, M.D.

```
 1   they're often spraying it in large format.  But

 2   that's just an anecdotal observation.

 3           But no, nothing -- if he came in, just the

 4   presentation alone doesn't tell me that this is due

 5   to Roundup.

 6       Q.   Okay.  And just -- just to be clear on that

 7   last point, you don't intend to offer an opinion at

 8   trial that -- that Roundup-induced NHL is more likely

 9   to manifest -- manifest itself in the head or neck

10   areas?

11       A.   No.  I haven't done that study yet.

12       Q.   Okay.  And similarly, you don't intend to

13   offer any opinions about inhalation exposure versus

14   dermal exposure; is that fair?

15           MS. GREENWALD:  Objection.  Form.

16           THE WITNESS:  No.  I haven't even -- I'm

17   aware that both of those routes can occur, but I

18   mean, that's about the only opinion that I would have

19   on that, not -- like if one is worse than the other,

20   I don't have opinions on that.

21   BY MR. FORNADEL:

22       Q.   Just defer to the industrial hygienist on

23   that one?

24       A.   I guess --

25           MS. GREENWALD:  Objection.  Form.
```

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

Brent Staggs, M.D.

```
 1                THE WITNESS:  I guess that would be the
 2    expert.  Some other expert.
 3    BY MR. FORNADEL:
 4         Q.   Fair enough.  And similarly just so we're
 5    clear on this, the fact that they observed extensive
 6    necrosis on the November 10th, 2008 biopsy, does that
 7    in any way indicate that this was a Roundup-induced
 8    case of lymphoma?
 9         A.   No.  Necrosis can occur due to a lot of
10    other things too.
11         Q.   Okay.  And without walking you through all
12    of them, anything in the -- either positive or
13    negative protein expression tests indicate that this
14    was Roundup induced?
15         A.   No, sir.
16         Q.   Okay.  Similarly, I saw in his records of a
17    Ki-67 of 15 percent, does that indicate to you
18    anything insofar as Roundup is concerned?
19         A.   No.  Ki-67 has no bearing on the cause of
20    the lymphoma.
21         Q.   And we talked Monday about the range, Ki-67
22    running from 0 to 100.  How would you categorize 15
23    percent?  Is that low?
24         A.   Sure.
25         Q.   Fair.
```

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

Brent Staggs, M.D.

```
 1      A.    Right.  I mean, you know, it seems pretty

 2  obvious in the lower end.  Sure.

 3      Q.    Okay.  And similarly, would you classify

 4  Mr. Dickey's case of follicular lymphoma at -- at

 5  that time in November 2008 as an indolent,

 6  slow-moving cancer?

 7      A.    No.  Grade 3 by itself is -- is an

 8  aggressive tumor.  He got the diffuse large B-cell

 9  chemotherapy.  Basically, it is a diffuse large

10  B-cell lymphoma.  So you know, we got into that last

11  time.  It's very difficult to see how they -- I

12  understand they try to break down the subtypes, but

13  you know, he has a large cell tumor.  But they can --

14  they just, in this particular biopsy, were able to

15  see the follicular in the background.  Where

16  sometimes they biopsy, all they see is the large cell

17  part and then maybe see the low grade part later.

18            So -- but yes, that would be a more

19  aggressive cancer based on the grade.  Grade 1, the

20  least aggressive; 2, more aggressive; and Grade 3 the

21  highest grade, synonymous with diffuse large B-cell.

22      Q.    And just to be clear, because your -- my

23  understanding was that this is a follicular lymphoma

24  and your report referred to it as much, but you just

25  described it as a diffuse large B-cell?  Can you
```

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

Brent Staggs, M.D.

1    explain the -- what am I missing there?

2              MS. GREENWALD:  Objection.  Form.

3              THE WITNESS:  Well, I'm not changing the

4    diagnosis.  Grade 3 -- so let's explain the grading

5    pattern.

6              We grade follicular lymphoma based on the

7    percentage of large cells.  So large cells are

8    diffuse large B-cell -- if it was all large cells,

9    we'd call it -- and it's in a diffuse pattern, we

10   would call it diffuse large B-cell, whether it has

11   all the follicular protein expression or not.

12             And Grade 3 is synonymous with diffuse

13   large B-cell.  It's just that we can still observe

14   some of the remnant follicle architecture within the

15   tissue that we have.  So if we can still see that it

16   has a nodular follicle pattern and it has a proper

17   protein expression, then we'll call it Grade 3

18   follicular lymphoma.

19             But the breakpoint on treatment is between

20   Grade 2 and Grade 3.  Grade 3 is treated like diffuse

21   large B-cell and typically behaves as such.  So I'm

22   not changing the diagnosis, but that -- that's my

23   point, is there -- you know, it's such a fluid

24   situation as far as, you know, you may biopsy

25   some -- some tissue and you may get -- if you had

Brent Staggs, M.D.

1    only a small biopsy with sheets of large cells, it

2    might be in the middle of a Grade 3 follicular if you

3    had the whole lymph node.  But you might, on a needle

4    biopsy, might diagnose it as diffuse large B-cell

5    because all you see is the large cells.

6            But if you have more of a picture, you

7    backed off a little bit, if you even had that, then

8    you might say, well, there's some architecture left

9    here, maybe I'll call it a Grade 3.  But in any

10   instance, the issue, especially in clinical practice

11   that we try to get to, is it Grade 3?  Is it diffuse?

12   That doesn't really matter.  It's just, is it more

13   than Grade 2, then they get the appropriate treatment

14   at that point.

15       Q.    Okay.  And just to be clear, based on your

16   reading of the records, did any of his doctors ever

17   diagnosis it as anything other than follicular

18   lymphoma?

19       A.    Well, again, the -- well, so the notation I

20   made was they diagnosed it as follicular lymphoma

21   Grade 3 (large cell).  So again, I'm not worried that

22   they did or did not use that term "diffuse large

23   B-cell", because it's treated as such.  They did

24   treat him as such.

25            If it was Grade 2 would not have been

Brent Staggs, M.D.

1   treated with full chemotherapy like he received.  So

2   I mean, it doesn't matter to me which one they call

3   it.  They're essentially the same thing.

4         Q.    Okay.  And from a treatment standpoint?

5         A.    Right.

6         Q.    Right.

7               MS. GREENWALD:  Objection.  Form.  That's

8   not his testimony.  Wrong.

9               THE WITNESS:  Well, and from a pathologic

10  standpoint as well.  Right.  I described to you

11  the -- you know, the vague distinctions that we have

12  and it all depends on your perspective and how much

13  tissue you have as to whether or not, you know, you

14  might call it large cell or follicular.

15              That's why, you know -- that's why it would

16  be difficult for me to believe that when people are

17  trying to segment these based on pathology reports,

18  you know, large cell versus Grade 3 folliculars and

19  decide they have somehow different pathogenesis and

20  different, you know, potential causes that that --

21  that's not really useful at that point.

22  BY MR. FORNADEL:

23        Q.    Okay.  And so if I understand your

24  testimony then, if -- by looking at other slides,

25  that may provide more insight into how to more

Brent Staggs, M.D.

```
 1   accurately characterize this then?

 2             MS. GREENWALD:  Objection.  Form.

 3             THE WITNESS:  I think it's accurately

 4   characterized.  It's just that, you know, I'm

 5   relaying to my -- this is a perfect example of what

 6   we talked about in one of the other cases who also

 7   had a similar thing.

 8             They had follicular lymphoma and a

 9   diagnosis of diffuse large B-cell.  I don't remember

10   who that was, but we've had so many farmers now.  But

11   so I'm just applying it back to the papers that tried

12   to subtype it because we've kind of gone over those

13   as though it was so concerning that when they tried

14   to pull out some of the follicular lymphomas, that

15   they may or may not have had a statistically

16   significant increase.  And diffuse large B-cell seem

17   to always have that.  Well, they're -- they're often

18   the same tumor.

19   BY MR. FORNADEL:

20       Q.    And I think what you're referring to is

21   Mr. Janzen Monday had the 20 percent follicular which

22   transformed into a diffuse large B-cell.  There's no

23   indication here that the follicular transformed into

24   a diffuse large B-cell, is there?

25       A.    Oh, it is.  I mean, that's what Grade 3
```

Brent Staggs, M.D.

1    follicular is.  Right.  It's synonymous with diffuse

2    large B-cell.  It just has a slightly different

3    architectural pattern.  It's treated the same way.

4         Q.    I understand it's treated the same way.  I

5    just want to be clear.  There's no indication in the

6    medical records that any of his treating physicians

7    ever characterized this as diffuse large B-cell?

8         A.    I didn't see anybody label it with those

9    words.  That's right.

10        Q.    Okay.

11        A.    But we have this debate in my practice all

12   the time of whether -- is this Grade 3 -- should we

13   call it Grade 3 follicular or should we call it

14   diffuse large.  And then we're just like, it doesn't

15   matter.  It's the same thing.

16        Q.    Okay.  Turning back to his medical history

17   just to round this out, nothing from the

18   December 15th, 2008 marrow biopsy indicating that was

19   Roundup-induced lymphoma?

20        A.    Same answer.  I wouldn't expect it to

21   show -- there's nothing that I expect it to show to

22   indicate Roundup.  So no, they don't talk about

23   Roundup at all.

24        Q.    Okay.  And in your review of the records,

25   did you identify any medical record indicating that

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

Brent Staggs, M.D.

1    one of Mr. Dickey's treating physicians thought that

2    this was a Roundup-induced case of lymphoma?

3         A.    I didn't see that they discussed Roundup at

4    all in his cases -- in his medical records.

5         Q.    Okay.  And had Mr. Dickey never been

6    exposed to Roundup it is still possible that he could

7    have developed this exact same case of lymphoma?

8              MS. GREENWALD:  Objection.  Form.

9              THE WITNESS:  Well, you've asked me those

10   questions several times.  I -- I get it, we're going

11   through the list.  But I can't say that.

12              As I've mentioned before, we know that he

13   got lymphoma and we know that his -- we know his

14   exposures caused it.  So then we just have to look at

15   his cumulative exposure of things we talked about

16   that we think can cause lymphoma.  And the primary

17   one that we've identified is Roundup.  The really,

18   just about the only thing that we know is causal.

19              So we know since he got it, it took

20   mutations from the exposures that he had to develop

21   that lymphoma.  So there's -- medically and

22   scientifically there's no way to know if we pull out

23   exposures, would he have still gotten the disease or

24   not?  At this point you have to say probably not.  I

25   mean, probably -- yeah, probably not doesn't get it

Brent Staggs, M.D.

```
 1    if he doesn't have his same exposures over time, of

 2    which the vast, vast majority is -- is Roundup

 3    exposure.

 4         Q.    No.  And that's fair.  And I think maybe

 5    the more appropriate way to ask that question is:

 6    There are plenty of patients who are diagnosed with

 7    follicular lymphoma like Mr. Dickey who have never

 8    been exposed to Roundup?

 9         A.    I think that's probably true.

10         Q.    Okay.  And there are plenty of farmers who

11    have been diagnosed with follicular lymphoma who have

12    never been exposed to Roundup?

13         A.    That I don't know because Roundup is such

14    a -- is used so widely.  Been around since the mid

15    '70s.  I mean, probably there's farmers have that --

16    you know, have lymphoma that don't have Roundup

17    exposure, but it's impossible to know that from my

18    perspective.

19         Q.    Okay.  And certainly possible that there

20    are farmers over the age of 60 who have not been

21    exposed to Roundup who have been diagnosed with

22    follicular lymphoma?

23         A.    Certainly possible.

24         Q.    And certainly possibly there are farmers

25    over the age of 60 who are obese who have not been
```

Brent Staggs, M.D.

1    exposed to Roundup and have subsequently developed

2    follicular lymphoma?

3         A.    A lot of things are possible.  That's

4    another one that's possible.

5         Q.    Okay.  In your report, you mentioned that

6    Mr. Dickey achieved complete remission since around

7    about 2009?

8         A.    That's correct.

9         Q.    And you aren't going to be offering any

10   opinions about the treatment he received?

11        A.    No, sir.

12        Q.    All right.  And you agree that at this

13   point, there's no residual evidence of disease?

14        A.    Not that I know of.

15        Q.    And you won't be offering any prognosis

16   opinions either?

17        A.    No, sir.

18        Q.    All right.  And you won't be offering any

19   opinions that any of Mr. Domina's other medical

20   conditions were in any way related to his -- his

21   Roundup use?

22              MS. GREENWALD:  Object to the form.  You

23   just said Domina.  This is Dickey.  So -- just so the

24   record is clear.

25              MR. FORNADEL:  Very much appreciated.

Brent Staggs, M.D.

```
 1   BY MR. FORNADEL:

 2       Q.    As --

 3             MS. GREENWALD:  I don't even know what the

 4   question was, but --

 5   BY MR. FORNADEL:

 6       Q.    As you testified to with Mr. Domina and

 7   Mr. Janzen, similarly with Mr. Dickey, you won't be

 8   opining that any of his other medical conditions were

 9   in any way related to Roundup?

10       A.    No, sir.




16       A.    You know, I haven't thought of that.  I

17   mean, we're talking about pathology and forensics

18   especially, we call it a sequence of events.  But I

19   haven't developed opinions on that.
```

Brent Staggs, M.D.

███
███
███    ███
███  ███
███

6            But in that series, yes, at some point you

7    can tie it all the way back to the original event

8    like the lymphoma, perhaps.  But I haven't even given

9    that any thought in this case.

10       Q.    Sure.  So you haven't done that analysis?

11       A.    No, sir.

12       Q.    Okay.  And you don't intend to present that

13   analysis to the jury?

14       A.    I've not been asked to.  Right.  At this

15   point, I've not even done it, so I couldn't.  But if

16   somebody asked me to do that, I'll be sure they let

17   you know.

18       Q.    Thank you.  Okay.  So pages 11 through 14

19   of your report, you discuss Mr. Dickey's exposure

20   history.  And you also discussed the fact that he did

21   not wear any protective clothing while applying

22   pesticides until very recently; is that true?

23       A.    Okay.  So after -- right.  Says he doesn't

24   wear protective equipment until after his diagnosis

25   with cancer.  And now he's instructing, you know, he

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Brent Staggs, M.D.

```
 1    -- him and himself to wear gloves up to the elbow,

 2    over shoes, various things like that.  So some

 3    protective equipment since his diagnosis.

 4         Q.    Okay.  And do you understand based on your

 5    conversations with Mr. Dickey that he still uses

 6    Roundup to this day?

 7         A.    I do.  And I was -- you know, I was asking

 8    counsel about that.  I was -- I wondered about that.

 9    Of course I knew that, you know, there's issue -- of

10    course, you have Roundup Ready Crops and so they --

11    they'd indicated they have a contractual obligation

12    to use Roundup Ready Crops and Roundup, you know, at

13    this point.  And that explains part of why they're

14    using it in agriculture basis.  And I hadn't thought

15    of that.

16              In addition, you know, the fact that, you

17    know, when you're -- if you don't use Roundup Ready

18    Crops, they're so prevalent, in my experience, you

19    know, your adjacent farmers are using it, especially

20    broadcast spraying it, then that will -- that will

21    kill your crops.  So at this point it sounds like

22    they're tied in to having to use Roundup and Roundup

23    Ready Crops.

24         Q.    So just a few followups there.  You don't

25    intend to offer any opinions at trial about
```

Brent Staggs, M.D.

1    agricultural economics; is that fair?

2        A.    Not -- I mean, unless it's just real

3    general.  I mean, I grew up on a farm, been farming

4    for years.  I -- I lease out the -- the rights to my

5    farmland now, but no.  I'm not -- I'm not some kind

6    of expert in that area.

7                But I mean, some of it fairly -- the

8    statements I just made, I mean, if somebody asked me

9    about that, I have that knowledge now.  I just --

10   nothing I'd ever thought of.  But no, I don't hold

11   myself out as an expert for agricultural economics.

12       Q.    In your discussions with Mr. Dickey, was

13   there any indication that he used Roundup Ready

14   Crops?

15       A.    Oh, yeah.

16       Q.    And is there any indication that he

17   continues to use those crops?

18       A.    I think so.  I think that's why he's still

19   using Roundup.

20       Q.    And earlier you mentioned that he was

21   contractually obligated to continue to use Roundup.

22   Is that your understanding?

23       A.    That's right.

24       Q.    Okay.  And is the basis for that the

25   unrecorded conversation you had with him?

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

Brent Staggs, M.D.

```
 1       A.    Well, more so with my discussion with

 2   plaintiff's counsel.  But you know, I discussed his

 3   use of it currently with him, but I didn't discuss

 4   any contracts he had.

 5       Q.    Okay.  And you didn't calculate a specific

 6   dose of glyphosate-based herbicide -- well, strike

 7   that.

 8             You didn't calculate a specific dose of

 9   glyphosate-based herbicides that Mr. Dickey

10   experienced over his -- his years farming, did you?

11       A.    No.  I assessed the dose in a qualitative

12   sense based on his proximity, frequency, and

13   regularity, but I'm not the expert who would actually

14   create a number from that.

15       Q.    Okay.  And similarly, you don't have any

16   opinion about how much glyphosate-based herbicides

17   penetrated his skin or entered circulation, anything

18   like that?

19       A.    Right.

20       Q.    Okay.  And I think you'd agree with me that

21   there's no way to tell when the first malignant or

22   cancerous cell appeared in Mr. Dickey?

23       A.    That's right.  It's beyond medical science

24   at this point to identify -- we talked about that

25   before, kind of first mutation or first -- you said
```

Brent Staggs, M.D.

```
 1   first cancerous cell.  So once a -- once a cancer

 2   cell is fully developed, if we're insinuating --

 3   sometimes those cells are taken out by our immune

 4   system or something like that, even if they're fully

 5   developed.

 6          But if we're saying the cell that led to

 7   his follicular lymphoma that presented clinically,

 8   then it's a fairly aggressive lymphoma.  I wouldn't

 9   -- I would expect the first, you know, fulminant cell

10   of that tumor to have been present, you know, maybe

11   six months before clinical presentation, something

12   like that.

13          Every individual disease is biologically

14   different.  We call it the tempo of disease.  And

15   often you have to watch that individual to see what

16   the tempo -- how quickly it will grow or come back.

17   So it's not like he had it for years and years before

18   it was clinically evident.

19          And we talked about that before.  So but

20   it's beyond medical science to know when it actually

21   first appeared or when in the -- when any -- when any

22   of the individual mutations actually occurred.  But

23   it takes years of mutations to occur and accumulate

24   over time before a cancer cell can form.

25      Q.   Okay.  And given that we don't know exactly
```

Brent Staggs, M.D.

```
 1   when each and every of those preceding mutations
 2   occurred, there's no way to tell if there was any
 3   glyphosate in Mr. Dickey's system at the time each of
 4   those mutations occurred; is that fair?
 5        A.    No.  I wouldn't say that's fair.  I mean,
 6   he's talking about using it, you know, thousands of
 7   gallons of it over decades.  So he's almost
 8   constantly exposed to it, to some degree.  So and you
 9   know, based on my evaluation of the of -- of his
10   history and my knowledge of his case, I've determined
11   that it is a significant contributing factor to his
12   lymphoma, which means that it is a significant
13   contributing factor to some of the individual
14   mutations that have occurred to lead to the lymphoma.
15             But on a conceptual basis, theoretically, I
16   don't know what levels of glyphosate were in his
17   system when any individual mutation occurred.
18        Q.    Okay.  So the answer to my question then
19   would be there is no way to tell if there was
20   glyphosate in his system when any of the specific
21   mutations occurred?
22             MS. GREENWALD:  Objection.  Form.
23             THE WITNESS:  Well, a couple things.
24   Again, not to be difficult, but right, that's beyond
25   medical science for me to say, okay, here's where his
```

Brent Staggs, M.D.

 1   glyphosate level was zero or above, you know, when a

 2   mutation occurred.  I don't know when the mutations

 3   occurred.  It's impossible to tell.

 4           But that -- but that brings up another

 5   thought process about -- that we haven't discussed.

 6   Probably it's a little beyond our discussion.  We

 7   talked about mutations, but even though mutations are

 8   the -- are the end result that lead to a cancer,

 9   there are a lot of other epigenetic changes, hormonal

10   changes, that also initiate and promote to the

11   development of a cancer.  It's not just, you know,

12   these random mutations.  Of course, they're not

13   random, but it's not just mutations that occur.

14           You know, and that's some of the animal and

15   experimental studies that have shown, you know, with

16   glyphosate, is that it causes some of the oxidation

17   changes and those lead to cellular changes and

18   changes in the cellular environment that are able to

19   promote the ability to form mutations or upregulate a

20   tumor cell so that it, you know, it promotes and

21   replicates faster which might initiate more mutations

22   in that way.

23           So even if the level of Roundup goes back

24   down to zero, theoretically, which we know -- I don't

25   know if it would have or not, he's so constantly

Brent Staggs, M.D.

1   around it, it can have cellular changes in the

2   environment of the cells that it's still leading to

3   mutations without the actual carcinogen even being

4   present.

5   BY MR. FORNADEL:

6       Q.    And we -- I just want to talk about your

7   latency opinion for a second here.  And I won't make

8   you walk through this since it appears that he would

9   essentially be identical to Mr. Domina, in that they

10  were both -- had an exposure of -- of more than ten

11  years ago.  So as far as Eriksson and Andreotti are

12  concerned, he'd be more or less identical to Mr.

13  Domina?

14              MS. GREENWALD:  Objection.  Form.

15              THE WITNESS:  That sounds right.  Yeah.  We

16  discussed the fact, my opinions on latency.  The

17  epidemiology is not well developed enough at this

18  point to give us an idea.  And I hesitate to say,

19  don't -- I don't want to be, you know, on the record

20  as like I don't know what the latency is.

21              It doesn't -- epidemiology doesn't tell me

22  the latency is any different than what we already

23  know about non-Hodgkin's lymphoma, is probably the

24  best way to put it.  Non-Hodgkin's lymphoma and

25  leukemia have a shorter latency in general for

 1    carcinogenesis to occur and the tumor to develop than

 2    do solid tumors.  Solid tumors are often in the, you

 3    know, five, ten-year range and lymphomas are

 4    typically shorter than that.  There's no evidence in

 5    this epidemiology that's any different.

 6              And we discussed -- I mistakenly sort of

 7    gave you a ten-year number thinking about the

 8    literature because they just randomly picked a

 9    ten-year lag to try to see what the difference was,

10    you know, before and after ten years.  And then I

11    think they had a 15 or 20, something like that.  They

12    didn't intend those to be the minimum accepted

13    latency.  They're just telling you what the numbers

14    are at those points.

15              So my opinion is the latency is probably no

16    different than other things that cause non-Hodgkin's

17    lymphoma, is relatively short three to five-year time

18    span typically.

19    BY MR. FORNADEL:

20         Q.   Okay.  Now -- and we went through this with

21    Mr. Domina, but I know there's been some additional

22    literature disclosed.  So I just want to be clear on

23    this.

24              Are you aware of any epidemiological

25    literature establishing a significant relationship

Brent Staggs, M.D.

1    between Roundup use and follicular lymphoma?

2        A.    So it's prefaced by statistically

3    significant.  The risk -- like the papers we've gone

4    through before?  Right.  To my knowledge, those

5    papers, as they break it down, have increased risks.

6    But in the cases that we looked at anyway, and to my

7    memory of the papers that I've looked which has been

8    most of the ones we discussed -- well, we haven't

9    discussed them all, but there's only been a couple

10   that have really broken it down.

11           At this point they've not identified a

12   statistically significant risk, specifically for

13   follicular lymphoma.  We've discussed my thoughts

14   about that.  And also my thoughts about if you have

15   an increased risk and just because the confidence

16   interval encompasses one somehow, in my training at

17   least, well, we didn't always just totally disregard

18   that out of hand.  We still, you know, looked at all

19   of the available information to make an informed

20   decision.

21       Q.    Fair.  And my question was a lot simpler

22   though.  Just there's no statistically significant

23   association between Roundup and follicular lymphoma

24   that you're aware of?

25           MS. GREENWALD:  Objection.  Form.

Brent Staggs, M.D.

1              THE WITNESS:  Well, you know, I hate to

2    just -- not to be difficult, but I -- I just

3    don't -- I understand, you know, how we're trying to

4    use carefully worded questions to get answers, and I

5    -- you know, we've discussed that.

6              So I think there's limitations there with

7    regard to those numbers.  But at this point, I don't

8    know of an article that -- the couple that have split

9    it out, all of the cases of follicular lymphoma

10   cases, the statistics they've given that have

11   increased risks, the confidence interval have

12   encompassed one.

13   BY MR. FORNADEL:

14       Q.    All right.  Now, in fairness, in reaching

15   your conclusions in this case as reflected in your

16   report, your original MCL and the supplemental one,

17   there was a handful, five, ten different

18   epidemiological studies you reviewed in -- in

19   reaching your conclusions here; is that fair?

20              MS. GREENWALD:  Objection.  Form.

21              THE WITNESS:  Of just epidemiology.  Well,

22   and let's kind of point out here too, even though

23   I'm -- I'm only really addressing specific causation.

24   I know my report, I felt like it needed to sort of

25   superficially address general causation issues and

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

Brent Staggs, M.D.

```
 1    that's really kind of what we're talking about here.

 2    So that's part of why I'm not entirely prepared to

 3    discuss the details of the articles.  I'm also a

 4    doctor, not an epidemiologist.

 5              So as you can see in my report, and we've

 6    discussed this as well, I expect epidemiology to be

 7    predominantly -- or not -- to often be confusing and

 8    not perfect because we're dealing with humans and

 9    cancer.  You know, we can't line humans up and give

10    them carcinogens and see what happens.

11              So it's always going to be a view -- a

12    mixed view of how that happens.  So that's why we

13    have to look strongly at animal evidence and

14    experimental evidence.  And so that's -- that's why I

15    tried to present a balanced view in my report on sort

16    of my general look at it.

17              Even though I'm doing specific causation, I

18    wanted to present it in a way that, yes, I'm

19    generally informed on the issue of glyphosate as a

20    carcinogen.  But beyond that, I'm really just

21    addressing specific causation.

22    BY MR. FORNADEL:

23         Q.    No.  In fairness, and we'll get to the

24    invitro and the animal studies, but even in your

25    summer of the epidemiology, I mean, you're -- I
```

Brent Staggs, M.D.

1  believe in your report you cite four or five

2  different studies.  And you felt that was necessary

3  just to provide even -- even just a cursory overview

4  of the landscape of the literature; is that fair?

5            MS. GREENWALD:  Objection.  Form.

6            THE WITNESS:  Sure.

7  BY MR. FORNADEL:

8       Q.   Okay.  And so, just cherry-picking just one

9  or two studies out of that landscape of literature if

10  you're trying to provide an opinion, would be

11  inappropriate?

12            MS. GREENWALD:  Objection.  Form.

13            THE WITNESS:  Oh, no.  I mean, so

14  I -- again, now we're in -- we're fully into general

15  causation, which -- which I'm not doing at this

16  point.  But right, there's -- all of the time and

17  when you read the medical literature, you use -- you

18  read as much as you can and then you use the articles

19  that you think are useful to you.

20            There's almost not a subject I can think

21  of, protein-based stains, other things, that doesn't

22  have contrary views to one -- at least some

23  detracting view to one form or another.  But you form

24  your opinions based on your training and experience

25  and your view of the medical literature.  I say you,

Brent Staggs, M.D.

```
 1   I mean me, a doctor.  And then, yes, and then you
 2   begin to rely on the papers that you think are
 3   informative and fall in line with your view of this
 4   particular subject.
 5              So there are papers out there that say
 6   smoking doesn't cause lung cancer.  I don't rely on
 7   those.  I mean, but it's out there.  So I
 8   cherry-picked, you know, in your words, the ones --
 9   so I'm using the ones that I think are useful for a
10   variety of reasons.
11              And that, you know, just like -- that's
12   what IARC does.  I mean, they looked at the -- all
13   the literature they could find and tell why they do
14   and don't rely on various pieces of literature.  I
15   think it's unfair just to call it cherry-picking
16   because it's not like I blinded myself and only
17   looked at -- part of literature.  I tried to look at
18   everything that I possibly could.  But, again, that's
19   not something I've even addressed in these particular
20   cases.
21      Q.    Just to be clear.  And I -- probably due to
22   my phrasing, I was not accusing you of
23   cherry-picking.  I was saying that even in your
24   high-level overview of the literature, you felt it
25   necessary to list five or six different
```

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Brent Staggs, M.D.

```
 1   epidemiological articles to accurately provide some

 2   overview of that landscape --

 3             MS. GREENWALD:  Objection.

 4   BY MR. FORNADEL.

 5        Q.    -- is that fair?

 6             MS. GREENWALD:  Objection.  Form.

 7             THE WITNESS:  I guess so.  Right.  I'm just

 8   trying to get just kind of a concise overview of how

 9   I see the situation generally.  And then I'm only

10   here for a specific causation.

11             But right, I would -- I wouldn't present

12   literature that I thought was -- if I thought there

13   was no literature useful to me, then I might have a

14   different view on the whole subject.

15   BY MR. FORNADEL:

16        Q.    Okay.  And just to wrap up Mr. Dickey,

17   would you agree that his treating physicians never

18   indicated in any record that Roundup caused his

19   follicular lymphoma?

20        A.    I've not seen them talk about any type of

21   risk factor or cause of any of -- of the farmers'

22   lymphomas.  You know, they're -- as we mentioned,

23   they're focused on treating them.  So in that regard,

24   I don't see that they talk specifically about Roundup

25   or any other risk factor for cause of his lymphoma or
```

Brent Staggs, M.D.

1  any of the other patients, farmers, that we've looked

2  at.

3      Q.    Okay.  And you won't be offering any

4  pathology-specific opinions in this case; is that

5  fair?

6           MS. GREENWALD:  Objection.  Form.

7           THE WITNESS:  Not -- I mean, that -- I've

8  not looked at the slides.  And you know, certainly I

9  might delve into the Grade 3 follicular issue like we

10 talked about.  That sounds pathology specific to me.

11 But beyond that, I don't have any critiques of the

12 slides because I haven't seen them.

13 BY MR. FORNADEL:

14     Q.    Okay.  Now, you said you relied on animal

15 studies in reaching your conclusions regarding the

16 relationship between glyphosate and lymphoma; is that

17 accurate?

18     A.    Sure.  But, again, that would be general

19 causation, but -- but that's right.  I present some

20 of those in my overview.

21     Q.    Okay.  And would you agree that animal

22 studies often do not translate to effects in humans?

23          MS. GREENWALD:  Objection.  Form.

24          THE WITNESS:  Well, I'm not an expert.

25 Certainly we use animal studies for that reason

Brent Staggs, M.D.

1   because apparently it does translate in many cases,

2   but I'm sure there's things that happen in fish that

3   don't -- that don't happen to us.

4           So I'm not an animal exposure expert.  But,

5   no, I think it's -- if it didn't translate at all, we

6   -- I don't think we would use them.  In fact, I know

7   we wouldn't.  So it must translate in some way in

8   some settings.  There may be some settings where it

9   doesn't translate at all.  I'd have to look at the

10  individual setting.

11  BY MR. FORNADEL:

12      Q.    Fair enough.  And as part of your clinical

13  practice, you don't use animal studies in any of your

14  clinical practice do you?

15          MS. GREENWALD:  Objection.  Form.

16          THE WITNESS:  Use animal -- well, certainly

17  lots of things we've done -- we do are based on --

18  originally on animal studies.  I mean, any of the

19  assessments, you know, on causation.  We know a lot

20  of -- that's most of what we know about causation is

21  from types of animal studies, carcinogens and other

22  things that I evaluate, you know.  Medicines, you

23  know.  I evaluate medical histories and toxins all

24  day long.

25          So all medicines start out, you know,

Brent Staggs, M.D.

1   through the FDA with animal studies first, and then

2   they move on through there.  So yeah, I mean, do you

3   mean I have rabbits in my lab?  I don't have any

4   rabbits in my lab.

5   BY MR. FORNADEL:

6       Q.    In fairness, that's what I was driving at.

7   Not that it isn't underlying other parts of science,

8   but none of the science that you're involved in

9   directly involves animal studies?

10            MS. GREENWALD:  Objection.  Form.

11            THE WITNESS:  I -- I don't have any animals

12  in my laboratory or have not done that since probably

13  medical school.

14  BY MR. FORNADEL:

15      Q.    Okay.  And I think, based on what you've

16  told me already, though, it would be fair to say that

17  animal studies may help create a hypothesis that can

18  be further evaluated in -- in other settings?

19      A.    That sounds like an okay statement.  I

20  mean, very -- I mean, animal studies are typically

21  the end of the line before we get to people.  So

22  we're typically pretty sure that something is going

23  to be safe before we put it into humans in any way.

24            It's my general impression, certainly like

25  the FDA.  So I mean, maybe you might progress from

Brent Staggs, M.D.

```
 1   mice to rabbits to other, you know, larger primates

 2   or something like that, perhaps.  I mean, I'm not in

 3   that world.

 4        Q.   But even then, following the animal

 5   studies, you would need to confirm those -- those

 6   impacts in humans to kind of verify any hypothesis,

 7   right?

 8             MS. GREENWALD:  Objection.  Form.

 9             THE WITNESS:  Well, to some degree.  I

10   guess, so -- you know, I can think of two

11   different -- with medications or chemotherapies, we

12   eventually give them to humans.  With carcinogens, we

13   don't.  So the only way you can try to verify in

14   humans is with some -- you know, imperfect

15   epidemiologic study.

16             You know, with medicines, we -- we have the

17   perfect study.  We line people up and we give them

18   the medicine and we give them placebo.  So but just

19   to kind of talk out loud so you know what I'm

20   thinking on that.  But, no, we don't ever do that

21   with carcinogens.  It's a totally different pathway.

22   BY MR. FORNADEL:

23        Q.   Well, but to reach a conclusion regarding

24   the carcinogenicity of a given agent to humans, you

25   would need to look at the -- the human data as well;
```

Brent Staggs, M.D.

1    is that fair?

2         A.    Sure.  We look at epidemiologic data.

3    We've talked a bunch of times now that all we can do

4    is make an association mathematically with

5    epidemiologic data.  We then have to rely on

6    experimental and animal studies to confirm the actual

7    mechanism and whether it is actual causal -- what is

8    causal for causing a cancer.

9              As we mentioned, you know, same with

10   obesity and the skin cancers.  I mean, those are not

11   themselves causal.  They have some link.  We just

12   don't know where the link -- what -- what is

13   underlying that link.

14        Q.    Okay.  And so given that then, I think you

15   can -- we can agree that you would need all three

16   kind of pillars to that stool in order reach a

17   meaningful conclusion?

18        A.    Exactly.  That's exactly what IARC did.

19   Right.  Strong evidence and experimental and animal

20   with a -- you subtype it into oxidative stress and

21   genotoxicity and all those things and then the

22   epidemiology was separate from those.

23        Q.    Now, I understand you're not an expert in

24   animal studies, but at a high level, would you agree

25   with me that animal studies often study doses that

Brent Staggs, M.D.

```
 1   are hundreds or even thousands of times higher than

 2   what would be expected in expected exposure to

 3   humans?

 4           MS. GREENWALD:  Objection.  Form.

 5           THE WITNESS:  That's such a general

 6   statement.  I don't know.  It certainly could be, but

 7   that -- I -- I mean, it would be my understanding

 8   many times they use doses they think are real-world

 9   doses.  They may use very high doses at some point

10   too.  I can see all of those things happening.

11   BY MR. FORNADEL:

12       Q.    And to the extent that they use those high

13   doses, it would be important to normalize those doses

14   to reflect something that an actual human may

15   experience?

16           MS. GREENWALD:  Objection.  Form.

17           THE WITNESS:  Well, I don't know I'm enough

18   of an animal expert -- I've read a variety of animal

19   studies and a variety of types of carcinogens, you

20   know, smoking and asbestos and silica and -- and

21   glyphosate and others.  And animals have actually

22   different susceptibilities in some -- sometimes it's

23   more or less.

24           So right.  It would be my understanding you

25   probably with animal study would -- you know, at some
```

Brent Staggs, M.D.

1  point would try to assess doses they think are

2  similar to real-world doses that, you know, humans

3  are exposed to.

4  BY MR. FORNADEL:

5      Q.    Okay.  Now, did you analyze any of the

6  doses given to the animals included in the studies on

7  either of your MCLs?

8      A.    No.  I'm not an animal study guy.  I just

9  read them and go by their conclusion.  I don't -- I

10  don't have the ability to reanalyze what they've done

11  there.

12      Q.    Okay.  So fair enough.  So fair to say then

13  that you don't have a meaningful opinion as to

14  whether or not those doses realistically reflect what

15  a human might actually be exposed to?

16          MS. GREENWALD:  Objection.  Form.

17          THE WITNESS:  No.  I mean, I've had -- I've

18  had those thoughts.  But no, I don't have a basis to

19  know what a mouse gets and how it compares to a human

20  or some other animal.

21  BY MR. FORNADEL:

22      Q.    Understood.  Now, if I -- my notes are

23  correct on your report, you reviewed the IARC

24  conclusions regarding glyphosate animal studies as

25  well as EPA and Greim 2015; is that right?

Brent Staggs, M.D.

```
 1      A.    Yes.  I've seen Greim 2015 and I've -- I've

 2   reviewed EPA mostly through the light of the -- the

 3   article that was written that I cited about the --

 4   that specifically have discussed the difference

 5   between the EPA and IARC decisions.

 6      Q.    I believe it's Guyton 2015 article.  Does

 7   that sound right?

 8      A.    Yeah.

 9      Q.    G-U-Y-T-O-N.

10      A.    I have it down here as Benbrook --

11      Q.    Okay.

12      A.    -- in 2019.  How did the EPA -- USEPA and

13   IARC reach diametrically opposed conclusions on the

14   genotoxicity of glyphosate-based herbicide, page 8.

15      Q.    Fair enough.  I was thinking of something

16   else.

17            And but more broadly, if I understand your

18   report and your prior testimony correctly, your

19   opinion is that the IARC conclusions are more

20   meaningful than either the EPA or the Greim 2015

21   article?

22            MS. GREENWALD:  Objection.  Form.

23            THE WITNESS:  I don't have a lot of memory

24   of the Greim 20 -- my memory is it was a summary of a

25   bunch of animal studies.  So I'd have to look at
```

Brent Staggs, M.D.

```
 1    that.  I'm not really prepared to discuss that.  But

 2    yes, I would agree with the article by Benbrook that

 3    there's numerous reasons why IARC reached their

 4    conclusion and EPA apparently didn't reach a similar

 5    conclusion, a lot of different reasons.

 6           First, they're only looking at residual in

 7    food.  And then perhaps, they looked at

 8    other -- tried to look at other exposures that are

 9    like applicators and farmers.  I think 99 percent of

10    their information that they utilized is private and

11    only accessible perhaps through a Freedom of

12    Information Act, versus IARC uses only peer-reviewed

13    published data.  So it was a whole variety of reasons

14    outlined there.  I wouldn't have known all the

15    individual reasons.

16           But the other thing that I'm just generally

17    aware, we talked of, is that the EPA is a -- is

18    political regulatory agency.  They're not charged

19    with, you know, like IARC is for the world to

20    research cancer and identify carcinogens, you know,

21    as -- you know, as their job.

22           The EPA is here to try to balance industry

23    with environmental protection in some way.  And that

24    shifts dramatically over time depending on the

25    administration.
```

Brent Staggs, M.D.

```
1    BY MR. FORNADEL:

2         Q.    Okay.  And one thing I -- I think I heard

3    you mention in there was that one of the strengths of

4    THE IARC study was they didn't rely on private

5    company data that wasn't available to the public.  Is

6    that a fair characterization?

7              MS. GREENWALD:  Objection.  Form.

8              THE WITNESS:  I didn't say it was a

9    strength.  It just described in that paper, the

10   Benbrook, that's what they indicated, that -- that

11   the majority -- some majority of what the EPA used --

12   I'm sure they probably looked at -- I'm not sure what

13   they looked at because apparently they don't tell us,

14   or they might only on demand somehow.  I'm -- I'm not

15   an EPA guy.

16             But in that paper, they describe that some

17   significant majority of the EPA's decision was based

18   on private industry data.

19   BY MR. FORNADEL:

20        Q.    Understood.  Now, you also indicated that

21   you reviewed the Greim 2015 article.  Did you review

22   the 300 -- 301 pages worth of supplemental data --

23   data that was attached to that?

24        A.    Not in any great detail, for sure.  I have

25   seen that 300 pages before, but I -- and I read
```

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Brent Staggs, M.D.

1    through it couple years ago maybe a little more

2    carefully but -- and I looked through it during the

3    time I was writing this report, but I've just -- I've

4    seen that.

5        Q.   Okay.  And do you have any memory of the

6    fact that those 301 pages contain internal data

7    that's published by Monsanto?

8        A.   No.  I don't remember whether that's true

9    or not.

10       Q.   Okay.  And certainly if that is true, then

11   all of that data would have been available to the

12   peer reviewers, and then ultimately the medical

13   community at large?

14            MS. GREENWALD:  Objection.  Form.

15            THE WITNESS:  Oh, I don't know.

16   BY MR. FORNADEL:

17       Q.   If it was in the supplement, then it was

18   available to the peer reviewers.  Can we agree on

19   that?

20            MS. GREENWALD:  Objection.  Form.  Asked

21   and answered.

22            THE WITNESS:  No.  I don't know.  I've

23   never given that any thought.  I mean, I don't -- I

24   don't have any idea whether it's available to the

25   peer reviewers or not.

Brent Staggs, M.D.

1    BY MR. FORNADEL:

2        Q.    The -- so you don't have an opinion on

3    whether or not a supplement to a peer-reviewed and

4    published article would be available to the peer

5    reviewers?

6              MS. GREENWALD:  Objection.  Asked and

7    answered.

8              THE WITNESS:  Yeah.  I've just never

9    thought about -- I mean, a 300-page attachment -- I

10   mean, the article is published as-is.  I've never

11   thought about whether everything in their supplement

12   was available to peer review or not.  I haven't

13   thought about it.  Maybe it was, maybe it wasn't.  I

14   don't know.

15   BY MR. FORNADEL:

16       Q.    Fair enough.  We can then -- we can at

17   least agree though that the 301-page supplement would

18   be available to the medical community when it was

19   published?

20       A.    Well, I've seen it.  So I assume it's

21   available in some way now.

22       Q.    Okay.  All right.  And given that the

23   supplement was -- to the Greim 2015 article was

24   ultimately published and -- and available to the

25   public, is it your understanding that that has still

Brent Staggs, M.D.

 1  not been reviewed by IARC?

 2          MS. GREENWALD:  Objection.  Form.

 3          THE WITNESS:  You know, I don't remember if

 4  it was reviewed by IARC in their decision or not.

 5  BY MR. FORNADEL:

 6      Q.    Okay.

 7      (Exhibit Number 6 marked for identification.)

 8  BY MR. FORNADEL:

 9      Q.    I'm going to mark as Exhibit 6, this is

10  another copy of your original MCL but just, as a

11  matter of convenience, there are a few questions I

12  have here I wanted to walk through.

13          And just to clarify, you read and reviewed

14  all the articles on this -- on this list?

15      A.    Sure.

16      Q.    So if we turn to page 2, about half-way

17  down the page, there's a -- an article with a lead

18  author da Silva.  And the title there is Gene

19  expression, genotoxicity, and physiological responses

20  in Amazonian fish exposed to roundup and subsequent

21  acute hypoxia.  You reviewed that article?

22      A.    Oh, I did.  Right.  But I don't remember a

23  lot about it right now.

24      Q.    Okay.  And -- and just based on title, can

25  we agree that it -- it involved a non-mammal animal

1   that was exposed to Roundup and low oxygen levels?

2            MS. GREENWALD:  Objection.  Form.

3            THE WITNESS:  Sure sounds like it was

4   involving a fish.  And they're saying exposed to -- I

5   mean, I'd have to look at the article.  I mean, yes.

6   Hypoxia is low oxygen, but I don't know -- I don't

7   know -- I guess I don't under -- have an independent

8   memory of exactly what that methods were in that, if

9   they're insinuating that the Roundup is causing

10  hypoxia or whether they somehow exposed the fish to

11  hypoxia on purpose.

12  BY MR. FORNADEL:

13       Q.   Okay.  And do you have any memory of what

14  impact this low oxygen fish study had on your

15  opinions in this case?

16            MS. GREENWALD:  Objection.  Form.

17            THE WITNESS:  No.  I don't have it

18  memorized.  I'd just have to look at it.

19  BY MR. FORNADEL:

20       Q.   Okay.  Similarly, that would be true for

21  the Panetto article mentioned on page -- the bottom

22  of page 5, discusses the effects of Roundup in the

23  embryo development of zebrafish?

24            MS. GREENWALD:  Objection.  Form.

25            THE WITNESS:  I remember zebrafish, but --

Brent Staggs, M.D.

1  right.  I don't have these articles memorized.  I

2  know more or less about some of them than others.

3  But you know, the ask was to give you articles that

4  I've relied on, especially more recently.  And this

5  was the list that I came up with.

6  BY MR. FORNADEL:

7      Q.    Okay.  And one more question on the animal

8  studies with -- page 7, the Soudani study regarding

9  rat livers, do you have any memory of what impact

10  that had on your opinions?

11     A.    I do not.

12     Q.    Okay.  And in that study, I'll represent

13  that they indicate that there's -- they administered

14  an agent called quercetin.  You're not going to be

15  offering any opinions regarding that agent, are you?

16     A.    No, sir.

17     Q.    Okay.  Finally, page 5 again, a little

18  further up, the Monroy, M-O-N-R-O-Y, 2005 article.

19  I'm not going to butcher the pronunciation, but that

20  appears to be a Spanish article.  Is -- can you read

21  Spanish, Doctor?

22     A.    I thought my copy was in English.  I

23  remember there's several Spanish articles in here,

24  but I think I have an English copy.  No.  I could not

25  read Spanish fluently.  No.  Or maybe when I put in

Brent Staggs, M.D.

```
 1   the -- cut and paste the citation, maybe I cut and

 2   pasted the wrong -- the Spanish version instead.

 3       Q.    Okay.  Understood.  So that's your -- your

 4   version, you had an English translation?

 5       A.    To my memory.  Right.  No.  I didn't -- I

 6   don't remember reading an article that was fully in

 7   Spanish.  No.

 8       Q.    Fair enough.

 9             MR. FORNADEL:  If we could go off the

10   record for one second?

11             THE VIDEOGRAPHER:  Going off the record.

12   The time is approximately 5:38 p.m.

13                  (A short break was had.)

14             THE VIDEOGRAPHER:  We are back on the

15   record.  The time is approximately 5:52 p.m.

16       (Exhibit Number 7 marked for identification.)

17   BY MR. FORNADEL:

18       Q.    Doctor, I've marked as Exhibit 7 a copy of

19   supplemental MCL we received at about 7:30 last

20   night.  Just when did you put this list together?

21       A.    Well, I started putting it together --

22   well, I started looking at some of the literature.

23   This is all based primarily on the questions that

24   have come out in the first deposition that we had

25   back on November the 8th.  Again, look at some of
```

Brent Staggs, M.D.

```
 1    these -- because some of these, I think, were some of
 2    the papers he presented to me, especially about the
 3    association of skin cancer and non-Hodgkin's
 4    lymphoma.
 5            And then -- you know, and then a couple of
 6    them I thought it was going to be helpful to talk
 7    about some, you know, the -- my opinions that -- it's
 8    literature that sort of speaks more clearly to the
 9    opinions that I have, that only a small amount of the
10    risk or mutations, whatever you want to say, is due
11    to internal -- intrinsic risk versus extrinsic risk.
12            So I never know what I'm going to get into
13    and, you know, the kind of questions that come out,
14    but that's been a large part of the questions.  So I
15    put in several things here to help you understand
16    those opinions, several of the skin cancer papers so
17    that -- to be able to highlight that, yes,
18    they -- they specifically say in those papers that
19    skin cancer is not causing lymphoma.  It must be
20    something else and maybe there's an association.
21            And I think that's in large part what we
22    have.  Anyway, so I put that together and then I just
23    left out the Freeman and Kohles.  And so I brought
24    that with me here.
25        Q.    Understood.  And at least as to, for
```

Brent Staggs, M.D.



Just with
17   that label, you know, that -- that's how the papers

18   are constructed.  Just with that label they try to

19   calculate a risk.  But to really understand is it

20   really a risk, we have to know something about the

21   disease in that individual.

22        Q.   Understood.

23        (Exhibit Number 8 marked for identification.)

24   BY MR. FORNADEL:

25        Q.   I've marked as Exhibit 8, this is the

Brent Staggs, M.D.

1    e-mail we sent this morning objecting to the MCL.

2              MR. FORNADEL:  Now, counsel, in fairness, I

3    did not have type to print off your response to this.

4              MS. GREENWALD:  Okay.

5              MR. FORNADEL:  Since it was just a few

6    hours before today.  But to be clear, we're going to

7    continue to object to the introduction of this

8    supplemental MCL as to the previous four cases.

9    BY MR. FORNADEL:

10        Q.    Now, Dr. Staggs, I just wanted to be clear,

11   the supplemental MCL, this -- nothing on here

12   indicates that you're attempting to change any of the

13   previous opinions that you've given?

14        A.    No.  In fact, just the opposite.  It's

15   really -- they -- this was all brought in -- I

16   thought, well, it's always -- you know, I've been

17   around the legal process a while now, unfortunately,

18   with -- consulting on cases.

19              So you know, as issues come up, I like to,

20   you know, be able to present you with some of the

21   sources.  I can't always anticipate ahead of time

22   exactly what all the questions might be and where we

23   might go with these things.  But so that's why I

24   created this, was in response to -- these are -- this

25   discusses many of the topics that we've gone over,

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Brent Staggs, M.D.

1    you know, through the questions in the deposition.

2        Q.    And I appreciate that.  But just to be

3    clear, none of these 17 articles in any way serve to

4    alter or change any of the previously given opinions?

5        A.    That's correct.

6        Q.    Okay.

7        A.    Are we going to Mr. Pollard now?

8        Q.    We are not at the moment.

9            MS. GREENWALD:  Wishful thinking.

10           THE WITNESS:  He had -- he had a thoughtful

11   pause.  I thought we were switching over.

12   BY MR. FORNADEL:

13       Q.    There were a few follow-up questions I had

14   for some of the articles on this list, particularly

15   given how -- how recently you put it together.  The

16   first one --

17           MS. GREENWALD:  Objection.  Form.  I'm

18   sorry, you didn't finish your question.

19   BY MR. FORNADEL:

20       Q.    The first article on the list is the Cerhan

21   2015 article, discusses familial predisposition as a

22   risk factor for lymphoma.

23           To the extent there is support in this

24   article for the proposition that shared genetics are

25   more important than shared environment, that would be

Brent Staggs, M.D.

1    in contradiction to your opinion regarding family

2    history, right?

3                    MS. GREENWALD:  Objection.  Form.

4                    THE WITNESS:  I don't think so.  I mean, to

5    my memory, the -- the papers that talked about shared

6    genetic factors, that was just the point, is that --

7    number one, we gave the example of first degree

8    relative, you know, husband and wife.  You know, they

9    don't -- they don't share any genetics at all.

10                   But all of the papers that I've -- that I

11   had ever gone through or thought about talking about

12   predisposition for lymphoma with genetics talks a lot

13   about shared environment, other risk factors,

14   potentially.  But certainly, no, I'm not saying

15   there's -- there's never some genetic component to

16   them.

17                   But typically, I want to see, you know, an

18   actual pathway, not -- not just a father and a son.

19   You know, two people that just happen to have it.

20   It's very difficult to prove that that's somehow

21   really significantly linked.  But maybe you have to

22   have multiple generations where you see that, unless

23   it's just some exceedingly rare disease that has no

24   external cause.

25                   So right.  And some of them may weigh a

Brent Staggs, M.D.

1  little more one way or the other, whether they think

2  genetics are a little more important than external

3  risk, but they all clearly indicated that genetics

4  was not the only part of that issue.

5  BY MR. FORNADEL:

6      Q.   So the -- I think I know the answer here,

7  but I wanted to be sure.  The fifth article on the

8  list there, Dedeke, which is D-E-D-E-K-E, 2018

9  article, it appears that they tested both Roundup

10  herbicide and glyphosate alone.

11          But I just want to confirm with you that

12  you won't be offering any opinions specific to

13  Roundup, as opposed to the active ingredient,

14  glyphosate?

15          MS. GREENWALD:  Objection.  Form.

16          THE WITNESS:  I think it's safe to say I

17  don't break it down.  Most of the papers that I've

18  looked at -- you know, the animal studies and

19  experimental, they -- they vary.  I'm not -- I'm not

20  the person to -- some of them just do look at just

21  the commercial formulation, and some of them do look

22  at specifically just glyphosate.

23          The epidemiology is all to the commercial

24  formulation.  So to that extent, that's really what

25  I'm considering and why I try to phrase it as a

Brent Staggs, M.D.

```
 1   glyphosate-based herbicide.  But you know, some of

 2   animal studies differentiate that, but I

 3   didn't -- you know, in my overview of that type of

 4   literature, I don't place importance on that one way

 5   or the other.

 6   BY MR. FORNADEL:

 7       Q.    Okay.  Now, the seventh article there -- or

 8   rather publication from the National Cancer Institute

 9   titled The Genetics of Cancer, in reviewing that, did

10   you see anything in particular focusing on the

11   relationship between pesticides and lymphomas?

12       A.    No.  I don't remember that.  That -- that's

13   just a snippet of their website.  It may be present

14   somewhere else.  That -- that's more of a general

15   conceptual -- they -- they have a statement there

16   about shared environment being a driving cause of

17   cancers that run in -- appear to run in families.

18   And then they have a statement to the effect -- I

19   think they -- their assessment was only 5 or

20   10 percent of cancers have a genetic component,

21   similar to the Wu article.  So it was just another

22   corroborating source besides the Wu.

23       Q.    All right.  Turning to the tenth article

24   there, I'll mark this as Exhibit 9.

25       (Exhibit Number 9 marked for identification.)
```

Brent Staggs, M.D.

```
1   BY MR. FORNADEL:

2       Q.    Hand you a copy of Pawha 2019 article which

3   is -- purports the findings of the NAP analysis.

4             Now, just to clear this up because we -- we

5   touched on this Monday, but I just wanted to make

6   sure we were clear on this.  The North American Pool

7   Project did not include the agricultural health

8   study; is that right?

9       A.    That is -- I don't have the methods

10  memorized, but that's my memory.  Yes.

11      Q.    Okay.  And it was limited to retrospective

12  case-control studies, right?

13      A.    Oh, I -- I would rely on their methods to

14  tell me that.  I haven't thought about how they

15  handled that.

16      Q.    It's just -- in the page 2 in the method

17  section, it's just the first paragraph indicates that

18  the NAP involved pulling data from case-controlled

19  studies.  I just wanted to confirm that that matched

20  your understanding?

21      A.    Sure.  If that's what they said, that's the

22  only -- I've not tried to research whether that's

23  true or false.  I'd accept their explanation on that.

24      Q.    Okay.  Now, we've discussed this earlier,

25  and it's my understanding that the Pawha authors
```

Brent Staggs, M.D.

1    concluded that the association between glyphosate and

2    NHL was compounded by exposure to other pesticides.

3    Did you reach the same conclusion from reviewing this

4    data?

5            MS. GREENWALD:  Objection.  Form.

6            THE WITNESS:  Well, they -- in their

7    results section, after adjustment for other

8    pesticides or for NHL, overall use 1.13, glyphosate

9    1.73, greater than two days.  So they -- you're

10   asking did they control for it?  Or I mean, certainly

11   it's -- because we're dealing with people -- a lot of

12   times individuals who do deal with more than one

13   pesticide.  It's -- you know, I've never seen a study

14   that wasn't confounded by other pesticide use, but

15   they try to control for it mathematically somehow.

16   BY MR. FORNADEL:

17       Q.   Okay.  And given that this was just added

18   to your MCL and I reviewed the prior depositions, I

19   don't think you've had a chance to been asked about

20   this before:  As far as the six -- the six

21   plaintiffs, Sanders, Tanner, Domina, Janzen, Dickey,

22   and Pollard -- sorry about that -- which -- can you

23   point me to -- are there particular subgroups within

24   these analyses that will be pertinent to the opinions

25   you intend to offer at trial?

```
 1        A.    Well, first thing was -- no, I included it
 2   -- well, it is -- it's relatively recent and I had
 3   forgotten to include it the first time.  But I think
 4   your colleague back on the 8th had showed it to me in
 5   the deposition.  I think we marked it then.  So
 6   that's part of why -- well, we've talked about that.
 7   And of course it has a positive association between
 8   non-Hodgkin's lymphoma and glyphosate.  So those are
 9   the reasons I had included it.
10        Q.    Sure.  And I -- given the discussions we've
11   had about duration and frequency and the -- the
12   impact on your methodology, I was wondering,
13   specifically Tables 3, 4, and 5 that discuss those
14   metrics, if any of those analyses were relevant to
15   the opinions you intend to offer at trial?
16              MS. GREENWALD:  Objection.  Form.
17              THE WITNESS:  You know, I haven't thought
18   along those lines.  It's a good -- good idea.  Maybe
19   I'll look at it in that way.  But no, I hadn't had
20   that thought yet.
21   BY MR. FORNADEL:
22        Q.    Okay.  And so if we go to trial, you don't
23   intend to put any of the plaintiffs into any of these
24   particular subgroups?
25              MS. GREENWALD:  Objection.  Form.
```

Brent Staggs, M.D.

```
 1                   THE WITNESS:  Well, I mean, the plaintiffs

 2     have been diagnosed.  I'm not necessarily arguing

 3     with their diagnosis.  We've had a long discussion

 4     about the actual biology of these lymphomas, of how

 5     they can significantly overlap and their -- you know,

 6     the mutation signatures of B-cell lymphomas overlap

 7     and the -- whatever analysis you want to use.

 8                   As far as their genetics of B-cell

 9     lymphoma, they're all very similar.  So you know,

10     your question was, am I going to put one of them in

11     these subtypes.  I mean, I guess I could talk about

12     one of the subtypes, but I haven't had that exact

13     thought.

14                   I just mostly put this on here for general

15     reference.  I didn't -- I'm not thinking along the

16     lines of -- you know, name one, Janzen fits right in

17     here and I'm going to take about that.

18          Q.    Okay.

19          A.    Or something like that.

20          Q.    And maybe a more articulate way for me to

21     have word that question is:  Particularly looking at

22     Tables 3, 4, and 5 which are duration, frequency and

23     then a -- a measure of lifetime days of use, are any

24     of those metrics more important to you than another?

25                   MS. GREENWALD:  Objection.  Form.
```

Brent Staggs, M.D.

```
 1            THE WITNESS:  I haven't -- I don't have an
 2   opinion on that right now.  I'd have to think about
 3   that.
 4   BY MR. FORNADEL:
 5       Q.    Okay.  The -- we touched on this issue last
 6   time, but specifically as relevant to Number 11 on
 7   your list, the Roulland's 2004 article discussing the
 8   t(14;18) translocation, for any of the six plaintiffs
 9   that we discussed Monday tonight, or -- or back on
10   earlier this month, were any of them tested for that
11   specific translocation?
12       A.    Oh, sure.  Might have been Mr. Dickey.  I'd
13   have to look again.  I think at least -- at least one
14   of them had the FISH analysis, but I don't have all
15   of that memorized.
16       Q.    It's on page --
17       A.    There it is.  Right.  So he has it for
18   sure.  Implication would be that most follicular
19   lymphomas do.  It's not a definitional requirement to
20   be a follicular lymphoma to have the 14;18, but most
21   of them do.
22            And then -- and you know, and we talked
23   about this the other night.  A great majority of the
24   centroblastic type of diffuse large B-cell have
25   14;18.
```

Brent Staggs, M.D.

 1      Q.    Okay.  So this is a -- a common mutation

 2   for these types of lymphomas?

 3      A.    Right.

 4      Q.    Okay.  And certainly not one that is

 5   specific to Roundup exposure?

 6      A.    No.  It's -- right.  I've -- I've never

 7   thought of it that way.  If it is, I would be

 8   surprised, but I don't know that that's been looked

 9   at.  It's very interesting that, you know, we

10   discussed -- because our discussion has largely

11   revolved around follicular lymphoma and -- and how

12   they've broken it down and my thoughts on that.

13          But then yet, an article of individuals

14   exposed to pesticides finds a great number of

15   increased 14;18 translocations in these farmers.  So

16   it's, you know -- and that's definitional and --

17   that's in a majority of follicular lymphomas.

18      Q.    Turning back to the intrinsic/extrinsic

19   mutation discussion we had on Monday, which I think I

20   -- I probably did an inarticulate job of working

21   through at times.  So I wanted to -- to revisit that

22   and just kind of go through some of the basic

23   concepts.

24          So just starting out very basically, you'd

25   agree that our cells contain our DNA; is that fair?

Brent Staggs, M.D.

```
 1      A.    Yes.

 2      Q.    And that DNA contains thousands of

 3   different genes?

 4      A.    Correct.

 5      Q.    And that over time, the cells in our body

 6   divide and replicate?

 7      A.    Yes.

 8      Q.    And that process of cell division, as you

 9   described last time, is called mitosis?

10      A.    Right.

11      Q.    And when cells copy their DNA and genes,

12   they copy billions of these pairs at a time?

13      A.    Right.

14      Q.    Now, I've seen estimates that there are

15   over 3 billion pieces of information in a given cell.

16   Does that sound right to you?

17      A.    I have no idea about that.  You say pieces

18   of information in a cell.  If somebody -- we've now

19   sequenced the entire human genome, so you can look up

20   -- I say you, any of us could.  I don't have that

21   memorized, how many different base pairs there are.

22      Q.    Okay.  But no reason to disagree there are

23   -- there are billions of base pairs in any --

24            MS. GREENWALD:  Objection.

25   BY MR. FORNADEL:
```

Brent Staggs, M.D.

```
 1        Q.      -- given cell?

 2                MS. GREENWALD:  Objection.  Form.

 3                THE WITNESS:  That is probably correct.  I

 4   don't have even a ballpark.  Yeah.  It's a lot.

 5   BY MR. FORNADEL:

 6        Q.    Fair enough.  Now, depending on the tissue,

 7   you'd agree with me that some cells divide relatively

 8   more often than others?

 9                MS. GREENWALD:  Objection.  Form.

10                THE WITNESS:  Yes.

11   BY MR. FORNADEL:

12        Q.    These cell division happen billions of

13   times over the course of our lives?

14        A.    Sure.  When considering the entire body,

15   right.

16        Q.    And specifically just like other tissues,

17   lymphocytes continue to divide throughout our

18   lifetimes?

19        A.    Yes.

20        Q.    And have you seen any data on how many

21   hematopoietic stem cells there are in the body?

22        A.    I'm sure I've seen that before, but I don't

23   have a memory of any number range to give you.

24        Q.    Fair to say many billions of -- of those

25   types of stem cells?
```

Brent Staggs, M.D.

1      A.    Could be.  I don't know if it's billions,

2  but it might be.  Sure.

3      Q.    Okay.  And are you familiar with the data

4  on how often, on average, those stem cells divide?

5      A.    Well, that's part of the Wu assessment.  I

6  don't remember that they specifically did

7  hematopoietic stem cell divisions, you know, just

8  alone, but they talk about stem cell divisions.  But

9  I don't remember how they broke it down.  They --

10  they eventually break it down by different types of

11  tumors to some degree.  But it's based on, you know,

12  stem cell divisions in each type of tissue, but I

13  don't remember what the number range was.

14      Q.    And so any reason to disagree with data

15  indicating that hematopoietic stem cells divide about

16  once a month?

17      A.    Yeah.  I've never heard a number like that.

18  I don't know that I've ever really thought about

19  that.

20      Q.    Fair enough.  And you'd agree with me that

21  while this replication process is -- is almost

22  perfect, there are some errors made throughout the

23  process?

24      A.    Correct.

25      Q.    And when cells divide, sometimes the DNA

Brent Staggs, M.D.

1    does not get copied correctly?

2        A.    Correct.

3        Q.    And when DNA genes are not copied

4    correctly, that results in the cell having a

5    mutation?

6        A.    Right.

7        Q.    And that can occur in any type of cell in

8    our body, including lymphocytes?

9        A.    Yes.

10       Q.    And EVERY time a cell divides, it

11   accumulates mutations?

12       A.    I don't know if I'd go that far or not.

13   I've not -- I've not read about, to my memory, you

14   know, someone saying every time a cell divides it has

15   a mutation.  I'm not -- you know, the body is set up

16   not to have to mutation, you know, and to -- if

17   it -- if one is created during replication, they're

18   often repaired.  So I just don't know if that's true

19   or not.

20       Q.    Fair enough.  Every time a cell divides,

21   given the replication process, there's a chance a

22   mutation can occur?

23       A.    Sure.

24       Q.    Okay.  And everything we just talked about

25   happens all day, every day in the cells throughout

Brent Staggs, M.D.

```
 1   our body?

 2        A.    Right.

 3        Q.    And cells do not have to be exposed to

 4   anything external to make that mutation happen,

 5   right?

 6        A.    Not always.  Right.

 7        Q.    Okay.  And we can refer to that as the

 8   background mutation rate?

 9        A.    Correct.

10        Q.    Now, I understand from our conversation

11   Monday, we disagree about the actual rate of

12   background or random mutations, but we can agree that

13   -- that some percentage of all mutations are totally

14   unrelated to the extrinsic factors?

15             MS. GREENWALD:  Objection.  Form.  Asked

16   and answered.

17             THE WITNESS:  There would be some

18   percentage.  Right.  It becomes -- I delved into it

19   just superficially.  We don't want to be here all

20   night, but we -- but, right.  Even the Wu paper is

21   not the end of story.  There's another paper that

22   deals with that.

23             You know, even though a cell is replicating

24   normally and the random mutations, I agree with.  If

25   an external factor comes in, a protein or an
```

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Brent Staggs, M.D.

1   alteration and causes the signaling to increase and

2   that cell to turn over more rapidly, now those

3   so-called random mutations are going to accumulate,

4   but they're not actually random now.  They're

5   actually due to another external factor.

6           So there's -- there's a whole cascade of

7   events that we have to consider.  But I totally agree

8   that there are some percentage of random mutations

9   that occur.  But based on the best medical

10  literature, I would -- my belief, for the most part,

11  those are fairly small.

12  BY MR. FORNADEL:

13      Q.   All right.  We will get to that.  Just

14  keeping it basic for now, though, you agree with me

15  that the body has repair mechanisms that can repair

16  these mutations as they occur?

17      A.   Yes.

18      Q.   And if A mutation is not repaired, the body

19  can also kill the cell that has mutated?

20      A.   Yes.

21      Q.   A that would be -- primarily the

22  responsibility of the immune system?

23      A.   Yes.

24      Q.   Now, a mutation that makes it all the way

25  through the body's repair mechanisms may end up not

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

Brent Staggs, M.D.

```
 1    mattering at all; isn't that right?

 2         A.    A majority of them don't.  Right.  A

 3    majority of DNA is redundant, fortunately.  So that

 4    -- the mutation has to occur in a driver region, in a

 5    region that actually matters.

 6         Q.    Okay.  Well, given that term can we refer

 7    to the meaningless mutations as "passenger

 8    mutations"?

 9         A.    Sure.

10         Q.    Okay.  Now, when -- just to be clear, when

11    we say driver mutations, that would refer to

12    mutations that end up in a gene that -- that ends up

13    ultimately mattering to a given patient?

14         A.    That's a good way to put it.

15         Q.    All right.  And do you agree that certain

16    mutations when they occur and are not repaired can

17    cause a cell to divide and never stop or not die when

18    it is supposed to?

19         A.    Right.

20         Q.    And mutations like that confer a growth

21    advantage on cells?

22         A.    Yes.

23         Q.    And driver mutations can happen in any

24    cell, including lymphocytes?

25         A.    Sure.
```

Brent Staggs, M.D.

1       Q.     And do you have any examples you can give

2   me of driver mutations that would ultimately lead to

3   a -- one of the NHL subtypes?

4       A.     There's innumerable.  Well, the 14;18

5   translocation is a translocation that involves the

6   B-cell heavy chain and BCL2.  So BCL2 is one of the

7   genes you just talked about.  When it's mutated,

8   it -- it doesn't allow the cell to die as quickly.

9   It doesn't infer a growth advantage, but it infers

10  that the cells lives longer than it should.

11          The opposite would be Burkitt's lymphoma,

12  which involves chromosome 8 and chromosome 14 again.

13  Most B-cells have a similar genetic pathway with

14  immunoglobulin heavy chain on chromosome 14.  But on

15  chromosome 8 is c-Myc, M-Y-C, and it does infer a

16  growth advantage.  So the cells multiply much faster

17  than they're supposed to.

18      Q.     I'm -- I'm glad you brought those two up.

19  So for BCL2, you'd agree that that occurs relatively

20  frequently in follicular lymphomas?

21      A.     Yes.

22      Q.     And to a lesser degree, in diffuse large

23  B-cell lymphomas?

24      A.     I wouldn't say that necessarily.  I mean,

25  there are activated types of diffuse large B-cell

Brent Staggs, M.D.

1    lymphoma which don't have BCL2, and most follicular

2    lymphomas do.  But it's fair that the centroblastic,

3    the large follicular centroblastic cell is the most

4    common type of diffuse large B-cell lymphomas.  And

5    we grade diffuse large B-cell lymphomas, to some

6    extent, based on their BCL2 protein expression.  You

7    can't have the mutation and not have the protein

8    expression.

9        Q.    Now, is that mutation hardly ever found in

10   other forms of -- of NHL besides the ones we've

11   discussed?

12       A.    No.  It's found frequently in lots of them.

13   Right.  Mantle cell lymphoma, small marginal zone

14   lymphoma, small lymphocytic lymphomas.  They -- most

15   of the low-grade B-cell lymphomas will tend to

16   involve BCL2 at some point.  They don't have to.

17       Q.    Okay.  And the Myc mutation you referred to

18   earlier, that's almost ubiquitous with Burkitt's

19   lymphoma?

20       A.    No.  It happens in a variety of others.

21   High grade -- it's indicative of a higher grade

22   lymphoma for the reasons we explained by their

23   function.  So no, it happens in -- it can happen in

24   diffuse large B-cell lymphoma and others.  Right.

25             It used to, we thought it was pretty

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Brent Staggs, M.D.

1    classic for Burkitt's but we found out now since

2    we've been testing other lymphomas for it, that --

3    that it occurs in other lymphomas.

4        Q.    Okay.  And I could have worded that better.

5    Would you agree it's more common in Burkitt's

6    lymphomas than other subtypes?

7        A.    Oh, probably so.

8        Q.    Okay.  And you agree with me that if

9    mutated lymphocytes are not identified and destroyed

10   by the immune system, they can ultimately grow into a

11   clinical cancer?

12       A.    That's a very -- very general way to put it

13   sure.  Right.  If enough mutations accumulate over

14   time in the proper areas, driver mutations, then

15   eventually it may become a cancer cell.

16       Q.    All right.  And depending on the particular

17   mutations, the growth of that cancer might be fast or

18   slow or somewhere in between?

19       A.    Correct.

20       Q.    And you also agree with me that all

21   subtypes of NHL arise from lymphocytes?

22       A.    Yes.

23       Q.    Okay.  And now in lay terms, lymphocytes

24   have to change their own DNA in order to respond to

25   new threats to the body; is that fair?

Brent Staggs, M.D.

1      A.    No.  They don't change their DNA.  They may

2  change their protein expression based on -- because

3  they're going to -- you're talking now, I think,

4  about immunoglobulin and antibody formation is going

5  to depend on which antigen they come in contact with.

6  They're not changing.  Every cell has the same DNA.

7      Q.    Okay.  Now, does the protein expression,

8  then, would -- the changes necessary to bring that

9  about would be inherent to all lymphocytes, right?

10     A.    Yes.

11     Q.    Okay.  And -- trying to think of the best

12  way to word this.

13          The mutations inherent to the function of

14  the immune process, would those be considered in

15  addition to the background mutation rate?  How you

16  would class -- categorize those?

17     A.    Well, the lymphocyte doesn't mutate its

18  DNA.  It just has the ability to produce a customized

19  protein that -- that we call an antibody in -- in

20  adaptation to whatever antigen it's coming in contact

21  with.  The DNA remains the same.  It may -- but the

22  function of the downstream product of the DNA product

23  is different because you're making a different

24  antibody for a different antigen.

25     Q.    Okay.  Going back to Monday night, you

Brent Staggs, M.D.

1   mentioned that it's -- it's well established in the

2   medical community that over 90 percent of all cell

3   mutations are caused by external factors.  Is that

4   the fair characterization?

5           MS. GREENWALD:  Objection.  Form.

6           THE WITNESS:  Oh, well, something in that

7   range.  I think the Wu paper says between 5 and

8   20 percent, or something like that.  The -- the NIH

9   said 5 to 10.  So somewhere -- yeah, a lower

10  percentage.  I would say a majority or vast majority

11  of mutations are from extrinsic factors.

12  BY MR. FORNADEL:

13      Q.    Okay.  And specifically on Monday night,

14  you pointed me towards the Wu 2015 article and then

15  the 2015 position statement from the Collegium

16  Ramazzini; is that right?

17      A.    Right.

18      (Exhibit Number 10 marked for identification.)

19          MR. FORNADEL:  We can look at -- mark as

20  Exhibit 10 the 2015 position statement.

21  BY MR. FORNADEL:

22      Q.    Now, would you agree with me that this was

23  not on your original MCL?

24      A.    Correct.

25      Q.    Okay.  Now, in reviewing this between

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Brent Staggs, M.D.

1    Monday evening and today, I noticed -- if -- on the

2    first page there, if you look at the first sentence

3    of summary, it indicates that the Collegium strongly

4    rejects the claim by Tomasetti and Vogelstein that

5    65 percent of cancers are due to bad luck and result

6    from randomly acquired mutations in the genome.

7              And that's consistent with your

8    understanding of their position?

9        A.    Right.

10       Q.    And would you also agree with me then that

11   there appears to be a debate within the scientific

12   community about the -- this bad luck theory?

13       A.    I don't know if I would go that far.  I

14   mean, the -- it's -- it's to my knowledge, Tomasetti

15   and Vogelstein have since sort of acquiesced a bit on

16   their position.  They may have written another paper.

17   I can't remember.  I've studied this issue many times

18   over the years, and I -- they just came back up so I

19   brought some of these with me.

20             But because of some of the issues we've

21   already talked about, we're strictly just trying to

22   analyze numbers of mutations, things like that.  So

23   they have recognized that there are no -- they're not

24   taking into account initiating events.  They're just

25   trying to use mathematics to -- to get an idea of

Brent Staggs, M.D.

1 internal or external mutations, things like that.

2 They didn't even go that far. Wu went that far, but

3 they were just picking out tissues that, you know,

4 that replicated more or less in analyzing their

5 cancer rate, and simply identifying that tissues that

6 replicate more often, tend to have more cancers.

7      Q.    I guess my question was just a little

8 simpler, though. Was based on this first sentence,

9 there appears to be some debate within the medical

10 community about the -- the rates of intrinsic as

11 related to extrinsic causes of -- of mutations --

12           MS. GREENWALD:  Objection.

13 BY MR. FORNADEL:

14      Q.    -- is that fair?

15           MS. GREENWALD:  Asked and answered.

16           THE WITNESS:  So, yeah.  I think that -- I

17 think some debate, just to me, is a little bit

18 strong.  I think it now -- I think now at this point,

19 it's -- it's settled, that that's not really true.

20 They came out with that mathematical analysis.  And

21 then since then, there's been multiple followups to

22 that, which I don't think it's really being debated.

23 I think it is no longer being debated that a majority

24 of the risk is due to extrinsic factors.  It was just

25 that that one paper was written.  There's probably

Brent Staggs, M.D.

1   been some others.  I don't have -- claim to have

2   exhaustive knowledge of the medical literature.

3           But no.  At this point, I would -- you said

4   some debate.  I mean, okay.  There's a -- again,

5   there's a detracting paper to that issue, but I -- I

6   don't really think it's really debatable anymore.

7   BY MR. FORNADEL:

8       Q.    Now, just to be clear and to make sure I'm

9   reading this position statement correctly, there's no

10  independent research set forth in this position

11  statement; is that right?

12      A.    That's right.  They're giving sources.

13  This is a group of, as you probably know, of -- they

14  tell us here 180 physicians and scientists from 35

15  different countries, the Collegium Ramazzini, that

16  is.  So they -- they do some of their own independent

17  research.  They're actually doing research on

18  glyphosate right now, to my knowledge.

19          But they very often poll the members and

20  create position statements on pressing issues in

21  occupational health.  So that's right.  I don't see

22  any original research here.  They're just giving more

23  like a review paper.

24      Q.    Okay.  And nothing in this position

25  statement quantifies how many mutations are

Brent Staggs, M.D.

1    attributable to intrinsic factors?

2         A.    I don't think they give any numbers of

3    their own.  Right.  They just reference other papers.

4         Q.    Okay.

5         (Exhibit Number 11 marked for identification.)

6    BY MR. FORNADEL:

7         Q.    Hand you what I've marked as Exhibit 11.

8    You'll notice there is some highlighting on there, if

9    you'll excuse that.  That was due to my limited

10   resources in preparing for today.

11             Now, this is -- just to be clear, this

12   appears to be the Wu 2016 paper which was available

13   online in 2015.  So just to make sure we're on the

14   same page, I think this is the -- we're both talking

15   about the same Wu article?

16        A.    I think so.

17        Q.    Okay.  And if you look in the summary at

18   the first two sentences, they read, Recent research

19   has highlighted a strong correlation between

20   tissue-specific cancer risk and lifetime number of

21   tissue-specific -- stem cell divisions.  Whether such

22   correlation implies a high unavoidable intrinsic

23   cancer risk has become a key public health debate

24   with dissemination of the bad luck hypothesis.

25             So I read that correctly?

Brent Staggs, M.D.

1      A.    Yes.

2      Q.    All right.  So you agree with me here that

3   even the Wu and his coauthors are -- are conceding

4   that there's a key public health debate on this

5   topic?

6      A.    Sure.

7            MS. GREENWALD:  Objection.  Form.

8   BY MR. FORNADEL:

9      Q.    And in that next sentence, they appear to

10   indicate that the -- their estimate of the intrinsic

11   risk of mutation ranges from below 10 to around

12   30 percent; is that fair?

13      A.    Right.

14      Q.    All right.  Now, if you turn with me to

15   page 15, and we're going to look at the extended data

16   Table 3.  Based on the way I've read this table and

17   the caption and the text related to it, this appears

18   to be an attempt to quantify the intrinsic and

19   extrinsic mutations related to specific types of

20   cancer; is that right?

21      A.    Right.

22      Q.    Okay.  And I didn't see in this chart any

23   quantification related to NHL as a broad category; is

24   that right?

25      A.    Right.

Brent Staggs, M.D.

1      Q.    And specifically, none related to

2  follicular or diffuse large B-cell or marginal zone?

3      A.    Right.  NHL itself is discussed previously,

4  but not in this chart.

5      Q.    Okay.  Now, I did see the subcategory where

6  they calculated the rates for B-cell lymphomas;

7  right?

8      A.    Right.

9      Q.    And that would apply to all -- all six of

10  our plaintiffs we've been discussing?

11     A.    Yes.  They're all B-cell lymphomas.  Right.

12     Q.    Okay.  So then in this extended data Table

13  3, the authors conclude that the intrinsic mutation

14  rate is about 46.3 percent; is that right?

15     A.    Right.

16     Q.    And the total extrinsic rate is

17  53.7 percent?

18     A.    Yes.

19     Q.    And so based on the Wu 2016 article, it's

20  fair to say that about half of B-cell lymphoma

21  mutations are attributable to intrinsic factors?

22           MS. GREENWALD:  Objection.  Form.

23           THE WITNESS:  Well, it's -- in this

24  particular table, they have 46 versus 53.  Elsewhere

25  in the paper they have oddly drastically different

Brent Staggs, M.D.

1    numbers.  But yeah, I've seen this table.  And right,

2    the numbers are there.  Right.

3    BY MR. FORNADEL:

4         Q.    Okay.  And could you point me to anything

5    else in this article regarding -- that would be

6    applicable to our six plaintiffs?

7         A.    Oh, sure.  Let's see, it's arranged a

8    little differently than I'm used to, but let me find

9    it here.

10             For one, on page 5 in the middle of the

11   section there, near the bottom, we've got 100 percent

12   extrinsic risk for myeloma.

20             Well, the statement near the bottom

21   of -- what page is it, page 4, in the last paragraph

22   talks about the non-Hodgkin's lymphoma rates rising

23   significantly just in the last, I think, 30 years, 30

24   or 40 years.  And they've got a chart of that here on

25   page 10 that shows beginning in 1980 up to 2010 we've

Brent Staggs, M.D.

1    got quadrupling of the risk of non-Hodgkin's

2    lymphoma.

3        Q.    Well, and that is the exact next thing

4    we'll talk about.  But is there anything on that page

5    indicating that the risk of mutations in the B-cell

6    lymphoma context is any different than what's

7    indicated about 50/50 in that chart at the end?

8        A.    No.  That would be the implication by these

9    numbers, is that -- it's -- well, it's 71 percent

10   increase and that's discussion in here.  They don't

11   calculate it in the same way.  The -- the tables are,

12   in some way, are almost not applicable to the -- some

13   of the data in the paper.  So I'm a little confused

14   by that.

15           But non-Hodgkin's lymphoma is included in

16   their statements about extrinsic risk and the tumors

17   that have the highest increase in incidents because

18   increase in incidents indicates, by itself, a

19   majority of extrinsic risk.  Because if it was all

20   driven by intrinsic risk, then cancer rates should be

21   the same since antiquity.  We talked about that.

22           So the fact that the types of cancer are

23   going up dramatically in their study for

24   non-Hodgkin's lymphoma specifically, like that SEER

25   data we talked about is -- I don't remember how much

Brent Staggs, M.D.

```
 1    it's gone up since the 1960s or '70s when they

 2    started that data, but it's elevated.

 3            So you expect the same risk if it's all

 4    intrinsic, but if a tumor is rising, you know it's

 5    due to extrinsic risk.  But I don't see that they

 6    calculated more numbers besides what's in their

 7    chart.  But yeah, the chart is there and I've seen

 8    that before.  So a majority of the risk of

 9    non-Hodgkin's -- of B-cell lymphoma in that chart is

10    due to extrinsic factors.

11        Q.    And when you say a majority, you mean

12    53.7 percent?

13        A.    Sure.  To 46.  And then in some of the

14    other -- let's see here.  On table -- where is it, a

15    figure, rather -- seemingly every figure in this

16    paper has slightly different information.  So in --

17            On page 21, Figure 3, it is hard to tell

18    you where it is, but a little bit more toward -- kind

19    of right above the number 11.  The top Figure A and

20    right above number 11 is CLL, which is a B-cell

21    lymphoma.  And it rises well above the intrinsic risk

22    line there.

23            So nowhere in the paper do I ever see them

24    -- the actual body of the paper do I see them break

25    down B-cell lymphoma by itself.  But they discuss
```

1   non-Hodgkin's lymphoma as a whole and some other

2   specific types, like myeloma and like CLL, and they

3   all appear to have a very significant component of

4   extrinsic risk, especially notably myeloma, which is

5   a terminal B-cell lymphoma.  They're indicating just

6   kind of anecdotally in the middle of the paper that

7   it's 100 percent due to extrinsic risk.

8              So again, the point is well -- you know,

9   these are -- I would expect things like this.  This

10  is data based on humans as best we can tell.  And it

11  just goes to further confirm the -- the point that a

12  majority -- some majority, large majority, of the

13  risk -- you know, they say in the beginning, overall

14  10 to 30 percent of the risk, is driven by extrinsic

15  factors.

16             And they point out, not only in their

17  mathematical calculation, but in their analysis of

18  epidemiology that that can be easily identified and

19  corroborated because of the tumors that are on the

20  rise.

21     Q.    Now, I think I followed most of that, but I

22  did just want to confirm.  The only data in this

23  paper directly applicable to the six plaintiffs we're

24  discussing here indicates that it's about a 50/50

25  extrinsic/intrinsic split, right?

Brent Staggs, M.D.

```
 1              MS. GREENWALD:  Objection.  Form.  Asked
 2    and answered and mischaracterizes his testimony.
 3              THE WITNESS:  No.  It talked about
 4    non-Hodgkin's lymphoma.  We just talked about that,
 5    several -- several places.
 6    BY MR. FORNADEL:
 7       Q.    Well, no.  We talked about myeloma and we
 8    talked about CLL, neither of which are applicable to
 9    our plaintiffs.  And I just -- and again, this is a
10    dense paper and I'll give you, there's -- and I got
11    the article available online and not the one from
12    Nature that I'm sure you're familiar with, so I just
13    wanted to make sure there wasn't anything I was
14    missing.
15              But I didn't identify anything applicable
16    to our plaintiffs, directly applicable to our
17    plaintiffs, other than what is in extended data Table
18    3.
19              MS. GREENWALD:  Same objection.
20              THE WITNESS:  No.  No.  I totally disagree.
21    Right.  I get that you have that category of B-cell
22    lymphoma.  That's the only place that, to my
23    knowledge -- again, I don't have it memorized, but
24    I've read this a variety of times over the years.
25    But no.
```

Brent Staggs, M.D.

```
 1              I mean, that's -- that's the problem with
 2    trying to -- any time you have an article, you want
 3    to pull out whatever one little detail that you think
 4    is really good for you or not good for you.  I'm not
 5    just blaming you.  We -- we all do that to a degree.
 6    But yeah, I take this as a whole, along with the
 7    Collegium Ramazzini to indicate that, no -- I mean,
 8    their numbers -- as they've tried to break down
 9    B-cell lymphoma by itself, that's not a perfect
10    number.  They're giving us their best sort of range
11    on it.  We're -- we're all biologic organisms.
12              So we take -- I'm taking in this
13    information to form my opinions.  And yes, I basis
14    all of this -- I pull in the plaintiffs' information
15    into all this.  It's not important to me that -- just
16    like your issue with risks in the Eriksson or
17    McDuffie where they -- or the NAP where they've
18    actually tried break it down.  You know, that's an
19    imperfect way to do it.
20              We're looking back at pathology reports and
21    humans and they've had all these confounding
22    exposures.  And we have to assimilate it in a
23    responsible way, all of this information and apply it
24    to our individual patients.  So no, there's not one
25    place in here where I say, oh, they just fit perfect.
```

Brent Staggs, M.D.

1    I'd love it if they had a great part on just

2    follicular lymphoma.  But their -- they don't.

3    They're probably not going to.  That's not their

4    point.

5              And yes, non-Hodgkin's lymphoma is

6    discussed in the chart and in the body of the paper

7    here as well.  And -- and then their overall

8    conclusion is taken into consideration with that as

9    well, and I apply all of that information to our

10   individual clients.

11   BY MR. FORNADEL:

12        Q.    I promised you we would look at the

13   national incidents rates which we touched a bit on

14   Monday.  If you turn to page 10 and look at extended

15   data Figure 1.  The bottom left corner there, they

16   have the NHL extranodal rates.  And those appear to

17   match what we -- we discussed on Monday, where

18   they're increasing since the '70s through the 2000s

19   and then plateauing thereafter.  Is that --

20        A.    To some degree, that seems about right.

21   Yes.

22        Q.    Okay.  And even applying -- well, strike

23   that.

24              Working on the assumption that the majority

25   of B-cell lymphoma mutations are driven by extrinsic

Brent Staggs, M.D.

1    factors, that chart we just observed seems to

2    indicate that the extrinsic factors causing B-cell

3    lymphomas have also plateaued since sometime in the

4    2000s?

5              MS. GREENWALD:  Objection.  Form.

6              THE WITNESS:  That could be true.  Right.

7    Whether we -- you know, whether we've individually

8    made lifestyle changes, other things like that,

9    right.  You -- can the incidents rate to a degree --

10   there are some flaws with those as well.  I submit

11   information to my hospital to the health department

12   for incident-type papers and that's brought up a lot.

13             They're not perfect either.  But they're

14   just meant to be public health concern ballpark, but

15   -- but that's right.  So it appears that there's

16   somewhat plateauing for non-Hodgkin's lymphoma

17   specifically.

18   BY MR. FORNADEL:

19        Q.    Okay.  And just to kind of put that more

20   articulately, if exposure to a particular extrinsic

21   risk factor for NHL increased over that -- that time

22   period where the plateau existed, that would evidence

23   a lack of a relationship between that extrinsic risk

24   factor and NHL, wouldn't it?

25             MS. GREENWALD:  Objection.  Form.

Brent Staggs, M.D.

```
 1              THE WITNESS:  Well, I mean, that's -- it
 2    feels like you're trying to draw a very specific
 3    conclusion from a very general statement.  But right,
 4    if the -- I mean, that goes back to general causation
 5    methodology with Bradford Hill.  I mean, the exposure
 6    has to occur -- it's all intuitive, occur before the
 7    insult, those type of things.
 8              So right, if you had something that was
 9    definitely causing, say lymphoma in our case, and
10    everybody was -- and if people were being exposed to
11    it, exposed to it, and the rate was going up and up
12    and up and suddenly it stopped, then, yes, you would
13    begin -- you would begin to question it -- what --
14    what -- is that still part of the cause?  Is
15    something -- you know, what has changed in that
16    scenario.
17    BY MR. FORNADEL:
18       Q.    Okay.  Now, last time and -- and correct me
19    if my notes are wrong, but you indicated you relied
20    upon a number of different organizations in reaching
21    your conclusions that glyphosate was associated with
22    an increased risk of NHL.
23              The first one I had on my list was the CDC.
24    Was that one of the ones you looked at?
25              MS. GREENWALD:  Objection.  Form.
```

Brent Staggs, M.D.

```
 1              THE WITNESS:  We talked about the CDC, but
 2    I don't remember that it has anything specific about
 3    glyphosate.
 4    BY MR. FORNADEL:
 5         Q.    Okay.
 6         A.    Your question was specifically about
 7    glyphosate.  We talked about CDC, I think, for
 8    incidents rates or something like -- maybe there was
 9    something else we were talking about.  I can't
10    remember.  I don't remember off the top of my head if
11    they have anything specific on glyphosate or not.
12         Q.    Well, in fairness, I'll hand you what I'm
13    marking as Exhibit 12.
14         (Exhibit Number 12 marked for identification.)
15    BY MR. FORNADEL:
16         Q.    This is the toxicology frequently asked
17    question publication from the Agency for Toxic
18    Substances and Disease Registry.  You agree with me
19    that's part of the CDC?
20         A.    You know, I don't remember.  I've seen the
21    ATSDR before.  Oh, here it says -- on the back it
22    says, Call CDC for more information.  Yeah, perhaps
23    it is a branch.
24         Q.    Well, and -- and sure.  And we're going to
25    the top of that second page.  You can stay on the
```

Brent Staggs, M.D.

1    back there.

2              In the section title, Can glyphosate cause

3    cancer, the CDC appears to indicate that the EPA says

4    it's not likely, right?

5         A.    That's their statement.  Right.

6         Q.    Well, and does that match your

7    understanding of the conclusion EPA reached?

8         A.    I think so.  I mean, there's so many things

9    with that.  It's not clear to me if that's just food

10   residue or if that -- I think they eventually said

11   they actually looked at applicators, but their

12   initial assessment was on food residue.

13        Q.    Okay.  And -- but even when looking at

14   applicators, their ultimate conclusion was not

15   likely?

16        A.    I think that's right.  I haven't looked at

17   all the EPA conclusions in a while, but that --

18   that's summarized fairly well in the paper we

19   discussed earlier.

20        Q.    Okay.

21        A.    That would be my source of that type of

22   knowledge.

23        Q.    And in fairness, the second paragraph there

24   indicates that IARC said it was a probable --

25   probable carcinogen?

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

Brent Staggs, M.D.

1       A.    Right.

2       Q.    All right.  And it doesn't appear that CDC

3    takes a -- a position on the issue, do they?

4       A.    I haven't thought about it, but it looks

5    like this was -- right.  I don't see an opinion.

6    Looks like it's just informational.

7       Q.    And this is -- just for your edification,

8    this was dated April 2019 on the page 2 at the bottom

9    there.  So either before this time or after this

10   time, are you aware of the CDC ever concluding that

11   glyphosate-based herbicides are a risk factor for

12   NHL?

13      A.    Say that again.

14      Q.    So either before this time or after this

15   time, the time being April 2019, are you aware of any

16   evidence that CDC concluded that glyphosate-based

17   herbicides are a risk factor for NHL?

18      A.    No.  I'm not aware from -- of a statement

19   from CDC for or against that proposition.

20      (Exhibit Number 13 marked for identification.)

21   BY MR. FORNADEL:

22      Q.    I believe the second organization you

23   talked about when you were meeting on Monday was the

24   NIH; is that right?

25      A.    Yes.

Brent Staggs, M.D.

1      Q.    All right.  Mark as Exhibit 13, this is --

2  Exhibit 13, rather, is a cancer prevention overview

3  from the National Cancer Institute which is --

4  appears to be an arm of the NIH; is that right?

5      A.    That sounds right.

6      Q.    All right.  And have you seen this before

7  today?

8      A.    Well, you know, I put on my reference list

9  something similar to this, so I don't remember that I

10 have or not.  I've been over their website several

11 times, but I don't have an independent memory of

12 this.

13     Q.    Okay.  And -- got you here, if you look on

14 page 2, they set out a list of risk factors.  And

15 they set out four factors that are known to increase

16 the risk of cancer, and none of those are pesticides

17 or glyphosate, are they?

18     A.    No, sir.  They don't list that.

19     Q.    And in the second category, they set out a

20 list of factors that may affect the risk of cancer,

21 and environmental risk factors is the last one on

22 that list?

23     A.    Yes.

24     Q.    And if you turn with me to page 7.  Now,

25 these are unnumbered, so I apologize, but we are

Brent Staggs, M.D.

1    looking for the environment risk factors sections at

2    the top of page 7.

3        A.    Okay.

4        Q.    Do you see that?

5        A.    Got it.

6        Q.    All right.  Now, the last paragraph there

7    indicates that, quote, Studies have been done to see

8    if pesticides and other pollutants increase the risk

9    of cancer.  The results of those studies have been

10   unclear because other factors can change the results

11   of the studies.

12            Did I read that correctly?

13       A.    Yes.

14       Q.    And so in the NIH's words, the results of

15   these pesticides studies are unclear?

16       A.    That's their statement.

17       Q.    Okay.  And there's nothing in here

18   referencing glyphosate or Roundup at all?

19            MS. GREENWALD:  Objection.  Form.

20            THE WITNESS:  Well, I mean, I'd have to

21   read the whole thing.  I haven't seen it yet, but I

22   mean, if you can represent to me it's not in there,

23   I'll believe you.

24   BY MR. FORNADEL:

25       Q.    I will.  I will.  Now, are you aware that

Brent Staggs, M.D.

1    the NIH sponsored the agriculture health study?

2              MS. GREENWALD:  Objection.  Form.

3              THE WITNESS:  Yes.  That was my thought

4    there, whether they're referencing all studies or

5    just their own.

6    BY MR. FORNADEL:

7        Q.    Okay.  And you -- as we worked through the

8    Andreotti 2018 article on Monday, is it your -- match

9    your recollection that that study found no

10   relationship between glyphosate and NHL?

11       A.    Correct.

12       Q.    All right.  The third organization you

13   mentioned on Monday would be the American Cancer

14   Society?

15       A.    I think that was a place we got a list of

16   risk factors, or one of the places.

17       Q.    Sure.  Hand you Exhibit 14.

18       (Exhibit Number 14 marked for identification.)

19   BY MR. FORNADEL:

20       Q.    This is a printout from the American Cancer

21   Society website.  It is titled non-Hodgkin's lymphoma

22   risk factors.  Are you with me there?

23       A.    Yes, sir.

24       Q.    And if you flip with me to the last page,

25   it indicates that this was -- the last medical review

Brent Staggs, M.D.

```
 1    was August 1st, 2018, and last revised August 1st,

 2    2018.

 3              Do you see that?

 4         A.   Yes, sir.

 5         Q.   And I'll represent to you this is

 6    the -- this is the most recent list of risk factors I

 7    could find on their website.  Now, given the dates

 8    that we just looked at, those were August -- the

 9    dates being August 2018, that was after you -- you

10    formed your opinions in this litigation?

11              MS. GREENWALD:  Objection.  Form.

12              THE WITNESS:  Well, not for these cases.

13    But right, I had talked about general causation by

14    then.  Right.

15    BY MR. FORNADEL:

16         Q.   The broad opinions that -- that Roundup is

17    associated with NHL?

18         A.   Yes.

19         Q.   Okay.  Now, if you look at page 2, and we

20    are looking at the exposure to certain chemicals and

21    drug section, do you see that?

22         A.   Yes.

23         Q.   And the first sentence there -- rather, the

24    first paragraph there reads, Some studies have

25    suggested the chemicals such as benzene and certain
```

Brent Staggs, M.D.

```
 1   herbicides and insecticides, weed and insect-killing

 2   substances, may be linked to an increased risk of

 3   NHL.  Research to clarify these possible links is

 4   still in progress.

 5             Did I read that correctly?

 6        A.   Yes, sir.

 7        Q.   And so the ACS's conclusion as of

 8   August 2018, at least, is that the link between those

 9   substances and NHL is still uncertain at this time?

10             MS. GREENWALD:  Objection.  Form.

11             THE WITNESS:  They didn't say that.  They

12   say studies suggested a link --

13   BY MR. FORNADEL:

14        Q.   Okay.

15        A.   -- and research to clarify is in progress.

16   So I don't know what clarify means.

17        Q.   Fair.  They certainly don't say it's

18   causal, do they?

19             MS. GREENWALD:  Objection.  Form.

20             THE WITNESS:  I think that's why they have

21   it listed here.  This is all a list of

22   things -- well, let's say it this way:  These are all

23   a list of risk factors.  So as we've mentioned,

24   associations did not -- the numbers, and when you

25   plug then into an epidemiologic paper, do not
```

Brent Staggs, M.D.

```
 1   establish them as a cause.  But I take this as a

 2   paper that's trying to list some things that you

 3   should consider as potentially causing your

 4   non-Hodgkin's lymphoma, if you have it.  This would

 5   be a paper for -- geared towards patients.

 6   BY MR. FORNADEL:

 7       Q.    Let me put it this way:  Are you aware of

 8   any statements by the ACS reaching the conclusion

 9   that you have that Roundup is a cause of NHL?

10       A.    They don't use the word cause there, but

11   you know, to me that's the implication by what they

12   have here is they're saying, you know, certain

13   infections weaken the immune system, radiation

14   exposure, autoimmune diseases.  Sure.  They list age

15   and gender and we've talked about that, and the

16   first-degree relatives.  Right.

17             In my opinion, that those are not causal.

18   Those are just associations that have been made.  But

19   when you have chemicals and basically -- I mean, I

20   think you don't list them unless you intend for

21   people to not -- avoid them in context of this

22   disease.

23       Q.    Okay.

24   (Exhibit Number 15 marked for identification.)

25             MR. FORNADEL:  So I'll mark as Exhibit 15,
```

Brent Staggs, M.D.

1    this is another printout from the ACS titled, Can

2    non-Hodgkin lymphoma be prevented.

3    BY MR. FORNADEL:

4         Q.    I think this may be driving at what you

5    were just discussing.  Again, just for your

6    edification, if you flip over to page 2, indicates

7    that the last medical review was August 1st, 2018,

8    and similarly last revised, August 1st, 2018.

9         A.    Right.

10        Q.    Now, the first -- first two sentences here,

11   can you read those for me?

12        A.    There's no sure way to prevent

13   non-Hodgkin's lymphoma.  Most people with NHL have no

14   risk factors.  Then it gives a website link there.

15   No risk factors -- let's see, that can be changed.

16   So there's no way to protect against these lymphomas.

17   But there are some things that you can do that might

18   lower your risk for NHL, such as limiting your risk

19   of certain infections and doing what you can to do --

20   or what you can to maintain a healthy immune system.

21        Q.    Okay.  Thank you.  So according to the ACS,

22   most people with NHL have no risk factors that can be

23   changed; is that right?

24        A.    That is their statement.  Right.

25        Q.    Okay.  And so in that regard, would you

Brent Staggs, M.D.

1    agree that the ACS and -- well, strike that.

2              Given that statement, the ACS appears to

3    disagree with your theory that extrinsic risk factors

4    are the driving force behind any given case of NHL?

5              MS. GREENWALD:  Objection.  Form.

6              THE WITNESS:  No.  I mean, I wouldn't take

7    it that way.  I understand that's their statement.  I

8    see how you might view it that way.  But again, this

9    is a paper, again, geared toward patients.  So they

10   phrase things in a very simplistic manner.

11             So it doesn't appear to me that they are

12   trying to even, you know, get into the discussion

13   that we're having on extrinsic versus intrinsic risk.

14   They are discussing associations like age and gender.

15   Unfortunately, there's nothing you can do about your

16   age.  So if you somehow believe that itself is

17   causal, then nothing you can do about that.  Nothing

18   you can do about your family history.  We've already

19   talked about the fact that there's a difference

20   between a risk factor and an actual cause.

21             So and that's what they -- that's how

22   they're phrasing it here.  I don't think they're

23   trying to be cute or tricky about that.  No.  I don't

24   take this to be some absolute contraindication to

25   what I'm talking about.

Brent Staggs, M.D.

```
 1   BY MR. FORNADEL:

 2        Q.    Earlier when we were discussing the first

 3   printout from the ACS, you told me that -- and

 4   correct me if I'm wrong, the reason ACS listed

 5   pesticides and herbicides in the risk factor printout

 6   was because that was something to avoid in order to

 7   reduce your risk of NHL; is that right?

 8             MS. GREENWALD:  Objection.  Form.

 9             THE WITNESS:  Right.  That's how I would

10   take it.  Sure.

11   BY MR. FORNADEL:

12        Q.    Okay.

13        A.    And anatomic bombs, and all those things.

14   Right.

15        Q.    Sure.  And in the printout expressly

16   addressing what patients can do to prevent NHL, is

17   there any mention of glyphosate or Roundup?

18        A.    No.

19        Q.    Okay.  Is there any mention of pesticides

20   or herbicides at all?

21        A.    In this piece?

22        Q.    In this one page.  I'll give you a chance

23   to review it.

24        A.    Certainly we read the part where they said,

25   almost in contradiction, they say there are some
```

Brent Staggs, M.D.

```
 1   things you can do to lower your risk.

 2        Q.    Who do they list after that?

 3        A.    Limiting your risk of certain infections

 4   and doing what you can to maintain a healthy immune

 5   system.

 6        Q.    Okay.  And neither of those related to

 7   glyphosate or Roundup?

 8              MS. GREENWALD:  Objection.  Form.

 9              THE WITNESS:  Well, they don't mention

10   those by name.  Obviously, I think the conclusion

11   would be clear if you think that glyphosate is

12   causing lymphoma, then that's no longer a healthy

13   immune system.  It's hard to -- so I mean you could

14   insinuate it in that way.

15              But no, they don't list out -- they don't

16   even list out all the things they identified as risk

17   factors over here.  I mean, radiation and things like

18   that, they don't say avoid radiation.  They just say

19   maintain a healthy immune system.

20              MR. FORNADEL:  I think we are up to Exhibit

21   16.

22        (Exhibit Number 16 marked for identification.)

23   BY MR. FORNADEL:

24        Q.    The last organization you mentioned to me

25   on Monday was the World Health Organization, and --
```

Brent Staggs, M.D.

1       A.    Good looking color copy there.

2       Q.    Did my best.  And not that I wanted to

3   carry around 600 pages times three worth of these

4   exhibits, I -- I've given you excerpts from the 2017

5   classification of tumors and hematopoietic and

6   lymphoid tissues.

7             Now, I looked after we talked on Monday and

8   you said there might be something more recent.  This

9   2017 classification was the -- the most recent one I

10  could find.  And now, if you're aware of anything

11  more recent, please let me know.

12      A.    No.  I looked too because you said that.  I

13  think it's one of those like with the Nature.  I

14  think maybe it's 2017 but it maybe came out or maybe

15  I didn't get it until '18, or wasn't available in

16  print or something like that, so.

17      Q.    Okay.  And you agree -- would you agree

18  with me that you relied on this in forming your

19  opinions as well?

20      A.    Well, depending on what opinion, certainly

21  I read this book.  The -- the issue with this

22  particular book is that this is not a position

23  statement of IARC or World Health.  This is a book

24  assimilated by World Health and they allow authors to

25  interject and write the different chapters.  There's

Brent Staggs, M.D.

 1   an overall editor, but even that person is not always

 2   associated with World Health.  So World Health is

 3   trying to put together a book series, but the

 4   philosophy and the opinions that they hold may not

 5   necessarily be reflected in these individual

 6   chapters.

 7        Q.    Okay.  And speaking of the individual

 8   editors, those are all listed there on the -- what's

 9   -- the third page of this document.  I -- do you have

10   any --

11        A.    They're on the front, I think.

12        Q.    And that too.  Any criticism of their

13   qualifications or their bias in -- in publishing this

14   classification?

15             MS. GREENWALD:  Objection.  Form.

16             THE WITNESS:  You know, I haven't thought

17   about that for this one.  For the -- for the book

18   that has lung and pleural tumors, there's -- there's

19   lots of bias.  It's totally disagreeable.

20             But for this particular chapter, I know

21   Dr. Jaffe just a little bit and Dr. Harris, Swerdlow

22   is at Vanderbilt.  The others I don't know at all.

23   So I just know them superficially.  I'm not -- I'm

24   not sure on bias one way or the other.

25   BY MR. FORNADEL:

Brent Staggs, M.D.

 1      Q.    Okay.  Now, when I reviewed this, the

 2   entirety of the document, which in fairness I did not

 3   give to you but I -- if you've taken a look before,

 4   is there any reference to Roundup or glyphosate in

 5   this entire classification?

 6      A.    Those words don't appear.  But as you

 7   already know, I mean, both in the general section and

 8   specifically in the follicular lymphoma section, they

 9   talk about exposure to pesticides and herbicides as

10   being carcinogenic and causative of these diseases.

11      Q.    So we'll -- we'll get there.  So I did a

12   search for either the words "pesticide" or

13   "herbicide".  Every time those words come up is -- is

14   reflected in the reference -- the excerpts I've given

15   to you so.

16            So if we can turn page 113 under the

17   myelodysplastic syndrome with excess blasts section,

18   and then if you look at the etiology subsection

19   underneath that, it indicates that exposure to

20   environmental toxins, including pesticides and other

21   things, may increase risk.

22            Do you see that?

23      A.    Yes, sir.

Brent Staggs, M.D.

 8    BY MR. FORNADEL:

 9         Q.    Okay.

14         Q.    Well, and so we -- we can go to the

15    lymphoid neoplasm page now.  That starts on 190.  And

16    I've given you the whole section, just for

17    completeness.

18              But if you go to page 198, that is where

19    they have the etiology subsection for just lymphoid

20    neoplasms in general.  And the very last paragraph in

21    that section indicates that epidemiological studies

22    have implicated herbicide and pesticide use in the

23    development of follicular lymphoma and DLBCL; is that

24    right?

25         A.    Right.

Brent Staggs, M.D.

```
 1        Q.    And then it refers to references 787 and
 2   1566.  Did you look at these in forming your opinions
 3   in this case?
 4        A.    Oh, I did.  I pulled them back, you know,
 5   in 2018.  One is the InterLymph.  I remember that.
 6   And the other one might be that 14;18 paper.  I'd
 7   have to look.  I haven't specifically remembered --
 8   or tried to remember which ones those were in a
 9   little while.
10        Q.    Sure.  And I've actually included the
11   reference list, if you want the flip to that.  787 is
12   on page 516, kind of in the middle bottom of 516.
13        A.    Yes, sir.
14        Q.    And you see Colt 2006, that's a residential
15   insecticide use study.  So that's not related to --
16   to Roundup, fair?
17        A.    That's right.
18        Q.    And the other reference was 1566, which is
19   on page 529 a little over half-way down the left-hand
20   column, the Hartge 2005 paper?
21        A.    Yes.
22        Q.    And do you have any memory of whether or
23   not glyphosate or Roundup is mentioned in this
24   article at all?
25        A.    I don't remember for sure if it is or not.
```

Brent Staggs, M.D.

```
 1        Q.    Okay.

 2        (Exhibit Number 17 marked for identification.)

 3   BY MR. FORNADEL:

 4        Q.    We'll mark as Exhibit 17, I believe we're

 5   up to, a copy of that article.  If you could just

 6   take a look there and confirm for me that neither

 7   Roundup or glyphosate is mentioned in that article,

 8   I'd appreciate it.

 9        A.    I don't see it, just trying to scan over

10   here.

11        Q.    Sure.  I mean, I'll -- I'll represent that

12   I couldn't find anything in there, but I just wanted

13   to give you a chance to review it as well.

14        A.    Yeah.  Sure.  Well, the paper speaks for

15   itself.  I mean, if it's in here, it is, but I'm not

16   seeing it right now either.

17        Q.    Okay.  So based on what we've seen in the

18   lymphoid neoplasm section and the related reference,

19   there is no indication of any association between

20   glyphosate and NHL?

21             MS. GREENWALD:  Objection.  Form.

22             THE WITNESS:  It's just not mentioned.

23   Right.  Yeah.  They're talking about herbicides and

24   pesticides, but they don't -- the references don't

25   specifically mention glyphosate.
```

Brent Staggs, M.D.

```
 1   BY MR. FORNADEL:

 2       Q.   Sure.  And nor do the references support an

 3   association between glyphosate and NHL, do they?

 4       A.   Well, to the extent that they support

 5   herbicides, then globally herb -- Roundup is maybe

 6   the very most common herbicide.  But no, I don't see

 7   it mentioned specifically.  So I mean, but it is a

 8   herbicide.  Sort of like, you know, follicular

 9   lymphoma is a non-Hodgkin's lymphoma.

10            So when you have general statements, you

11   have to say, well, it may be in there.  But if there

12   is more specific data, then we don't have it.

13   BY MR. FORNADEL:

14       Q.   Well, and that's why I wanted to give you

15   the references because I didn't want you to think I

16   was hiding something in the references.  But the

17   references supporting that statement don't include

18   any data that would establish a relationship between

19   the two, do they?

20       A.   Well, again, it is a pesticide -- or a

21   herbicide and -- which is also a pesticide.  But I

22   don't see it listed specifically.  No.  So

23   I -- right.

24       Q.   All right.  Going back to the WHO

25   classifications on -- starting on 266 is the
```

Brent Staggs, M.D.

```
 1   follicular lymphoma section.  And if you go to the

 2   etiology sections on that first page there, at the

 3   very bottom, they mention that agricultural exposure

 4   to pesticides and herbicides has been associated with

 5   an increased risk.

 6           Then they provide three different

 7   references.  And similarly, they make another

 8   reference to Reference Number 33 in the etiology

 9   section.  Do you have any memory of -- of reviewing

10   these resources?

11       A.   Oh, I know that I pulled all these.  Right.

12   I think one of them is going to be the paper that we

13   have in my list with the increased number in 14;18.

14   I mean, that's what they're saying in their etiology,

15   but that 33 is not that -- well, it may be that

16   paper.  Get my list again.  Is that the -- one of the

17   ones I updated my list with?

18       Q.   I'll represent to you that none of these

19   three are on either of your reliance lists.  It's --

20   Reference Number 33 is Agopian 2009, which is

21   A-G-O-P-I-A-N.

22       A.   Okay.

23       Q.   1257 is Fritschi 2005, F-R-I-T-S-C-H-I.

24   And 3678 is Silver 2015.

25       A.   Okay.
```

Brent Staggs, M.D.

```
1        Q.    Now, I'll represent to you, and I have

2   copies if you want to review them, but for Agopian

3   2019 and Silver 2015, there's no mention of

4   glyphosate or Roundup that I could find in those

5   articles.  Do you have any reason to -- to not

6   believe that?

7               MS. GREENWALD:  Objection.  Form.

8               THE WITNESS:  I don't.  Yeah.  If it's in

9   there then -- then it's there.  Yeah.  The -- the

10  papers speak for themselves.  It's not going to

11  appear just because I try to look real hard.

12  BY MR. FORNADEL:

13       Q.    And in fairness, in the -- the middle one

14  there, Fritschi 2005, they -- they do mention

15  glyphosate, but they -- they lump it in in an

16  analysis of other herbicides, and there's no

17  glyphosate-specific analysis.  And again, I've got

18  the article if you've you'd like to review it, but do

19  you have any reason to -- to disbelieve that?

20       A.    No, sir.

21       Q.    So given the references in the follicular

22  lymphoma section, nothing -- nothing in

23  those -- nothing in those references establishes an

24  association between glyphosate and the NHL, does it?

25       A.    It's similar answer to before.  I mean, you
```

Brent Staggs, M.D.

1  can -- you know, you can lump herbicides in NHL and

2  then say, well, I've got glyphosate in a patient with

3  follicular lymphoma.  There's nothing specific.

4  Well, those things fall into those categories.  So

5  it's a -- it begins to be a general association at

6  that point.  But yes, you need to have some more

7  specific detail to establish a true causal

8  relationship.

9      Q.    Well, in fairness, this litigation isn't

10  about herbicides and NHL.  It's about glyphosate and

11  NHL.  And what I just wanted to pin down is, nothing

12  in these references cited in the follicular lymphoma

13  section, which you indicated you relied on, upon

14  establishes such relationship?

15          MS. GREENWALD:  Objection.  Form.

16          THE WITNESS:  Right.  They appear to have

17  general discussion on the general topics.  Right.  So

18  it's going toward an association, but it's not -- I

19  mean, it can be useful in that assessment.  But it is

20  not as specific as you would want as all -- a lot of

21  the information IARC has referenced.

22  BY MR. FORNADEL:

23      Q.    Now, I'll also represent to you and -- and

24  if you can feel free at a break, I can send you an

25  electronic copy if it would be easier, but the

Brent Staggs, M.D.

```
 1   diffuse large B-cell sections and the -- the marginal

 2   zone -- different marginal zone sections make no

 3   reference to pesticides or herbicides.  Do you have

 4   any reason to -- to not believe that?

 5            MS. GREENWALD:  Objection.  Form.

 6            THE WITNESS:  No.  I don't have it

 7   memorized.  But right, if it's in there, it's not

 8   going to --

 9   BY MR. FORNADEL:

10       Q.    Okay.

11       A.    It will speak for itself.

12       Q.    And so now, given what we've just run

13   through of the organizations you relied upon in

14   forming your opinions here in this litigation,

15   besides IARC, no other national or international

16   organization concluded that glyphosate causes NHL,

17   did they?

18            MS. GREENWALD:  Objection.  Form.

19            THE WITNESS:  Oh, I don't claim to have an

20   exhaustive knowledge of all organizations.  I guess

21   that was your word.  But so, I don't -- I don't

22   remember one.  They -- a lot of them have done

23   different evaluations, but there could be some

24   others.  State of California, you know, has that in

25   their regulations at this point, I think.  But I've
```

Brent Staggs, M.D.

 1    not tried to make an exhaustive study of all

 2    regulatory agencies on the earth.

 3    BY MR. FORNADEL:

 4        Q.    Oh, and I guess, I -- that's not what I was

 5    asking.  You directed me towards four organizations

 6    on Monday.  When I looked at the -- the resources

 7    published by those organizations, setting aside IARC,

 8    none of them indicated that there was a relationship

 9    between glyphosate and NHL, right?

10            MS. GREENWALD:  Objection.  Form.

11            THE WITNESS:  Well, you know, my testimony

12    is -- I'll have to read it back over.  But no, I

13    don't remember the discussion like that at all.  When

14    you say representing, like I told you that CDC and

15    ATSDR were all going to have topics about glyphosate

16    and non-Hodgkin's lymphoma, I don't remember saying

17    that at all.

18            I think I -- I think we were discussing the

19    organizations in -- on different issues.  I've talked

20    about this book many times because it is the book

21    that I think most pathologists use for kind of

22    diagnostic criteria.  And it happens to mention, as

23    we pointed out frequently, pesticides and

24    non-Hodgkin's lymphoma, specifically follicular

25    lymphoma.  But I'd have to look -- that's not my

Brent Staggs, M.D.

```
 1    memory of my testimony, that I in any way insinuated

 2    I knew that CDC and NIH had mentioned glyphosate.

 3    BY MR. FORNADEL:

 4         Q.    Oh, and I think you might be

 5    misinterpreting my question.  I'm not insinuating

 6    that you did.

 7         A.    Okay.

 8         Q.    I -- my notes from Monday indicate that you

 9    directed me towards -- to be clear, CDC, NIH, ACS,

10    and WHO as organizations that you relied upon and

11    that published risk factors regarding NHL; is that

12    fair?

13              MS. GREENWALD:  Objection.  I think you're

14    mischaracterizing the testimony as well, just like

15    the witness has said.  But you go ahead and ask --

16              MR. FORNADEL:  Well, I'm letting me

17    clarify.

18              MS. GREENWALD:  Well, he has.  You've asked

19    and he's answered it.

20              THE WITNESS:  Yeah.  You know, I don't -- I

21    certainly don't remember listing them out.  Yes.  I

22    absolutely remember talking about World Health and

23    IARC and -- and at some point CDC and NIH.  But I

24    think NIH was mostly in the context of their

25    statements about only, you know, 5 percent or so of
```

Brent Staggs, M.D.

 1   cancers are related to genetic factors.

 2          And then I do remember CDC, but I don't

 3   remember actually what the context was on that.  So

 4   I -- I think I know what you mean.  Right.  I've

 5   mentioned those organizations, but it still sounds

 6   like you're trying to say, hey, the organizations I

 7   said were going to back me up didn't.  It was on

 8   different -- multiple different topics, I think, that

 9   all those organizations came up.

10   BY MR. FORNADEL:

11      Q.    Fair enough.  Setting that aside, are you

12   aware of any statements from any of these four

13   organizations indicating that glyphosate causes NHL?

14      A.    Well, I'm not aware that any of those

15   organizations are necessarily charged with trying to

16   make those statements.  But having said that, I don't

17   remember specific glyphosate statements from any of

18   those.  They're all -- they're all huge organizations

19   with massive publications.  I don't claim to have

20   exhaustive knowledge of any of them.

21          And the one angle would be that IARC is the

22   research arm of World Health, so to that extent, yes,

23   they're aligned in that opinion.  But as I mentioned,

24   the individual chapters in this diagnostic book are

25   farmed out to be written by whoever they deem.  They

Brent Staggs, M.D.

1   don't try to dictate what they say in their chapters

2   as a policy matter.

3       Q.   Okay.  So I looked back on my notes and I

4   didn't see that I had asked you this specific

5   question.  Now, you explained several times that the

6   analysis looking at the relationship between

7   glyphosate-based herbicides and particular NHL

8   subtypes are, while not unimportant, are less

9   relevant than the relationship between

10  glyphosate-based herbicides and NHL overall.

11           Is that a fair way to describe your

12  opinion?

13           MS. GREENWALD:  Objection.  Form.

14           THE WITNESS:  I think that's okay.

15  BY MR. FORNADEL:

16      Q.   Okay.  So then what I wanted to pin down

17  is, at trial, are you going to offer a -- a

18  quantification of the risk of NHL associated with

19  glyphosate-based herbicide exposure?

20           MS. GREENWALD:  Objection.  Form.

21           THE WITNESS:  You mean like I'm going to

22  say it's definitely a relative risk of two or three

23  or something like that?  No.  As you can see from the

24  literature, the -- again, a perfect example, we're

25  all biologic organisms.  Epidemiology is an imperfect

Brent Staggs, M.D.

1    way to try to analyze these things.  And they all

2    come up with varying degrees of relative risk, some

3    more or less statistically significant.

4              So no, I'm not going to come to trial and

5    say there's definitely doubling of the risk or this

6    or that.  But you know, the literature is -- I mean,

7    it speaks for itself to a degree.  We can show the

8    jury and say look, this one says a doubling, this one

9    doesn't, this one is a meta-analysis.  It's kind of

10   described generally.  Again, that also sounds like

11   it's deep into general causation, which -- which I'm

12   not, you know, prepared to talk about with the jury

13   either.

14             But to the extent that there -- I do

15   believe there is a risk based on all of the available

16   evidence that I've seen, you know, we talk about just

17   in those general terms.  But no, I'm not going to

18   arrive with a definite number.  I don't think we know

19   one.

20   BY MR. FORNADEL:

21        Q.   Okay.  Even if we don't know a definite

22   number, are -- are you going to be offering an

23   opinion as to a particular range of values that --

24   that might describe the relationship between the two?

25             MS. GREENWALD:  Objection.  Form.  Asked

Brent Staggs, M.D.

 1    and answered.

 2              THE WITNESS:  Not exactly.  That sounds

 3    more like a risk assessor.  There are guys who do

 4    that.  You know, it's a bit like a meta-analysis.  I

 5    don't conduct those either, where they try to pool

 6    together information -- information to get the -- you

 7    know, try to nail down a little bit better number.

 8              I -- if I even did that, I would just have

 9    some of the literature that's there.  I'm not trying

10    to reanalyze the literature or make my own

11    meta-analysis.  IARC did that and found a positive

12    association.  So I would just mention those things

13    like that.  This group looked at it and they found

14    this.  This group looked at it and they found this.

15    You know, agricultural health, they found -- they

16    found what they did.

17              And but again, that's more general

18    causation.  I'm more focused in on each individual

19    patient.  And we've looked at many now and, you know,

20    their risk factors and how that played in.  I've

21    already just -- pulling over and accepting the

22    general causation piece of that.  I don't plan to

23    retread that at trial.

24    BY MR. FORNADEL:

25         Q.   Okay.  So even given the findings of

Brent Staggs, M.D.

```
1   agricultural health study, in particular, not

2   being -- not finding a relationship between the two,

3   you won't be offering opinion -- an opinion comparing

4   that to other studies necessarily?

5           MS. GREENWALD:  Objection.  Form.

6           THE WITNESS:  That sounds a little outside

7   my scope.  I mean, I could -- I could easily say --

8   not easily.  I'm not an epidemiologist, but we talked

9   about the Zhang study pulled information from highest

10  exposure categories in the AHS.  And they found, you

11  know, with that meta-analysis that -- a positive

12  association.  Those would be the kind of general

13  statements that I might -- might make.

14          But again, that is sort of cross the line

15  into general causation, I think.  But I have to cross

16  the line a little bit.  I understand that.  I mean, I

17  have to -- I'm not going to testify about something

18  that I don't believe in as far as the general

19  causation piece.  I'm just not going to come to the

20  jury and dive into all those details to try to prove

21  that up.

22  BY MR. FORNADEL:

23      Q.   All right.  Would you agree with me that

24  most NHL subtypes do not have well-defined risk

25  factors?
```

1       A.    I've -- well, we've looked at a lot of risk

2   factor organizations here, and they are not subtyping

3   the different risk factors, not giving different risk

4   factors for different subtypes.

5           So I guess the World Health book does that

6   to a degree, as you saw.  I mean, generally

7   pesticides were, herbicides were general a risk

8   factor in the first section, and then also

9   specifically for follicular lymphoma.  And you know,

10  we discussed that they -- you know, they clearly are

11  for diffuse large B-cell, whether it's mentioned in

12  the individual chapter in -- in the WHO.

13          Again, the individual authors have to

14  decide what they want to put in there.  IARC doesn't

15  dictate through World Health what goes in a book like

16  this versus their position statements that they

17  issue, their monographs, things like that.

18      Q.    So I guess my -- a better way to frame the

19  questions would be -- and we -- we touched on this a

20  bit Monday.  For example, H. pylori is a well defined

21  risk factors for MALT, fair?

22          MS. GREENWALD:  Objection.  Form.

23          THE WITNESS:  Yes.

24  BY MR. FORNADEL:

25      Q.    Okay.  And HLTV is a well-defined risk

Brent Staggs, M.D.

```
 1   factors for adult T-cell lymphoma, right?

 2        A.    Right.  Not only a risk factor, but a

 3   cause, right, both of them.

 4        Q.    Okay.  But for the most part, most NHL

 5   subtypes do not have particularly well-defined

 6   causative agents like those examples?

 7             MS. GREENWALD:  Objection.  Form.

 8             THE WITNESS:  Well, we have some.  But

 9   again, that's -- I think the -- I'm not sure if this

10   is what you're getting to or not.  That's part of the

11   issue with needing to look at NHL overall, versus

12   because it has very similar -- and again B-cell

13   lymphomas make up, oh, I don't know, 95-plus percent

14   of NHL.  We talked about their T-cell lymphoma,

15   NK-lymphoma, but a variety of others that are kind of

16   a little bit outside our scope, even though they're

17   turned NHL heading.  We don't have any patients with

18   those diseases.

19             But largely made up of B-cell lymphomas,

20   which largely have very similar genetic signatures,

21   and apparently, can be caused by similar things.  So

22   again, you're talking about individual risk factors

23   for individual subtypes.  I -- I don't see that very

24   much at all.  I don't think I've ever seen a paper

25   trying to break that down.
```

Brent Staggs, M.D.

```
 1   BY MR. FORNADEL:

 2       Q.    And that's all I was driving at, is just

 3   that -- and I wanted to confirm that you hadn't seen

 4   anything more definitive than I had, which there

 5   didn't seem to be much in the way for specific

 6   subtype risk factors.

 7       A.    That's right.  And I think that's for the

 8   reasons we've discussed.  It's very hard to subtype

 9   them confidently because they change and morph from

10   one subtype to the other.

11       Q.    And would you also agree with me the

12   different environmental risk factors have different

13   impacts on different types of cancers?

14       A.    Sure.  Some environmental risk factors

15   don't cause -- risk -- risk factors don't typically

16   cause all types of cancers.  They're typically

17   somewhat limited in their scope.  Cigarette smoking

18   causes almost everything, but there's some things it

19   doesn't cause, I'm sure, but.

20       Q.    Okay.

21       A.    So yeah.  Right.  And some -- some

22   carcinogens are stronger than others.  So both of

23   those things apply.  So some carcinogens are not

24   causing a wide variety of cancers, and some are

25   stronger than others.
```

Brent Staggs, M.D.

 1      Q.   All right.  And taking another step back,

 2  fair to say we don't know what causes most cases of

 3  NHL?

 4           MS. GREENWALD:  Objection.  Form.  Asked

 5  and answered.

 6           THE WITNESS:  Well, I guess to -- in what

 7  context?

 8  BY MR. FORNADEL:

 9      Q.   And let me put it this way, because -- and

10  I understand and I don't want to go back and

11  relitigate the extrinsic/intrinsic.  What I'm driving

12  at, though, is even accepting a -- attributing

13  95 percent of mutations to extrinsic risk factors, we

14  still, in most cases of NHL, don't know exactly what

15  caused that given type of NHL?

16           MS. GREENWALD:  Objection.  Form.  Asked

17  and answered.

18           THE WITNESS:  Well, no.  Not exactly.  So

19  the -- again, so this goes back a little bit to just

20  the basics of medicine.  I get what the cancer

21  society says about that, and that's been -- that's a

22  general statement that's -- that's talked about in a

23  lot of cancers, other than just some that are just

24  totally linked, you know.  Asbestos and mesothelioma,

25  smoking and lung cancer, that are just so tightly

Brent Staggs, M.D.

1    linked you can't get around it.

2            So yeah.  I don't want retread the ground

3    about whether it's spontaneous, intrinsic, extrinsic.

4    But the issue is, we don't do a causation assessment

5    on most types of cancer in a clinical setting.  It's

6    only in a research setting or in a litigation setting

7    because we're worried about treating that -- they've

8    been exposed.

9            There's a latency period in essentially

10   every cancer.  So now years ago they've been exposed

11   to something that's caused the cancer and now we're

12   worried about treating them.

13           So it is a bit misleading to say we just

14   don't know what causes lots of cancers.  Well, we

15   very seldom ask the question in a given patient at

16   the time they present with that cancer, and that's

17   what that statement means, is that, you know, you may

18   not -- you're exposed to something years ago that has

19   caused it.

20           Now, and then they go on to say the

21   opposite, which is, but if you -- here's a bunch of

22   causes, a bunch of risk factors or associations.  So

23   if -- once you say that they could be causal, then

24   you have to look at that as an informed scientist or

25   medical doctor and say, well, here's your world of

Brent Staggs, M.D.

```
 1   exposures that we know are causes -- can be causes.

 2   And then we have to decide are they really

 3   significant in that individual context.

 4          And we've talked about all that.  So it's

 5   not as -- I wish -- I know you get tired of me not

 6   having a yes-and-no answer, but it's not that simple.

 7   And that I think dogma gets thrown around.  Oh, we

 8   just don't know what's causing these cancers.  Well,

 9   in large part we don't ask the question.  But we --

10   you know, we have research that shows, well, these

11   things cause this type of cancer, like glyphosate is

12   causing this.

13          But as you mentioned, patients walk in and

14   they've got -- oh, gosh, you've got lymphoma.  Let's

15   get you treated and get, you know -- and all these

16   things.  And the question never gets -- so that

17   patient could have been a farmer for 40 years and

18   nobody's ever asked the question.  And that happens

19   in a -- you know, they don't ask it about diesel

20   exhaust or asbestos or whatever.

21          The only thing doctors tend to ask about is

22   alcohol and smoking, it seems like.  So that's just

23   the nature of the way that most doctors practice

24   medicine.  That doesn't mean that if given an actual

25   causal assessment by an informed scientist we
```

Brent Staggs, M.D.

1    couldn't identify a cause.

2    BY MR. FORNADEL:

3        Q.    Fair enough.  Would you expect doctors that

4    are aware of modifiable risk factors in their NHL

5    patients to recommend that their patients, in fact,

6    modify those -- their exposures to those risk

7    factors?

8        A.    Well, we talked about some of the reasons

9    why some of the farmers may not be able to modify

10   their exposure to Roundup at this point.  But yes and

11   no.  I mean, certainly if there's something -- you

12   know, we ask them to stop smoking.  Well, that's why,

13   because it -- you know, it can cause cancers.  Even

14   if you get a cancer, it can cause more.

15           So to a degree, you hope that the treating

16   oncologist would, you know, advise patients on risk

17   factors that they know about.  But I just know from

18   the general practice of medicine that that doesn't

19   always happen, again, for the reasons I've already

20   explained.  The exposures often happened years

21   before.

22           You know, so you had radiation treatment,

23   you know, for some other cancer years before.  We

24   can't do anything about it now.  No need to expend

25   energy deciding, you know, well, that's what caused

1    this cancer now.  We've got to treat this cancer

2    surgically, medically, whatever we've got to do,

3    whatever the case was.

4              You know, I understand what you're saying.

5    If it's modifiable, they should change it.  But you

6    know, in the setting of treating cancer, that just

7    doesn't always occur in my experience.

8              MR. FORNADEL:  All right.  If we can go off

9    the record, I'll clean up my notes here and should be

10   close to done.

11             THE VIDEOGRAPHER:  Going off the record.

12   The time is approximately 7:30 p.m.

13                  (A short break was had.)

14             THE VIDEOGRAPHER:  We are back on the

15   record.  The time is approximately 7:42 p.m.

16   BY MR. FORNADEL:

17      Q.   Dr. Staggs, just one further topic in

18   regards to Mr. Dickey that I wanted to follow up on,

19   and should have followed on.

20             You made a comment when we were discussing

21   the Wu 2016 article, to the effect of, that's not the

22   end of the story, implying that they were further

23   developments in the literature.  I just wanted to --

24   to figure out what you meant by that.

25      A.   Oh, sure.  Well, I have -- I've referenced

Brent Staggs, M.D.

 1   it.  It's not -- I don't know that it's the

 2   literature, it's just the -- the state of knowledge

 3   about carcinogenesis.  It's much more complex than

 4   just thinking of it as mutations and, you know, as

 5   though they are the only thing -- while it is sort of

 6   the sentinel event, I would say, that leads to

 7   cancer, what -- what you have to realize is there's

 8   lots of other initiating, typically, events that

 9   occur that are not mutations that definitely have to

10   happen to lead to cancer.

11           So Wu, based on my reading, is using,

12   again, mathematical assumptions about how often

13   random mutations, spontaneous mutations, occur.  And

14   he's given some -- he's got some mutational

15   signatures that he uses to try to decide internal

16   versus external.  And then just uses multiplication

17   to say well, which one are more common, right,

18   extrinsic or intrinsic, based on his calculation.

19           But there's a lot of other events.  And

20   it's almost too complex to sort of sit and describe

21   all in one sitting, especially, you know, this

22   context where -- so initiation of cancer is very

23   complicated.

24           So there's -- you know, a carcinogen like

25   glyphosate might affect multiple things, not just

Brent Staggs, M.D.

```
 1   causing mutations.  That's the genotoxicity piece.
 2   There's the oxidative stress piece.  And there may be
 3   lots of other pieces to that and other cancers,
 4   carcinogens, cause that.  And certainly multiple
 5   carcinogens can play on each other.  Maybe that's why
 6   multiple pesticides or maybe -- may be worse than one
 7   by itself.  I'm not going to testify to that effect,
 8   but you asked the question.
 9              So I talked about it a little bit.  So
10   there's got to be the proper environment for
11   mutations to even occur.  Sometimes a carcinogen can
12   inhibit the ability to repair mutations, or a
13   carcinogen may bind to a receptor site on a cell that
14   causes increased cellular turnover.  So if you have
15   increased cellular turnover, you may have more
16   mutations that seem spontaneous.  But are they really
17   -- they are spontaneous in the sense they are not
18   externally, physically caused -- or chemically caused
19   by a carcinogen, but you've set up the environment to
20   increase the number of carcinogens.  And to me,
21   that's probably not being captured in the Wu and
22   Vogelstein assessment.
23              And that's part of -- I think the wild
24   paper.  They -- they discuss that to some degree and
25   that -- in that -- I don't want to call it editorial,
```

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

Brent Staggs, M.D.

1    but they have a commentary about the Vogelstein paper

2    and they discuss some of these issues in there.

3            So there's -- there's all sorts of things

4    that play in.  Not -- these things are not just

5    coming down and hammering and joking poking mutations

6    and it's just random mutation versus extrinsic

7    mutation.  It is -- that's a good way to think about

8    for the framework, especially in a simplistic form

9    like this, but there's a lot of other things that go

10   into that.  And the oxidative stress is a big one

11   that can adjust multiple factors like that.

12        Q.   So and -- and I don't disagree with you

13   that it's complicated, but to -- to distill that

14   chapter down into a page, you agree that there's both

15   a genetic and epigenetic component to cancer that --

16   that may not be fully appreciated by the -- the

17   debate that's captured in the Wu article?

18            MS. GREENWALD:  Objection.  Form.

19            THE WITNESS:  That's right.

20   BY MR. FORNADEL:

21        Q.   Okay.  And would you agree with me that

22   that debate is ongoing?  Strike that.

23            Would you agree with me that the -- the

24   investigation of that -- that area of cancer research

25   is ongoing?

Brent Staggs, M.D.

```
 1        A.    Sure.  I mean, we're -- I mean,

 2   it's -- yeah.  We don't know what we don't know, but

 3   we're certainly light years ahead of where we were,

 4   even ten years ago.  You know, sequencing the entire

 5   genome and the things we understand compared to when

 6   I was in college and medical school all those years

 7   ago, we know a lot more.  But we're, you know --

 8   we're just -- we're still probably just scratching

 9   the surface of understanding some of these.

10            And you know, and I -- I dig into all that

11   in my development of cancer tests, like the Hepsin

12   test that I've got -- that I've been working on.  We

13   -- we deal with all of these issues on trying to

14   decide what individual pieces and proteins and

15   enzymes are making up the cellular changes that allow

16   mutations to occur more frequently and things like

17   that.

18            That's why I hesitate to just land too much

19   on the intrinsic versus extrinsic risk.  But that is

20   a -- again, that's sort of a good starting framework

21   to think about it because that is probably some of

22   the most important things that happen, are the

23   mutations.  And we see that in tumors.  I do

24   mutational analysis on tumors all the time.

25            MR. FORNADEL:  Okay.  No -- nothing further
```

Brent Staggs, M.D.

1    for me right now.

2            MS. GREENWALD:  I don't have any questions.

3            MR. FORNADEL:  Great.

4            THE VIDEOGRAPHER:  This concludes the

5    deposition.  We're going off the record.  The time is

6    approximately 7:48 p.m.

7            THE REPORTER:  Same orders as Monday?

8            MR. FORNADEL:  Yes.

9            MS. GREENWALD:  Yes, for us.

10           (Whereupon the proceedings were concluded at

11                        7:48 p.m.)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1              REPORTER'S CERTIFICATE
 2   STATE OF ARKANSAS )
                       ) ss
 3   COUNTY OF PULASKI )
 4        I, KARISA J. EKENSEAIR, Certified Court
     Reporter, Registered Professional Reporter in and for
 5   the State of Arkansas, do hereby certify that BRENT
     STAGGS, M.D. was duly sworn by me prior to the taking
 6   of testimony as to the truth of the matters attested
     to and contained therein; that the testimony of said
 7   witness was taken by me in stenotype and was
     thereafter reduced to typewritten form by me or under
 8   my direction and supervision; that the foregoing
     transcript is a true and accurate record of the
 9   testimony given to the best of my understanding and
     ability.
10        I FURTHER CERTIFY that I am neither counsel
     for, related to, nor employed by any of the parties
11   to the action in which this proceeding was taken;
     and, further, that I am not a relative or employee of
12   any attorney or counsel employed by the parties
     hereto, nor financially interested, or otherwise, in
13   the outcome of this action; and that I have no
     contract with the parties, attorneys or persons with
14   an interest in the action that affects or has a
     substantial tendency to affect impartiality, that
15   requires me to relinquish control of an original
     deposition transcript or copies of the transcript
16   before it is certified and delivered to the custodial
     attorney, or that requires me to provide any service
17   not made available to all parties to the action.
          IN ACCORDANCE with Rule 30(e) of the Rules of
18   Civil Procedure, review of the transcript was not
     requested.
19        GIVEN UNDER MY HAND and SEAL OF OFFICE on this
     21st day of November, 2019.
20
21
22
                   _____
23                 Karisa Ekenseair, CCR, RPR  LS #802
                   Notary Public in and for
24                 Pulaski County, Arkansas
                   Commission No. 12704567
25                 Exp. 06-18-2028
```