# Exhibit 36

**Deborah S. Kerr, Esq.**
**State Bar #175845**
**915 W. Camelback Rd.**
**Phoenix, AZ 85013**
**(602) 808-6784**
dkerr@1800theeagle.com

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br>Master Docket Case No. 16-md-02741-VC |
| **THIS DOCUMENT RELATES TO:**<br>Ruben Hernandez and Martha Hernandez<br>v.<br>Monsanto Company | Honorable Vince Chhabria<br>Case No. 3:17-cv-07364 |

**First Supplemental Expert Report of Edwin P. Alyea, M.D.**
**In Support of Specific Causation**
**On Behalf of Ruben Hernandez**

DANA-FARBER CANCER INSTITUTE | BRIGHAM AND WOMEN'S HOSPITAL

Edwin P. Alyea III, MD

Associate Director, Stem Cell Transplant Program

Associate Professor of Medicine
Harvard Medical School

Dana-Farber Cancer Institute
450 Brookline Ave
Boston, MA 02215
617.632.3903 tel
617.632.4422 fax
edwin alyea@dfci.harvard.edu

October 25, 2019

# I. INTRODUCTION

I, Edwin Pascal Alyea, III (M.D.), submit this Expert Report on behalf of Mr Rubin Hernandez.

## A. A. Background and Qualifications

I am an Associate Professor of Medicine at Harvard Medical School. I am also a member of the Department of Medical Oncology at Dana Farber Cancer Institute. In addition, I held a joint appointment as Associate Director of the stem cell transplant program at Dana-Farber Cancer Institute and Brigham and Women's Hospital in Boston, Massachusetts.

My clinical practice and clinical research are focused in the area of the treatment of patients with hematologic malignancies and stem cell transplantation. I have been a member of the hematologic malignancy group and stem cell transplant program at Dana-Farber Cancer Institute and Brigham and Women's Hospital since 1996. My *curriculum vitae* is attached as Exhibit 1 to this report.

I received a Bachelor of Arts degree in chemistry from Duke University in Durham, North Carolina. I received my medical degree from Duke University School of Medicine and completed my internship and residency at Brigham and Women's Hospital in Boston, Massachusetts, a Harvard Medical School teaching hospital. I completed a fellowship in Medical Oncology at Dana Farber Cancer Institute in Boston, Massachusetts.

My faculty appointments include positions as an Instructor in Medicine, Assistant Professor of Medicine and currently Associate Professor of Medicine at Harvard Medical School. As mentioned above, I hold several positions at the Dana Farber Cancer Institute and the Brigham and Women's Hospital. These institutions are both teaching affiliates of Harvard Medical School.

I am an author or co-author on over 150 publications. These publications include over 140 publications of original research. Articles have appeared in journals such as the *New England Journal of Medicine*, *Blood*, *Journal of Clinical Oncology* and the *Biology of Blood and Marrow Transplantation*. A list of my publications including abstracts, chapters and review articles can be found in my *curriculum vitae*, which is attached as Exhibit 1 to this report.

I am a member of numerous professional organizations including the American Society of Hematology, the American Society of Clinical Oncology, and the American Society of Bone Marrow Transplantation. Formerly, I was the co-chair of the chronic leukemia working committee at the Center for International Bone Marrow Transplant Registry (CIMBTR), and am

currently the vice chair of the Data Safety Monitoring Committee for the National Marrow Donor Program.

I am a member of the transplant committee for the Alliance clinical trials network. I have been an invited speaker to numerous national meetings. I have led numerous clinical trials and clinical research groups. I have designed and participated in numerous trials focusing on stem cell transplantation and its complications.

## B. Required Disclosures

### 1. Prior Testimony.

Within the past four years I have testified at trial or by deposition in a medical malpractice case, *McGarr vs. Walmart* (Tampa, Fl. 2015) and MERCK, SHARP & DOHME CORP., Plaintiff, v. ACTAVIS LABORATORIES FL, INC., ANDRX CORPORATION, ACTAVIS PHARMA, INC. and ACTAVIS, INC., UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY Newark, NJ 2018)

### 2. Compensation.

I am being compensated at my standard hourly consulting rate of $600 per hour. My compensation is not dependent on the substance of my opinions or testimony, or on the outcome of this action.

### 3. Disclosure re: New, Different, or Additional Information.

In a hearing, deposition, or at trial, I may rely on additional documents that are either publicly available or produced in this litigation. If any further developments occur in this litigation that may bear upon the opinions I have expressed in this report, I reserve the right to supplement or amend this report to take those developments into account.

### 4. Summary of Efforts to Date.

I have had an opportunity to review the extensive medical records including the medical history, family history, social history and occupational history regarding Ruben Hernandez. I have also had the opportunity to review the written reports of laboratory studies, imaging studies, and pathology reports as well as had the opportunity to review the medical assessment by providers pertaining to this patient. Occupational and exposure history were reviewed in a document supplied to the District Court in Northern California. I have not had the opportunity to interview or examine the patient.

I have read the general causation expert reports, agree with them, and base my analysis in part on them.

Below, please find the report of my findings and conclusions.

## II. MEDICAL HISTORY OF RUBEN HERNANDEZ.

[redacted] The endoscopy revealed evidence of [redacted] as well as a focal dense lymphoid infiltrate in the lamina propria and submucosa suspicious for a low grade lymphoproliferative disorder. The surgical pathology report states that the focal dense lymphoid infiltrate was comprised of predominately CD20 positive small lymphocytes and a fewer number of CD3 positive lymphocytes. [redacted] A repeat biopsy was suggested. A repeat endoscopy was performed on September 4, 2015. No masses were identified. 10 random biopsies were obtained per the procedure report. [redacted] Flow cytometry of both the antrum and body demonstrated B cell non-Hodgkin's lymphoma. The differential diagnosis included extranodal marginal zone lymphoma or malt lymphoma versus other low grade B cell lymphoma. The patient was referred to an oncologist for further evaluation. Additional workup included a bone marrow biopsy on September 30, 2015 which demonstrated a normal cellular marrow with approximately 40% trilineage hematopoiesis. Flow cytometry revealed kappa light chain restricted monoclonal population expressing lineage specific B cell markers including CD19 and CD20. There was no CD5 or CD10 detected. The interpretation of the flow cytometry was that the findings were consistent with a B cell non-Hodgkin's lymphoma. Cytogenetics demonstrated a normal male karyotype, 46 XY. Flow cytometry on the peripheral blood also demonstrated a population of monoclonal B cells with kappa light chain restricted of small lymphoid cells expressing lineage specific B cell markers including CD19 and CD20. No significant CD5 or CD10 expressing population of B cells is detected. The B cells did not express CD23 and were positive for FMC-7. The summary was that the peripheral blood findings were consistent with B-cell non-Hodgkin's lymphoma with no significant CD5 or CD10 expression. The report conclusions stated that possible lymphoma subtypes would include marginal zone lymphoma or other low grade B cell non-Hodgkin's lymphoma. On 10/13/ 2015 the patient underwent a PET CT scan. The findings demonstrated increased glucose metabolism in the left upper abdomen contiguous to the mid distal gastric body at the level of the lesser curvature. Max standard uptake value (SUV) of 2.9. This finding was consistent with a malignant neoplasm. The diagnosis of stage IV B cell low grade non-Hodgkin's lymphoma was made. Options for therapy were discussed. The decision was made to follow the patient without therapy as therapy would not be curative and the patient had no symptoms. As discussed, therapy would be instituted at the time of progressive disease. As of his last clinic evaluation which I have reviewed, he has not receive treatment for his lymphoma.

[redacted]



## III. EXPOSURE HISTORY.

Exposure history: extensive history of exposure to Roundup and other glyphosate-based products beginning in 1974 through 1984 in an agricultural setting where the patient states roundup would be applied and it would drench his skin and clothing. From 1985 through 2015 he sprayed Roundup using a hand sprayer in a residential setting. He states that no time did he use precautions such as wearing gloves, masks, or protective gear.

## IV. ANALYSIS.

### A. Introduction.





**1. Discussion of Causation:**

Glyphosate exposure is common in agricultural settings. Reports have demonstrated that farmers, landscapers and others maybe heavily exposed to glyphosate during application mainly through skin and inhalation. (IARC Working Group Monogr Progr, 2015) A study of farmers demonstrated that 60% have low levels of glyphosate in their urine on the day of application (Acquavella JF, 2004 Mar) Other studies have report higher levels following exposure. Mechanisms of exposure include contact, inhalation as well an ingestion. People are also exposed to glyphosate when the agent is applied by others. (Varona, 2009).

Several investigators have reported a link between herbicides, pesticides and lymphoma. Epidemiologic studies addressing these links have included both case control studies as well as meta-analyses. Six case control studies investigating glyphosate exposure and non-Hodgkin's lymphoma have them published. Four of the 6 case control studies showed statistically significant elevated odds ratio for the development of lymphoma in individuals exposed to glyphosate. (McDuffie, 2001) (Hardell, 2002)iii (De Roos AJ, 2003 Sep) (Eriksson M, 2008 Oct 1). One study demonstrated a positive association between glyphosate exposure and non-Hodgkin's lymphoma but did not reach statistical significance. (Cocco P, 2013 Feb). Another study demonstrated no increased risk but the statistical power of this study was limited. (Orsi L, 2009 May) An odds ratio of 2.0 or greater was identified in the 4 studies which indicates a statistically significant increase risk of lymphoma in individuals exposed to glyphosate. Two of the publications identified an exposure dose-risk relationships with one study demonstrating a significantly increased risk of developing lymphoma with increasing number of days per years of exposure and the other study demonstrated an increased risk associated with the number of days using glyphosate. (McDuffie, 2001) (Eriksson M, 2008 Oct 1). Three of the publications adjusted for risks associated with exposures to other agents such as pesticides. This body of evidence establishes a link between glyphosate exposure and an increased risk of developing lymphoma. In contrast to the studies above, the Agricultural Health Study did not find an association between glyphosate and cancer, including lymphoma. (De Roos AJ and Megan, 2005 Jun). The study did not demonstrate an increased risk with the number of days glyphosate was used. The median follow-up 6.7 years which may impact the ability of this study to find an association at the time of publication. An update of the same study was published in 2018

(Andreotti G, 2018 May 1) which also found no association between glyphosate and the development of lymphoma. Of note 40% of participants in the study were lost to follow-up which limits the reliability of the study results.

A meta-analysis performed in 2014 by Schinasi analyzed studies published between 1980 in 2004. (Schinasi, 2014).iv Forty four studies were selected for analysis. Twenty articles demonstrated an association between exposure to herbicide or active ingredients in the development of lymphoma. A number of the papers included in the analysis focused on exposure to glyphosate. The meta-analysis identified an association between exposure to glyphosate and the development of B cell lymphoma with an overall risk of 2.0 (95% CI: 1.1-3.6). A more recent meta-analysis was published in 2019, which included the update of the Agricultural Health Study. (Zhang, 2019)v When using a highest exposure groups in each study, the authors report an overall meta-relative risk of NHL in GBH exposed individuals was increased by 41% (RR 1.41, C.I. 1.13-1.75).

International organizations have also identified an increased risk of lymphoma and glyphosate. The association between exposure to glyphosate which is the active ingredient in Roundup and lymphoma was recognized by the International Agency of Research on Cancer (IARC) which in March of 2015 classified glyphosate as a probable human carcinogen (class 2A). (IARC Working Group Monogr Progr, 2015) (Guyton, 2015). The IARC which is a division of the World Health Organization (WHO) is an independent body which assesses potential hazards which can cause cancer in humans. The IARC reviews peer-reviewed published manuscripts which includes epidemiologic studies, and animal data. The IARC also considers plausible mechanisms of action for carcinogenesis of compounds analyzed. Published criteria used by the IARC to evaluate a substance as a potential carcinogen include that the substance must have ubiquitous human exposure and that there must be sufficient preliminary data to suggest potential harm and carcinogenicity in humans. Not all international agencies are in agreement with the findings of the IARC. The United States Environmental Protection Agency (EPA) and the European Food Safety Authority (EFSA) have found that glyphosate are not carcinogenic in humans. (Environmental Protection Agency, September 2016) (European Food Safety Authority (EFSA), November 12, 2015) (Rapporteur et al., August 2015).

### 2. Factors Supporting the relationship of NHL and exposure to Roundup:

A number of factors in the case of Mr Hernandez associate his diagnosis of NHL with exposure to Roundup. The patient has an extensive history of both occupational and personal exposure to Roundup. This exposure was over an extended duration beginning in 1974 through 1984. Occupational exposure in the agricultural setting per the patient includes Roundup being applied and it would drench his skin and clothing. His personal exposure continued from 1985 through 2015 when he would spray Roundup using a hand sprayer in a residential setting. In both the occupational and personal exposures the patients states that at no time did he use precautions such as wearing gloves, masks, or protective gear. Numerous studies as noted above associate these occupational exposures with measurable levels of glyphosate, the principle component in Roundup. (Acquavella JF, 2004 Mar) (Varona, 2009)vi. Numerous

epidemiology studies which have been outlined above demonstrate a link between herbicides, pesticides and lymphoma. Two of the studies demonstrate that an increased duration of exposure is associated with an increased risk of developing lymphoma. (Eriksson M, 2008 Oct 1) (McDuffie, 2001).vii

### 3. Analysis of Confounding Factors:

Mr Hernandez's medical history presents two issues which have been associated with an increased risk of lymphoma.



Patients can develop NHL without any of the currently recognized risk factors for the disease. Therefore the etiology of NHL in these cases is unknown. If a patient has a recognized risk factor and develops lymphoma the etiology of the lymphoma is often assumed to be related to the risk factor identified.

In the current case, Mr Hernandez has an occupational and personal exposure history over a long duration to herbicides and pesticides which have been associated with the development of lymphoma.

## V. CONCLUSION:

Mr Hernandez has had prolonged exposure to glyphosate and had developed non-Hodgkin's lymphoma. The epidemiological data support an associate between exposure to glyphosate and development of lymphoma therefore I conclude to a reasonable degree of medical certainty that Mr. Ruben Hernandez's exposure to glyphosate/Roundup is a substantial factor contributing to the development of his lymphoma.

Regards,

Edwin P. Alyea, M.D.

# Bibliography

Acquavella JF, B. H. (2004 Mar). Glyphosate biomonitoring for farmers and their families: results from the Farm Family Exposure Study. *Environ Health Perspect.*, 112(3): 321–326.

Andreotti G, K. S. (2018 May 1). Glyphosate Use and Cancer Incidence in the Agricultural Health Study. . *J Natl Cancer Inst.*, 110(5):50.

Arcaini L, B. S. (2007 Feb). Prevalence of HCV infection in nongastric marginal zone B-cell lymphoma of MALT. *Ann Oncol.*, 18(2):346-50.

Arthritis Rheum. (2003 Jun;). *Arthritis Rheum.*, 48(6):1543-50.

Baecklund E, S. C. (2003 Jun). Lymphoma subtypes in patients with rheumatoid arthritis: increased proportion of diffuse large B cell lymphoma. *Arthritis Rheum.*, 48(6):1543-50.

Cocco P, S. G. (2013 Feb). Lymphoma risk and occupational exposure to pesticides: results of the Epilymph study. *Occup Environ Med.*, 70(2):91-8.

Dal Maso, L., & Franceschi. (2006). Hepatitis C virus and risk of lymphoid neoplasms: a meta-analysis of epidemiologic studies. *Cancer E Prev,* 15(11): 2078-2085.

De Roos AJ and Megan, A. (2005 Jun). Glyphosate Results Revisited: De Roos et al. Respond. *Environ Health Perspect.*, 113(6): A366–A367.

De Roos AJ, S. Z. (2003 Sep). Integrative assessment of multiple pesticides as risk factors for non-Hodgkin's lymphoma among men. *Occup Environ Med.*, 60(9).

de Sanjose, S. e. (2008). "Hepatitis C and non-Hodgkin lymphoma among 4784 cases and 6269 controls from the International Lymphoma Epidemiology Consortium. *Clin Gastroenterol Hepatol*, 6(4): 451-458.

Environmental Protection Agency. (September 2016). Glyphosate Issue Paper: Evaluation of Carcinogenic Potential. *EPA*.

Eriksson M, H. L. (2008 Oct 1). Pesticide exposure as risk factor for non-Hodgkin lymphoma including histopathological subgroup analysis. *Int J Cancer*, 123(7):1657-63. doi: 10.1002/ijc.23589.

European Food Safety Authority (EFSA). (November 12, 2015). Conclusion on the peer review of the pesticide risk assessment of the active substance glyphosate, EFSA Conclusion, (EFSA 2015) .

Gisbert JP, G.-B. L.-R.-O. (2004 Feb). The prevalence of hepatitis C virus infection in patients with non-Hodgkin's lymphoma. *Eur J Gastroenterol Hepatol.*, 16(2):135-8.

Guyton, K. Z. (2015). "Carcinogenicity of tetrachlorvinphos, parathion, malathion, diazinon, and glyphosate." . *Lancet Oncol.*, 16(5): 490-491.

Hardell, L. e. (2002). "Exposure to pesticides as risk factor for non-Hodgkin's lymphoma and hairy cell leukemia: pooled analysis of two Swedish case-control studies." . *Leuk Lymphoma*, 43(5): 1043-1049.

IARC Working Group Monogr Progr. (2015).

Mahale P, E. E. (2018 Mar). The effect of sustained virological response on the risk of extrahepatic manifestations of hepatitis C virus infection. *Gut*, 67(3):553-561.

Mariette X, C.-H. D. (2002 Jun 1). Investigators of the Club Rhumatismes et Inflammation. Lymphomas in rheumatoid arthritis patients treated with methotrexate: a 3-year prospective study in France. *Blood*, 99(11):3909-15).

McDuffie, H. H. (2001). "Non-Hodgkin's lymphoma and specific pesticide exposures in men: cross-Canada study of pesticides and health" . *Cancer Epidemiol Biomarkers Prev .*, 10(11): 1155-1163.

Orsi L, D. L. (2009 May). Clavel J. Occupational exposure to pesticides and lymphoid neoplasms among men: results of a French case-control study. . *Occup Environ Med.* , 66(5):291-8.

Schinasi, L. a. (2014). Non-Hodgkin lymphoma and occupational exposure to agricultural pesticide chemical groups and active ingredients: a systematic review and meta-analysis." . *Int J Environ Res Public Health*, 11(4): 4449-4527.

t Mannetje, A. e. (2016). "Occupation and Risk of Non-Hodgkin Lymphoma and Its Subtypes: A Pooled Analysis from the InterLymph Consortium.". *Environ Health Perspect* ., 124(4): 396-405.

Talamini R, M. M. (2004 Jun 20). Non-Hodgkin's lymphoma and hepatitis C virus: a case-control study from northern and southern Italy. *Int J Cancer*, 110(3):3.

Torres HA, M. P. ( 2015 Jun; Epub 2015 Apr 5). Most patients with HCV-associated lymphoma present with mild liver disease: a call to revise antiviral treatment prioritization. *Liver Int.*, 35(6):1661-4. doi: 10.1111/liv.12825. .

Varona, M. e. (2009). "[Effects of aerial applications of the herbicide glyphosate and insecticides on human health]." . *Biomedica*, 29(3): 456-475.

Zhang, L. e. (2019). "Exposure to glyphosate-based herbicides and risk for non-Hodgkin lymphoma: A meta-analysis and supporting evidence." . *Mutat Res.*, 781: 186-206.

---

i The present meta-analysis was conducted to evaluate the strength and the consistency of the association between hepatitis C virus (HCV) infection and non-Hodgkin lymphoma (NHL) and other lymphoid neoplasms. Only studies with >or=100 cases which were also adjusted for sex and age were included. Fifteen case-control studies and three prospective studies contributed to present analysis, nine of which had not been included in previous meta-analyses. We calculated the pooled relative risks (RR) with corresponding 95% confidence intervals (95% CI), as a weighted average of the estimated RRs by random-effect models. The pooled RR of all NHL among HCV-positive individuals was 2.5 (95% CI, 2.1-3.0), but substantial heterogeneity was found between studies and by study design. Pooled RRs were 2.5 (95% CI, 2.1-3.1) in case-control studies and 2.0 (95% CI, 1.8-2.2) in cohort ones. The strongest source of heterogeneity seemed to be the prevalence of HCV among NHL-free study subjects (RR for NHL among HCV-positive individuals 3.0 and 1.9, respectively, for >or=5% and <5% HCV prevalence). RRs were consistently increased for all major B-NHL subtypes, T-NHL, and primary sites of NHL presentation. Thus, previous suggestions that the RRs for HCV differed by NHL subtype were not confirmed in our meta-analysis. Associations weaker than with NHL were found between HCV infection and Hodgkin's lymphoma (RR, 1.5; 95% CI, 1.0-2.1) and multiple myeloma (RR, 1.6; 95% CI, 0.7-3.6), but they were based on much fewer studies than NHL. The etiologic fraction of NHL attributable to HCV varies greatly by country, and may be upward of 10% in areas where HCV prevalence is high.



iii Increased risk for non-Hodgkin's lymphoma (NHL) following exposure to certain pesticides has previously been reported. To further elucidate the importance of phenoxyacetic acids and other pesticides in the etiology of NHL a pooled analysis was performed on two case-control studies, one on NHL and another on hairy cell leukemia (HCL), a rare subtype of NHL. The studies were population based with cases identified from cancer registry and controls from population registry. Data assessment was ascertained by questionnaires supplemented over the telephone by specially trained interviewers. The pooled analysis of NHL and HCL was based on 515 cases and 1141 controls. Increased risks in univariate analysis were found for subjects exposed to herbicides (OR 1.75, CI 95% 1.26-2.42), insecticides (OR 1.43, CI 95% 1.08-1.87), fungicides (OR 3.11, CI 95% 1.56-6.27) and impregnating agents (OR 1.48, CI 95% 1.11-1.96). Among herbicides, significant associations were found for glyphosate (OR 3.04, CI 95% 1.08-8.52) and 4-chloro-2-methyl phenoxyacetic acid (MCPA) (OR 2.62, CI 95% 1.40-4.88). For several categories of pesticides the highest risk was found for exposure during the latest decades before diagnosis. However, in multivariate analyses the only significantly increased risk was for a heterogeneous category of other herbicides than above.

iv This paper describes results from a systematic review and a series of meta-analyses of nearly three decades worth of epidemiologic research on the relationship between non-Hodgkin lymphoma (NHL) and occupational exposure to agricultural pesticide active ingredients and chemical groups. Estimates of associations of NHL with 21 pesticide chemical groups and 80 active ingredients were extracted from 44 papers, all of which reported results from analyses of studies conducted in high-income countries. Random effects meta-analyses showed that phenoxy herbicides, carbamate insecticides, organophosphorus insecticides and the active ingredient lindane, an organochlorine insecticide, were positively associated with NHL. In a handful of papers, associations between pesticides and NHL subtypes were reported; B cell lymphoma was positively associated with phenoxy herbicides and the organophosphorus herbicide glyphosate. Diffuse large B-cell lymphoma was positively associated with phenoxy herbicide exposure. Despite compelling evidence that NHL is associated with certain chemicals, this review indicates the need for investigations of a larger variety of pesticides in more geographic areas, especially in low- and middle-income countries, which, despite producing a large portion of the world's agriculture, were missing in the literature that were reviewed.

---

v Glyphosate is the most widely used broad-spectrum systemic herbicide in the world. Recent evaluations of the carcinogenic potential of glyphosate-based herbicides (GBHs) by various regional, national, and international agencies have engendered controversy. We investigated whether there was an association between high cumulative exposures to GBHs and increased risk of non-Hodgkin lymphoma (NHL) in humans. We conducted a new meta-analysis that includes the most recent update of the Agricultural Health Study (AHS) cohort published in 2018 along with five case-control studies. Using the highest exposure groups when available in each study, we report the overall meta-relative risk (meta-RR) of NHL in GBH-exposed individuals was increased by 41% (meta-RR = 1.41, 95% confidence interval, CI: 1.13-1.75). For comparison, we also performed a secondary meta-analysis using high-exposure groups with the earlier AHS (2005), and we calculated a meta-RR for NHL of 1.45 (95% CI: 1.11-1.91), which was higher than the meta-RRs reported previously. Multiple sensitivity tests conducted to assess the validity of our findings did not reveal meaningful differences from our primary estimated meta-RR. To contextualize our findings of an increased NHL risk in individuals with high GBH exposure, we reviewed publicly available animal and mechanistic studies related to lymphoma. We documented further support from studies of malignant lymphoma incidence in mice treated with pure glyphosate, as well as potential links between glyphosate / GBH exposure and immunosuppression, endocrine disruption, and genetic alterations that are commonly associated with NHL or lymphomagenesis. Overall, in accordance with findings from experimental animal and mechanistic studies, our current meta-analysis of human epidemiological studies suggests a compelling link between exposures to GBHs and increased risk for NHL.

vi INTRODUCTION: The herbicide glyphosate is administered aerially by the Program to Eradicate Illicit Crops Program and is undertaken in rigorous compliance with the Environmental Management Plan. OBJECTIVE: The effects of the glyphosate herbicide and other aerially applied insecticides were measured to determine possible impact on human health. MATERIALS AND METHODS: In 2006-2006, a survey was taken of 112 individuals living in herbicide-treated areas of the Colombian provinces of Huila, Tolima, Putumayo, Guaviare, Santander, Antioquia, Magdalena and La Guajira. Samples of blood were examined for presence of acetylcholinesterase and organochlorine insecticides; urine was analyzed for glyphosate and its metabolites. RESULTS: Fifty percent (50%) of the individuals sampled acknowledged the use of control chemicals as part of their work. The mean exposure time to the chemicals was 84.4 months, with a mean daily exposure of 5.6 hours. The most commonly used pesticides were of category I--extremely hazardous. In individuals sampled for glyphosate (39.6% of the total), 64.3% indicated the use of this herbicide at ground level in agricultural work. A statistically significative relationship was found between the use of glyphosate at ground level, and the concentration levels of glyphosate in the urine samples (odds ratio=2.54, 95% CI: 1.08 to 6.8). CONCLUSION: These data did not show a relationship between the aerial sprayings of glyphosate for illicit crops eradication and an impact on human health, nor with occupational exposure to this and other chemicals (insecticides) with a high levels of toxicity.

---

vii Our objective in the study was to investigate the putative associations of specific pesticides with non-Hodgkin's Lymphoma [NHL; International Classification of Diseases, version 9 (ICD-9) 200, 202]. We conducted a Canadian multicenter population-based incident, case (n = 517)-control (n = 1506) study among men in a diversity of occupations using an initial postal questionnaire followed by a telephone interview for those reporting pesticide exposure of 10 h/year or more, and a 15% random sample of the remainder. Adjusted odds ratios (ORs) were computed using conditional logistic regression stratified by the matching variables of age and province of residence, and subsequently adjusted for statistically significant medical variables (history of measles, mumps, cancer, allergy desensitization treatment, and a positive history of cancer in first-degree relatives). We found that among major chemical classes of herbicides, the risk of NHL was statistically significantly increased by exposure to phenoxyherbicides [OR, 1.38; 95% confidence interval (CI), 1.06-1.81] and to dicamba (OR, 1.88; 95% CI, 1.32-2.68). Exposure to carbamate (OR, 1.92; 95% CI, 1.22-3.04) and to organophosphorus insecticides (OR, 1.73; 95% CI, 1.27-2.36), amide fungicides, and the fumigant carbon tetrachloride (OR, 2.42; 95% CI, 1.19-5.14) statistically significantly increased risk. Among individual compounds, in multivariate analyses, the risk of NHL was statistically significantly increased by exposure to the herbicides 2,4-dichlorophenoxyacetic acid (2,4-D; OR, 1.32; 95% CI, 1.01-1.73), mecoprop (OR, 2.33; 95% CI, 1.58-3.44), and dicamba (OR, 1.68; 95% CI, 1.00-2.81); to the insecticides malathion (OR, 1.83; 95% CI, 1.31-2.55), 1,1,1-trichloro-2,2-bis (4-chlorophenyl) ethane (DDT), carbaryl (OR, 2.11; 95% CI, 1.21-3.69), aldrin, and lindane; and to the fungicides captan and sulfur compounds. In additional multivariate models, which included exposure to other major chemical classes or individual pesticides, personal antecedent cancer, a history of cancer among first-degree relatives, and exposure to mixtures containing dicamba (OR, 1.96; 95% CI, 1.40-2.75) or to mecoprop (OR, 2.22; 95% CI, 1.49-3.29) and to aldrin (OR, 3.42; 95% CI, 1.18-9.95) were significant independent predictors of an increased risk for NHL, whereas a personal history of measles and of allergy desensitization treatments lowered the risk. We concluded that NHL was associated with specific pesticides after adjustment for other independent predictors.