REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

# Exhibit 39

```
 1                UNITED STATES DISTRICT COURT

 2              NORTHERN DISTRICT OF CALIFORNIA

 3

 4   IN RE: ROUNDUP PRODUCTS
     LIABILITY LITIGATION
 5

     This document relates to:          Case No.
 6                                       MDL No. 3:16-md-2741-VC

 7   Jerald Carriere

 8      vs.                              Case No. 3:18-cv-05887

 9   Monsanto Company

10   _____

11

12

13               VIDEOTAPED DEPOSITION OF

14                   JERALD CARRIERE

15

16             Tuesday, July 16, 2019

17             9:43 A.M. TO 5:09 P.M.

18

19              Torrance, California

20

21

22

23           Golkow Litigation Services
             877.370.3377 ph-917.591.5672 fax
24                 deps@golkow.com

25
```

1   by decades.



6       Q.   Anything else that you can think of?





24              MS. FLAHERTY:  Can we go off the record?  I
25     think they're knocking on the door.

```
 1   I, Lori Byrd, CSR 13023, do hereby declare:
 2   That, prior to being examined, the witness named in
     the foregoing deposition was by me duly sworn
 3   pursuant to Section 30(f)(1) of the Federal Rules of
     Civil Procedure and the deposition is a true record
 4   of the testimony given by the witness.
 5   That said deposition was taken down by me in
     shorthand at the time and place therein named and
 6   thereafter reduced to text under my direction.
 7   ____    That the witness was requested to review
             the transcript and make any changes to
 8           the transcript as a result of that
             review pursuant to Section 30(e) of the
 9           Federal Rules of Civil
             Procedure.
10
     ____    No changes have been provided by the
11           witness during the period allowed.
12   ____    The changes made by the witness are
             appended to the transcript.
13
     ____    No request was made that the transcript
14           be reviewed pursuant to Section 30(e) of
             the Federal Rules of Civil Procedure.
15
     I further declare that I have no interest in the
16   event or action.
17   I declare under penalty of perjury under the laws of
     the United States of America that the foregoing is
18   true and correct.
19   Signed by me on Thursday, July 18, 2019.
20
21   _____
     Lori Byrd, CSR 13023
22   Golkow Litigation Services
     www.Golkow.com
23
24
25
```