# Exhibit 40

1              UNITED STATES DISTRICT COURT

2          FOR THE NORTHERN DISTRICT OF CALIFORNIA

3

4    _____

                                    )

5    IN RE ROUNDUP PRODUCTS          )

     LIABILITY LITIGATION            )   MDL No. 2741

6                                    )

     _____ )   Case No.

7                                    )   16-cv-05749

                                    )

8    THIS DOCUMENT RELATES TO:       )

                                    )

9    Johansing v. Monsanto Co.,      )

     Case No. 3:16-cv-05751-VC       )

10                                   )

     _____ )

11

12

13              VIDEOTAPED DEPOSITION OF

14           LAUREN C. PINTER-BROWN, M.D.

15             LOS ANGELES, CALIFORNIA

16            FRIDAY, NOVEMBER 15, 2019

17                  9:09 A.M.

18

19

20

21

22

23

24

25   Reported by: Leslie A. Todd

1        Deposition of LAUREN C. PINTER-BROWN, M.D.,

2    held at the offices of:

3

4

5            BAUM HEDLUND ARISTEI GOLDMAN P.C.

6            10940 Wilshire Boulevard

7            17th Floor

8            Los Angeles, California 90024

9            (310) 207-3233

10

11

12

13

14

15       Pursuant to notice, before Leslie A. Todd,

16   Certified Shorthand Reporter and Notary Public in

17   and for the State of California, who officiated in

18   administering the oath to the witness.

19

20

21

22

23

24

25

```
 1               A P P E A R A N C E S

 2

 3   ON BEHALF OF PLAINTIFF:

 4        PEDRAM ESFANDIARY, ESQUIRE

 5        BAUM HEDLUND ARISTEI GOLDMAN, P.C.

 6        10940 Wilshire Boulevard

 7        17th Floor

 8        Los Angeles, California 90024

 9        (310) 207-3233

10

11   ON BEHALF OF DEFENDANTS:

12        EMMA C. ROSS, ESQUIRE

13        JOE W. TOMASELLI, JR., ESQUIRE

14        GOLDMAN ISMAIL TOMASELLI BRENNAN &

15          BAUM LLP

16        200 South Wacker Drive

17        22nd Floor

18        Chicago, Illinois 60606

19        (312) 681-6000

20

21   ALSO PRESENT:

22        STEPHANIE NAIFEH, Videographer

23

24

25
```

```
 1                C O N T E N T S

 2

 3   EXAMINATION OF LAUREN C. PINTER-BROWN, M.D.    PAGE

 4      By Ms. Ross                              8, 369

 5      By Mr. Esfandiary                           342

 6

 7

 8

 9                E X H I B I T S

10           (Attached to transcript)

11   PINTER-BROWN DEPOSITION EXHIBITS               PAGE

12   No. 1    Curriculum Vitae of Lauren C.

13            Pinter-Brown, M.D., F.A.C.P.          10

14   No. 2    Expert Report of Dr. Lauren

15            Pinter-Brown in Support of Specific-

16            Causation on Behalf of Peter

17            Johansing                             68

18   No. 3    Rebuttal Expert Report of Dr. Lauren

19            Pinter-Brown in Support of Specific-

20            Causation on Behalf of Peter

21            Johansing                             68

22   No. 4    Documents from OpenPaymentsData.

23            CMS.gov re Lauren C. Pinter-Brown     36

24   No. 5    Reference List                        70

25
```

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

Lauren C. Pinter-Brown, M.D.

```
 1              E X H I B I T S   C O N T I N U E D

 2                   (Attached to transcript)

 3     PINTER-BROWN DEPOSITION EXHIBITS              PAGE

 4     No. 6     Handwritten document produced by

 5               Dr. Pinter-Brown at deposition      129

 6     No. 7     Four-page document containing a

 7               mouse tumor chart, a forest plot

 8               with different analyses of Roundup

 9               and non-Hodgkin lymphoma, and

10               additional tables on epidemiologic

11               data                                129

12     No. 8     Article entitled "Glyphosate Use

13               and Cancer Incidence in the

14               Agricultural Health Study," by

15               Andreotti, et al.                   129

16     No. 9     Article entitled "Glyphosate use

17               and associations with non-Hodgkin

18               lymphoma major histological sub-

19               types: Findings from the North

20               American Pooled Project," by

21               Manisha Pahwa, et al.               274

22     No. 10    Article entitled "Occupation and

23               the Risk of Non-Hodgkin Lymphoma,"

24               by Paolo Boffetta, et al.           274

25
```

Lauren C. Pinter-Brown, M.D.

1           E X H I B I T S   C O N T I N U E D

2              (Attached to transcript)

3    PINTER-BROWN DEPOSITION EXHIBITS              PAGE

4    No. 11    Article entitled

5

                                  by James

7              Cerhan, et al.                      285

8    No. 12    Article entitled "Non-Hodgkin's

9              Lymphomas and Specific Pesticide

10             Exposures in Men: Cross-Canada

11             Study of Pesticides and Health,"

12             by Helen McDuffie, et al.           303

13   No. 13    Article entitled "Pesticide use

14             and risk of non-Hodgkin lymphoid

15             malignancies in agricultural

16             cohorts from France, Norway and

17             the USA: A pooled analysis from the

18             AGRICOH consortium," by Maria

19             Leon, et al.                        307

20   No. 14    Article entitled "Exposure to

21             glyphosate-based herbicides and

22             risk for non-Hodgkin lymphoma: A

23             meta-analysis and supporting

24             evidence," by Luoping Zhang, et al.  354

25

Lauren C. Pinter-Brown, M.D.

```
 1            P R O C E E D I N G S

 2            -------------------

 3            THE VIDEOGRAPHER:  We are now on the

 4   record.  My name is Stephanie Naifeh.  I'm the

 5   videographer for Golkow Litigation Services.

 6   Today is November 15th, 2019, and the time is

 7   approximately 9:09 a.m.

 8            The video deposition is being held at

 9   Baum Hedlund Aristei & Goldman, PC, in the matter

10   of Peter Johansing versus Monsanto Company.  The

11   court is United States District Court, Northern

12   District of California, Case No. 3:16-MD-02741-VC.

13            And the deponent is Dr. Lauren

14   Pinter-Brown.

15            Will counsel please identify themselves.

16            MS. ROSS:  Emma Ross for the

17   defendants.

18            MR. TOMASELLI:  Joe Tomaselli.

19            MR. ESFANDIARY:  Pedram Esfandiary for

20   the plaintiff.

21            THE VIDEOGRAPHER:  The court reporter

22   is Leslie Todd, and will now swear in the witness.

23            LAUREN C. PINTER-BROWN, M.D.,

24        and having been first duly sworn,

25        was examined and testified as follows:
```

1           MR. ESFANDIARY:  So, and just before we

2    get started, I sent you the two invoices just now.

3    I'm sorry I couldn't do it earlier.  There's two

4    additional depos that Dr. Pinter-Brown read after

5    she generated those two invoices.  It's treating

6    doctor depositions, Anthony and Malone, for

7    Mr. Johansing.  So -- just so you're aware.

8           MS. ROSS:  Thank you, Pedram.  I

9    appreciate that.

10                      EXAMINATION

11   BY MS. ROSS:

12      Q    Would you give us your full name,

13   please.

14      A    Lauren Pinter-Brown.

15      Q    Dr. Pinter-Brown, we had a chance to

16   meet briefly before we went on the record.  My

17   name is Emma Ross, and I represent Monsanto in

18   this case.

19           Do you understand that this is my

20   opportunity to ask you questions about you, your

21   opinions, and the bases for those opinions?

22      A    Yes.

23      Q    I want to go over some ground rules

24   briefly.  Okay?

25      A    Okay.

Lauren C. Pinter-Brown, M.D.

1       Q      As you know, our court reporter Leslie

2    is taking down everything that you and I say, so

3    it's important that we not speak over one another.

4    All right?

5       A      Yes.

6       Q      Please give audible responses if you

7    can.  "Yes" or "no" tend to show up better on the

8    record than "uh-huh" or head nods.  Is that fair?

9       A      Yes.

10      Q      At some point today, I'm sure I will ask

11   a question that is unclear, use a term

12   inappropriately or mispronounce something.  So if

13   I do that, if you'd ask me to stop and repeat or

14   rephrase the question, I would be happy to do so.

15   Okay?

16      A      I will.

17      Q      If you answer my question, I will assume

18   you understood it.  Is that fair?

19      A      Yes.

20      Q      Is there any reason you cannot give

21   complete and accurate testimony today?

22      A      No.

23      Q      And I understand invoices have just been

24   produced to us by e-mail.

25             MS. ROSS:  Thank you, Pedram.

Lauren C. Pinter-Brown, M.D.

1   BY MS. ROSS:

2       Q    Did you bring anything else that was

3   responsive to our deposition notice or produce

4   anything else today?

5       A    No.

6            (Exhibit No. 1 was marked for

7            identification.)

8   BY MS. ROSS:

9       Q    Okay.  I'm handing you Exhibit 1 to your

10  deposition, which is your CV that was provided to

11  us with your expert report.  Is this your current

12  CV?

13      A    Let me see.  The bibliography may be

14  an old one.  (Peruses document.)

15           Oh, no, it's fine.  Yes.

16      Q    This is your current CV?

17      A    Yes.

18      Q    Does your CV accurately summarize your

19  education and professional experience?

20      A    It does.

21      Q    I saw in your CV that you've been a

22  principal investigator on some early phase

23  clinical trials, correct?

24      A    Yes.

25      Q    Some of those trials tested experimental

Lauren C. Pinter-Brown, M.D.

 1    drugs, right?

 2         A    Yes.

 3         Q    Those experimental drugs may have

 4    affected a known step in a cancer pathway

 5    in vitro, correct?

 6         A    I'm not sure I understand what your

 7    question is.

 8         Q    Some experimental drugs are chosen for

 9    further development because they affect a step

10    along a cancer pathway in vitro, right?

11              MR. ESFANDIARY:  Objection.  Vague.

12              You want to talk about a specific trial

13    or some --

14              THE WITNESS:  I still don't understand

15    your question.

16    BY MS. ROSS:

17         Q    What does "in vitro" means?

18         A    "In vitro" means not in a person.  In

19    a -- in a laboratory.

20         Q    What does "in vivo" means?

21         A    "In vivo" means in a person.

22         Q    In vitro is different from in vivo,

23    right?

24         A    Yes.

25         Q    How so?

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Lauren C. Pinter-Brown, M.D.

1       A    One's in a laboratory; one's in a

2  person.

3       Q    Can you get approval for new medications

4  based on in vitro studies?

5       A    Not that I'm aware of.

6       Q    Were all of the experimental drugs you

7  studied effective in treating cancer in living

8  humans in trials?

9       A    No.

10       Q    Why is that?

11       A    Because they're trials.  The point of a

12  trial is to see -- well, depending on the phase of

13  the trial, to see what the toxicity of a drug is,

14  and then finally, to see if it's effective, and

15  then really finally, to see if it's more effective

16  than what we already have on -- on market.

17       Q    Just because something acts in a certain

18  way in a cell in vitro does not mean that it will

19  have that same effect in a human, correct?

20       A    That's correct.

21       Q    As a cancer researcher, can you conclude

22  that just because something has a particular

23  effect in vitro, it will be effective in living

24  humans?

25                 MR. ESFANDIARY:  Objection.  Vague.

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Lauren C. Pinter-Brown, M.D.

1    "Something"?  What does that mean?

2              MS. ROSS:  Counsel, if you could limit

3    your objections to form, I would greatly

4    appreciate it.

5              MR. ESFANDIARY:  I'm just -- I'm not

6    sure what you mean by "something."  Can you please

7    explain?

8              MS. ROSS:  So the Federal Rules and

9    Judge Chhabria's orders in this case would require

10   objections to be to form.

11             If you have some other objection, I

12   would appreciate it if you would hold it for

13   another time.

14             MR. ESFANDIARY:  I'm not limited to form

15   objections.  I'm making a vague objection.  I'm

16   asking you to explain what "something" means.

17             MS. ROSS:  And, Counsel, you are not

18   being deposed at this time.  If we need to mark

19   this transcript, we will.  I would prefer that we

20   not do that.

21             MR. ESFANDIARY:  You can mark it if

22   you'd like.  I'm just trying to figure out what

23   "something" means.

24             If you want to go to Judge Chhabria on

25   this, great.

Lauren C. Pinter-Brown, M.D.

1          MS. ROSS:  Thank you.  I appreciate it.

2  BY MS. ROSS:

3      Q    Do you remember my question,

4  Dr. Pinter-Brown?

5      A    No, I don't.

6      Q    As a cancer researcher, can you conclude

7  that just because something has a particular

8  effect in vitro, it will have the same effect in

9  living humans?

10          MR. ESFANDIARY:  Same objection.  Vague

11  as to "something."

12          THE WITNESS:  Yeah, I think in answering

13  that, you were talking previously about

14  treatments.  So if you're talking about treatments

15  specifically, because that's what I do, the fact

16  that a treatment does something in -- in vitro

17  does not always translate to efficacy in people.

18  BY MS. ROSS:

19      Q    And why not?

20      A    I don't know why not.  I suppose because

21  it's different when you put it in a person than

22  when you do it in the laboratory.

23      Q    I also saw in your CV that you

24  conducted, as you mentioned a minute ago, research

25  studies investigating experimental drugs at

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

Lauren C. Pinter-Brown, M.D.

```
1    various phases, right?

2         A    Yes.

3         Q    So are they toxic in humans, correct?

4         A    (The witness nods.)

5         Q    And that -- that's a "yes"?

6         A    Yes.

7         Q    And you've also looked at whether they

8    are effective in humans, correct?

9         A    To treat certain conditions, yes.

10        Q    Right.

11             And you looked then at whether certain

12   treatments are more effective than the treatments

13   that were already available on the market, right?

14        A    I'm not sure I have any Phase III trials

15   on my list, but I've certainly participated in

16   Phase III trials.

17        Q    As a clinical researcher and an academic

18   oncologist, do you do your best to practice

19   evidence-based medicine?

20        A    I do.

21        Q    What does evidence-based medicine mean

22   to you?

23        A    It means looking at the literature,

24   evaluating the quality of the data, and trying to

25   apply it as best as possible to taking care of
```

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Lauren C. Pinter-Brown, M.D.

1    patients.  Unfortunately, sometimes we don't have

2    very much data.

3         Q    Do you agree there is an established

4    hierarchy of evidence in medicine?

5         A    I don't know what your question means.

6         Q    So you don't agree that there is a

7    hierarchy of evidence in medicine?

8         A    No, I don't know what your question

9    means.  What is your question?  What is a

10   hierarchy of evidence?

11        Q    What is unclear about that term to you?

12        A    It's not a term I've utilized.

13        Q    You've never used the term "hierarchy of

14   evidence"?

15        A    No, I haven't.

16        Q    Okay.  When you're thinking about

17   evidence-based medicine, how do you weight

18   different studies?

19        A    Well, if I was in a group, like NCCN,

20   there's a certain weighting.  But I'm just a

21   practitioner.  I'm not part of a group.

22             So what I do is look at the studies.  I

23   critique them in my head, what I do or don't think

24   or positives or negatives.  I look at whether the

25   conclusion is plausible.  And -- and I make a

Lauren C. Pinter-Brown, M.D.

1    decision how valid I think the evidence is.

2           But it's not based on some group that's

3    set up how you're going to weight different

4    evidence.  I'm just a practitioner.  I'm not part

5    of a consensus group or anything like that.

6        Q    Can you describe for me -- so in that

7    answer, you said you make a decision based on how

8    valid you think the evidence is.

9           What are the criteria that you use as a

10   practitioner to determine how valid the evidence

11   is?

12          MR. ESFANDIARY:  Objection.  Misstates

13   her testimony.

14          THE WITNESS:  Does that mean I answer?

15          MR. ESFANDIARY:  It does.

16   BY MS. ROSS:

17       Q    Yes.

18       A    I would look at the study design.  I

19   would look at how the study was carried out.  I

20   would look at the conclusions of the

21   investigators.  I might look at statistical

22   significance in the study.

23          I think in a totality when you look at a

24   study, you're -- you're evaluating all of -- all

25   of those things:  The methodology, what patients

Lauren C. Pinter-Brown, M.D.

1    were selected, if they were homogenous.  I mean

2    there's a lot of variables.

3         Q    I want to break that down a little bit

4    because, as you say, there are a lot of variables.

5         A    Yes.

6         Q    Okay?

7         A    Sure.

8         Q    With respect to study design, what

9    different study designs are you aware of?

10        A    Oh, that's much too vague.  You know,

11   I'm not -- there's -- there's a lot of different

12   ways that you could design clinical trials, and --

13   and I -- I -- we would sit here all day with me

14   trying to think of different trials that have been

15   done.

16        Q    So let's --

17        A    I don't really think that's --

18        Q    Let me ask a --

19        A    Yeah.

20        Q    Go ahead.  Since you said that's too

21   vague, let me ask a more --

22        A    It really is.

23        Q    -- specific question, okay?

24        A    Yeah.

25        Q    There are randomized controlled trials

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

Lauren C. Pinter-Brown, M.D.

1    that you can do, either placebo controlled or

2    controlled against something else that's already

3    available, correct?

4         A    Yes, though we don't do placebo

5    controlled trials in oncology very much.

6         Q    Right.  Those trials are not always

7    feasible, correct?

8         A    Which trials?

9         Q    Any randomized controlled trial is not

10   always a feasible trial to do.

11              MR. ESFANDIARY:  Objection.  Vague.

12              THE WITNESS:  Yeah, I don't know what

13   that means, any -- I don't know what that means.

14   Any randomized trial, what does that mean?

15   BY MS. ROSS:

16        Q    Can you randomize patients to an

17   exposure that you think might be harmful without

18   an expected clinical benefit?

19              MR. ESFANDIARY:  Same objection.

20              THE WITNESS:  An exposure to a

21   treatment?

22   BY MS. ROSS:

23        Q    An exposure to anything that you think

24   might be harmful without an expected clinical

25   benefit.

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

Lauren C. Pinter-Brown, M.D.

1            MR. ESFANDIARY:  Objection.

2            THE WITNESS:  You're asking the wrong

3    person.  I do trials related to treatments of

4    patients, not related to exposures.

5    BY MS. ROSS:

6        Q   So when you say I'm asking the wrong

7    person, if I wanted to know about how one would

8    study an exposure that was harmful as opposed to a

9    treatment for a cancer, you would not be the right

10   person for that question?

11           MR. ESFANDIARY:  Objection.

12           THE WITNESS:  Ask the question again so

13   I understand what it is.

14   BY MS. ROSS:

15       Q   When you say that I'm asking the wrong

16   person --

17       A   Mm-hmm, I understand that part.

18       Q   -- if I wanted to know how one would

19   study an exposure that was harmful as opposed to a

20   treatment for a cancer, you would not be the right

21   person to answer that question.

22           MR. ESFANDIARY:  Same --

23   BY MS. ROSS:

24       Q   Is that what you're saying?

25           MR. ESFANDIARY:  Same objection.

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Lauren C. Pinter-Brown, M.D.

```
 1              THE WITNESS:  I have not spent my
 2    primary career looking at exposure trials.  I have
 3    really spent my career looking at treatment
 4    trials.
 5    BY MS. ROSS:
 6         Q    One of the things that you said in that
 7    previous answer when you were talking about your
 8    system for evaluating studies is that you consider
 9    the quality of the study.
10              Tell me what you mean by that.
11         A    How many patients are -- are they.  How
12    are the patients stratified.  Was there pathology
13    reviewed.
14              I mean there's -- again, there's so
15    many variables.  I think I look at each trial,
16    each paper, and look at the relevant variables in
17    that trial as to whether they were addressed or
18    not.
19         Q    Do you consider the size of a study in
20    evaluating study quality?
21         A    For treatment things, yes.
22         Q    Is there anything that you wouldn't
23    consider the size of the study in evaluating study
24    quality?
25         A    I don't understand the question.
```

Lauren C. Pinter-Brown, M.D.

1      Q    When you say "treatment things," do

2  you -- are you limiting your answer in some way to

3  only studies looking at treatments for cancer?

4      A    No, I think all -- the N of any trial is

5  an important consideration but not the only

6  consideration.  And sometimes we learn things from

7  smaller studies as well.

8      Q    All else being equal, larger studies

9  with more events for analysis are more informative

10 than smaller studies, correct?

11          MR. ESFANDIARY:  Objection.  The

12 question doesn't make any sense.

13          MS. ROSS:  Counsel, I'm going to again

14 ask you that you limit your objections to

15 objections that are proper under the Federal

16 Rules.

17 BY MS. ROSS:

18     Q    You may answer the question.

19     A    I think when you say "all things being

20 equal," there are many situations where you just

21 can't do a big trial.  As an example, I work with

22 T-cell lymphomas.  All of our trials are small by

23 comparison to trials with cardiovascular disease

24 or hypertension.  But that is what informs what we

25 do for those patients because that is the evidence

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Lauren C. Pinter-Brown, M.D.

1    that we can acquire.

2         Q    Sure.  If -- if all you can do is a

3    small trial because you have a small number of

4    patients, for example, with a particular disorder,

5    that's what you would do and that's what you would

6    rely on, right?

7         A    Yes.  But I also wouldn't want to engage

8    in a large trial that is ineffectively designed

9    or -- or performed because it costs too much.

10             And that might be a consideration too.

11   Sometimes people would like to do a larger trial,

12   but in the effort to do a larger trial, they

13   compromise the trial.

14             So I think as I was trying to say to

15   you, there are many variables in designing a

16   trial.  Just getting a big N is not the only thing

17   that you would consider.

18        Q    You have authored several -- or been an

19   author on several prospective cohort studies,

20   correct?

21        A    I was part of a registry for T-cell

22   lymphoma.  It was a prospective study of patients.

23   There's not really a cohort.  And what I mean to

24   say is there's not -- there's not a comparison.

25   There are a cohort of patients that have T-cell

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Lauren C. Pinter-Brown, M.D.

 1   lymphoma, but there's no comparison to another

 2   group.

 3        Q    It's a cohort study with a single cohort

 4   in this case.

 5        A    Correct.

 6        Q    Correct?

 7        A    That's correct.

 8        Q    Why conduct a prospective cohort study?

 9        A    Well, in that case they were trying to

10   learn some information about how patients with

11   T-cell lymphoma are diagnosed and treated because

12   we have very little information in that regard.

13        Q    Are prospective studies more time-

14   consuming than case-control studies?

15        A    I have no idea.

16        Q    Have you ever authored a case-control

17   study?

18        A    Not that I can remember.

19        Q    Why not?

20        A    Because it isn't in the area that I --

21   that I practice in.  Again, we talked about, you

22   know, what my practice is.  It has to do with

23   treatment of patients.  So I'm not looking at

24   cancer patients that are -- controls that aren't

25   treated.

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Lauren C. Pinter-Brown, M.D.

1      Q    One of the things that -- that you

2  mentioned in the cohort study that you've been

3  involved in is that you follow patients

4  prospectively, right?

5      A    They were followed prospectively.

6      Q    And is length of follow-up important in

7  a study like that?

8            MR. ESFANDIARY:  Before you answer that,

9  Doc.

10           I'm just going to lodge an objection

11  here to the extent that you're wading into what

12  sounds like general causation territory, and we

13  have experts on that.  You've deposed them

14  multiple times.  You know, did conduct

15  case-control studies with Dr. Weisenburger.  So if

16  you want to talk to him about that, that's fine.

17           But I'm just going to lodge an

18  objection, and if it gets further into this, I'm

19  just going to instruct the witness not to answer.

20           MS. ROSS:  Counsel, I'm entitled to

21  explore Dr. Pinter-Brown's opinions and the

22  opinions she is offering in this case in any way

23  that I see fit.  And Dr. Pinter-Brown has said

24  that she has reviewed the general epidemiology on

25  Roundup and non-Hodgkin lymphoma.  If you are

1  withdrawing all of her opinions on whether Roundup

2  causes non-Hodgkin lymphoma, we can revisit this.

3           MR. ESFANDIARY:  No, I'm not.

4           MS. ROSS:  Is that what you're saying?

5           MR. ESFANDIARY:  No, I'm not withdrawing

6  anything.  I'm just saying that we have general

7  causation experts and we have specific causation

8  experts, and Dr. Pinter-Brown's general causation

9  opinion insofar as is outlined in her report is

10  specifically in the context of offering a specific

11  causation opinion.

12           The ins and outs of general causation,

13  we have experts on that.  I understand that your

14  experts are jack-of-all-trades, and, you know, all

15  of them apparently offer general causation

16  testimony.

17           However, if you're going to get much

18  further into general causation, I'm going to try

19  and shut it down.  But I can let her answer this

20  question that's pending for now.

21           MS. ROSS:  So we can -- we can go there

22  if we need to.  Again, I would prefer not -- as

23  lovely as LA is, I would prefer not to come back

24  for this again.

25           So we'll just proceed and see where we

Lauren C. Pinter-Brown, M.D.

1   go.  Does that sound good?

2            MR. ESFANDIARY:  Sure.  Sounds fine.

3            MS. ROSS:  Great.

4   BY MS. ROSS:

5        Q    Dr. Pinter-Brown, I'm going to ask you

6   the question again --

7        A    Okay.

8        Q    -- because I'm sure you don't remember

9   it.  Okay?

10       A    Not at all.

11       Q    Great.

12            Do you consider length of follow-up to

13   be important in evaluating epidemiologic

14   literature?

15       A    That's a different question --

16       Q    It is.

17       A    -- than what you asked before.

18            Yes, it's helpful.

19       Q    What is the lag time between exposure to

20   Roundup and the development of non-Hodgkin

21   lymphoma?

22       A    I don't know the answer to that, but

23   the -- from reviewing the papers, it appears to be

24   quite long.  Ten years or more.

25       Q    Ten years or more is the lag time

Lauren C. Pinter-Brown, M.D.

1   between initial exposure and development of

2   non-Hodgkin lymphoma?

3         A    I did not say it is the lag time.  I

4   said I -- I looked at the literature and that's

5   what it appears to me to be.

6         Q    Thank you for that clarification.

7              I saw in your CV that you also have done

8   some consulting with pharmaceutical companies,

9   correct?

10        A    Yes.

11        Q    You have served as an invited speaker

12   for pharmaceutical companies, right?

13        A    Yes.

14        Q    You've also served on advisory panels

15   for pharmaceutical companies, correct?

16        A    Yes.

17        Q    Some of your research has been funded by

18   pharmaceutical companies, true?

19        A    Yes.

20        Q    Those pharmaceutical companies develop

21   products, right?

22        A    Yes.

23        Q    Often they want to see if those products

24   cure cancer, correct?

25        A    No.  They want to see if they're

Lauren C. Pinter-Brown, M.D.

```
 1   efficacious to patients.

 2        Q    In these studies that you've been

 3   involved in --

 4        A    Yes.

 5        Q    -- what were the drugs generally seeking

 6   an indication for?

 7        A    That's really very general.

 8        Q    Okay.

 9        A    What are you trying to say?

10        Q    Let me ask a new question then.

11             Do you try to perform your scientific

12   investigations with the same amount of care and

13   rigor when you are working with pharma as with

14   government or academia?

15        A    You know, if you look at my trials,

16   they're almost all pharma-sponsored.

17        Q    Do you try to perform your scientific

18   investigations with the same amount of care and

19   rigor when you're working with pharma as in any

20   other undertaking you take on?

21        A    Absolutely.

22        Q    Your research is not less important

23   because it was funded by a company, correct?

24        A    I don't know what these questions mean.

25   Less important, what does that mean?
```

Lauren C. Pinter-Brown, M.D.

1            MR. ESFANDIARY:  She's going to go

2     through them anyway, so --

3            MS. ROSS:  What?

4            MR. ESFANDIARY:  Never mind.

5            THE WITNESS:  I don't know what it

6     means.

7     BY MS. ROSS:

8        Q    What is -- what's challenging to you

9     about the words in my question?

10       A    "Less important."  There's so many --

11    this goes to what you were asking me before.

12    There are zillions of kinds of trials in the

13    world.  They all offer information to help

14    patients in the area of medicine.  Is it more

15    important to learn about epidemiology or more

16    important to treat patients?  There's no answer to

17    that question.

18       Q    Oh, I see -- I see what you thought I

19    was asking.

20       A    Everything is important.

21       Q    Thank you.  I wanted clarification

22    because I wanted to make sure that I could ask a

23    better and more specific question.  New question.

24       A    Okay.

25       Q    You do not color your results one way or

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Lauren C. Pinter-Brown, M.D.

1    the other based on who is funding your study,

2    correct?

3         A    That's correct.

4         Q    You do not publish data in medical

5    journals that is false or untrue when you are

6    funded by a company, right?

7         A    Not knowingly.

8         Q    Your colleagues would not do that

9    either, would they?

10             MR. ESFANDIARY:  Objection.

11             THE WITNESS:  I have no idea what my

12   colleagues would do.

13   BY MS. ROSS:

14        Q    There is actually nothing intrinsically

15   wrong with consulting with pharmaceutical

16   companies, correct?

17             MR. ESFANDIARY:  Objection to

18   "intrinsically"?

19             THE WITNESS:  Yeah, I -- I really have

20   problems with it too, even if he hadn't said

21   anything.  What does "intrinsically wrong" mean?

22             MS. ROSS:  So, Counsel, the record is

23   showing that your speaking objections are coaching

24   the witness, and this is an expert witness.  I

25   would appreciate it if you would -- again, I'm

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Lauren C. Pinter-Brown, M.D.

1   making this request for another time.  Please

2   limit your objections to those that are

3   appropriate under the Federal Rules.

4            MR. ESFANDIARY:  And I've been

5   practicing for a few years, and maybe you can

6   correct me on this, but I'm pretty sure I can take

7   an issue with a specific aspect of your question,

8   right?  I can say what was wrong with your

9   question in my objection to make it clear for the

10  record.

11           MS. ROSS:  In the context of an expert

12  deposition, I would appreciate your limiting your

13  objections to form.

14           MR. ESFANDIARY:  I know -- I know what

15  you would appreciate, but what I'm allowed to do

16  is I can point out what was -- specifically what

17  is objectionable about your question, right?

18           MS. ROSS:  And if your questions go into

19  the realm of coaching an expert witness that you

20  are defending, that becomes a problem.

21           MR. ESFANDIARY:  She made it clear she

22  wasn't being coached.  So you can --

23           MS. ROSS:  Okay.

24           MR. ESFANDIARY:  But let's continue.

25           THE WITNESS:  I don't -- do you expect

Lauren C. Pinter-Brown, M.D.

1    me to answer?  You'll have to repeat the question

2    after all of that.  I'm sorry.

3    BY MS. ROSS:

4        Q    Not a problem.

5        A    Okay.

6        Q    Is there anything wrong with consulting

7    for pharmaceutical companies?

8        A    That's a really difficult question when

9    you put it that way.  Some people believe there

10   is.

11       Q    Do you?

12       A    It depends what the context is.  Is it

13   wrong to help them jerry-rig data to -- to be in

14   their benefit?  Yep, absolutely.  I won't do that.

15       Q    You do not do that in your research,

16   correct?

17       A    I would not.

18            Is it wrong to tell them how to market a

19   drug that's not beneficial to patients?

20   Absolutely it is.

21            So your -- your question is very vague.

22            Is it wrong to talk to pharmaceutical

23   companies?  It depends on what way you're advising

24   them or talking to them.

25       Q    And in no way that you have ever advised

Lauren C. Pinter-Brown, M.D.

1    or talked to a pharmaceutical company would you

2    say that that was ethically wrong, correct?

3        A    I'm sorry, say it again.  I'm sorry, I'm

4    having trouble understanding your questions.

5        Q    Sure.

6             In your work for pharmaceutical

7    companies where you have advised them on

8    developing treatments for cancer, for example, you

9    would say there is nothing wrong with the way that

10   you have done that, correct?

11       A    That's correct.

12       Q    Is it understandable for companies to

13   reach out to people with expertise to advise them

14   on various issues?

15       A    Yes.

16       Q    That makes good sense, right?

17       A    I think it's helpful to pharmaceutical

18   companies to talk to people that understand the

19   field.

20       Q    You've consulted for Janssen Biotech,

21   for example, right?

22       A    If I did, it was a really long time ago.

23   I don't remember.  It's not a company I would work

24   with recently.  They don't have a lot of role in

25   lymphoma.  But maybe a long time ago I did.  Or

Lauren C. Pinter-Brown, M.D.

1    when they had a -- a drug, and then it got bought

2    by somebody else.

3         Q    If -- let's see if we can do this

4    without the document, and then I'll mark it if we

5    need to, okay?

6         A    Okay.

7         Q    If information available on CMS's

8    website indicated that you consulted with Janssen

9    in 2017, do you have any reason to dispute that?

10             MR. ESFANDIARY:  Objection.

11             Just before you answer that, if you are

12   asking questions about a document, I would

13   appreciate if you show her the document.  I mean

14   this is not a memory test.  You're not --

15             MS. ROSS:  That's fine.

16             MR. ESFANDIARY:  -- going to show her

17   that?

18             MS. ROSS:  We can do that.

19             MR. ESFANDIARY:  Yeah.

20             MS. ROSS:  All right.

21             THE WITNESS:  It would be helpful.

22             (Exhibit No. 4 was marked for

23             identification.)

24   BY MS. ROSS:

25        Q    I'm handing you Exhibit 4 to your

Lauren C. Pinter-Brown, M.D.

1   deposition.

2        A     Okay.

3        Q     This is a printout from

4   openpaymentsdata.cms.gov.

5              Do you see that?

6        A     Yes, I see the top.

7        Q     And if you'll turn with me, about

8   halfway through, we get to 2017, and you'll see a

9   page that looks something like this (indicating).

10  It's got a pie chart on it, and it says "Janssen

11  Biotech" at the top.

12             MR. ESFANDIARY:  Are there any page

13  numbers?

14             THE WITNESS:  Yeah, that's what I'm

15  looking for.

16             MS. ROSS:  No.  Unfortunately, the way

17  it prints, there are not.

18             THE WITNESS:  Let's see if we could find

19  it.

20             No, but she -- hers has a pie chart on

21  it.  I'm looking for a page with a pie chart -- it

22  has a pie chart and a bar graph?

23  BY MS. ROSS:

24        Q     There's a bar graph on the previous

25  page.

Lauren C. Pinter-Brown, M.D.

1      A    Oh, oh, oh.  Oops, I'm looking for the

2  wrong thing.  Is it --

3      Q    Do you want me to see if I can find it

4  quickly for you?

5      A    Yep.

6      Q    Let me see if --

7      A    Absolutely.

8      Q    -- this will work.

9      A    Okay.

10     Q    Do you see that there is a line here

11  that says "Select a year for which you want to

12  view data," and the year selected is 2017.

13     A    Okay.

14     Q    Do you see that?

15     A    Yep.

16     Q    And if you see a little further down,

17  there's -- as you noted, on some of these pages

18  there are bar charts, and here there's a bar

19  chart, and at the top of the bar chart it says

20  "Janssen Biotech, Inc."

21          Do you see that?

22     A    Yes.

23     Q    Do you have any reason to disagree that

24  you consulted for Janssen Biotech in 2017?

25     A    The only confusion I would have is that

Lauren C. Pinter-Brown, M.D.

1    some of the companies -- some of the drugs start

2    out with one company, and then they're quickly

3    sold, and it's hard to know which company -- and

4    in fact, there may be two companies at an advisory

5    board meeting.

6              I have an idea what this is, but I don't

7    totally 100 percent remember.  And that is because

8    the drug that I'm thinking it was about got

9    purchased by another company, and the other

10   company was there as well.  So sometimes it's --

11   it is truly such a fluid landscape.  Sometimes

12   with a brand-new drug with a very small company,

13   that the drug gets moved around so much that it's

14   hard to know who exactly is at the meeting.

15        Q    All right.

16        A    This is something that I don't pay that

17   much attention to, but I'll -- I'll assume that

18   this is correct for the moment.

19        Q    Fair.

20             And there was a lot in that answer, so

21   I'm just going to break it up a little bit.  Okay?

22        A    Okay.

23        Q    You mentioned that sometimes early in

24   development a drug will be sold and -- and will go

25   from one company to another company, correct?

Lauren C. Pinter-Brown, M.D.

1          A      Even after approval.

2          Q      And you do not dispute that at some

3   point in time that you have done consulting work

4   for Janssen Biotech, right?

5          A      I don't remember it so clearly, but if

6   it says that, I -- I could believe that it would

7   be true.

8          Q      Okay.  You mentioned that there was a

9   drug that you were thinking about that this might

10  be.

11                What drug is that?

12         A      Ibrutinib.

13         Q      Okay.  Have you ever done any consulting

14  for Janssen Biotech regarding Remicade?

15         A      No.

16         Q      What is Remicade?

17         A      It's a drug that rheumatologists use.

18         Q      It's a TNF-alpha inhibitor, correct?

19         A      Yes.

20         Q      Does Remicade cause cancer?

21         A      TNF-alpha inhibitors have been

22  associated with contributing to non-Hodgkin

23  lymphomas.

24         Q      Are you making a distinction between a

25  cause of non-Hodgkin lymphoma and something that

Lauren C. Pinter-Brown, M.D.

1    is associated with non-Hodgkin lymphoma?

2         A    What I'm trying to explain to you is

3    that there are multiple reasons why somebody gets

4    non-Hodgkin lymphoma.  There's not one cause.  And

5    that's true for most cancers that -- if we want to

6    talk about that.

7         Q    I'm sure that we will get to that.

8         A    This isn't pneumonia and it's

9    pneumococcus that causes it.

10        Q    With respect to non-Hodgkin lymphoma and

11   most cancers, there are multiple things that cause

12   cancer, right?

13        A    Yes.

14        Q    You would agree that cancer is

15   multifactorial?

16        A    Yes.

17        Q    With respect to whether a particular

18   drug or exposure -- for example, we were just

19   talking about TNF-alpha inhibitors.

20        A    Yes.

21        Q    And you commented that TNF-alpha

22   inhibitors have been associated with an increased

23   risk of non-Hodgkin lymphoma, correct?

24        A    Yes.

25        Q    Do you -- and I just want to make sure

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

Lauren C. Pinter-Brown, M.D.

1    that we're speaking the same language when we use

2    terms today.

3         A    Okay.

4         Q    Okay?  Do you associate increased risk

5    with being the same thing as cause when it comes

6    to non-Hodgkin lymphoma?

7         A    The difficulty I'm having with your

8    question is "the cause" implies one thing.  And

9    what I've told you before is that the reason why

10   people get non-Hodgkin lymphomas, as -- as an

11   example, is not one thing most likely.

12        Q    I see.  So --

13        A    So when you use the word "cause," to me

14   it implies a cause-and-effect relationship.  I do

15   this to you, you get cancer.  That's it.  It has

16   nothing to do with what else is -- is happening

17   with the person.  And that is not the case

18   probably.

19        Q    Okay.  So you would say that something

20   that is associated with an increased risk of

21   non-Hodgkin lymphoma could be a cause of

22   non-Hodgkin lymphoma but not necessarily the only

23   cause of non-Hodgkin lymphoma in an individual

24   patient.  Am I understanding that right?

25        A    I really don't like the word "cause."

Lauren C. Pinter-Brown, M.D.

1    Because I think you and I mean it in a different

2    way, and so I'm reluctant to use the word.

3            What -- what -- what I'm telling you is

4    that it's a -- an influencer.  It's a risk factor.

5    It enhances the person's chances of having

6    lymphoma.

7        Q    And TNF-alpha inhibitors enhance a

8    person's chances of having lymphoma, correct?

9        A    Yes, I believe they do.

10       Q    You've also consulted for AbbVie, right?

11       A    Probably.  Don't ask me which drug.

12       Q    Have you ever done any consulting for

13   AbbVie with regard to Humira?

14       A    No.

15       Q    Humira again is a TNF-alpha inhibitor,

16   correct?

17       A    Correct.

18       Q    Have you ever consulted for Bayer?

19       A    You know, I -- I don't remember.  I've

20   been doing this for almost 40 years.  So, you

21   know, in all this long period if I ever consulted

22   for Bayer, I don't remember.  I could have.  I

23   could have not.  I don't remember, honestly.

24       Q    Do any of Bayer's products cause cancer?

25       A    I don't know what Bayer's products are.

Lauren C. Pinter-Brown, M.D.

1    Let me know.

2        Q    Have you ever conducted any scientific

3    research of any kind regarding Roundup?

4            MR. ESFANDIARY:  Objection.  Vague as to

5    "any scientific research of any kind."  Of any

6    kind?

7            THE WITNESS:  I was going to ask the

8    same question.  What does that mean?  Did I read

9    the literature?

10   BY MS. ROSS:

11       Q    With respect to your CV --

12       A    Yes.

13       Q    -- Exhibit 1.

14       A    Yes.

15       Q    I went through your bibliography in your

16   CV --

17       A    Yes.

18       Q    -- and you have published various

19   articles in -- in the literature, correct?

20       A    Yes.

21       Q    You've also written book chapters,

22   correct?

23       A    Yes.

24       Q    You have presented posters and given

25   talks in various -- in various settings to medical

Lauren C. Pinter-Brown, M.D.

```
 1    colleagues, correct?

 2         A    Yes.

 3         Q    With respect to your scientific research

 4    in your professional life, your focus has been

 5    primarily on treatments for lymphoma, correct?

 6         A    Correct.

 7         Q    Have you conducted any scientific

 8    research in your professional practice regarding

 9    Roundup?

10         A    No.

11         Q    Have you conducted any scientific

12    research regarding glyphosate?

13         A    No.

14         Q    Have you conducted any scientific

15    research of any kind involving any pesticide?

16         A    Not in my professional career.

17         Q    How would you classify glyphosate?

18              MR. ESFANDIARY:  Objection.  Vague.

19    BY MS. ROSS:

20         Q    Do you understand what I'm asking?

21         A    No.

22         Q    I'll ask a more specific question.

23         A    Okay.

24         Q    Is glyphosate a pesticide?

25         A    Yes.
```

Lauren C. Pinter-Brown, M.D.

1        Q     Is it an herbicide?

2        A     Yes.

3        Q     What is the difference between those two

4   things?

5        A     A pesticide is kind of an umbrella term

6   for things that kill off weeds, insects, fungi,

7   pests, I guess, to crops.  And an herbicide is --

8   is a more specific kind of pesticide that kills

9   off things like weeds.

10       Q     How many pesticides are there, do you

11   know?

12       A     I'm sure there's a lot, but I couldn't

13   give you a number.

14       Q     Do you know how many are currently

15   approved for use in the United States?

16       A     No.

17       Q     Do you know if it's dozens or hundreds?

18       A     This is not something that I do in my

19   professional life.

20       Q     This is not --

21       A     Count how many pesticides there are.

22       Q     This is not your area of expertise,

23   fair?

24             MR. ESFANDIARY:  To know how many

25   pesticides?

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Lauren C. Pinter-Brown, M.D.

```
 1              THE WITNESS:  To know how many

 2   pesticides are approved?  No.  That's not my area

 3   of expertise.

 4   BY MS. ROSS:

 5        Q    Are all pesticides the same in terms of

 6   toxicity or risk?

 7        A    Again, I have not done my primary focus

 8   on different qualities of pesticides, to know each

 9   and every pesticide that's approved and what their

10   risk is.  So I really don't think I could answer

11   your -- your question in -- in a complete way.

12        Q    Are MCPA 240 and malathion all the same?

13              MR. ESFANDIARY:  All the same?  Counsel,

14   come on.

15              MS. ROSS:  Is that an objection to form,

16   Counsel?

17              MR. ESFANDIARY:  Yeah, it is.

18              MS. ROSS:  Thank you.

19   BY MS. ROSS:

20        Q    You can answer the question.

21        A    What do you mean "all the same"?  What

22   does that mean?

23        Q    Are they -- is it scientifically

24   reliable to lump all pesticides together in terms

25   of toxicity or risk?
```

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

Lauren C. Pinter-Brown, M.D.

1          A     I would say no.

2          Q     Is it scientifically reliable to lump

3     all pesticides together in terms of the risk of

4     cancer?

5          A     I would say, no, that's not fair.

6          Q     Do people who farm typically use more

7     than one pesticide?

8          A     I've learned that sometimes they do.

9          Q     Why is that?

10         A     I don't know.  I'm not a farmer.

11         Q     Do people who use pesticides

12    commercially also usually use more than one

13    pesticide?

14         A     Commercially means what?

15         Q     What is your understanding of the -- the

16    different ways in which someone might use a

17    pesticide professionally as opposed to spraying

18    Roundup on their dandelions in their driveway?

19         A     Someone could be a landscaper.  Someone

20    could be a farmer.  I mean I have to really think

21    about it, because I don't think about the

22    professions that use pesticides.  But I'm sure

23    there's other instances where somebody could use

24    it, not just squirting it on their -- you know,

25    around their little front stoop.

Lauren C. Pinter-Brown, M.D.

1     Q    So let's take the example that you gave,
2  okay?

3     A    Okay.

4     Q    Landscaping.  Do people who use
5  pesticides in landscaping usually use more than
6  one pesticide?

7     A    I don't know.  I -- I'm not a
8  landscaper.

9     Q    Have you conducted any scientific
10  research involving herbicides specifically?

11     A    No.

12     Q    What -- apart from your work in this
13  case, have you ever written or presented
14  information or opinions about Roundup and
15  glyphosate and non-Hodgkin lymphoma?

16     A    Ask me the question again.

17     Q    Apart from your work in this case, have
18  you ever written or presented information or
19  opinions about Roundup or glyphosate and
20  non-Hodgkin lymphoma?

21     A    I have presented my opinion about
22  agricultural products in presentations.

23     Q    Have you -- you understand that's a
24  slightly different question than I'm asking you?

25     A    Yes.  Because it's not specific to

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

Lauren C. Pinter-Brown, M.D.

1    Roundup.

2         Q    And --

3         A    I have not mentioned Roundup by name.

4         Q    Okay.  So I'm -- I'm going to ask --

5    this is two separate questions.  All right?

6         A    Okay.

7         Q    With respect to agricultural products

8    generally, you said that you have mentioned

9    agricultural products in your presentations,

10   correct?

11        A    Yes.

12        Q    With respect to Roundup or glyphosate

13   specifically, have you ever presented information

14   or opinions about Roundup and non-Hodgkin

15   lymphoma?

16        A    No.

17        Q    You have never given a talk to medical

18   professionals or to a scientific group about

19   Roundup or glyphosate.  True?

20        A    That's correct.

21        Q    You have never given a talk to a

22   professional, medical or scientific group where

23   the focus of that talk was herbicides, correct?

24        A    Correct.

25        Q    Have you yourself conducted any

Lauren C. Pinter-Brown, M.D.

1    scientific research on the mechanism by which any

2    pesticide might increase the risk of any kind of

3    cancer?

4         A    Please define "scientific research."

5         Q    I'm using the same context in which we

6    were just talking about it, okay?  So not with

7    respect to reviewing literature that other people

8    have written, but in -- in the way that you use

9    "scientific research" in your professional life.

10   Okay?

11        A    You mean performed it personally?

12        Q    Yes.

13        A    No, I have not.

14        Q    Okay.  Do you hold yourself out to your

15   colleagues as an expert on pesticides?

16        A    Please clarify.

17             If you're talking about what pesticides

18   could do or the names of pesticides or how many

19   are marketed or what landscapers do with them

20   or -- could you be a little more clear?

21        Q    Right now I'm asking a general question

22   on purpose, and then I'll clarify if I need to.

23        A    But I can't answer a general question,

24   honestly.

25        Q    So let me ask it more specifically then.

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Lauren C. Pinter-Brown, M.D.

1        A      Okay.

2        Q      Do you hold yourself out to your

3    colleagues as an expert on Roundup and non-Hodgkin

4    lymphoma?

5               MR. ESFANDIARY:  I'm going to object.

6    Vague.

7               THE WITNESS:  After this case, I might

8    hold myself as an expert as someone who has spent

9    quite a bit of time looking at the literature.

10   BY MS. ROSS:

11       Q      Before you were retained in this case,

12   would you have held yourself out to your

13   colleagues as an expert in Roundup and non-Hodgkin

14   lymphoma?

15       A      No.

16       Q      Is it fair to say you have not been

17   involved with the manufacturing, testing or

18   marketing of chemical products?

19               MR. ESFANDIARY:  Objection.

20               THE WITNESS:  What do you mean by

21   "chemical products"?

22   BY MS. ROSS:

23       Q      Is it fair to say that you have not been

24   involved with the manufacturing, testing or

25   marketing of pesticides?

Lauren C. Pinter-Brown, M.D.

```
 1        A    Correct.

 2        Q    Is it fair to say that you have never

 3   been involved with the labeling of any pesticide,

 4   including Roundup?

 5        A    Correct.

 6        Q    You have never worked for the

 7   Environmental Protection Agency, right?

 8        A    That's right.

 9        Q    You have never worked for any pesticide

10   regulatory authority, true?

11        A    That's true.

12        Q    Are you offering any opinions as to the

13   adequacy of the Roundup label at any time?

14             MR. ESFANDIARY:  Objection.

15             THE WITNESS:  I don't know what that

16   means, "the adequacy of the Roundup label."  What

17   do you mean?

18             MR. ESFANDIARY:  And calls for a legal

19   conclusion.

20   BY MS. ROSS:

21        Q    With respect to the Roundup label as it

22   exists now or at any point, are you offering an

23   opinion to a jury that the Roundup label should

24   have included a cancer warning?

25             MR. ESFANDIARY:  Objection.
```

Lauren C. Pinter-Brown, M.D.

1           Don't answer that.

2           MS. ROSS:  What is your -- what is your

3    specific -- let me back up for a second, Pedram.

4    What's your basis for instructing the witness not

5    to answer a question on whether she's offering an

6    opinion on warnings?

7           MR. ESFANDIARY:  Well, because we have

8    an expert in the area of warnings.  Dr. Bromberg,

9    you've taken his deposition before.

10          Secondly, she's not here to give a legal

11   conclusion as to the adequacy of the warning

12   label.  That's -- that's -- and you know full well

13   that asks a legal contention.

14          MS. ROSS:  So is it your contention that

15   Dr. Pinter-Brown is not in any trial going to get

16   up and say anything about whether or not the

17   Roundup label should have had a cancer warning?

18          MR. ESFANDIARY:  Please don't patronize

19   me and try to box me into a position.  It's not

20   going to --

21          MR. TOMACELLI:  Just ask whether she has

22   anything in her expert report regarding labeling.

23   BY MS. ROSS:

24      Q    Do you have any opinions in your expert

25   report regarding the Roundup label?

Lauren C. Pinter-Brown, M.D.

```
 1        A    No.

 2             MR. ESFANDIARY:  You're free to look at

 3   your expert report.

 4             THE WITNESS:  And I have read my report,

 5   and I'm sure you have too.  No.

 6   BY MS. ROSS:

 7        Q    Sitting here today, do you intend to

 8   offer any opinions at trial regarding the Roundup

 9   label?

10             MR. ESFANDIARY:  Don't answer that.

11   BY MS. ROSS:

12        Q    Sitting here today, do you intend to

13   offer any opinions at trial regarding the Roundup

14   label?

15        A    If someone asks me a question, I'll try

16   and answer.

17        Q    And sitting here today -- I understand

18   that things can happen between now and trial, but

19   sitting here today, based on what you've reviewed,

20   do you intend to offer any opinions about the

21   adequacy of the Roundup label?

22        A    I don't intend to offer anything.

23   You're asking me questions, and I'm answering.

24   It's not -- I'm not giving a lecture here.

25        Q    So the answer to my question is, no,
```

Lauren C. Pinter-Brown, M.D.

1  sitting here today, you do not intend to offer any

2  opinions about the Roundup label?

3      A    If you don't ask me, I won't offer an

4  opinion.

5      Q    Prior to being retained in this

6  litigation, did you ever tell a patient of yours

7  that Roundup caused their non-Hodgkin lymphoma?

8      A    No.

9      Q    Have you ever told a patient their

10  non-Hodgkin lymphoma was caused by any other

11  pesticide?

12      A    I have discussed with patients that

13  there may be pesticides that contribute to the

14  development of lymphoma.

15      Q    How many times have you told a patient

16  that pesticides may have contributed to the

17  development of their lymphoma?

18      A    As I told you before, I've practiced

19  almost 40 years.  I've probably seen 10,000

20  patients.  I cannot answer that question.  That's

21  ridiculous.

22      Q    Do you have any specific memory of

23  telling a patient that their individual cancer was

24  caused by a pesticide exposure?

25      A    As I told you before, I didn't tell them

Lauren C. Pinter-Brown, M.D.

1    it was caused by pesticides.  I told them it might

2    have contributed to the development of their

3    lymphoma.  And we've had this discussion before

4    about you might think of the word "cause"

5    differently than I would.  So I don't use the word

6    "cause."

7         Q    So let me ask the question again without

8    that word.  Okay?

9         A    Okay.

10        Q    All right.  You told me a minute ago

11   that you have discussed with patients that there

12   may be pesticides that contributed to the

13   development of their lymphoma.  Right?

14        A    Correct.

15        Q    And as you noted, you've been in

16   practice for a while, right?

17        A    Yes.

18        Q    And I understand that you can't give me

19   an exact number of the times that you've told a

20   patient that a pesticide may have contributed to

21   their lymphoma.  Okay?

22        A    Yes.

23        Q    Do you know whether it's more than a

24   hundred patients?

25        A    I would say probably yes, because every

Lauren C. Pinter-Brown, M.D.

1    Vietnam vet that comes into my clinic, we discuss

2    Agent Orange, and that's an herbicide.

3         Q    What pesticides other than Agent Orange

4    have you discussed with patients as contributing

5    to their non-Hodgkin lymphoma?

6         A    I think we've discussed it in a more

7    global sense, particularly when a patient has an

8    occupation of being a farmer.

9         Q    So you've discussed in a general sense

10   whether they had pesticide exposure but not

11   necessarily one specific pesticide.  Fair?

12        A    That's correct.

13        Q    Outside of this litigation, have you

14   ever told a colleague of yours that Roundup was

15   the cause of cancer in a patient?

16        A    Again, I've never told anybody that

17   anything is a cause of somebody's cancer, other

18   than perhaps HIV, but even then I don't use the

19   word "cause."

20        Q    Outside of this litigation, have you

21   ever told a colleague of yours that Roundup

22   contributed to cancer in a patient?

23        A    We may have discussed it, yes.

24        Q    When was that?

25        A    The discussion about different

Lauren C. Pinter-Brown, M.D.

1    pesticides has been going on for over 20 years in

2    my field, so I couldn't tell you exactly -- you

3    know, exactly when that would have occurred.

4    Certainly the conversations have become much more

5    frequent lately because of all the publicity with

6    colleagues and with patients.

7         Q    When you say the conversations have

8    become more frequent lately with -- because of all

9    the publicity with colleagues and with patients,

10   are you talking about the publicity around these

11   lawsuits?

12        A    Yes.

13        Q    Do you have any idea when in the last

14   20 years you first became aware that there may be

15   an association between Roundup and non-Hodgkin

16   lymphoma?

17        A    I would say using the specific terms

18   "Roundup," more recently in the last couple of

19   years.

20        Q    In the last couple of years since 2015?

21             MR. ESFANDIARY:  What's the question,

22   Emma?

23             THE WITNESS:  Maybe around 2015.

24   BY MS. ROSS:

25        Q    What are the components of Roundup that

Lauren C. Pinter-Brown, M.D.

1    you spray on the ground, do you know?

2         A    The components being the chemical

3    structure or --

4         Q    What's in the bottle?

5         A    I've never looked at a bottle of

6    Roundup.  In fact, I've never come close to one.

7    But I know from reading that -- that there is the

8    herbicide, and then there's something that helps

9    it kind of spray along on the foliage to help it

10   stick and kill the foliage.  But more specifically

11   than that, I don't know if there's a propellant in

12   the -- I don't really know.  I don't want to say

13   things I don't know.

14        Q    With respect to the herbicide, the

15   herbicide in Roundup is glyphosate, correct?

16        A    Correct.

17        Q    When you say that there's something that

18   helps it kind of spray along the foliage, do you

19   have a more specific term for what that is?

20        A    Well, I want to say I read surfactant,

21   but I -- I conflate the word "surfactant" with the

22   thing that's in your lungs.  So I question whether

23   I remember the word correctly, because the word

24   has another meaning to me, but that's kind of what

25   I remember.

Lauren C. Pinter-Brown, M.D.

1      Q    I will tell you that surfactant is one

of the ingredients in a bottle of Roundup, and

3   then I'm going to ask you a more specific

4   question.  Okay?

5      A    Okay.  Ask away.

6      Q    Do you know what the surfactant is that

7   is in Roundup that you spray?

8      A    No.

9      Q    Do you know -- well, let me back up from

10  that a little bit.

11          You're not offering any opinions

12  regarding the specific surfactants in Roundup,

13  correct?

14          MR. ESFANDIARY:  Objection.  Vague.

15          THE WITNESS:  Opinion about the specific

16  surfactants?  You mean which -- what they are?

17  BY MS. ROSS:

18      Q    Correct.

19      A    No, since I just told you I don't know

20  what they are, I will not be offering an opinion

21  in that area.

22      Q    Right.  Since you do not know what the

23  surfactants are in Roundup, it's fair to say that

24  you are not offering any opinions about the

25  surfactants in Roundup, correct?

Lauren C. Pinter-Brown, M.D.

1        A    Not about the specific surfactants, and

2    that's the question you asked me.

3        Q    Do you know whether Roundup is a

4    selective or a nonselective herbicide?

5        A    I think it's nonselective, but I

6    wouldn't say that with 100 percent assurity.

7        Q    Do you know whether Roundup kills grass

8    as well as broadleaf weeds?

9        A    Grass versus what?

10       Q    Good point.  Let's try that again.  Do

11   you -- new question.

12       A    It sounds like fleas, but --

13       Q    Do you know whether Roundup kills grass

14   has well as broadleaf weeds?

15       A    I would assume it does not kill grass.

16   But it -- it's an assumption.

17       Q    If you were looking for a pesticide that

18   kills weeds but spared lawns, would Roundup be a

19   good choice for that?

20       A    I don't know.  I'm not a landscaper.

21            MR. ESFANDIARY:  She doesn't work at

22   Home Depot.  She's here as an expert.

23   BY MS. ROSS:

24       Q    Is Roundup safe for any grass type used

25   in lawns, do you know?

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

Lauren C. Pinter-Brown, M.D.

1       A    I don't know.

2       Q    Are you an expert in genotoxicity?

3       A    I -- I've read about it.  It's not my

4  primary interest of research.

5       Q    There are scientists in the world who

6  specialize in conducting experiments in cell lines

7  or animals to determine if a compound or substance

8  is genotoxic, correct?

9       A    Correct.

10      Q    These can be studies where cells are

11  treated once, and then the researchers see what

12  happens after a certain period of time.  True?

13      A    Yes.

14      Q    These can also be studies where animals

15  are exposed to extremely high doses, and some

16  blood measure is taken after, correct?

17      A    I suppose.

18      Q    None of your publications address

19  whether a chemical is genotoxic.  True?

20      A    That's correct.

21      Q    None of your publications address

22  whether genotoxicity leads to cancer, right?

23      A    That's correct.

24      Q    Do you claim to be an expert in

25  designing or interpreting genotoxicity studies?

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

Lauren C. Pinter-Brown, M.D.

1      A    I'm certainly not an expert in designing

2    them.  I think I'm capable of reading a trial -- a

3    study such as that and deriving some conclusion

4    for myself.  Is my entire research that or has my

5    research been that?  No.

6      Q    Are you an expert in epidemiology?

7      A    Your word of -- your word "expert" is a

8    little confusing.  Do I know more about

9    epidemiology than someone down there on Wilshire?

10   Yes, I do.  Have I done my primary research with

11   epidemiology?  No, I have not.

12     Q    There are scientists at UCLA and UC

13   Irvine who are experts in designing epidemiologic

14   studies.

15     A    Yes, there are.

16     Q    You are not one of them, right?

17     A    No, I am not one of them.

18     Q    Are you an expert in biostatistics?

19     A    No.

20     Q    We can see from your CV that you were an

21   assistant professor at USC from 1987 to 1990,

22   immediately after completing your fellowship

23   there, right?

24     A    That's correct.

25          MR. ESFANDIARY:  Emma, just before you

Lauren C. Pinter-Brown, M.D.

1    continue, I'm sorry.  It sounds like you're

2    verging into a new topic, and we've been going

3    about an hour.  Do you mind if we take a break?

4              MS. ROSS:  I'll be at a new topic in

5    just a minute.

6              MR. ESFANDIARY:  Okay.  Cool.

7    BY MS. ROSS:

8         Q    Were you the director of the lymphoma

9    program at USC during that time period?

10        A    Yes.

11        Q    On your bibliography you list your book

12   chapters on your CV, right?

13        A    Yes.

14        Q    You wrote the chapter on Hodgkin and

15   non-Hodgkin lymphoma in the Manual of Clinical

16   Oncology, right?

17        A    Correct.

18        Q    You were the author on three different

19   editions, the sixth, seventh and eighth; is that

20   right?

21        A    I'm not sure of the numbers, but I think

22   I did it three times, yes.

23        Q    What is the Manual of Clinical Oncology?

24        A    It's a book with a spiral.  It's

25   intended for people to be able to carry with them

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

Lauren C. Pinter-Brown, M.D.

1    that -- perhaps residents, fellows, people that

2    need a quick reference to oncology.  And in fact,

3    when I was a resident and a fellow, I used to

4    carry one around with me.

5         Q    When you say people to carry around with

6    them, you mean physicians and physicians in

7    training, correct?

8         A    Yeah.  It could also be, I guess, a

9    nurse practitioner or someone else that works in

10   the oncology field.

11        Q    And why write chapters like the one that

12   you did in the Manual of Clinical Oncology?

13        A    Well, I found it very helpful when I was

14   a resident, because it was kind of a quick

15   summary.  It predated UpToDate and all these other

16   kinds of things that, you know, now is used.  But

17   it was a way to quickly get up to speed and learn

18   about things.

19        Q    When you say it's a way to get quickly

20   up to speed and learn about things, the purpose is

21   to communicate the pertinent information on

22   various topics in oncology quickly to folks who

23   are practicing medicine, right?

24        A    Yes.

25        Q    I will represent to you this is the

1    Eighth Edition of the Manual of Clinical Oncology.

2         A    Okay.

3         Q    Okay?  You are an author on one of the

4    chapters here, correct?

5         A    I don't know about which edition it is,

6    but I certainly was an author on one of the

7    chapters.

8         Q    You are listed here as a contributor.

9    That's -- that's your name here (indicating),

10   correct?

11        A    I can't read that far, but I assume you

12   can read my name.

13        Q    I -- I will represent to you that it

14   states in the Eighth Edition of the Manual on

15   Clinical Oncology, Lauren Pinter-Brown, MD, FACP.

16        A    Mm-hmm.

17        Q    Okay?

18        A    Okay.

19        Q    You have no reason to dispute that,

20   right?

21        A    Right, that's my name.

22        Q    The copyright date on this edition is

23   2017.  With the way books are edited, do you have

24   a recollection of, you know, were you working on

25   it a year before that or so and going through the

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

Lauren C. Pinter-Brown, M.D.

```
 1   editing process?

 2        A    I remember working on it, I believe in

 3   2016.

 4        Q    In 2016?

 5        A    (The witness nods.)

 6        Q    With -- "yes" was the answer to in 2016?

 7        A    Yes.

 8        Q    Thank you.

 9             Do you know if a new edition is coming

10   out any time soon?

11        A    I don't know.

12        Q    This is the -- the Eighth Edition is the

13   latest edition that's currently available to

14   physicians or physicians in training who would

15   want to look at it, correct?

16        A    I have no idea.

17        Q    You don't know whether the eight -- the

18   Eighth Edition is the latest edition?

19        A    I don't.

20        Q    Have you been contacted about continuing

21   to write the chapter on Hodgkin lymphoma and

22   non-Hodgkin lymphoma?

23        A    No, I haven't.

24             MS. ROSS:  This is a good place for a

25   quick break if you would like to take one.
```

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Lauren C. Pinter-Brown, M.D.

1           THE WITNESS:  Great.  Thank you.

2           THE VIDEOGRAPHER:  We're now going off

3    the record.  The time is approximately 10:02 a.m.

4           (Recess.)

5           THE VIDEOGRAPHER:  We are now back on

6    the record.  The time is approximately 10:14 a.m.

7           (Exhibit Nos. 2 and 3 were marked

8           for identification.)

9    BY MS. ROSS:

10       Q    Dr. Pinter-Brown, I am handing you

11   Exhibits 2 and 3 to your deposition.  Exhibit 2 is

12   your original report that was served in this case,

13   and it is the Johansing case.

14           MS. ROSS:  Am I saying that correctly?

15           MR. ESFANDIARY:  Yeah.

16           MS. ROSS:  Great.

17           MR. ESFANDIARY:  I know in America, you

18   say Yohansin (phonetic), but I think it's

19   Yohonsing (phonetic) because it's Dutch.

20   BY MS. ROSS:

21       Q    Dr. Pinter-Brown, do your two reports in

22   this matter, your original report and your

23   rebuttal report, contain all the opinions you

24   currently intend to offer at trial?

25       A    Yes, unless someone asks me some other

Lauren C. Pinter-Brown, M.D.

1    question.

2         Q    Right.  Sitting here -- you -- let me

3    back up a little bit.

4              You understand that this is my

5    opportunity to ask you questions about your

6    opinions and your bases for them, right?

7         A    Yes.

8         Q    And if sitting here today, you have an

9    opinion that you currently intend to offer, I

10   should be able to find that in your report,

11   correct?

12        A    I don't -- I don't know what that means.

13   I'm sorry.  I'm not trying to be difficult.

14        Q    There are no opinions that you did not

15   disclose either in your original report or your

16   rebuttal report that you currently intend to offer

17   as trial, correct?

18             MR. ESFANDIARY:  Objection.  Double

19   negative.

20             THE WITNESS:  I can't answer that,

21   because if you ask me some other question and I --

22   my thoughts are fluid, I might come up -- come up

23   with another thought.

24   BY MS. ROSS:

25        Q    I a hundred percent understand that in

Lauren C. Pinter-Brown, M.D.

1    the future I or someone else could ask you a

2    question, and you'd have another thought.

3        A    Correct.

4        Q    Okay.  My question is, sitting here

5    today, do you currently intend to offer any

6    opinions that you did not disclose in your report

7    or your rebuttal?

8        A    No.

9        Q    Have you found any errors in your report

10   that need to be corrected?

11       A    I didn't find any errors.

12            (Exhibit No. 5 was marked for

13            identification.)

14   BY MS. ROSS:

15       Q    While we're on this topic --

16       A    Okay.

17       Q    -- I will hand you Exhibit 5, which is

18   your reference list in the Johansing case.

19       A    Okay.

20       Q    This is the reference list that was

21   attached to your report in the Johansing case,

22   correct?

23       A    If you say so.

24       Q    If it's helpful for you in identifying

25   it, for example, in this report, and not in some

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Lauren C. Pinter-Brown, M.D.

 1   of your other reference lists, there are IARC

 2   Monographs on various pesticides other than

 3   glyphosate, such as diazinon and malathion.

 4          Do you see that on this page of your

 5   report?

 6      A   You're on --

 7      Q   Sorry, your reference list.

 8      A   Yes.

 9          MR. ESFANDIARY:  What number are you

10   looking at?

11          THE WITNESS:  It's like the third page.

12          MS. ROSS:  It's 60 to 63.

13          MR. ESFANDIARY:  Okay, cool.

14   BY MS. ROSS:

15      Q   Does that refresh your memory as to

16   whether this is your reference list for

17   Mr. Johansing's case specifically?

18      A   No.

19      Q   Okay.

20      A   No, that wouldn't -- that wouldn't help.

21   But I see some -- some papers here that

22   specifically relate to Mr. Johansing that aren't

23   the ones that you pointed out.

24      Q   Such as the papers specifically dealing

25   with chronic lymphocytic leukemia?

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

Lauren C. Pinter-Brown, M.D.

```
 1        A    Correct.

 2        Q    Can we agree that Exhibit 5 is your

 3    reference list --

 4        A    Yes.

 5        Q    -- in Mr. Johansing's case?

 6        A    Yes.

 7        Q    Thank you.

 8             If you go back to Exhibit 2 in your

 9    report -- or, I'm sorry, your report in this case.

10        A    Okay.

11        Q    Do you have that in front of you?

12        A    Yes.

13        Q    You are being offered as a specific

14    causation expert in this case, correct?

15        A    Yes.

16        Q    And in your report in this case, you

17    also talk about the Roundup literature generally

18    and your review of that literature, including

19    epidemiology and genotoxicity, correct?

20        A    Yes.

21        Q    Is it your opinion that Roundup is a

22    factor contributing to non-Hodgkin lymphoma

23    generally?

24        A    Yes.

25        Q    What are your bases for that opinion?
```

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Lauren C. Pinter-Brown, M.D.

1          A     Well, the first would be that there's

2     five or six key case-cohort studies.  I call them

3     "key" because they -- they pool data from other

4     studies.  I actually have notes here to remind me

5     which ones were pooled into which papers.  And I

6     reviewed them multiple times, and I critiqued

7     them, just as I tell you I do for every paper.

8     And I came to a conclusion that they demonstrated

9     that glyphosate, and in some cases Roundup,

10    increased the risk of non-Hodgkin lymphomas.  And

11    in some cases, where they talk about subtypes,

12    there's some information about subtypes.

13              I also looked at meta-analysis that was

14    done.  IARC being one of them, Zhang being another

15    one.

16              THE REPORTER:  Which one?  I'm sorry.

17              THE WITNESS:  Zhang.  It's Z-H-A --

18    Z-H-A-N-G.

19              I analyzed them in the same way,

20    critiqued the papers myself, from my knowledge and

21    what I've learned.  And I -- I also think that the

22    meta-analyses show that glyphosate, and in some

23    cases Roundup, contribute to the development of

24    non-Hodgkin lymphomas.

25              I read the IARC Monograph.  I looked at

Lauren C. Pinter-Brown, M.D.

1    biologic plausibility in terms of genotox data.

2    And I find that the conclusions in the case-cohort

3    studies and in the meta-analysis are biologically

4    plausible.  And that's how I arrived at my

5    decisions.

6    BY MS. ROSS:

7         Q    Is there anything else that forms the

8    basis for your opinion that Roundup is capable of

9    causing non-Hodgkin lymphoma generally?

10        A    Well, I read some other papers as well

11   on oxidative stress on endocrine abnormalities

12   that glyphosate might cause.

13             Now, I -- I think the literature I

14   reviewed is not limited to what I just told you,

15   but what I just told you were the key parts of the

16   literature review that I did that made me come to

17   that conclusion.

18        Q    Sure.  Okay.  And I want to -- to break

19   that down into the component pieces that you

20   mentioned.  Okay?

21        A    Okay.

22        Q    When you say there are five or six key

23   case-cohort studies --

24        A    Yes.

25        Q    -- which studies are you referring to?

Lauren C. Pinter-Brown, M.D.

1      A    De Roos 2003, De Roos 2005, McDuffie

2  2001, Eriksson 2008, and Hardell 2002.

3           I also looked at Orsi, but I'm not as

4  convinced by that trial because the N is small.

5           I additionally looked at two new --

6  newer papers, which pooled data from studies which

7  I've already mentioned.  Pahwa, which pools from

8  McDuffie and De Roos.  And Leon, which pools from

9  the AHS study and includes some additional

10  material as well.

11      Q    Anything else with respect to the human

12  epidemiological studies that you were relying on?

13      A    Besides case-cohort and meta-analysis?

14      Q    So you just gave me the list of

15  case-cohort studies.

16      A    Correct.

17      Q    And we'll get to the meta-analyses in a

18  moment, okay?

19      A    Okay.

20      Q    Right now I'm talking about papers that

21  looked at primary data and whether humans exposed

22  to formulated glyphosate were at an increased risk

23  of non-Hodgkin lymphoma.  Do you understand that?

24      A    Yes.

25      Q    And the list you gave me of the studies

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Lauren C. Pinter-Brown, M.D.

1    that you're relying on in that regard is De Roos

2    2003, De Roos 2005, McDuffie 2001, Eriksson 2008,

3    Hardell 2002, and then Pahwa, which is P-A-H-W-A,

4    2019, and Leon 2019.

5        A    Correct.

6        Q    Is that a complete list?

7        A    Well, I looked at all the -- I looked at

8    the separate papers as well that went into the --

9    the pool data.  The reason I'm mentioning these

10   trials is because they pool separate -- separate

11   datasets that are -- that are not overlapping, and

12   so I find it more useful when looking at the

13   specific papers, but I looked at them as well.

14       Q    I appreciate that clarification.

15            So for a paper like Pahwa 2019, for

16   example, that pools the data from McDuffie 2001

17   and De Roos 2003, you would prefer to look at the

18   pooled data in Pahwa as compared to the smaller

19   individual trials; is that right?

20       A    Well, I don't consider McDuffie a

21   smaller individual trial.  I mean, McDuff- --

22   McDuffie or -- De Roos actually is a better

23   example.  It pooled three -- three different

24   trials, Cantor, Zahm and Hoar.  And so I don't

25   consider them small trials.  I would consider

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

Lauren C. Pinter-Brown, M.D.

1    the -- the trials that fed into De Roos, if you

2    will, as smaller trials, and I would prefer not to

3    talk about them individually.

4         Q    And when we're talking about the --

5    whether a study is small in this regard, when you

6    say "smaller trials," you're talking about number

7    of exposed cases that you were pooled together in

8    an analysis, correct?

9         A    I'm sorry, ask me one more time.

10        Q    When we're talking about whether a study

11   is small or larger, when you say "smaller trials,"

12   you're talking about a smaller number of exposed

13   cases as opposed to larger number of exposed cases

14   pooled together in a later analysis, correct?

15        A    Yes.

16        Q    With respect to Orsi 2009, you mentioned

17   that you looked at that study, but you felt that

18   it was small and so less informative because it

19   was a smaller study; is that right?

20        A    Yes, and also there's some -- there's

21   some oddities about it.  They weren't -- they

22   weren't kind of the same patient population

23   exactly.  They come from hospitals.  The controls

24   are different.  I -- I -- I didn't think it was --

25   that it was exactly the same as the other studies.

Lauren C. Pinter-Brown, M.D.

1      Q    And then the last thing I want to just

2  note while we're on this topic is you mentioned

3  that you brought some notes with you to refer to

4  those studies, correct?

5      A    I did.

6      Q    And you have those notes in front of you

7  right now.

8      A    Correct.

9      Q    I don't believe that those have been

10  produced to us to date.

11          MR. ESFANDIARY:  No.

12  BY MS. ROSS:

13      Q    So I'm going to request that at our next

14  break, we just make a copy of those --

15      A    Sure.

16      Q    -- so that I'm looking at the same thing

17  that you are.  Fair?

18      A    Sure.  Absolutely.

19      Q    When did you make the notes that you're

20  looking at right now as we talk about these

21  epidemiological studies?

22      A    Last week, I think.

23      Q    With respect -- okay.  So backing up to

24  what we were talking about before, all right?

25      A    Okay.

Lauren C. Pinter-Brown, M.D.

1      Q    With respect to the meta-analysis, you

mentioned IARC and Zhang as performing

meta-analyses.

4      A    Mm-hmm.  There's some others too.

5      Q    Yes?

6      A    And you will notice that I'm very bad

with names, which is why I have notes.  There's

another one with an S, and I'm going to forget the

name and I don't think I put it on here.

10          So there's -- there's actually one

other.

12     Q    Okay.

13     A    And I'm -- and I'm omitting Chang

because I felt that the conclusions of the

investigator did not match the data, and then I

noticed that it was sponsored by Monsanto.  I

don't think it's objective.  So I'm not looking at

that one.

19     Q    So the -- from meta-analyses, the ones

that you are considering are Schinasi?

21     A    Thank you.

22     Q    Correct?

23     A    Yes.

24     Q    IARC's 2015 meta-analysis, right?

25     A    Yes.

Lauren C. Pinter-Brown, M.D.

 1          Q     And then Zhang's 2019 meta-analysis --

 2          A     Correct.

 3          Q     -- correct?

 4          A     Correct.

 5          Q     With respect to the meta-analyses that

 6     have looked at whether formulated glyphosate

 7     exposure is associated with an increased risk of

 8     non-Hodgkin lymphoma, all three of the ones that

 9     you just mentioned looked at non-Hodgkin lymphoma

10     overall and not at subtypes, right?

11          A     That's correct.

12          Q     When you looked at the data, did you

13     focus on the data for non-Hodgkin lymphoma overall

14     or the data for a particular subtype that the

15     plaintiff had?

16          A     I primarily looked at it overall, and

17     I'll explain why.

18          Q     Please do.

19          A     So many of these studies, the data is

20     collected a long time ago.  Since the time of data

21     collection, the classification of lymphoma has

22     changed radically.

23                In addition, there were only two studies

24     that I found where the pathology was actually

25     reviewed by someone.  And we know those of us that

Lauren C. Pinter-Brown, M.D.

1  do lymphoma, that it's somewhat of a difficult

2  diagnosis, and particularly difficult sometimes to

3  get an accurate subtype.  So that when they're

4  looking at records from community hospitals and

5  from other places, I know that the subtypes might

6  be quite inaccurate.

7          So I did look at them.  But -- but

8  honestly, I have some trepidation in that I -- in

9  many cases there is not enough information to

10  me -- for me to feel comfortable that the

11  pathology is actually true.

12      Q    I think I understand what you're saying.

13  So let me see if I'm getting this right, okay?

14      A    Okay.

15      Q    With respect to making a diagnosis of

16  lymphoma and making the diagnosis of the correct

17  subtype, that typically requires expert pathologic

18  review, correct?

19      A    Yes.

20      Q    Not every epidemiology study has expert

21  pathologic review, true?

22      A    That's correct.

23      Q    Some studies have a hematopathologist

24  who is an author on the study and is able to

25  review that tissue to make sure that the diagnosis

Lauren C. Pinter-Brown, M.D.

1    is correct, right?

2         A    Well, I -- I don't think it has to do

3    with authorship so much.

4         Q    Okay.

5         A    Some -- some studies specifically

6    mentioned that the pathology was reviewed by

7    someone expert, and I didn't look to see if that

8    expert was an author or not.  So I'm not sure it's

9    about authorship as much as it's about that

10   someone actually looked at the pathology and made

11   sure that diffuse large B-cell lymphoma was not

12   peripheral T-cell lymphoma or something else, you

13   know.

14            So you -- while we can look at subtypes,

15   and some subtypes are much easier for a non-expert

16   to diagnose than others, I do have a little

17   trepidation looking at -- looking at the subtypes.

18            And also because non-Hodgkin lymphoma

19   isn't a very common cancer to begin with.  There

20   are 70 different kinds.  So when we start to break

21   down into little subtypes, I'm concerned also that

22   the numbers in any one study might be quite small.

23        Q    When you look at subtypes as opposed to

24   the data overall, you can start getting very small

25   numbers, correct?

Lauren C. Pinter-Brown, M.D.

1          A     Yes.

2          Q     And when you get --

3          A     With subtypes, yes.

4          Q     And when you get smaller numbers, the

5     point estimates are the -- can be less stable and

6     the odds -- or the confidence intervals can be

7     quite wide, correct?

8          A     It could be, yes.

9          Q     Why is it important that you have an

10    expert review the pathology to make sure that the

11    subtype diagnosis is correct?

12         A     Well, I think in general, if you're

13    going to talk about non-Hodgkin lymphoma, it would

14    be helpful to know that that was truly the

15    diagnosis.  I think it's one aspect of a study.

16    Just as we were talking about before, how do you

17    assess studies.  That's one aspect.  If -- if

18    there's the resources to actually look at the

19    pathology, that's ideal.  I understand that that's

20    not always possible or feasible.  And we -- and we

21    certainly don't get ideal studies most of the

22    time.  But it's a -- it's a critique of some

23    studies.

24              And you had asked me the second part of

25    the question, and I have forgotten it.  Maybe you

Lauren C. Pinter-Brown, M.D.

1    can repeat.

2         Q    No, that's fine.  I'll ask you a new

3    question.

4         A    Okay.

5         Q    I want to make sure that we've -- we're

6    covering the areas.  So we went through the

7    case-cohort studies that you're relying on, right?

8         A    Yes.

9         Q    And then for the meta-analysis, you say

10   that you focused on Schinasi 2014 --

11        A    Yes.

12        Q    -- IARC's 2015 meta-analysis and Zhang

13   2019, right?

14        A    Correct.

15        Q    And you reviewed but did not rely so

16   much on the Chang 2016 analysis, correct?

17        A    Correct.

18        Q    With respect to the -- the universe of

19   things that support your opinion that Roundup in

20   general causes non-Hodgkin lymphoma, the next

21   thing that you directed me to was the IARC

22   Monograph in 2015, right?

23        A    Correct.

24        Q    And you reviewed that monograph, right?

25        A    I did.

Lauren C. Pinter-Brown, M.D.

1      Q    The IARC Monograph, like the IARC

2  meta-analysis, looked at non-Hodgkin lymphoma

3  overall and not subtypes of non-Hodgkin lymphoma,

4  true?

5      A    Correct.

6      Q    With respect to the fourth category you

7  pointed me toward of things that you relied on in

8  looking at whether Roundup is a factor in causing

9  non-Hodgkin lymphoma, you mentioned the

10 genotoxicity data, correct?

11     A    Correct.

12     Q    Can you name any specific studies that

13 you reviewed and are relying on with respect to

14 the genotoxicity data, or are you relying on

15 IARC's summary of that data?

16     A    No.  Again, I'm name challenged, but I

17 can discuss it with you.  There's one study that

18 looks at peripheral mononuclear cells.  There's

19 one study that looks at lymphocytes.  One is

20 Wozniak.  One's -- it's a funny hyphenated name,

21 Pia -- I'm bad.  And I have the binder in the

22 back.

23          And then there were some really

24 interesting studies that were done in South

25 America.  We were talking about in vitro and

Lauren C. Pinter-Brown, M.D.

1   in vivo, and sadly, in vivo, looking at people

2   that are -- that are villages or towns when

3   there's aerial spraying to get rid of illicit

4   crops and other things like that, and looking at

5   their lymphocytes in their peripheral blood.

6           So there were -- there were, as I

7   remember, four such studies that specifically

8   related to humans or human cells.

9       Q    And the three that you can remember

10  right now are --

11      A    Suárez.  I'm really bad at this.

12      Q    Ah, okay.  Thank you.  That's helpful.

13  That was enough of a clue, so withdrawn.  New

14  question.  All right?

15      A    Okay.  And one starts with a B.

16      Q    With respect to the genotoxicity data --

17      A    Yes.

18      Q    -- you are relying on Wozniak's study,

19  correct?

20      A    Yes.

21      Q    You're also relying on Bolognesi,

22  correct?

23      A    Correct.

24      Q    You are also relying on Paz-Y-Miño,

25  correct?

Lauren C. Pinter-Brown, M.D.

```
1         A     Yes.  Thank you.

2         Q     And you are relying on Suárez-Larios,

3    correct?

4         A     I don't remember the Larios, but Suárez,

5    yes.

6         Q     With the hyphen in the middle.

7         A     I don't remember the hyphen, but yeah.

8         Q     Okay.  But those -- those four are the

9    studies that you --

10        A     Correct.

11        Q     -- referenced when you said that you

12   looked at the genotoxicity data on whether Roundup

13   is a factor --

14        A     Yes.

15        Q     -- in NHL, right?

16        A     Yes.

17        Q     Can one exposure to Roundup be a factor

18   in someone's developing non-Hodgkin lymphoma?

19              MR. ESFANDIARY:  Objection.  Vague.

20              THE WITNESS:  Well, we see from -- from

21   one study that one exposure does cause some

22   transient and early effects in people's DNA.

23              To answer your question more pointedly,

24   though, I don't think we have any idea how many

25   exposures it takes or what length of time it
```

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Lauren C. Pinter-Brown, M.D.

1    takes.

2              And certainly, as you mentioned before,

3    it is unethical to expose people to things to see

4    what happens, just for the point of doing

5    research.  So I'm not sure that -- that we would

6    know that from human data.

7    BY MS. ROSS:

8         Q    When you say, I don't think we have any

9    idea how many exposures it takes or what length of

10   time it takes, you mean we don't have any idea how

11   many exposures to Roundup it takes or how -- what

12   length of time of exposure to Roundup it takes in

13   order for Roundup to be a factor in an

14   individual's NHL; is that right?

15        A    Not exactly.

16             MR. ESFANDIARY:  Objection.  That

17   mischaracterizes the testimony.

18             THE WITNESS:  Yeah, not exactly.  So we

19   do have some information -- Zhang is a good

20   example -- of a meta-analysis where they looked at

21   people with high end exposures.  So -- so there

22   has been some exploration of different levels of

23   exposure, and we can argue whether that was done

24   optimally or not.  But an attempt was made to look

25   at people that had no exposure versus high end

Lauren C. Pinter-Brown, M.D.

1  exposure.

2            So we do have a little bit of

3  information about that, and we do have a little

4  bit of information, a little bit, about what the

5  lag time might be between when somebody is exposed

6  and when they get non-Hodgkin lymphoma.

7            I -- I'm not sure any of these trials

8  are perfect, and that's true for medical

9  literature.  None of my trials are perfect.  None

10  of the ones I look at are perfect.  We could pick

11  apart all of them, but I -- I think they do offer

12  some information.

13  BY MS. ROSS:

14      Q    So since you said, We do have some

15  information, I want to see if we can -- what --

16  what the universe of information is and what we

17  can say --

18      A    All right.

19      Q    -- and what we can't, okay?

20      A    Okay.

21      Q    Can you say whether one exposure for

22  five years every year is enough to be a factor in

23  causing someone's non-Hodgkin lymphoma?

24            MR. ESFANDIARY:  Objection.  Vague.

25            THE WITNESS:  Well, what I can say is

Lauren C. Pinter-Brown, M.D.

1  there's some studies that looked at never used and

2  ever used.  Right.  So that's -- it's not exactly

3  your -- your question.  But never is never and

4  ever is ever, so it's either ever is one or a

5  gazillion.  I don't know how many exposures that

6  is.  So we do have information about never and

7  ever.

8            And we do have some -- some studies that

9  comment about what lag time might be, and we

10 discussed that.

11 BY MS. ROSS:

12     Q     So let me --

13     A     So to have a lag time, that means

14 that -- well, it doesn't mean you were exposed the

15 entire time, but it does give you some indication

16 of when you might expect to see a condition

17 develop if you're counting from the time of first

18 exposure.

19     Q     So it is your opinion that ever exposure

20 to Roundup is associated with an increased risk of

21 non-Hodgkin lymphoma based on the data that you

22 reviewed?

23     A     There are some studies that look at ever

24 and never.

25     Q     And in your view, those studies show an

Lauren C. Pinter-Brown, M.D.

1    association between ever use of Roundup and

2    non-Hodgkin lymphoma?

3         A    Yes, some of them do.

4         Q    And some of them do not.  Fair?

5         A    Yeah.

6         Q    With respect to increasing risk with

7    increasing dose --

8         A    Yes.

9         Q    -- you mentioned that there are some

10   studies that try to look at whether increasing

11   exposure to Roundup or high exposure levels to

12   Roundup is associated with a higher risk of

13   non-Hodgkin lymphoma, correct?

14        A    I want to make sure that I clarify your

15   question.  You've used the word "higher" twice.

16   So it's almost as if you're implying that the

17   higher the exposure, the higher the risk.

18        Q    That is my question is --

19        A    Okay.

20        Q    -- is it your opinion that with respect

21   to Roundup exposure, the higher the exposure, the

22   higher the risk?

23        A    I'm not sure that's true.

24        Q    And why is that?

25        A    Because there's -- there's no data that

Lauren C. Pinter-Brown, M.D.

1    suggests that.  But there is data -- so I think

2    when you're looking for a relationship between an

3    exposure and the development of the disease,

4    probably the most obvious place to look is in the

5    high exposed patients.

6              Because your postulate would be that --

7    that if something had a small effect -- and this

8    may not be correct, but this is a hypothesis -- if

9    something has a small -- small effect, and you do

10   it a lot, that maybe you see -- you are really

11   going to see the effect.

12             So I think there's some validity to

13   Zhang's idea of looking at high exposed patients

14   to see is there really a -- a signal that there is

15   a relationship between glyphosates and non-Hodgkin

16   lymphoma.

17        Q    When you --

18        A    But that does not mean --

19        Q    Go ahead.

20        A    That does not mean that if you had a

21   small exposure that you wouldn't see something

22   too.

23        Q    So I want to -- I -- I didn't mean to

24   interrupt you.

25             I want to just make sure because

Lauren C. Pinter-Brown, M.D.

```
1   sometimes we use terms, and I do it too, that are
2   not precise.  So I want to see if we have a shared
3   definition of this.  Okay?
4        A    Okay.
5        Q    When you say "high exposed patients" --
6        A    Yes.
7        Q    -- what does that mean to you?
8        A    Well, it's not to me.  It's -- it's to
9   the paper.
10            So what they did was they --
11       Q    And when Zhang looked at this
12   question --
13            MR. ESFANDIARY:  Hold on.  Let -- whoa,
14   whoa, whoa.  Let her finish her answer.
15            MS. ROSS:  I'm -- I'm -- we're getting a
16   little bit where we're moving rather fast.
17            MR. ESFANDIARY:  Yeah, and that's for
18   her to control.  Let her finish her answer.
19   BY MS. ROSS:
20       Q    So with respect to Zhang 2019, I just
21   want to -- when we move to a new topic, I want to
22   make sure we have a new question on the table for
23   that.  Okay?
24            So with respect to Zhang 2019, you said
25   Zhang 2019 looked at high exposed patients.  Did
```

Lauren C. Pinter-Brown, M.D.

```
 1    "high exposure" mean more than ten lifetime days?

 2    Did it mean more than a hundred lifetime days?

 3    Did it mean more than two days?  What did it mean?

 4              MR. ESFANDIARY:  Objection.

 5              Lauren, if you need to consult a paper

 6    to address this incredibly compound and general

 7    question, feel free to do so.

 8              If you want to ask her stuff about a

 9    document, show her the document.

10              MS. ROSS:  She can.

11    BY MS. ROSS:

12        Q    Do you understand my question?

13        A    I sure do, and if you had not asked the

14    question, I would have answered it.  That's what I

15    was trying to answer.

16        Q    Great.  That's what I thought.  So go

17    ahead, please give me your answer.

18        A    Well, we can look at the paper, but they

19    had a definition -- it's not my definition.  It's

20    their definition, and -- and I believe they

21    defined it based on what was defined in the papers

22    that were pooled, but we can look at it and make

23    absolutely sure.

24              So there's -- there's a definition that

25    Zhang used.  I'm not making it up.  It's what
```

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Lauren C. Pinter-Brown, M.D.

1    Dr. Zhang used, and -- and I think there's a

2    number of ways that you could look at high

3    exposures.  But if we are talking about a

4    particular patient -- paper, then we need to use

5    their definition, not my definition.

6         Q    And we will look at the Zhang paper in a

7    bit.

8         A    Then we should be looking at their

9    definition.

10        Q    Do I -- so you would want to see what

11   Zhang's definition of "high exposure" was; is that

12   correct?

13        A    I -- not that I would like to see it.

14   I've seen it.  Do I remember it exactly?  Not

15   exactly.

16             So for the purposes of a record where I

17   want to be exact, we could pull out the paper and

18   look, but there is a very clearcut definition in

19   the paper about what they considered high exposure

20   for each case cohort.

21        Q    I noticed on your materials list that

22   you have several IARC Monographs.  Why did you

23   choose to rely on those?

24        A    We were looking at Mr. Johansing in

25   particular, all the different pesticides that he's

Lauren C. Pinter-Brown, M.D.

1    used.  Some of the information comes from him,

2    though not very much.  A lot of it comes from his

3    records.

4              And I was looking at the -- the other

5    pesticides to see two things, I guess, but mostly

6    what other ones have been associated with

7    non-Hodgkin lymphoma.  And the second being what

8    was his perception or what was his -- how did he

9    deport himself when he was using other pesticides.

10   Did he deport himself the same way using all

11   pesticides or was his activity somewhat different

12   when he was using different pesticides?

13        Q    I think I understand what you're saying,

14   so you selected -- I'm going to again break this

15   up a little bit, okay?

16        A    Okay.

17        Q    Okay.  With respect to Mr. Johansing's

18   case, you selected the IARC Monographs on

19   malathion, cumene, glyphosate and diazinon for

20   review because those were things that

21   Mr. Johansing was exposed to, correct?

22        A    Yes.

23        Q    And with respect to each of those, you

24   looked at whether in the IARC Monographs there was

25   some statement about -- what were you looking for

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

Lauren C. Pinter-Brown, M.D.

1    in the IARC Monographs for those things?  Let me

2    just ask it that way.

3         A    I was -- I was looking -- he's -- he's

4    been exposed to many different pesticides in his

5    long career as a farmer, and I was looking for

6    were there other possibilities, other pesticides

7    that may have also been associated with

8    non-Hodgkin lymphoma.  And also looking at would

9    he have had the same exposure to them as he had to

10   Roundup or glyphosate.

11        Q    With respect to IARC's evaluations, IARC

12   evaluates exposures, including chemicals, to

13   determine what the probability is that they might

14   be associated with cancer, correct?

15        A    That's one thing they do.

16        Q    What other things do they do that you're

17   aware of?

18        A    IARC produces the Blue Book, which is

19   basically what I would assume everyone uses for

20   the classification of lymphomas in the world.

21        Q    When you say "the Blue Book," you are

22   referring to the WHO classification of lymphoid

23   and haematopoietic cancers, correct?

24        A    Yes.

25        Q    That is a --

Lauren C. Pinter-Brown, M.D.

1        A     It's called the Blue Book series.

2        Q     Yes, I'm -- not everybody who reads this

3    deposition may have that same understanding.

4        A     Okay.

5        Q     So I just want to make sure that we're

6    clear as to what we're talking about, okay?

7        A     Okay.

8        Q     When you say "the Blue Book," you're

9    referring to the WHO's classification of lymphoid

10   and haematopoietic malignancies, correct?

11       A     Yes, I believe that's the title.

12       Q     The latest edition is, I believe, the

13   Revised Fourth Edition.  Is that also your

14   understanding?

15       A     I don't know the number of editions.

16   The new -- the new iterations of it came out

17   around 2016, 2017.  I believe it was published in

18   2017, I think.

19       Q     Is that a book that you use regularly in

20   your practice?

21       A     I -- yes, I do.

22       Q     We've heard some experts refer to it as

23   the bible of diagnosing non-Hodgkin lymphomas.  Is

24   that a description that you think is apt?

25       A     It could be.  It's really the only

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Lauren C. Pinter-Brown, M.D.

1   reference book I use.

2        Q    With respect to IARC's chemical

3   evaluations, and specifically IARC's evaluation of

4   glyphosate, did IARC conduct a hazard analysis?

5        A    I don't know what a hazard analysis is

6   off the top of my head.

7        Q    Okay.

8        A    If you show me the monograph, I will be

9   glad to look at it for you.

10       Q    Do you know what the difference is

11  between a hazard analysis and a risk assessment?

12            MR. ESFANDIARY:  Objection.

13            Look, Emma, we -- we have other general

14  causation experts that you've gone down this road

15  with multiple times.  She's not here to give you

16  the distinction.  Show me exactly in her report

17  where she discusses hazard and risk assessment

18  differences.

19            I'm not going to allow her to testify

20  about this.  It's not in her report.  She hasn't

21  discussed it.  So please, if you could just keep

22  it to the opinions that she is offering, I will

23  very much appreciate that.

24  BY MS. ROSS:

25       Q    Dr. Pinter-Brown, did you understand my

Lauren C. Pinter-Brown, M.D.

```
 1   question?

 2            MR. ESFANDIARY:  You don't have to

 3   answer that question, Doctor.  Ignore that

 4   question.

 5            THE WITNESS:  Okay.

 6            MR. TOMASELLI:  You can confirm that she

 7   has the IARC Monographs in her reliance list for

 8   this case.

 9            MS. ROSS:  Right.

10   BY MS. ROSS:

11       Q    Dr. Pinter-Brown, on your reference list

12   you list the IARC Monograph for glyphosate,

13   correct?

14       A    I'll look.  Let's find it.

15            MR. ESFANDIARY:  If you have a

16   reference --

17            THE WITNESS:  Let's find the reference.

18            MR. ESFANDIARY:  That's right.

19            THE WITNESS:  Is that it?  Okay.  Let's

20   see if it's here.

21   BY MS. ROSS:

22       Q    I think it's around 60, is your IARC

23   Monograph citing.

24       A    Yes, you can answer your own question.

25   But it's right there in number 63.  Maybe I'll ask
```

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

Lauren C. Pinter-Brown, M.D.

1    the questions and have you answer next time.

2         Q    Do you remember what my question was?

3         A    Yes.  You asked me if the IARC

4    glyphosate monograph was on my reliance list -- I

5    don't know what a reliance list is -- but it's a

6    bibliography, and I see it right here, number 63.

7         Q    And you reviewed the IARC Monograph,

8    correct?

9         A    I looked at it, yes.

10        Q    Did you read every page of it?

11        A    I skimmed it.

12        Q    Sitting here, without looking at it, you

13   can't tell me whether IARC conducted a hazard

14   assessment or a risk assessment?

15        A    No.  No, I can't.

16        Q    Since you read the IARC Monograph, you

17   know that in it IARC summarizes existing data from

18   the published literature, correct?

19        A    Yes.

20        Q    Did IARC perform its own studies on

21   whether glyphosate causes cancer?

22        A    They did their own meta-analysis.

23        Q    They did a meta-analysis of published

24   epidemiologic studies, correct?

25        A    Correct.

Lauren C. Pinter-Brown, M.D.

1       Q     Did IARC perform any primary research on

2   whether glyphosate causes cancer?

3       A     No.   What I remember is that they

4   performed their own meta-analysis.

5       Q     Did IARC -- withdrawn.

6             Does IARC have any say in whether or

7   under what conditions chemicals are sold to the

8   public in the United States?

9       A     I think we have regulatory agents --

10   agencies that do that.

11       Q     The regulatory agency that does that in

12   the United States is the Environmental Protection

13   Agency, correct?

14       A     Yes.

15       Q     Are there any studies -- well, I think

16   you've answered this.   So let me -- let me ask it,

17   and then we'll go to what they are, okay?

18       A     Okay.

19       Q     Are there any studies that are

20   available today that IARC was not able to consider

21   in 2015?

22       A     Well, yes, there are these two papers

23   from 2019.   However, I will emphasize that they

24   are pooled data, and some of the pooled data they

25   actually were able to look at.

Lauren C. Pinter-Brown, M.D.

```
1          Q     With respect to the -- the two papers

2     from 2019 that you referenced, those would be

3     Pahwa 2019 and Leon 2019, correct?

4          A     Correct.

5          Q     Those two were not available to IARC in

6     2015, although for -- some of the underlying data

7     may have been, true?

8          A     Yes, much of it was.

9          Q     With respect to other data that have

10    come out since 2015, you're also aware that the

11    Agricultural Health Study was published in 2018 in

12    the Andreotti paper, right?

13         A     It -- it wasn't published in 2018, but

14    it was elucidated or follow-up data was included

15    in 2018.

16         Q     There is a 2018 publication --

17         A     Correct.

18         Q     -- of the Agricultural Health Study,

19    correct?

20         A     There's one that relates to further

21    follow-up on the AHS, yes.

22         Q     You mentioned there are regulatory

23    agencies in the United States that look at whether

24    chemicals are a health hazard to humans, and that

25    the EPA is one.
```

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Lauren C. Pinter-Brown, M.D.

1             Are you aware that EPA performed its own

2    assessments of whether glyphosate causes cancer in

3    humans?

4             MR. ESFANDIARY:  Objection.  Misleading.

5             You can answer.

6             THE WITNESS:  Am I aware that they --

7    one more time.  Let's get it --

8    BY MS. ROSS:

9         Q    Sure.  Are you aware that the

10   Environmental Protection Agency performed its own

11   assessments of whether glyphosate causes cancer in

12   humans?

13        A    I'm aware that the EPA performed

14   assessments.  When you say "their own," I'm not

15   sure if you mean they conducted their own studies

16   or they looked at the published data or they

17   looked at data provided to them from industry.  So

18   when you say "their own," I'm not sure exactly

19   what you mean there.

20        Q    Would you say that IARC performed an

21   assessment of whether glyphosate causes cancer in

22   humans?

23        A    Utilizing the published data, they did.

24        Q    EPA also provided an assessment of

25   whether glyphosate causes cancer in humans,

Lauren C. Pinter-Brown, M.D.

1    correct?

2         A    They provide an assessment.  I think

3    they use different materials.  They had different

4    materials avail- -- available to them than IARC

5    did.  I did not read their report, so I don't know

6    exactly what -- what pieces of data they were able

7    to look at.

8         Q    You did not read EPA's assessments of

9    glyphosate and whether it causes cancer, correct?

10        A    No, I didn't.

11        Q    Are you aware that EPA conducted

12   assessments of glyphosate's carcinogenicity under

13   the Obama Administration?

14        A    I -- I wouldn't know which

15   administration, and I didn't read the monograph.

16   So since I didn't read the monograph and I don't

17   know the year, then I would have to line that up

18   with Obama's Administration, I can't answer the

19   question.

20        Q    You did not rely on any of EPA's

21   assessments of whether glyphosate causes cancer,

22   fair?

23        A    I didn't, but I -- I did read some --

24   some material in Dr. Portier's report.  And I did

25   look up some references of criticisms of the EPA.

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Lauren C. Pinter-Brown, M.D.

1   I feel that -- why I didn't read the EPA monograph

2   is because I feel that this is not the usual

3   information that I would review in my scope of

4   practice, and I -- I really rely on people that

5   are expert, that only do epidemiology and

6   biostatistics, and that's their primary focus to

7   level criticisms against the EPA.

8        Q    When you say the EPA monograph is not

9   the usual information that you would review in

10  your scope of practice, why is that?

11       A    Because it takes into account data from

12  industry.  That's not something I usually get to

13  look at.

14       Q    Anything else?

15       A    I usually look at published -- published

16  data that would readily be available to me.

17       Q    Did you ask to see EPA's assessments of

18  glyphosate?

19       A    I -- I considered it.  And ultimately I

20  decided that I really wouldn't be in a position to

21  look at it properly since it's not the usual

22  material that I evaluate.

23       Q    Just to be very clear, when you say you

24  considered it, you considered asking for it, but

25  then ultimately decided not to; is that correct?

Lauren C. Pinter-Brown, M.D.

```
 1          A     Correct.  That's correct.

 2          Q     Do you dispute that the scientists

    within the EPA's pesticides division are concerned

    with protecting the health of the general public?

 5                MR. ESFANDIARY:  Objection.  You're

 6   asking her to speculate what the motive of the EPA

 7   scientists is?  Why don't you ask Billy Smith

 8   that.  Why are you asking her?  She doesn't work

 9   for the bloody EPA.

10   BY MS. ROSS:

11          Q     Do you understand my question?

12          A     I understand your question, but I don't

13   know the scientists and I don't know anything

14   about them.  I don't deal with the EPA.

15          Q     You did not do anything to look into who

16   at the EPA evaluated glyphosate, correct?

17          A     It wouldn't help me to look at their

18   names.  I don't know who they are.

19          Q     Did you consider the U.S. Department of

20   Health and Human Services Agency for Toxic

21   Substances and Disease Registry's evaluation of

22   whether glyphosate causes cancer?

23          A     No, for the same reasons.

24          Q     The lawyers did not provide you with

25   those, correct?
```

Lauren C. Pinter-Brown, M.D.

1      A    They would have if I asked them, sure.

2      Q    And you did not ask them?

3      A    No, I did not.

4      Q    If the U.S. Department of Health and

5   Human Services had evaluated the toxicity or

6   carcinogenicity of glyphosate, is that something

7   you would want to consider?

8      A    I don't know anything about that agency.

9           So again, we started out this whole

10  session talking about how you evaluate literature.

11  I would have to have some understanding of what

12  their process was, which I don't, so that I could

13  evaluate it.  But I do understand what the process

14  is for publishing a peer-reviewed paper, and so I

15  feel comfortable looking at that, just like I do

16  every day looking at peer-reviewed literature.

17     Q    If multiple regulatory agencies

18  performed independent evaluations of the available

19  data on glyphosate since the IARC classification

20  to reexamine the carcinogenic potential of

21  glyphosate, is that something you would want to

22  consider?

23          MR. ESFANDIARY:  Objection.  Calls for a

24  hypothetical.  Misleading.

25          THE WITNESS:  It is hypothet- -- I'm

Lauren C. Pinter-Brown, M.D.

1   sitting here staring at you because I have no

2   basis on which to evaluate their opinions.  And

3   certainly historically, governmental agencies have

4   not always embraced when there's toxicities from

5   exposures.  So I'm not sure that I feel

6   comfortable evaluating what they do.  I don't know

7   what their process is, I don't know who they are,

8   and I don't know what their motivation is.

9   BY MS. ROSS:

10       Q     That is not something that you would

11   typically consider in coming to an opinion on

12   whether an exposure causes cancer is what agencies

13   looking at the data have to say about it?

14       A     I -- no, I would look at peer-reviewed

15   literature.  That's what I'm -- that's what I'm

16   most comfortable doing.

17       Q     Your focus would be on the peer-reviewed

18   literature as opposed to an agency's assessment of

19   whether glyphosate is a cancer hazard or cancer

20   risk, right?

21       A     Yes, because I can review the

22   peer-reviewed literature.  I feel comfortable

23   doing that.

24       Q     You mentioned a little while ago that

25   you looked at Dr. Portier's report, and in your

Lauren C. Pinter-Brown, M.D.

1   report you say that you reviewed the evaluations

2   of Dr. Beate Ritz and Dr. Christopher Portier.

3          And if you'll turn with me to your

4   report in this case, it's Exhibit 2.

5       A    Yes.

6       Q    On page 14, do you see the sentence that

7   states -- the very last page.

8       A    Yes.

9       Q    "Although I formed my own independent

10  conclusion of the medical literature, I also

11  reviewed the evaluations of plaintiff's general

12  causation experts, such as Dr. Beate Ritz and

13  Dr. Christopher Portier, and rely on their

14  assessments of general causation in this case."

15      A    Yes, I see that.

16      Q    Was that true when you prepared your

17  report?

18      A    Yes.

19      Q    Still true today?

20      A    It is true.

21      Q    Is it true that you came to your

22  opinions independently?

23      A    Yes.

24      Q    Did you read the reports of Drs. Ritz or

25  Portier before or after you came to your own

Lauren C. Pinter-Brown, M.D.

1    conclusions?

2         A    Way after.

3         Q    Are you relying on Drs. Portier and Ritz

4    for any of the opinions you're offering?

5         A    I rely on Dr. Portier's discussion about

6    the EPA, because I didn't read the -- their report

7    myself.

8         Q    Anything else?

9         A    Some of the conclusions about animal

10   data, I might rely on Dr. Portier.  I don't feel

11   particularly comfortable looking at that area.

12   It's not something I do all the time.

13        I -- I did look at Dr. Ritz's critiques

14   of the AHS.  Not to -- to get information but

15   to -- to assure that I had thought about it in a

16   way that someone else might think about it; that I

17   wasn't thinking about it inappropriately or I

18   didn't miss some glaring part of the AHS study

19   that I should have thought about.

20        So I used it more as a confirmation of

21   my own opinions, which I had already arrived at.

22        Q    Okay.  So you came to your own opinions,

23   and then you looked at the reports --

24        A    I did.

25        Q    -- of Drs. Portier and Ritz, correct?

Lauren C. Pinter-Brown, M.D.

```
 1                THE REPORTER:  You've got to wait.

 2                THE WITNESS:  Sorry.  Sorry.

 3                THE REPORTER:  So you came to your

 4    own --

 5    BY MS. ROSS:

 6         Q    I know you know where I'm going.  It's

 7    just --

 8         A    Yes.  Sorry.

 9         Q    -- it works better if we -- if we wait.

10              Let me repeat the question.  Okay?

11         A    Certainly.

12         Q    You came to your own conclusions, and

13    then you reviewed the reports of Drs. Portier and

14    Ritz, correct?

15         A    Correct.

16         Q    With respect to Dr. Portier, you

17    mentioned that for some of the specifics on

18    biostatistics and for some of the animal data, you

19    might be relying on some of his opinions because

20    those are not your primary areas of expertise,

21    fair?

22         A    Yes.  I also -- I also learned something

23    else from Dr. Portier's report, which I

24    subsequently went back and evaluated for myself.

25         Q    What was that?
```

Lauren C. Pinter-Brown, M.D.

1        A     The idea that in -- that in

2    epidemiology -- it goes back to this use of the

3    word "cause," right?  In epidemiology, when you

4    look at epidemiologic studies, you can't really

5    infer cause from them.  You're looking at

6    relationships.  And what I didn't understand, but

7    now I know, is that someone named Hill kindly

8    provided us with criterion by which you can use

9    epidemiologic studies to get closer to using that

10   word "cause," if you will, what elements of

11   information do you need besides case-cohort

12   studies or meta-analysis to try and feel more

13   comfortable that what you see in epidemiologic

14   studies is the truth, both in an epidemiologic

15   study and biologically.

16            And that was something that I learned

17   from his report.  I went back and actually read

18   about it to understand it more, and where that --

19   where those criterion had come from.

20        Q     There's a lot in there, so I'm going to

21   break it down a little bit.  Okay?

22        A     Okay.

23        Q     The criteria that you just referred to

24   are sometimes known as the Bradford Hill criteria,

25   correct?

Lauren C. Pinter-Brown, M.D.

```
 1        A    I believe so.

 2        Q    And you first learned about the Bradford

 3   Hill criteria in the context of reading

 4   Dr. Portier's report in this litigation, correct?

 5        A    Correct.

 6        Q    After you read Dr. Portier's report, you

 7   went back and did some background reading on the

 8   Bradford Hill criteria, right?

 9        A    I did.

10        Q    And those criteria are used sometimes in

11   the context of when there is a clearcut

12   association in epidemiology to determine whether

13   that association is causal or not.  True?

14        A    I'm not sure that I like the word

15   "clearcut," nor do I like the word "causal."

16             The way I understand it, it is a way of

17   looking at epidemiologic data and bolstering it by

18   other data so that you could see if -- if you

19   believe that it's biologically relevant.  I guess

20   if you want to use the word "cause" and

21   "biologically relevant," maybe there's some

22   synergy there.  I'm not sure.

23             I really don't like you using the word

24   "cause," and I'm going to continue to say -- say

25   that every time you say it in a question.
```

Lauren C. Pinter-Brown, M.D.

1        Q      And I will do my best to use a word that

2   we can agree on.

3        A      Okay.

4        Q      And if you need to change the word in my

5   question, just let me know, and I will repeat the

6   question, okay?

7        A      I sure will.

8        Q      With respect to -- withdrawn.

9               In your report, did you do a formal

10  Bradford Hill analysis?

11       A      No, that wasn't my role.

12       Q      With regard to what we just talked about

13  for Dr. Portier -- and we talked about some of the

14  things you looked at in his report -- in

15  Dr. Ritz's report, you said that you looked at

16  her -- her criticisms of the Agricultural Health

17  Study, right?

18       A      Correct.

19       Q      Is there anything else in Dr. Ritz's

20  report that you were relying on?

21       A      No, that was primarily it.

22       Q      This business of cause and risk factor

23  and association I know can be difficult because

24  people use those terms in different ways and

25  sometimes don't mean the same thing.  So let's try

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Lauren C. Pinter-Brown, M.D.

1    and get a set of rules for when you and I are

2    talking today of how -- what we mean when we say

3    those terms.  Fair?

4         A    Okay.

5         Q    You've been disclosed as a specific

6    cause expert.  Right?

7         A    Yes.

8         Q    In your clinical practice, do your

9    patients ever ask you what caused their lymphoma?

10        A    Yes.

11        Q    Does that happen often?

12        A    Sure.

13        Q    Is it often the first question that you

14   get from a patient?

15        A    No.

16        Q    What do you tell your patients when they

17   ask you what caused their lymphoma?

18        A     I tell them that lymphoma is a

19   multifactorial disease, and then I go through the

20   things about their history, usually, or social

21   history, family history, that I feel contributed

22   to the end product of them getting lymphoma.

23        Q    And when -- you understand just

24   generally that there can be things that are

25   associated with an outcome in the epidemiologic

Lauren C. Pinter-Brown, M.D.

1   literature but are not causal factors in leading

2   to an outcome, right?

3        A    No.  It's not that they're not causal

4   factors.  It's that you can't say anything about

5   cause.  There are -- there are Koch's postulates

6   in medicine, right?  You told me you went to

7   medical school.  And Koch's postulates really has

8   to do with cause, right?  You inject a rat with

9   typhoid and they get typhoid, that's -- the

10  typhoid bug is the cause.

11           But in epidemiology, we don't have that

12  kind of relationship.

13       Q    So what I'm trying to do right now is --

14  is draw a distinction because I think there -- I

15  think you and I would agree that not every

16  association that's seen in an epidemiologic study

17  indicates a real relationship between -- or

18  cause-and-effect relationship, although I know we

19  don't like those words, between the exposure and

20  the outcome.

21           So what I'm trying to -- to right now

22  think about is how do you differentiate between an

23  association in a single study and a factor that

24  contributes to the development of lymphoma.

25           MR. ESFANDIARY:  Objection.  Vague as to

Lauren C. Pinter-Brown, M.D.

1    "factor."

2              THE WITNESS:  I object to you or -- or

3    would argue we're not talking about single studies

4    here.  If we're talking about a single study, then

5    probably there's not enough evidence for me to say

6    there's an association.  We're talking about many,

7    many studies and thousands of people that were

8    looked at.

9    BY MS. ROSS:

10        Q    And I said "factor" because that was a

11   term that you used earlier.  Is there a term that

12   you would -- I know you don't want me to use

13   "cause."  So what is the term that you would

14   prefer I use?

15        A    It wasn't "factor" that was the problem.

16   It was that you said in a single study.

17        Q    I'm right now drawing a distinction

18   between multiple studies and single studies,

19   right.  So you -- you mentioned the Bradford Hill

20   criteria as a way to look at whether an

21   association indicates a true relationship between

22   two things.

23        A    Yes.

24        Q    Right?

25             What -- what word should we use when

Lauren C. Pinter-Brown, M.D.

1   we're talking about something that is truly

2   related to the development of lymphoma as opposed

3   to something that is spuriously associated with

4   the development of lymphoma?

5        A    Let's use the word "contributing

6   factor."

7        Q    Contributing factor.  Okay.  So when you

8   and I say "contributing factor" today, you

9   understand that we're talking about something that

10  contributes to the development of lymphoma, right?

11       A    Yes.

12       Q    How -- withdrawn.

13            What are some examples of contributing

14  factors for lymphoma?

15       A    Oh, okay.  Well, whenever I give talks

16  to patients or whenever I see a patient, I go

17  through those contributing factors.

18       Q    And what are they?

19       A    Okay.  So we could have exposures,

20  ionizing radiation.  We could have Agent Orange.

21  We could have dark hair dye before 1980, although

22  there's not so many of them anymore.  All those

23  people now have white hair and are gone.

24            Then we could have bacteria.  We could

25  have Helicobacter pylori, but only with specific

Lauren C. Pinter-Brown, M.D.

1    lymphomas.  We could have hepatitis C.  We could

2    have HIV, again with specific lymphomas.  We could

3    go on.  There's probably some more infectious

4    agents, but let's stop there.

5            All right.  Then -- you want some more?

6        Q    I think I might have a way for us to

7    summarize some of this data --

8        A    Okay.

9        Q    -- based on your report, okay?

10       A    Okay.

11       Q    So in Section 7 of your report on

12   Mr. Johansing --

13       A    Yep.

14       Q    -- you talk about the analysis of the

15   patient's risk for developing in this case --

16       A    Yes.

17       Q    -- CLL, right?

18       A    Yes.

19       Q    And the things that you just mentioned

20   are potential factors contributing to lymphoma

21   that you discuss in your report, right?

22       A    Correct.

23       Q    So immunodeficiency states are a

24   potential contributing factor to lymphoma, true?

25       A    Correct.

Lauren C. Pinter-Brown, M.D.

1      Q    Autoimmune diseases are a potential

2  contributing factor to lymphoma, true?

3      A    Correct.

4      Q    Certain drugs that are known -- you say

5  drugs that are known to be a cause in your report.

6  Should that -- should we reword that somehow?

7      A    Let's see.  Which -- which one are you

8  on?

9      Q    Number 3, "Identifiable drug that is

10  known to be a cause."

11      A    Yeah, we could -- we could maybe switch

12  it to "a risk."

13      Q    Okay.

14      A    I'm trying to think if there's one

15  that's really a cause, though.  For the moment,

16  I'll agree with you.  Let me -- I'm going to keep

17  thinking.

18      Q    Would you say Tacrolimus is a cause of

19  non-Hodgkin lymphoma?

20      A    No, it's a risk.  That's an example of a

21  risk, but I'm trying to come up with if there's

22  something that actually is a cause.  I don't want

23  to -- I need to think about it a little bit.

24      Q    And what's -- what would be a -- the

25  difference between a cause and a risk factor?

Lauren C. Pinter-Brown, M.D.

```
 1          A    The cause is just what I'm describing

 2   with Koch's postulates.  You do it to somebody and

 3   you know you cause lymphoma.  This isn't a -- it's

 4   not a -- I can think of an instance where you

 5   would do that, but it's not really a drug.  It's a

 6   product.

 7               So I'm not sure -- for instance, I'll

 8   give you an example.

 9               Let's say you do a bone marrow

10   transplant on a patient, and the donor actually

11   has a lymphoma, and within that product that you

12   get from that person, you then give it to another

13   person and they develop the same lymphoma.  That

14   really is a cause.  That's -- fulfills Koch's

15   postulates.

16          Q    Okay.  So --

17          A    But other than that, in general, it

18   would be -- the drugs would be risk factors.

19          Q    So, in general, when you're talking

20   about factors that increase someone's risk for

21   lymphoma, you're talking about something that

22   doesn't necessarily one-to-one cause lymphoma

23   because you give it to them and that in itself is

24   sufficient, right?

25          A    That's correct.
```

Lauren C. Pinter-Brown, M.D.

1        Q    You're talking about factors that in the

2    epidemiologic literature or in your experience as

3    an oncologist have been associated with an

4    increased risk of non-Hodgkin lymphoma, correct?

5        A    Correct.

6        Q    We talked about the factors that you

7    list as potential contributing factors to

8    non-Hodgkin lymphoma, and some drugs you said are

9    potential contributing factors to non-Hodgkin

10   lymphoma, true?

11       A    Correct.

12       Q    Is ionizing radiation a potential

13   contributing factor to non-Hodgkin lymphoma?

14       A    It is.

15       Q    Is there a dose above which ionizing

16   radiation is a risk factor and below which it's

17   not?

18       A    I -- I don't know the literature well

19   enough.  We would have to look at the literature

20   from Nagasaki would be the best example.

21       Q    You also mentioned exposure to certain

22   infections as a factor contributing to the

23   development of non-Hodgkin lymphoma, right?

24       A    Correct.

25       Q    Are some infections also causes of

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Lauren C. Pinter-Brown, M.D.

1    non-Hodgkin lymphoma, for example, EBV and Burkitt

2    lymphoma?

3        A    That's a really hard one.  I -- I still

4    think I wouldn't call it a cause.

5        Q    Why not?

6        A    Because 95 percent of the world

7    population has been exposed to EBV, and yet we

8    don't all have non-Hodgkin lymphoma.  So if it was

9    truly a cause, then all of us would have

10   non-Hodgkin lymphoma.  So -- so I'm not sure I

11   like that as an example.

12       Q    When you say age is a risk factor to

13   non-Hodgkin lymphoma, what does that mean to you?

14       A    That if you plot out increasing age of

15   the population, you can see that the lymphoma

16   incidence increases.

17       Q    Do you have an example of something that

18   is a risk factor for lymphoma but not a cause of

19   lymphoma?

20       A    Sure.

21       Q    Age would be one example of that, fair?

22       A    Of course.

23       Q    Is it -- in your view, a risk factor is

24   something that has been associated with an

25   increased risk based on at least some

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Lauren C. Pinter-Brown, M.D.

 1    epidemiologic data, even if other data are

 2    negative?

 3         A    What do you mean by "other data"?

 4         Q    Well, certainly it's true for glyphosate

 5    that there are both positive and negative studies,

 6    right?

 7         A    Yes.

 8         Q    And with respect to glyphosate, you

 9    would say glyphosate is a risk factor for

10    non-Hodgkin lymphoma, true?

11         A    Correct.

12         Q    So in your view, a risk factor is

13    something that has been associated with

14    non-Hodgkin lymphoma in some studies but other

15    studies may be negative, true?

16         A    I would agree -- disagree with what

17    you're saying.  So it's not just that some studies

18    are positive and some studies are negative, and

19    you decide to look at the positive studies.  I

20    think it's looking at the aggregate of studies and

21    looking at why -- why a study -- why an outlier

22    study might be negative.

23         Q    Do you consider Roundup a known cause of

24    non-Hodgkin lymphoma?

25         A    What do you mean by "known cause"?

Lauren C. Pinter-Brown, M.D.

```
 1        Q    With respect to the wording that you've

 2   talked about, you -- you said a number of drugs

 3   might be associated with a risk of non-Hodgkin

 4   lymphoma, but you wouldn't use the word "cause."

 5        A    Correct.

 6        Q    So as you use the word "cause," would

 7   you consider Roundup to be a known cause of

 8   non-Hodgkin lymphoma?

 9        A    I don't use the word "cause" with

10   non-Hodgkin lymphoma because there is never going

11   to be one thing.

12        Q    In your view, Roundup is a contributing

13   factor to --

14        A    Correct.

15        Q    -- non-Hodgkin lymphoma, correct?

16        A    That's correct.

17        Q    And I know you're -- you're doing a

18   great job of this, but we'll keep trying to let me

19   finish my question --

20        A    Yes.

21        Q    -- and then start your answer.  Fair?

22        A    Okay.

23        Q    Okay.  What other chemicals are known

24   factors that contribute to non-Hodgkin lymphoma,

25   to your knowledge?
```

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Lauren C. Pinter-Brown, M.D.

1        A    Well, we talked about Agent Orange being

2    one.

3        Q    Anything else?

4        A    Do you include drugs as chemicals?

5        Q    Right now I'm -- that's a good question.

6    Why don't we take those two separately.

7             So what drugs are known to contribute as

8    factors to non-Hodgkin lymphoma?

9        A    Drugs.  Well, there's antiseizure

10   medications.  So it's things like Dilantin.

11   There's things that impair or alter the immune

12   system as a group.  We could list a whole bunch of

13   them if we want, but there's a whole -- we talked

14   about TNF inhibitors as a group.  There's a bunch

15   of other ones.

16             Let me keep thinking.  There's some

17   chemotherapy -- well, they're not chemotherapeutic

18   agents, but agents that we might utilize in the

19   treatment of cancer that might promote lymphomas

20   by altering the immune system.

21             I mean the list could go on and on.  Do

22   you want an exhaustive list?

23       Q    With respect to other chemicals -- so

24   you gave me some examples of drugs.  What are some

25   examples of other chemicals that are known to

Lauren C. Pinter-Brown, M.D.

1    contribute to non-Hodgkin lymphoma?

2        A    Really the best example, the most worked

3    out example, I could give you would be Agent

4    Orange.

5        Q    With respect to other pesticides, what

6    other pesticides contribute to non-Hodgkin

7    lymphoma?

8        A    There's some that -- where there's been

9    concerns.  I don't know the literature as well.  I

10   didn't review it exhaustively like I did --

11   because that's not the question here.  But

12   certainly things like Paraquat, I've heard about

13   for -- forever would be an example of something

14   where there is a concern that that drug very

15   strongly relates to the development of lymphomas.

16   I'll use that as an example.

17       Q    Why don't we break it down into more

18   specifics.  I think that might be helpful here,

19   okay?

20       A    Well, yes and no.

21       Q    Okay.

22       A    So I'm not prepared as I sit here right

23   now to give you an exhaustive list of every

24   pesticide that has ever been associated with

25   non-Hodgkin lymphoma.  I -- that's not my area of

Lauren C. Pinter-Brown, M.D.

```
1    expertise that I have spent my career on.  I
2    don't -- we already talked about I don't know how
3    many pesticides are marketed in the U.S.  And so
4    this is really not something that -- that I would
5    answer and feel good that I was giving you an
6    honest and complete answer at this time.
7                MR. ESFANDIARY:  Also we've been going
8    over an hour.  Can we take a quick break?
9                THE WITNESS:  Oh, yeah, that might be
10   nice.
11               MR. ESFANDIARY:  Especially if --
12               MS. ROSS:  Could you use a break right
13   now?
14               THE WITNESS:  I sure could.
15               MS. ROSS:  Why don't we take a short
16   break and come back.
17               MR. ESFANDIARY:  And be really nice and
18   quick.
19               THE VIDEOGRAPHER:  We're now going off
20   the record.  The time is approximately 11:12 a.m.
21               (Recess.)
22               (Exhibit Nos. 6, 7 and 8 were
23               marked for identification.)
24               THE VIDEOGRAPHER:  We are now back on
25   the record.  The time is approximately 11:33 a.m.
```

Lauren C. Pinter-Brown, M.D.

1   BY MS. ROSS:

2        Q    Just for the record, Dr. Pinter-Brown,

3   I've handed you Exhibits 7 and 8 to your

4   deposition.

5             What is Exhibit 7?

6        A    Exhibit 7 is a table from Dr. Portier

7   looking at my studies --

8             MR. ESFANDIARY:  Can we go off the

9   record a second?

10            MS. ROSS:  Oh, off the record.

11            THE VIDEOGRAPHER:  We're going off the

12   record.

13            The time is approximately 11:34 a.m.

14            (Pause.)

15            THE VIDEOGRAPHER:  We are now back on

16   the record.

17            The time is approximately 11:34 a.m.

18            MS. ROSS:  Let me try this again.

19            MR. ESFANDIARY:  Okay.

20   BY MS. ROSS:

21        Q    Dr. Pinter-Brown, Exhibit 6 to your

22   deposition is the notes that you brought with you

23   that you took handwritten today -- or you brought

24   them with you today.  You didn't take them today,

25   correct?

Lauren C. Pinter-Brown, M.D.

1      A    Correct.

2      Q    Of the various epidemiology studies you

3    looked at, right?

4      A    Correct.

5      Q    And Exhibit 7 is a four-page document

6    that has a mouse tumor chart, a forest plot with

7    different analyses of Roundup and non-Hodgkin

8    lymphoma, and some additional tables on the

9    epidemiologic data.

10           Is that fair?

11     A    Fair.

12     Q    You can set those two aside for now.

13     A    Okay.

14     Q    Thank you.

15           Before the break we were talking about

16   factors contributing to the development of

17   non-Hodgkin lymphoma.

18           Do you remember that discussion?

19     A    Yes.

20     Q    Do the factors that contribute to

21   non-Hodgkin lymphoma vary by subtype?

22     A    Sometimes.

23     Q    What are some examples of that?

24     A    Well, H. pylori, I gave you an example,

25   is really associated with gastric marginal zone

Lauren C. Pinter-Brown, M.D.

1    lymphoma and not really anything else.



Lauren C. Pinter-Brown, M.D.



Lauren C. Pinter-Brown, M.D.



Lauren C. Pinter-Brown, M.D.



19        Q    Are you claiming that Mr. Johansing has

20    no other attributes that put him at increased risk

21    for non-Hodgkin lymphoma based on epidemiologic

22    data?

23        A    I couldn't really find any other ones

24    that I was convinced about.

25             Oh, sorry, I left something out.  I'm so

Lauren C. Pinter-Brown, M.D.

1  sorry.  He -- I'm really sorry.  I'm starting to

2  get kind of spaced out here.

3           He -- not doing that.  I'm going to get

4  my cases mixed up.  Let me make sure I get it all

5  right.

6           No, he really didn't have any other

7  ones.  I'm getting my cases mixed up, and I

8  apologize for that.

9           That was really the only things that I

10 came up with when I was looking at his history

11 as -- that I would -- if I were seeing him in the

12 office and I was looking at, you know, why is this

13 man sitting here, that was really all that I came

14 up with.

15      Q    If you --

16      A    I'm sorry about that.

17      Q    That's fine.

18      A    Momentary lapse.

19      Q    I'm sorry, I didn't mean to interrupt

20 you.

Lauren C. Pinter-Brown, M.D.



```
 4       Q    When -- in your conclusions in your

 5   report, you state:  "In performing the

 6   differential diagnosis causation of

 7   Mr. Johansing's NHL" --
```

```
18             THE REPORTER:  Excuse me, Counsel.

19   You've got to go slower.

20             MS. ROSS:  Apologies.

21             THE REPORTER:  Thank you.
```

Lauren C. Pinter-Brown, M.D.



```
 6   BY MS. ROSS:

 7        Q    I did my best to read it as it was

 8   written.

 9             Did I read the words on the page

10   correctly?

11        A    I'm not sure.
```

Lauren C. Pinter-Brown, M.D.



9       A    Yes.  Well, old days, that's -- we're

10   going back probably 30 years.

13       A    A long time ago.  Maybe 20.  A long --

14   it's been a long time.

24       Q    And cause and substantial contributing

25   factor are different to you, right?

Lauren C. Pinter-Brown, M.D.

1      A    Yes.

2      Q    How are they different?

3           MR. ESFANDIARY:  Objection.  Asked and

4      answered multiple times.

12     BY MS. ROSS:

13          Q    You state you performed a differential

14     diagnosis of causation in Mr. Johansing's case,

15     right?

16          A    Yes.

17          Q    Explain what you did to do a

18     differential diagnosis of causation.

19          A    I did --

20               MR. ESFANDIARY:  Feel free to refer to

21     your report if you have to.

22               THE WITNESS:  Yeah.  Basically I did --

23     I did pretty much what I do every day in clinic:

24     I look at the patient's history and -- their

25     complete history, and I try and analyze why is

Lauren C. Pinter-Brown, M.D.

1   this patient sitting in my office.  Is there some

2   reason?

3           And when I do it in clinic, it's

4   different than these proceedings, because when I'm

5   doing it in clinic, I have a really specific goal

6   as I'm treating a patient:  I'm trying to find

7   risk factors that I can remove.  Here is more of

8   an abstract discussion.  We're not trying to treat

9   anyone.

10  BY MS. ROSS:

11      Q    Have you performed this exact process of

12  a differential diagnosis of causation in your

13  clinical practice?

14      A    I don't call it that, but I do it about

15  five times a day, every time I see a new patient.

16      Q    And you mentioned in clinic when you're

17  doing this, you're looking for risk factors that

18  might be modifiable, right?  Risk factors someone

19  can remove?

20      A    Primary -- I look at all risk factors,

21  but the ones I discuss with the patient are

22  primary -- primarily modifiable.

23      Q    How is the process you went through here

24  different from what you do in clinic every day?

25      A    There's very little difference.

1    Q    ███████████

█    █    ████████████████████

█    ██████████████████████   ██████████████

█    █████████   █████████████████

█    ████████████   ████████████████

█    ███████████████   ██████████   ██████████████

█    ████████████████████████████████

8           I don't call it out, but it's part and

9    parcel of every single time I meet a new patient.

10          Q    You applied the same methodology in each

11   of the three cases we're here to talk about today

12   and Monday, correct?

13          A    Correct.

14          Q    In your methodology in this case, the

15   first thing you did was make a list of possible

16   contributing factors.  We looked at that a little

17   earlier, right?

18          A    Yeah.  And I don't make a list, but it's

19   in my head.

20          Q    In your report you did make a list,

21   correct?

22          A    Yes.  Right.

23          Q    The next thing you did was you

24   determined whether those factors applied to

25   Mr. Johansing, right?

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Lauren C. Pinter-Brown, M.D.

```
 1         A    Correct.

 2         Q    If Mr. Johansing had exposure to

 3   something that increased his risk of non-Hodgkin

 4   lymphoma, you considered that as a potential

 5   contributing factor, correct?

 6         A    Say it one more time.

 7         Q    If Mr. Johansing had exposure to

 8   something that increased his risk of non-Hodgkin

 9   lymphoma, you considered that as a potential

10   contributing factor, right?

11         A    I'm going to pick apart your words a

12   little bit.  I considered it.  Let's say that.  I

13   considered it, is it a contributing factor or not?

14         Q    Right.  You didn't --

15         A    I didn't say automatically that it was a

16   contributing factor.

17         Q    And I wasn't suggesting that you did --

18         A    Okay.

19         Q    -- so let me ask the question slightly

20   differently, okay?

21         A    Okay.

22         Q    If Mr. Johansing had exposure to

23   something that increased his risk of non-Hodgkin

24   lymphoma, you considered whether that was a

25   contributing factor in his case, correct?
```

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Lauren C. Pinter-Brown, M.D.

1        A     Correct.

2        Q     We talked before about some of the

3   factors you list in Section 7 of your report as

4   potential contributing factors.

5        A     Yes.

6        Q     Can you go back with me to page 11 of

7   your report.

8        A     I'm right there.

9        Q     One of those factors you list is

10  immunodeficiency states, correct?

11       A     Correct.

12       Q     How does immune deficiency contribute to

13  non-Hodgkin lymphoma?

14       A     Well, again, there's associations

15  between different immune deficiency states and an

16  increased incidence of non-Hodgkin lymphoma.  HIV

17  would be an example.

18       Q     What's the mechanism by which immune

19  deficiency states increase the risk of lymphoma?

20       A     I'm not sure we really know the answer

21  to that.

22       Q     Would you say that AIDS patients are

23  particularly susceptible to lymphoma?

24       A     HIV-infected patients are.

25       Q     Are people with solid organ transplants

Lauren C. Pinter-Brown, M.D.

1   particularly susceptible?

2       A     Yes, they are.

3       Q     That is because their immune systems are

4   not quite right?

5       A     It's because they're given drugs to

6   suppress their immune system.

7       Q     Their immune systems then cannot hunt

8   down and remove cancer cells, for example,

9   correct?

10      A     In theory.

14      Q     You also speak about autoimmune

15  disorders as a contributing factor -- potential

16  contributing factor for lymphoma, true?

17      A     True.

18      Q     What is the mechanism by which

19  autoimmune disease increases the risk of lymphoma?

20      A     I don't know.

21      Q     Does anybody?

22      A     I don't think so.  Not really.

Lauren C. Pinter-Brown, M.D.



14      Q      You list certain infections in your

15  report as being contributing factors to certain

16  subtypes of lymphoma, correct?

17      A      Correct.

18      Q      Is hepatitis C a contributing factor to

19  lymphoma?

20      A      To some types, yes.

21      Q      Is hepatitis B a contributing factor to

22  certain types of lymphoma?

23      A      I believe it is, but that would be

24  controversial.

25      Q      What lymphomas do you believe

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Lauren C. Pinter-Brown, M.D.

```
 1    hepatitis B contributes to?
 2         A    To hepatic marginal zone lymphomas.
 3         Q    What lymphomas do you believe
 4    hepatitis C contributes to?
 5         A    Well, the ones that are accepted are
 6    Waldenström's and splenic marginal zone lymphoma
 7    would be two obvious ones.
 8         Q    Is hepatitis C a contributing factor to
 9    DLBCL?
10         A    In some studies it is.
11         Q    Does Epstein-Barr virus contribute to
12    non-Hodgkin lymphoma?
13         A    Well, that's a difficult question.  It's
14    found in some lymphomas in the tumor, but the
15    patients rarely have a systemic infection at that
16    time.  There's a -- there's a few outlier
17    lymphomas where they have a demonstrable viral
18    load, but otherwise, really they don't.
19              So your question is hard to answer
20    because it's something that's found in the tumor,
21    not necessarily in the person.
22         Q    And I'm asking because different people
23    have a different understanding of this.  So for --
24    for right now I'm asking about your understanding,
25    okay?
```

Lauren C. Pinter-Brown, M.D.

1              What is your understanding of the role

2    that EBV plays in certain non-Hodgkin lymphomas?

3    Would you describe it as a contributing factor

4    when it's found in the tumor tissue or not?

5         A    I'm not sure I would consider it a

6    contributing factor.  I think it's a promoter.

7    It's a different issue.

8         Q    And why is that?

9         A    Because it's not something that is -- is

10   coming from a systemic -- a systemic place in

11   the -- in the person creating lymphoma in some

12   part of their body.  It's something that's urging

13   the cells to proliferate at the level of the

14   tumor.  That's -- that's really a different

15   concept, right.  The cells may already be

16   cancerous at that point.

17        Q    In other words, there are different

18   pathways through which something could contribute

19   either to the initiation of a tumor or the growth

20   of a tumor, right?

21        A    Correct.

22        Q    And for EBV, are you saying that EBV is

23   something that if it contributes, probably does so

24   as contributing to the growth of a tumor as

25   compared to contributing to its initiation?

Lauren C. Pinter-Brown, M.D.

1        A     In most cases, although I can think of a

2   lymphoma where -- where it might have a stronger

3   role in initiation.  But in most cases, when we

4   find EBV within the tissue, I view it more as --

5   as something that causes proliferation of the

6   cells.

7        Q     And just so I have a complete list, what

8   is the lymphoma you're thinking of where it could

9   be --

10       A     Well --

11       Q     -- contributing to its initiation?

12       A     In TNK lymphoma of the nose, you

13  actually monitor that tumor by EBV viral loads.

14  So the person really does have EBV viral loads.

25       Q     We talked before about age as a risk

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Lauren C. Pinter-Brown, M.D.

1   factor for the development of non-Hodgkin

2   lymphoma, right?

3        A    Correct.

4        Q    And you would agree that age is a risk

5   factor -- that is, advancing age is a risk factor

6   for non-Hodgkin lymphoma, right?

7        A    Correct.

8        Q    As we age, we are exposed to all kinds

9   of things in the environment, right?

10       A    Yes.

11       Q    With age, our cells have also undergone

12  more diversion simply as a function of time, true?

13       A    Yes.

14       Q    As we age, our immune systems don't

15  always work as well, right?

16       A    Correct.

17       Q    You're familiar with the term "immune

18  senescence"?

19       A    Yes.

20       Q    What is that?

21       A    It means your immune system gets old

22  with you.

23       Q    And when your immune system gets old

24  with you, does it work as well as it used to?

25       A    No, probably not.

Lauren C. Pinter-Brown, M.D.



Lauren C. Pinter-Brown, M.D.



Lauren C. Pinter-Brown, M.D.

1        Q    In your report, after you go through the

2   risk factors we just discussed, you next list

3   Roundup as a potential cause, right?

4        A    Yes.

5        Q    How does Roundup cause cancer?

6        A    Well, just like most things, I couldn't

7   tell you exactly.  But -- but the studies that we

8   talked about earlier in the morning that shows

9   cytogenetic abnormalities might be a hint of why

10  it does -- why it -- how it might promote cancer.

11  And we'll stop using the word "cause."  But

12  honestly, we don't know very much about how things

13  cause cancer or how they promote cancers.

14       Q    In your report at page 9 -- if you will

15  turn there with me, please -- there's a paragraph

16  that begins "Mr. Johansing also utilized."

17       A    Yes.

18       Q    Do you see where I am?

19       A    Yes.

20       Q    Would you please read the first sentence

21  of that paragraph out loud for the record.

22       A    "Mr. Johansing also utilized at various

23  times Asana XL containing" -- and I'll probably

24  butcher this -- "esfenvalerate,

25  1,2,4-trimethylbenzene and cumene, chlordane;

Lauren C. Pinter-Brown, M.D.

1   Lorsban containing chlorpyrifos; Diazinon 24D; new

2   farm roaming herbicide containing MCPA; Gramoxone

3   containing paraquat; Sevin containing carbaryl;

4   and Rifle containing dicamba."

5       Q    Do you stand by what you wrote here?

6       A    Yes.

7       Q    You say earlier in your report that you

8   reviewed a compilation of what I understand to be

9   all the agricultural products that Mr. Johansing

10  may have purchased or used from invoices and

11  diaries.

12          What format did you review that in?

13      A    A lot of it was diaries or invoices.

14  Primarily there was also a list that had been

15  composed out of those primary data, but I -- I did

16  look at the invoices too.

17      Q    Okay.  So you looked at the -- the

18  primary invoices and his diaries of what he used,

19  right?

20      A    Yeah.

21      Q    And then you looked at a list that had

22  been compiled of what those various pesticides

23  were, correct?

24      A    Correct.

25      Q    And what are you relying on that for?

Lauren C. Pinter-Brown, M.D.

```
 1          A    I don't understand your question.

 2          Q    Are you -- I -- I didn't see either of

 3   those things on your materials list, and -- and so

 4   I'm trying to figure out whether this -- whatever

 5   it was that you reviewed here is something that I

 6   also have access to, if that makes sense.

 7          A    Oh.

 8          Q    So --

 9               MR. ESFANDIARY:  It's on the list.

10   BY MS. ROSS:

11          Q    Can you point me to what on your

12   reference list is --

13               THE WITNESS:  Would it be on a reference

14   list?

15               MR. ESFANDIARY:  Yeah.

16   BY MS. ROSS:

17          Q    So that would be the compilation that

18   you reviewed.

19          A    Let me see if we can find something

20   amidst the papers here.

21               Oh, I thought you were talking about --

22   I thought you were talking about this

23   bibliography, and I'm thinking why would we put

24   that on there.

25               Monthly pesticide use report, employment
```

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Lauren C. Pinter-Brown, M.D.

1    records.

2          Q    Okay.  And when you say --

3          A    Nutrien, that's his orders.

4          Q    Okay.  So what -- what of those is the

5    list of pesticides that he used?

6               THE WITNESS:  Oh, is the list included

7    on this, or just --

8               MR. ESFANDIARY:  Yeah.

9               THE WITNESS:  -- the primary resources?

10              MR. ESFANDIARY:  Here are the journals.

11              THE WITNESS:  Journals.  But there was

12   also a list, kind of a table like an Excel

13   spreadsheet that I looked at.

14              MR. ESFANDIARY:  Yeah, that's the

15   monthly pesticide use reports, and that -- I think

16   the list is encompassed within the employment

17   records.

18              THE WITNESS:  Maybe within the

19   employment records.  It wasn't his journals or --

20   it was in a tabular form.

21              MR. ESFANDIARY:  Yes.

22              MS. ROSS:  Tell you what, how about I

23   just do this.

24              THE WITNESS:  I can give -- yeah.

25              MS. ROSS:  We will request on the record

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Lauren C. Pinter-Brown, M.D.

1    whatever this monthly pesticide use report is that

2    Dr. Pinter-Brown --

3                MR. ESFANDIARY:  I've already produced

4    these to Anthony Martinez --

5                MS. ROSS:  Great.

6                MR. ESFANDIARY:  -- that's your

7    colleague, so you can talk to him about it.

8                MS. ROSS:  Then we're good.  Thanks.

9                THE REPORTER:  I can't hear when

10   you're --

11               MR. ESFANDIARY:  I apologize.  I was

12   just saying we've previously produced those

13   records to the Shook Hardy folk, specifically

14   Anthony Martinez.

15   BY MS. ROSS:

16        Q    Are you ready?

17        A    Yes.

18        Q    In his occupation as a farmer and

19   rancher, Mr. Johansing, you mentioned, was exposed

20   to Asana, correct?

21        A    Yes.

22        Q    Asana contains esfenvalerate?

23        A    Yes.

24        Q    As you state in your report,

25   esfenvalerate is associated with non-Hodgkin

Lauren C. Pinter-Brown, M.D.

1    lymphoma?

2         A    (The witness nods.)

3         Q    Correct?

4         A    Yes.  Some of these -- some of these

5    compounds, the ones that are -- that stick out to

6    me, dicamba is one that I read about.  2,4-D I

7    read about.  Paraquat, we already talked about.

8    So many of these compounds I selected out

9    separately to read about.

10        Q    And I want to break those down a little

11   bit, okay?

12        A    I may not remember all the details any

13   longer.

14        Q    And that's fine.  Let's start with

15   esfenvalerate.

16        A    Okay.

17        Q    What did you do to investigate whether

18   esfenvalerate causes non-Hodgkin lymphoma?

19        A    Well, I looked at some of the IARC

20   Monographs to know which compounds have also been

21   associated with non-Hodgkin lymphoma.  And to be

22   honest with you, there's -- as we see, he's been

23   exposed to a lot of different things.

24             And if you're going to ask me details,

25   I'm not going to be able to answer any longer.

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Lauren C. Pinter-Brown, M.D.

1    This was a long time ago that I reviewed this at

2    this point.

3           Q     And that's fine.

4           A     And not germane to the case really after

5    I -- after I looked at it.

6           Q     I just want to at this point break it

7    down so I have an understanding of what you

8    reviewed and what you didn't review with respect

9    to these different chemicals, okay?

10          A     Okay.  And I've already stated that.

11          Q     So with respect to chlordane, for

12   example --

13          A     Yes.

14          Q     -- Mr. Johansing was exposed to

15   chlordane, correct?

16          A     Yes.

17          Q     What is chlordane?

18          A     Again, I don't know about every kind of

19   pesticide and what they do.  I looked at the

20   compounds that he had, and I looked up to see if

21   they had been associated with non-Hodgkin

22   lymphomas, if there's reports, because I wanted to

23   understand how -- if he was really and truly

24   exposed to these things or if he deported himself

25   differently when he utilized them.

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Lauren C. Pinter-Brown, M.D.

1              And to do that, some of what I did was

2    look at the material safety data sheets to see how

3    would he have been instructed to utilize these

4    compounds.  Because he was clear in his deposition

5    that when he read the MSDS and it instructed him

6    to wear protective equipment, that he did so.  So

7    that would minimize his exposure to these other

8    compounds.  And he also clearly states that when

9    he used things like Roundup, he maybe didn't do so

10   much protective gear because he didn't perceive it

11   as a -- as something he needed to do.

12              And so I was really looking at which

13   compounds did he come into contact with and what

14   were the instructions for their use, because he

15   said he abided by the instructions that he was

16   given.

17        Q    Do you remember my question?

18        A    I -- no, because --

19              MR. ESFANDIARY:  You can ask --

20              THE WITNESS:  -- I can't answer it

21   because it was some -- something about what the

22   compound was.

23   BY MS. ROSS:

24        Q    So if it's not -- if you don't know the

25   answer to one of the questions I'm asking, it's

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Lauren C. Pinter-Brown, M.D.

1    fine to -- to say that you --

2         A    Okay.  Go through everything and I'll

3    tell you no, that I don't know the structure of

4    the compounds.  That's fine.

5         Q    Okay.  Do you have any reason to dispute

6    that chlordane is an organochlorine insecticide?

7         A    Again, I -- I didn't really go into the

8    structure of that compound.

9         Q    Did you look to see whether chlordane

10   had been banned for use in the United States

11   because of concerns about cancer?

12        A    No, I did not.

13        Q    Why didn't you do that?

14        A    Because it doesn't have to do with this

15   case.

16        Q    With respect to dicamba -- well, let me

17   just see if we can short-circuit some of this,

18   okay?

19        A    That would be great.

20        Q    You are not offering an opinion one way

21   or the other on whether chlordane is a substantial

22   contributing factor for non-Hodgkin lymphoma,

23   correct?

24        A    For any non-Hodgkin lymphoma?

25        Q    Yes.

Lauren C. Pinter-Brown, M.D.

1    A    Yes, I'm not offering an opinion that

2    way.

3    Q    You did not review the literature in

4    detail on whether chlordane is associated with an

5    increased risk of non-Hodgkin lymphoma, correct?

6    A    Not in detail, no.

7    Q    With respect to chlorpyrifos,

8    Mr. Johansing was exposed to chlorpyrifos,

9    correct?

10    A    Yes.

11    Q    You did not review the literature in

12    detail on whether chlorpyrifos is associated with

13    an increased risk of non-Hodgkin lymphoma,

14    correct?

15    A    Not in detail, no.

16    Q    And sitting here today, do you have an

17    opinion one way or the other on whether

18    chlorpyrifos is a substantial contributing factor

19    to non-Hodgkin lymphoma?

20    A    To any non-Hodgkin lymphoma?

21    Q    Yes.

22    A    Only what -- what I read in

23    generalities, that it is a concern.  I in no way

24    went through the literature on that compound.

25    Q    And you're drawing a distinction in your

Lauren C. Pinter-Brown, M.D.

```
 1   answer about any non-Hodgkin lymphoma.  When

 2   looking at a pesticide exposure, is it important

 3   to look at which non-Hodgkin lymphoma we're

 4   talking about?

 5        A    No, I just wanted to see if you were

 6   asking me a general or a specific question.

 7        Q    Okay.  With respect to diazinon,

 8   Mr. Johansing was exposed to diazinon, correct?

 9        A    Yes.

10        Q    Have you reviewed the -- well, you

11   reviewed the IARC Monograph on diazinon, correct?

12        A    Briefly.

13        Q    And you saw that IARC classified

14   diazinon as 2A, the same as glyphosate, right?

15        A    Yep.

16        Q    Does diazinon contribute to the

17   development of non-Hodgkin lymphoma?

18        A    Again, I haven't looked at the

19   literature in detail.

20        Q    You did not review the literature to

21   determine whether diazinon contributes, correct?

22             MR. ESFANDIARY:  Objection.  Misstates

23   her testimony.

24   BY MS. ROSS:

25        Q    You can answer.
```

Lauren C. Pinter-Brown, M.D.

1        A     Your question again?

2        Q     Sure.

3              You did not review the literature to

4    determine whether diazinon contributes, correct?

5        A     Not in detail, no.

6        Q     Mr. Johansing was also exposed to 2,4-D,

7    right?

8        A     Yes.

9        Q     You have not reviewed the data in detail

10   on 2,4-D and whether it contributes to non-Hodgkin

11   lymphoma, true?

12       A     Not in detail, no.

13       Q     But you did mention that 2,4-D was one

14   of the pesticides that you looked at that may have

15   been associated in the epidemiology with

16   non-Hodgkin lymphoma, correct?

17       A     State your question again.

18       Q     You did mention that 2,4-D was one of

19   the pesticides you looked at that had been

20   associated in some of the epidemiology with the

21   risk of non-Hodgkin lymphoma, right?

22       A     I'm not sure what you're -- what "some

23   of the epidemiology" means.

24       Q     When you said that there were certain

25   pesticides that were associated in the literature

Lauren C. Pinter-Brown, M.D.

1    with non-Hodgkin lymphoma, what did you mean?

2         A    I -- I -- I didn't mean any specific

3    epidemiologic study.  I meant that -- that they

4    have some concerns about non-Hodgkin lymphoma.

5    Not a specific study, nor did I look at studies in

6    detail like I did for glyphosate.

7         Q    Mr. Johansing was exposed to MCPA,

8    correct?

9         A    Yes.

10        Q    You did not review the literature in

11   detail on whether MCPA is associated with an

12   increased risk of non-Hodgkin lymphoma, correct?

13        A    That's correct.

14        Q    Mr. Johansing was exposed to paraquat,

15   correct?

16        A    Yes.

17        Q    You mentioned that paraquat is one of

18   the pesticides you looked at a little bit.  Can

19   you tell me about that?

20        A    No, paraquat historically was one of the

21   first pesticides that people became concerned

22   about were carcinogenic, and there's nothing that

23   I looked at in detail recently about paraquat.

24   It's just when I said the word "paraquat," it

25   recalls all the thinking about paraquat back in

Lauren C. Pinter-Brown, M.D.

1   the day.

2        Q    Paraquat was one of the early pesticides

3   that was associated with an increased risk of

4   non-Hodgkin lymphoma, true?

5        A    Yes.

6        Q    Paraquat -- withdrawn.

7             Do you know one way or the other whether

8   paraquat is more toxic generally than glyphosate?

9        A    I have no idea.

10       Q    General toxicity is not the same thing

11  as causing non-Hodgkin lymphoma, correct?

12            MR. ESFANDIARY:  Objection.

13            THE WITNESS:  I don't know what that

14  means.  What does "general toxicity" mean?

15  BY MS. ROSS:

16       Q    You can have pesticides, as you've

17  mentioned, that for Mr. Johansing, he -- he had to

18  wear, for example, a respirator while he was

19  applying them, correct?

20       A    Correct.

21       Q    And those pesticides might be more

22  acutely toxic than Roundup, right?

23            MR. ESFANDIARY:  Objection.  Calls for

24  speculation, and not specifically --

25            THE WITNESS:  I don't know what "acutely

Lauren C. Pinter-Brown, M.D.

1    toxic" means.  That he's short of breath?  That

2    he's going to get lymphoma in the field?  What

3    does it mean?

4    BY MS. ROSS:

5        Q    That's sort of my point.  You can't

6    equate acute toxicity when you're using something

7    in the field to its long-term risk of non-Hodgkin

8    lymphoma, correct?

9        A    No.  But I can equate somebody using

10   protective gear with decreased exposure.

11       Q    Mr. Johansing was also exposed to, you

12   say, Sevin in your report, and Sevin contains

13   carbaryl, correct?

14       A    Yes.

15       Q    And you did not review the literature in

16   detail on whether carbaryl is associated with an

17   increased risk of non-Hodgkin --

18       A    That's correct.

19       Q    -- lymphoma, right?

20       A    That's correct, in detail I did not.

21       Q    Did you review the literature at all on

22   whether carbaryl is associated with an increased

23   risk?

24       A    I can't remember carbaryl specifically.

25       Q    Mr. Johansing was exposed to Rifle,

Lauren C. Pinter-Brown, M.D.

1    which contains dicamba, correct?

2         A    Correct.

3         Q    Have you reviewed the literature on

4    whether dicamba is associated with an increased

5    risk of non-Hodgkin lymphoma?

6         A    I've seen some literature stating

7    that -- that there's concern about dicamba, but I

8    did not look at it in great detail.

9         Q    When you say that there is some

10   literature stating there is concern, you've been

11   aware that pesticides generally were associated

12   with non-Hodgkin lymphoma for much longer than

13   you've been aware of Roundup.

14             Is that fair?

15        A    Yeah.  I'll say yes.

16        Q    Do you agree that it is important to

17   consider other pesticide exposures when

18   determining whether an -- a case of non-Hodgkin

19   lymphoma was due to a particular pesticide?

20        A    Yes.

21        Q    You're familiar with the concept of

22   confounding variables, right?

23        A    Yes.

24        Q    And confounding by other pesticide

25   exposures is a potential source of confounding in

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Lauren C. Pinter-Brown, M.D.

1    studies evaluating Roundup, right?

2              MR. ESFANDIARY:  Objection.  Vague.

3    BY MS. ROSS:

4         Q    You can answer.

5         A    Some studies have opted to adjust for

6    different pesticides to try and look at specific

7    pesticide exposure.

8         Q    That is a good idea, adjusting for other

9    pesticides when you can in order to look at

10   whether a specific exposure is associated with an

11   increased risk, correct?

12             MR. ESFANDIARY:  Objection.

13             THE WITNESS:  No, there's problems with

14   it.

15   BY MS. ROSS:

16        Q    Your opinion is that it is not a good

17   idea to adjust for other pesticides --

18             MR. ESFANDIARY:  Misstates --

19   BY MS. ROSS:

20        Q    -- to determine whether there's a risk?

21             MR. ESFANDIARY:  Misstates her

22   testimony.

23             THE WITNESS:  You're using the word

24   "good idea," and "good idea" to me implies that

25   there's no problems with doing it, that it

Lauren C. Pinter-Brown, M.D.

1    would -- that it would definitely show you the

2    difference in different pesticide exposure.

3            But the problem is that when you do

4    that, because many of the people in these studies

5    have been exposed to multiple pesticides, you

6    minimize the amount of -- of statistical

7    significance that you see with the pesticide that

8    you're interested in.  Because -- and sometimes

9    there may be an interaction between two

10   pesticides, and then you've lost the ability to

11   look at that, and maybe the two pesticides create

12   even a higher risk when those two particular

13   pesticides are looked at.

14           So is it interesting to look at

15   adjustment for pesticides?  Absolutely.  Is it

16   going to answer the question totally?  No, because

17   just like we talked about earlier, there's

18   problems with every kind of trial, and there's

19   things that you could critique about them, and

20   that happens to be one of the problems with

21   controlling for a pesticide.

22   BY MS. ROSS:

23       Q    When you looked at the data in this

24   case --

25       A    Mm-hmm.

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Lauren C. Pinter-Brown, M.D.

 1        Q      -- were you focused on risk ratios or

 2   odds ratios that were adjusted for other

 3   pesticides or not adjusted for other pesticides?

 4        A      I looked at both of them.

 5        Q      And did you weight them equally?

 6        A      In a way I kind of did.

 7        Q      In your view, unadjusted data is just as

 8   reliable as adjusted data?

 9        A      I don't like your word "reliable."  I

10   think they're both of interest.

11        Q      Okay.  What is the most robust data when

12   you're looking at exposure to Roundup and whether

13   it causes non-Hodgkin lymphoma, data that is

14   adjusted or data that is unadjusted?

15        A      What do you mean by "robust"?

16        Q      What is the best, most reliable data in

17   a study when you're looking at whether exposure to

18   Roundup is associated with non-Hodgkin lymphoma?

19        A      Well, there's no best or reliable.

20   There's just different kinds of data, and they

21   both offer different things.  And so I can't

22   answer your question because there is no best and

23   there is no reliable.  That's the problem with

24   studies, and that's why people pick them apart.

25        Q      In your view, the unadjusted data are

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Lauren C. Pinter-Brown, M.D.

1    just as reliable as the adjusted data.

2              MR. ESFANDIARY:  Objection.

3    Misstates --

4              THE WITNESS:  I told you I don't like

5    the word "reliable."  I find them just as

6    interesting as adjusted data.  They both tell you

7    something.

8    BY MS. ROSS:

9        Q    And what do the unadjusted data tell

10   you?

11       A    The unadjusted tell -- tell you that the

12   risk ratio, the relative risk ratios, in general

13   they go down, but they're usually still above the

14   null.  If you're looking totally at statistical

15   significance, then you would say it was a negative

16   study.  But the fact of the matter is that when

17   you start to adjust for -- for different kinds of

18   pesticides, by definition you've decreased your

19   ability to see a high relative risk.

20             So if you only want to see relative

21   risks that are statistically significant, then

22   that -- and you have a preexisting idea that this

23   is going to be a negative relationship, then it

24   will support that.  I think it's not that simple.

25       Q    Would you defer to plaintiff's experts

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Lauren C. Pinter-Brown, M.D.

1    in epidemiology on whether one should look at

2    adjusted or unadjusted data when evaluating

3    whether there's an association between Roundup and

4    non-Hodgkin lymphoma?

5        A    I would be interested in their idea, but

6    I actually have read a little bit about it myself

7    trying to understand why the numbers go down, and

8    I've looked at other critiques.

9        Q    In your report you also -- you talked

10   about this a minute ago, right, Mr. Johansing used

11   personal protective equipment when he was applying

12   various pesticides, right?

13       A    Yes.

14       Q    And if you go to page 10 of your report,

15   the first sentence there states:  "Mr. Johansing

16   appears to have significantly minimized or

17   eliminated his exposure to the other agricultural

18   products he used."

19            Do you see that?

20       A    Yes.

21       Q    "Other agricultural products" in this

22   context means other pesticides, right?

23       A    Correct.

24       Q    Which one of those is it:  Did he

25   significantly minimize his exposure to those other

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Lauren C. Pinter-Brown, M.D.

1   pesticides or did he eliminate it?

2        A    Well, I don't think protective equipment

3   ever totally eliminates your exposure.

4        Q    Okay.  So personal -- use of personal

5   protective equipment does not totally eliminate

6   one's exposure to a chemical, correct?

7        A    Correct.

8        Q    When Mr. Johansing said that he followed

9   the labeling instructions with regard to personal

10  protective equipment, did you look to see what

11  personal protective equipment was required for

12  each of the pesticides he used at the time he used

13  them?

14       A    I did look -- I did look briefly.  I

15  couldn't recount the specific things to you, but I

16  did look to get an idea, because I was trying to

17  match it up to the words he used in his

18  deposition.

19       Q    What did you look at to understand

20  whether Mr. Johansing was following the

21  recommendations for personal protective equipment

22  for the various pesticides he used?

23       A    Well, the material safety data sheets

24  state, you know, are you supposed to use a

25  respirator, are you supposed to have an apron,

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

Lauren C. Pinter-Brown, M.D.

1    when you mix all these kind of things.  I -- so I

2    looked to see what it stated for different --

3    different compounds.  I tried to match that up

4    with his description from the deposition.

5              I -- I -- you know, he may not use

6    exactly the same words as what is on the data

7    sheets, but I tried to match up to get an idea of

8    whether he was really adhering to what -- what he

9    was instructed to do or not.

10        Q    Did you see whether the Roundup

11   instructions recommended washing Roundup off your

12   skin if you got it on your skin?

13        A    Yes, I'm sure it does.

14        Q    And you would expect that Mr. Johansing

15   would follow those directions, correct?

16        A    As much as he can, yes.

17        Q    You also mention in your report that

18   Mr. Johansing was a rancher, correct?

19        A    Correct.

20        Q    As a rancher, Mr. Johansing worked with,

21   I think you say, cattle, horses and donkeys; is

22   that right?

23        A    That's what I read in one of the

24   doctor's reports.

25        Q    Dr. Pinter-Brown, we've talked about

Lauren C. Pinter-Brown, M.D.

1    this a little bit, and I think we're on the same

2    page, but not everyone reading this deposition is

3    going to have a background in medicine, okay?

4         A    Okay.

5         Q    You agree that cancer is multifactorial,

6    right?

7              MR. ESFANDIARY:  Asked and answered

8    about three times.

9              THE WITNESS:  My cancer is -- I mean,

10   the non-Hodgkin lymphoma is.  I don't -- I'm not a

11   general oncologist any longer, so I don't keep up

12   with all the other cancers.  But non-Hodgkin

13   lymphoma, I believe it's multifactorial.

14   BY MS. ROSS:

15        Q    A clinical cancer is an expanding

16   population of monoclonal cells, right?

17        A    In lymphomas, yes, it is.

18        Q    For that growth to happen, abnormal

19   cells must both acquire mutations that cause them

20   to grow uncontrollably and they must escape normal

21   immune surveillance, right?

22        A    That's the belief.  I don't know if --

23   if each cancer does that and to what extent they

24   do it.

25        Q    Is that your belief of how cancer

Lauren C. Pinter-Brown, M.D.

1  develops and -- and grows into a clinical cancer

2  that you can then diagnose in a patient?

3        A    Well, I think there's multiple things.

4  The cell forgets how to do apoptosis.  It has

5  mutations to allow it to proliferate more.  Some

6  cancers more than others may fall under immune

7  surveillance.

8             I don't think it's uniform probably for

9  every single cancer, and we know that because when

10 we treat people with things that enhance the

11 immune system, it doesn't work uniformly.

12       Q    When you say some cancers may fall under

13 immune surveillance, lymphoma is one of the

14 cancers that falls more under immune surveillance;

15 is that right?

16       A    I was only talking about lymphomas, and

17 I -- I'm sorry I didn't specify that.  I'm only

18 talking about lymphomas, and within the lymphomas,

19 some types may -- may have a decrease in immune

20 surveillance more than others that -- that's more

21 important to the cell.

22       Q    In what types of lymphoma is immune

23 surveillance particularly important?

24       A    Post-transplant lymphoproliferative

25 disorder is the best example I can give you.

Lauren C. Pinter-Brown, M.D.

```
 1          Q    And when we talk about immune
 2    surveillance, immune surveil- -- well, withdraw.
 3    New question.
 4               The immune system has a role in finding
 5    and killing cancer cells, right?
 6          A    Yes.
 7          Q    If the immune system isn't functioning
 8    properly, abnormal growing cells have a better
 9    chance of getting through.  Fair?
10          A    Okay.
11          Q    The immune system might not function
12    properly because the patient has an immune
13    deficiency syndrome, right?
14          A    Yes.
15          Q    The immune system might not function
16    properly because of something we as physicians did
17    to a patient, like giving them drugs that
18    chronically suppress their immune system, right?
19          A    Yes.
20          Q    Or they could just be getting older,
21    right?
22          A    Possibly.
23          Q    When we're talking about cancer
24    genetics, there are some basic concepts that we
25    all use, right?
```

Lauren C. Pinter-Brown, M.D.

1        A    I don't know.  Tell me what the concepts

2    are, and I'll tell you if I use them.

3        Q    Cells contain our DNA, correct?

4        A    Yeah.

5        Q    That DNA includes thousands of genes,

6    right?

7        A    Yes.

8        Q    Cells in our body divide and replicate,

9    correct?

10       A    Yes, mostly.

11       Q    Why do our cells need to divide?

12       A    Because they're dying, so they need to

13   make new ones.

14       Q    The process of cell division is called

15   mitosis, correct?

16       A    Yes.

17       Q    When cells copy their DNA and genes,

18   they copy billions of base pairs, correct?

19       A    Yes.

20       Q    Estimated to be about 3 billion pieces

21   of information?

22       A    I don't know that number.

23       Q    Okay.  What that means is that billions

24   of pieces of information are copied every time a

25   cell divides, correct?

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Lauren C. Pinter-Brown, M.D.

1         A     I don't know the number, but it's a lot.

2         Q     Depending on the tissue, some cells

3    divide a lot and some cells not so much, true?

4         A     Correct.

5         Q     Cell division happens billions of times

6    in our life.

7         A     Correct.

8         Q     Just like other tissues, lymphocytes

9    divide throughout our lives, correct?

10        A     Yes.

11        Q     Have you seen any data on how many

12   haematopoietic stem cells there are in the human

13   body?

14        A     Probably at one point, but it's not

15   something I committed to memory.

16        Q     Do you have any reason to disagree that

17   it's approximately a hundred billion?

18        A     I have no idea to agree or disagree.

19        Q     Are you familiar with the data on how

20   often on average those stem cells divide?

21        A     No.

22        Q     Do you have any reason to disagree that

23   each haematopoietic stem cell divides on average

24   every month?

25        A     I can't agree or disagree.

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Lauren C. Pinter-Brown, M.D.

1      Q     The body is amazing, and while it is

2  almost perfect in the copying process, some errors

3  are made along the way, correct?

4      A     Correct.

5      Q     When cells divide, sometimes the DNA in

6  genes do not get copied correctly, true?

7      A     Correct.

8      Q     When DNA and genes are not copied

9  correctly, that results in a cell that has a

10  mutation, right?

11      A     Correct.

12      Q     Mutations can occur in any type of cell

13  in our body, including lymphocytes, right?

14      A     Yes.

15      Q     Every time a cell divides, it

16  accumulates mutations, correct?

17      A     No.  It can accumulate mutations.

18      Q     Everything that we talked about in terms

19  of cell division happens all day every day in

20  cells throughout our body, right?

21      A     Sure.

22      Q     Cells do not have to be exposed to

23  anything external to the cell to have that

24  mutation happen, true?

25      A     Yes.  But being exposed to something

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

Lauren C. Pinter-Brown, M.D.

1    external may enhance the ability to mutate.

2         Q    Sure.  It is -- the ability to mutate is

3    enhanced if there are certain extra environmental

4    exposures, right?

5         A    Yes.

6         Q    But there's also something called the

7    background mutation, right?

8         A    Sure.

9         Q    And there are experiments in cell lines

10   unexposed to anything else that have shown that

11   cells just sitting when they divide can accumulate

12   mutations, right?

13        A    They can.

14        Q    The body is pretty great and has repair

15   mechanisms that can repair a mutation that

16   occurred, right?

17        A    Sometimes.

18        Q    If a mutation is not repaired, the body

19   can also kill the cell that is mutated.  That's

20   the immune surveillance we were talking about,

21   correct?

22        A    Yes.

23        Q    A mutation that makes it through all the

24   body's repair mechanisms may not matter at all,

25   right?

Lauren C. Pinter-Brown, M.D.

1      A     I'm sorry.  Say it again.

2      Q     Sure.  Let me clarify.

3            There are driver mutations and there are

4      passenger mutations, right?

5      A     Mm-hmm.  Yes.

6      Q     Sometimes mutations that make it through

7      the body's repair mechanisms have no effect on the

8      cell's growth or division or apoptosis, true?

9      A     Probably.

10     Q     Sometimes the mutations that make it

11     through the body's repair mechanisms end up in

12     places that are not known to be critical for

13     carcinogenesis, right?

14     A     I would assume, but you're -- yeah, I

15     would assume.  Fine.

16     Q     But sometimes the mutations end up in a

17     gene that matters, correct?

18     A     Yes.

19     Q     You're familiar with the term "driver

20     mutations," right?

21     A     Yes.

22     Q     What is that?

23     A     It's a mutation that encourages cell

24     proliferation.

25            MR. ESFANDIARY:  Also, Emma, we're

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Lauren C. Pinter-Brown, M.D.

1    getting close to lunchtime.

2              THE WITNESS:  I was going to say --

3              MR. ESFANDIARY:  So I don't know if you

4    want to --

5              THE WITNESS:  -- my stomach's growling.

6              MR. ESFANDIARY:  If you're switching to

7    driver mutations as a new topic, it would be good

8    a time to take a lunch break.

9              MS. ROSS:  I tell you what.  I am going

10   to finish this short section that I'm on, and then

11   we'll take a break for lunch, okay?

12             THE WITNESS:  Sounds good.

13   BY MS. ROSS:

14        Q    All right.  Do you agree that certain

15   mutations, when they occur and are not repaired,

16   can cause a cell to divide and never stop or not

17   die when it's supposed to?

18        A    Yes.

19        Q    Mutations like that confer a growth

20   advantage on cells, correct?

21        A    Growth advantage.  Now you're throwing

22   in a new term.

23        Q    How would you -- well, okay.  Let me ask

24   a different -- well, if a mutation makes it harder

25   for a cell to die or more likely that that cell is

Lauren C. Pinter-Brown, M.D.

1    going to divide faster than the cells around it,

2    that -- that cell can now grow faster than some of

3    the other cells that are surrounding it, right?

4        A    Yes, if the -- if the mutation has to do

5    with proliferation.

6        Q    The driver mutations can -- for lymphoma

7    specifically can vary by subtype, correct?

8        A    I'm not sure I know what the driver

9    mutations are for most lymphomas.

10       Q    I was going to ask you that.

11       A    Yeah.

12       Q    Do you know for most lymphomas what the

13   driver mutations are?

14       A    Not that I could recount to you.

15       Q    There are some examples, to be fair,

16   where we do know what some of the driver mutations

17   are, correct?

18            For example, BCL2 occurs frequently in

19   follicular lymphoma, infrequently in DLBCL, and

20   hardly ever in other forms of non-Hodgkin

21   lymphoma.   True?

22       A    It's expression, but that doesn't mean

23   it's a driver mutation.

24       Q    Would you consider BCL2 to be a driver

25   mutation?

Lauren C. Pinter-Brown, M.D.

1     A     Not necessarily and -- because in

2  follicular lymphoma, which you mentioned, if BCL2

3  is a driver mutation, if you knocked out BCL2, the

4  lymphoma should go away, right?  But that doesn't

5  happen.

6     Q     Would you consider MYC to be a driver

7  mutation?

8     A     Maybe in conjunction with some other

9  mutations, it could be.  But I don't know if MYC

10  is really a driver mutation.

11     Q     So if you transpose the c-myc gene in

12  front of a promoter sequence that it's not

13  supposed to be in front of, can that cause cells

14  to divide more rapidly than they were dividing

15  before?

16     A     I don't know the answer exactly.  It

17  could.  I don't know if that's true all the time.

18     Q     Let me then just ask this a little more

19  generally.  Do -- do we know what the driver

20  mutations are for CLL?

21     A     I don't, but maybe somebody else has

22  another idea.  I haven't heard of a -- of a driver

23  mutation to promote the disease specifically.

24  Though there certainly are some key mutations in

25  CLL that have to do with cell prolif- --

Lauren C. Pinter-Brown, M.D.

1    proliferation, that have to do with suscept- --

2    susceptibility of the cell to death.

3            To me a driver mutation means that if

4    you knock that out, the cell is gone.  I'm not

5    sure we have one specific driver mutation.

6        Q    When you say there are certainly some

7    key mutations in CLL that have to do with cell

8    proliferation, what are those?

9        A    p53 would be a good example.

10       Q    Any others?

11       A    That's the best one I can come up with.

12       Q    Do you agree that the driver mutations

13   in CLL are different from the driver mutations for

14   DLBCL?

15       A    They may not be.  I'm not sure.

16       Q    You don't know?

17       A    I don't know.

18            I think if we look at p53 as an example,

19   it features in many lymphomas, and -- and the

20   information is just coming out.  So I think we

21   don't have enough information to really understand

22   this at this time.

23       Q    Do we have enough information to say

24   what the driver mutations are for anaplastic large

25   cell lymphoma, or ALCL?

Lauren C. Pinter-Brown, M.D.

```
 1        A     No.  There's a -- there's a

 2   translocation that's associated with ALK

 3   overexpressing ALCL, but you still get ALCL

 4   nonetheless that doesn't ALK express, so that

 5   can't be the driver mutation.

 6        Q     And when you say ALK, that's A-L-K,

 7   correct?

 8        A     Correct.

 9        Q     And that can be ALK-positive or

10   ALK-negative anaplastic large cell lymphoma --

11        A     Correct.

12        Q     -- correct?

13        A     Yes.

14        Q     Two more questions, and then we'll break

15   for lunch.

16        A     Okay.

17        Q     If mutated -- new question.

18              If mutated lymphomas are not identified

19   and destroyed by the immune system, they can grow

20   into a clinical cancer, correct?

21        A     I suppose.

22        Q     Depending on the mutations and the type

23   of cancer, that growth might be extremely fast or

24   it might be very slow, true?

25        A     I suppose.
```

Lauren C. Pinter-Brown, M.D.

```
 1        Q    Burkitt lymphoma does not grow at the

 2   same rate as chronic lymphocytic leukemia.  True?

 3        A    True, but I don't know which mutations

 4   cause it to do that.

 5             MS. ROSS:  All right.  Let's break for

 6   lunch.

 7             THE WITNESS:  Okay.

 8             THE VIDEOGRAPHER:  We're going off the

 9   record.  The time is approximately 12:29 p.m.

10             (Lunch recess.)

11             THE VIDEOGRAPHER:  We are now back on

12   the record.  The time is approximately 1:17 p.m.

13   BY MS. ROSS:

14        Q    Good afternoon, Dr. Pinter-Brown.

15        A    Good afternoon.

16        Q    Before the break, we were talking about

17   some of the mutations associated with different

18   forms of non-Hodgkin lymphoma.

19             Did I understand you correctly that when

20   you say "driver mutation," you're really thinking

21   about something that if you took it away, the

22   lymphoma would regress?

23        A    I don't know if the lymphoma would

24   regress.  But "driver" means driver, that it's

25   driving the lymphoma.
```

Lauren C. Pinter-Brown, M.D.

1      Q    So I want to just kind of explore that

2   just a little more.

3           Are there other mutations that aren't

4   driving the lymphoma, so to speak, but that might

5   be key to promoting its growth or development?

6      A    Yes, of course.

7      Q    And for a disease like CLL, how many key

8   mutations does one need typically before we get to

9   cancer?

10     A    Nobody knows.

11     Q    Nobody knows.  It could be one or two or

12  three or four?

13     A    No one knows.

14     Q    And would the same be true in

15  Mr. Johansing's case, when it comes to

16  Mr. Johansing's CLL, we don't know how many

17  mutations he needed to get to CLL?

18     A    That's correct.

19     Q    Do we know what any of the mutations

20  were in Mr. Johansing's case that caused his CLL?

21     A    I don't like the word "cause," and I --

22     Q    Let me reask the question then.

23     A    Okay.

24     Q    Because you're right, I -- that was my

25  slip-up.

Lauren C. Pinter-Brown, M.D.

1          Are there -- new question.

2      A    Okay.



9          Finally -- I want to get the date.  Let

10   me see if I put it in here.  I think I did, but

11   let's look.

Lauren C. Pinter-Brown, M.D.

2          MS. ROSS:  Let's go off the record for

3     just one second.

4          THE VIDEOGRAPHER:  We are going off the

5     record.  The time is approximately 1:20 p.m.

6          (Pause in the proceeding.)

7          THE VIDEOGRAPHER:  We are now back on

8     the record.  The time is approximately 1:21 p.m.

9     BY MS. ROSS:

10         Q    In your report you refer to

11    Mr. Johansing's use of glyphosate-based

12    formulations, correct?

13         A    Yes.

14         Q    Are you offering an opinion on specific

15    Roundup types?

16         A    In his deposition, I think the question

17    was asked of him if he only used Roundup or other

18    glyphosates, and I -- I wasn't clear what his

19    answer was.  So I really can't offer any more

20    specific opinion other than at least part of it,

21    and a large part of it, was Roundup, but he wasn't

22    able to say that it was only Roundup.

23         Q    When you talk about glyphosate-based

24    formulations in your report, you're talking about

25    Roundup specifically or just generally glyphosate-

Lauren C. Pinter-Brown, M.D.

1   based formulations?

2        A    It depends on the -- can you show me a

3   place where it's used, and I want to see it in a

4   context, and then I'll tell you.

5        Q    Sure.  On page 2 of your report, you

6   state:  "I was retained in this case to assess and

7   provide an opinion on whether the plaintiff

8   Mr. Peter Johansing's long-term exposure to

9   glyphosate-based formulations, or GBFs, was a

10  substantial contributing factor to Mr. Johansing

11  developing non-Hodgkin lymphoma."

12            Correct?

13       A    Yeah, that's what it says.

14            Tell me your question again.

15       Q    When you say "glyphosate-based

16  formulations" in your report, are you talking

17  about Roundup specifically or about glyphosate-

18  based formulations generally?

19       A    I think that Roundup would fit within

20  the general category of glyphosate-based

21  formulations.  Some -- in some studies, Roundup

22  isn't singled out.  It just looks at glyphosates.

23  So I -- I -- in looking at the literature, you

24  couldn't tell if you're talk -- just talking about

25  Roundup or glyphosates.

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

Lauren C. Pinter-Brown, M.D.

1            So I think this general term was used

2       here to allow for evaluation of the literature

3       that may not be as specific, and I guess in this

4       patient's case isn't totally specific because his

5       memory is -- is so poor.

6            Q    I appreciate that clarification, and --

7       and you said something there I want to make sure

8       I'm clear on.

9            You said in looking at the literature,

10      you couldn't tell if it were just talking about

11      Roundup or glyphosate, right?

12           A    Well, you can tell that in the

13      literature it says glyphosate or it says Roundup

14      or it says both.

15           Q    Right.

16           A    Yeah.

17           Q    All of the human epidemiologic studies

18      that you looked at were looking at formulated

19      product, correct?

20           A    I'd have to look at those papers.

21           Q    Okay.  Did Mr. Johansing ever have

22      measurements taken that showed the presence of

23      glyphosate in his blood, urine or any body tissue?

24           A    Not that I saw.

25           Q    Does everyone who uses Roundup have

Lauren C. Pinter-Brown, M.D.

1    measurable glyphosate in their body?

2              MR. ESFANDIARY:  Objection.  Vague as to

3    "measurable."

4              THE WITNESS:  I did see one paper

5    that -- that measuring glyphosate levels would be

6    a good indicator of degree of exposure.

7    BY MS. ROSS:

8         Q    Which paper was that?

9         A    It was a paper critiquing AHS -- I'd

10   have to think about it -- that it might have been

11   helpful to even randomly be measuring levels so

12   that you could correlate people's reports to the

13   actuality of their exposure.

14             Or, in fact, if -- the ideal study,

15   since we were talking about ideal studies,

16   wouldn't rely on somebody's report, which we can

17   see is vague at best, not only in this patient but

18   in -- in people in these studies, and rely on

19   something objective like that, but sadly, that's

20   not how the study was done.

21        Q    You reviewed the Acquavella 2004 paper,

22   correct?

23        A    2004.  Yes.

24        Q    And that is a biomonitoring study where

25   they did actually look at whether folks had

Lauren C. Pinter-Brown, M.D.

1  glyphosate in their urine on the day of

2  application, right?

3       A    That maybe was the study I was referring

4  to.

5       Q    They also looked at whether folks had

6  measurable glyphosate in their urine the day

7  before application, correct?

8       A    I can't remember the details of the

9  study.

10           MR. ESFANDIARY:  Emma, if you want to

11  talk about the study --

12           THE WITNESS:  We can pull the study out.

13           MR. ESFANDIARY:  -- let her see the

14  study.  It's not a memory test.

15  BY MS. ROSS:

16       Q    Would you like to take a look at that

17  study?  Would that be helpful to you?

18       A    If we really want to go through the

19  details, then we should just read the study

20  together.  Because, you know, I read a lot of

21  studies, and --

22       Q    You don't have a --

23       A    -- I'm not trying to remember every

24  detail of the study.  I'm trying to -- to gather

25  information and relate it to this case.

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

Lauren C. Pinter-Brown, M.D.

1      Q    In -- in reviewing the literature, you

2  looked at a lot of different things, to be fair,

3  right?

4      A    I sure did.

5      Q    And some of what you looked at was

6  whether folks had measurable glyphosate in their

7  bodies, right?

8      A    I looked at a study that suggested that

9  that would be a more objective way of figuring out

10  if somebody has exposure or not.

11      Q    And without looking at that study, you

12  can't remember whether there were some people in

13  that study who even on the day of application did

14  not have measurable glyphosate in their bodies,

15  right?

16      A    I -- I can't remember that.

17      Q    Can you point me to any test at any time

18  that would confirm that Mr. Johansing had

19  glyphosate in his body?

20      A    No, because nobody does those tests.

21      Q    You are not relying on any measure of

22  glyphosate in Mr. Johansing's body, correct?

23      A    No, I'm not.

24      Q    You are not relying on any estimation or

25  calculation of glyphosate in Mr. Johansing's body

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Lauren C. Pinter-Brown, M.D.

1    for any of your opinions, correct?

2         A    I am relating -- I am relying on an

3    estimation of what his cumulative exposure was,

4    how many days, how many years.

5         Q    When you say "cumulative exposure,"

6    you're talking about days over the course of his

7    lifetime or years over which he was exposed to

8    glyphosate, correct?

9         A    Correct, days that he used it.

10        Q    And you know that some studies, as you

11   mentioned, actually collected biomonitoring data,

12   but the -- a number of epidemiology studies did

13   not have that information, right?

14        A    I would say almost all of them did not.

15        Q    Right.  Can you name any of the epi

16   studies that had information on biomonitoring?

17        A    No.

18        Q    So when --

19        A    Well, if you -- unless you count -- no,

20   that's not biomonitoring the way that you're

21   saying it.  All right.  Nope.

22        Q    Okay.  With respect to my original

23   question, which was, are you relying on a

24   calculation of glyphosate in Mr. Johansing's body

25   for any of your opinions, I think your answer was

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Lauren C. Pinter-Brown, M.D.

1   you're not relying on a particular level of

2   glyphosate in his body for your opinions.  You're

3   relying on the epidemiology with respect to

4   frequency and duration of use.

5              Is that fair?

6       A    Correct.

7       Q    We talked generally about the

8   surfactants, for example, in Roundup, right?

9       A    Yes.

10      Q    With respect to Mr. Johansing

11  specifically, were there any other ingredients in

12  the glyphosate-based formulations that

13  Mr. Johansing used that you considered significant

14  to your analysis?

15      A    Ask again.

16      Q    With respect to Mr. Johansing

17  specifically, were there any other ingredients in

18  the glyphosate-based formulations he used, besides

19  glyphosate, that you considered significant to

20  your analysis?

21      A    You know, part of this is my lack of

22  understanding of what it is to be a farmer, but he

23  talked about sometimes using Roundup that was

24  premixed and sometimes that he had to dilute it

25  out.  I'm assuming he diluted it out with some

Lauren C. Pinter-Brown, M.D.

1 kind of surfactant, but that -- that's an

2 assumption on my part. So I don't really know

3 what he diluted it with.

4 Q And since you don't know what he diluted

5 it with, can I take from that that your opinions

6 are based on his exposure to glyphosate-based

7 formulations and not to specific surfactants in

8 those formulations, correct?

9 MR. ESFANDIARY: Objection. That's so

10 misleading.

11 THE WITNESS: We're talking here about

12 glyphosates, and I read the literature about

13 glyphosates. I didn't read the literature about

14 surfactants, other than to note that when -- that

15 Roundup seems to have a particular higher chance

16 of causing car- -- carcinogenesis because of the

17 way that it is mixed. But I didn't look at

18 surfactants by themselves, if that's your

19 question.

20 BY MS. ROSS:

21 Q What surfactant was in the Roundup that

22 Mr. Johansing used?

23 A I don't know.

24 Q Did Mr. Johansing ever have a

25 measurement taken that showed any surfactant in

Lauren C. Pinter-Brown, M.D.

1    Roundup in his body?

2         A     He had no measurements taken.

3         Q     You are not relying on any measurement

4    of any surfactant in Mr. Johansing's body,

5    correct?

6         A     That's correct, just like the studies.

7         Q     And when you say you did not look at

8    surfactants specifically, are you aware of any

9    study showing that any surfactant in Roundup

10   causes non-Hodgkin lymphoma?

11        A     Only that the -- when the two are mixed

12   together, that there seems to be an increased

13   risk.

14        Q     When you say the two are mixed together

15   and there seems to be an increased risk, what

16   epidemiologic study that looked at cancer in

17   humans shows that Roundup formulated glyphosate is

18   associated with a higher risk of cancer than

19   glyphosate by itself?

20        A     I don't believe the study was in humans.

21   I think it was a lab-based study.

22        Q     So when you say that you looked at

23   studies where when you mix the two together,

24   meaning a surfactant and glyphosate, there's an

25   increased risk, you don't mean an increased risk

Lauren C. Pinter-Brown, M.D.

1    of lymphoma in humans, correct?

2         A    Correct.

3         Q    You mean an increase in some measure of

4    toxicity in cells in vitro, correct?

5         A    Correct.

6         Q    Your opinion is not based on the type or

7    amount of surfactant in the Roundup that

8    Mr. Johansing used, right?

9         A    That's correct.

10        Q    That's true for all of the plaintiffs

11   whose records you reviewed, that your opinion is

12   not based on the type or amount of surfactant,

13   true?

14        A    Yes, that's true.

15        Q    Were there any trace manufacturing

16   impurities in the Roundup that Mr. Johansing used?

17        A    How would I know that?

18        Q    That's my question.

19             Do you have -- are you offering an

20   opinion on any impurity that might be introduced

21   into Roundup in the manufacturing process?

22        A    No, but I'm assuming the company would

23   know that.

24        Q    Do you know what any of the impurities

25   are that have been detected in Roundup?

Lauren C. Pinter-Brown, M.D.

1        A     No.  And in a way it kind of doesn't

2   matter, does it?  Because if you're spraying

3   Roundup, then you're spraying the whole package,

4   the surfactant, the impurities, everything.

5        Q     Did Mr. Johansing ever have measurements

6   taken of whether any contaminants in Roundup were

7   in his body?

8        A     No.

9        Q     You are not relying on any measurement

10  of any Roundup contaminant in Mr. Johansing's

11  body?

12       A     No.

13       Q     No, you are not, correct?

14       A     No, I'm not.

15       Q     Thank you.  Sometimes the double

16  negative is confusing.

17             On page 12 of your report, if you'll go

18  there with me, do you see where you state in

19  paragraph 9 near the bottom that -- near the

20  bottom of that paragraph, that is -- you state

21  that it's your conclusion that Mr. Johansing's

22  exposure to glyphosate-based herbicides is not

23  only sufficient but exceeds the exposure that is

24  reported to either cause or significantly increase

25  one's risk of developing non-Hodgkin lymphoma?

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Lauren C. Pinter-Brown, M.D.

1        A     Yes.

2        Q     And since you don't like the word

3   "cause," we should say --

4        A     Yeah.

5        Q     -- exceeds the exposure that is reported

6   to be a substantial factor in contributing to

7   non-Hodgkin lymphoma.

8        A     That would be fine.

9        Q     What is that exposure when you say

10  "exceeds the exposure"?

11       A     Well, what I did was I looked at what

12  was considered high exposure in many of the epi

13  studies.  So let's take the AHS as an example

14  which has a whole formula and whatnot.  They

15  didn't have their adjusted formulas so that you

16  could calculate it, but they do have in there what

17  the median and the tertiles and the quartiles are

18  for exposure.

19            And this particular gentleman, if you

20  use his estimates of how many days he used it and

21  how many years, is well past the median, well past

22  the median, and up into the -- to the higher

23  quartiles and tertiles.

24            So if we use AHS, he fits their

25  definition.  If we go to some of the other

Lauren C. Pinter-Brown, M.D.

1    studies, greater than two days' use, greater than

2    ten days' use, he's clearly on the high end of a

3    user because he used it for so very long and for

4    such extensive amounts of time.

5         Q    So when you are talking about exceeding

6    the exposure, you're -- you're looking at exposure

7    as it was reported in individual studies, right?

8    And those individual studies may have reported

9    high exposure differently.  True?

10        A    I looked at a number of definitions.  He

11   fit all of them.

12        Q    Okay.  And so what were those

13   definitions?

14        A    I just finished telling you.

15        Q    So let me just make sure that I have the

16   list, okay?

17        A    Okay.

18        Q    You mentioned greater than two days per

19   year, right?

20        A    Yes.

21        Q    And the greater than two days per year

22   measure is used in the McDuffie study, correct?

23        A    Yes.

24        Q    It's also used in the Pahwa 2019

25   study --

Lauren C. Pinter-Brown, M.D.

1        A     Yes.

2        Q     -- right?

3              You also mentioned the quartiles or

4    tertiles of exposure in the Agricultural Health

5    Study, right?

6        A     Correct.

7        Q     And those you're saying with respect to

8    Mr. Johansing, he would fall into the higher

9    quartiles or tertiles of exposures, so Q4 or T3,

10   true?

11       A     Yes.

12       Q     With respect to the epi, you also

13   mentioned greater than ten lifetime days, right?

14       A     Yes.

15       Q     That comes from the Eriksson 2008 study,

16   correct?

17       A     I believe so.

18       Q     And are there any other measures of high

19   exposure that I'm forgetting?

20       A     No, those are the ones that I utilized.

21       Q     Does high exposure to you differ based

22   on whether someone is a six-foot-five male that

23   weighs 300 pounds or a five-foot-one female that

24   weighs 100 pounds?

25       A     None of the studies looked at that.

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

Lauren C. Pinter-Brown, M.D.

1      Q     The amount of exposure that's sufficient

to exceed a threshold, depending on what study

we're looking at, is sufficient for everyone,

correct?

5      A     That's the way the studies are written.

6      Q     And that amount to you is -- is based on

the human epidemiology studies that we just talked

about, right?

9      A     Correct.

10     Q     Did you look at exposure as exceeding a

threshold based on any animal study?

12     A     No.

13     Q     Did you look at exposure as exceeding a

threshold based on any in vitro study?

15     A     No.

16     Q     You did not use the animal or the

in vitro data to set a sufficient amount of

exposure, correct?

19     A     No, since we're talking about a person

here.

21     Q     What happens to the body when you hit a

sufficient exposure to a glyphosate-based

herbicide?

24           MR. ESFANDIARY:  Objection.  What do you

mean --

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Lauren C. Pinter-Brown, M.D.

1                    THE WITNESS:  What does that mean?

2                    MR. ESFANDIARY:  -- what happens to the

3      body?

4      BY MS. ROSS:

5           Q    Do you understand my question?

6           A    Not at all.

7           Q    Okay.  Do mutations happen in

8      lymphocytes when exposure exceeds a certain

9      threshold?

10          A    I don't know.  We have mutations in

11     lymphocytes when people are just exposed with

12     aerial spraying.  That's -- that's nothing like

13     this exposure here that this gentleman had.  So

14     that's much more minimal than what he had.

15          Q    Is it your testimony that your

16     understanding is the exposure studies that looked

17     at aerial spraying measured mutations in humans?

18          A    They did -- one of them did cite genetic

19     studies of lymphocytes.

20          Q    And looked at mutation specifically,

21     that's your testimony?

22          A    No.  I said it caused cytogenetic

23     abnormalities.

24          Q    When you reach a sufficient amount of

25     glyphosate exposure in the body, is it fair to say

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Lauren C. Pinter-Brown, M.D.

1    that today we don't know exactly what happens that

2    leads to the development of cancer?

3               MR. ESFANDIARY:  Objection.  You haven't

4    defined "sufficient."  No foundation.

5               THE WITNESS:  I don't even understand

6    the question.  What are you asking me?

7    BY MS. ROSS:

8         Q    You're saying that when -- when someone

9    is exposed -- when someone's exposure to

10   glyphosate exceeds the threshold, they are at

11   increased risk for non-Hodgkin lymphoma, correct?

12        A    No.  Let's go back to your original

13   question that started this.  You asked me, well,

14   how did I know that he had -- that he had a -- had

15   a significant exposure, and I told you I looked at

16   the same epi studies that we've been talking about

17   all day, and I used their definition.  Then you

18   went off into a whole different direction about

19   levels of exposure and -- and cellular damage.

20              So you asked me -- this started out as a

21   very specific question, how did I know that this

22   man had a significant exposure, and I told you I

23   went to the same epi studies that we're looking at

24   and I used their definition.

25              Now, all of a sudden, we're talking

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Lauren C. Pinter-Brown, M.D.

1   about cells and mutations.  And the epi studies,

2   they don't look at that at all, and -- and that

3   has nothing to do with my report.

4        Q    That's -- that's my question, and I'm

5   trying to just be clear on what your opinions are

6   as to what we can say and what we can't say about

7   the mechanism now.  Okay?

8        A    Okay.

9        Q    So you are --

10       A    So you switched gears to the mechanism.

11       Q    You are right that we started --

12       A    Okay.

13       Q    -- talking about exposure thresholds.

14       A    Okay.

15       Q    Do you have an opinion on what happens

16  in the human body once one exceeds an exposure

17  threshold?

18       A    My opinion is immaterial because there's

19  no data.  What I think is -- is pure speculation

20  and isn't important.

21       Q    So we have no data on what happens in

22  the human body once one exceeds an exposure

23  threshold to glyphosate-based formulations?

24       A    Not that I know of, no.  Not because --

25  because nothing happens, but because no one

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Lauren C. Pinter-Brown, M.D.

 1    studied it.

 2         Q    Once you reach -- well, let me back up,

 3    because I want to make sure we're clear on this.

 4              You're saying that we have no data on

 5    what happens in the human body once one exceeds an

 6    exposure threshold to glyphosate-based

 7    formulations.  Correct?

 8         A    Correct.

 9         Q    And the reason that we have no data

10    on -- or withdrawn.

11              The reason that we do not know what

12    happens in the human body once one exceeds an

13    exposure threshold is because that has not been

14    studied --

15         A    Correct.

16         Q    -- fair?

17              Is it fair to say that sitting here, we

18    really have no idea what happens to the body when

19    one passes a threshold that is sufficient for

20    glyphosate exposure?

21              MR. ESFANDIARY:  Objection.  They're

22    getting incomprehensible.

23              THE WITNESS:  What is a sufficient

24    threshold?  What does that mean?

25    BY MS. ROSS:

Lauren C. Pinter-Brown, M.D.

1     Q    What did you mean when you said in your

2    report that exposure was not only sufficient but

3    exceeds the exposure reported to either cause or

4    substantially contribute?

5     A    I was talking about, going back to the

6    epi studies, how did they define somebody that was

7    exposed to glyphosate versus the control

8    population.  How did they define that?  Who did

9    they look at?

10         This man exceeds the exposure that many

11   of their patients in the -- not patients -- many

12   of the subjects in their studies had -- had

13   exposure to.  He's -- he's far exceeded most of

14   it.

15    Q    When we talk about Mr. Johansing

16   specifically --

17    A    Yes.

18    Q    -- and the number of years he was

19   exposed --

20    A    Yes.

21    Q    -- you report the number of years

22   Mr. Johansing used glyphosate as more than

23   40 years, correct?

24    A    Yes.

25    Q    Why did you include that information in

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Lauren C. Pinter-Brown, M.D.

1    your report?

2         A    Because as I told you before, in the AHS

3    study they looked at years used and the amount of

4    days per year.  So I'm trying to recreate data

5    from his deposition to see is he like the people

6    in the study.  Is he like the people in the other

7    studies.

8         Q    Okay.

9         A    Is he comparable to the -- to the people

10   that we have been looking at to ascertain if this

11   compound increases your risk for non-Hodgkin

12   lymphoma or not, or he -- or these studies don't

13   apply to him in any way because he didn't have the

14   same exposure.

15        Q    When you were looking at Mr. Johansing's

16   exposure in terms of either intensity or duration

17   of use, you were looking to see where he fell

18   relative to the people who were studied in the

19   epidemiology studies, correct?

20        A    Correct.

21        Q    Why would the number of years someone is

22   exposed to glyphosate-based formulations matter?

23        A    You mean hypothetically?

24        Q    No, I mean based on your review of the

25   data in this case.

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Lauren C. Pinter-Brown, M.D.

 1        A    Well, because the -- the kind people

 2   that devise these people, including the AHS,

 3   decided that that was an important variable to

 4   assess exposure.  And you could imagine why it

 5   would be, because if glyphosate causes even

 6   transient cytogenetic abnormalities, and you keep

 7   hitting it for 40 years, just as you said, as the

 8   cells go through a division, you have more and

 9   more chances of creating mutations that actually

10   are significant to the cell.

11             So if this compound causes a mutation,

12   and he only sees it once, and the body eradicates

13   the mutation, no harm, no foul.  But if 40 years

14   go by and he accumulate mutations, ultimately he

15   ends up with cancer.  So the time he's exposed

16   probably is an important variable.

17        Q    The timing he is exposed is an important

18   variable because if Roundup increases the risk of

19   non-Hodgkin lymphoma, you would expect increasing

20   risk with increasing number of years of exposure,

21   correct?

22        A    You might.

23        Q    And when you say "you might," under what

24   scenario would you not expect increasing risk with

25   increasing years of exposure?

Lauren C. Pinter-Brown, M.D.

1      A    I guess there's going to be some people

2  that have significant mutation earlier on in their

3  exposure than later.  It's going to be some kind

4  of curve -- I don't know if it's a bell-shaped

5  curve -- but there's going to be some curve,

6  right?  So it's not just the people that have high

7  exposure, there's going to be some people that

8  have lower exposure that still get mutations.

9  Maybe they have another factor that's also

10  contributing to lymphomagenesis in that patient.

11  It doesn't take quite as much.

12          But I think that -- that you can't say

13  that only people that have the kind of exposure

14  that this gentleman had are going to get

15  non-Hodgkin lymphoma, though.  He's a -- he's a

16  poster child.  He's a great example.

17      Q    Can you point me toward any data or

18  study anywhere that found increasing years of

19  formulated glyphosate exposure was associated with

20  an increased risk of non-Hodgkin lymphoma?

21      A    I don't think they looked at it.  I

22  don't remember any study that actually looked at

23  it.  Maybe there is one, but I don't remember it.

24  I'm just saying hypothetically that if you think

25  about, as we've been talking about, how it's some

Lauren C. Pinter-Brown, M.D.

1    kind of exposure to cause a cancer, you could

2    imagine the more you're exposed to that agent, the

3    higher a chance that it actually causes a cancer

4    for you.

5              So I think that's why the people that

6    designed the AHS use that as a -- as an indicator

7    because scientifically it makes sense.

8        Q    Scientifically it makes sense that

9    increasing exposure over an increasing period of

10   time would be associated with an increased risk

11   for an exposure that causes non-Hodgkin lymphoma,

12   right?

13       A    Yes.

14       Q    Nowhere in your report do you say how

15   many days specifically Mr. Johansing used

16   glyphosate, correct?

17       A    I don't know if I put it here, but I did

18   calculate it out in my head based on his

19   deposition.  And he was -- even just using the

20   years without -- if he used it half an afternoon a

21   year, he had already exceeded the median in the

22   AHS.

23       Q    I want to break that down a little bit.

24              Just in response to my first question,

25   you did not disclose an opinion that the specific

Lauren C. Pinter-Brown, M.D.

1    number of days Mr. Johansing used glyphosate

2    increased his risk, true?

3         A    No, but I could based on his deposition.

4         Q    And you are -- are you relying on the

5    number of days Mr. Johansing used glyphosate as a

6    measure of his increased risk?

7         A    Well, I -- I tried doing it that way,

8    and I tried removing it, and it -- and it turned

9    out it didn't matter if you use how many days.

10   He's used it for so long that -- that he's already

11   exceeded the median.  The median was 37 in the

12   AHS.  He -- if you just say he did it for

13   40 years, if he sprayed it for five seconds on one

14   day, he already exceeded it.  But you can include

15   his days, and then he'll go way off the charts.

16        Q    If he sprayed it for five seconds

17   one day every year for 40 years, would you say

18   that that increased Mr. Johansing's risk of

19   lymphoma?

20             MR. ESFANDIARY:  Objection.  Incomplete

21   hypothetical, calls for speculation.

22             THE WITNESS:  If we look at the

23   definition of "high exposure" by the AHS, yes, it

24   actually would fit that definition.

25   BY MS. ROSS:

Lauren C. Pinter-Brown, M.D.

1        Q     Your opinion is that someone who sprays
2   glyphosate for five seconds a year every year for
3   40 years is at an increased risk.
4        A     No, you asked me what the -- what the
5   calculations were in the trial.  What constituted
6   the definition of "high exposure."  This is how
7   this started, was how did I know he had a high
8   exposure.  Because you go back to the study,
9   that's the definition that they utilized.
10             Whether I personally believe that that's
11  enough to cause carcinogenesis or not, I have no
12  idea.  But I'm going back to the epidemiologic
13  studies that we are looking at to ascertain is
14  this compound a problem or not, and I'm trying to
15  use their definitions.  Again, does this man fit
16  within the same kind of cohort as the studies that
17  I'm reading or is the -- or are the studies that
18  I'm reading have no pertinence to this gentleman?
19       Q     And again, I'm at this point just trying
20  to understand what your opinions are and what they
21  aren't, okay?
22       A     I'm telling you why I didn't put the
23  days in here.
24       Q     Got it.
25       A     Because it doesn't matter

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Lauren C. Pinter-Brown, M.D.

1    calculation-wise, he's already over the top.

2        Q    With respect to looking at an

3    individual's exposure, you looked at their

4    exposure and then looked at the different

5    epidemiology studies to see where they would fall,

6    correct?

7        A    I did.

8        Q    Okay.  You mentioned that median

9    exposure in the Agricultural Health Study, or AHS,

10   was 37 days, correct?

11       A    37.5 was the median.

12       Q    And in your opinion, Mr. Johansing would

13   be over that median, right?

14       A    Well, of course, it's not my opinion;

15   it's the calculation.

16       Q    Right.  Based on the number of days

17   Mr. Johansing used glyphosate-based formulations,

18   he would be in Q4 of AHS, correct?

19       A    Days and years.

20       Q    Days and years are both important to the

21   analysis of whether someone is at an increased

22   risk based on their exposure to glyphosate-based

23   formulations, right?

24       A    That's the definition in that study.

25       Q    And when you say that increasing use of

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Lauren C. Pinter-Brown, M.D.

1   formulated glyphosate is associated with an

2   increased risk of non-Hodgkin lymphoma, the

3   studies that you're referring to in that regard

4   are the ones that we've already talked about,

5   right?  Pahwa 2019?

6       A    We talked about two different things,

7   didn't we?  We talked about the difference between

8   formulated glyphosate and glyphosate in a -- in an

9   in vitro situation.  And then we talked about that

10  in many of these studies they don't separate them

11  out, the epi studies that are done in humans.

12           So now ask me your question again, and

13  let me make sure that it's specific so I can

14  answer it.

15      Q    Do you remember what my question was?

16      A    No, and it wasn't specific enough for me

17  to answer.

18      Q    When you say that increasing use of

19  formulated glyphosate is associated with an

20  increased risk of lymphoma, I'm trying to --

21      A    Short stop there.

22      Q    Let me -- let me just tell you what I'm

23  -- I'm trying -- I want to see how much we need to

24  go into detail on every one of these points, and

25  I'm trying to short-circuit a little bit.  So let

Lauren C. Pinter-Brown, M.D.

1    me ask a new question, okay?

2        A    Okay.

3        Q    All right.  When you say that increasing

4    use of glyphosate-based formulations is associated

5    with an increased risk based on the epidemiologic

6    data, you don't have one definition you're

7    applying.  You're looking at each individual study

8    and who would -- who would fall into high exposure

9    in that study, correct?

10       A    What I did in this instance is I looked

11   at all the definitions I could find, just to -- to

12   make sure that when I said that he was at the high

13   end, he really was at the high end by everyone's

14   definition.  That's why I did it.

15            So I didn't want to say, Oh, and this

16   study is on the high end, but if we look at this

17   study, he's not like those -- those people that

18   we're studying.  But if it turned out that if you

19   look at all the papers, he's on the high end in

20   all the papers.

21       Q    Did you look to see whether any public

22   health agencies have in fact set exposure

23   thresholds for safe levels of exposure to Roundup

24   or glyphosate?

25       A    No, we've already discussed that too,

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Lauren C. Pinter-Brown, M.D.

1    that the public health agency reports are not

2    something that I would usually look at.

3            Q    And we talked about that in the context

4    of the Environmental Protection Agency, correct?

5            A    Yes.

6            Q    Are you aware that multiple regulatory

7    agencies in Europe and around the globe have also

8    looked at whether glyphosate exposure is

9    carcinogenic to humans?

10           A    Yes.

11           Q    And you have not looked at any of those

12   regulatory agencies anywhere around the globe and

13   their assessments of whether glyphosate causes

14   cancer in humans, right?

15           A    That's correct.

16           Q    You are not aware one way or the other

17   whether any public health agency looked at actual

18   exposure levels and whether humans were exposed to

19   levels that exceeded a risk.  Right?

20           A    Correct.

21           Q    And you don't know whether

22   Mr. Johansing's exposure exceeded a threshold risk

23   that any regulatory agency anywhere in the world

24   has set, right?

25           A    No, but let me say something.  It's kind

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

Lauren C. Pinter-Brown, M.D.

1   of like ionizing radiation.  If someone knew for

2   an absolute fact that someone in an industry that

3   uses something once they exceeded a particular

4   level would be at risk, then I would imagine that

5   that regulatory agency would then be responsible

6   for having a means of monitoring people.

7           Just like when someone is a radiation

8   therapist or a radiologist or even a tech, they

9   wear a -- a badge, right, because people know what

10  the level is that they're going to have problems.

11  And so these agencies that regulate -- OSHA or

12  whoever it is, I don't know who it is -- they put

13  a tag on the person to see how much radiation have

14  they had.  That's true for even surgeons in the OR

15  wear a tag.

16          So I would hope that these agencies that

17  are responsible for people's health in their

18  countries, if they had an absolute number that

19  they knew exceeding it is going to hurt a patient,

20  that there's some way to monitor it.  Like the

21  farmer comes in once a month to their pesticide

22  store, and they have their blood taken or their

23  urine taken.

24          So I wonder if that's really the case.

25  I didn't get a chance to read -- read, but I -- I

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Lauren C. Pinter-Brown, M.D.

1    would assume if such information was really known,

2    that there would be action -- actionable items

3    taken on it.

4         Q    Did Mr. Johansing to your knowledge ever

5    have to go anywhere and have his blood taken to

6    measure how much glyphosate he had been exposed

7    to?

8              MR. ESFANDIARY:  Objection.  Asked and

9    answered I think four times.

10             THE WITNESS:  He didn't say anything in

11   his deposition.  That's what I could go on.

12   BY MS. ROSS:

13        Q    Did he say anything in your interview

14   with him?

15        A    I didn't ask him that question.

16        Q    I'm handing you Exhibit 8 to your

17   deposition.  This is the Agricultural Health Study

18   that you mentioned as one of the studies looking

19   at varying levels of exposure, right?

20        A    Hang on.  Let me figure out which

21   Andreotti this is.  Okay.  All right.

22        Q    This is the Agricultural Health Study

23   that you mentioned as one of the studies looking

24   at varying levels of exposure to glyphosate

25   formulations, correct?

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

Lauren C. Pinter-Brown, M.D.

1    A    Yeah, it's the follow-up.

2    Q    Do you see in the abstract under

3  "Results" where it states:  "Among 54,251

4  applicators, 44,932 used glyphosate"?

5    A    Yes, I see that.

6    Q    This study included 44,932 people who

7  used glyphosate formulations, correct?

8    A    Yes.

9    Q    If you'll turn with me to Table 2 in

10  this report -- or in this paper.

11           Are you there?

12    A    Yep -- yes.

13    Q    Table 2 gives information on whether

14  glyphosate use was associated with various forms

15  of cancer.  Right?

16    A    Yes.

17    Q    The second page of Table 2, as it

18  continues on to two pages, gives information for

19  non-Hodgkin lymphoma.  Correct?

20    A    Yes.

21    Q    For non-Hodgkin lymphoma overall, in the

22  fourth quartile, the relative risk was .87.

23  Correct?

24    A    Yes.

25    Q    The 95 percent confidence interval was

Lauren C. Pinter-Brown, M.D.

```
1    .64 to 1.2.  Right?

2         A    Correct.

3         Q    That means that the incidence of

4    non-Hodgkin lymphoma was numerically lower in

5    people who used glyphosate-based formulations

6    herbicides as compared to people who did not use

7    them, right?

8         A    Say it again.

9         Q    That means that the incidence of

10   non-Hodgkin lymphoma was numerically lower in

11   people who used glyphosate-based formulations as

12   compared to people who did not use them, right?

13        A    Numerically, yes, in this study.

14        Q    That is a true statement as to the

15   numbers, true?

16        A    In this study, yes.

17        Q    Does that mean that use of glyphosate-

18   based herbicides decreased the risk of non-Hodgkin

19   lymphoma?

20        A    No.

21        Q    And why not?

22        A    Well, we could get into a whole issue

23   about the study if you want to discuss it.  And

24   then you don't use the numbers that way.  There's

25   a confidence interval here.  And it goes all the
```

Lauren C. Pinter-Brown, M.D.

 1    way up to, you know, if we're looking at Q4 at

 2    1.20.  So you don't -- that's not how you

 3    interpret those numbers.

 4        Q    When a relative risk is reported or an

 5    odds ratio is reported, you usually get both the

 6    point estimate and the confidence intervals,

 7    right?

 8              MR. ESFANDIARY:  Objection, before you

 9    answer that.

10              If you're going to turn this into a

11    full-blown AHS depo, all right, there's been a

12    specific depo on the AHS by general causation

13    experts as well as their individual depos in the

14    general causation testimony, in which AHS was

15    addressed over many, many, many hours.

16              I'm not going to have her sit here

17    testifying just, you know, going down rabbit holes

18    on the AHS when you already have substantial

19    amounts of testimony, and particularly since she's

20    repeatedly told you that she defers to certain of

21    our epidemiology general causation experts on

22    issues like this, as it says in her report.  So --

23    BY MS. ROSS:

24        Q    Dr. Pinter-Brown, do you remember my

25    question?

Lauren C. Pinter-Brown, M.D.

```
 1              MR. ESFANDIARY:  So are you finished --
 2   could you let me -- and I appreciate that you want
 3   to crank on, but I'm really not going to have her
 4   sit here and testify in that depth about the AHS.
 5   It's not -- it's not going to happen.
 6              So if you want to tailor it to
 7   Mr. Johansing, fine.  But we're not going to go
 8   into the weeds on the AHS.  It's just not going to
 9   happen.
10              MS. ROSS:  Are you finished, Counsel?
11              MR. ESFANDIARY:  Yeah.
12              MS. ROSS:  Great.
13   BY MS. ROSS:
14        Q    Do you remember my question,
15   Dr. Pinter-Brown?
16        A    Not at all.
17        Q    All right.  When a relative risk is
18   reported or an odds ratio is reported, you usually
19   get both a point estimate and a confidence
20   interval, right?
21              THE REPORTER:  Wait.  We're -- I can't
22   hear, so start over, please.
23   BY MS. ROSS:
24        Q    When a relative risk is reported or an
25   odds ratio is reported, you usually get both a
```

Lauren C. Pinter-Brown, M.D.

```
 1    point estimate and a confidence interval, correct?

 2         A    Correct.

 3         Q    And in the Q4 exposure in Andreotti we

 4    were just looking at, the point estimate is .87,

 5    right?

 6         A    Yes.

 7         Q    The 95 percent confidence interval goes

 8    from .64 to 1.2, correct?

 9         A    Correct.

10         Q    And when a 95 percent confidence

11    interval includes 1, you cannot say that the

12    exposed group was different from the unexposed

13    group, correct?

14         A    That's correct.

15         Q    When you are performing studies on drugs

16    and whether they protect against mortality in

17    cancer -- let's take that as an example, okay?

18         A    Okay.

19         Q    Let's say that eight people in a

20    treatment group died of their cancer and ten

21    people in a nontreated group or a -- a -- what

22    would you use in a -- in a trial like that?

23         A    We don't do trials like that.

24         Q    Okay.  So let's say we're looking at a

25    new treatment versus standard of care, okay?
```

Lauren C. Pinter-Brown, M.D.

1        A    Okay.

2        Q    And eight people in a treatment -- in a

3    new treatment group died of their cancer and ten

4    people in the standard of care group died of their

5    cancer, and the relative risk was 0.8, but the

6    95 percent confidence interval went from .62 to

7    1.2.  Are you with me?

8        A    No.  We're talking about a -- studying a

9    treatment?

10       Q    Yes.

11       A    Don't use relative risk.

12       Q    Okay.  What would you use?

13       A    We don't look at deaths.  We look at

14   responses.  And you -- if you were doing a

15   Phase III trial like that, you would report out

16   different measures of response.  One could be

17   response rate.  One could be progression-free

18   survival.  I suppose one could be overall

19   survival.  You pick what your exploratory or your

20   primary endpoints are.  You compare them and you

21   talk about statistical significantly different.

22            We don't use risk ratios.  This is

23   not -- I don't do epidemiologic studies.  I think

24   we have well established that.  And -- and --

25       Q    Go ahead.

Lauren C. Pinter-Brown, M.D.

1      A     -- I am not a biostatistician.  Though I

2  try and understand this, and I've obviously taken

3  a statistics class, I would run right to my cancer

4  center biostatistician and ask them what to do.

5           MR. ESFANDIARY:  Before we go to the

6  next question, if we could just go off the record

7  so we can fix this.

8           THE REPORTER:  Can we just go off the

9  record a moment.

10           MR. ESFANDIARY:  Yeah.

11           THE VIDEOGRAPHER:  We're going off the

12  record.  The time is approximately 2:00 p.m.

13           (Recess.)

14           THE VIDEOGRAPHER:  We are now back on

15  the record.  The time is approximately 2:15 p.m.

16  BY MS. ROSS:

17      Q     Dr. Pinter-Brown, are you relying on

18  CLL/SLL data for Mr. Johansing or data on

19  non-Hodgkin lymphoma overall?

20      A     I don't know what you're talking about

21  data.  Data from what?

22      Q     Data from epidemiology studies.

23      A     There are some studies specific to CLL,

24  but I'm primarily relying on NHL for the reasons

25  that I told you that -- that I think that it is

Lauren C. Pinter-Brown, M.D.

1    really hard, although people have attempted to

2    break it down into subtypes, to know that you're

3    really getting accurate information, and then the

4    numbers get very small.  And so I'm really looking

5    at the NHL -- relying more on the NHL data.

6         Q    You're relying more on the NHL overall

7    data, correct?

8         A    Correct.

9         Q    For NHL overall in Q4 in Andreotti,

10   there were 111 exposed cases, correct?

11        A    Yep.

12        Q    For chronic lymphocytic lymphoma and

13   small lymphocytic leukemia, there were --

14        A    Yeah.

15        Q    -- 27 exposed cases, correct?

16        A    Yep.

17        Q    And in Q4, which would be where

18   Mr. Johansing falls, right?

19        A    Mm-hmm.  This median -- the median on

20   the -- on this particular paper is a little

21   higher, but I still think he's above the median.

22        Q    And Mr. Johansing would be in the groups

23   in this paper that had a -- a relative risk of .87

24   for CLL, correct?

25        A    In this particular paper with the 27

Lauren C. Pinter-Brown, M.D.

```
1   people.

2        Q    The 27 people for CLL --

3        A    Right.

4        Q    -- specifically, right?

5        A    Right.

6        Q    Can you ever draw a conclusion from just

7   one study on whether an exposure increases the

8   risk?

9        A    No.

10       Q    If you'll turn with me to page 511 in

11  this publication, at the very top of the page,

12  there's a sentence that says:  "For

13  lymphohaematopoietic cancers, we additionally" --

14       A    Oh, wait.  Okay.  I got you.

15       Q    Okay.  Do you see where I am?

16       A    I do.

17       Q    The sentence says:  "For

18  lymphohaematopoietic cancers, we additionally

19  adjusted for occupational exposure to solvents,

20  gasoline, x-ray radiation, and engine exhaust, and

21  pesticides linked to lymphohaematopoietic

22  malignancies in previous AHS analyses."

23            Did I read that right?

24       A    I think so.  I wasn't following exactly

25  word for word.  It sounds right.
```

Lauren C. Pinter-Brown, M.D.

```
 1        Q     Did AHS control for other factors that
 2   are associated with non-Hodgkin lymphoma?
 3        A     Some of them, and some that aren't even
 4   really associated.
 5        Q     One of the factors that the authors
 6   controlled for was exposure to other pesticides,
 7   right?
 8        A     To specific pesticides, yes.
 9        Q     Controlling for other pesticides tries
10   to tease out whether the risk for one product as
11   opposed to what the risk is for multiple products
12   combined, right?
13        A     Tries to tease out.
14        Q     You don't have a specific criticism of
15   the authors as to which pesticides they chose to
16   account for, do you?
17        A     I don't have enough knowledge to -- to
18   criticize that portion of the study.
19        Q     You're not saying the authors were
20   unreasonable in choosing the pesticides they chose
21   to account for, right?
22        A     I -- I don't know.  I would have to look
23   at these particular pesticides, all of them,
24   and -- and I would need to understand why they
25   picked these particular ones versus some other
```

Lauren C. Pinter-Brown, M.D.

1    ones.  I mean, I -- I really -- I -- I wouldn't

2    have any knowledge why did they pick these

3    particular ones.

4          Q    Is that true for every epidemiology

5    study, that you are not criticizing the authors as

6    to what pesticides they chose for -- to account

7    for?

8          A    I -- I --

9               MR. ESFANDIARY:  Objection as to

10   "every."  I mean, are we talking like specific

11   ones?  What do you mean by "every"?

12              THE WITNESS:  You know, you're asking me

13   to go through each paper and see when they

14   adjusted for pesticides, which ones, and if they

15   were appropriate?

16   BY MS. ROSS:

17         Q    Right now I'm trying to see whether we

18   can shortcut some questions later, or if we're

19   going to have to go through this for all of the

20   epidemiology studies that you're relying on.

21         A    Well --

22         Q    So let me ask a more specific --

23         A    -- you can go through them, but -- but

24   my answer to you is going to be that I would have

25   to look up each one of these pesticides to see if

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Lauren C. Pinter-Brown, M.D.

1    it was appropriate to control for it.  And then

2    probably I would have to look at a list of entire

3    pesticides that anybody would ever be exposed to,

4    pick out any pesticide that's ever been connected

5    to non-Hodgkin lymphoma, and then I would be able

6    to tell you whether this is a good enough list or

7    not.

8         Q    So sitting here today with respect to

9    the epidemiology specifically that you reviewed on

10   Roundup and non-Hodgkin lymphoma --

11        A    Yes.

12        Q    -- do you have any criticisms of the

13   choices that authors made in those epidemiology

14   studies as to what pesticides to control for?

15        A    I have no comment is what I'm trying to

16   explain to you.  Not no criticism; no comment.

17        Q    And in order to have a comment, you

18   would need to look at all of the epidemiology on

19   those pesticides and whether they're associated

20   with non-Hodgkin lymphoma; is that correct?

21        A    Yes.

22        Q    Okay.  Can you confirm that the McDuffie

23   2001 study and the Orsi study did not control for

24   other pesticides?

25             MR. ESFANDIARY:  Feel free to consult

Lauren C. Pinter-Brown, M.D.

1    your --

2              THE WITNESS:  I have my little list

3    here, and that may or may not be true.  Hang on.

4    Where's my table?

5              Well, I would say that's the truth.  And

6    that's why I have a table.

7    BY MS. ROSS:

8         Q    In other words, it's true that the

9    McDuffie study and the Orsi study did not control

10   for other pesticides, correct?

11        A    Correct.

12        Q    And to answer that question, just so the

13   record's clear, you're looking at which exhibit?

14        A    460.

15        Q    No, I think it's exhibit --

16             MR. ESFANDIARY:  No, it's --

17             THE WITNESS:  I know, 7.

18   BY MS. ROSS:

19        Q    And Exhibit 7 is that series of tables

20   we talked about earlier, right?

21        A    Yes.

22        Q    Did you create any of the tables in

23   Exhibit 7?

24        A    No, I didn't create them, but I checked

25   them.

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

Lauren C. Pinter-Brown, M.D.

```
 1          Q    And --

 2          A    So I -- I looked at the papers, and I

 3    verified that they were correct.

 4          Q    The tables in Exhibit 7 come from

 5    plaintiff's other experts, right?

 6          A    Correct.

 7          Q    You reviewed those experts' reports and

 8    their materials after forming your own opinions in

 9    this case, right?

10          A    That's correct.

11          Q    None of the information in the four

12    pages of Exhibit 7 was necessary in order for you

13    to form an opinion on whether Roundup causes

14    cancer, right?

15          A    That's correct.  I -- I'm using them as

16    a memory aid.

17          Q    Does it matter for your analysis of

18    Roundup and non-Hodgkin lymphoma whether an odds

19    ratio or a risk ratio was statistically

20    significant?

21          A    I'm going to ask you to clarify

22    something.

23               Do you mean if either an odds ratio or a

24    risk ratio, if they were utilized in that study,

25    was significant, or which one was used, odds ratio
```

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Lauren C. Pinter-Brown, M.D.

1    or risk ratio.

2         Q    Good question.  So let me break up my

3    question, okay?

4         A    Okay.

5         Q    Do -- you -- you mentioned that odds

6    ratios and risk ratios are not the same thing,

7    right?

8         A    Right.

9         Q    Was it important for your analysis

10   whether a study reported a risk ratio or an odds

11   ratio?

12        A    Not really.

13        Q    Okay.  And then separate from that, we

14   were talking about for whatever measure of risk

15   was in a study, whether that measure of risk was

16   statistically significant, right?

17        A    I noted it.

18        Q    And why did you note whether the measure

19   of risk in a study was statistically significant?

20        A    Because that's what we do when we look

21   at studies, we look at statistical significance.

22   The corollary to that, however, is what we talked

23   about earlier.  When you adjust for pesticides,

24   sometimes you've lowered the amount of -- of data

25   so much that you can no longer get statistical

Lauren C. Pinter-Brown, M.D.

1    significance.  And in that regard, I think that we

2    can't be hard and fast about looking at

3    statistically significant numbers because it's

4    a -- it's somewhat artifactual given the

5    particular situation here with these epidemiologic

6    studies.

7              So, yeah, I look at it.  Is it the only

8    thing I would look at?  No.

9        Q    Did you weight statistically significant

10   results and nonsignificant results the same?

11       A    There's not a weighting system in my

12   head.  I -- I think that both of these numbers

13   give information, and then -- then it is up to the

14   person looking at the paper to understand why do

15   the results look this way.  Does it make sense

16   or -- or not?

17       Q    On page 13 of your report, you have a

18   discussion of some of the epidemiology studies.

19   Tell me when you're there.

20       A    Yep.

21       Q    One of the things that you talk about is

22   IARC's 2015 analysis, correct?

23       A    Correct.

24       Q    Did you rely on IARC's analysis?

25       A    Solely?

Lauren C. Pinter-Brown, M.D.

1      Q     No.  Did you rely on IARC's analysis --

2      A     I read it.  I found it very informative.

3   I found it very well thought out.  And I looked at

4   it just the same as I looked at probably another

5   15 or 16 papers.

6      Q     Do you think it was well done?

7      A     I do.

8      Q     Was it -- was IARC's 2015 analysis peer

9   reviewed?

10     A     I don't think that IARC is a

11  peer-reviewed setting.

12           However, what I know about IARC from our

13  Blue Book conversation is that they amass people

14  that are extraordinarily knowledgeable, that have

15  no bias, and they try to be good scientists and be

16  objective about looking at the data.  And that's

17  what I know about IARC.

18     Q     In your report, you state that it is

19  important to note that:  "Following IARC's 2015

20  classification of glyphosate as a 2A probable

21  human carcinogen, additional data, some negative

22  but most positive, has emerged."

23           Do you see that?

24     A     Yes.

25     Q     Negative means no increased risk, right?

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Lauren C. Pinter-Brown, M.D.

 1        A     Correct.

 2        Q     Positive means there was an increased

 3   risk, right?

 4        A     Correct.

 5        Q     What negative data have come out since

 6   IARC that does not show a link between exposure to

 7   glyphosate-based formulations and NHL overall?

 8        A     Well, our lovely paper that we were just

 9   looking at, Andreotti, came out after -- at least

10   this Andreotti, the more recent one, came out

11   after IARC, and just like all of the AHS studies,

12   it's a negative study.

13        Q     Are there any other negative studies to

14   your mind that have come out since IARC's 2015

15   analysis?

16              MR. ESFANDIARY:  Objection as to

17   "negative studies."  Epi?  Genotox?

18   Toxicological?  What are you referring to?  What

19   studies?  Is your -- studies under the sun or

20   specific categories of studies?

21   BY MS. ROSS:

22        Q     You can answer.

23        A     Oh.  I thought you were going to answer.

24              MR. ESFANDIARY:  No, I'm not.  I'm

25   asking -- I'm asking counsel what she means by

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Lauren C. Pinter-Brown, M.D.

1    "studies."

2              THE WITNESS:  Well, I mean if we look

3    at -- if we look at Leon, it was positive for

4    diffuse large B-cell lymphoma, but again, it's a

5    pooled study with AHS in it.  So every time you

6    get a study that has the same data in it, and

7    that's a large part of the -- the pool, you know,

8    it's -- it's hard to make it into a brand-new

9    study.

10             So a lot of these studies, I think the

11   difficulty is that they take the same pool and

12   they mix them up in all different permutations,

13   and we call it a new study.  And, hence, why I

14   took the time to figure out what did I consider

15   studies that had unique information in them to

16   write them down, because a lot of the studies are

17   just mixing up, you know, pool A and pool B,

18   pool B and pool C, A and C, and, you know, just

19   different permutations of the same information.

20             So my problem with Leon is that a large

21   part of it, we're back to AHS again.  Here we are.

22   We already discussed that.  Clearly a negative

23   study.  For whatever reasons, it's negative.

24   BY MS. ROSS:

25        Q    Leon 2019 includes some data from the

Lauren C. Pinter-Brown, M.D.

1   Agricultural Health Study, correct?

2        A    It does.

3        Q    It also includes two other agricultural

4   cohorts, right?

5        A    It does.  It does, for France and

6   Norway, but -- but, you know, you have this big

7   dataset here from AHS, and when you mix it in with

8   these other studies, it's -- it's clearly going to

9   pool the data in a particular direction.  We've

10  already looked at it.  We know what it shows.

11            So I -- I am less interested in these --

12  to be honest, less interested in these newer

13  studies because they're just pooling the same data

14  all over again, looking at it all over again.

15  Yes, there's -- to my mind, the importance of

16  these studies is that they tried to break out

17  subtypes.  That's why I think the paper was

18  written, to try and get enough patients -- or

19  people -- I keep -- you know, I'm used to calling

20  everybody a patient -- people to try and look at

21  subtypes.  Subtype analysis is really to me the

22  importance of those papers.  Otherwise, they're

23  taking the same data and we're mixing it around

24  again.

25        Q    If a study pooled in data from the

Lauren C. Pinter-Brown, M.D.

1    Agricultural Health Study, is that a less -- less

2    informative study to you than one that didn't?

3         A    It's -- it's less unique.  So it's -- it

4    would be much more helpful to me to see a study

5    that has unique pools of information so we're

6    really looking at other people in other countries,

7    not diluted by our own pool, which we have three

8    papers on already.

9         Q    So the studies that pooled in data from

10   the Agricultural Health Study, in your mind are

11   somewhat less informative than the primary data

12   looking at individual studies?

13            MR. ESFANDIARY:  Objection.  Misstates

14   the testimony.

15            THE WITNESS:  What I'm saying is I'm not

16   sure it's new information.

17   BY MS. ROSS:

18        Q    What are the positive studies that have

19   been reported since IARC's analysis, to your mind?

20        A    That's what I was trying to say to you.

21   I think that -- that the two studies that we

22   talked about, plus our Andreotti here, really when

23   you look at them, yes, they're published in 2019,

24   but they're the same data pools just mixed up in a

25   different way asking some slightly different

Lauren C. Pinter-Brown, M.D.

1    questions.  Mainly the question asked is, can we

2    look at subtype analysis?

3              So honestly, even though it's exciting

4    that there are two new papers, I don't really

5    think it adds demonstrably to the meta-analysis

6    that was done if we're looking at non-Hodgkin

7    lymphoma as a whole.  And when you get right down

8    to it with the subtype analysis, there is some

9    interesting information here, with the caveat that

10   in not all cases was the pathology reviewed, and

11   in some cases the subtype is so small that it's

12   hard to make a lot of conclusions out of it.

13             It's really interesting, and there's

14   certainly some things you can pull out of it, but

15   I don't think it's -- this is totally my

16   opinion -- I don't think these are such big

17   departures from the information that has already

18   been analyzed and reanalyzed in several

19   meta-analyses, including IARC.

20        Q    When you say the -- "the two studies,"

21   just so our record is clear, you mean Leon 2019,

22   correct?

23        A    Right.  And Pahwa.

24        Q    And Pahwa 2019, right?

25        A    Correct.

Lauren C. Pinter-Brown, M.D.

1      Q     Do the authors of any study that you

2    consider positive say that their study proves that

3    glyphosate-based formulations cause non-Hodgkin

4    lymphoma?

5      A     We've already discussed this.  No epi

6    study can do that.  We've discussed this really

7    many, many times during this day, that epi studies

8    show an association, and they suggest hypotheses,

9    but they're not Koch's postulates.  We're not

10   injecting, we're not giving one group of farmers,

11   spraying them with glyphosate, and the other ones,

12   we're letting them stay in their house with

13   respirators on.

14           And so we're never going to prove

15   anything with an epi study, but -- but it gives us

16   a lot of food for thought about hypotheses.  And

17   sometimes it turns out that we -- we accept that

18   the strength of association is so strong, that

19   we're going to make changes.  I.e., let's go with

20   cigarette smoking and lung cancer.  Same thing.

21   Nobody proved that cigarette smoking causes lung

22   cancer, and yet I would never tell you to smoke.

23      Q     I understand that we're getting a little

24   bit along in the day.

25      A     Yeah.

Lauren C. Pinter-Brown, M.D.

1      Q    So I want to just focus on that a little

2   bit, okay?

3      A    Okay.

4      Q    Right now I'm asking you with respect to

5   what the authors say about their own data in the

6   epidemiology studies.

7      A    Well, give me the papers and we'll look,

8   but I -- I don't remember they use -- the use of

9   the word "prove."

10     Q    Do you remember the use of the word

11  "cause" in any of the epidemiology studies on --

12     A    I don't remember.  We would to have pull

13  all the epi studies and look for those words.

14     Q    In evaluating the epidemiology on

15  Roundup and non-Hodgkin lymphoma, did you also

16  consider the impact of multiple hypothesis

17  testing?

18     A    What do you mean by that specifically?

19     Q    Are you familiar with the concept of

20  correcting for multiple comparisons in

21  biostatistics?

22     A    I'm not sure I understand what you're

23  talking about.  Maybe you could say it --

24     Q    Is that --

25     A    And since I'm not a biostatistician, can

Lauren C. Pinter-Brown, M.D.

1    we use like regular words?

2        Q    Of course.

3        A    And you explain it to me, and then maybe

4    I'll tell you if I thought about it.

5        Q    Sure.  I would be happy to do that,

6    okay?

7             You mentioned sometimes in your research

8    you'll do a primary analysis, and you'll also have

9    secondary analyses, right?

10       A    Secondary endpoints, yes.

11       Q    And sometimes you'll have a data

12   analysis plan ahead of time saying, This is what

13   our primary endpoint is going to be, and this is

14   what our secondary endpoints are going to be,

15   right?

16       A    Correct.

17       Q    You are familiar with the idea that in

18   medical research when you test multiple endpoints,

19   you can get statistically significant results by

20   chance alone.  Right?

21       A    Well, of course.  That's the fundamental

22   information about statistics.

23       Q    If I conduct 20 analyses in the same

24   study, I may get one or two that are statistically

25   significant by chance alone, right?

Lauren C. Pinter-Brown, M.D.

1       A    Sure.

2       Q    If more analyses are conducted, it

3   becomes more likely that I may get one or more

4   statistically significant results by chance alone,

5   correct?

6       A    I suppose so.

7       Q    Your report points to two potential

8   mechanisms by which Roundup might cause

9   nonspecific DNA damage, oxidative stress and

10  genotoxicity, correct?

11      A    Correct.

12      Q    I want to take those one at a time,

13  okay?

14      A    Okay.

15      Q    Let's start with oxidative stress.

16      A    Okay.

17      Q    Oxidative stress is, first of all, not

18  specific to glyphosate or Roundup, true?

19      A    Yes, that's true.

20      Q    A cold or exercise can cause oxidative

21  stress in cells, right?

22      A    I'm not a cell doctor.  I'm a person

23  doctor.  So I -- I couldn't tell you exactly what

24  causes oxidative stress in cells.

25              MR. ESFANDIARY:  Also, Emma, just

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Lauren C. Pinter-Brown, M.D.

1    because I -- I was present at all of the previous

2    depositions, this exact line of questioning with

3    that exact cold can cause oxidative stress,

4    whatever, was asked of Dr. Portier on several

5    occasions.

6              If you're going to go down this

7    rabbit -- I mean, if you want to spend your time

8    that way, that's fine.  But I'm really not going

9    to have her sit here testifying about whether a

10   bloody cold can cause oxidative stress.  I mean

11   we've been over this before.

12             MS. ROSS:  Are you finished?

13             MR. ESFANDIARY:  I am, but this --

14   BY MS. ROSS:

15        Q    Dr. Pinter-Brown, cells also have

16   mechanisms to deal with oxidative stress, correct?

17        A    You're -- you're beyond my level of

18   knowledge.  I assume they do because our body is

19   smart, but if you're going to ask me what they

20   are, I'm not going to be able to tell you.

21        Q    You would not be the right person to ask

22   about a cell's mechanism for dealing with

23   oxidative stress, correct?

24        A    That's correct.

25        Q    Did you review any studies or data that

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Lauren C. Pinter-Brown, M.D.

1   found glyphosate did not induce oxidative stress?

2        A    You know, I -- I went over the oxidative

3   stress data very briefly.  What I was looking for

4   was biologic plausibility.  I -- I probably didn't

5   exhaustively look at every single trial, and so I

6   don't think I should be answering that question.

7        Q    Sitting here today, do you remember any

8   study you looked at for glyphosate that showed

9   that it did not cause oxidative stress?

10       A    I'd have to go through all the studies,

11  and there were really a lot.

12       Q    I wanted to ask about that, because here

13  in your report where you say, "Oxidative stress is

14  associated with exposure to glyphosate-based

15  formulations," you don't provide a citation there.

16            Is that the Wozniak study that we talked

17  about earlier?

18       A    No, Wozniak wasn't about oxidative

19  stress.  It was about DNA damage.  Unless there's

20  two Wozniaks, and I forgot about the second one.

21  I would have to go through all of the huge number

22  of papers and pick out which ones were positive

23  and negative for you.

24       Q    So sitting here today, you can't point

25  me toward a specific study that found that

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Lauren C. Pinter-Brown, M.D.

1    glyphosate causes oxidative stress in cells,

2    right?

3         A    No.

4         Q    In evaluating the data on genotoxicity

5    and glyphosate, you just mentioned Wozniak was one

6    study that you looked at, correct?

7         A    Mm-hmm.  Yes.  Sorry.

8         Q    Are you relying on any other studies to

9    say that glyphosate causes genotoxicity?

10        A    We've already gone over this.  So we

11   went through the other studies, the studies in

12   people that related to South America and aerial

13   spraying, and we -- we went over two in vivo

14   studies looking at lymphocytes and looking at

15   peripheral blood mononuclear cells, which is

16   basically lymphocytes and monocytes.

17        Q    Perfect.  So if I wanted the list of

18   studies that you looked at on genotoxicity and

19   glyphosate, that would be the four studies we

20   talked about earlier:  Bolognesi 2009, Wozniak

21   2018, Suárez-Larios, which I think is 2014, and

22   Paz-y-Miño, correct?

23        A    Those are the four that I focused on,

24   but I read others.  I -- I was particularly

25   interested in those because they're the closest to

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

Lauren C. Pinter-Brown, M.D.

1    my patients.  They're actually humans and they're

2    human cells.

3         Q    When we talk about nonspecific DNA

4    damage like genotoxicity, is that the same as a

5    mutation?

6         A    It could be, I think.

7         Q    A mutagen is something that is known to

8    cause mutations, correct?

9         A    That's why it's called a mutagen.

10        Q    Have you reviewed the data on whether

11   glyphosate causes mutations either in vivo or

12   in vitro?

13        A    What specific mutations are you talking

14   about?

15        Q    Any mutation.

16        A    Well, when you're talking about DNA

17   damage, you would have to drill down on the -- on

18   the damage, and understand if there's a gene there

19   that's been mutated.  I don't think that -- that

20   the research that I looked at took it to such

21   granular detail.  They were just looking at,

22   is there DNA damage.  But you would have to do the

23   whole study to try and understand maybe next-gen

24   sequencing or something like that to understand if

25   there are specific genes that are being mutated,

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

Lauren C. Pinter-Brown, M.D.

1    and that I didn't see.

2        Q    You did not see any studies in the

3    studies that you looked at on whether glyphosate

4    induces mutation specifically in vitro or in vivo,

5    fair?

6        A    Correct.

7        Q    Do you know one way or the other whether

8    glyphosate's ability to induce mutations has been

9    extensively studied?

10       A    I didn't see the data.  I -- I don't

11   know if there's other data that I didn't get to

12   see.

13       Q    And since you didn't see that data, you

14   don't know whether those tests have been positive

15   or negative, right?

16       A    I don't.  But I can explain to you a

17   little bit why I wouldn't even look at that data,

18   and it had to do with your discussion pre-lunch

19   about driver mutations.

20            So if we don't know what the driver

21   mutation is, if I don't -- there are diseases -- I

22   was thinking about it -- there are diseases where

23   we do know the driver mutation, but we don't in

24   lymphoma that I'm aware of.  So if we don't know

25   the driver mutations, what difference does it make

Lauren C. Pinter-Brown, M.D.

1    if you find out that it causes mutations.  As you

2    said yourself, some mutations aren't important and

3    some mutations are.

4         Q    If we don't know what the driver

5    mutation is, you're saying it would not be

6    important to know whether or not glyphosate causes

7    mutation?

8         A    Well, the next thing you're going to

9    say, if we say that -- that glyphosate causes

10   mutations, you're going to ask the question, as

11   you should:  Are these mutations?  Are they

12   important or not?  Or are they just mutations, who

13   cares?

14            So really while that might be a very

15   interesting scientific question, I'm not sure it

16   answers your question about cause.

17        Q    And it's not something that you've

18   looked at specifically in this case, correct?

19        A    No.  I'm not sure it exists.

20        Q    Can you point me toward any study

21   anywhere finding that glyphosate induces mutations

22   in human cells that are in humans?

23        A    We've already discussed that.  I haven't

24   seen any studies looking at mutations, nor at this

25   level of our understanding of non-Hodgkin lymphoma

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Lauren C. Pinter-Brown, M.D.

1    would it be particularly helpful to me.

2         Q    You reviewed the IARC Monograph, right?

3         A    I did.

4         Q    Did you see anything in the IARC

5    Monograph where IARC said that glyphosate is a

6    known mutagen?

7         A    I don't remember that word, but I may

8    not have paid attention because that doesn't -- it

9    doesn't really play a very significant role to me.

10   Since I don't know what the mutation is that

11   causes lymphoma, if they say it's a mutagen, it's

12   very interesting, but I'm not sure I can connect

13   the dots.

14        Q    Whether or not glyphosate induces

15   mutations might not answer the question for you of

16   whether it causes non-Hodgkin lymphoma.  Fair?

17        A    Yeah.  And that's I was asked really.  I

18   was very -- I'm trying to be focused here because

19   I was asked a very specific question on this very

20   specific patient.

21        Q    Similarly, whether or not glyphosate

22   induces genotoxicity might not answer the question

23   of whether it causes non-Hodgkin lymphoma, right?

24        A    It wouldn't answer the question, but it

25   provides biologic plausibility.  So if you're

Lauren C. Pinter-Brown, M.D.

1    going to have an epi study that shows certain

2    numbers, just as I told you before, whenever you

3    read a paper, you try and ask yourself:  Does this

4    make sense with what I know about this condition?

5    And that kind of information does provide

6    information that maybe these aren't just numbers,

7    that there's some biologic reason why these

8    numbers might exist like this, particularly in the

9    case-cohort studies.

10            So it may not directly relate to

11   non-Hodgkin lymphoma or maybe it does.  But that

12   kind of information is so important because you

13   need some context for these epi studies.

14       Q    We talked about the immune system

15   previously, right?

16       A    We did.

17       Q    The immune system is responsible for

18   fighting off infections, correct, among other

19   things?

20       A    It does a lot more things than that.

21       Q    Among other things --

22       A    Okay.  It fights infections -- part of

23   it fights infections.

24       Q    I'm sorry.  We're doing the thing where

25   we talk over each other, so I'll try --

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

Lauren C. Pinter-Brown, M.D.

1        A     Okay.

2        Q     All right.   New question.

3              Among other things, the immune system is

4   responsible for fighting off infections, correct?

5        A     Yes.

6        Q     People with poor immune systems may have

7   more infections or a harder time fighting them

8   off, right?

9        A     That's such a simplistic way of looking

10  at it.   Do you want to say which part of the

11  immune system would be poor?   I mean that's

12  nonsensical in a way because you know as well as I

13  do how incredibly complicated the immune system

14  is, that -- that we don't understand a half of it

15  probably.

16       Q     Are folks with immune deficiencies at

17  increased risk of opportunistic infections, for

18  example?

19       A     Depends which kind of immune

20  deficiencies, right?   So people with Bruton's

21  agammaglobulinemia, they don't get opportunistic

22  infections, they get bacterial infections.   People

23  with HIV that have that immune defect, they get

24  opportunistic infections.

25              So I think it's kind of a simple

Lauren C. Pinter-Brown, M.D.

1   question, isn't it?  It really depends what part

2   of the immune system we're talking about.

3        Q    Can you point me toward any studies or

4   data to suggest that Roundup is associated with an

5   increased risk of clinical infections?

6        A    No.

7        Q    There are no data to suggest that

8   Roundup is associated with any clinically

9   diagnosed immune deficit, right?

10        A    Not that I read about, but I wasn't

11   reading about immune deficits.  I was reading

12   about non-Hodgkin lymphoma.

13        Q    You have no data to suggest that

14   glyphosate or Roundup impairs antibody responses

15   in response to a challenge of any sort, right?

16        A    I didn't look at data that way.  It's

17   not that I have none.  I didn't look at it.  It's

18   not germane to -- to my report here.

19        Q    You did not look for data on whether

20   Roundup has any impact on the immune system.

21   Fair?

22        A    Fair, because it has nothing to do with

23   what I was asked to do.

24        Q    The immune system, as we discussed, can

25   also help fight off cancer cells, right?

Lauren C. Pinter-Brown, M.D.

1          A     Part of the immune system, yes.

2          Q     There's some exciting research right now

3    into how we can turn our own immune cells into

4    cancer fighters to make something very complex

5    very simple, right?

6          A     Yes.

7          Q     Can you point to any data where Roundup

8    or glyphosate has been tested in an animal or a

9    human model and shown to negatively impact the

10   immune system in any way?

11         A     I -- in the back of my mind, I think I

12   read something, but I can't tell you what it is.

13   And that wasn't what I was looking for, and that's

14   why it's not in the foremost of my mind.  I'll

15   keep thinking.  I can't answer the question right

16   this minute.

17         Q     Okay.  You're going to -- to see if you

18   can recall something on -- on Roundup and effects

19   on the immune system, right?

20         A     I vaguely remember seeing something,

21   but -- but perhaps I didn't.  I just -- something

22   is kind of bothering me in the back of my head,

23   but it -- it really wasn't the focus of my -- of

24   my readings here because it really doesn't pertain

25   to this report.  And I had enough reading to do to

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Lauren C. Pinter-Brown, M.D.

1    pay attention to this.

2         Q    Sitting here today, you have no data to

3    suggest that Roundup is immunotoxic in any way,

4    right?

5         A    It's not that I don't have any.  I

6    didn't look for any.

7         Q    You did not look for any data --

8         A    Correct.

9         Q    -- to see whether Roundup was

10   immunotoxic in any way, correct?

11        A    Correct.  It may exist.  I don't have

12   it.

13             MR. ESFANDIARY:  Would this be a good

14   time for a break since you're shifting gears?

15             MS. ROSS:  Sure.  Let's go off the

16   record.

17             THE VIDEOGRAPHER:  We're going off the

18   record.  The time is approximately 2:46 p.m.

19             (Recess.)

20             THE VIDEOGRAPHER:  We are now back on

21   the record.  The time is approximately 2:58 p.m.

22   BY MS. ROSS:

23        Q    You are not Peter Johansing's treating

24   doctor, right?

25        A    No.

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Lauren C. Pinter-Brown, M.D.

1       Q      You never provided Mr. Johansing with

2   medical care of any kind, correct?

3       A      I did not.

4       Q      You would defer to Mr. Johansing's

5   treating physicians as to his medical care, right?

6       A      Of course.

7       Q      You had no role in the diagnosis or

8   treatment of Mr. Johansing's non-Hodgkin lymphoma,

9   true?

10      A      No, I did not.

11      Q      Do you have any criticisms of the

12  physicians who diagnosed his lymphoma or treated

13  him for lymphoma?

14      A      No.  It's a miracle he's alive.  They

15  did a wonderful job.

16      Q      Thankfully today, Mr. Johansing is alive

17  following CAR T therapy this summer, right?

18      A      Yes.

19      Q      You conducted a phone interview of

20  Mr. Johansing, right?

21      A      I did.

22      Q      In your report you say:  "In conducting

23  an evaluation of Mr. Johansing's case for the

24  purposes of opining on specific causation, I

25  had -- I have had the opportunity to interview

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

Lauren C. Pinter-Brown, M.D.

1    Mr. Johansing via telephone."

2            I want to stop there for now, okay?

3        A    Okay.

4        Q    When did your telephone conversation

5    with Mr. Johansing occur?

6        A    Oh, boy.  I'm not good with dates.  I'll

7    say a month and a half ago, something like that.

8    I don't know the exact date.

9        Q    How long did that interview last?

10       A    Maybe 20 minutes.

11       Q    Your telephone interview you say in your

12   report was for the purpose of opining on specific

13   causation.  What does that mean?

14       A    I asked him a lot of questions about his

15   mother.

16       Q    Your interview of Mr. Johansing was to

17   support your opinion as a specific causation

18   expert in Mr. Johansing's case, correct?

19       A    Correct.

20       Q    Did you take any notes of that telephone

21   conversation?

22       A    No.

23       Q    You're not relying on any notes for any

24   of your opinions, fair?

25       A    What --

Lauren C. Pinter-Brown, M.D.

```
 1        Q    Let me --

 2        A    What does that mean?

 3        Q    If you -- if there was something

 4   pertinent that came up in your interview with

 5   Mr. Johansing that was pertinent to your opinions,

 6   did you include that in your report?

 7        A    Yes.  Well, I mean -- not his exact

 8   words.

 9        Q    Right.  But to the extent you're relying

10   on anything that came up in your interview with

11   Mr. Johansing, that's expressed in your expert

12   report, right?

13        A    Correct.

14        Q    Have you ever met Mr. Johansing in

15   person?

16        A    I have not.

17        Q    Do you know what he looks like?

18        A    No.

19        Q    You did not physically examine

20   Mr. Johansing, correct?

21        A    No, I didn't.

22        Q    That was not necessary to form your

23   expert opinion on what caused his lymphoma,

24   correct?

25        A    I don't think so.
```

Lauren C. Pinter-Brown, M.D.

1     Q   Do you agree there is no physical exam

2  finding that shows Mr. Johansing used Roundup for

3  40 years?

4     A   I suppose if I was looking at a man like

5  Mr. Johansing, and I realized that you use Roundup

6  outside, not inside, I might see a man that's --

7  that looks like he's had a lot of sun exposure,

8  and that at least I would know he really was a

9  farmer and he really did spray stuff.  But as to

10  specific physical findings that show glyphosate

11  exposure, no.

12     Q   There are no specific physical findings

13  that show glyphosate exposure, correct?

14     A   No.

15     Q   Do you agree there is no clinical or

16  diagnostic test that shows Mr. Johansing used

17  Roundup once or for 40 years?

18     A   Not in the information that I received.

19     Q   Do you agree there is no physical exam

20  finding that shows Roundup contributed to

21  Mr. Johansing's non-Hodgkin lymphoma?

22     A   Yes, I'd say that's true.

23     Q   The same is true for pathology, lab

24  studies, imaging studies or diagnostic tests,

25  nothing shows that Roundup contributed to his

Lauren C. Pinter-Brown, M.D.

1    non-Hodgkin lymphoma, correct?

2         A    That's true.

3         Q    Do you have -- new question.

4         A    Okay.

5         Q    You have not ordered any tests of any

6    kind for Mr. Johansing, correct?

7         A    I'm not his treating physician.

8         Q    You did not order any tests to see if

9    Mr. Johansing had glyphosate in his body now,

10   right?

11        A    No.  I don't order any tests for him,

12   period.

13        Q    Do you know whether or not glyphosate

14   accumulates in the body over time?

15        A    I don't know.

16        Q    Do you know whether any glyphosate in

17   the body is excreted within a few days?

18        A    Well, I know that -- that people talked

19   about urine testing, so it must get excreted

20   renally at some point.

21        Q    Glyphosate is excreted renally at some

22   point, you just don't know when exactly.  Fair?

23        A    I haven't studied the pharmacokinetics

24   of it.

25        Q    You wouldn't be able to say, if

Lauren C. Pinter-Brown, M.D.

1    glyphosate was absorbed on January 1st, whether it

2    would still be present in --

3         A    I am not the appropriate person to ask

4    that question.

5              THE REPORTER:  Excuse me, I can't get

6    the end of the question.

7              THE WITNESS:  Oh, sorry.  Sorry.  All

8    right.  You got me.

9              THE REPORTER:  You've got to finish the

10   question.

11   BY MS. ROSS:

12        Q    I'll repeat my question.

13        A    Okay.

14        Q    You wouldn't be the appropriate person

15   to say if glyphosate was absorbed on January 1st,

16   whether there would be any remaining glyphosate in

17   the body two months later on March 1st, for

18   example, correct?

19        A    That's correct.

20        Q    Do you agree there is no genetic marker

21   that shows Roundup contributed to Mr. Johansing's

22   non-Hodgkin lymphoma?

23        A    Correct.

24        Q    Did anything in your interview of

25   Mr. Johansing tell you something different than

Lauren C. Pinter-Brown, M.D.

1    what his medical records say?

2         A    No.

3         Q    You also state that you reviewed

4    Mr. Johansing's extensive medical records, right?

5         A    I sure did.

6         Q    As a lymphoma specialist, you are

7    sometimes referred patients, correct?

8         A    Yes.

9         Q    When you are referred a new patient, do

10   you review the records yourself if they're

11   available or do you rely solely on what the

12   patient told you?

13        A    No, I -- I both interview the patient

14   and I review every record I get.

15        Q    Why is that?

16        A    Because I want to make sure I have

17   accurate information.

18        Q    You saw from Mr. Johansing's records

19   that he saw Dr. Steven Coutre at Stanford,

20   correct?

21        A    Yes.

22        Q    Do you know Dr. Coutre?

23        A    Not personally.

24        Q    Do you consider Dr. Coutre to be a

25   respected lymphoma specialist?

Lauren C. Pinter-Brown, M.D.

 1        A      His area of expertise is CLL, as far as

 2   I know.

 3        Q      Do you consider Dr. Coutre to be a

 4   respected CLL specialist?

 5        A      I really don't know Dr. Coutre.

 6        Q      Did you see anything in Dr. Coutre's

 7   records that you disagreed with?

 8        A      No.

 9        Q      Doctor -- withdrawn.

10               Mr. Johansing also saw Dr. Lloyd Damon

11   at UCSF?

12        A      Yes.

13        Q      Do you know Dr. Damon?

14        A      Only peripherally.

15        Q      Do you consider Dr. Damon to be a

16   respected lymphoma specialist?

17        A      Again, I only know him peripherally.

18        Q      I'm correct that you did not see

19   anything in Dr. Damon's records that you disagreed

20   with, right?

21        A      That's correct.

22        Q      Mr. Johansing also saw Dr. James Malone,

23   his local oncologist, right?

24        A      Right.

25        Q      Do you know Dr. Malone?

Lauren C. Pinter-Brown, M.D.

 1      A    I think we've had a patient or two in

 2  common through the years.

 3      Q    Do you consider Dr. Malone to be a good

 4  oncologist?

 5      A    I don't know enough about Dr. Malone to

 6  comment.

 7      Q    And I take it you did not see anything

 8  in Dr. Malone's records that you disagreed with,

 9  correct?

10      A    Correct.

11      Q    Mr. Johansing also saw Dr. Andreadis at

12  UCSF, right?

13      A    Correct.

14      Q    Do you know Dr. Andreadis?

15      A    Not at all.

16      Q    I take it then you don't have an opinion

17  on whether Dr. Andreadis is a respected lymphoma

18  specialist.

19      A    Right, I really have none.

20      Q    Are you relying on Dr. Andreadis's

21  assessment or opinions for any opinion you're

22  offering in this case?

23      A    No.

24      Q    Did you see in Mr. Johansing's extensive

25  medical records any mention of Roundup

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Lauren C. Pinter-Brown, M.D.

```
 1    specifically?

 2         A     I can't remember.

 3         Q     Did you see any medical record that

 4    diagnosed Roundup as the cause of Mr. Johansing's

 5    cancer?

 6         A     No, because no medical record would ever

 7    have that.

 8         Q     Did you see any medical record that

 9    identified Roundup as a factor contributing to

10    Mr. Johansing's cancer?

11         A     I don't remember seeing that, but

12    honestly, he's such a sick man, I don't think they

13    would be worrying about his Roundup.  I think

14    they're worrying about keeping him alive.
```



22      Q    Can being around exposures to animals

23   increase your risk of non-Hodgkin lymphoma?

24      A    Not that I'm aware of.

25      Q    Did you do anything to research whether

Lauren C. Pinter-Brown, M.D.

1  animal husbandry was associated with an increased

2  risk of non-Hodgkin lymphoma?

3       A    No.  But I've spent 40 years of my

4  career understanding lymphoma, so I would hope

5  that if it was a very important thing, I might

6  have encountered it by now.

7       Q    Can the genetic coding that you inherent

8  from your parents lead to mutations that cause

9  CLL?

10      A    I don't know.  Probably not, though.

11           (Exhibit No. 9 was marked for

12           identification.)

13  BY MS. ROSS:

14      Q    I tell you what, I'm going to hand you

15  Exhibit 9 to your deposition.  This is the Pahwa

16  2019 article --

17      A    Okay.

18      Q    -- we were talking about earlier.

19      A    Sure.

20      Q    And for now you can set that to the

21  side, okay?

22      A    Okay.

23           (Exhibit No. 10 was marked for

24           identification.)

25  BY MS. ROSS:

Lauren C. Pinter-Brown, M.D.

1        Q     Exhibit 10 to your deposition is an

2  article by Boffetta from 2007.  Do you see that?

3        A     Yes.

4        Q     And just under the authors' names, the

5  affiliation is listed, correct?

6        A     Yes.

7        Q     And these authors are affiliated with

8  IARC, correct?

9        A     Yes.

10       Q     If you see in the Materials and Methods

11  section, they state on the first page:  "Articles

12  on NHL in relation to farming, teaching,

13  woodworking, printing and typesetting, and

14  employment in the meat industry were searched for

15  in the Medline database."

16       A     Okay.

17       Q     Then they go on to state:  "After

18  selecting the groups of studies for the specific

19  occupations, a series of meta and sensitivity

20  analyses were conducted."  Right?

21       A     Okay.  I haven't read this paper, so I'm

22  relying on you here.

23       Q     If you turn to Table 1, which I think

24  you're already at.

25       A     Yes.

Lauren C. Pinter-Brown, M.D.

1        Q    Is that what you're looking at right

2   now?

3        A    Yes.

4        Q    Table 1 gives meta-analyses -- or meta

5   relative risks, rather, for various occupations.

6   Do you see that?

7        A    Yes.

8        Q    The second column gives the number of

9   studies that were involved, right?

10        A    Yes.

11        Q    And the fourth column gives the relative

12   risk, correct?

13        A    Yes.

14        Q    For folks who worked with livestock,

15   based on six studies, the relative risk of

16   non-Hodgkin lymphoma was 1.3, correct?

17        A    That's what it says here.

18        Q    And that was statistically significant,

19   right?

20        A    Yeah.

21        Q    That number means approximately a

22   30 percent increased risk, correct?

23        A    I guess.  On this one paper.

24        Q    And that's similar to the 30 percent

25   increased risk reported by IARC for glyphosate in

Lauren C. Pinter-Brown, M.D.

1    2015, right?

2         A    It's the same -- similar number, yes.

3         Q    What if you had a relative risk or an

4    odds ratio of 5, what would that mean?

5         A    It would be a higher number.

6         Q    That would mean a 500 percent increased

7    risk, correct?

8         A    A five times increased risk, yes.

9         Q    And if you had a relative risk or odds

10   ratio of 8, that would be an 800 percent increased

11   risk, right?

12        A    If you want to put it that way.

13        Q    The increased risk of non-Hodgkin

14   lymphoma in this study by IARC was based on six

15   studies, correct?

16        A    That's what it says in this table.

17        Q    As a lifelong rancher, Mr. Johansing

18   would fall into the group in IARC's meta-analysis

19   that was at an increased risk of non-Hodgkin

20   lymphoma based on occupation, correct?

21        A    No.  Because these are two authors.

22   This is not the same as IARC, like IARC

23   Monograph.  This is two authors that are part of

24   IARC, number one.

25              And number two, I'm not going to answer

Lauren C. Pinter-Brown, M.D.

1    any questions unless you give me time to read the

2    paper and look for other papers that are like

3    this.  So this is not how we do medical literature

4    review by throwing somebody a paper and having

5    them read a number, and then asking them to make a

6    conclusion.

7                As I told you, when I read these papers,

8    I spent a tremendous amount of time going through

9    them over and over and over again.  And I even

10   looked for other papers on my own to help me

11   understand what was going on.  This is not how I

12   evaluate a paper, and I won't do it here.

13        Q    Did you, when you were doing this

14   research, look to see whether there were studies

15   that found that animal husbandry was associated

16   with an increased risk of non-Hodgkin lymphoma?

17        A    No, because I told you before, I've been

18   doing this for 40 years, and it's never come up

19   before.  So it makes me think that this isn't a

20   very important finding.  But it would be really

21   interesting to be allowed to look at other studies

22   and see are there negatives studies, positive

23   studies.  What does this study actually say, other

24   than this table that you pointed out to me.

25                So I have a certain standard of when I

Lauren C. Pinter-Brown, M.D.

1  want to answer a question, and it's based on an

2  informed answer, and you're not allowing me to do

3  that here.  So I don't know if I'm allowed not to

4  answer, but I'm not going to answer this question.

5      Q    Dr. Pinter-Brown, I didn't -- you are --

6  I'm more than happy for you to take whatever time

7  that you need --

8      A    Okay.

9      Q    -- to review the paper.  Why don't we do

10 that at a break.

11          MR. ESFANDIARY:  No, she's going to

12 review it on the record.

13          THE WITNESS:  No.  I'm really going to

14 review it.  I'm going to look at it and I'm going

15 to do a lit search, just like I did with this.

16          MR. ESFANDIARY:  Yeah.

17          THE WITNESS:  So if you'd like to see me

18 do that for an hour, I'm more than happy to do it.

19 It would be really interesting.

20          MR. ESFANDIARY:  I don't --

21          THE WITNESS:  But I'm not going to do it

22 real quick because that's not fair to me, and it's

23 not fair to -- to the literature.

24 BY MS. ROSS:

25      Q    Given that, why don't we set this paper

Lauren C. Pinter-Brown, M.D.

1    aside.

2         A    Okay.

3         Q    Okay.

4              MR. ESFANDIARY:  And if you want her to

5    review or research, you can do it on the record on

6    your time, Counsel.

7    BY MS. ROSS:

8         Q    Dr. Pinter-Brown, I brought with me a

9    copy of your book.

10        A    Yeah.

11        Q    And I want you to tell me if you agree

12   or disagree with something that's written here.

13             "With respect to chronic lymphocytic

14   leukemia, the vast majority of cases are sporadic.

15   Familial clusters of CLL have been described.

16   Indeed, the most important risk factor for the

17   development of CLL is a family history of CLL."

18             Do you agree with that?

19        A    Yes, I do.

20        Q    "Eight to 10 percent of patients with

21   newly diagnosed CLL have a family history of CLL."

22             Do you agree with that?

23        A    Yes.

24        Q    "The relative risk among first-degree

25   relatives of patients with CLL is between 7.0 and

Lauren C. Pinter-Brown, M.D.

1    8.5."

2              Do you agree with that?

3        A    That's one estimate.  I've seen many.

4        Q    "This suggests an inherited rather than

5    environmental basis for familial CLL."

6              Do you agree with that?

7        A    Yes.

8        Q    With regard to your report, if you will

9    go to page 12 with me.

10             Do you see where you state that -- we're

11   talking about CLL sort of at the top of this page,

12   and then we talk about Roundup and other things at

13   the bottom, right?

14       A    Well, there's CLL stuff at the bottom

15   too.

16       Q    Fair.

17       A    Okay.

18       Q    We're talking about familial CLL at the

19   top of the page --

20       A    Yep.

21       Q    -- right?

22       A    Yep.

23       Q    You state that:  "Population-based

24   epidemiologic studies have found that first-degree

25   relatives of CLL patients have a two to seven

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Lauren C. Pinter-Brown, M.D.

1    times greater relative risk for the development of

2    CLL."  Right?

3         A    Mm-hmm.  Yes.

4         Q    Why are first-degree relatives of CLL

5    patients at increased risk for developing CLL?

6         A    I have no idea.  For all I know, it's

7    because they get the same exposure, but really

8    nobody knows.

9         Q    You don't know what the mechanism by

10   which a family history increases your risk of CLL,

11   correct?

12        A    Not definitively, no.

13        Q    We talked earlier about candidate genes

14   that have been identified as -- as potential

15   explanations for this, and you said you chose not

16   to cite any of those papers in your report,

17   correct?

18        A    Correct.

19        Q    A number of candidate genes have been

20   identified that may explain the genetic

21   predisposition for CLL, correct?

22        A    There are some that people are looking

23   at I know, but nothing is accepted.  For instance,

24   we don't do genetic counseling or testing for

25   people with CLL.  But -- but it is an area of

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

Lauren C. Pinter-Brown, M.D.

1    research.

2         Q    Are you aware that in that research some

3    of the genes that have been identified promote

4    somatic hypermutation?

5         A    No.

6         Q    Do you know what somatic hypermutation

7    is?

8         A    Back in the day I did.

9         Q    SF3B1 is one of the genes implicated in

10   familial CLL, correct?

11        A    No.  I don't know.  I just finished

12   telling you I didn't know.

13        Q    So apart from I think p53, which you

14   identified earlier, there are no other genes that

15   you're specifically aware of that have been

16   studied in the context of familial CLL; is that

17   right?

18        A    p53 is -- to my knowledge -- I was not

19   talking about familial CLL.  We were talking about

20   mutations that are of interest in CLL.  It had

21   nothing to do with familial CLL.

22        Q    If I were to ask you about specific --

23   let's see if we can shorten some of this, okay?

24        A    Yeah.

25        Q    If I were to ask you about specific

Lauren C. Pinter-Brown, M.D.

1    genes that have been studied in families with

2    multiple family members with CLL, you would not

3    have any opinion sitting here today on those

4    specific genes, right?

5         A    That's correct.

22        Q    Sitting here today, that's not the world

23   of science that we exist in, fair?

24        A    Or the world of medicine that we exist

25   in.

Lauren C. Pinter-Brown, M.D.

4        A     That was the paper I chose.  There's --

5    there's actually quite a few of them.

6        Q     What papers did you review but choose

7    not to cite?

8        A     There's -- I don't remember the authors.

9    There's multiple.  There's also reviews on the

10   subject as well.

11              (Exhibit No. 11 was marked for

12              identification.)

13   BY MS. ROSS:

14       Q     I'm handing you Exhibit 11 to your

15   deposition.

Lauren C. Pinter-Brown, M.D.

6          Did I read that correctly?

7     A     I believe so.

8     Q     And when you said you reviewed some

other studies that looked at CLL risk, is that

registry data one of the studies that you looked

at?

12     A     You know, I don't remember.  I -- I

looked at quite a few studies trying to get --

each study has a different risk factor.  I was

trying to get something that was kind of a -- an

average.

17          And actually looking at this, we may

have cited the wrong study, so maybe there is

something that I would like to correct in my

report.

21          But I was trying -- so there's all over

the map risks, and I was trying to find one that

was fair that was reflective of all the studies.

There's really quite a lot of them.

25     Q     If you go in this -- in this section

Lauren C. Pinter-Brown, M.D.

15        A    No.  I think I probably cited the wrong

16   paper.

17        Q    You think you cited the wrong paper in

18   your report?

19        A    I -- I actually looked at quite a lot of

20   papers.  I have a feeling, since there is no range

21   here, that I probably cited the wrong paper.  But

22   I would have to go back.

23        Q    If it helps, we can -- if you look at

24   Table 1 in this paper, Table 1 gives risks of

25   lymphoma subtypes by              .

Lauren C. Pinter-Brown, M.D.

1          Do you see that?

2      A    Yes, but that doesn't help.

3      Q    We might be getting to something with

4  those, but maybe it doesn't.  And if that

5  doesn't --

6      A    Okay.

7      Q    -- that's fine.

8          Do you see that for the outcome of CLL,

9  there's data given for CLL based on registry

10  studies and data given for CLL based on case-

11  control studies?

12     A    Yes.

13     Q    And the case-control studies reported a

14  relative risk or odds ratio of 2.4, right?

15     A    Yes.

16     Q    And the registry studies reported a risk

17  of 8.5, correct?

18     A    Right.

19     Q    And that would give you a range of 2.4

20  to 8.5, correct?

21     A    It would.

Lauren C. Pinter-Brown, M.D.

2          Do you see that?

3     A    No, but I remember you reading it

4   before.

5          MR. ESFANDIARY:  Where is that?

6          THE WITNESS:  I don't see it.

7          Okay.  We're in the third paragraph in

8   the middle of somewhere.

9   BY MS. ROSS:

10     Q    Yes.

11     A    Okay.

22     A    Yes.

23     Q    What studies of Roundup shows an

24   increased risk of CLL?

25     A    All right, we go into the notes.  Pahwa

Lauren C. Pinter-Brown, M.D.

1    actually does.  And another one too, but I don't

2    have the notes on it.  But the ones that were

3    looking at subtypes, Pahwa actually has an

4    increased risk of CLL.

5         Q    Anything else that you can think of

6    sitting here?

7         A    I can't think of it sitting here.  I

8    know there was another one, but I didn't put as

9    much weight on it because, as I told you before,

10   in my mind, the reason -- part of the reason why

11   Pahwa wrote this study is to look at subtypes.

12   It's a focus of the study.

13        Q    Is there any study of Roundup and

14   non-Hodgkin lymphoma or any subtype that reports

15   an eightfold increased risk?

16        A    No.

Lauren C. Pinter-Brown, M.D.



Lauren C. Pinter-Brown, M.D.

```
 1    So we can postulate that she had it, but I don't

 2    want you to say that the records show she had it
```



```
10         Q     And you mentioned monoclonal B-cell

11    lymphocytosis in your answer, right?

12         A     Yes.
```

14       A    Correct.

15       Q    Did you -- the paper that we're

16  currently looking at,                 that you cited

17  in your report --

18       A    Yes.

19       Q    -- is a review article, right?

20       A    Yes.

21       Q    One of the articles cited -- in fact,

22  the one that's cited in the section we were just

23  looking at is reference 23.

24       A    Okay.  I'm looking at reference 23.

25       Q    And reference 23 is an article by Golden

Lauren C. Pinter-Brown, M.D.

1    and others in 2009.  Do you see that?

2         A    I do.

3         Q    Did you review that study?

4         A    I don't remember.  As I told you, I -- I

5    looked at a lot of studies looking at the relative

6    risk, because this is a known risk for CLL, and

7    looking to put something that was appropriate in a

8    report that encompassed all the trials.  I don't

9    remember which specific trials I looked at.  Or

10   papers, I should say.

Lauren C. Pinter-Brown, M.D.

```
 1        Q     Let's explore that a little bit.

 2        A     Okay.
```

```
23        A     No.  I'm using logic here.

24        Q     The data for CLL and Roundup are in the

25   Andreotti publication and the Leon publication,
```

Lauren C. Pinter-Brown, M.D.

```
1    correct?

2         A    Well, I have it in -- in Pahwa actually.

3         Q    If you --

4         A    My notes are from Pahwa, I believe,

5    unless I'm looking at the wrong arrow, but I don't

6    think so.

7         Q    You have Pahwa in front of you?

8         A    Somewhere.  Okay.

9         Q    If you'll turn with me to page 8 of that

10   publication.  The second to the last paragraph on

11   page 8 is where I am.  Tell me when you're there.

12        A    Okay.

13        Q    Do you see where it states:  "NHL is a

14   constellation of heterogeneous cancers with

15   different biological properties that may have

16   distinct etiologies."

17        A    Okay.

18        Q    Do you agree with that?

19        A    Yes.

20        Q    It goes on to say --

21             MR. TOMASELLI:  He's not following you.

22             MR. ESFANDIARY:  Yes, that's -- page 8?

23   Oh, there's -- no, there's two page 8s, that's

24   why.  I got you.  Now I've got it.  I'm with you.

25             MS. ROSS:  I'm sorry, Pedram.  Are you
```

```
 1   where -- you're where we are?

 2              THE WITNESS:  Now I'm lost.

 3              MR. ESFANDIARY:  Yes.

 4              MS. ROSS:  Great.

 5              THE WITNESS:  Now I'm lost.  Uh-oh.

 6   Okay, got it.

 7   BY MS. ROSS:

 8        Q    All right.  Back in this paragraph.

 9        A    Okay.

10        Q    "In the most recent classification

11   scheme, SLL and chronic lymphocytic leukemia" --

12        A    Wait, wait, wait, you skipped.

13        Q    Yep.

14        A    Where did you skip to?

15        Q    Near the end of that paragraph where it

16   talks about CLL and SLL specifically.

17              MR. ESFANDIARY:  Right over there.

18              THE WITNESS:  Yeah, but where is it?

19              MR. ESFANDIARY:  Could you -- Emma,

20   could you read it out again?

21              MS. ROSS:  Yes, absolutely.

22   BY MS. ROSS:

23        Q    There's a sentence that begins "For

24   example."  Do you see that sentence in the

25   paragraph we were looking at?
```

Lauren C. Pinter-Brown, M.D.

1          A    Okay.  "For example."  Okay.

2          Q    And it says:  "In the most recent

3   classification scheme, SLL and chronic lymphocytic

4   leukemia are classified together as they have

5   similar etiologies, while our analysis only

6   includes SLL."

7               Do you see that?

8          A    Yep.

9          Q    Pahwa 2019 did not include cases of CLL,

10  correct?

11         A    It's the same disease.  They -- actually

12  it's -- it's worse, because if they included CLL,

13  the numbers would be higher.  But SLL is the same

14  disease.  So when we talk about CLL/SLL, we

15  actually use it in the same sentence.  When I'm

16  talking to a patient, I say, You have CLL/SLL.

17  All the literature for patients says that.

18               So -- so what they've done here is

19  because they were making diagnosis based on lymph

20  nodes, which is what SLL is, they've gotten a

21  small subtype of the cases.  Had they done CLL and

22  SLL, they would have more cases to look at.

23         Q    If they had more cases and had included

24  CLL in Pahwa 2019, you can't say one way or

25  another how that would have affected their overall

Lauren C. Pinter-Brown, M.D.

1    data, correct?

2         A    I don't know.  But I know that SLL and

3    CLL are basically the same disease.

4         Q    You see the next sentence states:  "In a

5    publication from the AHS, there was no association

6    between glyphosate use and the most recent

7    classification scheme that includes both SLL and

8    CLL"?

9         A    Yes.

10        Q    And you agree with that statement,

11   right?

12        A    Sure.  AHS is a negative study.

13        Q    We got a little off track, so I'm going

14   to bring us back, okay?

15        A    Where are we going?

16        Q    All right.

17        A    Are we done with --

18        Q    You mentioned Pahwa 2019 as one study

19   that looked at CLL.  Right?

20        A    Yeah.

21        Q    And Andreotti also looked at CLL,

22   correct?

23        A    So says this.  I don't have notes on

24   Andreotti.

25        Q    Leon 2019 also looked at CLL, correct?

Lauren C. Pinter-Brown, M.D.

1      A      I don't have notes about Leon either.

2      Q      Okay.

3      A      I have notes about diffuse large B-cell

4   lymphoma, but I do not have notes about SLL.  But

5   again, Leon is AHS again.  So here we go, we're

6   looking at the same data over and over and over

7   again, adding or subtracting other pools.

8      Q      Well, you --

9      A      So --

10     Q      Sorry, go ahead.

11     A      -- as I said before, you know,

12  there's -- I don't know how much added information

13  you get.  Although they tried to look at subtypes,

14  that's why they were doing it.

15     Q      With respect to Pahwa 2019, while we're

16  here --

17     A      Yes.

18     Q      -- if you look at the number of cases

19  exposed to glyphosate in Pahwa 2019, do you see

20  that the number of exposed cases --

21     A      What page are you on?

22     Q      Table 2.

23     A      Table 2.  Okay.

24     Q      Table 2 and other tables in Pahwa give

25  information on the odds ratios for various groups

Lauren C. Pinter-Brown, M.D.

1    exposed to glyphosate, right?

2          A    Yes.

3          Q    The odds ratios "b" in Pahwa 2019 are

4    adjusted for the use of 2,4-D, dicamba and

5    malathion, right?

6          A    I'm sorry?  What are you saying about B?

7          Q    So there are -- you'll see odds ratio

8    with little "a" and odds rations with a little "b"

9    next to them.

10          A    I must be on the wrong table.  What

11    table are you on?

12          Q    No, it's just very small.

13          A    Oh, boy.

14          Q    Table 2.

15          A    Oh, boy.  This calls for taking the

16    glasses off.  All right.

17                MR. ESFANDIARY:  Right there.

18                THE WITNESS:  I see on top.  Okay.

19    BY MS. ROSS:

20          Q    Okay.  Are you with me?

21          A    Okay.  Your question -- your statement

22    was?  Yeah, your statement was?

23          Q    So I'll break it down, okay?

24          A    Yeah.

25          Q    There are odds ratio "a" and odds ratio

Lauren C. Pinter-Brown, M.D.

1    with a little "b" --

2          A    Okay.

3          Q    -- in Pahwa 2019.  Do you see that?

4          A    Yes.

5          Q    And the footnotes tell us that the odds

6    ratios "a" were not adjusted for other pesticides,

7    and the odds ratios "b" were adjusted for the use

8    of 2,4-D, dicamba and malathion.

9          A    Okay.

10         Q    Do you see that?

11         A    Yes.

12         Q    Okay.  So in Pahwa 2019, when we're

13   looking at the adjusted data, it's the odds ratios

14   with a superscript "b" next to them, correct?

15         A    Okay.  You're -- you're looking at ever

16   used glyphosate, right?

17         Q    Yes.

18         A    In the "b" column.  Okay.

19         Q    And I will represent to you, and you can

20   look if you'd like --

21         A    Okay.

22         Q    -- that the odds ratio "a", odds ratio

23   "b" phenomenon in Pahwa continues through all the

24   rest of the tables.  Okay?

25         A    You mean the notation "a" and "b"?

Lauren C. Pinter-Brown, M.D.

1        Q     The notation "a" and "b."

2        A     Okay.

3        Q     So right now I'm just trying to

4   establish when we're looking at Pahwa 2019 --

5        A     Yeah.

6        Q     -- the odds ratio "b" are the ones that

7   are adjusted for other pesticides, correct?

8        A     Yes.

9        Q     With respect to the number of glyphosate

10   exposed cases for NHL overall, meaning all the

11   subtypes together, there were 113 exposed cases in

12   Pahwa.  Do you see that?

13        A     Yes.

14        Q     I don't expect that you will remember

15   this, so my guess is we'll need to look at the

16   studies, so -- but let me ask because maybe this

17   will short-circuit.

18              Do you remember how many exposed cases

19   there were in McDuffie 2001 or De Roos 2003?

20        A     No.

21        Q     Okay.

22              (Exhibit No. 12 was marked for

23              identification.)

24   BY MS. ROSS:

25        Q     I'm handing you Exhibit 12 to your

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Lauren C. Pinter-Brown, M.D.

1    deposition, which is the McDuffie study.

2         A    I don't want to lose this.  Okay.  You

3    should give me a pointer.

4              MR. ESFANDIARY:  This copy is the one

5    that has been reused from trial, right?  You

6    didn't print a new one?  I'm joking.

7              THE WITNESS:  Where are we going to

8    here?

9    BY MS. ROSS:

10        Q    So let's take a look first at Pahwa --

11   well, Table 2.

12        A    Of what?

13        Q    Of Pahwa -- of the Pahwa article.

14        A    Yes.

15        Q    I'm sorry.  Table 2 of the McDuffie

16   article.  The one you have in front of you.

17        A    Table 2 of the McDuffie article.  Okay.

18        Q    And you see it gives the number of

19   exposed cases to glyphosate about halfway through

20   Table 2?

21        A    You're talk- -- oh, you're talking about

22   NHL, though, overall.

23        Q    Exactly.

24        A    We switched from SLL.  Okay.  Fine.

25        Q    And to be clear, the number we gave for

Lauren C. Pinter-Brown, M.D.

1    Pahwa 2019 was NHL overall, 113 cases, right?

2         A    Where did it go?  Yes.

3         Q    And in Pahwa -- okay.  Withdrawn.

4              In McDuffie, there are 51 exposed cases

5    for NHL overall, true?

6         A    Okay.

7         Q    That is correct, right?

8         A    That's what it says.

9              Uh-oh, I need another hand.  I'm having

10   trouble.

11             (A discussion was held off the record.)

12   BY MS. ROSS:

13        Q    Just to be clear, so what you marked as

14   in McDuffie, there are 51 exposed cases.

15        A    Correct.

16        Q    In Pahwa, there are 113, right?

17        A    Correct.

18        Q    That leaves 62 other cases that are not

19   accounted for in McDuffie that contributed to

20   Pahwa, correct?

21        A    Yeah.

22        Q    Do you know one way or the other whether

23   there are new cases in Pahwa 2019 that were not

24   reported in either De Roos 2003 or McDuffie 2001?

25        A    Well, I don't think so, and I'll tell

Lauren C. Pinter-Brown, M.D.

1    you why.  So when -- in the Methodology section in

2    Pahwa, it says:  "Our methodology is described

3    elsewhere," and then it has I think four

4    references, and basically the references were

5    De Roos and McDuffie.

6              So I was unable to ascertain -- I was

7    trying to understand if there were new cases, but

8    I was unable to understand if there really were

9    new cases because the references had to do with

10   De Roos and McDuffie -- De Roos 2003.

11        Q    De Roos 2003 had 36 glyphosate exposed

12   cases, right?

13        A    I don't know.  We haven't -- we haven't

14   pinned that one yet.

15        Q    We would have to look --

16        A    Let's pin that one.

17        Q    All right.  We'll come back to this

18   later.

19        A    Okay.  Now I'm going to really lose

20   this.

21        Q    You would agree, I think -- withdrawn.

22        A    Sorry, I'm just trying to get organized.

23        Q    Tell me when you're there.

24        A    I've got way too much stuff here.  Okay.

25              MR. ESFANDIARY:  Do you want me to move

Lauren C. Pinter-Brown, M.D.

```
 1    some things?

 2           THE WITNESS:  No, I'm just going to put

 3    it in some kind of order where I can figure out

 4    where all this junk is.

 5           Okay, ready.

 6    BY MS. ROSS:

 7      Q    Do you agree that McDuffie 2001 is a

 8    subtype of the cases included in Pahwa 2019?

 9      A    It seems to be, yes.

10      Q    Do you agree that De Roos 2003 is a

11    subset of the cases included in Pahwa 2019?

12      A    Seems to be, yes.

13      Q    With respect to the Leon study --

14      A    Okay.

15           (Exhibit No. 13 was marked for

16           identification.)

17    BY MS. ROSS:

18      Q    I'm handing you Exhibit 13.  Is this the

19    Leon study that you reference in your report?

20      A    I believe so, yes.

21      Q    And I just want to make sure we're on

22    the same page with a couple of things here.  So --

23    so Leon 2019 is a pooled analysis of three

24    agricultural cohorts, right?

25      A    Correct.
```

Lauren C. Pinter-Brown, M.D.

1      Q    One from France, correct?

2      A    Yes.

3      Q    One from Norway, right?

4      A    Yes.

5      Q    And one from the United States, correct?

6      A    Right.

7      Q    Have the data on glyphosate and

8    non-Hodgkin lymphoma been previously published

9    from either of the France or the Norway cohorts to

10   your knowledge?

11     A    I don't believe so.

12     Q    You would agree that Leon 2019 includes

13   new data that have not previously been published

14   on glyphosate and non-Hodgkin lymphoma?

15     A    As far as I could tell.  I -- I can't

16   tell you a hundred percent, but as far as I could

17   tell.

18     Q    With regard to the overall analysis for

19   NHL overall, if you'll turn with me to page 8 of

20   Leon 2019.  Are you there?

21     A    Yep -- oh, no, I'm not.  Oh, page 8.  I

22   am.

23     Q    It's a -- page 8 is this large table

24   that we're looking at.

25     A    Yeah.

Lauren C. Pinter-Brown, M.D.

1      Q    Right?

2           Do you see that the results for

3    glyphosate overall are reported in this table?

4      A    Yes.

5      Q    The number of exposed cases in Leon 2019

6    is the -- the N in the next column, right?

7      A    Yes.

8      Q    That is 1,131 cases, correct?

9      A    Right.

10     Q    The hazard ratio for non-Hodgkin

11   lymphoma overall in Leon 2019 was .95 and

12   nonsignificant, correct?

13     A    Correct.

14     Q    Mr. Johansing would fall into the group

15   in Leon 2019 overall that had no increased risk,

16   correct?

17     A    Yep.

18     Q    The very next column in Leon 2019 gives

19   data for CLL/SLL.  Do you see that?

20     A    Yes.

21     Q    For CLL/SLL in Leon 2019, the odds ratio

22   was .92 and nonsignificant.  Correct?

23     A    Yep.

24     Q    That is based on 252 cases, right?

25     A    Yeah.

Lauren C. Pinter-Brown, M.D.

1     Q     In Leon 2019, are you relying on the

2  data for a subtype or the data overall?

3     A     I looked at all the data.  I'm not

4  relying on anything.  I looked at the data.

5     Q     With respect to glyphosate, in Leon

6  2019, there are data for non-Hodgkin lymphoma

7  overall and for actually four different subtypes.

8  If you'll count them up with me, we've got

9  CLL/SLL, DLBCL, and then if you turn the page, we

10  get data for follicular lymphoma and multiple

11  myeloma.

12           Do you see that?

13     A     Yep.

14     Q     Table 2 actually continues on to a third

15  page, page 10, which is where you will want to be.

16           Do you see the data for glyphosate are

17  given in this table as well?

18     A     Yes.

19     Q     And for follicular lymphoma, the hazard

20  ratio for glyphosate exposed cases was .79,

21  correct?

22     A     Yes.

23     Q     And that was nonsignificant, right?

24     A     You're right.

25     Q     For multiple myeloma, the hazard ratio

Lauren C. Pinter-Brown, M.D.

1    was .87, correct?

2         A    Multiple myeloma has nothing to do with

3    this.  It's not a non-Hodgkin lymphoma.

4         Q    That was also nonsignificant, right?

5         A    If you say so.  I would -- I wouldn't

6    have looked at it.  It's not the question I was

7    addressing.

8         Q    Okay.  So in your classification, you

9    would look at follicular lymphoma, CLL and DLBCL

10   as subtypes of non-Hodgkin lymphoma, but you would

11   not look at multiple myeloma.  Right?

12        A    No.  Multiple myeloma is not non-Hodgkin

13   lymphoma.

14        Q    So with respect to the three non-Hodgkin

15   lymphoma subtypes, you would consider in Leon how

16   many of those have point estimates for the hazard

17   ratios that are greater than 1.0?

18        A    None of them.  It's a negative study.

19        Q    Leon 2019 is a negative study, correct?

20        A    Yeah.

21        Q    With respect to who published this

22   study, if you'll turn with me to the first page,

23   do you see that Leon gives information on where

24   the folks are who were authors on this paper, for

25   example, the first author?

Lauren C. Pinter-Brown, M.D.

1      A    Yes.

2      Q    Maria Leon is affiliated with the

3  International Agency for Research on Cancer,

4  right?

5      A    Good.  Yes.

6      Q    And that's IARC that we talked about

7  earlier, correct?

8      A    Correct.  She's not the IARC committee.

9  She's just a member of the IARC committee.

10     Q    Right.  And your understanding is that

11  IARC has good scientists, right?

12     A    Yeah.  I think they probably do.

13          MS. ROSS:  If we -- let's go off the

14  record for a moment.

15          THE VIDEOGRAPHER:  We're now going off

16  the record.  The time is approximately 3:46 p.m.

17          (Recess.)

18          THE VIDEOGRAPHER:  We are now back on

19  the record.  The time is approximately 4:00 p.m.

20  BY MS. ROSS:

21     Q    Dr. Pinter-Brown, before the break we

22  were talking about the Pahwa 2019 article.

23     A    Okay.

24     Q    Right?

25     A    Yes, I'll find it again.  Here we go.

Lauren C. Pinter-Brown, M.D.

1    Good.

2         Q    And I think you said you looked at both

3    the overall data and the subgroup data in Pahwa

4    2019, correct?

5         A    Yes.

6         Q    For NHL overall, the odds ratio for ever

7    exposure for glyphosate after adjusting for other

8    pesticides was 1.13 and nonsignificant, correct?

9         A    Yes.

10        Q    For small lymphocytic lymphoma, the odds

11   ratio was also nonsignificant and 1.79 was the

12   point estimate, correct?

13        A    Yes.

14        Q    When you looked at the data on Pahwa

15   2019, did you see that they did a number of

16   different duration and frequency analyses?

17        A    Yes.  Yes.

18        Q    Pahwa looked at whether increasing

19   duration or years of formulated glyphosate use was

20   associated with an increasing risk, right?

21        A    Correct.

22        Q    And you considered that analysis,

23   correct?

24        A    Yes.

25        Q    Pahwa 2019 also looked at whether

Lauren C. Pinter-Brown, M.D.

1    increasing frequency or number of days per year

2    was associated with an increasing risk, correct?

3         A    Yes.

4         Q    You considered that analysis as well,

5    right?

6         A    Mm-hmm.  Yes.  Sorry.

7         Q    Pahwa 2019 also looked at whether an

8    increasing total number of lifetime days of use

9    was associated with an increase in risk, correct?

10        A    I need to find that, but --

11        Q    That would be --

12        A    -- I'll -- I'll agree.

13        Q    -- the Table 5 you're looking at that's

14   titled -- you were actually right there.  Or maybe

15   not.

16        A    Okay.

17        Q    "Lifetime days of glyphosate use," do

18   you see that?

19        A    Yep.

20        Q    All right.  So I'll repeat my question

21   just so the record is clear.  New question.

22             Pahwa 2019 looked at whether increasing

23   total number of lifetime days of use was

24   associated with an increase in risk, right?

25        A    Hold on, I've got to look at this.  Yes.

Lauren C. Pinter-Brown, M.D.

1        Q    And you considered that analysis,

2   correct?

3        A    Yes.

4        Q    I want to go back to Table 3 for a

5   moment, the first of those analyses.

6             And let me just ask you before we get

7   there, when you looked at the data for Pahwa 2019,

8   did you consider duration of use, frequency of use

9   or total number of lifetime days -- did you

10  consider one of those analyses to be more

11  important than the other?

12       A    No, I think they're different aspects of

13  looking at the same thing, though one of them was

14  more significant than the others.

15       Q    They're -- when you say, "One of them

16  was more significant than the others," do you mean

17  significant to you from a scientific perspective?

18       A    Both.  Significant -- significant

19  /statistically significant and significant from a

20  scientific aspect.

21       Q    And which one of the analyses in Pahwa

22  2019 from your perspective is the most reliable or

23  significant?

24       A    I wouldn't say reliable, but of interest

25  was the handling glyphosate greater than two days

Lauren C. Pinter-Brown, M.D.

1    per year.  Now we've got to find it.

2               MR. ESFANDIARY:  Table 4, Lauren.

3               THE WITNESS:  Thank you.

4               I was looking at -- yeah.  The greater

5    than two days per year, and so this is really the

6    first time where you see adjusted for other

7    pesticides that you not only still have a high

8    number, but -- but it remains statistically

9    significant.

10              So it's kind of unique in a way amongst

11   the other trials.  When we were talking about when

12   you adjust for other pesticides, you kind of

13   dilute out things, and even though they did that

14   here and you dilute out things, the number is

15   lower, it still remains statistically significant,

16   which was kind of interesting.

17   BY MS. ROSS:

18        Q    Did you see that Pahwa 2019 reported

19   both data on whether greater than two days per

20   year formulated glyphosate use is associated with

21   an increased risk and data on whether five

22   years -- or I'm sorry.  New question.  Let me

23   break this up.

24              Pahwa 2019 presents data on whether

25   greater than two days per year formulated

Lauren C. Pinter-Brown, M.D.

1    glyphosate use is associated with an increased

2    risk, right?

3         A    Yes.

4         Q    Pahwa 2019 also presents data on whether

5    more than five days per year of formulated

6    glyphosate use is associated with an increased

7    risk, right?

8         A    I'm going to have to look for that.

9         Q    That would be in the same table that you

10   were just looking at, Table 4.  You see that there

11   is both a cutpoint at greater than two days per

12   year and then also an ordinal analysis at greater

13   than five days per year.

14        A    Yes.

15        Q    You considered both the ordinal measures

16   and the exposure cutpoints that were somewhat less

17   than the ordinal cutpoint, right?

18        A    Mm-hmm.  Yes.

19        Q    Is one or the other more reliable in

20   your view?

21        A    No.  They're just different ways of

22   looking at somebody's practices.

23        Q    Is there a biologically plausible

24   mechanism of which you are aware that more than

25   two days per year of use increases your risk of

Lauren C. Pinter-Brown, M.D.

1    NHL, but more than five days per year does not?

2            MR. ESFANDIARY:  Objection.  Asked and

3    answered on several occasions earlier in the

4    deposition.

5            You can go ahead.

6            THE WITNESS:  Could you repeat your

7    question again?

8    BY MS. ROSS:

9       Q    Sure.

10           Is there a biologically plausible

11   mechanism of which you are aware that more than

12   two days per year of glyphosate use increases your

13   risk of non-Hodgkin lymphoma, but more than five

14   days per year does not?

15      A    Well, I want to be clear about

16   something.  It says five days per year.  It

17   doesn't say over five days per year, but maybe

18   that's in the body of the paper and I don't

19   remember it.  Is that the truth?

20      Q    So if we go to the Method section, they

21   talk about the ordinal analyses.

22      A    Yes, let's look.

23      Q    Do you -- let me ask just generally, and

24   this might be something that you just refer to a

25   biostatistician, in which case that's fine too.

Lauren C. Pinter-Brown, M.D.

1    So new question.

2          Do you know when you're doing an ordinal

3    analysis and you choose a cutpoint, whether you're

4    looking at things that are just greater than that

5    cutpoint or less than that cutpoint?

6          A    No, I would be asking a biostatistician.

7          Q    And in the Method section in this paper,

8    on the bottom of page 2 --

9          A    Yes.

10         Q    -- you see where they say:  "Ordinal

11   analyses and associated trend tests were conducted

12   to determine possible changes in association for

13   increasing increments of every five years,

14   five days per year, and ten lifetime days of

15   glyphosate use."

16         A    Okay.  Right.

17         Q    Let me ask my original question again,

18   if that's all right.

19         A    Okay.

20         Q    Are you aware of a mechanism by which

21   more than two days per year of glyphosate use

22   would increase the risk of non-Hodgkin lymphoma

23   but more than five days per year would not?

24         A    I -- I would have to defer to a

25   biostatistician to explain to me how the two

Lauren C. Pinter-Brown, M.D.

1   analyses might differ, why you would do different

2   analyses that way, and what would be the positives

3   and negatives of doing it.  I -- I don't feel that

4   I have enough information.

5        Q    Sitting here today, you don't have

6   enough information to say whether the ordinal

7   analyses in Pahwa or the other cutpoints that

8   we've talked about are a better way of looking at

9   the data, correct?

10       A    Correct.

11       Q    With respect to the number of lifetime

12  days, that's in Table 5, we were just talking a

13  moment ago about days per year, right?

14       A    Yes.

15       Q    Pahwa 2019 also looked at lifetime days

16  of exposure, correct?

17       A    Yes.

18       Q    Is there a biologically plausible

19  mechanism of which you are aware that greater than

20  seven lifetime days of exposure increases your

21  risk of non-Hodgkin lymphoma, but greater than ten

22  lifetime days does not?

23       A    I'm not looking at the right thing, I

24  think.  What table are you on?

25       Q    You are.  It's unfortunately an error in

Lauren C. Pinter-Brown, M.D.

```
 1    the table itself.  You're at Table 5, and it says
 2    3.5 repeatedly --
 3         A    Correct.
 4         Q    -- throughout that table, right?
 5         A    Right.
 6         Q    If you'll go with me to the
 7    supplementary tables in this paper, just for a
 8    second.
 9         A    In the back?
10         Q    Yep.
11         A    Okay.
12         Q    At the very last page of the article --
13         A    Yes.
14         Q    -- there is a section that says:
15    "Lifetime days times days per year handled," and
16    it gives you --
17         A    Wait a minute.  Okay.
18         Q    -- greater than zero and less than
19    seven, and then greater than seven.
20         A    Yeah.  I -- I would have to study this a
21    little bit --
22         Q    Do you --
23         A    -- to understand why this table is here
24    and why it looks different.
25         Q    Let me -- did you consider the
```

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

Lauren C. Pinter-Brown, M.D.

1  supplemental data in Pahwa 2019 in forming your

2  opinions?

3       A    I -- no, I looked at the -- I didn't

4  look at this as closely as I looked at the

5  authors' discussion.  And so I would have to look

6  within the article itself to understand why

7  there's a supplemental table and why it looks

8  different than the table that's in the body of --

9  I don't think that the -- I would say that knowing

10  how papers are published, that Table 5, it's not a

11  typo.  It's that something is done differently

12  here.

13            Because if it was a typo, there would be

14  a disclaimer in the -- in the journal that says

15  it's a typo.  Was there one?

16       Q    You would expect that that would be the

17  case, right?

18       A    Yes.

19       Q    And you haven't seen anything to that

20  effect, correct?

21       A    Well, I haven't seen it, but it -- it

22  might be in the subsequent issue of this journal,

23  which I don't read this journal, so I, you know,

24  wouldn't have seen it maybe.  But I know from --

25  from publishing papers that typos do get

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Lauren C. Pinter-Brown, M.D.

1    corrected.  They don't just leave them like that.

2        Q    You wouldn't expect in any journal that

3    you publish in that a typo like that would make

4    its way into the final publication, right?

5        A    It could make its way into the final

6    publication, but -- but once somebody saw that it

7    was a typo, they would say -- they would have a

8    little disclaimer on the issue that says, With

9    regards to Pahwa, whatever, 2019, there's a --

10   there's a typo in the table.

11            So I'm a little suspicious that they're

12   different numbers.  I'm not sure that the reason

13   to explain it is that there's a typo.  I would

14   have to kind of go through this, and then look to

15   see is there somebody that's telling us that

16   there's a typo.

17       Q    With respect to what you talked about

18   earlier of looking at where Mr. Johansing fell in

19   various epidemiology studies with respect to

20   his -- his risk of non-Hodgkin lymphoma, did you

21   go through that exercise with Pahwa 2019?

22       A    I didn't.

23       Q    You did not look to see where

24   Mr. Johansing fell in the various groups in Pahwa

25   2019 that were at an increased risk?

Lauren C. Pinter-Brown, M.D.

```
 1        A    No.  Because as I told you, I -- I
 2   picked single studies to look at like -- like big
 3   studies like A -- AHS, I looked at the large
 4   studies to see what their definition is.  In this
 5   particular study, Pahwa, I think the definitions
 6   might be different.  Obviously, I did look at
 7   McDuffie.  I can't remember if I looked at De Roos
 8   or not.
 9            But because this is a pooled trial, this
10   is not the kind of trial I would look at because
11   it's quite possible that the different studies had
12   different definitions, even within this paper.
13        Q    So when you looked at Pahwa 2019 for
14   Mr. Johansing's case, you didn't look at did he
15   fall into a high exposure group in any
16   subanalysis, you just looked at the subtypes.  Is
17   that what you're saying?
18        A    I mainly focused on the subtypes,
19   because my impression is, and it's in the title of
20   the paper, that the main reason that they're doing
21   this study is to try and make a comment about
22   subtypes of lymphoma, you know, which is a very
23   important scientific question.  And while I guess
24   you could go through and find other data within
25   the paper, their -- their main purpose is to look
```

Lauren C. Pinter-Brown, M.D.

1   at histologic subtypes, and they say that in their

2   objective and they say that in their title.

3            And so I kind of assumed that they --

4   that this is published in the -- you know, what is

5   the significance of this paper.  They're

6   attempting to look at subtypes, which is -- hasn't

7   really been done so much before.  So I didn't get

8   down to the nitty-gritty of each number because

9   these are pooled trials.  I've looked at De Roos

10  2003, I've looked at McDuffie, and it's not really

11  the main point of the paper, though there was some

12  interesting findings.  I was -- I spent more time

13  focusing on the subtypes.

14       Q    With respect to -- well, so I just want

15  to -- I want to make sure that I'm clear on -- on

16  whether you're relying on the -- the duration-

17  intensity-frequency analyses in Pahwa, because if

18  so, we can walk through where Mr. Johansing falls,

19  and if not, we don't have to --

20       A    No, I've already told you I did not do

21  that.

22       Q    So I'm -- just so the record is clear,

23  you are not relying on the duration, intensity

24  and lifetime days analyses in Pahwa for

25  Mr. Johansing's case, correct?

Lauren C. Pinter-Brown, M.D.

1        A     All that I tried to do is find out which

2   group he would fall into.  There's different

3   definitions for each study.  I looked at several

4   studies.  He clearly fell into the high exposure

5   group.  If there's one study where he doesn't,

6   even if I had looked at it, I'm not sure I would

7   have put a lot of weight on it because we have

8   this big study, AHS, that has a definition.  We

9   have other studies that have definitions.  And so

10  basically the weight of the studies that I looked

11  at would place him in a high exposure group.

12       Q     And Pahwa 2019 was not a study that you

13  looked at to place Mr. Johansing in a high

14  exposure group, correct?

15            MR. ESFANDIARY:  Objection.  Asked and

16  answered about five times now.  You're kind of

17  badgering the witness, Counsel.

18            THE WITNESS:  That's correct, and that's

19  because I already looked at the individual studies

20  which compose Pahwa.

21  BY MS. ROSS:

22       Q     And that is true for all of the

23  plaintiffs that you looked at in this case, that

24  Pahwa 2019 is not a study that you looked at to

25  place any plaintiff in a high exposure group,

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

Lauren C. Pinter-Brown, M.D.

1   correct?

2        A    That's correct.

3        Q    All right.  Do you see that the various

4   tables in Pahwa 2019 report a variety of p-values

5   for different analyses?

6        A    You want to pick a table to look at?

7        Q    Sure.

8        A    Which one?

9        Q    If you'll turn with me to Table 3.

10       A    Okay.

11       Q    Table 3 gives you duration of glyphosate

12   use by years, correct?

13       A    Hang on.  Yes.

14       Q    And Mr. Johansing would fall into the

15   group that had more than three and a half years of

16   use, right?

17       A    That's for sure.

18       Q    He would also fall into the group that

19   had more than five years of use, correct?

20       A    Yes.

21       Q    For Table 3, there are a number of p's

22   for trend and p-values that are reported

23   throughout the table.

24            Do you see that?

25       A    No.  I see the confidence intervals.

Lauren C. Pinter-Brown, M.D.

1        Q      Just below NHL overall, there are

2   several categories, and then there is a line for

3   "p for trend."  See that?

4        A      Oh, p-trend.  Okay.

5        Q      And then below that, there's a line for

6   a p-value, right?

7        A      Okay.

8        Q      And then if you -- that's for NHL

9   overall, where I was pointing you just now in the

10  table, correct?

11       A      Correct.

12       Q      And then for the various subtypes that

13  Pahwa looked at, there are also p's for trend and

14  p-values reported.  Do you see that?

15       A      Yes.

16       Q      Do you see a single p-value for trend in

17  Table 3 of Pahwa that was statistically

18  significant after adjusting for other pesticides?

19       A      No.

20       Q      Do you see a single p-value for trend in

21  Table 4 of Pahwa that was statistically

22  significant after adjusting for other pesticides?

23       A      No.

24       Q      When we're looking at these tables,

25  you'll agree there are a lot of comparisons that

Lauren C. Pinter-Brown, M.D.

1    are done, right?

2        A    Yes.

3        Q    The authors did not adjust for multiple

4    comparisons, right?

5        A    I think we went over this before, that

6    you need to explain what multiple comparisons is.

7    We had this conversation earlier today.

8        Q    Okay.  So with respect to Pahwa 2019,

9    I'm correct that you would defer to a

10   biostatistician on -- on the specifics of the

11   analyses they did, including their tests for

12   significance, right?

13       A    Yes.

14       Q    And did you see anything in the paper

15   where the authors themselves said that they made

16   any adjustments to their p-values to account for

17   the dozens of comparisons that are performed in

18   Pahwa 2019?

19       A    I -- I didn't see that, and -- but

20   again, I would defer to a biostatistician.  It's

21   not something that I'm accustomed to seeing in

22   trials.

23       Q    Do you agree that the analyses in Pahwa,

24   including the subtype analyses that you've

25   mentioned, are all hypothesis generating and not

Lauren C. Pinter-Brown, M.D.

```
 1    hypothesis testing?

 2              MR. ESFANDIARY:  What does that even

 3    mean?

 4              THE WITNESS:  What does that mean?

 5    Yeah, what does that mean?

 6              This is a descriptive study.  They're

 7    trying to -- they're trying to take the data

 8    that's already available and break it down into

 9    subtypes to explore if there's differences in

10    subtypes.

11              They didn't have a hypothesis that

12    they're trying to prove.  This is a -- an

13    observational kind of study that they're just

14    mining data for different things to see can they

15    come up with anything.

16    BY MS. ROSS:

17         Q    Did you also look to see what the data

18    looked like in Pahwa 2019 when they only used data

19    from people who filled out their questionnaire

20    themselves?

21         A    No.

22         Q    You understand that people answering

23    questions about what they themselves did might

24    remember better than people who are filling out a

25    questionnaire about someone else, right?
```

Lauren C. Pinter-Brown, M.D.

1       A    Yes, although Blair says that people

2  that fill it out for themselves aren't so good at

3  saying what they did either.

4       Q    If you wanted to know what exposures a

5  patient of yours had, you would typically ask the

6  patient and not their partner, correct?

7       A    Typically what I really would do is try

8  and get some records, because I know that patients

9  and people, particularly if they have a very long

10  history with pesticides, how could they possibly

11  remember what they had done for 20 years.

12       Q    The best way to collect data on

13  pesticide exposures might be to --

14            MR. ESFANDIARY:  Go ahead.  Finish your

15  question.

16            MS. ROSS:  Okay.

17  BY MS. ROSS:

18       Q    When you say that typically what you

19  would want to do is get some records because you

20  know that patients and people, particularly if

21  they have a very long history with pesticides may

22  not know what they've done for 20 years, would you

23  agree that the best way to collect data on

24  pesticide exposure would be to go back and

25  actually compare someone's records?

1       A    That would be very helpful.  That would

2   be a useful thing to do.  I know that there are

3   some studies that have looked at that.  The

4   studies that we're talking about did not.  I've

5   seen all kinds of studies about people's

6   recollections.

7            But I think to me, the most helpful

8   was -- was Blair, who's looking at AHS -- the AHS

9   questionnaire, a year later questionnaire again,

10  and really the best people did was did they ever

11  use glyphosate or not.  When we drilled down to

12  how many days and -- they're not so good at it.

13           And moreover, from -- from people that

14  are in the field with these people, we see that

15  one person's day isn't the same as another

16  person's day.  One person does 1,000 acres;

17  one person does 100 acres.  So, you know, I think

18  that is an inherent problem with -- with the way

19  AHS was done, and some -- and some of these other

20  studies too, that they rely so heavily on

21  questionnaires.

22      Q    When you say the studies that we're

23  talking about did not, none of the epidemiology

24  studies looking at whether formulated glyphosate

25  was associated with non-Hodgkin lymphoma actually

Lauren C. Pinter-Brown, M.D.

1    relied on any record that anyone had of what

2    pesticides they used, correct?

3               MR. ESFANDIARY:  Objection.  Form.

4               THE WITNESS:  Correct, and that's a

5    prob- -- a criticism of them.

6    BY MS. ROSS:

7        Q    And that's a criticism that you have of

8    all of the epidemiology studies looking at whether

9    glyphosate use is associated with non-Hodgkin

10   lymphoma, true?

11       A    I don't know about every single one, but

12   most of them rely on some form of questionnaire.

13   Some of them actually went to the person's home.

14   That's much more reliable than having them here

15   fill this out.

16              So I don't think we can make a blanket

17   statement about every single one.  I would have to

18   look at every single one and see if they went to

19   the person's house or they mailed them a

20   questionnaire or handed them a questionnaire when

21   they were buying their pesticides at the market --

22   pesticide market.

23              But I think, you know, that's -- yes, we

24   started this out talking about spouses, but -- but

25   the people themselves aren't so good at -- at

Lauren C. Pinter-Brown, M.D.

1   answering questions.  Yeah, a spouse might be a

2   little less -- less informed or maybe not.  Maybe

3   the spouse manages the pesticide purchases.

4        Q    What you just said, do you have any data

5   on that?

6        A    I'm using my common sense.

7        Q    With respect to Pahwa 2019, to be clear,

8   Pahwa 2019 is one of the studies that did rely on

9   questionnaires, correct?

10       A    Yes, because it has AHS in it.

11       Q    Pahwa 2019 --

12       A    Oh, sorry.  Yes, they did use

13  questionnaires.  Even McDuffie did.  Sorry, it's

14  getting late.

15       Q    So the answer to my question is, yes,

16  Pahwa 2019 did rely on questionnaires, correct?

17       A    I believe they did.  I would have to

18  look to absolutely confirm.  That's my

19  recollection.

20       Q    If it helps, if you'll go to page 2 of

21  Pahwa, you'll see they state:  "Participants or

22  their proxies provided information about

23  demographic characteristics, pesticide use,

24  agricultural exposures, and exposures to other

25  known or suspected NHL factors."

Lauren C. Pinter-Brown, M.D.

1                 Do you see that?

2       A     Yes.

3       Q     And then they state:  "Self-reported

4  glyphosate use was examined."

5                 Do you see that?

6       A     Yes.

7       Q     You have no basis to disagree that in

8  Pahwa 2019 the exposure to glyphosate that was

9  reported was based on self-reported glyphosate

10  use, do you?

11      A     No, but it -- what it doesn't state is

12  how did they get that information.  Unless I'm not

13  reading properly.  I'm listening to what you're

14  saying and I'm reading at the same time.

15                And it should be in the Method section.

16  So there's different ways of getting self-reports,

17  right?  I would say the information doesn't exist

18  here.

19      Q     If we wanted to look at what

20  questionnaires were used to collect data for Pahwa

21  2019, to be fair, the best place to do that would

22  probably go -- would be to go back to the primary

23  studies, correct?

24      A     Correct.  Because -- because for

25  whatever reason, they failed to state it here.

Lauren C. Pinter-Brown, M.D.

```
 1        Q    Right.  Dr. Pinter-Brown, when were you
    first contacted by plaintiffs' counsel to serve as
 2
 3  an expert in this litigation?
 4             MR. ESFANDIARY:  You can answer it to
 5  the extent you don't disclose any communications
 6  between us.
 7             THE WITNESS:  I'm sorry?
 8             MR. ESFANDIARY:  You can answer it to
 9  the extent you don't disclose any communications
10  between us.
11             THE WITNESS:  Well, I already told you
12  I'm very bad with dates.  I could tell you I kind
13  of have no idea.  If I have to guesstimate, I'll
14  say six months ago.
15  BY MS. ROSS:
16        Q    Approximately --
17        A    Maybe less.
18        Q    -- six months ago?
19        A    Yeah.  I'm guessing.  I really don't
20  know.
21        Q    You were contacted to serve as an expert
22  in this litigation sometime in 2019, is that fair?
23        A    I believe so.
24        Q    Who contacted you?
25        A    Mr. Wisner.
```

Lauren C. Pinter-Brown, M.D.

1       Q    Did you know Mr. Wisner before he

2   contacted you?

3       A    No.

4       Q    Did you agree to serve as an expert when

5   Mr. Wisner first reached out?

6       A    No.

7       Q    Up until plaintiff's counsel first

8   contacted you to serve as an expert in this case,

9   had you reviewed the literature on whether Roundup

10  is associated with non-Hodgkin lymphoma?

11      A    No, and that's why I told Mr. Wisner I

12  wouldn't act as an expert until I had reviewed it.

13      Q    That was something that you needed to do

14  before you could come to an evaluation with

15  whether Roundup was associated with non-Hodgkin

16  lymphoma --

17      A    Correct.

18      Q    -- right?

19           MR. ESFANDIARY:  Wisner.

20           THE WITNESS:  Okay, don't tell him.

21  See, I really don't know him.

22  BY MS. ROSS:

23      Q    None of us will, I promise.

24           Of the epidemiology studies we've talked

25  about today, do you have any recollection of

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

Lauren C. Pinter-Brown, M.D.

1    reviewing any of those before you were retained as

2    an expert in this litigation?

3        A    No.

4        Q    After plaintiff's counsel contacted you,

5    you spent some time reviewing the literature on

6    Roundup and non-Hodgkin lymphoma, correct?

7        A    I did.

8        Q    And at the outset of this deposition, we

9    were e-mailed invoices.  I've not had a chance to

10   print them, so we'll talk about those on Monday,

11   okay?

12       A    Okay.

13       Q    But for now let me ask you, do your

14   invoices reflect the time that you spent reviewing

15   the literature in this case?

16       A    It reflects some of the time, but there

17   will be, sadly, further invoices.  I'm not so good

18   about invoicing.  But I -- I did an initial

19   review, and that's what the invoice reflects.  And

20   then I went back and did really many more hours

21   looking at the same papers and looking at other

22   papers as well.

23       Q    And what's your best estimate for the

24   number of hours you've spent since your last

25   invoice looking at the materials related to this

Lauren C. Pinter-Brown, M.D.

1   case?

2            MR. ESFANDIARY:  To the extent you know.

3   Don't guess.

4            THE WITNESS:  Oh, don't guess?

5            MR. ESFANDIARY:  Don't guess.

6   BY MS. ROSS:

7        Q    You can provide an estimate.

8            MR. ESFANDIARY:  Yeah.

9            THE WITNESS:  Oh.

10  BY MS. ROSS:

11       Q    It doesn't have to be exact.  And I

12  won't -- I promise you won't hold you to this on

13  future invoices.

14       A    I'll estimate another four hours.

15       Q    Another four hours.

16       A    (The witness nods.)

17       Q    Yes?

18       A    Yes.

19       Q    Have you ever worked with any of the

20  plaintiff lawyers in this litigation in any case?

21       A    No.

22       Q    When was the last time you testified as

23  an expert?

24       A    About 25 years ago.

25       Q    Approximately how many times have you

Lauren C. Pinter-Brown, M.D.

```
 1    testified as an expert?

 2         A     Approximately once.  Once.

 3         Q     You've testified --

 4               THE REPORTER:  Excuse me.

 5               THE WITNESS:  I'm sorry.  Only once.

 6               THE REPORTER:  You're both talking --

 7               THE WITNESS:  Sorry.

 8    BY MS. ROSS:

 9         Q     Okay.  You've testified as an expert one

10    time in litigation, correct?

11         A     Right.

12         Q     That was a medical malpractice case, I

13    believe?

14         A     Yes.

15         Q     Okay.  The issue in that case had to do

16    with timing of diagnosis, correct?

17         A     That's correct.

18         Q     And you have not ever testified as an

19    expert in any other case, true?

20         A     True.

21               MS. ROSS:  Let's take a short break.

22               THE WITNESS:  Another one?  Okay.

23               THE VIDEOGRAPHER:  We're now going off

24    the record.  The time is approximately 4:28 p.m.

25               (Recess.)
```

Lauren C. Pinter-Brown, M.D.

```
 1              THE VIDEOGRAPHER:  We are now back on

 2   the record.  The time is approximately 4:36 p.m.

 3   BY MS. ROSS:

 4       Q    Dr. Pinter-Brown, I appreciate your time

 5   today.  And we are going to print some things off

 6   for discussion on Monday, and --

 7       A    Okay.

 8       Q    -- we will see you back here on Monday.

 9       A    You mean we're done --

10       Q    Yes.

11       A    -- for today?

12       Q    Today we are done.

13              MR. ESFANDIARY:  I'm going to ask you a

14   couple of questions.

15              THE WITNESS:  Okay.  Too bad.  All

16   right.

17              MR. ESFANDIARY:  Can we take another

18   quick break?  It will be like five minutes or

19   less.

20              MS. ROSS:  That's fine.

21              MR. ESFANDIARY:  Okay.  Thank you.

22              THE VIDEOGRAPHER:  Off the record again?

23              MR. ESFANDIARY:  Yes, hopefully.

24              THE VIDEOGRAPHER:  We're going off the

25   record.  The time is approximately 4:36 p.m.
```

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Lauren C. Pinter-Brown, M.D.

```
 1                  (Recess.)

 2                  THE VIDEOGRAPHER:  We are going back on

 3       the record.  The time is approximately 4:52 p.m.

 4                       EXAMINATION

 5       BY MR. ESFANDIARY:

 6           Q    Good afternoon, Doctor.  How are you

 7       doing?

 8           A    Good evening.

 9           Q    It's been a long, long day, but we're

10       nearly through it.

11                  I'm just going to ask you some quick

12       follow-up questions, after Monsanto's counsel has

13       been asking you for most of the day.

14                  Now, just going to your report quickly

15       that you served and submitted in this matter, I

16       would just like you to take a look at your

17       qualifications.

18           A    Yes.

19           Q    And, Doctor, you're a currently

20       practicing oncologist, correct?

21           A    Yes.

22           Q    And where is your primary location of

23       practice?  Which institution are you affiliated

24       with currently?

25           A    UC Irvine.
```

Lauren C. Pinter-Brown, M.D.

1      Q      And what institution have you been

2  affiliated with in the past?

3      A      UCLA.

4      Q      And at UC Irvine, Doctor, what do you do

5  day to day?

6      A      I see a lot of patients.  I teach

7  residents, fellows.  I teach the Department of

8  Medicine, the Department of Derm, derm residents.

9  I do studies, clinical trials.

10            I would say that covers it.

11     Q      How many patients on average do you

12 treat a week approximately?

13     A      At least 70.

14     Q      At least 70 patients?

15     A      Mm-hmm.  Yes.  Sorry.

16     Q      And what specific -- and is it fair to

17 say that you focus on non-Hodgkin lymphoma as a

18 disease of interest for most of those patients?

19     A      They all have non-Hodgkin lymphoma.  I

20 don't do anything else.

21     Q      I'm sorry.  So you exclusively study and

22 treat non-Hodgkin lymphoma, correct?

23     A      Correct.

24     Q      Okay.  And you are board certified,

25 that's right?

Lauren C. Pinter-Brown, M.D.

1      A    Yes.  I'm triple board certified.

2      Q    Okay.  And how long have you been triple

3    board -- board certified, Doc?

4      A    The first set of boards I think was

5    1986.  Well, first set of boards was internal

6    medicine, that was '83-ish.  And then hematology

7    and oncology, like '86 and '87.

8      Q    And, Doc, it says you were the director

9    of the lymphoma program down here at UCLA.  What

10   does that mean to be the director of the lymphoma

11   program?

12     A    Well, at the time that I started there,

13   basically there wasn't a program.  So it meant

14   that -- setting up a whole clinical trials

15   portfolio; getting patients to come in; teaching

16   to the community; teaching to community docs.  It

17   really encompassed, you know, all of the three

18   things that we do as academicians.  And then

19   finally, hiring other faculty because the program

20   got large.

21     Q    Is it fair to say that during your long

22   and illustrious career, you've learned to --

23   you've picked up certain skills along the way?

24   Fair to say?

25     A    I hope so.

Lauren C. Pinter-Brown, M.D.

```
 1        Q    Yeah, and one of those skills is the

 2   ability to interpret things like epidemiological

 3   studies?

 4        A    Yes.

 5             MS. ROSS:  Object to form.

 6   BY MR. ESFANDIARY:

 7        Q    Does it include the ability to interpret

 8   genotoxicity data?

 9             MS. ROSS:  Object to form.

10             THE WITNESS:  Yes.

11   BY MR. ESFANDIARY:

12        Q    And do you also confer and collaborate

13   with colleagues who do hold themselves out as

14   experts in those fields?

15        A    Yes, of course.

16        Q    Okay.  And, Doctor, do you regularly --

17   are you regularly involved in the actual conduct

18   of clinical trials for the development of cancer

19   drugs?

20        A    I am.

21        Q    Okay.  And approximately how many

22   clinical trials have you been involved with over

23   the years?

24        A    Oh, my God.

25        Q    An estimate.  So don't guess.  Give me
```

Lauren C. Pinter-Brown, M.D.

1    an estimate.

2        A    Maybe 50.

3        Q    Fifty.  All right.  Do you remember

4    reading Dr. Bellows' expert report that was served

5    in this matter?

6        A    I did.

7        Q    How many clinical -- clinical trials has

8    she done, Doctor?

9            MS. ROSS:  Object to form.

10           THE WITNESS:  There were a few.

11   BY MR. ESFANDIARY:

12       Q    All right.  Now, going -- revisiting

13   some of the areas that Ms. Ross covered with you

14   earlier -- oh, before I do that, however, how do

15   you actually go about assessing studies such as

16   the ones that we've been discussing today when you

17   review them?

18           MS. ROSS:  Object to the form of the

19   question.

20           THE WITNESS:  Well, I would formulate a

21   question in my mind.  I would search for studies

22   that might answer the question.  Then I would read

23   the abstract to see if they look pertinent.  And

24   if they're pertinent, I would spend more time on

25   them.

Lauren C. Pinter-Brown, M.D.

```
 1              I would be looking not only at the

 2    authors' conclusions but how they arrived at those

 3    conclusions, what the methodology was, who the --

 4    who the subjects were, trying to arrive at a

 5    conclusion of whether I think the study was

 6    valid -- validly performed.  Whether it truly

 7    answers the question that was posed.

 8              And finally, I guess if the authors'

 9    conclusions fit with the data.

10    BY MR. ESFANDIARY:

11         Q    Is it fair to say that in evaluating the

12    scientific evidence in this case, you applied the

13    decades of knowledge and experience that you have

14    picked up during your career as both a treating

15    physician and academic?

16              MS. ROSS:  Object to form.

17              THE WITNESS:  Yes.

18              MS. ROSS:  Leading.

19    BY MR. ESFANDIARY:

20         Q    And, Doctor, in conducting a specific

21    causation assessment in Mr. Johansing's case, did

22    you also review Mr. Johansing's potential exposure

23    to other pesticides given his occupation as a

24    farmer?

25         A    I did.
```

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Lauren C. Pinter-Brown, M.D.

```
 1        Q    And why did you think it was important

 2   to review Mr. Johansing's exposure to other

 3   pesticides, Doc?

 4        A    To make sure there wasn't any other

 5   substantial contributing factor.

 6        Q    And did you determine one way or another

 7   whether other pesticides in addition to Roundup

 8   could have contributed to Mr. Johansing's

 9   lymphoma?

10        A    I felt that they didn't.

11        Q    And why is that, Doctor?

12        A    Because he minimized his exposure by

13   obeying the regulations both that he learned in

14   classes and that are -- you know, that describe

15   how you're supposed to handle certain agents.

16        Q    And let's be clear here.  There's

17   regulations that refer to the personal protective

18   equipment that applicators such as Mr. Johansing

19   are advised to wear or are sometimes required to

20   wear, correct?

21        A    Correct.

22        Q    And was it consistent with your

23   recollection of Mr. Johansing's deposition that he

24   did in fact utilize those precautions and did wear

25   extensive protect -- protection when utilizing
```

Lauren C. Pinter-Brown, M.D.

1    chemicals --

2              MS. ROSS:  Object --

3    BY MR. ESFANDIARY:

4         Q    -- other than Roundup?

5              MS. ROSS:  Object to form.

6              THE WITNESS:  Yes.  He was very clear

7    that when he learned that certain chemicals were

8    toxic and that they required protective equipment,

9    that he wore -- wore exactly what he was told.

10   BY MR. ESFANDIARY:

11        Q    And is it consistent with your

12   recollection that he did not apply the same

13   precautions when using Roundup?

14        A    That's what he said.  Because he

15   perceived it as a safe agent.

16        Q    All right.  And, Doc, do you remember

17   discussing with Monsanto's counsel adjusting or

18   not adjusting for exposure to other pesticides in

19   epidemiological studies?

20        A    Yes.

21        Q    Doc, let's just be very clear, did you

22   look at both adjusted and an adjust -- unadjusted

23   numbers?

24        A    I sure did.

25        Q    Okay.  And why did you look at both?

1          A    Because it provides further information

2     from the data.

3          Q    Did you rely on one more than the other?

4          A    No.

5          Q    Okay.  Is it fair to say that looking at

6     both adjusted and unadjusted numbers gives you a

7     more comprehensive view of the data?

8               MS. ROSS:  Object to form.

9               THE WITNESS:  Yes.

10    BY MR. ESFANDIARY:

11         Q    And in any of the literature that you

12    looked at, did the risk between exposure to

13    Roundup and -- let me scratch that actually.

14              In any of the epidemiological literature

15    that you looked at, did the risk between exposure

16    to Roundup and NHL in any of those cases disappear

17    when adjustment was made for exposure to other

18    pesticides?

19         A    Clarify "disappear" for me.

20         Q    I'm sorry.

21              Did you encounter an instance where

22    adjusting for exposure to other pesticides

23    resulted in the odds or relative risk being null?

24         A    Null is always one or above.

25         Q    All right.  Did you consider the

Lauren C. Pinter-Brown, M.D.

1    shortcomings associated with both adjusted and

2    unadjusted results?

3         A    Yes.

4         Q    And, Doc, do you remember discussing

5    with Monsanto's counsel the interaction between

6    just surfactant in the Roundup formulation and

7    glyphosate?

8         A    Yes.

9         Q    That was very vague --

10        A    Yes.

11        Q    -- vague general terms.

12             Do you remember discussing with

13   Monsanto's counsel the presence of the -- other

14   ingredients in the Roundup product?

15        A    Yes.

16        Q    Okay.  And in reviewing the

17   epidemiological studies in this case, is it your

18   understanding that the people that were exposed to

19   the products in those studies were exposed to

20   commercial glyphosate-based formulations?

21        A    Yes.

22        Q    And that would include the variety that

23   Mr. Johansing was exposed to?

24        A    Yes.

25        Q    And let's be clear, glyphosate-based

Lauren C. Pinter-Brown, M.D.

1  formulations, that's different from just

2  glyphosate, right, Doctor?

3       A    Correct.

4       Q    And, Doctor, why did you think it was

5  important to look at the -- well, first of all,

6  did you look at any genotoxicity data in this

7  case?

8       A    I did.

9       Q    Okay.  Why did you think it was

10  important to look at genotoxicity data?

11       A    Again, so that it -- so that we get some

12  information that these findings that exist in

13  epidemiologic studies are based up -- backed up by

14  biological correlates.

15       Q    Do you have the Zhang study nearby?

16       A    Mmm.  Wouldn't you know.

17       Q    It should be one of the marked exhibits,

18  right?

19       A    Yeah, it might be.

20            MR. ESFANDIARY:  Did you mark Zhang?

21            MS. ROSS:  No, we didn't get that far.

22            MR. ESFANDIARY:  Oh, it -- okay.

23            THE WITNESS:  Let's see what this says.

24  Nope.  Not looking good.

25            MR. ESFANDIARY:  Let's go -- let's go

Lauren C. Pinter-Brown, M.D.

 1   off the record.  I think it's in my office.  I can

 2   get it.

 3            THE WITNESS:  Hang on.  Nope.

 4            MR. ESFANDIARY:  It's not.  Let's go off

 5   the record.

 6            THE VIDEOGRAPHER:  We're going off the

 7   record.  The time is approximately 5:04 p.m.

 8            (Pause in the proceeding.)

 9            THE VIDEOGRAPHER:  We are now back on

10   the record.  The time is approximately 5:08 p.m.

11   BY MR. ESFANDIARY:

12        Q    Hey, Doc, do you remember talking with

13   Monsanto's counsel about -- well, actually

14   specifically, do you recall when Monsanto's

15   counsel asked you whether you could recall off the

16   top of your head whether you had seen any studies

17   discussing any way Roundup's effect on the immune

18   system?  Do you remember that?

19        A    Yes.

20        Q    Okay.  And you told Monsanto's counsel

21   that you would think about it and potentially get

22   back to her on that?

23        A    Yes.

24        Q    All right.  Well, let's get back to her

25   on that.  If you -- have you heard of the Zhang

Lauren C. Pinter-Brown, M.D.

1   study, Doctor?

2       A    I sure have.

3       Q    All right.  And I'm not going to get

4   into the weeds of the Zhang study because, in all

5   fairness, it didn't really come up today.

6            But I'm just going to hand you -- I'm

7   going to mark it as an exhibit.

8            MR. ESFANDIARY:  Where's the stickies

9   at?  Thank you, Emma.

10           MS. ROSS:  Any time.

11           (Exhibit No. 14 was marked for

12           identification.)

13           MR. ESFANDIARY:  So Exhibit 14, really?

14   All right.

15           Thank you, Leslie.

16   BY MR. ESFANDIARY:

17       Q    All right.  Hey, Doc, take a look at

18   page 2 or 3 of the Zhang study, and why don't you

19   read out Section 8.1.

20       A    All right.  This requires removal of the

21   glasses.

22           It's titled "Immunosuppression/

23   Inflammation."

24           You want me to read the whole thing?

25       Q    Just -- I mean it's like, what, like two

Lauren C. Pinter-Brown, M.D.

1    sentences?

2         A    Okay.  "Strongest factors known to

3    increase non-Hodgkin lymphoma risk are congenital

4    and acquired states of immune suppression" --

5              THE REPORTER:  Excuse me, Doctor.

6              THE WITNESS:  Uh-oh.  I can't do it

7    fast, huh?  Okay.

8              "The strongest factors known to increase

9    NHL risk are congenital and acquired states of

10   immune suppression.  Several studies suggest that

11   glyphosate alters the gut microbiome and cytokine

12   interferon gamma and IL-2 production.  These

13   changes can impact the immune system" -- hang

14   on -- "promote chronic inflammation and contribute

15   to susceptibility of invading pathogens such as

16   H. pylori."

17   BY MR. ESFANDIARY:

18        Q    Doctor, does that help refresh your

19   recollection?

20        A    Yes.  That's why I read it.  Thank you

21   for redeeming me.

22        Q    No, that's fine.

23             All right.  Doc, can you tell what

24   caused a person's cancer by looking at the tumor

25   in the path report?

Lauren C. Pinter-Brown, M.D.

```
 1        A    No.

 2        Q    Have you ever heard any of your

 3   colleagues say that you can determine the cause of

 4   someone's cancer by looking at their tumor --

 5        A    No.  I actually asked some of them.

 6        Q    Oh, yeah?

 7        A    Yeah.

 8        Q    Tell us, what did they say?

 9        A    I asked the lung specialist because, you

10   know, the clear association between cigarettes and

11   lung cancer, and he said, At this time we can't

12   tell.

13        Q    All right.  Now, Doctor, counsel for

14   Monsanto walked you through this little study by

15   Boffetta on "Occupation and the risk of

16   non-Hodgkin lymphoma."

17             Do you remember that one?

18        A    Yes.

19             MS. ROSS:  Object to the form.

20   BY MR. ESFANDIARY:

21        Q    Okay.  If you pull that up, please.  I

22   don't know what exhibit number it is.  It's got a

23   blue ribbon on the top.  That's the one.

24        A    Yep.

25        Q    Yeah.  And she specifically took you to
```

Lauren C. Pinter-Brown, M.D.

1    Table number 1 with it says:  "Dealing with

2    livestock as an occupation has a 1.31 relative

3    risk for NHL."

4              Do you see that, Doctor?

5         A    Yes.

6         Q    All right.  And do you recall your

7    testimony in response that obviously you had not

8    read this paper and that you would need time to

9    read it, and it would be inappropriate to look at

10   one paper in isolation?

11             Do you recall that?

12        A    Correct.

13             MS. ROSS:  Object to the form of the

14   question.

15   BY MR. ESFANDIARY:

16        Q    Okay.  Now, Doctor, I would just like to

17   take you -- counsel for Monsanto didn't read you

18   this part.  Turn to page 371.

19        A    Okay.

20        Q    Do you see the Discussion section?

21        A    I'm looking in the Discussion section.

22        Q    All right.  If you look at the paragraph

23   to the top far right.

24        A    Top far right.  Okay.

25        Q    Okay.  If you look down a few sentences,

Lauren C. Pinter-Brown, M.D.

1    it says:  "Despite these methodologic problems,

2    however, these results suggest that it is unlikely

3    that occupation represents a major risk factor for

4    NHL in most populations."

5            Do you see that, Doctor?

6        A    Yes, I do.

7        Q    And that sentence there, is that related

8    back to what you were talking about in the sense

9    that you need to look at more than one study to

10   determine whether, for example, in this case

11   occupation is related to NHL?

12           MS. ROSS:  Object to the form.

13           THE WITNESS:  Yes.  Also there would be

14   other factors related to somebody's occupation

15   that -- that might allow them to be exposed to

16   something entirely different.

17   BY MR. ESFANDIARY:

18       Q    And Monsanto's counsel didn't show you

19   that, did -- did she?

20       A    No.

21       Q    All right.  Doctor, the Leon study,

22   let's briefly chat about that, and then after that

23   I've got one more question.

24       A    Do we have that?

25       Q    Yeah, it should be there knocking about.

Lauren C. Pinter-Brown, M.D.

1    It's a pretty thick study.  That's McDuffie.

2         A    Not this -- nope.  Here we go again.

3              Let's try it again.

4         Q    Doctor, you haven't lost an exhibit on

5    us, have you?

6         A    I don't know.  Not willingly or -- boy,

7    I don't know where it is, unless it's under here.

8    Are you sure I have it?

9         Q    Well, if it was marked as an exhibit,

10   you should.

11        A    Okay.  Let's keep looking.

12             MR. ESFANDIARY:  You marked Leon, right?

13             MS. ROSS:  I did.

14             THE WITNESS:  Okay.  It's not this.

15   This reminds me of being at home trying to find

16   something.  It's very uncomfortable.

17             Okay.  Let's see.  Pahwa.  Andreotti.

18   Cerhan.

19             MR. ESFANDIARY:  We can put this thing

20   away.

21             THE WITNESS:  Boy, I really don't see

22   it.  Unless -- wait, wait, wait.  Yes, I got it.

23   BY MR. ESFANDIARY:

24        Q    There you go.

25        A    Okay.

Lauren C. Pinter-Brown, M.D.

1        Q    All right.

2        A    Back to business.

3        Q    Now, Doctor, is it fair to say that the

4   results for overall NHL as reported out of Leon

5   were negative?

6        A    Correct.

7        Q    All right.  Let's actually -- let's --

8   let's look at that in a little bit more detail,

9   however.  If you turn to page 11.

10       A    Okay.

11       Q    And, Doc, it says at the bottom here

12  under "Glyphosate" -- do you see that?

13       A    Yes.

14       Q    It says:  "We did not observe an

15  association between risk of NHL overall and ever

16  use of glyphosate, a broad spectrum herbicide used

17  in agricultural and other settings.  There was,

18  however, evidence of heterogeneity of effects

19  among the cohorts."

20            Do you see that, Doctor?

21       A    Yes.

22       Q    Doc, what is heterogeneity?

23       A    It means that you really shouldn't be

24  lumping the studies together because they're too

25  dissimilar.

Lauren C. Pinter-Brown, M.D.

1      Q     And if you look at the next sentence, it

2    says:   "Glyphosate was associated with an elevated

3    mHR for DLBCL, and for DLBCL, there was no

4    evidence of heterogeneity of effects among the

5    three cohorts."

6            Do you see that, Doctor?

7      A     Yes.

8      Q     All right.  Doctor, would you say that,

9    given there was no heterogeneity among the DLBCL

10   results that were positive, that that's a more

11   reliable result to look at in this study?

12     A     Yes.

13           MS. ROSS:  Object to the form of the

14   question.  Leading.

15           THE WITNESS:  It's more -- it's a more

16   appropriate analysis.

17   BY MR. ESFANDIARY:

18     Q     Okay.  And just so the record is clear,

19   the DLBCL results in Leon, they were elevated,

20   right, Doctor, for glyphosate?

21     A     I believe so.  I'm looking for them.

22     Q     Here, right here, if you turn to page 8.

23   There's a little column to the far right.

24     A     Yes.

25     Q     It's got diffuse large B-cell lymphoma.

Lauren C. Pinter-Brown, M.D.

1        A     Yeah.

2        Q     And it's 1.36, right, Doctor?

3        A     Hang on.  At this time of night we need

4    a little assistance.  1.36.

5        Q     And that's statistically significant,

6    right, Doc?

7        A     Yes.

8        Q     All right.  And to be fair, Monsanto's

9    counsel didn't show you that paragraph about the

10   heterogeneity of results, did she?

11       A     No.

12             MS. ROSS:  Object to form.

13   BY MR. ESFANDIARY:

14       Q     All right, Doctor, let's clear up some

15   confusion here.

16             I know that by the time you got to

17   Pahwa, it was already pretty late in the day.  So

18   let's turn to Pahwa very briefly.  I'm not going

19   to linger on it.  The evidence, you know, speaks

20   for itself.

21             Let's look at Table 4.

22             MS. ROSS:  Object to the form of the

23   question.

24   BY MR. ESFANDIARY:

25       Q     And, Doctor, in fact, we all make

Lauren C. Pinter-Brown, M.D.

1    mistakes.

2            When counsel for Monsanto took you to

3    Table 4 and she asked you whether you could see

4    any statistically significant result in Table 4

5    that was adjusted for the pesticides, and in all

6    fairness, you answered no, Doctor.  Do you

7    remember that?

8        A    Yes.

9        Q    All right.  If you take a look at

10   Table 4, you look at the greater than two days per

11   year metric for DLBCL.

12       A    Yes.

13       Q    All right.  And then you look at the

14   column, the odds ratio that was adjusted for

15   dicamba, 2,4-D and malathion.  Do you see that

16   one?

17       A    Correct.

18       Q    All right, Doctor, what's that number

19   right there?

20       A    2.14.

21       Q    Okay.  And is that statistically

22   significant?

23       A    It is.

24       Q    So, Doctor, we have a statistically

25   significant doubling of the risk of diffuse large

Lauren C. Pinter-Brown, M.D.

1    B-cell lymphoma after more than two days per year

2    of handling glyphosate, correct, Doctor?

3              MS. ROSS:  Object to the form of the

4    question.

5              THE WITNESS:  Correct.

6    BY MR. ESFANDIARY:

7        Q    All right.  She didn't show you that

8    one, did she?

9        A    No.

10       Q    All right.  And more generally, Doctor,

11   Knapp -- not Knapp -- Pahwa in his published form

12   does look at the risk of developing non-Hodgkin

13   lymphoma based on the frequency of use or

14   exposure, correct?

15       A    Yes.

16       Q    All right.  And -- well, let's see what

17   the authors tell us about this.

18              It says right here -- I mean, you can

19   make it easier and go to the abstract and look at

20   the results.

21              After adjustment for other pesticides,

22   the OR for NHL overall with ever use was 1.13,

23   right?

24       A    Yes.

25       Q    With a statistically significant

Lauren C. Pinter-Brown, M.D.

1    association for handling glyphosate more than two

2    days per year.  Do you see that, Doctor?

3         A    Yes.

4         Q    Why is it significant that there is a

5    higher incidence of risk with increased frequency

6    of exposure, Doctor?

7              MS. ROSS:  Object to the form of the

8    question.

9              THE WITNESS:  Because that's what you

10   would suppose biologically.

11   BY MR. ESFANDIARY:

12        Q    And is it fair to say that Mr. Johansing

13   sure as heck handled glyphosate more than two days

14   a year?

15        A    Oh, yes, he did.

16        Q    All right.  Do you recall when

17   Mr. Johansing first started spraying Roundup?

18        A    I want to say right when it just came

19   out.

20        Q    Yeah, it was like 1975?

21        A    Something like that.

22        Q    All right.  And is it fair to say, based

23   on your review of the data, that the risk for

24   developing NHL and specifically some of the

25   subtypes increase as individuals in these cases

Lauren C. Pinter-Brown, M.D.

1    are exposed to more amounts of Roundup?

2             MS. ROSS:  Object to the form.

3    BY MR. ESFANDIARY:

4        Q    Or larger amounts of Roundup?

5        A    Define "amounts."

6        Q    Sure.  For example, if you look at the

7    Pahwa results, the risk for individuals exposed to

8    more than two days per year, that's higher than

9    the individuals exposed just when you look at the

10   ever/never metric, correct?

11       A    Well, it's a different measurement,

12   ever/never, right?  Ever/never means could be

13   once, could be a katrillion times ever.

14            This is more specific looking at a

15   metric of how many days per year as a -- as a

16   measure of intensity of exposure.

17       Q    Right.  And if we look at the other

18   metrics for frequency of exposure, they give us --

19   let's see.

20            They give us the NHL overall results for

21   lifetime number of years -- number of years of use

22   as well, correct, as well as days on Table 5?

23            MS. ROSS:  Object to the form of the

24   question.

25            THE WITNESS:  Uh, well --

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

Lauren C. Pinter-Brown, M.D.

1    BY MR. ESFANDIARY:

2        Q    It says "Lifetime days of glyphosate

3    use."

4        A    Yeah, it's number of years times days

5    per year handled.

6        Q    Right.  And for someone who used it more

7    than 3.5 years, there is an elevated risk as well,

8    correct?

9            MS. ROSS:  Object to the form of the

10   question, misstates the document.

11           THE WITNESS:  Hang on.  I'm looking.

12   Yes.

13   BY MR. ESFANDIARY:

14       Q    All right.  And, Doctor, now, you -- did

15   you consider both statistically significant and

16   nonstatistically significant results?

17       A    I did.

18       Q    Okay.  Why is that?

19       A    Because of what we've talked about

20   before, that when -- particularly when you adjust

21   for other pesticides, you likely lose so many data

22   points that you can no longer reach statistical

23   significance.  However, the numbers continue to be

24   greater than 1.0.

25       Q    So, just so the record is clear, in the

Lauren C. Pinter-Brown, M.D.

1    Roundup evidence -- well, let's -- the data that

2    we have in epidemiological studies in Roundup, do

3    they show that there is a consistently persistent

4    risk regardless of whether the data is

5    statistically significant or not?

6         A    Yes.

7              MS. ROSS:  Object to the form of the

8    question.

9              THE WITNESS:  Mostly they do, yes.

10   BY MR. ESFANDIARY:

11        Q    Would you ever look at statistical

12   significance on its own in assessing causation,

13   Doctor?

14        A    Not if I'm provided with other

15   additional information.  I would want to look at

16   all the information to understand why the results

17   are what they are.

18        Q    Doctor, is it scientifically valid to

19   reach conclusions regarding causation by focusing

20   on the merits or demerits of just one study?

21        A    No.

22        Q    Okay.  Is it important to look at the

23   data in its totality?

24        A    Absolutely.

25        Q    And is that what you did here?

Lauren C. Pinter-Brown, M.D.

1        A     Yes.  I tried.

2        Q     And there's a lot of data, right?

3        A     There is a lot.

4              MR. ESFANDIARY:  And, Doc, I actually

5    don't think there's anything else, unless you want

6    to talk about something.

7              THE WITNESS:  I don't think so.

8              MS. ROSS:  Let's go off the record for a

9    moment.

10              MR. ESFANDIARY:  Yeah, sure.

11              THE VIDEOGRAPHER:  We're going off the

12    record.  The time is approximately 5:23 p.m.

13                  (Pause in the proceeding.)

14              THE VIDEOGRAPHER:  We are back on the

15    record.  The time is approximately 5:25 p.m.

16                  FURTHER EXAMINATION

17    BY MS. ROSS:

18        Q     Dr. Pinter-Brown, you were asked some

19    questions by your counsel about the results for

20    DLBCL in Leon 2019 --

21        A     Yes.

22        Q     -- and Pahwa 2019.

23              Do you recall that?

24        A     Yes.  Yes.

25        Q     Did Mr. Johansing have DLBCL?

Lauren C. Pinter-Brown, M.D.

1       A    No.

2       Q    You were also asked some questions about

3    the Zhang 2019 study, right?

4       A    Yes.

5       Q    And your counsel marked that as an

6    exhibit, correct?

7       A    Yes.

8       Q    Zhang 2019 is a meta-analysis, right?

9       A    Right.

10       Q    A meta-analysis contains no new or

11    unique data.  True?

12       A    Correct -- well, no.  It has -- it uses

13    no new data to -- to evaluate, but it has

14    different -- it -- it results in different data.

15       Q    Zhang 2019 as a meta-analysis reports

16    different meta relative risks than other studies,

17    right?

18            MR. ESFANDIARY:  Objection.  It's beyond

19    the scope of my questioning.  I just asked about

20    one sentence in the bloody study.

21            THE WITNESS:  There's a table in Zhang

22    that looks at the other meta-analysis, if that's

23    what you're getting.

24            What I was trying to say is a

25    meta-analysis produces different data than looking

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

Lauren C. Pinter-Brown, M.D.

1    at individual studies.  That's why people do a

2    meta-analysis.

3    BY MS. ROSS:

4         Q    Right.  It's a reanalysis of other

5    people's data, correct?

6         A    Right.

7         Q    What endpoint did Zhang look at?

8         A    Well, let's pull out Zhang and look.

9              Where is old Zhang?  Here we go again.

10   Not, not, not, not.  Oh, here we go again.  Let's

11   see.  I think it looks like -- where did it go

12   now?

13        Q    I think it's right here.

14        A    Oh, it's a trick.

15        Q    Not on purpose, for the record.

16        A    What endpoint?

17        Q    Let me reask the question a little more

18   specifically, okay?

19        A    Yep.

20        Q    Zhang 2019 looked at NHL overall,

21   correct?

22        A    Yes.

23        Q    Zhang 2019 did not look at any analysis

24   of any subtype of NHL, correct?

25        A    That's correct.

Lauren C. Pinter-Brown, M.D.

1    Q    Zhang 2019 does not include the data

2  from Leon 2019, which was published after,

3  correct?

4    A    It has part of it.

5    Q    But my statement is correct that Zhang

6  2019 does not include all of the 1,131 cases of

7  non-Hodgkin lymphoma in Leon 2019, correct?

8    A    Correct, it doesn't include all of them.

9    Q    Zhang 2019 does not have all of the

10  113 cases of non-Hodgkin lymphoma in Pahwa 2019,

11  correct?

12   A    That remains to be seen.

13   Q    When Zhang and the authors there say

14  that they conducted multiple sensitivity analyses,

15  I want to be clear on something, you are not

16  offering an opinion on which studies should be

17  included or excluded from a meta-analysis of

18  glyphosate, correct?

19   A    No, but they did discuss that question

20  in their paper, as I remember.

21   Q    You are not offering an opinion on which

22  studies should be included or excluded, true?

23   A    Correct, I'm not doing -- performing a

24  meta-analysis.

25   Q    You are not offering an opinion on

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Lauren C. Pinter-Brown, M.D.

1    whether the Zhang authors' methodology for

2    choosing which studies to include or exclude was

3    reliable, correct?

4         A     Actually, it made a lot of sense, and I

5    did read that section.  And I know that's

6    something that you do when you do meta-analysis is

7    to determine homogeneity; otherwise, if the data

8    is heterogeneous, you shouldn't be doing the

9    meta-analysis.

10        Q     The Zhang authors state that they used

11   adjusted data where possible, correct?

12        A     I don't know.  I'd have to look at that.

13        Q     Is it fair to say you're not offering an

14   opinion on whether the Zhang authors' methodology

15   for choosing adjusted versus unadjusted data was

16   accurate?

17             MR. ESFANDIARY:  Objection.  The

18   sentence -- the question doesn't make any sense.

19             THE WITNESS:  And accurate doesn't -- I

20   don't understand that.

21   BY MS. ROSS:

22        Q     Are you offering an opinion on whether

23   the Zhang authors' methodology for choosing

24   adjusted versus unadjusted data was reliable?

25        A     I don't like "reliable" either.

Lauren C. Pinter-Brown, M.D.

```
 1              Do they -- I don't really mean to help
 2    you.  You answer -- ask the question the way you
 3    want.
 4         Q    When you say you don't like "reliable,"
 5    what word should we use instead?
 6         A    Did they explain their methodology?
 7    Does it make sense?  Absolutely.
 8         Q    With respect to choosing adjusted values
 9    over unadjusted values when they're available, you
10    don't have a criticism of the authors' choice to
11    do that, correct?
12         A    You don't -- I thought it was an
13    extremely well-written article.
14         Q    You are not offering an opinion on
15    whether the Zhang authors' results would be
16    different if they had included the most updated
17    data from Leon, correct?
18         A    Right, someone would have to perform
19    that meta-analysis.
20              MS. ROSS:  That's all I have, Doctor.
21              (Attorneys conferring.)
22              THE VIDEOGRAPHER:  I need to read off
23    the -- this concludes the video deposition of
24    Dr. Lauren Pinter-Brown.  The time is
25    approximately 5:30 p.m.
```

Lauren C. Pinter-Brown, M.D.

```
 1              We are off the record.

 2              (Whereupon, the deposition of

 3              LAUREN C. PINTER-BROWN, M.D.

 4              was concluded at 5:30 p.m.)

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Lauren C. Pinter-Brown, M.D.

1        CERTIFICATE OF CERTIFIED SHORTHAND REPORTER

2        The undersigned Certified Shorthand Reporter

3    does hereby certify:

4        That the foregoing proceeding was taken before

5    me at the time and place therein set forth, at

6    which time the witness was duly sworn; That the

7    testimony of the witness and all objections made

8    at the time of the examination were recorded

9    stenographically by me and were thereafter

10   transcribed, said transcript being a true and

11   correct copy of my shorthand notes thereof; That

12   the dismantling of the original transcript will

13   void the reporter's certificate.

14       In witness thereof, I have subscribed my name

15   this date:  November 17, 2019.

16

17                    _____

18                    LESLIE A. TODD, CSR, RPR

19                    Certificate No. 5129

20

21   (The foregoing certification of

22   this transcript does not apply to any

23   reproduction of the same by any means,

24   unless under the direct control and/or

25   supervision of the certifying reporter.)

Lauren C. Pinter-Brown, M.D.

1                   INSTRUCTIONS TO WITNESS

2          Please read your deposition over carefully and

3    make any necessary corrections.  You should state

4    the reason in the appropriate space on the errata

5    sheet for any corrections that are made.

6          After doing so, please sign the errata sheet

7    and date it.

8          You are signing same subject to the changes

9    you have noted on the errata sheet, which will be

10   attached to your deposition.  It is imperative

11   that you return the original errata sheet to the

12   deposing attorney within thirty (30) days of

13   receipt of the deposition transcript by you.  If

14   you fail to do so, the deposition transcript may

15   be deemed to be accurate and may be used in court.

16

17

18

19

20

21

22

23

24

25

1                          - - - - - -

2                        E R R A T A

3                          - - - - - -

4     PAGE LINE CHANGE

5     _____ _____ _____

6     REASON: _____

7     _____ _____ _____

8     REASON: _____

9     _____ _____ _____

10    REASON: _____

11    _____ _____ _____

12    REASON: _____

13    _____ _____ _____

14    REASON: _____

15    _____ _____ _____

16    REASON: _____

17    _____ _____ _____

18    REASON: _____

19    _____ _____ _____

20    REASON: _____

21    _____ _____ _____

22    REASON: _____

23    _____ _____ _____

24    REASON: _____

25

Lauren C. Pinter-Brown, M.D.

1                    ACKNOWLEDGMENT OF DEPONENT

2          I,_____, do hereby

3     certify that I have read the foregoing pages, and

4     that the same is a correct transcription of the

5     answers given by me to the questions therein

6     propounded, except for the corrections or changes

7     in form or substance, if any, noted in the

8     attached Errata Sheet.

9

10    _____

11    LAUREN C. PINTER-BROWN, M.D.            DATE

12

13

14    Subscribed and sworn to

15    before me this

16    _____day of_____,20____.

17    My commission expires:_____

18    _____

19    Notary Public

20

21

22

23

24

25