# Exhibit 41

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Master Docket Case No. 3:16-md-2741 |
| | Honorable Vince Chhabria |
| **THIS DOCUMENT RELATES TO:** | |
| Jaime Alvarez Calderon, | Case No. 3:19-cv-01630 |
| v. | |
| Monsanto Company | |

**Expert Report of Charalambos Andreadis, M.D. M.S.C.E**
**In Support of Specific Causation**
**On Behalf of Jaime Alvarez Calderon**

## I. Background

I am an associate professor in medicine at the University of California, San Francisco and a member of the Helen Diller Family Comprehensive Cancer Center. I specialize in the treatment of Hodgkin and non-Hodgkin Lymphoma and stem cell/cellular therapies for patients with blood cancers. I earned my medical degree at Columbia University's College of Physicians and Surgeons, and completed a residency in internal medicine at New York-Presbyterian Hospital and a fellowship in hematology and oncology at the Hospital of the University of Pennsylvania. I earned a master's degree in clinical epidemiology at the University of Pennsylvania, focusing on pharmacogenetics, the study of how genes impact an individual's response to medications. I am currently licensed in the state of California and board certified in medical oncology. I am an active member of the American Society of Clinical Oncology, the American Association of Hematology and the American Association for Cancer research. At UCSF, I am the medical director of the Office of Clinical Research. As an investigator, I have lead several studies on the treatment of blood cancers and participated in national committees on research review and guideline development for patients with these malignancies. A list of my publications is attached. I have not testified as an expert at trial or by deposition in the last 4 years. My compensation schedule for this work is also attached.

## II. Preparation of Opinion

I met Mr. Alvarez on 1/25/2018 as a consultant in his medical care and I have actively managed his treatment at the University of California San Francisco Medical Center (UCSF-MC) in collaboration with his local oncologist since that time. As one of Mr. Alvarez' treating medical providers, I was asked to give a deposition in Mr. Alvarez' case. The deposition took place on July 15, 2019. Following my deposition, Mr. Alvarez' counsel asked if I would be willing to fully investigate and provide an opinion on the specific cause of Mr. Alvarez' Non-Hodgkin Lymphoma (NHL) and I agreed to do so.

Mr. Alvarez' last medical visit with me occurred on 7/16/2019. In the course of his care and in preparation for this opinion, I have reviewed my medical records, Mr. Alvarez' prior NHL related medical records, and the extensive medical records disclosed in Mr. Alvarez' case which were provided to me by his lawyers. These include, but are not limited to, Medical & Surgical History, Family History, Social & Occupational History, Laboratory Studies, Imaging Studies, Pathology Reports, and other medical providers' assessments. I also read Mr. Alvarez' deposition and Plaintiff Fact Sheets, Dr. Umutyan's deposition and Dr. Friedman's deposition. In addition, I have read the general causation reports of the Plaintiff's following experts: Drs. Ritz, Portier, & Weisenberger, and the report prepared by Monsanto's expert, Dr. Goodman.

Below, please find the report of my findings and conclusions.

### III. Medical Assessment
HISTORY OF PRESENT ILLNESS (Non-Hodgkin B-cell Lymphoma: Diffuse Large B-cell Lymphoma and Follicular grade 3a lymphoma)
Mr. Alvarez is a ▮ year old man who first presented in March of 2014 at the age of ▮ years with an enlarging right neck mass over the last month. As part of his workup, a CT scan of the neck was performed on 3/24/2014 at Queen of the Valley Medical Center (QVMC) in Napa that showed a 9 cm long x 6 cm transverse by 7 cm anteroposterior mass in his right neck. Subsequently, a fine needle aspiration on 3/25/18 was non-diagnostic but a core needle biopsy were on 3/28/2014 at QVMC, with accession number 14SQ-732 was consistent with the diagnosis of Diffuse Large B cell Lymphoma (DLBCL). He was subsequently hospitalized at QVMC for an expedited workup and treated and was released on 4/9/14. A bone marrow biopsy was performed as part of staging on 4/3/2014 at QVMC with accession number 14SQ-823A which additionally showed bone marrow involvement by his lymphoma. A sample was submitted to Neogenomics Laboratories on 4/3/2014 for fluorescent in situ hybridization (FISH) testing to identify chromosomal aberrations in this specimen. Neogenomics testing identified two translocations involving the genes BCL2 and BCL6. A flow cytometry analysis was performed on the same day (4/3/2014) at Neogenomics Laboratories on his peripheral blood and this also showed blood involvement by this lymphoma. A cerebrospinal fluid analysis was

performed on 4/4/2014 at QVMC with accession number SQ14-851 that showed no evidence of cerebral involvement by lymphoma. Lastly, a PET/CT staging scan was obtained on 4/4/2014 at Queen of the Valley Imaging and showed extensive involvement by lymphomatous lesions in the neck, chest (mediastinal, axillary, internal mammary nodes), abdomen (mesenteric, retroperitoneal, iliac nodes) and pelvis, as well as a markedly enlarged spleen measuring 15 cm in the craniocaudal dimension.

Mr. Alvarez was thus diagnosed with stage IVs DLBCL (marrow) with BCL2 and BCL6 chromosomal translocations. Mr. Alvarez was treated with combination chemotherapy, R-CHOP and intrathecal prophylaxis with methotrexate. His first cycle of treatment occurred on 4/7/2014. After 4 cycles of R-CHOP, on 6/23/14, he had a repeat PET/CT scan at Queen of the Valley imaging that showed improvement but residual FDG-avid disease and he received an additional 4 cycles of R-CHOP for 8 cycles total. He was given a total of 4 doses of intrathecal methotrexate prophylaxis. A PET/CT on 11/24/2014 at Queen of the Valley Imaging showed improvement in the size and activity of involved sites and a repeat bone marrow biopsy on 12/2/2014 at St Joseph Health with accession number 14SQ-3724 was negative. Mr. Alvarez was therefore classified as having achieved a complete response.

Mr. Alvarez recovered from his treatment and returned to work.  However, sometime in December of 2017 he noted fullness in his Left eye. He presented with a rapidly enlarging tumor in his superior orbit with a shut eye and was hospitalized for an urgent workup at Queen of the Valley on 1/16/18. A brain and orbit MRI done there on 1/17/18 showed normal intracranial tissues but an enhancing mass in the left lacrimal gland and extending to the lateral rectus muscle. A PET/CT was done on the same day 1/17/18, that showed hypermetabolic activity in the orbital region, the left parotid, internal jugular node, retroperitoneal, porta hepatis and iliac regions. A CT guided biopsy of the right illiac node was done on 1/19/18 with accession number 18SQ-197 that was consistent with recurrent DLBCL. A Bone marrow biopsy on the same day (1/19/18) was also suspicious for lymphomatous involvement. He was discharged home on 1/23/18 on prednisone which produced some improvement in his symptoms.

In light of the relapse of Mr. Alvarez' DLBCL, he was referred to me by his local oncologist, Dr. Umutyan. I met Mr. Alvarez for the first time at UCSF on 1/25/18 to evaluate his disease.  Following our visit, he was urgently admitted to UCSF medical center the next day, 1/26/18, for treatment with chemotherapy for his relapsed DLBCL. Specifically, he received a combination chemotherapy treatment with R-DHAOx for 2 cycles.  However, the last cycle (2/16/18) was complicated by a non-ST elevation myocardial infarction (NSTEMI) resulting from his chemotherapy treatment. His treatment was temporarily put on hold and he was

3

transferred to CPMC for a coronary artery bypass grafting surgery (CABG) on 3/3/2018. At that time, on 3/2/2018, UCSF hematopathologists completed a review of his most recent biopsies from 1/19/18 and concluded that the lymphoma at the time of relapse was somewhat less biologically aggressive than his original diagnosis and consistent with follicular grade 3a B-cell non-Hodgkin lymphoma. Following his recovery from surgery, a PET/CT performed at Queen of the Valley Imaging on 3/27/18 showed a complete response. The patient returned to his local oncologist on 4/3/2018 and started therapy with 4 cycles of R-Bendamustine on 4/10/2018. A repeat PET/CT scan at Queen of the Valley on 6/26/18 showed sustained complete response.

Unfortunately, Mr. Alvarez noted a lump in his left neck a few months later, sometime in September of 2018, and a PET/CT scan performed at Queen of the Valley Imaging on 10/3/2018 showed enlarged abnormal nodes in the left intraparotid and cervical regions as well as abnormal uptake in his transverse colon. He underwent a colonoscopy on 11/3/2018 at Queen of the Valley with a biopsy of the affected area that showed no involvement by lymphoma. He then underwent a fine needle aspiration at UCSF on 12/11/2018 with accession number C18-23167 that was diagnostic of relapsed lymphoma. He subsequently underwent an excisional left neck biopsy on 1/24/2019 at UCSF with accession number S19-2257 that showed recurrent aggressive lymphoma consistent with DLBCL, positive for BCL2 and BCL6 chromosomal rearrangements. As Mr. Alvarez was in his 2nd relapse at that time, he was a candidate for treatment with chimeric antigen receptor T cells redirected to the CD19 antigen (Axi-cel CART19). He underwent peripheral blood cell collection (apheresis) on 4/5/2019 and treatment with flu/cy chemotherapy on 5/1 to 5/3/2019 followed by Axi-cel infusion on 5/6/2019. His course was complicated by grade 2 out of 4 cytokine release syndrome and left orbital cellulitis and he was discharged from UCSF Medical Center on 5/15/2019. A PET/CT scan performed on 6/18/2019 at Queen of the Valley Imaging, showed a complete response.

RELEVANT FAMILY HISTORY

PAST MEDICAL & SURGICAL HISTORY

SOCIAL HISTORY

4



## SPECIFIC EXPOSURE HISTORY

Mr. Alvarez has worked as a landscaper for Sutter Home Winery's various Napa properties since 1986. His duties there included: pruning and trimming trees and bushes, planting trees and flowers, mowing the lawns, fixing sprinklers and watering lawns and plants, spraying Roundup® to kill weeds on and around Sutter Home's scores of acres of Napa properties, and spraying a soap-based pesticide on roses and other plants.

He specifically used Roundup® Pro-Concentrate from 1986 to 2017. He would spray every 2 days for approximately four hours a day during the spring months and less frequently in the summer and fall months. Use was considerably less during the winter months. He sprayed Roundup® around buildings and along the acres of fence lines surrounding Sutter Home's properties using a three gallon backpack sprayer with a wand that could adjust output from a mist to fine spray.  When in the mist setting and in windy conditions, the process would result in Mr. Alvarez getting spray on himself. He also would get liquid on himself when mixing the concentrate with water to fill up the backpack sprayer.  On at least a couple of occasions, the backpack sprayer leaked and drenched his entire back side and clothing in Roundup®, which soaked through to his skin. Additionally, Mr. Alvarez used Rodeo Aquatic Herbicide a couple of times in 1986 using a hand sprayer.

## CURRENT MEDICATIONS

## ALLERGIES

## PHYSICAL EXAM (performed 7/16/2019)

5



## IV. General Characterization of Diffuse Large B-Cell Lymphoma (DLBCL) and Follicular Lymphoma.

DLBCL is the most common type of non-Hodgkin Lymphoma in American adults accounting for ~40% of cases of all lymphomas. It has an annual incidence of approximately 5.6 new diagnoses per 100,000 men/women. The number of patients dying from DLBCL per year approaches 1.8 per 100,000 men/women. (SEER 13 Cancer statistics) The median age of developing DLBCL in US adults is 66 years.

Non-Hodgkin Lymphomas comprise a type of cancer that arises from the body's own B-lymphocytes. These are immune cells that process toxins, foreign organisms and abnormal body cells and are designed to generate an immune reaction in order to eliminate them. In the process of an immune reaction, their DNA is susceptible to chromosomal alterations and mutations, more so than in other cells of our body. Teleologically, this serves to generate more effective immune cells that can eliminate new and emerging pathogens. However, if these DNA alterations happen on unintended regions of their DNA, the B- lymphocytes can become cancerous. They can gradually accumulate in the lymph nodes, spleen and other lymphoid and non-lymphoid organs causing cancer (lymphoma). Lymphomas have been described with a wide range of chromosomal abnormalities. Genetic testing in Mr. Alvarez' case suggested that his lymphoma had chromosomal aberrations affecting the genes BCL2 and BCL6. These alterations are observed in less than 2% of all cases of DLBCL.

Once lymphoma appears, patients can suffer from 1) direct impingement of their enlarged nodes on neighboring tissues and compromise of essential organs by this disease, 2) systemic symptoms (fevers, night sweats, weight loss) as a result of hormones being released in the bloodstream from the cancer cells, and 3) weakness and functional decline from the energy requirements of the tumor on the patient's heart and lungs. A type of lymphoma called follicular lymphoma is a slow-growing, indolent type of cancer that takes months to years to manifest and can be treated into remission with a variety of regimens but often recurs. It is not considered curable.

6

On the other hand, DLBCL represents a more aggressive lymphoma that may sometimes coexist with follicular lymphoma as in this case. It is usually harder to treat as it requires higher intensity regimens but is considered curable with appropriate treatment. In our case, Mr. Alvarez suffered from both kinds of lymphoma, with the DLBCL requiring the more aggressive treatment. Without quick identification and urgent proper treatment for DLBCL, the affected individuals can die from their disease within weeks to months of their diagnosis.

Surgery is not a curative approach for lymphoma as the disease is usually widespread. Radiation therapy only works for selected patients and largely as a palliative modality. The combination chemotherapy consisting of cyclophosphamide, doxorubicin, vincristine and prednisone, with addition of rituximab (R-CHOP) represents the current standard of care for DLBCL. Patients have to undergo at least 6 cycles of therapy to obtain the best chance of curing DLBCL. This regimen is expected to cure 65-75% of patients diagnosed with DLBCL. If patients do not respond to this therapy or if they respond initially but then relapse, they can be still curable with more intensive approaches. These traditionally include a second line (often called salvage) chemotherapy regimen such as R-DHAOx which is usually associated with more significant side effects than R-CHOP. For responding patients, a stem cell transplant from the patient's own bone marrow progenitor cells may be curative but it only works for about 20-30% of patients who relapse. A newer approach that was available for our patient, CART19, involves retraining of the patient's own immune cells (T lymphocytes) to recognize and attack the lymphoma cells like they would a foreign pathogen. This approach can cure about 30-40% of patients who progress after 2 prior lines of therapy.  This approach is associated with significant acute toxicity, requiring hospitalization and close monitoring for 1-4 weeks.

### V. Analysis of Patient's Risk for Developing Lymphoma

There are numerous environmental factors, exposures to industrial, military, agricultural and household chemical agents, exposure to ionizing radiation, viral infections, immunodeficiency states and autoimmune (rheumatologic) conditions that are known to increase the individual's risk of developing lymphomas, including DLBCL.

I thoroughly and carefully reviewed Mr. Alvarez' records which served as the basis of my assessment below.

> 1. Family history can definitely be associated with the occurrence of certain cancers. ███████████████████████████████████████████

7



3. Mr. Alvarez was not exposed to any identifiable carcinogens or other risk factors (i.e. ionizing radiation) while growing up, to suspect contribution to the risk of non-Hodgkin lymphoma.



6. Mr. Alvarez had a very significant exposure to Roundup® an agricultural herbicide that is based on glyphosate. His use of Roundup® was both, intensive (large quantities), frequent, and prolonged (~31 years). Based on available evidence summarized below, glyphosate exposure is associated with chromosomal aberrations in human lymphocytes at blood levels attainable in exposed individuals. Mr. Alvarez' lymphoma has genetic abnormalities identified in less than 2% of individuals with this type of lymphoma (DLBCL). Moreover, robust epidemiological studies show an association between glyphosate exposure in the occupational setting and the risk of developing non-Hodgkin lymphoma, with an observed dose-response relationship.

It is my conclusion that Mr. Alvarez' exposure to Roundup® is not only sufficient, but exceeds the exposure that is reported to either cause and significantly increase one's risk of developing non-Hodgkin lymphoma. Moreover, I did not identify a single additional or alternative known risk factor that could be reasonably considered to be contributory to causing or accelerating his lymphoma diagnosis.

## VI. Discussion of Mr. Alvarez' Lymphoma Causation

Mr. Alvarez' lymphoma has known chromosomal abnormalities identified in less than 2% of individuals with this type of lymphoma (DLBCL). There are several genotoxicity studies that support a causative association between glyphosate and chromosomal aberrations, including micronuclei formation, in exposed animal and human tissues, including human lymphocytes. A review by Kier & Kirkland in 2013 summarized earlier studies and although it concluded that glyphosate and typical GBFs do not appear to present significant genotoxic risk in several studies, it qualified this for exposure "under normal conditions." Specifically, mixed results were observed for micronucleus assays of GBFs in non-mammalian systems. Furthermore, the study concludes that DNA damage occurs via a different mechanism at high levels of exposure, not termed genotoxicity per se but rather "cytotoxicity." Aris and Leblanc (2011) suggest that in subjects who were indirectly exposed to this substance, glyphosate was found in blood at concentrations of $0.074 \pm 0.028$ μg/mL. In a study examining the effect of glyphosate at concentrations that were observed in humans (from 0.0125 to 0.5 μg/mL) on ex vivo human lymphocytes, Santovito et al (2018) concluded that glyphosate significantly increased the chromosomal aberrations and micronuclei levels in human lymphocytes at the ADI concentration of 0.500 μg/mL established by EFSA and at its submultiple concentrations, up to 0.025 μg/mL. The frequency of nucleoplasmic bridges was found to increase with increasing glyphosate concentrations, although a statistical significance was found only at the higher glyphosate concentration. However, a linear regression analysis indicated a possible effect of the compound inducing this kind of damage, which is consistent with the increased dicentric frequency observed in the chromosomal aberration test. It should be noted that this study as well as many others examined a one time exposure to glyphosate in an in vitro system and found significant levels of DNA damage. I believe that repeated, chronic administration of this compound even at lower quantities will have at least a similar if not a more pronounced effect.

Looking directly in human subjects, Bolognesi et al. (2009) studied community residents from five regions in Colombia. In three regions with exposures to glyphosate-based formulations from aerial spraying, blood samples were taken from the same individuals at three time-points to determine the frequency of micronucleus formation in lymphocytes. The baseline frequency of binucleated cells with micronuclei was significantly higher in subjects from the three regions where there had been aerial spraying with glyphosate-formulations and in a fourth region with pesticide exposure (but not through aerial spraying), compared with a reference region (without use of pesticide). The frequency of micronucleus formation in peripheral blood lymphocytes was significantly increased, compared with baseline levels in the same individuals, after aerial spraying with glyphosate-based formulations in each of the three regions. In subjects from one but not other regions, the frequency of binucleated cells with micronuclei was significantly decreased 4 months after spraying, compared with immediately after spraying.

9

However, a limitation of the study is the inconsistent increase in frequency of micronucleus formation observed immediately after spraying with the rates of application used in the regions, and the lack of association between self-reported direct contact with pesticide sprays and frequency of binucleated cells with micronuclei.

The epidemiological link between exposure to pesticides and lymphoma development has been reported by numerous investigators and is well-recognized by many American and international agencies. A meta analysis by Schinasi and colleagues, included 2928 cases from studies that were performed in the US, Canada, Europe, Australia, and New Zealand (Cantor et al, 1992; Hardell et al, 2002; De Roos et al, 2003; De Roos et al, 2005; Eriksson et al, 2008; Orsi et al, 2009; and Cocco et al, 2013). The study reported an increase in NHL risk with any glyphosale exposure (meta-RR: 1.5, 95% CI 1.1-2.0). Particularly stronger increases were reported for B-cell lymphoma (meta-RR=2.0, 95% CI 1.1 -3.6). Notably, heterogeneity of study results was low, which means that the results across studies were highly consistent. This is important because it suggests that the increases in NHL risk were unlikely to be the result of random fluctuations of estimates across populations. Furthermore, I have observed that several of the case-control studies cited above adjusted for other pesticides as potential confounding factors; whereas some did not. Mr. Alvarez only used one other agent for a very limited period of time.

An often quoted "negative study", the Agricultural Health Study (AHS) (https://aghealth.nih.gov/), which was initially published by DeRoos et al in 2005, found no association between glyphosate use and NHL. The AHS is a prospective study that enrolled commercial pesticide applicators from Iowa and North Carolina in the mid-1990s, and who were followed prospectively with repeated questionnaires. The study was updated in 2018 (Andreotti et al) where it found no association between glyphosate and NHL. This study suffered several critical flaws; mainly, the dropout rate where almost 40% of participants lost to follow up and the fact that the control arm included farmers with known risk factors for NHL, making it rather difficult to show increased risk for the glyphosate arm over the controls.

A meta-analysis recently published by Leon et al (International Journal of epidemiology 2019), the AGRICOH study, included the AHS cohort and further investigated the relationship of ever use of 14 selected pesticide chemical groups and 33 individual active chemical ingredients with non-Hodgkin lymphoid malignancies. This was a pooled analysis of three large agricultural worker cohorts in USA, Norway and France. Pesticide use was derived from self-reported history of crops cultivated combined with crop-exposure matrices (France and Norway) or self-reported lifetime use of active ingredients (USA). The study identified 2430 NHL cases in 316,270 farmers accruing 3,574,815 person-years under risk. The

meta HR for diffuse large B-cell lymphoma and glyphosate was significant at 1.36, 95% CI: 1.00-1.85.

Most of the American cancer centers as well as cancer associations list exposure to pesticides as a known risk factor to developing NHL. For example, the American Cancer Society and Cleveland Clinic identify pesticides as a known risk factor for NHL. The association between exposure to Roundup/glyphosate and risk of NHL development is further supported by the global medical community. In March 2015 the International Agency of Research on Cancer (IARC) classified glyphosate as a probable human carcinogen (class 2A). This was based on thorough and rigorous investigations by independent researchers and investigators in the field. IARC reviews peer-reviewed published literature that includes epidemiologic studies, animal data, and genotoxicity studies. lARC's working group conducted their own meta-analysis using solely the most highly adjusted estimates from the same studies, reported a meta risk-ratio of 1.3 (95% Cl, l.03-1.65), with consistent findings across studies (low heterogeneity). Group 2A (probable) is the highest level of evidence short of a definitive association, which is best established with randomized controlled studies. The results of the IARC investigation were published in Lancet Oncology in May 2015 by Guyton et al.

Two important studies suggested the presence of a dose-response effect. The Swedish study by Eriksson et al which was large (N=9100 cases) and examined cases diagnosed between 1999-2002, allowing for a longer time period to have elapsed between exposure and disease development (glyphosate first came on the market in 1974 ). Erikson reported a twofold increase in NHL risk with glyphosate exposure (OR=2.02, 95% CI  1.10-3.7l). Notably, there was also evidence of a dose-response effect: with> 10 days use the risk was higher (OR=2.36. 95% CI 1.04-5.37) compared to less than l0 days of use (OR= 1.69, 95% Cl 0.70-4.07). This was the only study reviewed which conducted analyses that accounted for latency (> 10 years after use, OR=2.26, 95% Cl 1.16-4.40) and these results are more convincing due to biologic plausibility. In the group in which less than 10 years had elapsed since exposure, the effect estimate was much lower, as would be expected since these exposures are less likely to contribute to disease onset (OR=1.10, 0.24-5.08). Eriksson also stratified by NHL subtype; effect estimates were increased for every NHL subtype and confidence intervals overlapped, meaning that there was evidence for increased risk for alI NHL types: B-cell lymphomas (OR= 1.87. 95% CI 0.998-3.5l ): SLL/CLL (OR=3.35, 95% CI 1.42-7.89); follicular (OR=l.89, 95% Cl 0.62-5.79); Diffuse large B-cell (OR=l.22, 95% Cl 0.44-3.35); other specified B-cell lymphomas (OR= 1.63. 95% CI 0.53-4.96); unspecified B-cell (OR= 1.47, 95% CI 0.33-6.61 ); T-cell lymphomas (OR=2.29, 95% Cl 0.51-10.4); unspecified NHL (OR=5.63, 95% Cl 1.44-22.0).

The other study to find a dose-response relationship was performed by McDuffie et al and published in 2001. This Canadian study examined 517 cases and 1506 population-based incident controls in a diversity of occupations using an initial postal questionnaire followed by a telephone interview for those reporting pesticide exposure of 10 hours/year or more, and a 15% random sample of the remainder. The study examined individual herbicides, insecticides, fungicides and fumigants and determined adjusted odds ratios using conditional logistic regression stratified by the matching variables of age and province of residence, and subsequently adjusted for statistically significant medical variables. With regard to glyphosate, the study did not achieve a statistically significant association for exposure but demonstrated a dose-response relationship. OR 2.12 (95% CI: 1.20 to 3.73) for use of 2 or more days per year.

In addition to the studies and literature discussed above, I found the analysis in the reports prepared by Drs. Weisenberger, Portier and Ritz to be appropriate.

## VII. Conclusions

Mr. Alvarez's use of Roundup® has exposed him to glyphosate-based compounds in a manner and with magnitude that fits within the published epidemiologic literature and studies where causation and an association between NHL and glyphosate have been demonstrated.

In performing the differential diagnosis into what caused Mr. Alvarez' DLBCL, I conclude, to a reasonable degree of medical certainty, that his exposure to Roundup® was a substantial factor in causing Mr. Alvarez' NHL.

_____
Charalambos Andreadis, M.D. M.S.C.E
October 1, 2019

12

APPENDIX I. Andreadis' Publications 2010-2019

1: Huang LW, Sheng Y, Andreadis C, Logan AC, Mannis GN, Smith CC, Gaensler KML, Martin TG, Damon LE, Steinman MA, Huang CY, Olin RL. Functional status as
measured by geriatric assessment predicts inferior survival in older allogeneic hematopoietic cell transplant recipients. Biol Blood Marrow Transplant. 2019 Sep 4. pii: S1083-8791(19)30562-2. doi: 10.1016/j.bbmt.2019.08.022. [Epub ahead of print] PubMed PMID: 31493541.

2: Bastidas A, de la Serna J, El Idrissi M, Oostvogels L, Quittet P,
López-Jiménez J, Vural F, Pohlreich D, Zuckerman T, Issa NC, Gaidano G, Lee JJ, Abhyankar S, Solano C, Perez de Oteyza J, Satlin MJ, Schwartz S, Campins M, Rocci
A, Vallejo Llamas C, Lee DG, Tan SM, Johnston AM, Grigg A, Boeckh MJ, Campora L,
Lopez-Fauqued M, Heineman TC, Stadtmauer EA, Sullivan KM; ZOE-HSCT Study Group Collaborators. Effect of Recombinant Zoster Vaccine on Incidence of Herpes ZosterAfter Autologous Stem Cell Transplantation: A Randomized Clinical Trial. JAMA.
2019 Jul 9;322(2):123-133. doi: 10.1001/jama.2019.9053. Erratum in: JAMA. 2019 Aug 27;322(8):785. PubMed PMID: 31287523; PubMed Central PMCID: PMC6618796.

3: Wieduwilt MJ, Pawlowska N, Thomas S, Olin R, Logan AC, Damon LE, Martin T,
Kang M, Sayre PH, Boyer W, Gaensler KML, Anderson K, Munster PN, Andreadis C.
Histone Deacetylase Inhibition with Panobinostat Combined with Intensive Induction Chemotherapy in Older Patients with Acute Myeloid Leukemia: Phase I Study Results. Clin Cancer Res. 2019 Aug 15;25(16):4917-4923. doi: 10.1158/1078-0432.CCR-19-0171. Epub 2019 May 31. PubMed PMID: 31152020.

4: Huang LW, Wong SW, Andreadis C, Olin RL. Updates on Hematologic Malignancies
in the Older Adult: Focus on Acute Myeloid Leukemia, Chronic Lymphocytic Leukemia, and Multiple Myeloma. Curr Oncol Rep. 2019 Mar 8;21(4):35. doi: 10.1007/s11912-019-0778-2. Review. PubMed PMID: 30848394; PubMed Central PMCID:
PMC6438699.

5: Nawas MT, Andreadis C, Martin TG, Wolf JL, Ai WZ, Kaplan LD, Mannis GN, Logan
AC, Damon LE, Huang CY, Olin RL. Limitation in Patient-Reported Function Is
Associated with Inferior Survival in Older Adults Undergoing Autologous
Hematopoietic Cell Transplantation. Biol Blood Marrow Transplant. 2019
Jun;25(6):1218-1224.  doi:  10.1016/j.bbmt.2019.01.028.  Epub  2019  Jan  30.
PubMed
PMID: 30708189.

6: Bair SM, Strelec LE, Feldman TA, Ahmed G, Armand P, Shah NN, Singavi AN,
Reddy
N, Khan N, Andreadis C, Vu K, Huntington SF, Giri S, Ujjani C, Howlett C, Faheem
M, Youngman MR, Nasta SD, Landsburg DJ, Schuster SJ, Svoboda J. Outcomes
and
Toxicities of  Programmed  Death-1  (PD-1)  Inhibitors  in  Hodgkin  Lymphoma
Patients
in the United States: A Real-World, Multicenter Retrospective Analysis.
Oncologist. 2019 Jul;24(7):955-962. doi: 10.1634/theoncologist.2018-0538. Epub
2018 Dec 19. PubMed PMID: 30568021; PubMed Central PMCID: PMC6656463.

7: Schuster SJ, Bishop MR, Tam CS, Waller EK, Borchmann P, McGuirk JP, Jäger
U,
Jaglowski S, Andreadis C, Westin JR, Fleury I, Bachanova V, Foley SR, Ho PJ,
Mielke S, Magenau JM, Holte H, Pantano S, Pacaud LB, Awasthi R, Chu J, Anak
Ö,
Salles G, Maziarz RT; JULIET Investigators. Tisagenlecleucel in Adult Relapsed
or
Refractory Diffuse Large B-Cell Lymphoma. N Engl J Med. 2019 Jan 3;380(1):45-
56.
doi: 10.1056/NEJMoa1804980. Epub 2018 Dec 1. PubMed PMID: 30501490.

8: Batlevi CL, Crump M, Andreadis C, Rizzieri D, Assouline SE, Fox S, van der
Jagt RHC, Copeland A, Potvin D, Chao R, Younes A. A phase 2 study of
mocetinostat, a histone deacetylase inhibitor, in relapsed or refractory
lymphoma. Br  J  Haematol.  2017  Aug;178(3):434-441.  doi:  10.1111/bjh.14698.
Epub
2017 Apr 25. PubMed PMID: 28440559; PubMed Central PMCID: PMC5576135.

9: Wierda WG, Zelenetz AD, Gordon LI, Abramson JS, Advani RH, Andreadis CB, Bartlett N, Byrd JC, Caimi P, Fayad LE, Fisher RI, Glenn MJ, Habermann TM, Harris
NL, Hernandez-Ilizaliturri F, Hoppe RT, Horwitz SM, Kaminski MS, Kelsey CR, Kim
YH, Krivacic S, LaCasce AS, Martin MG, Nademanee A, Porcu P, Press O, Rabinovitch
R, Reddy N, Reid E, Roberts K, Saad AA, Snyder ED, Sokol L, Swinnen LJ, Vose JM,
Yahalom J, Dwyer MA, Sundar H. NCCN Guidelines Insights: Chronic Lymphocytic
Leukemia/Small Lymphocytic Lymphoma, Version 1.2017. J Natl Compr Canc Netw. 2017
Mar;15(3):293-311. PubMed PMID: 28275031.

10: Horwitz SM, Zelenetz AD, Gordon LI, Wierda WG, Abramson JS, Advani RH, Andreadis CB, Bartlett N, Byrd JC, Fayad LE, Fisher RI, Glenn MJ, Habermann TM,
Lee Harris N, Hernandez-Ilizaliturri F, Hoppe RT, Kaminski MS, Kelsey CR, Kim YH,
Krivacic S, LaCasce AS, Lunning M, Nademanee A, Press O, Rabinovitch R, Reddy N,
Reid E, Roberts K, Saad AA, Sokol L, Swinnen LJ, Vose JM, Yahalom J, Zafar N, Dwyer M, Sundar H, Porcu P. NCCN Guidelines Insights: Non-Hodgkin's Lymphomas,
Version 3.2016. J Natl Compr Canc Netw. 2016 Sep;14(9):1067-79. PubMed PMID:
27587620.

11: Mulé MP, Mannis GN, Wood BL, Radich JP, Hwang J, Ramos NR, Andreadis C, Damon
L, Logan AC, Martin TG, Hourigan CS. Multigene Measurable Residual Disease Assessment Improves Acute Myeloid Leukemia Relapse Risk Stratification in Autologous Hematopoietic Cell Transplantation. Biol Blood Marrow Transplant. 2016
Nov;22(11):1974-1982. doi: 10.1016/j.bbmt.2016.08.014. Epub 2016 Aug 17. PubMed
PMID: 27544285; PubMed Central PMCID: PMC5072749.

12: Mannis GN, Martin TG 3rd, Damon LE, Andreadis C, Olin RL, Kong KA, Faham M,
Hwang J, Ai WZ, Gaensler KML, Sayre PH, Wolf JL, Logan AC. Quantification of Acute Lymphoblastic Leukemia Clonotypes in Leukapheresed Peripheral Blood Progenitor Cells Predicts Relapse Risk after Autologous Hematopoietic Stem Cell Transplantation. Biol Blood Marrow Transplant. 2016 Jun;22(6):1030-1036. doi: 10.1016/j.bbmt.2016.02.004. Epub 2016 Feb 16. PubMed PMID: 26899561.

13: Byrne M, Mannis GN, Nair J, Andreadis C. Inferior vena cava filter thrombosis. Clin Case Rep. 2015 Dec 16;4(2):162-4. doi: 10.1002/ccr3.418. eCollection 2016 Feb. PubMed PMID: 26862415; PubMed Central PMCID: PMC4736520.

14: Zelenetz AD, Gordon LI, Wierda WG, Abramson JS, Advani RH, Andreadis CB,
Bartlett N, Byrd JC, Fayad LE, Fisher RI, Glenn MJ, Habermann TM, Lee Harris N,
Hernandez-Ilizaliturri F, Hoppe RT, Horwitz SM, Kaminski MS, Kelsey CR, Kim YH,
Krivacic S, LaCasce AS, Lunning M, Nademanee A, Porcu P, Press O, Rabinovitch R,
Reddy N, Reid E, Roberts K, Saad AA, Sokol L, Swinnen LJ, Vose JM, Yahalom J,
Zafar N, Dwyer M, Sundar H. Diffuse Large B-Cell Lymphoma Version 1.2016. J Natl
Compr Canc Netw. 2016 Feb;14(2):196-231. PubMed PMID: 26850490.

15: Mannis GN, Martin TG 3rd, Damon LE, Logan AC, Olin RL, Flanders MD, Ai WZ,
Gaensler KM, Kaplan LD, Sayre PH, Smith CC, Wolf JL, Andreadis C. Long-term outcomes of patients with intermediate-risk acute myeloid leukemia treated with autologous hematopoietic cell transplant in first complete remission. Leuk Lymphoma. 2016 Jul;57(7):1560-6. doi: 10.3109/10428194.2015.1088646. Epub 2016
Jan 4. PubMed PMID: 26490487.

16: Mannis GN, Andreadis C, Logan AC, Damon LE, Benet LZ, Ai WZ, Gaensler KM,
Kaplan LD, Koplowicz YB, Linker CA, Olin RL, Sayre PH, Smith CC, Sudhindra A,
Venstrom JM, Wolf JL, Martin TG 3rd. A phase I study of targeted, dose-escalated intravenous busulfan in combination with etoposide as myeloablative therapy for autologous stem cell transplantation in acute myeloid leukemia. Clin Lymphoma Myeloma Leuk. 2015 Jun;15(6):377-83. doi: 10.1016/j.clml.2015.02.016. Epub 2015 Feb 14. PubMed PMID: 25776193.

17: Zelenetz AD, Gordon LI, Wierda WG, Abramson JS, Advani RH, Andreadis CB,
Bartlett N, Byrd JC, Czuczman MS, Fayad LE, Fisher RI, Glenn MJ, Habermann TM,
Harris NL, Hoppe RT, Horwitz SM, Kelsey CR, Kim YH, Krivacic S, LaCasce AS,
Nademanee A, Porcu P, Press O, Rabinovitch R, Reddy N, Reid E, Saad AA, Sokol L,
Swinnen LJ, Tsien C, Vose JM, Wilson L, Yahalom J, Zafar N, Dwyer M, Sundar H;
National comprehension cancer network. Chronic lymphocytic leukemia/small lymphocytic lymphoma, version 1.2015. J Natl Compr Canc Netw. 2015 Mar;13(3):326-62. PubMed PMID: 25736010; PubMed Central PMCID: PMC4841457.

18: Gupta NK, Andreadis C. New meets old: a case study and review of novel therapeutics for the treatment of CLL in older patients. J Natl Compr Canc Netw. 2014 Oct;12(10):1371-5. Review. PubMed PMID: 25313177.

19: Mannis GN, Logan AC, Leavitt AD, Yanada M, Hwang J, Olin RL, Damon LE,
Andreadis C, Ai WZ, Gaensler KM, Greene CC, Gupta NK, Kaplan LD, Mahindra A,
Miyazaki Y, Naoe T, Ohtake S, Sayre PH, Smith CC, Venstrom JM, Wolf JL, Caballero
L, Emi N, Martin TG. Delayed hematopoietic recovery after auto-SCT in patients receiving arsenic trioxide-based therapy for acute promyelocytic leukemia: a multi-center analysis. Bone Marrow Transplant. 2015 Jan;50(1):40-4. doi: 10.1038/bmt.2014.201. Epub 2014 Sep 22. PubMed PMID: 25243620.

20: Stadtmauer EA, Sullivan KM, Marty FM, Dadwal SS, Papanicolaou GA, Shea TC,
Mossad SB, Andreadis C, Young JA, Buadi FK, El Idrissi M, Heineman TC, Berkowitz
EM. A phase 1/2 study of an adjuvanted varicella-zoster virus subunit vaccine in autologous hematopoietic cell transplant recipients. Blood. 2014 Nov 6;124(19):2921-9. doi: 10.1182/blood-2014-04-573048. Epub 2014 Sep 18. PubMed
PMID: 25237196; PubMed Central PMCID: PMC4327150.

21: Zelenetz AD, Gordon LI, Wierda WG, Abramson JS, Advani RH, Andreadis CB,
Bartlett N, Byrd JC, Czuczman MS, Fayad LE, Fisher RI, Glenn MJ, Harris NL, Hoppe
RT, Horwitz SM, Kelsey CR, Kim YH, Krivacic S, LaCasce AS, Nademanee A, Porcu P,
Press O, Rabinovitch R, Reddy N, Reid E, Saad AA, Sokol L, Swinnen LJ, Tsien C,
Vose JM, Yahalom J, Zafar N, Dwyer M, Sundar H; National comprehensive cancer network. Non-Hodgkin's lymphomas, version 4.2014. J Natl Compr Canc Netw. 2014 Sep;12(9):1282-303. PubMed PMID: 25190696; PubMed Central PMCID: PMC4839265.

22: Zelenetz AD, Gordon LI, Wierda WG, Abramson JS, Advani RH, Andreadis CB,
Bartlett N, Bellam N, Byrd JC, Czuczman MS, Fayad LE, Fisher RI, Glenn MJ, Harris
NL, Hoppe RT, Horwitz SM, Kelsey CR, Kim YH, Krivacic S, LaCasce AS, Nademanee A,
Porcu P, Press O, Rabinovitch R, Reddy N, Reid E, Sokol L, Swinnen LJ, Tsien C,
Vose JM, Yahalom J, Zafar N, Dwyer M, Sundar H. Non-Hodgkin's lymphomas, version
2.2014. J Natl Compr Canc Netw. 2014 Jun;12(6):916-46. PubMed PMID: 24925202.

23: Keller JW, Andreadis C, Damon LE, Kaplan LD, Martin TG, Wolf JL, Ai WZ,
Venstrom JM, Smith CC, Gaensler KM, Hwang J, Olin RL. Hematopoietic cell transplantation comorbidity index (HCT-CI) is predictive of adverse events and overall survival in older allogeneic transplant recipients. J Geriatr Oncol. 2014 Jul;5(3):238-44. doi: 10.1016/j.jgo.2014.04.003. Epub 2014 Jun 2. PubMed PMID: 24894413.

24: Olin RL, Andreadis C. David versus Goliath: decision analysis predicts results of a large clinical trial in follicular lymphoma. J Clin Oncol. 2013 Oct 1;31(28):3608-9. doi: 10.1200/JCO.2013.50.5099. Epub 2013 Aug 26. PubMed PMID: 23980082.

25: Yee SW, Mefford JA, Singh N, Percival ME, Stecula A, Yang K, Witte JS, Takahashi A, Kubo M, Matsuda K, Giacomini KM, Andreadis C. Impact of polymorphisms in drug pathway genes on disease-free survival in adults with acute myeloid leukemia. J Hum Genet. 2013 Jun;58(6):353-61. doi: 10.1038/jhg.2013.38. Epub 2013 May 16. PubMed PMID: 23677058; PubMed Central PMCID: PMC4068832.

26: Zelenetz AD, Wierda WG, Abramson JS, Advani RH, Andreadis CB, Bartlett N,
Bellam N, Byrd JC, Czuczman MS, Fayad LE, Glenn MJ, Gockerman JP, Gordon LI,
Harris NL, Hoppe RT, Horwitz SM, Kelsey CR, Kim YH, Krivacic S, LaCasce AS, Nademanee A, Porcu P, Press O, Pro B, Reddy N, Sokol L, Swinnen L, Tsien C, Vose
JM, Yahalom J, Zafar N, Dwyer MA, Naganuma M; National Comprehensive Cancer
Network. Non-Hodgkin's lymphomas, version 1.2013. J Natl Compr Canc Netw. 2013
Mar 1;11(3):257-72; quiz 273. PubMed PMID: 23486452.

27: Zelenetz AD, Wierda WG, Abramson JS, Advani RH, Andreadis CB, Bartlett N,
Bellam N, Byrd JC, Czuczman MS, Fayad L, Glenn MJ, Gockerman JP, Gordon LI, Harris NL, Hoppe RT, Horwitz SM, Kelsey CR, Kim YH, Krivacic S, LaCasce AS, Nademanee A, Porcu P, Press O, Pro B, Reddy N, Sokol L, Swinnen L, Tsien C, Vose
JM, Yahalom J, Zafar N, Naganuma M, Dwyer MA. Non-Hodgkin's Lymphomas, version
3.2012. J Natl Compr Canc Netw. 2012 Dec 1;10(12):1487-98. PubMed PMID: 23221787.

28: Zelenetz AD, Abramson JS, Advani RH, Andreadis CB, Bartlett N, Bellam N, Byrd
JC, Czuczman MS, Fayad LE, Glenn MJ, Gockerman JP, Gordon LI, Harris NL, Hoppe
RT, Horwitz SM, Kelsey CR, Kim YH, LaCasce AS, Nademanee A, Porcu P, Press O, Pro
B, Reddy N, Sokol L, Swinnen LJ, Tsien C, Vose JM, Wierda WG, Yahalom J, Zafar N.
Non-Hodgkin's lymphomas. J Natl Compr Canc Netw. 2011 May;9(5):484-560. PubMed
PMID: 21550968.

29: Zelenetz AD, Abramson JS, Advani RH, Andreadis CB, Byrd JC, Czuczman MS,
Fayad L, Forero A, Glenn MJ, Gockerman JP, Gordon LI, Harris NL, Hoppe RT,
Horwitz SM, Kaminski MS, Kim YH, Lacasce AS, Mughal TI, Nademanee A, Porcu P,
Press O, Prosnitz L, Reddy N, Smith MR, Sokol L, Swinnen L, Vose JM, Wierda
WG,
Yahalom J, Yunus F. NCCN Clinical Practice Guidelines in Oncology: non-Hodgkin's
lymphomas. J Natl Compr Canc Netw. 2010 Mar;8(3):288-334. PubMed PMID:
20202462.

30: Olin RL, Kanetsky PA, Ten Have TR, Nasta SD, Schuster SJ, Andreadis C.
Determinants of the optimal first-line therapy for follicular lymphoma: a
decision analysis. Am J Hematol. 2010 Apr;85(4):255-60. doi: 10.1002/ajh.21655.
PubMed PMID: 20196173; PubMed Central PMCID: PMC2932442.

31: Pincus LB, Zehnder JL, Neuhaus IM, Andreadis C, McCalmont TH. Presentation of
extranodal natural killer T-cell lymphoma, nasal type, with poorly circumscribed
erythematous patches. J Clin Oncol. 2010 Feb 20;28(6):e94-5. doi:
10.1200/JCO.2009.24.3428. Epub 2009 Nov 23. PubMed PMID: 19933911.

## APPENDIX II. Andreadis' Fee Schedule

### Charalambos Andreadis, M.D.

| LEGAL FEE SCHEDULE | |
| --- | --- |
| Review of Records<br>Telephone Discussion with Attorney<br>Office Consult with Attorney<br>Narrative Report | $750/hour, in 0.5 hour increments |
| Deposition and Court Testimony | $1,000/hour |
| Local Travel and Waiting Time | $400/hour |
| Insurance Forms/Reports | $100 per report |
| $5,000 Non-Refundable Retainer | |