# Exhibit 42

1               UNITED STATES DISTRICT COURT

2              NORTHERN DISTRICT OF CALIFORNIA

3

    IN RE: ROUNDUP PRODUCTS LIABILITY    )  MDL No. 2741

4   LITIGATION,                          )  Case No.

                                         )  3:16-md-02741-VC

5   This Document Relates To:            )

                                         )

6                                        )

    Domina vs. Monsanto Company          )

7   Case No. 3:16-cv-05887-VC            )

                                         )

8   _____   )

9

10

11          VIDEO DEPOSITION OF BRENT STAGGS, M.D.

12            TAKEN ON BEHALF OF THE DEFENDANT

13               IN LITTLE ROCK, ARKANSAS

14                ON NOVEMBER 18, 2019

15

16

17

18

19

20

21

22

23

24

25   REPORTED BY: Karisa J. Ekenseair, CCR RPR, LS NO. 802

Brent Staggs, M.D.

```
 1                    APPEARANCES
 2
 3   FOR THE PLAINTIFF:
 4         Robin Greenwald
           Attorney at Law
 5         Weitz & Luxenberg
           700 Broadway
 6         New York, New York 10003
           212-558-5500
 7         rgreenwald@weitzlux.com
 8
           Nadina Ann Beach
 9         Attorney at Law
           Lundy, Lundy, Soileau & South, LLP
10         501 Broad Street
           Lake Charles, Lousiana  70601
11         337-439-0707
           dbeach@lundylawllp.com
12
     FOR THE DEFENDANT:
13
           Joseph Fornadel III
14         Attorney at Law
           Nelson Mullins
15         1320 Main Street, 17th Floor
           Columbia, South Carolina   29201
16         803-255-9227
           joe.fornadel@nelsonmullins.com
17
     ALSO PRESENT:
18
           John Sims, Videographer
19
20                       * * * * *
21
22
23
24
25
```

1                T A B L E   O F   C O N T E N T S

                                                          PAGE

2    EXHIBITS....................................   3

     STIPULATIONS................................   4

3

     DIRECT EXAMINATION BY MR. FORNADEL...........   7

4    CROSS-EXAMINATION BY MS. GREENWALD...........   167

5    REPORTER'S CERTIFICATE.......................   174

6                          EXHIBITS

     NUMBER     DESCRIPTION                          PAGE

7      1       MONSANTO COMPANY'S NOTICE TO TAKE      8
               ORAL AND VIDEOTAPED DEPOSITION OF

8              DR. BRENT STAGGS.......................

       2       PLAINTIFF'S OBJECTIONS AND RESPONSES   9

9              TO DEFENDANT'S DOCUMENT REQUESTS IN
               THEIR NOTICE OF DEPOSITION OF DR.

10             BRENT STAGGS...........................

       3       OCTOBER 9, 2019 REPORT, MATERIALS      14

11             CONSIDERED LIST, CURRICULUM VITAE......

       4       ADULT NON-HODGKIN LYMPHOMA TREATMENT   66

12             KEY POINTS.............................

       5       EXPERT TESTIMONY LIST.................. 84

13     6       PESTICIDE EXPOSURE AS RISK FACTOR      154
               FOR NON-HODGKIN LYMPHOMA INCLUDING

14             HISTOPATHOLOGICAL SUBGROUP ANALYSIS,
               ERIKSSON 2008..........................

15     7       GLYPHOSATE USE AND CANCER INCIDENCE    157
               IN THE AGRICULTURAL HEALTH STUDY,

16             ANDREOTTI 2018.........................

17

18

19

20

21

22

23

24

25

Brent Staggs, M.D.

```
 1                    STIPULATIONS

 2

 3             Produced, sworn, and examined, pursuant to

 4    notice, in the Marriott Hotel, 3 Statehouse Plaza,

 5    Little Rock, Arkansas, commencing at 4:23 p.m. on

 6    November 18, 2019, in the above-entitled cause now

 7    pending in the United States District Court, Northern

 8    District of California; said deposition being taken

 9    for all purposes, pursuant to the Federal Rules of

10    Civil Procedure.

11

12

13                        *  *  *  *  *

14

15

16

17

18

19

20

21

22

23

24

25
```

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

```
 1              THE VIDEOGRAPHER:  We are on the audio and

 2   video record.  Today's date is November the 18th,

 3   2019.  The time is approximately 4:23 p.m.  This is

 4   the videotaped deposition of Dr. Brent Staggs.  This

 5   is the case of Domina vs. Monsanto.  My name is John

 6   Sims.  I'm a videographer out of Little Rock,

 7   Arkansas.

 8              Will counsel please make a record of your

 9   appearance?

10              MR. FORNADEL:  Joe Fornadel, Nelson

11   Mullins, on behalf of Monsanto.

12              MS. GREENWALD:  Robin Greenwald on behalf

13   of the plaintiff.

14              MS. BEACH:  Nadina Beach on behalf of

15   plaintiff.

16              THE VIDEOGRAPHER:  Madam Court Reporter,

17   will you please swear in the witness?

18                   BRENT STAGGS, M.D.

19   of lawful age, being first duly sworn, deposes and

20   says in reply to the questions propounded as follows:

21              MR. FORNADEL:  Dr. Staggs, just a note

22   before we get started today, and it's just for the

23   record.  You were disclosed in six separate Wave 1

24   cases, Dickey, Domina, Janzen, Pollard, Sanders, and

25   Tanner.
```

Brent Staggs, M.D.

```
 1              Under the agreement between the parties,
 2   you should have been made available for deposition of
 3   three-and-a-half hours per case.  You're made
 4   available for three hours per case.  I understand you
 5   were already deposed on November 7th in Sanders and
 6   Tanner.  I plan to depose you today in the Domina and
 7   Janzen cases for another six hours.
 8              Monsanto continues to reserve the following
 9   rights:  One, we reserve the right to seek more
10   deposition time with you given that you should have
11   been made available for at least three-and-a-half
12   hours per case; two, we reserve the right to offer
13   case-specific experts designated in these cases for
14   less than the agreed-upon three-and-a-half hours per
15   case; and three, we reserve the right to offer
16   experts responding to your opinions after the close
17   of your depositions, including after the
18   November 20th deadline.
19              Notwithstanding the objections above,
20   I'm -- I'm ready to proceed with the deposition
21   today.
22              MS. GREENWALD:  Okay.  I just say to
23   three -- two or three things.  One is the judge set
24   this schedule, not us.  And I would object to any
25   expert testimony you bring in after the deposition
```

1    today.  We've had these scheduled for a long time.

2    It's the first I've ever heard of any complaints

3    about that.

4              Also, with respect to the six hours -- I

5    mean, yeah, six hours instead of seven, when we were

6    here last week, we only used -- we used up not

7    even -- I don't know, five-and-a-half hours, I think

8    it was, for two plaintiffs.  And again, never heard

9    any complaints about the schedule.  No one ever asked

10   us to go to 11:00.  Anyway, just wanted to state that

11   for the record, but we can start.

12             MR. FORNADEL:  Okay.

13                  DIRECT EXAMINATION

14   BY MR. FORNADEL:

15        Q.   And am I correct in understanding you've

16   been deposed before a few times?

17        A.   Yes, sir.

18        Q.   Okay.  And in the interest of time, I won't

19   reiterate all the ground rules which I'm sure you're

20   familiar with, but if you need a break tonight,

21   please let me know and we can go off the record as

22   long as a question isn't pending.

23             Just to be clear, any reason, illness, or

24   anything that would prevent you from answering my

25   questions today accurately and completely?

Brent Staggs, M.D.

```
 1        A.     No.

 2        Q.     And you're not under the influence of any

 3   medications or substances that would affect your

 4   ability to testify?

 5        A.     No, sir.

 6        Q.     Okay.

 7        (Exhibit Number 1 marked for identification.)

 8   BY MR. FORNADEL:

 9        Q.     Marked as Exhibit 1, a copy of the notice

10   of today's deposition.  And have you seen this before

11   today?

12        A.     Yes, sir.

13        Q.     Okay.  And this is, yeah, with the

14   exception of names, identical to -- to what you saw

15   in the last set of depositions.  I just wanted to --

16   to work through this quickly.

17               If you could flip to the request for

18   production?

19        A.     Yes, sir.

20        Q.     Towards the end there.  Beyond what you

21   produced at the Sanders -- Sanders and Tanner

22   depositions, are there any other documents you

23   brought in response to these requests?

24        A.     No, sir.  I mean, I've got my -- I've got

25   all the same -- similar materials.  You know, I've
```

Brent Staggs, M.D.

1    got on the computer here, I've got my reports.  And

2    I've got their deposition testimony.  I've got two

3    defense reports for Domina, at least.  I'm looking at

4    his file.  I've got his medical records.

5        Q.    Okay.  And -- and just to work through this

6    list quickly.  The first one there being documents

7    sufficient to show the total amount Dr. Staggs has

8    billed in connection with his work as an expert in

9    litigation involving Roundup.

10           Did you bring any invoices with you today,

11   anything along those lines?

12       A.    You know, I forgot all about that.  I did

13   bring some last time.  I guess I also thought that

14   you had already gotten all those, but if not, I can

15   get them to you.

16       Q.    Okay.  Great.  Thank you.  I'll make note

17   of that.  And before we go any further, I should have

18   handed you this as well.

19       (Exhibit Number 2 marked for identification.)

20   BY MR. FORNADEL:

21       Q.    Marked as Exhibit 2 is your responses and

22   objections to all these.  Yeah.  That would be great.

23   To the extent that you haven't given us invoices

24   for -- for any of the four cases we'll cover between

25   today and Wednesday night, that would be much

Brent Staggs, M.D.

 1    appreciated.

 2        A.    Okay.  If I find out you don't have them,

 3    gotten an e-mail, then I'll bring these two, not

 4    tomorrow night but Wednesday night.

 5        Q.    Perfect.  Fine.  And that would cover

 6    Number 2 as well.

 7             And -- and while it's fresh in my mind,

 8    I -- you mentioned last time that there was a

 9    Whitby -- plaintiff by the name of Whitby.  Any

10    invoices you have in your possession related to that?

11        A.    I don't have any invoices.  Once they're

12    paid, I don't really keep invoices.  So there was

13    invoices for Whitby back in early 2018, and then I

14    had three or four plaintiffs that I testified about

15    this summer.  And I would have billed for those,

16    hopefully.  I think I did.

17             And so hope that maybe the Lundy firm has

18    all that left over.  I don't have any of that left

19    over.  I was paid for all that, I believe.

20        Q.    Okay.  And by this summer, you're referring

21    to -- I believe it was the Kane -- the Kane case that

22    had multiple plaintiffs in it?

23        A.    Right.  I don't think I had that name, but

24    I had other people, right.  I think there must have

25    been several lumped together.

Brent Staggs, M.D.

 1      Q.    Sure.  Sure.  And that's my understanding.

 2            And as far as the third one there, All

 3   documents that Dr. Staggs will consider in support of

 4   his deposition testimony in this case, I understand

 5   that you've -- you brought your computer with you.

 6   Can you tell us what's on there relevant to

 7   Mr. Domina's case?

 8      A.    Sure.  So yeah.  I described it a little

 9   bit a while ago.  But I've got his deposition

10   testimony.  I've got two defense reports which are

11   Gru, I think that's the name, and then a Silberstein.

12      Q.    Sure.

13      A.    And then I've got a file of medical records

14   of Mr. Domina, and then I've got my report as well.

15      Q.    Okay.  And beyond that -- this -- and this

16   will cover the next two, here beyond that and what's

17   covered in your -- your Materials Considered list,

18   anything else you relied upon, specific literature,

19   articles, records, anything of that sort, in forming

20   your opinions here?

21      A.    Well, I mean, there's been a lot of things

22   that kind of have come to mind.  I -- I don't have

23   them all, you know, that if -- because we discussed

24   last time a lot of the literature that I discussed in

25   the previous two cases.  And I don't know that all of

Brent Staggs, M.D.

```
 1   it was on my Materials Considered list.  So if

 2   something comes to mind, I'll let you know.  I didn't

 3   bring anything where I just said, oh, I've got to put

 4   this on the list, but sometimes things come up and I

 5   think about a paper that I've seen before.

 6            Some of them we talked about a couple

 7   nights ago with the other plaintiffs.  But and then

 8   I've talked about a variety of papers, you know,

 9   previously, that, you know, but I was doing a little

10   bit more general opinions than I am this time.  I'm

11   just specific this time.

12       Q.    Okay.  Now, for Number 5, a current copy of

13   your CV.  I understand that the copy you produced

14   and -- which I have -- two weeks ago, that's still

15   current --

16       A.    Right.

17       Q.    -- and accurate?

18       A.    Yes.

19       Q.    Great.  And now, documents -- the last

20   request there, documents sufficient to show any

21   testimony Dr. Staggs has provided as an expert

22   witness over the past four years.  And I -- I do also

23   have a copy of that list that you produced last time.

24            Between November 7th, I believe was the

25   last two and then today, have you testified in any
```

Brent Staggs, M.D.

```
 1    other cases that wouldn't be captured in that list?

 2         A.    I was in a trial last Thursday, and I

 3    hadn't even thought to put it on the list yet.  So

 4    that's the only thing I can think of.

 5         Q.    Fair enough.  And the name of that case, if

 6    you remember?

 7         A.    Well, the patient's name was Helen

 8    Schwartz.

 9         Q.    Okay.

10         A.    S-C-H-W-A-R-T-Z, I think.

11         Q.    And do you happen to remember -- was it an

12    asbestos case?

13         A.    Yes.

14         Q.    Okay.  And do you happen to remember any of

15    the defendants, any of the big ones at least?

16         A.    I don't remember name.  The product is

17    pretty unique.  It's a -- they used to sell a raw

18    asbestos fiber in a box and call it asbestos snow and

19    you could sprinkle it around on your Christmas tree.

20    And she did that for months at a time all throughout

21    the '50s.  But I -- but I'm sure there's some --

22    there's some corporate name that owns it now, but I

23    don't know who that was.

24         Q.    Okay.  Fair enough.  And do you happen to

25    remember where that trial was in the country?
```

Brent Staggs, M.D.

```
 1        A.     Oh, sure.  It was in St. Louis.

 2        Q.     Okay.  In state court or federal court?

 3        A.     State court.

 4        Q.     Great.

 5        (Exhibit Number 3 marked for identification.)

 6   BY MR. FORNADEL:

 7        Q.     Marked as Exhibit 3 is a copy of your

 8   report in this case, along with a copy of your

 9   Materials Considered list and current CV.  All those

10   with the paperclip I just did?

11        A.     Yes, sir.

12        Q.     Okay.  Fair to say this report contains all

13   the opinions you intend to offer in Mr. Domina's

14   case?

15        A.     Generally, yes.  That's right.  I mean,

16   there's always questions that can be asked that are

17   more specific, but -- but yes, that's right.  I'm

18   focusing on specific causation.  Specifically, I was

19   asked to consider whether his exposure to Roundup or

20   glyphosate herbicide was a significant contributing

21   factor to his non-Hodgkin's lymphoma and that -- my

22   answer to that is yes.  And it's outlined in the

23   report.  And that's my opinion.

24        Q.     Fair.  And we'll get to that.  We're still

25   in the paperwork phase, though.
```

Brent Staggs, M.D.

```
 1        A.    Yeah.  That's the one main opinion.  Right.

 2        Q.    Understood.  Now, have you discussed this

 3   case -- case with anyone besides Mr. Domina or his

 4   attorneys?

 5        A.    No.

 6        Q.    Okay.  None of your -- none of your

 7   partners at the Pathology Laboratories?

 8        A.    No.  They're not interested.

 9        Q.    Okay.  And I -- touched on this, but just

10   to go back through more granularly:  Did you review

11   any of the plaintiff fact sheets in forming your

12   opinions for this case?

13        A.    No, sir.

14        Q.    Okay.  And you mentioned depositions.  You

15   reviewed his deposition?

16        A.    That's right.

17        Q.    Okay.  Did you review any of the treating

18   doctors' depositions?

19        A.    I did not.  But it reminds me, though,

20   since I don't have a copy with me, I reviewed a

21   deposition that was just taken this weekend of

22   another expert, a plaintiff expert, Dr. Palka, I

23   think is his name.  I just read that on Saturday and

24   Sunday.  I don't have that here with me, but that's

25   the only -- so Mr. Domina, and then that deposition
```

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

Brent Staggs, M.D.

```
 1   are the only two that I've read.

 2        Q.    Fair enough.  And did the -- what you read

 3   in Dr. Palka's deposition, did that in any way change

 4   your opinions in this case?

 5        A.    No, sir.

 6        Q.    Okay.  And just to go back, though, you

 7   didn't -- you didn't read any of the treating doctor

 8   depositions?

 9        A.    I don't think so.

10        Q.    And you didn't feel that was necessary to

11   do in this case?

12              MS. GREENWALD:  Objection.  Form.

13              THE WITNESS:  No, sir.

14   BY MR. FORNADEL:

15        Q.    Okay.  Now, you mentioned you had medical

16   records on your -- on your computer.  Do you have any

17   understanding of whether you have a complete set of

18   medical records or some subset?  If you could just

19   describe that to us.

20              MS. GREENWALD:  Objection.  Form.

21              THE WITNESS:  You know, I have a lot, but I

22   haven't -- I get asked that every now and then.  I

23   don't really ever think about whether this could be

24   complete or not.  He has a history of lymphoma.

25   That's a serious disease.  I'm sure there's thousands
```

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Brent Staggs, M.D.

 1   of medical records, but I may have thousands.

 2   BY MR. FORNADEL:

 3        Q.    Fair enough.

 4        A.    I don't know.

 5        Q.    And -- didn't mean to cut you off.

 6        A.    That's okay.

 7        Q.    Now, were there any records you thought

 8   were missing or wanted to have access to and were not

 9   able to obtain?

10        A.    No, sir.

11        Q.    Okay.  Now, beyond the literature listed in

12   your Materials Considered list, I know you mentioned

13   you -- you have knowledge of other literature,

14   obviously.  Any articles in particular that -- that

15   you relied on in forming your opinions here?

16        A.    No.  Not that I just picked up and said,

17   oh, that's good for this case.  You know, sometimes

18   articles come through, especially when we're talking

19   about general topics, how cancer is formed, things

20   like.  Sometimes issues like that come up, but

21   nothing specific that I felt I really need to add to

22   the list unless -- if we get into some discussion and

23   there's an article I think is very applicable, I

24   may -- I may think we ought to add it, but we'll see

25   how that goes.

Brent Staggs, M.D.

```
 1      Q.    Okay.  Well, if you do add anything to that

 2  list, please let us know moving forward.

 3      A.    Sure.

 4      Q.    I appreciate that.  Now, I didn't see it on

 5  there but I just want to confirm.  You didn't review

 6  any internal Monsanto documents in forming your

 7  opinions here?

 8      A.    No, sir.

 9      Q.    Okay.  And you're not offering any opinions

10  specific to Monsanto?

11           MS. GREENWALD:  Objection.  Form.

12           THE WITNESS:  Well, I guess I hadn't really

13  thought about it.  I mean, I understand they're

14  the -- they're the defendant in this lawsuit.  So I

15  guess to that extent, you know, the -- if they have

16  really made a product that's -- you know, they make

17  Roundup, that's my understanding.  So -- so my

18  opinions are specific to them in that way.

19           But sounds like you're asking more about

20  you know, am I going to say Monsanto did something

21  right or wrong, things like that.  I -- I don't have

22  opinions in that regard.

23  BY MR. FORNADEL:

24      Q.    Okay.  And -- and that's a good point.  Let

25  me clarify that.
```

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Brent Staggs, M.D.

1            I guess part of it is also when I read your

2   report, it was all in -- in terms of glyphosate-based

3   herbicide.  None of your opinions differentiate

4   between glyphosate-based herbicides produced by

5   Monsanto as opposed to a different manufacturer of

6   glyphosate-based herbicide?

7        A.    That's correct.  As I see it, the medical

8   literature that I've read basically talks about

9   glyphosate or the full formulation of a

10  glyphosate-based herbicide.  I -- I didn't see where

11  any of them really differentiated, you know, brand

12  names.  And I'm aware that after the patent left,

13  they had other brand names.  But no, I don't consider

14  that in my opinions.

15       Q.    Okay.  And just to work briefly through

16  your CV, medical school was at University of

17  Arkansas?

18       A.    Right.

19       Q.    And same residency, hematopathology

20  fellowship and a gastrointestinal pathology

21  fellowship?

22       A.    Correct.  All based there.  I've had

23  rotations to some extent other places, but all based

24  out of the University of Arkansas.

25       Q.    Okay.  And am I correct in noting that you

Brent Staggs, M.D.

```
 1    also have special training in molecular pathology,

 2    pulmonary pathology, and dermatopathology?

 3         A.    Correct.

 4         Q.    That's all through the University of

 5    Arkansas?

 6         A.    Yes.

 7         Q.    Okay.  And would you agree with me that

 8    those trainings have relevance to your opinions

 9    regarding Mr. Domina?

10         A.    Well, I mean, I guess, I use all my

11    training to a degree.  I mean, hematopathology --

12    he's got lymphoma is the primary one, area that we've

13    been dealing with.  Molecular pathology and

14    hematopathology overlap to a great degree, but -- but

15    sure, I mean, when we're talking about the origin of

16    tumors and mutational analysis, that's in large part

17    molecular pathology.  I don't know that dermopath

18    plays a big role.
```

■ ███████████████████████████

■ ██████████████████████████████████████

■ ████████████████████████  ████████████

■ ██████████████████████████████

■ ████████████████████████

```
24         Q.    Okay.  But just in general, the -- and I

25    guess I could phrase that better.
```

Brent Staggs, M.D.

```
 1              The -- the entirety of the training you've

 2    received is -- informs your opinions in -- in this

 3    case?

 4         A.    Sure.

 5         Q.    Sure.  And same is true for Mr. Janzen,

 6    Dickey, and Pollard?

 7         A.    Yes.

 8         Q.    Okay.  Now, you're still actively licensed

 9    in five states?

10         A.    Yes.

11         Q.    Okay.  And you are board certified in

12    anatomic pathology, clinical pathology, and

13    hematology?

14         A.    Correct.

15         Q.    And all those are still current?

16         A.    Yes.

17         Q.    Great.  Now, I guess, the best way to

18    phrase this next one is you -- you still currently

19    consult regarding patients; is that fair?

20         A.    Oh, yes.  That's a majority of my work.

21         Q.    Okay.  And when was the last time you

22    consulted regarding a patient with any type of

23    non-Hodgkin's lymphoma?

24         A.    Oh, I had a couple cases today.

25         Q.    Okay.  And just if you could ballpark for
```

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Brent Staggs, M.D.

1    me, how many patients with NHL have you treated in

2    your career?

3        A.    Oh, I don't have any idea.  Since I focus

4    on hematopathology to some degree in my practice,

5    we're very busy, I see cases of non-Hodgkin's

6    lymphoma every day, typically more than one.  But to

7    say how many that is, I mean, I don't -- if you said

8    I had between one and three per day and there's 260

9    workdays in a year, I guess I take a couple weeks off

10   and I've been practicing for 12 or 13 years at least,

11   whatever that math adds up to.

12       Q.    Okay.  And in your experience, what's the

13   most common type of NHL?

14       A.    Well, I would -- the top three are diffuse

15   large B-cell follicular lymphoma and chronic

16   lymphocytic leukemia, small lymphocytic lymphoma.  I

17   think those are just off the top of my head.  Those

18   seem like about the -- the most common that we deal

19   with.  It's very often hard to pigeonhole them into

20   to just one category or another.

21            Often we just classify them as B-cell

22   lymphoma because we're really heading towards the --

23   the subclassification is only important with regard

24   to treatment allocation, treatment purposes.  So you

25   know, whether you really think it's marginal zone

Brent Staggs, M.D.

```
 1    versus follicular based on some minor protein

 2    expression is not as important as is it a high-grade

 3    or low-grade lymphoma because they get a different

 4    treatment option.

 5        Q.    Okay.  And speaking of marginal zone, fair

 6    to characterize that as a relatively rare subtype of

 7    NHL?

 8        A.    That's right.

 9        Q.    Okay.  And you'd agree with me that there

10    are many more types of -- of B-cell lymphomas than

11    we've just discussed right now?

12        A.    We'll there's a variety of others, you

13    know.  I mean, it just depends on if you're a lumper

14    or a splitter, how many you want to divide them into.

15    Typically, I just rely on the World Health

16    Organization classification of tumors for the

17    classification scheme.  And right now they're being

18    divided more so on molecular analysis than they are

19    on protein expression, but right now, I don't know

20    how many there are.  There's probably 15 or 20

21    different individual types.

22        Q.    Okay.  And if I told you that the last two

23    publication pegged it north of 60 subtypes between

24    B-cell and T-cell, does that sound about right to

25    you?
```

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Brent Staggs, M.D.

```
 1      A.    Oh, maybe.  I wasn't considering T-cell and

 2   NK-cell and all those since we're not dealing with

 3   any of those here.  Yeah.  There's a whole variety of

 4   others besides B-cells.

 5      Q.    Okay.

 6      A.    So that -- that's probably about right.

 7      Q.    And I -- I'm sure you've asked this before

 8   but just so my notes are clear, true that you've

 9   never told a patient that his or her NHL was caused

10   by glyphosate or Roundup?

11      A.    No.  Not -- certainly not face to face.  We

12   discussed last time, and I think in my other

13   depositions, that it has now come up in tumor board

14   on occasion.  And we've talked about that there.  You

15   know, they've asked my opinion on that before because

16   I talked causation on a variety of different cancers.

17            But -- but no.  At -- at this point, the

18   occasion has not come up where an oncologist is

19   interested and the patient and has talked about.

20   I've talked to oncologists about that possibility for

21   their patient, but I've not individually discussed it

22   with a patient.

23      Q.    Okay.  And you beat me to my next question,

24   which was just specifically:  Have you ever told

25   another doctor that a patient that they had had
```

Brent Staggs, M.D.

1    NHL-induced -- or, strike that.

2              Have you ever told another doctor that a

3    patient that they had had Roundup-induced NHL?

4         A.    Yes.  Basically, we've had that discussion

5    a variety of times, and you know, about diesel

6    exhaust and smoking and asbestos and a lot of those

7    things.  You know, so that topic has come up.  We're

8    an agricultural state here in Arkansas so the

9    oncologists are getting that question quite a bit.

10             So I've fielded that a variety of times.

11   I've explained to them the methodology that's in my

12   report that I use here and indicated to them, you

13   know, my literature sources that we've discussed

14   before, and you know, the risks of Roundup and the

15   judgment that IARC has arrived at.  And how they can

16   step through making a decision based on, you know,

17   the differential diagnosis and trying to consider

18   other confounders, just like they would for causation

19   of anything else.

20             So and we've arrived at that conclusion.

21   I've never been involved in the detailed history.

22   You know, I've told them you're going to have to get

23   a detailed history and find out how much they've

24   really used, consider the relative dose, and -- and

25   what other confounders they may have.

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

Brent Staggs, M.D.

```
1        Q.   Sure.  And -- and mentioning confounders

2   there, you touched on a few things:  Smoking,

3   benzine.  Is there anything else that you would --

4   you would put in that confounding list for potential

5   causes of NHL?

6             MS. GREENWALD:  Objection.  Form.

7             THE WITNESS:  I didn't mention benzine.  I

8   hadn't thought about benzine in quite a while.  I'm

9   not -- it certainly causes acute leukemia.  I don't

10  remember if it --

11  BY MR. FORNADEL:

12       Q.   And if I misheard you, I didn't mean to --

13       A.   Yeah.  Yeah.  Well, anyway.  So -- well, I

14  mean, there's, you know, other pesticides in a lot of

15  the papers we've discussed here have been shown to

16  have an increased risk of NHL.  And then all of the

17  general risk factors that are mentioned, you know,

18  by -- you know, American Cancer Society and then CDC

19  and others.

20             You know, immunosuppressive diseases is --

21  and other viral infections, HTLV-1 and HIV and you

22  know, EBV.  There's a wide variety of causes of

23  non-Hodgkin's lymphoma.  So certainly I would expect

24  them to consider all of those if they're going to

25  truly try to make a causation assessment on an
```

Brent Staggs, M.D.

```
1   individual patient.

2        Q.    Okay.  And -- and just to be clear, you

3   mentioned -- I believe you mentioned smoking.  Would

4   you consider that to be a potential cause of NHL?

5              MS. GREENWALD:  Objection.  Form.

6              THE WITNESS:  Well, I mentioned smoking in

7   the context of just causation assessments like for

8   lung cancer.  It's not clear to me that -- smoking

9   causes almost everything, it seems, but I've never

10  really put a lot of detailed thought into that in my

11  general research.  I've not identified that smoking

12  is definitely linked to non-Hodgkin's lymphoma.

13  There are some reports that that could be true, you

14  know, but that's -- that's true for a variety of

15  things.

16             Certainly I try to consider it in these

17  patients who are smokers.  But like I said, it's

18  not -- not something I've arrived at saying, yes,

19  definitely, I think it is a cause of non-Hodgkin's

20  lymphoma.  I consider it.  You know, some papers have

21  indicated that that could be true, but some have

22  indicated it's not.

23  BY MR. FORNADEL:

24       Q.    Fair enough.  And just to be sure, have you

25  ever written in any patient's medical record that you
```

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

Brent Staggs, M.D.

1   thought glyphosate or Roundup was a cause or

2   substantial contributing factor to their NHL?

3        A.    Well, not in my practice.  Certainly in my

4   litigation practice I have on a number of occasions

5   now.  And I don't always know whether -- I always, I

6   think maybe wrongly assume, that when you're saying

7   in practice, you're talking about clinical practice

8   away from litigation.

9             You know, in litigation I make a lot of

10  causation assessments that don't often come up in

11  practice.  Because in medical practice in the

12  hospital, when a person has a cancer what we're

13  worried about is diagnosing it and treating it.

14  There are plenty of times we do establish causation

15  for that, but you know, smoking and herbicide-based

16  cancers things like that, typically they've got the

17  cancer.  So that's not the forefront of the

18  decision-making process or the medical decision.

19            But in -- in litigation, I go through the

20  same methodology to establish that causation all the

21  time.  So if -- if we're taking my practice as a

22  whole, including litigation, then yeah, I've done it,

23  you know, a number of times but not so much in the

24  hospital.

25        Q.    And that's a fair clarification.  So in --

Brent Staggs, M.D.

```
 1   in your clinical practice then, you've never written

 2   that a patient's NHL was caused by Roundup or

 3   glyphosate?

 4       A.    That's correct.

 5       Q.    Okay.  Now, and to kind of look at the

 6   other side of this, you mentioned that you don't

 7   often try and pin down the exact source of causation

 8   in your clinical practice.  Have you ever done so?

 9              MS. GREENWALD:  Objection.  Form.

10              THE WITNESS:  Sure.  Well, I mean,

11   causation is a huge part of my practice.  I mean, i

12   perform autopsies, cause of death, so the ultimate

13   causation to me.  And yes, the cause of people's

14   diseases is something I look at on a daily basis.  It

15   just not as -- you know, it comes up in litigation as

16   a question.

17              It's not as common to establish causation

18   for a cancer because you're worried about treating

19   the cancer and they've already got it.  So the

20   causation doesn't typically matter that much now.

21   Usually it was years ago because cancers often have a

22   latency period.  But yes, I mean, cause of liver

23   disease, cause of different lung disease, causation,

24   you know -- is it caused by infection or an

25   inflammatory process, a wide variety of things.
```

Brent Staggs, M.D.

```
 1              Now, as we discussed last time, and I think
 2    in all of these depositions, I do establish causation
 3    for cancers in a variety of settings.  I've mentioned
 4    some of them previously.  But you know, people who
 5    have a transplant, we need to know whether they're
 6    cause of their cancer is due to the transplant
 7    medicines or not because that's going to change the
 8    therapy.
 9              You know, in the setting of, like,
10    ulcerative colitis, is their cancer caused in the
11    setting of their ulcerative colitis or is it just --
12    we think it's sporadic.  And that's going to, you
13    know, guide the surgeon on what he's going to need to
14    do.
15              So for cancer specifically, there are a
16    number of times that I establish the exact cause of
17    that cancer, but it's not as common as causation for
18    lots of other diseases.  Liver disease, you know, is
19    it Hepatitis C?  Is it alcohol?  Is it some other
20    medicine because it's going to change -- maybe they
21    need to change their medicine, things like that.
22    It's going to affect their treatment.
23         Q.   Okay.  Now, specific to your -- your past
24    clinical practice involving NHL, have you ever
25    determined that family history played a causative
```

Brent Staggs, M.D.

1    role in any specific case?



22              The -- the driving force of almost every

23    cancer are external contribution of risk from other

24    carcinogens, not just sort of these theoretical

25    spontaneous mutations, whether it's the National

Brent Staggs, M.D.

```
 1   Institute of Health or medical literature like
 2   substantial risk paper from 2015 that I've talked
 3   about before indicates that the vast majority 80 --
 4   or 90, 95 percent of mutations in cancers are caused
 5   by external risk factors, not this sort of theory of
 6   cancer spontaneously arising.
 7        Q.    Well, just a few things first.  So the --
 8   this 2015 paper you refer to, the -- do you remember
 9   the lead author on that one?  I'm sorry, that's not
10   ringing a bell for me.
11        A.    The lead author is Wu, W-U.
12        Q.    Okay.  Any chance you remember what journal
13   that was published in?
14        A.    Nature.
15        Q.    Gotcha.  And I think at one point you said
16   that the -- the mutations causing cancer was a simply
17   a theory.  Is that a -- is that a fair description of
18   your -- your categorization there?
19             MS. GREENWALD:  Objection.  Form.
20             THE WITNESS:  No.  The -- the theory I'm
21   referring to is the thought process that most cancers
22   arise spontaneously by spontaneous mutations.  That's
23   never really been proven in just about any cancer.
24   And that's -- that's the theory behind, say, a
25   genetic -- you know, multiple family members having a
```

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Brent Staggs, M.D.

```
 1    cancer, you know, suddenly.

 2              You know, some scientists sort of leap to

 3    the observation, well, it must be all due to some

 4    sort of inherited genetic mutation.  And my opinion

 5    is that the best medical science indicates that

 6    almost all risk for cancer comes from external forces

 7    and mutation.

 8              So no, mutations cause cancers.  That's not

 9    a theory.  That's well proven over and over.  The

10    debate sometimes is whether those mutations are just

11    spontaneous and, you know, so-called idiopathic,

12    which are two different things to me, or whether

13    they're actually caused by an external force, whether

14    you know what it is or not.  And that's the

15    literature that I mentioned.

16              Over and over again, the medical literature

17    now indicates that almost all the risk for cancers is

18    from external carcinogens.  Whether we know what they

19    are or not, we don't always know what they are

20    because we're always learning things.  And that's --

21    that's --  all of that discussion sort of came out of

22    when you asked me about                        and

23    non-Hodgkin's lymphoma.

24              It's -- it's really quite rare in my

25    experience to have what we think are truly genetic
```

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Brent Staggs, M.D.

```
 1   mutations inherited causing lymphomas.  Like, there a

 2   few other cancers syndromes, but they're really

 3   exceedingly rare.  So we think most of the time when

 4   multiple family members have a cancer, it's probably

 5   more shared environmental factors than it is shared

 6   genetics.

 7        Q.    Okay.  And we'll talk about that more

 8   later.  Beyond the -- at not having reviewed the Wu

 9   2015 article, are any other literature that form

10   the -- the basis for that opinion?

11        A.    Oh, I mean, there's a variety of them.  The

12   Collegium Ramazzini has a whole position paper --

13   paper on that topic.  I don't know that it -- where

14   it was published, but it's readily available on their

15   website.  And then, of course, the National Institute

16   of Health website specifically says, I think, only

17   5 percent of cancers have an inherited genetic

18   component.

19             So it's a well established, you know -- in

20   the medical literature that external risk drives

21   almost every cancer.  And we can see that throughout

22   a lot -- you know, when we eliminated HPV, you know,

23   begin vaccine for that, then, you know, the rate of

24   cervical cancer just dropped way off.  You know,

25   we've, you know, reduced HIV virus, then rates of
```

Brent Staggs, M.D.

1   lymphomas and other cancers have dropped way off.

2          So we've -- we see it over and over again.

3   And -- and the fact that things like non-Hodgkin's

4   lymphoma, the rates have been climbing, especially

5   since the middle part of the century, climbing

6   steadily.  They appear, we think, to have plateaued

7   to some degree in the last couple of years.  But you

8   know, if it was -- if they were all spontaneous, then

9   the rates shouldn't have changed since -- since

10  antiquity.

11     Q.    Okay.  And a few things.  When you refer to

12  the national rates of -- of NHL, are you referring to

13  any particular data set by making that reference?

14     A.    No.  I don't recall today whether it's SEER

15  data or just data off the American Cancer Society's

16  website or something like that.  I don't remember.

17     Q.    Okay.  And -- and your understanding of the

18  national NHL data is that it's increased since the

19  '60s and recently plateaued; is that right?

20     A.    That's my generally, you know,

21  understanding.  I've seen the graphs and things like

22  that.  I -- I don't pay a lot of attention to the

23  exact numbers, what they are.  But that -- but that's

24  right.  There's a lot of cancers that have increased

25  and then ones where we have a -- a good reason to try

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Brent Staggs, M.D.

1    to eliminate the cause of that cancer and we're able

2    to do so, then those have been the ones that have

3    decreased.

4         Q.    And do you have any idea when that, the

5    plateau you described, about when that started?

6         A.    I don't.  I mean, not exactly.  My

7    impression is the last, I don't know, if it's four or

8    five years or slightly longer or slightly less that

9    we've had somewhat of a plateau in NHL, but I could

10   even be somewhat wrong about that.

11              But -- but my impression is certainly since

12   the middle part of this century since we've been

13   keeping those statistics that rates of NHL have

14   climbed that whole time.

15        Q.    Okay.  With the exception of the last four

16   or five years roughly?

17        A.    Right.

18        Q.    Okay.  And do you have any -- strike that.

19              Do you have any knowledge regarding the --

20   the use of or prevalence of Roundup use during that

21   time?

22        A.    Just anecdotally.  I mean, I grew up on a

23   farm here in Arkansas, as you probably read from last

24   time.  And I've read lots of farmers' depositions

25   now.  And their experience sounds similar to mine,

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

Brent Staggs, M.D.

1    which was that when Roundup came out in their

2    mid-1970s, it was a good product.  Of course, it

3    didn't catch just on right away, but it was marketed

4    heavily as -- as a safe product and a product that

5    worked well in broadleaf weeds and was used

6    frequently, but not just totally.

7              So the -- the use increased steadily over

8    time, it sounds like, for most farmers, especially

9    when Roundup Ready Crops came out, I think in the

10   early '90s, something, they came out with one or two

11   at the time.  Maybe it was late '80s, I don't

12   remember the exact dates.

13             But when that came out, then the -- the use

14   of Roundup, you know, just really went up at that

15   time because then you could broad -- broadcast spray

16   it and not worry about your crops at that point.

17        Q.   Okay.  And so then do you have any opinions

18   regarding the relationship between the increase in

19   the use of Roundup nationally and the NHL incidences

20   rate?

21        A.   No.  I hadn't even thought about that.

22        Q.   Okay.  And well, go on from that.  And just

23   to be clear, and I appreciate your broadcast spraying

24   insight, you're not here to offer any weed science

25   opinions today?

Brent Staggs, M.D.

```
1        A.    No.

2        Q.    Okay.  And now, just to make sure my notes

3    are clear, when did you first determine that

4    glyphosate or glyphosate-based herbicides were a

5    cause of NHL?

6        A.    Well, in this particular case, I'm not

7    discussing general causation, but I -- I reviewed all

8    of that literature to try to make an assessment in

9    the -- in some previous cases.  So it's been -- you

10   know, I started reviewing literature -- I asked the

11   law firms to send me everything they had and I tried

12   to make my own literature search, I think, beginning

13   in mid-2017.

14            And so I think I made my mind up somewhere

15   in early 2018 or so when I -- after I spent six or

16   nine months reading through literature as extensively

17   as I could.

18       Q.    And based on the literature you did in 2017

19   going into 2018, when was the -- looking backwards at

20   the literature, when was the first point in time

21   where you could point to a -- a critical mass worth

22   of literature saying, this is when the scientific

23   community know -- knew or should have known that

24   Roundup could cause NHL?

25            MS. GREENWALD:  Objection.  Form.
```

1            THE WITNESS:  I don't remember.  Yeah.

2   Certainly not an opinion on when anyone should have

3   known.  That sounds like a state of the art type of

4   opinion.  But I don't -- I've given you the best time

5   frame I can for when I tried to make up my mind after

6   I read everything I could get my hands on.  But I

7   don't have opinions on when anybody should have known

8   or not known.

9   BY MR. FORNADEL:

10       Q.    Okay.  And would you agree that the IARC

11  monograph addressing glyphosate was -- was a key part

12  of your -- your opinions in this litigation?

13            MS. GREENWALD:  Objection.  Form.

14            THE WITNESS:  I certainly respect IARC and

15  think they're a good independent agency.  And that is

16  their duty, is to establish, you know, whether or not

17  there are causation links or cancer-causing agents.

18  I wouldn't say that's the only thing.

19            I mean, you're phrasing a key point, I

20  think.  Sure.  I mean, I respect IARC.  So I guess it

21  could be a key point.  I can't tell you how big or

22  small of a role it's played.  I tried to read

23  everything that they had in their monograph myself,

24  but I'm not an animal science or experimental study

25  guy.  I tried to read all of them just to, you know,

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

Brent Staggs, M.D.

1    lay my eyes on them, get an understanding of what --

2    what's going on there.

3    BY MR. FORNADEL:

4        Q.    Okay.  So then fair to say that prior to

5    sometime in 2018 when you reached your conclusion

6    that -- that glyphosate-based herbicides could be a

7    cause of NHL, you didn't have an opinion on that

8    topic?

9              MS. GREENWALD:  Objection.  Form.

10             THE WITNESS:  That's right.

11   BY MR. FORNADEL:

12       Q.    Now, I understand that you testify as an

13   expert in -- in different types of litigation, not

14   just the Roundup world; is that right?

15       A.    Correct.

16       Q.    All right.  And prior to the Roundup

17   litigation, have you ever testified under oath about

18   risk factors regarding NHL?

19       A.    I don't think so.  I testified at a number

20   of different cases, but I don't remember that, if I

21   did.

22       Q.    Okay.  And have you ever -- prior to being

23   involved in the Roundup litigation, have you ever

24   published any literature regarding NHL risk factors?

25       A.    Well, some of the only publishing I've done

Brent Staggs, M.D.

```
 1   has involved lymphomas and leukemias, but I don't

 2   remember that there was any discussion of risk

 3   factors in there.

 4       Q.    And I didn't see any and I just wanted to

 5   confirm --

 6       A.    Okay.

 7       Q.    -- there wasn't anything I missed.

 8       A.    Yeah.  Unless it's just an anecdotal --

 9   right.  It's certainly nothing focused on that, but I

10   don't --

11       Q.    Okay.

12       A.    -- remember.  Yeah.  I have various case

13   reports and things like that.  I don't remember that

14   that was discussed in those.

15       Q.    Okay.  And just to -- to jog your memory,

16   if you could, beyond the -- and I read the transcript

17   from last time.  Beyond the -- the Kane cases you

18   testified in, in last year and then over the summer,

19   and then the one Whitby case you mentioned, are there

20   any other prior Roundup litigation that -- that you

21   were a part of?

22       A.    No, sir.

23       Q.    Okay.  And you don't have any opinions

24   about when Monsanto should have started warning about

25   some risk involving Roundup and NHL?
```

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Brent Staggs, M.D.

```
 1                MS. GREENWALD:  Objection.  Form.

 2                THE WITNESS:  No, sir.

 3    BY MR. FORNADEL:

 4        Q.    So fair to say in 2014 you did not have the

 5    belief that glyphosate was a risk factor for NHL?

 6                MS. GREENWALD:  Objection.  Form.

 7                THE WITNESS:  Gosh, I don't remember if I

 8    had -- I'd have to look back.  I try to keep up with

 9    IARC.  I get notices of when they put out different

10    monographs.  I probably read it about the time it

11    came out.  It would be of interest to me because I

12    grew up on a farm using Roundup all my life.

13                But I don't remember exactly when I read

14    that, and I wouldn't necessarily -- I -- I would just

15    take their opinion at face value.  I wouldn't have

16    tried to dig into it for any reason.

17    BY MR. FORNADEL:

18        Q.    And if I represent to you that that

19    monograph came out in 2015, so before that point in

20    time you wouldn't have had any awareness of that

21    issue?

22        A.    That's right.

23        Q.    Okay.  Now, have you ever had -- rather,

24    have you ever consulted regarding patients who

25    developed NHL who are not exposed to glyphosate-based
```

Brent Staggs, M.D.

```
 1   herbicides?

 2       A.    Well, I don't think though that

 3   specifically.  Certainly, I've consulted on a lot of

 4   patients.  Some of them may have lymphomas, but I

 5   don't remember lymphoma being a key issue unless --

 6   there might have been a case or two that I looked at

 7   that, you know, the diagnosis was in question,

 8   whether they did or didn't diagnosis it maybe.  I

 9   can't really remember.

10       Q.    And I -- I think I asked that question

11   poorly.

12             Earlier you explained that you routinely

13   see once a day, at least, patients who -- who have

14   NHL, right?

15       A.    Sure.  In clinical practice.  Right.  I

16   thought you meant litigation.

17       Q.    Oh, sorry.  That's on me.

18             So in clinical practice, have you ever had

19   patients who developed NHL who were not exposed to

20   glyphosate-based herbicides?

21       A.    Oh, I'm sure probably I have.  I -- I don't

22   always get a detailed exposure history, which is what

23   you need to make that kind of assessment.  Generally,

24   I don't have much of an exposure history when I'm

25   looking at NHL, unless I realize the context is, you
```

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

Brent Staggs, M.D.

1    know, transplantation or we're trying to dig into the

2    underlying cause.

3              I'm usually alerted to that by the

4    oncologist when I'm given the biopsy because I'll

5    discuss almost every biopsy, malignancy with an

6    oncologist to be sure that we're communicating on

7    what the issues are and -- and the treatment path

8    that's recommended by the pathology, things like

9    that.

10             So I will -- usually I'm asked about a

11   causation assessment.  And so any time -- and if I

12   was going to make that type of assessment, then I

13   would either go discuss with the patient or I would

14   have the oncologist go discuss and take a detailed

15   exposure history.

16      Q.    Okay.  And prior to 2018, you never

17   questioned any of those doctors about

18   glyphosate-based herbicides?

19      A.    Well, I think it probably came up some last

20   year for the first time in my general memory.  You

21   know, where we have lymphoma patients and they say

22   well, you know, Mr. So-and-so has read that, you

23   know -- you know, glyphosate caused it, Roundup

24   causes it.  You know, what do I think about that, you

25   know, because they -- because they look to me for

Brent Staggs, M.D.

```
 1   causation very often.

 2            And so I'm giving them my general knowledge

 3   on the -- on the subject, which we discuss in a lot

 4   of these depositions.  So it probably happened

 5   sometime in -- in middle of 2018.

 6       Q.    Okay.  And just to be clear, on your -- on

 7   your CV, you've never published your opinion that

 8   Roundup can be a contributing factor to NHL in any

 9   peer-reviewed literature?

10       A.    Correct.

11       Q.    Okay.  And is there anything preventing you

12   from doing that?

13       A.    Oh well, just that my practice is entirely

14   dedicated to clinical care.  I don't -- I do very

15   little research.  I have a couple of projects on

16   things, but you know, I don't have time.  I mean, by

17   the time I work ten hours in a hospital and do a

18   little bit of litigation consulting, I -- I've at

19   this point not dedicated any time to -- to

20   publishing.

21            So preventing me?  I'm not sure.  I mean,

22   since I'm not in that loop, I would have to probably

23   have a partner or something or some type of resources

24   to try to dedicate time and energy to publishing

25   something like that.
```

Brent Staggs, M.D.

1      Q.    Fair.  And I just want to confirm that it's

2   simply a matter of -- of staffing and time and not

3   of -- of anything else that would prevent you from

4   doing that?

5            MS. GREENWALD:  Objection.  Form.

6            THE WITNESS:  I guess.  I mean, I just

7   don't have a strong interest in publishing on any

8   subject at this point.  I enjoy patient care.  I

9   enjoy doing some litigation consulting.  So right.

10  I'm -- I'm not involved in really any -- much of any

11  research at this point.

12           I've got a -- I've got a cancer test that

13  I've been working on for a while to detect various

14  types of cancer called Hepsin.  So by the time I work

15  on that a little bit, that's taking up any excess

16  time that I have.

17  BY MR. FORNADEL:

18     Q.    Okay.  Kind of switching gears here, you

19  are still employed at the Pathology Laboratories of

20  Arkansas; is that right?

21     A.    Right.

22     Q.    Okay.  And can you explain how the

23  ownership of that -- that practice to us just

24  briefly?

25     A.    Sure.  We have, I think, 10 or 12 owners

Brent Staggs, M.D.

1    and we have a couple of other partners who are not

2    quite owners yet, but they will be at some point.

3    Everybody becomes an owner at some point if they

4    desire to.

5         Q.    Okay.  And do you -- is there just one

6    standalone office for that -- that practice?

7         A.    Well, not exactly.  So we are based

8    primarily in hospitals.  So we have offices

9    throughout multiple different hospitals.  I'm in

10   charge of the Baptist Health system here in Arkansas,

11   so we've got -- gosh, I'd say, you know, by the

12   time -- 12 or 13 facilities, plus innumerable clinics

13   and surgery centers that we receive specimens from

14   and are responsible for.

15           We do have a standalone billing and

16   administrative office, but there's no doctors there.

17   My office is primarily in the Little Rock Baptist

18   Hospital.  And then I have an office over in the

19   North Little Rock Hospital as well.

20        Q.    Okay.  And that's -- and that's one thing I

21   did want to clear up because it was -- I did not

22   understand that well from reading past transcripts.

23   So even though you have offices in hospitals, you own

24   those particular offices; is that right?

25        A.    No.  They just -- because they need us

Brent Staggs, M.D.

```
 1   there to -- to provide speedy service to their

 2   medical staff and they -- oh, I think we do pay for

 3   some rent or something like that, but right.  We

 4   don't own any of the buildings.  We own the

 5   administrative building, but where the doctors

 6   typically sit, we don't own that.  I think we just

 7   rent that from the hospitals.

 8        Q.    Okay.  And to the extent you have space

 9   onsite at different hospitals, you staff that with

10   employees for pathology laboratories; is that right?

11        A.    Sure.

12        Q.    Okay.  Now, am I correct in reading the

13   prior transcripts that 20 to 30 percent of your work

14   is spent working as litigation expert?

15        A.    Right.  Or just my overall time, right.

16   About ten hours a day in the hospital and then

17   usually two or three hours a day, be a little more

18   today, doing litigation-type endeavors.

19        Q.    Okay.  And am I also correct in

20   understanding that there -- you don't have a -- a

21   standing laboratory on site at the Pathology

22   Laboratories?

23        A.    Sure.  I mean, I guess it depends on what

24   you mean by laboratory, but yeah.

25        Q.    Let me clarify that.  So if you wanted to
```

Brent Staggs, M.D.

```
 1   have an immunostaining done, that would something

 2   that would need to be -- to be shipped off site; is

 3   that right?

 4       A.    No.  We've got all that.

 5       Q.    Okay.  And just to jump back, beyond the 10

 6   to 12 owners of Pathology Laboratories, how many

 7   employees do you have working for the partnership as

 8   well?

 9       A.    Maybe about another 30 employees maybe.

10       Q.    Okay.  And so as far as revenue is

11   concerned, when you do work, litigation work, is that

12   billed to the firm or to you individually?

13       A.    Oh, no.  That's to me individually.

14       Q.    Okay.  And do you use partnership resources

15   in order to complete that work?

16       A.    No.

17       Q.    Okay.  And beyond -- we've talked about

18   asbestos and Roundup, obviously.  There any other

19   types of -- of litigation that you're involved in?

20       A.    Sure.  I've had cases of smoking-related

21   cancers.  I've had cases of diesel exhaust-related

22   cancer, silica-related cancers.  And then I do a fair

23   bit of medical negligence type cases.  Typically

24   defendants, for whatever reason, mostly locally, hire

25   me for review of that.  I've got a private autopsy
```

Brent Staggs, M.D.

1   practice that's independent of Pathology Laboratories

2   where I do autopsies there.

3           Bur a lot of times that bleeds over into

4   the legal.  A lot of the autopsies are related to

5   legal matters, usually doing a second autopsy or

6   exhumation or, you know, lungs that contain a

7   mesothelioma, things like that.

8      Q.    Okay.  And so is there any real material

9   amount of time on a weekly basis devoted to the --

10  the separate autopsy business above and beyond the

11  litigation work?

12     A.    Sure.  I mean, I don't know.  I said, it

13  depends on as they come in.  Right.  I mean, again,

14  it's a difficult to -- I used to do lots of just

15  general autopsies.  I don't have time to do that as

16  much anymore.  I would say most of them are at least

17  peripherally litigation driven, I think.

18          You know, families call and want an

19  autopsy.  Most of the time, it's because they have

20  a -- you know, some sort of litigation-driven reason,

21  whether they think there was malpractice or something

22  like that, but I guess not every time.  But I don't

23  do a lot of just general, you know, automobile

24  accidents and things like that unless they're already

25  in litigation.

Brent Staggs, M.D.

```
 1        Q.    Okay.  Now, beyond the asbestos and the

 2   silica, any other toxic tort work that you do?

 3        A.    Well, diesel exhaust, smoking.

 4        Q.    Okay.  Anything else?

 5        A.    I've looked at all those.  Nothing comes to

 6   mind.  There may have been something that slipped in

 7   there.  Those are the big categories that I've, you

 8   know, spent a lot of time looking at.  And you know,

 9   and any time I have a cancer case, I wind up looking

10   at a lot of other risk factors, especially if there's

11   a causation assessment, you know, pending there.  So

12   I bleed into some other areas.  But no, I've not

13   spent a lot of time on any other big carcinogens.

14        Q.    Okay.  Any pharmaceutical litigation?

15        A.    No.

16        Q.    Any patent litigation of any kind?

17        A.    No.  Nothing -- nothing like that.

18        Q.    And -- and besides the toxic torts

19   categories we've covered, any consumer product

20   litigation?

21        A.    No.  It's not -- I've never been involved

22   in litigation.  It's not uncommon for me to have a

23   request to, you know, pathologically examine, remove

24   silicon breast implants or a defective hip, or

25   pacemakers.  You know, so most of the time, that's
```

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Brent Staggs, M.D.

 1  more of a diagnostic opinion.  I don't think I've

 2  ever been deposed or really asked to be involved --

 3              I removed a lot of hearts when the Fen-Phen

 4  litigation was going.

 5      Q.    Sure.

 6      A.    But I didn't -- I just removed them,

 7  examined them, and then shipped them off.  Typically

 8  I wasn't involved in writing reports for litigation.

 9      Q.    Okay.  But and -- you weren't involved in

10  some consulting capacity then; is that fair?

11      A.    I think just to the extent they needed the

12  organs removed and examined, and then they were going

13  to ship them to their expert.

14      Q.    Okay.  And so jumping back to the

15  pharmaceuticals, any other consulting work you've

16  done in that regard besides Fen-Phen?

17      A.    Right.  No.  Well, you know, I just thought

18  of that one as -- as we went down the road there.

19  But, no.  Nothing -- I guess when you're saying that,

20  I think about opioids or something like that.  No,

21  I'm not -- I've never had a dedicated case in any --

22  in any pharmaceuticals when they say, can you examine

23  and tell us -- give us an opinion about the

24  pharmaceutical, other than removing organs.

25      Q.    Understood.  Any beyond what we've already

Brent Staggs, M.D.

```
 1   covered, any other cases involving exposures to

 2   specific chemicals that were -- you deemed to be

 3   carcinogenic?

 4        A.    I can't think of any others.

 5        Q.    Okay.  And I read this, and just to

 6   confirm.  You started reviewing cases as an expert

 7   back in about 2006; is that right?

 8        A.    Right.

 9        Q.    Okay.  And about 90 percent of the work you

10   do in litigation is for plaintiffs' attorney; is that

11   fair?

12             MS. GREENWALD:  Objection.  Form.

13             THE WITNESS:  I would say 80 to 90 probably

14   by volume.  Right.

15   BY MR. FORNADEL:

16        Q.    Okay.  And I also read the -- the majority

17   of the defense work you do is for defendants based in

18   shipyards; is that right?

19        A.    No.  That's specifically limited to the

20   realm of asbestos.  So I do quite a bit of defense

21   work.  A lot of it's medical negligence where I'm

22   hired to do a second autopsy, things like that.

23             If it were limited -- if we're just talking

24   about asbestos, the defendants that I represented

25   there have largely been shipyards or other big
```

Brent Staggs, M.D.

 1   premises, things like that.

 2   BY MR. FORNADEL:

 3       Q.    Understood.  I got that from asbestos

 4   depositions, so that explains that.

 5             But so -- so that 90 percent -- overall

 6   90 percent for plaintiffs, 10 percent -- 10 percent

 7   for defense?

 8             MS. GREENWALD:  Objection.  Form.

 9   Mischaracterizes his testimony.

10             THE WITNESS:  I think it's more like 80/20.

11   BY MR. FORNADEL:

12       Q.    Fair enough.  That's -- correct me if I'm

13   wrong.

14       A.    Yeah.  It's not like I track it

15   specifically in any way, but it's certainly a

16   majority because the plaintiffs' attorney in asbestos

17   tend to be the ones that send me cases.  That -- that

18   just winds up, by volume, taking over.

19             But I spend a lot of time on defense cases.

20   Seems like an individual defense case, especially for

21   medical negligence, that will take more time than

22   just diagnosing one mesothelioma.

23       Q.    Okay.  And now, I know it's -- after

24   reviewing the last transcript, I know it's a little

25   bit different for this, but in general, not specific

Brent Staggs, M.D.

1    to these cases, your standard rate in litigation is

2    about $450 an hour for document review and writing a

3    report?

4         A.    Right.

5         Q.    And then 600 for testimony?

6         A.    Right.

7         Q.    Okay.  And then how did you tweak that

8    system for the -- the two cases you talked about on

9    November the 7th and then these four?

10        A.    Right.  For all these, well, I decided to

11   go with a -- I was going to do -- I had seen other

12   expert charging one minute per page, but that turned

13   out to be a really high number, so I think I

14   decreased it down to 30 seconds per page.

15             So all the pages on a given client, and

16   then times 30 seconds, and then whatever that turned

17   out to be, time my hourly rate of 450 per hour.

18        Q.    And -- and just so I'm clear, you said

19   30 seconds per page of document reviewed or report

20   written?

21        A.    No.  Documents reviewed.

22        Q.    Okay.  And so that would -- that kind of

23   formula would cover the document review and report

24   writing process for these?  Is it still $600 an hour

25   for testimony?

Brent Staggs, M.D.

1      A.    Correct.

2      Q.    Okay.  And as far as I know, we're --

3  you're based in Little Rock here, but if trial was

4  anywhere else, how would trial work?

5      A.    Sure.  If trial is out of town, I usually

6  have to get coverage, so that winds up being 5,000

7  for the day.  Six times eight is 48.  So I just round

8  it to 5,000.  If it's local and I can just do a

9  couple hours, sometimes I can arrange my schedule for

10 that, but I think these cases are Nebraska or

11 something like that.

12     Q.    Okay.  And do you have any retainer

13 agreement that the -- the law firms have to sign?

14     A.    No, sir.

15     Q.    Okay.  And they do cover expenses related

16 to both your document review and any testimony?

17           MS. GREENWALD:  Objection.  Form.

18           THE WITNESS:  What do you mean?

19 BY MR. FORNADEL:

20     Q.    As far as travel, meals, things like that?

21     A.    Would I expect to be paid for that?

22     Q.    As far as -- I'm sorry, just poorly worded

23 question.

24           If you were to go to trial, they would

25 cover your -- your hotel and room and board while

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Brent Staggs, M.D.

1   you're --

2        A.    Oh, I hope so.

3        Q.    Yeah.  Okay.  Beyond what we've listed, any

4   other -- any other payments you would expect to

5   receive from plaintiff's firm?

6        A.    No.

7        Q.    Okay.  And beyond the -- the tweaks you've

8   made to your -- your formula here for the document

9   review, any other changes over time in the way you

10  billed your litigation work?

11       A.    No.  That is the first time I've ever done

12  it that way, is because it was such a short time

13  period.  I spent so much time and then all the

14  reports had a general section at the beginning as

15  you've seen that's similar and case specific at the

16  end, I just don't -- I -- I can't keep up with hours

17  here and there, late night, you know, which case I'm

18  working on at any given time.  So I chose to try to

19  bill it like that.

20       Q.    And -- and just to confirm on that one,

21  because I -- I think this is the case, but just to be

22  clear.  The beginning, the generic section, should

23  be -- let me strike that.

24            The beginning of these reports should be

25  the same for all four of the reports?

Brent Staggs, M.D.

```
 1                    MS. GREENWALD:  Object --

 2                    THE WITNESS:  Correct.

 3    BY MR. FORNADEL:

 4        Q.    So back to your -- your general rate of 450

 5    an hour and 600 for testimony, how -- how does that

 6    compare to the hourly rate, or rather your rate as a

 7    clinical pathologist?

 8                    MS. GREENWALD:  Objection.  Form.

 9                    THE WITNESS:  Oh, I think it's pretty

10    similar.  As you probably know, that was loosely

11    based on where I got my rate over time.  I've had

12    that same rate now for a numbers of years.

13                    But of course, you know, the way we bill in

14    medicine is by codes.  And the codes that you bill

15    are depending on the difficulty and the size of the

16    individual case.  So the longer it takes you, the

17    more difficulty it is, the more you bill, but you

18    have assigned codes for each type of case, depending

19    on the type of case it is.

20                    So my -- the overall amount that I make,

21    you know, in clinical practice I think is similar for

22    the similar amount of time.  I've not put a lot of

23    thought into how they compare.  About, you know,

24    30 percent or so of my total income, you know, comes

25    from litigation-type reviews overall.  And that's
```

Brent Staggs, M.D.

1    similar to the amount of time just, I think, by

2    chance.  I probably ought to charge more.

3    BY MR. FORNADEL:

4        Q.    And I did see on your CV you mentioned you

5    were a professor at University of Arkansas for about

6    five years; is that right?

7        A.    No.  I was not a professor.  But -- but

8    while I was doing various types of training, I did

9    teach medical students and pathology residents and

10   internal medicine residents in multiple areas.

11       Q.    Okay.  So lecturer would be a -- a better

12   title?

13       A.    Probably.

14       Q.    Okay.  And specific to this case, you've

15   worked for the Weitz & Luxenberg firm before; is that

16   right?

17       A.    Yes, sir.

18       Q.    Okay.  And about 30 to 40 times, does that

19   sound right?

20       A.    That's probably right.  It's been asbestos

21   cases.  I didn't know they were in this case until I

22   was hired by a firm out of Louisiana originally.  And

23   I just found out kind of right before this

24   deposition.  Not this one, the last one, that they

25   were involved in this case.

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Brent Staggs, M.D.

```
 1              But right, they -- they tend to send me

 2    asbestos cases for the last, I would say, maybe three

 3    years or so, maybe a little longer.  But it's hard to

 4    say how many.  For whatever reason, they're one of

 5    the firms that tend -- they tend to send me two or

 6    three at once and not send any for a little while,

 7    not like a regular stream.

 8         Q.    Okay.  And do you happen to remember the

 9    firm out of Louisiana, which -- which firm that was?

10         A.    Sure.  It was the Lundy Lundy, and more

11    names after that.

12         Q.    Fair enough.  So in addition to the 30 to

13    40 asbestos cases ballpark that you've done with

14    Weitz & Luxenberg, how many Roundup cases have you

15    been retained with them specifically?

16         A.    With the Lundy firm?

17         Q.    Well, let's --

18         A.    Or the Weitz --

19         Q.    Let's start with Lundy.  How many -- how

20    many with them?

21         A.    Well, all of my cases have been through

22    them.

23         Q.    Okay.

24         A.    So I have the -- what was the case in '18?

25    You already said it.
```

Brent Staggs, M.D.

```
 1        Q.    Whitby?

 2        A.    Whitby.  Yeah.  The gentleman from Forrest

 3   City, I had Whitby.  And then I had some number, four

 4   or five this summer.  I can't remember now exactly.

 5   You know, they were -- and then I've had these six

 6   here.

 7             So the only one I'm not sure if -- if Weitz

 8   & Luxenberg is involved with -- in the one from this

 9   summer or not.  I just know about their involvement

10   in these six.

11        Q.    Okay.  And is it fair to say you worked

12   with Weitz & Luxenberg more than any other individual

13   law firm?

14        A.    Ever?  No.  They're a smaller part of my

15   business.  There's other firms I work with quite a

16   bit more than them.

17        Q.    Okay.  And you started working with them

18   about a decade ago; is that fair?

19        A.    No.

20             MS. GREENWALD:  Objection.  Form.

21             THE WITNESS:  I think -- I think maybe

22   three, four years ago maybe.  I would -- I would say

23   maybe three years ago.

24   BY MR. FORNADEL:

25        Q.    Okay.  In -- in that stretch, is it fair to
```

Brent Staggs, M.D.

1  say that you've worked with them more than any other

2  specific law firm?

3          MS. GREENWALD:  Objection.  Form.  Asked

4  and answered.

5          THE WITNESS:  No.  No.  Yeah.  They would

6  be just a small part of my business.

7  BY MR. FORNADEL:

8      Q.    Okay.

9      A.    Litigation practice.

10     Q.    Sure.  Sure.  And okay.  Doctor, are you a

11 member of any national or local medical

12 organizations?

13     A.    Well, maybe.  I don't keep up very well

14 with who I write the checks to.  Over time I've been

15 a member of the College of American Pathology and the

16 American Society for Clinical Pathology.  I don't

17 think I'm a member of the American Medical

18 Association anymore.

19          My observation on organizations like that

20 is whether or not you want to receive their monthly

21 magazine or not.  So I'm not sure who all I'm

22 actually a member of now that -- the office takes

23 care of reapplying for those type of things.  And

24 sometimes I see that it's lapsed and I ignore it for

25 a while and then may go back.

Brent Staggs, M.D.

```
1        Q.    Okay.  And -- and just to clear up my
2   notes, you mentioned may or may not still be a member
3   of the AMA.  And the other two were -- what were
4   those?
5        A.    Both -- the College of American Pathology,
6   CAP, and then the ASCP.  I may or may not be -- I
7   probably am a member of those right now, at least I
8   have been for some period of time, maybe not at this
9   moment.
10       Q.    Okay.  Fair.  Now, do you know if any of
11  those organizations publish risk factors for NHL?
12       A.    I don't think so.  I mean, certainly not --
13  I've never seen any of those published, like in a
14  position statement.  If I was looking for risk
15  factors for NHL generally, I'd go to -- you know,
16  like CDC or NIH or American Cancer Society.  A lot of
17  those have a very general page that I've looked at
18  before about risk factors for NHL or other diseases.
19       Q.    Okay.  And certainly as far as the -- the
20  three organizations you mentioned earlier, none of
21  them have risk factors that they've published
22  regarding specific subtypes of NHL?
23       A.    Not to my memory.  They all include
24  pesticides now.  I guess the other big source I get
25  risk factors from is the World Health Organization.
```

Brent Staggs, M.D.

1    Typically, you know, as I think about it, if I'm

2    really looking for, you know, risk factors for a

3    specific disease, you can flip over their

4    classification of tumors and they'll have a specific

5    section on risk factors.

6              And -- and for some time now, they've

7    listed an NHL generally and in specific subtypes,

8    like follicular lymphoma, they've listed pesticides.

9         Q.   Okay.  And do you have any memory of

10   glyphosate or glyphosate-based herbicides being

11   listed within that broader category?

12        A.   I don't think it's listed specifically in

13   the current version of the World Health.  It -- I

14   just can't remember.  I pulled all their references

15   because they'll typically give a reference for those

16   type of things.  And I think the references mention

17   glyphosate just, you know, in a paper like in

18   McDuffie.  I don't remember that's one of -- I don't

19   remember their references specifically, but I think

20   some of their references have a variety of specific

21   herbicides or pesticides.

22        Q.   Okay.  And so you don't have any memory of

23   any WHO publication that specifically addresses

24   glyphosate as a -- as a risk factor for NHL?

25        A.   Not specifically.  You know, the -- of

Brent Staggs, M.D.

1    course the IARC is an -- is the research arm of the

2    World Health.  So to that extent, they publish -- you

3    know, they have published on that specific topic, but

4    as far as just like a general medical book the World

5    Health has, I don't remember seeing glyphosate

6    specifically, just as herbicides.

7         Q.   Now, in -- in, say, the past decade, have

8    you attended any meetings for the -- the national

9    organization that we've been discussing?

10             MS. GREENWALD:  Objection.  Form.

11             THE WITNESS:  Oh, I don't -- if I was going

12   to go to a national meeting, I would typically go to

13   the United States and Canadian Association of

14   Pathology, and I don't know when the last time I've

15   been a member -- you don't have to be a member to go

16   to the meeting, but I've gone to that periodically.

17             I have gone to the CAP meetings on

18   occasion, but it's been a couple years.  I couldn't

19   tell you the last time.  Probably at least two or

20   three years ago since I've been to some type of

21   meeting like.

22   BY MR. FORNADEL:

23        Q.   And do you have any memory at these

24   meetings of these national organizations of ever

25   hearing Roundup or glyphosate discussed as a risk

Brent Staggs, M.D.

 1  factor for NHL?

 2       A.    I don't have a memory that -- of discussing

 3  risk factors for NHL, period.  But those -- no.  I

 4  don't remember one way or the other.

 5       Q.    Okay.  Now, just to be clear on this, as

 6  part of your clinical practice, prior to -- at some

 7  point in early 2018, you did not discuss glyphosate

 8  as a -- as a risk factor for NHL?

 9            MS. GREENWALD:  Objection.  Form.  Asked

10  and answered.

11            THE WITNESS:  Correct.

12  BY MR. FORNADEL:

13       Q.    Okay.  Now, earlier, we walked through all

14  the -- the training and education that -- that you

15  received at the University of Arkansas.  You agree

16  it's a significant amount of your -- your training?

17       A.    Yes.

18       Q.    Okay.  And that's integral to your opinions

19  in this case?

20            MS. GREENWALD:  Objection.  Form.

21            THE WITNESS:  Sure.  I mean, all training

22  plays in.  Sure.

23  BY MR. FORNADEL:

24       Q.    Okay.

25       (Exhibit Number 4 marked for identification.)

Brent Staggs, M.D.

```
 1    BY MR. FORNADEL:

 2        Q.    Hand you what I'll mark as Exhibit 4.  I

 3    apologize for the messy title.  I don't think it's

 4    carried over to the rest of the pile, so it should

 5    not --

 6        A.    Sometimes when you print off a website --

 7        Q.    Yeah.  It got us.  It got us.

 8              Now, are you aware that the University of

 9    Arkansas publishes a list of risk factors for NHL?

10        A.    Oh, I've been on the Rockefeller Cancer

11    Institute.  I mean, it's a -- it's website similar to

12    like an NIH or like Mayo, a lot of other websites.

13    So I don't remember that I've looked at this

14    specifically or not.  I may have.

15        Q.    All right.  If you don't mind flipping with

16    me to the second-to-last page there, right beneath

17    Contact Us?  Yep, you got it.

18              And do you see there where it says it was

19    updated November 8th, 2019?

20        A.    Yes.

21        Q.    And that -- that would be after all the

22    literature you cited in your report was published?

23        A.    Oh, maybe -- that's pretty recent.

24    Probably so.

25        Q.    Sure.  It was after the last deposition you
```

Brent Staggs, M.D.

```
 1  gave, in fact?

 2      A.    Oh, that's right.  Yeah.

 3      Q.    Okay.  And certainly after you formed your

 4  opinions in these four cases?

 5      A.    Yes.

 6      Q.    And I should say to be fair -- well, strike

 7  that --

 8            Now, if you turn with me to page -- it is

 9  page 9 of 46 at the top there.  Do you see it?  And

10  about half-way down, there's a -- a section -- it's

11  not expressly titled this, but it's -- it says,

12  risk -- risk factor there in that -- that first

13  sentence.  Anything that increases your risk of

14  getting disease is called a risk factor.

15            You see that?

16            MS. GREENWALD:  Objection.  Form.

17  BY MR. FORNADEL:

18      Q.    And do you see it goes on to list different

19  risk factors for NHL beneath that?

20            MS. GREENWALD:  Objection.  Form.

21            THE WITNESS:  Yes.

22  BY MR. FORNADEL:

23      Q.    And the first grouping there being older,

24  male or white.  Do you agree with those risk factors?

25      A.    Sure.  Well, I mean, I agree that the --
```

Brent Staggs, M.D.

```
 1   right.  If you classify them in that way, that
 2   that -- those classifications may show an increased
 3   risk compared to others.  I don't -- I haven't always
 4   identified exactly why that is.  It may not --
 5   obviously the pigment in your skin is not causing
 6   lymphoma.  There's some other underlying issue there.
 7              The issue with age to me, I've read that
 8   many times, is that you have more opportunity to be
 9   exposed to an external carcinogen, since external
10   carcinogens drive a great majority of the risk.  You
11   just have more opportunity to be exposed at that
12   point to form those mutations.  Those -- right.  It's
13   not just because you've somehow reached a numerical
14   age.  It's about your exposure and you have more
15   opportunity.
16              So and then male, yeah.  Right.  I'm not --
17   I'm not sure on the underlying etiology of that one,
18   whether it's, you know, more likely their occupation,
19   things like that.
20      Q.   Sure.  And -- and but you would agree that
21   the -- each of these characteristics, if the --
22   there's literature supporting a -- an association
23   between two those characteristics and an increased
24   risk of NHL?
25              MS. GREENWALD:  Objection.  Form.
```

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

Brent Staggs, M.D.

```
 1            THE WITNESS:  Right.  There may be a -- a

 2   numerical calculation that shows an increased risk.

 3   It takes a -- that is not a causation assessment.  It

 4   then takes a professional to walk through the

 5   Bradford Hill considerations to decide, is it really

 6   a cause or not, or is it just somehow an association.

 7   BY MR. FORNADEL:

 8       Q.    Okay.  And -- okay.  Good.  And for that

 9   Bradford Hill criteria then, you -- you agree then

10   that that first step in that is observing an

11   association before proceeding with the -- the rest of

12   the criteria?

13       A.    Sure.

14       Q.    Okay.  Now, turning back to the risk factor

15   list, the next section lists off a -- a few medical

16   conditions that weaken the immune system.  And you

17   touched on this earlier.

18            Would you agree that the inherited immune

19   disorders are risk factors for NHL?

20       A.    Yes.

21       Q.    And same for autoimmune diseases?

22       A.    I don't know how that's different, but

23   that's right.

24       Q.    I'm not sure either, but that's how they --

25       A.    I guess one's inherited, they're saying
```

Brent Staggs, M.D.

```
 1    ones that -- right.

 2         Q.    Sure.

 3         A.    Immune diseases.

 4         Q.    Third one there is HIV/AIDS, you agree that

 5    that's a risk factor for NHL as well?

 6         A.    It is.  Especially given the -- like a lot

 7    of others, it depends on the -- the control of the

 8    disease or severity of the disease.  Right.

 9         Q.    Okay.  Fourth one is human T-lymphotropic

10    Virus Type I or Epstein-Barr virus infection.  Would

11    you agree that those are risk factors for certain --

12    certain types of NHL?

13         A.    Yes.

14         Q.    Okay.  And finally, the last one being

15    Helicobacter pylori infection, do you agree that

16    that's a risk factor?

17         A.    Yes.

18         Q.    Okay.  Now, that one's primary gastric

19    though; is that right?

20         A.    Correct.

21         Q.    Okay.  And then last bullet point down at

22    the bottom there, taking immunosuppressant drugs

23    after an organ transplant.  I believe you already

24    mentioned that one.  You agree that's a risk factor?

25         A.    Yes.
```

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

Brent Staggs, M.D.

```
 1        Q.    Okay.  And do you see pesticides anywhere
 2  on that list?
 3        A.    No.
 4        Q.    And do you see glyphosate or
 5  glyphosate-based herbicides on that list?
 6        A.    No, sir.
 7        Q.    Okay.  Now, do you disagree with the
 8  University's -- University of Arkansas's listing of
 9  risk factors?
10            MS. GREENWALD:  Objection.  Form.
11            THE WITNESS:  Oh, I mean, I'm not going to
12  try to go edit everybody's risk factors.  As far as I
13  know, cancer.gov does list pesticides on their
14  website now, but I could be getting that confused
15  with American Cancer Society.  I'm sure one of those
16  does.
17            But I would certainly include it.  I think
18  almost every organization includes it now.  So they
19  probably need to update their list to -- to some
20  degree.  But they -- they've hit a lot of the big
21  ones.  I don't think it's up to any organization like
22  this to just try to have some unbelievably exhaustive
23  list, but I -- I certainly believe it's a cause of
24  non-Hodgkin's lymphoma, glyphosate-based herbicides.
25  BY MR. FORNADEL:
```

Brent Staggs, M.D.

 1      Q.    Okay.  And do you think the University left

 2   anything out in putting this list together?

 3           MS. GREENWALD:  Objection.  Form.  Asked

 4   and answered.

 5           THE WITNESS:  Well, there may be more --

 6   more than one thing left out of any given list.  I

 7   haven't looked at it before.  I would certainly --

 8   I -- I have seen in my experience now on most general

 9   resources like this, pesticides listed as a cause or

10   a risk factor for non-Hodgkin's lymphoma, but they

11   don't happen to have it there.  So I mean, it's their

12   list.  They can maintain it however they want.

13   BY MR. FORNADEL:

14      Q.    Okay.  Doctor, do you conduct any research,

15   independent of research related to litigation tasks?

16      A.    Well, as a general rule, no.  We discussed

17   my Hepsin research last time and this time.  And I --

18   you know, occasionally I'll have a -- an oncologist

19   or someone, surgeon, who wants to write up an

20   individual case and that has happened from time to

21   time.  But my -- I -- I've chosen to dedicate my

22   practice to patient care rather than involving

23   research.  It just takes a tremendous amount of time

24   and resources to do research.  I appreciate those who

25   do that.  So no, I mean, I have very narrow areas of

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Brent Staggs, M.D.

```
 1   research that I've done since I've been in practice.

 2        Q.    Okay.  And -- and I don't want to re plow

 3   the -- the ground that -- that you and Dave went over

 4   about the -- the test you're working on.  But fair to

 5   say that that's unrelated to this litigation?

 6        A.    Oh, that's right.

 7        Q.    Okay.  And have you ever done any research

 8   independent of litigation regarding glyphosate or

 9   glyphosate-based herbicides?

10        A.    No, sir.

11        Q.    And have you ever done any research

12   independent of litigation regarding any chemical?

13        A.    I don't think so.

14        Q.    Okay.  Have you ever published -- strike

15   that.

16              Have you ever presented to any medical

17   group or organization regarding the risks related to

18   glyphosate-based herbicides?

19        A.    Presented, no.  I haven't.  Maybe I should

20   go back to the last question.

21              I'm sorry, the -- as I sort of think about

22   it a little more, I guess, when you -- you say the

23   word research, I think about some sort of large scale

24   effort to write a paper.  Certainly I have researched

25   chemicals innumerable times in my autopsy practice
```

Brent Staggs, M.D.

 1   for cause of death determination.  So there's a lot

 2   of toxicology that's involved there.  And a lot of

 3   times, I have chemicals or metals or things that --

 4   that are something I'm not terribly familiar with

 5   that I have to research and decide, is this causal to

 6   the cause of death or disease process that's

 7   affecting the autopsy.

 8           So in that sense, yes.  It's kind of like I

 9   did -- I wasn't trying to write a paper when I

10   researched glyphosate or when I research asbestos.  I

11   just had a case to work on and I needed to research

12   the topic.  When you said it, it makes me think like

13   I'm trying to write a paper for a journal, which I --

14   that's not a focus of my -- yes, any time I get a --

15           You know, and in practice I'll have someone

16   come in with a new medicine I haven't heard of, you

17   know, have liver disease.  So I have to research, you

18   know, is it possible for that medicine to cause, that

19   chemical to cause whatever the disease is that I'm

20   looking at under the microscope.

21           So in that context, yes.  I research lots

22   of chemicals, but I'm not trying to publish papers on

23   them.

24       Q.    Okay.  I think I've got a softball for you.

25   Fair to say you consider yourself an expert in

Brent Staggs, M.D.

```
 1   pathology?

 2        A.    Yes.

 3        Q.    And in lymphomas?

 4        A.    Yes.

 5        Q.    Okay.  Do you consider yourself an expert

 6   particularly in follicular lymphomas?

 7        A.    Sure.

 8        Q.    Is that also true of diffuse large B-cell

 9   lymphomas?

10        A.    Yes.

11        Q.    And marginal zone lymphomas as well?

12        A.    Correct.

13        Q.    All right.  And I know you said this

14   before, but you agree you're not an expert in

15   epidemiology?

16             MS. GREENWALD:  Objection.  Form.

17             THE WITNESS:  Correct.

18   BY MR. FORNADEL:

19        Q.    And you're not an expert in animal studies?

20             MS. GREENWALD:  Objection.  Form.

21             THE WITNESS:  Right.

22   BY MR. FORNADEL:

23        Q.    Nor in invitro studies?

24        A.    Right.

25        Q.    And you're not an expert on EPA
```

Brent Staggs, M.D.

1    regulations?

2         A.    Right.

3         Q.    You're not here to provide any labeling

4    opinions or regulatory opinions?

5         A.    No.  No, I'm not.  Not a negative to your

6    question.  Right, I'm not going to.

7         Q.    Great.  And fair to say you're not an

8    expert in pesticides in general?

9         A.    Correct.

10        Q.    And in going back to the five years where

11   you were a lecturer at the med school, did any of

12   your syllabi or -- or course topics touch on

13   pesticides in any way?

14        A.    I don't think so.  If they did, it would

15   just be very superficially.  We talked about

16   carcinogens from time to time, certainly, but I don't

17   remember that pesticides were part of that or not.

18   It would have just been -- again, we're talking about

19   general lectures on lymphomas, leukemias.  We -- we

20   probably talked about risk factors briefly, but I

21   don't remember if pesticides were part of that or

22   not.  Certainly, that's been about the extent of it.

23        Q.    Okay.  And -- and certainly no memory

24   specifically regarding glyphosate-based herbicides?

25        A.    Almost certainly I did not discuss

Brent Staggs, M.D.

```
 1    glyphosate specifically.

 2         Q.    Okay.  Now, beyond some of the cancer

 3    boards you discussed -- well, let me strike that.

 4              The cancer boards you were discussing

 5    earlier, would that just be involving doctors within

 6    the Pathology Laboratories of Arkansas?  Would that

 7    involve doctors through the -- the hospital?

 8         A.    No.  That's a meeting of all -- anyone

 9    involved in cancer care throughout central Arkansas.

10    So the -- the oncologists meet there primarily to

11    discuss cases and have pathology and radiology there

12    to help them decide on the difficult cases, what

13    they're going to -- how they're going to treat --

14    diagnose and treat the patient.

15              So I'll present slides sometimes or just

16    discuss the reports.  So it's a multidisciplinary

17    meeting.

18         Q.    Sure.  And your cancer boards you

19    participate in, is that only through the Baptist

20    Health Medical Center system, or do you participate

21    in a broader array of boards?

22         A.    No.  Well, the only one we have in central

23    Arkansas meets at the CARTI, Central Arkansas

24    Radiation Therapy Institute.  So they -- they host

25    the tumor board weekly.  We don't -- we don't have
```

Brent Staggs, M.D.

```
 1    another one that I know of.
 2         Q.    Okay.  And for those of us not from here,
 3    is that part of Baptist Health?
 4         A.    No.
 5         Q.    Okay.  So that's separate from --
 6         A.    Right.  Baptist on and off over the years
 7    has had some tumor boards, but for the same purpose.
 8    But now that the oncologists have their own, they --
 9    their own large facility, they want to have us come
10    over there to them.
11         Q.    Okay.  Now, a few times we touched on your
12    role as lecturer at the university.  It's -- that ran
13    from 2002 to 2007; is that right?
14         A.    Roughly.  Right.
15         Q.    Okay.  And why did you stop working in that
16    capacity?
17         A.    Well, I got a job in private practice,
18    which is the ultimate goal.  I was still finishing
19    training at that point.
20         Q.    So that was the sole reason that role
21    ended?
22         A.    Right.
23         Q.    Okay.
24         A.    I'm still invited back to lecture from time
25    to time there, and my undergraduate university, but
```

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Brent Staggs, M.D.

1    not more than once or twice a year.

2        Q.    Okay.  Now, have any of those lectures

3    involved glyphosate or glyphosate-based herbicides?

4        A.    No.

5        Q.    Okay.  Now, specific to this case, and Dave

6    may have touched on this, but I just want to be

7    clear.  Any textbooks you referenced in forming your

8    opinions here?

9        A.    You know, I don't remember if I listed a

10   textbook on there or not.  The -- textbooks would

11   be -- I may have listed the -- at least if not this

12   time, maybe the last time, again, the World Health

13   Organization classification of tumors.  I guess

14   that's a book.  It's kind of like a monograph or

15   something like that.

16            You know, that's the most sort of

17   continually updated source of information about

18   lymphomas.  You know, there are other textbooks but

19   that's -- that's the primary book that I rely upon

20   for my daily practice in that area.  I've had various

21   others over the years, but I don't use them nearly as

22   much.

23       Q.    Okay.  And so that -- and I believe the

24   last WHO publication came out in 2017.  Does that

25   sound right?

Brent Staggs, M.D.

1        A.    Either that or '18.  They're -- they're

2   more frequent now than they used to be.  But

3   there's -- well, there may be one that -- they may

4   have had a new one this year.  I can't say.  They all

5   look so similar.  It used to be you got a different

6   textbook and it had a whole different color and you

7   kind of could remember the blue one or the green one.

8   But theirs all look the same.  So I don't remember

9   what the most current one is.  But I think it maybe

10  one more current than '17.

11       Q.    Okay.  And fair to characterize though that

12  whatever the latest WHO classifications for NHL

13  being, that -- that would be the authoritative source

14  for NHL risk factors?

15       A.    Oh, I don't consider any particular source

16  authoritative in medicine.  Just because medicine

17  changes so quickly, that by the time a book is

18  published, it's almost always out of date.  So

19  they -- they try to keep up as best they can, but I

20  wouldn't have one particular source I say is

21  authoritative for risk factors.

22            Most of the sources on risk factors are

23  just very general, you know.  We've discussed almost

24  all of them, CDC or NIH or, you know, American Cancer

25  Society, things like that, and other resources like

Brent Staggs, M.D.

1    University or Mayo.  They're going to have risk

2    factors.  But if you want to try to compile some sort

3    of exhaustive list of risk factors, you really have

4    to dig into the medical literature itself, journal

5    articles, things like that.

6         Q.    Okay.  And what journals do you read or --

7    or research when you're looking for information

8    regarding NHL?

9              MS. GREENWALD:  Objection.  Form.

10             THE WITNESS:  Well, I can't say that I just

11   look -- I mean, journals are so easy to get to now.

12   It used to, we had two or three you would subscribe

13   to and those were the main ones you looked at all the

14   time.  But that's changed so much.  So I don't know

15   that I have any one.  You know, I'll just go online

16   and -- and begin to research primarily on PubMed, you

17   know, an individual topic.

18             And then you know, the journals will come.

19   I mean, as I see a paper, I'll put it up.  So I mean,

20   there's lots of pathology journals, but I -- I can't

21   say anymore that I have, you know, one or two

22   go-to's.

23        Q.    Okay.  And am I right in thinking that

24   every journal article that you've seen that concludes

25   that glyphosate or glyphosate-based herbicides could

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Brent Staggs, M.D.

1    cause NHL, are those all reflected in your -- your

2    MCL?

3              MS. GREENWALD:  Objection.  Form.

4              THE WITNESS:  No.  I don't think so.  I --

5    I gave a very exhaustive list of everything I had

6    seen at the time in my Whitby deposition.  You know,

7    this list was more pared down, you know, to try to

8    give kind of maybe the top articles I looked at.  I

9    tried to read everything I could possibly read.  I

10   don't try to ignore one.  Again, I'm not a

11   experimental or an animal guy, but I still try to

12   read them.

13             But I wasn't trying to include all of those

14   possible articles that I've ever read in this

15   particular list.  But anything that I might be

16   somewhat more prepared to discuss is on the list, I

17   think.

18   BY MR. FORNADEL:

19        Q.   Okay.  And just to be clear, because you

20   mentioned the Whitby deposition, did you mean the

21   Kane depositions from this past summer, or were you

22   deposed in Whitby?

23        A.   I was deposed in Whitby.

24        Q.   Okay.

25        A.   I may have had the same list in Kane.  I

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

Brent Staggs, M.D.

1    can't remember.

2        (Exhibit Number 5 marked for identification.)

3    BY MR. FORNADEL:

4        Q.   Now I'll mark as Exhibit 5 -- I'll put it

5    over the exhibit sticker from last time so we don't

6    get confused.

7             This is the list that dates back to 2010

8    that you produced before your last deposition on

9    November 7th.  Does that look right?

10       A.   Yes, sir.

11       Q.   Okay.  And is it fair to say that this is a

12   comprehensive listing of all the cases you've been

13   involved in -- or rather testified in since 2010?

14       A.   I think so.  I'm sure -- I'm sure I

15   probably missed one here or there, but I try to put

16   them all on here.

17       Q.   Okay.  Well, if you remember any that you

18   missed, please -- please let us know.

19       A.   I usually don't remember them.  It's

20   usually in a deposition, someone will say, hey, I saw

21   a transcript from -- that's all.  I think that's

22   happened once or twice over the years.

23       Q.   Okay.  Now, specific to the -- the diesel

24   fumes testimony that you've given, what specific

25   cancer was that related to?

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

Brent Staggs, M.D.

1       A.    Lung cancer.

2       Q.    Okay.  And I think I know this one.  Same

3   is true for smoking, lung cancer as well?

4       A.    Well, that and gastric cancer.

5       Q.    Okay.  And beyond those two topics, have

6   you ever provided any other testimony regarding

7   carcinogens?

8             MS. GREENWALD:  Objection.  Form.

9             THE WITNESS:  Oh, a lot -- lots of

10   asbestos.  Yeah.  I do that all the time.

11  BY MR. FORNADEL:

12      Q.    Okay.  Putting aside the asbestos --

13            MS. GREENWALD:  Objection.  Form.  Go

14   ahead.  If you can answer it, go ahead.

15            THE WITNESS:  Sure.  Well, we mentioned

16   silica, smoking, diesel exhaust, asbestos.  I've had

17   some radiation exposure cases, or at least discussed

18   that topic before.  Those are all I can think of,

19   unless I might have mentioned one a while ago that

20   I'm not thinking of right now.  But those are the

21   main ones.

22  BY MR. FORNADEL:

23      Q.    Okay.  And just to make sure we have this

24   clear, have you ever had any relationship with Bayer

25   or Monsanto in the past?

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Brent Staggs, M.D.

```
 1        A.    Not that I know.

 2        Q.    Okay.  And so you haven't done any work for

 3   either of those two entities?

 4        A.    I don't think so.

 5        Q.    And just to jump back to your past expert

 6   work, I assume you're aware you've -- as with all

 7   experts, you've been -- been challenged on your --

 8   your expertise in various cases.  Are you aware of

 9   any times that a court has found you not qualified to

10   testimony?

11              MS. GREENWALD:  Objection.  Form.

12              THE WITNESS:  No.  I've been through

13   Daubert hearings and motions and written in briefs

14   and all of that.  And every -- every time that I know

15   of, I've been accepted just fine.

16   BY MR. FORNADEL:

17        Q.    Okay.  Just to be kind of more explicit,

18   you mentioned you started a -- a literature search in

19   2017 once you were first started in this litigation.

20   Kind of moving forward from the time you started

21   gathering literature, what did you do to form your

22   opinions in this case?

23              MS. GREENWALD:  Objection.  Form.

24              THE WITNESS:  In this particular case?

25   BY MR. FORNADEL:
```

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Brent Staggs, M.D.

 1      Q.    Well, I guess in -- in this -- in this

 2   series of six cases might be a better.  Let's focus

 3   on that.

 4      A.    Sure.  Well, so for methodology -- I mean,

 5   in these cases, I'm just asked to do specific

 6   causation.  It kind of says that right upfront.

 7            Specifically, I've been asked, is -- are

 8   glyphosate-based herbicides a significant

 9   contributing factor to the lymphoma in the six

10   patients.  So that's the only thing I've tried to

11   address.  I've not reconsidered general causation.

12            But so the methodology is explained in my

13   report fairly well.  So the -- the nine Bradford Hill

14   considerations apply both to general causation and to

15   specific causation, sort of in a general sense, and

16   specific causation.  They're intuitive.  I know

17   you've probably heard them.

18            You know, did the exposure come before the

19   disease?  Is it a -- is it a repeated effect that's

20   been seen?  Some of them apply more to general

21   causation than to specifically.  But still, that's

22   the methodology and framework that I work through.

23            And once you get through those, then you

24   begin with differential diagnosis to arrive for a

25   specific cause.  I call it differential etiologies,

Brent Staggs, M.D.

1    the same methodology, where I consider when did it

2    first start, what -- what is the disease.  And it's

3    non-Hodgkin's lymphoma in all of these cases, because

4    a lot of farmers here.

5              And then from there, what are the potential

6    causes of non-Hodgkin's lymphoma overall and in these

7    cases.  So I've looked at lists like you presented

8    and others.  We've talked about a lot of sources of

9    all the potential causes of non-Hodgkin's lymphoma

10   generally that I can identify with my resources and

11   as a physician.

12             And then I dig in specifically to all the

13   potential exposures that -- on each client.  So I

14   read the testimony, and then talk to them personally

15   after I've read the testimony and read all the

16   medical records about all of their exposures that I

17   could identify.  And I characterize the exposures

18   based on the proximity and frequency and regularity,

19   to try to give them some comparison, if I can.

20             Once you've gotten passed the first step,

21   so there -- are they exposed to anything that could

22   cause non-Hodgkin's lymphoma?  If so, a consideration

23   of the dose based on the proximity, frequency, and

24   regularity.  And then make a reasoned medical

25   decision on whether or not it is a significant -- the

Brent Staggs, M.D.

```
 1    glyphosate-based herbicides are a significant

 2    contributing factor, based on all of those factors

 3    that come before.

 4         Q.    Okay.  And if I understand at the beginning

 5    of that process, you -- there was a literature search

 6    you performed.  Now, was that an independent research

 7    you performed where you provided articles?  How did

 8    that work?

 9         A.    For what?

10         Q.    When you first started to review literature

11    as part of this litigation.

12         A.    Well, you mean back in '17 or --

13         Q.    Yes.

14         A.    -- or these cases?

15         Q.    Back in 2017.

16         A.    So -- so the question is how did I go about

17    my literature search?

18         Q.    Yes, sir.

19         A.    Well, given that I'm an individual

20    physician without a staff to do such a thing, I asked

21    the law firm to help me.  So I asked them to -- to

22    please send me everything, whether it was good or

23    bad, that they had in their possession or that they

24    come across that -- you know, in regards to this.

25    I've asked law firms to help me with that before.  So
```

Brent Staggs, M.D.

 1  they sent me probably, I don't know, 100 or 200

 2  articles at that point.

 3           The main other jumping-off point was the

 4  IARC monograph.  I went and pulled that they hadn't

 5  already sent me, I found and pulled all of their

 6  resources, references from the monograph regarding

 7  glyphosate because they consider things that are only

 8  peer-reviewed and published.  So they were accessible

 9  to me as well.

10           So I collected all of those.  And then from

11  those, my research method is typically just, you

12  know, kind of like a tree.  So once I get an article,

13  it's got references.  I try to pull all of those, if

14  I can.  Most of the time, once you have accumulated

15  some -- you know, a couple hundred articles, a lot of

16  times they're referencing each other anyway.

17           But so if there was articles of interest to

18  me in the references that I could pull, then I began

19  to pull those or ask the law firm to do that for me

20  until I had amassed everything that I, you know,

21  could foreseeably get my hands on.

22           And then, of course, new things have come

23  out.  And I found those through Google Scholar.  And

24  then I've also -- or PubMed, and then I've also had

25  law firm -- the Lundy Law Firm send me various things

Brent Staggs, M.D.

1    throughout the last, I guess, going on two years now

2    that I've been viewing as well.

3        Q.    Okay.  Now, specific to these six cases, I

4    understand that you -- and you explained to Dave

5    earlier, which was very helpful, that you interviewed

6    the plaintiff in each case after they had been

7    deposed; is that right?

8        A.    Correct.

9        Q.    Okay.  Did you take any notes of any of

10   those interviews?

11       A.    Well, the notes are -- I had already pulled

12   up my summary of their -- the notes are on the

13   computer.  So there's no separate notes, other than

14   my report.  So I had already gone through the medical

15   record and given a rough outline from the deposition.

16   And then I would have that in front of me on the

17   screen and I'd have my headset on with them on the

18   phone.  And then I'm asking them as I see any holes

19   or to kind of redescribe for me, you know, the

20   exposures that were already in the deposition.

21            And I think literally to the man, they --

22   very consistent with the deposition.  Occasionally, I

23   may have had an extra question or two, but I don't

24   have -- I don't have any different notes than what I

25   filled in into the -- on to the computer screen for

Brent Staggs, M.D.

1    my report.

2         Q.    Okay.   And so beyond what you've reported

3    in the report, there's no record of that conversation

4    of any kind?

5         A.    That's right.

6         Q.    Okay.   And so beyond what you've reported

7    in the report and what you're -- you're telling us

8    now, there's no way for anyone else to know what was

9    said during that conversation?

10              MS. GREENWALD:   Objection.   Form.

11              THE WITNESS:   That's correct.

12   BY MR. FORNADEL:

13        Q.    Now, were those conversations limited to

14   just exposure to different agents, or -- or were they

15   broader than that?

16        A.    No.   Much broader than that.   So you know,

17   I asked them each -- the jumping-off point for each

18   of the patients was to just give me their entire work

19   history starting from -- typically I'd say start from

20   the time you first had a paper route, anything like

21   that.   Tell me all the places you worked from there.

22   I don't always include all the things because they're

23   not pertinent to my examination.

24              But then as they rolled through all of --

25   describing all of those things to me, sometimes I had

Brent Staggs, M.D.

```
 1    more or less questions about anything they described
 2    that wasn't -- typically that had already been gone
 3    over in great detail in the deposition, to see if
 4    it's still consistent or if they think of something
 5    different.
 6              Beyond that, we would then identify --
 7    typically, I would then usually go to their medical
 8    history, talk about any family history that they had
 9    and then their other -- any medical conditions, any
10    medicines that they take.  I'll try to go into detail
11    about medical history.
12              And then from there, talk more specifically
13    about their individual disease.  Make sure that all
14    matched up with the time frame they were diagnosed on
15    reports and all the treatment history, those type of
16    things.
17              And then we dig in a little bit more to all
18    the exposures.  They would have already covered that
19    to some degree in their work history that I had them
20    recite for me, or just, you know, detail for me.  But
21    we dig in, you know, on the proximity and frequency
22    and regularity of the other exposures they could
23    think of.  Anything they could think of, you know,
24    smoking history and alcohol, but all the -- typically
25    all the other herbicides, anything that I can think
```

Brent Staggs, M.D.

1   of that might be a -- might also be causative of

2   non-Hodgkin's lymphoma.

3       Q.    Okay.  And -- and earlier you mentioned,

4   specific to Domina -- and -- and just bear with me,

5   that you had the reports for Dr. Gru and

6   Dr. Silberstein on your system.  If my memory serves,

7   Dr. Gru's a pathologist and Silberstein was the

8   oncology experts for the defense in this case?

9       A.    Oh, I just have to look.  I don't remember.

10      Q.    Okay.  And -- and I'll represent to you to

11  the best of my memory, that's true.  Is that about --

12  as far as defense experts, is that what you limited

13  your review of other expert reports to, oncology and

14  pathology?

15            MS. GREENWALD:  Objection.  Form.

16            THE WITNESS:  Well, I didn't limit it.  But

17  that's what the law firm sent me.

18  BY MR. FORNADEL:

19      Q.    Okay.  And did you review for any of my

20  four cases or the two you discussed earlier this

21  month, did you review any of the reports from the

22  industrial hygienist who wrote reports on behalf of

23  the defendants?

24      A.    No, sir.

25      Q.    Okay.  And so you did not investigate any

Brent Staggs, M.D.

```
 1   of the additional exposures listed in their reports

 2   that they identify?

 3            MS. GREENWALD:  Objection.  Form.

 4            THE WITNESS:  Well, since I haven't seen

 5   it, I can only investigate what I know about.

 6   BY MR. FORNADEL:

 7       Q.   Fair.  And -- and just to be clear, because

 8   I -- we don't have any other record, in the

 9   conversations you had with the plaintiffs, any other

10   topics beyond you've described for us already?

11            MS. GREENWALD:  Objection.  Form.

12            THE WITNESS:  I think that covers it very

13   generally.  I'm trying to think if there's anything

14   other -- I mean, I've -- I mean, just generally, you

15   know, talked about -- I went in detail about their

16   work practices.  I'm very familiar with farming

17   operations, things.  But that goes towards the

18   proximity, frequency, and regularity of the exposure

19   to glyphosate or any other risk factors that I could

20   identify.  We talked about medical history.  So I --

21   I think that's it.

22            MS. GREENWALD:  Whenever you have a break,

23   we've being going more than an hour and a half.  Just

24   whenever --

25            MR. FORNADEL:  Now -- now is fine enough.
```

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Brent Staggs, M.D.

```
 1              MS. GREENWALD:  I just want to -- just to

 2   stretch legs.

 3              MR. FORNADEL:  No.  No.  Yeah.  We can stop

 4   right now.  That would be great.  Thank you.

 5              MS. GREENWALD:  I didn't mean to break your

 6   flow but --

 7              MR. FORNADEL:  I was moving on to something

 8   else.

 9              MS. GREENWALD:  Okay.

10              THE VIDEOGRAPHER:  All right.  We are going

11   off the record.  The time is approximately 6:02 p.m.

12                   (A short break was had.)

13              THE VIDEOGRAPHER:  We are back on the

14   record.  The time is approximately 6:17 p.m.

15   BY MR. FORNADEL:

16       Q.   Great.  Now, Doctor, I've got a few

17   questions for you about IARC.  I understand you've

18   been asked about them plenty in the past so I'll try

19   not to re plow all the old ground.

20       A.   Yes, sir.

21       Q.   Now, have you ever cited to any IARC

22   monograph or publication in any of the literature

23   that you, yourself, have published?

24       A.   No.

25       Q.   Okay.  And did you ever reference IARC in
```

Brent Staggs, M.D.

1    any of the lectures that you provided to your

2    students?

3        A.    I don't remember.  Certainly, I've -- you

4    know, since they're part of the World Health and

5    publishing the classification of tumors that I've

6    used for years, I've been familiar with them and

7    their monographs.  But referencing -- you know, I've

8    only written a limited number of papers.  I don't

9    think I needed IARC in any of those papers.  And then

10   my lectures, I can't remember.

11       Q.    Okay.  And have you ever consulted any IARC

12   publication in the course of treating a patient?

13       A.    Oh, sure.  All the time.

14       Q.    Okay.  And would those include the -- the

15   monographs about specific substances and agents?

16       A.    Yes.

17       Q.    Okay.  And now, I take it you understand

18   IARC's process of classifying substances into

19   different categories as it relates to their

20   carcinogenicity?

21       A.    Right.

22       Q.    And are you familiar with some of the

23   ups -- other substances besides glyphosate that they

24   have classified as carcinogenic, say, for instance,

25   processed meat?

Brent Staggs, M.D.

```
 1      A.    Yes.

 2      Q.    Okay.  And do you agree with that

 3   classification as a Group 1 carcinogen?

 4      A.    Well, I haven't -- that came up in the

 5   Whitby deposition.  I read it back then, but I

 6   haven't really formed an opinion on that.

 7      Q.    Okay.  And any opinion on alcohol being a

 8   Group 1 carcinogen?

 9      A.    Oh, I've looked into that because I drink

10   alcohol from time to time, so -- so, yeah.  I'm sure

11   it probably is.  Yes.

12      Q.    Okay.  Any opinion on acrylamide being

13   classified as a Group 2A probable carcinogen?

14      A.    No opinions on that.

15      Q.    Okay.  And so you're -- you're aware

16   acrylamide is -- is found in baked potatoes, French

17   fries, and potato chips?

18      A.    No.

19      Q.    Okay.  Any --

20      A.    Chips right there.  Is that why you said --

21   well, you get it on the ball.  You pulled that up

22   because you saw the chips.

23      Q.    Any opinion on IARC's classification of

24   coffee as a Group 2B carcinogen?

25      A.    No.  No opinions there.
```

Brent Staggs, M.D.

```
 1        Q.    Okay.  And you are aware that they reduced

 2   that classification back down to Group 3 in 2016?

 3        A.    No.  I haven't looked at that.

 4        Q.    Okay.  Are you aware that very hot water is

 5   classified as a -- a carcinogen by IARC?

 6        A.    I don't think I've heard that.  I've read

 7   the whole list, but I don't remember hot water on

 8   there.

 9        Q.    Okay.  And any opinion on -- on that

10   classification?

11        A.    No.  Not as I sit here.  I'd just have to

12   read it.

13        Q.    Fair enough.  Any opinion on classification

14   of Asian pickled vegetables as a Group -- Group 2B

15   carcinogen?

16        A.    No, sir.

17        Q.    All right.  Any opinion on night shift work

18   as a Group 2A carcinogen?

19        A.    No.  I have read that one, but it's been a

20   while.  And I don't -- I don't remember the details.

21        Q.    Okay.  And do you have any memory of

22   agreeing with that?  Disagreeing with that?

23        A.    No.  I don't remember one way or the other.

24        Q.    Okay.  Any opinion as to the classification

25   of red meat as a Group 2A carcinogen?
```

Brent Staggs, M.D.

1    A.    I've read that one, just like the processed

2  meat.  But no, I don't remember the details of how

3  much I agreed or disagreed.

4    Q.    Okay.  Any opinion as to the classification

5  of malathion as a Category 2A carcinogen?

6    A.    I've looked at that one a little more since

7  it's come up.  I don't think it's in either of these

8  two tonight, but I've looked at that one a couple of

9  times because it is a pesticide, you know.  So at

10  this point, I appear to -- I -- I agree with their

11  assessment on malathion.

12    Q.    Okay.  Any opinion as to their

13  classification of Diazinon as a Category 2A

14  carcinogen?

15    A.    I've read that one as well because it's

16  come up.  So I believe the same opinion.  I -- I

17  agree at this point.

18    Q.    And just to be clear, for both malathion

19  and Diazinon, it's your understanding that those are

20  probable risk factors for lymphomas specifically?

21    A.    Well, you know, I -- I just have to look.

22  I don't have that memorized.  I remember reading

23  about those because they've come up.  But malathion

24  is mentioned in McDuffie specifically.  It has an

25  increased risk of non-Hodgkin's lymphoma.  I don't

1    remember to what degree.  We could -- you know, it's

2    not a memory test.

3         But Diazinon, I think is also in that

4    paper, or at least in the couple of them.  But that's

5    my memory about researching those.

6         Q.    Okay.  And -- okay.

7              Now, to your memory, is there any

8    epidemiological data related specifically to

9    glyphosate-based herbicides and the follicular

10   lymphoma subtype?

11             MS. GREENWALD:  Objection.  Form.

12             THE WITNESS:  Well, it's brought up in

13   several of the papers.  It doesn't always have a

14   positive association in the ones that have tried to

15   break it down.  Of course, it is a non-Hodgkin's

16   lymphoma and it's a common one.

17             And so it -- I have assessed the risk

18   related to patients with follicular lymphoma based on

19   the assessment of non-Hodgkin's lymphoma.  Because as

20   a hematopathologist, I recognize, to me, their

21   ability to discriminate and divide these lymphomas

22   into their various subtypes is not going to be that

23   useful in this assessment for this reason.

24             It's very -- and I don't remember if it's

25   Mr. Domina or Mr. Janzen right now.  I'd have to look

Brent Staggs, M.D.

```
 1   at the -- at my report, but because the lymphoma

 2   subtypes change.  Often you're diagnosed with diffuse

 3   large B-cell lymphoma, which was linked with more of

 4   a doubling of the risk in several of the papers,

 5   and -- but it turns out you have an underlying

 6   follicular lymphoma that transformed.  Most diffuse

 7   large B-cell lymphomas have a follicular center

 8   origin.

 9             So it doesn't make really any sense to me

10   biologically that somehow diffuse large B-cell could

11   be caused, but follicular not be caused.  Any of the

12   low-grade lymphomas can be transformed into higher

13   grade lymphomas.  And then follicular lymphoma has an

14   intermediate grade that has large cells and small

15   cells.

16             So we're saying large cells might be

17   caused, small cells not.  That doesn't make any

18   biological sense.  I understand that they're trying

19   to subtype them in a couple of the papers if they

20   can.  But from a biological plausibility standpoint,

21   as I step through Bradford Hill, considering the

22   subtypes, some are associated, some are not.

23             Also, from the standpoint I know from a

24   mutational analysis standpoint, which I've looked at

25   all non-Hodgkin's lymphoma in that way with molecular
```

1    pathology, they all involve rearrangements of the

2    immunoglobulin heavy chain on chromosome 14, almost

3    all of them.  To some agree 14;18 for follicular

4    lymphoma.  And in diffuse large B-cell, they all have

5    varied translocations that are very similar.  Many of

6    them will have -- many diffuse large B-cell lymphomas

7    have the 14;18.

8              So for all those reasons, you know, I

9    have -- the answer to your question was, in the

10   papers that have tried to break it down, I've not

11   seen good statistics specifically on follicular, but

12   they overlap to such a degree, I -- I don't know that

13   it's plausible that that could be true.

14       Q.   Okay.  And we'll get more into the -- the

15   interplay between follicular and -- and diffuse large

16   B-cell with Mr. Janzen later.

17             But sticking just with follicular for now,

18   so it's fair to say then, to you, that that -- the

19   subtype data then is -- was not important in forming

20   your opinions in this case?

21       A.   Well, I hesitate to saying nothing is not

22   important.  But I certainly considered that and

23   looked at that.  And for some of the reasons we

24   talked about and many others, you know, well, we can

25   discuss that in more detail later.  Right.

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

Brent Staggs, M.D.

```
 1                 I just wasn't sure that was applicable.

 2      Because non-Hodgkin's lymphomas, even though somewhat

 3      of a heterogeneous group, we mentioned earlier, you

 4      know, 60 different types.  But we're dealing mostly

 5      with just B-cell lymphomas here.  So there's much --

 6      fewer types when you limit it to that category.  They

 7      all -- they all have very similar risk factors.  Most

 8      of the resources we've seen give the same risk

 9      factors for all of them.

10                 So I just -- I don't think it's

11      unimportant, but I do think when we're looking at a

12      cause of non-Hodgkin's lymphoma, that it is, from my

13      perspective, plausible to think that any of them

14      could be caused.  Maybe they tend to cause some

15      subtypes a little more than another, but I'm not sure

16      that's true.

17           Q.    Okay.  Going back to the -- the mutation

18      point you mentioned.  Are there any translocations or

19      mutations that are frequently associated with

20      follicular lymphomas?

21           A.    Sure.  Translocation between chromosome 14

22      and 18.  That's the -- the heavy chain on the 14 and

23      BCL2 on the 18 is very common for follicular

24      lymphoma, and for a majority of diffuse large B-cell

25      lymphoma as well.
```

Brent Staggs, M.D.

1    Q.    Okay.  Any other common translocations for

2    follicular lymphomas?

3    A.    Oh, well, there's a lot of them you could

4    discuss.  I mean, I think BCL6 translocations also --

5    often also involve heavy chain.  They typically have

6    a variety of translocations.

7          You know, tumors are very much like humans.

8    They are all biologically slightly different from a

9    mutational analysis standpoint.

10   Q.    Okay.  And -- and -- and I understand that

11   there's a long list of them, but would you categorize

12   those two, T14;18 and BCL6 as the most common type of

13   mutations within the follicular lymphomas?

14         MS. GREENWALD:  Objection.  Form.

15         THE WITNESS:  Probably.  I mean, there's a

16   variety of others that are -- have more treatment

17   implications than they do, you know, diagnosis

18   implications.  So it's a bit difficult to answer your

19   question.  But from a diagnostic standpoint, those

20   are the two most common, I think.

21   BY MR. FORNADEL:

22   Q.    Okay.  And do the presence of either of

23   those mutations indicate to you a -- a case of

24   Roundup-induced NHL?

25   A.    Oh, just like with most of types of

Brent Staggs, M.D.

 1   cancers, there's no way to tell from just looking at

 2   the cancer, or even the mutational analysis, what the

 3   causation is.  You have to correlate that back to

 4   some other data, like -- like the medical history or

 5   some other type of testing, something like that.

 6        Q.    Okay.  But specific to T14;18, is there

 7   anything about the presence or absence of that

 8   mutation that indicates Roundup-induced follicular

 9   lymphoma?

10             MS. GREENWALD:  Objection.  Asked and

11   answered.

12             THE WITNESS:  No.  Not specifically.  It

13   does bring up a good point, though.  There -- there

14   is a paper that I think I discussed back at Whitby,

15   maybe in this -- in the Kane cases, where a group of

16   farmers was analyzed and they detected very high

17   mutation rates of 14;18 translocation, even though

18   they did -- which is fairly specific for follicular

19   lymphoma and diffuse large B-cell, even though they

20   didn't have the disease.  And they correlated that to

21   pesticide exposure.

22             I think that's one of the papers cited in

23   the World Health book, I think.  But it's an

24   interesting paper with regard to talking about

25   follicular lymphoma subtype.  But then one of the

Brent Staggs, M.D.

1    only copy -- translocations that's been identified

2    frequently in -- with regard to pesticide exposure

3    has been 14;18.

4    BY MR. FORNADEL:

5         Q.    Okay.  And so, would the absence of that

6    translocation indicate to you that Roundup was not a

7    factor in that -- THAT particular NHL?

8              MS. GREENWALD:  Objection.  Form.

9              THE WITNESS:  No.  The translocations are

10   not specific to causation.

11   BY MR. FORNADEL:

12        Q.    Okay.  Are you aware of any epidemiological

13   studies that found an increased risk of

14   glyphosate-based herbicide exposure and follicular

15   lymphoma?

16        A.    Well, not to the extent that the -- it's

17   been broken down.  Like I said, follicular lymphoma

18   is a non-Hodgkin's lymphoma and I'm aware of multiple

19   papers that were talked about in my report that is

20   associated with a statistically significant increased

21   risk, even a doubling of the risk.

22              But in the one or two papers that tried to

23   break it down, typically follicular lymphoma, if it

24   had an increased risk, was marginal as far as its

25   statistical significance.

Brent Staggs, M.D.

```
 1      Q.    Sure.  And -- and just to be clear, when

 2   you say marginal, you mean not statistically

 3   significant?

 4      A.    Well, I'm not an epidemiologist and this

 5   has been covered extensively as well.  In my

 6   training, we weren't always taught that just because

 7   the confidence interval encompassed one, that it was

 8   just -- the result thrown out the window.  I realize

 9   statistically what that means, that you're

10   encompassing the null value.

11           But if the confidence interval is very

12   close to one, depending on the relative risk, then

13   that may still be a -- a meaningful piece of data,

14   not just to be totally ignored.

15      Q.    Okay.  So then in your opinion, is the --

16   the -- the 95 percent confidence interval range,

17   that's not necessarily important in -- in analyzing

18   data?

19           MS. GREENWALD:  Objection.  Form.

20           THE WITNESS:  Oh, sure.  It's important.

21   But that's a good -- I'm glad you brought that up.

22   So it is just 95.  It is meant to encompass

23   95 percent of the results, not all of them.  So from

24   that standpoint, there are results that are true

25   results that fall out of those confidence intervals.
```

Brent Staggs, M.D.

```
 1   They're just -- it's a mathematical structure created

 2   to try to help us analyze data.

 3          So no, I don't say it's not important, but

 4   it's just -- you have to analyze the data that you

 5   have in a responsible way.  And I wasn't always

 6   taught that you just throw out a result just because

 7   it may encompass the null value in some way.

 8   BY MR. FORNADEL:

 9      Q.   Okay.  And are you aware of any studies

10   that suggest a reduced risk of follicular lymphoma

11   among patients that have been exposed to

12   glyphosate-based herbicides?

13          MS. GREENWALD:  Objection.  Form.

14          THE WITNESS:  I'm not aware of that.

15   BY MR. FORNADEL:

16      Q.   Now, specific to Mr. Domina's case, and

17   just to move through this quickly, you mentioned you

18   did review his deposition, correct?

19      A.   Yes, sir.

20      Q.   Okay.  And none of the treating doctors,

21   right?

22      A.   Not depositions.  Right.  Medical records,

23   treating doctors there, but not -- not depositions,

24   to my memory.

25      Q.   Sure.  And specific to the records, you
```

Brent Staggs, M.D.

1    reviewed the pathology reports found within the

2    records?

3        A.    Yes, sir.

4        Q.    Okay.  Now, did you look at any of the

5    actual slides from Mr. Domina's -- any of the

6    biopsies?

7        A.    No, sir.

8        Q.    Okay.  Now, as part of your clinical

9    practice, you would typically review a patient's

10   slides, wouldn't you?

11       A.    Well, I am a pathologist, but I guess I

12   don't know what you -- right.  So if they have a

13   biopsy taken, they need a diagnosis, then I review

14   that.  If they're -- if I'm just asked about a

15   causation opinion, then I may or may not review it.

16   If I have some reason to believe from the records

17   that the diagnosis may be incorrect, I might ask to

18   do that.  But a causation opinion starts with a

19   diagnosis, but I was not asked to reevaluate the

20   diagnosis in these cases.

21       Q.    Okay.  And that brings up a good

22   distinction.  How often are you asked as part of your

23   clinical practice to opine solely on causation and

24   not as a larger part of a pathology analysis?

25       A.    Oh, it's not that uncommon, I mean, for a

Brent Staggs, M.D.

1   oncologist to send me records and say, you know, we

2   can't get the slides on this case, what do you think,

3   do you think everything has been done as far as

4   diagnosis and causation opinion.  So it's -- it's not

5   terribly uncommon.

6           Slides can be mailed through the mail.  But

7   it's -- I don't know if it happens weekly or not.

8   But there's certainly times that it happens.  And in

9   certainly my litigation part of my practice, it

10  happens on a regular basis.

11      Q.   And just to -- to pin that one down, fair

12  to say that those causation -- in clinical practice,

13  those causation opinions you're -- you're issuing,

14  those are less than once a week?

15      A.   It's hard to say.  Probably about once a

16  week.

17      Q.   Okay.  Specific to Mr. Domina's case, any

18  literature beyond -- you relied on in forming your

19  opinions beyond what's included in the Materials

20  Considered list?

21          MS. GREENWALD:  Objection.  Form.  Asked

22  and answered.

23          THE WITNESS:  Again, I don't think so.

24  Unless we -- you know, I know a mentioned a couple of

25  other papers that I think may not -- they might have

Brent Staggs, M.D.

1   been in some of the other depositions and might not

2   have made it on this list.  So you know, if something

3   specific comes to mind, I'll try to give you my best

4   memory of it.

5   BY MR. FORNADEL:

6        Q.    Thank you.  And -- and I understand that

7   part.  I just wanted to be specific to the -- the

8   facts in Mr. Domina's case, whether or not there was

9   anything that you specifically sought out or -- or

10  relied upon in -- in that regard?

11       A.    Well, not that I think is useful to add to

12  the list.  Certainly, I did research on his

13  confounders as I saw them, but I didn't think it was

14  useful to try to pull up everything I possibly looked

15  at to -- and then put it on that list because it's

16  not anything I rely on over and over again.



Brent Staggs, M.D.

 1          So he had some exposure to 2,4-D and I

 2    think -- let me look here.  Well, he had a practice

 3    of using some Lasso, which I think is alachlor, but

 4    he indicated that he didn't actually mix or apply

 5    that.  He had some other folks that did that.

 6          So I think his primary other exposure that

 7    I'm seeing as I scan back through was 2,4-D.  And

 8    then, of course, Roundup is his, by far and away, his

 9    most extensive exposure.

10    BY MR. FORNADEL:

11        Q.   Okay.  And we'll work through these in

12    order.  Now, do you understand that he rather --

13    strike that.

14          Are you aware that he had been exposed to

15    atrazine in the past?  And it may have come up in

16    products like an Acuron or Keystone?

17        A.   I've looked at so many farmers.  I've

18    looked at atrazine and Tamar.  I was thinking that

19    was Mr. Janzen, but he -- in my summary here, he

20    talked about -- and all of the farmers that I looked

21    at, they often said, well, we -- you know, we've used

22    various things, they just couldn't remember them all.

23    And of course, I can only use what -- you know, I've

24    got to have data to try to go on to form my opinions.

25          He talked about some insecticides.  He

Brent Staggs, M.D.

 1   didn't -- didn't give me the specific name.  And to

 2   preface all of this, I would rely on his deposition

 3   testimony.  Again, I don't remember that he told me

 4   anything that was significantly different than that.

 5   But I don't remember atrazine for him.  But if it's

 6   in his testimony, I rely on that.

 7        Q.    Okay.  And to the extent he testified to

 8   that, you would -- you would defer to his knowledge

 9   on that?

10        A.    Sure.  I'm not going to try to change that.

11   Right.

12        Q.    Okay.  And similarly, we listed 2,4-D, he

13   had exposure to that in the past?

14        A.    Correct.

15        Q.    He mentioned also alachlor sometimes goes

16   by the brand name Lasso?

17        A.    Right.

18        Q.    Any memory of him being exposed to

19   Callisto, the active ingredient there being

20   mesotrione?

21        A.    I don't remember that one.

22        Q.    Okay.  And to the extent he lists that in a

23   PFS or testified to it, you would defer to him there?

24        A.    Correct.

25        Q.    And any memory of him being exposed to

Brent Staggs, M.D.

1    Banvel, the active ingredient there being dicamba?

2         A.    I've looked at dicamba, but I don't have

3    that down in my summary for him.

4         Q.    Okay.  And to the extent he testified to

5    that or listed that, you'd defer to him?

6         A.    Correct.

7         Q.    All right.  Now, have you investigated

8    those pesticides and any associated risk of NHL that

9    go with them?

10        A.    Yes.  The best I could.  Right.  As we

11   mentioned last time, I tried to look them up on IARC.

12   Sometimes I have to find them.  I'm given a trade

13   name and I have to find the actual chemical name.

14   IARC and PubMed and others don't deal with trade

15   names typically, but usually I'll go to PubMed and to

16   IARC and try to identify risks that I could through

17   those sources.

18        Q.    Okay.  And did you any -- identify any

19   literature discussing risks of NHL associated with

20   any of those substances?

21        A.    I did.  Specifically 2,4-D appears to have

22   some marginal risk of lymphoma, but I guess counsel

23   had indicated that because that was also a Monsanto

24   product, that -- that Monsanto had indicated they

25   weren't going to -- were going to indicate that

Brent Staggs, M.D.

```
1   that's not a cause of lymphoma, even though it

2   appears to be some data on that, not nearly as strong

3   as glyphosate according to IARC.

4              So based on that, I -- I considered the

5   frequency and regularity and compared to glyphosate,

6   but I -- I was assuming that was a non-issue if

7   parties agreed that's not a cause of lymphoma.

8              And then Lasso, the alachlor, I didn't

9   identify a risk of lymphoma through that.  And for --

10  and then for all of these -- so I -- I have two basic

11  steps that I go through.

12             First, I try to find out what the resources

13  and knowledge that I have, could they even be a cause

14  of non-Hodgkin's lymphoma.  And then from there, are

15  they in the cumulative exposure that Mr. Domina

16  specifically has -- if they could even be a cause,

17  are they a significant cause compared to his other

18  exposures.  That's the same methodology that I've

19  used throughout my practice, you know, both clinical

20  and I use it all the time to assess people who have

21  been exposed to asbestos, diesel exhaust, things like

22  that.

23             So those chemicals typically failed on both

24  counts.  2,4-D being marginal, but that and the --

25  and the Lasso appearing not to have an association
```

1    with non-Hodgkin's lymphoma, in my -- my looking, and

2    they're so vastly outweighed by the thousands of

3    gallons of Roundup that he used, don't seem to be

4    significant based on that either.

5         Q.    Okay.  And did you make any attempt to --

6    you mentioned thousands of gallons of Roundup.  Did

7    you make any attempt to quantify the extent of his

8    exposure to any of these other agents?

9              MS. GREENWALD:  Objection to form.

10             THE WITNESS:  Sure.  In a qualitative

11   assessment, because I'm just reading the testimony.

12   So I -- I look at the proximity and frequency and

13   regularity and attempt, based on my reading of the

14   testimony, to make a qualitative assessment, you

15   know, based on how he describes it.

16             So does he describe using it daily?  You

17   know, twice a year?  How many years?  Is kind -- you

18   know, so frequency and regularity.  And so for 2,4-D

19   was the only one that had some frequency and

20   regularity to it.  Because the Lasso, he's not around

21   that.  The other insecticides he couldn't remember

22   the name he said were granular.  So -- so I'm making

23   the jump, number one, I don't have details but it's

24   also a granular material he's just spreading that way

25   so there's no inhalational, no skin contact that he

Brent Staggs, M.D.

 1  talks about.

 2            So -- so when I look at it, I just see, you

 3  know, what is the pattern that he's applied it, and

 4  then over what period of time.

 5       Q.   And just to -- to go back to the granular

 6  insecticides for a second, did you perform any

 7  exposure analysis regarding how granular insecticides

 8  would be -- well, strike that.

 9            Did you form any opinions as to the extent

10  of his exposure to granular pesticides?

11            MS. GREENWALD:  Objection.  Form.  Asked

12  and answered.

13            THE WITNESS:  Well, my opinions are that I

14  didn't -- I -- I don't have enough information, you

15  know, on the -- specifically what they were to even

16  assess whether they were risks of non-Hodgkin's

17  lymphoma or not because he -- at least in my summary,

18  he didn't have a specific name for that, for those

19  that I could look up and make that assessment.  And

20  the frequency and regularity was -- was minimal, you

21  know, compared to his glyphosate exposure.

22  BY MR. FORNADEL:

23       Q.   And it's also fair to say that -- that

24  there was some herbicides he also didn't remember the

25  names of that he had applied over the years?

Brent Staggs, M.D.

1       A.      Correct.

2       Q.      Okay.  And so to the extent you don't know

3   the names of those things, you certainly can't be

4   expected to determine the NHL risk that may -- that

5   may go with exposure to those substances?

6       A.      That's right.  I can only, you know, deal

7   with the facts that I'm given.

8       Q.      Okay.  And to the extent the

9   epidemiological literature reflects an association

10  between whatever pesticides you did consider and NHL,

11  would you agree that there's evidence that that

12  substance could be a contributing factor to his NHL?

13      A.      Well, that's right.  So that was point

14  number one.  Just when he has something he's exposed

15  to, like 2,4-D, there is some evidence, limited, that

16  it could be a cause of non-Hodgkin's lymphoma.  So

17  then it -- at that point, it becomes within the world

18  of his cumulative exposure.  So it -- and then I have

19  to decide based on the proximity and frequency and

20  regularity whether it is now overwhelmed by other

21  exposure and becomes insignificant by that, or

22  whether it becomes a significant part of his

23  cumulative exposure.

24      Q.      And that's another one I wanted to ask a

25  question on.  So this cumulative exposure that we're

Brent Staggs, M.D.

1    talking about, if there are multiple agents that --

2    just hypothetically without assigning any names to

3    them, there are multiple agents that could cause NHL,

4    how do you pick which one is part of this cumulative

5    exposure process?  How do you pick which one would be

6    the substantial contributing factor in a given

7    instance of NHL?

8              MS. GREENWALD:  Objection.  Form.

9              THE WITNESS:  Well, there certainly could

10   be multiple.  It's the same analysis that I do --

11   it's very common in asbestos litigation, because

12   asbestos was present in over 4,000 products, for

13   people to have used multiple products.

14             So right.  When we're talking --

15   sometimes -- we haven't really done it tonight, but

16   sometimes we're talking about the causes of cancer,

17   we begin to, you know, say this was the cause.  And

18   it sort of comes out like that's the only cause, and

19   that's -- that's really never true.

20             You know, it takes multiple deleterious

21   mutations over time with appropriate latency period

22   to cause non-Hodgkin's lymphoma or any other cancer

23   for that matter.  And so, it's -- it's really

24   unlikely that any one external substance, carcinogen,

25   caused all the mutation.  I guess it's theoretically

Brent Staggs, M.D.

```
 1   possible, but that probably doesn't happen.

 2              So we have to decide, you know, which --

 3   which ones from a reasonable standpoint are

 4   significant contributors to that.  So that's where I

 5   look at the frequency -- proximity, frequency, and

 6   regularity.

 7              So as the exposures have similar statistics

 8   or similar data from that standpoint, so if he had

 9   used -- let's just say, for glyphosate, if he had

10   used one brand for five years and he used another

11   brand in the same way for another five years and that

12   was it, then those two are 50 percent.

13              So I don't think any reasonable person

14   would say that one of those is more significant than

15   the other.  They're all within the -- have a

16   significant dose to them.  So they'd each be

17   50 percent of his cumulative exposure.  It gets more

18   difficult when you have to break it down, because I

19   accept that some small exposures could be very

20   trivial.  But I'll only assess that in the context of

21   a given case.

22              Because if someone only has a relatively

23   small exposure, but it's still two chemicals and they

24   can both cause the disease in question, then they're

25   both still 50 percent of the exposure, even though
```

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED
Brent Staggs, M.D.

 1    they're relatively smaller than some other person.

 2            So I look at the frequency and regularity,

 3    the character.  Are they applied the same way?  Do

 4    they have a similar risk associated with them for the

 5    disease in question, to decide whether they're

 6    significant or not.

 7            In this particular context, I wasn't asked

 8    to decide are there any other significant factors or

 9    not.  I was just asked to analyze this and decide if

10    glyphosate was significant.  So I've looked to see in

11    the comparative analysis, was glyphosate significant?

12    And yes, it's just far and away more exposure than

13    any of the other chemicals Mr. Domina and any of the

14    other farmers I've looked at were exposed to.

15            Some of the others, 2,4-D in his case,

16    might be also a significant contributing factor, but

17    I haven't even made that assessment.  I've just

18    assessed whether it somehow is much larger than

19    glyphosate.  Does it -- you know, I've assessed it in

20    that way as a confounder, but not in the context of,

21    do I rally think it is significant or not.

22        Q.    Okay.  And to -- as part of your opinions

23    in this case, you have not, let's say, ruled out

24    other risk factors for his -- his follicular

25    lymphoma?

Brent Staggs, M.D.

```
 1              MS. GREENWALD:  Objection.  Form.

 2              THE WITNESS:  Oh, most certainly.  Like I

 3      said, I -- I would think -- again, we're into the

 4      theoretical realm of medicine because we don't -- we

 5      don't have a molecular camera we can look at, as

 6      we've already mentioned, and know which mutations are

 7      caused by which substance.

 8              And we base the -- our opinions of that on

 9      medical literature we've already discussed, and then

10      on his history about -- that he gives us on how much

11      he was exposed to, and on what basis.  So right.  As

12      I looked at it, I was looking at the other chemicals

13      to see if they could cause it, and to see what

14      regularity and frequency they were, to decide if they

15      or the other exposures somehow made Roundup

16      insignificant, which is possible.

17              If he'd had said I only sprayed it twice or

18      something like that, then, you know -- then that

19      might have been true.  But since in a complicated

20      scenario, which Mr. Domina is not that complicated,

21      doesn't have many confounders, but I just haven't

22      tried to decide if 2,4-D is really significant to him

23      or not.  But it's much, much less than glyphosate.

24      So in that respect, glyphosate -- and glyphosate is

25      well known to cause non-Hodgkin's lymphoma.  So from
```

Brent Staggs, M.D.

1    that perspective, it is a significant contributing

2    factor.

3    BY MR. FORNADEL:

4         Q.    Okay.  And did you determine whether or not

5    there were any other significant contributing

6    factors?

7         A.    I wasn't asked to do that.  I -- I've kind

8    of stepped you through my methodology.  Certainly, I

9    considered -- I tried -- tried to dig into all the

10   confounders to see if somehow they made glyphosate

11   nonsignificant.  But I didn't go as far as trying to

12   decide how many of the other ones are significant.  I

13   do that all the time in asbestos litigation because

14   they'll have numerous different products or

15   defendants in it, so I need -- I have to make that

16   assessment there.  And so I base that on the

17   frequency and regularity.

18             If the frequency and regularity is similar,

19   if an individual worked three months at one location

20   and three months at another and his whole exposure,

21   like a union pipefitter, is made up of three months

22   at different situations, then each one of those

23   premises takes on a similar significance and becomes

24   significant at that point.



Brent Staggs, M.D.



Brent Staggs, M.D.



13      Q.   Okay.  And we kind of touched on this and

14  something I wanted to clear up.  You're not going to

15  come to trial and opine that Roundup has any

16  synergistic relationship with any other risk factors

17  for NHL, right?

18           MS. GREENWALD:  Objection.  Form.

19           THE WITNESS:  Synergy, of course all risk

20  factors can be additive, but I don't know that I've

21  read about a synergistic effect.

22  BY MR. FORNADEL:

23      Q.   Okay.  And do you have any -- strike that.

24           You don't have any opinions about any

25  specific formulations or concentrations of any of the

Brent Staggs, M.D.

1    pesticides that Mr. Domina was exposed to?

2        A.    No, sir.

3        Q.    Okay.  And more broadly and to -- the rest

4    the four cases we have to deal with, you won't be

5    offering any opinions about potential contaminants in

6    any of the pesticides he was exposed to?

7        A.    No, sir.

8        Q.    And no opinions about potential -- strike

9    that.

10            Or no opinions about surfactants used in

11   any of the pesticides?

12       A.    Right.  No, sir.

13       Q.    Okay.  And -- and more broadly, you didn't

14   assess or form any opinions about any other

15   ingredients used in any of the glyphosate-based

16   herbicides?

17       A.    No, sir.  I just considered them as a

18   glyphosate-based herbicide.

19       Q.    Okay.  So now in -- in your clinical

20   practice, if one of your patients had all of these

21   same risk factors as Mr. Domina, save exposure to

22   glyphosate-based herbicides, what would you tell him

23   or her was the cause of their follicular lymphoma?

24       A.    Well, that hypothetical came up last time,

25   and it comes up in different settings similar.  Pull

Brent Staggs, M.D.

1  out my exposure, and what's left.  Well, I haven't

2  made -- I haven't developed opinions in that area.  I

3  was just asked to -- to develop an opinion on whether

4  glyphosate was significant to his lymphoma, and

5  that's the opinion that I have.  So I don't have

6  any -- I've not developed any other opinions.

7      Q.    Okay.  Taking a step backwards from that,

8  though, do you have any other opinions as to what

9  other risk factors he had for follicular lymphoma?

10         MS. GREENWALD:  Objection.  Asked and

11  answered.



23      Q.    Okay.  Now, would you agree that none of

24  Mr. Domina's blood tests show that Roundup or

25  glyphosate was present in any of his tests?

Brent Staggs, M.D.

```
 1      A.    Well, I don't -- I wouldn't expect them to.

 2   They're not testing for glyphosate.  You have to look

 3   for it.  So there's -- right.  There's not a blood

 4   test in the hospital that's going to identify

 5   glyphosate.

 6      Q.    Okay.  And similarly, they are no urine

 7   tests or fecal tests that would identify glyphosate

 8   in his system?

 9      A.    Correct.

10      Q.    Okay.  Now, are you aware of any medical

11   tests that shows anything pertinent to

12   glyphosate-based herbicide exposure?

13      A.    Well, just like with almost every

14   carcinogen, there's not really medical tests that we

15   do.  We almost always rely on the history of either

16   taking a medicine or being exposed, something like

17   that.  But specifically for glyphosate, I'm not aware

18   of a medical test that identifies glyphosate in the

19   system.

20      Q.    Okay.  And none of Mr. Domina's pathology

21   reports show any evidence of glyphosate exposure?

22      A.    Well, yeah.  Not -- not to be evasive, you

23   wouldn't -- you wouldn't expect them to.  There's

24   nothing on a pathology report that would -- that

25   would be specific for glyphosate, that I would
```

Brent Staggs, M.D.

```
 1    expect.  Right.  You would rely on the history of

 2    that.

 3            So if on a history of a pathology report we

 4    often have a clinical history.  If it said glyphosate

 5    exposure, then you would have that.  But otherwise,

 6    something present on a slide or in the report

 7    otherwise, I wouldn't expect there to be anything

 8    about glyphosate exposure or other historical

 9    occupational exposures.

10       Q.   Okay.  And -- and you mentioned histories

11    to pathology reports.  In any of the histories in any

12    of the pathology reports from Mr. Domina, did it

13    mention exposure to Roundup or glyphosate at all?

14            MS. GREENWALD:  Objection.  Asked and

15    answered.

16            THE WITNESS:  I don't remember that

17    specifically.

18    BY MR. FORNADEL:

19       Q.   Okay.

20       A.   I'd rely on the medical records, if it's

21    there.

22       Q.   And like you said, you wouldn't expect to

23    see anything in the slides specific to glyphosate

24    exposure?

25       A.   Correct.
```

Brent Staggs, M.D.

```
 1              MS. GREENWALD:  Objection.  Asked and

 2      answered.

 3      BY MR. FORNADEL:

 4         Q.    Okay.  And you agree that nothing in any of

 5      the genomic analyses that were done indicate anything

 6      pertinent to Roundup or glyphosate for Mr. Domina?

 7         A.    I don't expect them to.  Right.  There's --

 8      there's nothing specific in the molecular analysis or

 9      that we can see on a slide that's specific to Roundup

10      or any other carcinogen.

11         Q.    Okay.  And specific to the fact that you're

12      aware that immunostains were done from -- from some

13      of the biopsies?

14         A.    Sure.  To try to help classify the tumor.

15      Right.

16         Q.    Okay.  And as part of the findings from

17      those immunostains, do any of the -- the positive

18      findings from those indicate exposure to Roundup or

19      glyphosate-based herbicides?

20         A.    Well, they're certainly not intended for

21      that purpose whatsoever.  Right.  They're protein --

22      they're intended to identify protein expression to

23      help us define the cell of origin.  They're not in

24      any way intended to try to identify glyphosate or any

25      other exposure.
```

Brent Staggs, M.D.

1     Q.    Sure.  And -- and do those protein

2  expressions that came back in Mr. Domina's test

3  results, do any of those indicate glyphosate-based --

4  glyphosate-induced follicular lymphoma?

5          MS. GREENWALD:  Objection.  Asked and

6  answered.

7          THE WITNESS:  You would never expect them

8  to.  That's hard to answer because it's not -- that's

9  not the intent of those stains whatsoever.  Right.

10 But there -- there's nothing on a slide that I'm

11 going to see that's going to help me decide about

12 previous occupational exposures to chemicals.

13 BY MR. FORNADEL:

14    Q.    Okay.  And in your view of the medical

15 records, did you see where any of Mr. Domina's -- Mr.

16 Domina's treating doctors concluded that glyphosate

17 or Roundup caused or contributed to his follicular

18 lymphoma?

19    A.    I would rely on the records for that, but I

20 don't remember that there's a statement.

21    Q.    Okay.  And would you agree that there's no

22 scientifically validated procedure or protocol that

23 points to glyphosate or Roundup as the cause of

24 Mr. Domina's follicular lymphoma?

25    A.    I'm not even sure I understand that

Brent Staggs, M.D.

 1   question, of scientifically validated procedure or

 2   protocol.

 3        Q.    Sure.  And -- and that was a long question.

 4   I can reword that.

 5             Is there any scientifically validated

 6   methodology that a doctor could use to determine that

 7   a particular patient has glyphosate-induced NHL?

 8             MS. GREENWALD:  Objection.  Form.

 9             THE WITNESS:  Oh, sure.  The methodology

10   that I've outlined in my report is methodology that

11   all the doctors that I know use.  I mean, the

12   Bradford Hill considerations are tried and true.

13   They've been around for, you know, 50 years or more

14   and there are intuitive considerations.  And then

15   differential diagnosis is -- is the methodology, you

16   know, sort of borne out of scientific method that

17   doctors use all the time to establish causation on

18   multiple levels.

19             Depending on your perspective and your role

20   in the patient, you're going to even make it more or

21   less specific answer to the differential diagnosis

22   that you have and the information at hand that you

23   have to use.  But yeah, that would be the methodology

24   you would use for that.  Sure.  That's -- that's in

25   every medical school, every medical text.

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

Brent Staggs, M.D.

```
 1   BY MR. FORNADEL:

 2       Q.    Sure.  And I guess my question is a little

 3   more specific though.

 4             Is there any methodology specific to

 5   glyphosate that's been scientifically validated in

 6   that regard?

 7             MS. GREENWALD:  Objection.  Asked and

 8   answered.

 9             THE WITNESS:  Yeah.  I guess, I just

10   don't -- it sounds like now you're trying to ask

11   about a specific lab test or something for

12   glyphosate.  I mean, the methodology is what --

13   that's what physicians use.  We don't -- we don't

14   have -- we have laboratory tests, but not for

15   chemicals or medicines or things like that.  We rely

16   on the patient history for those type things.

17   BY MR. FORNADEL:

18       Q.    Sure.

19       A.    So I don't -- I don't know exactly what

20   you're talking about.

21       Q.    And that's -- and I'm doing a bad job

22   asking the question.

23             I guess the better question is:  Has a test

24   or series of protocols for identifying

25   glyphosate-induced NHL ever been published in the
```

Brent Staggs, M.D.

```
 1   peer-reviewed literature?

 2             MS. GREENWALD:  Objection.  Asked and

 3   answered.

 4             THE WITNESS:  Well, I -- I'm still in

 5   the -- my answer, I guess, would still be the same.

 6   You know, I don't except that -- this is -- this is

 7   the methodology that physicians use all the time.

 8   It's used in -- in courts and trials and I've used it

 9   throughout my practice, and my litigation practice as

10   well.

11             And right.  I don't except that it's going

12   to be a paper published on using that methodology for

13   every possible chemical exposure.  That's what

14   doctors do.  Sort of like, you know, you don't have a

15   specific paper talking about, you know, this

16   assessment.  Well, there's not a specific paper

17   talking about a lot of different carcinogens and --

18   and the methodology used because it's that same

19   methodology.

20   BY MR. FORNADEL:

21      Q.    Okay.  And is there any error rate

22   associated with using this methodology in the context

23   of glyphosate-based herbicides?

24      A.    Well, I've not seen a paper talking about

25   the error rate.  I'm -- I'm aware that comes up in
```

Brent Staggs, M.D.

1    litigation as far as methodology questions.  But it's

2    more applicable to, you know, computer-based or

3    laboratory-based testing, where we have error rates,

4    things like that.  But as far as physician decision

5    making, I'm not aware of a paper that discusses what

6    the error rates are for the differential diagnosis

7    process, even though it's used all the time.

8         Q.    And would you agree that a patient with the

9    exact same medical history as Mr. Domina, but who had

10   never used Roundup could still be diagnosed with NHL?

11        A.    Well, it's hard to know.  I mean, certainly

12   patients who are not exposed to Roundup can be

13   diagnosed with non-Hodgkin's lymphoma.  But you know,

14   if you're talking about Mr. Domina, all we -- what we

15   work on is that he has 100 percent risk of lymphoma

16   because he has lymphoma.  So now we have to analyze

17   his cumulative exposure and the parts of that to

18   decide what are the significant risks for him based

19   on our current knowledge base.  So that's the best

20   way I can answer that.

21        Q.    Do you know -- do -- do you have any way to

22   tell when the first cells of that follicular lymphoma

23   formed?

24        A.    No.  That's beyond medical knowledge at

25   this point.  Right.  We don't have a molecular camera

Brent Staggs, M.D.

1    that -- detect mutations when they occur in humans.

2         Q.    Okay.  And would you agree with me that

3    follicular lymphomas are often described as indolent

4    lymphomas?

5         A.    Well, depends on the grade.  You know,

6    Grade 3 is not.  Grade 1 would be.  And Grade 2 is in

7    between those two.  So and even then, the tempo of

8    the disease varies.  But for Grade 1 for sure, I

9    would -- I would say that's an indolent disease.

10        Q.    Okay.  And would you agree that Mr. Domina

11   may have already had cancer cells before he started

12   spraying Roundup for the first time?

13        A.    Oh, no.  No.  That's not possible.

14        Q.    So there is a point at which we can tell

15   that he had no cancer cells in his body?

16        A.    Well, you're talking about, he's diagnosed

17   30 years after he's -- let's see.  He's diagnosed in

18   '12 and he begins using Roundup in '75.  So no, I

19   don't think he had cancer cells floating in his body

20   that were undetected for 30 years.

21        Q.    Okay.

22        A.    Or 40 years.

23        Q.    And as far as the beginning of follicular

24   lymphoma, is there any way to tell the cause of the

25   first mutation that started that disease process?

Brent Staggs, M.D.

```
 1        A.    No.  We can't -- we can't detect.  It's

 2   beyond science medical knowledge at this point to

 3   detect which mutations were caused by which

 4   carcinogens.

 5        Q.    Okay.  Or if they were just, in fact,

 6   random?

 7        A.    Well, we've already discussed that, based

 8   on the best medical literature, the vast majority,

 9   90, 95 percent of mutations are not random.  They're

10   not spontaneous.  They are -- they're caused by

11   external contributors, like carcinogens, like

12   Roundup.

13        Q.    And for those 5 percent there's -- that are

14   truly random, there's no way to tell if those

15   5 percent happen to be the first ones that caused

16   Mr. Domina's follicular lymphoma?

17        A.    Well, that question doesn't make a lot of

18   sense.  It takes all the mutations -- I didn't mean

19   to be mean.

20              It takes all the mutations, the first one

21   and the last one, to cause the lymphoma.  You're

22   accumulating those mutations through your repeated

23   exposure to carcinogens over time.  So every time

24   he's spraying Roundup, he has the potential for

25   mutations to form and he's exposed more and more, and
```

Brent Staggs, M.D.

1    more and more mutations form.

2              So each tumor is biologically different,

3    just like each individual is.  And so, as it

4    accumulates those mutations, it takes both the first

5    one, the second one.  If it has ten mutations, it

6    takes all ten to form that tumor.  If you take one

7    away, it's probably not that same tumor, or may not

8    even be a tumor at that point.

9        Q.   Okay.  And using this hypothetical, ten

10   mutations leading to a -- a given case of cancer, is

11   there any way to tell whether Roundup caused any one

12   of those mutations in Mr. Domina?

13       A.   Not from a molecular -- it's beyond --

14   molecular perspective.  Right.  It's beyond medical

15   science right now to decide which, if any, of the

16   mutations was caused by any specific thing.  There's

17   not a mutational signature specific for really any

18   carcinogen.  So that's when we have to rely on their

19   history of prior exposure.

20       Q.   Well, so if there's no way to tell which --

21   which of the ten, if any, were attributable to any

22   given agent, you can't rule out the possibility that

23   Mr. Domina's follicular lymphoma was caused by

24   something besides Roundup, can you?

25              MS. GREENWALD:  Objection.  Asked and

Brent Staggs, M.D.

1    answered.

2              THE WITNESS:  Well, again, now you're kind

3    of in the realm of saying it's caused by.  Well, I'm

4    not -- I'm identifying a significant contributing

5    factor, not the absolute cause.

6              As we mentioned, there's -- I would think

7    probably almost never just one cause of an individual

8    cancer because it takes multiple deleterious

9    mutations over time.  So the causation methodology

10   that we've gone through is the method by which

11   physicians most commonly assign causation in this

12   setting because it's beyond medical knowledge to know

13   which mutations are caused by which carcinogen.

14             So it's the same thing with lung cancer.

15   Nobody would sit here and talk to a patient with lung

16   cancer who had smoked for 40 years and say that

17   somehow lung cancer -- smoking was not a significant

18   contributing factor.

19             It's a similar assessment.  Certainly,

20   there might be a random mutation.  You know, one of

21   them may be random, spontaneous perhaps.  You know,

22   based on the literature, we know that that can

23   happen, one or two of them.  Then four or five of

24   them may be from Roundup and there may be one or two

25   from 2,4-D.  Then you allocate it in that same way,

Brent Staggs, M.D.

1    correlating it back to their exposure history.

2         Q.    Okay.  And it may help if you pull up your

3    report for this next part.  But I just want to work

4    back through -- and I think I know your answer to

5    these questions, but just to -- to clean this up a

6    bit.

7              May 4th, 2012, Mr. Domina has a node

8    biopsy.  And I think we've got a May 8th surgical

9    pathology report.  Does that sound right?

10        A.    Right.

11        Q.    And besides what we've covered already,

12   there's nothing in that report indicating that his

13   follicular lymphoma was caused by Roundup?

14        A.    Correct.

15        Q.    All right.  And at that point, they also

16   looked at his bone marrow, right?

17        A.    Right.

18        Q.    And anything in the peripheral blood

19   analysis indicating Roundup-induced follicular

20   lymphoma?

21        A.    Well, again, you wouldn't expect there to

22   be.  There is not a marker that we can even look for.

23   And so to that extent, there is nothing there that

24   helps us with that causation piece.

25        Q.    Okay.  So similarly, nothing in the bone

Brent Staggs, M.D.

```
 1   marrow differential or the aspirate?

 2        A.    Correct.

 3        Q.    And same conclusion for the core biopsy?

 4        A.    Well, they're all from the bone marrow.

 5   Right.

 6        Q.    Okay.

 7        A.    There's not different not sites or

 8   different times.

 9        Q.    May 18th, 2012, they did a flow cytometry

10   analysis.  Anything there indicating Roundup-induced

11   follicular lymphoma?

12        A.    It's the same answer.  There's nothing we

13   expect there to be, that -- that we know of.  So no,

14   there's nothing there.

15        Q.    Sure.  And I just wanted to confirm that.

16              Now, in -- in your report you briefly

17   detail his -- his treatment history following the --

18   the diagnosis.  Are you offering any treatment

19   opinions at trial?

20        A.    No, sir.

21        Q.    Okay.  And you'd agree with me that at this

22   time, his follicular lymphoma is in remission?

23        A.    I -- currently no evidence of disease.

24   That was a note from 2015.  As I talked to him, I --

25   I don't remember that he indicated anything new had
```

Brent Staggs, M.D.

1    popped up.  I rely on the records, but not to my

2    memory.

3         Q.    Okay.  And based on the imaging results,

4    there's no evidence of disease as far as we're aware?

5         A.    That's my memory.

6         Q.    And I know you reviewed Dr. Silberstin's

7    report, would you agree with him in so far that he

8    concluded that Mr. Domina's prognosis is very

9    favorable?

10              MS. GREENWALD:  Objection.  Form.

11              THE WITNESS:  Oh, I'll leave prognosis up

12   to the clinicians.  I haven't given any thought to

13   that.

14   BY MR. FORNADEL:

15        Q.    Fair enough.  Is it your understanding that

16   Mr. Domina is still active and actively farming?

17              MS. GREENWALD:  Objection.  Form.

18              THE WITNESS:  I think so.  We talked about

19   that, but I -- I don't remember.  I'd rely on

20   whatever he says.  Yeah.  I -- I think so.  I think

21   he was one of the ones that I talked to him while he

22   was out in the field.  A couple of them I talked to

23   them in that way.

24   BY MR. FORNADEL:



12      Q.      Okay.  Now, so 11 through 13 of your

13   report, you discuss Mr. Domina's exposure history to

14   various pesticides.  You also discuss various pieces

15   of protective equipment that he would wear; is that

16   right?

17              MS. GREENWALD:  Objection.  Form.

18              THE WITNESS:  Well, let me refresh myself

19   here.  Yes.

20   BY MR. FORNADEL:

21      Q.      Okay.  And to the extent he wore protective

22   equipment, that would reduce his exposure to whatever

23   pesticide he was applying at that time?

24              MS. GREENWALD:  Objection.  Form.

25              THE WITNESS:  Not to be difficult, I'm not

Brent Staggs, M.D.

```
 1    a hygienist.  You know, so to some degree.  My memory

 2    is not that he wore a Tyvek suit with a, you know,

 3    full gear, but that he had gloves on, maybe

 4    long-sleeve shirt, you know, and pants at times.  But

 5    he certainly describes significant exposure.  And

 6    I -- I don't remember that he said he used them all

 7    the time.  But I like to try to reflect whatever he

 8    says.

 9              But yes, I mean, if you can -- if it's --

10    if you're absorbing it through the skin, if you can

11    keep it out of contact with the skin, that's going to

12    reduce that.  If you're breathing it and you can

13    cover your face and not breathe it, that's going to

14    reduce the exposure.  Generally, right.  But other --

15    beyond that, I'll let the hygienist talk about does

16    the -- this equipment really reduce the exposure or

17    not.

18    BY MR. FORNADEL:

19        Q.    Okay.  And that's -- that's great, because

20    that's my next question.

21              You didn't calculate and you don't plan to

22    offer a -- an opinion regarding the specific dose of

23    glyphosate-based herbicides that Mr. Domina

24    experienced over the years?

25        A.    Well, not a number.  I -- I assess the dose
```

Brent Staggs, M.D.

```
 1   just like physicians do, and like I do in my

 2   practice, on a qualitative sense based on a proximity

 3   and frequency and regularity.  And of course, it

 4   occurs to me that the -- the hygienists take the same

 5   information, but yet they, you know, grab a bit more

 6   detail from their literature and try to create a

 7   number.  So it's -- I'm a qualitative assessment.

 8   They try to create a quantitative assessment.

 9        Q.    Sure.  And I just want to confirm that you

10   hadn't attempted to do that?

11        A.    Right.

12        Q.    Okay.

13        A.    I'm not the expert that would do that.

14   Right.

15        Q.    Okay.  And similarly, you don't have any

16   opinions about how much glyphosate-based herbicides

17   penetrated his skin or entered systemic circulation,

18   nothing like that?

19        A.    No.  At trial, I'll just -- I'll rely on

20   him for all the facts.  I'm not establishing any of

21   those.  Right.  He describes a lot of, you know,

22   breathing and, you know, getting it on his skin at

23   times.  But yeah, I don't have a number or a -- you

24   know, anything like that.  That's a different expert

25   that's going to answer that question.
```

Brent Staggs, M.D.

1        Q.    Fair enough.  And to the extent -- extent

2    you do have an exposure opinion, would you agree that

3    it's simply to place him in -- in relation to the

4    epidemiological literature that you reviewed?

5              MS. GREENWALD:  Objection.  Form.

6              THE WITNESS:  I think that's right.  I

7    mean, of course, his dose, just like all the farmers

8    I've reviewed here we have the next couple of nights,

9    I mean, they so vastly exceed, you know, just the

10   general kind of -- you know, structure of the

11   exposure matrix in the epidemiologic literature, you

12   know, talking about ever exposed or, you know, two

13   days or four days or ten days, plus or minus.  I

14   mean, we're talking about years and years and

15   thousands of gallons.  So right.  I mean, they are --

16   they are well beyond most of the epidemiologic

17   literature that I've looked at.

18   BY MR. FORNADEL:

19       Q.    Well, you agree that some of the

20   epidemiological literature studies farmers and

21   agricultural exposures to pesticides?

22       A.    Well, that's right.  I would expect them to

23   fall in line with some of those.  I guess I was

24   thinking more about the papers that try to do a dose

25   responsiveness, not -- the biggest one I thought I

Brent Staggs, M.D.

```
 1   saw, I think, was more or less than ten days or
 2   something like that maybe.  So he's so far beyond ten
 3   days, but right.  Yeah.  Many of the studies were
 4   done on farmers and I would expect to -- some of them
 5   may be in the range of the multiple farmers that we
 6   have here.
 7        Q.   Okay.  And do you think those, the studies
 8   looking at farmers like Mr. Domina would be more
 9   representative of the risk factors that he was
10   exposed to?
11             MS. GREENWALD:  Objection.  Form.
12             THE WITNESS:  Well, I don't know.  I mean,
13   the -- the issue at hand is exposure to
14   glyphosate-based herbicide, not necessarily what
15   their title is.  So that's -- that's what we have to
16   look at.  I think most of the studies have been done
17   on commercial applicators and/or farmers.  I don't
18   know that I've seen a study that just had somebody
19   with a hand-held bottle around the backyard a little
20   bit.
21   BY MR. FORNADEL:
22        Q.   Okay.  Well, and that kind of gets to my
23   next point.  Is there -- and I want to understand
24   your opinion here on -- is there any amount of
25   exposure to which a -- an individual must be exposed
```

Brent Staggs, M.D.

 1   in order for you to opine that glyphosate caused or

 2   contributed to their development of NHL after that

 3   time?

 4            MS. GREENWALD:  Objection.  Form.

 5            THE WITNESS:  Well, I consider it -- I

 6   can't directly answer that because the literature is

 7   not well developed enough to give us a range.

 8            First thing is just like with other

 9   carcinogens that I deal with all the time, there's

10   not going to be some hard and fast amount that we're

11   going to come up with.  Because we're all such

12   different biological organisms with different

13   susceptibilities, there may be some ranges that are

14   developed about, you know, within -- with risk

15   factors as far as when the risk becomes minimal.

16            It's almost certainly a dose-responsive

17   disease, or it is based on the literature that I've

18   read.  So the more you're exposed, the higher your

19   risk and we expect that.  That's common to most

20   carcinogens, and a lot of toxins in other areas as

21   well.

22            So because the individuals that I have

23   looked at in this litigation have been -- have

24   glyphosate exposure so far beyond any of the

25   dose-responsive measures, and they're clearly on the

Brent Staggs, M.D.

1   highest end of exposures of -- of anyone, really,

2   that uses this product, I've not given really any

3   thought to the lowest possible exposure that I would

4   accept.

5           Certainly in all my areas that I testify

6   in, I readily accept trivial exposures as being

7   nonsignificant.  I don't -- I don't apply what I call

8   the each-and-every exposure theory, which is just

9   because there is an exposure there and it's above

10  background, it must be significant.  I only assess

11  significance in an individual case with the context

12  of a case based on the proximity, frequency, and

13  regularity.

14          So the short answer is, I've not developed

15  an opinion on the lowest possible dose, primarily

16  because the cases I've been given are -- have massive

17  exposures.

18  BY MR. FORNADEL:

19      Q.    Okay.  Now, you mentioned a few of the

20  different metrics that were -- and it wasn't uniform

21  across the epidemiological studies.  You mentioned a

22  few different metrics as far as exposure goes.  To

23  you -- what is the most important metric we should be

24  looking at, or rather you looked at, in forming your

25  opinions in this case?

Brent Staggs, M.D.

```
 1              MS. GREENWALD:  Objection.  Form.

 2              THE WITNESS:  I guess I'm not sure exactly

 3    what -- I mean, I -- I understand I just talked

 4    about -- so some of the papers used a different

 5    cutoff for their dose-responsive calculation.  But --

 6    but other than that, I mean, so that's just -- that

 7    is what it is.  I mean, none of them had even -- like

 8    I said, I think the largest one is plus or minus ten

 9    days or maybe 20 days.

10              I'd -- I'd have -- I'd have to refresh my

11    memory.  But there was none that had, like, 5 years,

12    10 years, 20 years of exposure.  So to that extent,

13    it -- they identify dose responsiveness for sure, but

14    these particular -- all of these farmers are so

15    beyond, you know, the -- say 10 days or 20 days,

16    that, you know, it doesn't factor into my decision

17    making on an individual case.

18    BY MR. FORNADEL:

19         Q.   Okay.  So in your report, you also discuss

20    a latency period and I wanted to explore that thought

21    a bit more.

22              Is the basis for that opinion found in the

23    epidemiological literature that you cite in your

24    report?

25              MS. GREENWALD:  Objection.  Form.
```

Brent Staggs, M.D.

```
 1              THE WITNESS:  Yes.  Generally, I mean, it's
 2    a bit like the lower exposure question in that.  The
 3    epidemiologic literature is not, I think, well
 4    developed enough to give us a real good idea on the
 5    latency.  Certainly, all cancers have a latency.
 6    Some are different than others.
 7              Lymphomas, due to other causes, generally
 8    are thought to have latency period, very roughly, in
 9    the five to ten-year range, perhaps, maybe more.
10    Some of the other experts think they're longer.  You
11    know, so it -- probably in the ten-year range is what
12    I would accept.
13              But again, we're all -- we're biological
14    organisms.  There's not some hard and fast cutoff
15    that our body is going to, you know, be subjected to
16    or it's going to know that carcinogens have been here
17    3 years and 364 days, versus four years, something
18    like that.  So that's why we have to give a
19    reasonable view of those things.
20              So again, it's been a similar -- I haven't
21    been presented with a case where I've had to really
22    try to develop an opinion on the minimum latency
23    because all the farmers that I've been given in these
24    cases have a very long latency.  You know, like we
25    just said, 30, 40 years.  So certainly he's got
```

Brent Staggs, M.D.

```
 1    plenty of latency time there.  I wouldn't accept

 2    exposures five minutes ago, you know -- you know,

 3    20 days ago.  I mean, certainly there are extremes

 4    you could go to either way.  But the -- but the

 5    minimum latency is probably somewhere in the ten-year

 6    range, I would imagine.

 7    BY MR. FORNADEL:

 8        Q.    Okay.  Fair enough.  And in -- in reviewing

 9    your report and the literature you discussed therein,

10    I only found latency analyses in -- in two of the

11    articles referenced, those being Eriksson 2008 and

12    Andreotti 2018.  Before we discuss those, is there

13    anything else I'm missing there, or any other ones

14    that we should consider when thinking about latency?

15        A.    Oh, I don't know.  I don't have them all

16    memorized.  Right.  Latency is not discussed in great

17    detail in a lot of the literature.  I think IARC

18    talks about it a little bit, but they may be

19    summarizing those exact papers.  So right.  I would

20    rely on -- the papers that I've cited to the

21    degree -- to the extent that they discuss latency,

22    that would be the framework that I'm working from to

23    try to assess a latency period.

24        (Exhibit Number 6 marked for identification.)

25    BY MR. FORNADEL:
```

Brent Staggs, M.D.

1      Q.    Fair enough.  I'll hand you a copy of

2   Exhibit 6, which is a copy of the Eriksson 2008

3   article.  And it's not in a table, but if you flip to

4   page 1659, in the text on the upper left-hand side of

5   the page there, first paragraph, the very top, it

6   reads, Latency period over ten years yielded for MCPA

7   odds ratio, 2.81.  For 245T and/or -- sorry.

8            For 245T and or 2,4-D odds ratio, 1.72.

9   And for glyphosate, an odds ratio of 2.26 with a 95

10   percent confidence interval of 1.6 to 4.40; is that

11   right?

12      A.    Yes, sir.

13      Q.    Okay.  And so to the extent you're relying

14   on Eriksson 2008 specific to the -- the latency

15   opinion, you would agree that Mr. Domina falls into

16   this greater than ten years group?

17      A.    Correct.

18      Q.    Okay.  Now, is there any indication that

19   this odds ratio they calculate here was adjusted for

20   other pesticides?

21      A.    I don't remember specifically on this one.

22   It is -- it was adjusted in some papers, but -- oh, I

23   just have to read back through.  I've had -- I've had

24   notes on them before that told me which ones were

25   adjusted and which ones weren't.  I don't remember

Brent Staggs, M.D.

1    offhand if this one is adjusted or not.

2         Q.    Okay.  Well, we don't have a -- a ton of

3    time tonight, but let's do this.  If you -- you're

4    welcome to -- I mean, it's Eriksson 2008.  If you

5    identify that it was, in fact -- I'll represent to

6    you that it's my understanding it's not adjusted.

7         A.    Okay.

8         Q.    And so to the extent you understand

9    otherwise and you would like to tell me about that

10   Wednesday, you're more than welcome to.

11        A.    All right.

12        Q.    Now, turn to page 1661 and look at Table 7.

13   There is a multivariate analyses listed there for

14   multiple pesticides, the third one down being

15   glyphosate, which the univariate odds ratio is 2.02

16   and is significant.  And the multivariate odds ratio

17   is 1.51, which is nonsignificant.  Would you -- did I

18   accurately represent that table?

19        A.    You read that correctly.  Yes, sir.

20        Q.    Okay.  And if you look down at the bottom

21   there in the caption immediately underneath indicates

22   that in the multivariate analyses, there was

23   adjustments for age, sex, and year of diagnosis, or

24   enrollment?

25        A.    Okay.

Brent Staggs, M.D.

1       Q.    Is that right?

2       A.    Yes.

3       Q.    And so would you agree with me, that based

4   on the -- the analyses reported here, that other

5   factors can play a significant role in the odds

6   ratios observed in these studies?

7             MS. GREENWALD:  Objection.  Form.

8             THE WITNESS:  Well, potentially.  Certainly

9   it changed during their adjusted number.

10  BY MR. FORNADEL:

11      Q.    And do you have any indication that the

12  ten-year latency period odds ratio we looked at on

13  1659 was adjusted for any of the -- the confounders

14  listed here?

15      A.    You know, I would just have to read.  I

16  suspect not because of the fact that this separate

17  table indicates the adjustment to it, but I would

18  just have to dig into the details.

19      Q.    Okay.

20      (Exhibit Number 7 marked for identification.)

21  BY MR. FORNADEL:

22      Q.    And I'll mark Exhibit 7, it's an article

23  which I'm sure you've never seen before.  Andreotti

24  2018 article.

25            So it's my understanding, and -- and I

Brent Staggs, M.D.

1   think you'd agree, that they also report latency

2   periods in this article as well?

3        A.    Yes.

4        Q.    Okay.  And that's reported in Table 3 on

5   page 514?

6        A.    Okay.

7        Q.    And for these latency analyses, do any of

8   them indicate a statistically significant relative

9   risk applicable to Mr. Domina?

10             MS. GREENWALD:  Objection.  Form.

11             THE WITNESS:  Well, there's some increased

12   risk in follicular lymphoma, but they may not be

13   statistically significant.

14   BY MR. FORNADEL:

15        Q.    And would you agree with me the fact that

16   the P trend value for follicular lymphoma is .82?

17        A.    Well, for the 20-year lag, it is.  But

18   it --

19        Q.    Yes.

20        A.    Right.

21        Q.    That should be specific.  Sure.

22        A.    Right.

23        Q.    And would you agree with me that that

24   indicates that the dose response for follicular

25   lymphoma at the 20-year lag period is not

Brent Staggs, M.D.

 1  significant?

 2      A.    You know, I don't know.  I guess I thought

 3  P value indicated relative significance.  But so now

 4  I'm not sure if that has some implication on dose

 5  response.  I'm not a -- may not be as deep into the

 6  epidemiology as you are.

 7      Q.    Oh, well, I guess my reading of that is

 8  because it's a value for the trend, that would

 9  indicate -- that would be speaking to the dose

10  response relationship.

11      A.    Again, I don't know.  I'd have to research

12  that.

13      Q.    Okay.  And similarly, if you don't mind

14  flipping to the supplementary Table 2 at the back.

15  We've been discussing essentially ten-year latency or

16  lag, and I -- I didn't want to not give you a chance

17  to discuss this too.

18          Supplementary Table 2 has 10-year and

19  15-year lag periods.

20      A.    Okay.

21      Q.    To the extent those are applicable to

22  Mr. Domina, do any of those indicate a statistically

23  significant relative risk?

24      A.    That's the same as before.  There are

25  risks, but they don't always -- none of them appear

Brent Staggs, M.D.

```
 1    to have confidence intervals that don't intersect

 2    one.  The T1 it says nearly has a doubling of the

 3    risk and the confidence interval goes down to .97.

 4    So that's kind of what we talked about before.  When

 5    it just barely intersects it, it was my education

 6    that that -- that is not always just thrown out.  But

 7    if -- if you're going to consider not statistically

 8    significant, then that would be true.

 9         Q.   So then in the lowest tertile of Roundup,

10    or rather glyphosate exposure, there's what appears

11    to be the highest relative risk for the ten-year lag

12    analysis?

13         A.   That's right.

14         Q.   Okay.  And similarly, if you look at the P

15    trend value, that indicates that there's no

16    significant dose-response relationship in the

17    ten-year analysis?

18         A.   Well, I've already answered.  I'm not -- I

19    don't know what that means.

20         Q.   Okay.  And but just looking at the numbers,

21    let's just look at the raw relative risk points.

22    With them being 1.9 in the lowest tertile, .65 in the

23    intermediate tertile, and 1.44 in the highest

24    tertile, that doesn't reflect a -- a dose-response

25    relationship, does it?
```

Brent Staggs, M.D.

1      A.    Well, I see what you mean.  I guess I'm not

2    always sure that's -- again, we're biological

3    organisms.  I don't ever expect epidemiology to work

4    out very perfectly.  In fact, most of the time, it's

5    imperfect because we're having to do a retrospective

6    review and assessment on humans.  We can't line us up

7    and give us carcinogens.  That would be the perfect

8    study to do.

9           So from the perspective that I always

10   expect epidemiologic data to be largely imperfect and

11   difficult to interpret it sometimes, I -- I think I

12   understand what you're saying there.  But I -- I

13   would never expect it to just line up perfectly.

14   Sometimes it probably does.

15     Q.    Okay.  But it doesn't in the case of

16   follicular lymphomas?

17     A.    Well --

18           MS. GREENWALD:  Objection.  Form.  Asked

19   and answered.

20           THE WITNESS:  Well, to the extent that

21   T1 -- I guess I've forgotten now.  So your

22   implication is that T1 is the lower -- is supposed to

23   be the lower exposures?

24   BY MR. FORNADEL:

25     Q.    That's right.  And if you see, there's a

Brent Staggs, M.D.

1   lifetime intensity weighted days listed at the bottom

2   there that explain what -- what the tertile ranges

3   are.

4       A.    Okay.  So those are days of abuse in

5   theory, T1, 1 to 658 days, 658.74 days.  That doesn't

6   seem -- I'm not sure that's what that is.  But

7   anyway, yeah.  I'm not an epidemiologist.  So I don't

8   know that I can interpret all this on the fly.

9       Q.    Well, I'm sorry, is this the first time

10  you've seen the Andreotti 2018 article?

11      A.    No.  But I mean, I read them, primarily

12  reading the -- the verbiage.  I don't know that I

13  always -- not being an epidemiologist, I don't

14  calculate these values so I don't know I always

15  understand the mathematical calculations in the

16  tables.  But I read them for their conclusions and --

17  to try to understand generally what the study's

18  talking about.

19      Q.    Okay.  And is your understanding of this

20  article that these authors concluded that there was

21  no association between glyphosate and any lymphoid

22  malignancies?

23          MS. GREENWALD:  Objection.  Form.  That's

24  not it.

25          THE WITNESS:  In their conclusion they say

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

Brent Staggs, M.D.

```
 1    no association was apparent between glyphosate and

 2    solid tumors or lymphoid malignancies overall.

 3    BY MR. FORNADEL:

 4         Q.    And --

 5         A.    Some evidence of AML among the highest

 6    exposed group.

 7         Q.    Sure.  And what was in that, that clause in

 8    between lymphoid malignancies overall and there was

 9    some evidence?

10         A.    Including NHL and its subtypes.

11         Q.    Okay.  And just to summarize for

12    Mr. Domina, you agree that none of his treating

13    physicians ever said that Roundup causes follicular

14    lymphoma?

15              MS. GREENWALD:  Objection.  Asked and

16    answered.

17              THE WITNESS:  Well, just -- well, a couple

18    of things.  I would -- I would rely on the medical

19    records.  I don't have them all memorized and I don't

20    know -- I would not expect them to opine about that

21    in the -- as we've already talked about.

22              In clinical practice, the oncologists are

23    worried about treating the cancer.  Unless it's

24    pertinent to their treatment, they don't typically

25    dive into what the underlying carcinogens may have
```

Brent Staggs, M.D.

```
 1   been.

 2   BY MR. FORNADEL:

 3       Q.   Fair.  And you don't have any memory of

 4   seeing a -- a record reflecting as such?

 5       A.   Correct.

 6       Q.   All right.  Based on what you read from

 7   Dr. Gru and Dr. Silberstin's reports, they did not

 8   conclude that Roundup caused this follicular

 9   lymphoma, did they?

10       A.   I'll have to go back and look, but I'm

11   going to guess as defense experts, they probably did

12   not.

13       Q.   I'll represent to you that you're right on

14   that one.

15            And would you also agree that there is no

16   epidemiological data showing a relationship between

17   Roundup and follicular lymphoma?

18            MS. GREENWALD:  Objection.  Form.

19            THE WITNESS:  That's such a broad question.

20   Again, follicular lymphoma is a type of non-Hodgkin's

21   lymphoma.  So to that extent, there's lots of

22   epidemiologic data and the experimental data and

23   animal data to that effect.  In the couple of studies

24   that have tried to break it down by subtypes, they

25   have not always found a statistically significant
```

Brent Staggs, M.D.

1    increase.

2    BY MR. FORNADEL:

3        Q.    And in fact, have they ever found one?

4        A.    Not to my memory.

5        Q.    Okay.  And so you'd agree with me that the

6    only people in the world saying that Roundup caused

7    Mr. Domina's follicular lymphoma are you and other

8    experts hired by Mr. Domina?

9              MS. GREENWALD:  Objection.  Form.

10             THE WITNESS:  No.  I've explained that.

11   Follicular lymphoma is a very common cause of -- a

12   very common non-Hodgkin's lymphoma.  And in fact, it

13   transforms into large B-cell lymphoma, things like

14   that.  So it -- it would appear to me to be very

15   difficult to try to tease out exactly what stage a

16   lymphoma is and some have an increased risk and some

17   don't.  They're often closely tied and have similar

18   etiologic factors to one another.

19             So no, we're not the only ones.  Anyone who

20   accepts what appears to be mainstream at this point,

21   that glyphosate can cause non-Hodgkin's lymphoma

22   would put follicular lymphoma in that category, and

23   rightly so.

24   BY MR. FORNADEL:

25       Q.    And they would do so, despite the lack of

Brent Staggs, M.D.

```
 1    evidence tieing that particular subtype to Roundup

 2    exposures?

 3              MS. GREENWALD:  Objection.  Form.

 4              THE WITNESS:  That's only when you attempt

 5    to try to subtype them out.  And I'm not -- I'm not

 6    sure that is a useful exercise, even though that some

 7    have tried it, it is -- it is clear that

 8    non-Hodgkin's lymphoma is tied, generally, caused by

 9    glyphosate exposures.  So no, just because the couple

10    of papers that have tried to subtype it have not

11    found consistent positive results, does not mean that

12    it's not a type of non-Hodgkin's lymphoma.

13    BY MR. FORNADEL:

14         Q.   More broadly, fair to say you'll be

15    testifying as a pathology expert in this case?

16         A.   Yes, sir.

17         Q.   And based on my understanding of -- of

18    reading your report and -- and our deposition today,

19    you're not offering any specific pathology opinions,

20    right?

21         A.   Well, this is all within the realm of

22    pathology.  I'm not analyzing the slides.  That's

23    what it sounds like maybe you're talking about.

24         Q.   That's right.  And -- and that's fair to

25    say?
```

Brent Staggs, M.D.

```
 1        A.    Right.  I'm not arguing with the diagnosis
 2   or anything like that.  Right.
 3        Q.    Okay.
 4              MR. FORNADEL:  Let's go off the record for
 5   a second.
 6              THE VIDEOGRAPHER:  Going off the record.
 7   The time is approximately 7:38 p.m.
 8                   (A short break was had.)
 9              THE VIDEOGRAPHER:  We are back on the
10   record.  The time is approximately 7:50 a.m. -- p.m.
11              THE WITNESS:  May be a.m.
12              MR. FORNADEL:  And I've been told I'm --
13   I'm out of time.  So I'll turn it over to you.
14              MS. GREENWALD:  I didn't even pay
15   attention.  Okay.  I have a couple questions.
16              THE WITNESS:  Yes, ma'am.
17                   CROSS-EXAMINATION
18   BY MS. GREENWALD:
19        Q.    So I believe you testified -- I tried to
20   take notes down from that, but I might have gotten
21   the words off a bit, that you were not in answers --
22   in questions relating to Mr. Domina and his exposure
23   to other pesticides, I believe you said you were not
24   asked to determine whether these other pesticides
25   were contributing factors.  Do you recall that
```

Brent Staggs, M.D.

```
 1    answer?

 2         A.    I recall that discussion.  Yeah.  I'm

 3    always misstating things.  So you're welcome to point

 4    out that.

 5         Q.    Can you explain what you meant when you

 6    said that?

 7         A.    Well, sure.  So that would have been a

 8    misstatement, if that's what I said.  So we were

 9    discussing methodology at that point and how I go

10    about determining whether glyphosate was a

11    significant contributing factor or not.

12              And as I mentioned, I dig into all of the

13    potential confounders that I can identify.  And I

14    first analyze them to see, are they even possibly a

15    cause or associated with non-Hodgkin's lymphoma.  And

16    then if they are, then they become part of the

17    cumulative exposure.  And then I have to assess them

18    based on the description in the testimony, or my

19    interview with them, the proximity and frequency and

20    regularity, to decide if they are significant or not.

21              I was really just asked about glyphosate,

22    about its significance.  But in the process of the

23    methodology, I'm going to evaluate each confounder.

24    And you know, I may decide that it's significant or

25    not, depending on those factors.  I wasn't asked
```

Brent Staggs, M.D.

1    about the -- you know, be sure and tell me about, you

2    know, Lasso or whatever it was, during our

3    discussion.

4            So certainly identified whether they were

5    contributing factors or not.  And then if they rise

6    to the level of significance or not depends on their

7    comparative analysis with glyphosate.

8            In this particular patient, glyphosate was

9    so large that it seemed obvious to me that the 2,4-D

10   was most likely insignificant because it was a few

11   exposures for a limited amount of time and glyphosate

12   was for thousands of gallons for 40 years.

13       Q.   Okay.  And I believe that -- there was

14   another -- there was a reference also that one of the

15   chemicals he used had dicamba in it.  Do you remember

16   that?

17       A.   Well, we at least talked about dicamba.

18   Right.

19       Q.   Would you -- would you say the same thing

20   about the relative contribution of glyphosate versus

21   dicamba, that the glyphosate would be so much greater

22   that it would affect your opinion?  And if so, how?

23            MR. FORNADEL:  Object to the form.

24            THE WITNESS:  Right.  So as I'm looking at

25   them, as we mentioned in one of my hypotheticals that

Brent Staggs, M.D.

1    I gave you was, if the two exposures had a similar

2    potency in causing lymphoma and they were somehow

3    each -- you know, he did them the same way, you know,

4    one for five years and another five years, then it

5    becomes obvious that they're both 50 percent of the

6    exposure and they would both be significant.  4.

7          So as I assess them based on his frequency

8    and regularity, it becomes -- in his particular case,

9    and in all of the farmers that we've looked at here

10   for the most part that, you know, the glyphosate is

11   so much larger, it vastly overwhelms smaller

12   exposures so that they probably are insignificant

13   based on their relative comparison.  And the same

14   would be true for dicamba.

15         But yes, I tried to evaluate each of them

16   independently and -- and then in their comparative

17   analysis against glyphosate and the other exposures.

18   If you had three equal parts, then -- then they're

19   all equal contributors at that point.  You don't

20   decide one is out for any particular reason.  To the

21   extent that they make up equal parts of the exposure,

22   then that makes them significant to the overall

23   exposure and to the disease.

24        Q.   Okay.  Thank you.  One last question:  You

25   testified a few minutes before the break, I believe,

Brent Staggs, M.D.

1    again I got it wrote down right, that the minimum

2    latency for non-Hodgkin's lymphoma is in the ten-year

3    range.  Can you explain what you meant by that?

4        A.    Sure.  Well, I guess I didn't I know I said

5    it that emphatically.  So we were discussing the

6    Eriksson paper eventually that had a ten-year

7    latency.  Maybe I got mixed up on that.

8            So let's -- let's go backwards a little

9    bit.  We know scientifically and medically that

10   generally lymphomas and leukemias have shorter

11   latency periods than solid tumors.  Very often, you

12   know, three, five years.  I mean, they can be fairly

13   short on the latency of lymphoma.

14           So my thought process on the ten-year part

15   was, we were talking about the increased numbers of

16   relative risks seen after the ten-year lag in a

17   couple -- and I think we talked about another paper

18   that had a ten-year lag.  So that was kind of brought

19   up, but that in no way means that that's a minimum

20   latency.

21           What I had discussed -- I do remember

22   talking about at first, to me, the minimum latency is

23   a bit like the minimum dose needed, which is -- at

24   this point, the epidemiology is not well developed

25   enough that I have identified, you know, a -- a real

Brent Staggs, M.D.

```
 1    good range for minimum latency because it's going to

 2    be a range because we're all biologically different

 3    organisms with different susceptibilities.

 4              And but I know from my experience with

 5    non-Hodgkin's lymphoma in other settings, that the --

 6    the range can be relatively short.  We still need

 7    some latency.  So I don't really have an opinion on a

 8    good range for a minimum latency, except to say that

 9    it's probably, you know, in the three to five-year

10    probably.

11              I mean, but because the clients that I've

12    had to -- or the patients that I've dealt with have

13    such a long latency, such a more than appropriate

14    latency beyond the lag described in various papers, I

15    haven't had to develop a -- an opinion, like I would

16    if you gave me a patient that, you know, had just

17    sprayed Roundup, you know, three years previous or

18    something.  At that point, I would, you know -- I

19    would have to develop an opinion that's a bit more

20    specific.

21              MS. GREENWALD:  Thank you.  I don't have

22    any other questions.

23              MR. FORNADEL:  Nor -- I don't have any time

24    left.  So yeah, we can -- we can go to the next one.

25              THE VIDEOGRAPHER:  All right.  This
```

Brent Staggs, M.D.

1    concludes the deposition.  We're going off the

2    record.  The time is approximately 7:57 p.m.

3        (Whereupon the proceedings were concluded at

4                    7:57 p.m.)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1              REPORTER'S CERTIFICATE
 2   STATE OF ARKANSAS )
                       ) ss
 3   COUNTY OF PULASKI )
 4       I, KARISA J. EKENSEAIR, Certified Court
     Reporter, Registered Professional Reporter in and for
 5   the State of Arkansas, do hereby certify that BRENT
     STAGGS, M.D. was duly sworn by me prior to the taking
 6   of testimony as to the truth of the matters attested
     to and contained therein; that the testimony of said
 7   witness was taken by me in stenotype and was
     thereafter reduced to typewritten form by me or under
 8   my direction and supervision; that the foregoing
     transcript is a true and accurate record of the
 9   testimony given to the best of my understanding and
     ability.
10       I FURTHER CERTIFY that I am neither counsel
     for, related to, nor employed by any of the parties
11   to the action in which this proceeding was taken;
     and, further, that I am not a relative or employee of
12   any attorney or counsel employed by the parties
     hereto, nor financially interested, or otherwise, in
13   the outcome of this action; and that I have no
     contract with the parties, attorneys or persons with
14   an interest in the action that affects or has a
     substantial tendency to affect impartiality, that
15   requires me to relinquish control of an original
     deposition transcript or copies of the transcript
16   before it is certified and delivered to the custodial
     attorney, or that requires me to provide any service
17   not made available to all parties to the action.
         IN ACCORDANCE with Rule 30(e) of the Rules of
18   Civil Procedure, review of the transcript was not
     requested.
19       GIVEN UNDER MY HAND and SEAL OF OFFICE on this
     19th day of November, 2019.
20
21
22
                    _____
23                  Karisa Ekenseair, CCR, RPR  LS #802
                    Notary Public in and for
24                  Pulaski County, Arkansas
                    Commission No. 12704567
25                  Exp. 06-18-2028
```

```
 1              ACKNOWLEDGMENT OF DEPONENT

 2

               I,_____, do

 3   hereby certify that I have read the

     foregoing pages, and that the same

 4   is a correct transcription of the answers

     given by me to the questions therein

 5   propounded, except for the corrections or

     changes in form or substance, if any,

 6   noted in the attached Errata Sheet.

 7

     _____

 8    BRENT STAGGS, M.D.      DATE

 9

10

11

12

13

14

     Subscribed and sworn

15   to before me this

     _____ day of _____, 20_____.

16

     My commission expires:_____

17

18   _____

     Notary Public

19

20

21

22

23

24

25
```

Brent Staggs, M.D.

```
 1                    - - - - -

                    E R R A T A

 2                    - - - - -

 3     PAGE  LINE  CHANGE

 4     _____  _____  _____

 5        REASON:  _____

 6     _____  _____  _____

 7        REASON:  _____

 8     _____  _____  _____

 9        REASON:  _____

10     _____  _____  _____

11        REASON:  _____

12     _____  _____  _____

13        REASON:  _____

14     _____  _____  _____

15        REASON:  _____

16     _____  _____  _____

17        REASON:  _____

18     _____  _____  _____

19        REASON:  _____

20     _____  _____  _____

21        REASON:  _____

22     _____  _____  _____

23        REASON:  _____

24     _____  _____  _____

25        REASON:  _____
```