UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 16-md-02741-VC |
| This document relates to: ALL ACTIONS | **PRETRIAL ORDER NO. 199: PROPER FILING OF WAVE 1 FILINGS** |

All parties participating in Wave 1 are directed to confirm that all filings related to the upcoming January 29, 2020 hearing on the *Daubert* motions and motions for summary judgment have been filed on both the MDL docket and the member case's docket in compliance with Pretrial Order No. 1, Dkt. No. 2.

**IT IS SO ORDERED.**

Dated: December 20, 2019

VINCE CHHABRIA
United States District Judge