**WILKINSON WALSH + ESKOVITZ LLP**
Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonwalsh.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonwalsh.com)
2001 M St. NW
10th Floor
Washington, DC 20036
Tel:    202-847-4030
Fax:    202-847-4005

**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
1350 I St. NW
Washington, DC 20005
Tel: 202-898-5843
Fax: 202-682-1639

**ARNOLD & PORTER KAYE SCHOLER**
William Hoffman (*pro hac vice*)
(William.Hoffman@arnoldporter.com)
601 Massachusetts Avenue, N.W.
Washington, DC 20001
Tel: 202-942-6915
Fax: 202-942-5999

**COVINGTON & BURLING LLP**
Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
One City Center
850 10th St. NW
Washington, DC 20001
Tel: 202-662-6000

*Attorneys for Defendant*
MONSANTO COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC<br><br>**MONSANTO COMPANY'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF MONSANTO'S REPLY BRIEF IN SUPPORT OF MOTION TO EXCLUDE THE TESTIMONY OF DR. KEVIN PALKA ON *DAUBERT* GROUNDS** |
| This document relates to:<br><br>*Janzen v. Monsanto Co.*<br>3:19-cv-04103-VC<br>*Dickey v. Monsanto Co.*<br>3:19-cv-04102-VC<br>*Domina, et al. v. Monsanto Co.*<br>3:16-cv-05887-VC<br>*Pollard v. Monsanto Co.*<br>3:19-cv-04100-VC | |

Pursuant to Civil Local Rules 79-5 and 7-11 and the Amended Protective and Confidentiality Order entered by the Court on September 6, 2017 ("Amended Protective Order") at ¶ 18, Defendant

1   Monsanto Company ("Monsanto") seeks permission to file under seal discrete portions of its Reply
2   Brief in Support of its Motion to Exclude the Testimony of Dr. Kevin Palka on *Daubert* Grounds in
3   the above-captioned actions.

4       Monsanto has filed conditionally under seal portions of its reply brief that contain information
5   about certain medical conditions of plaintiffs and other individuals.  Co-Lead Counsel for Plaintiffs
6   in this litigation requested that all medical information for all Plaintiffs, other than the fact of NHL
7   diagnosis and the treatment for that condition, be redacted, pursuant to the Amended Protective Order.
8   Plaintiffs are therefore the "Designating Party" under Local Rule 79-5(e). The proposed redactions
9   are indicated by red boxes.  In support of this request, attached hereto is a declaration from William
10  Hoffman specifically describing the proposed redactions and a Proposed Order granting Monsanto's
11  motion.

## CONCLUSION

13      Monsanto respectfully requests that the Court grant its Administrative Motion to File Under
14  Seal Portions of its Reply Brief in Support of its Motion to Exclude the Testimony of Dr. Kevin Palka
15  on *Daubert* Grounds.

DATED: December 23, 2019

Respectfully submitted,

/s/ *William Hoffman*_____

William Hoffman (*pro hac vice*)
(William.Hoffman@arnoldporter.com)
601 Massachusetts Avenue, N.W.
Washington, DC 20001
Tel: 202-942-6915
Fax: 202-942-5999

Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonwalsh.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonwalsh.com)
WILKINSON WALSH + ESKOVITZ LLP
2001 M St. NW
10th Floor
Washington, DC 20036
Tel:    202-847-4030
Fax:   202-847-4005

Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I St. NW
Washington, DC 20005
Tel: 202-898-5843
Fax: 202-682-1639

Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
COVINGTON & BURLING LLP
One City Center
850 10th St. NW
Washington, DC 20001
Tel: 202-662-6000

*Attorneys for Defendant*
*MONSANTO COMPANY*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of December, 2019, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

/s/ William Hoffman

- 4 -
MONSANTO COMPANY'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF REPLY BRIEF; 3:16-MD-02741-VC; 3:19-cv-04103-VC; 3:19-cv-04102-VC; 3:16-cv-05887-VC; 3:19-cv-04100-VC

US 167236503v1