UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) MDL No. 2741 ) ) Case No. 3:16-md-02741-VC ) |
| This document relates to:<br>*Janzen v. Monsanto Co.*<br>3:19-cv-04103-VC<br>*Dickey v. Monsanto Co.*<br>3:19-cv-04102-VC<br>*Domina, et al. v. Monsanto Co.*<br>3:16-cv-05887-VC<br>*Pollard v. Monsanto Co.*<br>3:19-cv-04100-VC | ) **DECLARATION OF WILLIAM** ) **HOFFMAN IN SUPPORT OF** ) **MONSANTO COMPANY'S** ) **ADMINISTRATIVE MOTION TO FILE** ) **UNDER SEAL PORTIONS OF** ) **MONSANTO'S REPLY BRIEF IN** ) **SUPPORT OF MOTION TO EXCLUDE** ) **THE TESTIMONY OF DR. KEVIN**       **PALKA ON *DAUBERT* GROUNDS** |

I, William Hoffman, hereby declare as follows:

1.      I am a Partner in the law firm Arnold & Porter Kaye Scholer LLP.  My firm is counsel to Monsanto in the above-captioned actions.

2.      Monsanto's Administrative Motion to File Under Seal Portions of its Reply Brief In Support of its Motion for to Exclude Dr. Kevin Palka's Testimony on *Daubert* Grounds seeks to maintain the confidentiality of Plaintiffs' medical conditions other than NHL.

3.       Co-Lead Counsel for Plaintiffs in this litigation requested all medical information for all Plaintiffs, other than the fact of NHL diagnosis and the treatment for that condition, be redacted. This information has been designated as "Confidential" by Plaintiffs pursuant to the Amended Protective Order (MDL Doc. # 519; Pre-Trial Order No. 30).

4.      Pursuant to Plaintiffs' request as the Designating Party, Monsanto has prepared proposed redactions of the following documents:

- 1 -

DECLARATION OF WILLIAM HOFFMAN IN SUPPORT OF MONSANTO COMPANY'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL
3:16-MD-02741-VC; 3:19-cv-04103-VC; 3:19-cv-04102-VC; 3:16-cv-05887-VC; 3:19-cv-04100-VC

US 167236507v1

- Pages 1:10; 1:18; 4:26; 5:1-2 of Monsanto's Reply Brief in Support of Motion to Exclude the Testimony of Dr. Kevin Palka on *Daubert* Grounds.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 23rd day of December, 2019.

                                             _/s/ William Hoffman_____
                                             William Hoffman

- 2 -
DECLARATION OF WILLIAM HOFFMAN IN SUPPORT OF MONSANTO COMPANY'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL
3:16-MD-02741-VC; 3:19-cv-04103-VC; 3:19-cv-04102-VC; 3:16-cv-05887-VC; 3:19-cv-04100-VC

US 167236507v1