UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Janzen v. Monsanto Co.*<br>3:19-cv-04103-VC<br>*Dickey v. Monsanto Co.*<br>3:19-cv-04102-VC<br>*Domina, et al. v. Monsanto Co.*<br>3:16-cv-05887-VC<br>*Pollard v. Monsanto Co.*<br>3:19-cv-04100-VC | ) MDL No. 2741<br>) <br>) Case No. 3:16-md-02741-VC<br>) <br>) **[PROPOSED] ORDER GRANTING**<br>) **MONSANTO COMPANY'S**<br>) **ADMINISTRATIVE MOTION TO FILE**<br>) **UNDER SEAL PORTIONS OF REPLY**<br>) **BRIEF**<br>) |

Before the Court is the motion of Defendant Monsanto Company to file under seal portions of Monsanto's Reply Brief in Support of Motion to Exclude the Testimony of Dr. Kevin Palka on *Daubert* Grounds. Having considered the papers, and for compelling reasons shown, the Court hereby ORDERS that the following documents shall be maintained under seal until further order of the Court, with the publicly filed versions redacted as follows:

| Document | Portion Sought to be Sealed | Sealing Granted (Y/N)<br>(to be completed by the Court) |
|---|---|---|
| Monsanto's Reply Brief in Support of Motion to Exclude the Testimony of Dr. Kevin Palka on *Daubert* Grounds | Pages 1:10; 1:18; 4:26; 5:1-2 | |

Date: _____, 2019

_____
HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT COURT

- 1 -

[PROPOSED] ORDER GRANTING MONSANTO COMPANY'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL; 3:16-MD-02741-VC; 3:19-cv-04103-VC; 3:19-cv-04102-VC; 3:16-cv-05887-VC; 3:19-cv-04100-VC

US 167236514v1