**NIELSEN, PETERSON & NIELSEN LLP**
Jonathan Nielsen (SBN: 239416)
*jonathan@npnlaw.com*
Kirt J. Peterson (SBN: 245071)
*kirt@npnlaw.com*
Tanner Nielsen (SBN: 294525)
*tanner@npnlaw.com*
4015 Mission Oaks Blvd., Suite B
Camarillo, CA 93012
Telephone: (805) 639-8600
Facsimile: (805) 228-4669

Attorneys for Plaintiff,
ARMANDO CHAVEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIBABILITY LITIGATION | MDL No. 2741 |
| | Case No.: 3:16-md-02741-VC |
| Armando Vargas Chavez v. Monsanto Co., et al., 3:18-cv-04855 | **PLAINTIFF ARMANDO VARGAS CHAVEZ'S MOTION TO AMEND EXPERT WITNESS DISCLOSURE** |

## I. INTRODUCTION

Plaintiff Armando Vargas Chavez had extensive exposure to Roundup from 2004-2016 in his occupation as a field worker at Hiji Brothers.  Mr. Chavez has hairy cell leukemia.  Mr. Chavez initially designated his oncologist, Dr. Hao Wang, as a non-retained specific causation expert.  In his deposition Dr. Wang mentioned various times that pesticides are mentioned in medical literature as a possible cause of hairy cell leukemia "In that website it did mention—say pesticides and farming have been mentioned as possible causes." Ex. 1, Wang Dep. at 15:11-14.  When asked about what he would respond if Mr. Chavez asked about the cause of his cancer Dr. Wang testified that "if he asked me, I'd probably give the answer we just quoted from UpToDate say the—those pesticides and the farming have been mentioned as possible causes." *Id.* at 48:16-18.

While Dr. Wang noted the pesticides as a possible cause of Mr. Chavez's Hairy Cell Leukemia, Mr. Chavez seeks an extension of time to have testing done and to designate an oncologist who can provide additional opinions as to specific causation of Mr. Chavez's Harry Cell Leukemia.  In good faith, Mr. Chavez will also stipulate to any extensions needed by the Defendant with regard to another specific causation expert including having his matter moved from being a Wave 1 matter to being designated as a Wave 2 matter to avoid any prejudice to Defendant Monsanto Co.

## II. ARGUMENT

A schedule may be modified for good cause and with the judge's consent.  Fed. R. Civ. P. 16(b)(4).  Good cause may be found to exist where the moving party shows, for example, that it is unable to comply with the deadlines contained in the scheduling order due to issues not reasonably foreseeable at the time of the scheduling order *Johnson v. Mammoth Recreations Inc.*, 975 F.2d 604 at 609.

In this matter the Defendant would not be prejudiced by a short extension of time provided to Plaintiff to seek another specific causation expert.  This particular matter has not been scheduled for trial and Plaintiff will agree to provide any extension of time necessary for Defendants to depose any specific causation expert and have any dispositive motion heard.   Meanwhile, Plaintiff's prejudice will be severe if he is not allowed the opportunity to seek an expert to support his case.

### III. CONCLUSION

Due to the testimony of Plaintiff's treating oncologist and the need for further evaluation of his diagnosis by a specific causation expert the Plaintiff respectfully requests an extension of time to amend his expert witness disclosure. It is not Plaintiff's intent to prejudice the Defendant in any way and Plaintiff stands willing to accept being moved to Wave 2 or providing any extension needed by Defendant with regard to expert discovery and subsequent motions.

Dated: December 23, 2019                    Respectfully Submitted

                                            Nielsen, Peterson & Nielsen LLP

                                            /s/ Jonathan Nielsen
                                            _____

                                            Jonathan Nielsen
                                            NIELSEN, PETERSON & NIELSEN LLP
                                            4015 Mission Oaks Blvd., Suite B
                                            Camarillo, CA 93012
                                            Tel: (805) 639-8600
                                            Fax: (805) 228-4669

**CERTIFICATE OF SERVICE**

I, Jonathan Nielsen, hereby certify that on December 17, 2019, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

/s/ Jonathan Nielsen

Jonathan Nielsen