**NIELSEN, PETERSON & NIELSEN LLP**
Jonathan Nielsen (SBN: 239416)
*jonathan@npnlaw.com*
Kirt J. Peterson (SBN: 245071)
*kirt@npnlaw.com*
Tanner Nielsen (SBN: 294525)
*tanner@npnlaw.com*
4015 Mission Oaks Blvd., Suite B
Camarillo, CA 93012
Telephone: (805) 639-8600
Facsimile: (805) 228-4669

Attorneys for Plaintiff,
ARMANDO CHAVEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIBABILITY LITIGATION<br><br>Armando Vargas Chavez v. Monsanto Co., et al.,<br>3:18-cv-04855 | MDL No. 2741<br><br>Case No.: 3:16-md-02741-VC<br><br>**DECLARATION OF JONATHAN NIELSEN IN SUPPORT OF PLAINTIFF ARMANDO VARGAS CHAVEZ'S MOTION TO AMEND EXPERT WITNESS DISCLOSURE** |

**DECLARATION OF JONATHAN NIELSEN – page 1**

I, Jonathan Nielsen, declare and state as follows:

1. I am an attorney licensed to practice in the State of California and am the attorney of record for Plaintiff Armando Vargas Chavez.
2. Plaintiff Armando Vargas Chavez had exposure to Roundup from 2004-2016 in his occupation as a field worker. Mr. Chavez is currently in remission from hairy cell leukemia.
3. Plaintiff initially designated Dr. Hao Wang as a non-retained specific causation expert.
4. Attached hereto as Exhibit 1 is a true and correct copy of portions of Dr. Wang's deposition transcript.

I make this declaration under penalty of perjury.

Dated: December 23, 2019

Respectfully Submitted

Nielsen, Peterson & Nielsen LLP

/s/ Jonathan Nielsen

Jonathan Nielsen
NIELSEN, PETERSON & NIELSEN LLP
4015 Mission Oaks Blvd., Suite B
Camarillo, CA 93012
Tel: (805) 639-8600
Fax: (805) 228-4669

**CERTIFICATE OF SERVICE**

I, Jonathan Nielsen, hereby certify that on December 17, 2019, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

/s/ Jonathan Nielsen

Jonathan Nielsen