# EXHIBIT 1

1                   UNITED STATES DISTRICT COURT

                    FOR THE DISTRICT OF NEBRASKA

2

3                            - - -

4

     IN RE:   ROUNDUP PRODUCTS       :    CASE NO.

5    LIABILITY LITIGATION            :    3:16-md-02741-VC

     _____:

6    This document relates to:      :

                                     :    MDL No. 2741

7    Armando Vargas Chavez v.        :

     Monsanto Company,               :

8    Case No. 3:18-cv-04855          :

9

                             - - -

10

                      Monday, October 28, 2019

11

                             - - -

12

13          Videotaped stenographic deposition of HAO

14   WANG, M.D., Ph.D., held at KAISER PERMANENTE, 5601 De

15   Soto Avenue, Woodland Hills, California, commencing at

16   approximately 2:45 p.m., before Rosemary Locklear, a

17   Registered Professional Reporter, Certified Realtime

18   Reporter and California CSR (#13969).

19

20

21

22                           - - -

23

24             GOLKOW LITIGATION SERVICES

              877.370.3377 ph | 971.591.5672 Fax

25                    deps@golkow.com

1  A.    Correct.
2  Q.    And did you just skim over those?
3  A.    I reviewed lab results online, which was last
4  Friday.
5  Q.    Okay.  And did you review anything other than
6  his medical records?
7  A.    No.
8  Q.    Did you do any research in preparation for
9  today?
10  A.    I -- I read UpToDate for the -- which is a
11  website for medical knowledges, you know, just to
12  familiar myself with this information.
13  Q.    And what type of information?
14  A.    The -- the management about hairy cell leukemia.
15  Q.    Okay.  And so that -- is that on the Kaiser
16  website itself or is that a different resource?
17  A.    It's a different resource, but it's connected
18  with the Kaiser medical record.
19  Q.    What is the name of that resource?
20  A.    UpToDate.com.
21  Q.    Is that a publicly available --
22  A.    Yes.
23  Q.    -- resource?
24      Okay.  You've got to let me finish.
25  A.    Sorry.  Yeah.

1  Q.    That is an Up -- that is Up -- UpToDate is a
2  publicly available resource?
3  A.    Yes.
4  Q.    And that's sponsored by Kaiser?
5  A.    No.
6  Q.    Who is responsible for that website?
7  A.    They have their own company, UpToDate.com.
8  Q.    Did you find any reference to Monsanto or Bayer
9  or Roundup in that research?
10  A.    No.
11  Q.    Did you find any reference to possible causes of
12  hairy cell leukemia?
13  A.    In that website it did mention -- say pesticides
14  and farming have been mentioned as possible causes.
15  Q.    Was that specific to hairy cell leukemia or just
16  non-Hodgkin's lymphoma in general?
17  A.    That's in the -- in the literature I read about
18  hairy cell leukemia.
19  Q.    And so the exact name of that website, is
20  that -- you said it's UpToDate?
21  A.    Yeah.
22  Q.    Is it a dot-com or a dot-org?
23  A.    Dot-com.
24  Q.    And is this a website that you have consulted in
25  the past?

1  A.    Yes.
2  Q.    Is that something that Kaiser Permanente has
3  approved of its doctors consulting?
4  A.    It's a website many doctors use as references,
5  but I'm not aware Kaiser Permanente have officially
6  approved that website.
7  Q.    So the website discussed, among other things,
8  the treatment of hairy cell leukemia; correct?
9  A.    It discussed presentation, diagnosis and
10  prognosis and treatment.
11  Q.    As a result of consulting this website, did you
12  come to any conclusions about the causes of hairy cell
13  leukemia?
14  A.    No.
15  Q.    Is that outside the scope of your practice area
16  and expertise?
17  A.    Yes.
18  Q.    Did you consult any other resources in
19  preparation for your deposition today?
20  A.    I'm not recall.
21  Q.    So I did a very -- while you were testifying, I
22  did a very quick search on Update.com [sic] for --
23  A.    Uh-huh.
24  Q.    -- searching for hairy cell leukemia and there's
25  about 15 references, and I'd like to read them off and

1  if one of them looks like the one that you consulted,
2  will you let me know?
3      Is there a better way to describe it?
4  A.    I -- I think there's a paragraph in the article.
5  I don't recall any particular reference I want to said,
6  you know, the conclusion.
7      But you may need a password to get the full
8  article for that.
9  Q.    Okay.  Well, let me try this way.  I'm going to
10  read off just the hits and you tell me --
11  A.    Uh-huh.
12  Q.    -- if any of those sound like the one that you
13  looked at.  Okay?
14  A.    Uh-huh.
15  Q.    So the first one is just called "Treatment of
16  Hairy Cell Leukemia."
17      The second one is called "Clinical Features and
18  Diagnosis of Hairy Cell Leukemia."
19      The third one is "Society Guideline Links, Hairy
20  Cell Leukemia."
21      The next one is "Clinical Manifestations,
22  Pathologic Features and Diagnosis of T-cell
23  Prolymphocytic Leukemia."
24      Any of those sound familiar so far?
25  A.    I think the second one sounds familiar to me.

Page 46

1  type of interpreter?
2  A.    I need to go through every visit to say what
3  kind of interpreter we used.
4  Q.    When did you last treat Mr. Chavez?
5  A.    From the record, it was December 28th, 2017.
6  Q.    Okay.  And when did you first see Mr. Chavez?
7  A.    It's February 20th, 2017.
8  Q.    How did Mr. Chavez come to be your patient?
9  A.    He was referred to me because of his cell
10  counts, blood cell counts, were low.
11  Q.    And who was the referring physician?
12  A.    From my note, it said it was Dr. Burstein.
13  Q.    And was that his primary-care physician?
14  A.    I -- from my note, I cannot tell.
15  Q.    But that would be typical, in your practice, to
16  have a patient referred to you by a primary-care
17  physician; correct?
18  A.    Correct.
19  Q.    For something like this where there was a
20  reported low blood -- white blood cell count.
21  A.    Correct.
22  Q.    And just to get a little more specific, hairy
23  cell leukemia is a slow-growing cancer of the blood in
24  which the bone marrow makes too many B-cells; correct?
25  A.    Correct.

Page 47

1  Q.    And B-cells is a type of white blood cell that
2  fights infection.
3  A.    Correct.
4  Q.    When you treat patients with non-Hodgkin's
5  lymphoma or hairy cell leukemia, like Mr. Chavez, do
6  they ever ask you what caused their disease?
7  A.    From when reading this note, does not seem like
8  doc -- the patient asked the question.
9  Q.    Okay.  In general, when you've dealt with
10  patients with non-Hodgkin's lymphoma, do any of them --
11  have any of them ever asked you the cause of their
12  disease?
13  A.    Some of them asked.
14  Q.    And have you ever told them what the cause is?
15  A.    I think for most of disease we don't know.
16  Q.    Are there some exceptions where you have been
17  able to tell a specific patient, this is the cause of
18  your non-Hodgkin's lymphoma?
19  A.    I'm not able to tell exactly what caused this,
20  but for -- for example, if a patient come in, smoked for
21  50 years and have squamous cell lung cancer, we will
22  say, yes, the smoking may have contributed to your lung
23  cancer.
24  Q.    Specific to non-Hodgkin's lymphoma, have you
25  ever told a patient with non-Hodgkin's lymphoma the

Page 48

1  cause of their non-Hodgkin's lymphoma?
2  A.    No.
3  Q.    And with respect to hairy cell leukemia, have
4  you ever told a patient with hairy cell leukemia the
5  cause their leukemia?
6  A.    No.
7  Q.    And is that because in most cases the cause is
8  unknown?
9  A.    Yes.
10  Q.    Do you recall telling Mr. Chavez that the cause
11  of his leukemia was unknown?
12  A.    I don't recall, but I did not see anything
13  documented in my chart.
14  Q.    If he had asked you, is that something you think
15  you would have noted?
16  A.    If he asked me, I'd probably give the answer we
17  just quoted from UpToDate, say the -- those pesticides
18  and the farming have been mentioned as possible causes.
19  Q.    If he had asked, that's what you would have told
20  him?
21       MR. LAW:  I'm not sure -- can you read that
22  answer back, please.
23       (The court reporter read the requested portion
24  of the record.)
25

Page 49

1  BY MR. LAW:
2  Q.    Was that something you knew back in 2017 when
3  you were treating Mr. Chavez?
4  A.    I cannot go back two years to answer the
5  question.  I don't know.
6  Q.    If he had asked you that question and you had
7  given that answer, would that have been important enough
8  to note in your records?
9  A.    I cannot tell, because I cannot document every
10  sentences during the conversation.
11  Q.    And with respect to the reference to farming, do
12  you have any understanding or information as to what
13  aspect of farming might be associated with non-Hodgkin's
14  lymphoma?
15  A.    No.  I'm not a, you know, expert for the
16  etiology of the disease.
17  Q.    Okay.  You're not an epidemiologist, are you?
18  A.    No.
19  Q.    And you're not a statistician, are you?
20  A.    No.
21  Q.    When you first saw Mr. Chavez, did you conduct a
22  physical examination?
23  A.    Yes.
24  Q.    And what did you learn from that examination?
25       And if you want to reference the page number of

## Page 90

1    MR. LAW:  So stipulated.

2    THE WITNESS:  So if I need to make some changes,

3 how do I let you guys know?

4    MR. LAW:  Let the court reporter know and she'll

5 let us know.

6    MR. NIELSEN:  Yeah.

7    MR. LAW:  So it will come from her.

8    MR. NIELSEN:  There will be a little booklet,

9 there's a sheet in there.

10    THE WITNESS:  Uh-huh.  Uh-huh.

11    MR. NIELSEN:  If you need to make any changes,

12 you write them down and let the court reporter know.

13    THE WITNESS:  Okay.  Okay.

14    (Whereupon the deposition concluded at 5:05

15 p.m.)

16            TESTIMONY CLOSED

17

18

19

20

21

22

23

24

25

## Page 91

1 STATE OF CALIFORNIA       )

2 COUNTY OF LOS ANGELES       )

3    I, ROSEMARY LOCKLEAR, a Certified Shorthand

4 Reporter of the State of California, duly authorized to

5 administer oaths pursuant to Section 2025 of the

6 California Code of Civil Procedure, do hereby certify

7 that

8    HAO WANG, M.D., Ph.D., the witness in the

9 foregoing deposition, was by me duly sworn to testify

10 the truth, the whole truth and nothing but the truth in

11 the within-entitled cause; that said testimony of said

12 witness was reported by me, a disinterested person, and

13 was thereafter transcribed under my direction into

14 typewriting and is a true and correct transcription of

15 said proceedings.

16    I further certify that I am not of counsel or

17 attorney for either or any of the parties in the

18 foregoing deposition and caption named, nor in any

19 way interested in the outcome of the cause named in

20 said deposition dated the_____ day of

21 _____, 2019.

22

23

24

25 ROSEMARY LOCKLEAR, RPR, CRR, CSR 13969

## Page 92

1       INSTRUCTIONS TO WITNESS

2

3

4    Please read your deposition over carefully and

5 make any necessary corrections.  You should state the

6 reason in the appropriate space on the Errata Sheet for

7 any corrections that are made.

8    After doing so, please sign the Errata Sheet

9 and date it.

10    You are signing same subject to the changes

11 you have noted on the Errata Sheet, which will be

12 attached to your deposition.

13    It is imperative that you return the original

14 Errata Sheet to the deposing attorney within thirty (30)

15 days of receipt of the deposition transcript by you.  If

16 you fail to do so, the deposition transcript may be

17 deemed to be accurate and may be used in court.

18

19

20

21

22

23

24

25

## Page 93

1       E R R A T A

2       - - - - - -

3

4 PAGE  LINE  CHANGE

5 ____  ____  _____

6 REASON:_____

7

8 PAGE  LINE  CHANGE

9 ____  ____  _____

10 REASON:_____

11

12 PAGE  LINE  CHANGE

13 ____  ____  _____

14 REASON:_____

15

16 PAGE  LINE  CHANGE

17 ____  ____  _____

18 REASON:_____

19

20 PAGE  LINE  CHANGE

21 ____  ____  _____

22 REASON:_____

23

24

25