UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 3:16-md-02741-VC |
| This document relates to: *Carriere v. Monsanto Co..*, 3:18-cv-05778-VC | **DECLARATION OF MICHAEL X. IMBROSCIO IN SUPPORT OF MONSANTO COMPANY'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT BASED ON FAILURE TO PRODUCE EVIDENCE OF EXPOSURE.** |

I, Michael X. Imbroscio, hereby declare as follows:

1. I am a partner in the law firm Covington & Burling LLP. My firm is counsel to Monsanto in the above-captioned actions.

2. Monsanto's Administrative Motion to File Under Seal Portions of Monsanto's Reply In Support Of Motion For Summary Judgment Based On Failure To Produce Evidence Of Exposure seeks to maintain the confidentiality of Plaintiff's personally identifiable information and medical conditions.

3. Fed. R. Civ. P. 5.2 provides that certain personally identifiable information, including an individual's social-security number and birth date, generally must be redacted.

4. Co-Lead Counsel for Plaintiff in this litigation requested that addresses and all medical information for Plaintiff, other than the fact of NHL diagnosis and the treatment for that condition, be redacted, pursuant to the Amended Protective Order. This information has been

designated as "Confidential" by Plaintiff pursuant to the Amended Protective Order (MDL Doc. # 519; Pre-Trial Order No. 30).

5. Pursuant to Plaintiff's request as the Designating Party and Fed. R. Civ. P. 5.2, Monsanto has prepared proposed redactions of the following documents:

- Page 3:3, 4, 5, 9, 10, 11, 23—Reply In Support Of Motion For Summary Judgment Based On Failure To Produce Evidence Of Exposure.

6. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 23rd day of December, 2019.

/s/ Michael X. Imbroscio
Michael X. Imbroscio