UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Carriere v. Monsanto Co.*, 3:18-cv-05778-VC | ) MDL No. 2741<br>)<br>) Case No. 3:16-md-02741-VC<br>)<br>) **[PROPOSED] ORDER GRANTING**<br>) **MONSANTO COMPANY'S**<br>) **ADMINISTRATIVE MOTION TO FILE**<br>) **UNDER SEAL PORTIONS OF**<br>) **MONSANTO'S REPLY IN SUPPORT**<br>) **OF MOTION FOR SUMMARY**<br>) **JUDGMENT BASED ON FAILURE TO**<br>) **PRODUCE EVIDENCE OF EXPOSURE**<br>)<br>)<br>) |

Before the Court is the motion of Defendant Monsanto Company to file under seal portions of its Reply in Support of Motion for Summary Judgment Based on Failure to Produce Evidence of Exposure. Having considered the papers, and for compelling reasons shown, the Court hereby ORDERS that the following documents shall be maintained under seal until further order of the Court, with the publicly filed versions redacted as follows:

| **Document** | **Portion Sought to be Sealed** | **Sealing Granted (Y/N)**<br>**(to be completed by the Court)** |
|---|---|---|
| Monsanto's Reply In Support Of Motion For Summary Judgment Based On Failure To Produce Evidence Of Exposure. | Page 3:3, 4, 5, 9, 10, 11, 23. |  |

Date: _____, 2019

_____
HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT COURT