UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) ) MDL No. 2741 ) ) Case No. 3:16-md-02741-VC ) |
| This document relates to:<br><br>*Emanuel Giglio v. Monsanto Co.*, 3:16-cv-05658<br>*Matteo Anthony Russo v. Monsanto Co.*, 3:16-cv-06024<br>*Yolanda Mendoza v. Monsanto Co.*, 3:16-cv-06046 | ) **DECLARATION OF MICHAEL X.** ) **IMBROSCIO IN SUPPORT OF** ) **MONSANTO COMPANY'S** ) **ADMINISTRATIVE MOTION TO FILE** ) **UNDER SEAL PORTIONS OF** ) **MONSANTO'S REPLY IN SUPPORT OF** ) **MONSANTO'S MOTION TO EXCLUDE** ) **TESTIMONY OF WAVE ONE** ) **PLAINTIFFS' SPECIFIC CAUSATION** ) **EXPERTS DR. CHADI NABHAN, DR.** ) **ANDREI SHUSTOV, AND DR. DENNIS** ) **WEISENBURGER ON** *DAUBERT* ) **GROUNDS** ) ) |

I, Michael X. Imbroscio, hereby declare as follows:

1. I am a partner in the law firm Covington & Burling LLP. My firm is counsel to Monsanto in the above-captioned actions.

2. Monsanto's Administrative Motion to File Under Seal Portions of Monsanto Company's Reply In Support Of Monsanto's Motion to Exclude Testimony of Wave One Plaintiffs' Specific Causation Experts Dr. Chadi Nabhan, Dr. Andrei Shustov, and Dr. Dennis Weisenburger on *Daubert* Ground seeks to maintain the confidentiality of Plaintiffs' personally identifiable information and medical conditions.

3. Fed. R. Civ. P. 5.2 provides that certain personally identifiable information, including an individual's social-security number and birth date, generally must be redacted.

- 1 -

DECLARATION OF MICHAEL X. IMBROSCIO IN SUPPORT OF MONSANTO COMPANY'S
ADMINISTRATIVE MOTION TO FILE UNDER SEAL
3:16-MD-02741-VC; 3:16-CV-05658-VC; 3:16-CV-06024-VC; 3:16-CV-06046-VC

4. Co-Lead Counsel for Plaintiffs in this litigation requested that addresses and all medical information for all Plaintiffs, other than the fact of NHL diagnosis and the treatment for that condition, be redacted, pursuant to the Amended Protective Order. This information has been designated as "Confidential" by Plaintiffs pursuant to the Amended Protective Order (MDL Doc. # 519; Pre-Trial Order No. 30).

5. Pursuant to Plaintiffs' request as the Designating Party and Fed. R. Civ. P. 5.2, Monsanto has prepared proposed redactions of the following documents:

- Pages 5:7, 14, 15, 16, 17, 18, 20, 25; 6:2, 16—Monsanto Company's Reply In Support of Monsanto's Motion To Exclude Testimony of Wave One Plaintiffs' Specific Causation Experts Dr. Chadi Nabhan, Dr. Andrei Shustov, and Dr. Dennis Weisenburger on *Daubert* Grounds.

6. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 23rd day of December, 2019.

/s/ *Michael X. Imbroscio*
Michael X. Imbroscio