UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) ) MDL No. 2741 ) ) Case No. 3:16-md-02741-VC ) |
| This document relates to:<br>*Emanuel Giglio v. Monsanto Co.*, 3:16-cv-05658<br>*Matteo Anthony Russo v. Monsanto Co.*, 3:16-cv-06024<br>*Yolanda Mendoza v. Monsanto Co.*, 3:16-cv-06046 | ) **[PROPOSED] ORDER GRANTING**<br>) **MONSANTO COMPANY'S**<br>) **ADMINISTRATIVE MOTION TO FILE**<br>) **UNDER SEAL PORTIONS OF**<br>) **MONSANTO'S REPLY IN SUPPORT**<br>) **OF MONSANTO'S MOTION TO**<br>) **EXCLUDE TESTIMONY OF WAVE**<br>) **ONE PLAINTIFFS' SPECIFIC**<br>) **CAUSATION EXPERTS DRS.**<br>) **NABHAN, SHUSTOV, AND**<br>) **WEISENBURGER** |

Before the Court is the motion of Defendant Monsanto Company to file under seal portions of its Reply In Support of Monsanto's Motion to Exclude Testimony of Wave One Plaintiffs' Specific Causation Experts Dr. Chadi Nabhan, Dr. Andrei Shustov, and Dr. Dennis Weisenburger on *Daubert* Grounds.

Having considered the papers, and for compelling reasons shown, the Court hereby ORDERS that the following documents shall be maintained under seal until further order of the Court, with the publicly filed versions redacted as follows:

[PROPOSED] ORDER GRANTING MONSANTO COMPANY'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL; 3-16-MD-02741-VC, 3:16-CV-05658, 3:16-CV-06024, 3:16-CV-06046

| Document | Portion Sought to be Sealed | Sealing Granted (Y/N) (to be completed by the Court) |
|---|---|---|
| Monsanto's Reply In Support of Monsanto's Motion to Exclude Testimony of Wave One Plaintiffs' Specific Causation Experts Dr. Chadi Nabhan, Dr. Andrei Shustov, and Dr. Dennis Weisenburger on *Daubert* Grounds. | Pages 5:7, 14, 15, 16, 17, 18, 20, 25; 6:2, 16. | |

Date: _____, 2019

_____
HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT COURT