| | |
|---|---|
| **WILKINSON WALSH + ESKOVITZ LLP** | **ARNOLD & PORTER KAYE SCHOLER** |
| Brian L. Stekloff (*pro hac vice*) | William Hoffman (*pro hac vice*) |
| (bstekloff@wilkinsonwalsh.com) | (William.Hoffman@arnoldporter.com) |
| Rakesh Kilaru (*pro hac vice*) | 601 Massachusetts Avenue, N.W. |
| (rkilaru@wilkinsonwalsh.com) | Washington, D.C. |
| 2001 M St. NW | Tel: 202-942-6915 |
| 10th Floor | Fax: 202-942-5999 |
| Washington, DC 20036 | |
| Tel:    202-847-4030 | |
| Fax:    202-847-4005 | |
| | |
| **HOLLINGSWORTH LLP** | **COVINGTON & BURLING LLP** |
| Eric G. Lasker (*pro hac vice*) | Michael X. Imbroscio (*pro hac vice*) |
| (elasker@hollingsworthllp.com) | (mimbroscio@cov.com) |
| 1350 I St. NW | One City Center |
| Washington, DC 20005 | 850 10th St. NW |
| Tel: 202-898-5843 | Washington, DC 20001 |
| Fax: 202-682-1639 | Tel: 202-662-6000 |

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) MDL No. 2741 ) ) Case No. 3:16-md-02741-VC ) |
| This document relates to: *Calderon v. Monsanto Co.*, 3:19-cv-01630-VC | ) **MONSANTO COMPANY'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF ITS RESPONSE BRIEF TO PLAINTIFF JAMIE CALDERON'S (ALVAREZ'S) MOTION TO EXCLUDE TESTIMONY OF MONSANTO'S SPECIFIC CAUSATION EXPERT, MICHAEL GROSSBARD, M.D.** ) ) ) ) |

- 1 -
MONSANTO'S MOTION TO FILE UNDER SEAL PORTIONS OF RESPONSE BRIEF TO PLAINTIFF JAMIE CALDERON'S (ALVAREZ'S) MOTION TO EXCLUDE TESTIMONY OF MONSANTO'S SPECIFIC CAUSATION EXPERT, MICHAEL GROSSBARD, M.D.
3:16-MD-02741-VC & 3:19-CV-01630-VC

Pursuant to Civil Local Rules 79-5 and 7-11 and the Amended Protective and Confidentiality Order entered by the Court on September 6, 2017 ("Amended Protective Order') at ¶ 18, as well as Fed. R. Civ. P. 5.2, Defendant Monsanto Company ("Monsanto") seeks permission to file under seal discrete portions of its Response Brief to Plaintiff Jamie Calderon's (Alvarez's) Motion to Exclude Testimony of Monsanto's Specific Causation Expert, Michael Grossbard, M.D., in the above-captioned action, as described in the accompanying Declaration of Michael X. Imbroscio.

Monsanto has filed conditionally under seal portions of its Response, which contains information about medical conditions and/or other personally identifiable information of Plaintiff and/or other individuals. Monsanto has redacted social-security numbers and dates of birth pursuant to Federal Rule of Civil Procedure 5.2. In addition, Co-Lead Counsel for Plaintiffs in this litigation requested that addresses and all medical information for all Plaintiffs, other than the fact of NHL diagnosis and the treatment for that condition, be redacted, pursuant to the Amended Protective Order. Plaintiffs are therefore the "Designating Party" for such information under Local Rule 79-5(e). All of these redactions are indicated by red boxes. In support of this request, attached hereto is a Declaration from Michael X. Imbroscio specifically describing the proposed redactions and a Proposed Order granting Monsanto's motion.

## **CONCLUSION**

Monsanto respectfully requests that the Court grant its Administrative Motion to File Under Seal Portions of its Response Brief to Plaintiff Jamie Calderon's (Alvarez's) Motion to Exclude Testimony of Monsanto's Specific Causation Expert, Michael Grossbard, M.D.

DATED:  December 24, 2019

Respectfully submitted,

/s/ *Michael X. Imbroscio*

Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
COVINGTON & BURLING LLP
One City Center
850 10th St. NW
Washington, DC 20001
Tel: 202-662-6000

Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonwalsh.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonwalsh.com)
WILKINSON WALSH + ESKOVITZ LLP
2001 M St. NW
10th Floor
Washington, DC 20036
Tel:     202-847-4030
Fax:    202-847-4005

William Hoffman (*pro hac vice*)
(William.Hoffman@arnoldporter.com)
ARNOLD & PORTER KAYE SCHOLER
601 Massachusetts Avenue, N.W.
Washington, DC 20001
Tel: 202-942-6915
Fax: 202-942-5999

Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I St. NW
Washington, DC 20005
Tel: 202-898-5843
Fax: 202-682-1639

*Attorneys for Defendant*
*MONSANTO COMPANY*

- 3 -

MONSANTO'S MOTION TO FILE UNDER SEAL PORTIONS OF RESPONSE BRIEF TO PLAINTIFF JAMIE CALDERON'S (ALVAREZ'S) MOTION TO EXCLUDE TESTIMONY OF MONSANTO'S SPECIFIC CAUSATION EXPERT, MICHAEL GROSSBARD, M.D.
3:16-MD-02741-VC & 3:19-CV-01630-VC

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 24th day of December, 2019, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

/s/ Michael X. Imbroscio

- 1 -

MONSANTO'S MOTION TO FILE UNDER SEAL PORTIONS OF RESPONSE BRIEF TO PLAINTIFF JAMIE CALDERON'S (ALVAREZ'S) MOTION TO EXCLUDE TESTIMONY OF MONSANTO'S SPECIFIC CAUSATION EXPERT, MICHAEL GROSSBARD, M.D.
3:16-MD-02741-VC & 3:19-CV-01630-VC