UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>*Calderon v. Monsanto Co.*, 3:19-cv-01630-VC | ) MDL No. 2741<br>)<br>) Case No. 3:16-md-02741-VC<br>)<br>) **[PROPOSED] ORDER GRANTING**<br>) **MONSANTO COMPANY'S**<br>) **ADMINISTRATIVE MOTION TO FILE**<br>) **UNDER SEAL PORTIONS OF**<br>) **MONSANTO'S RESPONSE BRIEF TO**<br>) **PLAINTIFF JAMIE CALDERON'S**<br>) **(ALVAREZ'S) MOTION TO EXCLUDE**<br>) **TESTIMONY OF MONSANTO'S**<br>) **SPECIFIC CAUSATION EXPERT,**<br>) **MICHAEL GROSSBARD, M.D.**<br>) |

Before the Court is the motion of Defendant Monsanto Company to file under seal portions of its Response Brief to Plaintiff Jamie Calderon's (Alvarez's) Motion to Exclude Testimony of Monsanto's Specific Causation Expert, Michael Grossbard, M.D. Having considered the papers, and for compelling reasons shown, the Court hereby ORDERS that the following document shall be maintained under seal until further order of the Court, with the publicly filed versions redacted as follows:

| **Document** | **Portion Sought to be Sealed** | **Sealing Granted (Y/N)**<br>(to be completed by the Court) |
|---|---|---|
| Monsanto's Response Brief to Plaintiff Jamie Calderon's (Alvarez's) Motion to Exclude Testimony of Monsanto's Specific Causation Expert, Michael Grossbard, M.D. | Page 3:3. |  |

1
2   Date: _____, 2019
3                                           _____
                                            HONORABLE VINCE CHHABRIA
4                                           UNITED STATES DISTRICT COURT
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28