UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Dickey v. Monsanto Co.*, 3:19-cv-04102<br>*Domina v. Monsanto Co.*, 3:16-cv-05887<br>*Janzen v. Monsanto Co.*, 3:19-cv-04103<br>*Mendoza v. Monsanto Co.*, 3:16-cv-06046<br>*Pollard v. Monsanto Co.*, 3:19-cv-04100<br>*Sanders v. Monsanto Co.*, 3:16-cv-05752<br>*Tanner v. Monsanto Co.*, 3:19-cv-04099 | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC<br><br>**DECLARATION OF MICHAEL X. IMBROSCIO IN SUPPORT OF MONSANTO COMPANY'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF EXHIBITS FILED IN SUPPORT OF REPLY IN SUPPORT OF MOTION TO EXCLUDE MR. PETTY** |

I, Michael X. Imbroscio, hereby declare as follows:

1. I am a Partner in the law firm of Covington & Burling. My firm is counsel to Monsanto in the above-captioned actions.

2. Monsanto's Administrative Motion to File Under Seal Portions of its Motion for Summary Judgment and Supporting Exhibits seeks to maintain the confidentiality of Plaintiffs' personally identifiable information and medical conditions.

3. Co-Lead Counsel for Plaintiffs in this litigation requested that addresses and all medical information for all Plaintiffs, other than the fact of NHL diagnosis and the treatment for that condition, be redacted, pursuant to the Amended Protective Order. This information has been designated as "Confidential" by Plaintiffs pursuant to the Amended Protective Order (MDL Doc. # 519; Pre-Trial Order No. 30).

4. Pursuant to Plaintiffs' request as the Designating Party and Fed. R. Civ. P. 5.2, Monsanto has prepared proposed redactions of the following documents:

5. Pursuant to Plaintiffs' request as the Designating Party and Fed. R. Civ. P. 5.2, Monsanto has prepared proposed redactions of the following documents:

- Pages 77:19; 88:18; 89:8; 98:13; 144:10; 146:21, 24; 172:8, 14; 177:25; 176:6; 178:3, 4, 6-8, 10, 13, 19, 20, 24; 179:2, 3, 5, 6, 8-10, 16-18, 20, 23, 24; 180:1-3, 21; 181:3; 184:11-13, 18-23, 25; 185:1-3, 6-8, 11-13, 15, 17, 18; 186:3, 4, 10, 11, 13-15, 17, 18, 20-22; 187:2, 3, 5, 6, 8, 9, 11, 13, 19-21; 188:6, 9-11, 25; 189:1, 15, 18; 291:13; 319:23; 322:22; 323:6, 25 – Deposition of Mr. Stephen E. Petty, taken November 6, 2019 in Kane v Monsanto Company, Circuit Court of the City of St. Louis, Case No.1622-CC10172, attached as Exhibit A to the Reply.

6. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 24th day of December, 2019.

/s/ Michael X. Imbroscio