UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*Dickey v. Monsanto Co.*, 3:19-cv-04102<br>*Domina v. Monsanto Co.*, 3:16-cv-05887<br>*Janzen v. Monsanto Co.*, 3:19-cv-04103<br>*Mendoza v. Monsanto Co.*, 3:16-cv-06046<br>*Pollard v. Monsanto Co.*, 3:19-cv-04100<br>*Sanders v. Monsanto Co.*, 3:16-cv-05752<br>*Tanner v. Monsanto Co.*, 3:19-cv-04099 | MDL No. 2741<br><br>Case No. 3:16-md-02741-VC<br><br>**[PROPOSED] ORDER GRANTING MONSANTO COMPANY'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF EXHIBITS FILED IN SUPPORT OF REPLY IN SUPPORT OF MOTION TO EXCLUDE MR. PETTY** |

Before the Court is the motion of Defendant Monsanto Company to file under seal portions of motions and supporting exhibits re: Reply in Support of Motion to Exclude Testimony of Mr. Petty in the above-captioned cases. Having considered the papers, and for compelling reasons shown, the Court hereby ORDERS that the following documents shall be maintained under seal until further order of the Court, with the publicly filed versions redacted as follows:

| Document | Portion Sought to be Sealed | Sealing Granted (Y/N) *(to be completed by the Court)* |
|---|---|---|
| Deposition of Mr. Stephen E. Petty, taken November 6, 2019 in Kane v Monsanto Company, Circuit Court of the City of St. Louis, Case No.1622-CC10172, attached as Exhibit A | Transcript pages 77:19; 88:18; 89:8; 98:13; 144:10; 146:21, 24; 172:8, 14; 177:25; 176:6; 178:3, 4, 6-8, 10, 13, 19, 20, 24; 179:2, 3, 5, 6, 8-10, 16-18, 20, 23, 24; 180:1-3, 21; 181:3; 184:11-13, 18-23, 25; 185:1-3, 6-8, 11-13, 15, 17, 18; 186:3, 4, 10, 11, 13-15, 17, 18, 20-22; 187:2, 3, 5, 6, 8, 9, 11, 13, | |

- 1 -

| | | |
|---|---|---|
| | 19-21; 188:6, 9-11, 25; 189:1, 15, 18; 291:13; 319:23; 322:22; 323:6, 25 – | |

Date: _____, 2019

_____
HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT COURT

[PROPOSED] ORDER GRANTING MONSANTO COMPANY'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF EXHIBITS FILED IN SUPPORT OF REPLY IN SUPPORT OF MOTION TO EXCLUDE MR. PETTY; 3:16-MD-02741-VC; *3:19-cv-04102; 3:16-cv-05887; 3:19-cv-04103; 3:16-cv-06046; 3:19-cv-04100; 3:16-cv-05752; 3:19-cv-04099*