# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION** | MDL No. 02741 |
| | Case No. 3:16-md-02741-VC |
| THIS DOCUMENT RELATES TO: | **NOTICE OF APPEARANCE BY NADINA A. BEACH** |
| *James M. Work v. Ragan and Massey, Inc. et al*<br>Case No3:16-cv-06005-VC | **JUDGE VINCE CHHABRIA** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Nadina A. Beach of Lundy, Lundy, Soileau & South, LLP, hereby enters an appearance as counsel for Plaintiff JAMES M. WORK in the above-captioned matter and respectfully requests all pleadings, notices, orders, correspondence, and other papers in connection of this action be served at the address noted below.

    Nadina A. Beach
    Lundy, Lundy, Soileau & South, LLP
    501 Broad Street
    Lake Charles, LA 70605
    Telephone: (337) 439-0707
    Facsimile:  (337) 439-1029
    Email: dbeach@lundylawllp.com

Dated: December 24, 2019        Respectfully submitted,

        **LUNDY, LUNDY, SOILEAU & SOUTH, LLP**

        ____s/Nadina A. Beach_____
        NADINA A. BEACH
        LA Bar No. 38628
        CA Bar No. 298411
        501 Broad Street
        Lake Charles, Louisiana 70601
        Telephone: (337) 439-0707
        Facsimile:  (337) 439-1029
        E-Mail: dbeach@lundylawllp.com

NOTICE OF APPEARANCE OF NADINA A. BEACH        CASE NO. 16-MD-02741-VC
1

# CERTIFICATE OF SERVICE

I hereby certify on this 24th Day of December, 2019, a copy of the foregoing document was filed through the Court's ECF system. Notice of this filing will be sent electronically to registered participants as identified on the Notice of Electronic Filing.

                                                ____s/Nadina A. Beach_____
                                                NADINA A. BEACH