Robin Greenwald
**WEITZ & LUXENBERG, P.C.**
700 Broadway
New York, New York 10003
Telephone: (212) 558-5500
Facsimile:  (212) 344-5461
rgreenwald@weitzlux.com

*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 16-md-02741 |
| | **CERTIFICATION OF ROBIN L. GREENWALD, ESQ.** |
| This Document Relates To All Actions | |

I, Robin L. Greenwald, Esq., certify as follows:

    1.    I am national co-lead counsel and a member of the plaintiffs' executive committee for *In re Roundup Products Liability Litigation*. I submit this certification pursuant to the December 16, 2019 Case Management Conference regarding the ECF filings in this matter. I have personal knowledge of the facts stated herein and, if called as a witness, I could and would competently testify thereto.

    2.    Pursuant to this Court's directive, during the weeks of December 16th and December 23rd, 2019, I, along with the attorneys and staff persons responsible for handling the *Roundup Litigation* on behalf of the law firm Weitz & Luxenberg, P.C. undertook efforts to

become well-versed in the applicable rules and procedures for electronic filings for this litigation.

3. To that end, I ensured that this Court's Pretrial Order No. 1, the Local Rules of the Northern District of California, and the Standing Order (Civil) for the Honorable Vince Chhabria, U.S.D.J. were electronically distributed to each of the Weitz & Luxenberg attorneys, paralegals, and legal assistants who are involved with the trials, briefings, and filings with strict instructions to carefully review each document.

4. Pursuant to my directive, each attorney, paralegal, and legal assistant carefully read and reviewed this Court's Pretrial Order No. 1, the Local Rules of the Northern District Court of California, and the Standing Order (Civil) for the Honorable Vince Chhabria, U.S.D.J. Each attorney and staff member communicated to me that they fully understood these rules and that they would strictly adhere to these rules and procedures when electronically filing in this litigation.

5. On Monday, December 23, 2019, I held a meeting with the attorneys, paralegals, and legal assistants who are involved with the trials, briefings, and filings to discuss the applicable rules and procedures. Due to the holidays and previously scheduled vacation plans, there were a few Weitz & Luxenberg attorneys, paralegals and legal assistant who were unable to attend this December 23rd meeting. I intend to hold a second meeting where those members of the Weitz & Luxenberg Roundup team will attend and we will discuss the applicable rules, procedures, and processes that will be in place for filing.

6. In addition to the careful review of the applicable rules and procedures and attorney/staff meetings, I have instructed the Weitz & Luxenberg team that should a circumstance arise where our filing team is uncertain about a protocol or procedure as outlined in the Local Rules, Your Honor's Standing Civil Order, and/or in the PTO No. 1, we shall endeavor to consult the rules again and then speak with the ECF HelpDesk office before filing.

I declare under penalty of perjury that the foregoing is true and correct.

**CERTIFICATION OF ROBIN L. GREENWALD, ESQ.**

Executed this 24th day of December, 2019.

|  |  |
|---|---|
| By: | /s/ Robin Greenwald |
|  | Robin Greenwald |
|  | **Weitz & Luxenberg** |
|  | 700 Broadway |
|  | New York, NY 10003 |
|  | Telephone: (212) 558-5500 |
|  | Facsimile: (212) 344-5461 |
|  | rgreenwald@weitzlux.com |

*Attorney for Plaintiffs*

3
**CERTIFICATION OF ROBIN L. GREENWALD, ESQ.**