Aimee H. Wagstaff (SBN 278480)
**ANDRUS WAGSTAFF, PC**
7171 W. Alaska Drive
Lakewood, CO  80226
Telephone: 303-376-6360
Fax: 303-376-6361
aimee.wagstaff@andruswagstaff.com

*Attorney for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>Case No. 3:16-md-02741-VC | ) ) ) ) ) ) ) ) ) ) ) ) )  MDL No. 2741<br><br>**CERTIFICATION BY AIMEE H. WAGSTAFF, ESQ.** |

I, Aimee H. Wagstaff, Esq., certify as follows:

1. I am national co-lead counsel and a member of the plaintiffs' executive committee for MDL 2741: *In re Roundup Products Liability Litigation*. I submit this certification pursuant to the December 16, 2019 Case Management Conference regarding the ECF filings in this matter. I have personal knowledge of the facts stated herein and, if called as a witness, I could and would competently testify thereto.

2. Pursuant to this Court's directive, and immediately following the December 16, 2019 Case Management Conference, I discussed the Court's concerns with my primary paralegals who are responsible for filing in MDL No. 2741 and re-iterated the Court's messages as indicated at the Case Management Conference. I instructed them to carefully read and review this Court's Pretrial Order No. 1, the Local Rules of the Northern District Court of California, the Civil Standing Order for the Honorable Vince Chhabria, the Standing Order for All Judges

of the Northern District of California, relevant Case Management Orders and the ECF Information webpage for the Northern District of California. I further instructed them to become well-versed in the applicable rules and procedures and electronic filing procedures for this litigation.

3. On December 26, 2019, I corresponded with all attorneys, paralegals, and legal assistants who are involved with MDL 2741, and re-iterated the Court's messages from the December 16, 2019 Case Management Conference. I electronically distributed to each of them the Court's Pretrial Order No. 1, the Local Rules of the Northern District Court of California, the Civil Standing Order for the Honorable Vince Chhabria, the Standing Order for All Judges of the Northern District of California, and the ECF Information webpage for the Northern District of California.

5. In addition to the careful review of the applicable rules and procedures, I instructed each attorney, paralegal, and legal assistant involved with MDL 2741 that should a circumstance arise where our filing team is uncertain about a protocol or procedure as outlined in the Local Rules, Your Honor's Civil Standing Order, and/or in the PTO No. 1, we shall endeavor to consult the rules again and then speak with the ECF Help Desk office before filing. I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 26, 2019

**ANDRUS WAGSTAFF, PC**

By:  /s/ *Aimee H. Wagstaff*
Aimee H. Wagstaff, Esq. (SBN 278480)
**Andrus Wagstaff, PC**
7171 W. Alaska Drive
Lakewood, CO  80226
Telephone: 303-376-6360
Fax: 303-376-6361
aimee.wagstaff@andruswagstaff.com

*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 26th day of December 2019, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

                                                  /s/ Aimee H. Wagstaff