# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **IN RE: ROUNDUP PRODUCTS** | * | **MDL: 2741** |
| **LIABILITY  LITIGATION** | * | |
| | * | |
| | * | |
| **THIS DOCUMENT RELATES TO:** | * | |
| | * | |
| *Aubrey R. Aden v. Monsanto Co.* | * | |
| *Case No. 3:2019cv01849-VC* | * | |

* * * ** * *** * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF APPEARANCE

**TO:**   The clerk of court and all parties of record I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Plaintiff, Aubrey R. Aden. in the above-referenced actions. Please serve said counsel with all pleadings and notices in this action.

**Dated:  December 26, 2019**

                                            **Respectfully submitted:**

                                            *S/David R. Aden*

                                            _____

                                            **DAVID R. ADEN (LA BAR NO. 30373)**
                                            **LAW OFFICES OF DAVID ADEN**
                                            201 St. Charles Ave., Suite 2500
                                            New Orleans, Louisiana 70170
                                            T: 504-599-5941
                                            F: 504-684-1377
                                            david@davidadenlaw.com
                                            *Attorney for Aubrey R. Aden*

## **CERTIFICATE OF SERVICE**

      I, David R. Aden, hereby certify that, on December 26, 2019, I electronically filed **NOTICE OF APPEARANCE OF DAVID R. ADEN, ON BEHALF OF PLAINTIFF** with the Clerk for the United States District Court for the Northern District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

                                        *S/David R. Aden*

                                     **DAVID R. ADEN**