UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Carriere v. Monsanto Co.*<br>Case No. 3:18-cv-05778 | MDL NO. 2741<br>Case No. 3:16-md-02741-VC<br>Hon. Vince Chhabria |

**AFFIDAVIT OF YVONNE M. FLAHERTY IN SUPPORT OF PLAINTIFF CARRIERE'S RESPONSE IN OPPOSITION TO MONSANTO'S MOTION FOR SUMMARY JUDGMENT BASED ON FAILURE TO PRODUCE EVIDENCE OF EXPOSURE**

STATE OF MINNESOTA )
                   )
COUNTY OF HENNEPIN)

I, Yvonne M. Flaherty, being first duly sworn on oath, depose and state as follows:

1. I am a partner at Lockridge Grindal Nauen P.L.L.P. and Counsel for Plaintiff in the above-referenced matter.

2. I submit this affidavit in support of Plaintiff Carriere's Response in Opposition to Monsanto's Motion for Summary Judgment Based on Failure to Produce Evidence of Exposure.

3. Attached as Exhibit 1 is a true and correct copy of select pages from Plaintiff Carriere's September 25, 2019 deposition transcript.

4. Attached as Exhibit 2 is a true and correct copy of the Expert Report of Laura Pinter-Brown, M.D., F.A.C.P.

5. Attached as Exhibit 3 is a true and correct copy of select pages from Plaintiff Carriere's July 16, 2019 deposition transcript.

1

s/ Yvonne M. Flaherty

Yvonne M. Flaherty

Subscribed and sworn to before me this

10th day of December, 2019.

s/ _____

My Commission ends