# EXHIBIT 1

```
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3
 4
 5   IN RE:  ROUNDUP PRODUCTS      ) MDL NO. 2741
     LIABILITY LITIGATION          )
 6   _____ ) Case No. 17-md-2741-VC
     This Document Relates To:     )
 7                                 )
     Jerald Carriere v.            )
 8   Monsanto Company              )
     Case No.  3:18-cv-05778-VC    )
 9   _____ )
10
11
12                        - - -
13                 SEPTEMBER 25, 2019
14                        - - -
15        Videotaped deposition of JERALD CARRIERE,
16   Volume II, held at the Terranea Resort, 100 Terranea
17   Way, Santa Barbara Room, Rancho Palos Verdes,
18   California, commencing at 10:24 A.M., on the above date
19   before Pamela Cotten, CSR, RDR, Certified Realtime
20   Reporter, Certificate No. 4497.
21                        - - -
22             GOLKOW LITIGATION SERVICES
        877.370.3377 ph | 917.591.5672 fax
23               deps@golkow.com
24
25
```

```
 1   A P P E A R A N C E S:

 2

 3   For the Plaintiffs:

 4          LOCKRIDGE GRINDAL NAUEN, P.L.L.P.
            BY:  YVONNE M. FLAHERTY, ESQ.
 5          100 Washington Avenue S., Suite 2200
            Minneapolis, Minnesota  55401-2179
 6          612.339.6900
            Fax - 612.339.0981
 7          ymflaherty@locklaw.com

 8

 9   For the Defendant Monsanto Company:

10          SHOOK HARDY & BACON, L.L.P.
            BY:  H. GRANT LAW, ESQ.
11          One Montgomery Tower, Suite 2600
            San Francisco, California  94104-4505
12          415.544.1900
            Fax - 415.391.0281
13          hlaw@shb.com

14

15   ALSO PRESENT:

16          RYAN WONG, Videographer

17

18

19

20

21

22

23

24

25
```

1   A   I am under medication, yeah. I've just
2   finished chemotherapy, all different types of
3   chemotherapy. I don't know the exact medicines they
4   are, but.
5   Q   Okay. Are you -- within the last 24 hours,
6   what medications have you taken, to your knowledge?
7   A   Aspirin, allopurinol, some blood pressure
8   medicine. That's about it.
9   Q   What is the allopurinol for?
10  A   It is for gout.
11  Q   And my understanding is that you within the
12  last couple weeks finished a second round of
13  chemotherapy?
14  A   Correct.
15  Q   Do you have an understanding of what drugs
16  were involved in that round?
17  A   It was a group of chemotherapy drugs that they
18  gave me for 72 hours in a row at Torrance Memorial
19  Hospital.
20  Q   And was that primarily an infusion type of
21  medication?
22  A   Yeah. Intravenously, I guess.
23  Q   Is that through something called a
24  Port-A-Cath?
25  A   Yeah. They call it a drip, you know.

```
 1      Q    Drip would be how it comes out of the --
 2      A    Yeah.  They constantly change the bags, you
 3  know.
 4      Q    In terms of how it is going into your system,
 5  though, is that what's called -- do you know if that's
 6  called a Port-A-Cath, catheter?
 7      A    No, it is not called that.  I had it put in on
 8  a PICC.  They call it a PICC.
 9      Q    And I see you have a bandage up near your
10  collarbone.
11      A    Yeah.
12      Q    Is that where they delivered the medication?
13      A    No.  They delivered it through my arm.  This
14  is a port that I had put in yesterday.
15      Q    Is that for your next --
16      A    That's for the next round.
17      Q    Just, to the best of your understanding and
18  recollection, do you know if there's any difference
19  between the chemotherapy regimen that you are currently
20  undergoing and the one that you went through in 2016?
21      A    Yeah.  There is a difference.  This one is a
22  little more potent, and I go through three rounds of 72
23  hours consistently.  I don't know the exact drugs that
24  are in it.  You have to be a doctor to read them.
25  Yeah.  It is a lot more potent.
```

| | |
|---|---|
| 1 | Q    Okay.  And just from just general informal |
| 2 | conversations with your attorney, my understanding is |
| 3 | that right after the infusion is over, physically it is |
| 4 | a pretty rough time, but it improves a little bit, |
| 5 | which is one of the reasons you are here at the tail |
| 6 | end of the last one before your next one.  Is that |
| 7 | generally accurate? |
| 8 | MS. FLAHERTY:  I'm going to object to the form. |
| 9 | Go ahead.  You can answer. |
| 10 | THE WITNESS:  You want me to answer? |
| 11 | MS. FLAHERTY:  Yeah. |
| 12 | THE WITNESS:  Yeah, generally that's how it works, |
| 13 | but it doesn't always -- it isn't consistent.  Some |
| 14 | days it's -- you know, morning you are fine and then |
| 15 | the afternoon you get really bad.  And then the |
| 16 | opposite, you know.  Then all of a sudden it will hit |
| 17 | you.  I was at my doctor's office, Dr. Ru, and for a |
| 18 | checkup and -- give me a minute. |
| 19 | BY MR. LAW: |
| 20 | Q    Sure.  Do you want to go off record? |
| 21 | MS. FLAHERTY:  Yeah.  Well, do you want us to go |
| 22 | off the record or would you like to stay on the record? |
| 23 | THE WITNESS:  I'll stay on the record. |
| 24 | MS. FLAHERTY:  Okay. |
| 25 | THE WITNESS:  Anyway, I went down -- she gave me |

```
 1    some prescriptions.  I went down to the pharmacy.  I
 2    drove myself there, I felt fine.  I walked up to the
 3    office, went to the pharmacy and I collapsed.  I
 4    fainted.  And they got the paramedics.  And then my
 5    doctor's office, my nurse there came down and, you
 6    know, they put the EEG [sic] on you and go through the
 7    whole thing.  So you don't know.
 8    BY MR. LAW:
 9         Q    Okay.  So -- and one of the reasons we're here
10    close to your home and starting in the morning is
11    because we want you to be able to give your best
12    testimony.  And, again, like I said before, if you feel
13    like you're trending down in terms of energy or
14    thinking, let us know, we can go off the record and
15    discuss if that's going to be it for the day.  But it
16    is up to you and it is up to your attorney, so I just
17    want to remind you of that.
18         A    Okay.  I'm okay right now.
19         Q    Okay.  All right.  I'm not sure I have any
20    more real questions about your current regimen, so
21    hopefully we can move off of that.
22         A    Okay.
23         Q    I'm just going to go over my notes.
24              I want to just touch very briefly on some of
25    the skin cancer that you have talked about before that
```

| | | |
|---|---|---|
| 1 | A | Yes. |
| 2 | Q | Has anyone else accompanied you? |
| 3 | A | Yes. |
| 4 | Q | What other persons? |
| 5 | A | My son has accompanied me.  My granddaughter. |
| 6 | Q | What's your son's name? |
| 7 | A | Paul.  Paul David Carriere. |
| 8 | Q | Where does he live? |
| 9 | A | He uses my address. |
| 10 | Q | Does he have a permanent residence right now? |
| 11 | A | He does.  I don't know the address of it, |
| 12 | though. | |
| 13 | Q | Is it in the L.A. area? |
| 14 | A | Yeah.  It is here in the South Bay area. |
| 15 | Q | When was the last time Paul accompanied you to |
| 16 | a medical appointment? | |
| 17 | A | Couple weeks ago.  I'm not able to drive all |
| 18 | the time, so, you know, I need assistance getting back | |
| 19 | and forth to my appointments. | |
| 20 | Q | Have you been able to drive since you |
| 21 | completed your second round of chemotherapy? | |
| 22 | A | I have driven, yeah. |
| 23 | Q | When was the last time you were able to drive? |
| 24 | A | This morning.  I drove from my house to here. |
| 25 | Q | That's just a pretty short drive? |

```
 1      A     Couple blocks.
 2      Q     Are you able to go for walks?
 3      A     No.
 4      Q     When is the last time you were able to go for
 5   a walk by yourself -- strike that.
 6            When is the last time you were able to go for
 7   a walk without somebody to make sure you were steady?
 8      A     It's been a long time.
 9      Q     Do you recall in your last deposition that we
10   had some discussions about what are called the fact
11   sheets, the plaintiff fact sheets?
12      A     I remember you mentioning it, yes.
13      Q     Okay.  Do you have an understanding that it is
14   a form that is supposed to have basic information about
15   your background, both employment and where you lived
16   and doctors you have seen, that sort of thing?
17      A     I remember discussing that.
18      Q     Okay.  And do you remember -- so what I'm
19   going to do, and, again, it is not a memory test, is
20   what have been provided to me are three:  An original
21   one, a what's called a first amended one, and then a
22   second amended one.  For whatever reason, the second
23   amended and the first amended have the same date on it
24   and they look to me like they have the same
25   information.  I didn't compare it word by word, but I
```

```
 1    California.
 2        Q    And how long have you lived in Palos Verdes?
 3        A    Thirty years.
 4        Q    Is that where you raised your family?
 5        A    Yes.
 6        Q    Okay.
 7             VIDEO OPERATOR WONG:  Counsel, sir, your mic is
 8    rubbing on your shirt.  Thank you.
 9    BY MS. FLAHERTY:
10        Q    We have talked a lot during the course of your
11    deposition regarding your use of Roundup.  When was the
12    last time you used Roundup, Mr. Carriere?
13        A    Approximately 2012.
14        Q    And where did you last use Roundup?
15        A    At my home.
16        Q    And is there a particular reason why the year
17    2012 sticks in your mind?
18        A    That was the year my wife died.
19        Q    Did you use Roundup after your wife had
20    passed?
21        A    No.
22        Q    You have also talked about a number of rental
23    properties where you used Roundup.
24             Do you recall that?
25        A    Yes.
```

```
 1      Q     And I want to make sure that the jury has a
 2   full list of your rental properties.  Do you recall
 3   owning a property in Lawndale?
 4      A     I own several properties in Lawndale.
 5      Q     Okay.  And was one of those properties a
 6   duplex?
 7      A     No.
 8      Q     Okay.  Did you use Roundup on any of the
 9   properties in Lawndale?
10      A     Yes.
11      Q     Okay.  Which ones?
12      A     I had two properties on I believe it was 171st
13   Street.  I had properties on Firmona.  I had -- one
14   property is eight units.  The other one was a single
15   house on Firmona.
16            And I had property on 153rd Street in
17   Lawndale.
18            That's about what I remember right now.
19      Q     Okay.  Did you use Roundup at any of those
20   properties?
21      A     Yes.
22      Q     And which ones?
23      A     All of them.
24      Q     And when was the last time you used Roundup on
25   one of the properties in Lawndale?
```

```
1      A     Somewhere around 2012.
2      Q     Did you own any rental properties in Torrance?
3      A     Yes.
4      Q     Which properties did you own in Torrance?
5      A     I owned a duplex on 170th -- 170th -- I forget
6    the address.
7      Q     Did you have any properties on 223rd in
8    Torrance?
9      A     I sold that property.
10     Q     Did you at one time own a property on 223rd in
11   Torrance?
12     A     Yes.
13     Q     Did you use Roundup on that property?
14     A     Yes.
15     Q     Did you use Roundup on the property I believe
16   you testified was around 170th Street?
17     A     Yes.
18     Q     Did you also own a -- have any rental
19   properties on Hawthorne?
20     A     Yes.
21     Q     And did you use Roundup on the properties on
22   Hawthorne?
23     A     Yes.
24     Q     And do you recall when you last used Roundup
25   on the properties on Hawthorne?
```

```
 1      A    I'm going to just estimate somewhere between
 2   2008 and 2010.
 3      Q    That's fair.
 4           Did you use Roundup -- I believe you testified
 5   just a few minutes ago that you also used Roundup on
 6   your residence; is that correct?
 7      A    Yes.
 8      Q    And that's in Palos Verdes?
 9      A    Yes.
10      Q    And I believe you said you last used it around
11   the time of your wife's passing?
12      A    Correct.
13      Q    And did you have any other residence that you
14   lived in where you also used Roundup?
15      A    Yes.  I lived in -- on Greenwood in Torrance.
16      Q    Do you recall approximately what years you
17   lived on Greenwood in Torrance?
18      A    From 1978 to 2000 -- no, from 1978 to 1988.
19      Q    Did you use Roundup on this property?
20      A    I did.
21      Q    And did you also use Roundup at your car lot?
22      A    Yes.
23      Q    Was that the Carriere Car Company?
24      A    Yes.
25      Q    During -- when did you first open Carriere Car
```

```
 1   Company?
 2       A    1977.
 3       Q    Okay.  And when -- do you still own that
 4   property?
 5       A    No.
 6       Q    When did you sell that?
 7       A    Actually, that was a leased property.  I moved
 8   out of there in 1980.
 9       Q    Did you have another location for your car
10   company after that?
11       A    Yeah.  On -- just up the street on Hawthorne
12   Boulevard, and I leased that property from 1980 to
13   2008.
14       Q    Did you use Roundup on the Carriere Car
15   Company properties?
16       A    Yes.
17       Q    And just so the record is clear, was that both
18   the -- I guess the first location that you had from
19   roughly 1977 through 1980?
20       A    Yes.
21       Q    And did you also use it in the lot that you
22   had on Hawthorne from about 1980 to I think you said
23   2008?
24       A    Yeah.  Yes, I did use it there.
25       Q    I'm just going to turn briefly to earlier
```

```
 1   there a lot.
 2      Q    Let's turn now to your second diagnosis of
 3   cancer, or the recurrence.  How did you first discover
 4   that you had a recurrence of your cancer?
 5      A    I was having a hard time breathing, shortness
 6   of breath, and I went and saw Dr. Siouty and he did
 7   some tests and he said, you know, "I want you to -- I
 8   want you to go to the hospital because there's
 9   something wrong here and we need to get all your
10   doctors in there."
11           So anyway, after the tests, they found out
12   that I had a liquid on my heart.  It is called
13   pericardial infusion [sic], or something like that,
14   where liquid goes around your heart and it stops your
15   heart from beating.  So I had to have an operation.
16      Q    Okay.  Do you know what kind of operation you
17   had?
18      A    It's called a pericardial infusion.  I might
19   not be pronouncing it right.  But what they do is they
20   make an incision and then go in and drain the liquid,
21   and then I was in the hospital for, I think, three or
22   four days.
23      Q    When was this?
24      A    Huh?
25      Q    When did this happen?
```

```
 1      A    I can't remember.
 2      Q    Was it this summer?
 3      A    It was -- I can't give you an exact date,
 4   but -- I'm going to say a couple months ago,
 5   approximately.
 6           So the liquid that they drained, they sent out
 7   for a biopsy on it for the pathology people to see what
 8   was -- what it was, and they released me from the
 9   hospital because they didn't get the report back.  I
10   had been there, I don't know, three or four days.  And
11   the operation they did was successful, so they released
12   me.  Then about three days or four days later, Dr. Ru
13   called me and told me that it had come back positive
14   for cancer again.
15      Q    What was your reaction to that?
16      A    I didn't believe it.
17      Q    What has happened since you were diagnosed
18   with the second round of non-Hodgkin's lymphoma?
19      A    I've gone in for treatment.  I've been through
20   two treatments of chemotherapy.
21      Q    And are those done on an inpatient or
22   outpatient basis?
23      A    Inpatient.  I was in the hospital for -- they
24   run 72 hours of chemo through you, and that's basically
25   it.  You know, after 72 hours they release you, you go
```

```
 1   home for three weeks, and you come back.
 2        Q    How many more cycles of chemotherapy do you
 3   have?
 4        A    Hopefully just one.
 5        Q    When will that begin?
 6        A    Monday.
 7        Q    And will you have to go into the hospital
 8   again Monday?
 9        A    Monday I go in.
10        Q    Is that the Torrance Hospital?
11        A    Yeah.
12        Q    And do you have an understanding of what
13   treatment will be after this cycle of chemotherapy?
14        A    I do.
15        Q    And what is that?
16        A    I have to go to -- the name of the hospital
17   slips my mind.  It is up in Duarte.
18        Q    Is it City of Hope?
19        A    Yeah.  It is City of Hope, and I go there for
20   what they call a bone marrow transplant.
21        Q    Do you have an understanding of what the bone
22   marrow transplant will entail?
23        A    Yeah.  They -- they take your bone marrow that
24   you have and extract it and they keep it at the
25   hospital.  I don't know, you know, if they freeze it or
```

1  how they do it.  They keep it there and then they go
2  through some other series of tests and things like
3  that, and then they transplant your bone marrow back
4  into your blood.
5      Q    How long will you be hospitalized for that
6  process?
7      A    Four weeks.
8      Q    Are you allowed to have visitors while you are
9  in the hospital?
10     A    I think so.  I'm not sure.
11     Q    Have you had visitors while you have been in
12  the hospital here in Torrance?
13     A    Yeah, I have.  I've had some visitors.
14     Q    Has your daughter come to visit?
15     A    Yeah.  My daughter, my son, a few friends.
16  Dr. Deutsch.  And this other hospital is quite a bit
17  away.  I mean, it is probably an hour drive, so I don't
18  expect too many visitors, if I can have visitors.
19     Q    Your appearance has changed somewhat since we
20  last met for the first phase of your deposition.  Have
21  you lost weight?
22     A    Yeah.  I've lost about 30 pounds, a little
23  over 30 pounds.
24     Q    And that is since you were diagnosed with the
25  second round of non-Hodgkin's lymphoma?

```
 1      A    Yeah.
 2      Q    Has your current treatment and the cancer had
 3  any impact on your -- on your sleep schedule?
 4      A    Yeah.  It's very difficult.  You can't sleep.
 5  You can't eat.  You lose control of your mind.
 6      Q    What do you mean by that?
 7      A    You just -- your mind just races away to some
 8  pretty dark places.
 9      Q    Has -- and I know these are difficult
10  questions, Mr. Carriere, but has the cancer had any
11  impact on your emotional well-being?
12      A    Yeah.
13      Q    Can you describe for the jury, please, how
14  that has been.
15      A    Well, it has changed my life completely.  And,
16  you know, I don't drive anymore.  I don't go anywhere
17  except for doctors' appointments.  My balance is gone.
18  I can barely -- it is a job to walk from here to my
19  car, and that's just an awful place to be.
20           It is very -- very frustrating.  I was -- you
21  know, I led a pretty active life and, you know, I
22  played golf two or three times a week, sometimes four
23  times a week, and exercised and walked and did a lot of
24  active things.  Social life.  All that's gone.
25      Q    Do you have an understanding of what your
```

```
 1   prognosis is?
 2       A    Yeah.  The basic risk factor is 60 percent
 3   cure, 40 percent not cure.
 4       Q    What would you like the jury to know,
 5   Mr. Carriere, about the impact the cancer has had on
 6   the life of you and your family?
 7       A    It's very difficult, very hard on me.
 8   Terrible on my family.  It has got everybody upset.
 9       Q    Has your family had to help you with certain
10   activities?
11       A    Yeah.  They helped me.  My daughter lives with
12   me now.  My grandson lives with me.  My son helps.  You
13   know, my sister and brother came down to visit me.
14       Q    Have you taken any steps, in light of your
15   cancer diagnosis, to put your affairs in order?
16       A    I'm trying to.  Trying to -- you know, setting
17   up a trust, you know, for my family and trying to
18   figure out what I'm going to do.  It is not easy.
19       Q    Understand.
20       A    Terrible place to be.  And, you know, with
21   lack of sleep and, you know, lack of nutrition, just --
22   it is awful.  I was a pretty strong guy, but it has got
23   me broke down.
24       Q    I understand.  Thank you, Mr. Carriere.  I
25   don't have any further questions.
```