UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO −175)**

On October 3, 2016, the Panel transferred 19 civil action(s) to the United States District Court for the Northern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 214 F.Supp.3d 1346 (J.P.M.L. 2016). Since that time, 2,165 additional action(s) have been transferred to the Northern District of California. With the consent of that court, all such actions have been assigned to the Honorable Vince Chhabria.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of California and assigned to Judge Chhabria.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Northern District of California for the reasons stated in the order of October 3, 2016, and, with the consent of that court, assigned to the Honorable Vince Chhabria.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of California. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Dec 27, 2019

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

John W. Nichols
Clerk of the Panel

IN RE: ROUNDUP PRODUCTS LIABILITY
LITIGATION

MDL No. 2741

### SCHEDULE CTO−175 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| ALABAMA NORTHERN | | | |
| ALN | 5 | 19−01898 | Johns et al v. Monsanto Company Corporation |
| ARKANSAS EASTERN | | | |
| ARE | 3 | 19−00356 | Allison et al v. Monsanto Company Corporation |
| ARE | 4 | 19−00865 | Parchman v. Monsanto Company Corporation |
| ARKANSAS WESTERN | | | |
| ARW | 6 | 19−06141 | McCormick v. Monsanto Company et al |
| ARW | 6 | 19−06142 | Grafner v. Monsanto Company et al |
| FLORIDA SOUTHERN | | | |
| FLS | 0 | 19−62607 | Glassman et al v. Monsanto Company |
| FLS | 9 | 19−81596 | Hunt et al v. Monsanto Company |
| ILLINOIS NORTHERN | | | |
| ILN | 1 | 19−07364 | Halloran v. Monsanto Company |
| ILN | 1 | 19−07365 | Fabbri v. Monsanto Company |
| ILN | 1 | 19−07366 | Kaye v. Monsanto Company |
| ILN | 1 | 19−07367 | Hartman v. Monsanto Company |
| LOUISIANA WESTERN | | | |
| LAW | 6 | 19−01396 | Patin et al v. Monsanto Co |
| MICHIGAN EASTERN | | | |
| MIE | 2 | 19−13453 | Matthus−Shelton v. Monsanto Company |
| MINNESOTA | | | |
| MN | 0 | 19−02730 | Hoen v. Monsanto Company |

MISSOURI EASTERN

| | | | |
|---|---|---|---|
| MOE | 4 | 19−02591 | Court v. Monsanto Company |
| MOE | 4 | 19−02658 | Czernia et al v. Monsanto Company |
| MOE | 4 | 19−02730 | Holden v. Monsanto Company |
| MOE | 4 | 19−02733 | Raby v. Monsanto Company |
| MOE | 4 | 19−02741 | Omo et al v. Monsanto Company |
| MOE | 4 | 19−02754 | Casey v. Monsanto Company |
| MOE | 4 | 19−02759 | Beisner v. Monsanto Company |
| MOE | 4 | 19−02760 | Bodie v. Monsanto Company |
| MOE | 4 | 19−02763 | Braun v. Monsanto company |
| MOE | 4 | 19−02776 | Calloway v. Monsanto Company |
| MOE | 4 | 19−02777 | Campbell v. Monsanto Company |
| MOE | 4 | 19−02788 | Smith v. Monsanto Company |
| MOE | 4 | 19−02789 | Conaway v. Monsanto Company |
| MOE | 4 | 19−02790 | Hagood v. Monsanto Company |
| MOE | 4 | 19−02791 | Howe v. Monsanto Company |
| MOE | 4 | 19−02925 | Davidson et al v. Monsanto Company |
| MOE | 4 | 19−02935 | Johnson v. Monsanto Company |
| MOE | 4 | 19−02936 | Katte v. Monsanto Company |
| MOE | 4 | 19−02938 | Kleinberg v. Monsanto Company |
| MOE | 4 | 19−02943 | Moore v. Monsanto Company |
| MOE | 4 | 19−02972 | Jessop v. Monsanto Company |
| MOE | 4 | 19−02981 | Martin v. Monsanto Company |
| MOE | 4 | 19−02993 | Bucio v. Monsanto Company |
| MOE | 4 | 19−02999 | Groff v. Monsanto Company |
| MOE | 4 | 19−03000 | Greenberg v. Monsanto Company |
| MOE | 4 | 19−03001 | S.R. v. Monsanto Company |
| MOE | 4 | 19−03126 | Hall−Baker v. Monsanto Company |
| MOE | 4 | 19−03127 | Ponto et al v. Monsanto Company |

NEW YORK NORTHERN

| | | | |
|---|---|---|---|
| NYN | 1 | 19−01356 | Sickler v. Monsanto Company |

TEXAS NORTHERN

| | | | |
|---|---|---|---|
| TXN | 3 | 19−02813 | Peters et al v. Monsanto Company |

WASHINGTON WESTERN

| | | | |
|---|---|---|---|
| WAW | 2 | 19−01792 | Fitch et al v. Monsanto Company |
| WAW | 2 | 19−01898 | Hergert et al v. Monsanto Company |
| WAW | 2 | 19−01900 | Johnson et al v. Monsanto Company |
| WAW | 2 | 19−01908 | Mailman v. Monsanto Company |
| WAW | 2 | 19−01910 | Schorzman v. Monsanto Company |
| WAW | 3 | 19−06121 | Mason et al v. Monsanto Company |