John E. Osborne (AZ SBN 007085)
josborne@goldbergandosborne.com
David J. Diamond (AZ SBN 010842)
ddiamond@goldbergandosborne.com
Deborah S. Kerr (AZ SBN 175845)
dkerr@1800theeagle.com
**GOLDBERG & OSBORNE LLP**
698 E. Wetmore Rd., Suite 200
Tucson, Arizona 85705
Telephone: (520) 620-3975
Facsimile: (520) 620-3991

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Master Docket Case No. 3:16-md-2741 |
| | Honorable Vince Chhabria |
| **THIS DOCUMENT RELATES TO:** *Jaime Alvarez Calderon v. Monsanto Co.*, Case No. 3:19-cv-01630  *Ruben Hernandez, et al. v. Monsanto Co.*, Case No. 3:17-cv-07364 | |

**CERTIFICATION REGARDING DECEMBER 16, 2019 STATUS CONFERENCE**

The undersigned hereby certifies on behalf of Goldberg & Osborne ("G&O") that his law firm has complied with the Court's December 16, 2019 Case Management Conference orders as follows:

1. I am counsel for plaintiffs in the above captioned cases and make this certification of my own personal knowledge. I am a Managing Partner of G&O, have supervisory

authority over our computer systems including ECF filings in this matter, and have supervisory authority over the attorneys and paralegal presently assigned and who may be assigned by G&O to Roundup cases, and personally attended the December 16, 2019 Case Management Conference.

2. Pursuant to this Court's directives at the December 16, 2019 Case Management Conference and in compliance with the related Minute Entry, I met with our Roundup attorneys David J. Diamond, Deborah Kerr, and our Roundup paralegal Kathy Hampton on December 17, 2019 to address the ECF issues raised by the Court at the Case Management Conference.

3. I personally covered and summarized my notes of the portion of the Case Management Conference related to the reasons for this certification.

4. I personally covered the text of the Minute Entry of the Court from the December 16 Status Conference, and in addition covered the following rules and orders as they related to the issues the Court raised at the Status Conference:

   a. Federal Rules.
   b. Local Rules
   c. Standing Order.
   d. Pretrial Order No. 1.
   e. Protective Order.

5. I required that all Roundup attorneys and staff (our "Roundup group") will review or re-review all orders entered by the Court in this matter.

6. I required that our Roundup group develop methods to address compliance with the Court's Order including:

    a. Creation of Excel spreadsheets to pull out any sensitive sections for which our firm will request sealing.

    b. Insertion of "redacted version" notations in the footers of redacted document.

    c. Requiring that any declaration regarding proposed sealed documents will contain a spreadsheet that identifies the confidential information sought to be sealed, its location, and the party responsible for designation as confidential.

    d. Requiring that appropriate document copies will have highlighted sections in un-redacted documents that demonstrate the document sections proposed to be redacted.

7. I will personally oversee our Roundup court filings for a period of time using a screen share program.

8. I will require that the only authorized G&O filers trained in the Court's requirements will file pleadings in Roundup matters.

9. We will establish substantially similar training for anyone who comes into our Roundup cases at G&O as a new filer, and our Roundup staff will only include trained filers.

10. I now believe I and my staff have become experts on the pertinent rules and Orders of the Court and addressed the ECF compliance issues raised by the Court on December 16, 2019.

Dated: December 27, 2019

                GOLDBERG & OSBORNE

                /s/ <u>John E. Osborne</u>
                John E. Osborne, Esq.
                GOLDBERG & OSBORNE LLP
                698 E. Wetmore Road, Suite 200
                Tucson, AZ 85705
                Tel: (520) 620-3975
                Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

I, John E. Osborne , hereby certify that on December 27, 2019, the foregoing document was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

/s/ *John E. Osborne*
John E. Osborne