Brian K. Brake, Esquire (pro hac vice)
**THE MILLER FIRM, LLC**
108 Railroad Ave.
Orange, VA 22960
Telephone: (540) 672-4224
Facsimile: (540) 672-3055
bbrake@millerfirmllc.com

*Attorney for Plaintiffs*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This Document Relates to All Actions | **CERTIFICATION OF BRIAN K. BRAKE, ESQ.** |

I, Brian K. Brake, Esq., certify as follows:

1.  I attended and submit this certification pursuant to the December 16, 2019 Case Management Conference regarding the ECF filings in this matter. I have personal knowledge of the facts stated herein and, if called as a witness, I could and would competently testify thereto.

2.  As the Court instructed at the December 16, 2019 Case Management Conference, I have taken steps to comply with the Court's directives with regard to The Miller Firm LLC.

3.  Specifically, I have taken the following actions:

    a.  Copies of the United States District Court Northern District of California Civil Local Rules, The United States District Court Northern District of California Standing Orders for Civil Cases before Judge Vince Chhabria, and United States District Court Northern District of California Standing Order for Civil Trials before

Judge Chhabria have been emailed in their entirety to all attorneys and staff who are working on the Roundup litigation.

b. The handout provided by the Court at the December 16, 2019 hearing has been provided to all attorneys and staff working on Roundup matters.

c. Each attorney and staff member was instructed to completely familiarize themselves with the applicable rules and Orders.

d. I personally explained at a meeting of attorneys and staff the importance of becoming experts in the Court's Orders and rules pertaining to ECF filings.

e. I relayed to the attorneys and staff the substance of the Court's comments during the December 16, 2019 hearing, including that future incorrect filings may lead to sanctioning of attorneys listed on the pleadings.

f. During the meeting there was the opportunity to ask questions and explain any misunderstanding regarding the filing of documents.

g. Finally, I have instructed all attorneys and staff that in the event there is any questions whatsoever regarding how to file documents on ECF to consult with me and the ECF help desk if we are unable to resolve the issue on our own.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 27th day of December, 2019

/s/ Brian K. Brake_____
Brian K. Brake (pro hac vice)
bbrake@millerfirmllc.com
The Miller Firm LLC
108 Railroad Ave.
Orange, VA 22960
Telephone: (540) 672-4224