Robin Greenwald
rgreenwald@weitzlux.com
Weitz & Luxenberg
700 Broadway
New York, NY  10003
Telephone: (212) 558-5500
Facsimile:  (212) 344-5461

*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE ROUNDUP PRODUCTS LIABILITY LITIGATION** | MDL No. 2741 |
| | Case No.  16-md-02741 |
| This Document Relates To: *Dickey v. Monsanto Co.,* 3:19-cv-04102-VC *Domina v. Monsanto Co.,* 3:16-cv-05887-VC *Janzen v. Monsanto Co.,* 3:19-cv-04103-VC *Mendoza v. Monsanto Co.,* 3:16-cv-06046 *Pollard v. Monsanto Co.,* 3:19-cv-04100-VC *Sanders v. Monsanto Co.,* 3:16-cv-05752-VC *Tanner v. Monsanto Co.,* 3:19-cv-04099-VC | **DECLARATION OF ROBIN L. GREENWALD, ESQ. IN SUPPORT OF DEFENDANT MONSANTO COMPANY'S ADMINISTRATIVE MOTIONS TO FILE UNDER SEAL** |

I, Robin L. Greenwald, declare:

1. I am a member of the executive committee of MDL 2741.  I make this declaration in support of Defendant's Administrative Motions to File under Seal filed on December 20,

- 1 -

GREENWALD DECL. IN SUPPORT OF DEFENDANT MONSANTO COMPANY'S ADMIN.
MOTION TO FILE UNDER SEAL
3:16-md-02741-VC

1  December 23, December 24 and December 26, 2019.  I have personal knowledge of the facts stated herein and, if called as a witness, I could and would competently testify thereto.

2.  Pursuant to Federal Rules of Civil Procedure, Rule 5.2, Defendant has now filed conditionally under seal defendant's briefs and accompanying exhibits to the extent these documents contain or reference Plaintiffs' social security numbers, birth dates, medical information and other personally identifiable information.

3.  With respect to the respective addresses and medical information of plaintiffs Robert Dickey, Larry Domina, Royce Janzen, Yolanda Mendoza, Frank Pollard, John Sanders, and Frank Tanner, Plaintiffs submit that they are entitled to preserve the privacy of their medical information and other personally identifiable information under the California Constitution, the Health Insurance Portability and Accountability Act of 1996 ("HIPAA"), the Federal Rules of Civil Procedure ("FRCP"), and existing case law.  Foremost, the right to privacy provided by the California Constitution provides a compelling reason to seal the documents at issue in this motion. The California Constitution guarantees that among the inalienable rights afforded to individuals is the right to privacy. Cal. Const. art. I, § 1. Patients have a right to privacy in their medical information under the California Constitution. *See Ruiz v. Podolsky*, 50 Cal. 4th 838, 851 (2010).  Finally, FRCP 5.2 requires redaction of specific personally identifiable information absent a contrary court order. This includes but is not limited to the individual's social-security number, taxpayer-identification number, birth date, and other financial-account numbers.

4.  For the foregoing reasons, Plaintiffs request that the Court grant this motion to seal portions of Defendant's briefs and corresponding exhibits, to the extent these documents contain Plaintiffs' private medical information and other personally identifiable information.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 27th day of December, 2019.

*/s/ Robin L. Greenwald*

- 2 -

GREENWALD DECL. IN SUPPORT OF DEFENDANT MONSANTO COMPANY'S ADMIN. MOTION TO FILE UNDER SEAL
3:16-md-02741-VC

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed with the Court and electronically served through the CM-ECF system which will send a notification of such filing to all counsel of record.

Dated: December 27, 2019

Respectfully submitted,

By:    */s/ Robin Greenwald*
Robin Greenwald
**Weitz & Luxenberg**
700 Broadway
New York, NY 10003
Telephone: (212) 558-5500
Facsimile: (212) 344-5461
rgreenwald@weitzlux.com

*Attorney for Plaintiffs*

- 3 -

GREENWALD DECL. IN SUPPORT OF DEFENDANT MONSANTO COMPANY'S ADMIN. MOTION TO FILE UNDER SEAL
3:16-md-02741-VC