UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>*Stevick v. Monsanto Co.*, 3:16-cv-02341 | ) MDL No. 2741<br>)<br>) Case No. 3:16-md-02741-VC<br>)<br>) **DECLARATION OF BRIAN L.**<br>) **STEKLOFF IN SUPPORT OF**<br>) **MONSANTO COMPANY'S**<br>) **ADMINISTRATIVE MOTION TO FILE**<br>) **UNDER SEAL PORTIONS OF MOTION**<br>) **TO EXCLUDE TESTIMONY OF DR.**<br>) **WILLIAM SAWYER ON** ***DAUBERT***<br>) **GROUNDS**<br>)<br>) |

I, Brian L. Stekloff, hereby declare as follows:

1. I am a partner in the law firm Wilkinson Walsh + Eskovitz. My firm is counsel to Monsanto in the above-captioned action.

2. Monsanto's Administrative Motion to File Under Seal Portions of its Motion to Exclude Testimony of Dr. William Sawyer on *Daubert* Grounds ("the Motion") seeks to maintain the confidentiality of Plaintiffs' personally identifiable information and medical conditions.

3. Fed. R. Civ. P. 5.2 provides that certain personally identifiable information, including an individual's social-security number and birth date, generally must be redacted.

4. Co-Lead Counsel for Plaintiffs in this litigation requested that addresses and all medical information for all Plaintiffs, other than the fact of NHL diagnosis and the treatment for that condition, be redacted, pursuant to the Amended Protective Order. This information has been designated as "Confidential" by Plaintiffs pursuant to the Amended Protective Order (MDL Doc. # 519; Pre-Trial Order No. 30).

5. Pursuant to Plaintiffs' request as the Designating Party and Fed. R. Civ. P. 5.2, Monsanto has prepared proposed redactions of the following documents:

- Pages 1, 2, 4, 5, 10, 13, 14, 21, 22, 28, 30-32, 36-38, 42, 43, 57, 59-61, 94-100, 109, 110—Expert Report of Dr. William Sawyer, dated November 20, 2018, for *Hardeman v. Monsanto Company*, Northern District of California Case No. 3:16-cv-525; *Stevick v. Monsanto Company*, Northern District of California Case No. 3:16-cv-2341; and *Gebeyehou v. Monsanto Company*, Northern District of California Case No. 3:16-cv-5813, attached as Exhibit 2 to the Motion.

- Pages 5:6, 9, 12; 9:3; 25:4-5; 71:24, 25; 72:2-16; 73:9-25; 74:1-24; 89:8-13, 18-21; 90:9-14; 91:9, 12—Deposition of Dr. William Sawyer, taken December 20, 2018, for *Stevick, et al. v. Monsanto Company*, Northern District of California Case No. 3:16-cv-02341-VC, attached as Exhibit 3 to the Motion.

- Pages 30:12-18, 20-21; 39:1, 6; 55:3-13; 56:20-25; 57:1—Deposition of Dr. William Sawyer, taken September 15, 2019, for *Giglio v. Monsanto Company*, Northern District of California Case No. 3:16-cv-05658-VC, attached as Exhibit 6 to the Motion.

- Pages 8:8; 12:20; 13:19, 20; 14:1, 6, 19, 21-24; 15:2, 3; 16:3-9, 12, 17, 18; 17:2, 3, 6, 7, 21, 24, 25; 18:11; 56:1-10; 89:11-24; 90:3, 5-9, 13-25;91:1-5, 15, 16; 93:21, 22; 143:12, 20, 22; 175:23, 24; 301:13-25; 302:1-16; 307:12-17, 23-25; 308:1-25; 309:1-25; 310:1-22; 311:12-25; 312:1-25; 313:1-3; 318:22-25; 319:1-7; 339:18-25; 340:1, 2, 5-13; 344:13-15, 18-25; 345:1, 8-25; 346:1-15; 355:22-25; 356:1-7; 366:23-25; 369:12-18; 370:9-25; 371:1-10, 20-25; 372:1-25; 373:17-25; 374:1-11; 379:13-15, 18-25; 380:1-11; 400:14, 15; 401:10, 11; 408:24; 409:1, 12-25; 410:1-25; 411:1-23; 429:9-25; 430:1-25; 431:1-7, 18-25; 432:1-7; 439:8-25; 440:1-9—Deposition of Dr. William Sawyer, taken July 16 and July 17, 2019, for *Winston, et al. v. Monsanto Company*, St. Louis City Case No. 1822-CC00515, attached as Exhibit 7 to the Motion.

- Pages 8, 9, 10, 11, 12, 13, 15, 29, 30, 51 (fn. 124), 60, 65, 66, 82 (fns. 198 & 201), 83 (fns. 203 & 205), 97 (fn.239), 98, 103, 113, 115, 116, 118, 121, 133, 134, 135, 136, 137, 139, 148, 149, 158, 161, 162, 163, 165, 173, 176, 177—Expert Report of Dr. William Sawyer, dated August 20, 2019, for *Giglio v. Monsanto Company*, Northern District of California Case No. 3:16-cv-05658-VC, attached as Exhibit 14 to the Motion.

- Pages 33:6-7; 37:18; 41:22—Deposition of Dr. William Sawyer, taken October 25, 2019, for *Ines Hernandez v. Monsanto Company*, Northern District of California Case No. 3:16-cv-05750-VC, attached as Exhibit 15 to the Motion.

- Pages 15:17; 70:22-23—Deposition of Dr. William Sawyer, taken November 14, 2019, for *Dickey v. Monsanto Company*, Northern District of California Case No. 3:19-cv-04102-VC, attached as Exhibit 17 to the Motion.

- Pages 62:1-5; 63:13-14; 100:5-7, 100:14-17; 101:3-13, 15-18; 114:11-24; 115:9-10; 131:5-17; 135:12-25; 136:1-8; 162:23-163:5; 163:7-10, 15-25; 164:2-13—Deposition of Dr. William Sawyer, taken August 23 and October 16, 2018, for *Hall, et al. v. Monsanto Company*, St. Louis City Case No. 1622-CC01071, attached as Exhibit 18 to the Motion.

- Pages 1, 2, 3, 4, 5—Expert Report of Dr. Andrei Shustov, dated November 20, 2018, for *Stevick v. Monsanto Company*, Northern District of California Case No. 3:16-cv-2341, attached as Exhibit 19 to the Motion.

- Pages 1, 2, 3, 4, 5, 8, 9—Expert Report of Dr. Chadi Nabhan, dated November 20, 2018, for *Hardeman v. Monsanto Company*, Northern District of California Case No. 3:16-cv-525, attached as Exhibit 20 to the Motion.

- Pages 12:22-14:24; 20:9-12; 20:18-21:23; 22:11-14; 23:18-23; 24:5-12; 24:14-26:5; 26:18-21; 27:4-28:24; 29:1-2; 29:5-30:9; 31:8-37:18; 37:20-38:20; 39:1-6; 39:15-47:19; 47:21-49:25; 55:2-58:22; 76:6-78:24—Deposition of Dr. Chadi Nabhan, taken

December 14, 2018, for *Gebeyehou v. Monsanto Company*, Northern District of California Case No. 3:16-cv-5813, attached as Exhibit 21 to the Motion.

- Pages 32:15-24; 34:24-36—Deposition of Dr. Dennis Weisenburger, taken December 20, 2018, for *Hardeman v. Monsanto Company*, Northern District of California Case No. 3:16-cv-525, attached as Exhibit 22 to the Motion.

- Pages 5:19-20; 15:9-16:12; 32:7-19; 37:9-20; 41:8-17; 42:11-15; 54:14-18; 126:5-136:11; 147:6-149:25; 152:9-153:20; 156:5-158:2; 158:8-10; 159:3-12; 164:2-14; 164:19-165:2; 165:24; 167:11-169:25; 170:10-171:24; 172:8-12; 172:18-173:3; 173:19-20; 174:8-11; 174:22-175:24; 176:10-12; 176:20-177:25; 178:9-12; 178:25-179:5; 180:1-181:14; 183:24-184:9; 184:24-185:8; 192:13-15; 193:25-194:1; 194:21-201:13; 203:8-15; 204:23-205:4; 205:17-19; 205:22-206:3; 207:17-19; 207:22-209:23; 210:1-212:12; 228:20-23; 230:14-22; 257:6-261:9; 262:16-266:21; 266:24-267:13; 267:19-268:20; 270:21-22; 271:2-17; 272:2-4; 272:6-273:3—Deposition of Dr. Chadi Nabhan, taken November 15, 2018, for *Adams, et al. v. Monsanto Company*, St. Louis County Case No. 17SL-CC02721, attached as Exhibit 23 to the Motion.

- Pages 21:12-17; 30:1-31:8; 33:3-18; 34:19-35:4; 37:21-39:25; 41:1-16; 42:5-43:25; 44:3-46:17; 47:6-12; 47:15-22; 48:7-21; 49:1-53:2; 53:11-16; 53:22-24; 54:1-6; 63:3-25; 73:20-75:12; 95:19-103:13; 117:21-118:21; 140:20-142:14; 167:14-183:25; 184:6-187:22; 188:2-189:1; 189:11-200:25; 205:1-16; 206:16-213:18; 216:8-224:3; 239:1-240:25; 280:14-294:5; 294:17-295:14—Deposition of Dr. Andrei Shustov, taken December 15, 2018, for *Hardeman v. Monsanto Company*, Northern District of California Case No. 3:16-cv-525, attached as Exhibit 24 to the Motion.

- Pages 9:22-11:3; 13:18-14:7; 55:19-25; 60:4-64:12; 78:2-79:17; 81:12-21; 82:2-23; 92:7-21; 93:17-94:4; 96:1-112:2; 112:24-113:5; 113:14-114:11; 115:9-24; 116:3-117:21; 119:22-122:21; 124:6-125:25; 130:2-23; 132:5-134:13; 140:8-142:20; 144:12-146:5; 151:1-25; 152:6-24; 153:1-13; 188:11-190:19; 192:3-193:10; 195:4-25; 196:14-21; 199:4-199:23; 200:1-7; 214:13-215:17; 225:25-226:25—Deposition of Dr.

Dennis Weisenburger, taken November 26, 2018, for *Adams, et al. v. Monsanto Company*, St. Louis County Case No. 17SL-CC02721, attached as Exhibit 25 to the Motion.

- Pages 25:1-27:25; 28:12-29:2; 29:20-37:19; 38:21-23; 41:1-20; 42:11-25; 44:10-45:5; 45:21-24; 46:4-10; 46:18-22; 51:7-8; 52:11-16; 55:6-9; 55:17-19; 57:25-58:4; 58:14-19; 59:5-12; 59:17-22; 60:3-7; 62:1-3; 66:1; 66:5-6; 68:8-15; 69:3-6; 73:1-8; 74:7-14; 75:3-80:25; 81:11-82:15; 83:4-6; 83:8-12; 83:19-21; 84:11-13; 84:18-21; 85:3-7; 85:17-19; 86:6-22; 94:9-12; 84:14-17; 100:2-112:25; 113:10-116:5; 117:22-118:1; 118:13-121:25; 143:10-144:20—Deposition of Dr. Dennis Weisenburger, taken December 18, 2018, for *Stevick v. Monsanto Company*, Northern District of California Case No. 3:16-cv-2341, attached as Exhibit 26 to the Motion.

- Pages 100:16, 19; 101:7, 10, 13, 16, 20, 24; 102:12, 13; 104:13; 105:4; 108:23; 109:1; 112:23; 113:11, 25; 114:2, 3, 14; 130:11, 12; 134:10, 13, 15, 25; 135:1, 7, 21; 136:16; 137:2, 8, 12, 15, 25; 138:4; 168:4, 5, 8, 9, 15-20; 169:15, 16; 172:2, 3, 5-8, 10-12, 21, 22; 198:8-10, 17, 18; 224:8-25; 225:1-25; 226:1-12; 236:3-13; 262:15, 18, 23; 263:2, 5, 9, 12; 264:14, 16, 21, 24; 265:10; 266:10, 16; 267:8, 12; 268:6; 274:13- 25; 275:1-14; 278:14-25; 279:1-25; 280:1-25; 281:1-25; 282:1-25; 283:1-25; 284:1- 18; 285:1; 288:22; 289:12; 291:11; 300:20; 301:17, 20, 22; 302:8, 11, 12; 303:14; 324:7-25; 325:1-25; 326:1-10, 22-25; 327:1-25; 328:1-23; 340:20-25; 341:1-25; 342:1-3; 343:12-16—Deposition of Dr. William Sawyer, taken February 6, 2019, for *Pilliod, et al. v. Monsanto Company,* Alameda Superior Court Case No. RG17862702, attached as Exhibit 27 to the Motion.

6. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 27th day of December, 2019.

                                         */s/ Brian L. Stekloff*
                                         Brian L. Stekloff