UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>*Stevick v. Monsanto Co.*, 3:16-cv-02341 | ) MDL No. 2741<br>)<br>) Case No. 3:16-md-02741-VC<br>)<br>) **[PROPOSED] ORDER GRANTING**<br>) **MONSANTO COMPANY'S**<br>) **ADMINISTRATIVE MOTION TO FILE**<br>) **UNDER SEAL PORTIONS OF**<br>) **MOTION TO EXCLUDE TESTIMONY**<br>) **OF DR. WILLIAM SAWYER ON**<br>) ***DAUBERT* GROUNDS** |

Before the Court is the motion of Defendant Monsanto Company to file under seal portions of motions and supporting exhibits re: Motion to Exclude Testimony of Dr. William Sawyer on *Daubert* Grounds in *Stevick v. Monsanto Co.*, MDL Docket No. 8571, No. 3:16-cv-02341-VC, Docket No. 65. Having considered the papers, and for compelling reasons shown, the Court hereby ORDERS that the following documents shall be maintained under seal until further order of the Court, with the publicly filed versions redacted as follows:

| Document | Portion Sought to be Sealed | Sealing Granted (Y/N)<br>(to be completed by the Court) |
|---|---|---|
| Expert Report of Dr. William Sawyer, dated November 20, 2018, for *Hardeman v. Monsanto Company*, Northern District of California Case No. 3:16-cv-525; *Stevick v. Monsanto Company*, Northern District of California Case No. 3:16-cv-2341; and *Gebeyehou v. Monsanto Company*, Northern District of California Case No. 3:16-cv-5813, attached as Exhibit 2 to the Motion | Pages 1, 2, 4, 5, 10, 13, 14, 21, 22, 28, 30-32, 36-38, 42, 43, 57, 59-61, 94-100, 109, 110 |  |

| | |
|---|---|
| Deposition of Dr. William Sawyer, taken December 20, 2018, for *Stevick, et al. v. Monsanto Company*, Northern District of California Case No. 3:16-cv-02341-VC, attached as Exhibit 3 to the Motion | Pages 5:6, 9, 12; 9:3; 25:4-5; 71:24, 25; 72:2-16; 73:9-25; 74:1-24; 89:8-13, 18-21; 90:9-14; 91:9, 12 |
| Deposition of Dr. William Sawyer, taken September 15, 2019, for *Giglio v. Monsanto Company*, Northern District of California Case No. 3:16-cv-05658-VC, attached as Exhibit 6 to the Motion | Pages 30:12-18, 20-21; 39:1, 6; 55:3-13; 56:20-25; 57:1 |
| Deposition of Dr. William Sawyer, taken July 16 and July 17, 2019, for *Winston, et al. v. Monsanto Company*, St. Louis City Case No. 1822-CC00515, attached as Exhibit 7 to the Motion | Pages 8:8; 12:20; 13:19, 20; 14:1, 6, 19, 21-24; 15:2, 3; 16:3-9, 12, 17, 18; 17:2, 3, 6, 7, 21, 24, 25; 18:11; 56:1-10; 89:11-24; 90:3, 5-9, 13-25;91:1-5, 15, 16; 93:21, 22; 143:12, 20, 22; 175:23, 24; 301:13-25; 302:1-16; 307:12-17, 23-25; 308:1-25; 309:1-25; 310:1-22; 311:12-25; 312:1-25; 313:1-3; 318:22-25; 319:1-7; 339:18-25; 340:1, 2, 5-13; 344:13-15, 18-25; 345:1, 8-25; 346:1-15; 355:22-25; 356:1-7; 366:23-25; 369:12-18; 370:9-25; 371:1-10, 20-25; 372:1-25; 373:17-25; 374:1-11; 379:13-15, 18-25; 380:1-11; 400:14, 15; 401:10, 11; 408:24; 409:1, 12-25; 410:1-25; 411:1-23; 429:9-25; 430:1-25; 431:1-7, 18-25; 432:1-7; 439:8-25; 440:1-9 |
| Expert Report of Dr. William Sawyer, dated August 20, 2019, for *Giglio v. Monsanto Company*, Northern District of California Case No. 3:16-cv-05658-VC, attached as Exhibit 14 to the Motion | Pages 8, 9, 10, 11, 12, 13, 15, 29, 30, 51 (fn. 124), 60, 65, 66, 82 (fns. 198 & 201), 83 (fns. 203 & 205), 97 (fn.239), 98, 103, 113, 115, 116, 118, 121, 133, 134, 135, 136, 137, 139, 148, 149, 158, 161, 162, 163, 165, 173, 176, 177 |
| Deposition of Dr. William Sawyer, taken October 25, 2019, for *Ines Hernandez v. Monsanto Company*, Northern District of California Case No. 3:16-cv-05750-VC, attached as Exhibit 15 to the Motion | Pages 33:6-7; 37:18; 41:22 |

- 2 -

[PROPOSED] ORDER GRANTING MONSANTO COMPANY'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL; 3:16-MD-02741-VC; 3:16-CV-02341.

| | | |
|---|---|---|
| Deposition of Dr. William Sawyer, taken November 14, 2019, for *Dickey v. Monsanto Company*, Northern District of California Case No. 3:19-cv-04102-VC, attached as Exhibit 17 to the Motion | Pages 15:17; 70:22-23 | |
| Deposition of Dr. William Sawyer, taken August 23 and October 16, 2018, for *Hall, et al. v. Monsanto Company*, St. Louis City Case No. 1622-CC01071, attached as Exhibit 18 to the Motion | Pages 62:1-5; 63:13-14; 100:5-7, 100:14-17; 101:3-13, 15-18; 114:11-24; 115:9-10; 131:5-17; 135:12-25; 136:1-8; 162:23-163:5; 163:7-10, 15-25; 164:2-13; 277:4-18, 20-22; 278:3-11; 302:20; 309:15, 17-19; 329:5; 343:12-346:12; 346:19-349:15; 349:25; 350:4, 15-21; 351:3-352:1; 352:8-9, 13-14; 352:17-353:3; 354:9, 14-23; 355:2-4, 12-14; 355:23-360:14; 361:1, 6-7, 10-13, 17-23; 362:3, 5-7, 22-25; 363:2-3; 365:4-7, 12-15, 17-21; 366:13-367:22; 368:2, 21; 368:24-369:2; 369:6-8; 428:5; 457:2, 19-24; 476:1-2; 481:8-10 | |
| Expert Report of Dr. Andrei Shustov, dated November 20, 2018, for *Stevick v. Monsanto Company*, Northern District of California Case No. 3:16-cv-2341, attached as Exhibit 19 to the Motion | Pages 1, 2, 3, 4, 5 | |
| Expert Report of Dr. Chadi Nabhan, dated November 20, 2018, for *Hardeman v. Monsanto Company*, Northern District of California Case No. 3:16-cv-525, attached as Exhibit 20 to the Motion | Pages 1, 2, 3, 4, 5, 8, 9 | |
| Deposition of Dr. Chadi Nabhan, taken December 14, 2018, for *Gebeyehou v. Monsanto Company*, Northern District of California Case No. 3:16-cv-5813, attached as Exhibit 21 to the Motion | Pages 12:22-14:24; 20:9-12; 20:18-21:23; 22:11-14; 23:18-23; 24:5-12; 24:14-26:5; 26:18-21; 27:4-28:24; 29:1-2; 29:5-30:9; 31:8-37:18; 37:20-38:20; 39:1-6; 39:15-47:19; 47:21-49:25; 55:2-58:22; 76:6-78:24 | |
| Deposition of Dr. Dennis Weisenburger, taken December 20, 2018, for *Hardeman v. Monsanto Company*, Northern District of California Case No. 3:16-cv-525, attached as Exhibit 22 to the Motion | Pages 32:15-24; 34:24-36 | |

| | |
|---|---|
| Deposition of Dr. Chadi Nabhan, taken November 15, 2018, for *Adams, et al. v. Monsanto Company*, St. Louis County Case No. 17SL-CC02721, attached as Exhibit 23 to the Motion | Pages 5:19-20; 15:9-16:12; 32:7-19; 37:9-20; 41:8-17; 42:11-15; 54:14-18; 126:5-136:11; 147:6-149:25; 152:9-153:20; 156:5-158:2; 158:8-10; 159:3-12; 164:2-14; 164:19-165:2; 165:24; 167:11-169:25; 170:10-171:24; 172:8-12; 172:18-173:3; 173:19-20; 174:8-11; 174:22-175:24; 176:10-12; 176:20-177:25; 178:9-12; 178:25-179:5; 180:1-181:14; 183:24-184:9; 184:24-185:8; 192:13-15; 193:25-194:1; 194:21-201:13; 203:8-15; 204:23-205:4; 205:17-19; 205:22-206:3; 207:17-19; 207:22-209:23; 210:1-212:12; 228:20-23; 230:14-22; 257:6-261:9; 262:16-266:21; 266:24-267:13; 267:19-268:20; 270:21-22; 271:2-17; 272:2-4; 272:6-273:3 |
| Deposition of Dr. Andrei Shustov, taken December 15, 2018, for *Hardeman v. Monsanto Company*, Northern District of California Case No. 3:16-cv-525, attached as Exhibit 24 to the Motion | Pages 21:12-17; 30:1-31:8; 33:3-18; 34:19-35:4; 37:21-39:25; 41:1-16; 42:5-43:25; 44:3-46:17; 47:6-12; 47:15-22; 48:7-21; 49:1-53:2; 53:11-16; 53:22-24; 54:1-6; 63:3-25; 73:20-75:12; 95:19-103:13; 117:21-118:21; 140:20-142:14; 167:14-183:25; 184:6-187:22; 188:2-189:1; 189:11-200:25; 205:1-16; 206:16-213:18; 216:8-224:3; 239:1-240:25; 280:14-294:5; 294:17-295:14 |

| | | |
|---|---|---|
| Deposition of Dr. Dennis Weisenburger, taken November 26, 2018, for *Adams, et al. v. Monsanto Company*, St. Louis County Case No. 17SL-CC02721, attached as Exhibit 25 to the Motion | Pages 9:22-11:3; 13:18-14:7; 55:19-25; 60:4-64:12; 78:2-79:17; 81:12-21; 82:2-23; 92:7-21; 93:17-94:4; 96:1-112:2; 112:24-113:5; 113:14-114:11; 115:9-24; 116:3-117:21; 119:22-122:21; 124:6-125:25; 130:2-23; 132:5-134:13; 140:8-142:20; 144:12-146:5; 151:1-25; 152:6-24; 153:1-13; 188:11-190:19; 192:3-193:10; 195:4-25; 196:14-21; 199:4-199:23; 200:1-7; 214:13-215:17; 225:25-226:25 | |
| Deposition of Dr. Dennis Weisenburger, taken December 18, 2018, for *Stevick v. Monsanto Company*, Northern District of California Case No. 3:16-cv-2341, attached as Exhibit 26 to the Motion | Pages 25:1-27:25; 28:12-29:2; 29:20-37:19; 38:21-23; 41:1-20; 42:11-25; 44:10-45:5; 45:21-24; 46:4-10; 46:18-22; 51:7-8; 52:11-16; 55:6-9; 55:17-19; 57:25-58:4; 58:14-19; 59:5-12; 59:17-22; 60:3-7; 62:1-3; 66:1; 66:5-6; 68:8-15; 69:3-6; 73:1-8; 74:7-14; 75:3-80:25; 81:11-82:15; 83:4-6; 83:8-12; 83:19-21; 84:11-13; 84:18-21; 85:3-7; 85:17-19; 86:6-22; 94:9-12; 84:14-17; 100:2-112:25; 113:10-116:5; 117:22-118:1; 118:13-121:25; 143:10-144:20 | |

| | |
|---|---|
| Deposition of Dr. William Sawyer, taken February 6, 2019, for *Pilliod, et al. v. Monsanto Company,* Alameda Superior Court Case No. RG17862702, attached as Exhibit 27 to the Motion | Pages 100:16, 19; 101:7, 10, 13, 16, 20, 24; 102:12, 13; 104:13; 105:4; 108:23; 109:1; 112:23; 113:11, 25; 114:2, 3, 14; 130:11, 12; 134:10, 13, 15, 25; 135:1, 7, 21; 136:16; 137:2, 8, 12, 15, 25; 138:4; 168:4, 5, 8, 9, 15-20; 169:15, 16; 172:2, 3, 5-8, 10-12, 21, 22; 198:8-10, 17, 18; 224:8-25; 225:1-25; 226:1-12; 236:3-13; 262:15, 18, 23; 263:2, 5, 9, 12; 264:14, 16, 21, 24; 265:10; 266:10, 16; 267:8, 12; 268:6; 274:13- 25; 275:1-14; 278:14-25; 279:1-25; 280:1-25; 281:1-25; 282:1-25; 283:1-25; 284:1- 18; 285:1; 288:22; 289:12; 291:11; 300:20; 301:17, 20, 22; 302:8, 11, 12; 303:14; 324:7-25; 325:1-25; 326:1-10, 22-25; 327:1-25; 328:1-23; 340:20-25; 341:1-25; 342:1-3; 343:12-16 |

Date: _____, 2019

_____
HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT COURT