# EXHIBIT 14

*TCAS*     Toxicology Consultants & Assessment Specialists, **LLC**

_____

Toxic Exposures · Environmental Testing · Risk Assessment · Forensic Toxicology · Causation Evaluation

August 20, 2019

Aimee H. Wagstaff, Esq.
Andrus Wagstaff, PC
7171 West Alaska Drive
Lakewood, Colorado 80226

**Re: Giglio v. Monsanto Co., et al.**

Dear Attorney Wagstaff:

Per your request with regard to this matter, I have reviewed the list of pertinent documents as compiled in Appendix A. Due to the size of the file, I have prepared this report to assist with the understanding of generally-accepted toxicological methods, studies and documents relied on. Additionally, Mr. Giglio's specific dose in units of cumulative 8-hour exposure days has been assessed and documented. Based upon the information provided, facts in the case and the application of generally-accepted toxicological methodology and referenced sources as cited herein, I have stated my opinions in this matter to reasonable toxicological certainty.

Giglio v. Monsanto Co., et al.
August 20, 2019
Page 2

# Contents

1. Introduction ........................................................................................................................ 5
   Overview of Toxicological Methodology ...................................................................... 5
   Objectives ...................................................................................................................... 5
   Evidential Deferments ................................................................................................... 6
   Dose Metrics and Calculation Methodology ............................................................... 6
      Absorbed Dose - Definition ..................................................................................... 7
      Exposure Days - Definition ...................................................................................... 7

2. Plaintiff Information Summary .......................................................................................... 8
   Health Factors and Medical History............................................................................. 9
   Medical Records .......................................................................................................... 10
      Family Medical History ........................................................................................... 12
      History of Tobacco, Alcohol and Drug Use ........................................................... 12
      Medications ............................................................................................................ 13
   Non-Hodgkin's Lymphoma Diagnosis ....................................................................... 14
   Employment History .................................................................................................... 20

3. Exposure Assessment ....................................................................................................... 24
   Exposure to Roundup .................................................................................................. 24
   Occupational Use of Roundup ..................................................................................... 25
      Roundup Products Used ......................................................................................... 28
      Residential Use of Roundup .................................................................................. 29
         Personal Protective Equipment............................................................................ 30
         Exposure Assessment Notes................................................................................. 30
         Other Potential Chemical Exposures .................................................................... 30
      Other Products Used .............................................................................................. 39
   Roundup Application Notes ......................................................................................... 40
   Summary of Exposure Factors ..................................................................................... 40

4. Toxicological Dose Calculations ....................................................................................... 41
   Calculation of Exposure Days ...................................................................................... 41
   Summary of Exposure Intervals and Durations .......................................................... 42
      Total duration = 87,574 ft² x (1 gal/700ft²) x (1 hour/1 gal) = 125 hours ............. 43
      Other Methods of Extrapolating Hours Sprayed in a Day ..................................... 43
   Calculation of Time-Weighted Dose as Compared to Human NHL Studies ............... 44
      Summary of Epidemiological Studies .................................................................... 48
      Comparisons of Exposure Days to Human Epidemiological Studies ..................... 49
   Personal Protective Equipment (PPE) and Measured Dermal Exposure Levels ................... 49
      Penetration of Glyphosate through Clothing ........................................................ 50
      Lack of Personal Protective Equipment (PPE) ....................................................... 51
      Dermal Exposure of Glyphosate Applicators......................................................... 52
      Example of Roundup Exposure of 1,4-dioxane (no gloves, short sleeves) ............ 54
      Omission of PPE Labeling Recommendations by Monsanto ................................. 56
      Key Points Pertaining to Exposed Body Parts ....................................................... 58

Giglio v. Monsanto Co., et al.
August 20, 2019
Page 3

5. Glyphosate Exposure & Toxicity ............................................................................................. 59
    Monsanto's Glyphosate Biomonitoring and Dose Measurement Reliability ............................ 59
    Glyphosate (Roundup) History and Use ................................................................................ 61
        Contaminants within Roundup (Surfactants, Adjuvants and Co-formulants) ..................... 62
    Carcinogenic Substances in Roundup ................................................................................... 67
        Cancer or Tumor Promotion ............................................................................................ 68
    Roundup and Glyphosate Genotoxicity ................................................................................. 71
        Genotoxic Agents, Promotors and Inadequately Studied Chemicals ................................ 71
        Studies Demonstrating Genotoxicity and Mutagenic Effects of Glyphosate ..................... 72
        Genotoxicity of Roundup, Glyphosate and POEA/Tallowamine (POEA) in Fish: ............. 77
        Recent Genotoxic Study of Pesticides (2019) .................................................................. 79
        Modes of Action and Safety Considerations ..................................................................... 80
    Glyphosate (Roundup) Formulations: Chemical and Physical Information ............................. 81
    Toxicological Considerations of Exposure and Dose ............................................................. 86
        Systemic Dose ................................................................................................................ 86
        Routes of Exposure ........................................................................................................ 87
        Ingestion ......................................................................................................................... 87
        Inhalation ........................................................................................................................ 87
        Dermal Absorption .......................................................................................................... 88
            Mechanisms of Absorption .......................................................................................... 88
            The Dermal Barrier ...................................................................................................... 89
            Percutaneous Absorption of Glyphosate ..................................................................... 92
            Percutaneous Absorption Models ................................................................................ 93
            Dermal Absorption *In Vivo* Measurement Methods ..................................................... 94
            Dermal Absorption *In Vitro* Measurement Methods ................................................... 94
            Other Measurement Models and Methods ................................................................... 95
        Dosing Techniques and Measurement Considerations ...................................................... 96
            *In Vitro* Dermal Absorption of Herbicides through Rat versus Human Skin ................... 97
            "Triple Pack" Methodology ........................................................................................... 97
        Dermal Absorption Correspondence Between Monsanto and DTL Laboratory .................. 98
        DTL Laboratory Human Epidermis Preparation Methods .................................................. 99
        Dermal Absorption and Pharmacokinetic Studies of Glyphosate ...................................... 101
            Models Used to Measure Glyphosate Dermal Absorption ............................................. 101
            Maibach Study (1983) .................................................................................................. 101
            Wester, et al., Study (1991) ......................................................................................... 104
            Concern of Cross-Contamination in the Wester, et al., Study (1991) ............................ 107
        Review of Monsanto Studies ........................................................................................... 109
            Monsanto *in Vitro* Absorption Study of Glyphosate by DTL (2010) - (MON 79545) 450 g/L
            Glyphosate SL Formulation (MON 79545) .................................................................... 109
                Tape stripping ......................................................................................................... 111
            Monsanto *in Vitro* Absorption Study of Glyphosate by DTL (2010) - (MON 52276) ...... 113
            Monsanto *in Vitro* Absorption Study of Glyphosate by DTL (2010) - (MON 79351) ...... 113
            Monsanto *in Vitro* Absorption Study of Glyphosate by DTL (2015) - (MON 76829) 72 g/L
            Glyphosate Gel Formulation ........................................................................................ 114

Giglio v. Monsanto Co., et al.
August 20, 2019
Page 4

Monsanto *in Vitro* Absorption Study of Glyphosate by DTL (2015) - (MON 76258) 7.2g/L Glyphosate Gel Formulation .................................................................................. 115

Monsanto *in Vitro* Absorption Study of Glyphosate by DTL (2016) - (MON 76952) 500 g/L Glyphosate SL Formulation ................................................................................. 117

Monsanto *in Vitro* Absorption Study of Glyphosate by DTL (2015) - (MON 76879) 360 g/L Glyphosate SL Formulation ................................................................................. 119

Effects of Temperature on Skin Used in Laboratory Experiments .................................. 121

Studies, Reviews & Articles Impacted by Wester and Maibach Studies ......................... 128

Regulatory Guidance on Dermal Absorption and Recovery .......................................... 132

Monsanto Communications with Respect to Pharmacokinetics .................................... 133

Factors Intensifying Dermal Absorption of Glyphosate .............................................. 138

Co-Formulants .................................................................................................... 138

Surfactants .......................................................................................................... 140

Indirect Disclosures of Surfactant and Co-Formulant Toxicity .................................... 142

Examples of Surfactant and Co-Formulant Toxicity .................................................. 143

Regulatory Considerations Based on Surfactant and Co-Formulant Toxicity ................. 144

Monsanto TNO Dermal Penetration Study with Co-Formulant Cocoamine .................. 145

Humectants ..................................................................................................... 149

Adjuvants ........................................................................................................ 149

Enhanced Absorption Due to Skin Damage ......................................................... 150

Glyphosate's Role in Skin Damage .................................................................... 151

Other Factors Increasing Dermal Absorption ......................................................... 151

6. Toxicological Assessment of Mr. Giglio's Glyphosate Exposure ................................ 154

Non-Hodgkin's Lymphoma Latency Estimates .......................................................... 154

Summary of Objective Toxicological Factors ............................................................ 156

Evidential Considerations ................................................................................... 156

Summary and Conclusions ..................................................................................... 159

7. Appendix A: Documents ...................................................................................... 161

1. Previously Disclosed Documents (Gordon deposition and prior) ............................. 161

2. New Materials Considered (Specific to Giglio) .................................................... 180

Giglio v. Monsanto Co., et al.
August 20, 2019
Page 5

# 1. Introduction

This report assesses historical exposures to the Monsanto Roundup® product by Mr. Emanuel Giglio, the plaintiff in the current matter, who was diagnosed with non-Hodgkin's lymphoma (NHL), allegedly as a consequence of repeated exposures to this product.

**Overview of Toxicological Methodology**

This toxicological assessment consistently applies generally-accepted, peer-reviewed methods throughout. Frequency and duration of exposure, circumstances of application, personal protective equipment (PPE), environmental considerations and other pertinent factors have been compiled. Potential exposures to other chemical and/or radiological substances (including use of other home garden/landscape chemicals, etc.) have also been assessed as potential confounding factors with respect to NHL causation/promotion. Supporting toxicological studies, literature, accompanying testimony and documentation cited herein are itemized in *Appendix A* and footnoted throughout as appropriate.

**Objectives**

The primary objective of this toxicological assessment is to arrive at a scientifically accurate and reliable dose for Mr. Giglio, based upon the available objective evidence provided. Additionally, a key objective is to determine whether or not the alleged Roundup exposures constituted a substantial contributing factor to the development of his NHL.

Mr. Giglio's exposures are assessed based on historical information received through review of deposition testimony, medical records, photographs, hand-sketched charts and direct interview pertaining to his exposure events, circumstances and details. Based upon this information, a cumulative time-weighted dose for Mr. Giglio has been calculated using simple additive mathematical methodology in units of "exposure days."

The results of these analyses have then been compared to findings in the generally-accepted, peer-reviewed human epidemiological and occupational studies.

This toxicological assessment has three fundamental objectives: (1) to arrive at a scientifically-reliable exposure dose for Mr. Giglio (*exposure days*) based upon the available objective evidence, (2) to assess the potential of confounding risk factors contributing to his NHL onset and (3) to render a scientifically accurate and reliable opinion as to whether his Roundup exposures were sufficiently in range to substantially contribute to his NHL induction and promotion.

Giglio v. Monsanto Co., et al.
August 20, 2019
Page 6

**Evidential Deferments**

It is important to note that my assessment defers potential cigarette smoking and potential predisposing medical genetics to pathologists and oncologists/medical epidemiologists. Although I have reviewed records and interviewed Mr. Giglio with respect to prior underlying medical conditions (*e.g.*, hepatitis C, immunological dysfunction, prior organ transplant with long-term Cyclosporin A or other immunosuppressant treatments, etc.), I also defer further considerations and assessments of potential predisposing genetic and/or prior medical conditions to the oncologist and pathologist.

My primary objective in this toxicological assessment is to determine whether or not Mr. Giglio's exposures to Roundup substantially contributed to his onset and development of NHL ***in addition*** to potential risks from other underlying chemical exposures, prior pharmacological regimens and/or prior medical conditions.

Thus, if the oncologist and/or medical epidemiologist determined that an underlying smoking or medical risk factor was a valid causative consideration, my toxicological assessment is designed to determine whether or not there is substantial risk <u>additive</u> to such extraneous factors.

For example, I have outlined the toxicological evidence with respect to evidence of glyphosate's mechanism in cancer promotion of certain known carcinogens such as 7,12-dimethylbrenz[a]anthracene (DMBA) found in cigarette smoke and tar. Similarly, other potential contamination sources have been assessed and are documented herein in compliance with the generally-accepted, peer-reviewed toxicological methodology.

**Dose Metrics and Calculation Methodology**

Toxicological dose calculation for glyphosate[1] exposures consists of two potential avenues of assessment: (1) a finite dermal *absorbed dose* and (2) number of *exposure days*, based upon a cumulative total of exposure intervals. These are more clearly defined in the following sections.

---

[1] Glyphosate is the primary active ingredient in Roundup.

Giglio v. Monsanto Co., et al.
August 20, 2019
Page 7

## Absorbed Dose - Definition

Absorbed dose is a value representing the total of a substance that has been primarily dermally absorbed (as is characteristic of glyphosate) and expressed in units of *mg/kg/day*. Calculation of the absorbed dose can be accomplished using the POEM (potential operator exposure model) which is useful in comparing to the acceptable operatory exposure limit (AOEL), which however, is limited in its value as the POEM represents a non-cancer endpoint (reproductive toxicity in animals).

Thus, the methodology used in the current assessment is that published in the peer-reviewed human applicator studies specific to human NHL cases which is based on exposure days. This methodology is of greater value since it is based on human applicators with increased rates of NHL and has been applied throughout this analysis. The following provides additional insight into how this derivation is properly applied in a scientifically accurate toxicological assessment.

## Exposure Days - Definition

An "exposure day" is a unit of spray applicator exposure duration defined as *8 hours of application* (including mixing and application activities). The dose-metric applied with respect to glyphosate exposure, and as published within the generally-accepted human occupational and epidemiological studies, is based on glyphosate exposure stratified within a range between *unexposed* or *never exposed* to exposures of **one exposure day** or **two or more exposure days**.

Mr. Giglio's graded, time-weighted dose calculation in units of exposure days permits direct comparison with the generally-accepted methodology published within the human epidemiological studies. Exposure-day calculations were thus derived from exposure frequency and duration data as provided by Mr. Giglio in depositions, telephone interviews and all other sources of reliable information as referenced. Considerable effort has been expended to objectively verify the accuracy of the input data throughout this assessment.

Giglio v. Monsanto Co., et al.
August 20, 2019
Page 8

## 2. Plaintiff Information Summary

Emanuel Richard Giglio was born J████████, in New Brunswick, New Jersey, and is currently 67 years of age. He moved from Palm Beach, Florida, to the west coast approximately thirty years ago and lived in the San Joaquin Valley for a time before settling in Coronado, in the San Diego area of California.

Mr. Giglio has owned and operated several businesses over the years but it was with his most recent business, *Earthology Tech*, where he sustained exposure to Roundup during the installation of synthetic turf. Mr. Giglio has also sprayed Roundup as a home garden applicator.[2] He is divorced and has three adult children and three grandchildren. He plays guitar, enjoys woodworking, gardening and bible study and is very involved in his church.

In October 2014, when he was 62 years of age, Mr. Giglio was diagnosed with Stage 4 Diffuse Large B-Cell Lymphoma (DLBCL). He was treated with the R-CHOP chemotherapy regimen and in May 2015 after six cycles of treatment, his disease went into remission. In 2018, he had a recurrence of DLBCL and he was treated with two additional types of chemotherapy, neither of which completely halted the progression of the cancer. Mr. Giglio began CAR-T therapy at University of California – San Diego (UCSD) in March 2019 and is awaiting confirmation of remission.

The following sections provide historical background concerning Mr. Giglio's medical history, NHL diagnosis and personal and employment histories. This information is based upon deposition testimonies, medical records, fact sheets and my direct telephone interview with Mr. Giglio on August 14, 2019. Several more details were brought to light in this interview and are noted throughout the report and referenced accordingly. Although a few of Mr. Giglio's personal recollections varied somewhat from deposition testimony, *no contradictory information was detected.*

---

[2] Mr. Giglio served a Plaintiff Fact Sheet ("PFS") on or about December 14, 2018, that described his Roundup exposure. He served an amended PFS on or about March 21, 2019, and a second amended PFS on or about August 15, 2019. He provided deposition testimony regarding his exposure on March 21 and 22, 2019. I also conducted a telephone interview with Mr. Giglio on August 14, 2019, and we discussed his Roundup exposure. I considered all information on Mr. Giglio's exposure in forming my opinions in this matter. ████████████████████████████ ████████████████ from his NHL and treatment. His August 14, 2019 telephone interview was consistent with the original PFS and second amended PFS with respect to Roundup exposure, and thus I used those exposure metrics used for this report. The reported occupational use has remained consistent between 2009/2010 through 2015 and that alone, is significant exposure as calculated in this report. The calculations made in this report demonstrate the reported residential and occupational exposure, both separately and collectively.

Giglio v. Monsanto Co., et al.
August 20, 2019
Page 9

## Health Factors and Medical History

Mr. Giglio has no pre-NHL history of immunosuppression, HIV, hepatitis, long-term steroid use or organ transplants. Prior to his NHL diagnosis, his health was very good. ██████████
█████████████████████████████████████████████████████████████████████
███████████████████████████████████████████ ████████████████████████
████████████████████████████████████████████████████████████████████
████████████████████████████

At some point during the 2000s, Mr. Giglio had his ██████████████████████████
████████ This was in keeping with his desire to be in optimum health or to go *"…along with the whole genre of what we were trying to do, is to get real healthy."*[5] ████████████████
████████████████████████████████████████████████████████████████████
████████████████████████████████████

Mr. Giglio recalls that ███████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████
███████████[6]

Mr. Giglio reportedly r██████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████
██████████[7]

In 2014 and 2015, Mr. Giglio felt sick immediately after spraying Roundup. *"…I would become nauseous and dizzy, and I thought I was having a reaction. I thought it was some other sickness. My doctor was trying to find out why I was always feeling so sick."*[8]

---

[3] Deposition of Emanual Giglio, March 21, 2019, page 120: 18-20.

[4] ████████████████████████████████████████████████████████████████
██████████████████████████████

[5] Deposition of Emanual Giglio dated March 22, 2019, page 13:21-23.

[6] Deposition dated March 21, 2019, pages 115:17 – 116:16. Also, confirmed in 8/14/19 telephone interview.

[7] In his deposition, Mr. Giglio reported 2013, but medical records show 4/3/14 as new patient visit.

[8] Deposition of Emanual Giglio dated March 21, 2019, page 60:11-14

Giglio v. Monsanto Co., et al.
August 20, 2019
Page 10

**Medical Records**

**Table 1**

**Summary of Mr. Giglio's Medical History Prior to NHL Diagnosis**



Giglio v. Monsanto Co., et al.
August 20, 2019
Page 11

**Table 1**

**Summary of Mr. Giglio's Medical History Prior to NHL Diagnosis**



When Mr. Giglio was ███████████████████████
████████████████████████████████ █████████████
████████████████████████████████████████████████
███████

██████████████████████████████████████████████
██████████████████████████████████████████████████
██████████████████████████████████████████████████
███████

Giglio v. Monsanto Co., et al.
August 20, 2019
Page 12

He ███████████████████████████████████ after his NHL treatment and remission,
████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████
██████████████████

## Family Medical History

Mr. Giglio ████████████████████████████████,[13] ████████████████████████
████████████████████████████████ █ ████
████████████████████████████████████████████

Otherwise, Mr. Giglio's ████████████████████████████████████████
████████████ Mr. Giglio's ████████████████████████████████████████
████████████████████████

## History of Tobacco, Alcohol and Drug Use

██████████████████████████████████████ █ ████████████████████████
████████████████████████████████████ █ ██████████████████████████
████████████████████████████████████████████████████████████████████
████████████████ █ ████████████████████████████████████████████
██████ ██

████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████

[13] ████████████████████████████████████████████████
████████████████████████████

[14] ████████████████████████████████████████████████████
████████████████████████

[15] ████████████████████████████████████████████████████
██████████

[16] ████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████

[17] Deposition of Mr. Giglio, page 92:16-25; also confirmed in 8/14/19 interview.

[18] August 14, 2019, telephone interview.

Giglio v. Monsanto Co., et al.
August 20, 2019
Page 13

████████████████████████████████████████████████████████
█████████████████████████████████████████████████████[19]

## Medications

Prior to his NHL diagnosis, Mr. Giglio had taken the following prescribed medications:[20]

██████████████████████████████████

██████████████████████████████████

████████████████████████████████████

████████████████████████████

████████████████████████████

██████████████████████████████

████████████████████████████████

████████████████████████████████████████
███████████

████████████████████████████████████████
██████████████████

████████████████████████████████████████
██████████

████████████████████████████████████████

█████████████████████████████

---

Giglio v. Monsanto Co., et al.
August 20, 2019
Page 14

**Non-Hodgkin's Lymphoma Diagnosis**

On October 17, 2014, Mr. Giglio went to the Sharp Coronado emergency department and was subsequently admitted to the hospital for testing over several days. After a lymph node biopsy and bone marrow biopsy, Dr. Charles Redfern, who is board certified in both internal medicine and medical oncology, diagnosed Mr. Giglio with Stage 4 diffuse large B-cell lymphoma (DLBCL).

Mr. Giglio immediately began curative intent chemotherapy. He underwent six cycles of R-CHOP treatment from November 2014 until February 2015 after which he achieved a complete radiological remission. He remained in remission for approximately three years until March 2018 when he presented to his primary care physician, Dr. Kenneth Warm, with an enlarged lymph node and increasing abdominal pain and fatigue. He had a repeat biopsy of a left neck node performed on April 12, 2018, and on April 17, Dr. Redfern presented a diagnosis of DLBCL recurrence. Mr. Giglio now had disease in multiple areas of his body, not just the left neck.

Following his NHL recurrence, Mr. Giglio was treated with Rituxan ICE (ifosfamide, carboplatin, etoposide) which is specifically for relapsed diffuse large B-cell lymphoma. It was partially successful in that he had a reduction in his disease burden, but it was not enough to allow him to have a bone marrow transplant. He was subsequently started on R-GemOx (Rituxan gemcitabine and oxaliplatin) on July 17, 2018, as a second salvage therapy to get his disease under control so he could undergo a bone marrow transplant. He completed three cycles of R-GemOx on October 10, 2018.

While the R-GemOx had controlled the disease in parts of Mr. Giglio's body, he still had progressive disease in other areas and therefore remained an unacceptable candidate for a bone marrow transplant. He was evaluated for CAR-T treatment[21] with Dr. Costello at UCSD, but he initially declined the treatment. Instead, over a period of several months, he tried several alternative medications but all of them were unsuccessful in restoring his health.[22] He began CAR-T treatment in March 2019. UCSD had just finished clinical trials and Mr. Giglio was their first commercial patient.

---

[21] This treatment involves some chemotherapy along with genetic engineering of a patient's T cells to react against specific lymphoma markers.

[22] Before agreeing to the CAR-T treatment, Mr. Giglio had tried less traditional treatments such as the Gerson diet, hyperbaric chamber, vegetarian diet and baking soda and honey, March 21, 2019, 83:9-21.

Giglio v. Monsanto Co., et al.
August 20, 2019
Page 15


He started CAR-T therapy beginning in March 2019. A PET CT scan on May 23, 2019, showed complete radiological remission. The current medical plan is that Mr. Giglio will undergo a bone marrow biopsy and another PET CT scan in August or September 2019 to confirm the remission.

████████████████████████ in early summer 2016, Mr. Giglio began feeling back to normal and started working out again. He felt well enough ███████████████████
███████████████████████████████████████████████████████
███████████████████████████████████████████████████████
███████████████████████████████████████████████████████
███████████████████████████████████████████████████████
███████████████████████████████████████████████████████
███████████████████████████████████████████████████████
███████████████████████████████████████████████████████
████████████████████████████████████

Mr. Giglio has been treated by Dr. Charles Redfern of Oncology Associates of San Diego for his non-Hodgkin's lymphoma since October 2014. He is currently under the care of Dr. Costello for his CAR-T treatment.

_____

Giglio v. Monsanto Co., et al.
August 20, 2019
Page 16

**Table 2** presents a summary of Mr. Giglio's medical history pertinent to his NHL diagnosis and treatment (per Dr. Redfern's Records)

**Table 2**

**Summary of Mr. Giglio's Medical History
Pertinent to his NHL diagnosis and Treatment per Dr. Redfern's Records**

| Date | Procedure/Symptoms | Diagnosis | Notes |
|---|---|---|---|
| 10/17– 10/20/2014 Sharp Coronado Hospital | Gallbladder ultrasound for epigastric abdominal pain CT abdomen and pelvis with oral contrast | Hepatomegaly[23] Splenomegaly with moderate retroperitoneal, bilateral iliac and inguinal lymphadenopathy | Findings are non-specific, but can be seen with lymphoma. |
| 10/20/2014 Sharp Coronado Hospital | CT needle core biopsy, left  inguinal lymph node | **Pathology:** Histologic Type – mature B-cell neoplasm Subtype – Diffuse large B-cell lymphoma Immunohistochemical subtype – Non-germinal center B-cell | "*Comment:  The morphologic and immunophenotypic features are indicative of a diffuse large B-cell lymphoma with a Ki-67 proliferative index of 40% and a non-germinal center phenotype (CD10 negative, BCL-6 negative).*"[24] |
| 10/24/2014 Dr. Redfern Medical Oncology Associates of San Diego | Staging CT scan of abdomen and pelvis shows a significant splenomegaly and multiple other lymph node groups | Diagnosed with Stage 3 diffuse large B-cell lymphoma: Non-Hodgkin's Lymphoma. | Recent weight loss, fatigue, loss of appetite and night sweats. |
| 11/3/2014 Sharp Memorial Hospital | Flow Cytometry | Small population of monoclonal B cells characterized by large size. | Findings are worrisome for B-cell lymphoma. |
| 11/3/2014 Sharp Memorial Hospital | Bone marrow biopsy | Positive for involvement by large b-cell lymphoma, consistent with recent diagnosis of diffuse large B-cell lymphoma. Abnormal karyotype consistent with diagnosis | |

---

[23] Enlarged liver.

[24] Medical records of pathologist Richard Scuderi, page 1/4.

Giglio v. Monsanto Co., et al.
August 20, 2019
Page 17

**Table 2**

**Summary of Mr. Giglio's Medical History**
**Pertinent to his NHL diagnosis and Treatment per Dr. Redfern's Records**

| Date | Procedure/Symptoms | Diagnosis | Notes |
|------|-------------------|-----------|-------|
| 11/12/2014 – 3/17/2015<br><br>Medical Oncology Associates of San Diego | Six cycles of R-CHOP chemotherapy | Stage 4 DLBCL NHL | Weight loss, night sweats and elevated bilirubin were noted during this period |
| 4/17/2015<br><br>Sharp Coronado Hospital | CT chest, abdomen, pelvis with IV and oral contrast | CT showed no evidence of disease. Mildly enlarged liver, spleen decreased in size. Small calcifications noted. Multiple degenerative disk disease seen in lumbar spine. | Decreased mild splenomegaly, mild hepatomegaly showing no change since December, no lymphadenopathy seen in abdomen, chest or pelvis. |
| 8/11/2015 & 6/9/2016<br><br>Medical Oncology Associates of San Diego | Chemotherapy follow-ups | Pt is doing better, eating regular meals and weight has increased. Persistent coughing symptoms with hoarseness. 8/11/2015<br><br>Weight loss and night sweats and elevated bilirubin. (6/9/2016) | Recommended to try Pepcid for reflux causing respiratory symptoms and hoarseness. |
| 8/31/2016<br><br>Sharp Coronado Hospital | Left total knee arthroplasty,[25] cemented<br><br>(Cobalt chromium implant) | Left knee severe lateral compartment arthritis and patellofemoral arthrosis with avascular necrosis | Tolerated procedure without any complications |
| 9/8/2016<br>Sharp Coronado Hospital | CT scan of abdomen and pelvis with intravenous contrast for generalized abdominal pain | Compression deformity of T12, stigma of old granulomatous disease, and a right inguinal hernia | |
| 8/19/2017<br>Sharp Coronado Hospital | Gastroenterology consultation for abdominal pain, fatigue, occasional nausea and diarrhea. | New evidence for toxicity leaky gut. | Colonoscopy recommended. |

---

[25] Knee replacement.

Giglio v. Monsanto Co., et al.
August 20, 2019
Page 18

**Table 2**

**Summary of Mr. Giglio's Medical History
Pertinent to his NHL diagnosis and Treatment per Dr. Redfern's Records**

| Date | Procedure/Symptoms | Diagnosis | Notes |
|---|---|---|---|
| 9/29/2017<br>Sharp Colorado Hospital | Colonoscopy.<br>Abdominal pain and OB-positive stools with infrequent bright red blood per rectum. | Prominent distal folds of rectum and two possible fistulous tracts in anal canal. | Report author does not believe there is a tumor present |
| 10/3/2017<br>Medical Oncology Associates of San Diego | Follow-up<br>Joint pain in left knee, muscle pain and back pain. Lumps in left neck and right arm pit. | Prescribed Norco and encouraged to start walking and dieting. | |
| 11/14/2017<br>Sharp Coronado Hospital | Upper gastrointestinal endoscopy- duodenal biopsies taken.<br>Persistent epigastric pain and bloating | Mild gastritis. | |
| 4/3/2018<br>Sharp Coronado Hospital | CT chest/abdomen/pelvis with intravenous and oral contrast.<br>CT soft tissue neck with contrast. | Extensive adenopathy in chest and abdomen. Extensive cervical adenopathy. | Development of splenomegaly[26] |
| 4/14/2018 – 7/3/18<br>Sharp Memorial Hospital | 3 cycles of R-ICE chemotherapy | Extensive hypermetabolic lymphadenopathy above and below diaphragm, splenomegaly with diffuse increased activity.<br>Normal karyotype, negative for evidence of B-cell lymphoma within bone marrow biopsy sample. | 5 mm right upper lobe lung nodule below PET (4/24) resolution |
| 7/6/2018<br>Sharp Memorial Hospital | PET/CT<br>Lymphoma subsequent treatment | Persistent and increasing hypermetabolic activity in multiple lymph does; spleen size has increased slightly. | |
| 7/17/2018 – 10/2/2018<br>Medical Oncology Associates of San Diego | 5 cycles of R-GemOX chemotherapy<br>Headaches and abdominal pain. | Lymphadenopathy improved; 1 residual palpable lymph node base of right neck posteriorly. | Denied for bone marrow transplant due to residual disease. |

---

[26] Enlarged spleen.

Giglio v. Monsanto Co., et al.
August 20, 2019
Page 19

**Table 2**

**Summary of Mr. Giglio's Medical History**
**Pertinent to his NHL diagnosis and Treatment per Dr. Redfern's Records**

| Date | Procedure/Symptoms | Diagnosis | Notes |
|---|---|---|---|
| 8/7/2018, 8/21/2018, 9/4/18, and 10/2/18 Medical Oncology Associates of San Diego | Follow up appointments Continued abdominal pain. Blood count seems good. | LDH[27] has not normalized and he has a persistent lymph node at the base of right neck | Chemotherapy will continue until 10/11 |
| 8/31/2018 Sharp Memorial Hospital | PET/CT scan | Showed stable disease or improvement. Partial response to therapy. Hypermetabolic lymph nodes present. | No significant changes in small right upper lobe lung nodule. |
| 10/9/2018 Medical Oncology Associates of San Diego | Pressure in face, throbbing headache, sinus congestion and runny nose. Shortness of breath. Patient feels as if cancer is growing. New headaches, fogginess and decreased hearing. | Begin Gemzar and Hycela chemotherapy | Discontinued R-GemOX due to progression of disease |
| 10/18/2018 Sharp Memorial Hospital | PET/CT scan | New and increasing hypermetabolic lymphadenopathy involving the right supraclavicular region and retroperitoneum and left common iliac chain. | No significant change in splenomegaly or right small anterior right upper lobe lung nodule. |
| 10/23/2018 | Disease is progressive | CAR-T therapy is the preferred option for chemo refractory disease. Patient declined CAR-T therapy. | Patient intends to purse therapy at OASIS clinic in Mexico. Given a 6-month prognosis as his standard treatment options are very limited. |
| March 2019 Dr. Costello UC San Diego Health | CAR-T treatment begins | | |

---

[27] Lactate dehydrogenase.

Giglio v. Monsanto Co., et al.
August 20, 2019
Page 20

## Employment History

Mr. Giglio has owned and operated several businesses over the years. A summary of his employment history is given in **Table 3**.

**Table 3**

**Mr. Giglio's Employment History**

| Employer name | Location | Dates | Occupation | Duties |
|---|---|---|---|---|
| None | | 10/2017 – present | Retired | |
| Earthology Tech Corp (owner) | Coronado, CA | 9/2007 – 10/2017[28] | Sales Management | Sales, installation, and management |
| Self employed | Coronado, CA | 9/2001 – 9/2007 | Securities Booker | Sales |
| ER Giglio Insurance Agency (owner) | Coronado, CA | 1/1991 – 9/2001 | Insurance Sales | Sales |

Mr. Giglio began his career working in the landscaping business and then progressed to selling life insurance and investment annuities. In the early 2000's, he specialized in tenants in common fractional ownerships and continued that until the market collapsed in 2008. Around that same time, he started a company called *Earthology Tech*, and he began selling synthetic turf.[29]

In 2008, he began importing synthetic turf from China. It was important to him that he find a company that was not using black rubber infill which, at the time, was causing health concerns.[30] After visiting four factories, he chose a company called Co-Creation. To ensure that he had a safe product, he had the turf independently tested for lead by a laboratory in Seattle.[31]  The general manager (Alan Wang) of the Co-Creation grass factory in China also had the product tested. All laboratory results were favorable.

---

[28] Mr. Giglio was out of work from 8/2014 – 4/2015 (280 days) due to his NHL treatments and then returned to work in 2015.  He was then "forced" to retire in October of 2017.

[29] Deposition of Mr. Giglio dated March 21, 2019, page 18:16-18.

[30] The powdered rubber was used to make the grass blades stand up. There are reports of the turf harboring viruses which were then inhaled by players on the field. Also, deposition of March 21, 2019, page 99:23-102:24.

[31] Deposition of Mr. Giglio dated March 22, 2019, page 10: 17-11:2.

Giglio v. Monsanto Co., et al.
August 20, 2019
Page 21

In 2009, Mr. Giglio stopped warehousing imported turf and went from wholesale to retail.[32] He stopped purchasing turf from China and switched to U.S. manufacturers. He began installing the product himself after being trained by Clint Hicken, a synthetic turf specialist with *Global Syn-Turf*.

Mr. Giglio was trained in every aspect of the installation *"…including the very important component of using Roundup for the – for weed abatement, future weed abatement.*"[33] He was trained "*to use a lot of it*"[34] and to spray twice around the perimeter before installing the turf and then again after the installation.

Mr. Giglio followed a general procedure for installing the synthetic turf which he described in his deposition and in our telephone interview. First, he hired a demolition crew to prepare the site for the turf installation. The demo crew removed everything from the site to a depth of 2 inches and also capped the sprinkler heads. Then Mr. Giglio inspected the sprinkler system to ensure no water was leaking while at the same time spraying Roundup around the perimeter of the installation area.

**Figure 1** and **Figure 2** (provided by Mr. Giglio) show a before and after picture of a sample job. Mr. Giglio sprayed Roundup along the perimeter of the area two to three times depending on the condition (permeability) of the ground.  After he felt the ground was saturated with Roundup, decomposed granite was spread and *Weedguard* was placed over the entire area. The turf was then nailed down and seams were taped if necessary (as shown in Figure 2). He then sprayed the perimeter of the area with Roundup again. Lastly, sand was power-broomed over the turf[35].

---

[32] Id., page 15:5-7.

[33] Id., page 16:2-4.

[34] Id., page 16:10.

[35] On rare occasion, he placed ZeoFill on the finished turf as well. "ZeoFill is a product that really is a granule that releases an enzyme upon contact with the uratic (sic) acid.  So the dog urine would -- it would deodorize the dog urine or animal urine in the turf." March 21, 2019 deposition, page 109:19-22. ZeoFill does not contribute to NHL. While Mr. Giglio also sometimes provided liquid pet odor neutralizer to the home owner, he never sprayed or otherwise installed the pet odor neutralizer. March 21, 2019 deposition, page 110: 4-6.

Giglio v. Monsanto Co., et al.
August 20, 2019
Page 22



**Figure 1:  Residential Property Before Removal of Live Turf**

Giglio v. Monsanto Co., et al.
August 20, 2019
Page 23



**Figure 2:  Installed Synthetic Turf**

Mr. Giglio stopped installing the turf himself after September 2015, and hired installation crews to do the work thereafter. He sold the business in 2017 and is presently retired.

Giglio v. Monsanto Co., et al.
August 20, 2019
Page 24

## 3. Exposure Assessment

This section reviews relevant factors pertaining to Mr. Giglio's exposures to Monsanto's Roundup product. These factors include exposure intervals (start/end dates), exposure durations (period and length of applications), circumstances of exposure, application methods (type of equipment used, application method) and routes of exposure (dermal, ingestion, inhalation) as applicable to the generally-accepted toxicological assessment methodology.

This section also considers potential confounding factors such as exposures to other chemical and/or radiological substances on a residential and/or occupational basis.

**Exposure to Roundup**

Mr. Giglio was exposed to Roundup during both residential[36] and occupational use. He used Roundup Grass & Weed Killer, (white bottle with blue lettering), Roundup 365 (gold label) and Roundup from a silver bottle as outlined in **Table 4**.[37]

**Table 4**

**Mr. Giglio's Exposure to Roundup and Other Glyphosate-Based Products**

| Dates of Usage | Product Name | Frequency of Exposure | Usage | Type of Usage | Reason for Use | Location of Use |
|---|---|---|---|---|---|---|
| 2009-2015 | Roundup Products | Twice per week | Sprayed to kill grass/weeds prior to installing synthetic turf | IT&O[38] | Kill vegetation for installation | San Diego and surrounding area |
| 1990-2014[39] | Roundup Products | Once per month; six months per year | Sprayed lawn and driveway for weeds | Residential | Control weeds | San Diego, CA |

---

[36]  His original PFS included the residential exposure as listed in the table below; however, he excluded this exposure in his amended PFS. His second amended PFS again included the residential exposure. His 8/14/19 interview included a description of residential use. See footnote, No. 2.

[37] March 22, 2019 deposition, page 49:7- 50:15; March 21, 2019 deposition, page 105:17-106:3 and page 34:16-35:16. Also verified in 8/14/19 telephone interview.

[38]  "IT&O" stands for "Industrial, Turf, and Ornamental," which includes using the product in areas such as golf courses, nurseries, roadsides or for turf management or landscaping.

[39]  This exposure was amended/removed from the PFS, then amended again.

Giglio v. Monsanto Co., et al.
August 20, 2019
Page 25

## Occupational Use of Roundup

Mr. Giglio began using Roundup occupationally sometime in 2009[40] when he began installing the turf himself. He received installation training, which included Roundup spraying, from Clint Hicken, a representative from a turf manufacturer called *Global Syn-Turf*. He sprayed Roundup as a regular part of his turf installation work with *Earthology Tech* Corp. from 2009 through September 2015.[41]

Mr. Giglio estimates that initially he was installing one residential job per week, then increased to two jobs per week, etc. From 2009 until approximately the time that California began offering rebates for replacing live turf with synthetic turf, he worked two to three weeks per month. After California instituted the rebate program, his workload expanded greatly. He is uncertain when this occurred. "*It was 2014, 2015, maybe 2013.*"[42] His son, Chris, began helping with the installations in 2013, but he did very little Roundup spraying; Mr. Giglio continued to perform the task of Roundup spraying as he had always done.[43] Mr. Giglio would spray the perimeter of each project at least three times.[44]

Mr. Giglio testified that it was easier for him to estimate his Roundup exposure based on the square footage of synthetic turf he installed over the years rather than on the amount of Roundup he purchased. "*There were some seasons where we had a backlog of work. There were some seasons where we had very sporadic job contracts. So I don't have a schedule of purchase.*"[45] Mr. Giglio estimates that he sprayed one gallon of Roundup for every 700 square feet of turf he installed, and this estimate was confirmed by the turf manufacturer.[46]

From 2010–2015, *Earthology Tech's* primary source of synthetic turf was *Global Syn-Turf*. Mr. Giglio testified that he also purchased an additional 20% of turf from three or

---

[40] Mr. Giglio amended the starting date of occupational use from 2010 to 2009 to reflect when he began using it while he was being trained. Even so, to err on the side of conservative calculations, I began my occupational use calculations in 2010. His original and second amended PFS includes the residential use.

[41] Per his PFS, he was out of work from 8/2014 – 4/2015 (280 days).

[42] Deposition dated March 21, 2019, page 37:4-12.

[43] Per August 14, 2019, telephone interview.

[44] March 21, 2019 deposition, page 27:8-12 and March 22, 2019 deposition, page 16:5- 13.

[45] Id., page 13-17/127

[46] Deposition dated March 22, 2019, page 27:11-14 and confirmed in telephone interview.

Giglio v. Monsanto Co., et al.
August 20, 2019
Page 26

four other turf companies in the San Diego area.[47] He purchased synthetic turf from other vendors to take advantage of special pricing and promotions that the other companies offered at various times.[48] *Global Syn-Turf* was able to provide *Earthology Tech's* purchase records dated from April 24, 2014, to Nov. 30, 2015, showing that Mr. Giglio purchased and subsequently installed approximately 53,000 ft$^2$ of turf[49] during that time period.[50] *Global Syn-Turf* did not have purchase records for the period of time from 2010 through April 23, 2014, so Mr. Giglio estimated that from 2010 – 2013, he installed approximately 15,000 ft$^2$ of turf per year.[51]   In the 8/14/19 telephone interview, this was clarified: this average rate of installation (15,000 ft$^2$/year) was applicable until April 24, 2014 (about 4.3 years).

From August 2014 through April 2015, Mr. Giglio did not participate in the installations and therefore did not spray Roundup.[52] Thus, in this assessment <u>any occupational exposure during this time period was excluded</u>. Only exposures from 2010 through the end of July 2014 were considered. To determine the amount of turf he installed between April 24, 2014, and August 31, 2014, the purchased amounts from *Global Syn-Tech's* records were added giving a total of 8,328 ft$^2$.[53]

The information used to complete **Table 5** was obtained from Mr. Giglio's depositions and fact sheets and confirmed in the August 14, 2019, telephone interview. The calculations used in Table 5 and by Mr. Giglio applied the following verified facts:

- Mr. Giglio installed 15,000 ft$^2$/year from 2010 through April 24, 2014

- From April 24, 2014 through July /2014, according to the purchase records, Mr. Giglio purchased 8,328 ft$^2$ of turf from *Global Syn-Turf*.

- It took Mr. Giglio a minimum of 1 hour to spray one gallon of Roundup.[54]

---

[47] Deposition dated March 22, 2019, page 27: 4-10 and March 21, 2019, page 106:13-107:2.

[48] March 22, 2019 deposition; page 27:4 – 10.

[49]  He estimated this to require 80 gallons of Roundup. March 21, 2019 deposition, page 103: 8-21.

[50] Adding the entries in the records, I determined there were 42,753 ft$^2$ of turf purchased from Global Syn-Turf.

[51] Deposition dated March 22, 2019, page 27:1-3, and confirmed in telephone interview.

[52] He was out of work from 8/2014 – 4/2015 (280 days) per his Plaintiff Fact Sheet for treatment of his NHL.

[53] 20% of the total was added to include product purchased from other companies.

[54] Per 8/14/19 telephone interview.

Giglio v. Monsanto Co., et al.
August 20, 2019
Page 27

**Table 5**

**Total amount of turf installed by Mr. Giglio**

| Dates | Time period | Source of installed turf | Amount or Rate of turf installation | Amount of turf installed |
|---|---|---|---|---|
| 2010 - 2013 | Jan. – Dec. (4 years) | Global Syn-Turf | 15,000 ft$^2$ per year | 60,000 ft$^2$ |
| 2014 | Jan. 1st – April 23th (0.31 years.) | Global Syn-Turf | 15,000 ft$^2$ per year | 4,650 ft$^2$ [55] |
| | April 24th – July 31st (0.271 years) | Global Syn-Turf | 8,328 ft$^2$ | 8,328 ft$^2$ |
| 2010 - 2015 | Add another 20% of the total[56] | Other companies | – | 14,600 ft$^2$ |
| | | Totals: | Global Syn-Turf: | 72,978 ft$^2$ |
| | | | Other Companies: | 14,596 ft$^2$ |
| | | | Total : | 87,574 ft$^2$ |

It should be noted that during his deposition, Mr. Giglio presented some calculations to estimate how much Roundup he used from 2010 through 2015.

- Mr. Giglio estimated that he installed **15,000 ft$^2$/year** from 2010 through 2013, for a total of 45,000 ft$^2$.[57]

- Mr. Giglio estimated that from April 24, 2014 to Nov. 30, 2015,[58] he installed **53,000 ft$^2$** of turf.[59]

---

[55] 113 days/(365 days/year) = 0.31 years at 15,000 ft$^2$/year

[56] See above regarding the extra 20% purchases from other companies.

[57] March 22, 2019 deposition, page 27:1-3. In his deposition, Mr. Giglio calculated the total installation as 45,000 ft$^2$ for 2010 – 2013, i.e., 15,000 ft$^2$ for 3 years rather than 4 years. **The correct estimation should be 60,000 ft$^2$**

[58] March 21, 2019 deposition, page 103: 8-21.

[59] March 21, 2019 deposition, page 103: 8-21.

Giglio v. Monsanto Co., et al.
August 20, 2019
Page 28

Mr. Giglio calculated that he installed a total of 98,000 ft$^2$ of turf purchased from *Global Syn-Turf* from 2010 – 2015.[60] He then added 20% of the total he purchased from *Global Syn-Turf* to estimate the amount purchased from other vendors from 2010 through 2015. (He purchased turf from other vendors to take advantage of special pricing and promotions that the other companies offered at various times.[61])   In total, he estimated that he installed about 117,000 ft$^2$ of turf during the period of 2010 to 2014 (98,000 from *Global Syn-Turf* + 20% from other vendors = approximately 117,000 ft$^2$).[62]

Per his deposition, Mr. Giglio testified that he sprayed approximately 117,600 ft$^2$ x 1 gal/700 ft$^2$ = **168 gallons** of Roundup thru 2015.[63] Further in deposition, Mr. Giglio estimated that he worked 200 days per year and sprayed approximately every third day, or about 70 days per year for a total of 310 days.[64]   The size of his jobs varied between 250 square feet to 6,000 square feet; he estimated that it took him about a half hour to spray Roundup for the smaller jobs and between 4 and 5 hours to spray the larger ones.[65]

In this assessment, Mr. Giglio's calculated quantities were not used, but his estimated rates of use during specific time periods were used to calculate quantities of Roundup used and ultimately, exposure days. **Based on the manufacturer's purchase records, PFS, and testimony,  the total square footage of turf that Mr. Giglio installed in 2010 through July 2015 is 87,547 as reflected in Table 5.**

**Roundup Products Used**

Mr. Giglio mainly used a ready-mixed container that came with an attached hose and sprayer.[66]

---

[60] March 22, 2019 deposition, page 27:1-3. In his deposition, Mr. Giglio calculated the total installation as 45,000 ft$^2$ for 2010 – 2013, i.e., 15,000 ft$^2$ for 3 years rather than 4 years. **The correct estimation should be 60,000 ft$^2$**

[61] March 22, 2019 deposition, page 27:4-10.

[62] March 22, 2019, deposition, page 27:11-21.

[63] Id., page 27:11-21.

[64] Id., deposition, page 27: 11-25.

[65] Per 8/14/19 telephone interview and March 22, 2019 deposition, page 24: 4-7; March 21, 2019, deposition, page 37:22-38:6.

[66] "99 percent of the time it was – it was premixed." March 22, 2019 deposition, 49:25-50:4.

Giglio v. Monsanto Co., et al.
August 20, 2019
Page 29

Before Roundup Extended Control was available to him in "*maybe 2013, 2014,*"[67] he used the standard Roundup product which he always purchased from Home Depot. "*I went to Home Depot; I bought Roundup.*"[68]

 "*When they came out with the 365, the gold label, more expensive, but it had -- advertised a longer-lasting effect, I'd buy that. I'd buy the best -- on every level. I bought the best available product for my clients' satisfaction.*"[69]  This product came in 1 or 1.3 gallon jugs with a two-foot-long coiled hose and a battery-powered applicator. He would squeeze the trigger "*and the Roundup would spray itself onto the desired surface.*"[70]

He usually wore rubber gloves when spraying during the turf installation process.[71] He testified that, often, his face was only about two feet away from the ground surface that he was spraying as he was inspecting the perimeter for roots to saturate with Roundup. If he encountered a large concentration of roots, the spray would bounce back onto his face and legs as he sprayed them (the spray would bounce off the hardscape edges he was spraying against).[72] Mr. Giglio testified that, on a typical day, he sprayed in shorts and a t-shirt and wore work boots.  On occasion, he wore sunglasses.  He would get Roundup spray on the back of his legs.[73]  He doesn't recall doing anything to clean off the Roundup when it sprayed on his legs.[74]

**Residential Use of Roundup**

From 1990 to 2014, Mr. Giglio lived at three different properties and used Roundup herbicide for the control of weeds on those properties. He used Roundup brand products at his residences ██████████████████████████████████ Two of the three

---

[67] March 22, 2019 deposition, page 49:12-22.

[68] March 21, 2019 deposition, page 105:18.

[69] March 21, 2019 deposition, page 105:17-23.

[70] March 22, 2019 deposition, page 22:10-16.

[71] March 22, 2019 deposition, page 24: 15-24.

[72] March 22, 2019 deposition, page 22:20-23:24 and March 21, 2019 deposition, page 51:13- 52:3.

[73] March 22, 2019 deposition, page 584-15 and 59:5-11. During his March 21, 2019, deposition (57:9-10) Mr. Giglio agreed that he wore "work boots."  Monsanto's attorney did not follow up on the meaning of "work boots."  When asked during the August 14, 2019 interview, Mr. Giglio described canvas sneakers as his "work boots."

[74] March 22, 2019 deposition, page 59:5-11.

Giglio v. Monsanto Co., et al.
August 20, 2019
Page 30

residences were demolished, so only the last property where he currently resides, was considered in this assessment.

Per his telephone interview, Mr. Giglio stated that he sprayed his lawn, driveway and sidewalk typically once per month for six months of the year.[75] Each application took between 15 and 30 minutes.  He used the pre-mixed Roundup 1.3 gallon container, which had a hand pump sprayer and usually applied a mist spray.

Mr. Giglio purchased two containers of pre-mixed Roundup Grass and Weed Killer each year. He would sometimes get the spray on his skin and on hot days, he would change his clothes and shower after working outside. On cooler days, he would continue to wear his clothes until he showered at the end of the day.[76]

**Personal Protective Equipment**

Mr. Giglio did not wear eye protection,[77] impermeable leg covers, long-sleeved shirts or leather boots while applying Roundup. He typically wore a short-sleeved T-shirt, shorts (80% of the time), and canvas sneakers without socks. He did not wear any protective clothing or equipment when spraying except gloves and sometimes a paper mask on windy days.

**Exposure Assessment Notes**

Mr. Giglio's episodic Roundup exposures can be quantified to a reasonably accurate degree as he has provided reasonably accurate historical information describing his periods of application.

**Other Potential Chemical Exposures**

Mr. Giglio could not recall having had any X-rays prior to his NHL diagnosis, but he recalled that he may have had ████████████████

A home inventory of additional products identified other substances to which Mr. Giglio may have been exposed.  These products have been assessed as potential causative

---

[75] The original and Second Amended PFS reported residential exposure once/month.  The Second Amended PFS further indicated the exposure was only "6 out of 12 months."

[76] Per 8/14/19 telephone interview.

[77] He sometimes wore sunglasses.

Giglio v. Monsanto Co., et al.
August 20, 2019
Page 31

factors for his NHL induction in keeping with generally-accepted toxicological methodology.

**Table 6** presents the findings of this review based upon information in the published MSDS (Manufacturer Safety Data Sheets) and where warranted, specific peer-reviewed studies for product ingredients in question.

**Table 6**

**Carcinogenicity of Substances to which Mr. Giglio Reported Potential Exposures**

| Name | Ingredients (per MSDS) | Known to Cause NHL? | Probable Human Carcinogen? | Comments |
|------|------------------------|---------------------|----------------------------|----------|
| Automotive | | | | |
| A/C Pro Professional Formula Refrigerant | | No | No | Non-carcinogenic |
| ArmorAll Original Protectant | | No | No | Non-carcinogenic |
| Harley-Davidson Bright Chrome Cleaner | | No | No | Non-carcinogenic |
| Harley-Davidson Glaze Polish & Sealant | | No | No | Non-carcinogenic |
| Harley-Davidson Gloss UV Protective Detailer | | No | No | Non-carcinogenic |
| Mother's California Gold Showtime Instant Detailer | | No | No | Non-carcinogenic |
| Prestone Concentrate anti-freeze/coolant | | No | No | Non-carcinogenic |
| Pyroil | | No | No | Non-carcinogenic Motor oil |
| Rain-X Bug & Tar Pre-wash Gel | | No | No | Non-carcinogenic |
| STP Son of a Gun | | No | No | Non-carcinogenic |
| Paint | | | | |

Giglio v. Monsanto Co., et al.
August 20, 2019
Page 32

**Table 6**

**Carcinogenicity of Substances to which Mr. Giglio Reported Potential Exposures**

| Name | Ingredients (per MSDS) | Known to Cause NHL? | Probable Human Carcinogen? | Comments |
|---|---|---|---|---|
| Klean Strip Odorless Mineral Spirits | Hydrotreated Light Distillate (petroleum) 100% | No | No | MSDS indicates no carcinogens[78] |
| Klean Strip Lacquer Thinner | Methanol {Methyl alcohol; Carbinol; Wood alcohol} 25-35% | No | No | MSDS indicates reproductive effects in rats, developmental abnormalities in rabbits, and hepatocellular necrosis in human livers. No carcinogenicity indicated.[79]

Toluene and Ethanol, 2-Butoxy- are IARC Group 3: Not classifiable as to carcinogenicity in humans. |
| | Acetone {2-Propanone} 20-30% | No | No | |
| | Petroleum Hydrocarbon Mixture (Alkanes and Cycloalkanes} 20-30% | No | No | |
| | Acetic Acid, Ethyl Ester {Ethyl Acetate} <15% | No | No | |
| | Toluene {Benzene, Methyl-Toluol} <5% | No | No | |
| | Ethanol, 2-Butoxy- {Ethylene Glycol n-Butyl Ether} <5% | No | No | |
| Interior Acrylic Eggshell Enamel | | No | No | Non-carcinogenic |
| Rust-Oleum American Accents Stone Textured Finish | | No | No | Non-carcinogenic |
| Rust-Oleum Chalk Board | | No | No | Non-carcinogenic |
| Rust-Oleum Epoxy Shield | | No | No | Non-carcinogenic |
| Rust-Oleum Gloss Protective Enamel | | No | No | Non-carcinogenic |
| Rust-Oleum Painter's Touch Ultra-Cover Primer | | No | No | Non-carcinogenic |

---

[78] "Material Safety Data Sheet: Klean Strip Odorless Mineral Spirits." W.M. Barr, 2015. https://www1.mscdirect.com/MSDS/MSDS00052/70250485-20190726.PDF

[79] "Safety Data Sheet: Klean Strip Lacquer Thinner." W.M. Barr, 2017. http://www.kleanstrip.com/uploads/documents/GML170_SDS-1605.48.pdf

Giglio v. Monsanto Co., et al.
August 20, 2019
Page 33

**Table 6**

**Carcinogenicity of Substances to which Mr. Giglio Reported Potential Exposures**

| Name | Ingredients (per MSDS) | Known to Cause NHL? | Probable Human Carcinogen? | Comments |
|---|---|---|---|---|
| Rust-Oleum Painter's Touch Ultra-Cover Clear Gloss | | No | No | Non-carcinogenic |
| Rust-Oleum Painter's Touch Ultra-Cover Paint and Primer (satin aqua) | | No | No | Non-carcinogenic |
| Rust-Oleum Painter's Touch Ultra-Cover Paint and Primer (flat black) | | No | No | Non-carcinogenic |
| Rust-Oleum Painter's Touch Ultra-Cover Semi-Gloss White | | No | No | Non-carcinogenic |
| Rust-Oleum Protective Enamel | | No | No | Non-carcinogenic |
| Rust-Oleum Universal Forged Hammer Paint and Primer | | No | No | Non-carcinogenic |
| Zar Ultra Interior Oil-Based Polyurethane | Stoddard Solvent 60-100% | No | No | SDS indicates Octanoic acid, cobalt salt is an IARC Group 2B: Possible human carcinogen. [80] |
| | Silica, Amorphous Fumed Crystal-Free 1-5% | No | No | |
| | Kerosene 1-5% | No | No | |
| | Octanoic acid, cobalt salt 0.1-1% | No | No | |
| Zinsser Bullseye All Surface Primer | | No | No | Non-carcinogenic |
| | Dichloromethane 75-85% | No | No | SDS indicates Dichloromethane is an IARC |
| | Methanol 7-15% | No | No | |

[80] "Safety Data Sheet: Zar Interior Oil Base Poly." United Gilsonite Laboratories, 2019. http://www.zar.com/products/zar-interior/zar-interior-oil-base-poly/zar-interior-oil-base-poly-sds.pdf

Giglio v. Monsanto Co., et al.
August 20, 2019
Page 34

**Table 6**

**Carcinogenicity of Substances to which Mr. Giglio Reported Potential Exposures**

| Name | Ingredients (per MSDS) | Known to Cause NHL? | Probable Human Carcinogen? | Comments |
|---|---|---|---|---|
| Zip-Strip Premium Paint and Finish Remover | Petroleum distillates, hydrotreated light 1-5% | No | No | Group 2B: Possible human carcinogen.[81] |
| **Miscellaneous** | | | | |
| 100% Silicone | | No | No | Non-carcinogenic |
| 1081 Spray Trim Adhesive | Hydrocarbon Propellant 5-15% | No | No | MSDS indicates level 2 carcinogen, however no ingredients listed by IARC.[82] |
| | Aliphatic Hydrocarbon 15-20% | No | No | |
| | Styrene-Isoprene Block 5-10% | No | No | |
| | Resin, Hydrocarbon 5-10% | No | No | |
| | Hydrocarbon Resin 5-10% | No | No | |
| | Aromatic Hydrocarbon 5-10% | No | No | |
| | Petroleum Hydrocarbon Resin 1-5% | No | No | |
| | Acetone 25-50% | No | No | |
| 3M General Purpose 45 Spray Adhesive | Polymeric Components 20-30% | No | No | MSDS indicates there is some positive carcinogenicity data for hydrotreated light naphtha and hexane, but data are not sufficient for classification.[83] None are listed as IARC Group 2A or B. |
| | Acetone 15-25% | No | No | |
| | Cyclohexane 10-20% | No | No | |
| | Hydrotreated Light Naphtha {Petroleum} 10-20% | No | No | |
| | Isobutane 10-20% | No | No | |
| | Propane 10-20% | No | No | |
| | Hexane <0.4% | No | No | |

---

[81] "Safety Data Sheet: Zip Strip Premium Paint & Finish Remover." Absolute Coatings, Inc., 2011. https://tinyurl.com/y3xr3f9w

[82] "Safety Data Sheet: 1081 Spray Trim Adhesive." Adhesive Solutions Inc., 2015. http://www.adhesivesolutions.com/wp-content/uploads/2017/01/1081-SDS.pdf

[83] "Safety Data Sheet: 3M General Purpose Spray Adhesive 45." 3M Company, 2018. http://multimedia.3m.com/mws/mediawebserver?mwsId=SSSSSuUn_zu8l00xMxm1PxmU4v70k17zHvu9lxtD7SSSSSS--

Giglio v. Monsanto Co., et al.
August 20, 2019
Page 35

**Table 6**

**Carcinogenicity of Substances to which Mr. Giglio Reported Potential Exposures**

| Name | Ingredients (per MSDS) | Known to Cause NHL? | Probable Human Carcinogen? | Comments |
|---|---|---|---|---|
| 3M Super 77 | | No | No | Non-carcinogenic |
| Battery Cleaner | Water 80-90 | No | No | MSDS indicates no carcinogenicity.[84] |
| | 2-Butoxyethanol 2-3% | No | No | |
| | Sodium Bicarbonate 1-9% | No | No | |
| | Isobutane 10-14% | No | No | |
| Bernzomatic Propane | | No | No | Non-carcinogenic |
| Bondo Fiberglass Repair Kit | Dimethyl Phthalate 30-60% | No | No | MSDS indicates product contains Category 2 carcinogen, however no ingredients are listed as IARC Group 1, 2 A or B.[85] |
| | Methyl Ethyl Ketone Peroxide 15-40% | No | No | |
| | Phlegmatizer 10-30% | No | No | |
| | Methyl Ethyl Ketone <3% | No | No | |
| | Hydrogen Peroxide <3% | No | No | |
| | Water <3% | No | No | |
| Fabulous B'laster Silicone Lubricant Spray | Petroleum Distillates, Hydrotreated Light 30-60% | No | No | SDS indicates no carcinogens.[86] |
| | Alkanes, C9-11-iso 30-60% | No | No | |
| Fix-A-Flat Tire Inflator and Sealer | (1E)-1,3,3,3-Tetrafluoro-1-Propene 20-40% | No | No | SDS indicates no carcinogens.[87] |
| | Glycerol <5% | No | No | |
| | Cellulose <1% | No | No | |

[84] "Safety Data Sheet: Battery Cleaner Spray." East Penn Manufacturing Co, 2018. http://www.eastpennmanufacturing.com/wp-content/uploads/00314.pdf

[85] "Safety Data Sheet: 3M Bondo Fiberglass Resin for Fiberglass Resin Kit." EM Company, 2019. https://multimedia.3m.com/mws/mediawebserver?mwsId=SSSSSuUn_zu8l00xM8tvmxmZ4v70k17zHvu 9lxtD7SSSSSS

[86] "Safety Data Sheet: B'laster Silicone Spray Lubricant." The Blaster Corporation, 2013. https://cecas.clemson.edu/cedar/wp-content/uploads/2016/10/Blaster-Silicone-Spray-Lubricant.pdf

[87] "Safety Data Sheet: Fix-A-Flat Tire Sealant/Inflator." ITW Global Tire Repair, Inc., 2018. https://cdn.shopify.com/s/files/1/2217/0291/files/Fix_a_Flat_1234ZE_0f903be9-03af-45fa-95ff- d5387d8780b1.pdf?1618

Giglio v. Monsanto Co., et al.
August 20, 2019
Page 36

**Table 6**

**Carcinogenicity of Substances to which Mr. Giglio Reported Potential Exposures**

| Name | Ingredients (per MSDS) | Known to Cause NHL? | Probable Human Carcinogen? | Comments |
|---|---|---|---|---|
| Great Stuff Big Gap Filler Insulating Foam Sealant | 4,4' -Methylenediphenyl diisocyanate >=5-<=10% | No | No | SDS indicates lung tumors have been observed in laboratory animals exposed to respirable drops of MDI/Polymeric MDI.[88] No ingredients listed as IARC carcinogen. |
| | Methyl Ether >=5-<=10% | No | No | |
| | Isobutane >=1-<=5% | No | No | |
| | Propane >=1-<=5% | No | No | |
| Gojo Orange Pumice Hand Cleaner | | No | No | Non-carcinogenic |
| Irwin Strait-Line | | No | No | Non-carcinogenic |
| Kellogg Garden Organics Tomato, Vegetable, and Herb Fertilizer | | No | No | Non-carcinogenic |
| Krylon Mark-It Inverted Marking Paint | | No | No | Non-carcinogenic |
| Loctite Express Power Grab Exterior Construction Adhesive | Ingredients not listed in SDS as none are hazardous | No | No | SDS indicates no hazardous or carcinogenic ingredients.[89] |
| LubriMatic | | No | No | Non-carcinogenic |
| Miniwax Wood Finish Penetrating Stain | | No | No | Non-carcinogenic |
| Miracle Gro Fruit and Citrus Tree Fertilizer Spikes | | No | No | Non-carcinogenic |
| Miracle Gro Shake n' Feed All-purpose Plant Food | | No | No | Non-carcinogenic |
| | Phosphoric Acid 10-30% | No | No | |

---

[88] "Material Safety Data Sheet: Great Stuff Big Gap Filler Insulating Foam Sealant." The Dow Chemical Company, 2009. https://whatsinproducts.com/files/brands_pdf/9896_04004012%20MSDS%20Great%20Stuff%20Big%20Gap%20Filler%20Insulating%20Foam.pdf

[89] "SDS: Loctite Power Grab Clear Heavy Duty Exterior Construction Adhesive." Henkel Corporation, 2014. https://images.homedepot-static.com/catalog/pdfImages/af/af12248a-bfdb-4589-ab70-9df6dc4182b4.pdf

Giglio v. Monsanto Co., et al.
August 20, 2019
Page 37

**Table 6**

**Carcinogenicity of Substances to which Mr. Giglio Reported Potential Exposures**

| Name | Ingredients (per MSDS) | Known to Cause NHL? | Probable Human Carcinogen? | Comments |
|------|------------------------|---------------------|----------------------------|----------|
| Naval Jelly Rust Dissolver | 2-Propanol 1-5% | No | No | SDS indicates Sulfuric acid is an IARC Group 1: Human carcinogen, however the IARC website does not give it a classification. [90] |
| | Xanthan gum 1-5% | No | No | |
| | Sulfuric Acid 0.1-1% | Maybe | No | |
| | Silica, amorphous, fumed, crystal-free 0.1-1% | No | No | |
| | Diron trioxide 0.1-1% | No | No | |
| | Magnesium oxide 0.1-1% | No | No | |
| | Aluminum oxide 0.1-1% | No | No | |
| | Alcohols, C11-14-iso, C13 rich, EO~ 0.1-1% | No | No | |
| Oatey All-Purpose Cement | Furan, Tetrahydro- 30-45% | No | No | SDS indicates Cyclohexanone, polyvinyl chloride, and silica, amorphous, fumed were determined by the EPA that there was "suggestive evidence of carcinogenic potential" due to liver and renal tumors in mice. [91] |
| | Acetone 10-20% | No | No | |
| | Cyclohexanone 10-20% | No | No | |
| | Methyl ethyl ketone 8-18% | No | No | |
| | Polyvinyl chloride 10.98% | No | No | |
| | Ethene, chloro-homopolymer, chlorinated | No | No | IARC lists tetrahydro-furan as Group 2B: Possible human carcinogen and lists Cyclohexanone, polyvinyl chloride, and silica, amorphous, fumed as Group 3: Not classifiable as to human carcinogenicity. |
| | Silica, amorphous, fumed 1-5% | No | No | |
| Oatey PVC Vinyl Fence Cement | Furan, Tetrahydro- 30-50% | No | No | SDS indicates no carcinogens.[92] Tetrahydro-furan is listed as an IARC Group 2 B: Possible human carcinogen. |
| | Acetone 10-25% | No | No | |
| | Methyl ethyl ketone 10-25% | No | No | |

[90] "SDS: Loctite Naval Jelly Rust Dissolver." Henkel Corporation, 2015. http://archpdfs.lps.org/Chemicals/Naval_jelly_rust_dissolver_Loctite.pdf

[91] "SDS: Oatey All Purpose Clear Cement." Oatey Co., 2017. https://www.oatey.com/ASSETS/DOCUMENTS/ITEMS/EN/SDS%20US%20-%20Oatey%20All%20Purpose%20Clear%20Cement.pdf

[92] "SDS: PVC Medium Clear Cement." Oatey Co., 2018. https://www.oatey.com/ASSETS/DOCUMENTS/ITEMS/EN/SDS%20Canada%20-%20PVC%20Medium%20Clear%20Cement.pdf

Giglio v. Monsanto Co., et al.
August 20, 2019
Page 38

**Table 6**

**Carcinogenicity of Substances to which Mr. Giglio Reported Potential Exposures**

| Name | Ingredients (per MSDS) | Known to Cause NHL? | Probable Human Carcinogen? | Comments |
|---|---|---|---|---|
| | Ethene, chloro-, homopolymer, chloride; PVC; 12-20% | No | No | |
| | Cyclohexanone 10-20% | No | No | |
| | Fumed silica 1-5% | No | No | |
| Red Devil Duratex Exterior/Interior Enamel | | No | No | Non-carcinogenic |
| Savogran TSP Trisodium Phosphate | | No | No | Non-carcinogenic |
| Shoe MGK Water and Stain Repellant | | No | No | Non-carcinogenic |
| Varathane Liquid Plastic Interior Wood Finish | Naphtha | No | No | MSDS indicates no carcinogens.[93] |
| | Toluene 7.2% | No | No | |
| | Acetone 14.4% | No | No | |
| | N-Butyl Alcohol 3.0% | No | No | |
| | Aliphatic & Halogenated Aliphatic Hydrocarbons 39.5% | No | No | |
| WD-40 | | No | No | Non-carcinogenic |
| **Equipment** | | | | |
| 900 AC/DC Auto Charger | n/a | n/a | n/a | |
| Mold Armor DIY Mold Test Kit | n/a | n/a | n/a | |
| Supercrank Motorcycle Battery | n/a | n/a | n/a | |
| Wagner Furno 500 Heat Gun | n/a | n/a | n/a | |

[93] "MSDS: Varathane Clear Liquid Plastic Gloss." Flecto Company, 1985.
https://hazard.com/msds/f2/bcf/bcftp.html

Giglio v. Monsanto Co., et al.
August 20, 2019
Page 39

## Sulfuric Acid

As found in the Naval Jelly Rust Dissolver, strong inorganic mists containing sulfuric acid are listed by IARC as a Group 1, human carcinogen, due to their association with laryngeal and lung cancer.[94] Steenland, et al., (1988) found a high proportion of males working in pickling operations in the steel industry with laryngeal cancer. Their follow-up cohort study found the same proportion consistent with previous findings.[95]

In a study done on the carcinogenicity of sulfuric acid in rats and mice, it was concluded that sulfuric acid may work synergistically with other carcinogenic substances' it did not influence lung carcinogenesis induced with urethane in mice.[96]

Sathiakumar, et al., reviewed 25 epidemiological studies regarding sulfuric acid mist carcinogenicity. The authors concluded that there was little evidence supporting causation between sulfuric acid exposure and lung cancer. There was a moderate association between exposure and larynx cancer, but they noted that the study's results were imprecise and did not adjust for confounding factors.[97]

In a study done on the modulation of pulmonary immune defense mechanisms by sulfuric acid, it was found that an inhalation of an environmentally-relevant concentration by rabbits "depressed the release/activity of lipopolysaccharide-stimulated tumor necrosis factor-α and also reduced the ability of pulmonary macrophages to produce superoxide anion radical in response to opsonized zymosan."[98]

## Other Products Used

- **Sterilant** – two or three times during his tenure, Mr. Giglio applied what he believes was a Monsanto product to sterilize the ground (product name unknown). It was a

---

[94] Pure sulfuric acid has not been classified by the IARC

[95] Steenland, K, et al., "Incidence of laryngeal cancer and exposure to acid mists," 1988, British Journal Ind. Med., Vol. 45, pp. 766-776 in Chemicals Meeting the Criteria for Listing as Causing Cancer via the Authoritative Bodies Mechanism. California Environmental Protection Agency, 2002.

[96] Uleckiene S., et al., "Carcinogenicity of Sulfuric Acid in Rats and Mice," 1997, Lithuanian Oncology Center.

[97] Acute Exposure Guidelines for Sulfuric Acid Sulfur Trioxide Oleum, 2008.

[98] Zelikoff, J. et al., Modulation of Pulmonary Immune Defense Mechanisms by Sulfuric Acid: Effects on Macrophage-Derived Tumor Necrosis Factor and Superoxide. Institute of Environmental Medicine. August 17, 1992.

Giglio v. Monsanto Co., et al.
August 20, 2019
Page 40

concentrated powder that he mixed with water and sprayed.[99] He wore gloves and a surgical mask on windy days when applying.[100] He believed that the sterilant was more aggressive, so he …"*would have used a little more protection*" than he did with the Roundup," i.e., a long-sleeved shirt.[101] He reported in his telephone interview that he only used it once.

- **Zeofill** (March 21, 2019, deposition, page.109) – never installed personally.

## Roundup Application Notes

Mr. Giglio noted that there is always wind movement in Coronado, California, because it is located near the ocean. He often experienced drift or mist when spraying Roundup. On very windy days, he wore a surgical mask.

Mr. Giglio did not recall any specific events or exposures to chemicals or substances that might potentially have a causative bearing on his NHL diagnosis.

## Summary of Exposure Factors

Mr. Giglio sustained episodic Roundup exposures each year from 1990 through July, 2015. The primary exposure route was via dermal absorption through contact with bare hands, arms, legs, feet and face and through permeable gloves, clothing, etc. The application summary presented in Table 5 (above) is based upon values derived from Mr. Giglio's deposition testimony and in a telephone interview during which details of application frequency and duration were clarified.

The following critical toxicological findings emerged from the assessment of evidential and potential exposure factors:

1. **Duration of Exposure:** Section 4 below determines the value for *mean exposure days* for calculation purposes based on historical application factors.

2. **Other Potential Confounding Exposure Factors:** Upon review of the products noted in Table 6, <u>no carcinogenic substances were found</u> to which he might have

---

[99] March 21, 2019 deposition, page 42:22-43:2.

[100] Id., page 43:9-17.

[101] Id., page 49/127.

Giglio v. Monsanto Co., et al.
August 20, 2019
Page 41

been potentially exposed that could be reasonably considered as capable of inducing or promoting his NHL.

## 4. Toxicological Dose Calculations

As noted in Section 1, toxicological dose calculations in the current matter consist of a number of *mean exposure days* based upon a cumulative average of exposure intervals. An "exposure day" is a unit of spray applicator exposure duration defined as *8 hours of application.* This section calculates these values for dose assessment.

**Calculation of Exposure Days**

Determination of "exposure days" is necessary for comparison to human epidemiological studies. The *exposure day* facilitates toxicological dose calculations by providing a uniform basis for expressing glyphosate exposure factors in a comparative manner to those of the peer-reviewed human epidemiological studies. An *exposure day* is a unit of spray applicator exposure duration defined as:

| |
|---|
| **[1 Exposure Day] = [8 hours of spray application]** [102] |

It is important to note that spray application does not imply continuous "*finger on the trigger*" but rather, the amount of time conducting spray and mixing activities. Thus, a mean exposure day value is derived by assessing the low and high total yearly hours (and mean value) for the full exposure interval, then dividing by 8 hours per day.

Pursuant to Mr. Giglio's deposition testimony and information derived in the telephone interview conducted on August 14, 2019, it was possible to derive a clear extrapolation of Mr. Giglio's exposure factors on both a residential and occupational basis. These are summarized in **Table 7** and outlined in the following section.

---

[102] The Eriksson, et al., 2008, study references an exposure day: "*As in our previous lymphoma studies we used a minimum criterion of one full day exposure to be categorized as exposed.*[8,18]" The Eriksson, et al., 2008, study was conducted in Sweden. In Sweden, **one full day** of exposure constitutes 8 hours; See the following reference:

Sweden's Working Hours Act (1982:673) Sweden Working Hours Act link: https://www.government.se/49d4f9/contentassets/1b29fd35b2544f13875137beab80911a/1982673-working-hours-act.pdf. The Eriksson, et al., 2008, study identifies the exposure definition as "one full day."

Giglio v. Monsanto Co., et al.
August 20, 2019
Page 42

## Summary of Exposure Intervals and Durations

1. **1990 to 2014: Residential Roundup Applications:** Per his telephone interview and Plaintiff Fact Sheet, Mr. Giglio stated that he sprayed his lawn, driveway and sidewalk typically once per month for 6-7 months each year. Each application took between 15 and 30 minutes.  He used the pre-mixed Roundup 1.3 gallon container which had a hand pump sprayer. He typically applied a "mist-type" spray and would frequently get the Roundup spray on his skin and clothing.  On hot days, he would shower afterward and change his clothes. On cooler days he continued to wear Roundup-saturated clothing until he showered at the end of the day.[103]

   His residential exposure is calculated as:

   - Average duration = AVG(15,30) = 22.5 minutes
   - Number of applications per year = 6.5
   - Number of years = 24
   - Total duration = [ (22.5) x (6.5) x (24) ] = 3,510 min. = **58.5 hours**

2. **2010 to 2014[104]: Occupational Roundup Applications:**  Mr. Giglio stated in his telephone interview that he was frequently "kneeling in Roundup" and was periodically saturated with liquid as he worked directly on the ground in close proximity to previously-sprayed areas as he installed the artificial turf per his job requirements. Mr. Giglio testified that he would get the Roundup spray on his bare legs and would not take any action to remove the Roundup from his legs.***[105]***

   Mr. Giglio estimates that he sprayed one gallon of Roundup for every 700 square feet of turf he installed; this estimate was confirmed by the turf manufacturer.[106] Furthermore, he estimates that it took him about one hour to spray one gallon of Roundup. As given in Table 5, Mr. Giglio installed an estimated 87,574 $ft^2$ of synthetic turf from 2010 to August July 2014[107]. These facts yield the following calculation:

---

[103] Per 8/14/19 telephone interview.

[104] Mr. Giglio amended the starting date of occupational use from 2010 to 2009 to reflect when he began using it while he was being trained. Even so, to be conservative, I only use 2010-2015 for my occupational use calculations.

[105] March 21, 2019, deposition, page 59:7-11.

[106] Deposition dated March 22, 2019, page 27:11-14 and confirmed in telephone interview.

[107] He did not work from August 2014 to April 2015

Giglio v. Monsanto Co., et al.
August 20, 2019
Page 43

**Total duration = 87,574 ft$^2$ x (1 gal/700ft$^2$) x (1 hour/1 gal) = 125 hours**

Thus, Mr. Giglio's total exposure interval is calculated to be:

- [ 58.5 Hours (residential) + 125 Hours (occupational) ] = **183.5 hours**
- Total = 183.5 / 8 hours/day = ***23 (8 hour) exposure days***

**Table 7**

**Mr. Giglio's Cumulative Roundup Exposures Converted to Mean Exposure Days**

| Time Period | Application | Hours | | Events Per Year | Years | Hours | | | Mean Exposure Days |
|---|---|---|---|---|---|---|---|---|---|
| | | Min | Max | | | Min | Max | Mean | (8 hrs/day) |
| 1990 to 2014 | Residential | 0.25 | 0.5 | 6.5 | 24 | 39 | 78 | 58.5 | 7.3 |
| 2010 to 2014 [108] | Occupational | - | - | - | 4.3 | -- | -- | 125 | 15.6 |
| | | | | | | | Total Mean Exposure Days: | | 23 |

It is important to note that in determining Mr. Giglio's total Roundup exposure, this assessment uses the most conservative values obtained from the reviewed documents and my interview.

**Other Methods of Extrapolating Hours Sprayed in a Day**

In its internal document[109] evaluating exposures to MON 76473, Monsanto utilized a duration of 6 hours in its modeling of typical exposures for applicators using tractor-mounted sprayers and applicators using handheld sprayers with hydraulic nozzles. *The more conservative 8-hour exposure day is applied herein.*

---

[108] Exposure hours during 2009 were not included as it is uncertain what month full time activities initiated. Thus, the above calculations are conservative and do not include any of Mr. Giglio's exposures during 2009.

[109] Appendix 8 – 14, "Glyphosate (active substance) MON 76473 preparation. Document MIII – Tier II, Summary and hazard assessment, Section 3 Toxicological studies (Annex III, point 7)," August 2010, MONGLY01075506.

Giglio v. Monsanto Co., et al.
August 20, 2019
Page 44

Further exploration of Monsanto internal documents (including an exposure evaluation report presented to Spanish authorities for glyphosate regulation) reveals that "*the daily mixing and loading time is set to be one hour and the worker is supposed to apply the product during 6 hours/day. The latter corresponds with the application time of a default area of 20 ha/day when spraying downward using tractor-mounted equipment or 2 ha using handheld equipment*."[110] The total exposure from mixing, loading and spraying was therefore 7 hours per day.

A glyphosate exposure study by Bleeke (2007) [111] and sponsored by Monsanto for the Organization for Economic Co-Operation and Development (OECD) evaluated various exposure scenarios. The study stated that "*biomonitoring was used to quantify the systemic exposure to glyphosate by measuring the amount of glyphosate excreted in urine on the day of exposure and three subsequent days*." The study was conducted on the use of two application techniques – backpack sprayer and controlled droplet application (CDA) of the undiluted formulation with and without the use of a shield. The applicators spent 25 to 58 minutes performing mixing and loading of glyphosate-based formulation 4 to 7 times. Backpack sprayers spent 132 to 202 minutes (2.2 to 3.4 hours) spray treating between 0.44 to 1.55 hectares. Applicators using controlled droplet applicator spent between 152 to 300 minutes (2.5 to 5 hours) spraying between 0.31 and 0.89 hectares.

**Calculation of Time-Weighted Dose as Compared to Human NHL Studies**

Mr. Giglio's dose metrics can be assessed by comparing his exposure durations to those of peer-reviewed and generally-accepted epidemiological studies of sprayers in which exposure durations were used to assess at what exposure levels various statistically significant increased rates of NHL were measured. Thus, the exposure duration metric in terms of exposure days serves as a dose comparison to that within the relevant studies to determine if exposures were within the range of the studies.

The following studies are applicable in the current matter as exposure durations were concordantly assessed:

---

[110] "UK POEM calculations in preparation of meeting Spanish competent authorities," MONGLY01275627.

[111] Bleeke, M., "MON 78294: An Applicator Exposure Study Conducted in Spain (Autumn 2005) Using Biomonitoring," 2007. Monsanto Company, Charles River Laboratories.

Giglio v. Monsanto Co., et al.
August 20, 2019
Page 45

1. **Eriksson, M., et al., 2008 study:**[112]   This is a peer-reviewed, case-control study of exposure to pesticides as a risk factor for non-Hodgkin's lymphoma (NHL) in cases in Sweden between 1999 and 2002. Different exposure levels were classified according to days of exposure.

   In this study, the association of glyphosate exposure with non-Hodgkin's lymphoma followed a dose response pattern with an odds ratio (OR) of 1.69 for 10 days of exposure or less, and 2.36 for greater than 10 days of exposure.

   The human epidemiological studies have demonstrated statistically significant increased rates of NHL associated with glyphosate exposure.  These studies include several different "exposure day" thresholds:  "ever/never," greater than one day and <10 days and greater than 10 days.

2. **McDuffie, H. et al., 2001:**[113]  This is a Canadian case-control study which investigated the association of specific pesticides and non-Hodgkin's lymphoma that created dose-response levels based on days/year of personally mixing or applying herbicides. The study revealed that glyphosate exposures between >0 and ≤ 2 days per year had an NHL odds ratio (OR) of 1.0 while exposures greater than 2 days of exposure per year had a NHL odds ratio of 2.12.

   The published McDuffie, et al., study presented "Table 6" in which glyphosate exposure was stratified according to "unexposed," ">0 and <2 days," and ">2 days" of per year exposure. The study documented statistically significant dose-responses: an odds ratio of **2.12** (1.20–3.73) for the ">2 days" per year group which was statistically significant. Based on the preceding exposure assessment, Mr. Giglio's exposures can be compared with this study.

3. **Andreotti, G., et al., 2018:**[114] The "Agricultural Health Study" (AHS) is an ongoing cohort study which includes 54,251 licensed pesticide applicators from Iowa and North

---

[112] Eriksson, M., et al., "Pesticide exposure as risk factor for non-Hodgkin lymphoma including histopathological subgroup analysis," 2008, International Journal Cancer, Vol.123, pp. 1657 – 1663.

[113] McDuffie H., et al., "Non-Hodgkin's lymphoma and specific pesticide exposures in men: Cross-Canada study of pesticides and health," 2001, Cancer Epidemiology, Biomarkers & Prevention, Vol.10, pp. 1155 – 1163.

[114] Andreotti, G., et al., "Glyphosate Use and Cancer Incidence in the Agricultural Health Study," 2018, JNCI J Natl Cancer Inst., Vol.110 (5), doi: 10.1093/jnci/djx233.

Giglio v. Monsanto Co., et al.
August 20, 2019
Page 46

Carolina with 82.8% reporting use of glyphosate. The study is funded by the National Cancer Institute and the National Institute of Environmental Health.[115] An updated evaluation of glyphosate and cancer risk was conducted in the AHS[116] and included cancer incidences through 2012 in North Carolina and 2013 in Iowa. The reported lifetime days' frequency of pesticide application is shown in **Table 8**.

**Table 8**

**Demographics of "Agricultural Health Study"[117] Cohort (Applicators n = 54,251)**

| Lifetime days of glyphosate use (Quartiles) | Lifetime days of glyphosate use (Tertiles) |
|---|---|
| 1 – 13.74 | 1 – 19.9 |
| 13.75 – 38.74 | 20 – 61.9 |
| 38.75 – 108.4 | ≥ 62.0 |
| ≥ 108.5 | |

Mr. Giglio's exposure days can be compared to **Table 8** with the corresponding quartiles of the Agricultural Health Study to determine if his exposure was consistent with that of these applicators. At ***23 exposure days***, Mr. Giglio's exposures are represented in the 2nd quartile and tertile of those in the Agricultural Health Study (refer to Table 8). The Agricultural Health Study did not find a statistically elevated risk of NHL; thus, the study is limited in its use beyond indicating where this plaintiff is relative to the 54,251 applicators assessed.

4. **Leon, et al, 2019:**[118] In this analysis combining data from >300,000 farmers or agricultural workers from France, Norway and the USA and accruing more than 3.5 million person-years under risk, the possible association between pesticide use and the risk of lymphoid malignancies was investigated. Specifically, the authors investigated the relationship of the "ever use" of 14 selected pesticide chemical groups and 33 individual active chemical ingredients with non-Hodgkin lymphoid malignancies (NHL). Pesticide use was derived from self-reported history of crops

---

[115] Id.

[116] Id.

[117] Id.

[118] Leon, Maria, et al., "Pesticide use and risk of non-Hodgkin lymphoid malignancies in agricultural cohorts from France, Norway and the USA," 2019, International Journal of Epidemiology, pp. 1–17.

Giglio v. Monsanto Co., et al.
August 20, 2019
Page 47

cultivated combined with crop-exposure matrices (France and Norway) or self-reported lifetime use of active ingredients (USA). Cox regression models were used to estimate cohort specific hazard ratios (HRs) and 95% confidence intervals (CIs) which were combined using random effects meta-analysis to calculate meta-HRs.

During follow-up, 2,430 NHL cases were diagnosed in 316,270 farmers accruing 3,574,815 person-years under risk. Moderately elevated meta-HRs were seen for NHL overall or certain subtypes with use of specific pesticides compared with "never" use of the same pesticides. In particular, elevated hazard ratios of diffuse large B-cell lymphoma (DLBCL) were seen with glyphosate use (1.36, CI: 1.00–1.85). It is noteworthy that although this study found no association between risk of *all types of NHL overall* and ever use of glyphosate, there was a statistically elevated risk for DLBCL (the most common type of NHL) which was the diagnosis Mr. Giglio received.

5. Zhang, L., et al (2019):[119] The Zhang, et al., study is a meta-analysis design that included the most recent update of the Agricultural Health Study (AHS) cohort published in 2018 along with five case-control studies.  The study reported that glyphosate-based herbicide (GBH) exposure is associated with increased risk of NHL in humans. Using the highest exposure groups when available in each study, they further reported that the overall meta-relative risk (meta-RR) of NHL in GBH-exposed individuals was increased by 41% (meta-RR = 1.41, 95% CI, confidence interval: 1.13‑1.75). For comparison, a secondary meta-analysis using high-exposure groups with the earlier AHS (2005) determined a meta-RR for NHL of 1.45 (95% CI: 1.11‑1.91) which was higher than the meta-RRs reported previously.

These findings, as summarized in **Table 9,** are consistent with results reported from prior meta-analyses but show higher risk for NHL due to the focus on the highest exposure groups.  The authors caution on the interpretation of the numerical risk estimates because of the heterogeneity between the studies. All the evidence from these studies of glyphosate-exposed mice support this association in humans and mechanistic studies of glyphosate-induced immunosuppression/inflammation, endocrine disruption, genetic alterations and oxidative stress suggest plausible links between GBH exposure and NHL development. The authors conclude "*The overall*

---

[119] Zhang, L., et al., "Exposure to Glyphosate Based Herbicides and Risk for Non-Hodgkin Lymphoma:  A Meta-Analysis and Supporting Evidence," July-September 2019, Mutation Research/Reviews in Mutation Research, Volume 781, pp. 186-206. https://doi.org/10.1016/j.mrrev.2019.02.001.

Giglio v. Monsanto Co., et al.
August 20, 2019
Page 48

*evidence from human, animal and mechanistic studies presented here supports a compelling link between exposures to GBHs[120] and increased risk for NHL.*"

## Summary of Epidemiological Studies

**Table 9** shows the various exposure parameters and assessment metrics for the five (5) epidemiological studies noted herein.

**Table 9**

**Exposure Parameters for Referenced Epidemiological Studies[121]**

| Study | Type of study | Exposure Parameters | |
| --- | --- | --- | --- |
| | | **Metrics (dose intervals)** | **Cut-off between Cases and Controls** |
| McDuffie, H. et al., 2001 | Case-control study of men in six Canadian provinces. | Unexposed<br>>0 days and ≤2 days<br>>2 days/year | Cases were diagnosed with STS, HD, NHL, or MM between 9/1/1991 and 12/31/1994. Controls did not have NHL diagnoses. |
| Eriksson, M., et al., 2008 | Case-control study of men and women in Sweden | ≤ 10 days<br>>10 days | Controls were newly diagnosed NHL patients aged 18-74 years. Controls were randomly selected from the population registry. |
| Andreotti, G., et al., 2018 | Prospective cohort study of pesticide applicators | Never use<br>Quartiles ranging from 1 day to ≥ 108.5 days<br>Tertiles ranging from 1 day to ≥ 62.0 days | Cases reported ever use of glyphosate. Reference subjects may have used any other pesticides. |
| Leon, et al, 2019 | Pooled analysis of three agricultural worker cohorts | Ever use | Cases reported ever use of glyphosate. Reference subjects may have used any other pesticides. |
| Zhang, et al., 2019 | Meta-analysis | Ever use | 6 studies included in primary analysis: one cohort and five case-control. |

---

[120] Glyphosate-based herbicides.

[121] All studies in the table revealed statistically significant increased rates of some type of NHL, except Andreotti, et al., 2018.

Giglio v. Monsanto Co., et al.
August 20, 2019
Page 49

**Comparisons of Exposure Days to Human Epidemiological Studies**

The results of the "Exposure Day" calculations based on validated, reported exposure intervals, as reported in the above tables, indicate that Mr. Giglio's cumulative exposures were above all of the exposure threshold metric cut-offs. That is, he exceeded the *"ever exposed"* threshold, the *">0 and ≤ 2 days"* threshold, the *">2 days per year"* threshold, *"10 days of exposure or less,"* and *"10 or more hours per year"* exposure thresholds.

Mr. Giglio's cumulative ***23 mean exposure days*** is at the second quartile of exposure as defined in the Agricultural Health Study of "13.75 – 38.74 days." It is important to note that Mr. Giglio's exposure was expressly calculated based on recollections in testimony and interviews and thus, his cumulative total of *"mean exposure days"* represents a highly conservative value. Note also that no statistically significant finding of NHL was reported in the "Agricultural Health Study."

In summary, Ms. Giglio exceeded most of the exposure metrics of the cited human epidemiological studies, thus documenting that he was well within range of the human studies that revealed *statistically significant increased NHL cases among glyphosate applicators*.

**Personal Protective Equipment (PPE) and Measured Dermal Exposure Levels**

It is generally recognized that personal protective equipment (PPE) constitutes an essential part of safe preparation, application and handling of potentially hazardous substances. With the exception of eye exposure warnings, the Roundup label has not provided sufficient toxicological warning information and PPE requirements.

Liquid aerosol from an herbicide such as Roundup can be absorbed by exposed skin and/or by penetrating through clothing which comes into prolonged contact with skin. Such dermal absorption routes have been previously assessed in toxicological dose assessment studies (including studies by Monsanto).

Giglio v. Monsanto Co., et al.
August 20, 2019
Page 50

Quantification of these routes of exposure must be based on objective, factual information to determine the dose contributed by each defined route. For example, early studies as cited by Machado-Neto, et al., of knapsack sprayers reveal that hands presented only 10 to 25% and legs 25 to 85% of the total dermal exposure route.[122]

**Penetration of Glyphosate through Clothing**

Studies using gauze patches on the inside and outside of garments (paired patches) such as pants, shirts, etc., have been conducted to determine the penetration of glyphosate through clothing. Such studies use laboratory analyses to measure glyphosate or surrogate markers on each side of the fabric to determine the percent penetration. A study of highly-protected glyphosate applicators concluded "*Nevertheless, average values for all paired patches showed an average of 22.9% of the glyphosate deposited on worker clothing might be expected to penetrate through it.*"[123]

The applicators in this study wore protective clothing that consisted of a protective suit, rubber gloves and boots. Spraying was performed by placing a metal cylindrical shield on the end of the wand (a spray chamber) around each seedling and then releasing only about 0.5 ml per spray which targeted the weeds <u>without drift;</u> thus protecting nearby seedlings. Glyphosate deposition was analyzed from paired glyphosate collection patches on the outside and inside of the clothing worn by workers.

In contrast, during his residential spraying activities Mr. Giglio wore *no personal protective equipment of any kind.* He wore no eye protection, mask or anything covering his nose/mouth. He did not wear gloves, mask or any type of PPE when spraying at home, not even socks. 80% of the time he wore short pants and short sleeves. He wore gloves starting in 2010 to 2014 in his turf-installation business, but wore no gloves when spraying at home. In his occupational spraying activities, he wore gloves (as used in concrete work) and also wore a surgical dust mask if it was windy. However, he was frequently *"kneeling in Roundup"* (per interview) as he applied the weed killer in his turf installation activities.

---

[122] Van Hemmen, 1992 <u>in</u> Machado-Neto, et al., "Safety of Working Conditions of Glyphosate Applicators on Eucalyptus Forests Using Knapsack and Tractor Powered Sprayers" 2000, Bull. Environ. Contam. Toxicol. , Vol. 64, pp. 309-315.

[123] Lavy, T. et al., "Conifer Seedling Nursery Worker Exposure to Glyphosate," 1992, Arch. Environ. Contamin. Toxicolo. Vol.22, pp. 6-13.

Giglio v. Monsanto Co., et al.
August 20, 2019
Page 51

**Lack of Personal Protective Equipment (PPE)**

The presence of systemic glyphosate in humans has been well documented and previously reported.[124] Acquavella, et al., performed biomonitoring of 48 farmers, their spouses and 79 children (4-18 years) for glyphosate in urine the day before as well as one and three days after glyphosate application (tractor and boom). They reported detectable levels of glyphosate in urine on the day of application in sixty percent of the farmers (geometric mean was 3 ppb; the maximum value was 233 ppb and the highest estimated systemic dose was 0.004 mg/kg).  The maximum value of 233 µg/L was from a farmer whose teenage son also had the highest urinary concentration of 29 µg/L among children.  Farmers who did not use rubber gloves had <u>five times</u> more glyphosate in their urine than those wearing protective gloves.

Various glyphosate-based formulas were used with various surfactants and/or salts.  The proportions of participants with detectable urinary glyphosate differed between the two states: 87% detection rate in South Carolina; 36% in Minnesota. The urine concentrations were similarly different: 7.9 µg/L on day of application in South Carolina; 1.4 µg/L on day of application in Minnesota. The proportion of applicators wearing rubber gloves in Minnesota (96%) was much greater than that in South Carolina (43%) suggesting that the use of gloves is responsible for the differences seen. It is interesting to note that a similar proportion of glove-wearing applicators was reported by Alavanja, et al., in 1999: 39% in North Carolina; 76% in Iowa.

A study of farmers' application of pesticides (mostly glyphosate-based formulations) in the Nanumba area documented that a typical farmer's usage of pesticides did not follow safe practices. Of 100 farmers, only 55% indicated that they checked pesticide label information while 42% indicated that they used pesticides without checking labels. Modeled farmer exposure to glyphosate was noted to be 0.3 mg/kgBW/day on average (0.7 mg/kgBW/day 95th percentile) when full personal protective equipment (PPE) was used and an average of  4.2 (8.1 – 95th percentile) mg/kgBW/day when PPE was not used. It is noteworthy that 90% of the farmers reported to have never used masks, face shields, goggles or full respirators; less than 30% of the farmers reported using impermeable clothing. In terms of pesticide sprayed, farmers' dosing ranged widely including 9% of the farmers applying high doses between 7 and 12 L/ha and 3% of the

---

[124] ███████████████████████████████████, "Glyphosate biomonitoring for farmers and their families: results from the Farm Family Exposure Study," 2004, Environ Health Perspect 112, pp. 321-326.

Giglio v. Monsanto Co., et al.
August 20, 2019
Page 52

farmers applying doses as high as 13 - 15 L/ha. These extremely high doses of herbicide were reported by those who use it for both land clearing and weeding.[125]

According to Wumbei, et al., (2019) human exposure to herbicides can occur due to accidents while mixing, loading or applying pesticides or contact with treated crops during field re-entry. The study notes that the risk of harm to the farmer is greater during mixing than during application. A quote by a farmer states "*Some of us do not care about how close they spray to water bodies. Some of us who farm along streams sometimes spray directly into the streams and still drink from these streams, especially the rice farmers. In fact, people are joking with the pesticides over here. Some people in the process of preparing the spray solution will even put their finger into the solution and put it at the tip of their tongue to know if the solution is strong enough to kill the weeds very well.*"

**Dermal Exposure of Glyphosate Applicators**

The dermal contact exposure of glyphosate applicators was determined by Machado-Neto, et al., 2000.[126] In these studies, applications were conducted under different scenarios, both with and without personnel protective equipment. Potential dermal exposure was measured by the authors by the use of a copper fungicide added to the Roundup spray solution as a surrogate metric. That is, Cu+2 cations were measured in the laboratory from *"Carefree"* female sanitary pads placed on the exterior of the clothing.

These sanitary pads were externally affixed to eight defined areas of each worker's body. These included a) head, face and neck, b) arms and forearms, c) hands, d) thorax front, e) thorax back, f) legs and front thigh, g) legs and back thigh, and h) feet. Personal dermal exposure (PDE) in hands was directly measured by analysis of the cotton gloves used by workers. Total body exposure via the dermal route (in units of mg/day of glyphosate) was established with percentages determined for each of the eight different body areas with and without PPE.

For "knapsack" (i.e., backpack) sprayers using a lever pump sprayer, total dermal exposure measured 1,945.83 mg/day versus 253.90 mg/day with PPE. In calculation of actual dermal exposures, penetration through fabric of the PPE (overalls and hoods) was

---

[125] Wumbei, A., et al., "Pesticides use and exposure among yam farmers in the Nanumba traditional area of Ghana," 2019, Environmental Monitoring Assessment, 191:307, DOI: 10.1007/s10661-019-7449-5

[126] Machado-Neto, et al., "Safety of Working Conditions of Glyphosate Applicators on Eucalyptus Forests Using Knapsack and Tractor Powered Sprayers," 2000, Bull. Environ. Contam. Toxicol. Vol. 64, pp. 309-315.

Giglio v. Monsanto Co., et al.
August 20, 2019
Page 53

referenced at penetration values of 20%, 5% for boots, 1% for rubber gloves and 1% for facial masks. Dermal absorption of 2% was then used by Machado-Neto, et al., to calculate dosage.

Absorptions from 70-minute exposure periods were extrapolated to provide values equal to absorption sustained in a theoretical work day.

**Table 10** shows the proportion (%) distribution of personal dermal exposure (PDE) for various body regions for glyphosate applicators using a lever-operated knapsack sprayer as published in the 2000 Machado-Neto study.[127]

**Table 10**

**Distribution of PDEs in Body Regions of Glyphosate Applicators**

| Type of Sprayer | Glyphosate Concentration | % of Body Regions | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | A | B | C | D | E | F | G | H |
| Lever-operated Knapsack | 0.48% | 0.1% | 0.5% | 4.3% | 1.6% | 0.1% | 44.6% | 7.7% | 41.1% |

| | |
|---|---|
| A = head + face + neck | E = thorax back |
| B = arms + forearms | F = legs + front thigh |
| C = hands | G = legs + back thigh |
| D = thorax front | H = feet |

Although Mr. Giglio did not personally use a knapsack-type sprayer, these results are highly significant in the current matter. The table notes that the highest percentages of exposed body regions are (1) legs+front thigh and (2) feet. These areas are those most likely to have been exposed to Roundup during Mr. Giglio's applications as he reported regularly wearing open shoes and shorts during his spray applications.

**Table 11** shows the published 2000 Machado-Neto study results of glyphosate dermal exposure (in mg/day) expressed as "Potential" exposure and as "NCDE" (Not Controlled Dermal Exposure). This table is also significant in the current matter as it clearly demonstrates the potential difference in exposure between sprayers wearing personal

---

[127] Machado-Neto, et al., "Safety of Working Conditions of Glyphosate Applicators on Eucalyptus Forests Using Knapsack and Tractor Powered Sprayers," 2000, Bull. Environ. Contam. Toxicol. Vol. 64, pp. 309-315.

Giglio v. Monsanto Co., et al.
August 20, 2019
Page 54

protective equipment and those not wearing such equipment. Sprayers who did not wear PPE received **7.6 times higher** dermal exposure than those who wore PPE.

**Table 11**

**Potential Dermal Absorption (without any PPE) and Not Controlled Dermal Exposure (NCDE) with Personal Protective Equipment**

| Type of Sprayer | Glyphosate Concentration | Dermal Exposure (mg/day) | |
| --- | --- | --- | --- |
| | | Total dermal exposure | Exposure with PPE |
| Lever-operated Knapsack | 0.48% | 1,945.83 | 253.90 |

## Example of Roundup Exposure of 1,4-dioxane (no gloves, short sleeves)

*Authored by Dr. William Heydens, Monsanto Senior Toxicologist, (Mon# MONGLY00154342 (Volume 1) and MONGLY00154381 (Volume 2)*

In 1990, Monsanto submitted two reports (risk assessments) in support of glyphosate registration in Canada and the U.S. These assessments were prepared to address concerns that arose when 1,4-dioxane (a contaminant in Roundup which is a substance characterized by IARC as "possibly carcinogenic to humans") was detected in Canada's Roundup (Vision Herbicide) in 1989.

Volume 1 of their assessment, *"Cancer Risk Assessment for Agricultural and Forestry Applications of Herbicide Surfactant Containing 1,4-Dioxane,"* was prepared for and submitted to Health and Welfare Canada and Agriculture Canada. Volume 2 of their assessment, *"Cancer Risk Assessment for Agricultural and Roadside Applications of Herbicide Surfactant Containing 1,4-Dioxane,"* was prepared "to address concerns more specific to California"[128] and was submitted to CDFA.[129]

To determine exposure, Monsanto examined 28 studies in the U.S. Environmental Protection Agency's generic data base for base exposure data (*i.e.* pesticide active ingredient, dermal deposition and inhalation exposure rates). Monsanto utilized the reported *median* values for their assessments claiming they are more reliable estimates of exposure than mean values and, therefore, yield more realistic assessments of risk.

---

[128]  Page 004 of 0029.

[129]  California Department of Food and Agriculture.

Giglio v. Monsanto Co., et al.
August 20, 2019
Page 55

Monsanto found that the mean exposure value was 2.8 times higher than the median for workers with gloves and long sleeves and 2.2 times higher for workers without gloves and long sleeves. Thus, only the *mean* values were utilized. Monsanto characterized these results as a "*worst-case*" risk assessment for the U.S. (Volume 2).[130]

It is notable that in Monsanto's *"worst-case"* scenario, the maximum concentration of dioxane in the formulation is 23 ppm. In the Canadian assessment, however, Monsanto reports that, after conducting extensive analyses on retained product samples located at various Monsanto manufacturing and research technology locations, the mean 1,4-dioxane concentration was **160 ± 56 ppm with a range of 56 - 307 ppm.**

The reason for this seeming disparity is that just prior to their assessments,[131] Monsanto changed their formulation requirements such that no more than 23 ppm 1,4-dioxane would be contained in the herbicide concentrate. The median exposure values Monsanto published in their Volume 1 assessment for tractor boom application in both an open cab and closed cab are presented in **Table 12** below.

**Table 12**

**Median Values for Combined Dermal and Inhalation Exposure**

| Protective Clothing Worn | Exposure (Open Loading/Mixing) (µg/pound of active ingredient applied) | Exposure (Closed Loading/Mixing) (µg/pound of active ingredient applied) |
|---|---|---|
| Long sleeves, gloves, long pants | 19.3 | 1.9 |
| Short sleeves, no gloves, and long pants | 75.6 | 7.6 |

As shown in Table 12, the exposure in both cases is approximately **four times greater** for workers wearing short-sleeved shirts without gloves than for workers wearing long sleeves and gloves.

---

[130]  Monsanto noted this to be a "*worst case approach*" although they used a lower dose (23 ppm vs. 300 ppm) of 1,4-dioxane in this assessment.

[131]  The time of the requirement change in Canada and/or US is not reported.

Giglio v. Monsanto Co., et al.
August 20, 2019
Page 56

Monsanto's Volume 2 risk assessment results for tractor boom application in an open cab using an open transfer system were based on mean exposure values as given in **Table 13**. The exposure for applicators wearing short sleeves and no gloves is <u>three times greater</u> than the exposure for applicators wearing long sleeves <u>with</u> gloves.

**Table 13**

**Mean Values: Combined Dermal and Inhalation Exposure for "Worst Case Scenario"[132]**

| Protective Clothing Worn | Exposure (μg/pound of active ingredient applied) | Exposure (μg/kg/year) |
|---|---|---|
| Short sleeves, no gloves | 165.7 | 7.79 |
| Long sleeves and gloves | 54.47 | 2.56 |

In contrast, *Mr. Giglio wore no protective equipment whatsoever in his residential spraying activities.* Again, these factors illustrate the profound difference in exposure between sprayers who wore protective equipment and those who did not.

**Omission of PPE Labeling Recommendations by Monsanto**

Monsanto conducted a formal operator exposure assessment (MON 2139) and evaluated exposure when spraying Roundup under UK conditions. A series of spray volume and dose combinations were presented and assessed. As a consequence of the results, a series of specific label recommendations were set forth in the Monsanto report.

**Table 14** summarizes the published label recommendations as noted in the MON 2139 document and their resulting presence in actual Roundup product label(s):

---

[132] Tractor boom application with an open cab and open loading/mixing conditions.

Giglio v. Monsanto Co., et al.
August 20, 2019
Page 57

**Table 14**

**Summary of MON 2139 Label Recommendations and Resulting Label Inclusions**

| Condition | Recommended PPE by <u>Monsanto</u> Scientists | Included in Current Label | Notes |
|---|---|---|---|
| *"When handling or applying the concentrate"* | Protective gloves | Yes | *"When mixing"* |
| | Face protection (face shield) | NO | |
| *"When spraying through ultra-low volume application and mist blower equipment"* | Coveralls | NO | |
| | Protective gloves | Yes | *"When mixing"* |
| | Rubber boots | NO | |
| | Face protection (face shield and dust mask) | NO | |
| *"When using low volume nozzles in <u>knapsack sprayer</u>, handheld rotary CDA sprayers and handheld weed wiper equipment"* | Water-proof jacket | NO | |
| | Water-proof trousers | NO | |
| | Protective gloves | Yes | *"When mixing"* |
| | Rubber boots | NO | |

The Roundup test applications were conducted outdoors in Florida and the results were only for hand-pumped, backpack-type sprayers. Sampling techniques were designed to establish exposure on the basis of inhalation, aerosol deposited on exposed skin and the amount that may deposit on covered skin.

Deposition on skin was estimated by attaching 11 (eleven) 10x10 cm surgical pads at strategic locations on the applicator's body as follows:

| **Exposed Surfaces** | | **Under Clothing** |
|---|---|---|
| Top of head | Back | Right forearm |
| Forehead | Right bicep | Left bicep |
| Chest | Left forearm | Ankle |
| Shoulder | Thigh | |

Giglio v. Monsanto Co., et al.
August 20, 2019
Page 58

Additionally, separate estimations were made for the underline amount of glyphosate that may contaminate the operator's hands when wearing cotton gloves. It was presumed this technique would yield maximum exposure levels as the gloves would absorb any spills which could be wiped or washed off the hand.

The published results are shown in **Figure 3** below.

---

• *Potential exposure (Glyphosate found on operator clothing + unprotected skin)*

Measured exposure ($\mu g/cm^2$) is given for each body part in table 7.

Table 7: MSL-0288 exposure ($\mu g/cm^2$)

| Clothing type | Quantity of Glyphosate found ($\mu g/cm^2$) | | |
|---|---|---|---|
| | Test 1 | Test 2 | Test 3 |
| Gloves | | | |
| Left | 0.014 | 1.98 | 6.56 |
| Right | 0.006 | 2.00 | 3.22 |
| Exposed Gauze pads | | | |
| Head | -- | -- | -- |
| Forehead | -- | 0.033 | 0.012 |
| Shoulder | 0.033 | 0.116 | 0.235 |
| Chest | 0.017 | 0.083 | 0.245 |
| Back * | 6.38 | 5.96 | 3.99 |
| Thigh | 0.96 | 0.18 | 1.39 |
| Right bicep | 0.090 | 0.058 | 0.253 |
| Left forearm | 0.051 | 0.098 | 0.377 |

* Highest exposure values were observed on this pad. This was expected as the sprayer is resting on this pad allowing pickup of any spillage.

---

Figure 3: *"Table 7"* from Monsanto MON 2139 Study Showing Results of Exposure Tests

**Key Points Pertaining to Exposed Body Parts**

• Mr. Giglio's face, legs, thighs and feet were regularly exposed to liquid Roundup during his applications by virtue of the clothing he wore and the lack of personal protective equipment.

• The ug/cm$^2$ exposure to glyphosate reveals significant exposure to nearly all body areas (except forehead and head which were not consistently exposed).

• POEM model includes stated exposure percentages for different parts of the body in peer-reviewed literature for applicators and in Monsanto's own in-house studies.

Giglio v. Monsanto Co., et al.
August 20, 2019
Page 59

- Monsanto employees were <u>protected</u> with PPE in all exposed body areas stated during their tests, but consumers are <u>not protected</u> because the product label provides no such instructions (in spite of the fact that Monsanto's own report recommended specific warnings).

- In earlier reports submitted in the Monsanto litigation matters, Dr. Sullivan (an expert retained by Monsanto) has only calculated leg and hand exposures. All other exposed areas were ignored. This represents a gross deviation from accepted assessment methodology.

## 5. Glyphosate Exposure & Toxicity

Exposure models have been developed in the last 20 years that are used to estimate the exposure dose of professional operators to biocides during application. The accuracy of these models' ability to assess actual exposure is primarily determined by the pharmacokinetic studies and assumptions used in developing the model (such as dermal absorption rate and other variables).

PK models (pharmacokinetic models) simulate the absorption, distribution, metabolism and excretion (ADME) within a living system. Biomonitoring and dosimetry data are combined with PK models to reconstruct or estimate the exposure dose. It is, therefore, essential to have a good understanding of the pharmacokinetics to ensure a good estimate of the exposure dose.

### Monsanto's Glyphosate Biomonitoring and Dose Measurement Reliability

Monsanto has officially postured its glyphosate formulations as *"trade secrets"* (and thus remain unpublished). As a consequence, the general scientific community has had minimal opportunity to assess the toxicity of the various glyphosate product formulations, many of which contain surfactants and other substances. This is perhaps a peculiar position in which to find the world's most ubiquitous herbicide, but it is nevertheless a fact. It is also a substantial limitation for toxicological assessment.

As a consequence of non-disclosures, there are discrepancies and differences of opinion as to the pharmacokinetics (or ADME) of glyphosate which have not been entirely assessed in the peer-reviewed literature.

Giglio v. Monsanto Co., et al.
August 20, 2019
Page 60

However, Monsanto has conducted some limited in-house studies and internal Monsanto communications recognize the limitations of these studies. As ███████████, the head of Monsanto's Regulatory Affairs Unit, wrote:

> *"ADME has always been the weak link in our argument…we have not got rid of that problem."*[133]

When assumptions in a critical, Monsanto-contracted pharmacokinetics study were questioned by Spanish regulators, Monsanto corporate employee, ███████████, wrote,

> *"Even though we can absorb additional 'uncertainty factors' in our risk assessment based on our biomonitoring results, I feel uncomfortable with this discussion. This approach by Spain sets a precedent and contradicts the fact that we always claimed to fully understand the glyphosate pharmacokinetics."*[134]

Additional information is contained within an unpublished Monsanto study in which the percentage of dermal absorption was shown to be <u>as high as 10%</u> (TNO rat skin study). Since dermal exposure is the most significant route of exposure, a small change in the percentage of dermal exposure can have a great effect on the overall exposure. Monsanto acknowledges this fact directly in a July 2001 draft:

> *"One of the product specific parameters that can make a big difference in the exposure assessment is the dermal uptake factor which is the fraction of the amount of active ingredient on the skin surface that is absorbed by the skin tissue."*[135]

---

[133] MONGLY02221147.

[134] MONGLY02155829.

[135] ███████████, July 2001, Confidential draft, "Clustering glyphosate formulations with regard to the testing for dermal uptake."

Giglio v. Monsanto Co., et al.
August 20, 2019
Page 61

In an August 16, 2011, email regarding dermal absorption, ███████████ wrote:

> *"In Europe, we are getting prepared to submit MON 79991 (720 g/kg) for approval under the new Reg 1107/2009. We ran the UKPOEM model using a dermal penetration value of 3% and do not pass when applying 3.6 kg/ha for the tractor-mounted sprayer. I am aware of the set of studies that you ran on dermal absorption using pure K-salt and IPA-salt and also MON 52276 and MON 79351 which showed dermal absorption values of 1%. Putting 1% in the model, we get a good result, so will need to show that the 1% dermal absorption numbers are equally valid for the MON 79991 formulation."[136]*

## Glyphosate (Roundup) History and Use

Glyphosate is the active ingredient in various Roundup herbicide formulations. The Monsanto Company discovered the herbicide activity of glyphosate in 1970 and initiated sales and distribution for weed control in 1974. Glyphosate is not selective and is used on food and non-food crops. Over the subsequent four decades, glyphosate use as an herbicide has greatly expanded. It is used in agriculture, forestry, industrial right-of-ways and in residential applications worldwide.

Glyphosate's use in agriculture has been further expanded by the development of genetically-modified plants that are tolerant to glyphosate treatment (Roundup-Ready®).[137] This has significantly increased the use of glyphosate on these crops for weed control with no concern for crop injury.[138]  As a result, genetically-modified crops contain far more glyphosate residue than conventional crops.

The introduction of glyphosate-resistant (GR) crops in 1996 and the expiration of the glyphosate patent have resulted in its ubiquitous use today characterized by a 15-fold global increase since the mid-1990s.[139]

---

[136] MONGLY04107779.

[137] Williams, G. et al.,  Safety evaluation and risk assessment of the herbicide Roundup and its active ingredient, glyphosate, for humans," 2000,  Regulatory Toxicology and Pharmacology, Vol.31, pg. 117-165.

[138] Duke, S. S., "Encyclopedia of Agrochemicals," 2003, John Wiley & Sons.

[139] Benbrook, C.M., "Trends in glyphosate herbicide use in the United States and globally," 2016 Environmental Sciences Europe. 28:3.

Giglio v. Monsanto Co., et al.
August 20, 2019
Page 62

According to glyphosate pesticide registration, in 1993, approximately 13 to 20 million acres of land had been treated with 18.7 million pounds of glyphosate and used mostly on hay/pasture, soybeans and corn.[140]  According to the U.S. Geological Survey, in 2014, 300 million pounds of glyphosate were used on agricultural land in the U.S.  Since 1974, over 3.5 billion pounds of glyphosate have been applied in the US.[141]

**Contaminants within Roundup (Surfactants, Adjuvants and Co-formulants)**

A 2017 toxicological study[142] by Tarazona, et al., reviewed the scientific basis of glyphosate's carcinogenic classification and offered the following guidance with respect to contaminants in glyphosate and Roundup surfactants, adjuvants and co-formulants:

> "Surfactants are frequently used in herbicide formulations including glyphosate. Polyethoxylated tallowamines are underline several orders of magnitude more cytotoxic than glyphosate (Mesnage, et al., 2013); the mode of action is cell death with inhibition of the mitochondrial succinate dehydrogenase activity and membrane damage leading to necrosis. This mode of action is different from glyphosate while similar to that observed for glyphosate-based formulations (Benachour and Seralini, 2009). These tallowamines also produce oxidative and DNA damage (Nobels, et al., 2011), and increase the apoptotic potential of glyphosate (Kim, et al., 2013). Other surfactants as well as solvents used in pesticides formulations are cytotoxic and possibly genotoxic (Nobels, et al., 2011)."

It will be seen in the following data tables that a variety of substances have been added to the product to increase or enhance absorption. Unfortunately, it has not been possible to assess the actual constituent components of Roundup surfactants because (in the U.S.) such mixtures are protected as "proprietary" formulations. For example, the label on Roundup Original Max herbicide (which contains a proprietary surfactant) merely states "Other Ingredients: 51.3%."  In other words, more than half of the volume of the product consists of water and unknown substances.

Without good information, substance toxicity cannot be scientifically or toxicologically evaluated with reliance and accuracy. It should be further noted that individual chemical

---

[140] U.S. EPA, "Registration eligibility decision-facts: Glyphosate," 1993 United States Environmental Protection Agency, Prevention, Pesticides and Toxic Substances (7508W), EPA-738-F-93-011.

[141] Benbrook, C.M., "Trends in glyphosate herbicide use in the United States and globally," 2016, Environmental Sciences Europe. 28:3.

[142] Tarazona, et al., "Glyphosate toxicity and carcinogenicity: a review of the scientific basis of the European Union assessment and its differences with IARC," National Institutes of Health, https://www.ncbi.nlm.nih.gov/pmc/articles/PMC5515989/

Giglio v. Monsanto Co., et al.
August 20, 2019
Page 63

assessment is the recommended worldwide method for carcinogenic substances as highlighted in the previous document:

> The UN and EU guidance recommends carcinogenicity and genotoxicity studies to be conducted on <u>individual chemicals</u>, limiting testing of mixtures/formulations to cases where synergistic effects are expected (United Nations 2015).[143]

Ms. Giglio did not always purchase the exact same Roundup product. **Table 15** lists the various substances to which Mr. Giglio was potentially exposed, depending on years of exposure and type of Roundup product used, as produced over the years 1992 to 2006.[144] It is noteworthy that the product formulation has not fundamentally changed since 2006.

---

[143] Id.

[144] Note: No product formulation data was provided for super concentrate or ready-to-use formulations for U.S. EPA registration years 1982 to 1994, 1997, 1999, 2001, 2003-2008.

Giglio v. Monsanto Co., et al.
August 20, 2019
Page 64

**Table 15**

**List of 22 Chemicals Known to be Present in Roundup Based on Product Labels[145] and Potentially Used by Mr. Giglio Based on Product and Year**

| Compound/Substance | Years which Label Shows Used in Roundup |
|---|---|
| 1-dodecanamine (surfactant) | 1999 |
| Ammonium Sulfate | 2002 |
| Antifoam ("A," "AF," "C") | 1999 |
| Antimicrobial Agent | 1992, 1995, 1998, 2002 |
| Dimethyl polysiloxane | 1995 |
| Dipropylene glycol | 1998, 2002 |
| Glyphosate | 1992, 1995, 1996, 1998, 2002 |
| MON 013962 Technical Solution | 1999 |
| Nonanoic acid | 1998, 2002 |
| Pelargonic acid | 1992, 1995, 2002 |
| Polyoxyethylene alkyl amine | 2002 |
| Polyoxyethylene alkyl phosphate ester (surfactant) | 1999 |
| Polyoxyethylene alkylamine (surfactant) | 1992, 1995, 1999 |
| Potassium hydroxide | 1992, 1995, 1998, 2002 |
| Propylene glycol (co-solvent) | 1999 |
| SAG 10 | 1999 |
| SAG 30 | 1999 |
| Silicone emulsion | 1999 |
| Silicone emulsion (dimethylpolysiloxane) | 1998, 2002 |
| Surfactant Blend (tallowamine, glycerine) | 2002 |
| Surfactant Mon 59112 | 1996, 1998, 1999, 2002 |
| Water | 1992, 1995, 1996, 1998, 2002 |

---

[145] Product formulation data provided by Monsanto in response to Interrogatory Demand for only certain years. These correspond to years the products were used by plaintiff. No product formulation data was provided for U.S. EPA registration years 1993, 1994, 1997, 1999, 2001 or 2003-2008.

Giglio v. Monsanto Co., et al.
August 20, 2019
Page 65

There are critical points to note with respect to this formulation chronology:

- The basic product formulation has not changed significantly over the years.

- Although every product contains surfactants in various forms, the word "surfactant" only appears in selected years.  Labels often substituted different POEAs as a specific surfactant.  Sometimes a proprietary mixture is presented in abbreviated form.

**Table 16** presents a detailed breakdown of the various Roundup formulations available to Mr. Giglio based on product labels available for assessment.

**Table 16**

**Roundup Formulations potentially used by Mr. Giglio: Chemicals within Glyphosate and Roundup Surfactants, Adjuvants and Co-formulants**

| Product Brand Name | Formulation(s) |
|---|---|
| Roundup Ready-To-Use Weed & Grass Killer EPA Reg: 71995-08 (7/13/1992) | ████████████████████████████ |
| ROUNDUP Super Concentrate Weed & Grass Killer 2 (12-3-1999) | ████████████████████████████ |
| Roundup Ready-To-Use Weed & Grass Killer [1] EPA Reg: 71995-12 (8/16/1995) | ████████████████████████████ |
| Roundup Ready-To-Use Weed & Grass Killer [2] EPA Reg: 71995-13 (11/6/1995) | ████████████████████████████ |
| Roundup Weed & Grass Killer {1} Super Concentrate EPA Reg: 71995-18 (10/17/1996) | ████████████████████████████ |
| Roundup Weed & Grass Killer [1] Ready- To-Use EPA Reg: 71995-23 (5/20/1998) | ████████████████████████████ |
|  | ████████████ |

Giglio v. Monsanto Co., et al.
August 20, 2019
Page 66

**Table 16**

**Roundup Formulations potentially used by Mr. Giglio: Chemicals within Glyphosate and Roundup Surfactants, Adjuvants and Co-formulants**

| Product Brand Name | Formulation(s) |
|---|---|
| Isopropylamine Salt of Glyphosate<br><br>(MON 0139, 62%)<br>CAS# 38641-94-0<br>(July 17, 1999) | ▬▬<br>▬▬<br><br>▬▬▬<br>▬▬▬<br>▬▬▬<br><br>▬▬▬▬▬ |
| Roundup Weed & Grass Killer Ready-To-Use<br>EPA Reg: 71995-32<br>(9/9/2002)<br>(multiple formulations) | ▬▬▬▬▬▬▬▬▬<br>▬▬▬▬▬▬▬▬▬▬<br>▬▬▬▬▬▬▬▬▬▬<br>▬▬▬▬▬▬▬▬▬▬<br>▬▬ |
| Roundup Ready-to-Use Weed & Grass Killer III<br>EPA Reg: 71995-33<br>(9/9/2002)<br>(multiple formulations) | ▬▬▬▬▬▬▬▬<br>▬▬▬▬▬▬▬▬▬<br>▬▬▬▬▬▬▬▬▬<br>▬▬▬▬▬▬▬▬<br>▬▬▬▬<br><br>▬▬▬▬▬▬▬▬▬<br>▬▬▬▬▬<br><br>▬▬▬▬▬▬▬▬▬<br>▬▬▬▬▬▬▬▬▬▬<br>▬▬▬▬▬▬▬▬▬<br>▬▬▬▬▬▬ |

Giglio v. Monsanto Co., et al.
August 20, 2019
Page 67

## Carcinogenic Substances in Roundup

Other than glyphosate, there are three (3) known (probable or confirmed) human carcinogenic substances identified as present in Roundup, either as formulation components or manufacturing reaction products.

- **Formaldehyde** is classified by IARC as a Class I Human Carcinogen and a probable human carcinogen (class B1) by U.S. EPA. National Cancer Institute researchers have concluded that, based on human study data and lab research, exposure to formaldehyde may cause leukemia in humans, particularly myeloid leukemia.

- **Ethylene Oxide** is a carcinogenic and mutagenic gas. It is classified by both U.S. EPA and by IARC as a human carcinogen by inhalation. Studies show that exposures to ethylene oxide are associated with an increased risk of cancers of white blood cells. Ethylene oxide was identified by Monsanto as being present in Roundup as long ago as 2000 (per Safety Data Sheet) noting that ethylene oxide accumulates in the top ("headspace") of product containers and can be inhaled when the lid is removed. Only very small quantities are required to produce adverse health effects. (The odor threshold for ethylene oxide varies between 250 and 700 ppm; consequently, the gas is already at toxic concentrations when it can be smelled.) Efforts were made by Monsanto to *remove cancer warning labels* for ethylene oxide as the concentration was below the OSHA action trigger level.

- **N-Nitroso** (NDMA) is classified by IARC as a Class I Human Carcinogen (2012) based on mechanistic and relevant data. It is classified by the U.S. EPA as a B2 probable human carcinogen based on the induction of tumors at multiple sites in different mammal species. N-nitroso-glyphosate was identified in 1986 (per Monsanto internal document[146]); however, although a chronic feeding study was found to be unacceptable, no additional data or studies were requested. The FAO specification governing the matter stated that "*Any impurity capable of creating an adverse effect above or beyond that of the active ingredient is potentially relevant and may therefore have to be controlled by the specification.*" However, there is no record of any action taken.

---

[146] Monsanto correspondence dated January 28, 2015, from Heydens, W. to Saltmiras, D. discussing impurities in glyphosate products.

Giglio v. Monsanto Co., et al.
August 20, 2019
Page 68

**Cancer or Tumor Promotion**

Tumor promotion is a process in which carcinogenesis by various substances positively impacts the progeny of a single initiated cell(s) to survive and expand in number and to resist the process of normal cellular aging and death (known as apoptosis) and to continue on undergoing clonal malignant growth (known as tumor progression).

In the carcinogenicity study, George, J., et al., (2010),[147] glyphosate was demonstrated to have strong tumor-promoting activity. The study documented carcinogenic effects of glyphosate using a 2-stage mouse skin carcinogenesis model and proteomic analysis. The commercial formulation of Roundup Original (glyphosate 41%, POEA = 5%, Monsanto Company, St. Louis, MO, USA) was topically applied to the skin of mice with a body weight of 12-15 g. The glyphosate dose was 25 mg/kg body weight and was applied either two or three times per week.[148]

Proteomic analysis showed that 22 spots were differentially expressed (>2-fold) on glyphosate, 7,12-dimethylbrenz[a]anthracene (DMBA), and 12-O-tetradecanoyl-phorbol-1.3-acetate (TPA) application over untreated control. These results suggested that glyphosate has tumor-promoting potential in skin carcinogenesis and its mechanism seems to be similar to TPA.

Comparing the dosing in these mice to Mr. Giglio's dose requires the consideration of body surface area, pharmacokinetics and physiological time.

Interspecies allometric scaling for dose conversion from animal-to-human is a method wherein the exchange of drug dose is based on normalization of dose to body surface area. This approach assumes that there are some unique characteristics of the anatomical, physiological and biochemical processes among species. The possible difference in pharmacokinetics/physiological time is accounted for by allometric scaling.

---

[147] George, J., et al., "Studies on glyphosate-induced carcinogenicity in mouse skin: A proteomic approach," 2010, Journal of Proteomics 73, pp. 951 – 64.

[148] Somewhat similar to that of exposed sprayers mixing Roundup 2-3 times per week with dermal contact.

Giglio v. Monsanto Co., et al.
August 20, 2019
Page 69

This method is frequently used in research for experimental purposes to predict an approximate dose on the basis of data existing in other species. **Table 17** contains an excerpt from Nair and Jacob, 2016, which uses data from FDA guidelines.[149],[150]

**Table 17**

**Human Equivalent Dose Calculation Based on Body Surface Area**

| Species | Reference Body Weight (kg) | Working weight range (kg) | Body surface area (m²) | To convert dose in mg/kg to dose in mg/m², multiply by $K_m$ | To convert dose in mg/kg to HED* in mg/kg, either | | |
|---|---|---|---|---|---|---|---|
| | | | | | | Divide animal dose by | Multiply animal dose by |
| Human | 60 | | 1.62 | 37 | | | |
| Mouse | 0.02 | 0.011-0.034 | 0.007 | 3 | | 12.3 | **0.081** |

*HED: human equivalent dose

Applying the HED and 3% dermal absorption results in a reasonably similar dose to that sustained by Mr. Giglio.

"Table 1" in the George, et al., study reveals that of the animals dosed only with the carcinogen 7,12-dimethybenz[a]anthracene (DMBA) at 52 ug/mouse, none of the 20 animals developed tumors. It should be noted that DMBA is a powerful carcinogen also found in cigarette smoke.[151] When also combined with glyphosate and applied to the skin (a single topical application of 50 mg/kg body weight per mouse), 40% of the mice developed tumors with an average of 2.8 tumors per mouse. The study demonstrated, to within 95% certainty, the carcinogenic potential of glyphosate as a powerful promoter in a 2-stage promotion model. The authors concluded in their results section that *"These results clearly indicate significant tumor promoting potential of glyphosate in mouse skin model of carcinogenesis."* It should also be noted that when the dose is factored by applying the human equivalent dose (HED) factor of 0.081 and a 3% dermal absorption factor, the glyphosate dose of 25 mg/kg body weight used in this study decreases to only

---

[149] USFDA, "Guidance for Industry: Estimating the Maximum Safe Starting Dose in Adult Healthy Volunteers," 2005, Rockville, MD: US Food and Drug Administration.

[150] Nair AB, Jacob S., "A simple practice guide for dose conversion between animals and humans," 2016, J Basic Clin Pharma, Vol. 7, pp. 27-31.

[151] Lee, et al., "Polycyclic aromatic hydrocarbons present in cigarette smoke cause bone loss in an ovariectomized rat model," 2002, Bone, Vol. 30(6), pp. 917-23.

Giglio v. Monsanto Co., et al.
August 20, 2019
Page 70

0.06 mg/kg human body weight which is less than the current "acceptable operator exposure level" (AOEL) for glyphosate (0.1 mg/kg body weight).

Epidemiological studies have implicated glyphosate in the induction of multiple myeloma[152] (MM) via positive and statistically significant associations with glyphosate exposures. The Wang, et al. (2019) study[153] examined the impact of glyphosate in the pathogenesis of multiple myeloma. A distinctive characteristic of MM is that it is consistently preceded by MGUS[154], which is the increased production of the damaging M protein. The authors used specially bred mice[155] that are predisposed to developing a mouse equivalent to human MGUS, which then progresses to MM. This specially bred mouse model recapitulates many biological and clinical features of human MM, including increased serum immunoglobulin G (IgG), bone lesions and kidney damage.

The authors dosed the specially bred mice and normal wild-type mice with 1,000 mg/L glyphosate (~ 15 times the current ADI[156] allowed in the USA) in drinking water.

Following glyphosate dosing, the specially bred mice developed progressive hematological abnormalities and plasma cell neoplasms such as splenomegaly, anemia and high serum IgG[157]. Moreover, glyphosate caused multiple organ dysfunction, including lytic bone lesions and renal damage in these predisposed mice. Glyphosate-treated normal wild mice also developed some of the adverse conditions including benign monoclonal gammopathy with increased serum IgG, anemia and plasma cell presence in the spleen and bone marrow.

---

[152] Multiple myeloma is a type of blood cancer, wherein malignant plasma cells accumulate in the bone marrow. These malignant plasma cells then produce an abnormal antibody called M protein, which offers no benefit to the body and may cause tumors, kidney damage, bone destruction and impaired immune function. A defining characteristic of multiple myeloma is a high level of M protein in the blood (M spike).

[153] Wang, L., et al., "Glyphosate induces benign monoclonal gammopathy and promotes multiple myeloma progression in mice," 2019, Journal of Hematology & Oncology, Vol. 12, pp.70.

[154] Monoclonal gammopathy of undetermined significance (MGUS) is a condition in which an abnormal protein, known as monoclonal protein or M protein, is formed within your bone marrow and secreted into the blood.

[155] Bergsagel and colleagues generated a mouse model of MM (Vk*MYC) under the C57bl/6 genetic background with sporadic c-Myc activation in germinal center B cells, resulting in the development of benign monoclonal gammopathy, a mouse equivalent to MGUS, which then progresses to MM.

[156] The authors based this on the U.S. EPA chronic reference dose for an average adult weighing roughly 80 kg.

[157] The type of MGUS that most commonly leads to myeloma.

Giglio v. Monsanto Co., et al.
August 20, 2019
Page 71

As a B-cell genome mutator, the substance called AICD[158] is known as a key pathogenic player in both MM and B-cell NHL. In the current study, glyphosate was found to increase the production of AICD in the spleen and bone marrow of both normal wild mice and the specially bred mice. Thus, the glyphosate-induced damage occurred not only in the mice predisposed to MM but also in normal wild mice.

Most importantly, the study data reveals that glyphosate elicits a B-cell-specific mutational mechanism of action in promoting carcinogenesis. The experimental evidence supports the epidemiologic finding regarding glyphosate's tissue specificity in carcinogenesis, *i.e.,* only increasing the risk for MM and NHL.

The Wang, et al. (2019) study provides the first *in vivo* evidence to support that glyphosate induces and promotes the disease progression to MM. The authors also revealed a B cell-specific mutational mechanism for glyphosate exposure that increases MM and NHL risk, providing a molecular basis for human epidemiological findings.

**Roundup and Glyphosate Genotoxicity**

Genotoxicity is the ability of a chemical to cause damage to genetic information, *i.e.*, the DNA in cells, thereby causing genetic mutations that may lead to cancer. *There is strong scientific evidence that glyphosate is genotoxic and that glyphosate-based formulations such as Roundup cause oxidative stress capable of damaging DNA.*

**Genotoxic Agents, Promotors and Inadequately Studied Chemicals**

There are several such candidate substances in Roundup which are (a) unclassified by regulatory agencies and/or (b) substances for which only limited data or no peer-reviewed study data exists.

Such limitations make objective assessment very difficult as there is no single source of authority or regulatory guidance upon which to draw. For example, in a European Food Safety statement,[159] POE-tallowamine caused positive carcinogenic findings in a number of test systems. The consensus was that the likely causative basis was cytotoxicity (note that POEA compounds are banned in Europe and other countries outside the U.S.). There are also inconsistent results (depending on whose data is consulted) which note that an

---

[158] Activation-induced cytidine deaminase (AICD)

[159] "Request for the evaluation of the toxicological assessment of the co-formulant POE-tallowamine," European Food Safety Administration, November, 2015.

Giglio v. Monsanto Co., et al.
August 20, 2019
Page 72

"unidentified" glyphosate-based formulation proved to be cytotoxic in bone marrow. However, tests of other formulations were negative.

Additionally, some substances only become carcinogenic when mixed with (or in the presence of) other substances which include formulation impurities. The interactive characteristics of such substances are not always clear. For instance, surfactant "C-6330" (an ethoxylated fatty amine used by Monsanto) is noted as being *very toxic to aquatic organisms."* The MSDS for this surfactant actually says very little of practical use as its composition is simply noted as "Proprietary." Such obfuscation of labelling chemical components merely serves to confound the assessment process as one does not (and cannot) know what is actually being assessed.

As previously noted, product ingredients can be examined individually when they are identified. However, it is <u>critically important</u> to note that when combined, these ingredients may have very different properties than the individual ingredients alone.

**Studies Demonstrating Genotoxicity and Mutagenic Effects of Glyphosate**

In the Bolognesi, et al. (1997) study,[160]  analytical grade glyphosate (99.9%) and a Roundup formulation containing various surfactants and 30.4% glyphosate were tested in the same battery of assays to investigate and compare genotoxicity measurements. DNA damage was evaluated in terms of single-strand breaks and 8-hydroxydeoxyguanosine (8-OHdG) quantification in the liver and kidney. The chromosomal damage of the two pesticide preparations was evaluated *in vivo* in bone marrow of mice as micronuclei frequency and *in vitro* in human lymphocyte culture as SCE[161] frequency.

The study found significant oxidative damage of DNA. Glyphosate induced "large and significant" increases of 8-OHdG in the liver at 24 hours, but not in the kidney. Conversely, treatment with Roundup resulted in a significant increase of 8-OHdG over the control in the kidney but a nonsignificant increase in the liver.

A dose-dependent increase of cytogenetic damage, measured as SCE frequencies, was found in human lymphocytes treated with glyphosate over the control. Furthermore, a significant increment of the cytogenetic damage was evident in Roundup-treated

---

[160] Bolognesi, Claudia, et al., "Genotoxic activity of glyphosate and its technical formulation," 1997, J. Agric. Food Chem. 45, 1957-1962.

[161] Sister chromatid exchange.

Giglio v. Monsanto Co., et al.
August 20, 2019
Page 73

lymphocytes compared to the glyphosate alone. The higher toxicity of Roundup resulted in the absence of mitotic cells above 0.33 mg/mL (333 PPM) and prevented the testing of higher doses. At the highest concentration of Roundup tested, the SCE/cell ratio was comparable to that obtained with a dose of glyphosate 10 times higher.

The *in vivo* bone marrow testing revealed an increase in micronuclei frequencies in all groups of treated mice. In addition, a significant reduction in the PCE/NCE ratio was evident in Roundup-treated mice showing target organ toxicity of the formulation.

The higher activity of Roundup in inducing toxic and genotoxic damage suggests that the co-formulants and/or surface active agents play a role in the potentiation of the effects of glyphosate.

Kang, et al., (2008)[162] found that in certain doses, glyphosate increases the micronucleus rate in the bone marrow cells of mice and causes sperm abnormalities and deformations in the heads of sperm. Roundup (41% glyphosate isopropylamine salt aqueous solution) was orally administered in doses that were determined by the $LD_{50}$:[163] low (1/8 $LD_{50}$= 580 mg//kg), medium (1/4 $LD_{50}$= 1,160 mg//kg) and high (1/2 $LD_{50}$= 2,320 mg//kg).

Using micronucleus testing,[164] Kang, et al., found that a 2,320 mg/kg dose of Roundup induced a marked increase in the bone marrow micronucleus rate in mice and exhibited a dose-dependent relationship. This shows that glyphosate has a significant mutagenic effect on the production of bone marrow cells in mice.

Also, the sperm abnormality rates in the glyphosate 1,160 and 580 mg/kg dose groups were significantly higher than in the negative control group ($P<0.01$, $P<0.05$). There was a dose-dependent relationship between exposure doses and sperm abnormality rates.

The authors conclude that glyphosate had a definite effect on both sperm counts and on the reproductive organs suggesting that glyphosate is mutagenic to the cells in mammals,

---

[162] Kang, JF, et al., "Study on mutagenesis induced by glyphosate in mice," 2008, Carcinogenesis, Teratogenesis & Mutagenesis, Vol. 20(3), pp. 227-320.

[163] LD stands for "Lethal Dose." LD50 is the amount of a material, given all at once, which causes the death of 50% (one half) of a group of test animals.

[164] Micronucleus testing of polychromatic erythrocytes in the bone marrow of mammals is a method of detecting chromosome damage and mutations in the body and chemical toxicity interfering with cellular mitosis.

Giglio v. Monsanto Co., et al.
August 20, 2019
Page 74

damages sperm in mice and has the potential to cause mutations in male reproductive cells.

A study[165] on the role of agrochemicals in genotoxic damage used biomonitoring and environmental monitoring and examined biomarkers and other indicators of genetic damage in 30 pesticide applicators as compared to a reference sample of unexposed individuals.  Exposures were noted to occur during the mixing and loading as well as the spraying of pesticide. The scientist behind the study noted that while applicators are known to work with a wide variety of chemicals in different formulations, glyphosate, in Argentine toxicological classification, is considered category IV; the lowest. Glyphosate can, therefore, be sprayed at less than 500 meters from homes and is cleared to be handled by applicators with minimal health protective measures.

The genotoxicity study revealed that, compared to the reference sample, pesticide applicators showed significant increase in DNA fragmentation, micronuclei formation and chromosome aberrations – chromatids and chromosome gaps, acentric fragments, chromosome and chromatids breaks and endoreduplications. Further reporting by the applicators noted that 37% suffered from headaches and eye irritation during spraying and afterwards; 27% had respiratory allergies and/or skin reactions; 10% suffered digestive symptoms and 13% reported acute intoxication at least once after work.

A very recent study by Wozniak et al.,[166]  published in 2018, incubated human peripheral blood mononuclear cells (PBMCs) for 24 hours in the formulation Roundup 360 PLUS, glyphosate and its metabolite aminomethylphosphonic acid (AMPA). The study assessed the impact on DNA damage at concentrations of the tested chemicals ranging from 1 to 1000 µM. The Roundup formulation caused DNA damage (single strand breaks, double strand breaks, ALS formation, DNA lesions) even at concentrations as low as 5 µM and glyphosate and AMPA caused DNA lesions at concentrations of 250 µM and 500 µM, respectively. The amount of DNA damage caused by the chemicals increased from AMPA to glyphosate to Roundup 360 PLUS with Roundup causing DNA damage at concentrations 50 times lower than glyphosate.  The DNA strand breaks induced at 10

---

[165] Aiassa, D. et al., "Evaluation of genetic damage in pesticides applicators from the province of Cordoba, Agentina," 2019, Environmental Science and Pollution Research, Vol. 26(20), pages 20981-20988. doi: 10.1007/s11356-019-05344-2. Epub 2019 May 21.

[166] Wozniak, E., et al., "The mechanism of DNA damage induced by Roundup 360 PLUS, glyphosate and AMPA in human peripheral blood mononuclear cells – genotoxic risk assessment," 2018, Food and Chemical Toxicology, doi: 10.1016/j.fct.2018.07.035

Giglio v. Monsanto Co., et al.
August 20, 2019
Page 75

µM application of Roundup were not repaired after incubation with PBMCs (incubation with PBMCs were shown to significantly repair DNA damage at 5 µM Roundup, 250 µM glyphosate and 500 µM AMPA). This underlined the point that glyphosate formulations are more toxic than glyphosate itself. The study also proposed that the damage occurred through oxidative reactions.

Another recent study of Suarez-Larios, et al., (2017) reveals a genotoxic mode of action for glyphosate pesticides. The investigation was undertaken by Suarez-Larios, et al.,[167] to determine whether or not exposure to pesticides would induce double-strand breaks (DSB) in cells (a lesion related to the formation of chromosomal rearrangements and increased leukemia risk).  Of the eight pesticides tested (endosulfan, glyphosate, pentachlorophenol, permethrin, propoxur, AMPA, endosulfan lactone and paraoxon), four showed a significant effect on the number of cells with double-strand breaks. However, glyphosate and paraoxon (both organo-phosphates) showed the greatest increase in the number of cells with double-strand breaks.  Further, it was determined that glyphosate and paraoxon reduced the number of viable cells in a dose-dependent manner; specifically, going from 100% cell viability to 70% with glyphosate. Not only did these two pesticides induce greater breakage, they also induced the phosphorylation[168] of KU80, a protein that participates in the c NHEJ recombinational repair pathway which is responsible for repair of the cells when double-stand breaks occur.

It was further noted in the study that these effects occurred at low concentrations in an acute treatment to cells in the laboratory setting.  "*Effects over longer exposure in actual environmental settings are expected to produce cumulative damage if repeated events of recombination take place over time.*"  In other words, the more often a cell is damaged by glyphosate-induced breakage, the less likely the c NHEJ recombinational repair pathway will be able to repair it.  Thus, the linear approach required by the U.S. EPA methodology is appropriate as the mode of action proposed by Suarez-Larios, et al., is not a threshold-

---

[167]Suarez-Larios, K., et al., "Screening of pesticides with the potential of inducing DSB and successive recombinational repair," 2017, Journal of Toxicology.

[168] Phosphorylation plays a critical role in the regulation of cellular processes.

Giglio v. Monsanto Co., et al.
August 20, 2019
Page 76

based genotoxic mechanism. Other studies indicate that glyphosate can act as an endocrine disruptor[169] and has tumor-promoting activity.[170]

*In vivo* observations of human populations exposed to Roundup have revealed statistically significant outcomes demonstrating genotoxicity at low exposure levels[171] as well as *in vivo* studies of laboratory animals fed Roundup.[172] These studies challenge both animal and human systems providing *in vivo* doses of Roundup with resulting genotoxicity.

Furthermore, the exposure was to the Roundup product itself, not merely the chemical glyphosate. Additionally, these human cell studies present conditions with low dosing and concentrations and are, therefore, in no way extreme cases or otherwise inapplicable.

In Lioi, M.B., et al., (1998),[173] the authors studied the genotoxic activity of glyphosate[174] in *in vivo* cultures of bovine lymphocytes using chromosome aberration (CA) and sister chromosome exchange (SCE) frequencies as genetic endpoints and a variation of the G6PD[175] enzyme activity as a marker of changes in the normal cell redox state. The study found a statistically significant increase of CAs, SCEs and G6PD activity in glyphosate-exposed cultures when compared to controls.

---

[169] Gasnier, C., et al., "Glyphosate-based herbicides are toxic and endocrine disruptors in human cell lines," 2009, Toxicology, Vol. 262, pp. 184 -191.

Thongprakaisang, S., et al., "Glyphosate induces human breast cancer cells growth via estrogen receptors," 2013, Food and Chemical Toxicology, doi: http://dx.doi.org/10.1016/j.fct.2013.05.057

[170] George, J., et al., "Studies on glyphosate-induced carcinogenicity in mouse skin: A proteomic approach," 2010, Journal of Proteomics, Vol. 73, pp. 951 – 964.

[171] Paz-y-Miño, C., et al., "Evaluation of DNA damage in an Ecuadorian population exposed to glyphosate*," 2007,* Genetics and Molecular Biology**,** 30(2).

Bolognesi, C., et al., "Biomonitoring of genotoxic risk in agricultural workers from five Colombian regions: Association to occupational exposure to glyphosate," 2009, Journal of Toxicology and Environmental Health, Part A, Vol. 72, pp. 986 -997.

[172] Peluso, M., et al, "32P-postlabeling detection of DNA adducts in mice treated with herbicide roundup," 1998, Environmental and Molecular Mutagenesis. Vol. 31(1), pp. 55 -59. DOI: 10.1002/(SICI)1098-2280(1998)31:1<55::AID-EM8>3.0.CO;2-A

[173] Lioi, M.B., et al., "Genotoxicity and oxidative stress induced by pesticide exposure in bovine lymphocyte cultures *in vitro*," 1998, Mutation Research, Vol. 403, pp. 13–20.

[174] Vinclozolin and DPX-E9636 were also included in this study.

[175] Glucose 6-phosphate dehydrogenase

Giglio v. Monsanto Co., et al.
August 20, 2019
Page 77

Glyphosate produced a significant increase in the percentage and frequency of aberrant cells (chromatid and isochromatid breaks). This clastogenic effect[176] was accompanied by a dose-dependent decreasing trend in cell proliferation.

In the cytoxicity study by Lioi, et al., (1998),[177] the authors analyzed CAs, SCEs, mitotic index (MI) and G6PD enzyme activity in <u>human peripheral lymphocytes</u> exposed to glyphosate *in vitro*.[178] Glyphosate induced a significant dose-related increase in the percentage and frequency of CAs; an increase of SCE frequency was also observed. A significant enhancement of G6PD enzyme activity was observed in the range of 8.5-51 µM glyphosate concentration. The study reported that the increase in the G6PD activity in the glyphosate-exposed lymphocytic cultures strongly indicated the induction of a pro-oxidant state of the cells as an initial response to exposure.

**Genotoxicity of Roundup, Glyphosate and POEA/Tallowamine (POEA) in Fish:**

In a study done on the effects of Polyoxyethylene Amine (POEA) on genotoxic, biochemical and physiological parameters of the freshwater teleost *Prochilodus lineatus*, a comet assay was used to analyze DNA damage in blood cells, indicating the genotoxicity of POEA at all concentration tested. The results of their study showed that POEA can cause effects such as hemolysis, DNA damage and lipid peroxidation, which are directly related to an imbalance in the redox state of the fish. Studies of acute exposure of P. lineatus to Roundup also found liver catalase activity inhibition. This suggests that both formulated Roundup and POEA interfere with the antioxidant defenses in fish. This study concluded that some of the effects observed after the fish were exposed to glyphosate-based herbicides may be related to the addition of POEA. The following damages occurred: hemolysis, DNA damage, lipid peroxidation. They concluded exposure to POEA generates a condition of oxidative stress in fish.[179]

---

[176] Causing breaks in chromosomes which result in sections of a chromosome being deleted or rearranged.

[177] Lioi, M.B., et al., "Cytogenetic Damage and Induction of Pro-Oxidant State in Human Lymphocytes Exposed *In Vitro* to Glyphosate, Vinclozolin, Atrazine and DPX-E9636," 1998, Environmental and Molecular Mutagenesis, Vol. 32, pp. 39–46.

[178] Vinclozolin, atrazine and DPX-E9636 were also included in this study.

[179] Navarro, Claudia D.C., and Claudia B.R. Martinez. "Effects of the Surfactant Polyoxyethylene Amine (POEA) on Genotoxic, Biochemical and Physiological Parameters of the Freshwater Teleost Prochilodus Lineatus." *Comparative Biochemistry and Physiology Part C: Toxicology & Pharmacology*, vol. 165, June 2014, pp. 83–90., doi:10.1016/j.cbpc.2014.06.003.

Giglio v. Monsanto Co., et al.
August 20, 2019
Page 78

In a study by Marques, et al., titled "*Progression of DNA damage induced by a glyphosate-based herbicide in fish (Anguilla anguilla) upon exposure and post-exposure periods — Insights into the mechanisms of genotoxicity and DNA repair*" by Marques, et al., the authors aimed to improve the knowledge on the progression of DNA damage upon short-term exposure and post-exposure to Roundup. They evaluated DNA damage in hepatic cells via comet assays. They found that the liver cells of fish exposed to the lowest concentration of Roundup displayed significantly lower $NSS_{FPG}$ levels[180] compared to the control. After absorbing the herbicide, the fish cells responded by enhancing its DNA repair capacity and/or mobilizing the antioxidant system as a response to ROS over-generation, reducing the cell vulnerability towards oxidative damage that was induced by the glyphosate. The results are evidence of a pro-oxidant status induced by Roundup and its potential to oxidatively damage DNA. In conclusion, they found **DNA repair machinery was shown to be susceptible to inhibitory actions during the exposure period**. The DNA repair enzymes seem to be susceptible to inhibitory actions associated with higher levels of Roundup constituents/metabolites.[181]

In a study conducted on the toxicity ranking and toxic mode of action for commonly used agricultural adjuvants, Ethoxylated tallow alkylamine was the most toxic compound tested.[182] A high toxicity after exposure to POEA had already been reported for several species such as tadpoles and green algae. The results of this study showed membrane damage after exposure to POEA and illustrates severe effects of DNA damage with the induction of bacterial SOS responses indicating possible genotoxicity for POEA.[183]

In a report done on the effects of surfactants on the toxicity of glyphosate, with specific reference to RODEO, possible mechanisms by which Roundup surfactants might exert biological effects or alter the toxicity of glyphosate included: decreasing surface tension, perturbing membrane permeability or transport function of membranes or other diffusion

---

[180] Unclear what NSS is; FPG is a DNA-lesion specific endonuclease.

[181] Marques, A., et al., Progression of DNA Damage Induced by a Glyphosate-Based Herbicide in Fish (Anguilla anguilla) Upon Exposure and Post-exposure Periods--Insights into the Mechanisms of Genotoxicity and DNA Repair. Comp Biochem Physiol C Toxicol Pharmacol. 2014 Nov; 166:126-33. doi: 10.1016/j.cbpc.2014.07.009. Epub 2014 Aug 9.

[182] Other compounds tested include AE, tri-EO, EO FA and EO NP, and gamma-butyrolactone.

[183] Nobels, Ingrid, et al. "Toxicity Ranking and Toxic Mode of Action Evaluation of Commonly Used Agricultural Adjuvants on the Basis of Bacterial Gene Expression Profiles." *PLoS ONE*, vol. 6, no. 11, 18 Nov. 2011, doi:10.1371/journal.pone.0024139.
https://journals.plos.org/plosone/article/file?id=10.1371/journal.pone.0024139&type=printable

Giglio v. Monsanto Co., et al.
August 20, 2019
Page 79

barriers, and interacting directly with glyphosate to alter its disposition. The authors reference a study analyzing human poisoning cases by Sawanda et al. (1998). This study indicated that the acute $LD_{50}$ of POEA was "*less than one-third that of roundup and its active ingredient*". Martinez and Brown (1991) indicated that POEA by itself had a $LD_{50}$ of 1-2 g/kg. POEA is more toxic in alkaline water than in acidic water, thus the relative potency of POEA with respect to glyphosate is pH dependent. In conclusion, POEA is substantially more toxic than glyphosate, and there is a lack of evidence on specific mechanisms of interactions between glyphosate and the surfactants.[184]

**Recent Genotoxic Study of Pesticides (2019)**

In Aiassa, D., et al., "Evaluation of genetic damage in pesticides applicators from the province of Cordoba, Argentina," 2019,[185] the authors conducted a descriptive-correlational study to determine if occupational exposure to pesticides constitutes a factor of genotoxic damage.

From the results of the many research studies from around the world that have provided scientific evidence of a positive correlation between exposure time, doses and high frequencies of these biomarkers, the authors found that the most common biomarkers used to evaluate the genotoxic effect in human populations occupationally exposed to pesticides are chromosomal aberrations (CAs), micronuclei (MN), sister chromatid exchanges (SCEs) and DNA fragmentation.

This study consisted of 52 individuals: 30 pesticide applicators and 22 male referents with no significant differences in lifestyle or diet between the two groups.[186]

The active ingredients of the most used pesticides were glyphosate, cypermethrin and chlorpyrifos. It was not possible to determine the damage caused by each individual pesticide because the applicators were exposed to complex mixtures of agrochemicals. All applicators used ground-spraying machines. Twenty-three percent of pesticide

---

[184] Diamond, G. et al., "Effects of Surfactants on the Toxicity of Glyphosate, with Specific Reference to RODEO." United States Department of Agriculture, 1997. https://www.fs.fed.us/foresthealth/pesticide/pdfs/Surfactants.pdf

[185] Aiassa, D. et al., "Evaluation of genetic damage in pesticides applicators from the province of Cordoba, Argentina," 2019, Environmental Science and Pollution Research, Vol. 26(20), pages: 20981-20988. doi: 10.1007/s11356-019-05344-2. Epub 2019 May 21.

[186] Of the six smokers in the exposed group, three smoked 10 cigarettes per day, one smoked 15 per day and two smoked 20 per day. Control group was non-smoking.

Giglio v. Monsanto Co., et al.
August 20, 2019
Page 80

applicators did not wear any personal protection equipment during spraying and mixing; 17% wore gloves, glasses and masks; 23% wore gloves only; 37% wore gloves and masks.

The genotoxicity tests performed in the pesticide applicators showed a <u>significant increase</u> in the mean of CAs, MN and DNA fragmentation relative to the reference group. The mean values for fragmentation of the DNA in the group of applicators was more than <u>10 times higher</u> than those in the reference group (3,206 vs. 269). CAs, both with and without gaps, exhibited a statistically significant increase in the exposed group compared with the control group. Chromatid breaks and endoreduplications were the two aberrations that showed statistically significant differences between the two groups.

**Modes of Action and Safety Considerations**

Glyphosate can be applied both as a ground spray and as an aerial spray. It is used to modify plant growth, speed up the ripening of fruit, applied as a ground spray for peanuts and an aerial spray for sugarcane.[187]  Glyphosate is also sprayed directly on wheat just prior to harvest as a consequence of a peculiar practice called *"browning"* or *"desiccating."*

Glyphosate is absorbed by the leaves and stems of the plant and readily translocated throughout.  Specifically, glyphosate disrupts the shikimate acid pathway[188] by inhibiting the activity of a key enzyme (EPSP synthase) that is needed to form the essential amino acids.[189,190,191]  The shikimate acid pathway is a crucial process in all higher-order plants. Thus, glyphosate will kill most plants.  Glyphosate-resistant crops use an alternative EPSP enzyme and are, therefore, <u>specifically genetically engineered</u> to withstand extremely high levels of glyphosate without perishing. This metabolic process is also a crucial one in many microorganisms, but it is not utilized directly by animals or humans.

---

[187] Id.

[188] Williams, G. et al., "Safety evaluation and risk assessment of the herbicide Roundup and its active ingredient, glyphosate, for humans," 2000, Regulatory Toxicology and Pharmacology, Vol.31, pp. 117 - 165.

[189] Boocock, M. R., "Kinetics of 5-enolpyruvylshikimate-3-phosphate synthase inhibition by glyphosate," 1983, FEBS Letters 154, pp. 127-133.

[190] Hollander, H., & Amrhein, N., "The site of the inhibition of the shikimate pathway by glyphosate," 1980, Plant Physiol 66(5), pp. 823-829.

[191] Schönbrunn, E. et al., "Interaction of the herbicide glyphosate with its target enzyme 5-enolpyruvylshikimate 3-phosphate synthase in atomic detail," 2001, Proc Natl Acad Sci USA Feb 13; 98(4), pp. 1376–1380.

Giglio v. Monsanto Co., et al.
August 20, 2019
Page 81

Throughout the years, Monsanto has advertised and promoted the safety of their Roundup products by claiming that the active ingredient, glyphosate, works by targeting an enzyme found in plants but not in people or pets.

However, recent evidence suggests that glyphosate may disrupt the essential shikimate process in bacteria, particularly the beneficial bacteria of the human intestinal tract. Additionally, glyphosate has been shown to sporadically cause potent inhibitions in the xenobiotic-metabolizing enzyme CYP2C9[192] which is responsible for biotransformation, metabolism and elimination of various toxic compounds from the body.[193]

A recent review by Samsel and Seneff (2013) hypothesized that glyphosate's known ability to disrupt the intestinal bacteria flora and to suppress a family of enzymes that play an important role in detoxifying harmful chemicals could be contributing to a rise in modern human diseases worldwide.[194]   Glyphosate has also been demonstrated to be genotoxic and carcinogenic as discussed in detail.

**Glyphosate (Roundup) Formulations: Chemical and Physical Information**

Glyphosate is the declared active ingredient (DAI) in Monsanto's Roundup herbicide products; however, it is only one ingredient in the formulation and *is almost never applied in isolated form*.  Other substances (referred to as co-formulants) are added in order to modify the physicochemical properties, thereby improving the efficacy of the glyphosate-based formulation.[195,196,197]   Examples of co-formulants are spreaders, compatibility agents, anti-foaming agents, drift retardants and surfactants.

---

[192] Abass, K., Turpeinen, M., and Pelkonen, O. "An evaluation of the cytochrome P450 inhibition potential of selected pesticides in human hepatic microsomes," 2009, Journal of Environmental Science and Health Part B, 44(6).

[193] Gueguen, Y. et al., "Cytochromes P450: xenobiotic metabolism, regulation and clinical importance," 2006, Ann Biol Clin (Paris) 64, pp. 535-548.

[194] Samsel, A. and Seneff, S., "Glyphosate's suppression of cytochrome P450 enzymes and amino acid biosynthesis by the gut microbiome: Pathways to modern diseases," 2013, Entropy (15), pp. 1416-1463.

[195] Defarge, N. E., "Co-formulants in glyphosate-based herbicides disrupt aromatase activity in human cells below toxic levels," 2013, Int J Environ Res Public Health. 13(3), pp. 264.

[196] Nobels, I. et al., "Toxicity ranking and toxic mode of action evaluation of commonly used agricultural adjuvants on the basis of bacterial gene expression profiles," 2013, PLoS ONE 6, pp. 264.

[197] Haefs R. et al., "Studies on a new group of biodegradable surfactants for glyphosate," 2002, Pest Manag. Sci. 58, pp. 825–833.

Giglio v. Monsanto Co., et al.
August 20, 2019
Page 82

The specific identities and the amounts of co-formulants in the herbicide formulations have largely been kept confidential because they are considered by Monsanto as proprietary data. Often, co-formulants are declared as "inert" as they do not act directly on the intended target, *i.e.,* the weed. Moreover, they historically have not been included in either toxicity tests of pesticides on mammals for the establishment of their acceptable daily intake (ADI) or in animal carcinogenicity studies.

Most glyphosate-based formulations (GBFs) contain the same three primary ingredients: (1) glyphosate salt, (2) co-formulants (e.g. surfactants) and (3) inert ingredients (e.g., "water").[198] Formulations differ from one another by the specific salt included in the formulation and the amount and type of surfactants, other co-formulants and inert ingredients.

Glyphosate-based formulation ingredients can be examined individually; however, one must be mindful that the sum of these ingredients may have very different properties than the individual ingredients alone.

The salt of glyphosate in a GBF is comprised of an organic base combined with glyphosate. Glyphosate [N-(phosphonomethyl) glycine] is amphoteric (can act as either an acid or a base) and is practically insoluble in organic solvents.[199] Glyphosate as a weak acid has a hydrogen ion held to a phosphorous group by a weak electrostatic charge. By replacing this hydrogen ion with a different cation (organic base), herbicide manufacturers are able to make a more water-soluble glyphosate salt. Isopropylamine (IPA) is the organic base that is most commonly used in Roundup-formulated products.[200,201] This cation is also bound by a weak electrostatic charge and may not stay with the glyphosate acid; once it is added to water by the applicator, it can be easily replaced by other positively charged ions from the water.[202]

---

[198] ████████████ Confidential draft. "Clustering glyphosate formulations with regard to the testing for dermal uptake," 2001. (Tab 15; see also MONGLY01839476 for draft of this document.)

[199] Williams, G. et al., "Safety evaluation and risk assessment of the herbicide Roundup and its active ingredient, glyphosate, for humans," 2000, Regulatory Toxicology and Pharmacology, Vol.31, pp. 117 - 165.

[200] Id.

[201] ████████, Confidential draft. "Clustering glyphosate formulations with regard to the testing for dermal uptake," 2001. (Tab 15; see also MONGLY01839476 for draft of this document.)

[202] Interactions between glyphosate and calcium salts found in water are the primary reason for adding AMS to the spray tank. (http://www.weeds.iastate.edu/mgmt/2001/glyphosateformulations.htm)

Giglio v. Monsanto Co., et al.
August 20, 2019
Page 83

Thus, the glyphosate that is working in the plant is usually not associated with the original salt.[203] The specific salt used in the formulation may not significantly impact herbicide performance. The glyphosate concentration in the final formulation will depend on the salt used as each salt has a different molecular weight.  A lighter salt will result in a higher glyphosate concentration.[204]

Several salt types have been used to formulate glyphosate products including isopropylamine (IPA), ammonium, sodium and potassium glyphosate salts[205] (see **Table 18**). Glyphosate isopropylamine salt is the one most commonly used in Roundup-formulated products[206] and commonly used in all glyphosate-based products.[207]

**Table 18**
**Properties of Glyphosate and Common Salts of Glyphosate in Roundup[208]**

| Herbicidal Agent | Solubility in water (g/L) | MW (g/mol) | Molecular Formula |
|---|---|---|---|
| Glyphosate acid | **pH 1.9:** 10.5 <br> **pH 7.0:** 157 | 169.07 | $C_3H_8NO_5P$  or <br> $HOOCCH_2NHCH_2PO(OH)_2$ |
| Glyphosate  Potassium salt | 900[a] | 207.16 | $C_3H_7KNO_5P$ |
| Glyphosate Ammonium salt | 300[a] | 186.11 | $C_3H_{11}N_2O_5P$ |
| Glyphosate Sodium salt | 500[a] | 191.06 | $C_3H_7NNaO_5P$ |
| Glyphosate Isopropylamine salt (IPA) | **pH 7.0:** 900 <br> **pH 4.1:** 786 | 228.19 | $C_6H_{17}N_2O_5P$  or <br> $C_3H_9N - C_3H_8NO_5P$ |

---

[203] ▮▮▮▮▮▮▮▮▮▮, Confidential draft.  "Clustering glyphosate formulations with regard to the testing for dermal uptake," 2001. (Tab 15; see also MONGLY01839476 for draft of this document.)

[204] The active ingredient concentration in a GBF is specified as a glyphosate equivalent or an acid equivalent (a.e.) referring to the free form of the acid.  This allows for comparability between formulations.

[205] ▮▮▮▮▮▮▮▮▮▮, Confidential draft.  "Clustering glyphosate formulations with regard to the testing for dermal uptake." 2001. (Tab 15; see also MONGLY01839476 for draft of this document.)

[206] Giesey, J. P., Dobson, S., & Solomon, K. R., "Ecotoxicological risk assessment for Roundup herbicide," 2000, Rev. Environ. Contam. Toxicol. 167, pp. 35-120.

[207] U.S. EPA, "Registration eligibility decision-Facts: Glyphosate," 1993, United States Environmental Protection Agency, Prevention, Pesticides and Toxic Substances (7508W), EPA-738-F-93-011.

[208] http://npic.orst.edu/factsheets/archive/glyphotech.html

Giglio v. Monsanto Co., et al.
August 20, 2019
Page 84

[a] From "Managing Glyphosate. Performance of different salts and adjuvants." Grants Research and Development Corporation. GRDC Project code ICN00016.

Aside from the organic base and the salt used, the other major difference between glyphosate-based formulations is the inclusion of <u>co-formulants</u>.  Some co-formulants are "pre-loaded" or included by Monsanto in the GBF while others, called adjuvants, are added by the end user to modify the herbicide to the particular situation in which it is being used.[209]

Adjuvants are not added to the GBF by the manufacturer mainly because different types of crops may require different types of adjuvant, *e.g.,* certain crops are sensitive to oils, some are difficult to wet, etc. Thus, herbicide manufacturers avoid limiting the application of a given herbicide to only one crop or situation.

As an example of adjuvant use, the addition of ammonium sulfate (AMS) and water conditioners have been shown to significantly improve weed control with glyphosate. Water in some regions contains excessive amounts of salts including calcium, magnesium, iron and sodium, and these salts bind to glyphosate and reduce its absorption and solubility. The sulfate component of AMS is negatively charged and will bind to positively charged salts so that they cannot reduce the activity of glyphosate. Other commonly used adjuvants include emulsifiers, dispersants, stabilizing agents, compatibility agents, buffering agents, anti-foam agents, spreader-stickers, drift retardants and surfactants.

Some GBFs may contain a greater percentage of co-formulants than glyphosate salt. <u>These are listed simply as "Other Ingredients" on the label</u>. For example, the label on Roundup Original Max herbicide, which contains a proprietary surfactant, reads

---

[209] The terms "co-formulants" and "adjuvants" are sometimes used interchangeably in the literature. A fact sheet form Cornell University states, "A pesticide adjuvant is broadly defined as any substance added to the spray tank, separate from the pesticide formulation that will improve the performance of the pesticide.  Sometimes adjuvants are more narrowly defined as a substance added to a pesticide mixture to improve its physical qualities and, hence, its effectiveness." http://psep.cce.cornell.edu/facts-slides-self/facts/gen-peapp-adjuvants.aspx

Giglio v. Monsanto Co., et al.
August 20, 2019
Page 85

| ACTIVE INGREDIENT | |
|---|---|
| Glyphosate N (phosphonomethyl) glycine, in the form of its potassium salt | 48.7% |
| OTHER INGREDIENTS | 51.3% |
| | 100% |

The most commonly pre-loaded co-formulants used in herbicides are surfactants. Surfactants are complex chemicals that facilitate and accentuate the emulsifying, dispersing, spreading, wetting or other surface-modifying properties of aqueous solutions. For example, waxes on plant leaves are lipophilic and chemically non-polar and thus repel water while herbicides such as glyphosate are highly hydrophilic and chemically polar.

Adding surfactants will significantly increase how well glyphosate spreads on and enters leaf surfaces. A surfactant can also reduce the amount of glyphosate washed off of plants by rain. Surfactants in herbicides vary greatly in their nature and concentration and are added to increase the absorption rate of the acid into the plant's leaf and stem tissue. Sometimes a combination of surfactants is used in one glyphosate formulation. The most prevalently used surfactants in herbicides contain POEA (Polyoxyethylene alkylamine).

The co-formulants in a GBF (individually or in combination with one another) can have a profound toxicological effect on a non-target organism. Some of these co-formulants may synergistically attenuate the negative effects of glyphosate, or as in the case of surfactants which can increase dermal absorption, may simply increase glyphosate's systemic exposure. Surfactants, as well as other co-formulants, are particularly important with respect to a risk assessment and are, therefore, discussed in detail later in this report.

Roundup is offered in dry or aqueous formulations at various concentrations. Glyphosate is commonly formulated with water at 2.13 M (356 g/L free acid) or as an isopropylamine salt 480 g/L.[210] The ethoxylated tallowamine (POEA) surfactant in Roundup Classic is

---

[210] Williams, G. et al., "Safety evaluation and risk assessment of the herbicide Roundup and its active ingredient, glyphosate, for humans," 2000, Regulatory Toxicology and Pharmacology, Vol.31, pg. 117 - 165.

Giglio v. Monsanto Co., et al.
August 20, 2019
Page 86

designated by Monsanto as MON 0818[211] with a concentration that is typically reported as approximately 15% of the formulation weight to volume or 150 g/L.[212,213,214,215]

## Toxicological Considerations of Exposure and Dose

In assessing exposure, toxicologists examine how humans come into contact with chemicals, the amount of the chemical that enters the body (absorbed dose) as a result of contact and how these amounts change over time (pharmacokinetics). The goal of the exposure assessment is to quantify the amounts over various time periods. The quantitative expression of those amounts is referred to as <u>dose</u>. Thus, dose is the measurement needed to quantify a chemical's risk of toxicity. Therefore, the first goal of any exposure assessment is to objectively establish dose. With respect to human doses associated with NHL, the human epidemiological studies have used duration of exposure as the dose metric rather than blood or urine samples measuring glyphosate or its metabolite in units of mg/kg body weight.

## Systemic Dose

When a person is exposed to a chemical such as glyphosate, the dose physically contacting the body is referred to as the "exposure dose." This is different from the "systemic dose" which enters the bloodstream and reaches various organs within the body. (For example, bone marrow where stem cells associated with the development of NHL are located).

Systemic dose is typically only a portion of the exposure dose and is identified through pharmacokinetic (PK) or chemical disposition studies that can trace the fate of a chemical after it enters the body. Pharmacokinetic studies investigate the amount of a chemical absorbed by the body, how the chemical is distributed throughout the body to specific tissues, how the chemical is metabolized and finally, how a compound is excreted from

---

[211] Monsanto response to the concern of the Slovenian authorities on the composition of the Plant Protection Product MON 79376 (360 g/ 1 glyphosate) and the surfactant MON 59117 (CAS n ° 68478-96-6). MONGLY02817577.

[212] Id.

[213] Diamond, G., Durkin, P., "Effects of surfactants on the toxicity of glyphosate with specific reference to RODEO," 1997, Syracuse Research Corporation, SERA TR 97-206-1b.

[214] Giesey, J. P., Dobson, S., & Solomon, K. R., "Ecotoxicological risk assessment for Roundup herbicide," 2000, Rev. Environ. Contam. Toxicol. 167, pp. 35-120.

[215] Defarge, N. E., "Co-formulants in glyphosate-based herbicides disrupt aromatase activity in human cells below toxic levels, 2016, Int J Environ Res Public Health, Vol. 13(3), pp. 264.

Giglio v. Monsanto Co., et al.
August 20, 2019
Page 87

the body.  This is commonly known as ADME (absorption, distribution, metabolism and excretion).

ADME data is applied in conjunction with epidemiological and occupational exposure studies that have included biomonitoring and dosimetry for use in the human health risk assessment process. Thus, pharmacokinetic studies provide a necessary link between estimates of exposure, toxicity studies and estimates of human risk.  It is, therefore, imperative that these studies are designed, conducted and interpreted accurately.

## Routes of Exposure

The route of exposure controls how a chemical is absorbed into the body.  The primary routes by which potential toxins become absorbed into a person's system are (a) ingestion, (b) inhalation and (c) dermal absorption.

## Ingestion

Ingestion of herbicides may be intentional (as in suicides and poisonings) or unintentional through the consumption of residue-laden foods.  In the current matter of assessing exposure in operator use, intentional ingestion is not considered since it will contribute negligibly to the overall exposure.

## Inhalation

Since the vapor pressure of glyphosate is very low ($9.8 \times 10^{-8}$ mm Hg or $1.31 \times 10^{-2}$ mPa at $25°$C),[216] inhalation during mixing and preparation of an herbicide is typically not a significant contributor to exposure <u>unless</u> an aerosol is produced. Thus, inhalation during spray application of the herbicide can be a factor. Such exposure depends mainly on droplet size of the spray and the equipment used for spraying. Different nozzle types (often modified by farmers to increase discharge) will generate different volumetric droplet size distributions.  Lesmes-Fabian, et al., found that for the standard discharge nozzle as used in their study, approximately 5% of the total volume of droplets was smaller than 100 μm.[217]   In dry climates, droplets less than 100 μm are subject to evaporation and are respirable.

---

[216] National Toxicology Program, U.S. Department of Health and Human Services.

[217] Lesmes-Fabian, C., Garcia-Santos, G., Leuenberger, F., Nuyttens, D., & Binder, C. R, "Dermal exposure assessment of pesticide use: The case of sprayers in potato farms in the Colombian highlands," 2012, Science of the Total Environment, 430, pp 202-208.

Giglio v. Monsanto Co., et al.
August 20, 2019
Page 88

## Dermal Absorption

For occupational users such as applicators, home garden users and farmers, a key determinant of a person's exposure is how the herbicide is actually handled and/or applied.[218] Dermal exposure will occur throughout the mixing, loading and application of herbicides as well as through re-entry (*i.e.,* handling stems, leaves or soil after herbicide treatment).

Studies have found that workers performing the common farm task of "thinning" are more exposed to pesticides than, for example, workers who are harvesting or pruning.[219,220] One study[221] found a higher level of pesticides in the house and vehicle dust of the thinning workers. Additionally, their children revealed higher urinary pesticide metabolite concentrations which showed evidence of a "take-home pesticide pathway."[222] The same study showed that workers in apple or pear crops had higher pesticide metabolite concentrations than those who worked in peach, cherry or grape crops.[223]

## Mechanisms of Absorption

Farmers, forestry workers, home gardeners and landscapers are primarily exposed to herbicide chemicals through dermal contact during mixing, loading or application of the glyphosate formulation as well as through re-entry. Therefore, with respect to occupational exposure, the skin is the predominant route by which glyphosate enters the human body.

---

[218] Curwin, B.D. et al., "Urinary and hand wipe pesticide levels among farmers and non-farmers in Iowa," 2005, Journal of Exposure Analysis and Environmental Epidemiology, Vol. 15, pp. 500–508.

[219] de Cock, J. et al., "Determinants of exposure to captan in fruit growing," 1998, Am Ind Hyg Assoc J 59, 1998a, pp. 166–172 and 1998b, pg. 158-165.

[220] Simcox, N.J. et al., "Farmworker exposure to organophosphorus pesticide residues during apple thinning in central Washington State," 1999, Am Ind Hyg Assoc J 60, pp. 752–761.

[221] Coronado, GD, Thompson, B, Strong, L, Griffith, WC, and Islas, I., "Agricultural task and exposure to organophosphate pesticides among farm workers," 2004, Environ Health Perspect 112, pp.142–147.

[222] The take-home pesticide pathway is the pathway that children and spouses of agricultural workers are exposed through.  (Hyland, C. and Ouahiba Laribi, Q., "Review of take-home pesticide exposure pathway in children living in agricultural areas," 2017, Environmental Research. Volume 156, pp. 559–570.)

[223] Coronado, GD, et al., "Organophosphate pesticide exposure and work in pome fruit: Evidence for the take-home pesticide pathway," 2006, Environ Health Perspect 114 (7), pp. 999-1006.

Giglio v. Monsanto Co., et al.
August 20, 2019
Page 89

## The Dermal Barrier

Human skin is a complex organ consisting essentially of two layers: a thin, outermost layer called the epidermis and a much thicker under-layer called the dermis. It is the outer layer of the epidermis, known as the stratum corneum (SC), that provides the primary protective barrier function of the skin. This barrier is largely responsible for resisting the entry of foreign agents into the human body.

The stratum corneum is primarily composed of non-living cells, or corneocytes, in a brick and mortar type system of lipid matrix. Corneocytes are terminally differentiated keratinocytes that have migrated from the epidermis to the skin's surface. The composition of the stratum corneum lipid matrix is dominated by three lipid classes: (1) cholesterol, (2) free fatty acids and (3) ceramides which are waxy lipid molecules. These lipids adopt a highly ordered, three dimensional structure of stacked, densely packed lipid layers[224]  as shown in **Figure 4** and **Figure 5**.

[224] Van Smeden, J. and Bouwstra, J.A., "Stratum corneum lipids: Their role for the skin barrier function in healthy subjects and atopic dermatitis patients," 2016, Curr Prob. Dermatol 49, pp. 8-26.

Giglio v. Monsanto Co., et al.
August 20, 2019
Page 90



**Figure 4: Epidermal Layers of Human Skin**
Image courtesy of Wiki Journal of Medicine

Giglio v. Monsanto Co., et al.
August 20, 2019
Page 91



**Figure 5: Layers of the epidermis, basal cell layer, stratum spinosum, stratum granulosum and the stratum corneum showing dermal penetration (Abd, 2016)[225]**

---

[225] Abd, et al., "Skin models for testing of transdermal drugs," 2016, Clin Pharmacol, pp. 163–176.

Giglio v. Monsanto Co., et al.
August 20, 2019
Page 92

**Percutaneous Absorption of Glyphosate**

A chemical can enter the stratum corneum directly through the corneocyte cells, through channels between the cells or through follicles, pores and glands. Due to its structure, the stratum corneum is highly lipophilic (lipid loving) and hydrophobic (tending to repel water). Thus, lipid-soluble chemicals are able to penetrate this layer into the circulatory system much more efficiently than water-soluble chemicals.

Since glyphosate is a small hydrophilic molecule, it travels easily thru the channels and follicles; however, it cannot easily pass through lipid layers. The stratum corneum is, therefore, the rate-limiting barrier in the absorption of a hydrophilic agent such as glyphosate. The rate at which glyphosate passes through this outer layer determines the overall absorption rate of the chemical into the body.

Once glyphosate has been absorbed into the stratum corneum, it may pass through into the viable epidermis and then into the dermis where it is transported systemically by the dermal blood supply or lymphatics and circulated to other areas of the body. This passive diffusion process is governed by Fick's law which states that the rate of absorption or flux (J) of any substance across a barrier is proportional to its concentration difference across that barrier.

The stratum corneum is resistant to penetration of weak acids but is much less effective against organic acids and some inorganic chemicals. Organic and alkaline chemicals can soften the keratin cells in the skin and pass through this layer to the dermis where they are able to enter systemic circulation.

The thickness of the skin, as well as its lipophilicity, varies with location on the body. Areas of the body such as the forearms, which may be particularly hairy, are most easily penetrated by chemicals since they can enter the small ducts containing the hair shafts. Chemicals can also enter through cuts, punctures or scrapes of the skin since these are breaks in the protective layer. Due to the nature of their occupation, the skin of farmers (particularly their hands) typically has a higher percentage of fine cracks and breaks than that of the average person.

Giglio v. Monsanto Co., et al.
August 20, 2019
Page 93

## Percutaneous Absorption Models

The term "percutaneous" refers to any action involving penetration of the skin. Accurate determination of the rate at which agents penetrate the skin is critical for assessing the dose and potential risk from exposure.  Dermal penetration is generally considered to occur by passive diffusion (Fick's law); however, in living organisms, biotransformation of a substance within the deeper viable regions of the skin (via metabolism) can also occur prior to systemic absorption.

The amount of a chemical that is absorbed through the skin is dependent on the properties of both the chemical and the skin.  The most significant properties impacting the absorption of a chemical are its water and lipid solubility, molecular weight, degree of ionization and polarity.[226]  The most important properties of the skin are the number (density) of follicles, the thickness of the stratum corneum and the sebum composition as well as the distance of capillaries to the surface of the skin.

Dermal penetration studies are conducted to measure the absorption or penetration of a substance through the skin barrier and into the skin and determine whether it has the potential to be absorbed into the systemic circulation.  A wide range of experimental protocols exist for the determination of percutaneous absorption; the protocol used in any particular experiment will depend on the penetrant being studied.

Penetration studies may be conducted *in vivo* (in whole living animals) or *in vitro* (outside of a living organism).  In assessing the risk of human exposure to glyphosate, the aim of a dermal absorption study is to measure the amount of glyphosate that passes into and through human skin and into systemic circulation.

Due to greater differences between rodents and humans verses primates and humans, *in vivo* human studies would provide the most accurate dermal penetration models.  However, inasmuch as such studies would be both impractical and unethical, animals such as rats, mice, and monkeys are used for *in vivo* studies of the absorption of glyphosate.

---

[226] Van Ravenzwaay, B. and Leibold, E., "A comparison between *in vitro* rat and human and *in vivo* rat skin absorption studies," 2004, Toxicol. *In Vitro.* Vol. 18(2), pp. 219-25.

Giglio v. Monsanto Co., et al.
August 20, 2019
Page 94

## Dermal Absorption *In Vivo* Measurement Methods

*In vivo* dermal absorption measurement methods include two methods: (1) the indirect method of surface disappearance and surface recovery whereby the dermal absorption is inferred and (2) direct methods of determining dermal absorption which includes measuring glyphosate in the blood, excreta (urine or feces) or stratum corneum or by estimating through biological or pharmacological responses.[227]

Zendzian, 2000,[228] published a method for measuring glyphosate in excreta and in carcasses as well as the quantity remaining in the skin after washing. The Zendzian study states that the U.S. EPA's Office of Pesticide Programs (OPP) has developed a standard protocol for evaluating the dermal penetration of pesticides in the rat. This protocol was formalized in 1994 as a guideline for dermal absorption studies of pesticides.

As of the year 2000, in excess of 263 studies on the dermal absorption of over 160 pesticide chemicals had been submitted to OPP as part of the pesticide registration and risk assessment processes. From this standard protocol, it is possible to describe quantitatively (via dose and time) the entrance of a chemical into and penetration through the mammalian epidermis into the systemic circulation as well as the chemical's concentration in blood, the body and its excretion in urine and feces.

## Dermal Absorption *In Vitro* Measurement Methods

Since *in vivo* studies are complex and expensive, *in vitro* methods are more widely used as a screening method for dermal penetration estimates. *In vitro* experiments involve the use of a diffusion cell wherein two chambers, donor and receptor, are separated by a membrane (human or animal skin). There are many variations, but all diffusion cells involve the penetrant passively diffusing from the donor chamber into the receptor chamber where it can be measured.

---

[227] U.S. EPA, "Dermal exposure assessment: A summary of EPA approaches," September 2007. United States Environmental Protection Agency, National Center for Environmental Assessment Office of Research and Development, EPA/600/R-07/040F

[228] Zendzian, R.P., "Dermal absorption of pesticides in the rat," 2000, AIHAJ, Vol. 61(4), pp. 473-83.

Giglio v. Monsanto Co., et al.
August 20, 2019
Page 95

In 2007, the U.S. EPA published "Dermal Exposure Assessment: A Summary of EPA Approaches" which provides a dermal exposure assessment methodology for treated surfaces.[229]  The U.S. EPA and other regulatory agencies accept a wide diversity of *in vitro* protocols, but they caution comparing these studies due to differences in study conditions. These include cell type (*i.e.,* static or flow through), the membrane selected, composition of the receptor fluid and the dosing method (infinite or finite).

**Other Measurement Models and Methods**

In a static diffusion cell, also known as a Franz cell,[230] the penetrant diffuses from the donor chamber through the membrane into a "static" receptor chamber of a fixed volume which is continually stirred. In a flow through cell or Bronaugh[231] cell, *in vivo* conditions are simulated by using a constantly flowing receptor fluid that mimics *in vivo* blood flow beneath the skin membrane.  The skin membrane is bathed below by a flowing solution maintained at 37 degrees C.

When studying the absorption of glyphosate, the membrane separating the chambers is typically human (from cadavers), rat or monkey skin and may be full thickness or dermatomed (sliced).   Dermatomed skin, wherein only the epidermis is used after it has been separated from the dermis, is commonly used because full-thickness skin can be cumbersome in the diffusion apparatus. Since glyphosate is hydrophilic, the main barrier to its diffusion across the skin resides in the stratum corneum and, therefore, the absence of the dermal tissue is generally not of concern.[232]  Ideally, when fresh skin is used, the receptor fluid should allow skin metabolic activity.

---

[229] U.S. EPA, "Dermal exposure assessment: A summary of EPA approaches," September 2007. United States Environmental Protection Agency, National Center for Environmental Assessment Office of Research and Development, EPA/600/R-07/040F

[230] Franz TJ., "Percutaneous absorption. On the relevance of *in vitro* data," 1975, J Invest Dermatol.  Vol. 64, pp. 190–5.

[231] Bronaugh, R., H. Hood, M. Kraeling, and J. Yourick, "Determination of percutaneous absorption by *In Vitro* techniques," 1999, pp. 229-233 in Percutaneous Absorption, 3rd ed., R.L. Bronaugh and H.I. Maibach, eds. New York: Marcel Dekker, Inc.

[232] Williams, A.., "Transdermal and dermal drug delivery: From theory to clinical practice," 2003, London, Pharmaceutical Press.

Giglio v. Monsanto Co., et al.
August 20, 2019
Page 96

## Dosing Techniques and Measurement Considerations

The loading (or dosing) of the donor chamber in all diffusion cells is accomplished in one of two ways: (1) infinite dosing or (2) finite dosing.

In the infinite dosing, or flux, technique, a high concentration of glyphosate is installed into the donor chamber (so its concentration does not decrease) while the concentration is measured in the receptor chamber over time until steady state is reached. This allows for the calculation of a permeability coefficient.  The finite dose technique allows the herbicide to be tested under conditions similar to those found *in vivo*.  The donor chamber is loaded with a known amount of herbicide which is depleted due to penetration during the course of the experiment. The concentration of the herbicide in the receptor fluid is measured to determine the percent of the original dose that penetrated the skin per unit area of skin over a period of time.

Loading conditions can greatly impact calculation of percent absorption. As the applied dose becomes <u>greater than the absorbable amount</u>, the excess does not contribute to absorption <u>but it does diminish the observed percent of dose that is absorbed</u>.[233] Therefore, when comparing *in vitro* results of percent absorption, all the dosing conditions should be maintained as finite dose applications rather than flux.[234]

Rat skin is generally (but not always) more permeable than human skin.  In a review of 79 studies which measured absorption of 110 chemicals, four chemicals were found that are less permeable through rat skin than human skin.[235]  Van Ravenzwaay also found that in comparing human *in vitro* skin with *in vivo* rat skin, the penetration of 3 of 12 chemicals was greater through human skin than thru rat skin.  This held true at 4, 8 and 10 hours after dosing.[236]

---

[233] Frasch, H.F. et al., "Analysis of finite dose dermal absorption data: Implications for dermal exposure assessment," 2014, J Expo Sci Environ Epidemiol, 24(1), pp. 65–73.

[234] "Guidance Notes on Dermal Absorption," OECD Environment, Health and Safety Publications, Series on Testing and Assessment No. 156. ENV/JM/MONO(2011)36.

[235] Jung, E, and Maibach, H., "Animal models for percutaneous absorption," 2014, in  Shah, V., Maibach, H., and Jenner, J. eds. Topical Drug Bioavailability, Bioequivalence, and Penetration, 2nd ed. New York: Springer, pp. 21-40.

[236] Van Ravenzwaay, B. and Leibold, E., "A comparison between *in vitro* rat and human and *in vivo* rat skin absorption studies," 2004, Toxicol *In Vitro*., Vol. 18(2), pp. 219-25.

Giglio v. Monsanto Co., et al.
August 20, 2019
Page 97

A recent study has also questioned the reliability of converting percutaneous absorption data from rats to humans due to the differences in species as the absorption of hazardous substances was studied.[237]

### *In Vitro* Dermal Absorption of Herbicides through Rat versus Human Skin

The use of rat skin in percutaneous absorption models is premised on the theory that rat skin is generally more permeable than human skin; however, there have been some cases which have reported that rat skin is less permeable.[238]

Monsanto attempted to demonstrate (and failed) that the dermal penetration of Propachlor® (2-chloro-N-isopropyl-N-phenylacetamide) through human skin was lower than in rat skin.  Instead, the study revealed:

- Concentrate formulation: The percent penetration with human skin **is equal to** the percent penetration with rat skin.

- Spray dilution: The percent penetration with human skin **is greater than** the percent dermal penetration with rat skin ($p<0.05$).

- Microautoradiographies clearly revealed **stores** of Propachlor in the epidermis of human skin.[239]

### "Triple Pack" Methodology

The term "Triple Pack" refers to the use of three types of dermal absorption data from:  1) *in vivo* rat; 2) *in vitro* rat and 3) *in vitro* human dermal absorption studies.[240]  This approach is used to refine the estimation of dermal absorption by correcting for differences between *in vitro* and *in vivo* absorption rates in rats as well as for species differences between rats and humans.[241]  The "Triple Pack" approach is based on the premise that the absorption difference between humans and rats will show in the same proportion in both *in vitro* and *in vivo* test (which may not be true).  It should also be noted that the "Triple Pack"

---

[237] Korinth G, et..al., "Discrepancies between different rat models for the assessment of percutaneous penetration of hazardous substances," 2007a, Archives of Toxicology 81, pp. 833-840.

[238] Hotchkiss, SA, et al., "Percutaneous absorption of 4,4'-methylene-bis (2-chloroaniline) and 4,4'-methylenedianiline through rate and human skin *in vitro*," March, 1993, Toxicology *In Vitro*, Volume 7(2), pp. 141-148.

[239] ▮▮▮▮▮ email (Tab 21) from ▮▮▮▮▮▮▮▮▮ on 3/29/2002 to ▮▮▮▮▮ et al.

[240] U.S. EPA OPP Memorandum June 2, 2010.  "Review of Triple Pack dermal absorption studies for Maxim Quattro."

[241] Id.

Giglio v. Monsanto Co., et al.
August 20, 2019
Page 98

approach should be used to estimate a dermal absorption value <u>only</u> when the three studies are conducted under the same experimental conditions.[242]

Monsanto has recently (2010 – 2017) contracted with Dermal Technology Laboratories (DTL), Ltd. However, only *in vitro* **human cadaver skin** has been used (although potentially removed from living subjects through surgical reduction procedures). Most importantly, the DTL studies **<u>fail to include</u>** the "Triple Pack" methodology.

More <u>accurate</u> measurement models generally include animal or primate *in vivo* measurements since *in vitro* human cadaver skin does not have an intact physiologic and metabolic system present to accommodate active blood capillary transport gradients or metabolism as do the *in vivo* models. This is especially true when skin is first heated to 60ºC (140ºF), dermatomed and then frozen at -20ºC as has been done by DTL.  Studies have shown there are species differences in the absorption of different chemicals; measurements in rats, rabbits or pigs may or may not reflect human absorption.[243]  A more accurate model includes dermal absorption across primate (monkey) skin.  Often, although not always, *in vivo* monkey skin most accurately resembles percutaneous absorption across human skin.

**Dermal Absorption Correspondence Between Monsanto and DTL Laboratory**

DTL's Managing Director, ██████ was head of the *in vitro* percutaneous absorption group at Syngenta Central Toxicology Laboratory.[244] DTL was formed by former Syngenta employees in 2007. Email[245] from ██████ at Syngenta to ██████████ at Monsanto on January 20, 2009, reveals a discussion concerning dermal absorption as follows:

---

[242] "Guidance notes on dermal absorption," OECD Environment, Health and Safety Publications, Series on Testing and Assessment No. 156. ENV/JM/MONO(2011) 36.

[243] Rozman, KK and Klaassen CD., "Absorption, distribution and excretion of toxicants," <u>in</u> Cassarett & Doull's Toxicology, The Basic Science of Poisons. 5th edition. 1996. McGraw-Hill.

[244] "A Wealth of Expertise," DTL Laboratory, http://www.dermaltechnology.com/about/

[245] Email from ██████ Syngenta Ltd., January 20, 2009, CC: ██████████ Monsanto

Giglio v. Monsanto Co., et al.
August 20, 2019
Page 99

> "DTL uses different methods to prepare the skin samples." … "I believe that an *in vitro* dermal absorption study conducted on human epidermis with the concentrate formulation and at least one dilution (Syngenta would normally do 2) would be adequate to meet the EU criteria. With these studies, the amount of dermal absorption is dependent upon the level of surfactants in the formulation. I believe it is in everyone's best interested [sic] ***to get as lower a dermal absorption value as possible for the representative use***..."

The message then goes on to say:

> "…so, I have a couple of suggestions regarding dermal absorption The TWG discussed the fact that Monsanto had a biomonitoring study that the Spanish dismissed because of a non-human primate study that showed <u>higher excretion in the feces</u> than in the urine following a dermal exposure. I suggest that the TWG use a metabolism/dermal absorption consultant by the name of Brian Jones who could critically review the non-human primate dermal study and the <u>likely metabolism (or lack of) of glyphosate</u> following dermal exposure. Hopefully he could **put a position together on the non-relevance of the findings** in the old non-human primate study. In addition, perhaps a package of dermal absorption studies (rat *in vivo* and human and rat *in vitro*) on the representative formulation may provide more detailed results and the *in vivo* study <u>could be used to show that glyphosate is not metabolized and is mainly excreted in the urine</u> (and the studies could also be used in the U.S. in the future)."

In fact, DTL did use *"a different skin preparation method,"* as described below.

**DTL Laboratory Human Epidermis Preparation Methods**

It is generally accepted and required laboratory practice to report the procedures used to prepare the epidermis for use in dermal absorption studies. A group of laboratory reports on various glyphosate formulations (*in vitro* absorption through human dermatomed skin) were issued to Monsanto by Dermal Technology Laboratory, Ltd., from 2010 – 2017.

Giglio v. Monsanto Co., et al.
August 20, 2019
Page 100

**Figure 6** describes the epidermis preparation procedure as stated in each *"Materials and Methods"* section in the four laboratory reports dated 2010:

| |
|---|
| **3.5.7    Human epidermis preparation**<br><br>Human skin samples were obtained from a tissue bank.  The skin samples were immersed in water at 60 ºC for 40-45 seconds and the epidermis teased away from the dermis.<br><br>Each membrane was given an identifying number and stored frozen, at approximately -20 ºC, on aluminium foil until required for use. |

**Figure 6: DTL Laboratory Epidermis Preparation Procedure (2010 Reports Only)**

However, in the four subsequent reports (two dated 2015 and two dated 2017), this information was removed and a new (incomplete) preparation method description was included under "Experimental Procedures" as described in **Figure 7**:

| |
|---|
| **4.4    Skin preparation**<br><br>**4.4.1    Human dermatomed skin**<br><br>Human skin samples were obtained from the National Disease Research Interchange (NDRI, Philadelphia, Pennsylvania, U.S.A.).  Skin sections were cut at a thickness setting of 400 µm using an electric dermatome.  Individual donor details are presented in Appendix 12.<br><br>Each skin sample was given an identifying number and stored frozen, at approximately -20°C, on aluminium foil until required for use. |

**Figure 7: DTL Laboratory Epidermis Preparation Procedure (Post-2010 Reports Only)**

Following 2010, no further mention was made in the reports of immersing ("cooking") the skin in water at 140° F (60 degrees C) for 40-45 seconds followed by freezing the skin at -20ºC prior to the subsequent dermal absorption analyses.

Numerous studies have been published using skin from different animal models. However, the knowledge that there is a significant difference in absorption when it comes to different animal species and humans has led to the necessity of a thorough interpretation when adapting data from animal studies that are to be used in relation to

Giglio v. Monsanto Co., et al.
August 20, 2019
Page 101

humans.  Interpretation of the data to refine dermal absorption values can vary between regulatory authorities.[246,247]

## Dermal Absorption and Pharmacokinetic Studies of Glyphosate

## Models Used to Measure Glyphosate Dermal Absorption

There are four primary models which have been used to measure glyphosate dermal absorption: (1) the Maibach studies of 1983, (2) the Wester et al., studies of 1991, (3) Franz (1983) and (4) TNO (2002). All of these studies were funded by Monsanto. This section reviews these studies and assesses the findings in light of present-day objective science.

### Maibach Study (1983)

Full Title: Maibach, H.I. (1983) "(a) Elimination of $^{14}$C-glyphosate in Rhesus monkeys following a single parenteral dose, (b) Percutaneous absorption of 14C-glyphosate in Roundup formulation in Rhesus monkeys following a single topical dose." Unpublished report No. MA-81-349, dated 1 April 1983, from University of California, School of Medicine; San Francisco, California, USA. Submitted to WHO by Monsanto Int. Services SA, Brussels, Belgium.

This Monsanto-funded study included human *in vitro* testing as well as an *in vivo* primate (monkey) testing.  The test material was a Roundup formulation supplied by Monsanto; the formulation used was the mono isopropylamine salt of glyphosate. No surfactants or other adjuvants were listed as ingredients.

- Part (a): $^{14}$C-Glyphosate (MON 0139; isopropylamine salt) was administered to four Rhesus monkeys through intramuscular (IM) injection. Maibach found that, on average, 89.9% of the injected dose was excreted in the urine.  He <u>did not</u>, however, measure the amount of glyphosate eliminated in the feces.  Maibach reported two distinct phases of urinary excretion:  (1) 0-24 hours $t_{1/2}$ = 6.9 hrs. and (2) 1-7 days $t_{1/2}$ = 35.1 hrs., concluding that "*systemic doses of glyphosate in MON 039 are rapidly eliminated in monkeys, predominantly via the urine.*"

---

[246] "Guidance notes on dermal absorption," OECD Environment, Health and Safety Publications, Series on Testing and Assessment No. 156. ENV/JM/MONO(2011)36.

[247] U.S. EPA OPP Memorandum June 2, 2010.  "Review of Triple Pack dermal absorption studies for Maxim Quattro."

Giglio v. Monsanto Co., et al.
August 20, 2019
Page 102

- Part (b): $^{14}$C-Glyphosate (MON 0139; isopropylamine salt) was dermally applied to Rhesus monkeys at a concentration of 1.13 mg/cm$^2$. The IM data from Part (a) was used to quantify the dermal penetration obtained in this part of the experiment.

There are problems with the findings of this study as explained below.

Since the majority of $^{14}$C-Glyphosate administered by IM injection was excreted rapidly thru the urine, Maibach erroneously assumed that 89.9% of the dermal dose would be eliminated in the urine as well. He used this correction factor for incomplete urinary excretion (89.9%) to determine that 1.8% of the applied dermal dose penetrated the skin. This conclusion was errant for several reasons:

1) Two different routes of exposure (IM verses dermal);

2) Two different paths of excretion (urinary and fecal);

3) Failure to measure the $^{14}$C-Glyphosate excreted in the feces.

Additionally, a further error was made by assuming the unrecovered glyphosate was permanently bound in the skin. The skin-washing procedure removed 14.2% (standard deviation of 3.5%) of the applied $^{14}$C-label on the glyphosate. Therefore, only 16% (14.2 + 1.8) of the dermally-applied glyphosate was recovered. The total percent recovery was low (*i.e.,* 16.0%). Although a definitive explanation cannot be offered for the low recovery, previous experience suggests that much of the test material may in some way bind to or in the skin and cannot be removed by washing. This bound material is not apparently available for systemic absorption."[248]

The key point is that this explanation is inconsistent with generally-accepted guidelines. For example, OECD guidelines[249] cite that an adequate mean recovery is in the range of 100 ± 10% (OECD, 2004). If the test material did indeed bind to or in the skin, then it

---

[248] Maibach, H.I., "(a) Elimination of 14C-glyphosate in Rhesus monkeys following a single parenteral dose, (b) Percutaneous absorption of 14C-glyphosate in Roundup formulation in Rhesus monkeys following a single topical dose," 1983, Unpublished report No. MA-81-349, from University of California, School of Medicine, San Francisco, California, USA. Submitted to WHO by Monsanto Int. Services SA, Brussels, Belgium.

[249] Guidelines require that at least 90% of the dose be accounted for compared to just 16% in the Maibach study.

Giglio v. Monsanto Co., et al.
August 20, 2019
Page 103

could have been available for absorption and, according to guidelines given by OECD, would have to be included in the amount absorbed.[250]

In 1985, the U.S. EPA classified the Maibach, 1983, study as <u>unacceptable</u> since the majority of the dose could not be accounted for. Currently, most authorized agencies calculate by "*absorbed amount + amount remaining in the treated area tissue + (when necessary) amount remaining in the skin tissue after a washing process*" when calculating the absorption amount.[251]

In communications regarding the Maibach study, ███████████████ Senior Product Toxicologist at Monsanto, wrote (April 11, 1983):

> *"The total percent recovery (percent label removed by washing plus total percent label contained in urine) was low, i.e., 16.0%. A definitive explanation for the low recovery is not provided in the report, but the author does state that previous experience would suggest that much of the test material may in some way bind to or in the skin and cannot be removed by washing. In support of this, it has been reported (Vickers, 1963) that a "chemical reservoir" is formed in the skin after drug application which is eventually shed without penetration. Thus, it is concluded that the bound material is not apparently available for systemic absorption." [252]*

It is critical to note that the OECD guidelines state that the amount of substance not found in the donor chamber must be considered absorbed and, therefore, potentially available in the systemic circulation. This also accounts for the amount of substance deposited in the skin.[253]

Subsequent experiments have demonstrated that absorption of chemicals temporarily deposited in the skin can continue for up to <u>24 hours</u> or more after exposure has ended. Thus, temporary skin deposition will potentially underestimate the true absorption if assessed in blood or urine immediately following exposure (within 24 hours).[254]

---

[250] OECD/OCDE 427, "Guidelines for the testing of chemicals. Skin absorption *in vivo* Method," Adopted: 13 April 2004.

[251] Jaehwan, S., "Comparison of international guidelines of dermal absorption tests used in Pesticides Exposure Assessment for Operators," 2014, Toxicol Res 4, pp. 251-260.

[252] MONGLY01330783

[253] OECD, "Guidance document for the conduct of skin absorption studies," 2004a, Paris. 28, pp.1-31.

[254] "Dermal absorption of pesticides – evaluation of variability and prevention," 2009, Danish Environmental Protection Agency. Pesticides Research No. 124, 13.1.

Giglio v. Monsanto Co., et al.
August 20, 2019
Page 104

**Wester, et al., Study (1991)**

Full Title: Wester, R. et al., "Glyphosate skin binding, absorption, residual tissue distribution and skin decontamination," 1991, Fundamental and Applied Toxicology 16, pp. 725-732.

This Monsanto-funded study included human *in vitro* testing as well as *in vivo* primate (monkey) testing.  The test material was a Roundup formulation supplied by Monsanto; it is not stated what glyphosate salt was used in the formulation. The exact formulation was not disclosed, but no surfactants or other adjuvants were listed as ingredients.

*In vitro* human skin absorption:  A finite dose technique was used with human plasma as the receptor fluid in a flow-through diffusion cell.  Dosing concentrations ranged from 2.6 $\mu g/cm^2$ to 154.0 $\mu g/cm^2$ with exposure times of 30 minutes, 4 hours, 8 hours and 16 hours. The greatest absorption (2.2 ± 0.5 %) occurred at the lowest glyphosate dose concentration (2.6 $\mu g/cm^2$) after 8 hours of exposure.  This was more than twice that which was absorbed at any of the other dose concentrations after 8 hours.

The data in this study is highly variable, *i.e.,* it shows no discernable pattern with respect to the dose and time of exposure other than that the highest percentage of absorption occurred at the lowest dermal dose.  The standard deviation of the mean was greater than the mean for 12 of the 20 means reported.  No overall accountability (mass balance) was provided for this part of the study; no data was provided with respect to how much glyphosate was lost.  Thus, it was not possible to compare the percentage lost to that of the *in vivo* dermal study.

*In vivo* rhesus monkeys IV doses:  Three Rhesus monkeys were intravenously dosed with 93 µg glyphosate and three were dosed with 9 µg glyphosate. The study found that in the six monkeys, 95% - 99% of the IV administered dose was recovered in the urine.  Overall accountability was greater than 96% of the administered doses.  Wester, et al., used these results to make the assumption that all dermally-absorbed glyphosate would similarly be excreted in the urine.  This assumption is invalid according to their data reported in the next part of the study (see below).

Giglio v. Monsanto Co., et al.
August 20, 2019
Page 105

*In vivo* rhesus monkeys dermal dosing:  Eight monkeys were dermally dosed with one of two doses as summarized in **Table 19**.

**Table 19**

**Disposition of Glyphosate Following Topical Administration to Rhesus Monkeys[255]**

| Disposition Site | Percentage of applied dose[*] | |
|---|---|---|
| | Dose C = 5400 µg/20 cm$^2$ | Dose D = 500 µg/20 cm$^2$ |
| Urine | 2.2 ± 1.5 | 0.8 ± 0.6 |
| Feces | 0.7 ± 0.5 | 3.6 ± 1.6 |
| **Urine + Feces** | **2.9 ± 2.0** | **4.4 ± 2.2** |
| Surface Washes | 73.5 ± 6.0 | 77.1 ± 9.2 |
| Contaminated Solids | 0.05 ± 0.1 | 0.3 ± 0.1 |
| **Total** | **76.5 ± 6.7** | **81.8 ± 6.9** |

Topical administration in four Rhesus monkeys per dose:  *Each value is the mean ± SD for 4 monkeys."

The above data reveals several critical findings:

1) The low topical dose was excreted primarily in the feces. In the monkeys administered Dose D, 3.6 % of the dermally-applied dose was recovered in the feces whereas only 0.8 % was recovered in the urine (**total dermal absorption of 4.4%).** From this data, it is apparent that **urine recovery does not accurately represent the amount of glyphosate that was dermally absorbed**.  In this case, 4.5 times more glyphosate was found in the feces than in the urine.

2) This study finding is deeply troubling since epidemiology studies rely on urine concentrations to quantify the systemic dose of glyphosate exposure through dermal absorption. The lower dose (Dose D) at 500 µg/20 cm$^2$ corresponds to real world exposures in farmers and applicators. Thus, the exposure studies prepared by Monsanto that have relied on urinary excretion are in error by a factor of 4.5 times the current calculated values.  From the data in this study, the total systemic dose from dermal exposure can be calculated:

$$\text{GLY}_{\text{systemic}} = \text{GLY}_{\text{urine}} + \text{GLY}_{\text{feces}}$$

---

[255] Wester, R. et al., "Glyphosate skin binding, absorption, residual tissue distribution and skin decontamination, 1991, Fundamental and Applied Toxicology 16, pp. 725-732.

Giglio v. Monsanto Co., et al.
August 20, 2019
Page 106

$$\text{_____} = GLY_{urine} + 4.5 \times GLY_{urine}$$

$$GLY_{systemic} = 5.5 \times GLY_{urine}$$

The actual systemic dose in the human epidemiological exposure studies could have been accurately quantified by including the relative amount of glyphosate that would have been excreted in the feces but which <u>was not measured</u>.

3) The dose of $5,400 \ \mu g/20 \ cm^2$ is too large to accurately represent the dose/absorption relationship. As previously explained, dosing conditions can have enormous effects on percent absorption. The excessive dosing in this case is approaching infinite dosing and the excess does not contribute to absorption, but it does diminish the calculated percent of dose absorbed.[256] U.S. EPA guidelines for dermal testing recommend a maximum practical dose on the order of $1 \ mg/cm^2$; larger doses can exceed saturation of the absorption process.[257]   The resulting error herein is an <u>artificially reduced percent absorption</u>; this high saturation dose resulting in 2.9% absorption is not relevant when looking at percent absorption.

4) The effect of glyphosate on skin has been shown to depend on the relative concentration of glyphosate. Dermal cells exposed to low levels of glyphosate have been shown to induce a stiffening of the cytoskeleton (the cell's internal structural support) while higher levels of glyphosate cause gross changes in cell shape.[258]  As <u>realistic exposure levels were not used</u>, the findings are automatically suspect.

5) Only 81.8 % of the applied "Dose D" was recovered. The authors claimed that the remaining 18.2 % was "lost" since it was not detected.  If any of the missing 18.2% remained in the monkey in tissue or fluid that was not tested, the amount absorbed would have been underestimated.  The lost material is beyond the acceptable limit <u>according to OECD guidelines</u> of mass balance. If all of the missing 18.2 % is assumed to have remained in the monkey and is included the amount absorbed, the total % of applied dose absorbed becomes 22.6%. Either way, a casual and unverifiable "claim"

---

[256] Frasch, H.F. et al., "Analysis of finite dose dermal absorption data: Implications for dermal exposure assessment," 2014, J Expo Sci Environ Epidemiol, Vol. 24(1), pp. 65–73.

[257] U.S. EPA OPPTS 870.7600, "Health effects test guidelines dermal penetration," August 1998, pp. 4.

[258] Heu, C. et al., "Glyphosate-induced stiffening of HaCaT keratinocytes, a peak force tapping study on living cells," 2012, Journal of Structural Biology, 178, pp. 1-7.

Giglio v. Monsanto Co., et al.
August 20, 2019
Page 107

that 18.2% of the dose was "lost" can scarcely be regarded as objective and should be added to the amount absorbed (4.4%) to provide an upper limit value of 22.6%.

6)  The impact of surfactants on absorption is still not considered in this study.

From Wester, et al., it is reasonable to conclude that dermal absorption at "Dose D" reasonably estimates a dermal absorption dose ranging from **4.4% to 22.6%**.  More importantly, the epidemiological exposure studies underestimate the systemic dose from dermal absorption by a factor of 4.5 due to the failure to consider hepato/fecal elimination at the lower dose levels.

**Concern of Cross-Contamination in the Wester, et al., Study (1991)**

The rhesus monkeys were placed in metabolic chairs for the dosage period (12 hours) of the study, then housed individually in metabolic cages.  A belly plate and apron were positioned on the metabolism chair under the skin-dosing site.  A pan collected urine, feces and other solids such as residual food and hair.  Surface washes collected the residual dose left on the skin.

Only 75-80% of the dermally applied dose was recovered in all the collections.  Wester noted that the missing 20-25% dose was "lost" during the procedure, and he considered this not to be unusual as similar losses had occurred in previous studies.  He attributed the loss to exfoliation of skin which "*will scatter microscopic tissue and bound chemical to the atmosphere, making total accountability impossible to achieve*."

Wester did not mention any other mechanisms of loss, such as monkeys touching the dosing sites, which would have easily explained the unacceptable 20-25% loss of the dose amount.  Therefore, it is reasonable to conclude that such losses did not occur.

Metabolic chairs come in various configurations as shown in the images below as different types of research will require different restraining needs.  These "chairs" allow for the isolation of body parts with the use of belly plates, restraints, etc.  (See **Figure 8** and **Figure 9**).

Giglio v. Monsanto Co., et al.
August 20, 2019
Page 108



**Figure 8: Metabolic chairs for primates[259]**



**Figure 9: Primate chairs used in study testing**

---

[259]  Images retrieved from http://www.oipa.org/international/photo/vivisection_primates.htm and from
https://www.thomasrecording.com/solutions/solution-primate.html

Giglio v. Monsanto Co., et al.
August 20, 2019
Page 109

**Review of Monsanto Studies**

**Monsanto *in Vitro* Absorption Study of Glyphosate by DTL (2010) - (MON 79545) 450 g/L Glyphosate SL Formulation (MON 79545)**

In February 2010, the United Kingdom's Dermal Technology Laboratory, Ltd., (DTL) completed their Monsanto-commissioned laboratory study entitled "*In vitro* absorption of glyphosate through human epidermis" (MON 79545) wherein they investigated the absorption and distribution of glyphosate in three different herbicide formulations.  For all three formulations, they concluded that the dermal absorption of glyphosate from exposure to the herbicide would be minimal and <u>far less than 1%</u>. The study specifically concluded that, for the high undiluted dose, "*the mean total amount of absorbed glyphosate was 0.0573 ug/cm$^2$ (**0.012% of applied dose)**.*" For the 1 to 15.6 (28.8 g/L) dilution and 1 to 188 (2.4 g/L) dilution (consistent with spray applications), "*the mean total amounts of absorbed glyphosate were 0.379 and 0.021 ug/cm$^2$ (**0.129% and 0.082% of applied dose), respectively*.*" In this study, glyphosate was removed from the surface of the epidermis by washing and then tape stripping. The amount of glyphosate on the epidermis after tape stripping, including that absorbed, was termed "potentially biologically available" and was determined to be 0.**049%, 0.796% and 0.245%** in order of increasing glyphosate formulation concentration.

However, there are serious problems with this study (as well as with other DTL studies) that contribute to inconsistency and, as a consequence, warrant the study's exclusion.

The design of the study included finite dosing of 10 µL/cm$^2$ which was used on a surface of 2.54 cm$^2$; this was left un-occluded for an exposure period of 24 hours with no interim wash.  A static-type glass diffusion cell was used with dermatomed human skin.  Each formulation was applied in three doses: one concentrated dose and two diluted doses.  Thus, the amount of glyphosate in the 25.4 µL volume applied depended on the dilution. The absorption process was followed by taking samples of the receptor fluid (physiological saline) at recorded intervals throughout the exposure period.

Assessment of the DTL methodology reveals that 4,589 µg glyphosate acid/cm$^2$ was used in the formulation concentrate study and 293 µg glyphosate acid/cm$^2$ was used in the 1 to 15.6 dilution and 25 µg glyphosate acid/cm$^2$ was used in the 1 to 188 dilution study.

Giglio v. Monsanto Co., et al.
August 20, 2019
Page 110

U.S. EPA guidelines for dermal testing recommend a maximum practical dose on the order of 1 mg/cm$^2$; larger doses can exceed saturation of the absorption process.[260] Thus, the formulation's concentration dose used *was not in compliance* and exceeded the threshold for maximum practical dose by a factor of 4.6.

DTL failed to properly follow OECD GD 28 (OECD, 2004c) regulations with respect to the definition and methodology that defines absorbed dose:

- The laboratory **did not always include** the glyphosate recovered from the tape stripping as they claimed that it was not biologically available.

- They also **did not always include** the amount of glyphosate recovered from stratum corneum (available for eventual absorption).

The "*In vitro* absorption of glyphosate through human epidermis" study presents itself as a pre-destined design failure. It is completely inconsistent with other previous Monsanto *in vitro* and *in vivo* studies and should be excluded as DTL violated OECD test regulations

Under "OECD guidelines for the testing of chemicals, Skin Absorption: *in vitro* Method 428," adopted April 13, 2004, "*The test substance remaining in the skin should be considered as absorbed unless it can be demonstrated that absorption can be determined from receptor fluid values alone.*" Analysis of the other components (material washed off the skin and remaining within the skin layers) allows for further data evaluation including total test substance disposition and percentage recovery.

OECD GD 28 (OECD, 2004c) notes that, under certain circumstances, *in vivo* skin levels of the test compound need not be considered to be percutaneously absorbed.[261] This is appropriate where it can be demonstrated that test compound in the layers of skin at the end of a study will ultimately remain in the skin or be removed by the surface shedding of the stratum corneum.

However, for *in vitro* studies, OECD GD 28 notes that microcirculation is obliterated and the terminal stratum corneum levels may be elevated compared with *in vivo* levels. For these studies, OECD GD 28 states "…*it is therefore necessary that skin levels of test compound measured at the end of a study be included with the receptor fluid levels to*

---

[260] U.S. EPA OPPTS 870.7600, "Health effects test guidelines dermal penetration," August 1998, pp. 4.

[261] OECD "Guidance notes on dermal absorption," Draft, October 22, 2010.

Giglio v. Monsanto Co., et al.
August 20, 2019
Page 111

*determine total percutaneous absorption. Skin absorption may be expressed using receptor fluid alone provided that this can be justified.*"

The current approach taken by nearly all regulatory agencies is to determine the dermal absorption value by adding the absorbed dose and the chemical remaining in the application site and surrounding skin following washing. This is appropriate for both *in vivo* and *in vitro* studies <u>unless compelling evidence</u> is presented that demonstrates that at least some portion of the residue in the skin is unlikely to be absorbed. However, there is currently some international disagreement about whether part or all of the test substance should be included in the dermal absorption value that is retained in the stratum corneum and can be removed by tape stripping.

For <u>*in vivo* studies</u>, it is widely accepted that, if absorption can be demonstrated as complete, then all or part of the chemical remaining in the skin may be considered as unavailable for absorption.

For <u>*in vitro*</u> studies, some regulatory authorities have a similar approach as for *in vivo* studies in that some of the amount retained in the skin may be considered as unavailable for systemic absorption.

Others would include all of the test substance retained in the skin following *in vitro* exposure. The following sections provide guidance to assist in the consideration of whether to exclude some portion of the residue in the skin.

### *Tape stripping*

OECD GD 28 states that skin fractionation may be conducted following exposure either *in vitro* or *in vivo* and notes that tape stripping can be difficult *in vitro* with epidermal membranes, rodent skin, study durations of more than 24 hours or where the test preparation alters the stratum corneum.

Test substance retained in the top few layers of the stratum corneum (*i.e.,* contained in the first few tape strips) may be removed by desquamation and therefore may not be absorbed. This includes substances retained in the top few layers of the stratum corneum as well as material that has not penetrated into the stratum corneum but is protected from wash-off (for example, in hair follicles or sweat ducts).

Giglio v. Monsanto Co., et al.
August 20, 2019
Page 112

In the European Union and some other countries, it is the general practice to exclude the amount that was found in the first (upper) <u>two tape strips</u> at study completion both *in vitro* and *in vivo*.

Test substance in lower layers of the stratum corneum may penetrate into the dermis or may be removed by desquamation.  Determination of the potential bioavailability of this test substance should be made on a case-by-case basis.

Dermal absorption is primarily a diffusion-driven process and therefore test substances in the lower layers of the stratum corneum should be assumed to form a reservoir that may become systemically available <u>unless it can be demonstrated *in vivo*</u> that absorption is complete and this test substance will remain in the stratum corneum until exfoliated.

Deviations or lack of documentation within the DTL (2010) studies include:

- Failure to include glyphosate remaining in the stratum corneum

- No documentation as to how the split-thickness skin measurement (typically 200-400 μm thick) is prepared.

- Although tape striping was performed, all of the layers were excluded from the "*mean total amounts of absorbed glyphosate*" at **0.012%**, **0.129%** and **0.082%** as reported.

- Tape stripping has only been discussed in the "Draft" 2010 OECD regulations and is limited to the first two tape strip extractions. Even if it were the official regulation, DTL deviated from the proposed methodology.

In summary, *"The current approach taken by nearly all regulatory agencies is to determine the dermal absorption value by adding the absorbed dose and the chemical remaining in the application site and surrounding skin following washing. This is appropriate for both in vivo and in vitro studies unless compelling evidence is presented that demonstrates that at least some portion of the residue in the skin is unlikely to be absorbed."* (OECD, "Guidance Notes on Dermal Absorption [draft]," October 22, 2010)

It is also critical to note that results of the 1 to 188 spray dilution MON 79545 dermal absorption study (0.082% absorbed) falls approximately 35 times below the prior 3% dermal absorption value established by the U.S. EPA and 54 times less than that of the 4.4% dermal absorption rate measured in primates in the Wester, et al., study (1991).

Giglio v. Monsanto Co., et al.
August 20, 2019
Page 113

**Monsanto *in Vitro* Absorption Study of Glyphosate by DTL (2010) - (MON 52276)**

In February 2010, Dermal Technology Laboratory, Ltd., also completed their Monsanto-commissioned lab study entitled "*In vitro* absorption of glyphosate through human epidermis." For MON 52276 concentrate (undiluted dose), "*the mean total amount of absorbed glyphosate was 0.332 ug/cm$^2$ (0.009% of applied dose).*" For the 1 to 12.5 dilution and 1 to 150 dilution (consistent with spray applications), "*the mean total amounts of absorbed glyphosate were 0.086 and 0.023 ug/cm$^2$ (0.029% and **0.092%** of applied dose), respectively.*" Thus, compared to earlier (non-DTL) studies, results of the above MON 52276 high dose dermal absorption study fell approximately 103 times below the prior 3% dermal absorption value established by the U.S. EPA and 151 times less than that of the 4.4% dermal absorption rate measured in primates in the Wester, et al., study (1991). The MON 52276 diluted dose dermal absorption study fell approximately 33 times below the prior 3% dermal absorption value established by the U.S. EPA and 48 times less than that of the 4.4% dermal absorption rate measured in primates in the Wester, et al., study (1991).

**Monsanto *in Vitro* Absorption Study of Glyphosate by DTL (2010) - (MON 79351)**

Studies on MON 79351, also completed in February 2010, reported for the high undiluted dose that "*the mean total amount of absorbed glyphosate was 0.342 ug/cm$^2$ (**0.007%** of applied dose).*" For the 1 to 16.7 dilution (consistent with spray applications), "*the mean total amounts of absorbed glyphosate was 0.553 ug/cm$^2$ (**0.182%** of applied dose).*" Thus, compared to earlier (non-DTL) studies, results of the above MON 79351 high undiluted dose dermal absorption study fell approximately 16 times below the prior 3% dermal absorption value established by the U.S. EPA and 24 times less than that of the 4.4% dermal absorption rate measured in primates in the Wester, et al., study (1991).

The above studies were carried out under the direction of ████████. DTL is managed by ████████ who was previously the head of the *in vitro* percutaneous absorption group at Syngenta Central Toxicology Laboratory. (Syngenta is also a producer of glyphosate and seeds.)

The above DTL studies are vastly inconsistent and discrepant compared to all prior Monsanto glyphosate dermal absorption studies performed by non-DTL laboratories. The inexplicable differences in dermal absorption bioavailability unquestionably renders the study credibility as suspect and, as a consequence, warrants its exclusion.

Giglio v. Monsanto Co., et al.
August 20, 2019
Page 114

**Monsanto *in Vitro* Absorption Study of Glyphosate by DTL (2015) - (MON 76829) 72 g/L Glyphosate Gel Formulation**

In April 2015, Dermal Technology Laboratory, Ltd., completed their Monsanto-commissioned lab study entitled "72 g/L Glyphosate Gel Formulation (MON 76829) - *In Vitro* Absorption through Human Dermatomed Skin using [$^{14}$C]-Glyphosate."

Human skin samples were obtained from the National Disease Research Interchange (NDRI**,** Philadelphia, Pennsylvania). Skin sections were cut at a thickness setting of 400 μm using an electric dermatome. It is not stated in the methodology whether tissues were also separated by heat.

The type of static glass diffusion cell used in this study had an exposed skin surface area of 2.54 cm$^2$ and a receptor volume of approximately 4.5 mL. Discs of approximately 3.3 cm diameter of prepared skin were mounted, dermal side down, in diffusion cells held together with individually numbered clamps and placed in a water bath maintained at 32°C ± 1°C. A nominal application rate of 10 μL/cm$^2$ or 720 μg glyphosate acid/cm$^2$ was reported.

DTL concluded that the highly concentrated gel formulation had a dermal absorption rate of glyphosate from exposure to the herbicide gel at 6, 8 and 10 hours of 0.013 μg/cm$^2$, 0.018 μg/cm$^2$ and 0.014 μg/cm$^2$, respectively. These respective amounts expressed as percentages of the applied dose were 0.002%, 0.003% and 0.002%. The mean amount penetrated over the entire 24 hour experimental period was 0.018 μg/cm$^2$ corresponding to **0.003%** of the applied dose. "*Practically all of the applied glyphosate acid (105%) was washed off the surface of the skin following the six hour exposure with a further 0.048% being removed at the 24 hour wash.*" The proportions of the dose applied that were recovered from the donor chamber, stratum corneum (tape strips 1-5), and remaining skin were 0.042%, 0.003% and 0.009%, respectively. The proportions of the dose applied that were recovered from the donor chamber, stratum corneum (tape strips 1-5), and remaining skin were 0.042%, 0.003% and 0.009%, respectively. The bioavailability of glyphosate acid from this gel formulation was reported to be **0.011%** of the applied dose.

Assessment of the DTL methodology reveals that 720 μg glyphosate acid/cm$^2$ was used in this study. The U.S. EPA guidelines for dermal testing recommend a maximum practical dose on the order of 1 mg/cm$^2$; larger doses can exceed saturation of the absorption

Giglio v. Monsanto Co., et al.
August 20, 2019
Page 115

process.[262] Thus, the dose used was compliant, but at the upper range (72% of the threshold).

It is not stated in the methodology whether tissues were also separated by heat and if so, what temperature or duration.  Results of the MON 76829 gel dermal absorption study fall approximately 272 times below the prior 3% dermal absorption value established by the U.S. EPA and 400 times less than that of the 4.4% dermal absorption rate measured in primates in the Wester, et al., study (1991).

Most importantly, this study tested a glyphosate gel and did not include any surfactants which are typically a major component of Roundup formulations and allow for penetration of the formulation.

The study was carried out under the direction of ▇▇▇▇▇▇▇ who worked for Syngenta until 2007.  As mentioned earlier, DTL is managed by ▇▇▇▇▇ who was previously the head of the *in vitro* percutaneous absorption group at Syngenta Central Toxicology Laboratory. (Syngenta is also a producer of glyphosate and seeds.) This DTL study is vastly inconsistent and discrepant compared to all prior Monsanto glyphosate dermal absorption studies performed by non-DTL laboratories. The inexplicable differences in dermal absorption bioavailability renders the credibility of this study of questionable merit and, as a consequence, warrants its exclusion.

### Monsanto *in Vitro* Absorption Study of Glyphosate by DTL (2015) - (MON 76258) 7.2g/L Glyphosate Gel Formulation

In April 2015, Dermal Technology Laboratory, Ltd., also completed their Monsanto-commissioned lab study entitled "7.2 g/L Glyphosate Gel Formulation (MON 76258) - *In Vitro* Absorption through Human Dermatomed Skin using [$^{14}$C]-Glyphosate"

Human skin samples were obtained from the National Disease Research Interchange (NDRI, Philadelphia, Pennsylvania). Skin sections were cut at a thickness setting of 400 µm using an electric dermatome. It is not stated in the methodology whether tissues were also separated by heat.

The type of static glass diffusion cell used in this study had an exposed skin surface area of 2.54 cm$^2$ and a receptor volume of approximately 4.5 mL. Discs of

---

[262] U.S. EPA OPPTS 870.7600, "Health effects test guidelines dermal penetration," August 1998, pg. 4.

Giglio v. Monsanto Co., et al.
August 20, 2019
Page 116

approximately 3.3 cm diameter of prepared skin were mounted, dermal side down, in diffusion cells held together with individually numbered clamps and placed in a water bath maintained at 32°C ± 1°C. A nominal application rate of 10 µL/cm$^2$ or 720 µg glyphosate acid/cm$^2$ was reported.

DTL concluded that the gel formulation had a dermal absorption rate of glyphosate from exposure to the herbicide at 6, 8 and 10 hours of 0.005 µg/cm$^2$. These respective time points can be expressed as percentages of the applied dose; *i.e.,* 0.002%, 0.003% and 0.002%. The mean amount penetrated over the entire 24 hour experimental period was 0.006 µg/cm$^2$ corresponding to **0.008%** of the applied dose. "*Practically all of the applied glyphosate acid (103%) was washed off the surface of the skin following the six hour exposure with a further 0.211% being removed at the 24 hour wash.*" The proportions of the dose applied that were recovered from the donor chamber, stratum corneum (tape strips 1-5), and remaining skin were 0.035%, 0.017% and 0.023%, respectively. The bioavailability of glyphosate acid from this gel formulation was **0.040%** of the applied dose.

Assessment of the DTL methodology reveals that 7.2 µg glyphosate acid/cm$^2$ was used in this study. The U.S. EPA guidelines for dermal testing recommend a maximum practical dose on the order of 1 mg/cm$^2$; larger doses can exceed saturation of the absorption process.[263] Thus, the dose used was compliant at the upper range (7.2% of the threshold).

It is not stated in the methodology whether tissues were also separated by heat and if so, what temperature or duration.  Results of the MON 76258 gel dermal absorption study fall approximately 75 times below the prior 3% dermal absorption value established by the U.S. EPA and 110 times less than that of the 4.4% dermal absorption rate measured in primates in the Wester, et al., study (1991).

Most importantly, this study tested a glyphosate gel and did not include any surfactants which are typically a major component of Roundup formulations and allow for penetration of the formulation.

As above, the study was carried out under the direction of ▬▬▬▬▬▬ who worked for Syngenta up to 2007.  DTL is managed by ▬▬▬▬ who was previously the head of the *in vitro* percutaneous absorption group at Syngenta Central Toxicology Laboratory. This

---

[263] U.S. EPA OPPTS 870.7600, "Health effects test guidelines dermal penetration," August 1998, pg. 4.

Giglio v. Monsanto Co., et al.
August 20, 2019
Page 117

DTL study is vastly inconsistent and discrepant compared to all prior Monsanto glyphosate dermal absorption studies performed by non-DTL laboratories. The inexplicable differences in dermal absorption bioavailability renders the credibility of this study of questionable merit and, as a consequence, warrants its exclusion.

**Monsanto *in Vitro* Absorption Study of Glyphosate by DTL (2016) - (MON 76952) 500 g/L Glyphosate SL Formulation**

During August 2016, Dermal Technology Laboratory, Ltd., also completed their Monsanto-commissioned lab study entitled "500 g/L Glyphosate SL Formulation (MON 76952) - *In Vitro* Absorption through Human Dermatomed Skin using [$^{14}$C]-Glyphosate"

Human skin samples were obtained from the National Disease Research Interchange (NDRI, Philadelphia, Pennsylvania). Skin sections were cut at a thickness setting of 400 μm using an electric dermatome. It is not stated in the methodology whether tissues were also separated by heat.

The type of static glass diffusion cell used in this study had an exposed skin surface area of 2.54 cm$^2$ and a receptor volume of approximately 4.5 mL. Discs of approximately 3.3 cm diameter of prepared skin were mounted, dermal side down, in diffusion cells held together with individually numbered clamps and placed in a water bath maintained at 32°C ± 1°C. A nominal application rate of 10 μL/cm$^2$ or 720 μg glyphosate acid/cm$^2$ was reported.

DTL concluded that the 500 g/L formulation concentrate had a dermal absorption rate of glyphosate with the mean amount penetrated over the entire 24 hour experimental period of 0.022 μg/cm$^2$ corresponding to 0.022% of the applied dose. The mean amount penetrated over the entire 24 hour experimental period was 0.512 μg/cm$^2$ corresponding to **0.010%** of the applied dose. Bioavailable dose was determined to be 0.088%.

With respect to the 1/500 w/v aqueous spray dilution after a small lag phase of 1 hour, *"practically no glyphosate was absorbed (0.0006 μg/cm$^2$/hour)."* The mean absorption rate of glyphosate acid through human dermatomed skin increased to 0.002 μg/cm$^2$/hour between 1-2 hours. This reduced to 0.0003 μg/cm$^2$/hour between 4-12 hours and 0.0001 μg/cm$^2$/hour between 12-24 hours. Over the 24 hour experimental period the mean absorption rate was 0.0003 μg/cm$^2$/hour.

Giglio v. Monsanto Co., et al.
August 20, 2019
Page 118

The amounts of glyphosate acid that were absorbed through human skin at 6, 8 and 10 hours were 0.005 µg/cm$^2$, 0.006 µg/cm$^2$ and 0.006 µg/cm$^2$, respectively. These amounts expressed as percentages of the applied dose were 0.052%, 0.058% and 0.063%. The mean amount penetrated over the entire 24 hour experimental period was 0.008 µg/cm$^2$ corresponding to **0.081%** of the applied dose. Bioavailable dose was determined to be 0.200%.

Assessment of the DTL methodology reveals that 5,000 µg glyphosate acid/cm$^2$ and 10 µg glyphosate acid/cm$^2$ was used in this study. The U.S. EPA guidelines for dermal testing recommend a maximum practical dose on the order of 1 mg/cm$^2$; larger doses can exceed saturation of the absorption process.[264] Thus, the high dose used exceeded the threshold by five-fold.

It is not stated in the methodology whether tissues were also separated by heat and if so, what temperature or duration.

Results of the 500 g/L MON 76952 concentrate dermal absorption study fell approximately 300 times below the prior 3% dermal absorption value established by the U.S. EPA and 440 times less than that of the 4.4% dermal absorption rate measured in primates in the Wester, et al., study (1991).

Results of the spray dilution MON 76952 dermal absorption study fell approximately 37 times below the prior 3% dermal absorption value established by the U.S. EPA and 54 times less than that of the 4.4% dermal absorption rate measured in primates in the Wester, et al., study (1991).

There is no indication that surfactants are present in this glyphosate formulation.

As before, the study was carried out under the direction of ▮▮▮▮▮▮▮ who worked for Syngenta up to 2007.  DTL is managed by ▮▮▮▮ who was previously the Head of the *in vitro* percutaneous absorption group at Syngenta Central Toxicology Laboratory. This DTL study is vastly inconsistent and discrepant compared to all prior Monsanto glyphosate dermal absorption studies performed by non-DTL laboratories. The inexplicable differences in dermal absorption bioavailability renders the credibility of this study of questionable merit and, as a consequence, warrants its exclusion.

---

[264] U.S. EPA OPPTS 870.7600, "Health effects test guidelines dermal penetration," August 1998, pp. 4.

Giglio v. Monsanto Co., et al.
August 20, 2019
Page 119

**Monsanto *in Vitro* Absorption Study of Glyphosate by DTL (2015) - (MON 76879)
360 g/L Glyphosate SL Formulation**

During August 2017, Dermal Technology Laboratory, Ltd., also completed their
Monsanto-commissioned lab study entitled "360 g/L Glyphosate SL Formulation (MON
76879) - *In Vitro* Absorption through Human Dermatomed Skin using [$^{14}$C]-Glyphosate"

Human skin samples were obtained from the National Disease Research Interchange
(NDRI, Philadelphia, Pennsylvania). Skin sections were cut at a thickness
setting of 400 μm using an electric dermatome. It is not stated in the methodology whether
tissues were also separated by heat.

The type of static glass diffusion cell used in this study had an exposed skin surface
area of 2.54 cm$^2$ and a receptor volume of approximately 4.5 mL. Discs of
approximately 3.3 cm diameter of prepared skin were mounted, dermal side down, in
diffusion cells held together with individually numbered clamps and placed in a water
bath maintained at 32°C ± 1°C. A nominal application rate of 10 μL/cm$^2$ or 720 μg
glyphosate acid/cm$^2$ was reported.

DTL concluded that the 360 g/L formulation concentrate had a dermal absorption rate of
glyphosate from exposure to the herbicide with the mean amount of 0.791 μg/cm$^2$
penetrated over the entire 24 hour experimental period and corresponding to 0.022% of
the applied dose.

A 1/267 w/v aqueous spray dilution had a dermal absorption rate of glyphosate absorbed
through human skin at 6, 8, 10 and 12 hours at 0.004 μg/cm$^2$, 0.004 μg/cm$^2$, 0.005 μg/cm$^2$
and 0.005 μg/cm$^2$, respectively. These amounts expressed as percentages of the applied
dose were 0.029%, 0.033%, 0.035% and 0.037%. The mean amount penetrated over the
entire 24 hour experimental period was 0.006 μg/cm$^2$ corresponding to **0.042%** of the
applied dose.

"*Practically all of the applied glyphosate acid (102%) was washed off the surface of the
skin following the six hour exposure with a further 0.375% being removed at the 24 hour
wash.*" The proportions of the dose applied that were recovered from the donor chamber,
stratum corneum and remaining skin were 0.080%, 0.032% and 0.111%,
respectively.

Giglio v. Monsanto Co., et al.
August 20, 2019
Page 120

The bioavailability of glyphosate acid from the spray dilution is the sum of the receptor fluid dose at 24 hours plus the amount remaining in the skin following tape stripping and tape strips 3-5. This was **0.162%** of the applied dose.

Assessment of the DTL methodology reveals that 3,600 µg Glyphosate acid/cm$^2$ and 13.5 µg glyphosate acid/cm$^2$ was used in this study. The U.S. EPA guidelines for dermal testing recommend a maximum practical dose on the order of 1 mg/cm$^2$; larger doses can exceed saturation of the absorption process.[265] Thus, the high dose used exceeded the threshold by 3.6 fold.

It is not stated in the methodology whether tissues were also separated by heat and if so, what temperature or duration.

Results of the spray dilution MON 76859 dermal absorption study fall approximately 18.5 times below the prior 3% dermal absorption value established by the U.S. EPA and 27.5 times less than that of the 4.4% dermal absorption rate measured in primates in the Wester, et al., study (1991).

This MON 76879 commercial formulation is noted to contain a surfactant called Synergen GD2 at a volume of 4.78% w/w while glyphosate (pure acid and salt) was 60.63% w/w. For comparison, the ethoxylated tallowamine (POEA) surfactant in Roundup Classic is designated by Monsanto as MON 0818[266] and is a concentration that is typically reported as approximately 15% of the formulation weight to volume or 150 g/L.[267,268,269,270] Per Johan van Burgsteden's "*In vitro* percutaneous absorption study with [14C]-glyphosate using viable rat skin membranes," June 14, 2002, **Unaudited draft report** V4478 (TNO Dermal Penetration Study), MON 35012 is known to constitute glyphosate isopropylamine

---

[265] U.S. EPA OPPTS 870.7600, "Health effects test guidelines dermal penetration," August 1998, pp. 4.

[266] Monsanto response to the concern of the Slovenian authorities on the composition of the Plant Protection Product MON 79376 (360 g/ 1 glyphosate) and the surfactant MON 59117 (CAS n ° 68478-96-6). MONGLY02817577

[267] Id.

[268] Diamond, G., Durkin, P., "Effects of surfactants on the toxicity of glyphosate with specific reference to RODEO," 1997, Syracuse Research Corporation, SERA TR 97-206-1b.

[269] Giesey, J. P., Dobson, S., & Solomon, K. R., "Ecotoxicological risk assessment for Roundup herbicide," 2000, Rev. Environ. Contam. Toxicol. 167, pp. 35-120.

[270] Defarge, N. E., "Co-formulants in glyphosate-based herbicides disrupt aromatase activity in human cells below toxic levels, 2016, Int J Environ Res Public Health, Vol. 13(3), pp. 264.

Giglio v. Monsanto Co., et al.
August 20, 2019
Page 121

salt (46% w/w) and surfactant cocoamine (18% w/w), water and minor ingredients (35.5% w/w). In that study, penetration of glyphosate was found to range from 2.6% to 10.3%.

The study was carried out under the direction of ▮▮▮▮▮▮▮ who worked for Syngenta up to 2007.  DTL is managed by ▮▮▮▮▮▮ who was previously the Head of the *in vitro* percutaneous absorption group at Syngenta Central Toxicology Laboratory. This DTL study is vastly inconsistent and discrepant compared to all prior Monsanto glyphosate dermal absorption studies performed by non-DTL laboratories. The inexplicable differences in dermal absorption bioavailability renders the credibility of this study of questionable merit and, as a consequence, warrants its exclusion.

### Effects of Temperature on Skin Used in Laboratory Experiments

A 1998 study[271] by Wester, et al., concluded that:

> "...human skin will sustain viability for 8 days following donor death in this system. Heat-treated (60°C water for one minute) and heat-separated epidermis and dermis **lose viability**.
>
> **Conclusions:** Human skin viability can be maintained for absorption studies. **It is recommended that … heat separation and skin freezing not be used** in absorption studies where skin viability and metabolism might be contributing factors to the study.
>
> "Dermatomed skin was heat-treated at 60°C for one minute to simulate the heat-separation procedure to produce epidermis separated from dermis (but no separation was performed) (Table 2). Lactate production decreased significantly (p<0.000; p<0.04) for both heat-treated skin samples. Therefore, **heating to separate epidermis from dermis damages viability**.
>
> "In another study [Table 3] lactate production was determined in heat-separated epidermis and dermis. The cumulative lactate production was much less than intact dermatomed skin, again showing the **detrimental effect of heat-separation on skin viability**."

---

[271]  Wester, et al., "Human Cadaver Skin Viability for *In Vitro* Percutaneous Absorption: Storage and Detrimental Effects of Heat-Separation and Freezing," 1998, Pharmaceutical Research, Vol. 15, No. 1.

Giglio v. Monsanto Co., et al.
August 20, 2019
Page 122

These study citations clearly reveal that the outcomes of skin absorption tests can be influenced merely by choosing a particular skin preparation procedure. The profound differences in DTL results provide objective evidence that the laboratory may have engaged in such practices. It is further noteworthy that with regard to changes that occur in skin when subjected to low temperatures, Mesager, et al., noted in a 2003 article[272] that:

> "Skin is complex and may display variable structural and metabolic change '*ex vivo*'. … Frozen samples showed some sign of stratum corneum fragmentation although this was not obvious. LDH activity measured in fresh samples kept at 4 °C was low, but it was stable up to 7 days. Fresh samples kept at 32 °C had a comparable LDH activity to the ones kept in the fridge up to 4 days. Frozen samples, thawed and then kept at 4 °C, showed a stable LDH activity after 24 h of incubation. However, frozen samples incubated at 32 °C demonstrated a high variability in results with up to 800 U/L of LDH activity after 5 days of incubation. … Although the measurement of enzyme activity was easy to perform and gave reproducible results, the use of single-enzyme activity (measuring only one pathway among the many metabolic pathways occurring within a cell) ***can be criticized when used on its own***."

**Table 20** summarizes the available glyphosate dermal absorption studies.

**Table 20**

**Glyphosate Dermal Absorption Studies**

| Name/Author | Study Sponsor | Date | Specie | Design | Full Skin | Derma-tomed Skin | Stated % Dermal Absorption | % Absorption Including Unaccounted |
|---|---|---|---|---|---|---|---|---|
| Franz, *"Evaluation of the percutaneous absorption of three formulations of glyphosate"* | Monsanto | 1983 | Human | *in vitro* | Yes | Yes | 0.028% MON0139  0.063% Roundup  0.152% Spray Mix | 0.152% (fluid) plus 4.02% ("in epidermis") = 4.17% absorption |
| **Study Notes:** | Study used unfrozen abdominal human skin obtained at autopsy; used radioactive glyphosate as labeled recovery target; failed to include unaccounted dose per OECD regulations; | | | | | | | |
| Maibach, "Elimination of 14C-glyphosate in Rhesus monkeys…" | Monsanto | 1983 | Primate | *in vivo* | Yes | No | 1.80% | >1.8% |

---

[272] Messager, et al., "Assessment of skin viability: Is it necessary to use different methodologies?" Skin Research and Technology, December, 2003, Vol. 9, pp. 321–330.

Giglio v. Monsanto Co., et al.
August 20, 2019
Page 123

**Table 20**

**Glyphosate Dermal Absorption Studies**

| Name/Author | Study Sponsor | Date | Specie | Design | Full Skin | Derma-tomed Skin | Stated % Dermal Absorption | % Absorption Including Unaccounted |
|---|---|---|---|---|---|---|---|---|
| **Study Notes:** | U.S. EPA guidelines require *that* at least 90% of dose be accounted for as compared to 16% in the Maibach study. U.S. EPA classified the study as <u>unacceptable</u> since the majority of dose was not correctly accounted for. | | | | | | | |
| Wester, *"Glyphosate skin binding, absorption, residual tissue distribution and skin decontamination."* | Monsanto | 1991 | Human, Primate | *in vitro in vivo* | Yes | No | 4.4% (low dose) 2.9% (high dose) | 22.6% (if bound and unaccounted amount added per OECP regulations) |
| **Study Notes:** | Inappropriately large dose exceeded saturation; caused <u>artificial reduction</u> of percentage absorbed in test subjects. Additionally, study underestimates systemic dose from dermal absorption by a factor of 4.5 due to omission of fecal elimination. Authors state 18.2% was "lost." OECD regulations require bound or unaccounted dose to be added. Thus, 4.4% + 18.2% = 22.6%. | | | | | | | |
| Wester, *"In vitro human skin absorption."* | Monsanto | 1991 | Human | *in vitro* | - | - | 2.2% (± 0.5%) | - |
| **Study Notes:** | Internal documents record fact that Monsanto considered study results *"too risky"* to submit. Study discontinued by Monsanto prior to regulatory review; results never published. | | | | | | | |
| TNO Study: van Burgsteden, *"In vitro percutaneous absorption study [14C]-glyphosate using viable rat skin membranes"* (MON 35012) | Monsanto | 2002 | Rat | *in vitro* | - | - | 2.6% ± 1.4 % (low dose) 10.3% ± 4.2 % (high dose) | Variable recovery Up to 18% absorption |
| **Study Notes:** | Maximum penetration of 10.3 % occurred with the higher dose of MON 35012 concentrate which contained the surfactant Cocoamine; one test membrane absorbed approximately 18% of the applied dose. | | | | | | | |
| TNO Study (MON 0319) (70%) | Monsanto | 2002 | Rat | *in vitro* | - | - | 1.4% ± 2.2 % (low dose) 1.3% ± 1.9 % (high dose) | Variable recovery |

Giglio v. Monsanto Co., et al.
August 20, 2019
Page 124

**Table 20**

**Glyphosate Dermal Absorption Studies**

| Name/Author | Study Sponsor | Date | Specie | Design | Full Skin | Derma-tomed Skin | Stated % Dermal Absorption | % Absorption Including Unaccounted |
|---|---|---|---|---|---|---|---|---|
| **Study Notes:** | IPA salt of glyphosate only; no surfactant in test formulation. Wide range of statistical variability reported (more than 100%) | | | | | | | |
| DTL, *"450 g/L glyphosate in vitro absorption of glyphosate through human epidermis."* (MON79545) | Monsanto | Feb 2010 | Human | *in vitro* | No | Yes | 0.012% (high dose) 0.129% (med dose) 0.082% (low dose) | 0.049% (high dose) 0.796% (med dose) 0.245% (low dose) |
| **Study Notes:** | Bioavailability (i.e. absorbed + epidermis after tape striping) was 0.049%, 0.796% and 0.245% in order of increasing glyphosate concentration applied. This would have been higher but the study excluded all glyphosate recovered from the stratum corneum. Study did not state tissue thickness. Manually teased away dermis following 60° emersion for 40-45 seconds. Failed to include stratum corneum quantities in total absorbed dose. | | | | | | | |
| DTL, *"360 g/L glyphosate in vitro absorption of glyphosate through human epidermis."* (MON 52276)" | Monsanto | Feb 2010 | Human | *in vitro* | No | Yes | 0.009% (high dose) 0.029% (med dose) 0.092% (low dose) | 0.064% (high dose) 0.134% (med dose) 0.277% (low dose) |
| **Study Notes:** | Bioavailable percentage would have been higher but the study excluded all glyphosate recovered from the stratum corneum. When compared to earlier (non-DTL studies) high undiluted dose dermal absorption study this fell 333.33 times below the prior 3% dermal absorption value established by the U.S. EPA and 488.89 times less than that of the 4.4% dermal absorption rate measured in primates by Wester, et al. (1991). These inexplicable findings of vastly lower absorption findings fail to note that the glyphosate formulation is essentially unchanged since earlier studies were conducted. | | | | | | | |
| DTL, *"480 g/L glyphosate in vitro absorption of glyphosate through human epidermis"* (MON79351)" | Monsanto | Feb 2010 | Human | *in vitro* | No | Yes | 0.007% (high dose) 0.182% (med dose) 0.048% (low dose) | 0.123% (high dose) 0.262% (med dose) 0.799% (low dose) |

Giglio v. Monsanto Co., et al.
August 20, 2019
Page 125

**Table 20**

**Glyphosate Dermal Absorption Studies**

| Name/Author | Study Sponsor | Date | Specie | Design | Full Skin | Derma-tomed Skin | Stated % Dermal Absorption | % Absorption Including Unaccounted |
|---|---|---|---|---|---|---|---|---|
| **Study Notes:** | The bioavailable amount in the low dose dilution was 0.8%, this amount exclude all glyphosate in the stratum corneum, and would have been higher. When compared to earlier (non-DTL studies), high undiluted dose dermal absorption study fell ~16 times below the prior 3% dermal absorption value established by the US EPA and ~24 times less than that of the 4.4% dermal absorption rate measured in primates by Wester, et al. (1991). These inexplicable findings of vastly lower absorption findings fail to note that the glyphosate formulation is essentially unchanged since earlier studies were conducted. | | | | | | | |
| DTL, *"72 g/L Glyphosate Gel Formulation - In Vitro Absorption through Human Dermatomed Skin using [¹⁴C]-Glyphosate"* (MON 76829) | Monsanto | Apr 2015 | Human | *in vitro* | No | Yes | 0.003% ("applied dose") | 0.011% |
| **Study Notes:** | No surfactants were used in this study which is a typical component that helps with absorption in Roundup formulations. Study fails to state whether tissues were separated by heat and if so what temperature or duration.  Results fall approximately 272 times below the prior 3% dermal absorption value established by the US EPA and 400 times less than that of the 4.4% dermal absorption rate measured in primates in the Wester study (1991). Study is vastly inconsistent and discrepant compared to all prior Monsanto glyphosate dermal absorption studies performed by non-DTL laboratories | | | | | | | |
| DTL, *"72 g/L Glyphosate Gel Formulation (MON 76258) - In vitro Absorption through Human Dermatomed Skin using [¹⁴C]-Glyphosate"* | Monsanto | Apr 2015 | Human | *in vitro* | No | Yes | 0.008% ("applied dose") | 0.04% |
| **Study Notes:** | No surfactants were used in this study which is a typical component that helps with absorption in Roundup formulations. Tissue cut @ 400 µm thickness via electrical dermatome; no implication whether tissue was heated; tissue was stored frozen at -20 ˚C. Complete amounts of recovered glyphosate in stratum corneum were not included. | | | | | | | |

Giglio v. Monsanto Co., et al.
August 20, 2019
Page 126

**Table 20**

**Glyphosate Dermal Absorption Studies**

| Name/Author | Study Sponsor | Date | Specie | Design | Full Skin | Derma-tomed Skin | Stated % Dermal Absorption | % Absorption Including Unaccounted |
|---|---|---|---|---|---|---|---|---|
| DTL, *"500 g/L Glyphosate SL Formulation  - In vitro Absorption through Human Dermatomed Skin using [$^{14}C$]-Glyphosate,"* (MON 76952) | Monsanto | Aug 2016 | Human | *in vitro* | No | Yes | 0.010% (high dose) 0.081% (diluted dose) | 0.088% (High dose) 0.200% (diluted dose) |
| **Study Notes:** | 5,000 µg glyphosate acid/cm$^2$ and 10 µg glyphosate acid/cm$^2$ used. U.S. EPA guidelines for dermal testing recommend a maximum practical dose on the order of 1 mg/cm$^2$; larger doses can exceed saturation of the absorption process.  Thus, the high dose used exceeded the threshold by a factor of 5. Tissue cut @ 400 µm thickness via electrical dermatome; no implication whether tissue was heated; tissue was stored frozen at -20℃.  There is no indication that surfactants are present in this glyphosate formulation. | | | | | | | |
| DTL, *"360 g/L Glyphosate SL Formulation (MON 76258) - In vitro Absorption through Human Dermatomed Skin using [$^{14}C$]-Glyphosate"* | Monsanto | Aug 2017 | Human | *in vitro* | No | Yes | 0.022% (high dose) 0.042% (diluted dose) | 0.277% (high dose) 0162% (diluted dose) |
| **Study Notes:** | Study results fall approximately 18.5 times below the prior 3% dermal absorption value established by the US EPA and 27.5 times less than that of the 4.4% dermal absorption rate measured in primates in the Wester study (1991). Tissue cut @ 400 µm thickness via electrical dermatome; no implication whether tissue was heated; tissue was stored frozen at -20℃. Surfactants use is at a percentage lower that typical/classic glyphosate formulations | | | | | | | |

Giglio v. Monsanto Co.
August 20, 2019
Page 127



**Figure 10: Historical Dermal Absorption Factors by Study**[273]

The study compilation presented in Table 20 reveals a remarkable finding. As shown in **Figure 10**, something "unexplained" appears to have happened in 2010. Monsanto made no significant alterations in product formulations, yet glyphosate dermal absorption inexplicably **dropped** – *by more than two orders of magnitude.*

This extraordinary event may be explained by the fact that the results for each year (2010, 2015, 2016, 2017) were produced by the same laboratory ("DTL"). As no other evident changes in product formulation occurred, it is evident that procedures and methodology at DTL have impacted the results and as previously noted, DTL failed to apply "Triple Pack" methods to validate their *in vitro* laboratory tests.

The DTL establishment was contracted by Monsanto and managed by a gentleman who was previously in charge of the *in vitro* percutaneous absorption group at Syngenta Central Toxicology Laboratory – who is also a producer of glyphosate and seeds.

---

[273] Wester used Roundup which contained surfactants; Maybach's dermal absorption was radio labeled glyphosate dissolved in Roundup which contained surfactants and water; TNO study formulation also contained surfactants.

Giglio v. Monsanto Co.
August 20, 2019
Page 128

## Studies, Reviews & Articles Impacted by Wester and Maibach Studies

Inasmuch as there are numerous, highly significant flaws in the two Monsanto-sponsored studies, it is important to understand the impact these have had on other studies, reviews and published articles (some of which were authored by Monsanto consultants).

1. Williams, GM, Kroes, R., and Munro, IC, "Safety evaluation and risk assessment of the herbicide Roundup and its active ingredient, glyphosate, for humans," 2000, Regulatory Toxicology and Pharmacology. Vol. 31, pp. 117–165.

   The Williams, et al., risk assessment article opined that the dermal penetration of glyphosate is very low based on results from studies in Rhesus monkeys and *in vitro* studies with human cadaver samples.  With respect to the Wester studies, Williams failed to acknowledge the documented fecal elimination route and only relied on urinary excretion.  Additionally, Williams, et al., failed to note the difference in fecal verses urinary excretion dependent upon dose level including the extraordinarily high dose level of pure product on the skin of primates within the Wester studies.

   The Williams, et al., review stated,[274] "*Maibach (1983) studied the in vivo dermal absorption of glyphosate when undiluted Roundup herbicide was applied to the skin of monkeys. Penetration was slow as only 0.4 and 1.8% of the applied dose was absorbed over 24 hours and 7 days, respectively. A second study in Rhesus monkeys investigated the absorption of diluted glyphosate (1:29) to simulate a spray solution (Wester, et al., 1991). Dermal penetration was found to be 0.8 and 2.2% at low and high dose (500 or 5,400 mg/cm$^2$, respectively). Wester, et al. (1991) also reported that the in vitro percutaneous absorption of glyphosate through human skin was no more than 2% when applied for up to 16 hours either as concentrated Roundup or as a diluted spray solution.*"

2. Niemann, Lars, et al., "A critical review of glyphosate findings in human urine samples and comparison with the exposure of operators and consumers," 2015, Journal für Verbraucherschutz und Lebensmittelsicherheit, Vol 10, Issue 1, pp 3-12.

   The basic assumption in Niemann, et al., is that dermally absorbed glyphosate is eliminated nearly entirely through urine and that "*measuring of urine levels could be a powerful tool for human biomonitoring*."  The study fails to reference or acknowledge the Wester and Maibach studies and does not consider dermally absorbed glyphosate

---

[274] Williams, pp. 123-124.

Giglio v. Monsanto Co.
August 20, 2019
Page 129

at low, steady state rates of absorption being metabolized and excreted primarily through the feces.

Niemann, et al., states "*For active substances in plant protection products (PPP) with underline well-defined urinary elimination, no potential for accumulation and virtually no metabolism, measuring of urine levels could be a powerful tool for human biomonitoring. Such data may provide reliable estimates of actual internal human exposure that can be compared to appropriate reference values such as the 'acceptable daily intake (ADI)' or the 'acceptable operator exposure level (AOEL)'*."

Based on the Wester (1991) study, the evidence of "*well defined urinary elimination*" has been compromised. Such an assumption is misleading and potentially dangerous with respect to the human health risk assessment and comparisons to current ADI or the AOEL regulatory levels. Studies cited by Niemann, et al., include non-dermal dose assessments such as male SD rats receiving oral dosing (Brewster, et al., 1991),[275] oral dosing in feed (Chan & Mahler, 1992)[276] and IV and oral doses in rats (Anadon, et al., 2009).[277] None of the cited studies involve dermal dosing and **do not** establish "*well defined urinary elimination*" which is simply assumed. Furthermore, the Brewster study found that urine and feces were equally important routes of elimination and after 7 days, the total body burden (~1%) of the dose administered was mostly in bone. Since dermal glyphosate exposure is the primary route of exposure contributing to systemic exposure in agricultural users, the assumption that distribution, metabolism, and excretion are identical by IV and dermal routes of exposure leads to **egregious errors** in systemic dose calculations.

3. Acquavella, J., et al., "Glyphosate biomonitoring for farmers and their families: results from the Farm Family Exposure Study,"2004, Env. Health Perspect 112, pp. 321–326.

---

[275] Brewster, D.W., Warren, J., and Hopkins, W.E., "Metabolism of glyphosate in Sprague-Dawley rats: Tissue distribution, identification, and quantitation of glyphosate-derived materials following a single oral dose," July 1991, Fundamental and Applied Toxicology, Volume 17, Issue 1, pp. 43-51.

[276] Chan, P. and Mahler, J., "Glyphosate (CAS No. 1071-83-6) administered in dosed feed to F344/N rats and B6C3F1 mice," 1992, U.S. Department of Health and Human Services. NTP Technical Reports Series No. 16. NIH Publication 92-3135.

[277] Anadón, A. et al., "Toxicokinetics of glyphosate and its metabolite aminomethyl phosphonic acid in rats," 2009, Toxicol Lett 190(1), pp. 91-95.

Giglio v. Monsanto Co.
August 20, 2019
Page 130

In an internal Monsanto document entitled, "Glyphosate Stewardship, Epidemiology and the Farm Family Exposure Study," Monsanto scientists report the study impetus:

> "We have been working to maintain glyphosate's favorable reputation through a strategy that anticipates challenges and puts appropriate initiatives in place. One of those initiatives is a unique research program called the Farm Family Exposure Study (FFES)." [278]

The report further states:

> "The FFES was developed to fill two data gaps. First, there is (PPE) information about applicator pesticide exposure under "real world" conditions. Second, there is little empirical exposure information for farm children although children's health is a driving force in environmental regulation and a focus of epidemiologic research." [279]

The "FFES" is a biomonitoring study which evaluated urinary glyphosate concentrations for forty-eight farm families (farmers, spouses and their children) the day before, the day of and three days after a glyphosate application. The authors used the urinary concentrations to estimate systemic doses which they then compared to the U.S. EPA reference dose of 2 mg/kgBW/day.

The main assumption in their analytic method is *"pharmacokinetic research indicates that absorbed glyphosate is excreted unchanged, predominantly in urine* (Williams 2000)."[280] Unfortunately, glyphosate is <u>not</u> excreted predominately through the urine in primates, especially at low doses, as demonstrated by the Wester, 1991, study.

The authors used the 95% urinary recovery that Wester reported using IV dosing to correct their data for complete pharmacokinetic recovery. This correction factor is not applicable to this data since the farmers and their family members were presumably exposed *dermally* and not through IV dosing.

Monsanto also points out the limited degree of accuracy of their urinary glyphosate measurements in the Acquavella, et al., 2004, biomonitoring study:

---

[278] "Glyphosate Stewardship, Epidemiology and the Farm Family Exposure Study," MONGLY00905651.

[279] Id, MONGLY00905652.

[280] Acquavella, J., et al., "Glyphosate biomonitoring for farmers and their families: results from the Farm Family Exposure Study," 2004, Environ Health Perspect, 112, pp. 321–326.

Giglio v. Monsanto Co.
August 20, 2019
Page 131

> "Monsanto's analytic chemistry expertise was essential to the FFES. However, **our current method is outdated**. It requires relatively large volumes of urine (100 ml, versus 5 ml for the 2,4-D and chlorpyrifos methods) and produces less precise results than methods for other FFES chemicals. Given the likelihood that human health allegations will continue to surface for glyphosate, it seems advisable to invest in modernizing the analytic method to increase analytic flexibility and precision."[281]

4. Solomon, K., "Glyphosate in the general population and in applicators: a critical review of studies on exposure," 2016, Critical Reviews in Toxicology, 46(1), pp. 21-27.

In the Solomon, 2016, review, it is again assumed that "*the systemic dose of glyphosate can be estimated from the total amount of glyphosate excreted in the urine over the four or five days following and including the day of application.*" A "*correction for incomplete excretion*" of 95% is made "*based on observations in TK[282] studies in monkeys which showed that 95% of total systemic dose was excreted via urine (Wester, et al., 1991), divided by 0.95.*"[283]   Solomon does not consider dermally absorbed glyphosate at low, steady state rates of absorption being metabolized and excreted primarily through the feces.

5. Monsanto's Spanish "OPEX" biomonitoring study entitled "MON 78294: An Applicator Exposure Study Conducted in Spain," Autumn 2005.

This study was conducted in order to estimate a systemic dose for occupational users of glyphosate and determine whether certain uses of the product resulted in unacceptable levels of dermal penetration. Monsanto submitted results of the studies to Spanish regulatory authorities as part of the herbicide registration process.  A report was prepared for submission to the U.S. EPA, but it is unclear if it was ever submitted. In their determination of the systemic dose, they extrapolated the Wester, et al., 1991, study results to their biomonitoring data.  As in the other examples cited above, doing so invalidates their values of the estimated systemic dose.

---

[281] "Glyphosate Stewardship, Epidemiology and the Farm Family Exposure Study", MONGLY00905655.

[282] TK is an abbreviation for toxicokinetic and is used here as a synonym for pharmacokinetic.

[283] Solomon, K., "Glyphosate in the general population and in applicators: a critical review of studies on exposures," 2016, Critical Reviews in Toxicology, 46(1), pp. 21-27.

Giglio v. Monsanto Co.
August 20, 2019
Page 132

**Regulatory Guidance on Dermal Absorption and Recovery**

Either knowingly or unknowingly, Monsanto regularly misstates or understates glyphosate dermal absorption recovery and factors in its communications. It is not the purpose of this toxicological risk assessment to draw conclusions about the intent of such misstatements. However, it is helpful to understand the position of regulatory agencies on these points and to briefly review some key guidelines pertinent to this issue.

---

**OECD: 18-Aug-2011 GUIDANCE NOTES ON DERMAL ABSORPTION Series on Testing and Assessment No. 156**

The current default approach taken by nearly all regulatory agencies is to determine the dermal absorption value by adding the absorbed dose and the <u>chemical remaining in the skin</u>, following washing. This is appropriate for both *in vivo* and *in vitro* studies unless compelling evidence demonstrates that some portion of the residue in the skin is unlikely to be absorbed. OECD TG 427 and 428 (OECD 2004a and 2004b) require a mean mass balance <u>recovery</u> of the test substance of between <u>90–110%</u>. The OECD GD28 (OECD 2004c) contains the same recommendation with a caveat that for volatile test substances and unlabeled test substances, a range of 80–120% is acceptable. However, with the *in vivo* study design, recoveries outside this range may be acceptable but must be justified.

The criteria to justify mean mass balance recovery values outside the acceptance range can be summarized by the following examples:

1. **Recovery values exceed the recommended range**: If the recoveries exceed the accepted maximum range, the data generated should not be normalized because that would result in potentially underestimated absorption values. <u>If these absorption values are not acceptable when a risk assessment is conducted, then the study should be repeated</u> to address any bias resulting from excessive recoveries.

2. **Recovery values below the recommended range**: Low recoveries raise the concern that the value for absorbed dose could be lower than that which would be achieved from a study where the recoveries were within the guideline range. The reason for low recovery may be attributable to the following factors: (a) incomplete application of dose, (b) loss to the experimental equipment, (c) incomplete extraction from matrices (or incomplete collection of exhaled $CO_2$), (d) evaporation, (e) unlabeled test preparations, metabolism or degradation or (f) insufficiently high analytical LODs/LOQs, in particular where non-labelling analytical methods are applied.

Giglio v. Monsanto Co.
August 20, 2019
Page 133

**Monsanto Communications with Respect to Pharmacokinetics**

During the glyphosate registration process in Spain, the Spanish Ministry of Health advised Monsanto of errors in their "OPEX" study. Faced with denial of Spanish product registration, Monsanto employees communicated concerns regarding pharmacokinetics of glyphosate. The following excerpts summarize some of the Monsanto communications.

A. Communication of ███████████ (11-4-2008):  Subject:  Pk (Pharmacokinetics) recovery, Wester, et al.

> "The IV data gives *in vivo* disposition of a systemic available dose. This dose could be the result of aggregate systemic exposure (meaning a systemic dose after combined oral, dermal, inhalation exposure). The total accountability of this experiment is high >96% - ~100% and we know exactly the amount that was systemically available. The recovery factor for urine is therefore relevant and reliable." [284]

Notably, the dose was not an "*aggregate systemic exposure*" as stated, but the result of an IV "push" injection. This is clearly stated in the study. Thus, one cannot conclude that the recovery factor from IV dosing is "*relevant and reliable*" to dermal dosing.  It is critical to note that IV administration presents a **tremendously high acute dose** to the liver. Saturation of the liver as an elimination pathway to the feces would result in spill over to the urinary excretion elimination pathway.  Giving the same (IV) dose quantity over a slow drip period of 24 hours would not expose the liver to potential saturation. The email conversation further states:

> "The *in vivo* dermal absorption experiment yielded variable results (table 4) and much lower total accountability 77-82% which is normal for this kind of experiment. The authors take the outcome of the IV experiment to justify the use of the urinary excretion results from the topical experiment **only** as an estimate for dermal uptake. 'Since all of the IV administered doses were excreted in urine, the percutaneous absorption of glyphosate is estimated to be 0.8-2.2% of the applied dose' (p 728-729). They did not take the feces into account based on the IV study." [285]

Monsanto employee ███████████ did not take hepatic excretion through the feces into account and relied solely on the IV study. This omission produced **acutely high blood levels** not comparable to those achieved through slow, steady-state dermal absorption.  Additionally, the erroneous urinary recovery assumption that Monsanto used

---

[284] MONGLY02155831.

[285] Id.

Giglio v. Monsanto Co.
August 20, 2019
Page 134

to correct the systemic dose is in grave error by a factor of 4.5 and, therefore, is in no way a *"good estimate."*

B. Communication of ████████ (11-4-2008, response to ██████): Subject: Pk recovery, Wester, et al.

> "Many thanks for your help which I will try to defend as Monsanto position, but the authorities will decide next week.  That means they are now doing the homework- if our proposed safety evaluation for CAYENNE formulation is compatible with the Acceptable Operating Exposure Level (AOEL) for glyphosate.  I imagine we do not have other studies on the urine/feces excretion after topical applications of glyphosate to support our position. **As it is critical that we have our product accepted in this coming meeting**, I would like to complete my defense with a paragraph like this one:
>
> "Although we believe that the intravenous dose is accepted by toxicology peer reviewers as the best indicator to simulate the systemic presence of glyphosate, in case the Spanish authorities consider that the excretion through the urine should be taken from the **variable data** reported in the topical administration (urine/urine + feces = 75.86% or 18.18%), the average excretion in the urine of 47.02% would mean that our final exposure values should be multiplied by 2.13 resulting in exposure levels which are well below the AOEL of 0.2 mg/kgBW/day." [286]

Several documents and in-house Monsanto studies report that the IV model is the best indicator as to how systemically-administered glyphosate is metabolized and excreted.  This statement is <u>inaccurate</u> since it is the dermal systemic dose that is of primary interest to both toxicologists and regulatory authorities.

There are no reports of applicators intravenously injecting themselves with glyphosate. In the absence of actual primate dermal absorption data, the IV model should have been compared to animal models with urinary and fecal measurements conducted.

However, *it is not an acceptable practice in toxicology* to replace real *in vivo* data with a "model" unless the actual dermal dosing data was faulty. There is no evidence to support this.

---

[286] MONGLY02155830.

Giglio v. Monsanto Co.
August 20, 2019
Page 135

Monsanto's "variable data" problem has been used to avoid the finding of the alternate fecal elimination pathway. The "high variability" issue has been mis-applied in order to dismiss the primate dermal absorption test results. Monsanto has dismissed the primate data by failing to disclose why the "variable data" was excessive.

The variability of the data (*i.e.*, the percentage of urinary versus fecal elimination) was due to absorption saturation at the high dose as described previously and, therefore, only the low dose is relevant since it is closer to real-world exposure scenarios. Thus, the exposure values should be multiplied by **5.50,** not 2.13.

C. Communication of ▮▮▮▮▮▮▮▮▮▮▮ (11-5-2008, response to All): Subject:  Pk recovery, Wester, et al.

> "Even though we can absorb additional 'uncertainty factors' in our risk assessment based on our biomonitoring results, I feel uncomfortable with this discussion. This approach by Spain sets a precedent and **contradicts the fact that we always claimed to fully understand the glyphosate pharmacokinetics**. The Wester IV experiment suggests that almost the entire 'systemically' available dose was excreted in urine. The low dose topical *in vivo* experiment suggests that almost the entire dose (82%) that was absorbed through the skin was excreted in feces (3.6% feces versus 0.8% in urine). We should have a robust and well-documented explanation for this and stick to our original risk assessment or develop additional data to fully understand this matter and adjust our systemic dose calculations accordingly." [287]

D. Communication of ▮▮▮▮▮▮▮▮▮▮ (11-4-2008, response to ▮▮▮▮): Subject:  Pk recovery, Wester, et al.

> "Joel, Donna & I have discussed your approach and you are correct. How much below the AOEL are your calculations? Christophe - by our rough calculations, Jaime's approach is approximately 50x below the AOEL of 0.2 mg/kgBW/day, Even if we applied the 90[h] percentile for the passive dosimetry numbers, we would be below the AOEL." [288]

The pharmacokinetics assumed to be correct using the IV methodology are contradicted by the primate dermal absorption studies. ▮▮▮▮▮▮▮▮▮▮▮ states *"This approach by Spain sets a precedent and <u>contradicts the fact that we always claimed to fully understand the glyphosate pharmacokinetics</u>."* He cites the discrepancy in the Wester study and the

---

[287] Id.

[288] MONGLY02155829.

Giglio v. Monsanto Co.
August 20, 2019
Page 136

need to further investigate in order to fully understand the pharmacokinetics (and thereby "adjust" systemic dose calculations).

E.  Response communication of ███████████ (11-10-2008, response to All):  Subject: Pk recovery, Wester, et al.

> "To fully address this issue would likely require a repeat of the monkey dermal and intravenous studies. We no longer own the custom-designed monkey chairs that prevented exfoliated abdominal skin from contaminating the excreta. Additionally, it is not clear whether similar chairs are used anymore by any researcher or if they would even be allowed. Thus, conducting a new series of monkey studies may not be easy nor inexpensive. Furthermore, it is not clear to me that such a study is necessary and would be **totally without risk**. Should we arrange a conference call to discuss this?"[289]

F.  Communication of ███████████ (11-10-2008, response to team):  Subject:  Pk recovery, Wester, et al.

> "To me, all this discussion continues to show that we still need solid data for ADME (Absorption, Distribution, Metabolism and Excretion) arising from dermal exposure.
>
> 1. Our dermal absorption endpoint is based on the literature and, as I recall, we failed to get the original data to support the results.
>
> 2. The movement of glyphosate in the blood flow from dermal contact is different to that through oral or intravenous exposure. The little data we have suggests that the excretion is significantly more through the feces than the urine.
>
> 3. Dermal exposure is the greatest risk of exposure for operators. Therefore, we need to be secure on the ADME of such exposure.
>
> 4. The WHO and EU reviews focus on the IV and oral but not the dermal. My position is, therefore, unchanged. We need to address this properly in the Annex II dossier and, therefore, should be considering a study.[290]

As stated by ███████████ the movement of glyphosate in the blood flow from dermal contact is different to that through oral or intravenous exposure. It is precisely because such differences exist that clinical researchers (and toxicologists) apply published study findings according to the guidance provided.

---

[289] MONGLY02155826.

[290] MONGLY02155827.

Giglio v. Monsanto Co.
August 20, 2019
Page 137

██████████ also notes that the study evidence has documented that glyphosate excretion is significantly more through the feces than the urine. This finding is highly significant as it directly contradicts a key assertion found in many of Monsanto's published study results that elimination through urine alone accounts for the majority of recovery. Thus, this assumption can impact the results and accuracy of dermal absorption studies and biomonitoring studies of workers who have their urine tested.

G. Communication of ████████████ (11-12-2008, response to ██████████): Subject:  Pk recovery, Wester, et al.

"Monsanto is a company with recurring discussions (which is good!)... You will remember that we discussed this in length with a lot of people before we initiated the Spanish OPEX study... (please see attached). The outcome was that (1) other animal data confirmed the Wester findings; (2) such a study would **be too risky** (potential for finding another mammalian metabolite); and (3) we would wait for the evaluation of Spain. Looking forward to this discussion on the 24th of November. I also recall that David has asked 2 external pharmacologists for an opinion on the Wester study. Would that opinion be available by that time?"[291]

The charge and responsibility of the toxicologist is to determine the ADME (absorption, distribution, metabolism and excretion) as ADME are critical components in the risk assessment process.

It is always of great importance to identify all metabolites since certain chemicals have been known to produce toxic metabolites under high dose levels (such as Tylenol) or carcinogenic metabolites (such as metabolites of benzene).  Failing to perform a needed study due to the risk of finding an adverse result that could negatively impact unrelated agendas represents an unacceptable practice in the field of toxicology.

---

[291] MONGLY02155826.

Giglio v. Monsanto Co.
August 20, 2019
Page 138

**Factors Intensifying Dermal Absorption of Glyphosate**

Beyond the underestimation of dermal absorption by Monsanto, there are additives within Roundup formulations that further increase dermal absorption of glyphosate. There are numerous factors governing the rate and degree of glyphosate dermal absorption, both intrinsically and potentially. These include (a) "co-formulants" (ingredients other than the active ingredient such as detergents or anti-foam agents), (b) surfactants (compounds which lower surface tension), (c) humectants (to inhibit moisture loss), (d) adjuvants (chemicals which modify the effect of other agents), (e) absorption enhancement due to skin damage, lesions, cracks and other irregularities, (f) lack of personal protective gear and (g) other factors such as penetration enhancers and skin creams. This section reviews and assesses these factors as toxicological considerations.

Generally speaking, with the exception of substances of a proprietary nature or which have not been disclosed by Monsanto, most of the considerations mentioned above tend to <u>intensify</u> absorption rather than reduce it. The following sections review each factor individually given the limited information available at this time.

**Co-Formulants**

The exact identities and amounts of the co-formulants in GBF herbicides are usually unknown as they are kept as confidential trade secrets. In many countries (including the U.S.), manufacturers are only required to identify the declared active ingredient (DCI), *i.e.,* glyphosate. The co-formulants (*i.e.*, all ingredients other than the DCI) have rarely been identified and have often been declared as "inert ingredients."[292]

Herbicide manufacturers frequently take advantage of regulatory agency definitions of "inert ingredients." Despite their name, inert ingredients may be biologically or chemically active and are labeled inert only because of their function in the formulated product. For example, an herbicide ingredient can be considered "inert" if it has no direct effect on the intended target, *i.e.,* the weed. In herbicides, the ingredients added to enhance absorption, increase ionization, prevent foaming or reduce drifting are characterized by the manufacturer as "inert ingredients" since they do not directly kill the weeds. However, they are not necessarily without toxicity to animals or humans.

Independent studies of complete herbicide formulations are not generally possible as specific herbicide formulations are protected. Manufacturers of co-formulants have

---

[292] Defarge, N. et al., "Co-formulants in glyphosate-based herbicides disrupt aromatase activity in human cells below toxic levels," 2016, Int J Environ Res Public Health, Vol. 26;13(3), pii: E264.

Giglio v. Monsanto Co.
August 20, 2019
Page 139

been historically unwilling to provide them to scientists who wish to assess toxicity. Consequently, most co-formulants have evaded scientific scrutiny and regulation.

In a confidential draft report dated July, 2001, entitled, "Clustering glyphosate formulations with regard to the testing for dermal uptake," Monsanto scientist ███████ ███████ stated:

> "Glyphosate has a whole series of different formulations. The differences between those formulations are based on:
> - The different salt types used to formulate the active ingredient
> - The use of different surfactants
> - The active ingredient/surfactant ratio
> - The concentrations of active ingredient and surfactants
> - The presence or absence of other inert ingredients such as anti-foam agents.

He also added:

> Until today, Monsanto has conducted formulation specific dermal uptake research only on the formulation Roundup (MON2139). It is clear that because of the compositional differences, the dermal uptake data for Roundup can't be extrapolated as such towards the wide range of formulations. Every ingredient in a formulation can have a specific influence of dermal uptake. **Scientific experimental evidence is necessary**."

Detergents in herbicides act as mediators which change the absorption by increasing bioavailability[293] or by affecting the skin barrier function.[294,295] Brand and Mueller (2002) showed dermal penetration of commercially-formulated compounds was significantly greater ($p < 0.05$) than that of pure compounds at the same concentration.[296]

---

[293]Sartorelli, et al, 1997.

[294]Treffel, P. & Gabrad, B., "Skin penetration and sun protection factor of ultraviolet filters from two vehicle," 1996, Pharmaceut Res, Vol. 13, pp. 770-774.

[295]Tupker, R. et al., "Susceptibility to irritants: role of barrier function, skin dryness and history of atopic dermatitis," 1990, *BJD*. Volume 123, Issue 2, pp. 199–205.

[296] Brand, R.M. & Mueller, C., "Transdermal penetration of atrazine, alachlor, and trifluralin: effect of formulation," 2002, Toxicol Sci., Vol. 68(1), pp. 18-23.

Giglio v. Monsanto Co.
August 20, 2019
Page 140

## Surfactants

Like co-formulants, the exact identities and amounts of surfactants in GBF herbicides are usually unknown as they are kept as confidential trade secrets. The most predominately used surfactants in GBFs are polyoxyethylene alkylamine (POEA) surfactants.[297,298]

POEA is an acronym, not a specific chemical, which encompasses a wide range of alkyl-amine ethoxylate compounds. Within the group of POEA surfactants, the chemistry is complex and varied. Ethoxylated tallowamine has been the traditional surfactant component and the most well-known 'inert' ingredient contained in the original Roundup formulation and many others. It is a POEA non-ionic surfactant consisting of beef tallow fatty acid-derived alkyl chains converted to primary amines and ethoxylated with between 10 to 20 ethylene oxide (EO) units.[299] It is often mixed with polyethylene glycol or other surfactants plus other materials to facilitate manufacturing and formulation stability.[300] Roundup's surfactants include 1,4-dioxane (a probable human carcinogen) as an impurity at about 0.03%.[301]

POEA significantly increases penetration in plant cells as well as in animal cells. Richard, et al., found that the addition of surfactants "greatly facilitated" the penetration of glyphosate through animal cell membranes.[302]

It is helpful to understand that, due to corporate secrecy and proprietary concealment, POEA was first recognized as a common ingredient in herbicides in the 1980's when

---

[297]Williams, G., et al., "Safety evaluation and risk assessment of the herbicide Roundup and its active ingredient, glyphosate, for humans," 2000, Regulatory Toxicology and Pharmacology, Vol.31, pg. 117 - 165.

[298] Diamond, G., Durkin, P., "Effects of surfactants on the toxicity of glyphosate with specific reference to RODEO," 1997, Syracuse Research Corporation, SERA TR 97-206-1b.

[299] From an internal Monsanto report, Surfactant Issue Analysis, Issue: Increasing public attention to the POEA (Polyoxyethlene alkylamine) surfactant component of glyphosate formulations in connection with claims of adverse impact to aquatic life (recently, amphibians) and human health (*in vitro* cell culture toxicity tests). MONGLY01700591.

[300] Id.

[301] Monsanto, 1990 in Diamond, G., Durkin, P., "Effects of surfactants on the toxicity of glyphosate with specific reference to RODEO," 1997, Syracuse Research Corporation, SERA TR 97-206-1b.

[302] Richard, S., et al., "Differential effects of glyphosate and Roundup on human placental cells and aromatase," 2005, Environmental Health Perspectives.

Giglio v. Monsanto Co.
August 20, 2019
Page 141

physicians in Japan reported that morbidity and deaths of patients who drank Roundup were due to POEA, not glyphosate.[303]

POEA is an eye irritant, toxic to aquatic organisms, penetrates cell membranes and disrupts their structure and function. Diamond and Durkin made the following observations regarding surfactants in glyphosate-based formulations:

1. **Multiple Formulations**: The formulations are chemical mixtures and must be considered as mixtures in toxicity assessments. In this context, an assessment of the specific surfactants in any of the formulations or generalizations about the toxicology of surfactants as a group may not apply to the formulations. This consideration places extreme importance on data regarding the toxicity of the formulations themselves. *The lack of such data will render any predictions about the effects of the formulations on glyphosate highly uncertain.*[304]

2. **Unknown Interactions:** Surfactants can be expected to interact with and perturb the structure, physical properties and function of membranes.[305]

3. **Objective Evidence is Lacking:** For specific mechanisms of interactions between glyphosate and surfactants.[306]

4. **Multiplicity of Potential Reactions:** The structural characteristics of extreme hydrophilicity and hydrophobicity of surfactants may result in very different interactions with hydrophobic and hydrophilic herbicides. Thus, the relatively water-soluble isopropylamine salt of glyphosate may interact differently with surfactants than the less water-soluble parent compound or other more insoluble herbicides.[307]

---

[303] Sawada, Y., Nagai, Y., Ueyama, M., and Yamarnoto, I., "Probable toxicity of surface active agent in commercial herbicide containing glyphosate," 1988, Lancet 1 (8580), pp. 29.

[304] Diamond, G., Durkin, P., "Effects of surfactants on the toxicity of glyphosate with specific reference to RODEO," 1997, Syracuse Research Corporation, SERA TR 97-206-1b.

[305] Id.

[306] Id.

[307] Id.

Giglio v. Monsanto Co.
August 20, 2019
Page 142

## Indirect Disclosures of Surfactant and Co-Formulant Toxicity

In 2013, Mesnage, et al., published their study of nine herbicides containing glyphosate including five different formulations of Roundup. After studying the chemicals' patterns using mass spectrometry, Mesnage and his colleagues determined the identity of co-formulants in Roundup and performed toxicity analyses.  They deduced the chemical structure of additives in six of the nine formulations and showed that each of these supposedly inert ingredients was more toxic than glyphosate alone.[308]

Subsequently, other studies have examined the toxicity of these co-formulants and measured significant enhancement of toxicity. While there occasionally may be performance differences between glyphosate products, these differences are more likely to be caused by the differences in surfactants formulated with the product.

Defarge, et al., 2016, study showed that each of the five co-formulants affected the function of both the mitochondria in human placental cells and aromatase, an enzyme that affects sexual development. Not only did these chemicals, which are not named on herbicide labels, affect biological functions, they did so at levels far below the concentrations used in commercially available products. In fact, POEA, an "inert" ingredient, was between 1,200 and 2,000 times more toxic to cells than glyphosate,  the "active" ingredient.   They also reported that six glyphosate formulations similarly decreased aromatase activity in human placental cells at concentrations much lower than glyphosate alone. [309]

In a memorandum regarding risk assessment of "inert ingredients" in pesticide formulations, the U.S. EPA stated that although there are no dermal absorption data on the AAAPD and AAASD surfactants, the agency would expect the dermal absorption to be very low for these compounds.  They base their conclusion on the physicochemical properties of these inert ingredients, including their relatively high molecular weights and water solubility, and on the fact that they are large crosslinked molecules. This conclusion leads them to using 5% dermal absorption as a "likely upper bound, conservative value" in their risk assessment.[310]

---

[308] Mesnage, R., Bernay, B., and Séralini, G.E., "Ethoxylated adjuvants of glyphosate-based herbicides are active principles of human cell toxicity," 2013, Toxicology 313(2-3), pp. 122-8.

[309] Defarge, N. et al., "Co-formulants in glyphosate-based herbicides disrupt aromatase activity in human cells below toxic levels," 2016, Int. J. Environ. Res. Public Health 13, pp. 264.

[310] "Alkyl Alcohol Alkoxylate Phosphate and Sulfate derivatives (AAAPDs and AAASDs – JITF CST Inert Ingredients). Human health risk assessment to support proposed exemption from the requirement of a

Giglio v. Monsanto Co.
August 20, 2019
Page 143

The EPA also noted in this memorandum that there is no evidence that these surfactants are carcinogenic. This finding was based solely on a qualitative structural activity relationship (SAR) database (DEREK Version 11) which found no structural alerts. They also stated that there was little concern about any of the postulated metabolites having greater toxicity than the parent compounds.

## Examples of Surfactant and Co-Formulant Toxicity

There is a general agreement and consensus that co-formulants can be more toxic for animals than glyphosate itself.[311] For example, cytotoxicity of the commercial formulation Roundup to human peripheral mononuclear cells was 30-fold higher ($LC_{50}$ = 56 mg/L) than for the active ingredient ($LC_{50}$=1640 mg/L). Several *in vitro* and *in vivo* studies with parallel testing of glyphosate active ingredient and Roundup showed that only the commercial formulation was genotoxic.[312]

New Zealand registration data revealed Roundup contained POEA.[313]   Other formulations may contain much higher levels, even as high as 60-80% as in the Genamin formulation.[314]   In studies using hepatic (HepG2), embryonic (HEK293) and placental (JEG3) cell lines to compare ten formulations of glyphosate, the most toxic were those that contained POEA.  This surfactant induced necrosis and disrupted the structure and function of cell membranes with negative dose-dependent effects on cellular respiration and membrane integrity between 1 and 3 mg/L.[315]

---

tolerance when used as inert ingredients in pesticide formulations." Memorandum from Office of Prevention, Pesticides, and Toxic Substances, US EPA, Washington, D.C. June 8, 2009.

[311] Defarge, N. et al., "Co-formulants in glyphosate-based herbicides disrupt aromatase activity in human cells below toxic levels," 2016, Int. J. Environ. Res. Public Health 13, pp. 264.

[312] Bolognesi, et al., "Biomonitoring of genotoxic risk in agricultural workers from five Colombian regions: Association to occupational exposure to glyphosate," 2009, Journal of Toxicology and Environmental Health Part A, 72, pp. 986—997.

[313] Watts MA, "The poisoning of New Zealand,"1994, AIT Press, Auckland. From Pesticide Action Network (PAN). http://pan-international.org/wp-content/uploads/Glyphosate-monograph.pdf

[314] Mesnage, R. et al., "Ethoxylated adjuvants of glyphosate-based herbicides are active principles of human cell toxicity," 2013.

[315] Id.

Giglio v. Monsanto Co.
August 20, 2019
Page 144

POEA potentiates the effect of glyphosate facilitating its penetration of cell membranes and bioaccumulation in cells.[316] The bio-concentration factor for glyphosate is also increased in the presence of POEA in the aquatic environment.[317]

**Regulatory Considerations Based on Surfactant and Co-Formulant Toxicity**

In the absence of clear, unambiguous information pertaining to a commercial product's chemical composition, some countries take a hardline approach to regulation. For example, due to toxicity concerns, Germany removed glyphosate products containing POEA from their market in 2014[318] and the European Union banned them in 2016.[319] The New Zealand Environmental Protection Agency (NZ EPA) has current approvals for 91 formulations of glyphosate of which 69 contain POEA. The New Zealand EPA refuses to name them "*because the composition of the formulations is commercial-in-confidence information.*"[320]

This situation is typical of many countries. The decree that banned the use of glyphosate formulations containing POEA in Italy named 55 formulations including well-known names such as Roundup, Rodeo® and Touchdown® and brands from Cheminova, Syngenta, Nufarm, Dow AgroSciences, and Arysta as well as Monsanto and some Italian companies.[321]

The key point here is that experimental studies suggest that the toxicity of POEA is greater than the toxicity of glyphosate alone and commercial formulations alone. However, safety evaluations performed by Monsanto have largely been performed on pure glyphosate or without identification of all ingredients.  There is also evidence that glyphosate preparations containing POEA are more toxic than those containing

---

[316] Richard, S. et al., "Differential effects of glyphosate and Roundup on human placental cells and aromatase," 2005, Environ Health Perspect 113(6), pp. 716-20.

[317] Annett R, Habibi HR, Hontela A., "Impact of glyphosate and glyphosate-based herbicides on the freshwater environment," 2014, J Appl Toxicol 34(5), pp. 458-479.

[318] Farrer P, & Falck M., "Toxic glyphosate herbicides fly under the EU's regulatory radar," 2014, Pesticides News 96, pp. 1-4.

[319] EC. 2016. Glyphosate. European Commission - Fact Sheet FAQs: Glyphosate. Brussels. June 29th. http://europa.eu/rapid/pressrelease_MEMO-16-2012_en.htm

[320] NZ Parliament. 2016. Written questions 10151, 10153, 10154. Steffan Browning to the Minister for the Environment. New Zealand Parliament Paremata Aotearoa, Wellington. https://www.parliament.nz/en/pb/order-paper-questions/written-questions/?criteria.Keyword=glyphosate

[321] Pesticide Action Network (PAN). http://pan-international.org/wp-content/uploads/Glyphosate-monograph.pdf

Giglio v. Monsanto Co.
August 20, 2019
Page 145

alternative surfactants. Since surfactants contribute to the toxicity of glyphosate formulations, adverse health consequences are not necessarily caused by glyphosate alone but as a consequence of complex and variable mixtures. Even Monsanto has recognized this in correspondence (as cited in this assessment).

**Monsanto TNO Dermal Penetration Study with Co-Formulant Cocoamine**

Monsanto's previously reported dermal absorption studies did not include surfactant co-formulants.  Monsanto did find evidence of the effects of one surfactant**,** cocoamine, on dermal absorption in their TNO dermal penetration studies. These studies were not submitted to the U.S. EPA or to any European regulatory agency.

TNO Study: Johan van Burgsteden, "*In vitro* percutaneous absorption study with [14C]-glyphosate using viable rat skin membranes," June 14, 2002, Unaudited draft report V4478 (Tab 24).

Glyphosate in formulations MON 35012 and MON 0139 (70%) was examined for *in vitro* percutaneous absorption through viable rat skin membranes. Both contain the IPA salt of glyphosate, but MON 35012 also contains the surfactant cocoamine. Both the concentrated formulation and the field dilution were tested as shown in **Table 21**.  After eight hours of exposure, the test substance was removed from the application site and samples of the receptor fluid were collected for an additional 40 hours.

**Table 21**
**Formulations and Doses Tested in TNO Dermal Absorption Studies**

| Formulation | Ingredients | Dose (mg gly/cm$^2$) | |
|---|---|---|---|
| | | Concentrate | Field dilution |
| MON 35012 | Glyphosate Isopropylamine salt (46% w/w) Surfactant Cocoamine (18% w/w) Water & minor ingredients (35.5% w/w) | 6.249 | 0.080 |
| MON 0139 70% | Isopropylamine salt (62% w/w) Inert ingredients (38% w/w) | 6.343 | 0.080 |

Giglio v. Monsanto Co.
August 20, 2019
Page 146

The investigators in this study used doses outside the range recommendations of the U.S. EPA's 1998 "Health Effects Test Guidelines" for dermal penetration as follows:

> The maximum practical dose is on the order of 1 mg/cm$^2$—larger doses tend to fall off the skin or exceed saturation of the absorption process. When only three doses are given, the highest dose should be on the order of 0.1 mg/cm$^2$.[322]

There are two doses in this study - the higher dose being 6.2 times larger than the recommended maximum dose. Furthermore, the U.S. EPA guidelines state that:

> The maximum dose volume should not exceed 10 µL/cm$^2$. Larger volumes of liquid have been found to flow on the skin and produce uneven distribution on the dosed area.[323]

In this study, 10 µL of the test samples was applied on a 0.64 cm$^2$ skin surface area.  This is the equivalent of 15.6 µL/cm$^2$ which is more than one- and one-half times greater than the recommended maximum (liquid) dose. The excess in both the concentration and the volume of the concentrated doses will contribute to absorption saturation as described by the U.S. EPA:

> The amount of chemical coverage on the skin surface can influence the amount of dermal absorption. Chemical coverage of the skin surface may be incomplete where only part of the surface is covered or it may be complete where the entire skin surface is covered. In both cases, only the amount of chemical in contact with the skin surface is available for absorption such that the capacity of the skin to absorb the chemical may be exceeded.[324]

The results of the eight-hour exposures are shown in **Table 22**.

---

[322] U.S. EPA OPPTS 870.7600, "Health Effects Test Guidelines Dermal Penetration," August 1998, pp. 4.
[323] Id.
[324] U.S. EPA OPPTS 870.7600, "Health Effects Test Guidelines Dermal Penetration," August 1998, pp. 3.

Giglio v. Monsanto Co.
August 20, 2019
Page 147

**Table 22**

**Percent Absorption of Glyphosate (percent of dose)**

| Dose | MON 35012 (containing surfactant) | | MON 0319 (70%) (no surfactant) | |
|---|---|---|---|---|
| | Penetration within 48 hrs | Mass balance | Penetration within 48 hrs | Mass balance |
| | % of dose | | % of dose | |
| Low dose | 2.6 ± 1.4 % (2.10 µg/cm²) | 73.4 % | 1.4 ± 2.2 % (1.13 µg/cm²) | 82 .6 % |
| High dose | 10.3 ± 4.2 % (646.3 µg/cm²) | 132.4 % | 1.3 ± 1.9 % (80.8 µg/cm²) | 128 .2 % |

The following key points emerged from the exposure/absorption tests:

- The maximum penetration of **10.3 %** occurred with the higher dose of MON 35012 concentrate which contained the surfactant Cocoamine.

- Even at the lower glyphosate dose of 0.080 mg/cm² of MON 35012, the penetration was 2.6 % of the dose which is greater than Monsanto had previously reported.

- The mass balance was found to range from 73 % to 132 %. This variability is very high as guidelines cite an adequate mean recovery is in the range of 100 ± 10%. (OECD, 2004). This suggests variability in the amount of absorption among the rat skin membrane samples at each dosing.

- In fact, while the mean penetration of the higher dose in MON 35012 was 646.3 µg/cm², one membrane absorbed approximately 1,100 µg/cm², or about **18 %** of the applied dose. The mean penetration of the lower dose of MON 35012 was 2.10 µg/cm² while the maximum penetration was about 3.5 µg/cm² or approximately **4.4 %** of the applied dose.

- At the lower dose, using the worst-case scenario, the missing 27% of the dose should be included in the amount absorbed and, therefore, the amount of absorbed glyphosate would be 30% of the applied dose.

The measured 10.3 % dermal absorption of glyphosate through rat skin in the presence of a surfactant was not received well by Monsanto.

Giglio v. Monsanto Co.
August 20, 2019
Page 148

In a message from ███████████████ (3-29-02) to ███████████████ et al:  Subject: "TNO dermal penetration studies: new issues and topics for the conference call of Tuesday, 2 April (8 A.M STL time)," the following was noted:

> "As of today we received preliminary surprising results on *in vitro* dermal penetration of propachlor and glyphosate through rat skin; it is imperative that we work closely together and communicate well on the conduct, the practical difficulties and the results associated with these studies.
>
> Glyphosate:
>
> - The EU rapporteur for glyphosate used a dermal penetration factor of 3% based on several published *in vitro*/*in vivo* dermal penetration studies
>
> - We launched human and rat *in vitro* dermal penetration studies with MON 35012 with and without surfactant
>
> - Preliminary results with rat skin are not acceptable (see fax); due to very bad reproducibility (sic) that TNO cannot explain, they proposed to repeat the study in parallel with the human skin study. However, we can already conclude that:
>
> a. For the concentrate MON 35012, the % *in vitro* dermal penetration of glyphosate through rat skin is between 5 and 10%
>
> b. For the spray dilution of MON 35012, the % *in vitro* dermal penetration of glyphosate through rat skin will be around 2%
>
> c. The dermal penetration of glyphosate itself in the absence of surfactant is lower than 1.5%."

A follow-up communication from ███████████████ (4-2-02, to ███████████): Subject: "TNO dermal penetration studies: new issues and topics for the conf call of Tuesday, 2 April (8 A.M STL time)."

> "… My primary concern is with the glyphosate in terms of the potential for this work to blow Roundup risk evaluations (getting a much higher dermal penetration than we've ever seen before)."

*Monsanto did not share this study with the public or the scientific community.* Additionally, Monsanto decided <u>not to have it repeated</u>. Some incidental communications on this subject are available for consideration:

Giglio v. Monsanto Co.
August 20, 2019
Page 149

████████████ (4-4-02):

> "Although we agreed to repeat the *in vitro* dermal penetration study with rat skins as proposed by TNO, we came to the conclusion that the penetration of glyphosate would have been [probably] greater than the 3% already imposed by the German authorities.  We decided thus to STOP the study (effective today morning)."

With further explanation, ████████████ (4-5-02):

> "…we initiated the studies from a regulatory angle to help meet the requirements for operator exposure, given that the Annex I endpoint for dermal absorption for glyphosate was set at 3%, …the results of the rat skin studies show levels of absorption for glyphosate of a similar order to the Annex I endpoint; also confirm our expectation that surfactant concentration affects the dermal absorption… therefore, from the regulatory angle, there is no point in pursuing the studies further."

### *Humectants*

In addition to surfactants, Roundup formulations also contain humectants which reduce the loss of moisture.  As Monsanto notes,[325]

> "Certain **co-formulants like humectants that will make it highly likely we will get large amounts penetrating the skin.**"

Humectants include chemicals such as ethylene glycol (anti-freeze).  Ethylene glycol is included in most Roundup formulations.  In addition to increasing dermal absorption, ethylene glycol is a toxic chemical in and of itself.[326]  It is uncertain whether Monsanto ever studied the effect of ethylene glycol on glyphosate dermal absorption.[327]

### *Adjuvants*

Adjuvants may be added to glyphosate formulations prior to use to improve their efficacy against weeds by enhancing penetration of glyphosate into the target plant. However, many of these may also increase the toxicity of glyphosate to other species.  For example, organosilicone surfactants, described as the most potent of adjuvants and commonly added to glyphosate formulations, are now linked to a decline in honeybees

---

[325] MONGLY06653096.

[326] MONGLY01832749. (Toxic to children at 70 cc of Roundup with 5% ethylene glycol.)

[327] MONGLY01745304.

Giglio v. Monsanto Co.
August 20, 2019
Page 150

in the U.S.[328] The common adjuvant surfactant TN-20 used in glyphosate formulations caused cell death and mitochondrial damage in rat cells which disrupts the integrity of the cellular barrier to glyphosate and promotes its toxicity.[329]  Martini, et al., (2016) demonstrated that adjuvants other than POEA inhibited proliferation and differentiation of mammalian 3T3-L1 fibroblasts to adipocytes.[330]

### Enhanced Absorption Due to Skin Damage

Skin, by its nature, is often compromised due to cracking and fissures, by cuts, scrapes, chemical damage, water-submersion, burns, sensitivity reactions, eczema and infections. This is particularly true for outdoor workers.  Breaks in the protective lipophilic barrier of the stratum corneum significantly increase absorption of hydrophilic compounds. A compromised protective lipid barrier will allow the hydrophilic glyphosate to pass through into the hydrophilic dermis, thus avoiding slow diffusion through the lipid layer. Percutaneous absorption studies have demonstrated that glyphosate deposition in damaged skin is five times that of healthy skin and penetration through damaged skin is increased 20-fold.[331]  The integrity of the skin also effects the distribution of chemicals within the skin compartments which will have implications in the efficacy of hand-washing after herbicide exposure.[332]

With respect to applicators, the acute quantity of glyphosate entering the skin is low. However, with repeated doses, especially coupled with a failure to wash the skin before it can be absorbed, the cumulative dose increases. Studies have documented that glyphosate penetration of skin increases linearly with time. Thus, if the worker is unaware of the exposures, absorption continues.[333]

---

[328] Mullin CA, Fine JD, Reynolds RD, Frazier MT, "Toxicological risks of agrochemical spray adjuvants: organosilicone surfactants may not be safe," 2016, Front Public Health, 4:92.

[329] Kim YH, Hong JR, Gil HW, Song HY, Hong SY, "Mixtures of glyphosate and surfactant TN20 accelerate cell death via mitochondrial damage-induced apoptosis and necrosis," 2013, Toxicol *In Vitro* 27(1), pp.191-197.

[330] Martini, C. et al., "Glyphosate-based herbicides with different adjuvants are more potent inhibitors of 3T3-L1 fibroblast proliferation and differentiation to adipocytes than glyphosate alone," 2016, Comparative Clinical Pathology, Volume 25, Issue 3, pp. 607–613.

[331] Nielsen, J. et al., "Defense against dermal exposures is only skin deep: significantly increased penetration through slightly damaged skin," 2007, Arch Dermatol Res, Vol. 299, pp. 423-431.

[332] Id.

[333] Kezic, S. & Nielsen, J.B, "Absorption of chemicals through compromised skin," 2009, International Archives of Occupational and Environmental Health, Vol. 82(6), pp. *677-88.*

Giglio v. Monsanto Co.
August 20, 2019
Page 151

### *Glyphosate's Role in Skin Damage*

Evidence of glyphosate interference with mitochondrial function is increasingly emerging in the scientific literature. Mitochondria are the powerhouse bodies within cells which are necessary in the programmed cell death needed to form skin. Impairment of mitochondrial function reduces the transition of dermal to epidermal cells leading to a decrease in the protective epidermis.[334]

Additional studies by Heu, et al., have demonstrated glyphosate-induced structural changes.[335]  In these studies, the control cells show Young's modulus values respectively increasing approximately 4-fold for 6 hours and 3-fold for 18 hours. These increases reflect a significant rise in cell stiffness. Heu, et al., reported that after a gentle cytotoxic treatment (6 h, 15 mm-glyphosate), the topography profile changes.  The cells exhibit a flattened membrane and a different distribution of native protrusions. They also show a complex subcellular filamentous network with numerous membrane junction points.[336] Thus, glyphosate itself has an intrinsic propensity to damage skin.

## Other Factors Increasing Dermal Absorption

Various skin cream compounds applied to the skin prior to handling pesticides have been demonstrated to alter percutaneous absorption as reported in a study by Brand, et al., (2007).[337] In these studies, four commercially available moisturizing creams were tested with respect to their capacity as transdermal penetration enhancers using the herbicide 2,4-dichlorophenoxyacetic acid (2,4-D) as a model compound. Their data demonstrated that pre-treatment with three of the four creams increased the absorption of 2,4-D as evidenced by either an increased cumulative penetration or shorter lag-times.

Korinth, et al., (2003) reported that skin barrier creams have been demonstrated to enhance the penetration rates of different industrial solvents.  The creams significantly

---

[334] Heu, C., et al., "A step further toward glyphosate-induced epidermal cell death: Involvement of mitochondrial and oxidative mechanisms," 2012, Environmental Toxicology and Pharmacology 34.

[335] Heu C, Berquand A, Elie-Caille C, Nicod L., "Glyphosate induced stiffening of HaCat keratinocytes, a Peak Force Tapping study in living cells," 2012, J Struc Biol 178, pp. 1-7.

[336] Id.

[337] Brand, R. et al., "Transdermal absorption of the herbicide 2,4-dichlorophenoxyacetic acid is enhanced by both ethanol consumption and sunscreen application," 2007, Food and Chemical Toxicology, Volume 45, Issue 1, pp. 93-97.

Giglio v. Monsanto Co.
August 20, 2019
Page 152

enhanced the penetration rates of solvents from complex mixtures compared with the single solvents.[338]

Water-in-oil emulsions, such as oily creams, retard water loss from the skin thereby increasing hydration but also increasing the permeability of the skin.[339]  Oil-in-water emulsions (water-based creams) may donate water to the skin thereby increasing hydration and also slightly increasing the skin's permeability.[340]

Wester and Maibach (2015)[341] reported on the absorption of a 1% glyphosate solution from cotton cloth into and through human skin. Cotton cloth was dosed with a 1% glyphosate solution and applied to the skin. It was found that 0.7 ± 0.3 % was absorbed compared to 1.4 ± 0.2 % dose absorbed when the solution was dosed directly on the skin. Allowing the cotton cloth to air dry for one day further reduced the absorption to 0.08 ± 0.01 %.  However, after adding water to the dried cotton-glyphosate cloth, the absorption increased to 0.4 ± 0.1 % indicating that water "activated" the glyphosate.  The water was acting as an external solvent and as such, increased the percutaneous absorption.

Ethanol is also well known as a topical penetration enhancer as it is frequently used in transdermal drug delivery systems (patches). Bommannan, et al., (1991)[342] found that, during *in vivo* studies with human skin, ethanol enters the skin and removes measurable quantities of the lipid barrier material from the stratum corneum. This lipid extraction may lower the skin barrier function and render the membrane more permeable which is the most likely explanation for the effect of ethanol as a skin penetration enhancer.

---

[338] Korinth G, Geh S, Schaller KH, Drexler H., "*In vitro* evaluation of the efficacy of skin barrier creams and protective gloves on percutaneous absorption of industrial solvents," 2003, Int Arch Occup Environ Health, Vol. 76(5), pp. 382-6.

[339] Smith, Eric and Maibach, Howard, eds., Percutaneous Penetration Enhancers (Boca Raton, FL:  CRC Press, 2015.

[340] Smith, Eric and Maibach, Howard, eds., Percutaneous Penetration Enhancers (Boca Raton, FL:  CRC Press, 2015.

[341] Wester, R. and Maibach, H. (2015). 'Penetration enhancement by Skin Hydration', in Smith, E. and Maibach, H. (eds.) Percutaneous Penetration Enhancers (Boca Raton, FL) CRC Press, 2015.

[342] Bommannan D, Potts RO, Guy RH, "Examination of the effect of ethanol on human stratum-corneum *in vivo* using infrared-spectroscopy," 1991, J Control Release, Vol. 16, pp. 299–304.

Giglio v. Monsanto Co.
August 20, 2019
Page 153

The mechanism by which ethanol facilitates permeation of a solute, such as glyphosate, is referred to as the "'pull" (or "drag") effect.[343]   Hand sanitizer use has become widespread in the U.S. and typical hand sanitizers contain on average of 62% ethanol.

Thus, the use of creams and lotions to treat dry, cracking skin as well as the use of hand sanitizers potentiate the dermal absorption of glyphosate among occupational applicators.

---

[343] Heard CM, Kung D, Thomas CP, "Skin penetration enhancement of mefenamic acid by ethanol and 1,8-cineole can be explained by the "pull" effect," 2006, Int J Pharm., Vol. 321, pp. 167–170.

Giglio v. Monsanto Co.
August 20, 2019
Page 154

## 6. Toxicological Assessment of Mr. Giglio's Glyphosate Exposure

(Systemic Exposure & Mechanism of NHL Induction)

### Non-Hodgkin's Lymphoma Latency Estimates

The term "latency" refers to the interval between initial exposure to a cancer-causing chemical and when a physician initially diagnoses the cancer on the basis of objective clinical evidence.

A chemical's genotoxicity may lead to cancer causing mutations in cells; however, a distinct amount of time elapses during which mutations and DNA damage accumulate in cells before cancer becomes clinically evident. Additionally, a sufficient number of doubling times are required. Latency refers to the time between initial exposure to a cancer-causing chemical and when a physician initially diagnoses the cancer.

There is no single peer-reviewed, generally-recognized latency "threshold" for the more than 60 subtypes of lymphoma (Morton, et al., 2014).[344]  Various sources cite latency intervals ranging as high as 25 years or more. Most estimates are based upon absence of information as opposed to hard evidence.

From the compilation of peer-reviewed latency estimates in **Table 23**, a surmised latency interval of 0.4 to 25 years falls within the general estimates of the studies cited therein. Although no single study is conclusive and future studies will undoubtedly clarify this issue, the weight of evidence suggests that this range offers an acceptable degree of scientific evidence.

It is apparent from this compilation that Mr. Giglio's initiation of exposures to Roundup occurred well within the latency parameters generally accepted for NHL.

---

[344] Morton, et al., "Etiologic heterogeneity among non-Hodgkin lymphoma subtypes: the Inter-Lymph Non-Hodgkin Lymphoma Subtypes Project," August 2014, J Natl Cancer Inst Monogr. (48), pp. 130-44.

Giglio v. Monsanto Co.
August 20, 2019
Page 155

**Table 23**
**Compilation of Peer-Reviewed NHL Latency Estimates**

| Study/Source | Summary of Findings | Latency |
|---|---|---|
| USEPA Glyphosate Issue Paper: 57, 2016[345] | "Some have argued that the follow-up period (median=7 years) De Roos, et al. (2005) is not sufficiently long to account for the latency of NHL (Portier, et al., 2016); however, the latency period for NHL following environmental exposures is relatively unknown and estimates have ranged from 1-25 years (Fontana et al., 1998; Kato et al., 2005; Weisenburger, 1992)." *All of the preceding references are in USEPA Glyphosate Issue Paper as cited.* | 1 to 25 yrs |
| USEPA Glyphosate Issue Paper: September, 2016 | "Eriksson, et al., (2008) evaluated the impact of time since first exposure. This study found an increased effect estimate for subjects with more than 10 years of glyphosate exposure prior to diagnosis of NHL. This finding suggests a potential for a longer latency for NHL than the follow-up period in De Roos, et al. (2005)." *All of the preceding references are in USEPA Glyphosate Issue Paper as cited.* | 10 yrs |
| USEPA Glyphosate Issue Paper: September, 2016 | "Two case-control studies evaluating the risk of NHL (Eriksson, et al., 2008 and McDuffie, et al., 2001) observed increased effect estimates in the highest exposure categories analyzed. Eriksson, et al. (2008) found a greater effect estimate for subjects with >10 days (based on the median days of exposure among controls) and >10 years of exposure (for latency analysis) when compared to subjects with =10 days and 1-10 years of exposure, respectively; … however, given the latency analysis of NHL was limited to Eriksson, et al. (2008) and lack of NHL latency understanding in general, further studies are needed to determine the true latency of NHL. McDuffie, et al. (2001), stratifying based on the average number of days per year of exposure, observed similar effect estimates in the lower exposure category (>0 and =2 days/year) while a greater effect estimate was observed in the highest exposure category (>2 days/year)." | 10 yrs |
| 9-11 Monitoring and Treatment, World Trade Center Health Program[346] | "A minimum latency period of 2 years has been reported for non-Hodgkin lymphoma (Bennett, et al. 1991) following treatment of Hodgkin disease with chemotherapy and radiotherapy which is similar to the latency for secondary acute leukemia (Nadler and Zurbenko 2013; Tucker et al. 1988)." *All of the preceding references are in 9-11 Monitoring report as cited.* | 0.4 to 2 yrs (minimum) |

---

[345] USEPA, "Glyphosate Issue Paper: Evaluation of Carcinogenic Potential," USEPA's Office of Pesticide Programs, September 12, 2016, https://www.epa.gov/sites/production/files/2016-09/documents/glyphosate_issue_paper_evaluation_of_carcincogenic_potential.pdf

[346] "Minimum Latency & Types or Categories of Cancer," World Trade Center Health Program, Revised: January 6, 2015, https://www.cdc.gov/wtc/pdfs/WTCHP-Minimum-Cancer-Latency-PP-01062015.pdf

Giglio v. Monsanto Co.
August 20, 2019
Page 156

**Summary of Objective Toxicological Factors**

The generally-accepted, peer-reviewed toxicological literature is not based on unsubstantiated, subjective opinions, but rather statistically significant data at the 95% level of confidence. Expert opinions must always be based on objective, reliable evidence without deviation from the methodology. The strands of evidence are never assumed to stand by themselves in isolation but are viewed as pieces of a larger puzzle. Scientific interpretation of the puzzle forms the basis of the investigative process in which each piece is assessed on its merits. Only in this manner can a scientifically accurate and reliable assessment be conducted.

**Evidential Considerations**

The following are significant evidential factors in formulating an objective toxicological assessment of Mr. Giglio with regard to Roundup exposures and his subsequent diagnosis of non-Hodgkin's lymphoma:

- **Chronic Glyphosate Exposure:** Mr. Giglio's conduct and clothing worn during spray applications were *based upon the understanding that Roundup was safe*. To be clear: Mr. Giglio wore gloves during occupational spraying and treatment as a matter of standard business protocol, <u>not</u> as a consequence of believing that the Roundup product was in any way potentially hazardous. Liquid Roundup frequently came into contact with his forearms, hands, legs and feet, particularly in instances when he was on the ground installing turf over areas that had just been sprayed. In many cases the liquid would directly contact his hands, forearms and other body parts during application. Mr. Giglio reported in interview that he regularly did not wash until he was finished and sometimes continued to wear Roundup-contaminated clothing for extended periods. Thus, acute exposure doses were periodically left on the skin for prolonged periods as Mr. Giglio did not shower immediately after application. Thus, prolonged contact with contaminated clothing further enhanced dermal absorption.

- Consistent with Human Study Findings: Mr. Giglio's exposure dose history (calculated herein as mean exposure days) exceeds the parameters of the referenced human epidemiological study thresholds at 95% statistical confidence. Additionally, Mr. Giglio's dose is in excess of the threshold range of exposures reported in the relevant epidemiological studies which demonstrated statistically significant odds ratios for NHL at levels below what Mr. Giglio personally experienced.

Giglio v. Monsanto Co.
August 20, 2019
Page 157

- **Comparison to Epidemiological Studies:** Mr. Giglio's exposure doses in units of duration and frequency were compared to the reference doses in five epidemiological studies. The studies included **Eriksson, et al.[347], McDuffie, et al.[348], Leon, et al, 2019, [349]** (study combining data from >300,000 farmers or agricultural workers from France, Norway and the USA), the **Agricultural Health Study** (AHS) and **Zhang, L., et al (2019). [350]** The Zhang, et al., study is a meta-analysis design that included the most recent update of the AHS cohort (2018) along with five case-control studies. His exposure dose was consistently in excess of threshold exposure doses reported within all of these studies that revealed statistically significant increased rates of NHL.

- **Dermal Absorption Rates Higher than Presented by Monsanto**:  As previously discussed in great detail, the correct dermal absorption rate for glyphosate ranges between 3% and 10% (as opposed to the defective values recently issued by Monsanto's contractor, DTL Laboratory).  Additionally, numerous other factors are known to increase skin absorption of glyphosate including (but not limited to) elevated temperatures, continuing to wear herbicide-soaked clothing and gloves, sweating (which contributes to increased skin absorption) as well as the various surfactants formulated in the actual Roundup products (as most of the dermal absorption studies were performed on pure glyphosate without the additives).

- **Lack of Personal Protective Equipment (PPE):** Mr. Giglio wore no personal protective equipment such as impermeable pants, boots, mask, *chemically-resistant* gloves, etc., during his residential spraying activities. In his occupational spraying, he wore only neoprene gloves. Notably, Monsanto employees (in the previously referenced study) were protected with PPE in all exposed body areas during their own dermal exposure testing procedures, but consumers are not protected because the

---

[347] Eriksson, M., et al., "Pesticide exposure as risk factor for non-Hodgkin lymphoma including histopathological subgroup analysis," 2008, International Journal Cancer, Vol.123, pp. 1657 – 1663.

[348] McDuffie H., et al., "Non-Hodgkin's Lymphoma and Specific Pesticide Exposures in Men: Cross-Canada Study of Pesticides and Health," 2001, Cancer Epidemiology, Biomarkers & Prevention, Vol.10, 1155 – 1163.

[349] Leon, Maria, et al., "Pesticide use and risk of non-Hodgkin lymphoid malignancies in agricultural cohorts from France, Norway and the USA," 2019, International Journal of Epidemiology, pp. 1–17.

[350] Zhang et al., Exposure to Glyphosate-Based Herbicides and Risk for Non-Hodgkin Lymphoma: A Meta- Analysis and Supporting Evidence, Mutation Research-Reviews in Mutation Research (2019), https://doi.org/10.1016/j.mrrev.2019.02.001

Giglio v. Monsanto Co.
August 20, 2019
Page 158

product label provides no such instructions.[351] (Even though the Monsanto research study and report recommended multiple warnings with respect to PPE.)

- **Mechanism of Carcinogenicity:** Mr. Giglio was exposed to the Roundup product, not to glyphosate alone. Roundup and glyphosate have been demonstrated in numerous studies to repeatedly cause DNA damage with promotion by Roundup being more damaging than glyphosate alone. Genotoxicity is the first stage in cancer formation. Wozniak, et al.,[352] and other studies as referenced in this report further demonstrated that Roundup, at a higher dose, was even able to impede the natural repair of damaged DNA. The George, et al., study[353] documented cancer promotion at relatively low dermal exposure doses in mice. When converted to human doses, they are reasonably similar to those sustained by applicators (when applying the HED factor and dermal absorption rate of 3%). More importantly, the test model employed DMBA (as found in cigarette smoke/tar). This primary carcinogen was dermally applied at low doses on the shaved skin of mice with no tumors produced unless glyphosate was also applied to the skin in which case 40% of the animals developed tumors (2.8 tumors per animal). The mechanism of glyphosate carcinogenesis is important with respect to tumor promotion as Mr. Giglio was by CDC definition a ███████ ███████ prior to the onset of his NHL. ███████████████████████████ ████████████████████████████████████████████████████████ ████████████████████████████████████████████████ Thus, the animal study was not performed at "unrealistic" concentrations of glyphosate.

- **Lack of Potential Confounding Factors:** Evaluation of products and chemicals to which Mr. Giglio may have been potentially exposed revealed no probable human carcinogens associated with NHL that could conceivably account for his diagnosis.

- **Latency of non-Hodgkin's Lymphoma**: The compilation of peer-reviewed latency estimates presented herein (see Table 23) demonstrates latency intervals within a typical range of 0.4 to 25 years. Based upon the study findings, the weight of available evidence indicates that a minimum latency interval of 0.4 to 25 years is required is scientifically reliable. Mr. Giglio's clinical NHL diagnosis appeared approximately 24

---

[351] Some later labels included recommendation of gloves during mixing.

[352] Wozniak, E., et al., "The mechanism of DNA damage induced by Roundup 360 PLUS, glyphosate and AMPA in human peripheral blood mononuclear cells – genotoxic risk assessment," 2018, Food and Chemical Toxicology, doi: 10.1016/j.fct.2018.07.035

[353] George, J., et al., "Studies on glyphosate-induced carcinogenicity in mouse skin: A proteomic approach," 2010, Journal of Proteomics, Vol. 73, pg. 951 - 964

Giglio v. Monsanto Co.
August 20, 2019
Page 159

years after his initial exposures.  Studies by Eriksson, et al., (2008) found an increased effect estimate for subjects with more than 10 years of glyphosate exposure prior to diagnosis of NHL, thus favoring a longer NHL latency interval.

**Summary and Conclusions**

In the current matter, my opinions are with respect to ADME, assessment of toxicological confounding factors, quantitative evaluation of exposure in *"exposure days"* and whether or not Mr. Giglio's exposure was sufficient to cause or substantially contribute to his NHL diagnosis.

My opinion in the current matter includes assessment of the various chemicals found in the Roundup product as well as ADME and the various mechanisms of exposure and carcinogenesis (including genotoxicity and promotion). Additionally, I have focused on dermal absorption, the manner and degree to which Roundup penetrates the skin, lack of PPE, the effects of product formulations and adjuvants, other potential co-carcinogens, and latency period, etc. I have also assessed potential co-exposures to other products used by Mr. Giglio with respect to potential additive effects. These considerations were reviewed in considerable detail in the preceding sections.

I have endeavored to determine whether the dose in "exposure days" sustained by Mr. Giglio was reasonably similar to (and/or in excess of) doses sustained by other glyphosate applicators as documented in the generally-accepted, peer-reviewed glyphosate applicator studies. In forming my opinion in this matter, I significantly underestimated Mr. Giglio's toxicological exposure to Roundup to provide a scientifically conservative basis for comparison.

However, it is apparent that even with conservative exposure estimates, Mr. Giglio's **23 exposure days** were <u>in excess</u> of exposure levels reported in the human epidemiological literature. Although I have deferred opinions to the oncologist and medical epidemiologist regarding potential risks from smoking and potential underlying medical issues, it is my opinion that Mr. Giglio's excessive exposures to Roundup was a substantial contributing factor to developing and promoting his NHL. It is far more likely than not that his episodic Roundup exposures over a period of 24 years substantially contributed to the onset and promotion of his NHL.

Giglio v. Monsanto Co.
August 20, 2019
Page 160

Based on the findings of applicable studies as noted herein, the specific circumstances of Mr. Giglio's exposure history and the totality of objective evidence and case facts, it is my opinion, to reasonable toxicological certainty, that on the basis of exposure, dose and duration, Mr. Giglio's episodic exposures to Roundup, sustained over a period of 24 years, was a substantial contributing factor to his development,  subsequent diagnoses, and promotion  of non-Hodgkin's lymphoma.


_____
William R. Sawyer, Ph.D., D-ABFM
Chief Toxicologist

Giglio v. Monsanto Co.
August 20, 2019
Page 161

# 7. Appendix A: Documents

## 1. Previously Disclosed Documents (Gordon deposition and prior)

1.  (All previous deposition testimony, trial testimony, and reports given by Dr. Sawyer in Johnson v. Monsanto, Hall v. Monsanto, Pilliod v. Monsanto, Cazier v. Monsanto, Winston, et al., v. Monsanto, Lamb/Cohen v. Monsanto and James Adams (Gordon), et al., v. Monsanto)

2.  "A Wealth of Expertise," DTL Laboratory, http://www.dermaltechnology.com/about/

3.  Abass, K., Turpeinen, M., and Pelkonen, O. "An evaluation of the cytochrome P450 inhibition potential of selected pesticides in human hepatic microsomes," 2009, Journal of Environmental Science and Health Part B, 44(6).

4.  Abd, et al., "Skin models for testing of transdermal drugs," 2016, Clin Pharmacol. 2016; 8: 163-176.

5.  Abukari, "Pesticides Applicator Exposure Assessment: A Comparison between Modeling and Actual Measurement," Journal of Environment and Earth Science, Vol.5, No.11, 2015

6.  ████████████████████████, "Glyphosate biomonitoring for farmers and their families: results from the Farm Family Exposure Study," 2004, Environ Health Perspect 112, pg. 321-326.

7.  Acquavella, et al. "Glyphosate epidemiology expert panel review: a weight of evidence systematic review of the relationship between glyphosate exposure and non-Hodgkin's lymphoma or multiple myeloma."

8.  Aiassa, D. et al., "Evaluation of genetic damage in pesticides applicators from the province of Cordoba, Argentina," 2019, Environmental Science and Pollution Research, Vol. 26(20), pages 20981-20988. doi: 10.1007/s11356-019-05344-2. Epub 2019 May 21.

9.  Alavanja, M., et al., "The Agricultural Health Study," 1996, Environmental Health Perspectives, Vol. 104 (4), pg. 362 - 369.  Retrieved from: https://aghealth.nih.gov/

10. Anadón, A. et al., "Toxicokinetics of glyphosate and its metabolite aminomethyl phosphonic acid in rats," 2009, Toxicol Lett 190(1), pg. 91-95.

11. Andreotti, G., et al., "Glyphosate Use and Cancer Incidence in the Agricultural Health Study," 2018, JNCI J Natl Cancer Inst., Vol. 110(5), doi: 10.1093/jnci/djx233.

12. Annett R, Habibi HR, Hontela A., "Impact of glyphosate and glyphosate-based herbicides on the freshwater environment," 2014, J Appl Toxicol 34(5), pg. 458-479.

13. Association between Cancer and Environmental Exposure to Glyphosate," International Journal of Clinical Medicine, 2017, 8, 73-85

Giglio v. Monsanto Co.
August 20, 2019
Page 162

14. Benbrook C. "How did the US EPA and IARC reach diametrically opposed conclusions on the genotoxicity of glyphosate-based herbicides?" Environ Sci Eur (2019) 31:2.

15. Benbrook, C.M., "Trends in glyphosate herbicide use in the United States and globally," 2016 Environmental Sciences Europe. 28:3.

16. ▮▮▮▮▮▮, "MON 78294: An Applicator Exposure Study Conducted in Spain (Autumn 2005) Using Biomonitoring," 2007. Monsanto Company, Charles River Laboratories.

17. Bolognesi, "The Use of lymphocyte cytokinesis-block micronucleus assay for monitoring pesticide-exposed populations," Mutation research 770 (2016) 183-203

18. Bolognesi, C., et al., "Biomonitoring of genotoxic risk in agricultural workers from five Colombian regions: Association to occupational exposure to glyphosate," 2009, Journal of Toxicology and Environmental Health, Part A, Vol. 72, pg. 986 -997.

19. Bolognesi, Claudia, et al., "Genotoxic activity of glyphosate and its technical formulation," 1997, J. Agric. Food Chem. 45, 1957-1962.

20. Bommannan D, Potts RO, Guy RH, "Examination of the effect of ethanol on human stratum-corneum in vivo using infrared-spectroscopy," 1991, J Control Release, Vol. 16, pg. 299-304.

21. Bond, C.; Hallman, A.; Buhl, K.; Stone, D. 2016, "Carbaryl General Fact Sheet; National Pesticide Information Center," Oregon State University Extension Services. http://npic.orst.edu/factsheets/carbarylgen.html.

22. Boocock, M. R., "Kinetics of 5-enolpyruvylshikimate-3-phosphate synthase inhibition by glyphosate," 1983, FEBS Letters 154, pg. 127-133.

23. Brand, R. et al., "Transdermal absorption of the herbicide 2,4-dichlorophenoxyacetic acid is enhanced by both ethanol consumption and sunscreen application," 2007, Food and Chemical Toxicology, Volume 45, Issue 1, pg. 93-97.

24. Brand, R.M. & Mueller, C., "Transdermal penetration of atrazine, alachlor, and trifluralin: effect of formulation," 2002, Toxicol Sci., Vol. 68(1), pg. 18-23.

25. Brewster, D., Warren, J., Hopkins, W., "Metabolism of glyphosate in Sprague Dawley rats:  Tissue distribution, identification and quantitation of glyphosate-derived materials following a single oral dose," 1991, Fundamental and Applied Toxicology, Vol. 17, pg. 43-51.

26. Briefing Note for IARC Scientific and Governing Council members, Prepared by the IARC Director, January 2018

27. Bronaugh, R., H. Hood, M. Kraeling, and J. Yourick, "Determination of percutaneous absorption by In Vitro techniques," 1999, pg. 229-233 in Percutaneous Absorption, 3rd ed., R.L. Bronaugh and H.I. Maibach, eds. New York: Marcel Dekker, Inc.

28. Burnett, P., Borders, J., Kush, J., "Report to Monsanto Company: Two year chronic oral toxicity study with CP-76100 in albino rats: IBT No. 8560-08924," (Unpublished

Giglio v. Monsanto Co.
August 20, 2019
Page 163

study sent to the U.S. EPA on June 24, 1982, under 524-308); prepared by Industrial Bio-Test Laboratories Inc.

29. Bus, J., "The dose makes the poison: Key implications for mode of action (mechanistic) research in a 21st century toxicology paradigm," 2017, Current Opinion in Toxicology, 10.1016/j.cotox.2017.06.013

30. Cao, L., et al., 2015, "Assessment of potential dermal and inhalation exposure of workers to the insecticide imidacloprid using whole-body dosimetry in China," Journal of Environmental Sciences 27(2015)139-146.

31.  Carbaryl," National Pesticide Information Center, 2003. http://npic.orst.edu/factsheets/carbgen.pdf

32. Chan, P. and Mahler, J., "Glyphosate (CAS No. 1071836) administered in dosed feed to F344/N rats and B6C3F1 mice," 1992, U.S. Department of Health and Human Services. NTP Technical Reports Series No. 16. NIH Publication 923135.

33. Chevret, S., "Maximum Tolerable Dose," 2008, Wiley Stats Ref: Statistics Reference Online, DOI: 10.1002/9781118445112.stat07089

34. ████████████, Confidential draft.  "Clustering glyphosate formulations with regard to the testing for dermal uptake," 2001, (Tab 15; see also MONGLY01839476 for draft of this document.)

35. Chruscielska, K., et al., "Glyphosate - Evaluation of chronic activity and possible far-reaching effects Pt. 1. Studies on chronic toxicity," 2000 Pestycydy Vol. 3-4 pg 11-20.

36. "Cigarette smoking and risk of non-Hodgkin lymphoma subtypes among women," British Journal of Cancer (2003) 89, 2087-2092.

37. Connolly, A. et al., Evaluating Glyphosate Exposure Routes and Their Contribution to Total Body Burden: A Study Among Amenity Horticulturalists, Annals of Work Exposures and Health wxy104 (2019).

38. Connolly, A. et al., Exposure Assessment Using Human Biomonitoring for Glyphosate and Fluroxypyr Users in Amenity Horticulture, 220 Int'l J. Hygiene & Envtl. Health 1064 (2017).

39. Coronado, GD, et al., "Organophosphate pesticide exposure and work in pome fruit: Evidence for the take-home pesticide pathway," 2006, Environ Health Perspect 114 (7), pg. 999-1006.

40. Coronado, GD, Thompson, B, Strong, L, Griffith, WC, and Islas, I., "Agricultural task and exposure to organophosphate pesticides among farm workers," 2004, Environ Health Perspect 112, pg.142-147.

41. Crump, K., "The linearized multi-stage model and the future of quantitative risk assessment," 1996, Hum Exp. Tox, Vol. 15(10), pg. 787 - 798.

Giglio v. Monsanto Co.
August 20, 2019
Page 164

42. Curwin, B.D. et al., "Urinary and hand wipe pesticide levels among farmers and non-farmers in Iowa," 2005, Journal of Exposure Analysis and Environmental Epidemiology, Vol. 15, pg. 500-508.

43. De Cock, J. et al., "Determinants of exposure to captan in fruit growing," 1998, Am Ind Hyg Assoc J 59, 1998a, pp. 166-172 and 1998b, pg. 158-165.

44. "Dermal absorption of pesticides - evaluation of variability and prevention," 2009, Danish Environmental Protection Agency. Pesticides Research No. 124, 13.1.

45. De Roos, A., et al., "Cancer Incidence among Glyphosate-Exposed Pesticide Applicators in the Agricultural Health Study," 2005. Environmental Health Perspectives, Vol. 113(1), pp. 49 - 54.

46. De Roos, A., et al., "Integrative assessment of multiple pesticides as risk factors for non-Hodgkin's lymphoma among men," 2003, Occup Environ Med, Vol.60

47. Defarge, N. E., "Co-formulants in glyphosate-based herbicides disrupt aromatase activity in human cells below toxic levels, 2016, Int J Environ Res Public Health, Vol. 13(3, pg. 264.

48. Defense expert depositions (Boyd, Gates, Phalen, Duncavage, Hanson, Mahnken, Monsanto's Disclosure of Expert Testimony that is not Case Specific, Monsanto's Supplemental Disclosure of Expert Testimony, Monsanto's Amended Disclosure of Expert Testimony)

49. DEFRA UK Amateur use study 2002 available at http://randd.defra.gov.uk/Default.aspx?Menu=Menu&Module=More&Location=None&Completed=0&ProjectID=9499#Description

50. Deposition of Robert Fisher, M.D., Ph.D., dated December 17, 2018

51. Deposition of Sharlean Gordon with exhibits

52. Depositions of Charles Benbrook, PhD; Charles Jameson, PhD; Beate Ritz, MD, PhD; Martyn Smith, PhD; Chadi Nabhan, MD; Dennis Weisenburger, MD; Sonali Smith,, MD; Andrew Artz, MD; Lucy Godley, PhD; Nguyet Le-Lindqwister, MD; Phillip Rossi, MD; Diane Prager, MD; with exhibits as applicable

53. Dermal Absorption: Position Papers from the North American Free Trade Agreement (NAFTA) Technical Working Group (TWG)

54. Diamond, G., Durkin, P., "Effects of surfactants on the toxicity of glyphosate with specific reference to RODEO," 1997, Syracuse Research Corporation, SERA TR 97-206-1b.

55. Dose-Response Assessment," n.d., Tox Tutor, U.S. National Library of Medicine, National Institute of Health, Retrieved from: https://toxtutor.nlm.nih.gov/06-003.html

56. Drexler, Skin protection and percutaneous absorption of chemical hazards. Received: 15 January 2002 / Accepted: 21 August 2002 / Published online: 22 May 2003.

Giglio v. Monsanto Co.
August 20, 2019
Page 165

57. DTL, "360 g/L glyphosate in vitro absorption of glyphosate through human epidermis." (MON 52276)"

58. DTL, "360 g/L Glyphosate SL Formulation (MON 76258) - In vitro Absorption through Human Dermatomed Skin using [14C]-Glyphosate"

59. DTL, "450 g/L glyphosate in vitro absorption of glyphosate through human epidermis." (MON79545)

60. DTL, "480 g/L glyphosate in vitro absorption of glyphosate through human epidermis" (MON79351)"Petition, Missouri Circuuit Court, 21st Judicial Circuit, St. Louis Co.

61. DTL, "500 g/L Glyphosate SL Formulation  - In vitro Absorption through Human Dermatomed Skin using [14C]-Glyphosate," (MON 76952)

62. DTL, "72 g/L Glyphosate Gel Formulation - In Vitro Absorption through Human Dermatomed Skin using [14C]-Glyphosate" (MON 76829)

63. DTL, "72 g/L Glyphosate Gel Formulation (MON 76258) - In vitro Absorption through Human Dermatomed Skin using [14C]-Glyphosate"

64. Duke, S. S., Encyclopedia of Agrochemicals, 2003, John Wiley & Sons.

65. EC. 2016. Glyphosate. European Commission - Fact Sheet FAQs: Glyphosate. Brussels. June 29th. http://europa.eu/rapid/pressrelease_MEMO-16-2012_en.htm

66. Email from █████████, Syngenta Ltd., January 20, 2009, CC: ████████████, Monsanto

67. Environmental Health Criteria, 242 Dermal Exposure IOMC Inter-Organization Programme for the Sound Management of Chemicals, EPA-HQ-2016-01043?_0000255-257

68. Eriksson, M., et al., "Pesticide exposure as risk factor for non-Hodgkin lymphoma including histopathological subgroup analysis," 2008, International Journal Cancer, Vol.123, pp. 1657 - 1663.

69. Evaluation of carcinogenic potential of the herbicide glyphosate, drawing on tumor incidence data from fourteen chronic/carcinogenicity rodent studies.

70. Evaluation Of Glyphosate Use And The Risks Of Non-Hodgkin Lymphoma Major Histological Sub-Types In The North American Pooled Project (Napp).

71. Expression of Concern, Critical Reviews in Toxicology, 2018: DOI: 10.1080/10408444.2018.1522786

72. Farrer P, & Falck M., "Toxic glyphosate herbicides fly under the EU's regulatory radar," 2014, Pesticides News 96, pg. 1-4.

73. Feldman, et al., Evaluation of Occupational Glyphosate Exposures among Employees Applying Herbicides at a National Park, 2017

74. FIFRA SAP, "A Set of scientific issues being considered by the Environmental Protection Agency regarding: EPA's evaluation of the carcinogenic potential of

Giglio v. Monsanto Co.
August 20, 2019
Page 166

glyphosate," 2016, FIFRA Scientific Advisory Panel Meeting Minutes and Final Report No. 2017-01.

75. Final Statement of Reasons Title 27, California Code of Regulations Section 25705(B) Specific Regulatory Levels Posing No Significant Risk No Significant Risk Level: Glyphosate

76. Franz TJ., "Percutaneous absorption. On the relevance of in vitro data," 1975, J Invest Dermatol. 64, pg. 190-5.

77. Frasch, H.F. et al., "Analysis of finite dose dermal absorption data: Implications for dermal exposure assessment," 2014, J Expo Sci Environ Epidemiol, 24(1), pg. 65-73.

78. From an internal Monsanto report, Surfactant Issue Analysis, Issue: Increasing public attention to the POEA (Polyoxyethlene alkylamine) surfactant component of glyphosate formulations in connection with claims of adverse impact to aquatic life (recently, amphibians) and human health (in vitro (cell culture) toxicity tests). MONGLY01700591

79. Gasnier, C., et al., "Glyphosate-based herbicides are toxic and endocrine disruptors in human cell lines," 2009, Toxicology, Vol. 262, pg. 184 -191.

80. George, J., et al., "Studies on glyphosate-induced carcinogenicity in mouse skin: A proteomic approach," 2010, Journal of Proteomics, Vol. 73, pg. 951 - 964.

81. Giesey, J. P., Dobson, S., & Solomon, K. R., "Ecotoxicological risk assessment for Roundup herbicide," 2000, Rev. Environ. Contam. Toxicol. 167, pg. 35-120.

82. Glyphosate in German adults - Time trend (2001 to 2015) of human exposure to a widely used herbicide; Conrad, International Journal of Hygiene and Environmental Health 220 (2017) S-16

83. Glyphosate Stewardship, Epidemiology, and the Farm Family Exposure Study, MONGLY00905651

84. Glyphosate Technical Fact Sheet, National Pesticide Information Center, http://npic.orst.edu/factsheets/archive/glyphotech.html

85. Greim, H., Saltmiras, D., Mostert, V., Strupp, C., "Evaluation of carcinogenic potential of the herbicide glyphosate drawing on tumor incidence data from fourteen chronic/carcinogenicity rodent studies, et al.," 2015, Critical Reviews in Toxicology, Vol. 45(3), pg. 185 - 208.

86. Gueguen, Y. et al., "Cytochromes P450: xenobiotic metabolism, regulation and clinical importance," 2006, Ann Biol Clin (Paris) 64, pg. 535-548.

87. Guidance document on work-sharing in the northern zone in the authorisation of plant protection products, May 2017 available at https://eng.mst.dk/media/186988/northern-zone-guidance-document-version-6-may-2017_links-updated.pdf

88. Guidance Notes on Dermal Absorption, OECD Environment, Health and Safety Publications, Series on Testing and Assessment No. 156. ENV/JM/MONO(2011)36.

Giglio v. Monsanto Co.
August 20, 2019
Page 167

89. Guidance on the assessment of exposure of operators, workers, residents and bystanders in risk assessment for plant protection products2014

90. Gupta, R. et al., 2013, "Agricultural Chemicals", Haschek and Rousseaux's Handbook of Toxicologic Pathology, Third Edition. http://dx.doi.org/10.1016/B978-0-12-415759-0.00042-X

91. Haefs R. et al., "Studies on a new group of biodegradable surfactants for glyphosate," 2002, Pest Manag. Sci. 58, pg. 825-833.

92. Hardell, L., et al., "Exposure to Pesticides as Risk Factor for Non-Hodgkin's Lymphoma and Hairy Cell Leukemia: Pooled Analysis of Two Swedish Case-control Studies," 2002, Leukemia and Lymphoma, Vol. 43(5), pp. 1043 - 1049.

93. Heard CM, Kung D, Thomas CP, "Skin penetration enhancement of mefenamic acid by ethanol and 1,8-cineole can be explained by the "pull" effect," 2006, Int J Pharm., Vol. 321, pg. 167-170.

94. Herrinton, L. and Friedman, G., "Cigarette smoking and risk of NHL subtypes," 1998, "Cancer Epidemiology, Biomarkers and Prevention Vol. 7, pp. 25-28.

95. Heu C, Berquand A, Elie-Caille C, Nicod L., "Glyphosate-induced stiffening of HaCat keratinocytes, a Peak Force Tapping study in living cells," 2012, J Struc Biol 178, pg. 1-7.

96. Heu, C., et al., "A step further toward glyphosate-induced epidermal cell death: Involvement of mitochondrial and oxidative mechanisms," 2012, Environmental Toxicology and Pharmacology 34.

97. Hollander, H., & Amrhein, N., "The site of the inhibition of the shikimate pathway by glyphosate," 1980,   Plant Physiol 66(5), pg. 823-829.

98. Hotchkiss, SA, et al., "Percutaneous absorption of 4,4'-methylene-bis (2-chloroaniline) and 4,4'-methylenedianiline through rate and human skin in vitro," March, 1993, Toxicology In Vitro, Volume 7(2), pg. 141-148.

99. Hua, et al., Study of the effect of occupational exposure to glyphosate on hepatorenal function. 2017 Jul 6, Vol. 51 (7):615-620. doi: 10.3760/cma.j.issn.0253-9624.2017.07.008.

100. Hyland, C. and Ouahiba Laribi, Q., "Review of take-home pesticide exposure pathway in children living in agricultural areas," 2017, Environmental Research. Volume 156, pg. 559-570.)

101. IARC, "IARC Monographs Volume 112: Evaluation of five organophosphate insecticides and herbicides," 2015, International Agency for research on cancer, World Health organization Retrieved from: https://www.iarc.fr/en/media-centre/iarcnews/pdf/MonographVolume112.pdf

102. Illyassou, K., et al., "Risk Assessment for Small Farmers Exposed to Plant Protection Products in the Niger River Valley," 2017, Comm. Appl. Biol. Sci.

Giglio v. Monsanto Co.
August 20, 2019
Page 168

103. Initial Statement of Reasons Title 27, California Code of Regulations Proposed Amendment To: Section 25705(B) Specific Regulatory Levels Posing No Significant Risk Glyphosate Safe Drinking Water and Toxic Enforcement Act of 1986 Proposition 65.

104. Interactions between glyphosate and calcium salts found in water are the primary reason for adding AMS to the spray tank. http://www.weeds.iastate.edu/mgmt/2001/glyphosateformulations.htm

105. Jaehwan, S., "Comparison of international guidelines of dermal absorption tests used in Pesticides Exposure Assessment for Operators," 2014, Toxicol Res 4, pg. 251-260.

106. Jaworski, E. G., "Mode of action of N-phosphonomethylglycine. Inhibition of aromatic amino acid biosynthesis," 1972,   J. Agric. Food Chem. 20 (6), pg. 1195-1198.

107. Johnson, et al., Operator exposure when applying Amenity herbicides, Ann. Occup. Hyg., Vol. 49, No. 1, pp. 25-32, 2005

108. Jung, E, and Maibach, H., "Animal models for percutaneous absorption," 2014, in Shah, V., Maibach, H., and Jenner, J. eds. Topical Drug Bioavailability, Bioequivalence, and Penetration, 2nd ed. New York: Springer, pg. 21-40.

109. Kang, JF, et al., "Study on mutagenesis induced by glyphosate in mice," 2008, Carcinogenesis, Teratogenesis & Mutagenesis, Vol. 20(3), pp. 227-320.

110. Kezic, S. & Nielsen, J.B, "Absorption of chemicals through compromised skin," 2009, International Archives of Occupational and Environmental Health, Vol. 82(6), pg. 677-88.

111. Kim YH, Hong JR, Gil HW, Song HY, Hong SY, "Mixtures of glyphosate and surfactant TN20 accelerate cell death via mitochondrial damage-induced apoptosis and necrosis," 2013, Toxicol In Vitro 27(1), pg.191-197.

112. Korinth G, Geh S, Schaller KH, Drexler H., "In vitro evaluation of the efficacy of skin barrier creams and protective gloves on percutaneous absorption of industrial solvents," 2003, Int Arch Occup Environ Health, Vol. 76(5), pg. 382-6.

113. Korinth G, Goen T, Schaller KH, & Drexler H., "Discrepancies between different rat models for the assessment of percutaneous penetration of hazardous substances," 2007a, Archives of Toxicology 81, pg. 833-840.

114. Lankas, G., "A lifetime study of glyphosate in rats," 1981, Report No. 77-2062 prepared by Bio Dynamics, Inc. in U.S. EPA, "Glyphosate issue paper," 2016 and reported in Greim, et al., 2015.

115. Lavy, et al., 1992, "Conifer Nursery Worker Exposure to Glyphosate," Arch. Environ. Contam. Toxicol. 22, 6-13 (1992).

116. Lawson, A., et al., "Three Methods to Assess Levels of Farmers' Exposure to Pesticides in the Urban and Peri-urban Areas of Northern Benin," 2017, Tunisian Plant Protection Journal, Vol.12, pp. 91-108.

Giglio v. Monsanto Co.
August 20, 2019
Page 169

117. Lebailly, P, et al., "Urine mutagenicity and lymphocyte DNA damage in fruit growers occupationally exposed to the fungicide captan," Occup Environ Med 2003;60:910-917.

118. Lee, et al., "Polycyclic aromatic hydrocarbons present in cigarette smoke cause bone loss in an ovariectomized rat model," 2002, Bone, June 30(6):917-23.

119. Leon et al., "Pesticide use and risk of non-Hodgkin lymphoid malignancies in agricultural cohorts from France, Norway and the USA: a pooled analysis from the AGRICOH consortium," International Journal of Epidemiology, 2019, 1-17

120. Lesmes-Fabian, C., Garcia-Santos, G., Leuenberger, F., Nuyttens, D., & Binder, C. R, "Dermal exposure assessment of pesticide use: The case of sprayers in potato farms in the Colombian highlands," 2012, Science of the Total Environment, 430, pg. 202-208.

121. Lioi, M.B., et al., "Cytogenetic Damage and Induction of Pro-Oxidant State in Human Lymphocytes Exposed In Vitro to Glyphosate, Vinclozolin, Atrazine and DPX-E9636," 1998, Environmental and Molecular Mutagenesis, Vol. 32, pp. 39–46.

122. Lioi, M.B., et al., "Genotoxicity and oxidative stress induced by pesticide exposure in bovine lymphocyte cultures in vitro," 1998, Mutation Research, Vol. 403, pp. 13–20.

123. Lymphoma incidence patterns by WHO subtype in the United States, 1992-2001 Lindsay. M. Morton.  From the Division of Cancer Epidemiology and Genetics, National Cancer Institute, National Institutes of Health (NIH), Department of Health and Human Services (DHHS), Rockville, MD; and Department of Pathology and Microbiology, University of Nebraska Medical Center, Omaha.

124. Machado-Neto, J. et al., "Safety of Working Conditions of Glyphosate Applicators on Eucalyptus Forests Using Knapsack and Tractor Powered Sprayers," 64 Bull. Environ. Contam. Toxicol. 309 (2000).

125. Mahajan, Rajeev, et al. "Carbaryl Exposure and Incident Cancer in the Agricultural Health Study," 2007, International Journal of Cancer, Vol. 121, no. 8, pp. 1799–1805, doi:10.1002/ijc.22836.

126. Maibach, H.I., "(a) Elimination of 14C-glyphosate in Rhesus monkeys following a single parenteral dose, (b) Percutaneous absorption of 14C-glyphosate in Roundup formulation in Rhesus monkeys following a single topical dose," 1983, Unpublished report No. MA-81-349, from University of California, School of Medicine, San Francisco, California, USA. Submitted to WHO by Monsanto Int. Services SA, Brussels, Belgium.

127. Marques, A., et al., "Progression of DNA damage induced by a glyphosate-based herbicide in fish (Anguilla anguilla) upon exposure and post-exposure periods--insights into the mechanisms of genotoxicity and DNA repair," Comp Biochem Physiol C Toxicol Pharmacol. 2014 Nov;166:126-33. doi: 10.1016/j.cbpc.2014.07.009. Epub 2014 Aug 9.

Giglio v. Monsanto Co.
August 20, 2019
Page 170

128. Martini, C. et al., "Glyphosate-based herbicides with different adjuvants are more potent inhibitors of 3T3-L1 fibroblast proliferation and differentiation to adipocytes than glyphosate alone," 2016, Comparative Clinical Pathology, Volume 25, Issue 3, pg. 607-613.

129. "Material Safety Data Sheet: Scott's Liquid Turf Builder Lawn Food." The Scotts Company, 2015.
https://www.scottsmsds.com/?product_name=turf+builder&upc=&sku=&regulation_number=&search_submit=Search

130. "Material Safety Data Sheet: Sevin Brand 4F Carbaryl Insecticide." Bayer CropScience, 2002.

131. McDuffie H., et al., "Non-Hodgkin's Lymphoma and Specific Pesticide Exposures in Men: Cross-Canada Study of Pesticides and Health," 2001, Cancer Epidemiology, Biomarkers & Prevention, Vol.10, 1155 - 1163.

132. Medical records from Ms. Gordon's providers:  Illinois Cancer Care, Medical Arts Physicians, Pekin prescription record, Riverview Senior Living Community, UnityPoint Health Methodist/Proctor, UnityPoint Health Pekin, Hopedale Medical Complex

133. Mesange, R., et al., 2012, Glyphosate Exposure in a Farmer's Family, Journal of Environmental Protection, 2012, 3, 1001-1003.

134. Mesnage, R., Bernay, B., and Séralini, G.E., "Ethoxylated adjuvants of glyphosate-based herbicides are active principles of human cell toxicity," 2013, Toxicology 313(2-3), pg. 122-8.

135. Messager, et al., "Assessment of skin viability: Is it necessary to use different methodologies?" Skin Research and Technology, December, 2003, Vol. 9, pp. 321–330.

136. Minimum Latency & Types or Categories of Cancer, World Trade Center Health Program, Revised: January 6, 2015, https://www.cdc.gov/wtc/pdfs/WTCHP-Minimum-Cancer-Latency-PP-01062015.pdf

137. Monsanto correspondence dated January 28, 2015 from Heydens, W. to Saltmiras, D. discussing impurities in glyphosate products.

138. Monsanto Document MONGLY00052410

139. Monsanto Document MONGLY00223577

140. Monsanto Document MONGLY00301671

141. Monsanto Document MONGLY00302620

142. Monsanto Document MONGLY00302676

143. Monsanto Document MONGLY00303109

144. Monsanto Document MONGLY00324238

145. Monsanto Document MONGLY00329945

Giglio v. Monsanto Co.
August 20, 2019
Page 171

146. Monsanto Document MONGLY00358401

147. Monsanto Document MONGLY00360482

148. Monsanto Document MONGLY00407261

149. Monsanto Document MONGLY00407266

150. Monsanto Document MONGLY00430366

151. Monsanto Document MONGLY00519009

152. Monsanto Document MONGLY00582206

153. Monsanto Document MONGLY00813893

154. Monsanto Document MONGLY00888353

155. Monsanto Document MONGLY00888421

156. Monsanto Document MONGLY00922458

157. Monsanto Document MONGLY00982099

158. Monsanto Document MONGLY00982100

159. Monsanto Document MONGLY00990361

160. Monsanto Document MONGLY01051709

161. Monsanto Document MONGLY01075506 Glyphosate MON 76473 Document MIII -
Tier II, Summary and hazard assessment, Section 3," 2010, Toxicological studies
(annex III, Point 7), Monsanto Company.

162. Monsanto Document MONGLY01131945

163. Monsanto Document MONGLY01160109

164. Monsanto Document MONGLY01275627

165. Monsanto Document MONGLY01284534

166. Monsanto Document MONGLY01320467

167. Monsanto Document MONGLY01330781

168. Monsanto Document MONGLY01343387

169. Monsanto Document MONGLY01377220

170. Monsanto Document MONGLY01526082

171. Monsanto Document MONGLY01526625

172. Monsanto Document MONGLY01700591

173. Monsanto Document MONGLY01742771

174. Monsanto Document MONGLY01745304

175. Monsanto Document MONGLY01832749

Giglio v. Monsanto Co.
August 20, 2019
Page 172

176. Monsanto Document MONGLY01851796

177. Monsanto Document MONGLY01851797

178. Monsanto Document MONGLY02136009

179. Monsanto Document MONGLY02136019

180. Monsanto Document MONGLY02142251

181. Monsanto Document MONGLY02155826

182. Monsanto Document MONGLY02155827

183. Monsanto Document MONGLY02155829

184. Monsanto Document MONGLY02155830

185. Monsanto Document MONGLY02155831

186. Monsanto Document MONGLY02159396

187. Monsanto Document MONGLY02221147

188. Monsanto Document MONGLY02246760

189. Monsanto Document MONGLY02285700

190. Monsanto Document MONGLY02343101

191. Monsanto Document MONGLY02431080

192. Monsanto Document MONGLY02590292

193. Monsanto Document MONGLY02802216

194. Monsanto Document MONGLY02804480

195. Monsanto Document MONGLY02817577

196. Monsanto Document MONGLY02908721

197. Monsanto Document MONGLY03133015

198. Monsanto Document MONGLY03498538

199. Monsanto Document MONGLY03577254

200. Monsanto Document MONGLY03664157

201. Monsanto Document MONGLY03735338

202. Monsanto Document MONGLY03737014

203. Monsanto Document MONGLY03738295

204. Monsanto Document MONGLY03909609

205. Monsanto Document MONGLY04107778

206. Monsanto Document MONGLY04268319

Giglio v. Monsanto Co.
August 20, 2019
Page 173

207. Monsanto Document MONGLY04272196

208. Monsanto Document MONGLY04275275

209. Monsanto Document MONGLY04275303

210. Monsanto Document MONGLY05508247

211. Monsanto Document MONGLY05744041

212. Monsanto Document MONGLY05744080

213. Monsanto Document MONGLY05744120

214. Monsanto Document MONGLY05795088

215. Monsanto Document MONGLY06293737

216. Monsanto Document MONGLY06388557

217. Monsanto Document MONGLY06390127

218. Monsanto Document MONGLY06398326

219. Monsanto Document MONGLY06401072

220. Monsanto Document MONGLY06403283

221. Monsanto Document MONGLY06409924

222. Monsanto Document MONGLY06424476

223. Monsanto Document MONGLY06509236, "Operator exposure assessment for MON
2139 UK - Case"

224. Monsanto Document MONGLY06513290

225. Monsanto Document MONGLY06653096

226. Monsanto Document MONGLY06722561

227. Monsanto Document MONGLY06722565

228. Monsanto Document MONGLY06731019

229. Monsanto Document MONGLY06758730

230. Monsanto Document MONGLY06878230

231. Monsanto Document MONGLY07080361

232. Monsanto Document MONGLY07617889

233. Monsanto Document MONGLY08857831

234. Monsanto email (Tab 21) from ███████████████ on 3/29/2002 to ████████, et al.

235. Monsanto response to the concern of the Slovenian authorities on the composition of
the Plant Protection Product MON 79376 (360 g/ 1 glyphosate) and the surfactant
MON 59117 (CAS n ° 68478- 96-6). MONGLY02817577

Giglio v. Monsanto Co.
August 20, 2019
Page 174

236. Monsanto, 1990 in Diamond, G., Durkin, P., "Effects of surfactants on the toxicity of glyphosate with specific reference to RODEO," 1997, Syracuse Research Corporation, SERA TR 97-206-1b.

237. Morton, et al., "Etiologic heterogeneity among non-Hodgkin lymphoma subtypes: the Inter-Lymph Non-Hodgkin Lymphoma Subtypes Project," August 2014, J Natl Cancer Inst Monogr. (48), pg. 130-44.

238. Mullin CA, Fine JD, Reynolds RD, Frazier MT, "Toxicological risks of agrochemical spray adjuvants: organosilicone surfactants may not be safe," 2016, Front Public Health, 4:92.

239. Myers, et al. Concerns over use of glyphosate-based herbicides and risks associated with exposures: a consensus statement. Myers et al. Environmental Health (2016) 1 5:19

240. Nair AB, Jacob S., "A simple practice guide for dose conversion between animals and humans," 2016, J Basic Clin Pharma, Vol. 7, pp. 27-31.

241. National Toxicology Program, "Listing criteria," 2016, Report on Carcinogens, Public Health, U.S. Department of Health and Human Services, Retrieved from: https://ntp.niehs.nih.gov/pubhealth/roc/criteria/index.html

242. Navarro, Claudia D.C. and Claudia B.R. Martinez, "Effects of the Surfactant Polyoxyethylene Amine (POEA) on Genotoxic, Biochemical and Physiological Parameters of the Freshwater Teleost Prochilodus Lineatus." Comparative Biochemistry and Physiology Part C: Toxicology & Pharmacology, vol. 165, June 2014, pp. 83–90., doi:10.1016/j.cbpc.2014.06.003.

243. NCI, "Maximum Tolerated Dose," n.d., NCI Dictionary of Cancer Terms, National Cancer Institute, National Institute of Health. Retrieved July, 6, 2017 from: https://www.cancer.gov/publications/dictionaries/cancer-terms?cdrid=546597

244. Nielsen, J. et al., "Defense against dermal exposures is only skin deep: significantly increased penetration through slightly damaged skin," 2007, Arch Dermatol Res, Vol. 299, pg. 423-431.

245. Nielsen, J., et al., The Usual Suspects - Influence of Physicochemical Properties on Lag Time, Skin Deposition, and Percutaneous Penetration of Nine Model Compounds, 72 Journal of Toxicology and Environmental Health, Part A 315 (2009).

246. Nobels, I. et al., "Toxicity ranking and toxic mode of action evaluation of commonly used agricultural adjuvants on the basis of bacterial gene expression profiles," 2013, PLoS ONE 6, pg. 264.

247. Nobels, Ingrid, et al. "Toxicity Ranking and Toxic Mode of Action Evaluation of Commonly Used Agricultural Adjuvants on the Basis of Bacterial Gene Expression Profiles." PLoS ONE, vol. 6, no. 11, 18 Nov. 2011, doi:10.1371/journal.pone.0024139. https://journals.plos.org/plosone/article/file?id=10.1371/journal.pone.0024139&type=printable

Giglio v. Monsanto Co.
August 20, 2019
Page 175

248. NZ Parliament. 2016. Written questions 10151, 10153, 10154. Steffan Browning to the Minister for the Environment. New Zealand Parliament Paremata Aotearoa, Wellington. https://www.parliament.nz/en/pb/order-paper-questions/ written-questions/?criteria.Keyword=glyphosate&criteria. Timeframe=&criteria.DateFrom=&criteria.DateTo=&criteria. ParliamentNumber=-1&criteria.ParliamentNumber=-1&criteria. MemberOfParliament=&criteria.Portfolio=Environment

249. OECD Guidance notes on dermal absorption, Draft, October 22, 2010.

250. OECD in Bus, J., "The dose makes the poison: Key implications for mode of action (mechanistic) research in a 21st century toxicology paradigm," 2017, Current Opinion in Toxicology, 10.1016/j.cotox.2017.06.013.

251. OECD, "Guidance document for the conduct of skin absorption studies," 2004a, Paris. 28, pg.1-31.

252. OECD/OCDE 427, "Guidelines for the testing of chemicals.  Skin absorption in vivo Method," Adopted: 13 April 2004.

253. OEHHA - Glyphosate General Fact Sheet - https://www.p65warnings.ca.gov/fact-sheets/glyphosate

254. Operator Exposure Guidance for Amateur (Home Garden) Pesticides, available at http://www.hse.gov.uk/pesticides/topics/pesticide-approvals/pesticides-registration/data-requirements-handbook/operator-exposure.htm

255. Oregon OSHA Technical Manual (circa 1996) unless otherwise stated within the "Chapter Revision Information," located at the beginning of each chapter.

256. Pavkov, K., Wyand, "Two year chronic toxicity and oncogenicity dietary study with SC-0224 in mice," 1987, Stauffer Chemical Company.

257. Paz-y-Miño, C., et al., "Evaluation of DNA damage in an Ecuadorian population exposed to glyphosate," 2007, Genetics and Molecular Biology, 30(2).

258. Peluso, M., et al, "32P-postlabeling detection of DNA adducts in mice treated with herbicide roundup," 1998, Environmental and Molecular Mutagenesis. Vol. 31(1), pp. 55 -59. DOI: 10.1002/(SICI)1098-2280(1998)31:1<55::AID-EM8>3.0.CO;2-A

259. Pesticide Action Network (PAN). http://pan-international.org/wp-content/uploads/Glyphosate-monograph.pdf

260. Pesticide Safety Education Program, "Agricultural Spray Adjuvants," http://psep.cce.cornell.edu/facts-slides-self/facts/gen-peapp-adjuvants.aspx

261. Photographs of property showing weed growth, aerial photos of property

262. Product formulation data provided by Monsanto in response to Interrogatory demand; only selected years were received; no product formulation data was provided for EPA registration years 1993, 1994, 1997, 1999, 2001, 2003-2008 or 2010-to present. In re: Roundup Products Liability Litigation, Case No. 16-MD-02741: Defendant Monsanto

Giglio v. Monsanto Co.
August 20, 2019
Page 176

Company's November 9, 2018 Response to Plaintiffs' Request for Formulation Information for Group One Plaintiffs (Updated November 13, 2018)

263. R. Belle, J. Marc, J. Morales, P. Cormier & 0. Mulner-Lorillon (2012): Letter to the Editor: Toxicity of Roundup and Glyphosate, Journal of Toxicology and Environmental Health, Part B: Critical Reviews, 15:4, 233-237

264. Report of Dr. Phalen

265. Request for the evaluation of the toxicological assessment of the co-formulant POE-tallowamine," European Food Safety Administration, November, 2015

266. Richard, S. et al., "Differential effects of glyphosate and Roundup on human placental cells and aromatase," 2005, Environ Health Perspect, 113(6), pg. 716-20.

267. Risk Assessment Methodology for Hazardous Substances, New Zealand UK POEM Model 2018-Draft for consultation

268. Roberts, MS et al, "Factors affecting the formation of a skin reservoir for topically applied solutes," 2004, Skin Pharmacol Physiol,17:3-16.

269. Roundup® Manufacturer Safety Data Sheet (MSDS)

270. Rozman, KK and Klaassen CD., "Absorption, distribution and excretion of toxicants," in Cassarett & Doull's Toxicology, The Basic Science of Poisons. 5th edition. 1996. McGraw-Hill.

271. "Safety Data Sheet: Bayer Advanced Home Pest Control Indoor & Outdoor Insect Killer," Bayer Environmental Science, 2015.

272. "Safety Data Sheet: Bio-advanced 24-Hour Grub Killer Plus." SBM Life Science Corp, 2017.

273. "Safety Data Sheet: Roundup Ready-to-Use Extended Control Weed & Grass Killer Plus Weed Preventer II." Monsanto Company, 2015. https://images.homedepot-static.com/catalog/pdfImages/d4/d4a9d465-5ffe-4833-89ff-c14740061f36.pdf

274. "Safety Data Sheet: Roundup Ready-to-Use Extended Control Weed & Grass Killer Plus Weed Preventer II." Monsanto Company, 2015

275. "Safety Data Sheet: Roundup Ready-to-Use Weed & Grass Killer III." Monsanto Company, 2015. https://images.homedepot-static.com/catalog/pdfImages/57/57329e78-932a-405e-9fde-526f73dec714.pdf

276. "Safety Data Sheet: Sevin Brand 85 S Carbaryl Insecticide." Bayer Environmental Science, 2017.

277. Samsel, A. and Seneff, S., "Glyphosate's suppression of cytochrome P450 enzymes and amino acid biosynthesis by the gut microbiome: Pathways to modern diseases," 2013, Entropy (15), pg. 1416-1463.

278. Sartorelli, et al, 1997.

279. Satellite image, ████████████

Giglio v. Monsanto Co.
August 20, 2019
Page 177

280. Satellite image, ███████████

281. Satellite image, ███████████

282. Satellite image, ██████████████

283. Sawada, Y., Nagai, Y., Ueyama, M., and Yamarnoto, I., "Probable toxicity of surface active agent in commercial herbicide containing glyphosate," 1988, Lancet 1 (8580), pg. 29.

284. Schönbrunn, E. et al., "Interaction of the herbicide glyphosate with its target enzyme 5-enolpyruvylshikimate 3-phosphate synthase in atomic detail," 2001, Proc Natl Acad Sci USA Feb 13; 98(4), pg. 1376-1380.

285. Schönbrunn, E. et al., "Interaction of the herbicide glyphosate with its target enzyme 5-enolpyruvylshikimate 3-phosphate synthase in atomic detail," 2001, Proc Natl Acad Sci USA Feb 13; 98(4), pp. 1376–1380.

286. Simcox, N.J., et al., "Farmworker exposure to organophosphorus pesticide residues during apple thinning in central Washington State," 1999, Am Ind Hyg Assoc J 60, pg. 752-761.

287. Smith, Eric and Maibach, Howard, eds., "Percutaneous Penetration Enhancers," Boca Raton, FL:  CRC Press, 2015.

288. Solomon, K., "Glyphosate in the general population and in applicators: a critical review of studies on exposures," 2016, Critical Reviews in Toxicology, 46(1), pg. 21-27.

289. Soosten, "Excretion pathways and ruminal disappearance of glyphosate and its degradation product aminomethylphosphonic acid in dairy cows," J. Dairy Sco. 99:5318-5324

290. Stagnaro, E., et al., "NHL and type of tobacco smoke," 2004, Cancer Epidemiology, Biomarkers & Prevention, Vol. 13(3), pp. 431-437.

291. Stout, L., Ruecker, P., "Chronic study of glyphosate administered in feed to albino rats," 1990.

292. Suarez-Larios, K., et al., "Screening of pesticides with the potential of inducing DSB and successive recombinational repair," 2017, Journal of Toxicology. Volume 2017.

293. Sugimoto, K., "Eighteen month oral oncogenicity study in mice," 1997, The Institute of Environmental Toxicology, Tokyo, Japan in "Tier II summaries for glyphosate carcinogenicity studies from Greim, et al., 2015," as Arysta Life Sciences, 1997a.

294. Surfactant Toxicology, ████████████ Toxicology, Europe/Africa

295. Sweden's Working Hours Act (1982:673) Sweden Working Hours Act link: https://www.government.se/49d4f9/contentassets/1b29fd35b2544f13875137beab80911a/1982673-working-hours-act.pdf

296. Tarazona, et al., "Glyphosate toxicity and carcinogenicity: a review of the scientific basis of the European Union assessment and its differences with IARC," National Institutes of Health, https://www.ncbi.nlm.nih.gov/pmc/articles/PMC5515989/

Giglio v. Monsanto Co.
August 20, 2019
Page 178

297. Thongprakaisang, S., et al., "Glyphosate induces human breast cancer cells growth via estrogen receptors," 2013, Food and Chemical Toxicology, doi: http://dx.doi.org/10.1016/j.fct.2013.05.057

298. Tier II summaries for glyphosate carcinogenicity studies from Greim, et al., 2015 paper," Unpublished data.

299. TNO Study (MON 0319)

300. TNO Study: van Burgsteden, "In vitro percutaneous absorption study [14C]-glyphosate using viable rat skin membranes" (MON 35012)

301. Trainor, Risk assessment for acute toxicity from sheep ectoparasite treatments, including organophosphates (OPs) used in plunge dipping, 2002 available at http://www.hse.gov.uk/research/hsl_pdf/2002/hsl02-26.pdf

302. Treffel, P. & Gabrad, B., "Skin penetration and sun protection factor of ultraviolet filters from two vehicle," 1996, Pharmaceut Res, Vol. 13, pg. 770-774.

303. Tupker, R. et al., "Susceptibility to irritants: role of barrier function, skin dryness and history of atopic dermatitis," 1990, BJD. Volume 123, Issue 2, pg. 199-205.

304. U.K. Health and Safety Executive, HSE, "Operator Exposure,"2016, Data requirements handbook, Retrieved from: http://www.hse.gov.uk/pesticides/topics/pesticide-approvals/pesticides-registration/data-requirements-handbook/operator-exposure.htm

305. U.S. EPA, "Dermal exposure assessment: A summary of EPA approaches," September 2007. United States Environmental Protection Agency, National Center for Environmental Assessment Office of Research and Development, EPA/600/R-07/040F

306. U.S. EPA, "Exposures Factors Handbook: Chapter 8 - Body Weight Studies," 2011, U.S. Environmental Protection Agency.

307. U.S. EPA, "Guidelines for Carcinogen Risk Assessment," 2005, EPA/630/P-03/001F, Risk Assessment Forum, US Environmental Protection Agency, Washington, DC.

308. U.S. EPA, "Recommended use of body weight 3/4 as the default method in derivation of the oral reference dose," 2011, (EPA/100/R11/0001), Office of the Science Advisor, Risk Assessment Forum, US Environmental Protection Agency, Washington, DC.

309. U.S. EPA, "Registration eligibility decision-facts: Glyphosate," 1993 United States Environmental Protection Agency, Prevention, Pesticides and Toxic Substances (7508W), EPA-738-F-93-011.

310. U.S. EPA, "Risk Assessment Methodology for Hazardous Substances: How to assess the risk, cost and benefit of new hazardous substances for use in New Zealand," 2018, Environmental Protection Authority.

311. U.S. EPA, Office of Pesticide Programs, "Glyphosate issue paper: Evaluation of carcinogenic potential," 2016, United States Environmental Protection Agency.

312. U.S. EPA, OPP Memorandum June 2, 2010.  "Review of Triple Pack dermal absorption studies for Maxim Quattro."

Giglio v. Monsanto Co.
August 20, 2019
Page 179

313. U.S. EPA, OPPTS 870.7600, "Health effects test guidelines dermal penetration," August 1998, pg. 4.

314. UK POEM calculations in preparation of meeting Spanish competent authorities." MONGLY01275627

315. USFDA, "Guidance for Industry: Estimating the Maximum Safe Starting Dose in Adult Healthy Volunteers," 2005, Rockville, MD: US Food and Drug Administration.

316. Van Hemmen, 1992 in Machado-Neto, et al., "Safety of Working Conditions of Glyphosate Applicators on Eucalyptus Forests Using Knapsack and Tractor Powered Sprayers," 2000, Bull. Environ. Contam. Toxicol. , Vol. 64, pp. 309-315.

317. Van Ravenzwaay, B. and Leibold, E., "A comparison between in vitro rat and human and in vivo rat skin absorption studies," 2004, Toxicol In Vitro., Vol. 18(2), pg. 219-25.

318. van Smeden, J. and Bouwstra, J.A., "Stratum corneum lipids: Their role for the skin barrier function in healthy subjects and atopic dermatitis patients," 2016, Curr Prob. Dermatol 49, pg. 8-26.

319. Wang, L., et al., "Glyphosate induces benign monoclonal gammopathy and promotes multiple myeloma progression in mice," 2019, Journal of Hematology & Oncology, Vol. 12, pp.70.

320. Watts MA, "The poisoning of New Zealand,"1994, AIT Press, Auckland. From Pesticide Action Network (PAN). http://pan-international.org/wp-content/uploads/Glyphosate-monograph.pdf

321. Wester, R. et al., "Glyphosate skin binding, absorption, residual tissue distribution and skin decontamination, 1991, Fundamental and Applied Toxicology 16, pg. 725-732.

322. Wester, R., et al., "Human Cadaver Skin Viability for In Vitro Percutaneous Absorption: Storage and Detrimental Effects of Heat-Separation and Freezing heating loses viability," Pharmaceutical Research, Vol. 15, No. 1, 1998.

323. Wester, R., et al., "In Vitro Percutaneous Absorption of Model Compounds Glyphosate and Malathion from Cotton Fabric into and through Human Skin," 34 Food and Chemical Toxicology 731 (1996)

324. Williams, A.., "Transdermal and dermal drug delivery: From theory to clinical practice," 2003, London, Pharmaceutical Press.

325. Williams, et al.  (2012): "Developmental and Reproductive Outcomes in Humans and Animals After Glyphosate Exposure: A Critical Analysis," Journal of Toxicology and Environmental Health, Part B: Critical Reviews, 15:1, 39-96.

326. Williams, G. et al., "Safety evaluation and risk assessment of the herbicide Roundup and its active ingredient, glyphosate, for humans," 2000, Regulatory Toxicology and Pharmacology, Vol.31, pg. 117-165.

327. Wood, E., Dunster, J., Watson, P., and Brooks, P., (2009a) "Glyphosate technical: Dietary combined chronic toxicity/Carcinogenicity study in the rat," **2009a**, Harlan

Giglio v. Monsanto Co.
August 20, 2019
Page 180

Laboratories Limited, Page 156 of 227 Shardlow Business Park, Shardlow, Derbyshire DE72 2GD, UK. Study No. 2060-012. April, 23, 2009. MRID 49957404. From "Glyphosate issue paper: Evaluation of carcinogenic potential," U.S. EPA's Office of Pesticide Programs, September 12, 2016.

328. Wood, E., Dunster, J., Watson, P., and Brooks, P., (2009b) "Glyphosate technical: Dietary carcinogenicity study in the mouse," **2009b**, Harlan Laboratories Limited, Shardlow Business Park, Shardlow, Derbyshire DE72 2GD, UK. Study No. 2060-011. April, 22, 2009. MRID 49957402. From "Glyphosate issue paper: Evaluation of carcinogenic potential," U.S. EPA's Office of Pesticide Programs September 12, 2016.

329. Wozniak, E., et al., "The mechanism of DNA damage induced by Roundup 360 PLUS, glyphosate and AMPA in human peripheral blood mononuclear cells - genotoxic risk assessment," 2018, Food and Chemical Toxicology, doi: 10.1016/j.fct.2018.07.035

330. Wumbei, A., et al., "Pesticides use and exposure among yam farmers in the Nanumba traditional area of Ghana," 2019, Environmental Monitoring Assessment, 191:307, DOI: 10.1007/s10661-019-7449-5

331. Zendzian, R.P., "Dermal absorption of pesticides in the rat," 2000, AIHAJ, Vol. 61(4), pg. 473-83.

332. Zhang, et al., "Exposure to Glyphosate-Based Herbicides and Risk for Non-Hodgkin Lymphoma: A Meta- Analysis and Supporting Evidence," Mutation Research-Reviews in Mutation Research (2019), https://doi.org/10.1016/j.mrrev.2019.02.001

## 2. New Materials Considered (Specific to Giglio)

1. Acute Exposure Guidelines for Sulfuric Acid Sulfur Trioxide Oleum, 2008.

2. CDC definition of a "Never Smoker"
   https://www.cdc.gov/nchs/nhis/tobacco/tobacco_glossary.htm

3. Complaint of Emanual Giglio v. Monsanto Co., et al.

4. Deposition of Dr. Charles Redfern dated June 20, 2019

5. Deposition of Dr. Kenneth Warm dated June 27, 2019, with exhibits

6. Deposition of Emanual Giglio dated March 21 and 22, 2019, with exhibits

7. Images from site inspection

8. "Material Safety Data Sheet: Great Stuff Big Gap Filler Insulating Foam Sealant." The Dow Chemical Company, 2009.
   https://whatsinproducts.com/files/brands_pdf/9896_04004012%20MSDS%20Great%20Stuff%20Big%20Gap%20Filler%20Insulating%20Foam.pdf

9. Material Safety Data Sheet: Klean Strip Odorless Mineral Spirits." W.M. Barr, 2015.
   https://www1.mscdirect.com/MSDS/MSDS00052/70250485-20190726.PDF

Giglio v. Monsanto Co.
August 20, 2019
Page 181

10. Medical records from Dr. Charles Redfern, Medical Oncology Associates and Sharp Memorial Hospital

11. "MSDS: Varathane Clear Liquid Plastic Gloss." Flecto Company, 1985. https://hazard.com/msds/f2/bcf/bcftp.html

12. Pahwa, M., et al., "Glyphosate use and associations with non-Hodgkin lymphoma major histological sub-types: findings from the North American Pooled Project", 2019, Scand J Work Environ Health – online first. doi:10.5271/sjweh.3830.

13. Photographs as supplied by Mr. Giglio

14. Plaintiff Fact Sheets of Emanual Giglio

15. "Safety Data Sheet: 1081 Spray Trim Adhesive." Adhesive Solutions Inc., 2015. http://www.adhesivesolutions.com/wp-content/uploads/2017/01/1081-SDS.pdf

16. "Safety Data Sheet: 3M General Purpose Spray Adhesive 45." 3M Company, 2018. http://multimedia.3m.com/mws/mediawebserver?mwsId=SSSSSuUn_zu8l00xMxm1Px mU4v70k17zHvu9lxtD7SSSSSS

17. "Safety Data Sheet: Battery Cleaner Spray." East Penn Manufacturing Co, 2018. http://www.eastpennmanufacturing.com/wp-content/uploads/00314.pdf

18. "Safety Data Sheet: B'laster Silicone Spray Lubricant." The Blaster Corporation, 2013. https://cecas.clemson.edu/cedar/wp-content/uploads/2016/10/Blaster-Silicone-Spray-Lubricant.pdf

19. "Safety Data Sheet: 3M Bondo Fiberglass Resin for Fiberglass Resin Kit." EM Company, 2019. https://multimedia.3m.com/mws/mediawebserver?mwsId=SSSSSuUn_zu8l00xM8tvmx mZ4v70k17zHvu9lxtD7SSSSSS--

20. "Safety Data Sheet: Fix-A-Flat Tire Sealant/Inflator." ITW Global Tire Repair, Inc., 2018. https://cdn.shopify.com/s/files/1/2217/0291/files/Fix_a_Flat_1234ZE_0f903be9-03af-45fa-95ff-d5387d8780b1.pdf?1618

21. "Safety Data Sheet: Klean Strip Lacquer Thinner." W.M. Barr, 2017. http://www.kleanstrip.com/uploads/documents/GML170_SDS-1605.48.pdf

22. "Safety Data Sheet: Zar Interior Oil Base Poly." United Gilsonite Laboratories, 2019. http://www.zar.com/products/zar-interior/zar-interior-oil-base-poly/zar-interior-oil-base-poly-sds.pdf

23. "Safety Data Sheet: Zip Strip Premium Paint & Finish Remover." Absolute Coatings, Inc., 2011. https://tinyurl.com/y3xr3f9w

24. "SDS: Loctite Naval Jelly Rust Dissolver." Henkel Corporation, 2015. http://archpdfs.lps.org/Chemicals/Naval_jelly_rust_dissolver_Loctite.pdf

25. "SDS: Loctite Power Grab Clear Heavy Duty Exterior Construction Adhesive." Henkel Corporation, 2014. https://images.homedepot-static.com/catalog/pdfImages/af/af12248a-bfdb-4589-ab70-9df6dc4182b4.pdf

Giglio v. Monsanto Co.
August 20, 2019
Page 182

26. "SDS: Oatey All Purpose Clear Cement." Oatey Co., 2017.
https://www.oatey.com/ASSETS/DOCUMENTS/ITEMS/EN/SDS%20US%20-
%20Oatey%20All%20Purpose%20Clear%20Cement.pdf

27. "SDS: PVC Medium Clear Cement." Oatey Co., 2018.
https://www.oatey.com/ASSETS/DOCUMENTS/ITEMS/EN/SDS%20Canada%20-
%20PVC%20Medium%20Clear%20Cement.pdf

28. Steenland, K, et al., "Incidence of laryngeal cancer and exposure to acid mists," 1988,
British Journal Ind. Med., Vol. 45, pp. 766-776 in Chemicals Meeting the Criteria for
Listing as Causing Cancer via the Authoritative Bodies Mechanism. California
Environmental Protection Agency, 2002.

29. Uleckiene S., et al., "Carcinogenicity of Sulfuric Acid in Rats and Mice," 1997,
Lithuanian Oncology Center.

30. Zelikoff, J. et al., Modulation of Pulmonary Immune Defense Mechanisms by Sulfuric
Acid: Effects on Macrophage-Derived Tumor Necrosis Factor and Superoxide. Institute
of Environmental Medicine. August 17, 1992.