REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

# EXHIBIT 20

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to: *Hardeman v. Monsanto* (3:16-cv-525) | |

# EXPERT REPORT OF

# DR. CHADI NABHAN

**Official Report**

Date 11/20/2018

Hardeman V. Monsanto

Prepared by: Chadi Nabhan, MD, MBA, FACP.

Prepared for: Kathryn Forgie, Esq.

- Mr. Hardeman was born ▮▮▮▮▮▮▮▮. He is ▮▮ years of age as of the time this report is written

- On 12/26/2014 ▮▮▮▮▮▮ Mr. Hardeman was seen by Dr. Todd for "swollen glands". He was found to have enlarged lymph nodes in the anterior cervical and submandibular areas. Initially, he was observed.

- Due to persistent adenopathy, he was referred to a surgeon (Dr. Turley) on 01/28/2015 where he underwent a fine needle aspiration that initially suggested a necrotic neoplasm. This was essentially non-diagnostic.

- On 02/06/2015, Mr. Hardeman underwent an open excisional biopsy of one of these enlarged nodes. The final pathology confirmed diffuse large B-cell lymphoma (DLBCL). Additional staining studies showed MUM-1 and BCL-6 positivity, negative arrangements for MYC and BCL-2, EBER-negativity, and KI-67 at 80%. DLBCL is an aggressive form of NHL that is fatal if not treated. Treatment of DLBCL is dependent on its stage, patient age, co morbidities, and goals of care.

    - The staining of MUM-1 and BCL 6 positivity confirms that his DLBCL is of the non germinal center origin (non-GCB). This subtype has been associated with inferior overall survival, faster progression, and overall worse prognosis compared with the GCB subtype (*Scott, DW, J Clin Oncol; Vol 33 (26); 2848-2856; 2015*), (*Alizadeh AA, Nature; Vol 403 (6769); 503-511; 2000*)

    - Several studies have explored the prognostic value of KI-67 expression. Most experts agree that high KI-67 expression implies adverse prognosis. Example of such study is one that has shown KI-67 > 80% leads to inferior overall survival (OS) and progression-free survival (PFS). (*Gaudio F et al; Acta Haematol; Vol 126 (1); 44 51; 2011*). While some studies did not confirm that KI67 has a prognostic significance, the National Comprehensive Cancer Network (NCCN) guidelines considers KI67 staining as an essential part of the initial pathologic diagnosis for DLBCL underscoring its importance (http://oncolife.com.ua/doc/nccn/B-Cell_Lymphomas.pdf).

- Additional staging studies (PET-scan and bone marrow biopsy) confirmed stage IIIA disease.
    - Staging of DLBCL is used to determine the extent of the disease throughout the patient's body. Stage III signifies advanced stage with presence of lymph nodes on both sides of the diaphragm. The bone marrow biopsy was negative. The letter A after III means that

1

   the patient did not have any fevers, drenching night sweats, or unintentional weight loss at the time of his diagnosis.
- The International Prognostic Index (IPI) at the time of diagnosis was 2, meaning that Mr. Hardeman had low-intermediate risk score based on clinical factors.
    - The IPI has been used by clinicians since 1993 when a publication demonstrated that 5 clinical factors separate DLBCL patients into low, low-intermediate, high-intermediate, and high-risk disease. These factors are: age >60, advanced stage, more than one extra-nodal site of disease, poor performance status at diagnosis, and elevated LDH (blood test that suggests high volume disease when elevated). Mr. Hardeman had 2 of these 5 factors (age >60 and advanced stage disease). (*N Engl J Med; Vol 329 (14); 987-994; 1993*).
- Mr. Hardeman was started on chemotherapy on 2/24/2015. He received his first cycle of rituximab, cyclophosphamide, vincristine, Adriamycin, and prednisone (R-CHOP). The plan was to administer a total of 6 cycles of therapy with a curative intent of his DLBCL. Rituximab is an antibody against CD20, which is a protein that is highly expressed on the malignant DLBCL cells.



  Accordingly, he was treated with lamivudine daily as a therapy to prevent possible reactivation. This concomitant therapy is a standard of care in any lymphoma patients with prior exposure who will receive rituximab therapy.

- On 4/6/2015, the decision was made to reduce the dose of R-CHOP due to the patient developing neutropenic fever (fever in the presence of very low white blood cell counts and neutrophils), a known complication of chemotherapy.

- Mr. Hardeman received the 4th cycle of R-CHOP chemotherapy on 04/28/2015

- Mr. Hardeman completed the final and 6th cycle of R-CHOP on 06/09/2015

- Side effects from the chemotherapy while receiving it included nausea, vomiting, fatigue, chemo-brain, and significant bone pain as a result from the use if growth factors after chemotherapy. Growth factors are usually used to diminish the risk of patients developing neutropenic fever and potential infections.

- Mr. Hardeman underwent a PET-Scan on 07/13/2015 to assess for response after completion of therapy. There was no evidence of increased uptake, confirming that he was in metabolic complete remission. He remains in remission and his next oncology follow-up appointment is scheduled on 1/16/2019. He is also scheduled for a CT-Scan in March 2019.

- In investigating the etiology and what caused Mr. Hardeman's DLBCL, one must look carefully at his history, assess potential risk factors, and then determine possible contributing elements, if any, to him developing this disease.

- There are several known risk factors to patients developing non-Hodgkin lymphoma (NHL) in general and DLBCL in particular.

- It is important to note that the majority of DLBCL and NHL patients have no known causes for their disease. Physicians would label that as "unknown cause" or "idiopathic". Having said that, there are situations where the causes could be explored and ascertained and accordingly, a comprehensive evaluation is needed in every patient to attempt identifying the possibility of causative factors where the case is not idiopathic.

- ▬▬▬▬▬▬▬▬ which is similar to median age of DLBCL patients at diagnosis in the US. This however, does not eliminate the possibility of certain causative factors to his disease. In fact, part of any history and physical is asking all patients about risk factors, exposure, family history, occupational hazards, and other elements of their life style. This exercise, which is a standard of care in medical practice, is performed to reveal any potential modifiable risk factors, which if eliminated could have substantial impact on the disease course and prognosis.



- ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

- ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

- ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬



- ▬▬▬▬▬▬▬▬▬▬▬▬▬ of ▬▬▬▬▬▬▬▬▬▬ ).

3

- █████████████████████████

- █████████████████████████

    o █████████████████████

    o █████████████████████

    o ███████ potential ███████

- ███████████████████ m) ███



- Exposure to pesticides has been linked to development of NHL. There are several reports that confirm this association and the majority of cancer centers as well as the American Cancer Society list pesticides exposure as a known risk factor to developing NHL (https://www.cancer.org/cancer/non-hodgkin-lymphoma/causes-risks-prevention/risk-factors.html) (https://my.clevelandclinic.org/health/diseases/15662-adult-non-hodgkins-lymphoma) Also, Schinasi and Leon performed a systematic review and a Meta-Analysis to better understand the association between agricultural pesticide chemical groups and NHL development. The search included articles published in English since 1980 until 2014. When repeated papers were reviewed, the one with the most complete and updated analysis was used. Starting with 858 articles, 44 only were included in the qualitative analysis and of these, 20 papers provided estimates of association with herbicide chemical groups or active ingredients, 4 provided association with fungicides, and 17 with insecticides. Of the included papers, several had specific data on glyphosate (*McDuffie et al 2001; Hardell et al 2002; De Roos et al, 2003; De Roos et al, 2005; Eriksson et al, 2008; and Orsi et al, 2009*). The studies that were analyzed in this Meta-Analysis were performed in the US, Canada, Europe, Australia, and New Zealand. This Meta-Analysis found an association between glyphosate and B-cell lymphoma with an OR 2.0 (95% CI: 1.1-3.6) and this was the same OR for DLBCL. This Meta-Analysis represented a summary of the data published in the preceding 25 years. It confirmed a plausible association between glyphosate and NHL evolution and development.

- During my meeting with him, Mr. Hardeman stated that he has been exposed to RoundUp/Glyphosate since 1988. His exposure was essentially for residential use. He initially learned about RoundUp from a landscaper that helped him maintain his property that he owned between 1985-1988. He then bought a large property (56 acres) in 1988 and used RoundUp himself to spray. Between 1988-2012, he sprayed biweekly using a pump-up and hand sprayer. He would spend about 2 hours spraying every time he did so. Essentially, he would spray 4 hours/month for about 7 months every year, as he did not spray during winter months. On 12/31/2012, he sold that property and moved to a residential area where he did not need to spray. He did not wear protective gears, gloves, or goggles. He mixed the RoundUp himself and commented that occasionally, he gets mists on his face when using the compound especially on windy days. It appears that Mr. Hardeman used RoundUp/Glyphosate consistently for 25 years (1988-2013) and that his use slowed down but continued between 2013-2015.

- This exposure to Roundup/glyphosate, a known pesticide, is important in view of literature that links glyphosate to NHL. I have personally evaluated epidemiologic studies published on the topic and how they correlate clinically on patients diagnosed with lymphoma.

    o In March 2015, the International Agency of Research on Cancer (IARC) classified glyphosate as a probable human carcinogen (class 2A) after thorough, independent, and rigorous investigation by independent researchers and investigators in the field. IARC is a division of the World Health Organization (WHO) (https://www.iarc.fr/), established in 1965 as an independent body to assess potential human hazards that can cause cancer. For IARC to evaluate a substance as a potential carcinogen, such substance must have ubiquitous human exposure and there must be some preliminary data to suggest a potential harm and carcinogenicity.

    o As of the last update on 07/30/2018, IARC had evaluated 1,006 substances since its inception. This shows the high selectivity of IARC in deciding which substance to evaluate. Of these, only 20% were classified as either group 1 (human carcinogens) or 2A (probable human carcinogens) (https://monographs.iarc.fr/agents-classified-by-the-iarc/)

    o IARC reviews peer-reviewed published literature including epidemiologic studies, animal data, and genotoxicity studies. In addition, IARC assesses plausible mechanisms of action for possible carcinogenicity of the studied compound. Some of the studies that I have reviewed, analyzed, and assessed, which were also included in the IARC report are summarized below:

        ▪ One epidemiologic study was published by McDuffie et al (Cancer Epidemiology, Biomarkers, and Prevention; *Vol. 10, 1155–1163, November 2001*) where 517 cases and 1506 controls were included. The risk of NHL was statistically significantly increased among glyphosate exposed individuals more than two days per year with an OR of 2.12 (95% CI: 1.20-3.73). This doubling of the risk was statistically significant.

- Another analyzed study was published by DeRoos et al in 2003 (*Occup Environ Med.* 2003 Sep; 60 (9): E11.) where 650 cases and 1933 controls were evaluated. The OR for glyphosate increasing the risk of developing NHL was 2.1 (95% CI: 1.1-4.0). This doubling of the risk was statistically significant. The authors of this study performed a hierarchical regression analysis, which reduced the OR to 1.6 (95% CI: 0.9-2.8), however the hierarchal regression in this study has its own limitations that question its findings in my opinion. First, logistic regression is what we almost always used clinically because the hierarchical model makes a number of assumptions that get incorporated into the final estimates, but the accuracy of the output is contingent on the assumptions included in the model. In this paper, DeRoos et al gave glyphosate a "carcinogenicity rating" of 0.3. This rating would be inaccurate if we are to perform the modeling today. According to DeRoos et al, a weighting factor of 0.6 should be given to any substance that is found by IARC to be probably carcinogenic to humans. If the new assumption is applied to the model, the output of the hierarchical regression would likely change. This modeling also assumed that all agents/herbicides studied have the same effect on NHL, however we do not know if this is the case nor do we have data that these other pesticides are indeed causing NHL to be properly included in the model. Lastly, the OR of 1.6 that is found in the hierarchal regression is actually in line with ORs that are found in other studies such as the meta-analysis that I describe above. In my assessment as a clinician and researcher, I do not believe that the findings of the hierarchail regression negate the risk identified and confirmed in the logistic regression performed by the authors.

- Eriksson et al (*Int J Cancer;* 2008; Oct 1; 123 (7); 1657-1663) reported on 910 cases and 1016 controls and showed an OR of 2.36 (95% CI: 1.04-5.37) for developing NHL in individuals exposed to glyphosate more than 10 days in their lifetime. This study also shows that more exposure leads to higher risk similar to the McDuffie et al paper summarized above.

- The IARC report included the preliminary data of the Agricultural Health Study (AHS) (https://aghealth.nih.gov/), which was initially published by DeRoos et al in 2005 and found no association between glyphosate and NHL. The AHS is a prospective study that enrolled commercial pesticide applicators from Iowa and North Carolina and in the mid-1990s, and who were followed prospectively with repeated questionnaires. The study was updated in 2018 (Andreotti et al; JNCI) where it found no association between glyphosate and NHL. I have analyzed this study personally and evaluated the methodologies. This study suffered several critical flaws, including, but not limited to, the dropout rate where almost 40% of participants lost to follow up and the fact that the control arm was farmers, an occupation established as a known risk factor for NHL, making it rather difficult to show increased risk for the glyphosate arm given the controls. Despite the imputation method that was applied by the authors, the 40% dropout rate is substantial and cannot be ignored. Also, enrollees who completed the questionnaire during their follow up were required to describe their exposure during the "one year immediately prior to filling the questionnaire". Clearly, this is a major limitation that underestimates exposures for some of these respondents.

7

- o Group 2A (probable) is the highest level of evidence short of a "definitive association", which is best established with randomized controlled study. Such study would be unethical as it exposes patients to a potentially harmful and probable carcinogenic agent.

- o The results of the IARC investigation were published in the Lancet Oncology in May 2015 by Guyton et al (https://www.thelancet.com/journals/lanonc/article/PIIS1470-2045(15)70134-8/fulltext).

- o Epidemiologic studies were unable to look at subtypes of NHL when assessing epidemiologic causation. This is understandable as the classification of NHL has evolved over the years and there are many new subtypes that have been recognized that were not known in the late 1990s or early 2000s. The latest classification for NHL was published in 2016 by Swerdlow et al (http://www.bloodjournal.org/content/bloodjournal/127/20/2375.full.pdf) and in this classification, over 60 subtypes of B and T cell NHL have been identified. This shows that epidemiologic studies would rarely be able to investigate association between any occupational hazard and types of NHL. Add to this the rarity of PCNSL (1% of all NHLs), and we can conclude that studying epidemiologic evidence can be done for the entire disease category; in this instance NHL. Analogous to studying epidemiology of breast and prostate cancer. We study the epidemiology of these diseases in their totality even though we now recognize different subtypes of prostate and breast cancers.

- Mr. Hardeman has been exposed to glyphosate in a manner that fits within the published epidemiologic literature and the studies where causation and an association between NHL and glyphosate have been demonstrated.

- I met with Mr. Hardeman on Friday 11/16/2018.



- He initially worked in finance after leaving the army. He then formed his own company with his wife and son, called (Bay World industries). He would help manufacture hardware to casinos and also do signage boards.
- He lives currently with his wife; he has one adopted child.
- His family history is negative for lymphomas. He is the youngest of 5 siblings.
- ▬▬▬▬▬▬▬▬▬▬.

- I performed a brief physical examination. ▮▮▮

- In performing the differential diagnosis into what caused Mr. Hardeman's DLBCL, I conclude, to a reasonable degree of medical certainty, that his exposure to roundup/glyphosate is a substantial factor contributing to the development of his NHL. ▮▮▮

Signed

Chadi Nabhan, MD, MBA, FACP

9