**WILKINSON WALSH + ESKOVITZ LLP**
Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonwalsh.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonwalsh.com)
2001 M St. NW
10th Floor
Washington, DC 20036
Tel:   202-847-4030
Fax:   202-847-4005

**WILKINSON WALSH + ESKOVITZ LLP**
Sean Eskovitz (CA Bar No. 241877)
(seskovitz@wilkinsonwalsh.com)
11601 Wilshire Boulevard
Suite 600
Los Angeles, CA 90025
Tel:   424-291-9655
Fax:   202-847-4005

**ARNOLD & PORTER KAYE SCHOLER LLP**
William Hoffman (*pro hac vice*)
(William.Hoffman@arnoldporter.com)
601 Massachusetts Avenue, N.W.
Washington, DC 20001
Tel: 202-942-6915
Fax: 202-942-5999

**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
1350 I St. NW
Washington, DC 20005
Tel: 202-898-5843
Fax: 202-682-1639

**COVINGTON & BURLING LLP**
Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
One City Center
850 10th St. NW
Washington, DC 20001
Tel: 202-662-6000

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) MDL No. 2741 )<br>) Case No. 3:16-md-02741-VC )<br>) **DECLARATION OF BRIAN L.** |
| *Stevick v. Monsanto Co., et al.*, 3:16-cv-2341-VC | ) **STEKLOFF IN SUPPORT OF**<br>) **MONSANTO COMPANY'S MOTION**<br>) **TO EXCLUDE TESTIMONY OF DR.**<br>) **WILLIAM R. SAWYER ON *DAUBERT***<br>) **GROUNDS** ) |

- 1 -

I, Brian L. Stekloff, declare and state as follows:

1. I am a partner at the law firm of Wilkinson Walsh + Eskovitz, LLP, counsel for defendant Monsanto Company ("Monsanto"). I make this declaration in support of Monsanto's Motion to Exclude Testimony of Dr. William R. Sawyer on *Daubert* Grounds.

2. Annexed hereto as Exhibit 1 is a true and correct copy of a letter from Robin Greenwald dated November 20, 2018 regarding expert disclosures in *Hardeman v. Monsanto Company*, Northern District of California Case No. 3:16-cv-525; *Stevick v. Monsanto Company*, Northern District of California Case No. 3:16-cv-2341; and *Gebeyehou v. Monsanto Company*, Northern District of California Case No. 3:16-cv-5813

3. Annexed hereto as Exhibit 2 is a true and correct copy of the Expert Report of Dr. William Sawyer, dated November 20, 2018, for *Hardeman v. Monsanto Company*, Northern District of California Case No. 3:16-cv-525; *Stevick v. Monsanto Company*, Northern District of California Case No. 3:16-cv-2341; and *Gebeyehou v. Monsanto Company*, Northern District of California Case No. 3:16-cv-5813

4. Annexed hereto as Exhibit 3 is a true and correct copy of the Deposition of Dr. William Sawyer, taken December 20, 2018, for *Stevick, et al. v. Monsanto Company*, Northern District of California Case No. 3:16-cv-02341-VC.

5. Annexed hereto as Exhibit 4 is a true and correct copy of the Reference Manual on Scientific Evidence.

6. Annexed hereto as Exhibit 5 is a true and correct copy of A. Bradford Hill, *The Environment and Disease: Association or Causation?*, 58 Proc. R. Soc. Med. 295, 295 (1965).

7. Annexed hereto as Exhibit 6 is a true and correct copy of the Deposition of Dr. William Sawyer, taken September 15, 2019, for *Giglio v. Monsanto Company*, Northern District of California Case No. 3:16-cv-05658-VC.

8. Annexed hereto as Exhibit 7 is a true and correct copy of the Deposition of Dr. William Sawyer, taken July 16 and July 17, 2019, for *Winston, et al. v. Monsanto Company*, St. Louis City Case No. 1822-CC00515.

9. Annexed hereto as Exhibit 8 is a true and correct copy of George, J., et al., *Studies on glyphosate-induced carcinogenicity in mouse skin: A proteomic approach*, 73 Journal of Proteomics 951 (2010).

10. Annexed hereto as Exhibit 9 is a true and correct copy of an excerpt of the March 11, 2019 trial transcript from *Hardeman v. Monsanto Company*, Northern District of California Case No. 3:16-cv-525.

11. Annexed hereto as Exhibit 10 is a true and correct copy of EPA Office of Pesticide Programs, *Revised Glyphosate Issue Paper: Evaluation of Carcinogenic Potential* (Dec. 12, 2017).

12. Annexed hereto as Exhibit 11 is a true and correct copy of IARC, *Glyphosate in Some Organophosphate Insecticides and Herbicides: Diazinon, Glyphosate, Malathion, Parathion, and Tetrachlorvinphos, Monograph Vol. 112 on the Evaluation of Carcinogenic Risks to Humans* (2015).

13. Annexed hereto as Exhibit 12 is a true and correct copy of BAuA, Proposal for Harmonized Classification and Labeling: N (phosphonomethyl)glycine; Glyphosate (ISO), CLH Report for Glyphosate (2016).

14. Annexed hereto as Exhibit 13 is a true and correct copy of Trial Exhibit 1690 from *Hardeman v. Monsanto Company*, Northern District of California Case No. 3:16-cv-525.

15. Annexed hereto as Exhibit 14 is a true and correct copy of the Expert Report of Dr. William Sawyer, dated August 20, 2019, for *Giglio v. Monsanto Company*, Northern District of California Case No. 3:16-cv-05658-VC.

16. Annexed hereto as Exhibit 15 is a true and correct copy of the Deposition of Dr. William Sawyer, taken October 25, 2019, for *Ines Hernandez v. Monsanto Company*, Northern District of California Case No. 3:16-cv-05750-VC.

17. Annexed hereto as Exhibit 16 is a true and correct copy of an excerpt of the April 11, 2019 trial transcript from *Pilliod, et al. v. Monsanto Company,* Alameda Superior Court Case No.: RG17862702.

18. Annexed hereto as Exhibit 17 is a true and correct copy of the Deposition of Dr. William Sawyer, taken November 14, 2019, for *Dickey v. Monsanto Company*, Northern District of California Case No. 3:19-cv-04102-VC.

19. Annexed hereto as Exhibit 18 is a true and correct copy of the Deposition of Dr. William Sawyer, taken August 23 and October 16, 2018, for *Hall, et al. v. Monsanto Company*, St. Louis City Case No. 1622-CC01071.

20. Annexed hereto as Exhibit 19 is a true and correct copy of the Expert Report of Dr. Andrei Shustov, dated November 20, 2018, for *Stevick v. Monsanto Company*, Northern District of California Case No. 3:16-cv-2341.

21. Annexed hereto as Exhibit 20 is a true and correct copy of the Expert Report of Dr. Chadi Nabhan, dated November 20, 2018, for *Hardeman v. Monsanto Company*, Northern District of California Case No. 3:16-cv-525.

22. Annexed hereto as Exhibit 21 is a true and correct copy of the Deposition of Dr. Chadi Nabhan, taken December 14, 2018, for *Gebeyehou v. Monsanto Company*, Northern District of California Case No. 3:16-cv-5813.

23. Annexed hereto as Exhibit 22 is a true and correct copy of the Deposition of Dr. Dennis Weisenburger, taken December 20, 2018, for *Hardeman v. Monsanto Company*, Northern District of California Case No. 3:16-cv-525.

24. Annexed hereto as Exhibit 23 is a true and correct copy of the Deposition of Dr. Chadi Nabhan, taken November 15, 2018, for *Adams, et al. v. Monsanto Company*, St. Louis County Case No. 17SL-CC02721.

25. Annexed hereto as Exhibit 24 is a true and correct copy of the Deposition of Dr. Andrei Shustov, taken December 15, 2018, for *Hardeman v. Monsanto Company*, Northern District of California Case No. 3:16-cv-525.

26. Annexed hereto as Exhibit 25 is a true and correct copy of the Deposition of Dr. Dennis Weisenburger, taken November 26, 2018, for *Adams, et al. v. Monsanto Company*, St. Louis County Case No. 17SL-CC02721.

27. Annexed hereto as Exhibit 26 is a true and correct copy of the Deposition of Dr. Dennis Weisenburger, taken December 18, 2018, for *Stevick v. Monsanto Company*, Northern District of California Case No. 3:16-cv-2341.

28. Annexed hereto as Exhibit 27 is a true and correct copy of the Deposition of Dr. William Sawyer, taken February 6, 2019, for *Pilliod, et al. v. Monsanto Company,* Alameda Superior Court Case No.: RG17862702.

DATED: December 27, 2019

Respectfully submitted,

/s/ Brian L. Stekloff

Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonwalsh.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonwalsh.com)
WILKINSON WALSH + ESKOVITZ LLP
2001 M St. NW, 10th Floor
Washington, DC 20036
Tel: 202-847-4030
Fax: 202-847-4005

Sean Eskovitz (CA Bar No. 241877)
(seskovitz@wilkinsonwalsh.com)
WILKINSON WALSH + ESKOVITZ LLP
11601 Wilshire Boulevard
Suite 600
Los Angeles, CA 90025
Tel:     424-291-9655
Fax:    202-847-4005

William Hoffman (*pro hac vice*)
(William.Hoffman@arnoldporter.com)
ARNOLD & PORTER KAYE SCHOLER
601 Massachusetts Avenue, N.W.
Washington, DC 20001
Tel: 202-942-6915
Fax: 202-942-5999

Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I St. NW
Washington, DC 20005
Tel: 202-898-5843
Fax: 202-682-1639

Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
COVINGTON & BURLING LLP
One City Center
850 10th St. NW
Washington, DC 20001
Tel: 202-662-6000

Attorneys for Defendant
MONSANTO COMPANY

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 27th day of December, 2019, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

/s/ Brian L. Stekloff