# EXHIBIT 11

# GLYPHOSATE

## 1. Exposure Data

### 1.1 Identification of the agent

#### 1.1.1 Nomenclature

*Chem. Abstr. Serv. Reg. No.:* 1071-83-6 (acid); also relevant:
38641-94-0 (glyphosate-isopropylamine salt)
40465-66-5 (monoammonium salt)
69254-40-6 (diammonium salt)
34494-03-6 (glyphosate-sodium)
81591-81-3 (glyphosate-trimesium)

*Chem. Abstr. Serv. Name:* N-(phosphonomethyl)glycine

*Preferred IUPAC Name*: N-(phosphonomethyl)glycine

*Synonyms:* Gliphosate; glyphosate; glyphosate hydrochloride; glyphosate [calcium, copper (2+), dilithium, disodium, magnesium, monoammonium, monopotassium, monosodium, sodium, or zinc] salt

*Trade names:* Glyphosate products have been sold worldwide under numerous trade names, including: Abundit Extra; Credit; Xtreme; Glifonox; Glyphogan; Ground-Up; Rodeo; Roundup; Touchdown; Tragli; Wipe Out; Yerbimat (Farm Chemicals International, 2015).

#### 1.1.2 Structural and molecular formulae and relative molecular mass

Molecular formula: $C_3H_8NO_5P$
Relative molecular mass: 169.07

Additional information on chemical structure is also available in the PubChem Compound database (NCBI, 2015).

#### 1.1.3 Chemical and physical properties of the pure substance

*Description:* Glyphosate acid is a colourless, odourless, crystalline solid. It is formulated as a salt consisting of the deprotonated acid of glyphosate and a cation (isopropylamine, ammonium, or sodium), with more than one salt in some formulations.

*Solubility:* The acid is of medium solubility at 11.6 g/L in water (at 25 °C) and insoluble in common organic solvents such as acetone, ethanol, and xylene; the alkali-metal and

0.4; 95% CI, 0.1–1.6) and observations for proxy respondents (OR, 3.1; 95% CI, 1.2–8.2). [The study had limited power to detect an effect of glyphosate use, and the inconsistencies for self and proxy respondents made the results difficult to interpret.]

### 2.3.3 Soft tissue sarcoma

Pahwa et al. (2011) reported the results of the soft tissue sarcoma component of the cross-Canada study in relation to specific pesticides, including 357 cases of soft tissue sarcoma and 1506 population controls from 1991–1994. The fully adjusted odds ratio for glyphosate use was 0.90 (95% CI, 0.58–1.40).

### 2.3.4 Cancer of the prostate

Band et al. (2011) report results of a case–control study including 1516 patients with cancer of the prostate (ascertained by the cancer registry of British Columbia, Canada, for 1983–90) and 4994 age-matched controls with cancers at all other cancer sites excluding lung and unknown primary site. Agricultural exposures were assessed by job-exposure matrix. A total of 60 cases were exposed to glyphosate (adjusted OR, 1.36; 95% CI, 0.83–2.25).

### 2.3.5 Childhood cancer

Parental exposure to pesticides, including glyphosate, was assessed in a population-based case–control study of childhood leukaemia in Costa Rica (Monge et al., 2007). However, associations of childhood cancer with glyphosate were reported only for an "other pesticides" category that also included paraquat, chlorothalonil, and other chemicals. [Because glyphosate was not specifically assessed, this study was not evaluated by the Working Group.]

### 2.4. Meta-analyses

Schinasi & Leon (2014) conducted a systematic review and meta-analysis of NHL and occupational exposure to agricultural pesticides, including glyphosate. The meta-analysis for glyphosate included six studies (McDuffie et al., 2001; Hardell et al., 2002; De Roos et al., 2003; 2005a; Eriksson et al., 2008; Orsi et al., 2009) and yielded a meta risk-ratio of 1.5 (95% CI, 1.1–2.0). [The Working Group noted that the most fully adjusted risk estimates from the articles by Hardell et al. (2002) and Eriksson et al. (2008) were not used in this analysis. After considering the adjusted estimates of the two Swedish studies in the meta-analysis, the Working Group estimated a meta risk-ratio of 1.3 (95% CI, 1.03–1.65), $I^2 = 0\%$, $P$ for heterogeneity 0.589.]

## 3. Cancer in Experimental Animals

### 3.1 Mouse

See Table 3.1

#### 3.1.1 Dietary administration

Groups of 50 male and 50 female CD-1 mice [age not reported] were given diets containing glyphosate (purity, 99.7%) at a concentration of 0, 1000, 5000, or 30 000 ppm, ad libitum, for 24 months. There was no treatment-related effect on body weight in male and female mice at the lowest or intermediate dose. There was a consistent decrease in body weight in the male and female mice at the highest dose compared with controls. Survival in all dose groups was similar to that of controls. There was a positive trend ($P = 0.016$, trend test; see EPA, 1985b) in the incidence of renal tubule adenoma in dosed male mice: 0/49, 0/49, 1/50 (2%), 3/50 (6%). [The Working Group noted that renal tubule adenoma is a rare tumour in CD-1 mice.] No data on tumours of the kidney

Table 3.1 Studies of carcinogenicity with glyphosate in mice

| Species, strain (sex) Duration Reference | Dosing regimen, Animals/group at start | For each target organ: incidence (%) and/or multiplicity of tumours | Significance | Comments |
|---|---|---|---|---|
| Mouse, CD-1 (M, F) 24 mo EPA (1985a, b, 1986, 1991a) | Diet containing glyphosate (technical grade; purity, 99.7%) at concentrations of 0, 1000, 5000, or 30 000 ppm, ad libitum, for 24 mo 50 M and 50 F/group [age, NR] | *Males* Renal tubule adenoma: 0/49, 0/49, 1/50 (2%), 3/50 (6%) *Females* No data provided on the kidney Report from the PWG of the EPA (1986): *Males* Renal tubule adenoma: 1/49 (2%), 0/49, 0/50, 1/50 (2%) Renal tubule carcinoma: 0/49, 0/49, 1/50 (2%), 2/50 (4%) Renal tubule adenoma or carcinoma (combined): 1/49 (2%), 0/49, 1/50 (2%), 3/50 (6%) | $P$ for trend = 0.016; see Comments [NS] [$P$ = 0.037; Cochran–Armitage trend test] [$P$ = 0.034; Cochran–Armitage trend test] | No information was provided on renal tubule adenomas in female mice, or on statistical analyses of tumour data EPA recommended that additional renal sections be cut and evaluated from all control and treated male mice. The pathology report for these additional sections (EPA, 1985b) showed the same incidence of renal tubule adenomas as originally reported, with no significant difference in incidence when comparing control and treated groups; however, the test for linear trend in proportions resulted in $P$ = 0.016 EPA (1986) convened a PWG and requested additional pathological and statistical information on kidney tumours observed in male mice treated with glyphosate |
| Mouse, CD-1 (M, F) 104 wk JMPR (2006) | Diet containing glyphosate (purity, 98.6%) at doses of 0, 100, 300, 1000 mg/kg bw, ad libitum, for 104 wk 50 M and 50 F/group [age, NR] | *Males* Haemangiosarcoma: 0/50, 0/50, 0/50, 4/50 (8%) Histiocytic sarcoma in the lymphoreticular/haemopoietic tissue: 0/50, 2/50 (4%), 0/50, 2/50 (4%) *Females* Haemangiosarcoma: 0/50, 2/50 (4%), 0/50, 1/50 (2%) Histiocytic sarcoma in the lymphoreticular/haemopoietic tissue: 0/50, 3/50 (6%), 3/50 (6%), 1/50 (2%) | [$P$ < 0.001; Cochran–Armitage trend test] NS NS NS | |

**Table 3.1  (continued)**

| Species, strain (sex) Duration Reference | Dosing regimen, Animals/group at start | For each target organ: incidence (%) and/or multiplicity of tumours | Significance | Comments |
|---|---|---|---|---|
| Mouse, Swiss (M) 32 wk George et al. (2010) | Initiation–promotion study Skin application of glyphosate-based formulation (glyphosate, 41%; POEA, ~15%) (referred to as "glyphosate") dissolved in 50% ethanol; DMBA dissolved in 50% ethanol, and TPA dissolved in 50% acetone, used in the groups described below 20 M/group | Skin tumours [called "papillomas" by the authors, following gross examination only] | | Short duration of treatment, no solvent controls, and lack of any histopathological evaluation Age at start, NR (mice weighed 12–15 g bw) [The Working Group concluded this was an inadequate study for the evaluation of glyphosate] |
| | Group I: untreated control (no treatment) | Group I: 0/20 | | |
| | Group II: glyphosate only: 25 mg/kg bw topically, 3 × /wk, for 32 wk | Group II: 0/20 | | |
| | Group III: single topical application of DMBA, 52 μg/mouse, followed 1 wk later by TPA, 5 μg/mouse, 3 × /wk, for 32 wk | Group III: 20/20*, 7.8 ± 1.1 | *P < 0.05 vs groups VI and VII | |
| | Group IV: single topical application of glyphosate, 25 mg/kg bw, followed 1 wk later by TPA, 5 μg/mouse, 3 × /wk, for 32 wk | Group I: 0/20 | | |
| | Group V: 3 × /wk topical application of glyphosate, 25 mg/kg bw, for 3 wk, followed 1 wk later by TPA, 5 μg/mouse, 3 × /wk, for 32 wk | Group V: 0/20 | | |
| | Group VI: single topical application of DMBA, 52 μg/mouse | Group VI: 0/20 | | |
| | Group VII: topical application of TPA, 5 μg/mouse, 3 × /wk, for 32 wk | Group VII: 0/20 | | |
| | Group VIII: single topical application of DMBA, 52 μg/mouse, followed 1 wk later by topical treatment with glyphosate, 25 mg/kg bw, 3 × /wk, for 32 wk | Group VIII: 8/20*, 2.8 ± 0.9 | *P < 0.05 vs group VI | |

bw, body weight; DMBA, 7,12-dimethylbenz[*a*]anthracene; EPA, United States Environmental Protection Agency; F, female; M, male; mo, month; NR, not reported; NS, not significant; POEA, polyethoxylated tallowamine; PWG, pathology working group; TPA, 12-*O*-tetradecanoyl-phorbol-13-acetate; vs, versus; wk, week; yr, year

were provided for female mice. No other tumour sites were identified (EPA, 1985a). Subsequent to its initial report (EPA, 1985a), the United States Environmental Protection Agency (EPA) recommended that additional renal sections be cut and evaluated from all male mice in the control and treated groups. The pathology report for these additional sections (EPA, 1985b) indicated the same incidence of renal tubule adenoma as originally reported, with no significant increase in incidence between the control group and treated groups by pairwise comparison. However, as already reported above, the test for linear trend in proportions resulted in a significance of $P = 0.016$. The EPA (1986) also requested that a pathology working group (PWG) be convened to evaluate the tumours of the kidney observed in male mice treated with glyphosate, including the additional renal sections. In this second evaluation, the PWG reported that the incidence of adenoma of the renal tubule was 1/49 (2%), 0/49, 0/50, 1/50 (2%) [not statistically significant]; the incidence of carcinoma of the renal tubule was 0/49, 0/49, 1/50 (2%), 2/50 (4%) [$P = 0.037$, trend test for carcinoma]; and the incidence of adenoma or carcinoma (combined) of the renal tubule was 1/49 (2%), 0/49, 1/50 (2%), 3/50 (6%) [$P = 0.034$, trend test for combined]. [The Working Group considered that this second evaluation indicated a significant increase in the incidence of rare tumours, with a dose-related trend, which could be attributed to glyphosate. Chandra & Frith (1994) reported that only 1 out of 725 [0.14%] CD-1 male mice in their historical database had developed renal cell tumours (one carcinoma).]

[The Working Group noted the differences in histopathological diagnosis between pathologists. Proliferative lesions of the renal tubules are typically categorized according to published criteria as hyperplasia, adenoma, or carcinoma. The difference is not trivial, because focal hyperplasia, a potentially preneoplastic lesion, should be carefully differentiated from the regenerative changes of the tubular epithelium. There is a morphological continuum in the development and progression of renal neoplasia. Thus larger masses may exhibit greater heterogeneity in histological growth pattern, and cytologically more pleomorphism and atypia than smaller lesions (Eustis et al., 1994). Of note, a renal tumour confirmed by the PWG after re-evaluation of the original slides (EPA, 1986), had not been seen in the re-sectioned kidney slides (EPA, 1985b). This may be related to the growth of tumour that – in contrast to tumours in other organs – is not spherical but elliptical because of the potential expansion in tubules. In addition, the concept of tubular expansion without compression of adjacent parenchyma may be at the basis of the discrepancy between the first (EPA, 1985a, b) and second evaluation (EPA, 1986).]

In another study reported to the Joint FAO/WHO Meeting on Pesticide Residues (JMPR), groups of 50 male and 50 female CD-1 mice [age at start not reported] were given diets containing glyphosate (purity, 98.6%) at a concentration that was adjusted weekly for the first 13 weeks and every 4 weeks thereafter to give doses of 0, 100, 300, or 1000 mg/kg bw, ad libitum, for 104 weeks (JMPR, 2006). There was no treatment-related effect on body weight or survival in any of the dosed groups. There was an increase in the incidence of haemangiosarcoma in males – 0/50, 0/50, 0/50, 4/50 (8%) [$P < 0.001$, Cochran–Armitage trend test], and in females – 0/50, 2/50 (4%), 0/50, 1/50 (2%) [not statistically significant], and an increase in the incidence of histiocytic sarcoma in the lymphoreticular/haemopoietic tissue in males – 0/50, 2/50 (4%), 0/50, 2/50 (4%), and in females – 0/50, 3/50 (6%), 3/50 (6%), 1/50 (2%) [not statistically significant for males or females]. [The Working Group considered that this study was adequately reported.]

### 3.1.2 Initiation–promotion

Groups of 20 male Swiss mice [age at start not reported; body weight, 12–15 g] were given a glyphosate-based formulation (glyphosate, 41%; polyethoxylated tallowamine, ~15%) (referred to as glyphosate in the article) that was dissolved in 50% ethanol and applied onto the shaved back skin (George et al., 2010). Treatment groups were identified as follows:

- Group I – untreated control;
- Group II – glyphosate only (25 mg/kg bw), applied topically three times per week for 32 weeks;
- Group III – single topical application of dimethylbenz[*a*]anthracene (DMBA; in ethanol; 52 μg/mouse), followed 1 week later by 12-*O*-tetradecanoylphorbol-13-acetate (TPA; in acetone; 5 μg/mouse), applied topically three times per week for 32 weeks;
- Group IV – single topical application of glyphosate (25 mg/kg bw) followed 1 week later by TPA (in acetone; 5 μg/mouse), applied topically three times per week for 32 weeks;
- Group V – glyphosate (25 mg/kg bw) applied topically three times per week for 3 weeks (total of nine applications), followed 1 week later by TPA (in acetone; 5 μg/mouse), applied topically three times per week for 32 weeks;
- Group VI – single topical application of DMBA (in ethanol; 52 μg/mouse);
- Group VII –TPA (in acetone; 5 μg/mouse), applied topically three times per week for 32 weeks; and
- Group VIII –single topical application of DMBA (in ethanol; 52 μg/mouse), followed 1 week later by glyphosate (25 mg/kg bw), applied topically three times per week for 32 weeks.

All mice were killed at 32 weeks. Skin tumours were observed only in group III (positive control, DMBA + TPA, 20/20) and group VIII (DMBA + glyphosate, 8/20; $P < 0.05$ versus group VI [DMBA only, 0/20]). No microscopic examination was conducted and tumours were observed "as a minute wart like growth [that the authors called squamous cell papillomas], which progressed during the course of experiment." [The glyphosate formulation tested appeared to be a tumour promoter in this study. The design of the study was poor, with short duration of treatment, no solvent controls, small number of animals, and lack of histopathological examination. The Working Group concluded that this was an inadequate study for the evaluation of glyphosate.]

### 3.1.3 Review articles

Greim et al. (2015) have published a review article containing information on five long-term bioassay feeding studies in mice. Of these studies, one had been submitted for review to the EPA (EPA, 1985a, b, 1986, 1991a), and one to the JMPR (JMPR, 2006); these studies are discussed in Section 3.1.1. The review article reported on an additional three long-term bioassay studies in mice that had not been previously available in the open literature, but had been submitted to various organizations for registration purposes. The review article provided a brief summary of each study and referred to an online data supplement containing the original data on tumour incidence from study reports. The three additional long-term bioassay studies in mice are summarized below. [The Working Group was unable to evaluate these studies, which are not included in Table 3.1 and Section 5.3, because the information provided in the review article and its supplement was insufficient (e.g. information was lacking on statistical methods, choice of doses, body-weight gain, survival data, details of histopathological examination, and/or stability of dosed feed mixture).]

In the first study (identified as Study 12, 1997a), groups of 50 male and 50 female CD-1

engaged in spraying and both used personal protective equipment.]

Urinary concentrations of MMA and MDA in workers occupationally exposed to malathion have been observed to decrease significantly after several days of absence from work (Warren et al., 1985; Krieger & Dinoff, 2000). MMA and MDA were not detected in the urine of family members of an occupationally exposed date-palm worker. Urinary concentrations of MMA and MDA for the wife and two children were less than the limit of detection at the end of the working week, while detectable concentrations were found in the worker and in two other date-palm workers who lived with the family (Krieger & Dinoff, 2000).

Malathion also exhibits cholinesterase-inhibitory activity; however, this effect is not specific to malathion and is common to other organophosphate and carbamate pesticides (ATSDR, 2003).

Several studies in the USA, Australia, and Haiti have shown no inhibition of cholinesterase activity among workers employed in spraying with malathion (Warren et al., 1985; Krieger & Dinoff, 2000; Edwards et al., 2007), although two studies found reductions in cholinesterase activity in mosquito-control sprayers in India (Lal et al., 2004; Singh et al., 2011b). In one study in six workers spraying malathion formulation for the control of the vectors of kala-azar (visceral leishmaniasis), the mean cholinesterase activity of the workers after spraying decreased to about 83% of the value before spraying ($P < 0.01$), but was still within the normal range (Lal et al., 2004). The workers wore masks and gloves, and washed their hands with soap after spraying. Another study found significantly reduced acetylcholinesterase activity in erythrocytes of 70 workers who sprayed organophosphate pesticides for community-health programmes when compared with healthy volunteers (Singh et al., 2011b). However, this decrease cannot be linked definitively with exposure to malathion, since the workers sprayed several different organophosphate pesticides.

(b)  Community exposure

The general population can be exposed to malathion from residues on food, from living near areas where malathion is sprayed, or through personal use of products containing malathion (ATSDR, 2003). Measured concentrations of malathion in environmental media are generally very low and malathion is not persistent, since it degrades relatively quickly. Nevertheless, the use of sensitive analytical methods has found that malathion can be detected at low concentrations in the urine of a notable proportion of subjects, including among those who live near sprayed areas (ATSDR, 2003).

(i)  Drinking-water

Malathion has been detected in < 1% of groundwater samples from the USA (ATSDR, 2003). Because of rapid degradation, and the fact that malathion is usually applied to foliage, groundwater contamination is not widespread (Newhart, 2006).

In Kanpur, India, three groundwater samples from six agricultural locations were found to be positive for malathion, with the highest value being 2.61 µg/L. Seven out of 12 samples from industrial areas contained malathion in the range of 0.85 to 16.24 µg/L (Sankararamakrishnan et al., 2005).

Surface-water contamination is also relatively low. The California Department of Pesticide Regulation collects pesticide monitoring data in the Surface Water Database (CDPR, 2014). Of the 12 941 measurements of malathion, 602 (4.7%) were "non-zero" and only 37 were > 1 µg/L. Of the 1064 measurements of malaoxon, only one was non-zero.

The United States Geological Survey National Water Quality Assessment Data Warehouse has systematically collected data on water quality from 51 basins since 1991 (USGS, 2014). Of 13 890 non-zero measurements for malathion, 99.97% were < 0.1 µg/L. Of 5522 non-zero measurements

for malaoxon, 99.93% were < 0.1 µg/L [analysis by the Working Group].

Contamination of surface water appears to be higher in less industrialized countries. In India, one out of six samples taken from different locations on the River Ganges contained malathion at a detectable level (2.61 µg/L ± 0.05) (Sankararamakrishnan et al., 2005). In the Philippines, concentrations of malathion in unfiltered water samples ranged from below the detection limit (0.1 µg/L) to 3.3 µg/L, with a mean of 0.85 µg/L (Varca, 2012). The maximum concentration was measured at a time when insecticide was being applied in rice farms nearby.

(ii) Air

Concentrations of malathion in air are generally very low (ATSDR, 2003). However, exposures may be greater for residents living around sites where malathion is sprayed for mosquito control and other reasons. In the USA, the maximum concentrations detected in indoor, outdoor, and personal air at one spraying site were 20.8, 0.3, and 16.8 ng/m$^3$, respectively (ATSDR, 2003). In California, the highest concentrations (averaged over three sites) of malathion and malaoxon in air were 61.6 ng/m$^3$ and 47.9 ng/m$^3$ after spraying, and 28.0 and 48.1 ng/m$^3$ at 24–48 hours after spraying, respectively (Brown et al., 1993a).

(iii) Residues in food

Malathion residues have been measured in a variety of foods. The reported concentrations are below the limit of detection in most countries for which data were available, but the limits of detection varied widely and were not always reported (Dogheim et al., 2002; Rawn et al., 2004; FDA, 2006; Bhanti & Taneja, 2007; Darko & Akoto, 2008; EFSA, 2011; NRS, 2011; Health Canada 2014; Li et al., 2014).

(iv) Household exposure

In a survey of 246 households in California, USA, 2% were storing a product containing malathion (Guha et al., 2013).

(v) Biological markers

There are few available studies of specific malathion metabolites in representative samples, and most of these studies tested for MDA and were carried out in the USA (Table 1.3). MDA was detected in 1–7% of urine samples from adults in the 1970s to 1990s (Kutz et al., 1992; MacIntosh et al., 1999), but was found more frequently (52% of samples) in data for 1999–2000 from the largest study, the National Health and Nutrition Examination Survey (NHANES) in the USA, with a geometric 95th percentile of 1.6 µg/L (1.8 µg/g of creatinine) (Barr et al., 2005).

A study of community residents exposed to malathion formulations used for vector control in India reported that the mean level of cholinesterase activity for the population was 79% of the pre-spraying level after 1 week ($P < 0.01$), 82% after 1 month ($P < 0.01$), and was back to the pre-spraying level after 1 year (Lal et al., 2004).

1.4.2 Exposure assessment

This section summarizes the exposure assessment and assignment for epidemiological studies of cancer and exposure to the pesticides considered in the present volume (diazinon, malathion, glyphosate, tetrachlorvinphos, and parathion).

Almost all the epidemiological studies of occupational exposure reviewed in this volume considered pesticide exposure of licensed applicators, farmers, farmworkers, and their spouses. The challenges faced in the exposure assessment are substantial, given the nature of agricultural production and typical use of these chemicals. Exposure to pesticides can occur directly by mixing and applying pesticides, but also takes place when performing re-entry tasks among treated crops. For most pesticides, dermal exposure is much more important than exposure by inhalation. Agricultural work is often seasonal and exposures to pesticides will therefore vary in a temporal sense due to task variety, meteorological conditions, and the inherent intermittent

Table 1.3 Concentrations of malathion dicarboxylic acid in urine samples from the general population

| Country, year, reference | No. | Age (years) | Percentage detectable, levels | Comments | Reference |
|---|---|---|---|---|---|
| USA, 1976–80 NHANES II | 6990 | 12–74 | 0.5% detectable; maximum, 250 µg/L; mean and median, NR | Not standardized for creatinine | Kutz et al. (1992) |
| USA, 1995–96 | 80 | Adults | 6.6% detectable; median, < 0.4 µg/g creatinine; range, < 0.2–51 µg/g | | MacIntosh et al. (1999) |
| USA, 1997 | 262 | 3–13 | 37% detectable; geometric mean, 0.7 µg/g creatinine | | Adgate et al. (2001) |
| USA, 1999–2000 NHANES | 1920 | 6–59 | 52% detectable; median, < LOD (0.31 µg/L); 75th percentile, 0.49 µg/g creatinine | Highest at age 6–11 years (median, 0.44 µg/g creatinine) | Barr et al. (2005) |
| USA, 1998 | 13 | 2–5 | 71% detectable; median, 1.5 µg/g | Not standardized for creatinine | Kissel et al. (2005) |
| USA, 2004 | 60 | 1–6 | 28% detectable; median, 0.33 µg/g creatinine | Not adjusted for creatinine | Arcury et al. (2007) |
| USA, 1999–2000 | 445 | ≥ 18 | 39% detectable; median, 0.82 µg/L (not adjusted for creatinine) | Adjusting metabolites by creatinine yielded similar results | Eskenazi et al. (2007) |
| Thailand, year NR | 207 | 12–13 | 25% detectable; geometric mean, 0.32 µg/g creatinine | | Panuwet et al. (2009) |

LOD, limit of detection; MDA, malathion dicarboxylic acid; MMA, malathion monocarboxylic acid; NHANES, National Health and Nutrition Examination Survey; NR, not reported

nature of most agricultural exposures (Kromhout & Heederik, 2005). However, farmers often have stable careers and tend to stay in the same working and living environments. Such stability also makes them reliable sources of information on past production patterns, machinery, and chemical use (Blair et al., 2002, Hoppin et al., 2002). A study in the USA carried out annual surveys of pesticide use among farmers (Engel et al., 2001). Compared to what they had initially reported, participants interviewed 20 years after the start of the study reported using fewer insecticides (including organophosphates) and more herbicides and fungicides at the time of the initial study. Sensitivity and specificity for individual pesticides ranged from 0.22 to 0.72, and 0.48 to 0.84, respectively.

Exposure patterns are also often complex in terms of the specific chemicals involved, and frequently entail mixed exposure situations (either due to use of multiple active ingredients in one season, or use of different active ingredients for the same purpose consecutively over a lifetime). The number of active ingredients to which a farmer may have been exposed can vary between types of agriculture, from a handful over a lifetime in large farms predominantly growing one or a few crops (Hoppin et al., 2012), to more than 15 active ingredients in 1 year for intensive culture of a variety of flowers and vegetables in greenhouses in horticulture (Tielemans et al., 2007).

The intrinsic correlation structure of exposure patterns will be highly dependent on the number of crops being grown, the homogeneity of the population studied, the authorization policies in force, and other factors such as climatological conditions, agronomical guidelines, and recommendations from agricultural extension services. Exposure assignment based on information collected at the level of the individual study subject will in principle provide insight into this

matter, provided that reporting of the information is reliable and accurate. In the Agricultural Health Study for which pesticide-use information was collected at the individual level, it was shown that correlation between active ingredients was higher for pesticides within the same type, such as herbicides or insecticides, ranging from 0.30 to 0.70, but considerable lower or close to zero for pesticides of different types (Samanic et al. 2005). Pairwise correlation between individual organophosphate insecticides ever used was low: more than 90% were less than 0.2, with a maximum of 0.58 (Hoppin et al., 2012).

The method used to assess and assign exposure, and the type of information collected or available might increase the correlation between active ingredients and therefore limit the possibility of disentangling the effects of one active ingredient from another. For instance, in a case–control study, the correlation between active ingredients can increase dramatically if information is obtained on crops grown, and a crop-exposure matrix based on linkage of crops and authorization data of pesticides is then used to assign exposure to individual cases and controls. This can make it impossible to distinguish the effects of one insecticide from another in such a study.

To reduce measurement error, some studies have used known determinants of pesticide exposure in questionnaires for retrospective assessment of exposure, both in studies of the general population and within agricultural populations (Dosemeci et al., 2002). It is possible to use generic questions about exposure determinants in case–control studies since they will result in considerable contrast between persons exposed and unexposed to pesticides. On the other hand, studies within agriculture might lack sufficient contrast to discriminate different intensities of exposure. Use of quantitative measurement data does not necessarily result in more accurate exposure assessment, since in such mixed exposure situations there is enormous temporal variability in exposure intensity, and often only limited numbers of exposure measurements are available (due to logistic problems). Good exposure-modelling practices, combined with additional information collection, can remedy this problem to a large extent (Kromhout & Heederik, 2005).

(a) Agricultural Health Study

Great efforts were made in the Agricultural Health Study (AHS) to assess exposure among agricultural pesticide applicators and their spouses. These questionnaires and algorithms have been extensively described and have undergone several tests for reliability and accuracy that have provided considerable insight into the quality of this exposure assessment.

A semiquantitative exposure assessment method was developed based on self-reported information from 58 000 applicators in Iowa and North Carolina, USA, on determinants of exposure intensity, such as mixing condition, duration and frequency of application, application methods, maintenance or repair of mixing and application equipment, work practices, use of personal protective equipment and personal hygiene. For each study subject, chemical-specific lifetime cumulative levels of pesticide exposure were derived by combining intensity of pesticide exposure (estimated using self-reported information on determinants of exposure intensity in formal algorithms) and self-reported years and annual frequency of pesticide application (Dosemeci et al., 2002). Using logic checks, the accuracy of self-reported use of the pesticides on the initial questionnaires in the AHS was studied by comparing self-reported decade of first use and total years of use to the year the pesticide active ingredient was first registered. The majority of respondents provided plausible responses for decade of first use and total duration of use (Hoppin et al., 2002).

More direct validation of the algorithm used to estimate exposure intensity scores was

Fig. 1.1 Urine concentrations of MCPA and 2,4-D in applicators, grouped by pesticide exposure

 

(A) Box plot of day 1 and day 2 urine concentration of MCPA for applicators grouped by pesticide exposure algorithm score ($n = 84$); (B) Box plot of day 1 and day 2 urine concentration of 2,4-D for applicators grouped by pesticide exposure algorithm score ($n = 41$).
2,4-D, 2,4-dichlorophenoxyacetic acid; MCPA, 2-methyl-4-chlorophenoxyacetic acid
From Coble et al. (2005), Taylor & Francis Ltd, reprinted by permission of the publisher (Taylor & Francis Ltd, http://www.tandfonline.com)

performed through comparison of algorithm scores with biological monitoring data from 84 farmers who had applied the herbicide MCPA and 41 farmers who had applied 2,4-D. Urinary concentrations of MCPA ranged from < 1.0 to 610 μg/L, while urinary concentrations of 2,4-D ranged from < 1.0 to 514 μg/L. A direct comparison of algorithm scores and urine concentrations showed weak correlation for MCPA (Spearman correlation, 0.17–0.18), and moderate correlation for 2,4-D (Spearman correlation, 0.34–0.45). Categorizing the population based on algorithm scores into three groups showed that the geometric mean urinary concentration was 20 μg/L in the group with highest exposure, and 5 μg/L in the group with lowest exposure, for those applying MCPA. For those applying 2,4 D, the geometric means were 29 μg/L in the group with highest exposure, and 2 μg/L in the group with lowest exposure (Coble et al., 2005; see Fig. 1.1).

The second validation study in the AHS focused on appraising the intensity algorithm using actual measurements of fungicide exposure for applicators working in orchards. Personal air, hand rinses, 10 dermal patches, a pre-application first-morning urine and a subsequent 24-hour urine sample were collected from 74 applicators for 2 days after application. Environmental samples were analysed for captan, and urine samples for cis-1,2,3,6-tetrahydrophthalimide (THPI). Captan and THPI were more frequently detected in samples from applicators who used air-blast rather than manual application. The exposure intensity algorithm was marginally predictive of concentrations on the thigh and forearm, but did not predict exposures in air, hand rinse, or urine for THPI (Hines et al., 2008).

A third validation study compared algorithm intensity scores with measured exposures in the field. Pre- and post-application measurements of urinary biomarkers were made for applicators of 2,4-D ($n = 69$) and chlorpyrifos ($n = 17$). Personal dermal exposure was measured by patches and hand wipes, and inhalation exposure was measured by personal air samples. Intensity scores

increased the confidence of the Working Group in the overall database.

There is weak evidence that glyphosate or glyphosate-based formulations induce receptor-mediated effects. In multiple experiments, glyphosate-based formulations affected aromatase activity; glyphosate was active in a few of these studies. Some activity in other nuclear receptor-mediated pathways has been observed for glyphosate or glyphosate-based formulations. In one series of experiments, glyphosate was not found to be a ligand to several receptors and related proteins (aryl hydrocarbon receptor, peroxisome proliferator-activated receptors, pregnane X receptor).

There is weak evidence that glyphosate may affect cell proliferation or death. Several studies in human and rodent cell lines have reported cytotoxicity and cell death, the latter attributed to the apoptosis pathway. Studies that examined the effects of glyphosate alone or a glyphosate-based formulation found that glyphosate alone had no effect, or a weaker effect than the formulation.

There is weak evidence that glyphosate may affect the immune system, both the humoral and cellular response, upon long-term treatment in rodents. Several studies in fish, with glyphosate or its formulations, also reported immunosuppressive effects.

With regard to the other key characteristics of human carcinogens (IARC, 2014), the Working Group considered that the data were too few for an evaluation to be made.

Severe or fatal human poisoning cases have been documented worldwide. In rodents, organ and systemic toxicity from exposures to glyphosate are demonstrated by liver-weight effects and necrosis in animals at high doses. Additionally, effects on the pancreas, testes, kidney and ovaries, as well as reduced implantations and unossified sternebra were seen at similar doses.

No data on cancer-related susceptibility after exposure to glyphosate were available to the Working Group.

Overall, the mechanistic data provide strong evidence for genotoxicity and oxidative stress. There is evidence that these effects can operate in humans.

## 6. Evaluation

### 6.1 Cancer in humans

There is *limited evidence* in humans for the carcinogenicity of glyphosate. A positive association has been observed for non-Hodgkin lymphoma.

### 6.2 Cancer in experimental animals

There is *sufficient evidence* in experimental animals for the carcinogenicity of glyphosate.

### 6.3 Overall evaluation

Glyphosate is *probably carcinogenic to humans (Group 2A)*.

### 6.4 Rationale

In making this overall evaluation, the Working Group noted that the mechanistic and other relevant data support the classification of glyphosate in Group 2A.

In addition to limited evidence for the carcinogenicity of glyphosate in humans and sufficient evidence for the carcinogenicity of glyphosate in experimental animals, there is strong evidence that glyphosate can operate through two key characteristics of known human carcinogens, and that these can be operative in humans. Specifically:

- There is strong evidence that exposure to glyphosate or glyphosate-based formulations is genotoxic based on studies in humans in vitro and studies in experimental animals.