# EXHIBIT 13

**Designation Run Report**

# PORTIER_DAY1_SS_PA_01 FINAL PLAYED

_____

**Portier, Christopher 02-21-2019**
_____

**Our Designations  03:41:42**

**Total Time  03:41:42**



ID:CP1_SS_01



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 1690**
Case No. 3:16-cv-00525-VC
Date Entered _____
By _____
Deputy Clerk

| Page/Line | Source | ID |
|---|---|---|
| | **CP1_SS_01-PORTIER_DAY1_SS_PA_01 FINAL PLAYED** | |
| 156:3 - 158:24 | 155:19 go back -- well, let's go back to this rat<br>155:20 study, if you go back to the document camera.<br>155:21 You know, in this rat study we<br>155:22 have these repeated findings of skin tumors.<br>155:23 Do you see that?<br>155:24   A. Yes.<br>**Portier, Christopher 02-21-2019 (00:03:02)**<br>156:3   Q. What, if anything, does this<br>156:4 indicate to you as a scientist?<br>156:5   A. In terms of the relationship to<br>156:6 the skin painting study that was done, it<br>156:7 would be far too speculative for me to go<br>156:8 there.<br>156:9   Q. Okay.<br>156:10   A. In one case they're papillomas.<br>156:11 These are skin keratoacanthomas.  They're<br>156:12 different mouse strains.  The other study is<br>156:13 very tailored for -- the initiation/promotion<br>156:14 study is very tailored for a very fixed<br>156:15 result.<br>156:16 It would be too speculative for<br>156:17 me to say they're related in any way.<br>156:18   Q. Okay.  Well, then let me ask<br>156:19 you this question.  The George study, this<br>156:20 positive finding there, what -- what -- is<br>156:21 that consistent with what you're seeing in<br>156:22 the rodent data for glyphosate?<br>156:23   A. Partially.  Obviously it's --<br>156:24 it's addressing the question of promotion,<br>156:25 which means that you already have these<br>157:1 initiated cells.  Living can cause mutations<br>157:2 to occur.  And so it's conceivable that<br>157:3 glyphosate, all of these tumor findings we<br>157:4 are seeing here, are glyphosate promoting out<br>157:5 already effects.  I don't think it's likely,<br>157:6 but it's conceivable that's the case.<br>157:7 The initiation/promotion study<br>157:8 is simply showing you that in one system, the<br>157:9 skin, glyphosate has this ability to promote<br>157:10 out cancer.  That's all it really means. | CP1_SS_01.47 |