# EXHIBIT 16

```
 1                  SUPERIOR COURT OF CALIFORNIA

 2                      COUNTY OF ALAMEDA

 3    BEFORE THE HONORABLE WINIFRED Y. SMITH, JUDGE PRESIDING

 4                     DEPARTMENT NUMBER 21

 5                         ---oOo---

 6   COORDINATION PROCEEDING        )
     SPECIAL TITLE (RULE 3.550)     )
 7                                  )
     ROUNDUP PRODUCTS CASE          )   JCCP No. 4953
 8                                  )
     _____)
 9                                  )
     THIS TRANSCRIPT RELATES TO:    )
10                                  )
     Pilliod, et al.                )   Case No.  RG17862702
11        vs.                       )
     Monsanto Company, et al.       )   Pages 3075 - 3301
12   _____)   Volume 19

13

14

15           Reporter's Transcript of Proceedings

16                 Thursday, April 11, 2019

17

18
     Reported by: Kelly L. Shainline, CSR No. 13476, RPR, CRR
19                Lori Stokes, CSR No. 12732, RPR
                  Stenographic Court Reporters
20

21

22                          BARS

23

24                   BAY AREA REPORTING
                         SOLUTIONS
25
                         888.526.8243
                   www.BayAreaReportingSolutions.com
                                                            3075
```

```
 1      APPEARANCES OF COUNSEL:

 2

 3      For Plaintiffs:

 4           THE MILLER FIRM, LLC
             108 Railroad Avenue
 5           Orange, Virginia  22960
             (540)672-4224
 6           BY:  MICHAEL J. MILLER, ATTORNEY AT LAW
                  mmiller@millerfirmllc.com
 7

 8           BAUM HEDLUND ARISTEI & GOLDMAN PC
             10940 Wilshire Boulevard, 17th Floor
 9           Los Angeles, California 90024
             (310) 207-3233
10           BY:  R. BRENT WISNER, ATTORNEY AT LAW
                  rbwisner@baumhedlundlaw.com
11                PEDRAM ESFANDIARY, ATTORNEY AT LAW
                  pesfandiary@baumhedlundlaw.com
12

13

14         (APPEARANCES CONTINUED ON FOLLOWING PAGE)

15

16

17

18

19

20

21

22

23

24

25
```

```
 1     it, but I can say that his probability of having a
 2     clinically full-blown malignancy is much higher.  It was
 3     substantially increased.
 4          Q.   Let me ask it a different way.
 5               It's not -- it was not necessary for
 6     Mr. Pilliod to have used Roundup for him to have gotten
 7     NHL, correct?
 8          A.   No.  No.
 9          Q.   So I'm correct?
10          A.   Many of us in this room will eventually have
11     some type of cancer.
12               But we're talking about the probability of
13     substantially enhancing it.  In this case, we have both
14     the Pilliods with the same NHL.
15          Q.   And again, sir, with respect to Mr. and
16     Mrs. Pilliod, you have deferred the analysis of their
17     individual cases with respect to other alternative
18     issues, medical records, et cetera, to the oncologists,
19     true?
20          A.   That's right.
21          Q.   All right.  Now, in this case -- again, you're
22     a forensic toxicologist.  And in non-Roundup cases,
23     you've been paid hundreds of thousands of dollars each
24     year for your work, including testifying in court,
25     correct?
```