# EXHIBIT 21

1          UNITED STATES DISTRICT COURT

2          NORTHERN DISTRICT OF CALIFORNIA

3    IN RE:  ROUNDUP PRODUCTS       MDL No. 2741

4    LIABILITY LITIGATION

5    _____   Case No. 16-md-02741-VC

6    This document relates

7    to:

8    Gebeyehou v Monsanto Co., et al.

9    Case No. 3:16-cv-5813-VC

10   ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

11              VIDEO DEPOSITION OF

12              CHADI NABHAN, M.D.

13

14

15              December 14, 2018

16              12:24 p.m.

17

18          Chicago Marriott O'Hare

19     8835 West Higgins Road, Park Ridge, Illinois

20

21

22

23     Deanna Amore, CRR, CSR, RPR, 084-003999

24

25

Page 2

APPEARANCES OF COUNSEL

On Behalf of the Plaintiff, SIMOUN GEBEYEHOU:

    ANDRUS WAGSTAFF
    MS. KATHRYN M. FORGIE
    1901 Harrison Street
    Suite 1101
    Oakland, California 94612
    (310) 339-8214
    kathryn.forgie@andruswagstaff.com
    - and -
    ANDRUS WAGSTAFF
    MS. AIMEE H. WAGSTAFF
    7171 West Alaska Drive
    Lakewood, Colorado 80226
    (303) 376-6360
    aimee.wagstaff@andruswagstaff
    - and -
    WEITZ & LUXENBERG, P.C.
    MS. ROBIN L. GREENWALD
    700 Broadway
    New York, New York 10003
    (313) 800-4170
    rgreenwald@weitzlux.com
    - and -
    LAW OFFICES OF TESFAYE TSADIK
    MR. TESFAYE TSADIK (via telephone)
    1736 Franklin Street
    10th Floor
    Oakland, California 94612
    (510) 839-3922
    ttsadik@pacbell.net

Page 3

APPEARANCES OF COUNSEL

On Behalf of the Defendant, MONSANTO COMPANY:

    ARNOLD & PORTER KAYE SCHOLER, LLP
    MR. BERT L. SLONIM
    250 West 55th Street
    New York, New York 10019-971
    (212) 836-8572
    bert.slonim@arnoldporter.com
    - and -
    WILKINSON WALSH + ESKOVITZ
    MS. CALI COPE-KASTEN
    2001 M Street, NW
    10th Floor
    Washington, D.C. 20036
    (202) 847-4030
    ccope-kasten@wilkinsonwalsh.com

ALSO PRESENT:
    Anthony Micheletto, Videographer

                * * * *

Page 4

I N D E X

WITNESS                    EXAMINATION

CHADI NABHAN, M.D.

    EXAMINATION BY MR. SLONIM                6

        EXHIBITS

NUMBER        DESCRIPTION              PAGE

Exhibit 1     Innovative Oncology        7
              Consulting, LLC Invoice
              for Services Rendered in
              Hardeman v Monsanto;
              NABHNMDLGROUP100059

Exhibit 2     11.20.2018 Expert Report   9
              of Dr. Chadi Nabhan

Exhibit 3     Key Statistics for        17
              Non-Hodgkin Lymphoma -
              American Cancer Society

Exhibit 4     Cancers Statistics, 2015  21

Exhibit 5     11.22.2006 The Permanente 32
              Medical Group Medical
              Record;
              Confidential-Gebeyehou-
              SGebeyehou-KPNValley-MD-
              003815

Exhibit 6     Rituxan Label (Revised    44
              10/2018)

Page 5

    THE VIDEOGRAPHER:  We are now on the record.
My name is Anthony Micheletto.  I am a
videographer for Golkow Litigation Services.
    Today's date is December 14, 2018.  The time is
12:24 p.m. as indicated in the video screen.
    This video deposition is being held in Chicago,
Illinois, in the matter of Simoun Gebeyehou versus
Monsanto Corporation, et al., being filed in the
United States District Court for the Northern
District California.
    Our witness today is Chadi Nabhan M.D., MBA.
Will counsel please identify themselves for the
video record?
    MS. GREENWALD:  Robin Greenwald for the
plaintiff, including Mr. Gebeyehou.
    MS. FORGIE:  Kathryn Forgie of Andrus Wagstaff
for the plaintiff.
    MS. WAGSTAFF:  Aimee Wagstaff for the
plaintiff, and I will be leaving during the
deposition.
    MR. SLONIM:  Bert Slonim from Arnold & Porter
on behalf of Monsanto.
    MS. COPE-KASTEN:  Cali Cope-Kasten from
Wilkinson Walsh on behalf of Monsanto.
    THE VIDEOGRAPHER:  Counsel on the phone.

Page 6

1    MS. GREENWALD: Tes, introduce yourself,
2  please.
3    MR. TSADIK: Tesfaye Tsadik on behalf of
4  Simoun Gebeyehou.
5    THE VIDEOGRAPHER: Our court reporter today is
6  Deanna Amore. Please swear in the witness.
7         (Whereupon, the witness was
8          duly sworn.)
9  THE WITNESS: I do.
10    MR. SLONIM: Good afternoon, Dr. Nabhan, my
11  name is Bert Slonim. You understand that
12  I represent Monsanto in this litigation; is that
13  right?
14    THE WITNESS: I do.
15    MR. SLONIM: Would you please state your full
16  name and business address for the record?
17    THE WITNESS: Chadi is the first name, and
18  Nabhan is the last name. Business address is 3651
19  Birchwood Avenue in Waukegan, Illinois 60085.
20         CHADI NABHAN, M.D.,
21  called as a witness herein, having been first duly
22  sworn, was examined and testified as follows:
23         EXAMINATION
24  BY MR. SLONIM:
25    Q.  And Dr. Nabhan, you are a medical doctor;

Page 7

1  is that correct?
2    A.  Yes.
3    Q.  Did you review Mr. Gebeyehou's medical
4  condition as part of your work in this matter?
5    A.  I did.
6         (Whereupon, Exhibit 1
7          (Gebeyehou) was marked for
8          identification.)
9  BY MR. SLONIM:
10    Q.  I'm going to hand you what's been marked
11  as Deposition Exhibit No. 1 which has been produced
12  to us as your invoice for your work in this matter.
13    A.  Sure.
14         This is until December 4.
15    Q.  So, Dr. Nabhan, does this represent the
16  time that you spent working on the Gebeyehou matter
17  through December 4?
18    A.  Through December 4, yes.
19    Q.  Okay. And if I did the addition
20  correctly, is that 22 hours?
21    A.  Until December 4 -- between October 31st
22  and December 4.
23    Q.  And that is -- you charge $550 per hour
24  for your time in doing this work; is that correct?
25    A.  Yes.

Page 8

1    Q.  Since December 4, can you give us your
2  best estimate of any additional time you spent on
3  the Gebeyehou matter?
4    A.  I have it in my computer. My best
5  estimate, between 10 to 15 additional hours,
6  somewhere like that.
7    Q.  Okay. So -- and I appreciate the fact
8  that it would be an estimate, and if we did some
9  quick addition -- so your estimate would be between
10  roughly 32 and 37 hours total on the Gebeyehou
11  matter; is that correct?
12    A.  Probably closer to 40, something like
13  that.
14    Q.  Okay. Just looking at this time, it looks
15  like you spent a total of about 12 hours reviewing
16  Mr. Gebeyehou's medical records; is that right?
17  Well --
18    A.  A little bit more, I think. 12 hours, a
19  little bit closer, maybe an hour or two after that
20  before I started drafting the report, and then
21  additional reviews and finalizing the report was on
22  the 16th.
23    Q.  Okay. And then you spent another five
24  hours, it looks like, reviewing case-specific
25  reports that were provided by experts retained by

Page 9

1  Monsanto in this matter?
2    A.  Yes.
3         And then between December 4 and now
4  additional reviews and stuff like that.
5    Q.  Okay. Thank you.
6         (Whereupon, Exhibit 2
7          (Gebeyehou) was marked for
8          identification.)
9  BY MR. SLONIM:
10    Q.  I've marked as Deposition Exhibit 2 --
11  I am going to hand you a copy -- the expert report
12  that you prepared in this matter.
13    A.  Sure.
14    Q.  Can you identify this as your report
15  regarding Mr. Gebeyehou?
16    A.  Yes, it is.
17    Q.  And on the last page, page 8, that's your
18  signature; correct?
19    A.  Yes.
20    Q.  On first page it says prepared by you; is
21  that correct?
22    A.  Yes.
23    Q.  Is it right that -- correct that you
24  authored this report and, in particular that in
25  terms of the substance, that you authored all of



Page 10

1 the substance of the report?

2    A. I did.

3    Q. Does this report disclose all of the

4 opinions that you intend to offer in this matter?

5    A. Yes.

6    Q. And does it disclose all the bases for

7 your opinions?

8    A. You know, I can't reference every single

9 thing that you look at in the literature. Some of

10 the references are examples to illustrate the

11 opinion as opposed to all -- every single

12 reference, but for the most part, these are the

13 materials I relied on. There is thousands of

14 references for every particular aspect. So

15 I provide illustration of representative references

16 of what I'm relying on.

17    Q. Did you come across any medical or

18 scientific literature that was contrary to an

19 opinion that you are offering in this matter?

20    MS. GREENWALD: Objection. Form.

21    THE WITNESS: In reviewing some of the

22 epidemiologic literature, there is obviously some

23 studies that have disputed the link between

24 Roundup, glyphosate, and non-Hodgkin lymphoma. So

25 I'm fully aware of that literature, and I reviewed

Page 11

1 it as well.

2 BY MR. SLONIM:

3    Q. Okay. But you did not list those articles

4 that found the absence of a link between glyphosate

5 and non-Hodgkin lymphoma in your list of materials

6 that you considered?

7    MS. GREENWALD: Objection. Form.

8 BY MR. SLONIM:

9    Q. Is that right?

10    MS. GREENWALD: It's not part of this report.

11    THE WITNESS: I do allude to the agricultural

12 health study in -- I mean, I'll have to look where

13 I listed that, and I think that was the major study

14 that has been relied upon as lacking the link

15 between Roundup and non-Hodgkin lymphoma. So I do

16 list that as I was reviewing the literature.

17 I think that is -- I can try to tell you where it

18 is. I am sure you have it.

19 BY MR. SLONIM:

20    Q. Did you make an effort to disclose at

21 least in terms of fairly representative materials

22 all of the -- strike that.

23      Did you make an effort to disclose at

24 least representative materials that you rely on in

25 support of the opinions you intend to offer in this

Page 12

1 matter?

2    A. I have, yeah. I mean that's -- I think

3 you just asked me this question, yes.

4    Q. You did not intend to offer any opinions

5 regarding Mr. Gebeyehou that are not disclosed in

6 your expert report; is that correct?

7    A. Everything that I plan on offering

8 regarding this case, for the most part, is enclosed

9 here. Unless there are some emerging information

10 that I need to look at between now and later on

11 when this case goes to trial, that's the opinion

12 I'm planning on providing.

13    Q. Based -- unless there is new information

14 that comes to light between -- subsequent to today,

15 this report reflects all of the opinions and all of

16 the bases that you intend to offer in this matter;

17 is that right?

18    A. Correct.

19    Q. Is it correct that you never provided any

20 medical care or treatment to Mr. Gebeyehou?

21    A. Correct.

22

25    A.

Page 13

1

Page 14



25   Q.   And do you agree that Mr. Gebeyehou, first

Page 15

1 of all, had non-Hodgkin lymphoma?

2   A.   Of course.

3   Q.   And do you agree the particular type of

4 non-Hodgkin lymphoma that he had was this diffuse

5 large B-cell lymphoma?

6   A.   Based on the pathologic reports I read,

7 yes.

8   Q.   Are you familiar with the WHO

9 classification system of lymphomas?

10   A.   Of course.  It has been changing over the

11 years.  So the last classification we have came out

12 in 2016 by Swerdlow and colleagues.

13   Q.   And is that a classification system that

14 you and other lymphoma specialists rely on in the

15 course of your medical practice?

16   A.   Yes.

17       Just to give a quick context of

18 classification, how we classify non-Hodgkin

19 lymphoma has evolved over the years since the '70s

20 until now, and they always reflect much more

21 in-depth understanding of the disease and what we

22 know about the molecular subtypes and so forth.  So

23 the last classification that we have was 2016,

24 which is the WHO, and prior to that, I think the

25 one that we had was 2008.  And every few years, as

Page 16

1 our understanding of lymphoma improves, the

2 classification gets more complicated, actually.  So

3 right now we have over 60 types of non-Hodgkin

4 lymphoma.

5   Q.   Did you personally review the pathology

6 for Mr. Gebeyehou?

7   MS. GREENWALD:  Objection.  Form.

8   THE WITNESS:  Just the report.  I'm not a

9 pathologist.  So I have not looked at the slides.

10 BY MR. SLONIM:

11   Q.   In other words, you did not have occasion

12 to take a microscope and take a slice of the tissue

13 and look to see what the cells actually look like

14 themselves in the course of your work in this

15 matter; is that right?

16   A.   I did not, and that's not commonly

17 something that oncologists do.

18   Q.   And what you did was you relied on the

19 report that was prepared by the treating

20 pathologist and reflected in the medical records;

21 is that right?

22   A.   Yes.  Well, not the -- there is no

23 treating pathologist, and I relied on the report

24 provided by the local pathologist in that area.

25 Usually, it's treating oncologist, just to clarify.

Page 17

1   Q.   Okay.  I just want to spend a minute and

2 get a little context for non-Hodgkin lymphoma,

3 specifically, the DLBCL subtype.  Non-Hodgkin

4 lymphoma is one of the most common cancers in the

5 United States; is that correct?

6   A.   Well, it's about -- I think it's the

7 fifth.  So I think in -- you know, I mean, in

8 women, you have lung cancer or breast cancer or

9 colorectal cancer, et cetera.  I think these are

10 the most common.  In men, you have prostate,

11 colorectal, and lung, and so forth.  So I think

12 it's about the fifth most common cause of cancer.

13 About 75,000 new cases of non-Hodgkin lymphoma were

14 diagnosed this past year.  That's the latest

15 statistic I recall.

16   Q.   Let me mark as Deposition Exhibit No. 3 a

17 document prepared by the American Cancer Society

18 entitled "Key Statistics For Non-Hodgkin Lymphoma."

19        (Whereupon, Exhibit 3 was

20        marked for identification.)

21   THE WITNESS:  Thank you.

22 BY MR. SLONIM:

23   Q.   Dr. Nabhan, could I ask you please to read

24 the first sentence?  I yellow-highlighted it.

25   A.   "Non-Hodgkin lymphoma is one of the most

Page 18

1 common cancers in the United States, accounting for
2 about 4 percent of all cancers.  The American
3 Cancer Society's most recent estimates for
4 non-Hodgkin lymphoma are about 74,680 people will
5 be diagnosed with NHL in 2018.  This includes both
6 adults and children."
7     Q.   Do those statements agree with your
8 understanding of the frequency with which
9 non-Hodgkin lymphoma is diagnosed in the
10 United States?
11         MS. GREENWALD:  Objection.  Form.
12         THE WITNESS:  Which is what I said, about
13 75,000 cases a year.
14 BY MR. SLONIM:
15     Q.   Okay.  And the -- in the next full
16 paragraph, the first yellow sentence states -- the
17 first sentence, which I've yellow-highlighted
18 states, and I quote, "The average American's risk
19 of developing non-Hodgkin lymphoma during his or
20 her lifetime is about 1 in 47."  And do you agree
21 with that statistic?
22     A.   Yes.
23     Q.   Now, turning to the subtype of non-Hodgkin
24 lymphoma that we are speaking of in the case of
25 Mr. Gebeyehou, the DLBCL subtype, is it correct

Page 19

1 that that particular subtype is the most common
2 type of non-Hodgkin lymphoma in the United States?
3     A.   Correct, it represents about one third.
4     Q.   In other words, of the new cases that are
5 diagnosed in the United States per year, which you
6 said was approximately 75,000, of those,
7 approximately 25,000 would be of the DLBCL subtype,
8 which Mr. Gebeyehou had; is that correct?
9     A.   That's pretty fair.
10     Q.   So I wanted to talk about risk factors,
11 and I wanted to just start broadly first with
12 cancer before we drill down into non-Hodgkin
13 lymphoma.
14         Cancer or the risk of being diagnosed with
15 cancer is a function of age; is that correct?
16         MS. GREENWALD:  Objection.  Form.
17         THE WITNESS:  I mean, age doesn't cause cancer,
18 but the older we get, we are more likely to get all
19 diseases, including cancer.  So, again,
20 unfortunately, as we age, we could get cancer,
21 heart disease, anything.  But you are correct, so
22 more older patients get diagnosed with cancer than
23 younger patients.
24 BY MR. SLONIM:
25     Q.   In other words, as patients age, their

Page 20

1 risk of cancer increases over the course of their
2 lifetime; correct?
3     A.   Correct.
4     Q.   And if we focus specifically on
5 non-Hodgkin lymphoma, a person's risk of developing
6 that condition, that increases as they age;
7 correct?
8     A.   Correct.
9 
13     A.   Yes.
14     Q.   And the median age of patients who are
15 diagnosed with that condition, DLBCL, is 70; is
16 that right?
17     A.   68 to 72, yep.
18

Page 21

1
4
10
24 BY MR. SLONIM:
25     Q.   I've marked as Deposition Exhibit No. 4 an

Chadl Nabhan, M.D.



Page 22

1 article entitled "Cancer Statistics, 2015"
2 published by epidemiologists and researchers at the
3 American Cancer Society reporting on the
4 statistics, cancer incident statistics.  I know
5 they're cancer statistics.
6     A.   There is a newer one.  Each year you get
7 one.
8     Q.   So you are familiar with these reports?
9     A.   Of course.
10     Q.   And you are right, there is a newer one.
11

15     A.   I understand.  I just want to make sure
16 that in case you -- that this is not the last
17 iteration of it.
18     Q.   Thank you.
19         Let me ask you to turn, please, to
20 Table 4, which is on page 10.
21     A.   Okay.
22     Q.   So this table reports on the probability
23 of a person developing different types of cancer,
24 including non-Hodgkin lymphoma, according to
25 selected age intervals in the United States; is

Page 23

1 that correct?
2     A.   Yes.
3     Q.   And to make the table easier to read,
4 I yellow-highlighted the row that's for non-Hodgkin
5 lymphoma and particularly for males.  Do you see
6 that?
7     A.   I do.
8     Q.   So according to this data, a man in his
9 70s -- do you see that?  That's the next-to-last
10 column, 70 and greater?
11     A.   Yes.
12     Q.   -- has six times the probability of being
13 diagnosed with non-Hodgkin lymphoma compared with a
14 man who is under age 50.  Do you see that?
15     A.   Yes, I do.
16     Q.   And you agree with that?
17     A.   Yes.
18     Q.

24     Q.   There is an easier way to do.  The
25 percentage is three tenths of a percent compared to

Page 24

1 1.8 percent; right?
2     A.   Sure.
3     Q.   So there is --
4     A.   I agree with that.
5     Q.

13 BY MR. SLONIM:
14

19     Q

Page 25

1

19     Q.



Page 26

6    Q.   And, in fact, the probability that a man
7  would develop some form of non-Hodgkin lymphoma is
8  one in 47; correct?
9    A.  It's in the 40s: I don't remember -- 45,
10 47, but it's in the 40s.
11    Q.   That was the American Cancer Society
12 statistic we just looked at -- right? -- the
13 average risk in the United States, Exhibit 3?
14    A.  I see 1 in 42 here in Table 4.
15    Q.   And what they did -- thank you -- but the
16 American Cancer Society must have averaged the male
17 and the female, the 1 in 47 and the 1 in 52.
18

22    MS. GREENWALD:  Objection.  Form.
23    THE WITNESS:  According to Table 4, yes.
24 That's what I was trying to get at.  It wasn't 42,
25 47.  But the average 1 in 47, and this Table 4 that

Page 27

1  you provide says 1 in 42 which is aligned with what
2  we know.
3  BY MR. SLONIM:
4    Q
5                                                    ?
6
7    Q.

11
12

Page 28

1

19    Q.

25    MS. GREENWALD:  Objection.  Form.

Page 29

1

3  BY MR. SLONIM:
4    Q.  Yes.
5    A.



**Page 30**

10   Q.   Okay.  Let's move on to another
11 consideration.
12   A.   Sure.
13   Q.   Autoimmune disease is a risk factor for
14 non-Hodgkin lymphoma; correct?
15   A.   Correct.
16   Q.   And you would agree that it's not unusual
17 for patients who have autoimmune disease to develop
18 this particular type of malignancy, non-Hodgkin
19 lymphoma, subtype DLBCL; correct?
20   MS. GREENWALD:  Objection.  Form.
21   THE WITNESS:  You could get DLBCL.  You get
22 more the common, the indolent ones, but I've seen
23 both.  So it's not unusual to get DLBCL if somebody
24 has autoimmune disease.
25

**Page 31**

1 BY MR. SLONIM:
2   Q.   And now, in your report -- you are welcome
3 to look at it -- on page 5 --
4   A.   Okay.
5   Q.   -- at the top, the first full bullet at
6 the top.  Do you see that?
7   A.   Sure.
8   Q.

**Page 32**

**Page 33**





Page 38

21  BY MR. SLONIM:

22      Q.   And in your "Materials Considered," it you

23  don't list a single article listing Meniere's

24  disease, do you?

25      A.   No, I don't.

Page 39

7       Q.   Let's move on to another consideration.

8            You're familiar with a type of viral

9   hepatitis known as viral hepatitis B; is that

10  correct?

11      A.   Of course.

12      Q.   Viral hepatitis B is a risk factor for

13  developing non-Hodgkin lymphoma; correct?

14      A.   Yes.

15      Q.

Page 40

Page 41

5       A

17      A.





Page 50

BY MR. SLONIM:

1 Q.  Let's move on to another consideration.

2 A.  Which page?

3 Q.  No, I'm looking at my notes.

4     You've spent a number of years in your

5 medical career dealing with cancer, of course?

6 A.  Yes.

7 Q.  Cancer is a genetic disease, meaning that

8 cancer is caused by changes in genes that control

9 the way cells function; correct?

10 A.  That control the white cell function?

11 Q.  That control the way cells function.

12 A.  The way cells function.

13     Yeah, I mean, that's the way we tend to

14 believe.  The problem is there are situations where

15 you just can't determine any of that.  I think most

16 cancers, we still don't know why they are caused

17 and what cause most cancers.  For some cancers, we

18 are able to determine the cause.

19     We tend to believe that at some point

20 cancer is caused by some alteration in the genetic

21 material or cell survival and cell death, but it's

22 not as simple as that because there are many

23 cancers we still don't know what type of cause.

24 Q.  Genetic changes in genes that control how

Page 51

1 cells grow and divide, if those genes are altered,

2 that could result in cancer; right?

3 A.  It could.

4 Q.  And genes that control how cells get

5 repaired and how they die, those can be important

6 drivers of whether or not there is a malignancy;

7 correct?

8 A.  Of course.

9 Q.  And those types of genetic changes in

10 cells, they can predispose a person to develop

11 cancer; correct?

12 A.  They can.

13 Q.  And that's one of the reasons why

14 physicians often are interested in a person's

15 family history of cancer; correct?

16 A.  In everything.

17     I mean, you just have -- that's why you do

18 the entire exercise about smoking, tobacco, family,

19 alcohol, occupational exposure.  I think all of

20 them are really important, but that's why we ask

21 about family history also because some cancers can

22 be inherited through, particularly, chromosomes

23 from the father and mother to the offspring, and

24 some cancers are just sporadic.

25     So, you know, I think given how ubiquitous

Page 52

1 cancer is, pretty much everybody around this table

2 knows a family member of theirs that had, at some

3 point, cancer.  That doesn't mean all of us have a

4 genetic predisposition to cancer.  So there is a

5 difference; right?

6     You know, my mother had breast cancer, and

7 my father had melanoma.  It doesn't mean these were

8 pass on to me by chromosomes.  I think we have to

9 differentiate when we say "genetic predisposition,"

10 are you saying that this an actual genetic material

11 passed on from the father, mother to the children

12 or just sporadic.  So it's an important

13 distinction, I believe.

14 Q.  Thank you.  You anticipated my next

15 question.

16     You are familiar with something called

17 "germline mutations"?

18 A.  That's what I was trying to get at, so

19 there you go.

20 Q.  So can you please help us out a little bit

21 and explain what germline mutations are?

22 A.  Well, I mean, that's what we just

23 described; right?  I mean, I think the idea is that

24 it could be a mutation through the genetic material

25 passed from the father and mother into the

Page 53

1 children.  That's usually what we classify as

2 germline mutations versus somatic mutations.  These

3 are mutations that just occur sporadically and has

4 nothing to with the genetic material.

5     So it's actually a frequent board question

6 on the medical oncology board and internal medicine

7 board, where they give you this family history of,

8 you know, the mother had X cancer, the father had X

9 cancer, the uncle had X cancer, and then the

10 patient in question has this cancer.  And you try

11 to figure out is this really something that was

12 passed on by the family that needs genetic testing

13 or simply sporadic?  So I think it's important to

14 look at each particular patient separately.

15     But you are right, that's why we ask about

16 family history, and.  In my practice, I've always

17 asked about family history, and when I suspected

18 that there may be something that could be germline

19 mutation or something that was passed on, I used to

20 refer these patients to the genetic counseling

21 clinic so they can decide what type of testing is

22 done.

23 Q.  Now, you agree with me that there were

24 medical studies that report DLBCL is linked to

25 certain genetic -- germline genetic mutations that



Page 54

1  predispose a person to develop that condition;
2  correct?
3      A.  I mean, people with a family history of
4  lymphoma are at increased risk of developing
5  lymphoma, if that's what you're getting at.
6      Q.  So --
7      A.  So this is important.
8      Q.  I'm getting at more than that, though.
9      A.  I see.
10     Q.  There are medical -- there are medical
11  studies that report germline mutations of genes
12  involved with cell growth, cell division, cell
13  repair, and cell death, that those mutations are
14  linked specifically to diffuse large B-cell
15  lymphoma; correct?
16     A.  There are some genes that have been linked
17  to developing non-Hodgkin lymphoma, and there are
18  some mutations in tumor suppressor genes that have
19  been linked, yes.
20     Q.  And those same genes are linked to other
21  types of cancers, including solid cancers; correct?
22     A.  Some of them, yes.
23     Q.  You previously explained to us that
24  germline mutations are inherited from the mother
25  and father; correct?

Page 55

1      A.  Generally, yeah.
2

Page 56

1

Page 57

1

Page 58



23  Q.  So you are not able to rule out unknown
24  causes that are responsible for most lymphomas as
25  being the cause of Mr. Gebeyehou's cancer; correct?

Page 59

1  A.  But, see, unknown causes can -- say again.
2  You are saying unknown causes could be the causes?
3  Q.  Yes.
4  A.  I'm not sure I understand that.  Maybe I'm
5  missing something.
6  Q.  The vast majority -- you've said "We don't
7  know what causes most lymphoma"; correct?
8  A.  Most lymphomas are of unknown cause, and
9  we are causing the known causes.
10  Q.  But something caused them; right?
11  A.  Sometimes we know them; sometimes we
12  don't.  That's what I'm trying to say.
13  Q.  But in most instances, when you have a
14  patient with lymphoma, you cannot identify an
15  etiology, a cause; correct?
16  A.  In most patients with non-Hodgkin
17  lymphoma, we cannot identify an etiology.
18  Q.  Something did it, but medical science
19  right now does not enable you and your colleagues
20  to ascertain what that something is?
21  A.  I see what you're saying.
22  Yes, I mean, today, we know certain
23  causes, and there are unknown causes that we may
24  not know.  We may never know; we may.
25  Q.  And Mr. Gebeyehou could have had one of

Page 60

1  those unknown causes that was responsible for his
2  DLBCL; correct?
3  MS. GREENWALD:  Objection.  Form.
4  THE WITNESS:  So a cause that nobody knows
5  today and nobody has ever identified, sure.
6  I mean, that applies to every single patient under
7  the sun.
8  BY MR. SLONIM:
9  Q.  And you agree with me that Mr. Gebeyehou
10  could have been diagnosed with exactly the same
11  tumor as he was diagnosed with in 2014 even if he
12  had never been exposed to Roundup?
13  A.  Yeah.  Nobody can speculate -- nobody has
14  a crystal ball.  He could have, and he could have
15  not.
16  Q.  None of Mr. Gebeyehou's blood tests show
17  that glyphosate was present in his system; correct?
18  A.  Blood test that glyphosate was present in
19  the blood?
20  Q.  Let me back up a second and let me
21  withdraw that question and lay a foundation.
22  You understand that a chemical called
23  glyphosate is the active ingredient in Roundup?
24  A.  Yes, I do.
25  Q.  None of Mr. Gebeyehou's blood tests showed

Page 61

1  the presence of glyphosate; correct?
2  MS. GREENWALD:  Objection.  Form.
3  THE WITNESS:  I'm not aware this was tested.
4  I don't believe this was tested or looked for.
5  BY MR. SLONIM:
6  Q.  So you cannot point to any blood test that
7  shows that there was glyphosate present in
8  Mr. Gebeyehou's system; correct?
9  MS. GREENWALD:  Objection.  Form.
10  THE WITNESS:  I cannot because it wasn't tested
11  for, and if it wasn't tested for.  And I don't know
12  if it was tested for, it would have been positive,
13  negative.  It just wasn't looked at.
14  BY MR. SLONIM:
15  Q.  None of Mr. Gebeyehou's urine tests show
16  the presence of glyphosate; correct?
17  A.  Same answer.  It wasn't looked for.
18  Q.  So you cannot point to any urine test that
19  shows the presence of glyphosate in his system;
20  correct?
21  A.  No, I can't.
22  Q.  And the same is true with fecal tests.
23  You cannot point to any fecal test that shows the
24  presence of glyphosate in Mr. Gebeyehou's system;
25  correct?

Page 62

1    A.   Same answer, it wasn't done.
2    Q.   And so you cannot point to any fecal test?
3    A.   Correct.
4    Q.   None of Mr. Gebeyehou's MRIs shows the
5  presence of glyphosate in his system; correct?
6    A.   I'm not aware this is detectable by MRI.
7    Q.   So you cannot point to any imaging
8  study -- MRI, PET scan, CT scan -- any type of
9  imaging study that shows the presence of glyphosate
10  in Mr. Gebeyehou's system?
11    A.   Is there an imaging study that usually can
12  detect that?  I mean, is there an actual imaging
13  study such as an MRI or a PET scan or a CT scan
14  that can detect glyphosate?
15    Q.   Can you answer my question?
16       I'll have the court reporter read it back,
17  please.
18          (Whereupon, the record was
19          read.)
20    THE WITNESS:  These tests do not exist that are
21  able to detect the glyphosate.  But analogous to
22  your point that there are maybe unknown causes that
23  we may detect in the future, maybe with advancing
24  science, in the future we may have certain tests
25  and certain ability and certain PET scans and CAT

Page 63

1  scans that may be able to detect that in the
2  future.
3  BY MR. SLONIM:
4    Q.   But sitting here today, as plaintiff's
5  expert, who has studied the medical records, you
6  cannot point to any such study that evidences the
7  presence of glyphosate in Mr. Gebeyehou's system?
8    MS. GREENWALD:  Objection.  Form.  Asked and
9  answered.
10    THE WITNESS:  No, I can't.
11  BY MR. SLONIM:
12    Q.   None of Mr. Gebeyehou's cancer pathology
13  analyses show the presence of glyphosate; correct?
14    A.   No, these are not detected pathologically.
15    Q.   There is nothing about the morphology --
16  and that means the shape of the cells when they are
17  looked at under the microscope -- indicates the
18  presence of glyphosate; correct?
19    A.   No.  But that's the same thing applies for
20  hepatitis B and age and obesity and whatever it is.
21  There is no such thing morphologically that can
22  tell me that this is linked to hepatitis B.  There
23  is nothing morphologically that can tell me that
24  this is linked to age.  The large B-cell lymphoma
25  is the same regardless of the cause when you look

Page 64

1  under the microscope.
2    Q.   So just focus on my question, which is
3  about glyphosate.  There is nothing about the
4  morphology of the cells, when viewed under the
5  microscope, that indicates the presence of
6  glyphosate in Mr. Gebeyehou's pathology; correct?
7    A.   Correct, I already answered that.
8    Q.   There is nothing about any immunological
9  stain on the pathology that indicates the presence
10  of glyphosate in Mr. Gebeyehou's pathology;
11  correct?
12    A.   Correct.  Which applies to the other
13  things we're discussing as well.
14    Q.   And there is nothing, no type of genomic
15  analysis of pathology or tissue of Mr. Gebeyehou's
16  malignancy that indicates the presence of
17  glyphosate; correct?
18    A.   No, because genomic analysis was not done.
19    Q.   There is no medical test of any type that
20  shows glyphosate present in Mr. Gebeyehou's system;
21  correct?
22    A.   Yes.
23    Q.   There is no biomarker that you can
24  identify that points to glyphosate as the cause of
25  Mr. Gebeyehou's cancer; correct?

Page 65

1    A.   There is no biomarker that has been
2  detected currently.
3    Q.   There is no pathology test, examination,
4  or other medical test that can be done on a
5  lymphoma to determine whether Roundup caused or
6  contributed to the patient's cancer; correct?
7    A.   Same applies for other causes, correct,
8  and same applies for other causes.
9    Q.   You can't point to any medical record that
10  reports Mr. Gebeyehou's glyphosate record --
11  glyphosate level before he used Roundup; correct?
12    A.   No.
13    Q.   You can't point to any medical record that
14  reports Mr. Gebeyehou's glyphosate level during the
15  time he was using Roundup; correct?
16    A.   No, none of that was checked.
17    Q.   Nor can you point to any medical record
18  that reports Mr. Gebeyehou's glyphosate level after
19  he stopped using Roundup; correct?
20    A.   No, it was not checked.
21    Q.   There is not a single medical record for
22  Mr. Gebeyehou that says glyphosate or Roundup
23  caused or contributed to his cancer; correct?
24    A.   In the records I reviewed, nobody
25  mentioned that, no.

Page 66

1    Q.   There is no medical record for
2  Mr. Gebeyehou that says glyphosate or Roundup
3  increased his risk for developing cancer; correct?
4    A.   No, I don't believe his doctors were
5  looking at that.
6    Q.   Dr. Pai is Mr. Gebeyehou's treating
7  oncologist; correct?
8    A.   Yes.
9    Q.   Dr. Pai never concluded that Roundup
10  caused or contributed to Mr. Gebeyehou's
11  non-Hodgkin lymphoma; correct?
12    A.   I did not read his deposition, but in the
13  medical records, he did not say that.
14    Q.   None of Mr. Gebeyehou's treating
15  physicians ever concluded that Roundup caused or
16  contributed to his non-Hodgkin lymphoma; correct?
17    MS. GREENWALD:  Objection to form.
18    THE WITNESS:  They have not.  I don't think
19  they looked at that.
20  BY MR. SLONIM:
21    Q.   Dr. Nabhan, there is no scientifically
22  validated procedure or protocol that indicates that
23  glyphosate or Roundup caused or contributed to
24  Mr. Gebeyehou's cancer; is that right?
25    A.   It's -- I mean, I told you what anybody

Page 67

1  would do whenever you are trying to decide on
2  causation of lymphoma or any type of cancer, you
3  just put all the risk factors that may contribute
4  to the development of this particular disease in
5  one basket.  And you investigate each one alone,
6  and you look at the weight of the evidence, and you
7  study each one alone, looking at whether it is
8  related or not.  That's what I did.
9    Q.   You can't point to a scientifically
10  validated test, procedure, or protocol that
11  indicates that glyphosate caused or contributed to
12  Mr. Gebeyehou's cancer?  In other words, a test, a
13  procedure, or protocol that's been published,
14  that's been tested, that has an error rate and that
15  is accepted by clinicians.  You can't point to a
16  single validated test procedure or protocol that
17  establishes that glyphosate caused or contributed
18  to Mr. Gebeyehou's non-Hodgkin lymphoma; isn't that
19  right?
20    MS. GREENWALD:  Objection.  Form.  And asked
21  and answered.
22    THE WITNESS:  Yeah, that's -- I mean, again,
23  you look at his particular case, and you try to
24  look at the epidemiologic literature which has
25  answered these questions that you are alluding to

Page 68

1  which are, again, looked at odds ratios and so
2  forth, and see if these fit within his particular
3  case.  That's really what I looked at.
4  BY MR. SLONIM:
5    Q.   I'm asking you in terms of specific
6  causation, his specific cancer.
7    A.   Yes.
8    Q.   Is there a scientifically validated test,
9  procedure, or protocol that spells out what we do,
10  how we do it, and what the error rate is?
11    MS. GREENWALD:  Objection.  Form.  Asked and
12  answered several times now.
13    THE WITNESS:  This is pretty -- this is the
14  common standard practice in clinical practice.
15  When you are meeting a patient and you are trying
16  to determine causation, the standard practice.  And
17  why do we even ask, then, patients about family
18  history?  Why do we ask patients what do they do
19  for a living?  Not really because we are just nosy.
20  Why do we ask patients if they smoke?  Drink?
21  what they have been exposed to?  Have blood
22  transfusion?  What their mother had?  Father had?
23    This is not because we are nosy.  This is
24  because are trying to look at everything that
25  pertains to that patient.  Many times we can't

Page 69

1  identify a cause, and sometimes we do.  This is the
2  methodology we do.  This is standard medical school
3  practice and training.  Any textbook that you would
4  open in medical school, this is what they teach you
5  to do.
6  BY MR. SLONIM:
7    Q.   Can you tell me what the error rate is of
8  your methodology?
9    MS. WAGSTAFF:  Objection.  Asked and answered
10  several times.
11    THE WITNESS:  It depends on the published
12  evidence for each particular thing that you do.
13  This is 101 medical student teaching.  That's what
14  you teach you in medical school, that when you face
15  a patient and you are trying to determine what
16  disease they have, you look at the symptoms and
17  signs, and you try to do a differential diagnosis
18  for their disease.  If you want to look at
19  causation, you do a differential etiology.  You
20  look at each factor and try to determine which
21  factor caused this.  This is classic teaching.
22  I don't need to tell you methodology.  Any textbook
23  in medicine talks about that.
24  BY MR. SLONIM:
25    Q.   What is the error rate for the methodology

Page 70

1  you applied to Mr. Gebeyehou?
2  MS. GREENWALD: Objection. Form. Asked and
3  answered.
4  THE WITNESS: There is not such a thing as an
5  error rate for something called differential
6  etiology. This is not a statistical test. This is
7  what you do when you're dealing with a patient and
8  trying to determine the etiology. You are trying
9  to mix statistical tests of a clinical trial with
10  an alpha error and beta error with something that
11  is done classically in medical school and exam
12  rooms to determine what the patient has.
13  When somebody has a cough goes to a doctor,
14  they have to determine whether the cough is
15  pneumonia or just a bad cold. What's the error
16  rate of that? Nobody knows. It depends on the
17  experience of the physician, on the literature, on
18  the signs and symptoms of the patient, on the other
19  issues. This is not a statistical test.
20  BY MR. SLONIM:
21  Q. So can you point to any published article
22  that says "For purposes of assessing whether
23  Roundup caused or contributed to a patient's
24  non-Hodgkin lymphoma, these are the tests
25  I should -- that should be done, and these are the

Page 71

1  protocols that should be followed"?
2  MS. GREENWALD: Objection. Asked and answered.
3  THE WITNESS: It's not about Roundup or not
4  Roundup. Any time you are looking at causation of
5  a particular disease, particular ailment, which is
6  cancer or not, this is the standard operating
7  procedure what physicians do in their exam room and
8  in their practice. This is what they actually do.
9  If you literally go to the library and pick a
10  random textbook of medicine and go to how you do
11  physical exam and do differential etiology and
12  differential diagnosis, that's the teaching process
13  of what they teach students and residents. If you
14  are faced with a patient and you are trying to
15  determine what the problem, what caused the cancer
16  of this patient, you look at everything together
17  and do process of elimination.
18  BY MR. SLONIM:
19  Q. Can you name a textbook or any publication
20  that tells you how you do an etiology and determine
21  the cause of a particular patient's non-Hodgkin
22  lymphoma?
23  MS. GREENWALD: Objection. Asked and answered.
24  THE WITNESS: Literally any medical textbook --
25

Page 72

1  BY MR. SLONIM:
2  Q. Don't name any one. Give me one.
3  A. DeVita's textbook, Harrison's textbook,
4  DeVita's textbook, Harrison's textbook.
5  Q. You are representing -- I want to be clear
6  about this. You are representing to the court that
7  if we pull those textbooks and I hand them to you,
8  you can turn to a page, and it will say "This is
9  the procedure to be used to ascertain the cause of
10  a patient's non-Hodgkin lymphoma"?
11  MS. GREENWALD: Objection. Form. That's not
12  his testimony. Asked and answered.
13  Go ahead and answer.
14  THE WITNESS: This is -- again, let me explain
15  what I've been saying --
16  BY MR. SLONIM:
17  Q. No, no, no.
18  MS. GREENWALD: Let him answer the question you
19  asked.
20  MR. SLONIM: Don't explain. Answer the
21  question.
22  Let's have the question read back so it's clear
23  in mind.
24  THE WITNESS: I said any textbook --
25  MR. SLONIM: No.

Page 73

1  MS. GREENWALD: Just listen to the question
2  again, and I'll pose my objections again and --
3  BY MR. SLONIM:
4  Q. Doctor, you need to focus on my question.
5  You need to answer my question. If your counsel
6  has questions to ask, as you know, she will have
7  her opportunity. Now it's my turn. I'll ask the
8  court reporter to read back the question, please.
9  (Whereupon, the record was
10  read.)
11  MS. GREENWALD: I'm objecting as asked and
12  answered, on form, and that was not his testimony.
13  THE WITNESS: Can I answer? Yes?
14  Okay. When you pull any chapter of non-Hodgkin
15  lymphoma in these textbooks and others, you will
16  have a list of causative factors. It will say
17  etiology, causes or possible causes, and they will
18  go through a list of similar things that we went
19  through, me and you just earlier on.
20  Now, as a clinician, when you are sitting in
21  front of a patient, you are thinking of these
22  causes, and you are trying to see how these causes
23  apply to this particular patient. Sometimes none
24  of these causes apply to a particular patient, and
25  you are going to tell the patient -- look him in

Page 74

1 the eye and say, "I don't know what caused your
2 non-Hodgkin lymphoma."
3     Sometimes, some of these causes, one or two,
4 may apply, and you look at the patient and say,
5 "This is what I believe caused your non-Hodgkin
6 lymphoma."  This is what I was trying to say.
7 BY MR. SLONIM:
8     Q.  So let's be clear.  These textbooks may
9 list risk factors for non-Hodgkin lymphoma;
10 correct?
11    A.  Yes.
12    Q.  That's not the question.
13        The question is --
14    A.  Then I misunderstood.
15    Q.  The question is do these textbooks set
16 forth a procedure, test, or protocol that tells a
17 clinician how to determine the cause of a
18 patient's, specific patient's non-Hodgkin lymphoma?
19    MS. GREENWALD:  Same objection.  Asked and
20 answered.  Form.
21    THE WITNESS:  This is taught as common sense.
22 There is no -- they don't tell you, "This is the
23 methodology."  You put the causative factors, and
24 you look at them.  It's common sense.  I'm not sure
25 there is an actual -- an actual name of a procedure

Page 75

1 that we usually do.  It's common sense.
2     You look at the causative factors, and you do
3 process of elimination for each particular patient.
4 It's taught on and on again in every single
5 clinical practice.  That's what I taught my
6 students and my fellows when they face a patient.
7 I don't know what methodology we call this.  This
8 is just common sense in clinical practice.
9 BY MR. SLONIM:
10    Q.  I just want to be clear.  Can you identify
11 any peer-reviewed medical literature that states,
12 in substance, "This is the test procedure or
13 protocol that can be used to ascertain the cause of
14 a specific patient's non-Hodgkin lymphoma"?
15    MS. GREENWALD:  Objection.  Form.  Asked and
16 answered.
17    THE WITNESS:  I can't right this minute.  This
18 is a common sense procedure that we do every single
19 day.  It's like, you know, is there a methodology
20 to tell you when you put the stethoscope on the
21 back of a patient and you listen to them, what's
22 your error rate of whether you're hearing something
23 normal or abnormal.
24    There is no such thing.  You still put the
25 stethoscope on a patient.  You still listen to him

Page 76

1 and determine whether you hear something normal or
2 abnormal.  What methodology is this?  This is
3 common sense that we do and teach our students.
4 BY MR. SLONIM:
5     Q.  So, Mr. -- so Dr. Nabhan, if you saw a



Page 77

2     A.



Page 78

25   MR. SLONIM:  Why don't we take a break and see

Page 79

1   where we are?
2   THE VIDEOGRAPHER:  We are off the record at
3   1:53 p.m.
4            (A short break was taken.)
5   THE VIDEOGRAPHER:  We are back on the record at
6   2:06 p.m.
7   MR. SLONIM:  Dr. Nabhan, I don't have any
8   further questions.  I may, if your counsel has some
9   questions, but otherwise, we are done.
10   MS. GREENWALD:  We have no questions.
11   MR. SLONIM:  Thank you so much, Dr. Nabhan.  We
12   really appreciate it.
13   THE VIDEOGRAPHER:  We are off the record at
14   2:07 p.m.  This concludes the videotaped deposition
15   of Chadi Nabhan.
16
17
18
19
20
21
22
23
24
25

Page 80

1         C E R T I F I C A T E
2
3        I, DEANNA AMORE, a Shorthand Reporter and
4   notary public, within and for the State of
5   Illinois, County of DuPage, do hereby certify:
6        That CHADI NABHAN, M.D., the witness whose
7   examination is hereinbefore set forth, was first
8   duly sworn by me and that this transcript of said
9   testimony is a true record of the testimony given
10   by said witness.
11        I further certify that I am not related to
12   any of the parties to this action by blood or
13   marriage, and that I am in no way interested in the
14   outcome of this matter.
15
16        IN WITNESS WHEREOF, I have hereunto set my
17   hand this 15th day of December 2018.
18
19
20        _____
21        Deanna M. Amore, CSR, RPR
22
23
24
25

Page 81

1        UNITED STATES DISTRICT COURT
2        NORTHERN DISTRICT OF CALIFORNIA
3   IN RE: ROUNDUP PRODUCTS     MDL No. 2741
4   LIABILITY LITIGATION
5   _____        Case No. 16-md-2741-VC
6   This document relates
7   to:
8   Gebeyehou v Monsanto Co., et al.
9   Case No. 3:16-cv-5813-VC
10        DECLARATION UNDER PENALTY OF PERJURY
11     I declare under penalty of perjury that I have
12   read the entire transcript of my deposition taken
13   in the above-captioned matter or the same has been
14   read to me and the same is true and accurate, save
15   and except for changes and/or corrections, if any,
16   as indicated by me on the DEPOSITION ERRATA SHEET
17   hereof, with the understanding that I offer these
18   changes as if still under oath.
19
20        Signed on the _____ day of
21   _____, 20__.
22   _____
23        CHADI NABHAN, M.D.
24
25

Chad1 Nabhan, M.D.

Page 82

```
 1            ERRATA SHEET
 2  CORRECTIONS:
 3  Page _____ Line _____ Reason _____
    From _____ to _____
 4  Page _____ Line _____ Reason _____
 5  From _____ to _____
 6  Page _____ Line _____ Reason _____
    From _____ to _____
 7  Page _____ Line _____ Reason _____
 8  From _____ to _____
 9  Page _____ Line _____ Reason _____
    From _____ to _____
10  Page _____ Line _____ Reason _____
11  From _____ to _____
12  Page _____ Line _____ Reason _____
    From _____ to _____
13  Page _____ Line _____ Reason _____
    From _____ to _____
14  Page _____ Line _____ Reason _____
15  From _____ to _____
16  Page _____ Line _____ Reason _____
    From _____ to _____
17  Page _____ Line _____ Reason _____
18  From _____ to _____
19  Page _____ Line _____ Reason _____
    From _____ to _____
20  Page _____ Line _____ Reason _____
21  From _____ to _____
22  Page _____ Line _____ Reason _____
    From _____ to _____
23  Page _____ Line _____ Reason _____
    From _____ to _____
24
25
```