**WILKINSON WALSH + ESKOVITZ LLP**
Brian L. Stekloff (*pro hac vice*)
(bstekloff@wilkinsonwalsh.com)
Rakesh Kilaru (*pro hac vice*)
(rkilaru@wilkinsonwalsh.com)
2001 M St. NW
10th Floor
Washington, DC 20036
Tel: 202-847-4030
Fax: 202-847-4005

**HOLLINGSWORTH LLP**
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
1350 I St. NW
Washington, DC 20005
Tel: 202-898-5843
Fax: 202-682-1639

**ARNOLD & PORTER KAYE SCHOLER**
William Hoffman (*pro hac vice*)
(William.Hoffman@arnoldporter.com)
601 Massachusetts Avenue, N.W.
Washington, DC 20001
Tel: 202-942-6915
Fax: 202-942-5999

**COVINGTON & BURLING LLP**
Michael X. Imbroscio (*pro hac vice*)
(mimbroscio@cov.com)
One City Center
850 10th St. NW
Washington, DC 20001
Tel: 202-662-6000

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | ) MDL No. 2741 )<br>) Case No. 3:16-md-02741-VC ) |
| *Alvarez Calderon v. Monsanto Co.,* 3:19-cv-01630-VC | ) **DECLARATION OF BRIAN L.**<br>) **STEKLOFF IN SUPPORT OF**<br>) **MONSANTO COMPANY'S MOTION**<br>) **TO EXCLUDE TESTIMONY OF DR.**<br>) **WILLIAM R. SAWYER ON *DAUBERT***<br>) **GROUNDS**<br>) ) ) |

I, Brian L. Stekloff, declare and state as follows:

1. I am a partner at the law firm of Wilkinson Walsh + Eskovitz, LLP, counsel for defendant Monsanto Company ("Monsanto"). I make this declaration in support of Monsanto's Motion to Exclude Testimony of Dr. William R. Sawyer on *Daubert* Grounds.

2. Annexed hereto as Exhibit 1 is a true and correct copy of the Deposition of Dr. William Sawyer, taken September 15, 2019, for *Giglio v. Monsanto Company*, Northern District of California Case No. 3:16-cv-05658-VC.

3. Annexed hereto as Exhibit 2 is a true and correct copy of the Deposition of Dr. William Sawyer, taken December 21, 2019, for *Alvarez Calderon v. Monsanto Company*, Northern District of California Case No. 3:19-cv-01630-VC.

4. Annexed hereto as Exhibit 3 is a true and correct copy of the Expert Report of Dr. William Sawyer, dated December 12, 2019, for *Alvarez Calderon v. Monsanto Company*, Northern District of California Case No. 3:19-cv-01630-VC.

5. Annexed hereto as Exhibit 4 is a true and correct copy of Plaintiff's Rule 26 Expert Disclosures, dated August 20, 2019, for *Giglio v. Monsanto Company*, Northern District of California Case No. 3:16-cv-05658-VC.

6. Annexed hereto as Exhibit 5 is a true and correct copy of the Expert Report of Dr. William Sawyer, dated January 14, 2019, for *Pilliod, et al. v. Monsanto Company*, Superior Court of California, County of Alameda Case No. RG17862702.

7. Annexed hereto as Exhibit 6 is a true and correct copy of the Deposition of Dr. William Sawyer, taken February 6, 2019, for *Pilliod, et al. v. Monsanto Company*, Superior Court of California, County of Alameda Case No. RG17862702.

8. Annexed hereto as Exhibit 7 is a true and correct copy of the Deposition of Dr. William Sawyer, taken December 20, 2018, for *Stevick, et al. v. Monsanto Company*, Northern District of California Case No. 3:16-cv-02341-VC.

9. Annexed hereto as Exhibit 8 is a true and correct copy of the Deposition of Dr. William Sawyer, taken July 16 and July 17, 2019, for *Winston, et al. v. Monsanto Company*, St. Louis City Case No. 1822-CC00515.

10. Annexed hereto as Exhibit 9 is a true and correct copy of George, J., et al., *Studies on glyphosate-induced carcinogenicity in mouse skin: A proteomic approach*, 73 Journal of Proteomics 951 (2010).

11. Annexed hereto as Exhibit 10 is a true and correct copy of EPA Office of Pesticide Programs, *Revised Glyphosate Issue Paper: Evaluation of Carcinogenic Potential* (Dec. 12, 2017).

12. Annexed hereto as Exhibit 11 is a true and correct copy of IARC, *Glyphosate in Some Organophosphate Insecticides and Herbicides: Diazinon, Glyphosate, Malathion, Parathion, and Tetrachlorvinphos, Monograph Vol. 112 on the Evaluation of Carcinogenic Risks to Humans* (2015).

13. Annexed hereto as Exhibit 12 is a true and correct copy of the Reference Manual on Scientific Evidence.

14. Annexed hereto as Exhibit 13 is a true and correct copy of A. Bradford Hill, *The Environment and Disease: Association or Causation?*, 58 Proc. R. Soc. Med. 295, 295 (1965).

15. Annexed hereto as Exhibit 14 is a true and correct copy of the Deposition of Dr. William Sawyer, taken February 26, 2018, for *Johnson v. Monsanto Company*, Superior Court of California, San Francisco County Case No. CGC-16-550128.

16. Annexed hereto as Exhibit 15 is a true and correct copy of the Deposition of Dr. William Sawyer, taken October 25, 2019, for *Ines Hernandez v. Monsanto Company*, Northern District of California Case No. 3:16-cv-05750-VC.

17. Annexed hereto as Exhibit 16 is a true and correct copy of the Deposition of Dr. William Sawyer, taken November 14, 2019, for *Dickey v. Monsanto Company*, Northern District of California Case No. 3:19-cv-04102-VC.

18. Annexed hereto as Exhibit 17 is a true and correct copy of the Deposition of Dr. William Sawyer, taken November 14, 2019, for *Domina v. Monsanto Company*, Northern District of California Case No. 3:16-cv-05887-VC.

19. Annexed hereto as Exhibit 18 is a true and correct copy of the Deposition of Dr. William Sawyer, taken November 14, 2019, for *Sanders v. Monsanto Company*, Northern District of California Case No. 3:16-cv-05752-VC.

20. Annexed hereto as Exhibit 19 is a true and correct copy of the Deposition of Dr. William Sawyer, taken November 15, 2019, for *Pollard v. Monsanto Company*, Northern District of California Case No. 3:19-cv-04100-VC.

21. Annexed hereto as Exhibit 20 is a true and correct copy of the Deposition of Dr. William Sawyer, taken November 15, 2019, for *Mendoza v. Monsanto Company*, Northern District of California Case No. 3:16-cv-06046-VC.

22. Annexed hereto as Exhibit 21 is a true and correct copy of the Deposition of Dr. William Sawyer, taken November 15, 2019, for *Tanner v. Monsanto Company*, Northern District of California Case No. 3:19-cv-04099-VC.

23. Annexed hereto as Exhibit 22 is a true and correct copy of the Deposition of Dr. William Sawyer, taken November 5 and November 12, 2019, for *Wade, et al. v. Monsanto Company*, St. Louis City Case No. 1722-CC00370.

24. Annexed hereto as Exhibit 23 is a true and correct copy of the Deposition of Dr. William Sawyer, taken October 22, 2019, for *Russo v. Monsanto Company*, Northern District of California Case No. 3:16-cv-06024-VC.

25. Annexed hereto as Exhibit 24 is a true and correct copy of the April 3, 2019, trial transcript from *Pilliod, et al. v. Monsanto Company, et al*. Alameda Superior Court Case No.: RG17862702.

26. Annexed hereto as Exhibit 25 is a true and correct copy of BAuA, Proposal for Harmonized Classification and Labeling: N (phosphonomethyl)glycine; Glyphosate (ISO), CLH Report for Glyphosate (2016).

27. Annexed hereto as Exhibit 26 is a true and correct copy of EPA, Proposed Interim Registration Review Decision Case No. 0178 (April 2019).

28. Annexed hereto as Exhibit 27 is a true and correct copy of the April 11, 2019, trial transcript from *Pilliod, et al. v. Monsanto Company,* Alameda Superior Court Case No.: RG17862702.

29. Annexed hereto as Exhibit 28 is a true and correct copy of the Deposition of Dr. Charles Benbrook, taken May 23, 2018, for *Hall, et al. v. Monsanto Company*, St. Louis City Case No. 1622-CC01071.

30. Annexed hereto as Exhibit 29 is a true and correct copy of the Deposition of Dr. Charles Benbrook, taken February 9, 2018, for *Johnson v. Monsanto Company*, Superior Court of California, San Francisco County Case No. CGC-16-550128.

31. Annexed hereto as Exhibit 30 is a true and correct copy of the Deposition of Dr. William Sawyer, taken August 23, 2018, for *Hall, et al. v. Monsanto Company*, St. Louis City Case No. 1622-CC01071.

1  DATED: December 27, 2019          Respectfully submitted,

2                                    /s/ Brian L. Stekloff

3                                    Brian L. Stekloff (*pro hac vice*)
                                     (bstekloff@wilkinsonwalsh.com)
4                                    Rakesh Kilaru (*pro hac vice*)
                                     (rkilaru@wilkinsonwalsh.com)
5                                    WILKINSON WALSH + ESKOVITZ LLP
                                     2001 M St. NW, 10th Floor
6                                    Washington, DC 20036
                                     Tel: 202-847-4030
7                                    Fax: 202-847-4005

8                                    Pamela Yates (CA Bar No. 137440)
                                     (Pamela.Yates@arnoldporter.com)
9                                    ARNOLD & PORTER KAYE SCHOLER
10                                   777 South Figueroa St., 44th Floor
                                     Los Angeles, CA 90017
11                                   Tel: 213-243-4178
                                     Fax: 213-243-4199
12

13                                   Eric G. Lasker (*pro hac vice*)
                                     (elasker@hollingsworthllp.com)
14                                   HOLLINGSWORTH LLP
                                     1350 I St. NW
15                                   Washington, DC 20005
                                     Tel: 202-898-5843
16                                   Fax: 202-682-1639

17
                                     Michael X. Imbroscio (*pro hac vice*)
18                                   (mimbroscio@cov.com)
                                     COVINGTON & BURLING LLP
19                                   One City Center
                                     850 10th St. NW
20                                   Washington, DC 20001
                                     Tel: 202-662-6000
21

22                                   Attorneys for Defendant
                                     MONSANTO COMPANY
23

24

25

26

27

28

- 6 -

STEKLOFF DECLARATION - MOTION TO EXCLUDE TESTIMONY OF DR. SAWYER ON *DAUBERT* GROUNDS

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 27th day of December, 2019, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of the filing to all appearing parties of record.

/s/ Michael X. Imbroscio