UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br>*Alvarez Calderon v. Monsanto Co.*, 3:19-cv-01630-VC | ) MDL No. 2741<br>)<br>) Case No. 3:16-md-02741-VC<br>)<br>) **[PROPOSED] ORDER GRANTING**<br>) **MONSANTO COMPANY'S MOTION**<br>) **TO EXCLUDE TESTIMONY OF DR.**<br>) **WILLIAM R. SAWYER ON *DAUBERT***<br>) **GROUNDS**<br>)<br>) |

    Before the Court is the motion of Defendant Monsanto Company to exclude the testimony of Dr. William R. Sawyer on *Daubert* grounds. Having considered the papers, and for compelling reasons shown, the Court hereby ORDERS that the Motion is GRANTED.

Date: _____, 2020

                                                           HONORABLE VINCE CHHABRIA
                                                           UNITED STATES DISTRICT COURT