# EXHIBIT 11

# GLYPHOSATE

## 1. Exposure Data

### 1.1 Identification of the agent

#### 1.1.1 Nomenclature

*Chem. Abstr. Serv. Reg. No.:* 1071-83-6 (acid); also relevant:
38641-94-0 (glyphosate-isopropylamine salt)
40465-66-5 (monoammonium salt)
69254-40-6 (diammonium salt)
34494-03-6 (glyphosate-sodium)
81591-81-3 (glyphosate-trimesium)

*Chem. Abstr. Serv. Name:* N-(phosphonomethyl)glycine

*Preferred IUPAC Name*: N-(phosphonomethyl)glycine

*Synonyms:* Gliphosate; glyphosate; glyphosate hydrochloride; glyphosate [calcium, copper (2+), dilithium, disodium, magnesium, monoammonium, monopotassium, monosodium, sodium, or zinc] salt

*Trade names:* Glyphosate products have been sold worldwide under numerous trade names, including: Abundit Extra; Credit; Xtreme; Glifonox; Glyphogan; Ground-Up; Rodeo; Roundup; Touchdown; Tragli; Wipe Out; Yerbimat (Farm Chemicals International, 2015).

#### 1.1.2 Structural and molecular formulae and relative molecular mass

Molecular formula: $C_3H_8NO_5P$
Relative molecular mass: 169.07

Additional information on chemical structure is also available in the PubChem Compound database (NCBI, 2015).

#### 1.1.3 Chemical and physical properties of the pure substance

*Description:* Glyphosate acid is a colourless, odourless, crystalline solid. It is formulated as a salt consisting of the deprotonated acid of glyphosate and a cation (isopropylamine, ammonium, or sodium), with more than one salt in some formulations.

*Solubility:* The acid is of medium solubility at 11.6 g/L in water (at 25 °C) and insoluble in common organic solvents such as acetone, ethanol, and xylene; the alkali-metal and

0.4; 95% CI, 0.1–1.6) and observations for proxy respondents (OR, 3.1; 95% CI, 1.2–8.2). [The study had limited power to detect an effect of glyphosate use, and the inconsistencies for self and proxy respondents made the results difficult to interpret.]

### 2.3.3 Soft tissue sarcoma

Pahwa et al. (2011) reported the results of the soft tissue sarcoma component of the cross-Canada study in relation to specific pesticides, including 357 cases of soft tissue sarcoma and 1506 population controls from 1991–1994. The fully adjusted odds ratio for glyphosate use was 0.90 (95% CI, 0.58–1.40).

### 2.3.4 Cancer of the prostate

Band et al. (2011) report results of a case–control study including 1516 patients with cancer of the prostate (ascertained by the cancer registry of British Columbia, Canada, for 1983–90) and 4994 age-matched controls with cancers at all other cancer sites excluding lung and unknown primary site. Agricultural exposures were assessed by job-exposure matrix. A total of 60 cases were exposed to glyphosate (adjusted OR, 1.36; 95% CI, 0.83–2.25).

### 2.3.5 Childhood cancer

Parental exposure to pesticides, including glyphosate, was assessed in a population-based case–control study of childhood leukaemia in Costa Rica (Monge et al., 2007). However, associations of childhood cancer with glyphosate were reported only for an "other pesticides" category that also included paraquat, chlorothalonil, and other chemicals. [Because glyphosate was not specifically assessed, this study was not evaluated by the Working Group.]

### 2.4. Meta-analyses

Schinasi & Leon (2014) conducted a systematic review and meta-analysis of NHL and occupational exposure to agricultural pesticides, including glyphosate. The meta-analysis for glyphosate included six studies (McDuffie et al., 2001; Hardell et al., 2002; De Roos et al., 2003; 2005a; Eriksson et al., 2008; Orsi et al., 2009) and yielded a meta risk-ratio of 1.5 (95% CI, 1.1–2.0). [The Working Group noted that the most fully adjusted risk estimates from the articles by Hardell et al. (2002) and Eriksson et al. (2008) were not used in this analysis. After considering the adjusted estimates of the two Swedish studies in the meta-analysis, the Working Group estimated a meta risk-ratio of 1.3 (95% CI, 1.03–1.65), $I^2 = 0\%$, $P$ for heterogeneity 0.589.]

## 3. Cancer in Experimental Animals

### 3.1 Mouse

See Table 3.1

### 3.1.1 Dietary administration

Groups of 50 male and 50 female CD-1 mice [age not reported] were given diets containing glyphosate (purity, 99.7%) at a concentration of 0, 1000, 5000, or 30 000 ppm, ad libitum, for 24 months. There was no treatment-related effect on body weight in male and female mice at the lowest or intermediate dose. There was a consistent decrease in body weight in the male and female mice at the highest dose compared with controls. Survival in all dose groups was similar to that of controls. There was a positive trend ($P = 0.016$, trend test; see EPA, 1985b) in the incidence of renal tubule adenoma in dosed male mice: 0/49, 0/49, 1/50 (2%), 3/50 (6%). [The Working Group noted that renal tubule adenoma is a rare tumour in CD-1 mice.] No data on tumours of the kidney

Table 3.1 Studies of carcinogenicity with glyphosate in mice

| Species, strain (sex) Duration Reference | Dosing regimen, Animals/group at start | For each target organ: incidence (%) and/or multiplicity of tumours | Significance | Comments |
|---|---|---|---|---|
| Mouse, CD-1 (M, F) 24 mo EPA (1985a, b, 1986, 1991a) | Diet containing glyphosate (technical grade; purity, 99.7%) at concentrations of 0, 1000, 5000, or 30 000 ppm, ad libitum, for 24 mo  50 M and 50 F/group [age, NR] | *Males* Renal tubule adenoma: 0/49, 0/49, 1/50 (2%), 3/50 (6%)  *Females* No data provided on the kidney  Report from the PWG of the EPA (1986):  *Males* Renal tubule adenoma: 1/49 (2%), 0/49, 0/50, 1/50 (2%)  Renal tubule carcinoma: 0/49, 0/49, 1/50 (2%), 2/50 (4%)  Renal tubule adenoma or carcinoma (combined): 1/49 (2%), 0/49, 1/50 (2%), 3/50 (6%) | $P$ for trend = 0.016; see Comments    [NS]  [$P$ = 0.037; Cochran–Armitage trend test] [$P$ = 0.034; Cochran–Armitage trend test] | No information was provided on renal tubule adenomas in female mice, or on statistical analyses of tumour data  EPA recommended that additional renal sections be cut and evaluated from all control and treated male mice. The pathology report for these additional sections (EPA, 1985b) showed the same incidence of renal tubule adenomas as originally reported, with no significant difference in incidence when comparing control and treated groups; however, the test for linear trend in proportions resulted in $P$ = 0.016  EPA (1986) convened a PWG and requested additional pathological and statistical information on kidney tumours observed in male mice treated with glyphosate |
| Mouse, CD-1 (M, F) 104 wk JMPR (2006) | Diet containing glyphosate (purity, 98.6%) at doses of 0, 100, 300, 1000 mg/kg bw, ad libitum, for 104 wk  50 M and 50 F/group [age, NR] | *Males* Haemangiosarcoma: 0/50, 0/50, 0/50, 4/50 (8%)  Histiocytic sarcoma in the lymphoreticular/haemopoietic tissue: 0/50, 2/50 (4%), 0/50, 2/50 (4%)  *Females* Haemangiosarcoma: 0/50, 2/50 (4%), 0/50, 1/50 (2%)  Histiocytic sarcoma in the lymphoreticular/haemopoietic tissue: 0/50, 3/50 (6%), 3/50 (6%), 1/50 (2%) | [$P$ < 0.001; Cochran–Armitage trend test] NS    NS  NS | |

**Table 3.1  (continued)**

| Species, strain (sex) Duration Reference | Dosing regimen, Animals/group at start | For each target organ: incidence (%) and/or multiplicity of tumours | Significance | Comments |
|---|---|---|---|---|
| Mouse, Swiss (M) 32 wk George et al. (2010) | Initiation–promotion study Skin application of glyphosate-based formulation (glyphosate, 41%; POEA, ~15%) (referred to as "glyphosate") dissolved in 50% ethanol; DMBA dissolved in 50% ethanol, and TPA dissolved in 50% acetone, used in the groups described below 20 M/group | Skin tumours [called "papillomas" by the authors, following gross examination only] | | Short duration of treatment, no solvent controls, and lack of any histopathological evaluation Age at start, NR (mice weighed 12–15 g bw) [The Working Group concluded this was an inadequate study for the evaluation of glyphosate] |
| | Group I: untreated control (no treatment) | Group I: 0/20 | | |
| | Group II: glyphosate only: 25 mg/kg bw topically, 3 ×/wk, for 32 wk | Group II: 0/20 | | |
| | Group III: single topical application of DMBA, 52 µg/mouse, followed 1 wk later by TPA, 5 µg/mouse, 3 ×/wk, for 32 wk | Group III: 20/20*, 7.8 ± 1.1 | *$P < 0.05$ vs groups VI and VII | |
| | Group IV: single topical application of glyphosate, 25 mg/kg bw, followed 1 wk later by TPA, 5 µg/mouse, 3 ×/wk, for 32 wk | Group I: 0/20 | | |
| | Group V: 3 ×/wk topical application of glyphosate, 25 mg/kg bw, for 3 wk, followed 1 wk later by TPA, 5 µg/mouse, 3 ×/wk, for 32 wk | Group V: 0/20 | | |
| | Group VI: single topical application of DMBA, 52 µg/mouse | Group VI: 0/20 | | |
| | Group VII: topical application of TPA, 5 µg/mouse, 3 ×/wk, for 32 wk | Group VII: 0/20 | | |
| | Group VIII: single topical application of DMBA, 52 µg/mouse, followed 1 wk later by topical treatment with glyphosate, 25 mg/kg bw, 3 ×/wk, for 32 wk | Group VIII: 8/20*, 2.8 ± 0.9 | *$P < 0.05$ vs group VI | |

bw, body weight; DMBA, 7,12-dimethylbenz[a]anthracene; EPA, United States Environmental Protection Agency; F, female; M, male; mo, month; NR, not reported; NS, not significant; POEA, polyethoxylated tallowamine; PWG, pathology working group; TPA, 12-O-tetradecanoyl-phorbol-13-acetate; vs, versus; wk, week; yr, year

were provided for female mice. No other tumour sites were identified (EPA, 1985a). Subsequent to its initial report (EPA, 1985a), the United States Environmental Protection Agency (EPA) recommended that additional renal sections be cut and evaluated from all male mice in the control and treated groups. The pathology report for these additional sections (EPA, 1985b) indicated the same incidence of renal tubule adenoma as originally reported, with no significant increase in incidence between the control group and treated groups by pairwise comparison. However, as already reported above, the test for linear trend in proportions resulted in a significance of $P = 0.016$. The EPA (1986) also requested that a pathology working group (PWG) be convened to evaluate the tumours of the kidney observed in male mice treated with glyphosate, including the additional renal sections. In this second evaluation, the PWG reported that the incidence of adenoma of the renal tubule was 1/49 (2%), 0/49, 0/50, 1/50 (2%) [not statistically significant]; the incidence of carcinoma of the renal tubule was 0/49, 0/49, 1/50 (2%), 2/50 (4%) [$P = 0.037$, trend test for carcinoma]; and the incidence of adenoma or carcinoma (combined) of the renal tubule was 1/49 (2%), 0/49, 1/50 (2%), 3/50 (6%) [$P = 0.034$, trend test for combined]. [The Working Group considered that this second evaluation indicated a significant increase in the incidence of rare tumours, with a dose-related trend, which could be attributed to glyphosate. Chandra & Frith (1994) reported that only 1 out of 725 [0.14%] CD-1 male mice in their historical database had developed renal cell tumours (one carcinoma).]

[The Working Group noted the differences in histopathological diagnosis between pathologists. Proliferative lesions of the renal tubules are typically categorized according to published criteria as hyperplasia, adenoma, or carcinoma. The difference is not trivial, because focal hyperplasia, a potentially preneoplastic lesion, should be carefully differentiated from the regenerative changes of the tubular epithelium. There is a morphological continuum in the development and progression of renal neoplasia. Thus larger masses may exhibit greater heterogeneity in histological growth pattern, and cytologically more pleomorphism and atypia than smaller lesions (Eustis et al., 1994). Of note, a renal tumour confirmed by the PWG after re-evaluation of the original slides (EPA, 1986), had not been seen in the re-sectioned kidney slides (EPA, 1985b). This may be related to the growth of tumour that – in contrast to tumours in other organs – is not spherical but elliptical because of the potential expansion in tubules. In addition, the concept of tubular expansion without compression of adjacent parenchyma may be at the basis of the discrepancy between the first (EPA, 1985a, b) and second evaluation (EPA, 1986).]

In another study reported to the Joint FAO/WHO Meeting on Pesticide Residues (JMPR), groups of 50 male and 50 female CD-1 mice [age at start not reported] were given diets containing glyphosate (purity, 98.6%) at a concentration that was adjusted weekly for the first 13 weeks and every 4 weeks thereafter to give doses of 0, 100, 300, or 1000 mg/kg bw, ad libitum, for 104 weeks (JMPR, 2006). There was no treatment-related effect on body weight or survival in any of the dosed groups. There was an increase in the incidence of haemangiosarcoma in males – 0/50, 0/50, 0/50, 4/50 (8%) [$P < 0.001$, Cochran–Armitage trend test], and in females – 0/50, 2/50 (4%), 0/50, 1/50 (2%) [not statistically significant], and an increase in the incidence of histiocytic sarcoma in the lymphoreticular/haemopoietic tissue in males – 0/50, 2/50 (4%), 0/50, 2/50 (4%), and in females – 0/50, 3/50 (6%), 3/50 (6%), 1/50 (2%) [not statistically significant for males or females]. [The Working Group considered that this study was adequately reported.]

### 3.1.2 Initiation–promotion

Groups of 20 male Swiss mice [age at start not reported; body weight, 12–15 g] were given a glyphosate-based formulation (glyphosate, 41%; polyethoxylated tallowamine, ~15%) (referred to as glyphosate in the article) that was dissolved in 50% ethanol and applied onto the shaved back skin (George et al., 2010). Treatment groups were identified as follows:

- Group I – untreated control;
- Group II – glyphosate only (25 mg/kg bw), applied topically three times per week for 32 weeks;
- Group III – single topical application of dimethylbenz[a]anthracene (DMBA; in ethanol; 52 µg/mouse), followed 1 week later by 12-O-tetradecanoylphorbol-13-acetate (TPA; in acetone; 5 µg/mouse), applied topically three times per week for 32 weeks;
- Group IV – single topical application of glyphosate (25 mg/kg bw) followed 1 week later by TPA (in acetone; 5 µg/mouse), applied topically three times per week for 32 weeks;
- Group V – glyphosate (25 mg/kg bw) applied topically three times per week for 3 weeks (total of nine applications), followed 1 week later by TPA (in acetone; 5 µg/mouse), applied topically three times per week for 32 weeks;
- Group VI – single topical application of DMBA (in ethanol; 52 µg/mouse);
- Group VII –TPA (in acetone; 5 µg/mouse), applied topically three times per week for 32 weeks; and
- Group VIII –single topical application of DMBA (in ethanol; 52 µg/mouse), followed 1 week later by glyphosate (25 mg/kg bw), applied topically three times per week for 32 weeks.

All mice were killed at 32 weeks. Skin tumours were observed only in group III (positive control, DMBA + TPA, 20/20) and group VIII (DMBA + glyphosate, 8/20; $P < 0.05$ versus group VI [DMBA only, 0/20]). No microscopic examination was conducted and tumours were observed "as a minute wart like growth [that the authors called squamous cell papillomas], which progressed during the course of experiment." [The glyphosate formulation tested appeared to be a tumour promoter in this study. The design of the study was poor, with short duration of treatment, no solvent controls, small number of animals, and lack of histopathological examination. The Working Group concluded that this was an inadequate study for the evaluation of glyphosate.]

### 3.1.3 Review articles

Greim et al. (2015) have published a review article containing information on five long-term bioassay feeding studies in mice. Of these studies, one had been submitted for review to the EPA (EPA, 1985a, b, 1986, 1991a), and one to the JMPR (JMPR, 2006); these studies are discussed in Section 3.1.1. The review article reported on an additional three long-term bioassay studies in mice that had not been previously available in the open literature, but had been submitted to various organizations for registration purposes. The review article provided a brief summary of each study and referred to an online data supplement containing the original data on tumour incidence from study reports. The three additional long-term bioassay studies in mice are summarized below. [The Working Group was unable to evaluate these studies, which are not included in Table 3.1 and Section 5.3, because the information provided in the review article and its supplement was insufficient (e.g. information was lacking on statistical methods, choice of doses, body-weight gain, survival data, details of histopathological examination, and/or stability of dosed feed mixture).]

In the first study (identified as Study 12, 1997a), groups of 50 male and 50 female CD-1