# EXHIBIT 19

William R. Sawyer, Ph.D.

Page 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN RE: ROUNDUP PRODUCTS          § MDL No. 2741
LIABILITY LITIGATION             § Case No. 3:16-md-02741-VC
_____  §
                                 §
This document relates to:        §
                                 §
Pollard v. Monsanto Company      §
Case No. 3:19-cv-04100-VC        §
_____  §


- - -

Friday, November 15, 2019

- - -


          Videotaped deposition of WILLIAM R. SAWYER,

     Ph.D., held at South Seas Resort, 5400 Plantation

     Road, Captiva, Florida 33924, commencing at

     10:24 a.m., on the above date, before Susan D.

     Wasilewski, Registered Professional Reporter,

     Certified Realtime Reporter, Certified Realtime

     Captioner, Florida Professional Reporter

                    - - -

               GOLKOW LITIGATION SERVICES

          877.370.3377 ph | 917.591.5672 fax

               deps@golkow.com

William R. Sawyer, Ph.D.

Page 2

```
1    APPEARANCES:
2    WEITZ & LUXENBERG
     BY: JERRY KRISTAL, ESQUIRE
3        jkristal@weitzlux.com
     220 Lake Drive East, Suite 210
4    Cherry Hill, New Jersey 08002
     Phone: (856) 755-1115
5    Representing Plaintiffs
6
7
8    WILKINSON WALSH & ESKOVITZ
     BY: CALI COPE-KASTEN, ESQUIRE
9        ccope-kasten@wilkinsonwalsh.com
     2001 M Street, NW, 10th Floor
10   Washington, D.C. 20036
     Phone: (856) 755-1115
11   Representing Defendant Monsanto Company
12
13
14   ALSO PRESENT:
15       MATTHEW ALLISON, Videographer
16
17
18
19
20
21
22
23
24
25
```

Page 3

```
1        ---
2    I N D E X
3        ---
4    Testimony of:  WILLIAM R  SAWYER, Ph D      Page
5    DIRECT EXAMINATION BY MS  COPE-KASTEN      5
6    CROSS-EXAMINATION BY MR  KRISTAL      47
7    REDIRECT EXAMINATION BY MS  COPE-KASTEN   50
8    RECROSS-EXAMINATION BY MR  KRISTAL      51
9
10
11       E X H I B I T S
12       (Attached to transcript)
13   WILLIAM R  SAWYER, Ph D  DEPOSITION EXHIBITS    PAGE
14   Exhibit 1  Monsanto Company's Amended Notice to      5
         Take Oral and Videotaped Deposition of
15       Dr  William Sawyer
16   Exhibit 2  October 9, 2019 Report from Toxicology   6
         Consultants & Assessment Specialists,
17       LLC
18   Exhibit 3  Plaintiff Fact Sheet - Frank Leo      13
         Pollard
19
     Exhibit 4  Appendix F - Mr  Frank Pollard's      25
20       Interviews
21
22
23
24
25
```

Page 4

```
1            ---
2        THE VIDEOGRAPHER:  Good morning.  We are now
3    on the record.  My name is Matthew Allison.  I am
4    a videographer for Golkow Litigation Services.
5    Today's date is November 15th, 2019, and the time
6    is 10:34 a.m.
7        This video deposition is being held in
8    Captiva, Florida, in the matter of Frank Pollard
9    vs. Monsanto Company for the United States
10   District Court, Northern District of California.
11       Will all counsel please state their
12   appearance for the record.
13       MR. KRISTAL:  This is Jerry Kristal, Weitz &
14   Luxenberg, on behalf of Frank Pollard.  I also
15   think it's 10:25.  I don't know where 10:34 came
16   in, unless I'm sitting in a different time zone.
17       MS. COPE-KASTEN:  Cali Cope-Kasten from
18   Wilkinson Walsh & Eskovitz on behalf of Monsanto.
19       THE VIDEOGRAPHER:  The court reporter is
20   Susan Wasilewski and will now swear in the
21   witness.
22       THE COURT REPORTER:  Would you raise your
23   right hand?
24       Do you solemnly swear or affirm the
25   testimony you're about to give will be the truth,
```

Page 5

```
1    the whole truth, and nothing but the truth?
2        THE WITNESS:  Yes, I do.
3        THE COURT REPORTER:  Thank you.
4        WILLIAM R. SAWYER, Ph.D., called as a
5    witness by Defendant Monsanto Company, having been
6    duly sworn, testified as follows:
7        DIRECT EXAMINATION
8    BY MS. COPE-KASTEN:
9    Q.  Good morning, again, Dr. Sawyer.
10   A.  Good morning.
11   (Sawyer Exhibit 1 was marked for identification.)
12   BY MS. COPE-KASTEN:
13   Q.  I am handing you what has been marked as
14   Exhibit 1 to your deposition, which is the notice of
15   deposition in Frank Pollard's case.  Have you seen
16   this document before?
17   A.  Yes.
18   Q.  Have you had a chance to review it?
19   A.  Yes.
20   Q.  And I understand that you brought materials
21   today corresponding to this document?
22   A.  Correct.
23   Q.  Are those the same materials that we have
24   discussed earlier today?
25   A.  Yes.
```

2 (Pages 2 to 5)

William R. Sawyer, Ph.D.

Page 6

1     Q.  Have you had any conversations with
2  Mr. Pollard's counsel in preparing your conclusions
3  in today's case?
4     A.  No.  Well, I've had discussions but not
5  discussing my conclusion.
6     Q.  Have you had discussions about Mr. Pollard's
7  case?
8     A.  Not specifically to his case, no.
9     Q.  Have you had any conversations with any of
10  Mr. Pollard's other expert witnesses about
11  Mr. Pollard's case?
12     A.  No.
13     (Sawyer Exhibit 2 was marked for identification.)
14  BY MS. COPE-KASTEN:
15     Q.  I'm handing you what has been marked as
16  Exhibit 2 to your deposition, which is your report
17  in Frank Pollard's case.  Did you author this
18  report?
19     A.  Yes.
20     Q.  Does it contain general causation opinions
21  with respect to Roundup and non-Hodgkin's lymphoma?
22     A.  Yes.
23     Q.  Does this also contain all case-specific
24  opinions you intend to offer in Mr. Pollard's case?
25     A.  Yes.

Page 7

1     Q.  Did you have access to all of the
2  information that you needed to reach your
3  case-specific opinions as to Mr. Pollard's case?
4     A.  Yes.
5     Q.  Have you ever met Mr. Pollard?
6     A.  No.
7     Q.  Have you ever spoken with Mr. Pollard?
8     A.  No.  I relied on Steve Petty, the Certified
9  Industrial Hygienist, interviews on July 26th and
10  August 21st, 2019.
11     Q.  Have you read Mr. Pollard's deposition in
12  this case?
13     A.  Yes.
14     Q.  Have you read any other depositions in
15  connection with this case?
16     A.  I believe his wife.  I think her name is
17  Cynthia.
18     Q.  Have you spoken to any of Mr. Pollard's
19  treating physicians?
20     A.  No.
21     Q.  Have you reviewed the deposition transcripts
22  of any of Mr. Pollard's treating physicians?
23     A.  No.
24     Q.  Have you reviewed any medical records in
25  Mr. Pollard's case?

Page 8

1     A.  Yes.
2     Q.  Which records have you reviewed?

14     Q.  You are aware that Mr. Pollard was an
15  agricultural worker?
16     A.  Certainly.
17     Q.  Have you conducted a site inspection of any
18  of the properties on which Mr. Pollard claims to
19  have sprayed Roundup?
20     A.  No.
21     Q.  You're aware that Mr. Pollard alleges that
22  he began spraying Roundup in the 1980s?
23     A.  Yes.
24     Q.  You're also aware that Mr. Pollard had an
25  applicator's license?

Page 9

1     A.  Yes.
2     Q.  Are you aware that Mr. Pollard received
3  training in connection with that applicator's
4  license with respect to how to apply pesticides?
5     A.  Yes.
6     Q.  What are the different methods of applying
7  Roundup that you considered in Mr. Pollard's case?
8     A.  One would be mixing, loading, filling
9  shuttles, which are large portable application
10  tanks.  He also not only mixed but he serviced
11  various types of mixing and loading equipment, and
12  this frequently resulted in direct contact with
13  Roundup products from the servicing work, and from
14  '96 to '03 he sprayed Roundup on customer fields and
15  sustained exposures from that work.
16     Q.  When you say that he sprayed it, how did he
17  spray it in that particular time frame?
18     A.  He used -- he sprayed the field with Roundup
19  Ultra concentrate using a self-propelled machine
20  with a 600-gallon tank.  It had a spray bar with
21  nozzles, and during this activity he frequently had
22  to unplug clogged spray bar nozzles.  And beginning
23  in about 1999, Mr. Pollard sprayed fields with
24  Roundup Ultra initially and then Ultra Max mix
25  concentrate using a self-propelled vehicle with a

3  (Pages 6 to 9)

William R. Sawyer, Ph.D.



**Page 10**

1    1,000-gallon tank, and he regularly unplugged
2    clogged spray bar nozzles and sustained liquid
3    exposures from disconnecting trapped lines.  And on
4    one occasion, a high-pressure hose exposure event
5    was noted, and I refer to deposition page 524 for
6    more details on that special event.
7        Q.  Did your assessment of Mr. Pollard's
8    exposure days treat any of these different forms of
9    exposure differently?
10       A.  No.  That would be -- that would constitute
11   an abuse of the methodology.  There is no specific
12   differentiation in the methodology to adjust the
13   numbers based on the severity of the exposures.
14       Q.  Setting aside that particular methodology,
15   do you, Dr. Sawyer, toxicologist, believe that each
16   of these different activities presented the same
17   exposure risk to Mr. Pollard?
18       A.  All of the exposures vary with respect to
19   the intensity of systemic dose, but I am not going
20   to set aside the methodology.  I'm going to follow
21   it.
22       Q.

**Page 11**

1
9        Q.  Why did you include Table 1 on page 6 of
10   your report listing the medications Mr. Pollard was
11   taking at the time of his non-Hodgkin's lymphoma
12   diagnosis?
13       A.  I was interested to ascertain if there were
14   any medications that he may have used before his
15   diagnosis that were immunosuppressive or
16   carcinogenic, and that would include such things as
17   cyclosporin A, which is known to induce
18   non-Hodgkin's lymphoma in a matter of months or less
19   than one year latency, interested in such things as
20   gabapentin, which causes pancreatic cancer, or other
21   potential carcinogenic drugs.
22       Q.  Is there a reason that you included a table
23   of Mr. Pollard's medications in this particular case
24   but have not included a table of medications in
25   other Roundup cases?

**Page 12**

1        A.  No, no particular reason really.
2        Q.  Did anything stand out to you as significant
3    about the six medications that are listed in
4    Table 1?
5

**Page 13**

4        Q.  On page 7 of your report, the last bullet
5    point above Type of Roundup Product Used, states
6    that Mr. Pollard also used Lasso and Treflan?
7        A.  Yes.
8        Q.  You're aware that those are not the only
9    chemicals in addition to Roundup that Mr. Pollard
10   had on his farm, correct?
11       MR. KRISTAL:  Objection.
12       A.  Yes.
13       Q.  Did you evaluate the carcinogenic potential
14   that other chemicals on Mr. Pollard's property posed
15   to Mr. Pollard specifically?
16       MR. KRISTAL:  Objection.
17       A.  Of those in the deposition and plaintiff
18   fact sheet, yes, and there was nothing of any class
19   2A and NHL carcinogens present.
20       (Sawyer Exhibit 3 was marked for identification.)
21   BY MS. COPE-KASTEN:
22       Q.  I'm going to mark as Exhibit 3 to your
23   deposition the plaintiff fact sheet for Mr. Pollard.
24   You've reviewed this document, correct?
25       A.  Yes.

4 (Pages 10 to 13)

William R. Sawyer, Ph.D.

Page 14

1    Q.  I want to direct your attention to page 10.
2    A.  Okay.  I'm on it.
3    Q.  Do you see in Section F where he has listed
4  his exposure to other herbicides and pesticides?
5    A.  Yes.
6    Q.  Is there a mention of any of the products
7  listed here in your report?
8    A.  I think only Lasso and Treflan are in my
9  report, so no is the answer.
10    Q.  If I were to look at your materials
11  considered list, would I be able to find any
12  information pertaining to the other products that
13  are listed on page 10 of Mr. Pollard's plaintiff
14  fact sheet?
15    MR. KRISTAL:  Object to form.
16    A.  Probably not.
17    Q.  At the time that you were reviewing
18  Mr. Pollard's case and reaching your opinions for
19  Mr. Pollard, did you particularly look into any of
20  the chemicals on this list with respect to
21  carcinogenic potential?
22    A.  Some but not all.
23    Q.  Which ones did you look at?
24    A.  Beacon, which is a sulfuryl derivative, it's
25  noncarcinogenic; Accent I previously have reviewed

Page 15

1  in another report on Roundup issued to Monsanto
2  which I was deposed on, which is also not associated
3  with NHL.  It is not a class 2A human carcinogen.
4  Armezon I did not consider.
5    Q.  Did not consider at all?
6    A.  No.
7    Q.  Are you familiar with Armezon?
8    A.  No, nor did I consider Liberty or Impact.
9    Q.  I'm going to take those one at a time.  Same
10  question with respect to Liberty.  Are you familiar
11  with what is in Liberty?
12    A.  No.
13    Q.  Are you familiar what is in Impact?
14    A.  No.  Dual II, yes, I have considered it and,
15  in fact, I think it's on one of the exhibits on the
16  table here.  Dual Mag II, which I believe is what
17  he's referring to, is a Syngenta product which is --
18  contains metolachlor, m-e-t-o-l-a-c-h-l-o-r, which
19  is not a carcinogen and is not associated with NHL.
20    Q.  Dual II is another product then that you
21  looked at in a different case but not specifically
22  for Mr. Pollard's case?
23    A.  I looked at it for the weight in all cases,
24  as well as Harness, which is, of course, Roundup.
25  Bicep, which is a mixture of atrazine and, again,

Page 16

1  metolachlor.  Also, I did not look at Outlook.
2    Q.  Are you familiar with what's in Outlook?
3    A.  No, nor am I familiar with what's in
4  Verdict, or Lumax or Callisto or Corvallis.
5    However, I have fully assessed atrazine and
6  Banvel, which is dicamba, but not Buctril,
7  B-u-c-t-r-i-l, I have not assessed Buctril and I am
8  uncertain as to the active ingredient.  Nor have I
9  assessed Aim.  Permit I believe I previously
10  assessed in another Monsanto assessment which I was
11  deposed on.
12    Bacon, B-a-c-o-n, I think is misspelled.  I
13  think that's probably referring to Beacon, which
14  I've already mentioned a few moments ago.  I have
15  not assessed Zidua, Z-i-d-u-a, and I'm not sure
16  what's in it.  Nor have I assessed Exleed,
17  E-x-l-e-e-d.
18    I have assessed Lorsban previously in this
19  case, which is chlorpyrifos, we discussed that
20  yesterday, as well as Treflan, which is a
21  trifluralin, t-r-i-f-l-u-r-a-l-i-n, a
22  noncarcinogenic pesticide not associated with NHL.
23    Q.  Is it your opinion that dicamba is a human
24  carcinogen?
25    A.  No.  Dicamba is a 2B carcinogen and has been

Page 17

1  associated in the -- I believe the McDuffie study,
2  but I need to check that to be certain that I'm
3  referencing the right study.
4    Yeah, dicamba and McDuffie revealed an odds
5  ratio of 1.68 with a 95 percent confidence interval
6  of 1 to 2.81.  So it was associated with an
7  increased rate of NHL.
8    Q.  Did you do anything to attempt to determine
9  whether Mr. Pollard's exposure to Banvel was a
10  significant contributing factor to his non-Hodgkin's
11  lymphoma?
12    A.  Well, the label indicates it's not.  In
13  fact, I almost think the label was created by
14  Monsanto but I'm not sure.
15    Q.  Do you believe that Banvel is a Monsanto
16  product?
17    A.  I don't remember.  I'm not going to say
18  that, but I did look at the label.  It's --
19  according to the label, it does not cause NHL.  It
20  doesn't mean anything.  The 2016 EPA report stated
21  that it's not likely.  I -- yeah, actually, more I
22  think about it, I think Banvel is a Monsanto
23  product, or at least Monsanto manufactures dicamba,
24  and as I recall, the IARC had not listed dicamba as
25  a 2A potential human carcinogen, but I believe it is

5 (Pages 14 to 17)

William R. Sawyer, Ph.D.

Page 18

1    a 2B status, that is a possible human carcinogen.
2         Q.  Are you able to rule Banvel out as a
3    substantial contributing factor to Mr. Pollard's
4    non-Hodgkin's lymphoma?
5         A.  Well, I would have to state, based on the
6    available study evidence, that it's certainly a
7    possible human carcinogen.  It's not at the same
8    status as that of glyphosate.  It has not been
9    established as a probable human carcinogen, so it
10   certainly does not carry the same weight of evidence
11   in terms of study evidence that glyphosate carries.
12        I think to get into this in more detail, I
13   would recommend referring the full breadth of the
14   human epidemiologic literature to that of the
15   epidemiologist.  My opinion is that it certainly is
16   a potential human carcinogen, but I am not prepared
17   to opine that it is of the same status, that is a 2A
18   carcinogen, since that would be not generally
19   accepted and be an unusual -- I guess I
20   would have to call it a novel opinion, and I'm not
21   going to provide you any novel opinions today.
22        Q.  Does the substance have to be, in your view,
23   a 2A probable human carcinogen in order for it to be
24   a substantial contributing factor to a person's
25   non-Hodgkin's lymphoma?

Page 19

1         A.  To the same degree of glyphosate it would
2    be, and I would have to clear.  I said that to be of the
3    same status and degree of certainty as glyphosate,
4    it would have to be a 2A.
5         Q.  Even not to the same certainty.  To a lesser
6    certainty but still a substantial contributing
7    factor, does it have to be a 2A probable human
8    carcinogen?
9         MR. KRISTAL:  Object to form.
10        A.  It would.  It's not acceptable in science to
11   draw causation on an animal carcinogen only.
12        Q.  Looking at this list, other than the Treflan
13   listed in the last row, your report does not discuss
14   any of the other herbicides or pesticides that are
15   listed on this sheet in connection with Mr. Pollard,
16   does it?
17        A.  No.
18        Q.  In Section F on page 10 of Mr. Pollard's
19   plaintiff fact sheet, I've counted 12 herbicides or
20   pesticides that you told me you have not looked into
21   and you don't know what the ingredients are in them.
22   Is that an accurate count?
23        A.  Yes.
24        Q.  In light of the fact that you don't know
25   what the ingredients are in those herbicides or

Page 20

1    pesticides, is it fair to say that you are not able
2    to determine whether any of those could have been
3    substantial contributing factors to Mr. Pollard's
4    non-Hodgkin's lymphoma?
5         A.  Yes, and I guess I would stipulate not
6    speaking about those.  In fact, I stipulate I won't
7    bring them up.
8         Q.  Do you intend to offer opinions about those
9    that you have previously looked up in connection
10   with this case or in connection with some other
11   case?
12        A.  Yes.  Those that I am familiar with that I
13   have researched with up-to-date literature, which I
14   spoke of a moment ago, all of the ones I spoke
15   about, yes.
16        Q.  And for all of those, with the exception of
17   Treflan, I would need to go to another report or
18   materials considered list for you to determine what
19   you've looked at with respect to these?
20        MR. KRISTAL:  Objection.
21        Q.  Because they are not listed in your report
22   or materials considered list for Mr. Pollard?
23        MR. KRISTAL:  Same objection.
24        A.  Some of them are on Dickey Exhibit 6, and
25   others are within earlier reports and depositions in

Page 21

1    the Monsanto Roundup matter, and all of these that I
2    just mentioned I have personal knowledge of in terms
3    of -- as a toxicologist, and I've explained to you
4    the ingredients and the chemical characteristics
5    with respect to carcinogenesis.
6         Q.  And just to be clear, when you say all of
7    these, you mean all of the substances listed in
8    Section F on page 10 of Mr. Pollard's plaintiff fact
9    sheet except for the 12 we identified you are not
10   familiar with?
11        A.  That's right.
12        Q.  Do you know what surfactants are in the
13   various products in Section F that you are familiar
14   with?
15        A.  No, and it's irrelevant because they are not
16   chemicals that -- the active ingredients in these
17   chemicals are not carcinogens that produce NHL, so
18   the surfactant becomes irrelevant.  I mean, if we
19   were spraying Dial -- whatever that is, the dish
20   soap, if we were spraying dish soap out of the
21   sprayer and it had an additional surfactant added to
22   it, so what.  It doesn't cause cancer.
23        Q.  You're not familiar with any surfactant that
24   you would say is a probable or actual human
25   carcinogen?

6 (Pages 18 to 21)

William R. Sawyer, Ph.D.

Page 22

1    A.  Not that's rated as such.  I'm familiar with
2  surfactants that cause genotoxicity and amplified
3  dermal absorption of carcinogens such as Roundup.
4    Q.  But standing alone, you would not consider
5  those surfactants to be carcinogenic agents?
6    A.  Not that are 2A or class 1 carcinogens, no.
7    Q.  You told me earlier that you relied on
8  Mr. Petty's calculation of Mr. Pollard's cumulative
9  lifetime exposure to Roundup.
10   A.  Yes.
11   Q.  And you cal -- you converted the number of
12  hours Mr. Petty calculated to a number of exposure
13  days for Mr. Pollard?
14   A.  Yes, on page 8.
15   Q.  You determined that there was a mean number
16  of Roundup exposure days for Mr. Pollard of 676.75?
17   A.  Yes.
18   Q.  Based on Mr. Petty's assessment and your
19  conversion to exposure days, Mr. Pollard sustained a
20  minimum of 469.75 exposure days and a maximum of
21  883.88 exposure days to Roundup?
22   A.  Yes.
23   Q.  You would agree with me that the difference
24  between that minimum and maximum level is almost a
25  twofold difference?

Page 23

1    A.  Yes.
2    Q.  I guess it's more than a twofold difference.
3  Is it fair to say that you do not have an opinion
4  that Mr. Pollard would have been at a greater risk
5  for developing non-Hodgkin's lymphoma if his actual
6  exposure days to Roundup was closer to the maximum
7  than to the minimum?
8       MR. KRISTAL:  Object to the form.
9    A.  I didn't understand the question.
10   Q.  It wasn't a great question.  I'll try it
11  again.
12      If Mr. Pollard's actual exposure to Roundup
13  was at that minimum level, 469.75 days, you do not
14  believe that he would have been at a lower risk of
15  developing non-Hodgkin's lymphoma or you're not
16  offering an opinion that he would have been at a
17  lower risk for developing non-Hodgkin's lymphoma
18  than if his actual exposure was in fact the maximum
19  possible number of days, 883.88 exposure days?
20   A.  No.  The six exposure metric studies do not
21  assess exposure days anywhere near that high level
22  of 469 to 883.  There is no specific information in
23  the exposure metric studies that answer that
24  question.
25   Q.  You would agree with me that whether

Page 24

1  Mr. Pollard sustained 467.75 exposure days to
2  Roundup, or whether he was exposed to Roundup for
3  883.88 days, he would be in the fourth quartile of
4  the Agricultural Health Study?
5    A.  He would be.
6    Q.  You're aware that there is no statistically
7  significant association between glyphosate or
8  Roundup and non-Hodgkin's lymphoma for those in the
9  fourth quartile of the Agricultural Health Study?
10   A.  That's correct.
11   Q.  Did you attempt to calculate an absorbed
12  dose for Mr. Pollard with respect to Roundup?
13   A.  No.  It would not have been useful in
14  comparing to the dose metrics in the six human
15  epidemiologic studies as they rely on a methodology
16  of time-weighted exposure days.
17   Q.  In your report on pages 6 and 7 you list
18  exposure factors for Mr. Pollard?
19   A.  Yes.
20   Q.  You indicate in the second bullet point on
21  page 7 that Mr. Pollard wore minimal personal
22  protective equipment during his mixing, spraying and
23  cleaning activities.
24   A.  I don't see that in bullet 2.
25   Q.  On page 7 of your report.

Page 25

1    A.  Oh, I'm sorry.  I'm on page 6.  Okay.
2    Q.  Do you see your notation there about
3  Mr. Pollard's personal protective equipment?
4    A.  Yes.
5    Q.  We can agree that Mr. Pollard's personal
6  protective equipment, or lack thereof, would have no
7  impact on the total number of exposure days that he
8  had for Roundup?
9    A.  Correct.
10  (Sawyer Exhibit 4 was marked for identification.)
11  BY MS. COPE-KASTEN:
12   Q.  I'm going to mark as Exhibit 4 to your
13  deposition Appendix F to Mr. Petty's assessment for
14  Mr. Pollard.  Are you familiar with this document?
15   A.  Yes.
16      MR. KRISTAL:  This is F and G, right?
17      MS. COPE-KASTEN:  I don't think he specifies
18  it as G.
19      MR. KRISTAL:  G is on 552 --
20      MS. COPE-KASTEN:  Is it -- does it -- is it
21  labeled as G?
22      MR. KRISTAL:  542.
23      MS. COPE-KASTEN:  Oh, it does.  Okay.
24  BY MS. COPE-KASTEN:
25   Q.  Yeah, then Appendix F and G is Exhibit 4 to

7 (Pages 22 to 25)

William R. Sawyer, Ph.D.

Page 26

1  your deposition.  You're familiar with both of these
2  appendicis?
3       A.  Yes.
4       Q.  You relied on these for your assessment
5  of --
6       MR. KRISTAL:  No harm, no foul.
7       A.  Yes.
8       Q.  You relied --
9       MR. KRISTAL:  No quid pro quo.
10      Q.  You relied on Appendicis F and G to
11  Mr. Petty's report for your exposure days
12  determination in Mr. Pollard's case, correct?
13      A.  Yes.
14      Q.  I want to ask you about page 524 and 525 of
15  Exhibit F.
16      A.  Okay.
17      Q.  These are notes that Mr. Petty made based on
18  his interview with Mr. Pollard regarding Location 7
19  in North Bend, Nebraska.  Is that your
20  understanding?
21      A.  Yes.
22      Q.  Mr. Petty indicates about halfway down page
23  524, where it says in plant, that from late 1992 to
24  1995 Mr. Pollard primarily sold Roundup products and
25  reported very little exposure to Roundup products

Page 27

1  during this time.
2       Is that consistent with your understanding
3  of Mr. Pollard's exposure during that period?
4       A.  Yes.
5       Q.  Are you aware that Mr. Pollard stated in his
6  deposition that he did not have any exposure to
7  Roundup during that period?
8       A.  I'm not so sure you're correct.  He states
9  on line 25 on page 38 that he -- one of his job
10  duties was filling shuttles.  Later he became a
11  location manager, but as a primary responsibility as
12  a location manager, filling shuttles.
13      Q.  Let me ask a different question.  During
14  that period of time are you aware that Mr. Pollard
15  was not spraying Roundup?
16      A.  That's correct.  And he also stated on
17  page 39, in line 20, when asked, "Do you recall
18  working with any kind of Roundup in 1992, when you
19  first started at Terra?"
20      He said limited, small amounts.  So I
21  disagree with your question stating -- I think your
22  words he used were no exposure, so I think that's
23  inaccurate and false.
24      Q.  Did you attempt to determine what
25  Mr. Pollard's exposure was to Roundup from mixing

Page 28

1  and filling shuttles as opposed to actually
2  spraying Roundup?
3       A.  Depends on whether gloves are worn or not.
4  Without gloves, the dosage under the POEM
5  methodology, as well as other studies, have shown
6  that mixing, filling and mixing results in a --
7  generally a higher exposure than spraying, but that
8  is dependent upon whether gloves are worn.
9       Q.  Did you attempt to determine how often
10  Mr. Pollard was wearing gloves during any of his
11  Roundup-related activities?
12      A.  During that period of time I --
13      Q.  During any period of time.
14      A.  Yeah, but not during that time.  Now, he did
15  state on page 43, line 12, that he did use gloves at
16  Terra.  Well, at the time he was working as an
17  applicator at Terra he wore gloves, so I'm not sure
18  if he wore them while filling shuttles.  It's -- I
19  don't think we have that information available.
20      Q.  And there is nowhere in your report that I
21  could find that information?
22      A.  No.
23      Q.  Is that something that you could have asked
24  Mr. Pollard if you wanted to know that information?
25      A.  I could have, but I just put very little

Page 29

1  weight on his work at that time as Mr. -- on page --
2  well, yeah, page 5 -- yeah, on page 524 Mr. Petty
3  stated that he reported very little exposure to
4  Roundup products during this time, and I
5  acknowledged that and am not disputing that.  I
6  think his exposure was limited at that time and for
7  those three years were minimal.  However, the vast
8  majority of his 469 to 883 exposure days included
9  many examples of significant exposures and that his
10  exposure day analysis is so far above the highest
11  threshold in the studies that even if he had no
12  exposure at all from '92 to '95, it would make no
13  difference on my opinion or the comparison of his
14  exposure days to the studies.
15      Q.  When you say that there would be no
16  difference in Mr. Pollard's case because of the
17  number of exposure days he otherwise had --
18      A.  Yeah.  I said no difference with respect to
19  his number of exposure days being in great excess.
20  Even if we eliminated any exposure from 1992 to
21  1995, his exposure days would still exceed 10 by a
22  huge factor.  Thus, the nitpicking of the era of '92
23  to '95 is not very relevant.  I didn't put any
24  weight on that period of time.  I realize he had
25  very little exposure, as per Stephen Petty.

8 (Pages 26 to 29)

William R. Sawyer, Ph.D.

Page 30

1    Q.  Are there any other periods of time that
2  Mr. Pollard sprayed Roundup that you did not put any
3  weight on or that you put very little weight on?
4    A.  No.
5    Q.  On page 7 of your report, again in bullet
6  point 2 where you're talking about Mr. Pollard's
7  protective equipment, you noted that he generally
8  did not shower after exposures as he believed there
9  was no compelling reason to do so?
10    A.  Yes.
11    Q.  Does your calculation of the number of
12  exposure days that Mr. Pollard had for Roundup
13  change based on whether he showered after exposure
14  or not?
15    A.  No.  The methodology published within the
16  six studies does not include any such metric.
17    Q.  On page 8 of your report you have a section
18  about Mr. Pollard's latency.  Do you intend to offer
19  opinions at trial about Mr. Pollard's non-Hodgkin's
20  lymphoma latency period?
21    A.  Yes.  That is the interval from first use to
22  diagnosis was 36 years, and this is in far excess of
23  the minimal latency and is consistent with the
24  literature, that is at any time from 1980 on forward
25  there was sufficient exposures based on the exposure

Page 31

1  days analysis to result in genetic damage, in
2  addition to repair mechanisms, chromosomal
3  aberrations, that at any time during that period of
4  36 years contributed to the onset and development of
5  his NHL.
6    Q.  You said that Mr. Pollard's latency was far
7  in excess of the minimal latency period.  What do
8  you understand the minimal latency period to be for
9  non-Hodgkin's lymphoma?
10    A.  As per Table 19, I believe, in my report --
11  Table 17, I'm sorry.  It's on page 121, and I have
12  documented what other studies refer to on the
13  subject, including the 9/11 monitoring and
14  treatment, the World Trade Center Health Program.  A
15  minimum latency of two years has been reported for
16  non-Hodgkin's lymphoma in Bennett, et al., and also
17  within that documented study referenced Nadler and
18  Zurbenko, Z-u-r-b-e-n-k-o, 2013, as well as Tucker,
19  et al., 1988, and in some the range would be .4 to
20  two years minimum, and most -- I think some or most
21  of the -- well, not -- I shouldn't say that.
22    Some of the latency measurements in the 9/11
23  study are based upon radiological exposure, not NHL.
24  And the Glyphosate Issue Paper references a number
25  of studies in the top of Table 17 with estimates

Page 32

1  ranging from 1 to 25 years.
2    And within that same paper, Eriksson '08
3  discussed the study found increased effects estimate
4  for subjects of more than 10 years of exposure, but
5  in general, hematopoietic malignancies, such as
6  leukemia and lymphoma, have been known to develop
7  very rapidly with the administration of
8  immunosuppressant drugs, such as cyclosporin A, and
9  radiological exposures.
10    Q.  We talked earlier about a list of chemicals
11  in Exhibit 3 to your deposition, which is
12  Mr. Pollard's plaintiff fact sheet.  Did you perform
13  a chemical inventory of Mr. Pollard's properties
14  aside from what is listed in Exhibit 3 to your
15  deposition or what is listed in Mr. Pollard's
16  deposition?
17    A.  No.
18    Q.  Did you request to perform one?
19    A.  No.
20    Q.  Does a chemical inventory provide you with
21  useful information as a toxicologist?
22    MR. KRISTAL:  Objection to form.
23    A.  I'm sorry.  Could you rephrase that?  I
24  didn't understand.
25    Q.  As a toxicologist, is it useful to you when

Page 33

1  you're determining the impact that a particular
2  product or substance has on an individual to have a
3  chemical inventory for the individual's other
4  chemical exposures?
5    MR. KRISTAL:  Object to form.
6    A.  In general, yes.
7    Q.  Is there a reason that you didn't perform
8  one for Mr. Pollard?
9    A.  No.
10    Q.  Do you know when Mr. Pollard's first
11  non-Hodgkin's lymphoma cell appeared in his body?
12    A.  No.  There is no methodology that could
13  possibly determine that.
14    Q.  Are you aware of any methodology that would
15  enable you to determine whether he had Roundup in
16  his system at the time that that first cancer cell
17  appeared?
18    A.  No.  Again, there is no such methodology to
19  make that determination of when the first cancer
20  cell appeared.
21    Q.  What is the longest duration that you are
22  aware of Roundup remaining in a human system after
23  exposure?
24    MR. KRISTAL:  Objection to form.
25    A.  I didn't understand the question fully.

9 (Pages 30 to 33)

William R. Sawyer, Ph.D.

## Page 34

1      Q.   After a person sprays Roundup, what is the
2  longest duration of time you believe Roundup remains
3  in the human body?
4          MR. KRISTAL:  For that one event?
5          MS. COPE-KASTEN:  (Nodding head.)
6          MR. KRISTAL:  Yes?  Are you shaking your
7  head yes?
8          MS. COPE-KASTEN:  Yeah, I am shaking my head
9  yes, for that one event.
10     A.   It depends on the laboratory detection
11  limit, how sensitive it is, how low it goes.  In
12  general, the bone marrow has shown the longest
13  residency time of any tissue in the body.
14     Q.   Are you aware of any medical record or other
15  document demonstrating that Mr. Pollard had Roundup
16  in his bone marrow?
17     A.   No.  There were no bone marrow aspirate
18  samples collected.  In fact, there was never any
19  testing for glyphosate in his body at the time he
20  was diagnosed.
21         MS. COPE-KASTEN:  Let's go off the record
22  for just a minute.  I think I'm probably done but
23  I want to look through my notes.
24         THE VIDEOGRAPHER:  We're going off the
25  record at 11:36.

## Page 35

1      (Recess from 11:36 a.m. until 11:38 a.m.)
2          THE VIDEOGRAPHER:  We're back on the record.
3  The time is 11:38.
4  BY MS. COPE-KASTEN:
5      Q.   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
   ▮
13     A.   It wasn't tested for Roundup, or glyphosate
14  specifically, or any chemical.
15     Q.   You're aware that Mr. Pollard used different
16  Roundup products over the course of his agricultural
17  career?
18     A.   Yes.
19     Q.   Do you know whether those Roundup products
20  contained different surfactants or levels of trace
21  chemicals?
22     A.   As per page 30, Table 10 -- it actually
23  starts on page 29 -- I've listed formulations that
24  correspond with the years of use but not necessarily
25  all of these products, but some of them correspond

## Page 36

1  to the years, but more importantly, at the bottom of
2  the page 30 I refer to formaldehyde and ethylene
3  oxide.  I also refer to a document already in my
4  reliance list which provides the amount of
5  formaldehyde, along with warnings, in the Monsanto
6  production report.
7      Q.   On page 7 of your report you list that
8  Mr. Pollard used Roundup Ultra and Roundup Ultra
9  Max?
10     A.   He used that, but he may have used a bit
11  more than that, when we look at his filling history
12  in terms of filling the shuttles and tanks.
13     Q.   I want to focus for right now on Roundup
14  Ultra and Roundup Ultra Max.  Do either of those
15  products appear in Table 10 of your report?
16     A.   No.
17     Q.   Do you know what the surfactant was that was
18  used in Roundup Ultra, if any?
19     A.   I believe tallow amine or another PO --
20  POEA, but I'm not certain.  I'm working out of
21  memory of reviewing Monsanto labels.
22     Q.   That information does not appear in your
23  report?
24     A.   No, but I discussed the POEAs in my report
25  in quite a bit of detail, and I also know from

## Page 37

1  review and experience that all of the products
2  contain POEA, except for the aquatic products, which
3  do not contain any POEA due to aquatic toxicity and
4  the regulatory rules on the use of different POEAs.
5      Q.   Do you intend to offer an opinion at
6  Mr. Pollard's trial about the surfactants contained
7  within the Roundup products that he used?
8      A.   Certainly that the products he used contain
9  POEAs and surfactants.  These were terrestrial
10  products he used, not aquatic products.
11     Q.   Is there anywhere in your report that I can
12  find the opinion that you would intend to offer with
13  respect to Roundup Ultra and Roundup Ultra Max and
14  the impact of the surfactants on Mr. Pollard in
15  particular?
16         MR. KRISTAL:  Object to form.
17     A.   Yeah.  At pages 32, 36, 43 through 45, 52,
18  103, 106, 107 through 110, 116, and 125.
19     Q.   Is Mr. Pollard mentioned on any of those
20  pages?
21     A.   No, but they're in his report.
22     Q.   Is Roundup Ultra or Roundup Ultra Max the
23  subject of any of those pages?
24     A.   Yes, in that POEA and POEA derivatives were
25  formulated in Ultra products used by Mr. Pollard.

10  (Pages 34 to 37)

William R. Sawyer, Ph.D.

Page 38

1    Q.   Which is something that you are telling me
2  today but is not contained within your report?
3         MR. KRISTAL:  Objection.
4    A.   My report reveals that POEAs are ubiquitous
5  in Roundup except in aquatic Roundup products.
6    Q.   Do you know the percentage of surfactant in
7  the Roundup Ultra that Mr. Pollard used?
8    A.   No.
9    Q.   Does the percentage of surfactant in a
10 Roundup product impact what you believe the dermal
11 absorption of Roundup is for an individual using
12 that product?
13   A.   Certainly.
14   Q.   How much do you believe POEA increases the
15 toxicity of Roundup?
16        MR. KRISTAL:  Object to form.
17   A.   I refer to the P-e-i-x-o-t-o 2005 study on
18 page 43, which the potential toxicities of
19 glyphosate and Roundup were tested in isolated rat
20 liver mitochondria, and that Peixoto concluded that
21 the observed alterations in mitochondrial
22 bioenergetics caused by Roundup cannot be
23 exclusively attributed to the active ingredient, but
24 may as well be the result of other chemicals, i.e.
25 POEA, or due to possible synergy between glyphosate

Page 39

1  and Roundup formulation products.
2         And the POEA has been conclusively shown,
3  even in Monsanto's own dermal absorption study, to
4  enhance dermal absorption of glyphosate in human
5  skin and primate skin.
6    Q.   What I'm asking is how much does it
7  increase -- we'll start with how much does it
8  increase dermal absorption of glyphosate?
9    A.   In the TNO study using coco amine, which is
10 a coformulant surfactant, at low dose dermal
11 absorption containing surfactant, coco amine, was
12 2.6 percent.  Without the surfactant, dermal
13 absorption was 1.4 percent.  In the high-dose study,
14 dermal absorption with surfactant was 10.3 percent,
15 versus 1.3 percent without the surfactant.
16   Q.   Are you looking at a particular page of your
17 report right now?
18   A.   Table 16, page 113.  If you wish a
19 percentage increase, I could calculate that from my
20 table in the report?
21   Q.   How many fold or what -- by what percentage
22 do you intend to tell the jury Mr. Pollard's risk of
23 developing non-Hodgkin's lymphoma increased as a
24 result of spraying Roundup-formulated product with a
25 surfactant in it as opposed to pure glyphosate?

Page 40

1         MR. KRISTAL:  Object to form.
2    A.   Well, I will point to studies that reveal
3  that genotoxicity is enhanced with
4  Roundup-containing surfactant versus pure
5  glyphosate.  There are studies that have
6  unequivocally demonstrated that that I've referenced
7  in my report.
8    Q.   What I'm trying to figure out is for
9  Mr. Pollard, what is the highest amount that you are
10 going to say the surfactant may have contributed to
11 Roundup causing Mr. Pollard's non-Hodgkin's
12 lymphoma?
13   A.   Could you -- I just want to be clear.  I
14 think I understand what you're asking but I want to
15 make sure I answer this specifically to your
16 question, so please repeat it, or read it back,
17 whichever.
18   Q.   What is the highest amount that you are
19 going to tell the jury that the surfactant in
20 Roundup may have contributed to Mr. Pollard
21 developing non-Hodgkin's lymphoma from Roundup?
22        MR. KRISTAL:  Objection.
23   A.   I'm not going to explain it in that specific
24 format, what I'm going to explain is that there are
25 studies, such as Defarge, D-e-f-a-r-g-e, et al.,

Page 41

1  2016, Bolognesi, B-o-l-o-g-n-e-s-i, et al., 2009,
2  and others that have shown mechanistically, for
3  example, in Defarge, that the cytotoxicity of the
4  commercial formulation Roundup to human peripheral
5  mononuclear cells was 30-fold higher than that for
6  the active ingredient, which is glyphosate, and that
7  additional in vitro and in vivo studies with
8  parallel testing of glyphosate versus Roundup with
9  the coformulants and POEA compounds show that the
10 commercial formulation was genotoxic compared to
11 glyphosate alone at the concentrations used in the
12 laboratory.
13   Q.   You would agree with me that cytotoxicity
14 and carcinogenicity are not the same?
15   A.   That's why I didn't say carcinogenicity, did
16 I?
17   Q.   No.  I'm just asking.  You would agree with
18 me that cytotoxicity and genotox -- or
19 carcinogenicity are not the same thing?
20   A.   That's correct.
21   Q.   You will not tell the jury that
22 Roundup-formulated product is 30-fold more
23 carcinogenic than glyphosate alone, will you?
24   A.   No.  I will explain the mechanism as stated.
25        MR. KRISTAL:  It's 29.75.

11 (Pages 38 to 41)

William R. Sawyer, Ph.D.

Page 42

1    Q.  Do you intend to tell the jury that the
2  Roundup-formulated product is any-fold higher
3  carcinogenic risk than glyphosate alone?
4        MR. KRISTAL:  Object to form.
5    A.  I will explain that dermal penetration is
6  higher of the product versus glyphosate alone, and
7  that the combined glyphosate and POEA together
8  produce higher genotoxicity measurements than either
9  of the compounds alone, that they work together in
10  tandem.
11    Q.  You're not suggesting that that's the same
12  thing as carcinogenicity, though, correct?
13        MR. KRISTAL:  Object to form.
14    A.  Correct.  It's a mechanism that leads to
15  carcinogenicity.  Genotoxicity is the first stage in
16  cancer formation.  And I will also refer to Wozniak,
17  W-o-z-n-i-a-k, with respect to the mechanism of
18  carcinogenicity, and that Plaintiff's exposure to
19  Roundup product, not to glyphosate alone, is more
20  potent, that with respect to the Wozniak study and
21  the George study, I will explain the mechanism of
22  carcinogenesis and promotion.
23    Q.  You are aware --
24    A.  I'm also -- go ahead.
25    Q.  You can finish your answer.

Page 43

1    A.  I'm also going to explain the impairment of
2  DNA damage repair mechanisms, the impairment of the
3  DNA damage repair -- impairment of DNA mechanisms
4  produced by Roundup 360 Plus in human peripheral
5  blood mononuclear cells.
6    Q.  Do you know whether Mr. Pollard ever sprayed
7  Roundup 360 Plus?
8    A.  No, but the focus of the study was on
9  combined ingredients to which Mr. Pollard was
10  exposed, that is POEA derivatives in glyphosate.
11    Q.  You have named by my count four different
12  studies over the last couple of minutes that show
13  differences between glyphosate alone and
14  Roundup-formulated product.  How much more genotoxic
15  do you believe the Roundup-formulated product is
16  than glyphosate alone?
17        MR. KRISTAL:  Object to form.
18    A.  In Wozniak, et al., 2018, I will be
19  explaining the controlled study using human
20  peripheral mononuclear cells, a type of blood cell,
21  and will be explaining that the amount of DNA damage
22  caused by the Roundup occurred at concentrations
23  50 times lower than that of glyphosate, and that the
24  DNA strand breaks induced in only 10 micromolar
25  applications of Roundup were not repaired after

Page 44

1  incubation with peripheral blood cells, and that
2  this study clearly documented that Roundup is more
3  toxic than glyphosate itself.  And I'll probably
4  also introduce the -- oh, probably not.
5        I may introduce the Suarez,
6  S-u-a-r-e-z-L-a-r-i-o-s, et al., study with respect
7  to the genotoxic mode of action of glyphosate with
8  respect to double-strand breaks.
9    Q.  Is it accurate to say that your opinion
10  based on the Wozniak study is that the
11  Roundup-formulated product is 50 times more
12  genotoxic than glyphosate alone?
13    A.  I'm going to state that the potency
14  difference between the Roundup product containing
15  the POEA was 50 times more potent than glyphosate
16  alone, yes, with respect to DNA breaks, DNA damage.
17    Q.  What does potency with respect to DNA damage
18  mean?
19    A.  That double-strand breaks, various DNA
20  lesions, were measured at concentrations of only
21  5 micromole, while glyphosate required
22  concentrations of 250 micromole, and these are about
23  50 times apart.
24    Q.  Is that the same thing as the formulated
25  product being 50 times more genotoxic than

Page 45

1  glyphosate alone?
2    A.  Yes.
3    Q.  Are you looking at a particular table,
4  figure, or section of the Wozniak study when you are
5  describing this 50-fold difference?
6    A.  On page 16 of the study:  It has been shown
7  that Roundup 360 Plus, even at concentrations 50
8  times lower than glyphosate, caused the strongest
9  damage to purines and pyrimidines,
10  p-y-r-i-m-i-d-i-n-e-s, following by glyphosate and
11  AMP.
12        So I would reference that particular
13  statement in the Results section of the CometAssay.
14  Comet is C-o-m-e-t-A-s-s-a-y.
15    Q.  Are you relying on anything other than the
16  Wozniak study for your opinion that the
17  Roundup-formulated product is 50 times more
18  genotoxic than glyphosate alone?
19    A.  Probably.  Not with respect to the number
20  50.
21    Q.  That's what I'm looking for, the number 50
22  specifically.
23    A.  No, not with respect to the number 50.
24    Q.  Are you aware of any study showing that the
25  Roundup-formulated product is greater than 50 times

12 (Pages 42 to 45)

William R. Sawyer, Ph.D.

Page 46

```
 1    more genotoxic than glyphosate alone?
 2        A.  No.
 3        Q.  I think we're in agreement about this but I
 4    just want to be clear.  You are not intending to
 5    tell the jury that the Roundup-formulated product is
 6    50 times more carcinogenic than glyphosate alone; is
 7    that accurate?
 8        A.  That's correct.
 9            MR. KRISTAL:  Object to form.
10        Q.  Do you intend to tell the jury that any of
11    the variations of Roundup that Mr. Pollard sprayed
12    may have been more than 50 times more genotoxic than
13    glyphosate alone given that they were different
14    formulations and not Roundup 360 Plus?
15        A.  I don't understand the question.
16        Q.  The Wozniak paper was explicitly about
17    Roundup 360 Plus, right?
18        A.  Yes.
19        Q.  You're aware that Mr. Pollard sprayed
20    Roundup formulations other than Roundup 360 Plus?
21        A.  Yes.
22        Q.  Do you intend to tell the jury that the
23    number might be even greater than 50 times as shown
24    in the Wozniak study for the genotoxicity of any of
25    the Roundup formulations Mr. Pollard sprayed
```

Page 47

```
 1    compared to glyphosate alone?
 2        A.  No.  I'm just going to explain that as per
 3    in my report, that POEA and POEA derivatives
 4    generally constitute about 15 percent of various
 5    Roundup products, that concentration varies, and
 6    that other studies have also shown that POEAs are
 7    responsible for enhanced genotoxicity.  It's not
 8    just Roundup 360, it's what's in Roundup 360, which
 9    is the POEA and the glyphosate.
10            MS. COPE-KASTEN:  Thank you, Doctor.  I
11    don't have any further questions for right now.
12    I'll pass to Mr. Kristal.
13            MR. KRISTAL:  Could we just get a time
14    check?  And I have two minutes of questions.
15            THE VIDEOGRAPHER:  Four hours and 12
16    minutes.
17            MR. KRISTAL:  What time is it now?  I have
18    12:29?  12:28.  Okay.  Good.
19            CROSS-EXAMINATION
20    BY MR. KRISTAL:
21        Q.  Real quickly:  Did you use exposure day
22    calculations compared -- for Mr. Pollard compared to
23    the exposure day metrics in the epidemiological
24    studies that showed an increased risk for
25    non-Hodgkin's lymphoma?
```

Page 48

```
 1        A.  Yes.
 2        Q.  Whether or not any of the different
 3    pesticides or chemicals in some chemical inventory
 4    that you didn't take, whether they do or don't
 5    increase the risk of non-Hodgkin's lymphoma, does
 6    Mr. Pollard's use of any of those things affect the
 7    number of exposure days of Roundup he had?
 8        A.  No.
 9            MS. COPE-KASTEN:  Object to the form.
10        A.  No.
11        Q.  Okay.  On page 8 of your report you indicate
12    the exposure days minimum, maximum and mean.  Do you
13    not?
14        A.  Yes.
15        Q.  And then you mention what are called post
16    dermal application exposure times.  You say, quote:
17    These findings do not include significant post
18    dermal application exposure times.  End quote.
19        A.  That's right.
20        Q.  Okay.  And if you just quickly look at
21    Mr. Petty's Exhibit G, which is part of Exhibit --
22    Appendix G, which is part of Exhibit 4.
23        A.  Okay.
24        Q.  For example, on page 543.
25        A.  All right.
```

Page 49

```
 1        Q.  There is an entry, post dermal time,
 2    approximately four to five hours for both of his
 3    hands, 25 percent of which were wetting.
 4            Do you see that entry in the post dermal
 5    time column which is second to the right?  Second
 6    from the right, I should say.
 7        A.  Oh, yes, the post dermal time, yeah.
 8        Q.  Okay.  And if you go to the next page, the
 9    chart, 50 percent of the times that his hands were
10    wetted during that application, the post dermal time
11    was approximately four to five hours, both his
12    wrists, about 50 percent wetted, the post dermal
13    times for those were four to five hours as noted to
14    Mr. Petty, and both forearms about 50 percent
15    wetted, the post dermal times for that noted by
16    Mr. Petty was approximately four to five hours.
17        A.  Yes.
18        Q.  And if you will just -- the last example, if
19    you go to page 549 -- actually, skip that one.  I'm
20    sorry.
21            Page 558, Mr. Petty notes for the times that
22    his wrists and forearms and face were wetted, that
23    there was approximately three to 10 hours after that
24    happened before he washed in the post dermal time
25    column.
```

William R. Sawyer, Ph.D.

Page 50

```
 1        A.  Correct.
 2        Q.  Is there continued dermal absorption while
 3   Roundup is on your skin before you wash it off?
 4        A.  Absolutely.
 5        Q.  And were those periods of time that
 6   Mr. Pollard had Roundup on his skin before he washed
 7   off, were those calculated in the exposure day
 8   calculations?
 9        A.  No.
10        MR. KRISTAL:  That's all I have.
11             REDIRECT EXAMINATION
12   BY MS. COPE-KASTEN:
13        Q.  Would it change your opinion at all with
14   respect to whether Roundup was a substantial
15   contributing factor to have calculated those post
16   dermal times?
17        A.  I don't understand.
18        Q.  Mr. Kristal just asked you if you calculated
19   those post dermal absorption times and you said that
20   you did not, correct?
21        A.  Correct.
22        Q.  Would anything about your opinion for
23   Mr. Pollard change if you had calculated those
24   times?
25        A.  No.
```

Page 51

```
 1        MS. COPE-KASTEN:  No further questions.
 2             RECROSS-EXAMINATION
 3   BY MR. KRISTAL:
 4        Q.  I guess my point is were Mr. Petty's hours
 5   calculated which you converted to exposure days
 6   conservative?
 7        A.  Yes.
 8        MS. COPE-KASTEN:  Objection.
 9        Q.  And why were they conservative?
10        A.  Based upon analysis of his personal
11   protective equipment, his handling, his multiple,
12   multiple refills of totes and tanks, and the
13   descriptions of liquid exposures he's encountered,
14   he was exposed to a greater extent with a greater
15   degree of systemic absorption compared to that of a
16   typical sprayer.
17        MR. KRISTAL:  I have no further questions.
18        A.  And --
19        Q.  Oh, I'm sorry.  I still have no further
20   questions.
21        A.  And that his duration between bathing is
22   rather long.  I don't want to say unusually but
23   three to 10 hours is certainly a lot longer than a
24   typical applicator that would wash and bathe
25   immediately after spraying.
```

Page 52

```
 1        So there was plenty of time for continuing
 2   dermal absorption in the case of Mr. Pollard.
 3        MR. KRISTAL:  Okay.  I still have no further
 4   questions.
 5        THE VIDEOGRAPHER:  This concludes the
 6   deposition.  The time is 12:35.
 7        (Whereupon, the deposition concluded at
 8   12:35 p.m.)
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 53

```
 1             C E R T I F I C A T E
 2        I, SUSAN D. WASILEWSKI, Registered
 3   Professional Reporter, Certified Realtime Reporter,
 4   Certified Realtime Captioner, and Florida
 5   Professional Reporter, do hereby certify that,
 6   pursuant to notice, the deposition of WILLIAM R.
 7   SAWYER, Ph.D., was duly taken on Friday,
 8   November 15, 2019, at 10:24 a.m., before me.
 9        The said WILLIAM R. SAWYER, Ph.D., was duly
10   sworn by me according to law to tell the truth, the
11   whole truth and nothing but the truth and thereupon
12   did testify as set forth in the above transcript of
13   testimony.  The testimony was taken down
14   stenographically by me.  I do further certify that
15   the above deposition is full, complete, and a true
16   record of all the testimony given by the said
17   witness, and that a review of the transcript was
18   requested.
19
20   _____
21   Susan D. Wasilewski, RPR, CRR, CCP
22   (The foregoing certification of this transcript does
23   not apply to any reproduction of the same by any
24   means, unless under the direct control and/or
25   supervision of the certifying reporter.)
```

14 (Pages 50 to 53)

William R. Sawyer, Ph.D.

## Page 54

1  INSTRUCTIONS TO WITNESS
2
3
4      Please read your deposition over carefully
5  and make any necessary corrections.  You should
6  state the reason in the appropriate space on the
7  errata sheet for any corrections that are made.
8
9      After doing so, please sign the errata sheet
10  and date it.  It will be attached to your
11  deposition.
12
13      It is imperative that you return the
14  original errata sheet to the deposing attorney
15  within thirty (30) days of receipt of the deposition
16  transcript by you.  If you fail to do so, the
17  deposition transcript may be deemed to be accurate
18  and may be used in court.
19
20
21
22
23
24
25

## Page 56

1  ACKNOWLEDGMENT OF DEPONENT
2
3      I, _____, do hereby
4  acknowledge that I have read the foregoing pages, 1
5  through 55, and that the same is a correct
6  transcription of the answers given by me to the
7  questions therein propounded, except for the
8  corrections or changes in form or substance, if any,
9  noted in the attached Errata Sheet
10
11
12  _____     _____
13  WILLIAM R  SAWYER, Ph D          DATE
14
15
16
17
18  Subscribed and sworn to before me this
19  _____ day of _____, 20___
20  My Commission expires: _____
21
22  _____
      Notary Public
23
24
25

## Page 55

1      ------
2      E R R A T A
3      ------
4  PAGE  LINE  CHANGE
5  ____  ____  _____
6      REASON: _____
7  ____  ____  _____
8      REASON: _____
9  ____  ____  _____
10      REASON: _____
11  ____  ____  _____
12      REASON: _____
13  ____  ____  _____
14      REASON: _____
15  ____  ____  _____
16      REASON: _____
17  ____  ____  _____
18      REASON: _____
19  ____  ____  _____
20      REASON: _____
21  ____  ____  _____
22      REASON: _____
23  ____  ____  _____
24      REASON: _____
25

## Page 57

1  LAWYER'S NOTES
2  PAGE  LINE
3  ____  ____  _____
4  ____  ____  _____
5  ____  ____  _____
6  ____  ____  _____
7  ____  ____  _____
8  ____  ____  _____
9  ____  ____  _____
10  ____  ____  _____
11  ____  ____  _____
12  ____  ____  _____
13  ____  ____  _____
14  ____  ____  _____
15  ____  ____  _____
16  ____  ____  _____
17  ____  ____  _____
18  ____  ____  _____
19  ____  ____  _____
20  ____  ____  _____
21  ____  ____  _____
22  ____  ____  _____
23  ____  ____  _____
24  ____  ____  _____
25