# EXHIBIT 24

1                SUPERIOR COURT OF CALIFORNIA

2                  COUNTY OF ALAMEDA

3  BEFORE THE HONORABLE WINIFRED Y. SMITH, JUDGE PRESIDING

4               DEPARTMENT NUMBER 21

5                  ---oOo---

6  COORDINATION PROCEEDING    )
     SPECIAL TITLE (RULE 3.550)  )

7                          )
     ROUNDUP PRODUCTS CASE     )  **JCCP No. 4953**

8                          )
   _____  )

9                           )
     THIS TRANSCRIPT RELATES TO:  )

10                          )
     Pilliod, et al.          )  **Case No.  RG17862702**

11        vs.                )
     Monsanto Company, et al.    )  **Pages 1834 - 2073**

12   _____)  **Volume 13**

13

14

15            **Reporter's Transcript of Proceedings**

16             Wednesday, April 3, 2019

17

18
     Reported by: Lori Stokes, CSR No. 12732, RPR

19              Court Reporter

20

21

22                    B A R S

23

24           **BAY AREA REPORTING**
              S O L U T I O N S

25              888.526.8243
           www.BayAreaReportingSolutions.com

1    **APPEARANCES OF COUNSEL**:

2

3    For Plaintiffs:

4         THE MILLER FIRM, LLC
          108 Railroad Avenue
5         Orange, Virgina  22960
          (540)672-4224
6         BY:  **MICHAEL J. MILLER, ATTORNEY AT LAW**
               mmiller@millerfirmllc.com
7              **SHAYNE HODGE, ATTORNEY AT LAW**
               shodge@millerfirmllc.com
8

9         BAUM HEDLUND ARISTEI & GOLDMAN PC
          10940 Wilshire Boulevard, 17th Floor
10        Los Angeles, California 90024
          (310) 207-3233
11        BY:  **R. BRENT WISNER, ATTORNEY AT LAW**
               rbwisner@baumhedlundlaw.com
12             **PEDRAM ESFANDIARY, ATTORNEY AT LAW**
               pesfandiary@baumhedlundlaw.com
13

14        AUDET & PARTNERS, LLP
          221 Main Street, Suite 1460
15        San Francisco, California  94105
          (415)568-2555
16        BY:  **MARK BURTON, ATTORNEY AT LAW**
               mburton@audetlaw.com
17

18

19          **(APPEARANCES CONTINUED ON FOLLOWING PAGE)**

20

21

22

23

24

25

                                                           1835

1    **APPEARANCES**:  (CONTINUED)

2    For Defendants:

3         EVANS FEARS & SCHUTTERT LLP
          2300 W. Sahara Ave, Suite 950
4         Las Vegas, Nevada  89102
          (702) 805-0290
5         **BY:  KELLY A. EVANS, ATTORNEY AT LAW**
               kevans@efstriallaw.com
6
          HINSHAW
7         One California Street, 18th Floor
          San Francisco, California  94111
8         (415) 362-6000
          **BY:  EUGENE BROWN JR., ATTORNEY AT LAW**
9              ebrown@hinshawlaw.com

10        GOLDMAN ISMAIL TOMASELLI BRENNAN & BAUM LLP
          564 West Randolph Street, Suite 400
11        Chicago, Illinois 60661
          (312) 681-6000
12        **BY:  TAREK ISMAIL, ATTORNEY AT LAW**
               tismail@goldmanismail.com

13

14

15   (Multiple other counsel present as reflected in the
     minutes.)

16

17

18

19

20

21

22

23

24

25

                                                        1836

1
## I N D E X

2

Wednesday, April 3, 2019

3
**PLAINTIFFS' WITNESSES**                           **PAGE VOL.**

4

5
**Portier, Christopher (Resumed)**

6
Direct Examination resumed by Mr. Wisner      1854   13
Cross-Examination by Mr. Ismail               1882   13
7
Redirect Examination by Mr. Wisner            2064   13
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1837

1           But that's not what you always have.  You
2    always have human data.
3         Q.   And so in terms of the human data we have in
4    this case, you agree that you cannot make a firm
5    statement that Roundup causes NHL from the epidemiology
6    data alone, true?
7         A.   Correct.  I can't do it from the epidemiology
8    data alone.
9         Q.   Now, you went through with Mr. Wisner -- you
10   had a long discussion of -- let me back up.
11          You agree, sir, that there are scientists who
12   disagree with the views you've offered to the jury in
13   this case?
14        A.   Yes.
15        Q.   And you talked with Mr. Wisner about one group
16   of scientists at the EPA who have concluded differently
17   than what you've given opinions about to this jury,
18   true?
19        A.   That's true.
20        Q.   And you would recognize that there are
21   scientists at regulatory bodies around the world who
22   have assessed the data and have come to conclusions
23   different than yours, true?
24        A.   Well, I would first question the statement
25   "have assessed the data."  But certainly they have

                                                          1893