**THE MILLER FIRM, LLC**
Brian K. Brake (pro hac vice)
108 Railroad Avenue
Orange, VA 22960
Tel: (540) 672-4224
Fax: (540) 672-3055
bbrake@millerfirmllc.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
| | Case No. 16-md-02741-VC |
| This document relates to: *Harris v. Monsanto Co.*, 3:17-cv-03199-VC *Hernandez v. Monsanto, Co.*, 3:16-cv-05750-VC | |

## **CERTIFICATION OF BRIAN K. BRAKE, ESQ.**

Pursuant to PTO 199, I certify that all ECF filings pertaining to my clients Ines Hernandez and Anthony Harris have been filed on both the MDL docket and the member case's docket in compliance with PTO 1, Docket No. 2.

Dated:  December 31, 2019            By:  /s/Brian K. Brake
                                                    Brian K. Brake, Esq. (pro hac vice)
                                                    The Miller Firm LLC
                                                    108 Railroad Avenue
                                                    Orange, VA 22960
                                                    Phone:  540-672-4224
                                                    Fax:  540-672-3055
                                                    bbrake@millerfirmllc.com

1
PLAINTIFFS' OPPOSITION TO MONSANTO'S MOTION TO EXCLUDE TESTIMONY OF RON SCHIFF