1  **HOLLINGSWORTH LLP**
Joe G. Hollingsworth (*pro hac vice*)
2  Eric G. Lasker (*pro hac vice*)
1350 I Street, N.W.
3  Washington, DC  20005
Telephone:  (202) 898-5800
4  Facsimile:   (202) 682-1639
Email:       jhollingsworth@hollingsworthllp.com
5                    elasker@hollingsworthllp.com

6  *Attorneys for Defendant*
*MONSANTO COMPANY*
7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10 IN RE: ROUNDUP PRODUCTS              MDL No. 2741
   LIABILITY LITIGATION
11                                       Case No. 3:16-md-02741-VC

12 This document relates to:

13 *Tony R. Bush v. Monsanto Co.*,
   Case No. 3:19-cv-07866-VC
14

15          **MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT**

16       Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Monsanto Company

17 ("Monsanto") makes the following disclosures:

18       1.       Monsanto is an indirect, wholly-owned subsidiary of Bayer AG.

19       2.       Bayer AG is a publicly held corporation.

20 DATED:  December 31, 2019              Respectfully submitted,

21                                         /s/ Joe G. Hollingsworth
                                           Joe G. Hollingsworth (*pro hac vice*)
22                                         (jhollingsworth@hollingsworthllp.com)
                                           Eric G. Lasker (*pro hac vice*)
23                                         (elasker@hollingsworthllp.com)
                                           HOLLINGSWORTH LLP
24                                         1350 I Street, N.W.
                                           Washington, DC  20005
25                                         Telephone:  (202) 898-5800
                                           Facsimile:   (202) 682-1639
26
                                           *Attorneys for Defendant*
27                                         *MONSANTO COMPANY*

28

          MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT
               3:16-md-02741-VC & 3:19-cv-07866-VC