**HOLLINGSWORTH LLP**
Joe G. Hollingsworth (*pro hac vice*)
Eric G. Lasker (*pro hac vice*)
1350 I Street, N.W.
Washington, DC  20005
Telephone:  (202) 898-5800
Facsimile:   (202) 682-1639
Email:        jhollingsworth@hollingsworthllp.com
                   elasker@hollingsworthllp.com

*Attorneys for Defendant*
*MONSANTO COMPANY*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| | Case No. 3:16-md-02741-VC |
| This document relates to: *Nicholas Lanza and Susan Lanza v. Monsanto Co.; Bayer AG; Bayer Corporation,* Case No. 3:19-cv-07855-VC | |

**MONSANTO COMPANY'S**
**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

Defendant Monsanto Company is an indirect, wholly-owned subsidiary of Bayer AG, so Bayer AG has a financial interest in a party to the proceeding.

1   DATED:  December 31, 2019								Respectfully submitted,

2

3												/s/ Joe G. Hollingsworth
												Joe G. Hollingsworth (*pro hac vice*)
												(jhollingsworth@hollingsworthllp.com)
4												Eric G. Lasker (*pro hac vice*)
												(elasker@hollingsworthllp.com)
5												HOLLINGSWORTH LLP
												1350 I Street, N.W.
6												Washington, DC  20005
												Telephone:  (202) 898-5800
7												Facsimile:   (202) 682-1639

8												*Attorneys for Defendant*
												*MONSANTO COMPANY*

---

2
MONSANTO COMPANY'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
3:16-md-02741-VC & 3:19-cv-07855-VC