1  **HOLLINGSWORTH LLP**
Joe G. Hollingsworth (*pro hac vice*)
2  Eric G. Lasker (*pro hac vice*)
1350 I Street, N.W.
3  Washington, DC  20005
Telephone:  (202) 898-5800
4  Facsimile:    (202) 682-1639
Email:        jhollingsworth@hollingsworthllp.com
5                 elasker@hollingsworthllp.com

6  *Attorneys for Defendant*
*MONSANTO COMPANY*
7

8                       UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

| 10  IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL No. 2741 |
|---|---|
| 11 | Case No. 3:16-md-02741-VC |
| 12  This document relates to: | |
| 13  *Kevin Cooksey v. Monsanto Co.*, Case No. 3:19-cv-07135-VC | |
| 14 | |

15          **MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT**

16          Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Monsanto Company

17  ("Monsanto") makes the following disclosures:

18          1.      Monsanto is an indirect, wholly-owned subsidiary of Bayer AG.

19          2.      Bayer AG is a publicly held corporation.

20  DATED:  December 31, 2019                    Respectfully submitted,

21                                               /s/ Joe G. Hollingsworth
                                                 Joe G. Hollingsworth (*pro hac vice*)
22                                               (jhollingsworth@hollingsworthllp.com)
                                                 Eric G. Lasker (*pro hac vice*)
23                                               (elasker@hollingsworthllp.com)
                                                 HOLLINGSWORTH LLP
24                                               1350 I Street, N.W.
                                                 Washington, DC  20005
25                                               Telephone:  (202) 898-5800
                                                 Facsimile:   (202) 682-1639
26
                                                 *Attorneys for Defendant*
27                                               *MONSANTO COMPANY*

28