Jennifer A. Moore (SBN 206779)
**MOORE LAW GROUP, PLLC**
1473 South 4th Street
Louisville, KY  40208
T: (502) 717-4080
F: (502) 717-4086
jennifer@moorelawgroup.com

Yvonne M. Flaherty
**LOCKRIDGE GRINDAL NAUEN, P.L.L.P.**
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
ymflaherty@locklaw.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ROUNDUP PRODUCTS LIABILITY LITIGATION | MDL NO. 2741 |
| | Case No. 3:16-md-02741-VC |
| | Hon. Vince Chhabria |
| THIS DOCUMENT RELATES TO: | |
| *Carriere v. Monsanto Co.*<br>Case No. 3:18-cv-05778 | **PLAINTIFF CARRIERE'S OBJECTION TO DEFENDANT'S REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGEMENT BASED ON FAILURE TO PRODUCE EVIDENCE OF EXPOSURE PURSUANT TO LOCAL RULE 7-3(d)** |

Pursuant to Local Rule 7-3(d), Plaintiff Jerald Carriere ("Mr. Carriere" or "Plaintiff") objects to Defendant's Repy In Support of Motion for Summary Judgement Based on Failure to Produce Evidence of Exposure, filed on December 24, 2019 (Dkt. 30), and respectfully requests to supplement

- 1 -

the record with the December 27, 2019 errata sheet for Mr. Carriere's testimony.  *See* Flaherty Affidavit, Exhibit 1.  Specifically, Plaintiff objects to the following facts as the references are contrary to Mr. Carriere's deposition testimony as set forth in his errata:

| Citation in Def. Reply | Def. Reply Br. (page) | Objection | Mr. Carriere's Testimony (See Errata Sheet) |
|---|---|---|---|
| 126:15-127:5 | 5 | Misstates Testimony | 126:20: It would only kill the spot I sprayed.  I never spray the entire lawn.<br>126:24: No.<br>127:2: I don't recall the label.<br>127:4-5: I do not recall the label but I treated weeds.  It killed whatever I sprayed. |
| 126:15-20; 127:10-15 | 5 | Misstates Testimony | 126:20: It would only kill the spot I sprayed.  I never spray the entire lawn.<br>127:10-15: I just sprayed the weeds.  But it kill everything I sprayed. Never sprayed lawn. |
| 126:25-127:2; 127:17-128:9 | 5 | Misstates Testimony | 127:2: I don't recall the label.<br>127:19-23: It killed anything I sprayed it on.  I never sprayed it on roses or grass I wanted to protect.<br>128:9: I do not recall the label.  I did not spray on my lawn. |
| 157:13-15 | 5 | Misstates Testimony | 157:15: We used Roundup before we did the new yard and driveway.  I did not spray or pour Roundup on my new lawn. |

On November 25, 2019, and in light of Mr. Carriere's recurrence and protracted hospitalization, the Parties agreed to extend the deadline for Mr. Carriere's errata to December 31, 2019. *See* Flaherty Affidavit.  Mr. Carriere executed his errata on December 27, 2019.  *Id*.  Accordingly, Plaintiff objects to above-referenced misstatements of testimony and respectfully requests that the Court include the errata sheet as part of the record.

Dated:  December 31, 2019

**MOORE LAW GROUP, PLLC**

By: /s/ *Jennifer A. Moore*
Jennifer A. Moore (SBN 206779)
**MOORE LAW GROUP, PLLC**
1473 South 4th Street
Louisville, KY  40208
T:  (502) 717-4080
F:  (502) 717-4086
jennifer@moorelawgroup.com

/s/ *Yvonne M. Flaherty*
Yvonne M. Flaherty
**LOCKRIDGE GRINDAL NAUEN, P.L.L.P.**
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
ymflaherty@locklaw.com

*Attorneys for Plaintiff*