# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE ROUNDUP PRODUCTS LIABILITY LITIGATION

MDL NO. 2741

Case No. 3:16-md-02741-VC

Hon. Vince Chhabria

THIS DOCUMENT RELATES TO:

*Carriere v. Monsanto Co.*
Case No. 3:18-cv-05778

**AFFIDAVIT OF YVONNE M. FLAHERTY**

1. My name is Yvonne M. Flaherty and I am one of the lawyers representing Mr. Jerald Carriere.

2. In light of Mr. Carriere's physical condition and extensive hospitalization in recent months, on November 25, 2019, counsel for Monsanto agreed to extend the time period for Mr. Carriere to complete his errata sheet for both days of his deposition to December 31, 2019.

3. Due to the recurrence of his Non-Hodgkin's Lymphoma, Mr. Carriere was hospitalized in August, September, October, November, and parts of December 2019.

4. On December 27, 2019, Mr. Carriere timely executed his errata sheet.

5. Golkow Litigation Services provided court reporting services for Mr. Carriere's deposition. The undersigned forwarded the signed and dated errata to Golkow Litigation Services on December 31, 2019.

6. Attached hereto as Exhibit 1 is a true and correct copy of Mr. Carriere's errata sheet and signature page.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

Date:  December 31, 2019

/s/ *Yvonne M. Flaherty*
Yvonne M. Flaherty