JERALD CARRIERE

Page 213

```
 1              - - - - - -
                E R R A T A
 2              - - - - - -

 3     PAGE    LINE    CHANGE

 4     126     8-10    IT WOULD ONLY [KILL]

 5     REASON:    THE SPOT I SPRAYED   NEEDED TO CLARIFY RESPONSE

 6     126     26      IT WOULD ONLY KILL THE

 7     REASON:    SPOT I SPRAYED, I NEVER SPRAY

 8                    THE ENTIRE LAWN. NEED TO CLARIFY

 9     REASON:    RESPONSE

10     126     24      ANSWER IS "NO" DID NOT UNDERSTAND

11     REASON:    IT KILLS EVERYTHING.

12     127     2       I DON'T RECALL THE LABEL

13     REASON:    I DON'T RECALL WHAT THE

14     127     4+5     LABEL [NOT RECALLED] BUT I TARGETED WEEDS

15     REASON:    IT KILLED WHATEVER I SPRAYED

16     127     10-15   I JUST SPRAYED THE WEEDS BUT IT KILL

17     REASON:    EVERYTHING I SPRAYED NEVER SPRAYED LAWN

18     127     19-23   IT KILLED ANYTHING I SPRAYED IT ON.

19     REASON:    I NEVER SPRAYED IT ON ROSE OR GRASS I

20                    WANTED TO PROTECT  DID NOT UNDERSTAND

21     REASON:    QUESTION

22     128     9       I DO NOT RECALL THE LABLE I DID NOT

23     REASON:    SPRAY ON MY LAWN. NEED TO CLARIFY

24     151     15      WE USED USED ROUND-UP BEFORE WE REDID

25     REASON:    THE NEW YARD + DRIVEWAY - I DID NOT SPRAY -OR
                  POUR ROUND UP ON MY NEW LAWN - NEED TO CLARIFY
```

OVER

PAGE  LINE
156   5    SOLD 1988 CORRECT DATE

178

JERALD CARRIERE

Page 211

```
 1   STATE OF CALIFORNIA     )
                             )
 2   COUNTY OF LOS ANGELES   )

 3

 4

 5              DEPONENT'S DECLARATION

 6

 7        I certify under penalty of perjury that
 8   the foregoing is true and correct.

 9

10

11

12   Executed at {city>>>} Palos Verdes Ca        on
13   {date>>>} 12-27-2018        .

14

15

16

17                    _____
18                       (Signature of Deponent)
```