1  **HOLLINGSWORTH LLP**
   Joe G. Hollingsworth (*pro hac vice*)
2  Eric G. Lasker (*pro hac vice*)
   1350 I Street, N.W.
3  Washington, DC  20005
   Telephone:  (202) 898-5800
4  Facsimile:   (202) 682-1639
   Email:       jhollingsworth@hollingsworthllp.com
5              elasker@hollingsworthllp.com

6  *Attorneys for Defendant*
   *MONSANTO COMPANY*
7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10 | IN RE: ROUNDUP PRODUCTS | MDL No. 2741 |
   | LIABILITY LITIGATION    |              |
11 |                         | Case No. 3:16-md-02741-VC |

12 This document relates to:

13 *Daryl Raley, Individually and as Trustee for the Heirs of Nadine D. Raley,*
14 *v. Monsanto Co.,*
   Case No. 3:19-cv-07532-VC
15

16        **MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT**

17        Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Monsanto Company

18 ("Monsanto") makes the following disclosures:

19        1.      Monsanto is an indirect, wholly-owned subsidiary of Bayer AG.

20        2.      Bayer AG is a publicly held corporation.

21

1 | DATED:  December 31, 2019

Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth (*pro hac vice*)
(jhollingsworth@hollingsworthllp.com)
Eric G. Lasker (*pro hac vice*)
(elasker@hollingsworthllp.com)
HOLLINGSWORTH LLP
1350 I Street, N.W.
Washington, DC  20005
Telephone:  (202) 898-5800
Facsimile:   (202) 682-1639

*Attorneys for Defendant*
*MONSANTO COMPANY*

---

MONSANTO COMPANY'S CORPORATE DISCLOSURE STATEMENT
3:16-md-02741-VC & 3:19-cv-07532-VC